9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Markowsky Ex. 6 | | 01-17-2002 | ummary of Recent Events at Fort Montgomery, NY DUNS 006-7934 (SUN-FTM-011-0708) | Memo | Bill Brochu | Steven Coladonato, Dan hine, Tom Fort, Bill Morse, Yvonne Mont, Helen Doherty, Gerry Kondrat, Mark | 1 |
| Markowsky Ex. 7 | | 08-01-2000 | Remedial Action Plan, Spill No. 003187 (SUN-FTM-018-2544 - 2581) | | Groundwater & Environmental Services Inc. | William Morse | 38 |
| Markowsky Ex. 8 | | 06-22-2000 | Subsurface Investigation (SUN-FTM-018-1100 - 1180) | | Groundwater & Environmental Services, Inc. | William Morse | 80 |
| Markowsky Ex. 9 | | 06-08-2000 | Summary & Supplemental Closure Report, Former Highway Garage Site, Fort Montgomery NY, NYSDEC Spill No. 9706312 | Letter | James D. McIver | Larry Ricci | 65 |
| Markowsky Ex. 10 | | 10-23-2000 | York Analytical Laboratories Technical Report | | York | Chazen Environmental Services | 15 |
| Markowsky Ex. 11 | | 09-10-1997 | Subsurface Investigtion and Corrective Action Plan; Job # 49649.00 | Letter | David Lent, C.P.G. | Larry Ricci | 29 |
| Markowsky Ex. 12 | | 12-29-2000 | NYSDEC Spill Report Form, Spill No. 0010791 (SUn-FTM-016-0378 - 0379) | | | | 2 |
| Markowsky Ex. 13 | | 05-14-2003 | Oxygen Injection Transfer from Fort Montgomery (SUN-FTM-016-3101 - 3102) | Memo | Bill Brochu | Libby Bowen | 2 |
| Markowsky Ex. 13 | | 01-29-2003 | Markowsky Ex 13: unoco Fort Montgomery Meeting (SUN-FTM-017-0922 - 0923) | Memo | Chris Mulry | Mike Maegerle | 2 |
| Markowsky Ex. 16 | | 08-26-2004 | DOH Correspondence regarding residential well management (SUN-FTM-015-0164 - 0165) | Fax | D. Kirkaldy | E. Bowen | 2 |
| Markowsky Ex. 17 | | 06-04-2003 | Handwritten Notes regarding Fort Montgomery Meeting with the DEC (SUN-FTM-016-0797 - 0804) | | | | 8 |
| Markowsky Ex. 19 | | 02-07-2005 | 144 Canterbury Rd POET Installation | Letter | William Brochu | Mr. & Mrs. Zervas | 4 |
| Markowsky Ex. 22 | | 03-01-2004 | Implementation of Amended Residential Well Management Plan (SUn-FTM-015-0202 - 0215) | | Elizabeth Bowen | Keith Browne | 14 |
| Masters Ex 2 | | 04 12 2002 | April 2002 Proposal for Subsurface Investigation (ENVIROTRAC-00708 to 710) | | | | 3 |
| Masters Ex 3 | | 04 16 2002 | NYSDEC Approval of EnviroTrac Subsurface Investigation Workplan dated April 12, 2002 (ENVIROTRAC-00704 to 705) | | | | 2 |
| Masters Ex 4 | | 04 18 2002 | Letter Confirmation of Drilling Commencement (ENVIROTRAC-00701 to 703) | | | | 3 |
| Masters Ex 5 | | 04 24 2002 | Handwritten Field Notes (ENVIROTRAC-00600 to 601) | | | | 2 |

21

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Masters Ex 6 | | | Handwritten Field Notes (ENVIROTRAC-00602 to 604) | | | | 3 |
| Masters Ex 7 | | 05 10 2002 | Road Map of Kaplan Way, Highland Avenue, Garrison Road, Fulton Road (ENVIROTRAC-00599) | | | | 1 |
| Masters Ex 8 | | 05 08 2002 | NYSDEC Memo to EnviroTrac re Sampling of Potable Wells (ENVIROTRAC-00694 to 700) | | | | 7 |
| Masters Ex 9 | | | August 2002 EnviroTrac Preliminary Investigation Report (ENVIROTRAC-00282 to 378) | | | | 97 |
| Masters Ex 10 | | | June 1994 Elmendorf Environmental Site Assessment for Favre's County Collision (ENVIROTRAC-00847 to 856) | | | | 10 |
| Masters Ex 11 | | 09 09 2002 | September 2002 EnviroTrac Proposal for Subsurface Investigation at Favre Mobil (ENVIROTRAC-00551 to 552) | | | | 2 |
| Masters Ex 12 | | | October 2002 Results of Tank Tightness Testing at Favre Mobil by Absolute Tank Testing, Inc. and Related Correspondence (ENVIROTRAC-00712 to 724) | | | | 13 |
| Masters Ex 13 | | | March 2003 Proposal to EnviroTrac from Absolute Tank Testing, Inc. for UST Tightness Testing at Favre Mobil (ENVIROTRAC-00659 to 664) | | | | 6 |
| Masters Ex 14 | | 05 30 2003 | April 2003 Absolute Tank Testing, Inc. UST Testing Results for Favre Mobil (ENVIROTRAC-00651 to 658) | | | | 8 |
| Masters Ex 15 | | 05 01 2003 | May 2003 Vapor Trace Express Sample Analysis for Favre Mobil by Tracer Research Corporation (ENVIROTRAC-00259 to 271) | | | | 13 |
| Masters Ex 16 | | | Handwritten Field Notes (ENVIROTRAC-00577 to 593) | | | | 17 |
| Masters Ex 17 | | | Handwritten Field Notes (ENVIROTRAC-00594 to 597) | | | | 4 |
| Masters Ex 18 | | | September 2004 EnviroTrac Update Report for Favre Mobil Site (ENVIROTRAC-00556 to 559) | | | | 4 |
| Masters Ex 18 | | | September 2004 EnviroTrac Update Report for Favre Mobil Site (ENVIROTRAC-00006 to 00026) | | | | 21 |
| McCarey Ex 2 | | 01 2007 | How The Property Tax Works (TOH-07-000032 to 33) | | | | 2 |
| McCarey Ex 3 | | 01 2007 | The Property Tax Cycle (TOH-07-000034 to 35) | | | | 2 |
| McCarey Ex 4 | | 11 2006 | Reassessment FAQ (TOH-07-000018 to 19) | | | | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| McCarey Ex 5 | | | Town of Highlands Damage Computations (TOH-NILON-000042-47) | | | | 7 |
| McGuire Ex. 3 | | 05-28-2007 | Expert Report of Michael J. McGuire | | Micheal McGuire | | 95 |
| McGuire Ex. 5 | | 06-26-1998 | Technical Memo Taste & Odor Properties of MTBE and implications for setting a secondary MCL (DEXP-MJM 011844 - 011929) | Memo | Malcom Pirnie | | 86 |
| McGuire Ex. 6 | | 03-2001 | Implications of an MTBE Odor Study for Setting Drinking Water Standards | | Andrew Stocking, Irwin Suffet, Michael McGuire, Michael Kawanaugh | | 11 |
| Mehlman Ex 3 | | 12/1997 | EPA Fact Sheet Drinking Water Advisory: Consumer Acceptability Advice and Health Effects Analysis on MTBE | | | | 4 |
| Mehlman Ex 4 | | 12/1997 | EPA Drinking Water Advisory: Consumer Acceptability Advice and Health Effects Analysis on MTBE | | | | 48 |
| Mehlman Ex 5 | | 1999 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 73 | | | | 7 |
| Mehlman Ex 6 | | | 11th Report on Carcinogens U.S. Dept of Health and Human Services | | | | 15 |
| Mehlman Ex 7 | | 2003 | ECETOC Risk Assessment Report for Existing Substances MTBE | | | | 15 |
| Mehlman Ex 8 | | 04/29/2003 | STL Laboratory Results for Highland Sunoco | Letter | Michael Urban | Kim Bell | 106 |
| Mehlman Ex 9 | | 02/24/2003 | Series of Gas Chromatograms/Laboratory Results | | | | 43 |
| Mehlman Ex 10 | | 11/26/2001 | Severn Trent Analytical Report | | | | 124 |
| Mehlman Ex 11 | | 12/26/1997 | MTBE Antibodies Among Gasoline Service Station Attendants Article | | Aristo Vojdani, Galal Namatalla, Nachman Brautbar | | 9 |
| Mehlman Ex 12 | | 04/29/1997 | Abnormal Apoptosis and Cell Cycle Progression in Humans Exposed to MTBE and Benzene Contaminating Water Article | | Aristo Vojdani, Eli Mordechai, Nachman Brautbar | | 10 |
| Mehlman Ex 13 | | | Induction of Apoptosis Individuals Exposed to MTBE Abstract | | | | 1 |
| Mehlman Ex 14 | | 03/03/2007 | Cytogenetic Studies Powerpoint Presentation | | | | 14 |
| Mehlman Ex 14 | | 1986 | Induction of Cytogenetic Damage in Rodents After Short-Term Inhalatin of Benzene | | | | 12 |
| Mehlman Ex 16 | | 2004 | Seventh Collegium Ramazzini Statement (2003) Call for a Reduction of Exposure to Benzene to the Lowest Possible Level Abstract | | | | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Mehlman Ex 17 | | 09/10/1993 | American Conference of Governmental Industrial Hygienists, Threshold Limit Value Committee | Letter | Eula Bingham, Cesare Maltoni, David Rall, Myron Mehlman, Phillip Landrigan, Ellen Silbergeld, Arthur Frank, Bernard Goldstein | William Wagner | 2 |
| Mehlman Ex 18 | | | 1996 Benzene and Blood: One Hundred Years of Evidence Abstract | | Phillil Landrigan | | 2 |
| Mehlman Ex 19 | | 10/31/1993 | Collegium Ramazzini Statement of Chrysotile Asbestos as a Carcinogen | | | | 1 |
| Mehlman Ex 20 | | | 1998 Human Health Effects from Exposure to Gasoline Containing MTBE Abstract | | Myron Mehlman | | 19 |
| Mehlman Ex 21 | | | 2003 MTBE Misclassified Abstract | | Myron Mehlman | | 4 |
| Mehlman Ex 22 | | | 1996 Collegium Ramazzini Position on Oxygenated and Reformulated Gasoline Abstract | | | | 2 |
| Mehlman Ex 23 | | 06/07/1990 | Letter stating that 1, 3-butadiene Must be considered a Human Carcinogen | Letter | Irving Selikoff, Cesare Maltoni, Sheldon Samuels, Myron Mehlman, Philip Landrigan, Louis Baliczky | George Chu | 2 |
| Mehlman Ex 24 | | 07/02/2007 | List of Collegium Ramazzini Award Winners | | | | 3 |
| Mehlman Ex 25 | | | Plaintiff Data | | | | 7 |
| Mehlman Ex 26 | | 05/03/1996 | API Memo re Ad Hoc MTBE Working Group | Memo | Bruce Bauman | S/GTTF Ad Hoc MTBE Working Group | 3 |
| Mehlman Ex 27 | | 07/06/2007 | Summary of Outstanding Invoices of M. Mehlman | | | | 6 |
| Mehlman Ex 28 | | 07/10/2007 | Description of NTP Study Types | | | | 3 |
| Mehlman Ex 29 | | | A Continuation of the MTBE Study Abstract | | Nachman Brautber, Vendelin Macho, Jozef Vachalkova | | 14 |
| Mehlman Ex 30 | | | 2000 A True Threshold Dose in Chemical Carcinogenesis Cannot be Defined for a Population, Irrespective of the Mode of Action Abstract | | | | 3 |
| Mehlman Ex 31 | | | 2001 Susceptibility Differences in Chemical Carcinogenesis Linearize the Dose-Response RelationshipL Threshold Doses can be Defined Only for Individuals Abstract | | Warner Lutz | | 6 |
| Mehlman Ex 32 | | | 2006 Dose-Incidence Relationships Derived from Superosition of Distributions of Individual Susceptibility of Mechnaism-Based Dose Responses for Biological Effects Abstract | | Werner Lutz, Roman Lutz, Melvin Andersen | | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Mehlman Ex 33 | | 2002 | Does the Emperor Have Any Clothes: Using Mechanistic Information or Doing Houdini Risk Assessments Abstract (MEHLMAN EXHIBIT 33) | | Franklin Mirer | | 14 |
| Mehlman Ex 34 | | 2001 | Alleged 'Misconceptions' Distort Perceptions of Environmental Cancer Risks Abstract | | Lorenzo Tomates, Ronald Melnick, Joseph Haseman, J. Barrett, James Huff | | 1 |
| Mehlman Ex 34 | | 1999 | Risk Assessment for Children and Other Sensitive Populations Abstract | | Philip Landrigan | | 9 |
| Mehlman Ex 36 | | 1991 | Chemicals Associated with Site-Specific Neoplasia in 1394 Long-Term Carcinogenesis Experiments in Laboratory Rodents | | James Huff, Joseph Cirvello, Joseph Haseman, John Bucher | | 24 |
| Mehlman Ex 37 | | 1993 | Chemicals and Cancer in Humans: First Evidence in Experimental Animals Abstract | | James Huff | | 10 |
| Mehlman Ex 38 | | 2001 | Carcinogenesis Bioassays: Study Duration and Biological Relevance | | J. Haseman, R. Melnick, L. Tomastis, J. Huff | | 6 |
| Mehlman Ex 39 | | 2002 | The National Toxicology Program Rodent Bioassay: Designs, Interpretations, and Scientific Contributions Abstract | | John Bucher | | 10 |
| Mehlman Ex 40 | | 2006 | How to Distort the Scientific Record without Actually Lying: Truth, and the Arts of Science Abstract | | John Bailar | | 1 |
| Mehlman Ex 41 | | 12/15/1995 | November 20 Draft of the HEI Review of the Potential Health Effects of Oxygenates Added to Gasoline | Letter | Arthur Upton | Myron Mehlman | 1 |
| Mehlman Ex 42 | | 02/15/1996 | Preprint of the Health Effects Institute Report Review of the Potential Health Effects of Oxygenates Added to Gasoline | Letter | Daniel Greenbaum | Myron Mehlman | 1 |
| Mehlman Ex 43 | | 11/16/1993 | Information on MTBE | Letter | E. C. Capaldi | SCA Document Processing Center | 4 |
| Mehlman Ex 44 | | 03/20/1986 | Professor Cesare Maltoni Reputation | Memo | J.P. McCullough | J.V. D'Ambrisi | 1 |
| Mehlman Ex 45 | | 02/07/2007 | Plaintiff Data | Letter | Tenaya Hydrick | Myron Mehlman | 8 |
| Meleski Ex 2 | | 07-26-1988 | Field Services Contract (SUN-FTM-004-0048 - 0049) | | | | 2 |
| Meleski Ex 3 | | 06-26-200 | Fort Montgomery Project Review (SUN-FTM-023-0146 - 0147) | | C. G. Borkland | | 2 |
| Meleski Ex 4 | | 01-14-2002 | Branded Marketing Retail Facilities System Tank Maintenance/Update (SUN-FTM-011-0646) | | | | 1 |
| Meleski Ex 5 | | 01-14-2002 | Email Follow up on Several Sites (SUN-FTM-009-0732 - 0733) | Email | Yvonee M Monte | William J. Brochu, Mark G. Meleski, Virginia Kondrat | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Meleski Ex 6 | | 01-16-2002 | Certificate of Underground Storage Tank System Testing & Testing Log | | | | 34 |
| Meleski Ex 7 | | | Underground Storage Tank Drawing | | | | 1 |
| Meleski Ex 8 | | 01-18-2002 | Fills, Duns # 0005474206 (SUN-FTM-005-0160 - 0162) | Email | Mark G. Meleski | Jeffrey L. Brinn, Myles W. Moran | 3 |
| Meleski Ex 9 | | 01-17-2002 | Certificate of Underground Storage Tank System Testing (SUN-FTM-005-0080) | | | | 1 |
| Meleski Ex 10 | | 01-15-2002 | Branded Marketing Retail Facilities System Tank Maintenance/Update & Notes (SUN-FTM-009-0251 - 0254) | | | | 4 |
| Meleski Ex 11 | | 01-18-2002 | Certificate of Underground Storage Tank System Testing & Log | | | | 4 |
| Meleski Ex 12 | | 01-18-2002 | Email re Fort Montgomery, NY DUNS 0006-7934 (SUN-FTM-003-0263 - 0264) | Email | Mark G. Meleski | Edward J. O"Leary, Laurie J. Pettengill, Mark R. Morin | 2 |
| Meleski Ex 13 | | 01-17-2002 | ummary of Recent Events at Fort Montgomery, NY DUNS 0006-7934 (SUN-FTM-011-0708) | Email | Bill Brochu | Steve Coladonato, Dan hine, Tom Fort, Bill Morse, Yvonne Monti, Helen Doherty, Ginny Kondrat, Mark | 1 |
| Meleski Ex 14 | | 01-17-2002 | Certificate of Underground Storage Tank Systems Testing & Log | | | | 4 |
| Meleski Ex 16 | | 12-11-2000 | Sunoco #0006-7934 & NYSDEC Notice of Violation & Testing Log (SUN-FTM-011-0575 - 0582) | Letter | Anna H. Morley | Wayne Wadsworth, J. Certo, B. Cunio, J. Kushwara | 8 |
| Meleski Ex 17 | | 09-26-2002 | Sunoco Email re Fort Montgomery (SUN-FTM-017-0925) | Email | Mark G. Meleski | Helen M. Doherty, Laurie J. Pettengill, William J. Brochu | 1 |
| Meleski Ex 18 | | 11-12-2002 | Email re Duns# 0006-7934 Ft. Montgomery,NY (SUN-FTM-005-0123) | Email | Thomas P. Rotoloni | Laurie J. Pettengill, Mark G. Meleski, William J. Brochu | 1 |
| Meleski Ex 19 | | 08-28-2002 | Email re Ft Montgomery, NY & Sunoco #6-7934 (SUN-FTM-005-0128 - 0129) | Email | Mark G. Meleski | Vigirnia Kondrat, Patrick L. White, William J. Brochu, Roland A. Davis | 2 |
| Meleski Ex 20 | | 09-10-2002 | Memo re Fort Montgomery | Fax | William J. Brochu | Mark Meleski | 3 |
| Moreau Ex. 4 | | 10-3-1988 | Spill Response Form Spill No. 8805664, Sunoco Station | | | | 3 |
| Moreau Ex. 5 | | 6-10-1991 | Tyree Site Visit Report (SUN-FTM-018-2538 to SUN-FTM-018-2543 | | | | 6 |
| Moreau Ex. 6 | | 9-29-1994 | Handex Enclosing Environmental Site Assessment Reports for Sunoco Service Station (SUN-FTM-018-1261 to SUN-FTM-018-1248 | Letter | Bryan Irving | Ms. Tina Smith | 70 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Moreau Ex. 7 | | 8-2-2000 | Maintenance Improvements at Fort Montgomery Site (SUN-FTM-005-0247) | | Mark G. Meleski | | 1 |
| Moreau Ex. 8 | | | Crompco Tank Tightness Testing Documents | | | | 140 |
| Moreau Ex. 11 | | 5-31-2002 | Underground Storage Tank System Field-Based Research Project Report to California State Water Resources Control Board | | | | 23 |
| Moreau Ex. 12 | | 10-17-2001 | Certificate of Underground Storage Tank System Testing, Tankology, Chestnut Mart of Newburgh (FAVRE 049908 to FAVRE 0499012) | | | | 5 |
| Moreau Ex. 13 | | 8-2003 | Investigation Update Report, MTBE Impacted Ground Water, Fort Montgomery | | | | 43 |
| Moreau Ex. 14 | | | Moreau's Index of MTBE Documents | | | | 5 |
| Moreau Ex. 15 | | 8-19-1994 | NYS DEC Spill Response Form, Spill #9406870, Sunoco Station (SUN-FTM-016-0389) | | | | 1 |
| Moreau Ex. 16 | | 10-3-1996 | Crompco Invoice to Sun Oil for Tank Tightness Test (SUN-FTM-009-0340) | | | | 1 |
| Moreau Ex. 17 | | 5-27-1999 | Crompco Tank Tightness Certificate of Tightness (SUN-FTM-009-0366 to SUN-FTM-009-0369) | | | | 4 |
| Mulry Ex. 1 | | 01-29-2003 | Sunoco Fort Montgomery Meeting Notes (SUN-FTM-017-0922 - 0923) | Memo | Chris Mulry | | 2 |
| Mulry Ex. 2 | | | Power Point Presentation on Agressive Chemical Oxidation via Ozone, Hydrogen Peroxide, Oxygen and Air Injection System | | GES | | 92 |
| Mulry Ex. 3 | | 06-27-2000 | Fort Montgomery Status Updates (SUN-FTM-017-4360 - 4361) | Email | Carl Borkland | William Morse | 2 |
| Mulry Ex. 4 | | 07-2006 | Site Monitoring and Operation and Maintenance Report April through June 2006 | | GES | Sunoco | 137 |
| Nilon Ex. 3 | | | NY State Real Property System Printouts (TOH-NILON-0000001-41) | | | | 43 |
| Nilon Ex. 5 | | | The Property Tax Cycle (TOH-07-000034) | | | | 2 |
| Nilon Ex. 6 | | | Reassessment FAQ (TOH-01-000018 to 19) | | | | 2 |
| Nilon Ex. 7 | | | Zervas 1999, 2003-2007 Fort Montomgery Property Tax Bills | | | | 7 |
| Nilon Ex. 8 | | | How The Property Tax Works (TOH-07-000032 to 33) | | | | 2 |
| Nilon Ex. 11 | | | Town Documents TOH-NILON-000042 to 47 | | | | 8 |
| Oswald Ex. 3 | | 01-02-2003 | Ft. Montgomery Meeting (SUN-FTM-006-0429) | E-mail | Richard Oswald | Mike Maegerle, Gary Trombly | 1 |
| Oswald Ex. 4 | | | Sunoco's Position on MTBE (SUN 8-1045) | | | Daniel Shine, Joseph Roberts, William Brochu, William Morse | 3 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Oswald Ex 5 | | 01/29/2003 | 2003 Sunoco Fort Montgomery Meeting (SUN-FTM-017-0922 - 0923) | Memo | Chris Mulry | Mike Maegerle, Gary Trombly | 2 |
| Oswald Ex 6 | | 02/11/2003 | Sunoco Fort Montgomery Comparison of 2003 Initial and Revised Contract Proposals (SUN-FTM-008-0320 - 0323) | | | | 4 |
| Oswald Ex 7 | | 02/07/2003 | 2003 Contract Proposal - Revision 2 (SUN-FTM-008-2051 - 2066) | Letter | Michael Maegerle, Elizabeth Bowen | William Brochu | 16 |
| Oswald Ex 8 | | 02-24-2003 | Draft Comments on Poet Management Program (SUN-FTM-006-0360 - 0362) | | | | 3 |
| Oswald Ex 9 | | 07-30-2003 | Amended Residential Well Management Program (SUN-FTM-015-0221 - 0229) | Letter | William Brochu | Keith Browne | 9 |
| Oswald Ex 10 | | 08-01-2000 | Remediation Action Plan Sunoco Service Station Route 9W (SUN-FTM-018-2544 - 2581) | | | | 38 |
| Oswald Ex 11 | | 12-1998 | Failed Flex Lines (SUN-FTM-056-001 - 020) | | | | 20 |
| Rothenburg Ex 2 | | 09-10-1973 | Preliminary Report for Proposed Water District Town of Highlands (TOH 026177 to TOH 026185) | | | | 9 |
| Rothenburg Ex 3 | | 05-13-1997 | Town of Highlands Proposed Water Supply/Water District & Engineer's Report (TOH 025990 to TOH 025998) | Letter | Ronald Rothenberg | Michael Burke, Joseph D'Onofrio, Myron Mandel | 9 |
| Rothenburg Ex 5 | | 10-14-2002 | Water District No. 2 Municipal Water Supply Project (TOH 014518 to TOH 014519) | Letter | James Feury | Thomas L. Murphy, Tony Squicciarini | 2 |
| Rothenburg Ex 6 | | 09-1999 | Town of Highlands Water Needs Analysis (TOH 025531 to TOH 025534) | | | | 4 |
| Rothenburg Ex 7 | | 04-30-1996 | Town of Highlands Board Meeting Minutes (TOH 027665 to TOH 027666) | | Sandra Tonneson | | 2 |
| Rothenburg Ex 8 | | 10-1996 | Petition of Property Owners & Our File # GYTH00006 Town of Highlands Water District (TOH 012413 to TOH 012416) | | | | 4 |
| Rothenburg Ex 9 | | 09-03-1997 | Newspaper article, Town Board will discuss extending Fort water plan | | | | 1 |
| Rothenburg Ex 11 | | 10-1997 | Preliminary Engineer's Report (TOH 019875 to TOH 019882) | | | | 8 |
| Rothenburg Ex 12 | | 03-1998 | Engineer's Report Town of Highlands (TOH 019849 to TOH 019855) | | | | 7 |
| Rothenburg Ex 13 | | 09-01-1999 | Scope of Services Town of Highlands Water System (TOH 019769 to TOH 019773) | Letter | Ronald Rothenberg | Board Members | 5 |
| Rothenburg Ex 14 | | 05-12-1998 | Town of Highlands Board Meeting Minutes (TOH 027782 to TOH 027801) | | Sandra Tonneson | | 20 |
| Rothenburg Ex 15 | | 04-13-1998 | Town of Highlands Water District # 2 & DWSRF Hardship Determination Information (TOH 019834 to TOH 019842) | Letter | Ronald Rothenberg | Paul John | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Rothenburg Ex 16 | | 03-13-2000 | Town of Highlands Proposed Water District #2 (TOH 020157) | Letter | Ronald Rothenberg | Senator William Larkin | 1 |
| Rothenburg Ex 17 | | 08-10-1999 | Town of Highlands Board Meeting Minutes (TOH 027859 to TOH 027865) | | Sandra Tonneson | | 7 |
| Rothenburg Ex 18 | | 06-1994 | Regional Ground-Water Study Town of Highlands (SUN-FTM-024-2236 to SUN-FTM-024-2243) | | | | 8 |
| Rothenburg Ex 19 | | 07-15-1997 | Town of Highlands Water District Extension (TOH 026292 to TOH 026293) | Letter | Lawrence E. Torro | Ken Caffrey, Joseph D'Onofrio, Myron Mandel, Michael Burke | 2 |
| Rouscelli Ex 2 | | 08-25-1997 | NYSDEC Spill Report Form 9706312 (SUN-FTM-036-0555) | | | | 1 |
| Rouscelli Ex 3 | | 06-11-1996 | Phase I Environmental Site Assessment, Town of Highlands Town Garage (SUN-FTM-036-0660 to SUN-FTM-036-0727) | | | | 19 |
| Rouscelli Ex 4 | | 09-10-1997 | Subsurface Investigation And Corrective Action Plan, Town Garage, Fort Montgomery & Figures & Gas Chromatograph Results (SUN-FTM-036-0728 to SUN-FTM-036-0757) | Letter | David R. Lent | Larry Ricci, Joseph D'Onofrio, Tony Servedio, Jim McIver, George Minervini | 30 |
| Shrieve Ex. 9 | | 1-9-2000 | Erickson Bros. Invoice for 42 Canterbury (Shrieve87MTBE) | | | | 1 |
| Shrieve Ex. 19 | | 10-1-2004 | POET Removal (Shrieve24MTBE - Shrieve26MTBE) | Letter | William J. Brochu | Mr. and Mrs. Shrieve | 3 |
| Schultz Ex 3 | | | Mobil 17-CDK Environmental Equipment Addendum (TONN-CDK-00227) | | | | 1 |
| Shanahan Ex 2 | | 08-03-2007 | Summary of Opinions Regarding MTBE Contamination of Ground Water Fort Montgomery | | | | 42 |
| Shanahan Ex 3 | | 10-01-2007 | Summary of Opinions Regarding MTBE Contamination of Ground Water Fort Montgomery | | | | 6 |
| Shanahan Ex 4 | | 06-10-1991 | Files Review & Site Visit/Site Plan (SUN-FTM-018-2538 to SUN-FTM-018-2543) | Letter | Matthew B. Roche | Gus Borkland | 12 |
| Shanahan Ex 5 | | 09-1994 | Site Assessment 0006-7934 Route 9 West & Fort Montgomery Road (SUN-FTM-017-3583 to SUN-FTM-017-2807) | | | | 72 |
| Shanahan Ex 6 | | 05-21-2007 | Groundwater Monitoring Map, Sunoco Facility # 0006-7934 | | | | 1 |
| Shanahan Ex 7 | | 12-29-2000 | Ft. Montgomery NY Leak (SUN-FTM-005-0056) | Email | Robert W. Cunio | William R. Morse, Yvonne M. Monti, Mark G. Meleski | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Shanahan Ex 8 | | 06-11-1996 | Proposal and Cost Estimates for Investigation and Remediation Operations Town Garage, Fort Montgomery (FTM-CHZ-001-0006 to FTM-CHZ-001-0008) | Letter | George B. Minervini | Joseph D'Onofrio | 3 |
| Shanahan Ex 9 | | 10-17-1997 | Town Garage Remediation NYSDEC Spill # 9706312 & Town of Highlands Garage Site Map (FTM-CHZ-001-0022 to FTM-CHZ-001-0024) | Letter | | Tony Servedio | 4 |
| Shanahan Ex 10 | | 03-31-1999 | Removal of Hydraulic Lift Former Town of Highlands Garage, Fort Montgomery & Field Data Sheet & Technical Report & Site Location Map (FTM-CHZ-001-0025 to FTM-CHZ-001-0060) | Letter | Paul Shannon | Larry Ricci, Jim McIver, Tony Sciccorini | 26 |
| Shanahan Ex 11 | | | Town of Highlands Garage Site Map & Soil Sample and Monitoring Well Location Maps (FTM-CHZ-001-0061 to FTM-CHZ-001-0075) | | | | 15 |
| Shanahan Ex 12 | | 10-2007 | Site Monitoring and Operation & Maintenance Report July through September 2007 Sunoco Station (SUN-FTM-055-1057 to SUN-FTM-055-1267) | | | | 212 |
| Shrieve Ex. 1 | | 5-17-2006 | Shrieve Responses to Defendants' First Set of Interrogatories (unverified) | | | | 21 |
| Shrieve Ex. 2 | | 5-26-2006 | Verification to Shrieve Responses to Defendants' First Set of Interrogatories | | | | 1 |
| Shrieve Ex. 4 | | | Sunoco investigation and notification of possible well impacts (Shrieve 51 MTBE) | Letter | William J. Brochu | Resident of Fort Montgomery | 1 |
| Shrieve Ex. 7 | | 11-14-1998 | Plot Plan for Christine Smith (Shrieve 94 MTBE) | | | | 1 |
| Shrieve Ex. 8 | | 11-15-1999 | Erikson Brothers Well Drilling Invoice, 42 Canterbury (Shrieve 86 MTBE) | | | | 1 |
| Shrieve Ex. 14 | | 5-13-2003 | 04/22/03 Shrieve Test Data | Letter | Elizabeth T. Bowen | Mr. Michael Shreive | 1 |
| Shrieve Ex. 15 | | 11-25-2003 | 10/23/03 Shrieve Test Data | Letter | Elizabeth T. Bowen | Mr. Michael Shreive | 1 |
| Shrieve Ex. 16 | | 3-10-2004 | 02/05/04 Shrieve Test Data (Shrieve 27 MTBE) | Letter | Elizabeth T. Bowen | Mr. Michael Shreive | 1 |
| Shrieve Ex. 17 | | 8-12-2004 | 05/17/04 Shrieve Test Data | Letter | Elizabeth T. Bowen | Mr. Michael Shreive | 1 |
| Shrieve Ex. 18 | | 12-3-2005 | Homeowners Insurance Policy, 42 Canterbury Rd. | | | | 2 |
| Ed Stanley Ex 3 | | | Redner to Stanley Deed | | | | 5 |
| Ed Stanley Ex 4: | | | Edward Stanley to Theresa Stanley Deed | | | | 5 |
| Ed Stanley Ex. 5: | | 3-14-2006 | Theresa Stanley's Objections and Responses to Defendants' First Set of Interrogatories (with verification dated 4-20-2006) | | | | 63 |
| Ed Stanley Ex. 6: | | 3-18-2003 | OC Hazardous Materials Response Team Incident Response Form, Fuel Oil Spill, 124 Vol. Firefighters Dr. | | | | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Theresa Stanley Ex. 1 | | 12-10-2003 | Fort Montgomery Site Plan, GES | | | | 1 |
| Theresa Stanley Ex. 5 | | 7-28-2000 | 07/05/00 Stanley Test Data (SUN-FTM-016-3067 to SUN-FTM-016-3077) | Letter | Gary W. Trombly, Jr. | Mr. Ed Stanley | 11 |
| Theresa Stanley Ex. 6 | | 7-22-2003 | Sunoco's response to letter dated 4-12-2003 re: MTBE problem (SUN-FTM-016-0003 to SUN-FTM-016-0004) | Letter | Joseph W. Roberts | Mr. Thomas Murphy | 2 |
| Theresa Stanley Ex. 9 | | 8-9-2004 | Edward Stanley's Election sheet for bottled water for POET recipients (SUN-FTM-030-3336) | | | | 1 |
| Theresa Stanley Ex. 10 | | | 2006 2006 Assessment, 124 Firefighters Main Dr. | | | | 1 |
| Theresa Stanley Ex. 11 | | 1-20-2004 | 12/17/03 Stanley Apts Test Data (SUN-FTM-033-1617 to 1625) | Letter | Elizabeth T. Bowen | Mr. Edward Stanley | 9 |
| Theresa Stanley Ex. 12 | | 4-9-2004 | 03/10/04 Stanley Apts Test Data (SUN-FTM-035-1705 to SUN-FTM-035-1714) | Letter | Elizabeth T. Bowen | Mr. Edward Stanley | 10 |
| Theresa Stanley Ex. 13 | | 8-12-2004 | 06/18/04 Stanley Apts Test Data (SUN-FTM-030-2734 to SUN-FTM-030-2747) | Letter | Elizabeth T. Bowen | Mr. Edward Stanley | 14 |
| Theresa Stanley Ex. 14 | | 4-13-2005 | 03/03/05 Stanley Apts Test Data (SUN-FTM-026-1721 to SUN-FTM-026-1730) | Letter | Eric Harvey | Mr. Edward Stanley | 10 |
| Theresa Stanley Ex. 15 | | 7-22-2005 | 06/15/05 Stanley Apts Test Data (SUN-FTM-026-2514 to SUN-FTM-026-2518) | Letter | Eric Harvey | Mr. Edward Stanley | 5 |
| Theresa Stanley Ex. 16 | | 3-13-2003 | Oil Spill, basement of 124 Firefighter Dr. (SUN-FTM-044-0838) | Letter | Robert B. Halprin | Doug Willis, Town of Highlands | 1 |
| Sunoco Ex 4 | | | Sunoco Service Station Site Map | | | | 1 |
| Sunoco Ex 5 | | | 1992 All Tickets for Duns #67934 (SUN-FTM-012-001 toSUN-FTM-012-001-0011) | | | | 11 |
| Sunoco Ex 6 | | 01/17/2002 | Summary of Recent Events at Fort Montgomery, NY DUNS 0006-7934 (SUN-FTM-011-0708) | Memo | Bill Brochu | Steve Coladonato, Dan Shine, Tom Fort, Bill Morse, Yvonne Monti, Helen Doherty, Ginny Kondrat, Mark | 1 |
| Sunoco Ex 7 | | 10/18/1988 | Contaminated Soil (SUN-FTM-017-3642 to SUN-FTM-017-3688) | Letter | Ira Conklin | Dick Brakewood | 47 |
| Sunoco Ex 8 | | 10/31/1986 | Spill Response Form (SUN-FTM-016-0395) | | | | 1 |
| Sunoco Ex 9 | | 05/13/1987 | Potential Source other than Sunoco (SUN-FTM-018-2413 to SUN-FTM-018-2416) | | Carlyle Gray | Karl Beckers | 4 |
| Sunoco Ex 12 | | | Leak Spill Prevention Survey Form (SUN-FTM-003-0219) | | | | 1 |
| Sunoco Ex 13 | | 12/11/2000 | Response to Notice of Violation for Sunoco Station at Route 9W (SUN-FTM-011-0575 to SUN-FTM-011-0582) | Letter | Anna MOrley | Wayne Wadsworth, J. Certo, B. Cueno, J. Kushwara | 8 |
| Sunoco Ex 15 | | 09/1994 | Site Assessment (SUN-FTM-017-3583 to SUN-FTM-017-3639) | | | | 57 |

31

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Sunoco Ex 16 | | 09/29/1997 | Environmental Site Assessements (SUN-FTM-018-1261) | Letter | Bryan Irving | Tina Smith | 1 |
| Sunoco Ex 18 | | | 2000 GES Report (SUN-FTM-020-2164 to SUN-FTM-020-2196) | | | | 8 |
| Sunoco Ex 19 | | 12/29/2000 | Branded Marketing Retail Facilities System Tank Maintenance/Update (SUN-FTM-011-0691) | | | | 1 |
| Sunoco Ex 20 | | | Summary of Potable Well Sampling Results (SUN-FTM-005-0016) | | | | 1 |
| Sunoco Ex 23 | | 09/26/2002 | Leak in ULR Flex Line Swivel (SUN-FTM-017-0925) | E-mail | Mark Meleski | Helen Doherty, Laurie Pettengill, William Brochu | 1 |
| Sunoco Ex 24 | | 01/16/2002 | Crompco Test Detail - Detention and Repair of Flex Line (SUN-FTM-005-0079) | | | | 1 |
| Sunoco Ex 27 | | 01/19/2002 | Crompco Certificate of Underground Storage Tank System Testing (SUN-FTM-005-0146 to SUN-FTM-005-0073) | | | | 4 |
| Sunoco Ex 28 | | 01/17/2002 | Ft. Montgomery Replacement of Spill Buckets (SUN-FTM-003-0261) | E-mail | Mark Morin | Edward O'Leary, Mark Meleski, Laurie Pettengill | 1 |
| Sunoco Ex 29 | | 01/18/2002 | Repairing Spill Buckets (SUN-FTM-005-0161) | E-mail | Mark Meleski | Edward O'Leary | 1 |
| Sunoco Ex 31 | | 04/19/2002 | Construction of a Public Water Supply Line on Route 9W (SUN-FTM-003-0268) | E-mail | William Brochu | Laurie Pettengill | 1 |
| Sunoco Ex 34 | | 05/12/1999 | Manual Interstitial Monitoring Recordkeeping Log Form (SUN-FTM-011-0739 to SUN-FTM-011-0748) | Fax | | | 4 |
| Sunoco Ex 35 | | 04/16/2003 | GES Report (SUN-FTM-011-0044 to 0127) | | | | 84 |
| Sunoco Ex 36 | | 10/11/2002 | Property of Sun Company (SUN-FTM-002-0977 to SUN-FTM-002-0978) | Letter | Myron Mandel | Jack Drosdick | 2 |
| Sunoco Ex 37 | | 12/05/2002 | NYSDEC Spill Report Form 0335009 (SUN-FTM-016-0382) | | | | 1 |
| Sunoco Ex 38 | | 06/30/2003 | Request for Retraction of Spill 0335009 (SUN-FTM-016-0426 to SUN-FTM-016-431) | Letter | Elizabeth Bowen | David Traver, William Brochu | 6 |
| Sunoco Ex 39 | | 11/01/2002 | Duns#0006-7934 Fort Montgomery (SUN-FTM-016-0454) | E-mail | William Brochu | Laurie Pettengill, William Morse, Steven Coladonato, Helen Doherty, Mark Morin | 1 |
| T Burley Ex 1 | | 05 01 2006 | Water Bill (BUR 00014) | | | | 1 |
| T Burley Ex 2 | | 07 01 2006 | Sewer Bill (BUR 00015) | | | | 1 |
| T Burley Ex 3 | | 09 15 2006 | Property Tax Bill (BUR 00013) | | | | 1 |
| T Burley Ex 4 | | 07 27 1965 | Well Drilling Log (BUR 00022) | | | | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| T Burley Ex 5 | | | Bill for Pump Removal (BUR 00023) | | | | 1 |
| T Burley Ex 6 | | | Invoice for Excavation for Water Service (BUR 00024) | | | | 1 |
| T Burley Ex 7 | | 06 24 2004 | Proposal to Install Water Service (BUR 00025) | | | | 1 |
| T Burley Ex 8 | | 08 01 2004 | Water Permit (BUR 00026) | | | | 1 |
| T Burley Ex 9 | | 01 21 2003 | Property Tax Bill (BUR 00027) | | | | 1 |
| Masters Ex 23 | | 09 04 2003 | August 2003 Draft Investigation Update Report for Favre Mobil Site with Cover Letter (ENVIROTRAC) | | | | 44 |
| Masters Ex 24 | | 05 16 2002 | Potable Well Sampling Checklist for Crapazano Residence (ENVIROTRAC-00800 to ENVIROTRAC-00801) | | | | 2 |
| Masters Ex 25 | | 10 24 2001 | Kemper Insurance Companies Test Result Site Summary Report Prepared by Tanknology for Favre Brothers | | | | 7 |
| Tobin Ex 2 | | 05 02 2001 | Agreement to Terminate PMPA Franchise Agreement (TONN-CDK-00293 to TONN-CDK-00294) | | | | 2 |
| Tobin Ex 3 | | | Recommended Practices for Gasoline Inventory Control (TONN-CDK-00247 to TONN-CDK-00248) | | | | 2 |
| Tobin Ex 4 | | 03 01 2001 | First Warning Notice for Failure to Comply with Purchase Obligations (TONN-CDK-00316 to TONN-CDK-00318) | Letter | Jared Robinson, Mobil Oil Corporation | Favre Brothers | 3 |
| Tobin Ex 5 | | | Mobil Fuels Standards Compliance Evaluation for Favre Brothers | | | | 2 |
| Tobin Ex 7 | | 08 21 2001 | OCDOH Letter to Chestnut Mart of Newburgh, Inc. re: Sanitary Survey | | | | 1 |
| Tobin Ex 8 | | 09 04 2001 | NYSDEC Letter to Leroy Favre re Potential Responsible Parties | | | Sam Jamal | 1 |
| Tonneson Ex. 1 | | 10-24-2002 | Map - Most Recent MTBE Concentrations, Sunoco Service Station | | | | 1 |
| Tonneson Ex. 3 | | 10-01-2005 | Map - Hudson Highlands Restoration Limited, Site Grading & Utilities Plan Project 1027 | | | | 1 |
| Tonneson Ex. 4 | | 3-9-1992 | New York State DOH Response to R. A. Associates submission of plan for Tonneson Water System (TON 00087 to TON 00092) | | | | 6 |
| Tonneson Ex. 5 | | 1992 | Chemical Analyses for Well #2 by RA Associates (TON 00024 to TON 00031) | | | | 8 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Tonneson Ex. 6 | | 7-1-1992 | Chemical Analysis for Well #3 by RA Associates (TON 00032 to TON 00041) (TONNESON 06) | | | | 10 |
| Tonneson Ex. 7 | | 4-4-2003 | Tonneson Well Sampling Results (TONN 00101 to TONN 00102) (TONNESON 07) | Memo | A. Kim Bell | Duane C. Miller, John A. Sarcone, III | 2 |
| Tonneson Ex. 8 | | 3-15-2006 | Dave Tonneson's Responses and Objections to Defendants' First Set of Interrogatories (unverified) (TONNESON 08) | | | | 59 |
| Traver Ex 1 | | 08 20 2001 | NYSDEC Spill Report Form for 01-135012 | | | | 1 |
| Traver Ex 2 | | 08 13 2001 | OCL Analytical Services Testing Results for Bathroom Tap at Chestnut Mobil | | | | 2 |
| Traver Ex 6 | | 10 26 2001 | NYSDEC Letter to David/Leroy Favre re: Property Access | Letter | Peter M. Doshna | | 2 |
| Traver Ex 9 | | 08 2002 | August 2002 EnviroTrac Preliminary Investigation Report for Favre Mobil | | | | 99 |
| Traver Ex 10 | | 08 21 2002 | NYSDEC Memorandum to Town of Highlands re Sampling Results, Filter Systems and Site Map | | Dave Traver | Tom Murphy | 3 |
| Traver Ex 100 | | 01 17 2002 | Spill Remediation and Report Update 003187 & 0109978 | | | | 1 |
| Traver Ex 101 | | 06 30 2003 | Sunoco Request for Retraction of Spill # 0335009 (SUN-FTM-016-0426 to SUN-FTM-016-0431) | Letter | Elizabeth Bowen | David Traver | 6 |
| Traver Ex 102 | | | Sunoco Email Correspondence (SUN-FTM-003-0261 to SUN-FTM-003-0265) | | | | 5 |
| Traver Ex 94 | | 07 21 2003 | NYSDEC Letter to GES re 0335009 (SUN-FTM-016-0425) | Letter | David Traver | Elizabeth Bowen | 1 |
| Traver Ex 104 | | 01 17 2002 | Summary of Recent Events at Fort Montgomery (SUN-FTM-011-0108) | Memo | William Brochu | Steve Coladonato, Dan Shine, Tom Fort, Bill Morse, Yvvone Montil, Helen Doherty, Ginny Kondraft, Mar | 1 |
| Traver Ex 11 | | 09 09 2002 | September 2002 EnviroTrac Proposal for Subsurface Investigation at Favre Mobil | | Kevin Murphy | David Traver | 2 |
| Traver Ex 12 | | 09 04 2003 | September 2003 EnviroTrac Draft Investigation Report Update for Favre Mobil with Cover Letter | | Rob Szczrepanski | Joseph McCarthy | 44 |
| Traver Ex 13 | | 10 22 2003 | NYSDEC Approval of EnviroTrac Spill Bucket Testing at Favre Mobil | Letter | Joseph McCarthy | Kevin Murphy | 1 |
| Traver Ex 14 | | 01 07 2004 | NYSDEC Email to EnviroTrac re Favre Mobil Spill Buckets | Email | Joseph McCarthy | Kevin Murphy | 1 |
| Traver Ex 15 | | | September 2004 EnviroTrac Update Report for Favre Mobil Site | | | | 29 |

34

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Traver Ex 16 | | 01 04 2006 | State of NY, Office of Attorney General, Initial Demand to Leroy Favre | Letter | Bonnie Riggi | Leroy G. Favre, Jr. | 3 |
| Traver Ex 17 | | 10 23 2003 | Plaintiffs' Counsel's Letter to NYSDEC and NYSDOH re: Town of Highlands | Letter | John Sarcone | Michael Burke, David Traver | 3 |
| Traver Ex 18 | | 12 09 2003 | NYSDEC Letter to Plaintiffs' Counsel re Fort Montgomery MTBE | Letter | David Traver | John A. Sarcone, III | 1 |
| Traver Ex 19 | | 03 13 2003 | Luzon Environmental Services Letter to NYSDEC re: Stanley Apartments (SUN-FTM-044-0838) | Letter | Robert Halprin | Doug Willis, Town of Highlands | 1 |
| Traver Ex 85 | | | Crompco Certificate of UST Testing for Sunoco | | | | 34 |
| Traver Ex 86 | | 01 16 2002 | NYSDEC Spill Report Form 0109993 (SUN-FTM-016-0381 to SUN-FTM-016-0382) | | | | 2 |
| Traver Ex 87 | | 01 17 2002 | NYSDEC Spill Remediation and Report Update for 0003187/0109978 | | | | 1 |
| Traver Ex 88 | | | Handwritten Notes re Sunoco Fort Montgomery | | | | 1 |
| Traver Ex 89 | | | Sunoco Email Correspondence (SUN-FTM-003-0261 to SUN-FTM-003-0265) | | | | 5 |
| Traver Ex 92 | | 05 21 2003 | NYSDEC Letter to Sunoco (SUN-FTM-008-1784) | Letter | David Traver | William Brochu | 1 |
| Traver Ex 94 | | 07 21 2003 | NYSDEC Letter to GES re 0335009 (SUN-FTM-016-0425) | Letter | David Traver | Elizabeth Bowen | 1 |
| Traver Ex 98 | | | Crompco Certificate of UST Testing for Sunoco | | | | 34 |
| Traver Ex 99 | | 12 05 2002 | NYSDEC Spill Report Form for Spill # 0335009 (SUN-FTM-016-0382) | | | | 1 |
| Trombly Ex. 1 | | 11-24-1999 | Environmental Monitoring, and UST Removal DUNS No. 0006-7934 (SUN-FTM-005-0208 - 0217) | Letter | Gary Trombly | Robert Emerson | 10 |
| Trombly Ex. 2 | | 12-20-1999 | Tank Closure Report regarding Spill No. 99111116 (SUN-FTM-044-1972) | Letter | David Traver | Robert Emerson | 1 |
| Trombly Ex. 3 | | 12-22-1999 | Scope of Work/ Cost Estimate DUNS No. 006-7686 (SUN-FTM-019-0026 - 0027)) | Letter | David Sherman | William Morse | 2 |
| Trombly Ex. 4 | | 12-29-1999 | Scope of Work for Site Assesment, Spill No. # 99-11116 (SUN-FTM-016-3412 - 3415) | Letter | Gary Trombly | William Morse | 4 |
| Trombly Ex. 5 | | 06-22-2000 | NYSDEC Spill Report Form Spill No. 0003187 (SUN-FTM-016-0383) | | | | 1 |
| Trombly Ex. 7 | | 05-24-2000 | Handwritten Notes regarding Well status (SUN-FTM-044-0428) | | Gary Trombly | | 1 |
| Trombly Ex. 8 | | 05-26-2000 | Notes regarding outstanding spills (SUN-FTM-044-0431) | | Gary Trombly | | 1 |
| Trombly Ex. 9 | | 06-01-2000 | Notes regarding communications with the DOH (SUN-FTM-044-0432) | | Gary Trombly | | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Trombly Ex. 10 | | 06-07-2000 | Site Map for MTBE Concentrations (SUN-FTM-044-2208 - 2209) | Fax | Gary Trombly | Dave Traver | 2 |
| Trombly Ex. 11 | | 06-07-2000 | Map of Town Garage Property (SUN-FTM-044-2185 - 2186) | Fax | Dave Traver | Gary Trombly | 2 |
| Trombly Ex. 12 | | 06-07-2000 | Spill Response forms 86, 88 and 94 (SUN-FTM-044-2393 - 2400) | Fax | Gary Trombly | Bill Morse | 8 |
| Trombly Ex. 13 | | 06-08-2000 | Notes regarding communications with Dave Traver (SUN-FTM-044-0434) | | Gary Trombly | | 1 |
| Trombly Ex. 14 | | 06-09-2000 | Subsurface investigation report (SUN-FTM-017-0794) | Fax | Gary Trombly | Bill Morse | 1 |
| Trombly Ex. 15 | | 06-12-2000 | Communications with Dave Traver (SUN-FTM-044-0479) | | Gary Trombly | | 1 |
| Trombly Ex. 16 | | 06-13-2000 | Filter Sytem approved by NYSDOH (SUN-FTM-044-2197 - 2198) | Fax | Dave Traver | Dave Traver | 2 |
| Trombly Ex. 17 | | 06-21-2000 | Phone Log for Gary Trombly (SUN-FTM-044-0486 - 0488) | | Gary Trombly | | 3 |
| Trombly Ex. 18 | | 06-22-2000 | Subsurface Investigation Spill No. 9911116 (SUN-FTM-018-1100 - 1116) | | Goroundwater & Environmental Services | William Morse | 16 |
| Trombly Ex. 19 | | 06-23-2000 | Potable Well Information (SUN-FTM-044-2389 - 2392) | Fax | Gary Trombly | Bill Morse | 4 |
| Trombly Ex. 20 | | 06-23-2000 | Call log (SUN-FTM-044-0491) | | Gary Trombly | | 1 |
| Trombly Ex. 21 | | | Site Plan for the Sunoco Service Station (SUN-FTM-032-1688 - 1689) | Fax | Gary Trombly | Richie | 2 |
| Trombly Ex. 22 | | 06-27-2000 | Trombly Phone Log (SUN-FTM-044-0496) | | Gary Trombly | | 1 |
| Trombly Ex. 23 | | 06-28-2000 | Phone Log (SUN-FTM-044-0500) | | Gary Trombly | | 1 |
| Trombly Ex. 24 | | 06-30-2000 | orrespondence regarding Sunoco Spill involvement (SUN-FTM-016-3350 - 3360) | Letter | William Morse | David Traver | 11 |
| Trombly Ex. 25 | | 04-18-2000 | Summary of Potable Well Sampling (SUN-FTM-044-1959 - 1961) | Fax | Gary Trombly | Dave Traver | 3 |
| Trombly Ex. 26 | | 08-01-2000 | Remedial Action Plan (SUN-FTM-018-2544 - 2567) | | GES | William Morse | 24 |
| Trombly Ex. 27 | | 08-01-2000 | Fort Montgomery Table (SUN-FTM-019-1427) | Email | Gary Trombly | Carl Borkland | 1 |
| Trombly Ex. 28 | | 08-17-2000 | Supplemental Investigation Report | Letter | Gary Trombly | David Traver | 43 |
| Trombly Ex. 29 | | 09-2000 | GES Monitoring Report for Spill No. 9911116 (SUN-FTM-017-3550 - 3565) | | | | 15 |
| Trombly Ex. 30 | | 12-01-2000 | Fort Montgomery Potable Well Treatment System Table (SUN-FTM-020-0910 - 0911) | Email | Gary Trombly | Carl Borkland | 8 |
| Trombly Ex. 31 | | 12-01-2000 | Potable Well Water Supply Testing Program (SUN-FTM-048-0257 - 0272) | Letter | Gary Trombly | Gary Traver | 16 |
| Trombly Ex. 32: | | 12-24-2000 | NYSDEC Spill Report Form, Spill No. 00107911 (SUN-FTM-016-0378 - 0380) | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Trombly Ex. 33 | | 04-16-2003 | Scope of Work/ Cost Estimate for Spill No. 0003187 (SUN-FTM-019-2507 - 2512) | Letter | Gary Trombley | William Morse | 6 |
| Trombly Ex. 34 | | 05-07-2001 | Potable Well Water Supply Testing Program (SUN-FTM-048-2441 - 2454) | Letter | Gary Trombly | David Traver | 14 |
| Trombly Ex. 35 | | 07-02-2001 | Potable Well Water Supply Testing Program Spill No. 0003187 (SUN-FTM-048-2678 - 2691)) | Letter | Gary Trombly | David Traver | 14 |
| Trombly Ex. 36 | | 12-19-2001 | otable Well Supply Testing Program (SUN-FTM-039-1469 - 1482) | Letter | Gary Trombly | David Traver | 14 |
| Trombly Ex. 37 | | 01-14-2002 | Latest results from the 1/11/02 testing event (SUN-FTM-044-1426 - 1430) | Fax | David Went | Bill Brochu | 5 |
| Trombly Ex. 38 | | 01-15-2002 | NYSDEC Spill Report Form, Spill No. 01009978 (SUN-FTM-016-0380 - 0381) | | | | 2 |
| Trombly Ex. 39 | | 01-18-2002 | Potable well Water Supply Testing Program, Spill No. 0003187 (SUN-FTM-039-1893 - 1907) | Letter | Gary Trombly | David Traver | 15 |
| Trombly Ex. 40 | | 02-19-2002 | Groundwater Sampling Results, DUNS # 006-7934 (SUN-FTM-016-3315 - 3320) | Letter | Gary Trombly | David Traver | 6 |
| Trombly Ex. 41 | | 03-28-2002 | Potable Well Water Supply Testing Program, DUNS No. 006-7934 (SUN-FTM-039-2073 - 2083) | Letter | Gary Trombly | David Traver | 11 |
| Trombly Ex. 42 | | 04-24-2002 | Potable Well Water Supply Test Program (SUN-FTM-039-2241 - 2257) | Letter | Gary Trombly | David Traver | 17 |
| Trombly Ex. 43 | | 04-30-2002 | Groundwater Sampling Results, DUNS # 006-7934 (SUN-FTM-016-3309 - 3314) | Letter | David Went, Gary Trombly (SUN-FTM-016-3309 - 3314) | David Traver | 6 |
| Trombly Ex. 44 | | 05-16-2002 | Potable Well Water Supply Testing Program (SUN-FTM-043-0710 - 0722) | Letter | Gary Trombly | David Traver | 13 |
| Trombly Ex. 45 | | 05-30-2002 | Email regarding residential sampling locations (SUN-FTM-017-1680) | Email | Gary Trombly | David Traver | 1 |
| Trombly Ex. 46 | | 07-02-2002 | Residential testing results (SUN-FTM-044-1865 - 1866) | Email | Gary Trombly | David Traver | 2 |
| Trombly Ex. 47 | | 07-16-2002 | Tripped O2 system breaker (SUN-FTM-038-0126) | Email | Sean Anderson | David Went, Louis Pescetta | 1 |
| Trombly Ex. 48 | | 08-29-2002 | Repairs to the Sunoco Station (SUN-FTM-044-1862) | Email | Sean Anderson | Gary Trombly, David Went | 1 |
| Trombly Ex. 49 | | 09-30-2002 | Fort Montgomery Tank Upgrades (SUN-FTM-016-0718 - 0719) | Email | Gary Trombly | William Brochu | 2 |
| Trombly Ex. 50 | | 10-11-2002 | Gary Trombly Phone Log (SUN-FTM-044-1831) | | Gary Trombly | | 1 |
| Trombly Ex. 51 | | | Gary Trombly Call Log (SUN-FTM-044-1816) | | Gary Trombly | | 1 |
| Trombly Ex. 52 | | 10-17-2002 | Trombly Call Log (SUN-FTM-044-1820) | | Gary Trombly | | 1 |

37

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Trombly Ex. 54 | | 11-01-2002 | OET and Well Installation Numbers (SUN-FTM-044-1524 - 1525) | Email | Melissa Davis | David Traver | 2 |
| Trombly Ex. 55 | | 12-04-2002 | Potable Well Supply Testing Program, NYSDEC Spill No. 0003187 (SUN-FTM-043-1696 - 1705) | Letter | Gary Trombly | David Traver | 13 |
| Trombly Ex. 56 | | 05-12-2003 | NYSDEC Spill Report Form, Spill No. 0335009 (SUN-FTM-016-0382) | | | | 1 |
| Trombly Ex. 57 | | 03-15-2001 | Potable Treatment Sysyem Sampling Modification (SUN-FTM-016-3332 - 3349) | Letter | Gary Trombly | David Traver | 18 |
| Trombly Ex. 58 | | | Basic Chronology of Events | | | | 2 |
| Trombly Ex. 59 | | 10-15-2002 | Items for Discussion | | | | 2 |
| Trombly Ex. 60 | | 01-25-2002 | Groundwater Sampling Results (SUN-FTM-016-0405) | Letter | Gary Trombly | David Traver | 1 |
| Trombly Ex. 61 | | 11-29-2000 | Updates re: Leaks (SUN-FTM-005-0056) | | Robert Cunio | William Morse | 1 |
| Trombly Ex. 62 | | 10-01-2002 | Review of Fort Montgomery, NY Sunoco - Public Meeting Presentation (SUN-FTM-002-0790 - 0799) | | | | 10 |
| Trombly Ex. 63 | | 01-16-2002 | NYSDEC Spill Report Form for Spill No. 0109993 (SUn-FTM-016-0381 - 0382) | | | | 2 |
| Trombly Ex. 64 | | 01-16-2002 | NYSDEC Spill Report Form, Spill No. 0109978 (SUN-FTM-016-0380 - 0381) | | | | 2 |
| Trombly Ex. 65 | | 01-17-2002 | Email re Fort Montgomery Updates (SUN-FTM-011-0750) | Email | Mark Meleski | Steven Coladonato, Daniel Shine, Tomlinson Fort, William Morse, Yvonne Monti, Virginia Kondrat, Hele | 1 |
| Trombly Ex. 66 | | | Handwritten Notes | | | | 3 |
| Trombly Ex. 67 | | 12-18-2002 | GES Development Action Item #1 (FTM-GES-001-25931) | | | | 1 |
| Trombly Ex. 68 | | 01-28-2003 | Internal Meeting Notes | | | | 3 |
| Trombly Ex. 69 | | 01-29-2003 | Fort Montgomery Meeting Summary (FTM-GES-001-24907 to FTM-GES-001-24910) | Email | Michael Maegerle | Jodi Markowsky, Elizabeth Bowen | 4 |
| Trombly Ex. 70 | | 06-22-2000 | Subsurface Investigation Spill No. 9911116 (SUN-FTM-018-1100 to SUN-FTM-018-1180) | | | | 80 |
| Trombly Ex. 71 | | | Remedial Action Plan Spill No. 0003187 (SUN-FTM-018-2544 to SUN-FTM-018-2581) | | GES | | 38 |
| Trombly Ex. 72 | | 08-16-2000 | Supplemental Subsurface Investigation Report (Vol. 1 of 2) (SUN-FTM-020-2159) | | GES | William Morse | 65 |

38

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Trombly Ex. 73 | | 10-16-2002 | Notes from Sunoco Conference Call (FTM-GES-001-3330 to FTM-GES-001-3331) | Memo | | Tom Fort | 2 |
| Trombly Ex. 74 | | | Proposed Hydrogeologic Investigation Methods (FTM-GES-001-3173 to FTM-GES-001-3175) | | | | 3 |
| Wheatcraft Ex. 2 | | 3-2-2007 | Expert Report of Stephen Wheatcraft | | | | 108 |
| Wheatcraft Ex. 3 | | | Timeline of Events - Former Highlands Garage (PEXP-WHEA00723 to PEXP-WHEA00738) | | | | 16 |
| Wheatcraft Ex. 5 | | | Inventory of Expert Reports, Timelines and Depositions reviewed by Stephen Wheatcraft | | | | 1 |
| Wheatcraft Ex. 6 | | | Summary of Opinions on Source | | | | 2 |
| Wheatcraft Ex. 9 | | 2-25-2008 | USGS Active Ground-Water Level Network for Site at Rockland Lake, NY | | | | 2 |
| Wheatcraft Ex. 10 | | 1-3-2008 | Chain of Custody for Soil Sampling Jan 2008 | | | | 21 |
| Wheatcraft Ex. 12 | | | Supplement to Wheatcraft's March 2, 2007 Expert Report | | | | 4 |
| Wheatcraft Ex. 13 | | 9-7-2007 | Expert Rebuttal Report of Stephen W. Wheatcraft | | | | 6 |
| Wheatcraft Ex. 14 | | 9/14/1987 | Materials from State of Conectiticut re: MTBE (PEXP-WHEA000739 to PEXP-WHEA00747) | | | | 9 |
| Wheatcraft Ex. 15 | | 11-2005 | Supplemental Expert Report of James W. Mercer re: Former Gulf Leasehold, McAllen, Texas (PEXP-WHEA00120 to PEXP-WHEA00171) | | | | 62 |
| Wheatcraft Ex. 16 | | 1999 | Reprint of Preliminary Delineation of Contaminated Water-Bearing Fractures Intersected by Open-Hole Bedrock Wells (PEXP-WHEA00927 to PEXP-WHEA000936) | | | | 10 |
| Wheatcraft Ex. 17 | | 2-15-2008 | Updated Index of documents provided to Dr. Wheatcraft | Letter | Tracey L. O'Reilly | Stephen J. Riccardulli, Daniel M. Krainin | 5 |
| Wheatcraft Ex. 18 | | 12-20-2007 | Index of documents provided to Dr. Wheatcraft | Letter | Tracey L. O'Reilly | Jennifer Kalnins Temple, Daniel M. Krainin | 8 |
| Wheatcraft Ex. 19 | | | Photographs of Plaintiffs' Properties (PEXP-WHEA000905 to PEXP-WHEA000918 | | | | 14 |
| Wheatcraft Ex. 20 | | | Topographic Maps and Charts Tracking MTBE in Fort Montgomery (PEXP-WHEA00782 to PEXP-WHEA00835 | | | | 54 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Wheatcraft Ex. 21 | | 9-4-2003 | EnviroTrac Draft Investigation Update Report (PEXP-WHEA 00307 to PEXP-WHEA 00316) | Letter | Rob Szczepanski | Joseph McCarthy | 10 |
| Wheatcraft Ex. 22 | | | Table 1, Groundwater Analysis Report, Favre Mobil (PEXP-WHEA-000319 to PEXP-WHEA00349) | | | | 31 |
| Wheatcraft Ex. 23 | | 3-5-2007 | Persistence of MTBE in Drinking Water in CT (PEXP-WHEA00074 to PEXP-WHEA00075) | Email | Green, Aaron | N. Aronhalt, D. Miller, M. Axline, T. O'Reilly | 2 |
| | | | Wheatcraft Ex. 24: Timeline of Events at Favre Mobil (PEXP-WHEA00736 to PEXP-WHEA00738) | | | | 3 |
| Wheatcraft Ex. 25 | | 8-3-2007 | Summary of Opinions Regarding MTBE Contamination of Ground Water, Fort Montgomery, NY by Peter Shanahan | | | | 42 |
| Zervas Ex. 2 | | 7-12-2004 | Sunoco updated on status of POET installation and remediation efforts (SUN-FTM-016-1542 to SUN-FTM-016-1543) | Letter | Joseph W. Roberts | Mr. and Mrs. Zervas | 2 |
| Zervas Ex. 4 | | 2-7-2005 | Sunoco advising discontinuation of POET maintenance (SUN-FTM-015-0694 to SUN-FTM-015-0695) | Letter | William J. Brochu | Mr. and Mrs. Zervas | 2 |
| Zervas Ex. 7 | | 3-14-2006 | John and Joanne Zervas' Responses and Objections to Defendants' First Set of Interrogatories (unverified) | | | | 63 |
| Zervas Ex. 8 | | 4-24-2006 | John Zervas' Verification of Responses to First Set of Interrogatories | | | | 1 |
| Ash Ex 2 | | | Shaw Environmental Production of Documents TONN-SHAW-00003 to 00080 | | | | 78 |
| | | | Binder of Sunoco Exhibits for Deposition of David Travers (1999-2003) (1 of 2) | | | | 398 |
| Favre Ex 5 | | 04 21 1995 | Coupart Proposal for Work (Favre 049905 to 49906) | Letter | John Coupart | Favre Brothers | 2 |
| Favre Ex 6 | | 04 21 1995 | Ed Coupart & Sons Agreement for Services (Favre 049903 to 49904) | | | | 2 |
| Favre Ex 7 | | 04 21 2001 | ExxonMobil Email re Dealer Terminations (TONN-CDK-00015) | Email | Kathy O'Brien | Various | 1 |
| Favre Ex 8 | | | Mobil Fuels Standards Compliance Evaluation (TONN-CDK-00052 to 53) | | | | 2 |
| Favre Ex 9 | | 2001 | Fuel Inventory Reconciliation | | | | 8 |
| Favre Ex 10 | | | 1998 EPA and State Upgrade Compliance Confirmation (TONN-CDK-00054) | | | | 1 |