9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Favre Ex 11 | | 10 23 2001 | Tanknology Certificate of UST Test Result Site Summary Report (Favre 049908 to 499012) | | | | 5 |
| Favre Ex 13 | | 11 19 1999 | 11/19/99 PMPA Franchise Agreement with Favre Brothers (TONN-CDK-00081 to 125) (FAVRE13) | | | | 45 |
| Favre Ex 15 | | 10 30 2000 | NYSDEC Notice of Violation to Fort Market Mobil | | | | 2 |
| Favre Ex 19 | | 09 14 2001 | NYSDEC Notice of Violation | | | | 1 |
| Favre Ex 23 | | | Gasoline Invoice (Favre 020584) | | | | 1 |
| Favre Ex 24 | | | Gasoline Invoice (Favre 024310) | | | | 1 |
| Favre Ex 25 | | 02 14 1999 | Gasoline Invoice (Favre 024332) | | | | 1 |
| Favre Ex 26 | | 05 23 2000 | Gasoline Invoice (Favre 027433) (FAVRE26) | | | | 1 |
| Roman Ex 3 | | 11 21 2001 | NYSDEC Letter to Favre re Inability to Fulfill DEC Requirements | Letter | David Traver | Lee Favre, David Favre | 1 |
| Roman Ex 11 | | | Individual Sales Analysis - Five Year History (TONN-CDK-00186) | | | | 1 |
| Roman Ex 12 | | | Customer Account Information (TONN-CDK-00184) | | | | 1 |
| Roman Ex 14 | | | Individual Sales Analysis - Five Year History (TONN-CDK-00269) | | | | 1 |
| Roman Ex 15 | | | Standard Analysis (TONN-CDK-00036) | | | | 1 |
| Roman Ex 18 | | | NY Franchise Disclosure (TONN-CDK-00079 to 80) | | | | 2 |
| Roman Ex 20 | | | Purchase Schedule to PMPA Franchise Agreement (TONN-CDK-00126 to 127) | | | | 2 |
| Roman Ex 21 | | | 70% Purchase Obligation Summary 4th Quarter 1999 (TONN-CDK-00336) | | | | 1 |
| Roman Ex 23 | | | Mobil National Standards Handbook Motor Fuels (TONN-CDK-00537 to 678) | | | | 123 |
| Roman Ex 23A | | | Mobil Image Standards (TONN-CDK-00652 to 670) | | | | 19 |
| Roman Ex 24 | | | Mobil National Standards Handbook Mart/Snack Shop (TONN-CDK-00681 to 750) | | | | 70 |
| Roman Ex 25 | | 08 23 1995 | Letter re Executed Copies of Franchise Agreements (TONN-CDK-00525) | Letter | V.B. Betette | Favre Brothers | 1 |
| Roman Ex 26 | | 11 16 2000 | PMPA Distributor Franchise Agreement Between Mobil Oil Corporation and Alta East, Inc. (TONN-CDK-00751 to 807) | | | | 54 |

41

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Morse Ex. 2 | | 01-17-2002 | Summary of Recent Events at Fort Montgomery, NY DUNNS 006-7934 (SUN-FTM-011-0708) | Memo | Bill Brochu | Steve Coladonato, Dan hine, Tom Fort, Bill Morse, Yvonne Monti, Helen Doherty, Ginny Kondrat, Mark | 1 |
| Morse Ex. 3 | | 10-31-1986 | Spill Response Form Spill No. 86-4894 (SUN-FTM-016-0395) | | | | 1 |
| Morse Ex. 4 | | 12-02-1986 | Spill report Update Form No. 864894 (SUN-FTM-016-0394) | | | | 1 |
| Morse Ex. 5 | | 10-04-1988 | Spill Response Form, Spill No. 8805664 (SUN-FTM-044-2187) | | | | 1 |
| Morse Ex. 6 | | 10-06-1988 | Spill Report Update Form (SUN-FTM-016-0391) | | | | 1 |
| Morse Ex. 7 | | 08-22-1984 | NYSDEC Conservation Spill Response Form, Spill No. 9406870 (SUN-FTM-016-0389) | | | | 1 |
| Morse Ex. 8 | | 08-16-2000 | Supplemental Subsurface & Investigation Report (Vol. I of II); Spill No. 0003187 (SUN-FTM-020-2159 - 2197) | | Groundwater & Environmental Services | William Morse | 39 |
| Morse Ex. 9 | | 12-29-2000 | NYSDEC Spill Report Form, Spill No. 0010791 (SUN-FTM-016-0378 - 0379) | | | | 2 |
| Morse Ex. 10 | | | MTBE Sampling Results | | | | 1 |
| Morse Ex. 11 | | 12-29-2000 | NYSDEC Spill Information (SUN-FTM-016-0386) | | | | 1 |
| Morse Ex. 14 | | 01-15-2002 | NYSDEC Spill Report Form, Spill No. 0109993 (SUN-FTM-016-0381 - 0382) | | | | 2 |
| Morse Ex. 14 | | 01-15-2002 | NYSDEC Spill Report Form, Spill No. 0109978 (SUN-FTM-016-0380 - 0381) | | | | 2 |
| Morse Ex. 14 | | 07-26-2001 | Supplemental Soil Excavation Summary, NYSDEC Spill No. 9706312 | | Chazen Environmental Services, Inc. | David Traver | 4 |
| Morse Ex. 15 | | 01-05-2001 | Phase II Subsurface Investigation | | | Tom Murphy | 33 |
| Morse Ex. 16 | | 09-22-2004 | NYSDEC Spill No. 97-06312, UST removal | Letter | Keith Browne | Bob Monroe | 1 |
| Morse Ex. 18 | | 09-24-2002 | Handwritten Notes regarding the Prelim Meeting (SUN-FTM-016-0832 - 0848) | | | | 6 |
| Morse Ex. 19 | | 07-20-2000 | Handwritten Notes of Fort Montgomery Timeline Status (SUN-FTM-005-0249 - 0250) | | | | 2 |
| Morse Ex. 20 | | 07-06-2000 | Fort Montgomery Status Update (SUN-FTM-011-0236) | Email | Carl Borkland | Richard Oswald, Robert Emerson, William Morse, Yvonne Monti, George Wiltse, John Zeidler | 1 |
| Morse 21 | | 09-11-2002 | Fort Montgomery Public Meeting (SUN-FTM-016-0850 - 0851) | Email | Tomlinson Fort | Cynthia Archer Teresa Gavigan, Gary Foster | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Morse Ex 22 | | 05 01 2003 | Letter from Fort Montgomery Citizen to Sunoco (SUN-FTM-016-1003) | Letter | Bonnie Nolan | William Morse | 1 |
| Kester Ex. 12 | | 3-7-2007 | Notes on timeline (FTM-KES-00073) | | | | 1 |
| Shrieve Ex. 3 | | 8-4-2006 | Shrieve's Supplemental Responses to Defendants' First Set of Interrogatories | Letter | Stuart Goldberg | Anthony A. Bongiorno, Daniel M. Krainin | 4 |
| ZER 00096-MTBE-MDL | ZER 00104-MTBE-MDL | 10-25-2002 | 10/11/02 Zervas Test Data | Letter | Gary Trombly | John Zervas | 9 |
| ZER 00112-MTBE-MDL | ZER 00120-MTBE-MDL | 01-02-2003 | 11/19/02 Zervas Test Data | Letter | Elizabeth Bowen | Mr. & Mrs. John Zervas | 9 |
| ZER 00121-MTBE-MDL | ZER 00126-MTBE-MDL | 01-08-2003 | 12/16/02 Zervas Test Data | Letter | Elizabeth Bowen | John Zervas | 6 |
| ZER 00127-MTBE-MDL | ZER 00137-MTBE-MDL | 01-22-2003 | 01/07/03 Zervas Test Data | Letter | Elizabeth Bowen | John Zervas | 11 |
| ZER 00138-MTBE-MDL | ZER 00144-MTBE-MDL | 11-06-2002 | 10/17/02 Zervas Test Data | Letter | Gary Trombly | John Zervas | 7 |
| ZER 00154-MTBE-MDL | ZER 00154-MTBE-MDL | 08-06-2003 | 07/16/03 Zervas Test Data | Letter | Elizabeth Bowen | John Zervas | 1 |
| ZER 00155-MTBE-MDL | ZER 00158-MTBE-MDL | 07-12-2004 | POET Update and Offer of Bottled Water | Letter | John Roberts | John Zervas | 4 |
| BOY 00002-MTBE-MDL | BOY 00006-MTBE-MDL | 11-26-2003 | 11/19/03 Galu Test Results | | | | 5 |
| TON00001-MTBE-MDL | TON00019-MTBE-MDL | 11-13-2002 | Map from Hudson Highlands Realty | | | | 19 |
| TON00043-MBTE-MDL | TON00043-MBTE-MDL | | Hudson Highlands Site Plan | | | | 1 |
| TON00103-MTBE-MDL | TON00133-MTBE-MDL | 09-15-2003 | Revised Residential Contract of Sale between Dave Tonneson and Corbin Hill LLC | | | | 93 |
| TON00134-MTBE-MDL | TON00164-MTBE-MDL | 09-15-2003 | Revised Residential Contract of Sale between Hudson Highlands Realty Restoration Ltd. and Corbin Hills LLC | | | | 93 |
| TON00300-MTBE-MDL | TON00301-MTBE-MDL | | Floor Plan for "The Princeton" (Hudson Highlands Realty) | | | | 2 |
| TON00302-MTBE-MDL | TON00303-MTBE-MDL | | Floor Plan for "The Lenox" (Hudson Highlands Realty) | | | | 2 |
| TON00304-MTBE-MDL | TON00306-MTBE-MDL | 04-06-2006 | Sales Memo regarding Options Manual Revisions | Memo | Randy Greiner, Sales manager (Chelsea Modular Homes) | | 3 |
| TON00307-MTBE-MDL | TON00308-MTBE-MDL | 03-2006 | Hudson Highlands Realty Pricing Schedule | | | | 2 |
| TON00309-MTBE-MDL | TON00309-MTBE-MDL | | Hudson Highlands Realty Ltd. Plumbing Estimate | | | | 1 |
| TON00310-MTBE-MDL | TON00310-MTBE-MDL | | Hudson Highlands Realty Landscaping Estimate | | | | 1 |
| TON00311-MTBE-MDL | TON00311-MTBE-MDL | | Hudson Highlands Realty Subdivision Engineering Fees | | | | 1 |

43

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| TON00312-MTBE-MDL | TON00312-MTBE-MDL | | Hudson Highlands HVAL Estimate | | | | 1 |
| TON00313-MTBE-MDL | TON00313-MTBE-MDL | | Hudson Highlands Realty Drainage Estimate | | | | 1 |
| TON00314-MTBE-MDL | TON00314-MTBE-MDL | | Hudson Highlands Realty Estimate for Road Way Contruction | | | | 1 |
| TON00315-MTBE-MDL | TON00315-MTBE-MDL | | Hudson Highlands Realty Estimate for Water and Waste Service Tube | | | | 1 |
| TON00316-MTBE-MDL | TON00346-MTBE-MDL | 09-15-2003 | Residential Contract of Sale between Dave Tonneson and Corbin Hills LLC | | | | 30 |
| TON00294 | TON00299-MTBE-MDL | 10-31-2006 | Summary of Projected Costs and Losses associated with Project for Dave Tonneson, Hudson Highlands Realty Ltd. | Letter | DeMilia & Honigman LLP | Dave Tonneson | 12 |
| TON00165-MTBE-MDL | TON00293-MTBE-MDL | 04-01-2003 | Laboratory Analytical Results Summary Job # H337 (Highland Sunoco) | | | | 258 |
| TON00048-MBTE-MDL | TON00057-MBTE-MDL | | Fuel Envrionmental Assessment Form - State Envrionmental Quality Review for Hudson Highlands Restoration | | | | 10 |
| TON00058-MBTE-MDL | TON00060-MBTE-MDL | 10-09-2005 | Town of Highlands Planning Board Application for Hudson Highlands Realty | | | | 3 |
| TON00061-MBTE-MDL | TON00067-MBTE-MDL | 09-30-2003 | Corbin Hill Townehome and Commerical Developments Route 9W, Town of Highlands, NY Supplemental Work Agreement | | | | 7 |
| TON00068-MBTE-MDL | TON00068-MBTE-MDL | | Advertisment for RTC Air Stripper | | | | 1 |
| TON00069-MBTE-MDL | TON00071-MBTE-MDL | | 11/09/93 Tonneson Test Data | | | | 4 |
| TON00072-MBTE-MDL | TON00072-MBTE-MDL | 02-1990 | Putnam County Department of Health Well Completion Report (Private Well) | | | | 1 |
| TON00073-MBTE-MDL | TON00074-MBTE-MDL | 08-28-1992 | Hudson Highlands Realty  Well installation (Well #3) | Letter | Robert Torgersen | Michael Montyako | 2 |
| TON00075-MBTE-MDL | TON00083-MBTE-MDL | 07-10-1992 | Letter enclosing Original Deed from the Orange County Clerk's Office | Letter | Jonathan Kopland | David Tonneson | 7 |
| TON00084-MBTE-MDL | TON00086-MBTE-MDL | 06-19-1992 | Invoice from EnviroTest Laboratories Inc. for Hudson Highlands Realty | | | | 3 |
| TON00087-MBTE-MDL | TON00092-MBTE-MDL | 03-09-1992 | Comments Based on Technical Review for W.S. for Hudson Highlands Project | | | | 6 |
| TON00093-MBTE-MDL | TON00099-MBTE-MDL | | Memorandum of Understanding Among the Town of Highlands, Hudson Highlands Realty Restoration Ltd, Jonathan R. Kopland and Ned Kopland | | | | 7 |
| TON00100-MBTE-MDL | TON00100-MBTE-MDL | 07-25-1985 | Statement of Sale from Feith Realty, Inc. to Hudson Highlands Realty | | | | 1 |
| TON00042-MTBE-MDL | TON00042-MTBE-MDL | 10-01-2005 | Site grading and utilities map for Hudson Highlands Ltd. | | | | 1 |

44

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| TON00023-MTBE-MDL | TON00023-MTBE-MDL | 10-01-2005 | Site Grading and Utilities Map for Hudson Highlands Restoration Ltd. | | | | 1 |
| TON00022-MTBE-MDL | TON00022-MTBE-MDL | 11-01-2005 | Site Map for Hudson Highlands Restoration Limited | | | | 1 |
| TON00020-MBTE-MDL | TON00020-MBTE-MDL | 10-2005 | Site Vicinity Map for Hudson Highlands Restoration Ltd. | | | | 1 |
| TON00024-MTBE-MDL | TON00040-MTBE-MDL | 06-19-2002 | R.A. Associates Chemical Analysis for Cherry St. Well #2 | | | | 17 |
| TON00374-MTBE-MDL | TON00400-MTBE-MDL | 05-19-1987 | Resolution Adopted by the Zoning Board of Appeals | | Myron Mander | | 27 |
| TON00401-MTBE-MDL | TON00413-MTBE-MDL | 02-11-1992 | Minutes from The Town Board, Town of Highlands Regular Meeting | | | | 13 |
| TON00350-MTBE-MDL | TON00360-MTBE-MDL | 04-02-2008 | Bills from Azzolina Enginerring Group for the Town of Highlands | Letter | Doumina Stewart | Hudson Highlands Restoration Ltd. | 11 |
| TON00361-MTBE-MDL | TON00362-MTBE-MDL | 2006 | Local Law Filing Imposing a Temporary Moratorium on Development in the Town of Highlands | | | | 2 |
| TON00363-MTBE-MDL | TON00364-MTBE-MDL | 2007 | Local Law Filing Extending a Temporary Moratorium on Development in the Town of Highlands | | | | 2 |
| TON00365-MTBE-MDL | TON00370-MTBE-MDL | | Condominium Site Grading and Utilities Plan | | | | 6 |
| TON00371-MTBE-MDL | TON00373-MTBE-MDL | 06-01-2007 | Invoice from Centerpoint Engineering for preparation of drainage analysis, design of storm water management system and water quality detention basins | | | | 3 |
| BUR 00001-MBTE-MDL | BUR 00002-MBTE-MDL | 07-01-2003 | Response to sampling results and enrollment in the New York State Volatile Organic Compound (VOC) exposure register | Letter | Elizabeth Lewis-Michl, PhD, DOH | Thomas Burley | 2 |
| BUR 00003-MBTE-MDL | BUR 00005-MBTE-MDL | | 11/12/2001 Burley Test Results | | | | 3 |
| BUR 00006-MBTE-MDL | BUR 00008-MBTE-MDL | | 04/07/03 Burley Test Results | | | | 3 |
| BUR 00009-MBTE-MDL | BUR 00012-MBTE-MDL | | 11/24/2003 Burley Test Results | | | | 4 |
| BUR00013-MTBE-MDL | BUR00018-MTBE-MDL | 12-15-2006 | Orange County 2007 Property Tax Bill for Thomas Burley | | | | 12 |
| BUR00019-MTBE-MDL | BUR00021-MTBE-MDL | 08-09-1963 | Mortgage for Garrison Road, Burley Residence | | | | 6 |
| BUR00022-MTBE-MDL | BUR00022-MTBE-MDL | 07-23-1965 | Payment Receival Memo from C. DeWitt & Sons for Well Drilling at the Burley Residence | | | | 1 |
| BUR00023-MTBE-MDL | BUR00026-MTBE-MDL | 06-24-2004 | Estimates, proposal and water permit for Burley Pump Removal | | | | 8 |
| BUR00027-MTBE-MDL | BUR00029-MTBE-MDL | 06-21-2003 | Orange County 2003 County and Town Real Property Tax Bill for Thomas and Anna Burley | | | | 3 |
| BUR00030-MTBE-MDL | BUR00036-MTBE-MDL | 06-01-1920 | Contract of Sale for Burley Residence | | | | 7 |

45

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| BUR00037-MTBE-MDL | BUR00037-MTBE-MDL | 06-24-2004 | Proposal to Install Water Service at Burley Residence | | | | 1 |
| ZER 00001-MBTE-MDL | ZER 00006-MBTE-MDL | 02-07-2005 | Update on Zervas POET Removal | Letter | William Brochu | Zervas | 6 |
| ZER 00007-MBTE-MDL | ZER 00008-MBTE-MDL | | Zervas Filter Installation and Bottled Water Delivery | | | | 2 |
| ZER 00009-MBTE-MDL | ZER 00014-MBTE-MDL | 01-27-2003 | Town of Highlands Letter to Residents | Letter | Thomas Murphy | Town of Highlands Residents | 6 |
| ZER 00015-MBTE-MDL | ZER 00016-MBTE-MDL | 04-12-2003 | Letter to Residents re Litigation | Letter | Tom Murphy | Residents from the Town of Highlands | 2 |
| ZER 00017-MBTE-MDL | ZER 00030-MBTE-MDL | 11-06-2002 | 10/17/2002 Zervas Test Results | Letter | Gary Trombly | Mr. & Mrs. John Zervas | 14 |
| ZER 00031-MTBE-MDL | ZER 00033-MTBE-MDL | 01-22-2004 | 1/22/04 Zervas Test Data | | | | 3 |
| ZER 00034-MTBE-MDL | ZER 00035-MTBE-MDL | 04-16-2004 | 04/16/04 Zervas Test Data | | | | 2 |
| ZER 00036-MTBE-MDL | ZER 00037-MTBE-MDL | 08-03-2004 | POET Update and Offer of Bottled Water to Zervas | Letter | William Brochu | Mr. & Mrs. John Zervas | 2 |
| ZER 00038-MTBE-MDL | ZER 00038-MTBE-MDL | 12-12-2002 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Spring Water Customer Service | Mr. & Mrs. Zervas | 1 |
| ZER 00039-MTBE-MDL | ZER 00039-MTBE-MDL | 03-17-2003 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Spring Customer Service | Mr. & Mr. Zervas | 1 |
| ZER 00040-MTBE-MDL | ZER 00040-MTBE-MDL | 06-13-2003 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Spring Bottle Water Customer Service | Mr. & Mrs. Zervas | 1 |
| ZER 00041-MTBE-MDL | ZER 00041-MTBE-MDL | 10-08-2004 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Spring Cutomser Service | Mr. & Mrs. Zervas | 1 |
| ZER 00042-MTBE-MDL | ZER 00042-MTBE-MDL | 12-08-2004 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Springs Customer Services | John Zervas | 1 |
| ZER 00043-MTBE-MDL | ZER 00043-MTBE-MDL | 05-11-05 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Springs Customer Service | John Zervas | 1 |
| ZER 00044-MTBE-MDL | ZER 00044-MTBE-MDL | 07-08-2005 | Bottled Water Delivery Schedule for Zervas | Letter | Poland Spring Customer Service | John Zervas | 1 |
| ZER 00045-MTBE-MDL | ZER 00048-MTBE-MDL | 02-07-2005 | POET Removal and Offer of Bottled Water to Zervas | Letter | William Brochu | John Zervas | 4 |
| ZER 00050-MTBE-MDL | ZER 00050-MTBE-MDL | | Information on the VOC Exposure Registry | | | | 1 |
| ZER 00077-MTBE-MDL | ZER 00081-MTBE-MDL | | Deed for Zervas Property | | | | 5 |
| ZER 00082-MTBE-MDL | ZER 00087-MTBE-MDL | 08-12-1996 | Owner's Policy of Title Insurance for John and Joann Zervas | | | | 6 |
| ZER 00088-MTBE-MDL | ZER 00095-MTBE-MDL | 08-03-2004 | POET Status Update for Zervas | Letter | William Brochu | John Zervas | 8 |
| STA 00001-MBTE-MDL | STA 00009-MBTE-MDL | 01-20-2004 | 12/17/03 Stanley Test Results | Letter | Elizabeth Bowen | Edward Stanley | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| STA 00010-MBTE-MDL | STA 00022-MBTE-MDL | 11-25-2003 | 10/17/03 Stanley Test Results | Letter | Elizabeth Bowen | Edward Stanley | 13 |
| GEE 00236-MTBE-MDL | GEE 00248-MTBE-MDL | 10-25-2002 | 09/24/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 14 |
| GEE 00249-MTBE-MDL | GEE 00254-MTBE-MDL | 01-16-2003 | 2003 County and Town Real Property Tax Bill, for 60 Montgomery Rd. | | | | 6 |
| BUR00038-MTBE-MDL | GEE 00289-MTBE-MDL | 08-01-2006 | Invoice for Installation of New Water Line for Gee Property | | | | 41 |
| GEE 00001-MBTE-MDL | GEE 00004-MBTE-MDL | 06-28-1955 | Gee Deed for 48 Montgomery Rd | | | | 4 |
| GEE 00005-MBTE-MDL | GEE 00016-MBTE-MDL | 01-07-2003 | 12/12/02 Gee Test Data for 48 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 12 |
| GEE 00017-MBTE-MDL | GEE 00025-MBTE-MDL | 03-06-2003 | 02/12/03 Gee Test Data for 48 Montgomery Rd | Letter | Elizabeth Bowen | Rober Gee | 9 |
| GEE 00026-MBTE-MDL | GEE 00035-MBTE-MDL | 02-04-2003 | 01/14/03 Gee Test Data for 48 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 10 |
| GEE 00036-MBTE-MDL | GEE 00043-MBTE-MDL | 10-25-2002 | 09/26/02 Gee Test Data | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 8 |
| GEE 00044-MBTE-MDL | GEE 00053-MBTE-MDL | 05-13-2003 | 04/15/03 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 10 |
| GEE 00054-MBTE-MDL | GEE 00063-MBTE-MDL | 03-06-2003 | 02/12/03 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 10 |
| GEE 00064-MBTE-MDL | GEE 00066-MBTE-MDL | 09-26-2002 | Request to Sample Gee Well | Letter | William Brochu | Resident of 48 Montgomert Rd. | 3 |
| GEE 00067-MBTE-MDL | GEE 00068-MBTE-MDL | 12-30-2003 | 11/19/03 Gee Test Data for 48 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 2 |
| GEE 00069-MBTE-MDL | GEE 00070-MBTE-MDL | 07-17-2003 | 06/16/03 Gee Test Data for 48 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 2 |
| GEE 00071-MBTE-MDL | GEE 00074-MBTE-MDL | 01-24-1986 | Gee Deed for 60 Montgomery Rd | | | | 4 |
| GEE 00075-MBTE-MDL | GEE 00077-MBTE-MDL | 01-20-2004 | 12/17/03 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 3 |
| GEE 00078-MBTE-MDL | GEE 00088-MBTE-MDL | 12-04-2002 | 10/25/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Robert Gee | 11 |
| GEE 00089-MBTE-MDL | GEE 00102-MBTE-MDL | 10-25-2002 | 08/30/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 14 |
| GEE 00103-MBTE-MDL | GEE 00114-MBTE-MDL | 01-08-2003 | 12/03/02 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 12 |
| GEE 00115-MBTE-MDL | GEE 00126-MBTE-MDL | 02-04-2003 | 01/14/03 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 12 |
| GEE 00127-MBTE-MDL | GEE 00132-MBTE-MDL | 04-24-2003 | 03/07/03 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 6 |
| GEE 00133-MBTE-MDL | GEE 00141-MBTE-MDL | 01-02-2003 | 11/15/02 Gee Test Data for 60 Montgomery Rd | Letter | Elizabeth Bowen | Robert Gee | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| GEE 00142-MBTE-MDL | GEE 00152-MBTE-MDL | 01-18-2002 | 12/26/201 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 11 |
| GEE 00153-MBTE-MDL | GEE 00162-MBTE-MDL | 02-14-2002 | 01/24/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 10 |
| GEE 00163-MBTE-MDL | GEE 00171-MBTE-MDL | 03-28-2002 | 02/26/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Robert Gee | 9 |
| GEE 00172-MBTE-MDL | GEE 00183-MBTE-MDL | 3/28/2002 | 03/28/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 12 |
| GEE 00184-MBTE-MDL | GEE 00191-MBTE-MDL | 05-16-2002 | 04/25/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 8 |
| GEE 00192-MBTE-MDL | GEE 00192-MBTE-MDL | 4-26-2002 | Chain of Custody Record for Project No. 1500661 | | | | 1 |
| GEE 00193-MBTE-MDL | GEE 00206-MBTE-MDL | 07-08-2002 | 05/31/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 15 |
| GEE 00207-MBTE-MDL | GEE 00222-MBTE-MDL | 08-08-2002 | 06/25/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 16 |
| GEE 00223-MBTE-MDL | GEE 00235-MBTE-MDL | 09-20-2002 | 07/23/02 Gee Test Data for 60 Montgomery Rd | Letter | Gary Trombly | Mr. & Mrs. Robert Gee | 13 |
| GIB 00001-MBTE-MDL | GIB 00007-MBTE-MDL | 04-29-1994 | Gibney Deed | | | | 7 |
| GIB 00008-MBTE-MDL | GIB 00012-MBTE-MDL | 01-23-2003 | 01/09/03 Gibney Test Data | Letter | Elizabeth Bowen | Denise Gibney | 5 |
| GIB 00013-MBTE-MDL | GIB 00017-MBTE-MDL | 01-08-2003 | 12/17/02 Gibney Test Data | Letter | Elizabeth Bowen | Denise Gibney | 5 |
| GIB 00018-MBTE-MDL | GIB 00025-MBTE-MDL | 01-02-2003 | 11/19/02 Gibney Test Data | Letter | Elizabeth Bowen | Denise Gibney | 8 |
| GIB 00026-MBTE-MDL | GIB 00036-MBTE-MDL | 12-04-2002 | 10/25/02 Gibney Test Data (GIB 00026-MBTE-MDL) | Letter | Gary Trombly | Denise Gibney | 11 |
| GIB 00037-MBTE-MDL | GIB 00048-MBTE-MDL | 10-25-2002 | 09/24/02 Gibney Test Data | Letter | Gary Trombly | Denise Gibney | 12 |
| GIB 00049-MBTE-MDL | GIB 00053-MBTE-MDL | 07-18-2003 | 06/18/03 Gibney Test Data | Letter | Elizabeth Bowen | Denise Gibney | 5 |
| HAN 00001-MBTE-MDL | HAN 00003-MBTE-MDL | 08/23/1979 | Hannigan Deed | | | | 3 |
| HAN 00004-MBTE-MDL | HAN 00005-MBTE-MDL | 10-26-2004 | 07/16/03 Hannigan Test Data | Letter | Patricia & James Hannigan | William Brochu | 2 |
| HAN 00006-MBTE-MDL | HAN 00009-MBTE-MDL | 07-12-2004 | Status of POET System | Letter | Joseph Roberts | Mr. & Mrs. Hannigan | 4 |
| HAN 00010-MBTE-MDL | HAN 00013-MBTE-MDL | 07-12-2004 | Status of POET System | Letter | Joseph Roberts | Mrs. Hannigan | 4 |
| HAN00288-MTBE-MDL | HAN00288-MTBE-MDL | 11-25-2003 | 10/17/03 Hannigan Test Data | Letter | Elizabeth Bowen | Charles Hannigan | 2 |
| HAN00289-MTBE-MDL | HAN00301-MTBE-MDL | 5/14/2003 | 05/14/03 Hannigan Test Data | | | | 13 |

48

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| HAN00302-MTBE-MDL | HAN00312-MTBE-MDL | 11/25/2003 | 10/17/03 Hannigan Test Data | | | | 11 |
| HAY 00219-MTBE-MDL | HAY 00219-MTBE-MDL | 2003 | Statement of taxes for 21 Cherry St, Ian and June Hay | | | | 1 |
| HAY 00185-MBTE-MDL | HAY 00197-MBTE-MDL | | 02/17/06 Hay Test Data | | | | 14 |
| HAY 00198-MTBE-MDL | HAY 00218-MTBE-MDL | 2004 | 2004 County and Town Real Property Tax Bill for the Hay Residence | | | | 21 |
| HAY 00004-MTBE-MDL | HAY 00012-MTBE-MDL | | 10/24/02 Hay Test Data | | | | 9 |
| HAY 00013-MTBE-MDL | HAY 00022-MTBE-MDL | | 05/10/04 Hay Test Data | | | | 10 |
| HAY 00023-MTBE-MDL | HAY 00031-MTBE-MDL | | 08/02/05 Hay Test Data | | | | 9 |
| HAY 00032-MTBE-MDL | HAY 00037-MTBE-MDL | 02-25-2004 | Response to Request that NYSDOH direct Sunoco and XOM to Provide Water | Letter | NYSDOH | John Sarcone | 6 |
| HAY 00038-MTBE-MDL | HAY 00045-MTBE-MDL | | 11/04/02 Hay Test Data | | | | 8 |
| HAY 00065-MTBE-MDL | HAY 00074-MTBE-MDL | | 04/16/03 Hay Test Data | | | | 10 |
| HAY 00075-MTBE-MDL | HAY 00084-MTBE-MDL | | 08/26/03 Hay Test Data | | | | 10 |
| HAY 00085-MTBE-MDL | HAY 00093-MTBE-MDL | | 02/26/04 Hay Test Data | | | | 9 |
| HAY 00094-MTBE-MDL | HAY 00097-MTBE-MDL | 07-30-1975 | Hay Deed | | | | 4 |
| HAY 00098-MTBE-MDL | HAY 00107-MTBE-MDL | | 10/17/02 Hay Test Data | | | | 10 |
| HAY 00126-MTBE-MDL | HAY 00135-MTBE-MDL | | 12/03/02 Hay Test Data | | | | 10 |
| HAY 00136-MTBE-MDL | HAY 00145-MTBE-MDL | | 02/11/03 Hay Test Data | | | | 10 |
| HAY 00169-MTBE-MDL | HAY 00176-MTBE-MDL | | 02/11/03 Hay Test Data | | | | 8 |
| HAY 00184-MTBE-MDL | HAY 00184-MTBE-MDL | 12-03-2002 | Chain of Custody Record for Ian Hay | | | | 1 |
| HUB00150-MTBE-MDL | HUB00150-MTBE-MDL | | Handwritten map of well locations with respect to the property | | | | 1 |
| HUB 00147-MTBE-MDL | HUB 00147-MTBE-MDL | | Handwritten Chart of Hubeny Property Taxes | | | | 1 |
| HUB 00148-MTBE-MDL | HUB 00148-MTBE-MDL | 11-25-2003 | 10/07/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 1 |
| HUB 00149-MTBE-MDL | HUB 00149-MTBE-MDL | 02-26-2004 | 01/14/04 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| HUB 00131-MTBE-MDL | HUB 00132-MTBE-MDL | 10-23-2003 | 09/11/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 2 |
| HUB 00139-MTBE-MDL | HUB 00141-MTBE-MDL | 07-01-2003 | Semi-Annual Sewer Invoice for Hubeny Property | | | | 3 |
| HUB 00003-MBTE-MDL | HUB 00025-MBTE-MDL | 08-24-2005 | 07/14/05 Hubeny Test Data | Letter | Eric Harvey | Mr. & Mrs. Hubeny | 24 |
| HUB 00028-MBTE-MDL | HUB 00029-MBTE-MDL | 08-12-2004 | 07/22/04 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 2 |
| HUB 00030-MBTE-MDL | HUB 00030-MBTE-MDL | 12-30-2003 | 11/19/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 1 |
| HUB 00033-MBTE-MDL | HUB 00033-MBTE-MDL | 01-20-2004 | 01/20/04 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 1 |
| HUB 00034-MBTE-MDL | HUB 00044-MBTE-MDL | 06-23-2003 | 05/29/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 11 |
| HUB 00045-MBTE-MDL | HUB 00053-MBTE-MDL | 08-02-2000 | 07/20/00 Hubeny Test Data | Letter | Gary Trombly | Mr. & Mrs. William Hubeny | 9 |
| HUB 00054-MBTE-MDL | HUB 00066-MBTE-MDL | 07-17-2003 | 06/24/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 13 |
| HUB 00067-MBTE-MDL | HUB 00067-MBTE-MDL | 07-30-2003 | Update regarding installation of POET treatment system | Letter | William Brochu | Bottled Water Recipient | 1 |
| HUB 00068-MBTE-MDL | HUB 00077-MBTE-MDL | 08-06-2003 | 07/11/03 Hubeny Test Data | Letter | Elizabth Bowen | William Hubeny | 10 |
| HUB 00078-MBTE-MDL | HUB 00087-MBTE-MDL | 09-17-2003 | 08/20/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 10 |
| HUB 00088-MBTE-MDL | HUB 00095-MBTE-MDL | 01-28-2003 | 01/16/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 8 |
| HUB 00096-MBTE-MDL | HUB 00104-MBTE-MDL | 04-24-2003 | 03/20/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 9 |
| HUB 00105-MBTE-MDL | HUB 00111-MBTE-MDL | 05-14-2003 | 04/22/03 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 7 |
| HUB 00112-MBTE-MDL | HUB 00112-MBTE-MDL | 09-26-2002 | Request to Sample Hubeny Well | Letter | William Brochu | Resident of 16 Murphy Rd. | 1 |
| HUB 00113-MBTE-MDL | HUB 00120-MBTE-MDL | 10-25-2002 | 09/26/02 Hubeny Test Data | Letter | Gary Trombly | Mr. & Mrs. Bill Hubeny | 8 |
| HUB 00121-MBTE-MDL | HUB 00126-MBTE-MDL | 01-07-2003 | 12/18/02 Hubeny Test Data | Letter | Elizabeth Bowen | William Hubeny | 6 |
| HUB 00128-MBTE-MDL | HUB 00130-MBTE-MDL | 07-12-2002 | POET Status Update and Offer for Bottle Water from Sunoco | Letter | Joseph Roberts | William Hubeny | 3 |
| HUB 00001-MBTE-MDL | HUB 00002-MBTE-MDL | 01-30-2006 | Removal of POET at Hubeny Residence Effective 02/28/2006 | Letter | William Brochu | Mr. & Mrs. Hubeny | 2 |
| Shrieve115MTBE | Shrieve152MTBE | | Homeowners Policy regarding Personal Property Replacement Cost Loss Settlement | | | | 22 |
| FORTM-MAGUIRE-0000047 | FORTM-MAGUIRE-0000054 | | Compound-Specific Isotope Analysis - Field Evidence of MTBE Bioremediation | | T. Kuder, R. Kolhatkar, J. Wilson, K. O'Reilly, P. Philp, J. Allen | | 8 |

50

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| FORTM-MAGUIRE-0000055 | FORTM-MAGUIRE-0000063 | | Compound-Specific Carbon and Hydrogen Isotope Analysis - Field Evidence of MTBE Bioremediation | | T. Kuder et al. | | 9 |
| FORTM-MAGUIRE-0000064 | FORTM-MAGUIRE-0000071 | 2005 | Enrichment of Stable Carbon and Hydrogen Isotopes during Anaerobic Biodegradation of MTBE: Microcosm and Field Evidence | | Tomas Kuder, John T. Wilson, Phil Kaiser, Ravi Kolhatkar, Paul Philp, Jon Allen | | 8 |
| FORTM-MAGUIRE-0000072 | FORTM-MAGUIRE-0000081 | 9/2000 | Dissolution of MTBE from a Residually Trapped Gasoline Source: A summary of research results | | William G. Rixey and Sushrut Josh | | 10 |
| FORTM-MAGUIRE-0000108 | FORTM-MAGUIRE-0000112 | 2000 | Occurrence of MTBE in Heating Oil and Diesel Fuel in Connecticut | | Gary A. Robins, et al. | | 5 |
| FORTM-MAGUIRE-0000139 | FORTM-MAGUIRE-0000146 | 6/2001 | Natural Biodegradation of MTBE at a Site on Long Island, NY | | Ravi Kolhatkar, John Wilson, Gordon Hinshalwood | | 8 |
| FORTM-MAGUIRE-0000147 | FORTM-MAGUIRE-0000148 | | Microfracture Geochemistry as an Indicator of Terminal Electron Accepting Processes in TCE-Contaminated | | T. Eighmy, J. Spear, J. Coulburn, L. Tisa N. Kinner | | 2 |
| FORTM-MAGUIRE-0000149 | FORTM-MAGUIRE-0000150 | | Effectiveness of Monitored Natural Attenuation at Predicting in Site Biodegradation in a TCE Contaminated Metasedimentary Bedrock | | N.E. Kinner, M. Mills, T. Ballestern, J. Colburn, L. Tisa, S. Drusched | | 2 |
| FORTM-MAGUIRE-0000151 | FORTM-MAGUIRE-0000164 | | MTBE Mass Flux Estimates as an Indicator of Regulatory Compliance | | Tracy Roth, et al. | | 14 |
| FORTM-MAGUIRE-0000165 | FORTM-MAGUIRE-0000207 | 11/2/1995 | Enclosing "Recommendations to Improve the Cleanup Process for California's Leaking Underground Fuel Tanks (LUFTs)" | Letter | David W. Rice, et al. | State of California, State Water Resources Control Board | 43 |
| FORTM-MAGUIRE-0000208 | FORTM-MAGUIRE-0000271 | 11/3/2006 | Biodegradation - Monitored Natural Attenuation (MNA) for oxygenates: How it evolved, why it occurred, and stable carbon isotopes | | | | 64 |
| FTM-WELL-0001 | FTM-WELL-0052 | | Drilling Records for Fort Montgomery Wells from Hudson Valley Drilling, Inc. | | | | 52 |
| CHEM-TONN-00001 | CHEM-TONN-00037 | 01/2008 | Laboratory Records Produced by Chemtech re Soil Sampling at Tonneson Property | | | | 37 |
| FORTM-CCWS-00010 | FORTM-CCWS-00014 | 09/30/2007 | Crystal Clear Solutions Invoice for POET Rentals | | | | 5 |
| FORTM-TESTA-00034 | FORTM-TESTA-00038 | | 11/12/01 Boyce Test Data | | | | 5 |
| FORTM-TESTA-00051 | FORTM-TESTA-00057 | | 11/12/01 Burley Test Data | | | | 7 |
| Buchholz1 | Buchholz4 | 08-22-1994 | Buchholz Deed | | | | 4 |
| Buchholz5 | Buchholz7 | 12-11-1987 | Buchholz Parcel Identification (Buchholz0005) | | | | 3 |
| Buchholz8 | Buchholz9 | | Map of the Buchholz Property | | | | 2 |
| Buchholz10 | Buchholz11 | | Map of the Buchholz Property | | | | 2 |

51

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Buchholz0012 | Buchholz29 | 09-19-2001 | Appraisal for Buchholz Property | | | | 16 |
| Buchholz39 | Buchholz48 | | 12/06/02 Buchholz Test Data | | | | 10 |
| Buchholz49 | Buchholz49 | | Handwritten Map of an above ground fuel tank in relation to the well | | | | 1 |
| Buchholz50 | Buchholz50 | 09-15-2003 | Reduction in Sampling Frequency of Buchholz Well (Buchholz0050) | Letter | David Traver | Ronald Buchholz | 1 |
| Buchholz51 | Buchholz53 | 01-27-2003 | Letter to Residents re MTBE | Letter | Thomas Murphy | Resident of the Town of Highlands | 3 |
| Buchholz54 | Buchholz54 | 01-27-2003 | Form Letter from Citizen to Elected Official re MTBE | Letter | | | 1 |
| Buchholz55 | Buchholz56 | 01-24-2003 | Letter regarding Town Meeting to discuss MTBE | Letter | Thomas Murphy | Residents of Town of Highlands | 2 |
| Buchholz58 | Buchholz61 | 08-15-2005 | Surgical Pathology Report for Joan Buchholz | | | | 4 |
| Buchholz70 | Buchholz79 | | 02/08/02 Buchholz Test Data | | | | 10 |
| Buchholz118 | Buchholz126 | | 07/09/02 Buchholz Test Data | | | | 9 |
| Buchholz147 | Buchholz156 | | 09/24/02 Buchholz Test Data | | | | 9 |
| Buchholz157 | Buchholz157 | 10-18-2002 | GES Request to Sample Buchholz Well | Letter | William Brochu | | 1 |
| Buchholz158 | Buchholz165 | | 10/18/02 GES Buchholz Test Data (Buchholz0158) | | | | 8 |
| Buchholz192 | Buchholz203 | | 02/24/03 Buchholz Test Data | | | | 11 |
| Buchholz194 | Buchholz300 | | Buchholz Test Data and Insurance Documents | | | | 34 |
| Buchholz204 | Buchholz213 | | 03/31/03 Buchholz Test Data | | | | 8 |
| Buchholz214 | Buchholz223 | | 04/30/03 Buchholz Test Data | | | | 9 |
| Buchholz271 | Buchholz277 | | 04/18/05 Buchholz Test Data | | | | 6 |
| Buchholz278 | Buchholz286 | | 12/02/05 Buchholz Test Data | | | | 9 |
| Buchholz287 | Buchholz293 | | 10/26/03 Buchholz Test Data | | | | 7 |
| Buchholz301 | Buchholz305 | 05/27/2004 | Appraisal of Buchholz Property | | | | 5 |
| FORTM-TESTA-00082 | FORTM-TESTA-00088 | | 12/14/01 Burley Test Data | | | | 7 |
| Camacho1 | Camacho9 | | 01/13/03 Camacho Test Data | | | | 9 |
| Camacho21 | Camacho27 | | 04/08/02 Camacho Test Data | | | | 7 |
| Camacho77 | Camacho83 | | 01/26/04 Camacho Test Data | | | | 7 |
| Camacho84 | Camacho91 | | 03/10/04 Camacho Test Data | | | | 8 |
| Camacho95 | Camacho96 | | Homeowners Policy for Fernando Camacho | | | | 2 |
| DeSpirito0018 | DeSpirito0020 | | DeSpirito Deed | | | | 3 |
| DeSpirito0021 | DeSpirito0021 | | Schedule "A" Description of DeSpirito Property | | | | 1 |
| DeSpirito0022 | DeSpirito0022 | | Map of the DeSpirito Property | | | | 1 |
| DeSpirito0023 | DeSpirito0023 | | Map of the DeSpirito Property | | | | 1 |
| DeSpirito0024 | DeSpirito0024 | | Handwritten Contact information for J.T. Eckerson, Inc. Well Drilling & Pumps | | | | 1 |
| DeSpirito0025 | DeSpirito0025 | | Map of the DeSpirito Property | | | | 1 |
| DeSpirito0040 | DeSpirito0040 | 10-14-2001 | Receipt for The Home Depot | | | | 1 |
| DeSpirito0041 | DeSpirito0042 | 12-2000 | Uniform Residential Loan Application for Christopher Despirito | | | | 2 |
| DeSpirito0043 | DeSpirito0043 | 07-17-2003 | Right to Appraisal for Christopher & Tracie DeSpirito | | | | 1 |
| DeSpirito0044 | DeSpirito0046 | | DeSpirito Insurance Coverage Summary | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| DeSpirito0047 | DeSpirito0047 | | Map of the DeSpirito Property | | | | 1 |
| DeSpirito0050 | DeSpirito0066 | | DeSpirito Uniform Residential Appraisal Report | | | | 17 |
| DeSpirito0062 | DeSpirito0078 | 11-17-1998 | Guardian Home Inspection Report (DeSpirito0062) | | | | 10 |
| DeSpirito0079 | DeSpirito0085 | 10-16-2002 | Material Safety Data Sheet detecting Bromoflurobenzene | | | | 7 |
| DeSpirito0086 | DeSpirito0088 | | Safety MSDS Data for 1,2-dichloroethane (DeSpirito0086) | | | | 3 |
| DeSpirito0089 | DeSpirito0092 | | Frequently asked health questions for Dichloroethane | | | | 4 |
| DeSpirito0093 | DeSpirito0096 | | U.S. EPA Consumer Factsheet for Dichloroethane | | | | 4 |
| DeSpirito0097 | DeSpirito0099 | | Chemical Fact Sheet for Toluene from the Wisconsin Department of Health and Family Services | | | | 3 |
| DeSpirito0100 | DeSpirito0103 | | U.S. EPA Consumer Fact Sheet on Toluene | | | | 4 |
| FORTM-TESTA-00131 | FORTM-TESTA-00137 | | 01/15/02 Burley Test Data | | | | 7 |
| FORTM-TESTA-00252 | FORTM-TESTA-00258 | | 03/04/02 Galu Test Data | | | | 7 |
| FORTM-TESTA-00289 | FORTM-TESTA-00295 | | 03/04/02 Burley Test Data | | | | 7 |
| FORTM-TESTA-00344 | FORTM-TESTA-00350 | | 04/08/02 Burley Test Data | | | | 7 |
| FORTM-TESTA-00622 | FORTM-TESTA-00628 | | 08/06/02 Burley Test Data | | | | 7 |
| FORTM-TESTA-00811 | FORTM-TESTA-00817 | | 10/14/02 Burley Test Data | | | | 7 |
| FORTM-TESTA-03421 | FORTM-TESTA-03458 | | 06/28/05 Testing Data for Various Plaintiffs | | | | 38 |
| FORTM-TESTA-00453 | FORTM-TESTA-00460 | | 05/07/02 Burley Test Data | | | | 8 |
| FORTM-TESTA-00500 | FORTM-TESTA-00507 | | 06/12/02 Burley Test Data | | | | 8 |
| FORTM-TESTA-00508 | FORTM-TESTA-00515 | | 06/12/02 Boyce Test Data | | | | 8 |
| FORTM-TESTA-00579 | FORTM-TESTA-00586 | | 07/09/02 Burley Test Data | | | | 8 |
| FORTM-TESTA-00941 | FORTM-TESTA-00948 | | 11/11/02 Boyce Test Data | | | | 8 |
| FORTM-TESTA-01125 | FORTM-TESTA-01132 | | 12/09/02 Burley Test Data | | | | 8 |
| FORTM-TESTA-01139 | FORTM-TESTA-01146 | | 12/09/02 Bogardus Test Data | | | | 8 |
| FORTM-TESTA-01343 | FORTM-TESTA-01350 | | 01/14/03 Burley Test Data | | | | 8 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| FORTM-TESTA-01395 | FORTM-TESTA-01402 | | 02/11/03 Boyce Test Data | | | | 8 |
| FORTM-TESTA-01418 | FORTM-TESTA-01425 | | 02/11/03 Burley Test Data | | | | 8 |
| FORTM-TESTA-01664 | FORTM-TESTA-01671 | | 03/10/03 Burley Test Data | | | | 8 |
| FORTM-TESTA-01710 | FORTM-TESTA-01717 | | 04/07/03 Boyce Test Data | | | | 8 |
| FORTM-TESTA-01718 | FORTM-TESTA-01725 | | 04/07/03 Burley Test Data | | | | 8 |
| FORTM-TESTA-03307 | FORTM-TESTA-03314 | | 11/09/04 Gokey Test Data | | | | 8 |
| FORTM-TESTA-03111 | FORTM-TESTA-03117 | | 06/24/04 Tonneson Apts Test Data | | | | 7 |
| FORTM-TESTA-02987 | FORTM-TESTA-02994 | | 05/10/04 Burley Test Data | | | | 8 |
| FORTM-TESTA-01936 | FORTM-TESTA-01943 | | 05/30/03 Burley Test Data | | | | 8 |
| FORTM-TESTA-02906 | FORTM-TESTA-02913 | | 04/13/04 Bogardus Test Data | | | | 8 |
| FORTM-TESTA-02805 | FORTM-TESTA-02812 | | 03/10/04 Galu Test Data | | | | 8 |
| FORTM-TESTA-02774 | FORTM-TESTA-02781 | | 08/13/2008 Burley Test Data | | | | 8 |
| FORTM-TESTA-02525 | FORTM-TESTA-02532 | | 08/13/2008 Burley Test Data | | | | 8 |
| FORTM-TESTA-02511 | FORTM-TESTA-02516 | | 11/19/03 Camacho Test Data | | | | 6 |
| FORTM-TESTA-02392 | FORTM-TESTA-02399 | | 08/27/03 Burley Test Data | | | | 8 |
| FORTM-TESTA-02358 | FORTM-TESTA-02365 | | 08/20/03 Boyce Test Data | | | | 8 |
| FORTM-TESTA-02302 | FORTM-TESTA-02309 | | 08/15/03 Bogardus Test Data | | | | 8 |
| File 1_0000001 | File 1_0000001 | | Importance of Stochastic Analyses When Considering the Fate and Transport of MTBE | | Thomas F. Maguire, PG, LSP, LEP | | 1 |
| File 6_0000001 | File 6_0000008 | | Petroleum Source Mass Recovery in Fractured Bedrock, Remedial Alternative Feasibility Determination | | Thomas F. Maguire, CPG, LSP | | 8 |
| FTM-MCGUIRE-00001 | FTM-MCGUIRE-00004 | 04-11-2007 | Iron Concentration Data from Hudson Valley Water Resources, Inc. | | | | 4 |
| FTM-MCGUIRE-00005 | FTM-MCGUIRE-00013 | 2007 | A re-evaluation of the taste and odour of MTBE in drinking water, Water Science & Technology, v. 55, n. 5 pp 265-273 | | Suffet, I.H. | | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| FTM-MCGUIRE-00014 | FTM-MCGUIRE-00032 | 01/11/2007 | GES Summary of Potable Well Sampling Results, Table 9 | | | | 19 |
| FTM-MCGUIRE-00072 | FTM-MCGUIRE-00085 | | Resident MTBE Sample Data | | | | 14 |
| FTM-MCGUIRE-00089 | FTM-MCGUIRE-00094 | | Resident MTBE Sample Testing Data from EnviroTrac | | | | 6 |
| FTM-MCGUIRE-00232 | FTM-MCGUIRE-00234 | 03-19-2007 | POET Installation and Removal Dates Former Sunoco Station 9W | | | | 3 |
| FTM-MCGUIRE-00236 | FTM-MCGUIRE-00244 | 07-30-2003 | Amended Residential Well Management Program | Letter | William Brochu | Keith Browne | 9 |
| FTM-MCGUIRE-00294 | FTM-MCGUIRE-00294 | | Schematic Diagram Whole House Water Treatment System | | | | 1 |
| FTM-MCGUIRE-00245 | FTM-MCGUIRE-00293 | | Hudson Valley Water Resources POET Installation Records 2000 to 2003 | | | | 49 |
| FTM-MCGUIRE-00295 | FTM-MCGUIRE-00295 | | Five Gallon/Minute System to Remove MTBE | | | | 1 |
| FTM-MCGUIRE-00305 | FTM-MCGUIRE-00310 | 03-01-2004 | Implementation of Amended Residential Well Management Plan: POET Removals | Letter | Elizabeth Bowen | Keith Browne | 6 |
| FTM-MCGUIRE-00331 | FTM-MCGUIRE-00353 | | Sunoco POET Removal Letters | | | | 23 |
| FTM-MCGUIRE-00354 | FTM-MCGUIRE-00355 | 07-1990 | Article: Phew! My Hot Water Smells Like Rotten Eggs | | | | 2 |
| FTM-MCGUIRE-00356 | FTM-MCGUIRE-00359 | | Know how Solution Parts: Troubleshooting - Smelly Water Web Information | | | | 4 |
| FTM-MCGUIRE-00360 | FTM-MCGUIRE-00365 | | Sulfates and Hydrogen Sulfide That Rotten Egg/Sulfur Smell Sulfate Reducing Bacteria | | | | 6 |
| FTM-MCGUIRE-06296 | FTM-MCGUIRE-06304 | 05-13-1997 | Town of Highlands: Proposed Water Supply/Water District | Letter | Ronald Rothenberg | Michael Burke, Joseph D'Onofrio, Myron Mandel | 9 |
| FTM-MCGUIRE-06738 | FTM-MCGUIRE-06740 | | Summary of Threshold Determinations for MTBE in Water | | | | 3 |
| FTM-MCGUIRE-06833 | FTM-MCGUIRE-06927 | 05-28-2007 | Expert Report of Michael McGuire | | | | 95 |
| FTM-MCGUIRE-07804 | FTM-MCGUIRE-07806 | 03-19-2007 | POET Installation and Removal Dates Former Sunoco Station Route 9W | | | | 3 |
| FTM-MCGUIRE-07807 | FTM-MCGUIRE-07850 | 8/1/2000 | GES Remedial Action Plan, Sunoco Service Station, Route 9W | | | | 44 |
| FTM-MCGUIRE-07940 | FTM-MCGUIRE-07940 | | POET Diagram | | | | 1 |
| FTM-MCGUIRE-08201 | FTM-MCGUIRE-08384 | 08/2000 | Remedial Action Plan prepared for Sunoco | | GES | | 184 |
| FORTM-FLESSNER-0000811 | FORTM-FLESSNER-0000812 | | Spectrum Chemical Fact Sheet - MTBE, Printed 5/10/2007 | | | | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| FORTM-FLESSNER-0000815 | FORTM-FLESSNER-0000817 | | The Great Escape (from the UST), LUSTLine Bulletin 30 | | Blayne Hartman | | 3 |
| FORTM-FLESSNER-0000867 | FORTM-FLESSNER-0000876 | | National Climatic Data Center, Climate Data for Fort Montgomery | | U.S. Department of Commerce | | 10 |
| FORTM-FLESSNER-0000832 | FORTM-FLESSNER-0000837 | 03-1999 | Unedited LCD Daily Summary - March 1999 | | | | 6 |
| FORTM-FLESSNER-0002069 | FORTM-FLESSNER-0002088 | | Petroleum Refinery Engineering, Evaluation of Oil Stocks & Elementary Principles of Chemical Processes & Cameron Hydraulic Data & Technical Data Book-Petroleum Refining | | | | 20 |
| ENVIROTRAC-01664 | ENVIROTRAC-01711 | | Packer Results for BW-01 and BW-02 | | | | 48 |
| XOM-FORTMFOIL-DEC-2004-005326 | XOM-FORTMFOIL-DEC-2004-005334 | 06-05-2003 | Fort Montgomery Test Data Spreadsheet | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-005455 | XOM-FORTMFOIL-DEC-2004-005455 | 04-02-2002 | Letter Identifying Chestnut Petroleum Distributors as PRP | Letter | David Traver | S. Jamal, George Rodenhausen, Leroy Favre | 1 |
| XOM-FORTMFOIL-DEC-2004-005629 | XOM-FORTMFOIL-DEC-2004-005636 | 09-12-2002 | 09/03 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-005716 | XOM-FORTMFOIL-DEC-2004-005723 | | 11/25/02 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-005956 | XOM-FORTMFOIL-DEC-2004-005961 | | 09/09/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-005962 | XOM-FORTMFOIL-DEC-2004-005969 | | 09/09/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-005970 | XOM-FORTMFOIL-DEC-2004-005979 | | 09/09/02 Boyce Test Data | | | | 10 |
| XOM-FORTMFOIL-DEC-2004-006106 | XOM-FORTMFOIL-DEC-2004-006114 | | 11/11/02 Boyce Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-006135 | XOM-FORTMFOIL-DEC-2004-006140 | | 11/22/02 Camacho Test Data | | | | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-006214 | XOM-FORTMFOIL-DEC-2004-006221 | | 12/19/02 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-006474 | XOM-FORTMFOIL-DEC-2004-006481 | | 02/11/03 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-006538 | XOM-FORTMFOIL-DEC-2004-006545 | | 01/22/03 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-006581 | XOM-FORTMFOIL-DEC-2004-006587 | | 01/06/03 Galu Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-006673 | XOM-FORTMFOIL-DEC-2004-006673 | 10-10-2003 | Change in Frequency of Sampling at Bogardus Residence | Letter | David Traver | Peter Hoffman | 1 |
| XOM-FORTMFOIL-DEC-2004-006733 | XOM-FORTMFOIL-DEC-2004-006741 | | 03/23/03 Buchholz Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-006779 | XOM-FORTMFOIL-DEC-2004-006786 | | 08/20/03 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-006787 | XOM-FORTMFOIL-DEC-2004-006795 | | 09/10/03 Burley Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-006799 | XOM-FORTMFOIL-DEC-2004-006800 | 09-18-2003 | Spill No. 0135012 Spreadsheet of Sampled Wells | Fax | David Traver | Rick Bayer | 2 |
| XOM-FORTMFOIL-DEC-2004-006810 | XOM-FORTMFOIL-DEC-2004-006810 | 09-15-2003 | Spill No. 0135012 Change in Sampling Frequency at Galu Residence | Letter | David Traver | John Galu, Mark Knudson | 1 |
| XOM-FORTMFOIL-DEC-2004-006813 | XOM-FORTMFOIL-DEC-2004-006813 | 09-15-2003 | Spill No. 0135012 Change in Sampling Frequency at Camacho Residence | Letter | David Traver | Fernando Comancho, Mark Knudsen | 1 |
| XOM-FORTMFOIL-DEC-2004-006818 | XOM-FORTMFOIL-DEC-2004-006818 | 09-15-2003 | Spill No. 0135012 Change in Sampling Frequency at Burley Residence | Letter | David Traver | Thomas Burley, Mark Knudsen | 1 |
| XOM-FORTMFOIL-DEC-2004-006819 | XOM-FORTMFOIL-DEC-2004-006819 | 09-15-2003 | Spill No. 01345012 Change in Sampling Frequency at Buchholz Residence | Letter | David Traver | Ronald Bucholz, Mark Knudsen | 1 |

57

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-006820 | XOM-FORTMFOIL-DEC-2004-006820 | 09-15-2003 | pill No. 0135012 Change in Sampling Frequency at Boyce Residence | Letter | David Traver | Donna Boyce, Mark Knudsen | 1 |
| XOM-FORTMFOIL-DEC-2004-006821 | XOM-FORTMFOIL-DEC-2004-006821 | 09-15-2003 | Spill No. 0135012 Change in Sampling Frequency at Bogardus Residence | Letter | David Traver | Sandra Bogardus, Mark Knudsen | 1 |
| XOM-FORTMFOIL-DEC-2004-006954 | XOM-FORTMFOIL-DEC-2004-006961 | | 07/17/03 Boyce Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-006972 | XOM-FORTMFOIL-DEC-2004-006980 | | 08/04/03 Burley Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007001 | XOM-FORTMFOIL-DEC-2004-007009 | | 07/17/03 Galu Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007154 | XOM-FORTMFOIL-DEC-2004-007162 | | 06/16/03 Boyce Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007163 | XOM-FORTMFOIL-DEC-2004-007171 | | 06/16/03 Buchholz Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007179 | XOM-FORTMFOIL-DEC-2004-007187 | | 06/16/03 Galu Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007217 | XOM-FORTMFOIL-DEC-2004-007223 | | 06/17/03 Corbin Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-007485 | XOM-FORTMFOIL-DEC-2004-007493 | | 05/19/03 Boyce Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007494 | XOM-FORTMFOIL-DEC-2004-007502 | | 05/19/03 Galu Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007503 | XOM-FORTMFOIL-DEC-2004-007507 | | 05/15/03 Testing Data for Various Plaintiffs | | | | 5 |
| XOM-FORTMFOIL-DEC-2004-007620 | XOM-FORTMFOIL-DEC-2004-007629 | | 04/07/03 Galu Testing Data | | | | 10 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-007676 | XOM-FORTMFOIL-DEC-2004-007684 | | 04/09/03 Buchholz Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007692 | XOM-FORTMFOIL-DEC-2004-007700 | | 04/17/2003 Burley Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007807 | XOM-FORTMFOIL-DEC-2004-007816 | | 03/20/2003 Burley Test Data | | | | 10 |
| XOM-FORTMFOIL-DEC-2004-007817 | XOM-FORTMFOIL-DEC-2004-007825 | | 03/07/03 Boyce Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-007929 | XOM-FORTMFOIL-DEC-2004-007929 | 10-07-2002 | DEC Spill Standby Labratory Contractors | E-mail | David Traver | William Brochu | 1 |
| XOM-FORTMFOIL-DEC-2004-007958 | XOM-FORTMFOIL-DEC-2004-008122 | 06-26-2003 | Site Monitoring Report - July-December 2002 | Letter | Jodi Markowsky, Elizabeth Bowen | Keith Browne | 165 |
| XOM-FORTMFOIL-DEC-2004-012670 | XOM-FORTMFOIL-DEC-2004-012678 | 06-30-2003 | 06/16/03 Bogardus Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-012679 | XOM-FORTMFOIL-DEC-2004-012685 | 06-03-2003 | 06/03/03 Borgadus Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-012686 | XOM-FORTMFOIL-DEC-2004-012694 | 01-30-2003 | 01/30/03 Borgadus Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-012695 | XOM-FORTMFOIL-DEC-2004-012702 | 04-17-2003 | 04/17/03 Borgadus Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012703 | XOM-FORTMFOIL-DEC-2004-012710 | 01-25-2003 | 01/25/03 Borgadus Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012711 | XOM-FORTMFOIL-DEC-2004-012719 | 01-23-2003 | 01/22/03 Borgadus Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-012720 | XOM-FORTMFOIL-DEC-2004-012728 | 12-27-2003 | 12/27/03 Borgadus Test Data | | | | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-012729 | XOM-FORTMFOIL-DEC-2004-012736 | 12-03-2003 | 12/03/02 Borgadus Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012745 | XOM-FORTMFOIL-DEC-2004-012752 | 09-12-2002 | 09/02/02 Borgadus Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012777 | XOM-FORTMFOIL-DEC-2004-012782 | 05-15-2002 | 05/15/02 Borgadus Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-012783 | XOM-FORTMFOIL-DEC-2004-012789 | 04-15-2002 | 04/15/02 Borgadus Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-012813 | XOM-FORTMFOIL-DEC-2004-012818 | 11-26-2001 | 11/12/01 Bogardus Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-012854 | XOM-FORTMFOIL-DEC-2004-012861 | | 07/09/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012862 | XOM-FORTMFOIL-DEC-2004-012869 | | 07/16/02 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012870 | XOM-FORTMFOIL-DEC-2004-012877 | | 07/09/02 Boyce Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012886 | XOM-FORTMFOIL-DEC-2004-012901 | | 07/22/02 Burley Test Data | | | | 16 |
| XOM-FORTMFOIL-DEC-2004-012910 | XOM-FORTMFOIL-DEC-2004-012915 | | 07/22/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-012964 | XOM-FORTMFOIL-DEC-2004-012971 | | 08/06/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012972 | XOM-FORTMFOIL-DEC-2004-012979 | | 08/06/02 Boyce Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-012980 | XOM-FORTMFOIL-DEC-2004-012987 | | 08/06/02 Buchholz Test Data | | | | 8 |