# Exhibit 3



Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER                                                     TRACEY L. O'REILLY
MICHAEL AXLINE                                                     TAMARIN E. AUSTIN
A. CURTIS SAWYER, JR.                                              EVAN EICKMEYER
                                                                   DANIEL BOONE
                                                                   JUSTIN MASSEY

February 17, 2009

<u>VIA U.S. MAIL & LNF&S</u>

Jeremiah J. Anderson
King & Spalding LLP
1100 Louisiana, Ste. 4000
Houston, Texas 77002

        Re:    <u>*Orange County Water District v. Unocal*</u>
                **Accrual Chart**

Dear Mr. Anderson :

      I write in response to your letter of February 13, 2009, demanding additional explanations by February 17, 2009 (following the Presidents' Day weekend) as to how the Orange County Water District (OCWD) arrived at the dates for each of the 40 stations identified on the "accrual chart" provided to Judge Scheindlin on February 6, 2009.

      The accrual chart sets out the earliest date on which OCWD would have experienced "appreciable harm" from a release of MTBE at a given station. My letter accompanying the accrual chart explained that, in developing the chart, OCWD used the dates on which MTBE was first detected in off-site monitoring wells at levels suggesting MTBE had escaped remedial efforts. For stations with no off-site monitoring wells, the District used the date MTBE was first detected in a drinking water production well associated with that station.

      Your letter asserts that this straightforward explanation is "completely arbitrary and illogical," and purports to illustrate your assertion by providing a series of confusing "representations" of how OCWD's criteria might lead to inconsistent results. You do not identify any specific stations or data upon which your "representations" are based, and I frankly could not follow your reasoning or your examples.

      If you believe that application of OCWD's criteria should produce a different result at a particular station than the result reflected on OCWD's "accrual chart," you should identify that station (or stations) and the data upon which you base your conclusion.

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

Jon Anderson
February 17, 2009
Page 2

     Your letter also states that the accrual chart fails to provide dates for a small number of stations.  As I stated in my letter, OCWD is continuing to analyze data for these stations and anticipates completing that analysis within two weeks of my February 6, 2009, letter.

                   Sincerely,

                   Michael Axline
                   Counsel for Orange County Water District

cc: All Counsel via LNF&S

# Exhibit 4





23905249

Feb 23 2009
5:58PM

W  E  I  T  Z
&
L  U  X  E  N  B  E  R  G

A  P R O F E S S I O N A L  C O R P O R A T I O N

• L A W  O F F I C E S •

180 MAIDEN LANE    •    NEW YORK, NY 10038-4925
TEL. 212-558-5500              FAX 212-344-5461
WWW.WEITZLUX.COM

February 23, 2009

**VIA HAND DELIVERY & ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street — Room 1620
New York, New York 10007

Dear Judge Scheindlin:

Plaintiffs respectfully submit this reply letter in advance of the February 26, 2009, status conference.

**Defendants' Request for an Extension of Time to File Damages Expert Report in *City of NY***

Although both the City and defendants have accommodated each other's requests for additional time to submit various expert reports, in light of the extremely tight pre-trial schedule agreed to by the parties and ordered by the Court, an extra three weeks for defendants' expert report on damages will unacceptably delay later deadlines. The requested extension will require comparable extensions to the deadlines for the City to submit rebuttal reports and for the parties to complete expert discovery, submit and brief summary judgment motions, submit witness and exhibit lists, exchange draft pre-trial orders, and file a joint pre-trial order. There is simply no flexibility in the schedule to allow defendants an extra three weeks.

**Plaintiffs Village of Hempstead and West Hempstead Water District Respond To
Defendants' claims of discovery deficiencies**

I.     **Crystal River's Discovery Responses**

Plaintiff Crystal River's response to the Defendants' First Set of Interrogatories and First Set of Requests for production of Documents and Things will be served on all defendants on February 23, 2009.

II.    **Status of Discovery in West Hempstead and Village of Hempstead**

(1)    **Plaintiffs West Hempstead Water District and Village of Hempstead have each met their Discovery Obligations**

Defendants stated that they intend to take depositions of the superintendents of Plaintiffs Village of Hempstead and West Hempstead Water District. Defendants are scheduled to take a

deposition of Mr. York (West Hempstead Water District's Superintendent) on Tuesday, February 24, 2009. Plaintiff provided defendants with dates when Mr. Taylor was available for deposition. As of this writing Mr. Taylor's deposition remains to be scheduled.

Defendants' claims that Plaintiff West Hempstead Water District "has failed to produce any documents concerning: 1) two known gasoline spills at the West Hempstead Water District Birch Street well field; 2) NYSDEC's installation of monitoring wells in the district on or after June 2006; and 3) Plaintiff's April 2008 commission of H2M to develop a water treatment design report for the district."

a) *Gasoline Spills At The West Hempstead Water District Birch Street Well Field*

Defendants' do not specify the "two known gasoline spills" in West Hempstead Water District Birch Street well field. Plaintiff West Hempstead Water District has produced all documents in its possession that are related to the investigation of MTBE contamination of its Birch Street well field supply wells. Plaintiff West Hempstead Water District is neither aware of, nor in possession of any other documents related to gasoline spills at the Birch Street Well field.

b) *NYSDEC's Installation Of Monitoring Wells In West Hempstead Water District*

West Hempstead Water District is not in possession of any NYSDEC documents related to the installation of monitoring wells in the district following the June 2006 detection of MTBE in the West Hempstead Water District supply wells. Any and all documents that could be located by Plaintiff were produced to the Defendants. The investigation following the June 2006 MTBE detection has been and continues to be conducted by the NYSDEC contractors. Pursuant to a subpoena issued by Plaintiff's counsel to NYSDEC, NYSDEC produced certain site data regarding the investigation of MTBE release(s) in the West Hempstead area that may have contributed to the MTBE detection in the West Hempstead Water District's supply wells. These documents (Bates range MDL1358-DEC-00001 – MDL1358-DEC-06036) were forwarded to the Defendants' counsel on February 10, 2009. *See Letter to C. Garvey* (February 10, 2009), annexed as Exhibit A. Following that production, Plaintiffs received additional NYSDEC documents and produced them to Defendants' counsel on February 20, 2009. *See Letter to C. Garvey* (February 20, 2009) also annexed as Exhibit B.

c) *Water Treatment Design Report For West Hempstead Water District*

West Hempstead Water District commissioned H2M to develop a water treatment design report for the District. However, as of today, H2M has not submitted a report to the District. In addition, with regard to the Defendants' claim that Plaintiffs failed to produce complete water quality data or complete information concerning the drilling an permitting of their supply wells, Plaintiffs produced *all* such documentation in their possession that could be located. A supplemental production of documents for each district which contains latest water quality data and certain documents related to supply wells information is being forwarded to Defendants today.

(2) **Plaintiffs' Responses With Regard To Supply Well & Retail Station Locations**

Defendants' February 19, 2009 pre-conference letter claims that Plaintiffs discovery responses contain inaccurate supply well and retail gasoline stations information Any and all discrepancies between the coordinates produced by Plaintiffs on November 7, 2008 in their Responses to Defendants' First Sets of Interrogatories have been cured. Both Village of

Hempstead's and West Hempstead Water District's Corrected and Supplemental Responses to Defendants First Sets of Interrogatories will be served on all defendants on February 23, 2009. These responses also contain the corrected lists of names and locations of defendants' retail gasoline outlets that impacted or threaten to impact Plaintiffs' supply wells.

Defendants claim that Village of Hempstead and West Hempstead Water Districts disclosed the capital cost damages estimates without supporting documentation. However, such supporting documentation is subject to the work-product doctrine privilege and as such is not discoverable. Such information may be a proper inquiry for the expert witness discovery that has not yet commenced in these cases.

With regard to Plaintiffs' responses to Defendants' joint discovery requests regarding punitive damages, causation, liability and apportionment of damages, and company-specific interrogatories and document requests, Plaintiffs will amend and supplement their responses within two weeks of the February 26, 2009 Status Conference.

(3)    **Plaintiff's Non-Party Subpoenas**

In a letter to Mr. Garvey dated February 10, 2009, Plaintiff's counsel acknowledged that Plaintiffs inadvertently failed to serve the Defendants with copies of non-party 30(b)(6) deposition and document subpoenas. The Plaintiffs, however, notified the Defendants' counsel of the upcoming depositions and associated document requests by serving deposition notices via LNFS on or about the dates when the subpoenas were served. *Id.* Also on February 10, 2009, Plaintiffs served copies on the Defendants of the documents produced by NYSDEC and non-party witnesses Phoenix Environmental and Kleinfelder pursuant to their respective subpoenas. *Id.* Due to the technical difficulties associated with Bates-stamping of the documents, the documents produced by non-party witnesses LBG, Tyree and Fenley Nicol were not served on the Defendants' counsel until February 19, 2009. *See Letter to C. Garvey* (February 19, 2009), annexed as Exhibit C. Plaintiffs after meeting and conferring with the Coastal and Valero defendants have resolved the outstanding discovery issues and accordingly remove those items from Plaintiffs' agenda items.

### *City of New York's* Production of Underground Storage Tank Documents

As a result of the site assessment document introduced at the Cohen deposition, and in response to defendants' February 6, 2009 letter, the City re-opened its search for documents relating to remediation of City underground storage tanks in the City's RGA. As a result, the City discovered some additional potentially responsive documents archived in New Jersey. The City has already begun producing these additional documents to defendants on a rolling basis, and expects to complete this production within the next two weeks. The City's production of these documents is similar to supplemental productions the City has recently received from various defendants, including Shell.

### *OCWD's* failure to comply with Court's Directives

Defendants' pre-conference letter complains that the Orange County Water District (OCWD) failed to provide the "criteria" used to develop the accrual chart submitted by OCWD on February 6, 2009. The letter accompanying the accrual chart, however, explained in straightforward terms that the criteria used to determine the earliest dates that OCWD would have experienced "appreciable harm" from a release of MTBE at a given station is the date on which MTBE was first detected at off-site monitoring wells at levels indicating that MTBE had escaped remedial efforts at levels consistent with the MCL. For stations with no off-site

monitoring wells, the date reflects the first detection of MTBE in a drinking water production well associated with the station.

Defendants immediately demanded "clarification" and complained that the dates in the accrual chart were not consistent with application of the criteria to some (unidentified) sites on the chart, at least in defendants' opinion. *See,* Defendants' 72 hour letter, Exh. P. Defendants demanded that OCWD immediately provide all documents supporting the dates on the accrual chart. Id. This, of course, is not a complaint based on a lack of criteria, but rather a complaint based upon the application of that criteria at certain locations, and would require extensive additional effort on the part of OCWD, at least if it had to be performed for all of the 40-some stations on the chart. *See,* Defendants' 72 hour letter, Exh. Q (OCWD's responses). OCWD offered to answer specific questions with respect to specific stations, but pointed out that it was attempting at the same time to complete an accrual chart for remaining stations. Id. OCWD believes this item can and should be resolved through a meet and confer process between the parties.

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By:        *[signature]*

Robin Greenwald (RG-9205)
*Plaintiffs' Liaison Counsel*
180 Maiden Lane, 17th Floor
New York, New York 10038

cc:     All Counsel of Record

# Exhibit 5



Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY
TAMARIN E. AUSTIN
EVAN EICKMEYER
DANIEL BOONE
JUSTIN MASSEY

February 6, 2009

VIA EMAIL AND FEDERAL EXPRESS

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 1007-1312

Re:   *In Re MTBE Products Liability Litigation*, MDL 1358
      This Document Relates to: *Orange County Water District v. Unocal Corp., et al.*
      Case No. 04 Civ. 04968 (SAS)
      **Plaintiff Orange County Water District's Identification of Accrual Dates for**
      **the Bellwether Plumes**

Dear Judge Scheindlin:

      Pursuant to the Court's order during the January 29, 2009, telephonic conference, plaintiff
Orange County Water District (the "District") submits an Accrual Chart for the District's and
Defendant's Bellwether Plumes.

      In developing this chart, the District was mindful of its statutory mission, the role of other
agencies within the District's service area, your first opinion on the statute of limitations in the
District's case and your opinions on the statute of limitations in the Suffolk County, City of New
York, and United Water cases. As explained in the District's briefing on this issue, the
determination of when harm accrued to the District at a particular site involves a number of
factors, many of which require expert evaluation and testimony. These factors are encapsulated
in the District's briefing on Statute of Limitations. The attached Accrual Chart represents a good
faith effort by the District to apply these factors to identify the dates on which, based upon
presently available information, the District may have suffered "appreciable harm."

Honorable Shira A. Scheindlin
Page 2
February 6, 2009

     Since the District relies upon the Regional Board and other local regulatory agencies to remediate releases in the first instance, the District is harmed only when MTBE or TBA escapes such remediation and threatens drinking water supplies. In determining the Accrual Dates identified on the enclosed chart, therefore, the District used, as a rough approximation of the analysis necessary for this determination, the dates in which MTBE was first detected (at concentrations consistent with California's 5 ppb MCL for MTBE) in off-site monitoring wells that were not a part of central remedial efforts at a given station. For stations where no off-site monitoring wells were installed, the District used the date MTBE was first detected in a drinking water production well associated with a station.

     For a small number of stations associated with Defendants' Bellwether Plumes, the District does not presently possess adequate information to complete the necessary analysis. Some pertinent documents were only recently produced by defendants. The District anticipates being able to complete the analysis for these stations within the next two weeks.

                  Respectfully submitted,

                  Michael D. Axline

cc: Liaison Counsel (via email)
    All Counsel (via LNFS)

*Orange County Water District v. Unocal Corp., et al.*
**Bellwether Plume Accrual Chart**

| Plume No. | Station Name | Address | City | Accrual Date |
|---|---|---|---|---|
| P1 | Arco #1887 | 16742 Beach Blvd | Huntington Beach, CA | 08/03/05 |
| P1 | Exxon #4283 | 8980 Warner Ave | Fountain Valley, CA | 05/05/05 |
| P1 | G&M Oil #4 | 16990 Beach Blvd | Huntington Beach, CA | 08/15/01 |
| P1 | Mobil #18-G6B | 9024 Warner Ave | Fountain Valley, CA | 04/02/03 |
| P1 | Shell #204359403 | 8471 Warner Ave | Huntington Beach, CA | 08/03/05 |
| P1 | Texaco #121681 | 9475 Warner Ave | Fountain Valley, CA | 09/01/00 |
| P1 | Texaco #8520/121608 | 8520 Warner Ave | Fountain Valley, CA | 08/03/05 |
| P1 | Unocal #5376 | 8971 Warner Ave | Huntington Beach, CA | 02/08/05 |
| P1 | Unocal #5399 | 9525 Warner Ave | Fountain Valley, CA | 08/03/05 |
| | | | | |
| P2 | Arco #6131 | 3201 Harbor Blvd | Costa Mesa, CA | 08/02/05 |
| P2 | Mobil #18-HDR | 3195 Harbor Blvd | Costa Mesa, CA | 09/01/04 |
| P2 | Mobil #18-JMY | 3470 Fairview Rd | Costa Mesa, CA | 11/07/01 |
| | | | | |
| P3 | Arco #1905 | 18025 Magnolia St | Fountain Valley, CA | 05/20/02 |
| P3 | Arco #1912 | 18480 Brookhurst St | Fountain Valley, CA | 03/14/07 |
| P3 | Beacon Bay Car Wash | 10036 Ellis Ave | Fountain Valley, CA | 05/07/02 |
| P3 | Thrifty #383 | 18520 Brookhurst St | Fountain Valley, CA | 11/19/01 |
| | | | | |
| P4 | Thrifty #008 | 704 N. Bristol St | Santa Ana, CA | 04/08/03 |
| P4 | Thrifty #376 | 801 N. Bristol St | Santa Ana, CA | 08/09/05 |
| P4 | Unocal #7470 | 114 S. Bristol St | Santa Ana, CA | 08/16/01 |
| | | | | |
| P5 | Unocal #5356 | 1913 W. Edinger | Santa Ana, CA | 07/19/02 |
| | | | | |
| P6 | Arco #6116 | 17520 Brookhurst St | Fountain Valley, CA | 06/01/00 |
| P6 | Exxon #3738 | 17474 Brookhurst St | Fountain Valley, CA | 08/04/00 |
| P6 | Thrifty #085 | 17475 Brookhurst St | Fountain Valley, CA | 08/02/05 |
| | | | | |
| P7 | Arco #1994 | 700 S. State College Blvd | Anaheim, CA | 12/14/05 |
| P7 | Unocal #5869 | 676 S. State College Blvd | Anaheim, CA | 12/14/05 |
| | | | | |
| P8 | Arco #3085 | 3361 S. Bristol St | Santa Ana, CA | 02/11/03 |
| P8 | Beacon Bay Car Wash | 1501 W. MacArthur Blvd | Santa Ana, CA | 06/25/96 |
| P8 | Chevron #1921 | 3801 S. Bristol St | Santa Ana, CA | 09/04/01 |
| P8 | G&M Oil #24 | 3301 Bristol St | Santa Ana, CA | 04/11/03 |
| P8 | Mobil #18-HEP | 2921 S. Bristol St | Santa Ana, CA | 02/19/01 |
| | | | | |
| P9 | Chevron #9-5401 | 5992 Westminster Blvd | Westminster, CA | 07/02/01 |
| P9 | Huntington Beach Arco | 6002 Bolsa Ave | Huntington Beach, CA | 08/09/01 |
| P9 | Shell #6502 | 6502 Bolsa Ave | Huntington Beach, CA | 09/06/00 |
| P9 | Thrifty #368 | 6311 Westminster Blvd | Westminster, CA | 01/18/05 |
| P9 | Unocal #5123 | 14972 Springdale St | Huntington Beach, CA | 11/11/02 |
| P9 | Unocal #5226 | 6322 Westminster Ave | Westminster, CA | 11/03/03 |
| P9 | Westminster Shell | 5981 Westminster Ave | Westminster, CA | 01/18/05 |
| P9 | USA Gasoline #141 | 14600 Edwards St | Westminster, CA | 09/23/01 |
| | | | | |
| P10 | Four Star Ventures | 9356-9372 Westminster Blvd | Westminster, CA | 03/07/03 |
| P10 | Shell #8990 | 8990 Westminster Blvd | Westminster, CA | 08/15/00 |
| | | | | |
| D1 | Shell #4001/Shell #135218 | 4001 Ball St | Cypress, CA | * |

*Orange County Water District v. Unocal Corp., et al.*
Bellwether Plume Accrual Chart

| | | | | |
|---|---|---|---|---|
| D1 | Texaco #3311 | 3311 Katella Ave | Los Alamitos, CA | 10/06/00 |
| D1 | Unocal #5792 | 4002 Ball St | Cypress, CA | 06/06/03 |
| D1 | Unocal #4727 | 3501 Cerritos | Los Alamitos, CA | 03/02/01 |
| D2 | Arco #6160 | 13361 Harbor Blvd | Garden Grove, CA | * |
| D3 | Mobil #18-FYE | 8510 Knott Ave | Buena Park, CA | * |
| D4 | Arco #6036 | 13142 Golden West St | Westminster, CA | 08/16/01 |
| D5 | Mobil #18-668 | 16230 Harbor Blvd | Fountain Valley, CA | 11/17/08 |
| D9 | Chevron #9-5568 | 12541 Seal Beach Blvd | Seal Beach, CA | * |
| D10 | Arco #3094 | 530 N. Brookhurst St | Anaheim, CA | **Not Ripe** |
| | * = Inadequate Information | | | |

# Exhibit 6



Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER                                  TRACEY L. O'REILLY
MICHAEL AXLINE                               TAMARIN E. AUSTIN
A. CURTIS SAWYER, JR.                       EVAN EICKMEYER
                                            DANIEL BOONE
                                            JUSTIN MASSEY

February 20, 2009

<u>VIA FACSIMILE AND U.S. MAIL</u>

Jon D. Anderson, Esq.
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

         Re:     *Orange County Water District v. Unocal Corp., et al.*
                **Plaintiff Orange County Water District's Bellwether Plumes**

Dear Mr. Anderson:

       I am writing pursuant to Judge Scheindlin's order at the January 15, 2008, MDL Status Conference concerning Orange County Water District's (the "District") April 23, 2007, list of 127 Bellwether Plumes.

       As stated in my April 23, 2007, letter to you, the District's initial designation of Bellwether Plumes and wells was based on incomplete discovery from defendants. Discovery which is still outstanding from most defendants.[1] In fact, in response to the District's Rule 30(b)(6) deposition notice concerning Bellwether Plume stations, defendant ConocoPhillips Company recently produced hundreds of documents from the 1990s concerning the underground storage tanks at several Unocal stations within the District's 10 Bellwether Plumes, even though Conoco was obligated to produce these documents several years ago.[2]

       The District's initial designations of Bellwether Plumes and wells were also based on MTBE and TBA water quality data available at the time. Water quality data is continually changing. For example, MTBE and TBA sampling conducted by the District between October

---

       [1]*See* October 23, 2008, Letter from T. O'Reilly to M. Heartney.

       [2]*See* February 6, 2009, Letter from E. Katz to T. O'Reilly.

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

Jon D. Anderson, Esq.
Page 2
February 20, 2009

and December 2008, demonstrated that MTBE and/or TBA was detected for the first time in approximately 55 large and small drinking water wells throughout the District's service area.

Based on a further limited review of available data, including more recent MTBE and TBA water quality data, enclosed please find an updated Bellwether Plume list which contains well designations for each Bellwether Plume.

As stated previously, the District reserves the right to reassess these Bellwether Plumes should any new and significant information be discovered in the future.

Sincerely,

Tracey L. O'Reilly

Encl.

cc: All Counsel (via LexisNexis File & Serve)

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|---|---|---|---|---|
| 1 | NB-TAMD | Exxon #4283, Chevron #208552 | 8980 Warner Ave. | Fountain Valley |
| | NB-TAMS | Arco #1887 | 16742 Beach Blvd. | Huntington Beach |
| | HB-3A | G&M #4 | 16990 Beach Blvd. | Huntington Beach |
| | HB-5 | Texaco #8520, Texaco 121608 | 8520 Warner Ave. | Fountain Valley |
| | HB-9 | Mobil #18-G6B | 9024 Warner Ave. | Fountain Valley |
| | NB-DOLD | Unocal #5376 | 8971 Warner Ave. | Huntington Beach |
| | NB-DOLS | Shell #204359403 | 8471 Warner Ave. | Huntington Beach |
| | | Texaco #121681 | 9475 Warner Ave. | Fountain Valley |
| | | Unocal #5399 | 9525 Warner Ave. | Fountain Valley |
| 2 | MCWD-3B | Mobil #18-HDR | 3195 Harbor Blvd. | Costa Mesa |
| | MCWD-5 | Arco #6131 | 3201 Harbor Blvd. | Costa Mesa |
| | MCWD-7 | Mobil #18-JMY | 3470 Fairview Rd. | Costa Mesa |
| | IRWD-13 | | | |
| | MCWD-8 | | | |
| | MCWD-9 | | | |
| | IRWD-7 | | | |
| | IRWD-11 | | | |
| | MCWD-4 | | | |
| 3 | OCWD-M10 | Arco #1912 | 18480 Brookhurst St. | Fountain Valley |
| | OCWD-M11 | Thrifty #383 | 18520 Brookhurst St. | Fountain Valley |
| | OCWD-M45 | Arco #1905 | 18025 Magnolia St. | Fountain Valley |
| | | Beacon Bay Car Wash FV | 10036 Ellis Ave. | Fountain Valley |
| 4 | SA-16 | Thrifty #376 | 801 N. Bristol St. | Santa Ana |
| | SA-41 | Unocal #7470 | 114 S. Bristol St. | Santa Ana |
| | | Thrifty #008 | 704 N. Bristol St. | Santa Ana |
| 5 | DIAW-SA | Unocal #5356 | 1913 W. Edinger | Santa Ana |
| | IRWD-14 | | | |
| | IRWD-15 | | | |
| | IRWD-18 | | | |
| 6 | NB-DOLD | Thrifty #085 | 17475 Brookhurst St. | Fountain Valley |
| | NB-DOLS | Arco #6116 | 17520 Brookhurst St. | Fountain Valley |
| | | Exxon #3738 | 17474 Brookhurst St. | Fountain Valley |
| 7 | A-25 | Arco #1994 | 700 State College Blvd. | Anaheim |
| | A-46 | Unocal #5869 | 676 S. State College Blvd. | Anaheim |
| 8 | IRWD-1 | G&M #24 | 3301 Bristol St. | Santa Ana |
| | IRWD-4 | Beacon Bay Car Wash SA | 1501 W. MacArthur Blvd. | Santa Ana |
| | IRWD-7 | Mobil #18-HEP | 2921 S. Bristol St. | Santa Ana |
| | IRWD-11 | Chevron #1921 | 3801 S. Bristol St. | Santa Ana |
| | SA-34 | Arco #3085 | 3361 S. Bristol St. | Santa Ana |
| 9 | HB-1 | Chevron #9-5401 | 5992 Westminster Blvd. | Westminster |
| | HB-13 | Unocal #5123 | 14972 Springdale St. | Huntington Beach |
| | HB-4 | Shell #6502 | 6502 Bolsa Avenue | Huntington Beach |
| | HB-7 | Thrifty #368 | 6311 Westminster Blvd. | Westminster |
| | | Unocal #5226 | 6322 Westminster Ave. | Westminster |
| | | Westminster Shell | 5981 Westminster Ave. | Westminster |
| | | Huntington Beach Arco | 6002 Bolsa Ave. | Huntington Beach |
| | | USA Gasoline #141 | 14600 Edwards St. | Westminster |
| 10 | WM-6 | Shell #08990 (aka Shell #8990) | 8990 Westminster Blvd. | Westminster |
| | WM-107A | | | |
| | | Four Star Ventures | 9356 Westminster Blvd. | Westminster |
| 11 | TAOR-A | Arco Master Auto Repair | 2604 W. La Palma Ave. | Anaheim |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|-------|-------|----------|---------|------|
| 12 | AM-20<br>AM-20A<br>A-41<br>A-55 | 7-Eleven #26216<br>Texaco #100 | 107 Bali Rd.<br>100 W. Katella Ave. | Anaheim<br>Anaheim |
| 13 | SA-26 | Thrifty #150<br>Shell #1202<br>Unocal #5422 | 1539 Standard Avenue<br>1202 E. Edinger Avenue<br>1502 E. Edinger Ave. | Santa Ana<br>Santa Ana<br>Santa Ana |
| 14 | GG-20 | Exxon #1354<br>Arco #1055<br>Mobil #11-GTB | 12493 Beach Blvd.<br>9001 Garden Grove Blvd.<br>13031 Magnolia St. | Stanton<br>Garden Grove<br>Garden Grove |
| 15 | OCWD-M36<br>OCWD-M37<br>LIBM-HB | Chevron #8474<br>Metro Car Wash HB | 18501 Beach Blvd.<br>18400 Beach Blvd. | Huntington Beach<br>Huntington Beach |
| 16 | SA-18<br>SA-24<br>SA-36<br>SA-39 | Chevron #1825<br>Unocal #5618 | 2261 N. Fairview St.<br>591 The City Dr. | Santa Ana<br>Orange |
| 17 | IRWD-3<br>IRWD-5 | Mobil #18-HCN | 1351 E. Dyer St. | Santa Ana |
| 18 | SCWC-SSHR | Unocal #4778 | 10460 Magnolia Ave. | Stanton |
| 19 | SA-37<br>DIAW-SA<br>COOP-SA | 7-Eleven #18167 | 1020 South Bristol St. | Santa Ana |
| 22 | ET-2<br>IRWD-78 | Unocal #6839 | 15275 Culver Dr. | Irvine |
| 23 | IRWD-2 | Arco #6071<br>Mobil #18-HGC | 3414 S. Main St.<br>100 W. MacArthur Blvd. | Santa Ana<br>Santa Ana |
| 24 | SA-31<br>T-MS4<br>TMS3<br>T-PAS | Thrifty #075<br>Mobil #18-H7Q<br>Unocal #5678<br>Arco #1077<br>Arco #3045<br>Tustin Auto Wash<br>Cardlock Fuels<br>Tosco #4911 | 14121 Newport Blvd.<br>13872 Redhill Ave.<br>14081 Redhill Ave.<br>13742 Red Hill Ave.<br>14231 Red Hill Ave.<br>535 E. Main St.<br>13922 Newport Ave.<br>17280 E. 17th St. | Tustin<br>Tustin<br>Tustin<br>Tustin<br>Tustin<br>Tustin<br>Tustin<br>Tustin |
| 25 | MCWD-7<br>MCWD-8<br>MCWD-4 | Arco #5185<br>Mobil #18-HD4 | 1450 Baker St.<br>2799 Harbor Blvd. | Costa Mesa<br>Costa Mesa |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|---|---|---|---|---|
| 27 | A-43<br>A-27<br>A-42<br>A-44<br>A-52 | Mobil Atwood Terminal | 1477 Jefferson St. N. | Anaheim |
| 28 | YLWD-7<br>YLWD-12<br>YLWD-1<br>YLWD-5<br>YLWD-10<br>YLWD-18<br>YLWD-19 | Setco - Anaheim | 4875 E. Hunter Ave. | Anaheim |
| 29 | LP-WALK | Arco #1998<br>Mobil #18-F1M<br>Unocal #5398 | 5472 Orangethorpe Ave.<br>5502 Orangethorpe Ave.<br>5014 Orangethorpe Ave. | La Palma<br>Buena Park<br>La Palma |
| 30 | SCWC-LABL2<br>SCWC-LAFL<br>SCWC-LAC3 | Shell #4001, Shell 135218<br>Texaco #3311<br>Tosco / 76 #5792, ConocoPhilips #5792<br>Unocal #4727 | 4001 Ball Rd.<br>3311 Katella Ave.<br>4002 Ball RD<br>3501 Cerritos Ave. | Cypress<br>Los Alamitos<br>Cypress<br>Los Alamitos |
| 31 | BP-KNOT<br>BP-CABA | Unocal #5599<br>Texaco #6011 | 7250 Artesia Blvd.<br>6011 Manchester Blvd. | Buena Park<br>Buena Park |
| 32 | BP-SM | Shell #5231<br>Unocal #4914 | 5231 Beach Blvd.<br>5262 S. Beach Blvd. | Buena Park<br>Buena Park |
| 35 | SCWC-PBF3<br>SCWC-PBF4<br>F-KIM2<br>F-10<br>SCWC-PRU | Exxon #3650<br>Unocal #4629 | 901 N. Placentia Ave.<br>820 W. Chapman Ave. | Fullerton<br>Placentia |
| 38 | GG-25 | Arco #3042<br>Thrifty #371 | 13331 Euclid St.<br>13511 Euclid Street | Garden Grove<br>Garden Grove |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|---|---|---|---|---|
| 39 | IRWD-18 | Arco #0192<br>World Oil #31 | 2100 SE. Bristol St.<br>2040 S. Bristol St. | Santa Ana<br>Santa Ana |
| 40 | FV-11<br>WM-3 | Chevron #1202<br>Unocal #5915 | 9491 Edinger Ave.<br>9020 Edinger Ave. | Westminster<br>Fountain Valley |
| 41 | HB-6 | Texaco #6962 | 6962 Edinger Ave. | Huntington Beach |
| 42 | PIRT-HB | Mobil #11-G31 | 5972 Warner Ave. | Huntington Beach |
| 43 | A-51<br>BP-HOLD | Mobil #99-A8Q<br>Unocal #4614 | 3000 W. Lincoln Ave.<br>100 Beach Blvd. | Anaheim<br>Anaheim |
| 44 | BP-FREE<br>BP-KNOT<br>BP-CABA | Chevron #8319<br>Thrifty #182 | 6971 Beach Blvd.<br>7510 Orangethorpe Ave. | Buena Park<br>Buena Park |
| 49 | CATA-SA<br>SA-20<br>SA-21<br>SA-30 | Unocal #5077<br>USA Gasoline #234 | 5201 1st Street<br>5142 1st St. | Santa Ana<br>Santa Ana |
| 50 | T-BENE | Chevron #9-8149<br>Mobil #18-FHW<br>Unocal #5386 | 13052 Newport Ave.<br>12972 Newport Ave.<br>13348 Newport Blvd., Tustin | Tustin<br>Tustin<br>Tustin |
| 51 | BROS-WM<br>MIDC-2<br>ESWA-4<br>SMID-D5 | Shell<br>G&M #32 | 14502 Beach Blvd. | Westminster |
| 52 | BP-HOLD | Americo Anaheim Service Center | 3270 West Lincoln | Anaheim |
| 53 | SA-37 | ARCO #1047 | 2646 W. 1st St. | Santa Ana |
| 54 | WM-6 | ARCO #1064 | 14511 Brookhurst St. | Westminster |
| 56 | PIRT-HB | ARCO #1812 | 16502 Bolsa Chica St. | Huntington Beach |
| 57 | HB-6 | ARCO #1888 | 16501 Goldenwest St. | Huntington Beach |
| 58 | GG-16 | ARCO #3016 | 12422 Valley View Street | Garden Grove |
| 59 | IRWD-77<br>IRWD-107 | Shell | 4162 Trabuco Rd. | Irvine |
| 60 | A-47<br>A-48<br>CRES-A | ARCO #3094 | 530 N. Brookhurst Avenue | Anaheim |
| 62 | GG-21<br>LEDA-GG | ARCO #5202 | 12502 Harbor Blvd. | Garden Grove |
| 63 | WM-75A | ARCO #6036 | 13142 Goldenwest St. | Westminster |
| 64 | GG-26 | ARCO #6160 | 13361 Harbor Blvd | Garden Grove |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|-------|-------|----------|---------|------|
| 66 | SCWC-PRU | ARCO #6226 | 102 E. Yorba Linda Blvd. | Placentia |
| 68 | WM-107A ESWA-4 | Berri Property | 8482 Westminster Blvd | Westminster |
| 69 | CATA-SA GG-25 | Caldwell's Auto Center | 10602 Westminster Blvd | Garden Grove |
| 70 | SA-26 | Chevron #0550 | 2051 E. Edinger Ave. | Santa Ana |
| 72 | SB-BEV SB-LEI | Chevron #5568 | 12541 Seal Beach Blvd. | Seal Beach |
| 74 | WM-SC4 | Circle K #5217 | 12512 Knott Avenue | Garden Grove |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|---|---|---|---|---|
| 77 | F-CHRI2<br>PAGE-F<br>HOUS-F | Exxon #1488 | 1730 W. Orangethorpe Ave. | Fullerton |
| 78 | BP-KNOT | Exxon #2314 | 6392 Beach Blvd. | Buena Park |
| 79 | NDW-1 | Exxon #3515 | 17551 MacArthur Blvd. | Irvine |
| 80 | DIAW-SA<br>COOP-SA<br>IRWD-12<br>IRWD-14<br>IRWD-15<br>IRWD-18 | E-Z Serve #100841 | 2409 W. Edinger | Santa Ana |
| 81 | GG-24<br>GG-30<br>GG-29 | Family Oil Co. #2 | 12491 Haster St. | Garden Grove |
| 82 | WM-11<br>WM-RES1 | G and M Oil #06 | 13741 Beach Blvd. | Westminster |
| 85 | FV-8 | J & L Co. / United Oil #27 | 11470 Edinger Ave. | Fountain Valley |
| 86 | HB-10 | Mobil #11-D9R | 16001 Beach Blvd. | Huntington Beach |
| 89 | KNOTT-BPBS | Mobil #11-FYE | 8510 Knott Ave. | Buena Park |
| 90 | WM-11 | Mobil #11-G3E | 14002 Beach Blvd. | Westminster |
| 91 | WM-3 | Mobil #11-G7G | 8961 Bolsa Ave. | Westminster |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|-------|-------|----------|---------|------|
| 92 | IRWD-16<br>IRWD-12<br>IRWD-17 | Mobil #18-668 | 16230 Harbor Blvd. | Fountain Valley |
| 94 | SCWC-SCL3<br>SCWC-SCL4 | 7-Eleven #24559 | 10499 Beach Blvd. | Stanton |
| 96 | WM-6 | Mobil #18-KBD | 9972 Westminster Ave. | Garden Grove |
| 100 | SA-16<br>SA-41<br>SA-35 | Thrifty Oil #015 | 2016 W. Seventeenth Street | Santa Ana |
| 103 | SCWC-CSC<br>SCWC-CVV<br>BOTT-C | Thrifty Oil #356 | 9511 Valley View St. | Cypress |
| 104 | SCWC-SCL3<br>SCWC-SCL4 | Thrifty Oil #360 | 2800 W. Ball Road | Anaheim |
| 105 | SCWC-SSP<br>SCWC-SDAL<br>SCWC-SORG<br>HYNS-S1<br>HYNS-S2 | Thrifty Oil #361 | 11500 Beach Boulevard | Stanton |
| 106 | GG-20 | Thrifty Oil #370 | 13501 Magnolia Ave. | Garden Grove |
| 107 | DIAW-SA<br>CRAM-SAM3<br>COOP-SA | Thrifty Oil #374 | 2730 McFadden Ave. | Santa Ana |
| 109 | OCWD-10<br>OCWD-11<br>OCWD-45 | Thrifty Oil #384 | 18795 Magnolia Blvd. | Fountain Valley |

Feburary 20, 2009

*Orange County Water District v. Unocal Corp., et al.*

| Plume | Wells | Stations | Address | City |
|-------|-------|----------|---------|------|
| 113 | BP-FREE | Unocal #5094 | 7995 Knott Ave. | Buena Park |
| 115 | OCWD-10<br>OCWD-11<br>OCWD-45 | Unocal #5274 | 9025 Garfield Ave. | Fountain Valley |
| 116 | SCWC-LAHO<br>LART-CR2<br>CCC-LA1 | Unocal #5511 | 5100 Katella Ave. | Los Alamitos |
| 118 | SCWC-CSC<br>SCWC-CVV<br>BOTT-C | Unocal #5552 | 9500 Valley View St. | Cypress |
| 119 | SCWC-SLWL<br>SCWC-SLON<br>WWTR-S | Unocal #5635 | 7501 Katella Ave. | Stanton |
| 120 | WM-4<br>WRNE-WTOM | Unocal #5672 | 9972 Bolsa Chica Ave. | Westminster |
| 123 | O-20 | Unocal #6297 | 2345 W. Chapman Avenue | Orange |
| 126 | BP-FREE | Unocal #6926 | 6971 Orangethorpe Ave. | Buena Park |
| 127 | BP-BALL<br>SAVS-ASC | World Oil #39 | 3450 W. Ball Rd. | Anaheim |

Feburary 20, 2009