9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-013024 | XOM-FORTMFOIL-DEC-2004-013031 | 08/16/2002 | Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013032 | XOM-FORTMFOIL-DEC-2004-013037 | 08/06/02 | Camacho Test Data | | | Dave Traver | 6 |
| XOM-FORTMFOIL-DEC-2004-013142 | XOM-FORTMFOIL-DEC-2004-013147 | 05-23-2002 | 05/16/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-014279 | XOM-FORTMFOIL-DEC-2004-014279 | 04-16-2002 | Spill No. 0135012, PIN No. 02036 Proposed Surface Investigation | Letter | David Tarver | John Szymanski | 1 |
| XOM-FORTMFOIL-DEC-2004-014316 | XOM-FORTMFOIL-DEC-2004-014316 | 12/31/2001 | Letter re Boyce Boyce Sampling | Memo | Dave Traver | George Chaleff | 1 |
| XOM-FORTMFOIL-DEC-2004-014317 | XOM-FORTMFOIL-DEC-2004-014317 | 12-28-2001 | Letter re Donna Boyce Sampling | Fax | G. Chaleff | Dave Traver | 1 |
| XOM-FORTMFOIL-DEC-2004-014325 | XOM-FORTMFOIL-DEC-2004-014325 | 12-10/2001 | Spill No. 0135012, PIN No. 02036 - Groundwater Investigation Related to Petroleum Contamination | Letter | David Traver | Fernando Camacho | 1 |
| XOM-FORTMFOIL-DEC-2004-014330 | XOM-FORTMFOIL-DEC-2004-014330 | | 09/24/2001 Burley Test Data | | | | 1 |
| XOM-FORTMFOIL-DEC-2004-014331 | XOM-FORTMFOIL-DEC-2004-014331 | | 09/17/01 Galu Test Data | | | | 1 |
| XOM-FORTMFOIL-DEC-2004-014374 | XOM-FORTMFOIL-DEC-2004-014374 | 11-12-2001 | Letter re Galu Sampling | Fax | G. Chaleff | Dave Traver | 1 |
| XOM-FORTMFOIL-DEC-2004-014387 | XOM-FORTMFOIL-DEC-2004-014387 | 11-08-2001 | Handwritten Spill Remediation and Report Update re Galu Filters | | | | 1 |
| XOM-FORTMFOIL-DEC-2004-014388 | XOM-FORTMFOIL-DEC-2004-014388 | 08-21-2001 | OCDOH Confirmatory Water Sample Detecting MTBE at Chestnut Mobil | Letter | Jane Harkinson | Sam Jamal, Delores Wehrfritz | 1 |
| XOM-FORTMFOIL-DEC-2004-014390 | XOM-FORTMFOIL-DEC-2004-014392 | 08-21-2002 | NYSDEC Memo re Sampling and Filter Systems at 7 Properties | Memo | Dave Traver | Tom Murphy | 3 |

61

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-014401 | XOM-FORTMFOIL-DEC-2004-014401 | 10-24-2001 | Walker Special Risk Insurance Coverage and Tightness Test | Fax | Sandy Rutzen | Larry Miller, Lawrence Miller | 1 |
| XOM-FORTMFOIL-DEC-2004-013478 | XOM-FORTMFOIL-DEC-2004-013485 | | 06/19/2002 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013486 | XOM-FORTMFOIL-DEC-2004-013491 | | 06/12/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-013492 | XOM-FORTMFOIL-DEC-2004-013499 | | 06/12/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013519 | XOM-FORTMFOIL-DEC-2004-013526 | | 05/07/02 Boyce Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013536 | XOM-FORTMFOIL-DEC-2004-013543 | | 09/15/2002 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013544 | XOM-FORTMFOIL-DEC-2004-013549 | | 05/07/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-013580 | XOM-FORTMFOIL-DEC-2004-013586 | | 04/08/02 Boyce Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013587 | XOM-FORTMFOIL-DEC-2004-013593 | | 04/08/02 Buchholz Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013594 | XOM-FORTMFOIL-DEC-2004-013600 | | 04/15/02 Burley Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013629 | XOM-FORTMFOIL-DEC-2004-013636 | | 03/07/02 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013637 | XOM-FORTMFOIL-DEC-2004-013641 | | 03/04/02 Camacho Test Data | | | | 5 |
| XOM-FORTMFOIL-DEC-2004-013649 | XOM-FORTMFOIL-DEC-2004-013654 | | 03/04/02 Galu Test Data | | | | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-013707 | XOM-FORTMFOIL-DEC-2004-013713 | | 02/13/02 Burley Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013714 | XOM-FORTMFOIL-DEC-2004-013719 | | 02/21/02 Camacho Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-013725 | XOM-FORTMFOIL-DEC-2004-013731 | | 02/08/02 Galu Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013759 | XOM-FORTMFOIL-DEC-2004-013766 | | 01/15/02 Buchholz Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013767 | XOM-FORTMFOIL-DEC-2004-013774 | | 01/21/02 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013791 | XOM-FORTMFOIL-DEC-2004-013797 | | 01/24/02 Galu Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2004-013834 | XOM-FORTMFOIL-DEC-2004-013841 | | 12/14/01 Buchholz Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013842 | XOM-FORTMFOIL-DEC-2004-013849 | | 12/19/01 Burley Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013860 | XOM-FORTMFOIL-DEC-2004-013867 | | 12/14/01 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013884 | XOM-FORTMFOIL-DEC-2004-013891 | | 11/12/01 Buchholz Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2004-013892 | XOM-FORTMFOIL-DEC-2004-013900 | | 11/26/01 Burley Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-013925 | XOM-FORTMFOIL-DEC-2004-013925 | | 11/01/2001 Spill No. 0135012 - Access Agreement | Letter | David Traver | Lee Favre | 1 |
| XOM-FORTMFOIL-DEC-2004-014185 | XOM-FORTMFOIL-DEC-2004-014192 | | 12/30/03 Burley Test Data | | | | 8 |

63

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2004-014250 | XOM-FORTMFOIL-DEC-2004-014258 | 07-17-2003 | NYSDEC Table of Sample Results | Fax | Joe McCarthy | Ted Masters | 9 |
| XOM-FORTMFOIL-DEC-2004-014259 | XOM-FORTMFOIL-DEC-2004-014266 | | 12/04/2002 EnviroTrac Proposal for Subsurface Investigation | Letter | Ted Masters | Joe McCarthy, Peter DeCicco | 8 |
| XOM-FORTMFOIL-DEC-2004-014269 | XOM-FORTMFOIL-DEC-2004-014273 | 09-09-2002 | 09/09/02 EnviroTrac Proposal for Subsurface Investigation | Letter | Kevin Murphy | David Traver | 5 |
| XOM-FORTMFOIL-DEC-2004-014283 | XOM-FORTMFOIL-DEC-2004-014284 | 04/12/12002 | 04/12/02 EnviroTrac Proposal for Subsurface Investigation - PIN No. 02036 | Letter | John Szymanski | David Traver | 2 |
| XOM-FORTMFOIL-DEC-2004-014445 | XOM-FORTMFOIL-DEC-2004-014446 | 10-17-2005 | NYSDEC Petroleum Bulk Storage Program Facility Information Report for Favre Mobil | | | | 2 |
| XOM-FORTMFOIL-DEC-2006-000413 | XOM-FORTMFOIL-DEC-2006-000420 | | 10/15/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-000421 | XOM-FORTMFOIL-DEC-2006-000429 | | 11/11/02 Galu Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2006-000430 | XOM-FORTMFOIL-DEC-2006-000437 | | 12/06/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-000455 | XOM-FORTMFOIL-DEC-2006-000462 | | 03/07/03 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-000506 | XOM-FORTMFOIL-DEC-2006-000513 | | 11/19/03 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-000516 | XOM-FORTMFOIL-DEC-2006-000522 | | 03/11/04 Galu Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-000524 | XOM-FORTMFOIL-DEC-2006-000530 | | 06/18/04 Galu Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-000532 | XOM-FORTMFOIL-DEC-2006-000538 | | 04/08/02 Galu Test Data | | | | 7 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2006-000539 | XOM-FORTMFOIL-DEC-2006-000547 | | 05/07/02 Galu Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2006-000563 | XOM-FORTMFOIL-DEC-2006-000570 | | 01/15/02 Galu Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-000588 | XOM-FORTMFOIL-DEC-2006-000588 | | 12/27/2000 Treatment Source Distribution Galu Water Supply | | | | 1 |
| XOM-FORTMFOIL-DEC-2006-004046 | XOM-FORTMFOIL-DEC-2006-004046 | | 10-24-1990 880-5737 Spill Report Update Form | | | | 1 |
| XOM-FORTMFOIL-DEC-2006-004047 | XOM-FORTMFOIL-DEC-2006-004048 | | 10-28-1988 880-5737 Spill Report Update Form | | | | 2 |
| XOM-FORTMFOIL-DEC-2006-004063 | XOM-FORTMFOIL-DEC-2006-004063 | | 05-21-1996 880-5737 Simonds Test Sampling Results | Letter | John Olin, NYSDOH | James Smith, G.A. Carlson, S. Bates, J. Olin, M. Schleifer, P. Dostina | 1 |
| XOM-FORTMFOIL-DEC-2006-004584 | XOM-FORTMFOIL-DEC-2006-004602 | | 05-28-1999 Phase II Subsurface Investigation at Former Hindley Chevrolet | Letter | James Smith, Ira Conklin | David Traver, Ken Hindley | 19 |
| XOM-FORTMFOIL-DEC-2006-006359 | XOM-FORTMFOIL-DEC-2006-006365 | | 01/18/02 Camacho Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-006429 | XOM-FORTMFOIL-DEC-2006-006435 | | 10/15/02 Camacho Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-006445 | XOM-FORTMFOIL-DEC-2006-006456 | | 12/06/02 Camacho Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-006464 | XOM-FORTMFOIL-DEC-2006-006470 | | 02/25/03 Camacho Test Data with Notes | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-006471 | XOM-FORTMFOIL-DEC-2006-006478 | | 02/25/03 Camacho Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-006479 | XOM-FORTMFOIL-DEC-2006-006490 | | 03/10/03 Camacho Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-006491 | XOM-FORTMFOIL-DEC-2006-006498 | | 04/11/03 Camacho Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-006499 | XOM-FORTMFOIL-DEC-2006-006507 | | 06/27/03 Camacho Test Data | | | | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/FOIL-DEC-2006-006908 | XOM-FORTM/FOIL-DEC-2006-006513 | | 07/21/03 Camacho Test Data | | | | 6 |
| XOM-FORTM/FOIL-DEC-2006-006518 | XOM-FORTM/FOIL-DEC-2006-006525 | | 08/18/03 Camacho Test Data | | | | 8 |
| XOM-FORTM/FOIL-DEC-2006-006543 | XOM-FORTM/FOIL-DEC-2006-006551 | | 03/30/04 Camacho Test Data | | | | 9 |
| XOM-FORTM/FOIL-DEC-2006-006552 | XOM-FORTM/FOIL-DEC-2006-006557 | | 06/24/04 Camacho Test Data | | | | 6 |
| XOM-FORTM/FOIL-DEC-2006-006769 | XOM-FORTM/FOIL-DEC-2006-006771 | | 02/13/06 Buchholz Test Data | | | | 3 |
| XOM-FORTM/FOIL-DEC-2006-008333 | XOM-FORTM/FOIL-DEC-2006-008344 | | 03/21/02 Buchholz Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-008356 | XOM-FORTM/FOIL-DEC-2006-008368 | | 05/07/02 Buchholz Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-008369 | XOM-FORTM/FOIL-DEC-2006-008383 | | 06/12/02 Buchholz Test Data | | | | 15 |
| XOM-FORTM/FOIL-DEC-2006-008431 | XOM-FORTM/FOIL-DEC-2006-008442 | | 10/14/02 Buchholz Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-008443 | XOM-FORTM/FOIL-DEC-2006-008454 | | 11/15/02 Buchholz Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-008519 | XOM-FORTM/FOIL-DEC-2006-008532 | | 09/15/03 Buchholz Test Data | | | | 14 |
| XOM-FORTM/FOIL-DEC-2006-008533 | XOM-FORTM/FOIL-DEC-2006-008543 | | 12/29/03 Buchholz Test Data | | | | 11 |
| XOM-FORTM/FOIL-DEC-2006-008544 | XOM-FORTM/FOIL-DEC-2006-008556 | | 04/26/04 Buchholz Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-008557 | XOM-FORTM/FOIL-DEC-2006-008569 | | 11/09/04 Buchholz Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-008570 | XOM-FORTM/FOIL-DEC-2006-008578 | | 01/24/05 Buchholz Test Data | | | | 9 |
| XOM-FORTM/FOIL-DEC-2006-008579 | XOM-FORTM/FOIL-DEC-2006-008585 | 02-20-2006 | 10/26/05 Buchholz Test Data | Letter | James M. Bishop, Jr. | Ronald Buchholz | 7 |
| XOM-FORTM/FOIL-DEC-2006-008589 | XOM-FORTM/FOIL-DEC-2006-008595 | | 01/15/02 Boyce Test Data | | | | 7 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/FOIL-DEC-2006-008666 | XOM-FORTM/FOIL-DEC-2006-008677 | | 10/15/02 Boyce Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-008678 | XOM-FORTM/FOIL-DEC-2006-008685 | | 11/11/02 Boyce Test Data | | | | 8 |
| XOM-FORTM/FOIL-DEC-2006-008686 | XOM-FORTM/FOIL-DEC-2006-008692 | | 12/06/02 Boyce Test Data | | | | 7 |
| XOM-FORTM/FOIL-DEC-2006-008693 | XOM-FORTM/FOIL-DEC-2006-008705 | | 01/06/03 Boyce Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-008787 | XOM-FORTM/FOIL-DEC-2006-008799 | | 03/10/04 Boyce Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-008800 | XOM-FORTM/FOIL-DEC-2006-008808 | | 06/18/04 Boyce Test Data | | | | 9 |
| XOM-FORTM/FOIL-DEC-2006-008809 | XOM-FORTM/FOIL-DEC-2006-008814 | | 10/26/05 Boyce Test Data | | | | 6 |
| XOM-FORTM/FOIL-DEC-2006-008890 | XOM-FORTM/FOIL-DEC-2006-008893 | | 02/13/06 Hay Test Data | | | | 4 |
| XOM-FORTM/FOIL-DEC-2006-009002 | XOM-FORTM/FOIL-DEC-2006-009008 | | 12/14/01 Bogardus Test Data | | | | 7 |
| XOM-FORTM/FOIL-DEC-2006-009009 | XOM-FORTM/FOIL-DEC-2006-009016 | | 01/15/02 Bogardus Test Data | | | | 8 |
| XOM-FORTM/FOIL-DEC-2006-009017 | XOM-FORTM/FOIL-DEC-2006-009023 | | 02/08/02 Bogardus Test Data | | | | 7 |
| XOM-FORTM/FOIL-DEC-2006-009024 | XOM-FORTM/FOIL-DEC-2006-009036 | | 03/04/02 Bogardus Test Data | | | | 13 |
| XOM-FORTM/FOIL-DEC-2006-009037 | XOM-FORTM/FOIL-DEC-2006-009040 | | 04/08/02 Bogardus Test Data | | | | 4 |
| XOM-FORTM/FOIL-DEC-2006-009041 | XOM-FORTM/FOIL-DEC-2006-009048 | | 05/07/02 Bogardus Test Data | | | | 8 |
| XOM-FORTM/FOIL-DEC-2006-009049 | XOM-FORTM/FOIL-DEC-2006-009058 | | 06/12/02 Bogardus Test Data | | | | 10 |
| XOM-FORTM/FOIL-DEC-2006-009078 | XOM-FORTM/FOIL-DEC-2006-009089 | | 09/03/02 Bogardus Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-009090 | XOM-FORTM/FOIL-DEC-2006-009102 | | 10/14/02 NYSDEC Bogardus Test Data | | | | 13 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/FOIL-DEC-2006-009103 | XOM-FORTM/FOIL-DEC-2006-009114 | | 11/22/02 Bogardus Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-009115 | XOM-FORTM/FOIL-DEC-2006-009125 | | 12/09/02 Bogardus Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009128 | XOM-FORTMFOIL-DEC-2006-009135 | | 02/11/03 Bogardus Test Data | | | | 8 |
| XOM-FORTMFOIL-DEC-2006-009136 | XOM-FORTMFOIL-DEC-2006-009144 | | 03/10/03 Bogardus Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2006-009145 | XOM-FORTMFOIL-DEC-2006-009154 | | 01/14/03 Bogardus Test Data | | | | 10 |
| XOM-FORTMFOIL-DEC-2006-009166 | XOM-FORTMFOIL-DEC-2006-009176 | | 04/07/03 Bogardus Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009177 | XOM-FORTMFOIL-DEC-2006-009186 | | 05/19/03 Bogardus Test Data | | | | 10 |
| XOM-FORTMFOIL-DEC-2006-009190 | XOM-FORTMFOIL-DEC-2006-009200 | | 06/16/03 Bogardus Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009204 | XOM-FORTMFOIL-DEC-2006-009213 | | 07/11/03 Bogardus Test Data | | | | 10 |
| XOM-FORTMFOIL-DEC-2006-009217 | XOM-FORTMFOIL-DEC-2006-009217 | 09-23-2003 | Letter to NYSDEC re Sampling Frequency | Letter | Peter D. Hoffman | David Traver | 1 |
| XOM-FORTMFOIL-DEC-2006-009218 | XOM-FORTMFOIL-DEC-2006-009228 | | 09/15/03 Bogardus Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009229 | XOM-FORTMFOIL-DEC-2006-009229 | 10-10-2003 | Response from NYSDEC re Sampling Frequency at Bogardus | Letter | David Traver | Peter D. Hoffman | 1 |
| XOM-FORTMFOIL-DEC-2006-009232 | XOM-FORTMFOIL-DEC-2006-009244 | | 12/01/03 Bogardus Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009245 | XOM-FORTMFOIL-DEC-2006-009257 | | 01/12/04 Bogardus Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009258 | XOM-FORTMFOIL-DEC-2006-009270 | | 04/13/04 Bogardus Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009271 | XOM-FORTMFOIL-DEC-2006-009283 | | 07/27/04 Bogardus Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009284 | XOM-FORTMFOIL-DEC-2006-009296 | | 11/09/04 Bogardus Test Data | | | | 13 |

68

9/28/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/FOIL-DEC-2006-009297 | XOM-FORTM/FOIL-DEC-2006-009304 | | 02/08/05 Bogardus Test Data | | | | 8 |
| XOM-FORTM/FOIL-DEC-2006-009305 | XOM-FORTM/FOIL-DEC-2006-009311 | | 10/26/05 Bogardus Test Data | | | | 7 |
| XOM-FORTM/FOIL-DEC-2006-009402 | XOM-FORTM/FOIL-DEC-2006-009402 | | 09/17/01 Bogardus Test Data | | | | 1 |
| XOM-FORTM/FOIL-DEC-2006-009403 | XOM-FORTM/FOIL-DEC-2006-009403 | | 09/17/01 | | | | 1 |
| XOM-FORTM/FOIL-DEC-2006-009417 | XOM-FORTM/FOIL-DEC-2006-009417 | 09-15-2003 | Letter re Sampling Frequency at Galu Property | Letter | David Traver | John Galu, Mark Knudsen | 1 |
| XOM-FORTM/FOIL-DEC-2006-009420 | XOM-FORTM/FOIL-DEC-2006-009420 | 09-15-2003 | Letter re Sampling Frequency at Camacho Property | Letter | David Traver | Fernando Camacho | 1 |
| XOM-FORTM/FOIL-DEC-2006-009425 | XOM-FORTM/FOIL-DEC-2006-009425 | 09-15-2003 | Letter re Sampling Frequency at Burley Property | Letter | David Traver | Thomas Burley | 1 |
| XOM-FORTM/FOIL-DEC-2006-009426 | XOM-FORTM/FOIL-DEC-2006-009426 | 09-15-2003 | Letter re Sampling Frequency at Buchholz Property | Letter | David Traver | Ronald Bucholz | 1 |
| XOM-FORTM/FOIL-DEC-2006-009426 | XOM-FORTM/FOIL-DEC-2006-009427 | 09-15-2003 | Letter re Sampling Frequency at Boyce Property | Letter | David Traver | Donna Boyce, Mark Knudsen | 1 |
| XOM-FORTM/FOIL-DEC-2006-009428 | XOM-FORTM/FOIL-DEC-2006-009428 | 09-23-2003 | Letter re Sampling at Bogardus Property | Letter | David Traver | Sandra Bogardus | 1 |
| XOM-FORTM/FOIL-DEC-2006-009596 | XOM-FORTM/FOIL-DEC-2006-009598 | | 11/26/2001 Burley Test Data | | | | 3 |
| XOM-FORTM/FOIL-DEC-2006-009599 | XOM-FORTM/FOIL-DEC-2006-009609 | | 12/14/01 Burley Test Data | | | | 11 |
| XOM-FORTM/FOIL-DEC-2006-009610 | XOM-FORTM/FOIL-DEC-2006-009621 | | 01/15/02 Burley Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-009622 | XOM-FORTM/FOIL-DEC-2006-009632 | | 02/08/02 Burley Test Data | | | | 11 |
| XOM-FORTM/FOIL-DEC-2006-009633 | XOM-FORTM/FOIL-DEC-2006-009644 | | 03/04/02 Burley Test Data | | | | 12 |
| XOM-FORTM/FOIL-DEC-2006-009645 | XOM-FORTM/FOIL-DEC-2006-009655 | | 04/15/2002 Burley Test Data | | | | 11 |
| XOM-FORTM/FOIL-DEC-2006-009656 | XOM-FORTM/FOIL-DEC-2006-009667 | | 05/15/2002 Burley Test Data | | | | 12 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2006-009668 | XOM-FORTMFOIL-DEC-2006-009680 | | 06/12/02 Burley Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009681 | XOM-FORTMFOIL-DEC-2006-009691 | | 07/16/2002 Burley Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009692 | XOM-FORTMFOIL-DEC-2006-009703 | | 07/22/2002 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009704 | XOM-FORTMFOIL-DEC-2006-009714 | | 08/16/2002 Burley Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009715 | XOM-FORTMFOIL-DEC-2006-009726 | | 09/03/02 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009727 | XOM-FORTMFOIL-DEC-2006-009738 | | 10/14/02 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009739 | XOM-FORTMFOIL-DEC-2006-009750 | | 11/15/02 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009751 | XOM-FORTMFOIL-DEC-2006-009765 | | 12/09/02 Burley Test Data | | | | 15 |
| XOM-FORTMFOIL-DEC-2006-009766 | XOM-FORTMFOIL-DEC-2006-009774 | | 01/14/03 Burley Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2006-009775 | XOM-FORTMFOIL-DEC-2006-009787 | | 02/11/03 Burley Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009788 | XOM-FORTMFOIL-DEC-2006-009801 | | 03/10/03 Burley Test Data | | | | 14 |
| XOM-FORTMFOIL-DEC-2006-009802 | XOM-FORTMFOIL-DEC-2006-009814 | | 04/07/03 Burley Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009815 | XOM-FORTMFOIL-DEC-2006-009826 | | 05/29/03 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009827 | XOM-FORTMFOIL-DEC-2006-009839 | | 07/17/03 Burley Test Data | | | | 13 |
| XOM-FORTMFOIL-DEC-2006-009840 | XOM-FORTMFOIL-DEC-2006-009850 | | 09/10/2001 Burley Test Data | | | | 11 |
| XOM-FORTMFOIL-DEC-2006-009851 | XOM-FORTMFOIL-DEC-2006-009851 | 09-15-2003 | Letter re Sampling Frequency at Burley Property | Letter | David Traver | Thomas Burley | 1 |
| XOM-FORTMFOIL-DEC-2006-009854 | XOM-FORTMFOIL-DEC-2006-009865 | | 11/24/03 Burley Test Data | | | | 12 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2006-009866 | XOM-FORTMFOIL-DEC-2006-009877 | | 02/17/04 Burley Test Data | | | | 12 |
| XOM-FORTMFOIL-DEC-2006-009878 | XOM-FORTMFOIL-DEC-2006-009887 | | 05/10/04 Burley Test Data | | | | 10 |
| XOM-FORTMFOIL-DOH-2006-000237 | XOM-FORTMFOIL-DOH-2006-000237 | 09-29-2003 | Sampling Frequency at Hay Residence | Email | David Traver | Rick Bayer | 1 |
| XOM-FORTMFOIL-DEC-2004-005349 | XOM-FORTMFOIL-DEC-2004-005446 | 08-2002 | Preliminary Investigation Report, Favre Mobil Service Station MTBE Impacted Groundwater (ENVIROTRAC) | | | | 98 |
| XOM-FORTMFOIL-DEC-2004-005825 | XOM-FORTMFOIL-DEC-2004-005831 | | 10/14/02 Burley Test Data | | | | 7 |
| XOM-FORTMFOIL-DEC-2006-008889 | XOM-FORTMFOIL-DEC-2006-008890 | | 10-30-1989 88-05737: Water Sampling Schedule, Toscano/Simonds | Letter | Karl H. Weed | Mike Toscano, P. Doshna, P. DeCicco | 2 |
| XOM-FORTMFOIL-DEC-2006-008891 | XOM-FORTMFOIL-DEC-2006-008895 | | 12-02-1988 88-05737 Sampling at Toscano Residence | Letter | Karl Meed | Mike Toscano, D. Wehrfritz, V. McCabe | 5 |
| XOM-FORTMFOIL-DEC-2006-008896 | XOM-FORTMFOIL-DEC-2006-008896 | | 02-17-1994 88-5737: Sampling at Toscano Residence | Letter | | Mike Toscano | 1 |
| XOM-FORTMFOIL-DEC-2006-008897 | XOM-FORTMFOIL-DEC-2006-008898 | | 11-04-1988 88-05737 Letter to SOS re Citizen Complaint | Letter | Karl Weed | S.O.S. Oil Corp., T. Quinn, P. Doshna, P. Dunn, D. Wehrfritz, L. Ricci | 2 |
| XOM-FORTMFOIL-DEC-2006-008899 | XOM-FORTMFOIL-DEC-2006-008901 | | 05-02-1994 88-05737: Ground Water Sampling Toscano and Simonds Residences | Letter | David W. Myers | Mike Toscano, Jim Clark, Jeff Spiegel, Noreen van Doreen, Peter DiCicco | 3 |
| XOM-FORTMFOIL-DEC-2006-000902 | XOM-FORTMFOIL-DEC-2006-000904 | | 12-02-1992 88-05737: Correspondence regarding petroleum free water sample taken on July 1992 | Letter | Joseph McCarthy | Mike Toscano, P. DeCicco | 3 |
| XOM-FORTMFOIL-DEC-2006-000905 | XOM-FORTMFOIL-DEC-2006-000908 | | 07-12-1989 88-05737: Correspondence regarding petroleum free water sample | Letter | Karl H. Weed | Mike Toscano | 4 |
| XOM-FORTMFOIL-DEC-2006-000909 | XOM-FORTMFOIL-DEC-2006-000914 | | 07-12-1989 88-05737: Correspondence regarding petroleum free water sample & Volatile Organics Analysis Data Sheet | Letter | Karl H. Weed | Mike Toscano, V. McCabe | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tornesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/OIL-DEC-2006-000915 | XOM-FORTM/OIL-DEC-2006-000920 | 05-08-1988 | 88-05737 Correspondence regarding petroleum free water sample | Letter | Karl H. Weed | Mike Toscano, DeCicco, V. McCabe | 6 |
| XOM-FORTM/OIL-DEC-2006-000921 | XOM-FORTM/OIL-DEC-2006-000927 | 04-16-1993 | 88-05737: Volatile Organics Analysis Data Sheet, No. 1 Stockpile | | | | 7 |
| XOM-FORTM/OIL-DEC-2006-001019 | XOM-FORTM/OIL-DEC-2006-001020 | 10-30-1988 | 88-05737: Water Sampling Schedule | Letter | Karl Weed | James Simonds, P. Doshma, P. DeCicco | 2 |
| XOM-FORTM/OIL-DEC-2006-001021 | XOM-FORTM/OIL-DEC-2006-001026 | 12-02-1988 | 88-05737: Sampling at Simonds Property | Letter | Karl H. Weed | James Simonds | 6 |
| XOM-FORTM/OIL-DEC-2006-001027 | XOM-FORTM/OIL-DEC-2006-001031 | 04-18-1994 | 88-05737: Whole House Filtering Systems | Letter | Peter J. DeCicco | James Simonds | 5 |
| XOM-FORTM/OIL-DEC-2006-001032 | XOM-FORTM/OIL-DEC-2006-001038 | 08-20-1992 | 88-05737: Correspondence regarding petroleum free water sample | Letter | Vincent P. McCabe | James Simonds, P. DeCicco | 7 |
| XOM-FORTM/OIL-DEC-2006-001039 | XOM-FORTM/OIL-DEC-2006-001045 | 08-20-1992 | 88-05737: Correspondence regarding petroleum free water sample | Letter | Vincent P. McCabe | James Simonds, P. DeCicco | 7 |
| XOM-FORTM/OIL-DEC-2006-001046 | XOM-FORTM/OIL-DEC-2006-001051 | 07-12-1989 | 88-05737: Correspondence regarding petroleum free water sample & Volatile Organics Analysis Data Sheet | Letter | Karl H. Weed | James Simonds, V. McCabe | 6 |
| XOM-FORTM/OIL-DEC-2006-001052 | XOM-FORTM/OIL-DEC-2006-001059 | 05-08-1989 | 88-05737: Correspondence regarding petroleum free water sample & Volatile Organics Analysis Data Sheet | Letter | Karl H. Weed | James Simonds, DeCicco, V. McCabe | 8 |
| XOM-FORTM/OIL-DEC-2006-001066 | XOM-FORTM/OIL-DEC-2006-001071 | | 09/09/92 Hannigan Test Data | | | | 6 |
| XOM-FORTM/OIL-DEC-2006-001245 | XOM-FORTM/OIL-DEC-2006-001248 | 02-04-1991 | 88-05737: Analytical Report | | | | 4 |
| XOM-FORTM/OIL-DEC-2006-001249 | XOM-FORTM/OIL-DEC-2006-001251 | 11-02-1990 | 88-05737: Analytical Report | | | | 3 |
| XOM-FORTM/OIL-DEC-2006-001256 | XOM-FORTM/OIL-DEC-2006-001259 | 04-16-1991 | 88-05737: Simmons Volatile Organics Analysis Data Sheet | | | | 4 |
| XOM-FORTM/OIL-DEC-2006-001312 | XOM-FORTM/OIL-DEC-2006-001316 | 03-29-1988 | 88-05737: Volatile Organics Analysis Data Sheet | | | | 5 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTM/FOIL-DEC-2006-001317 | XOM-FORTM/FOIL-DEC-2006-001322 | 04-18-1989 | 88-05737: Volatile Organics Analysis Data Sheet, Spill No. 8805737 | | | | 6 |
| XOM-FORTM/FOIL-DEC-2006-001334 | XOM-FORTM/FOIL-DEC-2006-001343 | 07-19-1989 | 88-05737: Sample Data Received 7/11/1989 | Letter | | Delores Wehrfritz | 10 |
| XOM-FORTM/FOIL-DEC-2006-001525 | XOM-FORTM/FOIL-DEC-2006-001528 | 03-17-1995 | 92-06107: Phillips Volatile Organics Analysis Data Sheet | | | | 4 |
| XOM-FORTM/FOIL-DEC-2006-001535 | XOM-FORTM/FOIL-DEC-2006-001537 | 10-26-1995 | 92-06107: Volatile Organics Analysis Data Sheet | | | | 3 |
| XOM-FORTM/FOIL-DEC-2006-003960 | XOM-FORTM/FOIL-DEC-2006-003965 | 12-06-1988 | 88-05737: Volatile Organics Analysis Data Sheet | | | | 6 |
| XOM-FORTM/FOIL-DEC-2006-003966 | XOM-FORTM/FOIL-DEC-2006-003975 | 04-20-1993 | 88-05737: Volatile Organics Analysis Data Sheet, Rockwell Garage | | | | 10 |
| XOM-FORTM/FOIL-DEC-2006-003976 | XOM-FORTM/FOIL-DEC-2006-003983 | 12-29-1988 | 88-05737: Volatile Organics Analysis Data Sheet, Correspondence concerning contaminated samples | Letter | Karl H. Weed | Nick Rockwell | 8 |
| XOM-FORTM/FOIL-DEC-2006-004049 | XOM-FORTM/FOIL-DEC-2006-004050 | 10-28-1988 | 88-05737: James Simons & Toscano Spill Report Update Form | | | | 2 |
| XOM-FORTM/FOIL-DEC-2006-004051 | XOM-FORTM/FOIL-DEC-2006-004060 | 09-13-1988 | 88-05737: Toscano/Simons Spill Report Update Forms | | | | 10 |
| XOM-FORTM/FOIL-DEC-2006-004251 | XOM-FORTM/FOIL-DEC-2006-004252 | 10-13-1993 | 88-05737: SOS Oil Corporation | Letter | Gary, S. Bowitch | Jeffrey M. Spiegel, Peter DeCicco | 2 |
| XOM-FORTM/FOIL-DEC-2006-004253 | XOM-FORTM/FOIL-DEC-2006-004254 | 10-17-1993 | 88-05737: Petroleum Discharge in Fort Montgomery | Letter | Jeffrey M. Spiegel | Gary S. Bowitch | 2 |
| XOM-FORTM/FOIL-DEC-2006-004403 | XOM-FORTM/FOIL-DEC-2006-004405 | 10-06-1988 | 88-05737: Spill Report Update Form | Letter | | | 3 |
| XOM-FORTM/FOIL-DEC-2006-004406 | XOM-FORTM/FOIL-DEC-2006-004417 | 11-16-1994 | 88-05737: Quarterly Ground Water Sampling, Simonds Residence, Adirondack Lab Report | Letter | David W. Myers | Peter J. DeCicco, Matt Durfee, Jeff Spiegel, Kenneth Hindley, Noreen Van Doreen, James Simonds | 12 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMIFOIL-DEC-2006-004418 | XOM-FORTMIFOIL-DEC-2006-004427 | 11-03-1993 answer Insurance Company's Insured; Hindley Chevrolet & Draft Settlement Agreement | Letter | Gary, S. Bowitch | James Clark, Jr., Pete DeCicco | 10 |
| XOM-FORTMIFOIL-DEC-2006-004434 | XOM-FORTMIFOIL-DEC-2006-004435 | 02-03-1994 88-5737: Draft Settlement Agreement | Letter | Gary, S. Bowitch | Hindley Chevrolet, Inc., Noreen Eaton, Jeffrey M. Spiegel, Peter DeCicco, James Clark, Jr. | 2 |
| XOM-FORTMIFOIL-DEC-2006-004436 | XOM-FORTMIFOIL-DEC-2006-004443 | 03-17-1994 88-5737: Revised Settlement Agreement | Letter | Gary, S. Bowitch | Noreen Eaton, Jeffrey M. Spiegel | 8 |
| XOM-FORTMIFOIL-DEC-2006-004622 | XOM-FORTMIFOIL-DEC-2006-004626 | 10-25-1988 88-05737: NYSDEC Spill Response Form | | | | 5 |
| XOM-FORTMIFOIL-DEC-2006-004866 | XOM-FORTMIFOIL-DEC-2006-004867 | 10-25-1988 88-05737: NYSDEC Spill Response Forms | | | | 2 |
| XOM-FORTMIFOIL-DEC-2006-004606 | XOM-FORTMIFOIL-DEC-2006-004607 | 11-02-1988 87-7784: Spill Report Update Form | | | | 2 |
| XOM-FORTMIFOIL-DEC-2006-004619 | XOM-FORTMIFOIL-DEC-2006-004620 | 10-25-1988 88-05737: Spill Response Form | | | | 2 |
| XOM-FORTMIFOIL-DEC-2006-006812 | XOM-FORTMIFOIL-DEC-2006-006812 | 04-19-2001 Sanitary Survey of Favre Mobil | Letter | Jane Harkinson, OCDOH | Leroy Favre | 1 |
| XOM-FORTMIFOIL-DEC-2006-007192 | XOM-FORTMIFOIL-DEC-2006-007204 | 05-01-2008 May 2003 Tracer Research Corporation Vapor Tracer Express Sample Analysis Favre Mobil, Fort Montgomery, NY | | | | 13 |
| XOM-FORTMIFOIL-DEC-2006-007237 | XOM-FORTMIFOIL-DEC-2006-007240 | 08-02-2001 Chestnut Mart at Mobil, NYS Department of Agriculture & Markets, NOWS ID 3530100 & Water Supply Sanitary Survey & Notes | Letter | Jane Harkinson | Sam Jamal | 4 |
| XOM-FORTMIFOIL-DEC-2006-007970 | XOM-FORTMIFOIL-DEC-2006-007971 | 11-19-2003 Draft Letter re Request to take Action against Sunoco and ExxonMobil | Letter | Mark Knudsen, NYSDOH | John Sarcone | 2 |
| XOM-FORTMIFOIL-DEC-2006-009444 | XOM-FORTMIFOIL-DEC-2006-009446 | 11/08/2004 Sampling Frequency at Certain Properties | E-mail | Robert Szczepanski; EnviroTrac | Rick Bayer; Severn Trent | 3 |
| XOM-FORTMIFOIL-DEC-2006-009447 | XOM-FORTMIFOIL-DEC-2006-009459 | Various Sampling Data for Spill No. 0135012 (2002 through 2003) | | | | 13 |

9/28/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2006-009510 | XOM-FORTMFOIL-DEC-2006-009515 | 01-03-2004 | Resident Testing Data | Fax | | Dave Traver | 6 |
| XOM-FORTMFOIL-DEC-2006-009516 | XOM-FORTMFOIL-DEC-2006-009521 | 11-28-2001 | 11/21/01 Boyce, Galu, Favre, Gokey, Bogardus Test Data | Fax | Rick B | Dave Traver | 6 |
| XOM-FORTMFOIL-DOH-2006-000779 | XOM-FORTMFOIL-DOH-2006-000784 | 5-21-1996 | Sampling results at Simonds Residence | Letter | John Olm | Mr. James S. Smith | 6 |
| XOM-FORTMFOIL-DOH-2006-001830 | XOM-FORTMFOIL-DOH-2006-001836 | 01-03-2001 | OCDOH Water Supply Inspection of Galu W.S. | Letter | Edwin Sims | John Galu, Kevin Fox | 7 |
| XOM-FORTMFOIL-DOH-2006-001837 | XOM-FORTMFOIL-DOH-2006-001844 | 4-5-1994 | ERM request to remove Carbon Filtration Units at Toscano and Simonds Residences | Letter | David W. Myers | Dr. Anders S. Carlson | 8 |
| XOM-FORTMFOIL-DEC-2006-006737 | XOM-FORTMFOIL-DEC-2006-006742 | 02/13/06 | Bogardus Test Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2004-012619 | XOM-FORTMFOIL-DEC-2004-012627 | 11/19/03 | Boyce Test Data | | | | 9 |
| XOM-FORTMFOIL-DEC-2004-012753 | XOM-FORTMFOIL-DEC-2004-012768 | 07/09/02 | Bogardus Test Data | | | | 16 |
| XOM-FORTMFOIL-DEC-2006-001052 | XOM-FORTMFOIL-DEC-2006-001059 | 05-08-1989 | 88-05737: Sampling Results from 3/29/89 | Letter | Karl Weed | | 8 |
| XOM-FORTMFOIL-DEC-2006-001066 | XOM-FORTMFOIL-DEC-2006-001071 | | 92-06107: 09/09/1992 Sampling Data | | | | 6 |
| XOM-FORTMFOIL-DEC-2006-001245 | XOM-FORTMFOIL-DEC-2006-001248 | 02-04-1991 | 88-05737: VOC Organics Analysis from 01/22/91 | | | | 4 |
| XOM-FORTMFOIL-DEC-2006-001249 | XOM-FORTMFOIL-DEC-2006-001251 | 11-02-1990 | 87-05737: Analytical Report for 10/23/90 Sampling | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-FORTMFOIL-DEC-2006-001252 | XOM-FORTMFOIL-DEC-2006-001255 | 07-24-1991 | 88-05737: Analytical Report for 07/16/91 Sampling | | | | 4 |
| | | | Effective MTBE/BTEX Source Mass Recovery in Fractured Bedrock | | Thomas Maguire, Robert Zei | | 15 |
| | | | MTBE Response Actions: Mass Recovery vs. Hydraulic Capture | | Thomas Maguire | | 27 |
| | | | An Assessment of MTBE's Predicted Impact on California Public Supply Wells | | Thomas Maguire | | 25 |
| MED-REC-GEE-0000001 | MED-REC-GEE-0000088 | 06-16-1999 | Medical Records Produced by Dr. Carlos Medina for Edwina Gee | | | | 88 |
| TOH 000442 | TOH 000443 | | Article from News of the Highlands; Fish kill blamed on dry weather | | | | 1 |
| TOH 000815 | TOH 000815 | 11-12-1986 | Letter from Counsel on behalf of Mr. & Mrs. Bob Livsey regarding Increase in Sodium Content | Letter | Kopland & Kopland P.C. | Henry Parry | 2 |
| TOH 011365 | TOH 011391 | 08-18-1999 | USGS News Release: Drought Brings Environmental, Ecological Changes – Blue crabs in downtown Dover and Salty water nears Poughkeepsie | | | | 1 |
| | | 09-1989 | Town of Highlands Water Needs Analysis & Village of Highland Falls Water Use Estimates & Regional Ground-Water Study Town of Highlands, | | | | 27 |
| TOH 015641 | TOH 015668 | 06-29-1988 | NYSDEC Water Conservation Program Form | Letter | Zenon Wojcik | James Feury, P.E. | 28 |
| TOH 018918 | TOH 018922 | 12-31-2003 | Corbin Hill Contruction Certifications | Fax | Joseph Klopchin | Orange County Health Dept., Fred Baum | 5 |
| TOH 039289 | TOH 039300 | 10-28-2004 | Corbin Hills Water Lab Analysis Data | | | | 12 |
| TOH 019301 | TOH 019309 | 08-09-2004 | Corbin Hills Test Data, Sample No. 162596 | Fax | Joseph P. Klopchin | Orange County Health Department, Jim Caggiano | 9 |
| TOH 021303 | TOH 021588 | 2002 | Correspondence from July 2, 2002 through Sept. 30, 2002 | Letter | | | 286 |
| TOH 026276 | TOH 026311 | 11-03-1997 | Water District #2 Public Hearing Information and development of municipal water supply | Letter | | | 36 |
| TOH 006458 | TOH 006458 | | Inventory of Ground-Water Contamination Problems | | | | 1 |
| TOH 006474 | TOH 006508 | 04-23-1975 | Work Order for Job No. TH-6 | | Raimondi Associates | | 35 |
| TOH 006454 | TOH 006454 | | Regional Groundwater Study Town of Highlands | | | | 1 |
| TOH 006403 | TOH 006407 | 01-16-2004 | Water Supply Development Highlands, New York | Memo | Thomas Cusnek | Ron Rothenberg | 5 |
| TOH 006457 | TOH 006457 | | Geology of Town of Highlands | | | | 5 |
| TOH 000400 | TOH 000448 | 1987 | Claim of Robert Livsey | | Doig Cornell & Mandel | Kopald & Kopald, P.C. | 1 |
| TOH 000750 | TOH 000820 | | Outline titled "Fort Montgomery Water Needs Analysis", including timeline from 1986 through 2002 | | | | 71 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| TOH 012302 | TOH 012313 | 05-13-1997 Town of Highlands Proposed Water Supply/Water District Project and Engineering Report for April 1997 | | | | Michael Burke | 12 |
| TOH 016862 | TOH 016862 | 04/21/2006 News of the Highlands Article: Corbin Hill Residents Complaint to Town Board about water, odor, costs | | | | | 1 |
| TOH 025687 | TOH 025695 | 03-1998 Engineer's Report, Town of Highlands Water District No. 2 | | | Raimondi Associates, P.C. | | 9 |
| TOH 000447 | TOH 000447 | 02-12-1986 Memo re Water Quality | Memo | Mervin Robert Livsey | Supervisor, Town of Highlands | 1 |
| TOH 019763 | TOH 019763 | 12-04-2000 ECF Grant | Letter | Thomas Murphy | Governor George Pataki | 1 |
| TOH 019837 | TOH 019840 | 04-13-1998 Town of Highlands, Water District #2, IUP Project # 16454 | Letter | Ronald Rothenberg | Paul John | 4 |
| TOH 019849 | TOH 019857 | 03-1998 Engineer's Report for the Town of Highlands Water District No. 2, by Raimondi Associates, P.C. | | | | | 9 |
| TOH 019958 | TOH 019988 | 02-11-1998 Town of Highlands Public Hearing Held 10/9/97 | | | | | 31 |
| TOH 021079 | TOH 021079 | 11/27/2002 Blasting for Water District #2 | | | | | 1 |
| TOH 021157 | TOH 021160 | 05-13-2002 Resident Complaint by Mr. & Mrs. Crapazano relating to Water Supply and Sanitary Sewer Problems (TOH 021157) | Letter | Azzolina Engineering Group | Zanfardino | 4 |
| TOH 021190 | TOH 021191 | 10-23-2002 Contamination of Crapazano Property | Letter | James Feury | JJC Construction Corporation | 2 |
| TOH 021721 | TOH 021721 | 8-14-2002 News of the Highlands, "No Water, Fort couple threatens suit." | | | | | 1 |
| TOH 026282 | TOH 026282 | News article, "Communities awarded water funds" | | | | | 1 |
| TOH 026293 | TOH 026294 | 7-15-1997 Town of Highlands Water District Extension | Letter | Lawrence E. Torro, Raimondi Associates | Mr. Ken Caffrey | 2 |
| TOH 026298 | TOH 026298 | 07-17-1997 Michael Kitto's Correspondence of July 8, 1997 re Radon (TOH 026298) | Letter | Larry Torro | | 1 |
| TOH 026306 | TOH 026307 | 05-15-1997 Town of Highlands Proposed Water Supply/Water District Draft Letter | Letter | Joseph D'Onofrio | William Larkin | 2 |
| TOH 026309 | TOH 026309 | 05-13-1997 Town of Highlands Proposed Water Supply, Water District Letter Project | Letter | Raimondi Engineers | Michael Burke | 1 |
| TOH 026447 | TOH 026448 | Geology Article | | | | | 2 |
| TOH 026748 | TOH 026753 | 2002 Drinking Water Quality Report for the Town of Highlands (PWS ID #8530057) | | | | | 6 |
| TOH 028315 | TOH 028323 | Town Board Meeting Minutes | | | | | 9 |
| TOH 028467 | TOH 028474 | 04-24-2006 Town Board Meeting Minutes | | | | | 8 |
| HAN 00092-MTBE-MDL | HAN 00093-MTBE-MDL | 01-30-2006 POET Removal at Hannigan Property Effective 02/28/06 | Letter | William J. Brochu | Mr. & Mrs. Hannigan | 2 |
| | | 03/31/1999 News article from News of the Highlands: Oil-spill clean up lengthy; six accidents | | | | | 1 |

77

9/29/2008

**Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen**

| Bates Begin | Bates End | Date Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|
| TON00194-MTBE-MDL | TON00293-MTBE-MDL | 04-29-2003 Severn Trent Nonconformance Summary for Carpenter/Tonneson | Letter | Gary Trombley | | 100 |
| Bogardus 1MTBE | Bogardus 9MTBE | 11-06-2002 10/18/02 GES Bogardus Test Data (Bogardus 1MTBE) (Bogardus 1MTBE) | | | Keith Bogardus, Yvonne Monti, Deb Memmelear, Lisa Hansen, Tom Murphy | 9 |
| | | 03-19-2003 Article from the News of the Highlands: Town Board tables two votes, passes some too | | | | 1 |
| MED-REC-BUCHOLZ-0000001 | MED-REC-BUCHOLZ-0000003 | 9-29-2006 Subpoena to Dr. Lawrence Simon for Joan Buchholz's Medical Records | | | | 3 |
| MED-REC-BUCHOLZ-0000004 | MED-REC-BUCHOLZ-0000007 | Joan Buchholz Drs Notes, Aug-Sept 2006 | | | | 4 |
| MED-REC-BUCHOLZ-0000008 | MED-REC-BUCHOLZ-0000009 | 7-18-2005 Joan Buchholz Patient Information, Louis Korngold, M.D. | | | | 2 |
| MED-REC-BUCHOLZ-0000010 | MED-REC-BUCHOLZ-0000011 | 7-22-2005 PE/CT (Skull Base to Feet), Buchholz, Joan P. | Letter | Mark Geller, M.D. | Michael Rader, M.D. | 2 |
| MED-REC-BUCHOLZ-0000012 | MED-REC-BUCHOLZ-0000013 | 8-1-2005 Thyroid Ultrasound, Buchholz, Joan P. | Letter | Louis Eisen, M.D. | Michael Rader, M.D. | 2 |
| MED-REC-BUCHOLZ-0000014 | MED-REC-BUCHOLZ-0000016 | 9-1-2005 Consultation form enclosing Surgical Pathology and Operative Reports | Letter | Lawrence Simon, M.D. | Michael Rader, M.D. | 3 |
| MED-REC-BUCHOLZ-0000017 | MED-REC-BUCHOLZ-0000018 | 8-23-2005 Surgical Pathology Report, Joan Buchholz | | | | 2 |
| MED-REC-BUCHOLZ-0000019 | MED-REC-BUCHOLZ-0000021 | 8-23-2005 Operative Report | | Dr. Lawrence Simon | | 3 |
| MED-REC-BUCHOLZ-0000022 | MED-REC-BUCHOLZ-0000022 | 9-22-2005 Joannie Buchholz re: medical evaluation | Letter | Yehuda D. Elterzi, M.D. | Lawrence Simon, M.D. | 1 |
| MED-REC-BUCHOLZ-0000023 | MED-REC-BUCHOLZ-0000024 | 8-18-2006 Whole Body PET/CT | Letter | Neville Glajchen, M.D. | Anna C. Pavlick, M.D. | 2 |
| MED-REC-BUCHOLZ-0000025 | MED-REC-BUCHOLZ-0000026 | 8-23-2005 Surgical Pathology Report, Joan Buchholz | | | | 2 |
| MED-REC-BUCHOLZ-0000027 | MED-REC-BUCHOLZ-0000027 | 8-22-2005 Physical examination notes | | Lawrence Simon, M.D. | | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| MED-REC-BUCHOLZ-0000028 | MED-REC-BUCHOLZ-0000029 | 8-23-2006 | Exam Notes: MRI Pelvis | Letter | Evan Kaminer, M.D. | Anna C. Pavlick, M.D. | 2 |
| MED-REC-BUCHOLZ-0000030 | MED-REC-BUCHOLZ-0000030 | 8-24-2006 | Consultation form | | Lawrence Simon, M.D. | Michael Rader, M.D. | 1 |
| MED-REC-BUCHOLZ-0000031 | MED-REC-BUCHOLZ-0000032 | 8-29-2006 | Surgical Pathology Report, Joan Buchholz | | | | 2 |
| MED-REC-BUCHOLZ-0000033 | MED-REC-BUCHOLZ-0000033 | 8-29-2006 | Operative Report | | | | 1 |
| MED-REC-BUCHOLZ-0000034 | MED-REC-BUCHOLZ-0000035 | 8-23-2006 | Exam Notes: MRI Pelvis and Addendum A | | Evan Kaminer, M.D. | Anna C. Pavlick, M.D. | 2 |
| MED-REC-BUCHOLZ-0000036 | MED-REC-BUCHOLZ-0000036 | 8-26-2006 | History & Physical Notes, Nyack Hospital | | | | 1 |
| MED-REC-BUCHOLZ-0000037 | MED-REC-BUCHOLZ-0000053 | 9-29-2005 | Subpoena to Dr. Louis Korngold for Joan Buchholz's medical records | | | | 17 |
| MED-REC-BUCHOLZ-0000054 | MED-REC-BUCHOLZ-0000056 | 9-29-2005 | Subpoena to Dr. Michael Rader for Joan Buchholz's medical records | | | | 3 |
| MED-REC-BUCHOLZ-0000057 | MED-REC-BUCHOLZ-0000058 | 10-10-2006 | Consult with Joan Buchholz, July 20, 2005 | | Michael Rader, M.D. | Lawrence Simon, M.D. | 2 |
| MED-REC-BUCHOLZ-0000059 | MED-REC-BUCHOLZ-0000060 | | | | | | 2 |
| MED-REC-BUCHOLZ-0000061 | MED-REC-BUCHOLZ-0000062 | 10-11-2005 | Joan Buchholz Progress Notes | | | | 2 |
| MED-REC-BUCHOLZ-0000063 | MED-REC-BUCHOLZ-0000064 | 10-11-2005 | Patient Update, Joan Buchholz | | | | 2 |
| MED-REC-BUCHOLZ-0000065 | MED-REC-BUCHOLZ-0000072 | 10-10-2005 | Joan Buchholz Progress Notes | | | | 8 |
| MED-REC-BUCHOLZ-0000073 | MED-REC-BUCHOLZ-0000074 | 09/12/2005 | Buchholz Progress Note | | | | 2 |
| MED-REC-BUCHOLZ-0000075 | MED-REC-BUCHOLZ-0000075 | 9-12-2005 | Lab test form, Joan Buchholz | | | | 1 |
| MED-REC-BUCHOLZ-0000076 | MED-REC-BUCHOLZ-0000077 | 09/12/2005 | Buchholz Patient Update | | | | 2 |
| MED-REC-BUCHOLZ-0000078 | MED-REC-BUCHOLZ-0000080 | | Buchholz Progress Notes | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| MED-REC-BUCHOLZ-0000081 | MED-REC-BUCHOLZ-0000082 | 8-29-2005 Progress Note, Joan Buchholz | | | | | 2 |
| MED-REC-BUCHOLZ-0000083 | MED-REC-BUCHOLZ-0000083 | 8-29-2005 Lab test form, Joan Buchholz | | | | | 1 |
| MED-REC-BUCHOLZ-0000084 | MED-REC-BUCHOLZ-0000085 | 08/22/2005 Buchholz Progress Notes | | | | | 2 |
| MED-REC-BUCHOLZ-0000086 | MED-REC-BUCHOLZ-0000086 | 8-22-05 Lab Test Form, Joan Buchholz | | | | | 1 |
| MED-REC-BUCHOLZ-0000087 | MED-REC-BUCHOLZ-0000088 | 7-26-2005 Progress Note, Joan Buchholz | | | | | 2 |
| MED-REC-BUCHOLZ-0000089 | MED-REC-BUCHOLZ-0000090 | 7-26-2005 Patient Update, Joan Patricia Buchholz | | | | | 2 |
| MED-REC-BUCHOLZ-0000091 | MED-REC-BUCHOLZ-0000092 | 7-20-2005 Progress note, Joan Buchholz | | | | | 2 |
| MED-REC-BUCHOLZ-0000093 | MED-REC-BUCHOLZ-0000094 | 07/20/2005 Buchholz Progress Notes | | | | | 2 |
| MED-REC-BUCHOLZ-0000095 | MED-REC-BUCHOLZ-0000133 | 7-20-2005 Lab Test Form, Joan Buchholz | | | | | 39 |
| MED-REC-BUCHOLZ-0000134 | MED-REC-BUCHOLZ-0000138 | 9-29-2006 Subpoena to Nyack Hospital for Joan Buchholz's Medical Records | | | | | 5 |
| MED-REC-BUCHOLZ-0000142 | MED-REC-BUCHOLZ-0000162 | 11-10-2006 Joan Buchholz's Medical Records - Nyack Hospital | | | | | 21 |
| MED-REC-BUCHOLZ-0000163 | MED-REC-BUCHOLZ-0000164 | 8-29-2006 Nyack Hospital History and Physical - Joan Buchholz | | | | | 2 |
| MED-REC-BUCHOLZ-0000165 | MED-REC-BUCHOLZ-0000315 | 8-29-2006 Surgical Pathology Report and Operative Forms, Joan Buhholz | | | | | 151 |
| MED-REC-BUCHOLZ-0000316 | MED-REC-BUCHOLZ-0000323 | SDS Invoice for Patient Joan Buchholz from Nyack Hospital | | | | | 8 |
| MED-REC-BUCHOLZ-0000324 | MED-REC-BUCHOLZ-0000497 | 11-10-2006 Medical Record Certification Pursuant to CPLR Section 4518 for Patient Joan Buchholz | | | | | 174 |
| MED-REC-BUCHOLZ-0000498 | MED-REC-BUCHOLZ-0000527 | 10-31-2006 Subpoena for Medical Records for Joan Buchholz | | | | | 30 |
| MED-REC-BUCHOLZ-0000528 | MED-REC-BUCHOLZ-0000542 | 10-13-2006 Subpoena for Medical Records for Joan Buchholz | | | | | 15 |

80