# EXHIBIT 4

**Site Investigation and Monitoring at Unocal #6353 (1418 East Shaw)**

- Kleinfelder, Inc., Soil and Ground Water Investigation Phase II Report, Unocal Station #6353 (Jan. 30, 1989) (FCDEH-FRESNO-025970–26096);

- Kleinfelder, Inc., Ground Water Sampling and Analyses, Unocal Station #6353 (Sept. 4, 1990) (FCDEH-FRESNO-025932–25969);

- Lynda S. Chalom, Unocal Corp., Underground Storage Tank Unauthorized Release (Leak) / Contamination Site Report (June 21, 1994) (RWQCB-FRESNO-039976–39977);

- Letter from Lynn Klinkby, Geologist, County of Fresno Health Servs. Agency, to Robert A. Boust, Unocal Corporate Envtl. (Oct. 25, 1995) (RWQCB-FRESNO-039985–39987);

- SECOR Int'l Inc., Results of Waste Oil UST Assessment and Request for Low Risk Closure, 76 Station #6353 (May 8, 2006) (FCDEH-FRESNO-025637–25750); and

- Katie Carpenter & Chris Skelton, Twining Labs., Inc., Soil Sample Analyses for Underground Storage Tank Removal, Unocal Service Station (Feb. 5, 2003) (FCDEH-FRESNO-026344–26357).



RP

# SOIL AND GROUND WATER INVESTIGATION
# PHASE II REPORT
# UNOCAL STATION #6353
# SHAW AVENUE AND SIXTH STREET
# FRESNO, CALIFORNIA

January 30, 1989

24-3073-02



APR 0 

ENVIRONMENTAL
FRESNO COUNTY DEPT

FCDEH-FRESNO-025970

**KLEINFELDER**

# 1 EXECUTIVE SUMMARY

In September 1987 the Unocal Corporation (Unocal) removed a 550 gallon waste-oil storage tank from the Unocal Station #6353 at 1418 E. Shaw Avenue in Fresno, California. One soil sample was collected from below the former location of a 550 gallon waste oil tank at a depth of approximately 13.5 feet. Analysis of the sample detected total petroleum hydrocarbons (THC) at 25,000 mg/kg and oil and grease at 14,000 mg/kg. After review of the analytical results, Fresno County Health Department (FCHD) requested further assessment of subsurface soils in the vicinity of the waste oil tank.

Unocal retained Kleinfelder to conduct a Phase I soil investigation which consisted of drilling and sampling 7 soil borings to depths of 8 to 50 feet. Analysis of these samples indicated benzene and ethyl benzene concentrations up to 13.5 mg/kg and 74.1 mg/kg respectively. Chlorinated solvents were detected at concentrations up to 0.125 mg/kg and to a depth of 45 feet. Based on these findings, the FCHD required additional investigation of site soil and ground water conditions.

The Phase II soil and ground water investigation, conducted to satisfy FCHD requests, included drilling and sampling of 4 additional soil borings to depths of 35 to 55 feet. Laboratory analysis of 8 soil samples did not detect oil and grease, purgeable aromatics or halocarbons or total hydrocarbons. Four monitoring wells were installed within these Phase II soil borings to monitor ground water. Ground water was encountered at depths of 103 to 106 feet. The direction of ground water flow was to the southwest based on depth to ground water measurements made on 3 occasions during 1988.

Total hydrocarbons were detected in ground water samples at concentrations of 96.0 ug/l in MW-3 and 108 ug/l in MW-4. Analysis of duplicate samples from MW-3 and MW-4 detected no total hydrocarbons. The laboratory detection level was 50 ug/l.

04-89-01                                1

FCDEH-FRESNO-025973

**KLEINFELDER**

Laboratory analysis of the ground water samples collected from each well did not detect purgeable aromatics or purgeable halocarbons. THC were detected in ground water samples collected from MW-3 and MW-4. Analysis of a duplicate sample did not confirm the presence of THC. Analytical laboratory reports are in Appendix B. Results are summarized in Table 4.3.

### TABLE 4.3

### GROUND WATER ANALYTICAL RESULTS SUMMARY
### CONCENTRATIONS IN ug/l

| Sample Number:<br>Sample Location: | 2002<br>MW-3 | 2004<br>MW-3* | 13619<br>MW-4 | 13553<br>MW-4** | |
|---|---|---|---|---|---|
| **Constituents** | | | | | Detection<br>Limit ug/l |
| THC | ND** | 96 | 108 | ND | 50 |

\*   Duplicate Sample
\*\*  None Detected

Note: All other samples analyzed indicated "none detected" for all compounds analyzed.

04-89-02                                              11

RP

 **KLEINFELDER**



SEP 5 1990

ENVIRONMENTAL HEALTH SYSTEM
FRESNO COUNTY DEPT. OF HEALTH

*transmittal*

Date **September 4, 1990**

File **24-307300-B00**

Copies _____

To **Jim Armstrong**
**County of Fresno-Department of Health**
**1221 Fulton Mall, Post Office Box 11867**
**Fresno, California 93775**

Subject: **Unocal Station #6353 at 6th Street and East Shaw Avenue**

We are sending   ☒ Attached   ☐ Under separate cover

The following: **One copy of the most recent ground water monitoring report for the subject site.**

Via:
☐ Messenger
☒ First Class Mail
☐ Air
☐ Express
☐ United Parcel
☐ Air Freight
☐ _____

Transmitted:
☐ As Requested
☐ For Approval
☐ For Your Use
☒ For Review & Comment

Remarks: **We are looking forward to your comments. If you have any questions, please feel free to call us at (209) 486-0750.**

By _Tracy A. Grist for_
Peter A. Dellavalle, Staff Geologist

KLEINFELDER 1975 E Street, Fresno, CA 93706 (209) 486-0750

**KLEINFELDER**

# 1 EXECUTIVE SUMMARY

Kleinfelder has performed several investigations at service station #6353 (located at E. Shaw Lane and Sixth Street, Fresno) following removal of a waste oil tank at the rear of the property by Unocal in September, 1987. The site is shown on Plate 1 at the end of this report. Our Phase I investigation (report dated April 12, 1988) revealed limited chlorinated solvents and petroleum hydrocarbon constituents in certain borings. Local regulatory personnel requested an expanded Phase II investigation to assess the soil and ground water on-site. The subsequent Phase II study (report dated January 30, 1989) did not reveal additional contaminated soil. Ground water analytical results were not definitive in the assessment of total hydrocarbons. Plate 2 shows the locations of the Phase I and II borings and monitoring wells.

The four monitoring wells were resampled in May 1990 for this investigation. Analyses of the four monitoring well samples did not detect petroleum hydrocarbon constituents or halogenated organic compounds. Ground water flow direction is to the west-southwest. This is consistent with measurements collected during previous studies at this site. Ground water depths are approximately 104 to 105 feet below ground surface. The following report presents details of the investigation.

Kleinfelder developed the following recommendations based on the data to date and subject to the limitations stated in Section 6 of this report:

o   Sample the four monitoring wells twice annually until two consecutive rounds indicate none-detectable constituents; and

o   Submit this report to Fresno County Department of Environmental Health.

MscRep-002-90-022                             1

FCDEH-FRESNO-025936

5T10 0005067     RWCO    JOHN

# UNDERGROUND STORAGE TANK UNAUTHORIZED RELEASE (LEAK) / CONTAMINATION SITE REPORT

**EMERGENCY:** ☐ YES  ☒ NO  
**HAS STATE OFFICE OF EMERGENCY SERVICES REPORT BEEN FILED?** ☒ YES  ☐ NO  
**FOR LOCAL AGENCY USE ONLY**

**REPORT DATE:** 06/21/94  
**CASE #:** 002788

**NAME OF INDIVIDUAL FILING REPORT:** Lynda S. Chalom  
**PHONE:** (714) 572-7653  
**SIGNATURE:** Lynda S. Ch.

**REPRESENTING:** ☒ OWNER/OPERATOR  ☐ REGIONAL BOARD  ☐ LOCAL AGENCY  ☐ OTHER  
**COMPANY OR AGENCY NAME:** Unocal Corporation  
**ADDRESS:** 2929 Imperial HWY, Room 2134  **CITY:** Brea, California  **ZIP:** 92621

**RESPONSIBLE PARTY NAME:** Unocal Corporation  ☐ UNKNOWN  
**CONTACT PERSON:** Robert Boust  **PHONE:** (510) 277-2334  
**ADDRESS:** 2000 Crow Canyon Place, San Ramon, California 94583

**FACILITY NAME (IF APPLICABLE):** Unocal Service Station # 6353  
**OPERATOR:** Gary Beacom  **PHONE:** (209) 227-0323  
**ADDRESS:** 1418 East Shaw Avenue  **CITY:** Fresno, California  **ZIP:** 93710  
**CROSS STREET:** Sixth

**LOCAL AGENCY / AGENCY NAME:** Fresno County Health  
**CONTACT PERSON:** Dave Pomaville  **PHONE:** (209) 445-3271  
**REGIONAL BOARD:** Central Valley Regional Water Quality Control Board  
John Noonan   (209) 445-5116

**SUBSTANCES INVOLVED:**  
(1) Petroleum Hydrocarbons - Gasoline   **QUANTITY LOST (GALLONS):** ☒ UNKNOWN  
(2) Used Oil   ☒ UNKNOWN

**DATE DISCOVERED:** 05/25/94  
**HOW DISCOVERED:** ☐ INVENTORY CONTROL  ☐ SUBSURFACE MONITORING  ☐ NUISANCE CONDITIONS  ☐ TANK TEST  ☒ TANK REMOVAL  ☐ OTHER

**DATE DISCHARGE BEGAN:** ☒ UNKNOWN  
**METHOD USED TO STOP DISCHARGE:** ☐ REMOVE CONTENTS  ☐ CLOSE TANK & REMOVE  ☐ REPAIR PIPING  ☐ REPAIR TANK  ☐ CLOSE TANK & FILL IN PLACE  ☐ CHANGE PROCEDURE  ☐ REPLACE TANK  ☒ OTHER: Replace Tank

**HAS DISCHARGE BEEN STOPPED?** ☒ YES  ☐ NO  **IF YES, DATE:** 05/25/94

**SOURCE OF DISCHARGE:** ☐ TANK LEAK  ☒ UNKNOWN  ☐ PIPING LEAK  ☐ OTHER  
**CAUSE(S):** ☐ OVERFILL  ☐ RUPTURE/FAILURE  ☐ SPILL  ☐ CORROSION  ☒ UNKNOWN  ☐ OTHER

**CASE TYPE (CHECK ONE ONLY):** ☒ UNDETERMINED  ☐ SOIL ONLY  ☐ GROUNDWATER  ☐ DRINKING WATER

**CURRENT STATUS (CHECK ONE ONLY):** ☐ NO ACTION TAKEN  ☒ LEAK BEING CONFIRMED  ☐ REMEDIATION PLAN  ☐ PRELIMINARY SITE ASSESSMENT WORKPLAN SUBMITTED  ☐ PRELIMINARY SITE ASSESSMENT UNDERWAY  ☐ CASE CLOSED  ☐ POLLUTION CHARACTERIZATION  ☐ POST CLEANUP MONITORING IN PROGRESS  ☐ CLEANUP UNDERWAY

**REMEDIAL ACTION:** ☐ EXCAVATE & DISPOSE (ED)  ☐ REMOVE FREE PRODUCT (FP)  ☐ ENHANCED BIO DEGRADATION (IT)  ☐ CAP SITE (CD)  ☐ EXCAVATE & TREAT (ET)  ☐ PUMP & TREAT GROUNDWATER (GT)  ☐ REPLACE SUPPLY (RS)  ☐ CONTAINMENT BARRIER (CB)  ☐ NO ACTION REQUIRED (NA)  ☐ TREATMENT AT HOOKUP (HU)  ☐ VENT SOIL (VS)  ☐ VACUUM EXTRACT (VE)  ☒ OTHER (OT): Will be based upon investigation outcome

**COMMENTS:** [handwritten, illegible] ... County Environmental Health System has required the ... responsible party to ... the services of an environmental ... consulting firm.

RWQCB-FRESNO-039976

# INSTRUCTIONS

**EMERGENCY**
Indicate whether emergency response personnel and equipment were involved at any time. If so, a Hazardous Material Incident Report should be filed with the State Office of Emergency Services (OES) at 2800 Meadowview Road, Sacramento, CA 95832. Copies of the OES report form may be obtained at your local underground storage tank permitting agency. Indicate whether the OES report has been filed as of the date of this report.

**LOCAL AGENCY ONLY**
To avoid duplicate notification pursuant to Health and Safety Code Section 25180.5, a government employee should sign and date the form in this block. A signature here does not mean that the leak has been determined to pose a significant threat to human health or safety, only that notification procedures have been followed if required.

**REPORTED BY**
Enter your name, telephone number, and address. Indicate which party you represent and provide company or agency name.

**RESPONSIBLE PARTY**
Enter name, telephone number, contact person, and address of the party responsible for the leak. The responsible party would normally be the tank owner.

**SITE LOCATION**
Enter information regarding the tank facility. At a minimum, you must provide the facility name and full address.

**IMPLEMENTING AGENCIES**
Enter names of the local agency and Regional Water Quality Control Board involved.

**SUBSTANCES INVOLVED**
Enter the name and quantity lost of the hazardous substance involved. Room is provided for information on two substances if appropriate. If more than two substances leaked, list the two of most concern for cleanup.

**DISCOVERY/ABATEMENT**
Provide information regarding the discovery and abatement of the leak.

**SOURCE/CAUSE**
Indicate source(s) of leak. Check box(es) indicating cause of leak.

**CASE TYPE**
Indicate the case type category for this leak. Check one box only. Case type is based on the most sensitive resource affected. For example, if both soil and ground water have been affected, case type will be "Ground Water". Indicate "Drinking Water" only if one or more municipal or domestic water wells have actually been affected. A "Ground Water" designation does not imply that the affected water cannot be, or is not, used for drinking water, but only that water wells have not yet been affected. It is understood that case type may change upon further investigation.

**CURRENT STATUS**
Indicate the category which best describes the current status of the case. Check one box only. The response should be relative to the case type. For example, if case type is "Ground Water", then "Current Status" should refer to the status of the ground water investigation or cleanup, as opposed to that of soil. Descriptions of options follow:

No Action Taken - No action has been taken by responsible party beyond initial report of leak.

Leak Being Confirmed - Leak suspected at site, but has not been confirmed.
Preliminary Site Assessment Workplan Submitted - workplan/proposal requested of/submitted by responsible party to determine whether ground water has been, or will be, impacted as a result of the release.
Preliminary Site Assessment Underway - Implementation of workplan.
Pollution Characterization - responsible party is in the process of fully defining the extent of contamination in soil and ground water and assessing impacts on surface and/or ground water.
Remediation Plan - remediation plan submitted evaluating long term remediation options. Proposal and implementation schedule for appropriate remediation options also submitted.
Cleanup Underway - Implementation of remediation plan.
Post Cleanup Monitoring in Progress - periodic ground water or other monitoring at site, as necessary, to verify and/or evaluate effectiveness of remedial activities.
Case Closed - regional board and local agency in concurrence that no further work is necessary at the site.

**IMPORTANT: THE INFORMATION PROVIDED ON THIS FORM IS INTENDED FOR GENERAL STATISTICAL PURPOSES ONLY AND IS NOT TO BE CONSTRUED AS REPRESENTING THE OFFICIAL POSITION OF ANY GOVERNMENTAL AGENCY**

**REMEDIAL ACTION**
Indicate which action have been used to cleanup or remediate the leak. Descriptions of options follow:

Cap Site - Install horizontal impermeable layer to reduce rainfall infiltration.
Containment Barrier - Install vertical dike to block horizontal movement of contaminant.
Excavate and Dispose - remove contaminated soil and dispose in approved site.
Excavate and Treat - remove contaminated soil and treat (includes spreading or land farming).
Remove Free Product - remove floating product from water table.
Pump and Treat Groundwater - generally employed to remove dissolved contaminants
Enhanced Biodegradation - use of any available technology to promote bacterial decomposition of contaminants.
Replace Supply - provide alternative water supply to affected parties.
Treatment at Hookup - Install water treatment devices at each dwelling or other place of use.
Vacuum Extract - use pumps or blowers to draw air through soil.
Vent Soil - bore holes in soil to allow volatilization of contaminants.
No Action Required - incident is minor, requiring no remedial action.

**COMMENTS** - Use this space to elaborate on any feature of the incident.

**SIGNATURE** - Sign the form in the space provided.

**DISTRIBUTION**
If the form is completed by the tank owner/operator, make a copy for yourself and forward the remaining copies intact to your local tank permitting agency for distribution.

1. Original - Local Tank Permitting Agency
2. State Water Resources Control Board, Division of Clean Water Programs, Underground Storage Tank Program, P.O. Box 944212, Sacramento, CA 94244-2120
3. Regional Water Quality Control Board
4. Local Health Officer and County Board of Supervisors or their designee to receive Proposition 65 notifications.
5. Owner/responsible party.



**Health Services Agency**

George Bleth
Agency Director

October 25, 1995

Robert A. Boust
Unocal Corporate Environmental
Remediation and Technology
2000 Crow Canyon Place, Suite 400
San Ramon, California 94583

Dear Mr. Boust:

***SUBJECT: Acknowledgment of Site Status***
***LOCATION: 1418 East Shaw Avenue, Fresno, California***

Thank you for submitting the GeoResearch "PHASE II ENVIRONMENTAL SITE ASSESSMENT, UNOCAL SERVICE STATION #6353, 1418 EAST SHAW AVENUE, FRESNO, CALIFORNIA," dated June 19, 1995. Our department has reviewed the report which summarizes the investigation of the extent of impact, which apparently resulted from a petroleum product release (leak) at the subject location.

Our office agrees with the June 19, 1995 report which suggests that you have successfully demonstrated the vertical extent of hydrocarbon impacted soil beneath the underground storage tanks. The GeoResearch drilling and sampling program found that affected soils extend 45 to 50 feet below the ground surface. Groundwater level is approximately 95 (ninety-five) feet below the site ground surface (State of California Department of Water Resources). Your June 26, 1995 letter states that the facility is an operating Unocal Service Station.

Based upon the information provided in the report by GeoResearch, the vertical depth to groundwater, and the continued use of the facility as a gasoline service station, we agree with the

Gary M. Carozza, Director
**Community Health Department**
1221 Fulton Mall • P.O. Box 11867 • Fresno, California 93775
Phone 209-445-0666

Equal Employment Opportunity • Affirmative Action • Disabled Employer

RWQCB-FRESNO-039985

Mr. Robert A. Boust
Acknowledgment of Site Status
October 25, 1995
Page 2

recommendation stated on page 5 that "no further action is recommended at this time." However, should the use or ownership of the property change, the cleanup may become necessary.

With the provision that the information provided to this office is accurate and representative of existing conditions, no further action is required at this time. This site should now be properly closed, including backfilling as necessary.

We are required by the State of California to advise you that this letter does not relieve you of any liability under the California Health and Safety Code or Water Code for past, present, or future operations at the site. Nor does it relieve you of the responsibility to clean up existing, additional, or previously unidentified conditions at the site which cause or threaten to cause pollution, or nuisance, or otherwise pose a threat to water quality or public health. Additionally, changes in the present or proposed use of the site may require further site characterization and mitigation activity. It is the property owner's responsibility to notify this agency of any changes in report content, future contamination findings, or site usage.

Further, nothing in the above determination:

    1) is intended or shall be construed to limit the rights of any parties with respect to claims arising out of, or relating to deposit, or disposal at any other location of substances removed from the site.

    2) is intended or shall be construed to limit, or preclude the County, or any other agency from taking any action authorized by law, including, but not limited to, any further enforcement actions.

RWQCB-FRESNO-039986

UNOCAL SS#31155-25653



**SECOR INTERNATIONAL INCORPORATED**
www.secor.com
3017 Kilgore Road, Suite 100
Rancho Cordova, CA 95670
916-861-0400 TEL
916-861-0430 FAX

FAO 266687
PR 004608 4
PE 6701
RP

May 8, 2006

Mr. Jim R. Armstrong
Fresno County Department of Community Health
1221 Fulton Mall
Fresno, CA 93775

Re: Results of Waste Oil UST Assessment and Request for Low Risk Closure
76 Service Station #6353
1418 E. Shaw Avenue
Fresno, California
APN 41843006

Dear Mr. Armstrong:

On behalf of ConocoPhillips, SECOR International Incorporated (SECOR) is pleased to submit the enclosed *Results of Waste Oil UST Assessment and Request for Low Risk Closure* for the above-referenced site.

If there are any questions or comments regarding the contents of this document, please contact me at (916) 861-0400.

Sincerely,
SECOR International Incorporated

Clinton Harms
Senior Scientist

cc: Mr. Ed Ralston, ConocoPhillips

**RECEIVED**
MAY 15 2006
Department of Community Health
Environmental Health Division

FCDEH-FRESNO-025637

**SECOR**

## 2.0   SITE HISTORY

### 2.1   Site Location

The subject property is currently owned by ConocoPhillips, 76 Broadway, Sacramento, California, 95818.

The subject site is an operating 76 service station situated on the northeast corner of the intersection of Sixth Street and Shaw Avenue in Fresno, California. Current site facilities consist of the service station building, three product dispenser islands under two canopies, and two gasoline underground storage tanks (USTs) with related product piping.

### 2.2   Previous Investigations

The waste oil UST located north of the station building was removed in January 2003. The soil sample collected from the bottom of the waste oil UST excavation (at 8 ½ bgs) reported Total Petroleum Hydrocarbons calculated as gasoline (TPHg) at a concentration of 1.5 milligrams/per kilogram (mg/kg) and Total Recoverable Petroleum Hydrocarbons (TRPH) at a concentration of 8,600 mg/kg. Additionally, soil discoloration and odor of gasoline was noted on the east wall of the waste oil UST excavation.

In June 2004, FCDCH prepared a letter requiring ConocoPhillips to complete a site investigation and take corrective actions.

In January 2005, SECOR observed the advancement of four soil borings (B-3 through B-6) in the vicinity of the existing gasoline USTs and dispensers as part of an investigation during property transfer. Soil borings were advanced to depths of 30 feet bgs to 50 feet bgs at the locations shown on Figure 2. Soil samples were collected from soil borings B-3 through B-6 for stratigraphic evaluation, field screening using a PID, and for laboratory analysis. According to the *Due Diligence Site Assessment Report* dated March 2, 2005, groundwater was not encountered in any of the borings. TPHg, benzene, toluene, ethylbenzene, xylenes (BTEX compounds), and fuel oxygenates were all reported as not detected at or above the laboratory reporting limit in all samples analyzed.



FA0266687
PR0033390
RP    PEG103

**RECEIVED**

FEB 07 2003

Department of Community Health
Environmental Health System

February 5, 2003

A670W4.01

Mr. Jim Williams
Statewide Excavation
5408 E Jensen Ave.
Fresno, California 93725

Subject:  Soil Sample Analyses for Underground Storage Tank Removal

Site:     Unocal Service Station
          1418 East Shaw Avenue
          Fresno, California

Dear Mr. Williams:

This report summarizes the field observations and analytical results of the soil sampling conducted during the removal of a 500-gallon underground storage tank (UST) at the above-referenced site. Drawing 1 is a site location map.

## AUTHORIZATION

Services provided by The Twining Laboratories, Inc. (Twining) were authorized by Mr. Jim Williams in a telephone conversation.

## OBSERVATION AND SAMPLING PROCEDURES

A Twining geologist observed the removal of one 500-gallon waste oil UST from the Unocal Service Station at 1418 East Shaw Avenue on January 3, 2003. The UST was already exposed when the Twining geologist arrived. Table 1 summarizes the physical dimensions and conditions of the UST, including oxidation, discoloration, holes, and other distinguishing physical characteristics and the condition of soils within the UST excavation, including discoloration and the presence of petroleum product odors.

Twining's geologist collected one soil sample (S.S.-1) from beneath the UST at the site. The soil sample was collected from the center of the former UST location at 8½ feet below site grade (BSG), approximately 1½ feet below the bottom of the UST. The soil beneath the UST was grayish in color with a slight petroleum odor and an oily sheen observed on the soil surface.

The soil sample was collected by hand-augering to the specified depth and driving a precleaned stainless steel sleeve into the soil surface. The sampling location (Drawing 2) and sample depth was

CORPORATE
2527 Fresno Street
Fresno, CA 93721-1804
(559) 268-7021

MODESTO
4230 Kiernan Ave. #105
Modesto, CA 95256-9322
(209) 545-1050

VISALIA
130 North Kelsey St., #H3
Visalia, CA 93291-9000
(559) 651-8200

BAKERSFIELD
3701 Pegasus Drive, #124
Bakersfield, CA 93308-6843
(661) 393-5088

MONTEREY
501 Ortiz Avenue
Sand City, CA 93955
(831) 392-1058

SACRAMENTO
5875 Power Inn Road, Suite C
Sacramento, CA 95824
(916) 381-9477

FCDEH-FRESNO-026344

*Statewide Excavation - 1418 East Shaw Avenue, Fresno, California*
*February 5, 2003*

A670W4.01
Page 3

Soil sample analytical results are summarized in Table 2. Laboratory reports of analyses are attached.

| TABLE 2 Soil Sample Analytical Results, UST Removal Action 1418 East Shaw Avenue, Fresno, California (January 3, 2003) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sample Number | Depth FBSG | Results in milligrams per kilogram (mg/kg) | | | | | | |
| | | Benzene | Toluene | Ethyl-benzene | Xylenes | MTBE | TPH-G | TRPH |
| S.S.-1 | 8½ | <0.005 | <0.005 | 0.005 | 0.03 | <0.05 | 1.5* | 8,600 |

**NOTES:**
FBSG = feet below site grade (approximate)
TPH-G = total petroleum hydrocarbons - gasoline range constituents
MTBE = methyl tertiary-butyl ether
< = less than followed by the detection limit for reporting purposes
(*) = Atypical gasoline pattern

## LIMITATIONS

Twining was responsible only for soil sampling at the site and chemical testing of the soil samples collected in the field. Soil sample locations and scope of chemical analyses were based on the standard of practice for UST removal actions in Fresno County at the time of the work.

No investigation is thorough enough to exclude the presence of hazardous materials at a given site. If hazardous conditions have not been identified during the assessment, such a finding should not therefore be construed as a guarantee of the absence of such materials on the site, but rather as the result of the services performed within the scope, limitations and cost of the work performed. This report completes the scope of Twining's services for this site.

This work was performed to the standard of practice for environmental consultants in Fresno County at the time the work was performed, no other warranty, expressed or implied is made.