# Exhibit 5



*environment ● water ● strategy*

245 Fischer Avenue, Suite D-2
Costa Mesa, CA 92626, USA
Tel. +1.714.770.8040
Web:  www.aquilogic.com

# COST SUMMARY
## ID # - 8857 EXXON SERVICE STATION
### Livingston Township, Essex County, New Jersey

Prepared on behalf of:
New Jersey Department of Environmental Protection (NJDEP)
The Commissioner of the NJDEP
The Administrator of the New Jersey Spill Compensation Fund
For:
The Office of the Attorney General of New Jersey
and
Miller, Axline & Sawyer
The Law Office of John K. Dema
Berger & Montague
Cohn Lifland Pearlman Herrmann & Knopf

Project No.: 003-01

November 2012



Cost Summary
ID # - 8857 Exxon Service Station #31310
November 2012

# TABLE OF CONTENTS

**Section A**   **Cost Summary and Description**
    A1   Cost Summary - Treatment System 1
    A2   Cost Summary - Treatment System 2
    A3   Cost Summary - Treatment System 3

**Section B**   **Site Figures**

**Section C**   **Task Details and Appendices**
    C1   Task Details - Treatment System 1
    C2   Task Details - Treatment System 2

**Section D**   **Groundwater Modeling**

**Section E**   **Carbon Usage Estimates**
    E1   Carbon Usage Estimates - Treatment System 1
    E2   Carbon Usage Estimates - Treatment System 2

 **aquilogic**

Cost Summary
ID # - 8857 Exxon Service Station #31310
November 2012

## SECTION A     COST SUMMARY AND DESCRIPTION



## SECTION A1   COST SUMMARY – TREATMENT SYSTEM 1

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Description: Pump and Treat System 1**

**Design Basis**

| | | Analysis | Treatment | |
|---|---|---|---|---|
| 1 | **Chemicals of Concern:** | | | |
| | MTBE | 1 | 1 | |
| | TBA | 1 | 1 | |
| | BTEX | 1 | 1 | |
| 2 | **Estimated Average Influent Concentrations (µg/L)** | | | Section |
| | MTBE | 50 | GAC | E |
| | TBA | 500 | BioGAC | E |
| | BTEX | 100 | GAC | E |
| | **Total Number of wells** | 56 | | B1 |
| 3 | Monitoring Wells | 51 | | B1 |
| 4 | Extraction Wells | 5 | | B1 |
| | **Treatment System** | | | |
| 5 | Total Flow Rate | 60.5 | GPM | D |
| 6 | Trenching | 530 | Foot | B1 |
| 7 | Treatment Process(es) | 5000 | GAC | B2 |
| 8 | Treatment Building | Off-site Treatment Building | | C27 |
| | **Net Present Value** | | | |
| 9 | Existing Site Wells | 23 | | |
| 10 | Number of wells for Semi-annual Sampling | 79 | | B1 and existing site wells |
| 11 | Years of O&M/Semi-annual Sampling/Land Lease | 2 | | 2 pore flush, D |
| 12 | Years of Post Remediation Monitoring | 5 | | |
| 13 | Discount Rate | 3.0% | | assumed |
| 14 | Contingency | 30% | | C51 |
| | **Other** | | | |
| 15 | Tax Rate | 7% | | |
| 16 | Mark Up | 10% | | |
| 17 | Location Adjustment Factor | | | |
| | Newark | 112.7% | | RS MEANS RJ1040-010 070-071 |
| | Elizabeth | 111.8% | | RS MEANS RJ1040-010 072 |
| | Jersey City | 110.9% | | RS MEANS RJ1040-010 073 |
| | Paterson | 112.2% | | RS MEANS RJ1040-010 074-075 |
| | Hackensack | 111.0% | | RS MEANS RJ1040-010 076 |
| | Long Branch | 110.2% | | RS MEANS RJ1040-010 077 |
| | Dover | 111.2% | | RS MEANS RJ1040-010 078 |
| | Summit | 111.2% | | RS MEANS RJ1040-010 079 |
| | Vineland | 108.8% | | RS MEANS RJ1040-010 080,083 |
| | Camden | 110.4% | | RS MEANS RJ1040-010 081 |
| | Atlantic City | 109.1% | | RS MEANS RJ1040-010 082,084 |
| | Trenton | 109.8% | | RS MEANS RJ1040-010 085-086 |
| | Point Pleasant | 110.2% | | RS MEANS RJ1040-010 087 |
| | New Brunswick | 111.2% | | RS MEANS RJ1040-010 088-089 |
| | Calculated State Average | 110.8% | | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Description: Pump and Treat System 1**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Groundwater Well Installation** | | | | |
| 1 | Well Installation Work Plan | 1 | $ 5,485 | $ 5,485 | C1 |
| 2 | Incremental Work Plan Cost for wells > 4 | 52 | $ 500 | $ 26,000 | |
| 3a | Pre-Drilling Activities (1-6 Wells/day) | 10 | $ 7,956 | $ 79,560 | C2a |
| 3b | Fracture Lineament Assessment | 1 | $ 11,358 | $ 11,358 | C2b |
| 4 | Driller Mobilization | 1 | $ 24,952 | $ 24,952 | C2a |
| | **Total Number of wells** | 56 | | | |
| | **Monitoring Wells** | 51 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 10 | $ 15,048 | $ 150,477 | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,428 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 14 | $ 37,927 | $ 530,980 | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 14 | $ 40,849 | $ 571,891 | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 9 | $ 41,672 | $ 375,045 | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 4 | $ 46,983 | $ 187,934 | C12 |
| | **Extraction Wells** | 5 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 2 | $ 15,048 | $ 30,095 | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,428 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 2 | $ 37,927 | $ 75,854 | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 1 | $ 40,849 | $ 40,849 | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 0 | $ 41,672 | $ - | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 0 | $ 46,983 | $ - | C12 |
| 15 | Well Installation Report | 1 | $ 7,520 | $ 7,520 | C13 |
| 16 | Incremental Report Cost for wells >4 | 52 | $ 1,000 | $ 52,000 | |
| | **Groundwater Well Installation Subtotal** | | | $ 2,170,000 | |
| | **Pilot Testing** | | | | |
| 17 | Pumping Test Work Plan | 1 | $ 5,125 | $ 5,125 | C14 |
| 18 | Aquifer Pumping Test | 2 | $ 39,617 | $ 79,234 | C15a |
| 19 | Dual Phase Extraction Pilot Test | 0 | $ 28,472 | $ - | C15b |
| 20 | Bench Scale Testing | 1 | $ 10,593 | $ 10,593 | C16 |
| 21 | Aquifer Pumping and Bench Test Report | 3 | $ 7,520 | $ 22,560 | C17 |
| | **Pilot Testing Subtotal** | | | $ 117,512 | |
| | **Groundwater Modeling** | | | | |
| 22 | 2-Dimension Model | 0 | $ 20,020 | $ - | C39 |
| 23 | 3-Dimension Model | 1 | $ 39,500 | $ 39,500 | C40 |
| | **Groundwater Modeling Subtotal** | | | $ 39,500 | |
| | **Risk Assessment** | | | | |
| 24 | Ecological Risk Assessment | 0 | $ 11,770 | $ - | C41 |
| 25 | Vapor Intrusion Risk Assessment | 0 | $ 8,828 | $ - | C42 |
| | **Risk Assessment Subtotal** | | | $ - | |
| | **Professional/Technical Services** | | | | |
| 26 | FS/RAP/Remedial Design | 12% | $ 547,261 | $ 65,671 | C51 |
| 27 | Construction Management | 8% | $ 547,261 | $ 43,781 | C51 |
| 28 | Project Management | 6% | $ 547,261 | $ 32,836 | C51 |
| | **Professional/Technical Services Subtotal** | | | $ 142,288 | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Description: Pump and Treat System 1**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Point of Entry Treatment (POET) Systems** | | | | |
| 29 | POET Design and Permitting | 0 | $ 15,380 | $ - | C43 |
| | **POET Subtotal** | | | $ - | |
| | **Groundwater Treatment System** | | | | |
| 30 | Pump Installation (Per Well) | 5 | $ 15,541 | $ 77,703 | C18 |
| 31 | Trenching Mob./Demob. | 1 | $ 41,195 | $ 41,195 | C19 |
| 32 | 100 Feet of Trenching: Treatment System to Extraction Wells | 5.3 | $ 21,452 | $ 113,695 | C19 |
| 33 | Influent Manifold | 1 | $ 11,008 | $ 11,008 | C20 |
| 34 | Influent Tank and Piping | 1 | $ 62,103 | $ 62,103 | C21 |
| 35 | Optional Iron and Manganese Filter | 0 | $ 88,209 | $ - | C22 |
| 36 | Duel Phase Extraction System | 0 | $ 148,757 | $ - | C23 |
| 37 | Bio-Reactor GAC 2000# | 0 | $ 12,382 | $ - | C24 |
| 38 | GAC 2000# | 0 | $ 72,682 | $ - | C24 |
| 39 | Bio-Reactor GAC 5000# | 1 | $ 23,322 | $ 23,322 | C25 |
| 40 | GAC 5000# | 1 | $ 108,785 | $ 108,785 | C25 |
| 41 | Bio-Reactor GAC 10000# | 0 | $ 43,957 | $ - | C26 |
| 42 | GAC 10000# | 0 | $ 176,879 | $ - | C26 |
| 43 | Remediation Treatment System Building | 1 | $ 109,449 | $ 109,449 | C27 |
| | **Groundwater Treatment System Subtotal** | | | $ 547,261 | |
| 44 | Lease Land | 1 | $ 41,101 | $ 41,101 | C28 |
| 45 | Water Allocation Permit (For GWTS > 100M GPD) | 0 | $ 387 | $ - | C29 |
| 46 | NJ NPDES Permitting | 1 | $ 15,307 | $ 15,307 | C30 |
| 47 | O&M Manual | 1 | $ 34,950 | $ 34,950 | C31 |
| | **Well Installation, Pilot testing, and System Design and Install Subtotal** | | | **$ 3,107,919** | |
| | **ORC-Advanced Injection Program** | | | | |
| 48 | Permit-by-Rule to Inject | 0 | $ 4,187 | $ - | C44 |
| 49 | ORC Injection Work Plan | 0 | $ 5,125 | $ - | C45 |
| 50 | ORC Pre-Injection Progra | 0 | $ 3,556 | $ - | C46 |
| 51 | ORC Injection Point Field Activities | 0 | $ 2,898 | $ - | C47 |
| 52 | ORC Injection Performance Monitoring | 0 | $ 62,228 | $ - | C48 |
| 53 | ORC Injection Report | 0 | $ 7,520 | $ - | C49 |
| | Subtotal | | | $ - | |
| 54 | Project Management | 6% | $ - | $ - | C51 |
| | **ORC-Advanced Injection Program Subtotal** | | | $ - | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Description: Pump and Treat System 1**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Annual Operation and Maintenance (O&M)** | | | | |
| 56 | Annual DPE O&M | 0 | $ 89,104 | $ - | C33 |
| 55 | Annual GWTS O&M | 1 | $ 85,464 | $ 85,464 | C32 |
| 57 | Annual GAC Carbon Change Out | 1 | $ 56,644 | $ 56,644 | C34 and E |
| 58 | GWTS Quarterly Performance Report | 4 | $ 5,590 | $ 22,360 | C35 |
| | Subtotal | | | $ 164,468 | |
| 59 | Project Management | 6% | $ 164,468 | $ 9,868 | C51 |
| | **Annual O&M Subtotal** | | | **$ 174,336** | |
| | | | | | |
| | **Annual Monitoring** | | | | |
| 60 | Semi-annual Groundwater Monitoring and Sampling | 2 | $ 59,095 | $ 118,189 | C36 |
| 61 | Semi-annual Surface Water Sampling | 0 | $ 857 | $ - | C50 |
| 62 | Semi-annual Sediment Sampling | 0 | $ 857 | $ - | C50 |
| 63 | Semi-annual Sampling Reporting | 2 | $ 8,230 | $ 16,460 | C37 |
| 64 | Incremental Report Cost for Wells >4 | 75 | $ 1,000 | $ 75,000 | |
| | Subtotal | | | $ 209,649 | |
| 65 | Project Management | 6% | $ 209,649 | $ 12,579 | C51 |
| | **Annual Monitoring Subtotal** | | | **$ 222,228** | |
| | | | | | |
| | **Annual O&M and Monitoring Subtotal** | | | **$ 396,564** | |
| | | | | | |
| | **Net Present Value** | | | | |
| | Years of DPE Operation | 0 | | | |
| | Years of ORC Injection | 0 | | | |
| | Years of GWTS Operation | 2 | | | |
| | Years of Post-Restoration Monitoring | 5 | | | |
| | Discount Rate | 3.0% | | | |
| 66 | 0 Years of DPE O&M | 0.00 | $ - | $ - | |
| 67 | 1 Year of ORC Injection | 0.97 | $ - | $ - | |
| 68 | 3 Year of ORC Injection | 0.92 | $ - | $ - | |
| 69 | 5 Year of ORC Injection | 0.86 | $ - | $ - | |
| 70 | 2 Years of Land Lease | 1.91 | $ 41,101 | $ 78,645 | C28 |
| 71 | 2 Years of GWTS O&M | 1.91 | $ 174,336 | $ 333,587 | |
| 72 | 7 Years of Monitoring | 6.23 | $ 222,228 | $ 1,384,545 | |
| 73 | Periodic Costs (5-Year Period) | 1 | $ 24,487 | $ 24,487 | C38 |
| | **NPV Subtotal** | | | **$ 1,821,264** | |
| | | | | | |
| | **SUBTOTAL** | | | **$ 4,929,183** | |
| | | | | | |
| | Contingency | 30% | | $ 1,478,755 | C51 |
| | | | | | |
| | **TOTAL NPV REMEDIATION** | | | **$ 6,407,937** | |

 **aqui**logic

Cost Summary
ID # - 8857 Exxon Service Station #31310
November 2012

# SECTION A2   COST SUMMARY – TREATMENT SYSTEM 2

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Desctription: Pump and Treat System 2**

**Design Basis**

| | | Analysis | Treatment | |
|---|---|---|---|---|
| 1 | **Chemicals of Concern:** | | | |
| | MTBE | 1 | 1 | |
| | TBA | 1 | 1 | |
| | BTEX | 1 | 1 | |
| | | | | |
| 2 | **Estimated Average Influent Concentrations (µg/L)** | | | Section |
| | MTBE | 500 | GAC | E |
| | TBA | 500 | BioGAC | E |
| | BTEX | 5 | GAC | E |
| | | | | |
| | **Total Number of wells** | 1 | | B1 |
| 3 | Monitoring Wells | 0 | | B1 |
| 4 | Extraction Wells | 1 | | B1 |
| | | | | |
| | **Treatment System** | | | |
| 5 | Total Flow Rate | 12 | GPM | D |
| 6 | Trenching | 50 | Foot | B1 |
| 7 | Treatment Process(es) | 2000 | # GAC/Bio-GAC | B2 |
| 8 | Treatment Building | Off-site Treatment Building | | C27 |
| | | | | |
| | **Net Present Value** | | | |
| 9 | Existing Site Wells | 0 | | |
| 10 | Number of wells for Semi-annual Sampling | 1 | | B1 and existing site wells |
| 11 | Years of O&M/Semi-annual Sampling/Land Lease | 2 | | 2 pore flush, D |
| 12 | Years of Post Remediation Monitoring | 5 | | |
| 13 | Discount Rate | 3.0% | | assumed |
| 14 | Contingency | 30% | | C51 |
| | | | | |
| | **Other** | | | |
| 15 | Tax Rate | 7% | | |
| 16 | Mark Up | 10% | | |
| 17 | Location Adjustment Factor | | | |
| | Newark | 112.7% | | RS MEANS RJ1040-010 070-071 |
| | Elizabeth | 111.8% | | RS MEANS RJ1040-010 072 |
| | Jersey City | 110.9% | | RS MEANS RJ1040-010 073 |
| | Paterson | 112.2% | | RS MEANS RJ1040-010 074-075 |
| | Hackensack | 111.0% | | RS MEANS RJ1040-010 076 |
| | Long Branch | 110.2% | | RS MEANS RJ1040-010 077 |
| | Dover | 111.2% | | RS MEANS RJ1040-010 078 |
| | Summit | 111.2% | | RS MEANS RJ1040-010 079 |
| | Vineland | 108.8% | | RS MEANS RJ1040-010 080,083 |
| | Camden | 110.4% | | RS MEANS RJ1040-010 081 |
| | Atlantic City | 109.1% | | RS MEANS RJ1040-010 082,084 |
| | Trenton | 109.8% | | RS MEANS RJ1040-010 085-086 |
| | Point Pleasant | 110.2% | | RS MEANS RJ1040-010 087 |
| | New Brunswick | 111.2% | | RS MEANS RJ1040-010 088-089 |
| | Calculated State Average | 110.8% | | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Desctription: Pump and Treat System 2**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Groundwater Well Installation** | | | | |
| 1 | Well Installation Work Plan | 1 | $ 5,485 | $ 5,485 | C1 |
| 2 | Incremental Work Plan Cost for wells > 4 | 0 | $ 500 | $ - | |
| 3a | Pre-Drilling Activities (1-6 Wells/day) | 1 | $ 7,956 | $ 7,956 | C2a |
| 3b | Fracture Lineament Assessment | 0 | $ 11,358 | $ - | C2b |
| 4 | Driller Mobilization | 1 | $ 24,952 | $ 24,952 | C2a |
| | **Total Number of wells** | 1 | | | |
| | **Monitoring Wells** | 0 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 15,048 | $ - | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,428 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 0 | $ 37,927 | $ - | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 0 | $ 40,849 | $ - | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 0 | $ 41,672 | $ - | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 0 | $ 46,983 | $ - | C12 |
| | **Extraction Wells** | 1 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 15,048 | $ - | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,428 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 0 | $ 37,927 | $ - | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 0 | $ 40,849 | $ - | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 1 | $ 41,672 | $ 41,672 | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 0 | $ 46,983 | $ - | C12 |
| 15 | Well Installation Report | 1 | $ 7,520 | $ 7,520 | C13 |
| 16 | Incremental Report Cost for wells >4 | 0 | $ 1,000 | $ - | |
| | **Groundwater Well Installation Subtotal** | | | $ 87,585 | |
| | **Pilot Testing** | | | | |
| 17 | Pumping Test Work Plan | 1 | $ 5,125 | $ 5,125 | C14 |
| 18 | Aquifer Pumping Test | 1 | $ 39,617 | $ 39,617 | C15a |
| 19 | Dual Phase Extraction Pilot Test | 0 | $ 28,472 | $ - | C15b |
| 20 | Bench Scale Testing | 1 | $ 10,593 | $ 10,593 | C16 |
| 21 | Aquifer Pumping and Bench Test Report | 2 | $ 7,520 | $ 15,040 | C17 |
| | **Pilot Testing Subtotal** | | | $ 70,375 | |
| | **Groundwater Modeling** | | | | |
| 22 | 2-Dimension Model | 0 | $ 20,020 | $ - | C39 |
| 23 | 3-Dimension Model | 0 | $ 39,500 | $ - | C40 |
| | **Groundwater Modeling Subtotal** | | | $ - | |
| | **Risk Assessment** | | | | |
| 24 | Ecological Risk Assessment | 0 | $ 11,770 | $ - | C41 |
| 25 | Vapor Intrusion Risk Assessment | 0 | $ 8,828 | $ - | C42 |
| | **Risk Assessment Subtotal** | | | $ - | |
| | **Professional/Technical Services** | | | | |
| 26 | FS/RAP/Remedial Design | 15% | $ 327,750 | $ 49,162 | C51 |
| 27 | Construction Management | 10% | $ 327,750 | $ 32,775 | C51 |
| 28 | Project Management | 8% | $ 327,750 | $ 26,220 | C51 |
| | **Professional/Technical Services Subtotal** | | | $ 108,157 | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Desctription: Pump and Treat System 2**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Point of Entry Treatment (POET) Systems** | | | | |
| 29 | POET Design and Permitting | 0 | $ 15,380 | $ - | C43 |
| | **POET Subtotal** | | | $ - | |
| | **Groundwater Treatment System** | | | | |
| 30 | Pump Installation (Per Well) | 1 | $ 15,541 | $ 15,541 | C18 |
| 31 | Trenching Mob./Demob. | 1 | $ 41,195 | $ 41,195 | C19 |
| 32 | 100 Feet of Trenching: Treatment System to Extraction Wells | 0.5 | $ 21,452 | $ 10,726 | C19 |
| 33 | Influent Manifold | 1 | $ 3,671 | $ 3,671 | C20 |
| 34 | Influent Tank and Piping | 1 | $ 62,103 | $ 62,103 | C21 |
| 35 | Optional Iron and Manganese Filter | 0 | $ 88,209 | $ - | C22 |
| 36 | Duel Phase Extraction System | 0 | $ 146,729 | $ - | C23 |
| 37 | Bio-Reactor GAC 2000# | 1 | $ 12,382 | $ 12,382 | C24 |
| 38 | GAC 2000# | 1 | $ 72,682 | $ 72,682 | C24 |
| 39 | Bio-Reactor GAC 5000# | 0 | $ 23,322 | $ - | C25 |
| 40 | GAC 5000# | 0 | $ 108,785 | $ - | C25 |
| 41 | Bio-Reactor GAC 10000# | 0 | $ 43,957 | $ - | C26 |
| 42 | GAC 10000# | 0 | $ 176,879 | $ - | C26 |
| 43 | Remediation Treatment System Building | 1 | $ 109,449 | $ 109,449 | C27 |
| | **Groundwater Treatment System Subtotal** | | | $ 327,750 | |
| 44 | Lease Land | 1 | $ 41,101 | $ 41,101 | C28 |
| 45 | Water Allocation Permit (For GWTS > 100M GPD) | 0 | $ 387 | $ - | C29 |
| 46 | NJ NPDES Permitting | 1 | $ 15,307 | $ 15,307 | C30 |
| 47 | O&M Manual | 1 | $ 34,950 | $ 34,950 | C31 |
| | **Well Installation, Pilot testing, and System Design and Install** | | | | |
| | **Subtotal** | | | $ 685,225 | |
| | **ORC-Advanced Injection Program** | | | | |
| 48 | Permit-by-Rule to Inject | 0 | $ 4,187 | $ - | C44 |
| 49 | ORC Injection Work Plan | 0 | $ 5,125 | $ - | C45 |
| 50 | ORC Pre-Injection Program | 0 | $ 3,556 | $ - | C46 |
| 51 | ORC Injection Point Field Activities | 0 | $ 2,898 | $ - | C47 |
| 52 | ORC Injection Performance Monitoring | 0 | $ 6,503 | $ - | C48 |
| 53 | ORC Injection Report | 0 | $ 7,520 | $ - | C49 |
| | Subtotal | | | $ - | |
| 54 | Project Management | 8% | $ - | $ - | C51 |
| | **ORC-Advanced Injection Program  Subtotal** | | | $ - | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station #31310**
**Desctription: Pump and Treat System 2**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Annual Operation and Maintenance (O&M)** | | | | |
| 56 | Annual DPE O&M | 0 | $ 89,104 | $ - | C33 |
| 55 | Annual GWTS O&M | 1 | $ 85,464 | $ 85,464 | C32 |
| 57 | Annual GAC Carbon Change Out | 1 | $ 49,321 | $ 49,321 | C34 and E |
| 58 | GWTS Quarterly Performance Report | 4 | $ 5,590 | $ 22,360 | C35 |
| | Subtotal | | | $ 157,145 | |
| 59 | Project Management | 8% | $ 157,145 | $ 12,572 | C51 |
| | **Annual O&M Subtotal** | | | **$ 169,716** | |
| | | | | | |
| | **Annual Monitoring** | | | | |
| 60 | Semi-annual Groundwater Monitoring and Sampling | 0 | $ 3,007 | $ - | C36 |
| 61 | Semi-annual Surface Water Sampling | 0 | $ 857 | $ - | C50 |
| 62 | Semi-annual Sediment Sampling | 0 | $ 857 | $ - | C50 |
| 63 | Semi-annual Sampling Reporting | 0 | $ 8,230 | $ - | C37 |
| 64 | Incremental Report Cost for Wells >4 | 0 | $ 1,000 | $ - | |
| | Subtotal | | | $ - | |
| 65 | Project Management | 8% | $ - | $ - | C51 |
| | **Annual Monitoring Subtotal** | | | **$ -** | |
| | | | | | |
| | **Annual O&M and Monitoring Subtotal** | | | **$ 169,716** | |
| | | | | | |
| | **Net Present Value** | | | | |
| | Years of DPE Operation | 0 | | | |
| | Years of ORC Injection | 0 | | | |
| | Years of GWTS Operation | 2 | | | |
| | Years of Post-Restoration Monitoring | 5 | | | |
| | Discount Rate | 3.0% | | | |
| 66 | 0 Years of DPE O&M | 0.00 | $ - | $ - | |
| 67 | 1 Year of ORC Injection | 0.97 | $ - | $ - | |
| 68 | 3 Year of ORC Injection | 0.92 | $ - | $ - | |
| 69 | 5 Year of ORC Injection | 0.86 | $ - | $ - | |
| 70 | 2 Years of Land Lease | 1.91 | $ 41,101 | $ 78,645 | C28 |
| 71 | 2 Years of GWTS O&M | 1.91 | $ 169,716 | $ 324,747 | |
| 72 | 7 Years of Monitoring | 6.23 | $ - | $ - | |
| 73 | Periodic Costs (5-Year Period) | 1 | $ 7,958 | $ 7,958 | C38 |
| | **NPV Subtotal** | | | **$ 411,349** | |
| | | | | | |
| | **SUBTOTAL** | | | **$ 1,096,574** | |
| | | | | | |
| | Contingency | 30% | | $ 328,972 | C51 |
| | | | | | |
| | **TOTAL NPV REMEDIATION** | | | **$ 1,425,547** | |



Cost Summary
ID # - 8857 Exxon Service Station #31310
November 2012

# SECTION A3   COST SUMMARY – TREATMENT SYSTEM 3

# Estimated Costs Summary

**Site Name:** #8857 Exxon Service Station
**Description:** Wellhead Treatment Design and Permitting (Well 11) System 3

**Design Basis**

| | | Analysis | Treatment | |
|---|---|---|---|---|
| 1 | **Chemicals of Concern:** | | | |
| | MTBE | 1 | 1 | |
| | TBA | 1 | 1 | |
| | BTEX | 1 | 1 | |
| 2 | **Estimated Average Influent Concentrations (µg/L)** | | | Section |
| | MTBE | 5 | GAC | E |
| | TBA | 5 | | E |
| | BTEX | 0 | GAC | E |
| | **Total Number of wells** | 0 | | B1 |
| 3 | Monitoring Wells | 0 | | B1 |
| 4 | Extraction Wells | 0 | | B1 |
| | **Treatment System** | | | |
| 5 | Total Flow Rate | 200 | GPM | D |
| 6 | Trenching | 0 | Foot | B1 |
| 7 | Treatment Process(es) | 5000 | # GAC/Bio-GAC | B2 |
| 8 | Treatment Building | Off-site Treatment Building | | C27 |
| | **Net Present Value** | | | |
| 9 | Existing Site Wells | 0 | | |
| 10 | Number of wells for Semi-annual Sampling | 0 | | B1 and existing site wells |
| 11 | Years of O&M/Semi-annual Sampling/Land Lease | 2 | | 2 pore flush, D |
| 12 | Years of Post Remediation Monitoring | 5 | | |
| 13 | Discount Rate | 3.0% | | assumed |
| 14 | Contingency | 15% | | C51 |
| | **Other** | | | |
| 15 | Tax Rate | 7% | | |
| 16 | Mark Up | 10% | | |
| 17 | Location Adjustment Factor | | | |
| | Newark | 112.7% | | RS MEANS RJ1040-010 070-071 |
| | Elizabeth | 111.8% | | RS MEANS RJ1040-010 072 |
| | Jersey City | 110.9% | | RS MEANS RJ1040-010 073 |
| | Paterson | 112.2% | | RS MEANS RJ1040-010 074-075 |
| | Hackensack | 111.0% | | RS MEANS RJ1040-010 076 |
| | Long Branch | 110.2% | | RS MEANS RJ1040-010 077 |
| | Dover | 111.2% | | RS MEANS RJ1040-010 078 |
| | Summit | 111.2% | | RS MEANS RJ1040-010 079 |
| | Vineland | 108.8% | | RS MEANS RJ1040-010 080,083 |
| | Camden | 110.4% | | RS MEANS RJ1040-010 081 |
| | Atlantic City | 109.1% | | RS MEANS RJ1040-010 082,084 |
| | Trenton | 109.8% | | RS MEANS RJ1040-010 085-086 |
| | Point Pleasant | 110.2% | | RS MEANS RJ1040-010 087 |
| | New Brunswick | 111.2% | | RS MEANS RJ1040-010 088-089 |
| | Calculated State Average | 110.8% | | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station**
**Description: Wellhead Treatment Design and Permitting (Well 11) System 3**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Groundwater Well Installation** | | | | |
| 1 | Well Installation Work Plan | 0 | $ 5,485 | $ - | C1 |
| 2 | Incremental Work Plan Cost for wells > 4 | 0 | $ 500 | $ - | |
| 3a | Pre-Drilling Activities (1-6 Wells/day) | 0 | $ 7,956 | $ - | C2a |
| 3b | Fracture Lineament Assessment | 0 | $ 11,358 | $ - | C2b |
| 4 | Driller Mobilization | 0 | $ 24,952 | $ - | C2a |
| | **Total Number of wells** | 0 | | | |
| | **Monitoring Wells** | 0 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 15,048 | $ - | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,340 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 0 | $ 37,927 | $ - | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 0 | $ 40,849 | $ - | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 0 | $ 41,672 | $ - | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 0 | $ 46,983 | $ - | C12 |
| | **Extraction Wells** | 0 | | | |
| 5 | A1-Zone Groundwater Well Installation/Development (TD = 20') | 0 | $ 12,923 | $ - | C3 |
| 6 | A2 Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 15,048 | $ - | C4 |
| 7 | A3 Zone Groundwater Well Installation/Development (TD = 60') | 0 | $ 18,159 | $ - | C5 |
| 8 | A4 Zone Groundwater Well Installation/Development (TD = 80') | 0 | $ 20,550 | $ - | C6 |
| 9 | B1-Zone Groundwater Well Installation/Development (TD = 40') | 0 | $ 24,820 | $ - | C7 |
| 10 | B2-Zone Groundwater Well Installation/Development (TD = 85') | 0 | $ 31,340 | $ - | C8 |
| 11 | B3-Zone Groundwater Well Installation/Development (TD = 100') | 0 | $ 37,927 | $ - | C9 |
| 12 | B4-Zone Groundwater Well Installation/Development (TD = 125') | 0 | $ 40,849 | $ - | C10 |
| 13 | B5-Zone Groundwater Well Installation/Development (TD = 150') | 0 | $ 41,672 | $ - | C11 |
| 14 | B6-Zone Groundwater Well Installation/Development (TD = 200') | 0 | $ 46,983 | $ - | C12 |
| 15 | Well Installation Report | 0 | $ 7,520 | $ - | C13 |
| 16 | Incremental Report Cost for wells >4 | 0 | $ 1,000 | $ - | |
| | **Groundwater Well Installation Subtotal** | | | $ - | |
| | **Pilot Testing** | | | | |
| 17 | Pumping Test Work Plan | 0 | $ 5,125 | $ - | C14 |
| 18 | Aquifer Pumping Test | 0 | $ 39,617 | $ - | C15a |
| 19 | Dual Phase Extraction Pilot Test | 0 | $ 28,472 | $ - | C15b |
| 20 | Bench Scale Testing | 0 | $ 10,593 | $ - | C16 |
| 21 | Aquifer Pumping and Bench Test Report | 0 | $ 7,520 | $ - | C17 |
| | **Pilot Testing Subtotal** | | | $ - | |
| | **Groundwater Modeling** | | | | |
| 22 | 2-Dimension Model | 0 | $ 20,020 | $ - | C39 |
| 23 | 3-Dimension Model | 0 | $ 39,500 | $ - | C40 |
| | **Groundwater Modeling Subtotal** | | | $ - | |
| | **Risk Assessment** | | | | |
| 24 | Ecological Risk Assessment | 0 | $ 11,770 | $ - | C41 |
| 25 | Vapor Intrusion Risk Assessment | 0 | $ 8,828 | $ - | C42 |
| | **Risk Assessment Subtotal** | | | $ - | |
| | **Professional/Technical Services** | | | | |
| 26 | FS/RAP/Remedial Design | 15% | $ 393,706 | $ 59,056 | C51 |
| 27 | Construction Management | 10% | $ 393,706 | $ 39,371 | C51 |
| 28 | Project Management | 8% | $ 393,706 | $ 31,496 | C51 |
| | **Professional/Technical Services Subtotal** | | | $ 129,923 | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station**
**Description: Wellhead Treatment Design and Permitting (Well 11) System 3**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Point of Entry Treatment (POET) Systems** | | | | |
| 29 | POET Design and Permitting | 0 | $ 15,380 | $ - | C43 |
| | **POET Subtotal** | | | $ - | |
| | **Groundwater Treatment System** | | | | |
| 30 | Pump Installation (Per Well) | 0 | $ 15,541 | $ - | C18 |
| 31 | Trenching Mob./Demob. | 0 | $ 41,195 | $ - | C19 |
| 32 | 100 Feet of Trenching: Treatment System to Extraction Wells | 0 | $ 21,452 | $ - | C19 |
| 33 | Influent Manifold | 1 | $ 1,837 | $ 1,837 | C20 |
| 34 | Influent Tank and Piping | 1 | $ 62,103 | $ 62,103 | C21 |
| 35 | Optional Iron and Manganese Filter | 1 | $ 88,209 | $ 88,209 | C22 |
| 36 | Duel Phase Extraction System | 0 | $ 146,222 | $ - | C23 |
| 37 | Bio-Reactor GAC 2000# | 0 | $ 12,382 | $ - | C24 |
| 38 | GAC 2000# | 0 | $ 72,682 | $ - | C24 |
| 39 | Bio-Reactor GAC 5000# | 1 | $ 23,322 | $ 23,322 | C25 |
| 40 | GAC 5000# | 1 | $ 108,785 | $ 108,785 | C25 |
| 41 | Bio-Reactor GAC 10000# | 0 | $ 43,957 | $ - | C26 |
| 42 | GAC 10000# | 0 | $ 176,879 | $ - | C26 |
| 43 | Remediation Treatment System Building | 1 | $ 109,449 | $ 109,449 | C27 |
| | **Groundwater Treatment System Subtotal** | | | $ 393,706 | |
| 44 | Lease Land | 0 | $ 41,101 | $ - | C28 |
| 45 | Water Allocation Permit (For GWTS > 100M GPD) | 0 | $ 387 | $ - | C29 |
| 46 | NJ NPDES Permitting | 0 | $ 15,307 | $ - | C30 |
| 47 | O&M Manual | 0 | $ 34,950 | $ - | C31 |
| | **Well Installation, Pilot testing, and System Design and Install Subtotal** | | | $ 523,629 | |
| | **ORC-Advanced Injection Program** | | | | |
| 48 | Permit-by-Rule to Inject | 0 | $ 4,187 | $ - | C44 |
| 49 | ORC Injection Work Plan | 0 | $ 5,125 | $ - | C45 |
| 50 | ORC Pre-Injection Program | 0 | $ 3,556 | $ - | C46 |
| 51 | ORC Injection Point Field Activities | 0 | $ 2,898 | $ - | C47 |
| 52 | ORC Injection Performance Monitoring | 0 | $ 4,208 | $ - | C48 |
| 53 | ORC Injection Report | 0 | $ 7,520 | $ - | C49 |
| | Subtotal | | | $ - | |
| 54 | Project Management | 8% | $ - | $ - | C51 |
| | **ORC-Advanced Injection Program Subtotal** | | | $ - | |

# Estimated Costs Summary

**Site Name: #8857 Exxon Service Station**
**Description: Wellhead Treatment Design and Permitting (Well 11) System 3**

| Item | | Quantity | Rate | Total | Task Detail |
|---|---|---|---|---|---|
| | **Annual Operation and Maintenance (O&M)** | | | | |
| 56 | Annual DPE O&M | 0 | $ 89,104 | $ - | C33 |
| 55 | Annual GWTS O&M | 0 | $ 85,464 | $ - | C32 |
| 57 | Annual GAC Carbon Change Out | 0 | $ 56,202 | $ - | C34 and E |
| 58 | GWTS Quarterly Performance Report | 0 | $ 5,590 | $ - | C35 |
| | Subtotal | | | $ - | |
| 59 | Project Management | 8% | $ - | $ - | C51 |
| | **Annual O&M Subtotal** | | | $ - | |
| | **Annual Monitoring** | | | | |
| 60 | Semi-annual Groundwater Monitoring and Sampling | 0 | $ 708 | $ - | C36 |
| 61 | Semi-annual Surface Water Sampling | 0 | $ 857 | $ - | C50 |
| 62 | Semi-annual Sediment Sampling | 0 | $ 857 | $ - | C50 |
| 63 | Semi-annual Sampling Reporting | 0 | $ 8,230 | $ - | C37 |
| 64 | Incremental Report Cost for Wells >4 | 0 | $ 1,000 | $ - | |
| | Subtotal | | | $ - | |
| 65 | Project Management | 8% | $ - | $ - | C51 |
| | **Annual Monitoring Subtotal** | | | $ - | |
| | **Annual O&M and Monitoring Subtotal** | | | $ - | |
| | **Net Present Value** | | | | |
| | Years of DPE Operation | 0 | | | |
| | Years of ORC Injection | 0 | | | |
| | Years of GWTS Operation | 2 | | | |
| | Years of Post-Restoration Monitoring | 5 | | | |
| | Discount Rate | 3.0% | | | |
| 66 | 0 Years of DPE O&M | 0.00 | $ - | $ - | |
| 67 | 1 Year of ORC Injection | 0.97 | $ - | $ - | |
| 68 | 3 Year of ORC Injection | 0.92 | $ - | $ - | |
| 69 | 5 Year of ORC Injection | 0.86 | $ - | $ - | |
| 70 | 2 Years of Land Lease | 1.91 | $ - | $ - | C28 |
| 71 | 2 Years of GWTS O&M | 1.91 | $ - | $ - | |
| 72 | 7 Years of Monitoring | 6.23 | $ - | $ - | |
| 73 | Periodic Costs (5-Year Period) | 0 | $ 3,825 | $ - | C38 |
| | **NPV Subtotal** | | | $ - | |
| | **SUBTOTAL** | | | $ 59,056 | |
| | Contingency | 15% | | $ 8,858 | C51 |
| | **TOTAL NPV REMEDIATION FOR F/S, RAP/REMEDIAL DESIGN** | | | $ 67,914 | |