Case 1:03-cv-09050-SAS    Document 156-6    Filed 12/11/08    Page 1 of 19

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EX4001_0001 | EX4001_0003 | | Terminal Operator Training | | | | 3 |
| EX4002_0001 | EX4002_0007 | | Qualification Test - Pipeline Terminal Operators | | | | 7 |
| EX4003_0001 | EX4003_0006 | | Supply & Logistics Field Operations - Required Training | | | | 6 |
| EX4004_0001 | EX4004_0001 | | Driver Certification Procedure | | | | 1 |
| EX4005_0001 | EX4005_0006 | | Mobil Oil Company Vernon Terminal Loading Rack Quiz, Owned & Hired | | Mobil Oil Company Vernon Terminal | | 6 |
| EX4006_0001 | EX4006_0010 | | Mobil Oil Corporation Vernon Terminal Loading Rack Safety & Environmental Compliance Procedures | | Mobil Oil Corporation Vernon Terminal | | 10 |
| EX4007_0001 | EX4007_0008 | | Delivery Policy | | Mobil | | 8 |
| EX4008_0001 | EX4008_0002 | 3/14/2001 | Invoice | | Mobil | Hee Hang | 2 |
| EX4009_0001 | EX4009_0002 | 4/23/1998 | Service Station Delivery Inspection Report | | Mobil | | 2 |
| EX4010_0001 | EX4010_0002 | | 12 Step Safety Check | | Mobil | | 2 |
| EX4011_0001 | EX4011_0001 | | Vehicle Condition Report by Driver | | Mobil | | 1 |
| EX4012_0001 | EX4012_0001 | | Fleet Preventive Maintenance Inspection Report | | Mobil | | 1 |
| EX4013_0001 | EX4013_0005 | | Vehicle Lubrication & Service Recor | | Mobil | | 5 |
| EX4014_0001 | EX4014_0158 | | PMPA Distributor Franchise Agreement Between Mobil Oil Corporation & | | | | 158 |
| EX4015_0001 | EX4015_0002 | | Representations & Warranties Concerning Proposed PMPA Distributor Franchise Agreement - Distributor | | Mobil Oil Corporation | Mobil Manager | 2 |
| EX4017_0001 | EX4017_0002 | | Standards Compliance Evaluation | | | | 2 |
| EX4018_0001 | EX4018_0001 | | National Standards Compliance Evaluation | | Mobil | | 1 |
| EX4020_0001 | EX4020_0001 | 8/27/1987 | Reporting of MTBE in Ground Water Samples | Letter | S.S. Hetrick | C.L. Hagan | 1 |
| EX4022_0001 | EX4022_0004 | 10/22/1990 | Clean AIR - Final Draft | Memo | Anthony R. Corso | A. E. Murray | 4 |
| EX4025_0001 | EX4025_0003 | 5/13/1991 | Ethanol Blending Issues for the Southern California Market | fax | R.J. McCool; C. Jubinsky | D.J. Hacker | 3 |
| EX4026_0001 | EX4026_0312 | Nov-93 | Mobil Torrance Refinery Reformulated Fuels Project, Vol. I: Draft Environmental Impact Report | | Environmental Audit, Inc. . | | 312 |
| EX4027_0001 | EX4027_0026 | Aug-98 | Mobil Torrance Refinery Reformulated Fuels Project Attachment 1: Statement of Findings, Statement of Overriding Considerations, & Mitigation Monitoring Program | | Environmental Audit, Inc. . | | 26 |
| EX7351_0001 | EX7351_0004 | 1/3/2001 | Discussions Concerning Plaintiff's Response to 12/27/2000 Defendants' Amended Notice of Depositions of Expert Witnesses Designated by Plaintiff | Letter | Kevin C. Mayer | Celeste A. Evangelisti | 4 |
| EX7450_0001 | EX7450_0016 | 6/17/1987 | Alternative Fuels Public Hearing | | | | 16 |
| EX7451_0001 | EX7451_0002 | Oct-87 | Alternative Fuels: Their Prospects for Fighting Smog | | Richard D. Wilson | | 2 |
| EX7452_0001 | EX7452_0014 | 6/12/1989 | President Bush's Clean Air Plan | | Office of the Press Secretary | | 14 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EX7453_0001 | EX7453_0016 | 11/14/1989 | Hearing before the Committee on Energy & Natural Resources United States Senate on the Potential Alternative Fuels Other Than Methanol | | American Petroleum Institute | | 16 |
| EX7454_0001 | EX7454_0001 | 3/19/1990 | Anti-Government Gas Ad | | | | 1 |
| EX7455_0001 | EX7455_0007 | 4/22/1998 | Testimony of Richard D. Wilson, Acting Assistant Administrator Orrice of Air & Radiation U.S. Environmental Protection Agency Before the Subcommittee on Health & Environment Committee on Commerce U.S. House of Representatives | | Richard D. Wilson | | 7 |
| EX8079_0001 | EX8079_0005 | 5/23/1986 | Detection of Methyl t-Butyl Etheher in Well Water Samples | Memo | Frank D. Rover | Michael B. Cooke | 5 |
| EX8084_0001 | EX8084_0003 | 2/11/1987 | General Contact Report -- Leslie McGeorge, New Jersey EPA | | Beth Anderson | | 3 |
| EX8086_0001 | EX8086_0011 | 4/17/1987 | Federal Register Notices, Underground Storage Tanks: Technical Requirements | | Environmental Protection Agency | | 11 |
| EX8087_0001 | EX8087_0016 | Sep-87 | MTBE Committee By-Laws | | | | 16 |
| EX8088_0001 | EX8088_0009 | 9/1/1987 | MTBE Contamination in Groundwater Wells | Letter | Karen Martin | Jacqueline Pavilla | 9 |
| EX8090_0001 | EX8090_0004 | 9/18/1987 | Summary of Detection of MTBE in New Hampshire Water Samples | Letter | Jeffrey S. Smith | Document Control Officer; FYI Coordinator, EPA | 4 |
| EX8091_0001 | EX8091_0011 | 1/22/1988 | Federal Register Notice, Vol. 53, No. 14: Drinking Water: Substitution of Contaminants and Drinking Water Priority List of Additional Substances Which May Require Regulation Under the Safe Drinking Water Act | | Environmental Protection Agency | | 11 |
| EX8092_0001 | EX8092_0004 | 3/31/1988 | Federal Register Notice, Vol. 53, No. 62: Testing Consent Order on Methyl Tert-Butyl Ether and Response to the Interagency Testing Committee | | | | 4 |
| EX8105_0001 | EX8105_0005 | 11/25/1996 | Federal Register Notices, 61 Fed. Reg. 59932: Hazardous Waste Treatment, Storage and Disposal Facilities and Hazardous Waste Generators; Organic Air Emission Standards for Tanks, Surface Impoundments, and Containers | | Environmental Protection Agency | | 5 |
| EX8106_0001 | EX8106_0008 | 1/23/1995 | Neurotoxicological Evaluation of Methyl Tertiary-butyl Ether in Rats | | Wayne C. Daughtery; Michael W. Gill; Irvin M. Pritts; J. Fielding Douglas; John J. Kneiss; Larry S. Andrews | | 8 |
| EX8107_0001 | EX8107_0011 | 1/23/1995 | Oncogenicity Studies in Inhaled Methyl Tertiary-butyl Ether (MTBE) in CD-1 Mice & F-344 Rats | | M.G. Bird, H.D. Burleigh-Flayer; J.S. Chan; J.F. Douglas; J.J. Kneiss; L.S. Andrews | | 11 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EX8115_0001 | EX8115_0205 | 11/30/1999 | Agreement Containing Consent Orders | | | | 205 |
| EX8133_0001 | EX8133_0066 | 9/17/1999 | Federal Register, 64 Fed. Reg. 50556, Revisions to the Unregulated Contaminant Monitoring Regulation for Public Water Systems | | Lee Raymond; Charles F. Rule; Lucio Noto; Janet McDavid; Richard Liebeskind | | 66 |
| EX8135_0001 | EX8135_0071 | | 1999 ExxonMobil Annual Report | | ExxonMobil | | 71 |
| EX8144_0001 | EX8144_0008 | 4/21/1987 | Minutes - Public Meeting: Methyl tert-Butyl Ether Course-Setting Proposal | | United States Environmental Protection Agency | | 8 |
| EX8145_0001 | EX8145_0017 | 5/8/1987 | Minutes: Public Meeting Methyl tert-Butyl Ether (MTBE) | | | | 17 |
| | | 9/1/1988 | Federal Register Notice: Fuels and Fuel Additives; Waiver Decision | | Environmental Protection Agency | | 2 |
| EPA 010946 | EPA 010947 | 4/17/1987 | Assistant Administrator Briefing | | EPA | | 2 |
| EX8187_0001 | EX8187_0013 | 1/16/2000 | MTBE: Gasoline Additive Used by Oil Companies to Meet Requirements of Clean Air Act is Now Polluting Groundwwater | | Steve Kroft, 60 Minutes | | 13 |
| EX8189_0001 | EX8189_0004 | Nov-93 | A Legislative History of the Clean Air Act Amendments of 1990 Report, p. 7-10 | | | | 4 |
| EX8190_0001 | EX8190_0003 | Nov-93 | A Legislative History of the Clean Air Act Amendments of 1990 Debate, p. 2-5 | | | | 3 |
| EX8191_0001 | EX8191_0004 | 3/24/2000 | Federal Register, Part VII: MTBE Advance Notice of Intent to Initiate Rulemaking Under TSCA | | | | 4 |
| EX8192_0001 | EX8192_0004 | 5/23/1990 | Congressional Record - House: Clean Air Act Amendments of 1990 (136 Cong Rec H 2771) | | | | 4 |
| EX8193_0001 | EX8193_0003 | Mar-90 | Congressional Record: Proceedings & Debates of the 101st Congress, Second Session, Volume 136, Part 4 | | | | 3 |
| EX8194_0001 | EX8194_0003 | 2/11/1991 | Federal Register Notice, Part II: Approval and Promulgation of Implementation Plans: Arizona-Maricopa and Pima Nonattainment Areas; Carbon Monoxide Federal Implementation Plan; Final Rule | | | | 3 |
| EX8195_0001 | EX8195_0002 | 10/21/1992 | Federal Register Notice: Regulation of Fuel and Fuel Additives; Administrator's Finding That No Control or Prohibition on Maximum Oxygen Content of Winter Oxygenated Gasoline Program is Necessary Under Section 211(c)(4)(A) of the Clean Air Act as Amended | | Environmental Protection Agency | | 2 |
| EX8196_0001 | EX8196_0007 | 12/20/1989 | Clean Air Act Amendments of 1989 Report | | Mr. Burdick | | 7 |
| EX8197_0001 | EX8197_0004 | May-90 | Congressional Record: Proceedings & Debates of the 101st Congress, Second Session, Volume 136, Part 8 | | | | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EX8198_0001 | EX8198_0004 | 3/8/1996 | Environmental Protection Agency's Response to Recent Arcticles Concerning MTBE | Letter | Gray Davis | Environmental Protection Agency | 4 |
| EX8201_0001 | EX8201_0011 | Nov-93 | A LegislativeHistory of the Clean Air Act Amendments of 1990 Debate, select pages | | | | 11 |
| EX8202_0001 | EX8202_0002 | 2/19/1991 | MTBE Inertia Action Level | Memo | Pesticide & Environmental Toxicology Section | Alexis M. Miles | 2 |
| EX8203_0001 | EX8203_0002 | | Criteria for Re-Evaluating closed LUFT Cases for MTBE Impacts | | | | 2 |
| EX8204_0001 | EX8204_0013 | 4/12/1999 | Minimum Oxygen Content Request | Letter | Carol M. Browner | | 13 |
| EX8205_0001 | EX8205_0002 | 6/12/2001 | EPA Response to CA Oxygen Waiver Request | Letter | Christine Todd Whitman | Gray Davis | 2 |
| EX8222_0001 | EX8222_0006 | Sep-84 | Leaking Underground Storage Tanks Containing Motor Fuels: A Chemical Advisory | | EPA - Office of Toxic Substance | | 6 |
| EX8224_0001 | EX8224_0002 | 10/26/1990 | Congressional Record: Proceedings and Debates of the 101st Congress Second Session, Volume 136, Part 24 | | United States Government Printing Office, Washington 1990 | | 2 |
| EXAN-01499 | EXAN-01501 | 3/5/1993 | Memo from D.E. Allan to Distribution re Statement on MTBE Health Effects (EXAN 01499-EXAN 01501) | | | | 3 |
| EX-API-01572 | EX-API-01620 | 5/9/1991 | Enclosing "Meeting the Oxygenates Requirements of the 1990 CAAA" | Letter | Thomas J. Lareau, Russell O. Jones | Raymond Campion | 49 |
| EX-ENF-02039 | EX-ENF-02112 | | Jan-94 Odor Threshold Studies Performed with Gasoline and Gasoline Combined with MTBE, ETBE and TAME | | API | | 74 |
| EXHO-00729 | EXHO-00731 | 3/15/1990 | Low Emissions Gasoline Production Baytown/Baton Rouge Follow-up Issues | Letter | L.J. Bernard | J.L. Cox, S.K. Stuewer | 3 |
| EXHO-015942 | EXHO-015942 | 5/4/1990 | Clean Air Act Amendments | Letter | Gordon Thomson | Distributor | 1 |
| EXHO-018841 | EXHO-018859 | 11/1/1990 | 1990 Corporate Review Downstream | | D.S. Sanders | | 19 |
| EXLAR100039 | EXLAR100039 | 7/1/1985 | MTBE Use in Baytown Refinery Unleaded Premium | Memo | J.M.E. Mixter | T.C. Vick | 1 |
| EXLAR100040 | EXLAR100040 | 7/30/1985 | Introduction of MTBE at Baytown Implementation Guidelines | Memo | T.C. Vick | J.S. Dick, W.E. Gattis, S.J. Glass, S.F. Goldmann, T.H. Howard, B.S. Markham | 1 |
| EXMIXTER 000048 | EXMIXTER 000050 | 5/31/1985 | MTBE Use in Baytown Refinery Unleaded Premium | Memo | C. B. Raglin | S. Pearman, R. Larkins | 3 |
| EXX 045929 | EXX 045933 | 2/17/1986 | Environmentally Significant Components of a Typical Unleaded Gasoline | Letter | Barbara Mickelson | Dianne Schott | 5 |
| XOM-EIA_EPA-0000030 | XOM-EIA_EPA-0000030 | | Chalmette Refining EIA Form 810 data for years 1998 - 2002 | | | | 528 |
| XOM-EIA_EPA-0000031 | XOM-EIA_EPA-0000031 | | ExxonMobil EIA Form 810 data for years 2000 - 2006 | | | | 3152 |
| XOM-EIA_EPA-0000032 | XOM-EIA_EPA-0000032 | | ExxonMobil (and heritage company) EIA Forms 812, 814, 815, 817, and 819 data for years 1986 - 2006 | | | | 3096 |
| EXXONMOBIL-TSCA (6_07) 0001 | EXXONMOBIL-TSCA (6_07) 0004 | 1/31/2002 | results of 211 Research Group Study on Gasoline with MTBE | Letter | Wayne Daughtrey | Lorraine | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA (6_07) 0026 | EXXONMOBIL-TSCA (6_07) 0044 | 6/21/2002 | Tyl Review | email | Thomas Gray | David Steup | 19 |
| EXXONMOBIL-TSCA (6_07) 0260 | EXXONMOBIL-TSCA (6_07) 0282 | 2/5/2002 | Equiva MTBE 8(e) | E-mail | Wayne C. Daughtrey | Jessica R. Nacheman; Robert B. Wallis; Brian M. Harney | 23 |
| EXXONMOBIL-TSCA (6_07) 0283 | EXXONMOBIL-TSCA (6_07) 0285 | 2/1/2002 | RE: Letter to EPA on CAA 211 Test results | fax | James Freeman | Wayne Daughtrey | 3 |
| EXXONMOBIL-TSCA (6_07) 0304 | EXXONMOBIL-TSCA (6_07) 0305 | 1/30/2002 | 211b Gasoline/MTBE developmental finding | email | Lorraine Twerdok | John Brophy, Thomas Gray | 2 |
| EXXONMOBIL-TSCA (6_07) 0312 | EXXONMOBIL-TSCA (6_07) 0326 | 1/22/2002 | 211 Consortium Consultant Report on MTBE Study | E-mail | Wayne C. Daughtrey | Brian M. Harney | 15 |
| EXXONMOBIL-TSCA0343 | EXXONMOBIL-TSCA0345 | 5/8/2000 | 40 CFR Part 755 Methyl Tertiary Butyl Ether (MTBE), Advance Notice of Intent to Initiate Rulemaking Under the Toxic Substances Control Act to Eliminate or Limit the Use of MTBE as a Fuel Additive in Gasoline; Advance Notice of Proposed Rulemaking 65 FR 16 | Letter | Brian M. Harney | Environmental Protection Agency: Document Control Office (7407), Office of Pollution Prevention and Toxics (OPPT) | 3 |
| EXXONMOBIL-TSCA0346 | EXXONMOBIL-TSCA0348 | | 38078 | ExxonMobil Position on MTBE Draft | | ExxonMobil | | 3 |
| EXXONMOBIL-TSCA0351 | EXXONMOBIL-TSCA0363 | 4/4/2000 | Draft Summary of TSCA Advanced Notice ot Proposed Rulemaking (ANPRM) on MTBE 65 FR 16093-16109, March 24, 2000 | | | | 13 |
| EXXONMOBIL-TSCA0364 | EXXONMOBIL-TSCA0380 | 3/24/2000 | Federal Register Notice: MTBE Advance Notice of Intent to Initiate Rulemaking Under TSCA to Eliminate or Limit the Use of MTBE as a Fuel Additive in Gasoline; Notice of Proposed Rulemaking | | EPA | | 17 |
| EXXONMOBIL-TSCA0381 | EXXONMOBIL-TSCA0381 | 4/13/2000 | Summary of California MTBE Technical Remediation Issues | | | | 1 |
| EXXONMOBIL-TSCA0386 | EXXONMOBIL-TSCA0417 | 3/20/2000 | Federal Register Notice: MTBE Advance Notice of Intent to Initiate Rulemaking Under TSCA to Eliminate or Limit the Use of MTBE as a Fuel Additive; Advance Notice of Proposed Rulemaking | | EPA | | 32 |
| EXXONMOBIL-TSCA0418 | EXXONMOBIL-TSCA0418 | 3/10/2000 | FW: TSCA Update-MTBE | Memo | Ted R. Huddle | John H. Medley, Steven J. Streater, Gary R. Morris, Brian M. Harney | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA0419 | EXXONMOBIL-TSCA0419 | 3/20/2000 | EPA/DoAg MTBE Press Conf | Memo | Brian M. Harney | R.L. (Bob) Rich; J.S. (Steve) Simon; D.H. (Don) Daigle; James S. Carter; D.A. (Dave) Kingston; Lucille J. Cavanaugh; Dennis M. Houston | 1 |
| EXXONMOBIL-TSCA0430 | EXXONMOBIL-TSCA0434 | 3/20/2000 | FW: Browner Remarks & Fact Sheet: Administration Acts to Eliminate MtBE, Boost Ethanol | Memo | Steven C. Lewis | A.G. (Randy) Randol; D.D. (David) Sigman; L.L. (Larry) Harlan; W.F. (Walt) Buchholtz; Leslie J. Hushka; Jacqueline H. Smith; Michael C. Noland; Steven E. Lerman; Stephen M. Bowes; Sparrell P.T. (Patricia); Mike Thompson | 5 |
| EXXONMOBIL-TSCA0444 | EXXONMOBIL-TSCA0457 | 3/24/2000 | Federal Register Notice: MTBE: Advance Notice of Intent to Initiate Rulemaking Under TSCA to Eliminate or Limit the Use of MTBE as a Fuel Additive in Gasoline; Advance Notice of Proposed Rulemaking | | EPA | | 14 |
| EXXONMOBIL-TSCA0523 | EXXONMOBIL-TSCA0526 | 5/10/2000 | EM comments on TSCA/MTBE | email | Wayne daughtrey | Dennis Devlin, Larry Gephart, Richard Phillips | 4 |
| EXXONMOBIL-TSCA0527 | EXXONMOBIL-TSCA0543 | 5/11/2000 | Updates | email | Michael Butler | John Medley | 17 |
| EXXONMOBIL-TSCA0585 | EXXONMOBIL-TSCA0591 | 2/25/1991 | Toxic Substances Control Act Section 8(c), Record Keeping Procedures; Section 8(e) Reporting Procedures | Letter | Charles Yarborough | Department Managers | 7 |
| EXXONMOBIL-TSCA0597 | EXXONMOBIL-TSCA0611 | 5/23/1990 | TSCA Sec. 5 and 8 Reportingand Record Keeping Procedures | Letter | | E.J. Hess | 15 |
| EXXONMOBIL-TSCA0612 | EXXONMOBIL-TSCA0615 | 1/25/1984 | Modified Procedures for reporting under Section 8(e) | Letter | | J.G. Lione | 4 |
| EXXONMOBIL-TSCA0616 | EXXONMOBIL-TSCA0620 | 12/30/1981 | Exxon Corp. Reporting Committee for TSCA Section 8(e) | Letter | Thomas J. McDonagh | Chief Executives of U.S. Based Regional and Operating Organizations | 5 |
| EXXONMOBIL-TSCA0621 | EXXONMOBIL-TSCA0632 | 2/20/1981 | ECA Reporting Procedure Toxic Substances Control Act Section 8(e) | Letter | Ray Nesbitt | Vice Presidents, Plant and Division Managers, Department Managers, Environmental Health Personnel | 12 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA0645 | EXXONMOBIL-TSCA0658 | 2/3/1981 | Drafts TSCA 8(e) Committee Reporting Procedures | Letter | Kathleen McDonald | D. BenDaniel, L. Raymond, R. Wood, A. Galik, K. Hahn, B. Kuna | 14 |
| EXXONMOBIL-TSCA0671 | EXXONMOBIL-TSCA0677 | 6/10/1980 | Exxon Reporting Procedure for TSCA 8(e) | Letter | Ronald DuBois | John Barkett | 7 |
| EXXONMOBIL-TSCA0678 | EXXONMOBIL-TSCA0678 | | "Pass Through" Actions by Exxon Regarding TSCA 8(e) Notice to Customeers | fax | J.S. Leary / C.F. Egan | M. Fefer | 1 |
| EXXONMOBIL-TSCA0679 | EXXONMOBIL-TSCA0681 | 7/16/1980 | Recommendation of restatement circulation | Letter | N.J. Roberts | Department Heads, Exxon Corporation | 3 |
| EXXONMOBIL-TSCA0682 | EXXONMOBIL-TSCA0683 | 12/2/1980 | Reporting Procedure for Section 8 (e) of Toxic Substances Policy | Letter | Thomas J. McDonagh, Exxon Chemical Company | Jack P. Thorn, Exxon Chemical Americas | 2 |
| EXXONMOBIL-TSCA0684 | EXXONMOBIL-TSCA0688 | 7/16/1930 | Modifications in procedure for TSCA Section 8 (e) | Letter | N.J. Roberts | All Members of the Medical Department of Exxon Corporation | 5 |
| EXXONMOBIL-TSCA0689 | EXXONMOBIL-TSCA0689 | 6/5/1980 | Section 8 (e) Procedures | Letter | Exxon Company USA | EHAC Members | 1 |
| EXXONMOBIL-TSCA0697 | EXXONMOBIL-TSCA0705 | 2/6/1981 | Copy of the TSCA Section 8(e) reporting procedures approved by the EUSA Management Committee on Jan 14, 1981 | Letter | Exxon Company USA | EHAC Members | 9 |
| EXXONMOBIL-TSCA0706 | EXXONMOBIL-TSCA0713 | 8/15/1980 | ER&E TSCA Section 8(e) Revised Reporting Procedure | Letter | MB Glaser | J.G. Lione, J.P. Thorn, J.J. Thorpe | 8 |
| EXXONMOBIL-TSCA0714 | EXXONMOBIL-TSCA0717 | 8/23/2000 | EMBSI Response Procedure and Guidelines: TSAC Section 8(e) | Letter | P.T. Sparrell | EMBSI Management Team Section Heads | 4 |
| EXXONMOBIL-TSCA0718 | EXXONMOBIL-TSCA0722 | 12/31/2001 | EMBSI Response Procedure and Guidelines: TSAC Section 8(e) | Letter | P.T. Sparrell | EMBSI Management Team Section Heads | 5 |
| EXXONMOBIL-TSCA0723 | EXXONMOBIL-TSCA0727 | 12/18/2002 | EMBSI Response Procedure and Guidelines: TSCA Section 8(e) | Letter | P.T. Sparrell | EMBSI Management Team Section Heads | 5 |
| EXXONMOBIL-TSCA0728 | EXXONMOBIL-TSCA0740 | 12/3/2002 | TSCA 8(e) Substantial Risk Evaluation and Reporting Procedure | | | Exxon Mobil | 13 |
| EXXONMOBIL-TSCA0765 | EXXONMOBIL-TSCA0766 | 1/5/2004 | EMBSI Response Procedure and Guidelines: TSAC Section 8(e) 04EMBSI 2 | Letter | P.T. Sparrell | EMBSI Management Team Section Heads | 2 |
| EXXONMOBIL-TSCA0890 | EXXONMOBIL-TSCA0926 | 4/10/1992 | EPA's ongoing TSCA Section 8(e) Compliance Audit Program ("CAP") and in complying generally with section 8(e) outside the CAP | Letter with attachments | Michael F. Wood, Director, Compliance Division | A.J. Silvestri, General Manager | 37 |
| EXXONMOBIL-TSCA0927 | EXXONMOBIL-TSCA0938 | 4/15/1992 | TSCA Section 8(e) Guidance | Letter | John Kneiss, Manager, MTBE Task Force | MTBE Task Force, MTBE Toxicology Committee | 12 |
| EXXONMOBIL-TSCA0939 | EXXONMOBIL-TSCA0939 | 1/13/2005 | EMBSI Response Procedure and Guidelines: TSAC Section 8(e) 05 SMBSI 2105 | Letter | P.T. Sparrell | EMBSI Management Team Section Heads | 1 |
| EXXONMOBIL-TSCA0940 | EXXONMOBIL-TSCA0940 | 7/10/2007 | TSCA 8(e) Response Procedure | Memo | | | 1 |
| EXXONMOBIL-TSCA0941 | EXXONMOBIL-TSCA0951 | 1/4/2005 | EMBSI TSCA Sec.8(e) Response Procedures and Guidlines | | | Exxon Mobil | 11 |
| EXXONMOBIL-TSCA0952 | EXXONMOBIL-TSCA0962 | 12/21/2005 | EMBSI TSCA Section 8(e) Response Procedure and Guidelines | | | | 11 |

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA0963 | EXXONMOBIL-TSCA0963 | 2/28/2006 | EMBSI Response Procedure Guidlines | Memo | Patricia Sparrell | EMBSI Management Team Section Heads | 1 |
| EXXONMOBIL-TSCA0964 | EXXONMOBIL-TSCA0964 | 5/18/2006 | EMBSI Procedure and Guidelines: Toxic Substances Control Act - Section 8(e) | Memo | Patricia T. Sparrell | EMBSI Management Team Section Heads | 1 |
| EXXONMOBIL-TSCA0965 | EXXONMOBIL-TSCA0977 | 10/3/2003 | TSCA 8(e) Adverse Effects Reporting and Deliberation Procedure | | | | 13 |
| EXXONMOBIL-TSCA0978 | EXXONMOBIL-TSCA0979 | 1/19/1990 | Attachment 1: Environmental Health Letter, January 19, 1990 | | | | 2 |
| EXXONMOBIL-TSCA0980 | EXXONMOBIL-TSCA0985 | 4/2/1999 | ESBI Response Procedure and Guidlines: TSCA8(e) | email | Jack Hochman | EBSI Management Team Section Heads | 6 |
| EXXONMOBIL-TSCA0995 | EXXONMOBIL-TSCA1003 | | TSCA8(e) Response Procedure | | Exxon Chemical Co. | | 9 |
| EXXONMOBIL-TSCA1004 | EXXONMOBIL-TSCA1023 | 2/27/1990 | TSCA8(e) reporting | Memo | Wayne Daughtrey | Distribution | 20 |
| EXXONMOBIL-TSCA1024 | EXXONMOBIL-TSCA1025 | 1/10/1990 | TSCA8(e) Reporting | email | Robert Scala | T.J. McDonagh | 2 |
| EXXONMOBIL-TSCA1026 | EXXONMOBIL-TSCA1031 | 4/19/1990 | TSCA Section 8(e) package reviewed with MC on April 19, 1990 | Memo | Clarence M. Eidt | RE Dale, FD Paris, LW Raymond, R Scala | 6 |
| EXXONMOBIL-TSCA1032 | EXXONMOBIL-TSCA1043 | 8/24/1999 | Collection of Letters and Correspondence Regarding TSCA Section 8 (e) | fax | R. Toro, Chemical Manufacturers Association | R. McKee | 12 |
| EXXONMOBIL-TSCA1044 | EXXONMOBIL-TSCA1047 | 5/24/1990 | EBSI Response Procedure and Guidelines: Toxic Substances Control act- Section 8 (e) 90 MR 975 | Letter | Dennis Foller | Division Managers, Laboratory Directors, Section Heads | 4 |
| EXXONMOBIL-TSCA1048 | EXXONMOBIL-TSCA1051 | 1/24/1994 | ER&E Response Procedure and Guidelines TSCA Section 8(e) | Letter | E.B. Priestley | J.D. Paynter, D. Poller | 4 |
| EXXONMOBIL-TSCA1052 | EXXONMOBIL-TSCA1059 | 7/6/1993 | Toxic Substances Control Act | Letter | C.W. Yarborough III | Budnick, Calcara, Das, Diver, Goldstein, Human, King, Lyons, McKenna, Novak, Porcaro, Suczewski, Tremarco | 8 |
| EXXONMOBIL-TSCA1067 | EXXONMOBIL-TSCA1073 | 4/27/1992 | TSAC Section 8(e), Record Keeping procedures; Section 8(e), Reporting Procedures | Letter | C.W. Yarborough III | Department Managers, Division Managers, Laboratory Directors | 7 |
| EXXONMOBIL-TSCA1074 | EXXONMOBIL-TSCA1075 | 3/14/1991 | Proposed Guidelines for Handling Inter-Regional 8(e) Submissions 91MR 602 | Letter | Richard H. McKee | Ken Murray, Exxon Chemical Company | 2 |
| EXXONMOBIL-TSCA1082 | EXXONMOBIL-TSCA1088 | 2/26/1990 | TSAC Section 8(e), Record Keeping procedures; Section 8(e), Reporting Procedures | Letter | L.W. Raymond | Department Managers, Division Managers, Laboratory Directors | 7 |
| EXXONMOBIL-TSCA1089 | EXXONMOBIL-TSCA1095 | 8/23/2000 | EMBSI Response Procedure and Guidlines TSCA8(e) | Memo | P.T. Sparrell | EMBSI Management Team | 7 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA1096 | EXXONMOBIL-TSCA1100 | 12/7/1981 | Attached "Statement of Procedure and Responsibilities Regarding Notification of Substantial Risk" | Memo | P.A. Naro | R.J. Brenner, T.E. Casey, P.H. Craig, C.R. Mackerer, N.J. Morgan, E.J. Singer, M. A. Mehlman | 5 |
| EXXONMOBIL-TSCA1101 | EXXONMOBIL-TSCA1103 | | Aug-81 Status Report, Environmental & Toxicology Issues: Substantial Risk Reporting | | | Mobil Oil Corporation, Environmental Affairs and Toxicology Department | 3 |
| EXXONMOBIL-TSCA1104 | EXXONMOBIL-TSCA1156 | | Nov-99 TSCA Resource Guide for Research & Development Activities | | | | 53 |
| EXXONMOBIL-TSCA1157 | EXXONMOBIL-TSCA1168 | 5/28/1981 | Management Guide Bulletin re: Substantial Risk Notification Section 8(e) Toxic Substances Control Act | | | Mobil Oil Corporation | 12 |
| EXXONMOBIL-TSCA1169 | EXXONMOBIL-TSCA1174 | 9/18/1992 | Rat Oncogenicity Study -- TSCA 8(e) Notice Submittal | Letter with attachments | | MTBE Task Force, MTBE Toxicology Committee | 6 |
| EXXONMOBIL-TSCA1175 | EXXONMOBIL-TSCA1177 | 11/12/1992 | 8(e) on MTBE | Memo | W.E. Dalbey | C.R. Mackerer | 3 |
| EXXONMOBIL-TSCA1199 | EXXONMOBIL-TSCA1271 | 2/18/1994 | Section 8(d) Reports | Memo with attachment | Anita Ducca | MTBE Ad Hoc Workgroup | 73 |
| EXXONMOBIL-TSCA1272 | EXXONMOBIL-TSCA1282 | | Attachment 1: Oxygenate Health Effects Data | | | | 11 |
| EXXONMOBIL-TSCA1283 | EXXONMOBIL-TSCA1285 | 5/5/2000 | Methyl Tertiary Butyl Ether (MTBE); Advance Notice of Intent to Initiate Rulemaking Under the Toxic Substances Control Act to eliminate or Limit the Use of MTBE as a Fuel Additive in Gasoline; Advance Notice of Proposed Rulemaking (65 Fed. Red. 16093, Mar | Letter | Edward Murphy | Environmental Protection Agency | 3 |
| EXXONMOBIL-TSCA1286 | EXXONMOBIL-TSCA1289 | | Attachment 2: Comments on MTBE Impacts on Water Quality | | | | 4 |
| EXXONMOBIL-TSCA1290 | EXXONMOBIL-TSCA1293 | 7/24/2001 | TSCA 8(e) Submission for Clean Air Act Section 211(b) | Letter | Wayne Daughtrey, Lorraine Twerdok | EPA Office of Toxic Substances | 4 |
| EXXONMOBIL-TSCA1294 | EXXONMOBIL-TSCA1301 | 10/8/1992 | Reporting Under TSCA 8(e) Safety and Health Comm. Meeting | fax | Ray Lange | Rich Mekitarian | 8 |
| EXXONMOBIL-TSCA1308 | EXXONMOBIL-TSCA1352 | 8/1/1991 | Additional Guidance on TSCA 8(e) Reportability | Memo | M.L. Barth | Angelosanto, Bailey, Benkinney, Cruzan, Dalbey, Feuston, Novick, Rodriguez, Yang | 45 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA1353 | EXXONMOBIL-TSCA1490 | Jun-91 | TSCA Section 8(e) Reporting Guide | | U.S. Environmental Protection Agency: Office of Pesticides & Toxis Substances - Office of Toxic Substances | | 138 |
| EXXONMOBIL-TSCA1499 | EXXONMOBIL-TSCA1502 | | Guidance for TSCA Section 8 (e) Reportability (Draft) | | | | 4 |
| EXXONMOBIL-TSCA1532 | EXXONMOBIL-TSCA1541 | 3/9/1990 | MTBE Task Force TSCA 8(e) letter | Memo | R. D. Panson | B.C. Davis | 10 |
| EXXONMOBIL-TSCA1551 | EXXONMOBIL-TSCA1554 | 6/9/1994 | Review of Recent Activities for the Biol.Clin. Chem. Group | Memo | P.A. Naro | J.J. Yang, C.R. Mackerer, T.A. Roy | 4 |
| EXXONMOBIL-TSCA1557 | EXXONMOBIL-TSCA1558 | 10/6/1994 | TSCA 8(d) Submission on MTBE Studies | Memo | C. R. Mackerer | A. E. Mekitarian | 2 |
| EXXONMOBIL-TSCA1560 | EXXONMOBIL-TSCA1569 | 6/9/1994 | MTBE 8(d) Submissions- Aquatic Studies | Memo | N. A. Dwyer | D. Henderson | 10 |
| EXXONMOBIL-TSCA1580 | EXXONMOBIL-TSCA1589 | 11/5/1993 | Document Control No. 8(e)-0390-0900 Notice of Substantial Risk under TSCA 8(e) 28-Day Vapor Inhalation Study and Immunohistochemical Staining Evaluation of Male Rat Kidney Rissures Following Exposure to MTBE, CAS No. 1634-04-4 | Letter | John Kneiss, Manager, MTBE Task Force | CR Mackerer | 10 |
| EXXONMOBIL-TSCA1590 | EXXONMOBIL-TSCA1590 | 12/3/1993 | MTBE TSCA 8(e) Filing | Letter | B.M. Harney | P.D. Hall | 1 |
| EXXONMOBIL-TSCA1591 | EXXONMOBIL-TSCA1605 | 11/12/1993 | MTBE-Status Report, Interoffice Correspondence | Letter | C.A. Schreiner | CR Mackerer | 15 |
| EXXONMOBIL-TSCA1606 | EXXONMOBIL-TSCA1617 | 11/2/1993 | MTBE TSCA 8(e) Filing | Letter | B.M. Harney | T.D. Cole | 12 |
| EXXONMOBIL-TSCA1623 | EXXONMOBIL-TSCA1641 | 10/20/1993 | ATTN: 8(e) Health and Safety Reporting Rule (Notification/Reporting) | Letter | D.E. Wagner, Manager, Product Safety Corodination, Mobil | US. Environmental Protection Agency | 19 |
| EXXONMOBIL-TSCA1673 | EXXONMOBIL-TSCA1676 | 4/2/1993 | 8(d)s for MTBE | fax | S. Dean Larson | Valerie Lighette | 4 |
| EXXONMOBIL-TSCA1677 | EXXONMOBIL-TSCA1685 | 3/19/1993 | MTBE Projects - TSCA 8(d) Filing [40 CFR Subpart 716] | fax | Valerie Ughetta | Health and Product Stewardship Program Group Ad Hoc Work Group on MTBE | 9 |
| EXXONMOBIL-TSCA1689 | EXXONMOBIL-TSCA1693 | 1992 | Toxicological Evaluation of Methyl Tertiary Butyl Ether (MTBE): Testing Performed Under TSCA Consent Agreement | | J. S. Duffy, J. A. Del Pup, J. J. Kneiss | | 5 |
| EXXONMOBIL-TSCA1700 | EXXONMOBIL-TSCA1711 | 5/27/1992 | Mouse Oncogenicity Study - TSCA Section 8(e) Notice Submittal | Letter | John Kneiss | MTBE Task Force, MTBE Toxicology Committee | 12 |
| EXXONMOBIL-TSCA1744 | EXXONMOBIL-TSCA1765 | 8/16/1991 | Final Report for Inhalation Reproduction and Fertility Effects Study of MTBE | Letter | John Kneiss | TSCA Section 4 | 22 |
| EXXONMOBIL-TSCA1766 | EXXONMOBIL-TSCA1805 | 3/18/1991 | MTBE Testing Presentation for National Conference on Octane Markets Reformulated Gasonline | Memo | John Kneiss | MTBE Task Force, MTBE Toxicology Committee | 40 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA1816 | EXXONMOBIL-TSCA1822 | 3/9/1990 | TSCA Section 8(e) Report: Methyl Tertiary Butyl Ether (MTBE) | Letter | John J. Kneiss | TSCA Section 8(e) Coordinator | 7 |
| EXXONMOBIL-TSCA1850 | EXXONMOBIL-TSCA1855 | 7/23/1990 | Abstracts for MTBE Toxicity Studies | Letter | John Kneiss | MTBE Task Force; MTBE Toxicology Committee | 6 |
| EXXONMOBIL-TSCA1878 | EXXONMOBIL-TSCA1878 | 5/23/1989 | MTBE SOCMA Studies | Memo | N.A. Dwyer | C.J. DiPerna | 1 |
| EXXONMOBIL-TSCA1897 | EXXONMOBIL-TSCA1906 | 6/16/1987 | Mobil Toxicology Information Center Literature Search: MTBE | | Yvonne Smith | R.E. Crosthwait | 10 |
| EXXONMOBIL-TSCA1908 | EXXONMOBIL-TSCA1929 | 3/7/1986 | Information Review: tert-Butyl methyl ether | | CRCS, Inc. | | 22 |
| EXXONMOBIL-TSCA1930 | EXXONMOBIL-TSCA1930 | 12/2/1997 | Draft of Letter to EPA on Potential Health Effects of MTBE | Letter | B.M. Harney | T.D. Cole | 1 |
| EXXONMOBIL-TSCA1931 | EXXONMOBIL-TSCA1931 | 12/2/1997 | Quick Summary of the MTBE WQC Work Group Conference Call | Memo | | | 1 |
| EXXONMOBIL-TSCA1932 | EXXONMOBIL-TSCA1941 | 3/11/1997 | Summary of Action Items and any Disposition to Date | Memo | | | 10 |
| EXXONMOBIL-TSCA1942 | EXXONMOBIL-TSCA1943 | 3/11/1997 | Quick Summary: MTBE Water Quality Criteria Work Group Conference Call | Memo | | | 2 |
| EXXONMOBIL-TSCA1947 | EXXONMOBIL-TSCA1947 | 1/30/1997 | MTBE Water Quality Criteria Work Group Meeting | Memo | | | 1 |
| EXXONMOBIL-TSCA1948 | EXXONMOBIL-TSCA1957 | 2/28/1992 | Request to Perform Toxicology Test on Trout and Shrimp | Memo | A.E. Mekitarian | P.A. Naro, C.A. Schreiner | 10 |
| EXXONMOBIL-TSCA1958 | EXXONMOBIL-TSCA1978 | 3/17/1992 | Toxicology report of MEK2 to Rainbow Trout | | Mobil Environmental Health and Safety Dept. Labs | A.E. Mekitarian | 21 |
| EXXONMOBIL-TSCA2598 | EXXONMOBIL-TSCA2613 | 8/23/1993 | EValuation of MEK-2 Using the Microtox Analyzer | | Mobil Oil Corporation, Environmental Health & Safety Department: Environmental & Healthy Sciences Laboratory | | 16 |
| EXXONMOBIL-TSCA2614 | EXXONMOBIL-TSCA2682 | 8/27/1993 | Evaluation of MEK2 Using the Microtox Analyser | | P.A. Haro | | 69 |
| EXXONMOBIL-TSCA2691 | EXXONMOBIL-TSCA2691 | 4/14/1993 | Notice of Intent to Initiate Study | Letter | P.A. Haro | T. Roy | 1 |
| EXXONMOBIL-TSCA2692 | EXXONMOBIL-TSCA2695 | 4/9/1993 | Request to perform Toxicology test | Letter | A.A. Mekitarian | P.A. Naro, C.A. Schreiner | 4 |
| EXXONMOBIL-TSCA2701 | EXXONMOBIL-TSCA2776 | 4/29/1993 | Chemical Characterization of MTBE Samples from Paulsboro, Torrance, and Beaumont Refineries | Memo | P.A.Naro | | 76 |
| EXXONMOBIL-TSCA2823 | EXXONMOBIL-TSCA2833 | 4/29/1993 | Chemical Characterization of Methyl-tert-butyl Ether (MTBE) | | Mobil Environmental Health & Safety Department, Environmental & Health Sciences Laboratory | | 11 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXXONMOBIL-TSCA2840 | EXXONMOBIL-TSCA2856 | 1/25/1994 | Activated Mouse Lymphoma Mutagenicity Assay Supplemented with Formaldehyde Dehydrogenase for MTBE | | F.A. Angelosanto, Stonybrook Laboratories | | 17 |
| EXXONMOBIL-TSCA2857 | EXXONMOBIL-TSCA2865 | 10/13/1993 | Activated Mouse Lymphoma Report | | F.A. Angelosanto | | 9 |
| EXXONMOBIL-TSCA2866 | EXXONMOBIL-TSCA2881 | | Formaldehyde is responsible for the Mutagenicity of MTBE | | Angelosanto, Blackburn, Schreiner, Mackerer | | 16 |
| EXXONMOBIL-TSCA2887 | EXXONMOBIL-TSCA2947 | 6/7/1993 | CRU Number Dispensing Record | fax | Carl R. Wainright | | 61 |
| FAI-COL-05449 | FAI-COL-05563 | 2/17/1986 | Exxon Proprietary Product Quality Information -- Exxon Regular (Southern) | | | | 11 |
| FAI-COL-05566 | FAI-COL-05576 | 2/17/1986 | Exxon Proprietary Product Quality Information -- Exxon Extra Unleaded (Southern) | | | | 11 |
| FAI-COL-05610 | FAI-COL-05620 | 2/17/1986 | Exxon Proprietary Product Quality Information | | | | 11 |
| fatereport | faterepovx | Oct-99 | The Fate and Transport of Ethanol-Blended Gasoline in the Environment | | Governors' Ethanol Coalition | | 109 |
| MDL1358 EM00314064 | MDL1358 EM0014080 | 12/17/1986 | "Focus" Meeting Highlights on MTBE | | | | 17 |
| 2MDLCP00514540 | 2MDLCP00514542 | 2/2/1987 | MTBE Technical Subcommittee | Memo | George Dominguez | MTBE Committee | 3 |
| BPA00364619 | BPA00364623 | 2/10/1987 | Minutes of MTBE Steering Committee Meeting | | George Dominguez | MTBE Committee | 5 |
| EPA - 000664 | EPA - 000710 | 2/12/1987 | Response re "Data Gaps" | Letter | W.J. Kilmartin | Beth Anderson | 48 |
| 2MDLCP300513608 | 2MDLCP300513683 | 3/9/1987 | MTBE Update | Memo | Russell | Debra | 76 |
| BPA00364689 | BPA00364690 | 3/12/1987 | MTBE Committee Delegation With EPA | Memo | George Dominguez | MTBE Members | 2 |
| glaviano | glavianw | 3/1/1999 | Supply and Cost of Alternatives to MTBE in Gasoline | | California Energy Commission | | 9 |
| hEWARNINGS-000001 | hEWARNINGS-000040 | | Hydrocarbon Vapor Control Presentation | | | | 40 |
| hEWARNINGS-000041 | hEWARNINGS-000042 | 1984 | Outline For Environmental Overview Workshop - Exxon 1984 Distributor CTE Program | | | | 2 |
| hEWARNINGS-002815 | hEWARNINGS-002823 | 2/12/1981 | Organizing briefing on potential impact of leaking underground petroleum on ground water resources. | Letter | Toby Maffett | J.D. McMillan | 9 |
| hEWARNINGS-004116 | hEWARNINGS-004119 | 2/27/1998 | Minimizing Product Losses at Service Stations | Report | | | 4 |
| hEWARNINGS-004200 | hEWARNINGS-004347 | 1997 | Enviornmental Safety & Health - The Good Book for Exxon Retailers | | Exxon Company, U.S.A. | | 148 |
| hEWARNINGS-004428 | hEWARNINGS-004456 | 1991 | Summary of 1991 id Vapor Pressure (RVP) Regulations and Required Sampling Program for Compliance | | | | 29 |
| hEWARNINGS-004457 | hEWARNINGS-004625 | 1990 | Introduction to Environmental Awareness and Occupational Health for Retailers (New Jersey) | | Exxon Corporation | | 169 |
| hEWARNINGS-004663 | hEWARNINGS-004683 | 11/13/1992 | Package for Arizona Dealers | Memo | D. E. Allan | Raleigh Brown, Stanley Porter | 21 |
| hEWARNINGS-004684 | hEWARNINGS-004686 | 9/25/1992 | Oxygenate Compliance Program | Letter | T. G. Bryan | Jeff Whitten | 3 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| hEWARNINGS-004828 | hEWARNINGS-004832 | 12/10/1992 | Response To Letter On Oxy Fuels | Memo | Dave Allan | Bill Dermott | 5 |
| hEWARNINGS-004845 | hEWARNINGS-004846 | 12/4/1992 | Ethanol Oxygenated Fuels Overnight Mail | Memo | S. R. Oliver | Exxon Branded Distributor | 2 |
| hEWARNINGS-004852 | hEWARNINGS-004870 | 9/4/1992 | Oxygenate Communication Package | email | D. E. Allan | Area Manager | 19 |
| hEWARNINGS-004871 | hEWARNINGS-004880 | 8/24/1992 | Clean Air Act Changes to Our Business | Memo | W. D. Dermott | Area Managers, Market Development Managers, Sales Managers, M&C Supervisiors, Retail Practices Specialists, Territory Managers, Divestment Specialists, M&C Specialists, Merchandising and Purchasing Specialists, Project Engineers, Market Development Specia | 10 |
| hEWARNINGS-004883 | hEWARNINGS-004884 | 11/1/1992 | Proposed Labels | | | | 2 |
| hEWARNINGS-004893 | hEWARNINGS-004900 | 6/9/1992 | Co Non-Attainment Areas | Memo | Cary B. Lloyd | T. G. Bryan, J. D. Cooper, J. Y. Dupre, F. R. Flegel, D. A. Parsons, M. L. Strine | 8 |
| hEWARNINGS-005059 | hEWARNINGS-005073 | 12/13/1994 | Reformulated Gasoline Fact Sheet | | | | 15 |
| hEWARNINGS-005124 | hEWARNINGS-005126 | 12/13/1994 | Dallas Mornig News Paper Article on RFG | Memo | L.K. | Bill | 3 |
| hEWARNINGS-005298 | hEWARNINGS-005310 | | State Required Record Keeping: Underground Storage Tanks | | | | 13 |
| hEWARNINGS-005352 | hEWARNINGS-005698 | Nov-95 | Evironmental Saftey and Health Awareness for Retailers | | | | 347 |
| hEWARNINGS-005703 | hEWARNINGS-005720 | | Instructor Guide - Dealer Version | | | | 18 |
| hEWARNINGS-005740 | hEWARNINGS-005793 | | The Green Book - A Retailers Common Sense Survivor Manuel on Environmental saftey/Guidlines | | Exxon Co. | | 54 |
| hEWARNINGS-005794 | hEWARNINGS-005804 | 4/7/1982 | Inventory Verifification Procedure - Instruction Workbook | | Exxon Co. | | 11 |
| hEWARNINGS-005805 | hEWARNINGS-006410 | 6/21/1995 | Dealer territory Manager Position Manual | | | | 606 |
| hEWARNINGS-006476 | hEWARNINGS-006715 | 2/15/1991 | CTE Distributor Environmental Workshop Outline | | | | 240 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| hEWARNINGS-006719 | hEWARNINGS-006724 | 2/21/1986 | 1986 Dealer/Distributor CTE Meetings | Memo | R.R. Eaton | W.E. Gattis | 6 |
| hEWARNINGS-006777 | hEWARNINGS-006795 | 6/12/1979 | Underground Leak Prevention/ Detection at Service Stations | | | | 19 |
| hEWARNINGS-006896 | hEWARNINGS-006914 | | 1981 Underground Tank Maintenance | | | | 19 |
| hEWARNINGS-006915 | hEWARNINGS-006938 | 9/22/1982 | Sixth National Groundwater Quality Symposium - Prevention and Detection of Leaks from Underground Gasoline Storage | | S.D. Curran | | 24 |
| hEWARNINGS-007000 | hEWARNINGS-007002 | 4/7/1987 | Exxon Leak Prevention and Detection | Memo | | | 3 |
| hEWARNINGS-007003 | hEWARNINGS-007006 | 5/30/1986 | Updated papers on Gasoline Vapor and Tank Leakage | Memo | R.J. Landry | F.A Smith | 4 |
| hEWARNINGS-007007 | hEWARNINGS-007008 | 4/16/1986 | Material for Shareholder's Meeting | Memo | P.J. Lang | C. Colman | 2 |
| hEWARNINGS-007009 | hEWARNINGS-007010 | 12/31/1985 | Emergency Preparedness: Petroleum Product Release Response Guidelines | Memo | S.D. Curran | R.A. Rosenberg | 2 |
| hEWARNINGS-007023 | hEWARNINGS-007024 | 5/30/1985 | Marleting Position on Leaking Underground Tanks | Letter | R.J. Landry | R.P. Larkins | 2 |
| hEWARNINGS-007173 | hEWARNINGS-007300 | Jun-80 | Operations Saftey Manual, Marketing Dept. Exxon Co. | | | | 128 |
| hEWARNINGS-007319 | hEWARNINGS-007345 | 2/23/1984 | 1984 Underground Leak Prevention Program | | J.R. Hykel | | 27 |
| hEWARNINGS-007369 | hEWARNINGS-007371 | | Statement of Position: Groundwater Contamination from Petroleum Product Storage Tank Leaks | | | | 3 |
| hEWARNINGS-007372 | hEWARNINGS-007373 | Mar-84 | Senate Environmental and Public Works Committee Hearing | | Exxon Co. | | 2 |
| hEWARNINGS-007661 | hEWARNINGS-007663 | 2/7/1994 | Exxon Today Article, "Alternative Fuels Benifts Debatable" | | | | 3 |
| hEWARNINGS-007664 | hEWARNINGS-007665 | 2/28/1994 | Cost of Pollution Rules Often Exceeds Benefits | | Exxon Today | | 2 |
| hEWARNINGS-007686 | hEWARNINGS-007689 | 9/27/1995 | Oxy Fuels Dispenser Decals | Memo | Charlotte Powell | Maintenance & Compliace Specialists | 4 |
| hEWARNINGS-007717 | hEWARNINGS-007723 | 3/30/1994 | Importance of Gasoline Marketing Communication Program for Fuel Products Employees, Dealers, Distributors, & Exxon Retail Auto Store Consumers | | | | 7 |
| hEWARNINGS-007793 | hEWARNINGS-007798 | 9/9/1992 | ETOH/MTBE Handling Issues | | | | 6 |
| hEWARNINGS-007799 | hEWARNINGS-007860 | 9/15/1993 | Material Safety Data Sheet | | | | 62 |
| hEWARNINGS-007861 | hEWARNINGS-007867 | 3/29/1995 | MTBE in Ground Water: Fact Sheet for Local Health & Water Authorities | | Exxon Company, USA | | 7 |
| hEWARNINGS-008305 | hEWARNINGS-008309 | 4/10/1986 | Material Safety Data Sheet for Exxon Unleaded Gasoline 87 | | Exxon Company, USA | | 5 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| hEWARNINGS-008310 | hEWARNINGS-008314 | 3/13/1987 | Exxon Material Safety Data Sheet - Unleaded 87 | | | | 5 |
| hEWARNINGS-008315 | hEWARNINGS-008320 | 10/8/1987 | Exxon Material Safety Data Sheet - Unleaded 87 | | Exxon Co. | | 6 |
| hEWARNINGS-008321 | hEWARNINGS-008326 | 6/8/1988 | Exxon Material Safety Data Sheet - Unleaded 87 | | Exxon Co. | | 6 |
| hEWARNINGS-008327 | hEWARNINGS-008332 | 4/16/1990 | Material Safey Data Sheet | | Exxon Co. | | 6 |
| hEWARNINGS-008333 | hEWARNINGS-008338 | 12/2/1991 | Material Safety Data Sheet - Exxon Unleaded Gasoline | | ExxonCo. | | 6 |
| hEWARNINGS-008339 | hEWARNINGS-008345 | 9/11/1992 | Material Safety Data Sheet for Exxon Unleaded Gasoline (Supercedes Date 12/02/91) | | Exxon Co. | | 7 |
| hEWARNINGS-008346 | hEWARNINGS-008352 | 9/15/1993 | Material Safety Data Sheet | | Exxon Co. | | 7 |
| hEWARNINGS-008360 | hEWARNINGS-008367 | 9/11/1995 | MSDS Exxon Regular Unleaded CG - Supersedes 05/18/95 | | Exxon Co. | | 8 |
| hEWARNINGS-008368 | hEWARNINGS-008375 | 2/28/1997 | Material Safety Data Sheet for Exxon Regular Unleaded CG | | Exxon Company USA | | 8 |
| hEWARNINGS-008376 | hEWARNINGS-008385 | 7/14/1997 | Material Safety Data Sheet on Regular Unleaded RFG | | Exxon Company USA | | 10 |
| hEWARNINGS-008386 | hEWARNINGS-008394 | 7/14/1993 | Material Safety Data Sheet for Exxon Regular Unleaded CG | | Exxon Company USA | | 9 |
| hEWARNINGS-008395 | hEWARNINGS-008403 | 3/22/1999 | Material Safety Data Sheet - Exxon Regular Unleaded CG | | Exxon Co. | | 9 |
| hEWARNINGS-008404 | hEWARNINGS-008413 | 8/10/1999 | Material Safety Data Sheet - Exxon Regular Unleaded RFG | | Exxon Company USA | | 10 |
| hEWARNINGS-008414 | hEWARNINGS-008423 | 8/10/1999 | Material Safety Data Sheet - Exxon Regular Unleaded CG | | Exxon Company USA | | 10 |
| hEWARNINGS-008424 | hEWARNINGS-008443 | 3/15/2000 | Material Safety Data Sheet - Exxon Regular Unleaded RFG | | ExxonMobil | | 20 |
| hEWARNINGS-008444 | hEWARNINGS-008463 | 3/15/2000 | Material Safety Data Sheet - Regular Unleaded RFG | | ExxonMobil | | 20 |
| hEWARNINGS-008464 | hEWARNINGS-008483 | 3/15/2000 | Material Safety Data Sheet - CARB Phase II Gasoline | | ExxonMobil | | 20 |
| hEWARNINGS-008484 | hEWARNINGS-008493 | 3/15/2000 | Material Safety Data Sheet for Exxon Regular Unleaded CG | | ExxonMobil | | 10 |
| hEWARNINGS-008494 | hEWARNINGS-008499 | 4/12/1992 | Material Safety Data Sheet for MTBE | | Exxon Company USA | | 6 |
| hEWARNINGS-008506 | hEWARNINGS-008511 | 2/22/1995 | Material Safety Data Sheet - MTBE | | Exxon Company USA | | 6 |
| hEWARNINGS-008524 | hEWARNINGS-008529 | 1/24/1997 | Material Safety Data Sheet on MTBE-BASE PRODUCT-MTBE | | Exxon Company USA | | 6 |
| hEWARNINGS-008530 | hEWARNINGS-008536 | 3/22/1999 | Material Safety Data Sheet - MTBE | | Exxon Company USA | | 7 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| hEWARNINGS-008537 | hEWARNINGS-008540 | 5/7/1990 | Material Safety Data Sheet for BPLA-F MTBE | | Exxon Chemical | Exxon Company USA | 4 |
| hEWARNINGS-008544 | hEWARNINGS-008548 | 1/25/1993 | Material Safety Data Sheet - MTBE | | Exxon Chemical | | 5 |
| hEWARNINGS-008549 | hEWARNINGS-008553 | 1/25/1993 | Material Safety Data Sheet - BPLA-F MTBE | | Exxon Chemical | | 5 |
| hEWARNINGS-008554 | hEWARNINGS-008558 | 3/1/1995 | Material Safety Data Sheet - MTBE | | Exxon Chemical | | 5 |
| hEWARNINGS-008559 | hEWARNINGS-008564 | 3/21/1998 | Material Safety Data Sheet for MTBE | | Exxon Chemical | | 6 |
| hEWARNINGS-008572 | hEWARNINGS-008594 | 9/22/1980 | Distributor Underground Tank Maintenance Brochure | Letter | Tom | J.S. Olsen, J.J. Pappas, C.B. Raglin, W.C. Stewart | 23 |
| hEWARNINGS-008664 | hEWARNINGS-008681 | Feb-97 | Environmental Alert Newsletter | | Exxon Co. | | 18 |
| hEWARNINGS-008979 | hEWARNINGS-009125 | 8/4/1993 | Environmental Safety and Health for Retailers | | | Mike McClurg | 147 |
| hEWARNINGS-009126 | hEWARNINGS-009354 | 1990 | Introduction to Environmental Awareness and Occupational Health for Retailers (Texas) | | Exxon Co. | | 229 |
| hEWARNINGS-009542 | hEWARNINGS-009543 | 1/2/1985 | Distribution Effects of MTBE in Unleaded Motor Fuels Transported by Exxon's Texas Products Pipeline System | Memo | J. S. Olsen | J. M. Olsen | 2 |
| XOM-MT01026-000316 | XOM-MT01026-000321 | 3/26/1984 | Alcohol in Gasoline | Memo with attachments | M.V. Barb | C.B. Hood | 6 |
| XOM-MT01026-000367 | XOM-MT01026-000372 | 8/22/1988 | API Response to John Dingell's Recent Letter to Red. Durbin regarding Ethanol Mandates | Letter | Charles J. DiBona, President, American Petroleum Institute | Hon. John D. Dingell | 6 |
| XOM-MT0001387 | XOM-MT01026-001300 | 3/16/1984 | Morgan's Draft of Oxygenate Study | Memo | J. A. Jones | C.E. Baxter, C. G. Davis, C. B. Hood, C. R. Morgan, R. C. Parker, D. M. Sherman, . T. Shore, J. A. Wadley, K. D. Weaver | 86 |
| XOM-MT00925-001537 | XOM-MT00925-001738 | Aug-88 | CRC Hot-Start and Driveaway Driveability Program at High and Intermediate Temperatures Using Gasoline-Alcohol Blends | | Coordinated Research Council, Inc. | | 202 |
| XOM-MT01038-001084 | XOM-MT01038-001088 | 5/31/1988 | Outline of Mobil's Concern with an Oxygenated Fuels Program in Arizona | Memo | R. H. Boeke | M. A. Moskowirtz | 5 |
| XOM-MT00942-001060 | XOM-MT00942-001063 | 6/28/1989 | MTBE Study Discussion Points | | | | 4 |
| XOM-MT00943-000167 | XOM-MT00943-000168 | 12/11/1987 | MTBE Product Safety Review | Letter | C.B. Hood | J.A. Burke | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MT00962-000221 | XOM-MT00962-000230 | 8/1/1985 | MTBE and Toluene Octane Blending Study | Memo with attachment | C.B. Hood | J.H. Medley | 10 |
| XOM-MT00962-002063 | XOM-MT00962-002072 | 9/8/1986 | Octane Strategy Update | Memo with attachment | R.J. Kruep | H.R. Cramer, J.H. Maness, W.D Manz, M.A. Moskowitz, | 10 |
| XOM-MT00933-001227 | XOM-MT00933-001307 | | Collection of Articles: Including Big Subsidy, Bug Surplus; Market for US Corn; Ethanol-blended fuel helps farmers, drivers; Louisiana, EPA and the Clean Air Act | | | | 82 |
| XOM-MT00958-000504 | XOM-MY00958-000512 | 7/25/1988 | API Oxygenates Research | | | | 9 |
| XOM-MT00974-001640 | XOM-MT00974-001646 | 5/29/1994 | Ford's position regarding methanol-gasoline blends; as discussed by Roberta Nichols at the DAP-API in Detroit on 4/18/84; Memo on "Safety Concerns with Fuel methanol" (Ford) | Letter | C.B. Hood | F.B. Fitch, S.S. Hetrick, C.R. Morgan, W.L. Wascher | 7 |
| XOM-MT00961-000030 | XOM-MT00961-000031 | 1/15/1992 | Memo Forwarding Summaries Why Oxygenated Fuel Mandates are not in the National Interest | Memo | Charles E. Sandler | General Committee on Federal Relations | 2 |
| | | 1/24/1987 | Summary of the American Petroleum Institute's Statement for the Record on Oxygenated Fuels, House Energy and Commerce Subcommittee on Energy and Power | | | | 1 |
| XOM-MT01712-002104 | XOM-MT01712-002105 | 11/15/1993 | TSCA Section 8(d) Health and Safety Reporting Final Report Submission MTBE: Bone Marrow Micronucleus Test in Mice | Letter | John Kneiss | Office of Polution Prevention and Toxics | 2 |
| XOM-MT021688-000670 | XOM-MT02188-000668 | 1/3/1986 | MTBE Exchange Approval Letter | Memo | D.H. Creps | J.R. Chenoweth, A.L. Decker, B.S. Markham, G.N. Shah, C.W. Shields, J.L. Short, D.R. Valvo | 3 |
| XOM-MT01732-001253 | XOM-MT01732-001253 | 12/27/1984 | Status of Gaining Approval to Use MTBE In Gasoline | Letter | M.W. Sprigg | J.G. Handy | 1 |
| EX1 010898 | EX1 010898 | 6/13/1985 | MTBE in Baytown Motor Gasoline | Memo | J.D. Lund | D.H. Lowe | 1 |
| XOM-MT01732-002477 | XOM-MT01732-002489 | 12/17/1986 | Minutes for the Public Focus Meeting | | | | 13 |
| EX1 018034 | EX1 018035 | 1/29/1980 | Meeting to Discuss MTBE | Memo | D.H. Lowe | J.G. Handy | 2 |
| XOM-MT02062-002237 | XOM-MT02062-002243 | 1/29/1980 | Draft Rationale and Program for Human and Environmental Health Effects of the Gasoline Additive of Methyl-t-Butyl ether | | | | 7 |
| XOM-MT02062-002244 | XOM-MT020062-002248 | 10/17/1983 | P/E Motor Gasoline Gulf Oil Corporation Oxygenate Useage File 205.0708 205.1000 (Gulf Oil) | Letter | Jack E. Spell | Mr. J. B. Sallman, Jr. | 5 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MT02062-022249 | XOM-MT02062-022260 | 11/14/1983 | MTBE Useage in Motor Gasoline -- Re: Southwest Research Institute competitive gasoline testing results | Letter | J. E. Spell | J. S. Trout | 12 |
| XOM-MT01694-001482 | XOM-MT01694-001483 | 4/4/1984 | MTBE Toxicity | Letter | R.W. Powell | P.S. Shah | 2 |
|  |  | 2/15/1989 | Study Plan for Inhalation Reproduction and Fertility Effects, MTBE Testing Consent Order | Letter | John Kneiss | Office of Pesticides and Toxic Substances, U.S. EPA | 1 |
|  |  | 5/18/1989 | EPA Submittal- In-Vivo Cytogenetics Final Report | Letter | John Kneiss, Manager, MTBE Task Force | MTBE Task Force, MTBE Toxicology Committee | 1 |
| XOM-MT01698-000078 | XOM-MT01698-000103 | 3/11/1981 | American Petroleum Institute Medicine and Biological Science Department Toxicology Committee Meeting |  |  |  | 26 |
|  |  | 5/30/1989 | Background on MTBE Submittal |  | Jim Zboray | John | 9 |
| GANZ-00474 | GANZ-00475 | 4/14/1987 | Evaluation of MTBE/TAME Component Stream | Letter | R.C. Luckner | P.G. Ham | 2 |
| EBSI-Supp-Index-000089 | EBSI-Supp-Index-000092 | 9/25/1991 | TSCA Chemical Testing; Receipt of Test Data | article |  |  | 4 |
| BILES-001141 | BILES-001142 | 9/10/1996 | Letter Forwarding Material Safety Data Sheet for Products Delivered | Letter | Robert Biles |  | 2 |
| BILES-001147 | BILES-001149 | 9/9/1996 | Updated material safety data sheets | Letter | Robert Biles, PhD of Exxon Company USA | Customers | 3 |
| BILES-001150 | BILES-001161 | 10/8/1987 | How to Read an Exxon Material Safety Data Sheet (MSDS) | Report |  |  | 12 |
| BILES-001208 | BILES-001217 | 3/27/1996 | MTBE Papers | Memo | Creg Smith, American petroleum Institute | Pattie Aho, Jim Benton, Tom Fitzpatrick, Frank ivnan; GCSR N.E. Air/Fuels Task Force | 10 |
| BILES-001218 | BILES-001221 | 10/24/1995 | MTBE Holding Statement developed by Woodward-McDoweel; CARB Phase 2 RFG program | email | R.A. Mentzer | R.W. Biles, W.D. Dermott, V.M. Durgan, CA Faitbrother, CA Goldberg, BA Tackett, WE Tanner, JW Taunton, KS Tyrone, AB Zustovich | 4 |
| BILES-001224 | BILES-001224 |  | 33126-00 Mobil Regular Unleaded Gasoline Material Safety Data Bulletin |  |  |  | 1 |
| BILES-001395 | BILES-001395 |  | Current Testing Status -- Chart comparing MTBE, TAME, ETBE, and Ethanol |  |  |  | 1 |
| BILES-001404 | BILES-001404 | 1/13/1995 | MTBE Manuscripts | Letter | Wayne C. Daughtrey | R.W. Biles, T.R. Eizember, C.A. Fairbrother | 1 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| BILES-001426 | BILES-001455 | | Pharmacokinetics and Disposition of Methyl t-Butyl Ether in Fischer-344 Rats | | Mary Jo Miller, Eckhardt S. Ferdinandi; Mark Klan, Larry S. Andrews, J. Fielding Douglas and John J. Kneiss | | 30 |
| BILES-001456 | BILES-001480 | | Evaluation of 13 Week Inhalation Toxicity Study on Methyl T-Butyl Ether (MTBE) in Fischer 344 Rats | | A.W. Lington, D.E. Dodd, S.A. Ridlon, J.F. Douglas, J.J. Kneiss, and L.S. Andrews | | 25 |
| BILES-001481 | BILES-001506 | | Neurotoxicologic Evaluation of Methyl Tertiary Butyl Ether in Rats | | Wayne C. Daughtrey, Michael W. Gill, Irvin M. Pritts, J. Fielding Douglas, John J. Kneiss, and Larry S. Andrews | | 26 |
| BILES-001507 | BILES-001537 | | Developmental Toxicity Evaluation of Methyl Tertiary-Butyl Ether (MTBE) by Inhalation in Mice and Rabbits | | C. Bevan, R.W. Tyl, T.L. Neeper-Bradley, L.C. Fisher, R.D. Panson, J.F. Douglas, and L.S. Andrews | | 31 |
| BILES-001538 | BILES-001561 | | Two-Generation Reproductive Toxicity Study of Methyl Tertiary-Butyl Ether (MTBE) in Rats | | C. Bevant, T.L. Neeper-Bradley, R.W. Tyl, L.C. Fisher, R.D. Panson, J.J. Kneiss, L.S. Andrews | | 24 |
| BILES-001562 | BILES-001602 | | Oncogenicity Studies of Inhaled Methyl Tertiary-Butyl Ether (MTBE) in CD-1 Mice and F-344 Rats | | M.G. Bird, H.D. Burleigh-Flayer, J.S. Chun, J.F. Douglas, J.J. Kneiss, and L.S. Andrews | | 41 |
| BILES-001636 | BILES-001645 | | Health Effects of MTBE Among New Jersey Garage Workers | | Sandra N. Mohr, Nancy Fielder, Clifford Weisel, Kathie Kelly-McNeil | | 10 |
| BILES-001646 | BILES-001652 | | Estimation of Respiratory Irritancy from Inhaled Methyl Tertiary Butyl Ether in Mice | | Jeffrey S. Tepper, Mettle C. Jackson, John K. McGee, DL Costa, JA Graham | | 7 |
| BILES-001653 | BILES-001678 | Apr-97 | The Health Hazards and Exposures Associated with Gasoline Containing MTBE | | . McKee, M. Molyneux, B. J. Simpson | | 26 |
| BILES-001679 | BILES-001680 | 2/10/1995 | Publications on MTBE Health Effects | Memo | Wayne Daughtrey | R. W. Biles, C. A. Fairbrother | 2 |
| BILES-001700 | BILES-001713 | | Response of Sensitive Groups to MTBE | | Nancy Fiedler, Sandra N. Mohr, Kathie Kelly-McNeil, Howard M. Kipen | | 14 |
| BILES-001731 | BILES-001732 | 4/30/1997 | Letter forwarding documents on MTBE prepared by the California EPA | Letter | Wayne Daughtrey | R. W. Biles, C. A. Fairbrother | 2 |