# Exhibit 7



Supplemental Expert Report of Anthony Brown
New Jersey MTBE Litigation
August 2017

**APPENDIX B.5    SITE SUMMARY ADDENDUM ID# 8857 – EXXON SERVICE STATION #31310**



245 Fischer Avenue, Suite D-2
Costa Mesa, CA 92626
Tel. +1.714.770.8040
Web:  www.aquilogic.com

# SITE SUMMARY ADDENDUM
## ID# 8857 - EXXON SERVICE STATION #31310
### Livingston Township, New Jersey

Prepared on behalf of:

New Jersey Department of Environmental Protection (NJDEP)

The Commissioner of the NJDEP

The Administrator of the New Jersey Spill Compensation Fund

For:

The Office of the Attorney General of New Jersey

and

Miller & Axline

The Law Office of John K. Dema

Berger & Montague

Cohn Lifland Pearlman Herrmann & Knopf

Project No.: 003-01

August 2017



Site Summary Addendum
ID# 8857 - Exxon Service Station #31310
August 2017

## TABLE OF CONTENTS

1.0     INTRODUCTION ........................................................................... 1

2.0     CHRONOLOGY OF POST-2010 CHARACTERIZATION AND
REMEDIAL ACTION ................................................................................ 2

3.0     HYDROGEOLOGIC SETTING ................................................. 8

4.0     CURRENT CONTAMINANT CONDITIONS .................. 11

4.1     Soil11

4.2     LNAPL .................................................................................. 12

4.3     Groundwater ....................................................................... 12

    4.3.1     Unconsolidated Sediments ................................................. 13

    4.3.2     Bedrock Aquifer ............................................................. 13

    4.3.3     Receptor Wells ............................................................. 15

5.0     REMEDIATION ............................................................. 17

6.0     DATA GAPS ................................................................... 19

7.0     KEY OPINIONS ............................................................. 23

7.1     January 2013 .............................................................. 23

7.2     August 2017 .............................................................. 24

8.0     REFERENCES ............................................................... 27



## LIST OF TABLES

1   Well Construction Details
2   Summary of Depth to Water (By Well)
3   Regional Supply Well Analytical Results Summary
4   Summary of Key Site Data

## LIST OF FIGURES

1   Site Plan
2   Site Cross Section
   a   Cross Section A-A'
   b   Cross Section B-B'
3   Groundwater Elevations
   a   Unconsolidated Sediments
   b   Bedrock Aquifer
4   Most Recent Analytical Results: MTBE in Groundwater
   a   Unconsolidated Sediments
   b   Bedrock Aquifer
5   Most Recent Analytical Results: TBA in Groundwater
   a   Unconsolidated Sediments
   b   Bedrock Aquifer
6   Chronology of Investigation and Remediation/Restoration Activities

## LIST OF APPENDICES

A   Groundwater Analytical Results (By Well)
B   Groundwater Analytical Results (By Date)
C   Time-Series Hydrographs
D   Soil Data Tables
E   Groundwater Contour Maps



## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AG | Attorney General |
| AMSL | above mean sea level |
| bgs | below ground surface |
| BTEX | benzene, toluene, ethyl benzene, and total xylenes |
| COCs | chemicals of concern |
| GWP&T | groundwater pump and treat |
| IGWSCC | Impact to Groundwater Soil Cleanup Criterion |
| LNAPL | light non-aqueous phase liquid |
| µg/L | micrograms per liter |
| mg/kg | milligrams per kilogram |
| MTBE | methyl tertiary butyl ether |
| NJ | New Jersey |
| NJDEP | New Jersey Department of Environmental Protection |
| NJGS | New Jersey Geological Survey |
| PSW | Public Supply Well |
| SVE | soil vapor extraction |
| TBA | tert-butyl alcohol |
| TPH | total petroleum hydrocarbons |
| TPHg | total petroleum hydrocarbons gasoline |
| USGS | United States Geological Survey |
| UST | underground storage tank |
| VOCs | volatile organic compounds |
| WSW | water supply well |



## 1.0   INTRODUCTION

The New Jersey (NJ) Attorney General (AG) filed a lawsuit on behalf of the NJ Department of Environmental Protection (NJDEP), Commissioner of NJDEP, and Administrator of the NJ Spill Compensation Fund (collectively the Plaintiffs) against various oil and chemical companies (collectively the Defendants) considered responsible for the contamination of water resources by methyl tertiary butyl ether (MTBE).  The AG retained the following outside counsel to support the AG in this ligation:  Miller Axline; the Law Offices of John K. Dema; Cohn Lifland Pearlman Herrmann & Knopf; and Berger & Montague (collectively referred to herein as Plaintiffs' counsel).  Plaintiffs' counsel retained aquilogic, Inc. (**aquilogic**) to provide technical consulting in support of the litigation and provide expert testimony at deposition and trial.

Contamination by MTBE and/or tert-butyl alcohol (TBA) has been detected at thousands of facilities throughout the State.  A finite number of "trial sites" were selected by the Defendants and Plaintiffs to be the subject of the first phase of litigation in this matter.  The trial sites initially included 20 facilities and defined areas in the immediate vicinity of the facilities where contamination is, or may be, present.  The # 8857 Exxon Service Station #31310 (Site) is one of the trial sites (**Figure 1**).

In January 2013, **aquilogic** (2013a) prepared a Revised Site Summary Report that presented the environmental Site history, hydrogeologic setting, contaminant conditions, remediation summary, data gap summary, and key expert opinions for data available as of 2011.  The 2017 Site Summary Addendum includes an update to the 2013 Revised Site Summary report based on a review of environmental documentation prepared by others between 2012 and 2015.



## 2.0   CHRONOLOGY OF POST-2010 CHARACTERIZATION AND REMEDIAL ACTION

| Date/Period | Activity |
|---|---|
| October 2010 | Off-site bedrock groundwater monitoring well MW-18D was installed (Kleinfelder, 2012; NJDEP-03117-012389). This was installed as an "extraction well" but there is no indication that it was ever connected to the Groundwater Pump & Treat (GWP&T) system. |
| April-May 2011 | GWP&T system expansion and upgrade activities were completed. The GWP&T system was restarted with extraction from MW-10D, MW-10R, MW-11D, and MW-11R (Kleinfelder, 2012; NJDEP-0301117-012390). |
| October 14-18, 2011 | Soil samples were collected adjacent to the former bay drains (DB-1 through DB-3), former oil-water separator (OWS-1), and vent line associated with the former waste oil underground storage tank (UST) (WOV-1). Two soil borings (SB-47 and SB-48) were advanced proximal to previous soil borings SB-40 and SB-41 (Kleinfelder, 2012; NJDEP-0301117-012390). Two borings (SB-50 and SB-51) were advanced in the area where approximately 100 to 200 gallons of partially treated water associated with the GWP&T system had been spilled (Kleinfelder, 2012; NJDEP-0301117-012398 and -012407). Benzene, MTBE, and TBA were not detected above their laboratory reporting limits in soil samples collected from the four borings (Kleinfelder, 2012; NJDEP-0301117-012417 to -012418). |
| February 16-17, 2012 | Soil sampling was conducted in the area of the former oil-water separator, previously sampled in October 2011. Soil borings SB-47 and SB-48, which were started in October 2011, were extended to greater depths and sampled (Kleinfelder, 2012; NJDEP-0301117-012390). Additional soil samples were also collected from the former bay drains, former oil-water separator, and vent line associated with the former waste oil UST to delineate impacts detected in soil samples collected from around the former oil-water separator in October 2011 (Kleinfelder, 2012; NJDEP-0301117-012395). Benzene was detected at an estimated concentration of 0.001J milligrams per kilogram (mg/kg) in sample "DB-2 (1.25-1.75)". Benzene, MTBE, and TBA were not detected above their laboratory reporting limits in the remaining samples (Kleinfelder, 2012; NJDEP-0301117-012418). |
| July 2012 | The potable well at 19 South Livingston Avenue was sampled. The samples were analyzed for volatile organic compounds (VOCs). An estimated MTBE concentration of 0.083 micrograms per liter (µg/L) was detected (Kleinfelder, 2012; NJDEP-0301117-012390). |
| March 7-28, 2013 | One 12,000-gallon gasoline UST, one 8,000-gallon gasoline UST, one 10,000-gallon gasoline UST, one 1,000-gallon heating oil UST, |



| | |
|---|---|
| | gasoline dispensers, and associated piping were removed from the Site.  Approximately 483.81 tons of mixed soil and pea gravel were excavated and removed for off-site disposal (Kleinfelder, 2014a; NJDEP-0301117-014499).  Other than one sidewall sample, all other post-excavation soil samples were collected from the bottom of the excavations (Kleinfelder, 2014a; NJDEP-0301117-014491 through -014494 and -014517).  Benzene was detected in sample SSW-01C at an estimated concentration of 0.0220J mg/kg.  Benzene, MTBE, and TBA were not detected above their laboratory reporting limits in the remaining samples (Kleinfelder, 2014a; NJDEP-0301117-014570 to -014578). |
| March 2013 | Three soil vapor extraction (SVE) extraction wells (SVE-1, SVE-2, and SVE-3) were installed at the Site in the vicinity of the UST field to depths ranging from 20 to 25 feet below ground surface (bgs) (Kleinfelder, 2014a; NJDEP-0301117-014485 and -014728 to -014730). |
| April 2013 | Well SVE-2 was connected to the existing on-site remedial treatment system (Kleinfelder, 2014b; NJDEP-0301117-015891). |
| May 6, 2013 | Light non-aqueous phase liquid (LNAPL) was detected at a reported thickness of 4.29 feet in SVE-2. LNAPL was recovered from SVE-2 via a vacuum truck (Kleinfelder, 2014b; NJDEP-0301117-015891 to -015893). |
| May-July 2013 | Six vacuum extraction events were conducted to remove LNAPL at well SVE-2. A total of 445 gallons of groundwater and LNAPL were recovered during these six events (Kleinfelder, 2014b; NJDEP-0301117-015893). |
| October 2013 | A top loading passive recovery bailer was placed in well SVE-2 (Kleinfelder, 2014b; NJDEP-0301117-015893). |
| October-December 2013 | LNAPL that accumulated in the passive recovery bailer in well SVE-2 was emptied into the on-site GWP&T system on four occasions (Kleinfelder, 2014b; NJDEP-0301117-015893). |
| March 20, 2014 | LNAPL was detected at a thickness of 1.09 feet in well MW-8 (Kleinfelder, 2016c; XOM-NJDEP-REM-1079570). |
| April 2, 2014 | A vacuum extraction event was conducted to remove LNAPL at well MW-8.  A total of 75 gallons of groundwater and LNAPL were recovered (Kleinfelder, 2014b; NJDEP-0301117-015893). |
| September 2014-March 2015 | Off-site down-gradient boring MW-19D4 was drilled to a depth of 225 feet bgs using air rotary drilling (Kleinfelder, 2015d; XOM-NJDEP-REM-31310-1063176 to -1063180).  In addition, the interval from approximately 160 to 225 feet bgs was geophysically logged in March 2015 using an optical televiewer, acoustic televiewer, acoustic caliper, fluid temperature probe, fluid conductivity probe, and heat pulse flow meter (under both, ambient and pumping condition) (Hager-Richter, 2015a; XOM-NJDEP-REM-31310-1064965 to -1064970)  The principal findings based on the well installation and the geophysical survey were as follows:<br>• Overburden material consisting of interbedded silt with gravel, |



silty sand, and sand extended to 55 feet bgs (Kleinfelder, 2015d; XOM-NJDEP-REM-31310-1063176 to -1063180).

- Bedrock consisting of siltstone and red shale was logged from 55 to 225 feet bgs (the total depth explored) (Kleinfelder, 2015d; XOM-NJDEP-REM-31310-1063176 to -1063180).

- Bedding dips 12.57 degrees at an azimuth of 286.07 (or strikes N16.07 degree E; dips 12.57 degrees W) (Hager-Richter, 2015a; XOM-NJDEP-REM-31310-1064967 to -1064970).

- Two principal sets of fractures were identified; one subparallel to bedding with a second set sub-perpendicular to the first set, striking northward and typically dipping between 73 and 78 degrees eastward with some dipping steeply to the northwest (Hager-Richter, 2015a; XOM-NJDEP-REM-31310-1064967 to -1064970).

- The geophysical data identified three intervals (160 to 161, 172.5 to 177.5 and 220 to 225 feet bgs) that may produce water and/or provide a preferential pathway for groundwater/ contaminant flow (Hager-Richter, 2015a; XOM-NJDEP-REM-31310-1064965 to -1064966).

Packer testing samples were collected by isolating the following intervals; 155 to 161, 164.5 to 170.5, 170 to 180, 171 to 177, 180.5 to 183, 183 to 193, 204 to 214, and 216 to 224 feet bgs.  MTBE and TBA were detected at each of these intervals.  The maximum MTBE concentration was 22.5 μg/L detected in the 171 to 177 feet bgs interval and the maximum TBA concentration was 468 μg/L detected in the 164.5 to 170.5 feet bgs interval (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079586 TO -1079587).

A blank FLUTe™ liner was installed in the hole pending final design and installation of a discrete depth multi-level groundwater sampling system (Kleinfelder, 2015c; XOM-NJDEP-REM-31310-1064958).

| April 7-24, 2015 | Off-site down-gradient boring MW-20D4 was drilled to a depth of 225 feet bgs using air rotary drilling (Kleinfelder, 2015e; XOM-NJDEP-REM-31310-1063181 to -1063185).  In addition, the open hole interval from approximately 154 to 225 feet bgs was geophysically logged using an optical televiewer, acoustic televiewer, acoustic caliper, fluid temperature probe, fluid conductivity probe, and heat pulse flow meter (under both, ambient and purging condition) (Hager-Richter, 2015b;  XOM-NJDEP-REM-31310-1062988 to -1062997). The principal findings based on the well installation and the geophysical survey were as follows: |

- Overburden material consisting of interbedded silty sand and sand extended to 30 feet bgs.  Bedrock consisting of interbedded sandstone and shale was logged from 30 to 225 feet bgs (the total depth explored) (Kleinfelder, 2015e; XOM-NJDEP-REM-31310-1063181 to -1063185).

- Because of the lack of clarity in the borehole, the geophysical consultant was unable to determine the strike and dip of



bedding.  Two principal sets of fractures were identified; one subparallel to bedding with a second set  sub-perpendicular to the first set, striking north-northeast and typically dipping steeply to the east-southeast with some dipping steeply to the northwest.  It was noted that the dip of the second fracture set varies between 45 and 81 degrees (Hager-Richter, 2015b; XOM-NJDEP-REM-31310-1062988 to -1062997).

- Three intervals (i.e. 153.5 to 155, 161.5 to 164, and 203.5 to 207 feet bgs) were identified by the consultant that may produce water and/or provide a preferential pathway for groundwater/ contaminant flow (Hager-Richter, 2015b; XOM-NJDEP-REM-31310-1062988 to -1062997).

Packer testing samples were collected by isolating the following intervals: 147 to 157, 158 to 168, 199 to 209, and 211 to 224 feet bgs.  MTBE was detected in the two shallower intervals at concentrations ranging between 1.8 and 2.1 µg/L.  TBA was detected in the two shallower intervals at concentrations ranging between 15.3 and 25.1 µg/L (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079587).

A blank FLUTe$^{TM}$ liner was installed in the hole pending final design and installation of a discrete depth multi-level groundwater sampling system (Kleinfelder, 2015c; XOM-NJDEP-REM-31310-1064958).

| | |
|---|---|
| September 29-October 7, 2015 | Off-site well MW-21D3 was drilled to a total depth of 140 feet bgs using air rotary drilling (Kleinfelder, 2015g; XOM-NJDEP-REM-31310-1064266 to -10644269).  The well was completed in bedrock as an open hole from 115 to 140 feet bgs.  The principal findings were as follows:<br><br>- The overburden consisting primarily of silty sand extended to 22 feet bgs and bedrock described as reddish or gray shale was logged from 22 to 140 feet bgs. |
| May 24-June 10, 2016 | Off-site down-gradient boring MW-22D5 was drilled to a depth of 368 feet bgs using air rotary drilling (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079327).  In addition, the open hole interval from approximately 59 to 368 feet bgs was geophysically logged using an optical televiewer, acoustic televiewer, acoustic caliper, fluid temperature probe, fluid conductivity probe, and heat pulse flow meter (under both ambient and purging condition) (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079344 to -1079346).  The principal findings based on the well installation and the geophysical survey were as follows:<br><br>- Overburden material consisting of interbedded silty sand and sand extended to 50 feet bgs.  Bedrock consisting primarily of red shale with few interbeds of gray shale was logged from 50 to 368 feet bgs (the total depth explored) (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079332 to -1079336).<br><br>- Bedding dips 11.14 degrees at an azimuth of 276.61 (or strikes N6.61 degree E; dips 11.14 degrees W).  Two principal sets of |



| | fractures were identified; one subparallel to bedding with a second set sub-perpendicular to the first set, striking northward and typically dipping approximately 75 degrees to the east.  It was noted that the dip of the second fracture set varies between 60 and 85 degrees (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079347 to -1079361). |
|---|---|
| | • Nine intervals (i.e. 82 to 88, 132 to 147, 160 to 172, 238 to 246, 264 to 268, 277 to 283, 295 to 305, 337 to 341, and 366 to 368 feet bgs) were identified that may produce water and/or provide a preferential pathway for groundwater/contaminant flow (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079344 to -1079346). |
| | A blank FLUTeTM liner was installed in the hole pending final design and installation of a discrete depth multi-level groundwater sampling system (Kleinfelder, 2016b; XOM-NJDEP-REM-31310-1079328). |
| November 2015-July 2016 | MW-21D3 was sampled on three occasions between November 2015 and July 2016.  MTBE was detected each time with a maximum concentration of 2.5 µg/L in July 2015.  TBA was not detected above the laboratory reporting limit.  Toluene and xylenes were also detected (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079587). |
| August 2015-September 2016 | MW-20D4 was completed with a multi-level groundwater sampling system consisting of five discrete depth sampling intervals between 153 and 224.5 feet bgs.  These intervals were sampled on five occasions between August 2015 and September 2016.  MTBE was detected each time and TBA four out of five times in the two shallow intervals only (153 to 155 and 161 to 164 feet bgs).  The maximum MTBE detection was 21.1 µg/L in a sample collected from 153 to 155 feet bgs in March 2016.  The maximum TBA concentration was 158 µg/L in a sample collected from 161 to 164 feet bgs in July 2016. MTBE and TBA were not detected above the laboratory reporting limits in the deeper sampling intervals.  Groundwater elevation data from March 2016 indicates a downward gradient prevails between 161 to 199 feet bgs (the remaining depths are neutral) (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079587). |
| September 2016 | MW-22D5 was completed with a multi-level groundwater sampling system consisting of eight discrete-depth sampling intervals between 205 and 368 feet bgs.  MTBE was detected in six of the eight depths with a maximum concentration of 3.6 µg/L in the zone screened from 335 to 345 feet bgs.  Samples from the deepest interval (366 to 368 feet bgs) contained MTBE at 3.1 µg/L.  TBA was detected in samples from the three lower intervals at estimated concentrations ranging from 7.5J to 8.4J µg/L (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079588).  No explanation was offered as to why some of the shallower fracture zones (i.e. 82 to 87, 132 to 146, and 160 to 172 feet bgs) identified by the geophysical logs were not screened. Groundwater elevation data for this location was not available for review. |



| August 2015-December 2016 | MW-19D4 was completed with a multi-level groundwater sampling system consisting of six discrete-depth sampling intervals between 159 and 222 feet bgs.  This well was sampled on six occasions between August 2015 and December 2016.  MTBE and TBA were detected each time and at every sampling interval.  The maximum MTBE concentration was 78.9 µg/L in a sample collected on September 2016 from 219 to 222 feet bgs, the deepest sampling interval at that location.  TBA was detected at a maximum concentration of 212 µg/L in a sample collected in March 2016 from 185 to 188 feet bgs.  Groundwater elevation data from March 2016 indicates that vertical gradient is upwards between 159 and 177 feet and downwards between 177 and 222 feet bgs  (Kleinfelder, Kleinfelder, 2016c; XOM-NJDEP-REM-1079586 to XOM-NJDEP-REM-1079586 to -1079587). |



# 3.0   HYDROGEOLOGIC SETTING

The hydro-stratigraphy beneath the Site consists of unconsolidated silt and fine sand grading to coarse sand to an approximate depth of 30 feet bgs and then coarse sands and gravels to bedrock at approximately 45 feet bgs.  Underlying these unconsolidated sediments are the interbedded gray and red to reddish-brown siltstone and shale of the Towaco Formation. Bedrock topography in the vicinity of the Site is irregular with the top-of-bedrock elevation ranging from approximately 300 to 250 feet above mean sea level (AMSL).  Vertical fractures and partings along bedding planes have been reported in bedrock (Drake et al., 1996).  The United States Geological Survey (USGS) bedrock geology map for Essex and Morris Counties shows the nearest measured attitude of the Towaco Formation being a ¼ mile to the west with a strike of N14E and dip of 7 degrees to the northwest with the mean strike of the sedimentary bedding in these counties reported as N19E (Volkert, 2006) with a dip between 7 and 12 degrees (Drake et al., 1996).

Site boring logs indicate that no aquiclude is present between the unconsolidated sediments and the bedrock allowing for the vertical migration of contaminants in groundwater from the unconsolidated sediments into lower bedrock units.

For the purposes of this report, the wells associated with this Site have been grouped based on specific characteristics.  Unconfined groundwater is present in the unconsolidated sediments and wells screened within these sediments are designated as "Unconsolidated Wells".  Wells screened within the siltstone/shale bedrock are designated "Bedrock Wells". The Bedrock Wells are then divided into groups that intersect the same general bedding planes stratigraphically. This division of wells is based on the premise that the Brunswick Aquifer primarily has secondary porosity with the majority of the fractures and joints providing the principal passages for groundwater flow and occurrence (Sloto et. al., 1995), that fractures and partings occur along bedding planes (Drake et al., 1996), and "*Ground water occurs along bedding surfaces, joints*…" (New Jersey Geological Survey [NJGS], 1990).  Refer to **aquilogic**'s 2013 Revised Site Summary report for a more detailed discussion of the hydrogeologic setting.

The hydro-stratigraphic zones in bedrock beneath the Site have been assigned the following names from shallowest to deepest:  Zone Z, Zone A, Zone B, Zone C, and Zone D.  Zones A through D are generally of uniform thickness and follow the northwesterly dip of the bedrock that ranges from 7 to 12 degrees (**Figures 2a** and **2b**).  To the northwest of the Site, Zone Z exists above Zone A.  Zone Z varies in thickness from 5 to 225 feet. Zone A is approximately 10 feet in thickness.  Zones B and C are each approximately 25 feet in thickness.  Zone D is the deepest interval investigated and ranges in thickness from 20 to 30 feet.  It should be noted that some wells within the same zone have differing screen intervals because the bedrock is dipping. Those wells that extend through the boundaries of two zones and extend greater than 5 feet



into both zones have been designated as dual-zoned (e.g. Zone B/C), accordingly.  Zone designations for each well are listed in **Table 1**.  The depth to groundwater and groundwater elevations for each monitoring well are presented in **Table 2**.

#### New Hydrogeologic Data (post 2010)

No new wells have been installed in the unconsolidated sediments since 2010.  Groundwater flow in the unconsolidated sediments is generally to the southwest (**aquilogic**, 2013a), but between December 2014 and October 2015 flow was reported to the west-northwest (**Appendix E**  to this report or Kleinfelder, 2015a; XOM-NJDEP-REM-31310-1064735; Kleinfelder 2015b; XOM-NJDEP-REM-31310-1063004; Kleinfelder 2015f;  XOM-NJDEP-REM-31310-1063005; Kleinfelder, 2015h; XOM-NJDEP-REM-31310-1063006).  The most recent (July/December 2016) groundwater elevation measurements recorded for the unconsolidated sediments are presented on **Figure 3a**.  **Appendix E** includes groundwater potentiometric maps produced by Exxon's consultant for monitoring events between February 2013 and March 2016.

The new off-site Bedrock Wells (MW-18D, MW-19D4, MW-20D4, MW-21D3, and MW-22D5), installed since the Revised Site Summary report (**aquilogic**, 2013a), have improved but not significantly changed our understanding of the hydrogeologic conditions in the area of the Site. Data from downhole geophysical testing at wells MW-19D4, MW-20D4, and MW-22D5 generally confirm that fracture flow occurs principally along partings/fractures subparallel to bedding as well as along high angle fractures sub-perpendicular to bedding.  The most recent (July/December 2016) groundwater elevation measurements recorded for the Bedrock Aquifer are presented on **Figure 3b**.  **Appendix E** includes groundwater potentiometric maps produced by Exxon's consultant for monitoring events between February 2013 and March 2016.

At MW-19D4 bedding strikes N16E and dips approximately 12.57 degrees west while at MW-22D5 bedding was recorded as striking N6E and dipping approximately 11.14 degrees west. At these locations the high-angle fractures typically strike north (+/- 10 degrees) while dipping 70 to 78 degrees to the east.  Similar fractures sets were observed at MW-20D4; however, because of lack of clarity in the boring, it was not possible to visually distinguish bedding planes. Packer aquifer testing was apparently performed at some of the new wells; however, the only data made available were printouts of transducer data without contextual detail.  Due to the incomplete packer aquifer testing data available for review, it was not possible to properly evaluate this data.

Data from the multi-level sampling systems installed in these borings confirmed that preferential flow occurs in the intervals identified by downhole geophysical logging. Groundwater samples were also collected from other depth intervals (i.e. 169 to 171 feet bgs at MW-19D4 and 248 to 255 feet bgs at MW-22D5) indicating that groundwater flow is not restricted to the zones originally identified by the geophysical data.



Cross-section A-A' from **aquilogic**'s (2013a) Revised Site Summary Report was updated and extended to Livingston public supply well (PSW) #11 using data from the new off-site wells (**Figure 2a**). Cross-section B-B' was updated to be consistent with data from the new off-site wells and reflect the generally consistent bedrock hydrogeologic zone thicknesses throughout the Site area (**Figure 2b**).

Groundwater flow in bedrock is difficult to evaluate because time-contemporaneous water level data have not been collected.  However, groundwater flow can be inferred based on the distribution of MTBE and TBA in groundwater.  This indicates that groundwater flow follows a complex path westward along bedding partings, and north and southward along sub-perpendicular fractures which generally dip steeply toward the east with some dipping steeply to the west.  With few local and temporal exceptions, vertical gradient has generally been downward from the unconsolidated sediments down to Zone D, the deepest zone explored to date.



## 4.0   CURRENT CONTAMINANT CONDITIONS

### 4.1   Soil

At the time of **aquilogic**'s 2013 Revised Site Summary report, only limited soil data was available for review.  Documents reviewed at the time included laboratory analytical data for benzene, toluene, ethyl benzene, and total xylenes (BTEX) and total petroleum hydrocarbons (TPH), but not any MTBE or TBA analytical results (**aquilogic**, 2013a).  Since then, new documents were made available with comprehensive soil analytical results, including MTBE and TBA analysis.  Site plans showing sampling locations and tables summarizing soil analytical data from December 2001 to March 2013 are included in **Appendix D**.  The discussion below focuses primarily on the MTBE and TBA distribution in soil.  Refer to **aquilogic**'s 2013 Revised Site Summary report for a discussion of benzene and total petroleum hydrocarbons as gasoline (TPHg) distribution in soil.

Several phases of soil sampling were performed at the Site between December 2001 and September 2010.  During that period, soil samples were generally tested for BTEX and TPHg; less than one third were tested for MTBE and less than one fifth were tested for TBA.  The principal findings were that MTBE was detected beneath the two dispenser islands (DI-1, DI-2, DI-4, DI-5, DI-6, PP-1, PP-2, and PP-5), immediately north of the UST field (SB-03), and immediately west of the UST field (SB-02) (Kleinfelder, 2012; NJDEP-0301117-012407 and NJDEP-0301117-012408 to -012417).  The highest MTBE concentration detected at the Site was 43.5 mg/kg in sample DI-6 collected immediately beneath the southern dispenser in April 2006.  There has been no follow up sampling to provide lateral delineation of soil contamination north of the dispensers, north and east of SB-03, and east and south of SB-02.  At both SB-02 and SB-03, MTBE was detected in the deepest sample.  A MTBE concentration of 0.119 mg/kg was detected at SB-02 in the 20-foot sample.  A MTBE concentration of 0.018 mg/kg was detected at SB-03 in the 18-foot sample. There has been no follow-up sampling to provide vertical delineation and lateral delineation at a depth greater than 20 feet bgs.

TBA was not detected in soil above the laboratory reporting limits in any soil sample collected between December 2001 and September 2010 (Kleinfelder, 2012; NJDEP-0301117-012407 and NJDEP-0301117-012408 to -012417).

The most recent soil analytical data is from confirmation samples collected during UST removal activities in March 2013.  Activities included the removal of three gasoline USTs (one 8,000-gallon, one 10,000-gallon, and one 12,000-gallon, all single wall fiberglass USTs) and associated piping and dispensers, one 1,000-gallon heating oil UST, and the historical piping northwest of the gasoline USTs (Kleinfelder, 2014a; NJDEP-0301117-014492 to -014496).  The gasoline UST excavation was approximately 13 feet deep while the excavations near the dispensers and product piping were between 2 and 5 feet deep (Kleinfelder, 2014a; NJDEP-0301117-014493 to -014494).  Confirmation soil samples were collected from the bottom of each excavation and



one was also taken from the gasoline UST sidewall.  Benzene was detected at an estimated concentration of 0.0220J mg/kg in a sample (SSW-01C) collected from the southern sidewall of the gasoline USTs excavation (Kleinfelder 2014a; NJDEP-0301117-014517 and NJDEP-0301117-014570).  Benzene, MTBE, and TBA were not detected above the laboratory reporting limits in the remaining samples (Kleinfelder, 2014a; NJDEP-0301117-014570 to -014578).  Kleinfelder noted that stained soil observed at a depth of 14 feet bgs, or 1 foot below the bottom of the excavation, was left in place beneath the gasoline USTs (Kleinfelder, 2014a; NJDEP-0301117-014493).  A sample (EX-01D) of that stained material collected approximately 1.5 feet below the bottom of the gasoline UST excavation contained xylene at a concentration of 284 mg/kg.  This exceeds the NJDEP 1999 Impact to Groundwater Soil Clean-up Criterion (IGWSCC) of 67 mg/kg (Kleinfelder, 2014a; NJDEP-0301117-014570).  The excavations did not extend as far north as boring SB-03 or as far east as boring SB-02 where MTBE was detected in the past.  Furthermore, the excavations did not extend northeast to boring SB-20 where benzene concentrations of up to 37.2 mg/kg were reported in January 2003 (Kleinfelder, 2012; NJDEP-0301117-012408).

## 4.2    LNAPL

Since the Revised Site Summary Report (**aquilogic**, 2013a), LNAPL has been reported in vapor extraction well SVE-2 and at monitoring well MW-8, both screened in the unconsolidated sediments.  LNAPL was detected at a thickness of 4.29 feet in SVE-2 on May 6, 2013.  Six vacuum extraction events were performed between May 6 and July 13, 2013 to remove LNAPL from that well (Kleinfelder, 2014b; NJDEP-030117-015893).  Additional measures included the use of a passive recovery bailer between October and December 2013.  It is not clear from the data available for review if LNAPL was detected in that well after December 2013.

On March 20, 2014, LNAPL was detected at a thickness of 1.09 feet in well MW-8 (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079570).  A vacuum extraction event was conducted at well MW-8 and removed a combined 75 gallons of mixed groundwater and LNAPL (Kleinfelder, 2014b; NJDEP-030117-015893).  LNAPL was not reported in that well after April 2, 2014 (Kleinfelder, 2016c; XOM-NJDEP-REM-31310-1079570).

## 4.3    Groundwater

Site maps showing benzene and MTBE concentrations detected in water samples from monitoring wells in the unconsolidated sediments and the Bedrock Aquifer during the most recent monitoring period are presented as **Figures 4a and 4b**, respectively.  Site maps displaying benzene and TBA concentrations detected in water samples from monitoring wells in the unconsolidated sediments and the Bedrock Aquifer during the most recent monitoring period are presented as **Figures 5a and 5b**, respectively.  Monitoring wells are not being gauged and sampled over a limited time period (e.g. all wells in one week) as sampling is staggered over several months.  Therefore, a composite of the most recent sampling events between July and



December 2016 at each well are considered to represent current (recent) conditions.  A summary of key groundwater data is provided on **Table 4**.

Groundwater analytical results are summarized in **Appendices A and B** and displayed graphically by well over time in **Appendix C**.

### 4.3.1    Unconsolidated Sediments

<u>Benzene</u>

As of December 2016, benzene continues to be detected in water samples from monitoring wells screened in the unconsolidated sediments, but concentrations above the detection limits are limited to samples from on-site wells.  Benzene was detected in samples from six wells (MW-1, MW-2, MW-4, MW-5, MW-7, and MW-8) with a maximum concentration of 50.2 µg/L detected in a sample collected from MW-2 in July 2016.  Benzene was not detected above the laboratory reporting limit in samples from off-site wells MW-9, MW-13, MW-14S, and MW-15S, when last sampled in July 2016 (**Figure 4a**).

<u>MTBE</u>

As of December 2016, MTBE continues to be detected in water samples from monitoring wells screened in the unconsolidated sediments, but concentrations above the detection limits are limited to on-site wells.  MTBE was detected in samples from six wells (MW-1, MW-2, MW-3, MW-5, MW-6, and MW-7) with a maximum concentration of 19 µg/L in a sample from MW-2 collected in July 2016.  MTBE was not detected above the laboratory reporting limit in samples from off-site wells MW-9, MW-13, MW-14S, and MW-15S, when last sampled in July 2016 (**Figure 4a**).

<u>TBA</u>

As of December 2016, TBA continues to be detected in water samples from monitoring wells screened in the unconsolidated sediments, but concentrations above the detection limits are limited to on-site wells.  TBA was detected in samples from four wells (MW-1, MW-2, MW-3, and MW-5) with a maximum concentration of 201 µg/L in a sample collected from MW-2 in July 2016.  TBA was not detected above the laboratory reporting limit in samples from off-site wells MW-9, MW-13, MW-14S, and MW-15S, when last sampled in July 2016 (**Figure 5a**).

### 4.3.2    Bedrock Aquifer

<u>Benzene</u>

In late 2016, benzene was detected in groundwater samples from five off-site locations (MW-10R, MW-10D, MW-11R, MW-11D, and MW-20D4) west-southwest of the Site at



concentrations ranging between 0.3J µg/L (MW-20D4) and 9.5 µg/L (MW-11D).  Benzene concentrations were not detected above the laboratory reporting limit in samples from the remaining Bedrock Wells (**Figure 4b**).  Benzene was detected in samples from the shallow bedrock in Zones A and B near the Site, and down to the upper portions of Zone D at MW-20D4, approximately 570 feet west-southwest of the Site.  The lateral extent of benzene contamination in groundwater (i.e. the benzene plume) has not been delineated to the southwest.   The vertical extent of benzene in groundwater has not been delineated off-site at wells MW-10D and MW-11D, located southwest of the Site.

MTBE

In late 2016, MTBE was detected in samples from on-site Bedrock Wells MW-5D and MW-5D2R and off-site Bedrock Wells MW-10D, MW-10R, MW-11D, MW-11R, MW-12D,  MW-16D, MW-19D4 (all depths), MW-20D4, MW-21D3, and MW-22D5.

At or immediately adjacent to the Site, MTBE contamination in groundwater appears vertically restricted to hydro-stratigraphic Zones A, B, and C.  MTBE is detected at greater depths into Zone D moving away from the Site, to the west-northwest past MW-22D5 and to the southwest past MW-20D4 (**Figure 4b**).  MTBE concentrations in samples collected from distal wells MW-19D4 and MW-22D5 increase with depth. MTBE in groundwater has not been vertically delineated off-site.  The continued detection of MTBE in samples from off-site wells MW-19D4, MW-22D5, MW-20D4, MW-11R, and MW-11D indicates that MTBE has not been laterally delineated to the northwest, west, and southwest.

In late 2016, MTBE was detected at a concentration of 18.6 µg/L in a sample from on-site well MW-5D screened in Zone B and at a concentration of 20.5 µg/L in a sample from on-site well MW-5D2R screened in the Zone C.  In late 2016, at MW-22D5, located approximately 1,320 feet west-northwest of the Site, MTBE was detected at a concentration of up to 3.6 µg/L in the 335 to 345 feet bgs screen interval which corresponds to the upper Zone D (**Figure 2a**).  At MW-22D5, MTBE was also detected at a concentration of 3.1 µg/L in the deepest sampling interval (366 to 368 feet bgs), approximately 35 feet into Zone D.  In late 2016, at MW-20D4, located approximately 570 feet west-southwest of the Site, MTBE was detected at concentrations of 19.9 and 17.8 µg/L in two shallower well screens (153 to 155 and 161 to 164 feet bgs, respectively).

A maximum MTBE concentration of 74.3 µg/L was detected in a sample from off-site well MW-19D4 collected from 219 to 222 feet bgs, the deepest well screen at that location, more than 35 feet into Zone D.  It should be noted that, at MW-19D4, MTBE was detected in all six discrete depth sampling intervals between 159 to 222 feet bgs (Zones C and D) at concentrations ranging between 21.5 and 74.3 µg/L.



TBA

In late 2016, TBA was detected at on-site well MW-5D and off-site wells MW-11D, MW-11R, MW-12D, MW-16D, MW-19D4, MW-20D4, and MW-22D5.

In the immediate area of the Site, TBA was detected in hydro-stratigraphic Zones A and B (i.e. MW-5D, MW-11D, and MW-11R) spreading to greater depths, more than 35 feet into Zone D, away from the Site (MW-19D4 and MW-22D5).  The detection of TBA in samples collected from the deepest screened interval at distal wells MW-19D4 and MW-22D5 indicates that TBA has not been vertically delineated off-site.  The continued detection of TBA in samples from off-site wells MW-19D4, MW-22D5, MW-20D4, and MW-11D, indicates that TBA has not been laterally delineated to the northwest, west, and southwest.

In late 2016, in a groundwater sample from on-site well MW-5D, screened in Zone B, TBA was detected at a concentration of 444 µg/L.  TBA was detected at estimated concentrations ranging from 7.5J to 8.4J µg/L in samples from the three deeper sampling intervals at off-site well MW-22D5, one screened in Zone B and the other two in Zone D.  In late 2016, TBA was detected in samples from off-site well MW-19D4 from each sampling interval at concentrations ranging between 14.8 and 149 µg/L.  MW-19D4 is screened in Zones C and D.  In late 2016, at MW-20D4, TBA was detected at concentrations ranging between 35.2 and 101 µg/L, in the two shallower sampling intervals, both screened in the upper portion of Zone D.

In late 2016, a maximum TBA concentration of 738 µg/L was detected in a sample from off-site well MW-11D, screened in Zone B.  TBA was detected at a concentration of 168 µg/L in a sample from well MW-11R, screened in Zone A.

### 4.3.3    Receptor Wells

Between 1999 and February 2003, PSW #11, located approximately 1,700 feet northwest of the Site, was shut down and equipped with an in-line air stripper to remove low levels (5.3 µg/L) of tetrachloroethene (PCE) (Kleinfelder, 2012; NJDEP-0301117-014478 and Township of Livingston, 2014).  Between February 2011 and May 2017, groundwater samples were collected two to four times per year.  Untreated or "raw" groundwater samples were collected in August 2015 and October 2016; however, the rest of the samples collected were "treated" samples or samples that had passed through the treatment system before sample collection.  Benzene and MTBE were not detected above the laboratory reporting limits in samples from PSW #11 between February 2011 and May 2017 (**Table 3**). There was no analysis for TBA as part of the VOC analysis.  Previously in November 2009, MTBE was detected in groundwater samples from PSW #11 at a concentration of 28.7 µg/L.   Between July 2015 and March 2017, pumping at PSW #11 ranged from 0 to 252 gallons per minute (gpm) (Town of Livingston, 2017).  The average pumping rate during that time period was 154 gpm.



A commercial supply well located at 19 South Livingston Avenue, located approximately 700 feet southwest of the Site has been sampled at an unknown frequency since 2011.  In July 2012, MTBE was detected at a concentration of 0.083 µg/L in a groundwater sample from this well (Kleinfelder, 2012; NJDEP-0301117-012390).  No additional data was available for review.



# 5.0    REMEDIATION

Remediation activities conducted at the Site prior to 2011 were discussed in the Revised Site Summary Report (**aquilogic**, 2013a).   The remediation activities conducted since 2011 are described below.

Between May and December 2013, six dual-extraction events were conducted on well SVE-2 to remove LNAPL, followed by recovery using a passive bailer (Kleinfelder, 2014b; NJDEP-030117-015893).  It is not clear from the data available for review if LNAPL was detected in that well after December 2013.  LNAPL was also recovered from MW-8 in one vacuum extraction event performed in March 2014 (Kleinfelder, 2014b; NJDEP-030117-015893).  LNAPL was not reported in MW-8 after April 2, 2014 (Kleinfelder, 2016c; XOM-NJDP-REM-331310-1079570).

Approximately 483.81 tons of mixed soil and pea gravel waste were excavated for off-site disposal when three single wall gasoline USTs, one heating oil UST, and piping associated with the former USTs, were removed between March and April 2013 (Kleinfelder, 2014a; NJDEP-0301117-0144990).  MTBE and TBA were not detected above their respective laboratory reporting limits in confirmation samples collected from the bottom of the excavations (Kleinfelder, 2014a; NJDEP-031117-014517 and NJDEP-031117-014570 to -014578).  Soil sampling locations and a comprehensive record of soil analytical data are provided in **Appendix D**.

SVE has been implemented intermittently since July 2004 (**aquilogic**, 2013a).  Originally, wells MW-1 through MW-8 were connected to the SVE system (**aquilogic**, 2013a).  In March 2013, three additional vapor extraction wells (SVE-1, SVE-2, and SVE-3) were installed at the Site near the UST field (Kleinfelder, 2014a; NJDEP-0301117-014485).  Well SVE-2 was then connected to the existing on-site remedial treatment system in April 2013 (Kleinfelder, 2014b; NJDEP-0301117-015891).  Data from the SVE system performance summary indicate that onsite soil vapor extraction has occurred continuously since 2007.  Between January and March 2017 the system operated at an average flow of 80.35 cfm, and, as of March 2017, has recovered a total of 13,185.8 pounds of hydrocarbon (Un-named Author, 2017b). The influent VOC concentrations between January and March 2017 ranged from 1.5 ppmv to 20.8 ppmv.

It is not clear whether SVE-1, SVE-2, or SVE-3 are currently used for on-site vapor extraction.  In a 2015 Operations and Maintenance manual, SVE operation guidelines indicate that vacuum in generated for vapor extraction in up to eight wells simultaneously.  The wells referenced in these guidelines are MW-1 through MW-8, and there are no documents available for review that provide an understandable account of specific well operations since December 2010.  In addition, GW P&T operation guidelines indicate that SVE-1, SVE-2, and SVE-3 are utilized to extract on-site groundwater (Kleinfelder, 2015i).



GWP&T has been ongoing since December 2004.  In May 2011, the GWP&T system was expanded to include off-site wells MW-10D, MW-10R, MW-11D, and MW-11R screened in Bedrock Aquifer Zones A and B (Kleinfelder, 2012; NJDEP-0301117-012390).  However, there is no data in the files available for review that confirms that groundwater was actually extracted from these wells.  The data available for review does not indicate which wells were being pumped at any given time or what the pumping rate was at any specific well.  All that is available for review are total pumped groundwater volumes and concentrations of chemicals of concern (COCs) in the GWP&T influent stream over time.  This data indicates that the GWP&T was operated as late as May 2016 and that the total volume of fluid recovered was 3,691,656 gallons.  In 2016, pumping rates ranged between 0.5 and 1.7 gallons per minute (GPM) (Un-named Author, 2016b; XOM-NJDEP-REM-31310-1064330).  Since 2011, the concentrations of COCs in the influent stream have generally been decreasing over time. In May 2016, the benzene, MTBE, and TBA concentrations in the influent stream were 2.9, 15.2, and 305 µg/L, respectively (Kleinfelder, 2016a; XOM-NJDEP-REM-31310-1064380).



## 6.0   DATA GAPS

The following section presents a side-by-side comparison of previously presented data gaps and recommendations for additional Site assessment and remediation/restoration as reported in the Revised Site Summary Report (**aquilogic**, 2013a) and updated data gaps based on additional recent information reviewed.

| Aquilogic (2013a) | Current |
|---|---|
| Hydrogeology<br>A fracture lineament assessment is needed to identify zones of increased fracture density, and fracture orientation and depth.  These features act as primary groundwater (and contaminant) transport pathways. | Hydrogeology<br>Since 2011, fracture characterization was performed at three locations (i.e. MW-19D4, MW-20D4, and MW-22D5) to identify zones of preferential groundwater flow at these well locations.  .  At these locations, discrete groundwater sampling intervals were installed, partially based on the geophysical characterization.  MTBE and TBA concentrations were detected in groundwater samples from many of these intervals.  A more comprehensive fracture lineament assessment (e.g.  surface geophysical survey) is still needed to identify zones of increased fracture density that would act as primary groundwater (and contaminant) transport pathways.<br>This data gap has not been fully addressed since 2011. |
| Hydrogeology<br>Too few monitoring wells have been installed discretely in Bedrock Zones A through D to accurately evaluate the hydraulic conditions beneath the Site and off-site.  Additional discretely screened Bedrock Wells need to be installed to characterize hydrogeologic conditions in the Bedrock Aquifer. | Hydrogeology<br>Since 2011, new Bedrock Wells have been installed. However, the number of monitoring wells installed discretely in Bedrock Zones A through D is still insufficient to fully characterize hydraulic and contaminant conditions.  Additional discretely screened Bedrock Wells are needed to characterize hydrogeologic conditions and delineate the extent of contamination in the Bedrock Aquifer.<br>This data gap has not been fully addressed since 2011. |
| Hydrogeology<br>No pumping tests were conducted to evaluate hydraulic properties in the various hydrogeologic units, and the hydraulic connectivity between specific Bedrock Zones, | Hydrogeology<br>In Section 5.3.5 of the Revised Summary Report, (**aquilogic**, 2013a) it was noted that a pumping test was conducted in 2007. However, the pumping test was not noted in |



| | |
|---|---|
| and between the unconsolidated sediments and the bedrock.  Aquifer testing must be conducted at the Site using wells that are discretely screened in specific hydrogeologic zones. | the original data gaps section (**aquilogic, 2013a**). The scope of the 2007 pumping test included Zones B and C only; therefore it was insufficient to provide a full understanding of hydraulic conditions within other bedrock zones, notably zone D, and connectivity between bedrock zones and between the unconsolidated sediments and the Bedrock Aquifers.  In April 2015, a packer test was performed at well MW-20D.  A more comprehensive aquifer testing program that includes monitoring wells discretely screened in hydro-stratigraphic zones as pumping and observation points, and PSW #11 as a pumping well, should be conducted.<br>This data gap has not been addressed since 2011. |
| Contamination – Soil and Soil Vapor<br>The lateral and vertical extent of petroleum hydrocarbons and fuel oxygenates in soil has not been fully investigated. Additional soil sampling should be conducted on-site to determine if residual contaminant mass remains in the vadose zone. | Contamination – Soil and Soil Vapor<br>The lateral and vertical extent of petroleum hydrocarbon and fuel oxygenate contamination in soil has not been fully investigated.  Since 2011, laboratory analysis of soil samples for MTBE and TBA has been performed in the area of the USTs and dispensers, but the number of sampling locations was limited.  Further, soil contamination was detected, and the extent of this contamination has yet to be delineated.  Additional soil sampling is needed to delineate this contamination, notably north and west of the former USTs, and to determine if residual contaminant mass remains in the vadose zone between 16 feet bgs and the water table across the Site.<br>This data gap has not been fully addressed since 2011. |
| Contamination – Soil and Soil Vapor<br>The potential health risks to building occupants, residents, and utility workers posed by soil vapor intrusion into the service station building, the adjacent properties, and utility manholes have not been fully investigated. Additional vapor intrusion studies should be conducted at the neighboring properties. | Contamination – Soil and Soil Vapor<br>The potential health risks to building occupants, residents, and utility workers posed by soil vapor intrusion into the service station building, the adjacent properties, and utility manholes have not been fully investigated. Additional vapor intrusion studies should be conducted at the neighboring properties.<br>This data gap has not been addressed since 2011. |



Site Summary Addendum
ID# 8857 - Exxon Service Station #31310
August 2017

| | |
|---|---|
| **Contamination – Groundwater**<br>The magnitude and extent of COCs in groundwater in the unconsolidated sediments on-site and down-gradient of the Site is unknown.  Additional off-site, down-gradient, groundwater monitoring wells should be installed, monitored, and sampled within the unconsolidated groundwater. | **Contamination – Groundwater**<br>The magnitude and extent of COCs in groundwater in the unconsolidated sediments down-gradient of the Site is unknown.  Additional off-site, down-gradient, monitoring wells within the unconsolidated groundwater should be installed, monitored, and sampled.<br>This data gap has not been addressed since 2011. |
| **Contamination – Groundwater**<br>The lateral and vertical extent of COCs in the Bedrock Aquifer is unknown, especially to the southwest of the Site along the strike of the siltstone bedrock and to the northwest along the dip of the siltstone bedrock.  Additional discretely screened on- and off-site bedrock monitoring wells should be installed, monitored, and sampled. | **Contamination – Groundwater**<br>Since 2011, new discretely screened Bedrock Wells have been installed off-site.  However, the lateral and vertical extent of COCs in the Bedrock Aquifer is still not delineated, especially to the southwest and northwest. Additional discretely screened off-site Bedrock Wells should be installed, monitored, and sampled.<br>This data gap has not been fully addressed since 2011. |
| **Contamination – Groundwater**<br>Given the currently observed magnitude and extent of off-site groundwater contamination, and the likely full extent once delineation is complete, off-site remediation is required to: 1) limit impact to WSWs (water supply wells); 2) limit risks from indoor vapor intrusion; and 3) restore the groundwater resource to its pre-impacted condition. | **Contamination – Groundwater**<br>Given the currently observed magnitude of groundwater contamination on-site and at the property immediately west of the Site, the existing on-site P&T system should continue to operate until concentrations reach New Jersey water quality standards (i.e. 70 ug/L for MTBE and 100 ug/L for TBA).  Once these residual concentrations have been reached, natural attenuation processes should be monitored (i.e. monitored natural attenuation [MNA]) for at least five years to confirm that restoration of the aquifer to pre-discharge conditions has been achieved. Given the currently observed magnitude and extent of groundwater contamination farther to the west, active off-site remediation of this contamination (e.g. pump and treat) is currently not warranted.  Current MTBE and TBA concentrations in groundwater farther off-site to the west are below or only slightly above New Jersey water quality standards. Therefore, MNA should be conducted for at least five years to confirm that restoration of the aquifer to pre-discharge conditions has been achieved.  Should higher concentrations |



| | of MTBE and/or TBA be detected in future monitoring wells installed to characterize hydraulic and contaminant conditions, then active remediation of this off-site contamination may be needed.<br><br>This data gap has not been fully addressed since 2011. |
|---|---|
| Contamination – Groundwater<br>MTBE has been detected at concentrations as high as 28.7 µg/L at the Livingston Township Public Supply Well (PSW) #11, located approximately 1,750 feet northwest of the Site.  Given the detection of MTBE at this public well, a well-head treatment system should be designed and permitted. The system need not be installed at this time, but should be ready for immediate installation should MTBE and/or other COCs be consistently detected at PSW #11. | Contamination – Groundwater<br>MTBE has been detected at concentrations as high as 28.7 µg/L at PSW #11, located approximately 1,750 feet northwest of the Site.  Between February 2011 and May 2017, MTBE was not detected above laboratory reporting limits in water samples from this public well.  However, given the prior detection of MTBE at this public well, a well-head treatment system should be designed and permitted.  The system need not be installed at this time, but should be ready for immediate installation should MTBE and/or other COCs be consistently detected at PSW #11.<br><br>This data gap has not been fully addressed since 2011. |

Since the preparation of my initial expert report in November 2012 and revised expert report in January 2013, Exxon has addressed many of the data gaps presented in my report, either partially or fully.  Since 2013, the number of groundwater monitoring points has increased by 65% from 31 to 51 (see **Figure 6**), notably with the installation of wells screened in discrete bedrock zones.  In addition, Exxon has implemented the following additional remedial actions: removal of the USTs, excavation of soil, continued operation of the SVE system, expansion of the on-site GWP&T system to include pumping wells on the property immediately to the west and continued operation of this system, and the removal of LNAPL in SVE-2 and MW-8 (see **Figure 6**).  Since 2012, the implementation of additional investigation and remediation activities to address data gaps presented in my original expert report has resulted in significant changes to many of the opinions presented in that report.



## 7.0   KEY OPINIONS

### 7.1      January 2013

Based on review and evaluation of the investigation and remedial activities performed at the facility to 2011, the following opinions were presented in the Revised Site Summary report (**aquilogic**, 2013a):

1. Releases of gasoline containing MTBE have occurred at the Site.  Gasoline releases have been reported at the Site in May 2001, November 2001, May 2004, and April 2006. The magnitude and distribution of groundwater contamination in 2002 indicates that a larger release of gasoline containing MTBE occurred prior to 2002.
2. MTBE has impacted soil and groundwater beneath the Site. MTBE contamination was first detected in groundwater beneath the Site in January 2002.
3. TBA has impacted soil and groundwater beneath the Site. TBA contamination was first detected in groundwater beneath the Site in January 2002.
4. MTBE has migrated off-site beyond the Site boundaries. MTBE contamination in groundwater was first detected in October 2005 in off-site well MW-10D.
5. TBA has migrated off-site beyond the Site boundaries.  TBA contamination in groundwater was first detected in October 2005 in off-site well MW-10D.
6. Groundwater contamination has not co-mingled with releases from nearby facilities.  There is no indication that contamination from the Site has co-mingled with releases of gasoline at other facilities.
7. Investigations have failed to delineate the extent of MTBE contamination in groundwater laterally.  MTBE contamination is not delineated in groundwater to the southwest of the Site in the unconsolidated sediments.  MTBE contamination is not delineated in bedrock groundwater to the southwest and northwest of the Site.
8. Investigations have failed to delineate MTBE in groundwater vertically.  MTBE contamination has been detected in Zone D bedrock groundwater monitoring wells.  No deeper Bedrock Zones have been installed and sampled.
9. Investigations have failed to delineate the extent of TBA contamination in groundwater laterally.  TBA contamination is not delineated in groundwater to the southwest of the Site in the unconsolidated sediments.  TBA contamination is not delineated in bedrock groundwater to the southwest and northwest of the Site.
10. Investigations have failed to delineate TBA in groundwater vertically.  TBA contamination has been detected in Zone D bedrock groundwater monitoring wells.  No deeper bedrock zones have been installed and sampled.
11. MTBE contamination in groundwater exists beyond the current monitoring network.  MTBE contamination has been detected in the most down-gradient groundwater monitoring wells.



12. TBA contamination in groundwater exists beyond the current monitoring network.  TBA contamination has been detected in the most down-gradient groundwater monitoring wells.

13. Remediation performed to date has failed to fully address on-site groundwater contamination. Asymptotic concentrations have not been achieved by the on-site GWP&T system.  Additional investigation is required to further evaluate the effectiveness of the on-site remediation system.

14. Remediation performed to date has failed to effectively control the off-site migration of groundwater contamination.  Contamination has migrated off-site in unconsolidated sediments to the southeast and in bedrock to the southwest and northwest.

15. Restoration activities performed to date have failed to effectively clean-up off-site groundwater contamination.  To date, no off-site restoration activities have been implemented.

16. Additional off-site investigation is required.  Groundwater contamination is not delineated to the southwest and northeast of the Site.

17. Investigation of deeper groundwater zones is required.  Contamination has been detected in Zone D bedrock groundwater monitoring wells. No deeper Bedrock Zones have been installed and sampled.

18. Additional on-site remediation of groundwater is required.  The on-site remediation systems have not reached asymptotic levels.

19. Additional off-site restoration activities of groundwater are required.  To date, no off-site groundwater restoration activities have been conducted at the Site.  The magnitude and extent of contamination in groundwater warrants restoration.

20. Releases pose a threat to deeper aquifers.  Contaminants have been detected to a depth of 121 feet bgs on-site within the deepest bedrock unit investigated.  MTBE has been detected in a commercial supply well at 19 South Livingston Avenue (screened to a depth of 298 feet).  MTBE has been detected at PSW #11 (screened from 54 to 423 feet bgs).

21. Releases pose a threat to, and have impacted, WSWs.  MTBE contamination has been detected in a commercial supply well 700 feet to the southwest and a PSW located 1,750 feet to the northwest. Additional vapor intrusion studies are needed to evaluate the risks to nearby building occupants.

## 7.2    August 2017

Activities completed at the Site subsequent to opinions presented on January 1, 2013, have resulted in revisions to Opinions 7, 8, 9, 10, 13, 15, 17, 18, 19, and 20 regarding the Site, and the addition of a new opinion (22).  All other opinions remain the same.

7.  Opinion 7 has been updated to state:  The lateral extent of MTBE contamination in groundwater in the unconsolidated sediments is not delineated to the southwest of the Site.  New Bedrock Wells have been installed since the January 1, 2013 opinion was offered;



however, the extent of MTBE contamination in groundwater is still not delineated laterally to the southwest, west and northwest of the Site.

8.  Opinion 8 has been updated to state:  New, deeper Bedrock Wells have been installed since this opinion was offered in January 2013; however, the extent of MTBE contamination in groundwater is still not delineated vertically even though the lower screen of some wells (i.e. MW-19D4 and MW-22D5) extends more than 35 feet into Zone D.

9.  Opinion 9 has been updated to state:  The lateral extent of TBA contamination in groundwater in the unconsolidated sediments is not delineated to the southwest of the Site. New Bedrock Wells have been installed since the January 1, 2013 opinion was offered; however, the extent of TBA contamination in groundwater is still not delineated laterally to the southwest, west and northwest of the Site.

10.  Opinion 10 has been updated to state:  New, deeper Bedrock Wells have been installed since this opinion was offered in January 2013; however, the extent of TBA contamination in groundwater is still not delineated vertically even though the lower screen of some wells (i.e. MW-19D4 and MW-22D5) extends more than 35 feet into Zone D.

13.  Opinion 13 has been updated to state:  Clean-up activities performed to date have yet to fully address groundwater contamination on-site and beneath the property immediately west of the Site.  Asymptotic concentrations have not been achieved by the on-site GWP&T system.  The system should continue to operate until concentrations reach New Jersey water quality standards (i.e. 70 ug/L for MTBE and 100 ug/L for TBA).  Once these residual concentrations have been reached, MNA should be conducted for at least five years to confirm that restoration of the aquifer to pre-discharge conditions has been achieved.

15.  Opinion 15 has been updated to state:  Restoration activities performed to date have failed to effectively clean-up off-site groundwater contamination.  To date, off-site remedial actions have been limited to the property immediately west of the Site (at wells MW-10D, MW-10R, MW-11D and MW-11R screened in Bedrock Aquifer Zones A and B).

17.  Opinion 17 has been updated to state:  Investigation of deeper groundwater zones is required.  Contamination has been detected more than 35 feet into Zone D at bedrock groundwater monitoring wells MW-19D4 and MW-22D5.

18.  Opinion 18 has been updated to state:  Additional clean-up of groundwater on-site and immediately off-site to the west is required.  Asymptotic concentrations have not been achieved by the on-site GWP&T system.  The system should continue to operate until concentrations reach NJ water quality standards (i.e. 70 ug/L for MTBE and 100 ug/L for TBA).  Once these residual concentrations have been reached, MNA should be conducted for at least five years to confirm that restoration of the aquifer to pre-discharge conditions has been achieved.

19.  Opinion 19 has been updated to state:  Given the currently observed magnitude and extent of off-site groundwater contamination farther to the west, active clean-up of this off-site contamination (e.g. pump and treat) is currently not warranted.  Current MTBE and TBA



Site Summary Addendum
ID# 8857 - Exxon Service Station #31310
August 2017

concentrations in groundwater further off-site to the west are below or only slightly above NJ water quality standards.  Therefore, MNA should be conducted for at least five years to confirm that restoration of the aquifer to pre-discharge conditions has been achieved.  Should higher concentrations of MTBE and/or TBA be detected in future monitoring wells installed to characterize hydraulic and contaminant conditions, then active clean-up of this off-site contamination may be needed.

20. Opinion 20 has been updated to state: Releases pose a threat to deeper aquifers.  Contaminants have been detected on-site to a depth of 121 feet bgs and off-site to a depth of 368 feet bgs, both within the deepest bedrock unit investigated.  MTBE has been detected in a commercial supply well at 19 South Livingston Avenue (screened to a depth of 298 feet).  MTBE has been detected at PSW #11 (screened from 54 to 423 feet bgs).

22. Opinion 22: Since the preparation of my Revised Expert Report in January 2013 (**aquilogic**, 2013b), Exxon has implemented additional investigation and cleanup activities consistent with the recommendations presented in my revised expert report.



## 8.0   REFERENCES

Aquilogic, Inc. (**aquilogic**). (2013a). "Revised Site Summary, ID # - 8857 Exxon Service Station #31310, Livingston Township, Essex County, New Jersey." January.

Aquilogic. (2013b). "Revised Expert Report of Anthony Brown. Master File No. 1:00-1898, MDL No. 1358 (SAS), M21-88, No. 08 Civ. 00312".  New Jersey MTBE Litigation.

Drake, Avery A. Jr., Volkert, Richard A., Monteverde, Donald A., Herman, Gregory C., Houghton, Hugh F., Parker, Ronald A., and Denton, Richard F.  (1996). "Bedrock Geologic Map of Northern New Jersey, United States Geological Survey."

Hager-Richter Geoscience, Inc. (Hagar-Richter). (2015a). "MW-19D4 – Borehole Geophysical Logs, Exxon Service Station #31310, Livingston, New Jersey." March 15. XOM-NJDEP-REM-31310-1064965 to -1064970.

Hager-Richter Geoscience, Inc. (Hagar-Richter). (2015b). "MW-20D4 – Borehole Geophysical Logs, Exxon Sewrvice Station #31310, Livingston, New Jersey." April 23. XOM-NJDEP-REM-31310-1062988 to -1062997.

Kleinfelder Inc. (Kleinfelder). (2012). "Site Investigation Report, Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, new Jersey." December. NJDEP-0301117-012379 to -014438.

Kleinfelder Inc. (Kleinfelder). (2014a). "Site Investigation Report/Underground Storage Tank Closure Report, Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, new Jersey." February. NJDEP-0301117-014469 to -014833.

Kleinfelder Inc. (Kleinfelder). (2014b). "Light Non-Aqueous Phase Liquid Interim Remedial Measures Report, Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, new Jersey." May. NJDEP-0301117-015874 to -016092.

Kleinfelder Inc. (Kleinfelder).  (2015a).  "Figure 1 – Hydrocarbon Distribution/Groundwater Potentiometric Surface Map, Overburden Wells, December 29, 2014. Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, New Jersey". January. XOM-NJDEP-REM-31310-1064735.

Kleinfelder Inc. (Kleinfelder).  (2015b).  "Figure 1 – Hydrocarbon Distribution/Groundwater Potentiometric Surface Map, Overburden Wells, March 24, 2015. Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, New Jersey". January. XOM-NJDEP-REM-31310-1063004.

Kleinfelder Inc. (Kleinfelder).  (2015c). "Remedial Investigation Report, Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey". Signed May 21. XOM-NJDEP-REM-31310-1064957 to -1064959.

Kleinfelder Inc. (Kleinfelder). (2015d). "Monitoring Well Log MW-19D4 Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey." May 22. XOM-NJDEP-REM-31310-1063176 to -1063180.



Site Summary Addendum
ID# 8857 - Exxon Service Station #31310
August 2017

Kleinfelder Inc. (Kleinfelder). (2015e). "Monitoring Well Log MW-20D4 Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey." May 22. XOM-NJDEP-REM-31310-1063180 to -1063185.

Kleinfelder Inc. (Kleinfelder). (2015f). "Figure 1 – Hydrocarbon Distribution/Groundwater Potentiometric Surface Map, Overburden Wells, June 8-9, 2015. Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, New Jersey". August. XOM-NJDEP-REM-31310-1063005.

Kleinfelder Inc. (Kleinfelder). (2015g). "Monitoring Well Log MW-21D3 Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey." October 28. XOM-NJDEP-REM-31310-1064266 to -1064269.

Kleinfelder Inc. (Kleinfelder). (2015h). "Figure 1 – Hydrocarbon Distribution/Groundwater Potentiometric Surface Map, Overburden Wells, October 30, 2015. Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, New Jersey". November. XOM-NJDEP-REM-31310-1063006.

Kleinfedler Inc. (Kleinfelder). (2015i). "Remedial System Operation and Maintenance Manual. Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey". August.

Kleinfelder, Inc. (Kleinfelder). (2016a). "Table – GWP&T System Compliance Sampling Data – 2011 to Present, Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey." May 16. XOM-NJDEP-REM-31310-1064379 to -1064391.

Kleinfelder Inc. (Kleinfelder). (2016b). "Site Update Report, Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey." July 21. XOM-NJDEP-REM-31310-1079327 to -1079363.

Kleinfelder Inc. (Kleinfelder). (2016c). "Table - Groundwater Gauging and Analytical Data – Volatile Organic Compound and Ethanol, Former Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey.  January 29, 2002 through December 15, 2016." XOM-NJDEP-REM-31310-1079560 to -1079570.

New Jersey Geological Survey. (NJGS). (1990). "Generalized Stratigraphic Table for New Jersey. Information Circular 1."

Sloto, R. A. (1995). "Geohydrology and Vertical Distribution of Volatile Organic Compounds in Groundwater, Fisher and Porter Company Superfund Site, Warminster, Bucks County, PA. US Geological Survey Water Resources Investigation Report 95-422".

Township of Livingston. (2014) Excerpts from the Water System Master Plan. May, 2014.

Township of Livingston. (2017) Service Summary. Well Pumping Data 2015 through 2017.

Un-named Author. (2015). "Graph – Former Exxon #31310 – SVE System July 2015." July.  XOM-NJDEP-REM-31310-1064971 to – 1064972.

Un-named Author. (2016a). "Graph – Former Exxon #31310, T1 Catalyst Entrance, Celcius." Jan 1.  XOM-NJDEP-REM-31310-1064519.



Un-named Author. (2016b). "Table – Exxon Facility #31310, Groundwater Pump & Treat Flow Calculations, Bioreactor Air Permit PCP120001, Facility ID #08082." May 23. XOM-NJDEP-REM-31310-104330.

Un-named Author. (2017a). " Table – Groundwater Pump and Treat System Performance Summary, Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey". February.

Un-named Author. (2017b). "Table – Soil Vapor Extraction System Performance Summary, Exxon Facility #31310, 38 East Mount Pleasant Avenue, Livingston, Essex County, New Jersey". March.

Volkert, Richard A. (2006). "Bedrock Geologic Map of the Caldwell Quadrangle, Essex and MorrisCounties, New Jersey."