9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Oct-84 | EPA "More About Leaking Underground Storage Tanks: A Background Booklet for the Chemical Advisory" | | | | 70 |
| | | 12/8/1986 | Next Work Group Meeting and Informational Materials | Memo | Jennie Bridge, New England Interstate Water Pollution Control Commission | UST Work Group | 1 |
| | | Sep-88 | EPA "Musts for USTs" | | | | 39 |
| | | Nov-89 | EPA "Detecting Leaks—Successful Methods Step-by-Step" | | | | 231 |
| | | Sep-90 | EPA "Standard Test Procedures for Evaluating Leak Detection Methods Pipeline Leak Detection Systems" | | | | 171 |
| | | 12/10/1986 | General Contact Report re: MTBE focus meeting Dec. 17 | | Beth Anderson | | 3 |
| | | 4/20/1987 | General Contact Report, contact with Doug Nixon (Ottawa, Canada) re: MTBE in groundwater | | Beth Anderson | | 3 |
| | | 4/29/1987 | USEPA Memo, with attachments, to "Addressees" from Gary E. Timm re MTBE Course-Setting Decisions | | | | 7 |
| | | 7/14/1987 | Minutes for the Negotiation Meeting on the MTBE Testing Consent Order | | | | 36 |
| | | 8/5/1987 | Briefing on TSCA §4 Testing of Methyl Tertiary Butyl Ether For the Senate Committee on Environmental and Public Works | | | | 9 |
| | | 9/1/1987 | The Commonwealth of Massachusetts, Executive Office of Environmental Affairs Letter forwarding copies of two memos from the Executive Office re MTBE contamination in groundwater wells and the results from the Tate P | Letter | Karen Martin | Jacqueline Favilla | 9 |
| | | 9/11/1987 | New Mexico Health and Environment Department Letter to Dr. Beth Anderson, USEPA from Dennis McQuillan forwarding Lab forms confirming MTBE ground-water contamination in New Mexico | | | | 8 |
| | | 4/27/1990 | Massachusetts Departmental of Environmental Quality Engineering Letter to A. Hais re States' Needs for Chemicals for Regulation in Drinking Waters | | | | 11 |
| | | 5/10/1990 | Connecticut Department of Health Services Letter to T.D. Chinn re A.W.W.A. assistance to FSTRAC | | | | 3 |
| | | Nov-90 | EPA Drinking Water Regulations and Health Advisories | | | | 13 |
| | | Aug-85 | 08/85-06/00 New England Interstate Water Pollution Control Commission "L.U.S.T. Line Index- Bulletin #1 #35 | | | | 15 |

181

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Aug-85 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 1" | | | | 12 |
| | | Dec-85 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 2" | | | | 12 |
| | | May-86 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 3" | | | | 12 |
| | | Oct-86 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 4" | | | | 12 |
| | | Mar-87 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 5" | | | | 12 |
| | | Jul-87 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 6" | | | | 12 |
| | | Dec-87 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 7" | | | | 12 |
| | | May-88 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 8" | | | | 12 |
| | | Sep-88 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 9" | | | | 12 |
| | | Feb-89 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 10" | | | | 15 |
| | | Aug-89 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 11" | | | | 12 |
| | | Feb-90 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 12" | | | | 16 |
| | | Aug-90 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 13" | | | | 16 |
| EXSPELL 00007 | EXSPELL 00008 | 3/20/1984 | Use of MTBE in Exxon Mogas | Memo | J.E. Spell | R.T. Peters | 2 |
| EXSPELL 00026 | EXSPELL 00026 | 6/11/1984 | Ground Water Contamination with Oxygenates | Memo | J.E. Spell | J.S. Dick | 1 |
| EXSPELL 00040 | EXSPELL 00040 | 7/17/1984 | MTBE Useage in Mogas at Brownsville, Texas Terminal | Memo | J.E. Spell | John Olsen | 1 |
| | | May-84 | Removing Organics From Groundwater Through Aeration Plus GAC | | Ronald J. McKinnon and John E. Dyksen | | 6 |
| EXWSTONE 000001 | EXWSTONE 000004 | | William A. Stone, Jr. C.V. | | William A. Stone, Jr. | | 4 |
| EQ-SH156 0052 | EQ-SH156 0053 | 12/22/1986 | Articles on MTBE | Letter | David Chen | Gene Schmidt | 2 |
| TX 021295 | TX 021313 | 2/2/1987 | MTBE in Groundwater | Letter | David H. Chen | Groundwater Technical Task Force | 21 |
| EXSTONE00150 | EXSTONE00151 | 12/30/1986 | Proposed writeup for 1988 ground-water research project on behavior of oxygenates in saturated and unsaturated zones | Letter | W.A. Stone | David H. Chen | 2 |
| EWSTONE 000071 | EXWSTONE 000005 | Feb-86 | Cost Model for Selected Technologies for Removal of Gasoline Components from Groundwater | | Engineering-Science Inc. | | 67 |
| EXSTONE 00147 | EXSTONE 00149 | 10/27/1986 | API Ground-Water Technical Task Force Meeting -- 10/86 | Letter | W.A. Stone | Sully D. Curran | 3 |
| EXSTONE 00068 | EXSTONE 00070 | 4/12/1984 | MTBE in Gasoline: Environmental Considerations | Memo | P.S. Shah | J.R. Siegel | 3 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EXWSTONE 000072 | EXWSTONE 000082 | 1997 | Results of Long-Term Experimental Studies on the Carcinogenicity of Methyl tert-Butyl Ether. Ann NY Acad Sci 837:77-95. | | Fiorella Belpoggi, Morando Soffritti, Federica Filippini, Cesare Maltoni | | 11 |
| EQ-SH156 002 | EQ-SH156 0035 | 1/20/1987 | Minutes of Groundwater Technical Task Force Meeting | | | | 34 |
| XOM-MT00962-001327 | XOM-MT00962-001398 | 3/16/1984 | Draft Of Oxygenate Study | Memo | J.A. Jones | | 72 |
| XOM-MT00962-001960 | XOM-MT00962-002021 | 12/31/1984 | NRDC Oxygenated Fuels Task Force Report | Memo | R.H. Perry, Jr. | Baxter, Davis, Hood, Morgan, parker, Sherman, Shore, Wadley, Weaver | 62 |
| XOM-MT01076-000754 | XOM-MT01076-000774 | Apr-92 | Ex Situ Remediation Technologies for Hydrocarbon Contaminated Soils at Service Stations and Marketing Terminals | | Environmental Solutions, Inc. | H.R. Cramer; B.L. Stowe, G.J. Tietman | 21 |
| XOM-MT01622-002952 | XOM-MT01622-002962 | 11/17/1981 | Mobil Management Guide Bulletin re: Environmental Compliance and Assessment Program | | | | 14 |
| MDL 1358hM-0388135 | MDL 1358hM-1198981 | Aug-89 | A Guide To The Assessment and Remediation of Underground Petroleum Releases | | | | 100 |
| MDL1358hM-1198458 | MDL1358hM-1198858 | 9/23/1996 | Mobil Remediation Improvement Conference | | Mobil | | 542 |
| MDL 1358hM-1355247 | MDLhM-1354855 | Sep-92 | Mobil Environmental Guidlines for Assessment and Remediation | | | | 393 |
| XOM-NC0133-00323 | XOM-NC0133-00334 | 2/11/1999 | Remediation Services | | | | 54 |
| XOM-MT01047-000600 | XOM-MT01047-000600 | | Green Book Q&A | | | | 21 |
| XOM-MT02085-001639 | XOM-MT02085-001660 | 8/26/1996 | Fax attaching 8/6/96 Ltr from SWRCB to Anne Happel re: Comparison Report | fax | Ileana Rhodes | L. Sawyer | 22 |
| MDL 1358hM-0371223 | MDL 1358hM-0371318 | 7/11/1995 | Intrinsic Attenuation (Bioremediation) | | | | 96 |
| XOM-MT01185-000060 | XOM-MT01185-000098 | Jan-93 | Mobil Environmental Compliance Manual | | | | 40 |
| | | Jan-88 | Troubled Waters on Tap, Organic Chemicals in Public Drinking Water Systems and the Failure of Regulation | | Duff Conacher and Associates | | 125 |
| BPA00364606 | BPA00364650 | 1/29/1987 | Establishment of MTBE Committee | Memo | George Dominguez | MTBE Committee | 8 |
| EXOFAI00001 | EXOFAI00004 | 2/2/1987 | Industry MTBE Committee | Memo | R.A. Ganz | P.G. Han, A.R. Troitino, H.L. Hunter, C.R. Ball | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2/26/1987 | Draft Final; Technical Support Document MTBE | | Michael K. Neal, Michele Amatra, Richard A. Jacobson, D. Anthony Gray, Jeffrey Robinson, Philip H Howard and Joseph Santodonato | | 58 |
| | | 3/18/1987 | Industry Submission of New Data on MTBE | Letter | Arthur W. Lington | J.P. Zboray | 3 |
| | | 8/18/1987 | Update on MTBE, a Section 4 Chemical | Memo | A.W. Lington | EBSI Files | 5 |
| | | Sep-87 | MTBE Octane Enhancer Storage & Handling Bulletin | | Arco/Chemical Company | | 40 |
| | | 11/10/1987 | Industry Meeting on MTBE | Memo | A.W. Lington | Files | 3 |
| EBSIndex-000522 | EBSIndex-000523 | 1/21/1988 | Evaluation of Consent Testing program on MTBE | Memo | A.W. Lington | J.A. Zboray, E. Ganz | 2 |
| | | 2/6/1988 | Technical Report of Pharmacokinetic Studies of MTBE | Memo | A.W. Lington | H.L. Hunter | 36 |
| EBSIndex-000456 | EBSIndex-000458 | 4/13/1988 | Requirement for Pharmacokinetic Studies in the MTBE Consent Testing Agreement | Memo | Arthur E. Chin | J.A. Zboray | 3 |
| EBSIndex-001913 | EBSIndex-001916 | 12/11/1989 | Interim Progress Report for Inhalation Oncogenicity Test of MTBE | Letter | John Kneiss, Manager, MTBE Task Force | Director, Office of Compliance Monitoring EN-342 | 4 |
| EXMSDS00108 | EXMSDS00109 | 6/21/1990 | BEHO-0290-9774 Supplement | Memo | H.L. Hunter, Jr. | | 2 |
| EBSIndex-001363 | EBSIndex-001486 | 6/10/1990 | Pharmacokinetics of MTBE and TBA in male and female Fischer-144 rats after administration of MTBE by intravenous oral and dermal routes | | Bio-Research Laboratories LTD, Report No. 36842 | | 124 |
| EXOFA01877 | EXOFA01902 | | Neurotoxicologic Evaluation of MTBE in Rats | | Wayne C. Daughtrey, Michael W. Gill, Irvin M. Pritts, J. Fielding Douglas, John J. Kneiss. and Larry S. Andrews | | 26 |
| exofa01819 | EXOFA01825 | | MTBE Research Program; Chemical Industry Institute of Toxicology | | Oxygenated Fuels Association | | 7 |
| EXEPA04451 | EXEPA04461 | | The Health Effects of Gasoline, Neurotoxicity Hazard Assessment Work Group Draft Report | | Thomas M. Burbacher, Dept of Environmental Health | | 11 |
| BILES-002294 | BILES-002297 | | Draft: MTBE Health Effexts Testing Program | | John Kneiss, Manager, MTBE Task Force | | 4 |
| XOM-MT-01698-003222 | XOM-MT-01698-003231 | | Clearance and Distribution of C-MTBE After Intraperitoneal Administration to Rats | | J.S. O'Grondick, G.A. Simon, and R.P. McPartland | | 10 |
| EBSIndex-000272 | EBSIndex-000272 | 8/28/1987 | 8(d) Reporting | Letter | H.L. Hunter, Jr. | Document Processing Center (TS-790) Office of Pollution Prevention and Toxics, US EPA | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| EBSIndex-000280 | EBSIndex-000337 | 8/20/1985 | Acute Oral LD50 Study in the Rat | | Exxon Biomedical Sciences, Inc. | | 58 |
| EBSIndex-000346 | EBSIndex-000348 | 8/11/1986 | Odor Threshold of MTBE in Air | Letter | B. Kristin Hoover | R.W. Biles | 3 |
| EBSIndex-000429 | EBSIndex-000430 | 5/27/1980 | Cooperative Program on MTBE | | Vaun A. Newill | Daniel B. Rathbum, VP, API | 2 |
| EBSIndex-000432 | EBSIndex-000435 | 5/12/1987 | Summary Highlights of EPA/SOCHA Meeting on MTBE (5/8/1987) | | A.W. Lington | | 4 |
| | | 12/21/1989 | Interim Status Report - Oncogenicity Study | Memo | John Kneiss | MTBE Task Force, MTBE Toxicology Committee | 4 |
| EBSIndex-002812 | EBSIndex-003033 | 9/19/1989 | MTBE Single Exposure Vapor Inhalation | | Michael W. Gill | | 222 |
| BILES-002020 | BILES-002038 | 1/9/1987 | Focus Meeting on MTBE | Letter | Arthur W. Lington | J.F. Zboray | 19 |
| BILES-003404 | BILES-003404 | 3/5/1987 | Minutes: Public Meeting MTBE | | | | 6 |
| EBSIndex-001928 | EBSIndex-001928 | 4/4/1984 | Health Hazards of Exposure to MTBE | Memo | G.S. Simon | R.W. Biles | 1 |
| EBSIndex-002031 | EBSIndex-002031 | 3/11/1980 | Information on MTBE Research Program for Hu1s 80 MR 401 | Memo | R.W. Biles | M.G. Bird | 3 |
| EBSIndex-002078 | EBSIndex-002082 | 4/21/1987 | Summary Highlights of EPA Meeting on MTBE 4/21/1987 | | A.W. Lington | | 5 |
| BILES-001396 | BILES-001403 | 5/20/1993 | Relative Toxicities of Ethanol and MTBE | Letter | Gerard Egan | A.M. DiNovo | 8 |
| TX019785 | TX019789 | 1/23/1987 | MTBE Technical Committee Meeting Minutes | | | Oxygenated Fuels Association, Inc. | 5 |
| XOM-MT01717-000044 | XOM-MT01717-000046 | 4/10/1987 | Safe drinking water level for alkyl ethers | Memo | A.W. Lington | J.A. Zboray | 3 |
| ESBIindex-002085 | ESBIindex-002083 | 12/11/1987 | One Generation Reproduction | Letter | A.W. Lington | John Kneiss | 3 |
| LAN0366996 | LAN0366999 | 7/5/1987 | Steering Committee Meeting Minutes | | MTBE Committee | | 4 |
| BILES-000886 | BILES-000893 | 1/12/1993 | MATERIAL SAFETY DATA SHEET for MTBE | | Exxon Company USA | | 8 |
| XOM-MT00892-001354 | XOM-MT00892-001354 | 12/3/1992 | Section 8(d) Reporting | Letter | H.L. Hunter Jr. | Office of Pollution Prevention and Toxics - EPA | 1 |
| XOM-MT00892-001364 | XOM-MT00892-001388 | 5/4/1993 | Final Report Upper Airway Sensory Irritation Study in Mice with MTBE | | Exxon Biomedical Sciences, Inc. | | 25 |
| XOM-MT-00892-002920 | XOM-MT00892-003048 | 2/10/1993 | Amoco Study Final Report: Four Week Vapor Inhalation Study of Unleaded Gasoline with 15% MTBE | | John Kneiss, Manager, MTBE Task Force | | 129 |
| XOM-MT00891-000886 | XOM-MT00891-000960 | 12/2/1994 | 28 day Oral Toxicity Study of MTBE in Rats | Letter | John Kneiss | MTBE Stewardship Task Force | 75 |
| XOM-MT00891-002756 | XOM-MT00891-002763 | 5/26/1992 | TSCA 8(e) Notification on MTBE | etter with attachment | Wayne C. Daughtrey | G.L. Harting, A.M. Hochhauser, D.W. Savage, G.N. Shah, H.F. Shannon, W. Weissman, E.E. Wigg | 8 |
| XOM-MT00891-002811 | XOM-MT00891-002819 | 10/19/1992 | Recent MTBE TSCA 8e Submission | etter with attachments | R.W. Biles | M.P. Murray | 9 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MT00891-002853 | XOM-MT00891-002878 | 12/16/1992 | Presentation on MTBE | | | M.G. Bird and C.J. Bevan | 26 |
| XOM-MT00891-003152 | XOM-MT00891-003156 | 10/28/1996 | MTBE Health Effects Overview | Memo with attachment | W.C. Daughtrey | Yves Roger | 5 |
| XOM-MT01688-000188 | XOM-MT01688-000188 | 7/12/1989 | Final Report - Inhalation Developmental Toxicity Study in Rabbits for MTBE | Letter | Wayne C. Daughtrey | Document Processing Center (75-790), Office of Pesticides and Toxic Substances | 1 |
| XOM-MT01688-001153 | XOM-MT01688-001155 | 11/2/1992 | Inhalation Oncogenicity Study in Mice - Final Report | Letter | John J. Kneiss | MTBE Task Force | 3 |
| XOM-MT01688-001150 | XOM-MT01688-001151 | 10/29/1992 | Final Report for Inhalation Oncogenicity Study in Mice of Methyl Tertiary Butyl Ether (MTBE), TSCA Section 4 Testing Consent Order 40 CFR 799.5000 | Letter | John Kneiss | TSCA Section 4 | 2 |
| XOM-CORP-001840 | XOM-CORP-001841 | | Henry S. Thomassen C.V. | | | | 2 |
| XOM-CORP-000010 | XOM-CORP-000042 | Jan-86 | Mobil Oil Corporation U.S. Marketing and Refining Division Organizational Charts | | | | 33 |
| XOM-CORP-000138 | XOM-CORP-000167 | Jan-80 | Marketing and Refining Division Organizational Charts | | | | 30 |
| XOM-CORP-000569 | XOM-CORP-000584 | 1990 | Marketing and Refining Division Flow Chart | | | | 16 |
| | | 1998 | Western Water, The Challenge of MTBE: Clean Air vs. Clean Water | | | | 478 |
| XOM-NC 76-01084 | XOM-NC0076-01055 | | A Worldwide Product Safety Stewardship Program | | C.J. DiPerna, D.P. Osterhout and D.B. Smith | | 30 |
| MDL1358hM-0790357 | MDL1358hM-0790389 | 12/13/1989 | Review of Mobil's Environmental Health and Safety Activities Presentation | | A.J. Silvestri | | 33 |
| MDL1358hM-0202559 | MDL1358hM-0202573 | Mar-86 | Memos re: ethanol-gasoline blends | | | | 15 |
| XOM-DTU-00023768 | XOM-DTU-00023769 | 3/14/1985 | Ethanol Blending Economics - Illinois | Memo | T.C. DeLoach | P.J. Hoenmans | 2 |
| XOM-DTU-00000823 | XOM-DTU-00000825 | 3/6/1987 | MTBE in Water | Letter | S.S. Hetrick | C.L. Hagan | 3 |
| XOM-MT01089-000825 | XOM-MT01089-000847 | | Weeks Deposition Exhibit 9 | | | | 23 |
| XOM_MDL1358hExxonDTU_0003864 | XOM_MDL1358hExxonDTU_0003864 | 4/9/1985 | Revisions to Mogas Specification Sheets, Oxygenates, "Maryland" Grades | Memo | J.E. Spell | R.M. Garrett | 1 |
| XOM-DTU-00000133 | XOM-DTU-00000143 | | Notes re: MTBE and Ethanol | | Chuck Morgan | | 11 |
| XOM-DTU-00000380 | XOM-DTU-00000382 | 6/14/1985 | MTBE Technology at Beaumont | Memo with attachment | H.T. Shore | J.D. Reichel | 3 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-DTU-00024089 | XOM-DTU-00024093 | 8/23/1983 | Abstract of a Metabolism Study | Letter | Kristin Hoover | A.E. Mekitarian | 5 |
| XOM-DTU-00024094 | XOM-DTU-00024096 | 7/23/1983 | Toxicity of MTBE | Letter | C. Clifford Conway | Arch E. Mekitarian | 3 |
| XOM-DTU-00024101 | XOM-DTU-00024188 | 7/20/1983 | List of studies performed on MTBE and brief summary of results | Letter | Kristin Hoover | A.E. Mekitarian | 88 |
| XOM-DTU-00024892 | XOM-DTU-00024893 | 1/21/1999 | Gasoline Distribution in Northeast | | | | 2 |
| XOM-DTU-00025368 | XOM-DTU-00025370 | 1/29/1997 | Mobile/Carb MTBE Meeting January 30 | Memo | B.M. Harney | | 3 |
| XOM-DTU-00025404 | XOM-DTU-00025411 | 3/10/1983 | Alcohols in Gasoline | Memo | C.B. Hood | S.C. Garretson | 8 |
| XOM-DTU-00050838 | XOM-DTU-00050856 | | MTBE update-Mobil toxicology follow-up on Arco study | Memo | J.K. Mooney | M.A. Trail | 19 |
| XOM-DTU-00050883 | XOM-DTU-00050887 | 1/27/1970 | Toxicology Properties of Oxygenated Compounds | Memo | C.J. DiPerna | W.D. Meyers | 5 |
| XOM-DTU-00050896 | XOM-DTU-00050897 | 11/21/1984 | Oxygenated task force report | Memo | A.J. Silvestri | H.A. McVeigh | 2 |
| XOM-DTU-00050898 | XOM-DTU-00050992 | | API Publication #4619: A Study to Characterize Air Concentrations of MTBE at Service Stations in the Northeast | Memo | W.J. Skocypec | H.C. Chang | 95 |
| XOM-DTU-00050993 | XOM-DTU-00050994 | 2/5/1993 | Updated MTBE safety advisory | Memo | B.M. Harney | M.L. Eason | 2 |
| XOM-DTU-00051045 | XOM-DTU-00051047 | 9/8/1994 | Recent articles on MTBE and health effect studies – mentioning Mehlman | Memo | A. Silvestri | E. LaDov, G. Raabe, C. Mackerer | 3 |
| XOM-DTU-00051048 | XOM-DTU-00051105 | 9/18/1992 | MTBE vs. DIPE vs. Methanol File | Memo | P.A. Naro | A.J. Silvestri | 58 |
| XOM-DTU-00051106 | XOM-DTU-00051113 | | MTBE toxicity/HIV testing | Letter | A.R. Eyres | MED Subgroup | 8 |
| XOM-DTU-00051135 | XOM-DTU-00051148 | 3/11/1993 | Comparative health and environmental effects: MTBE, ETBE, ethanol | Memo | C.R. Mackerer | A.J. Silvestri | 14 |
| XOM-DTU-00051149 | XOM-DTU-00051150 | 8/2/1993 | Studies in MTBE | Letter | Bernard Goldstein, MD | Carl Mackerer | 2 |
| XOM-DTU-00051151 | XOM-DTU-00051172 | 11/1/1993 | MTBE Gavage Lifetime Study at Bologna Inst. | Letter | John Kniess | | 22 |
| XOM-DTU-00051287 | XOM-DTU-00051296 | 12/3/1981 | MTBE Data | Memo | F.B. Fitch | R.H. Thena | 10 |
| XOM-DTU-00051297 | XOM-DTU-00051297 | 9/21/1978 | Chem System MTBE Study | Memo | A.V. Perrella | R.H. Perry | 1 |
| XOM-DTU-00051318 | XOM-DTU-00051353 | May-96 | Oxyguels Information Needs | | | | 36 |
| XOM-DTU-00051357 | XOM-DTU-00051364 | 1/20/1984 | Groundwater contamination by hydrocarbons, forwarding 4/22/83 "Groundwater Pollution Potential of Gasoline Components" by B.N. Bastian | Memo | P.H. Craig | C.J. DiPerna | 8 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-DTU-00051371 | XOM-DTU-00051386 | 4/25/1991 | PERF Proposal 90-10 | Memo | N.J. Novick | P.A. Naro | 16 |
| XOM-DTU-00051416 | XOM-DTU-00051419 | 11/23/1992 | Thoughts on which gasoline oxygenate (ethanol or MTBE) would be favored on a health effects basis | Memo | C.R. Mackerer | A.J. Silvestri | 4 |
| XOM-DTU-00051427 | XOM-DTU-00051429 | 3/18/1983 | Toxicological information on additives and products | Memo | W.A. Kennedy | S.S. Hetrick | 3 |
| XOM-DTU-00051430 | XOM-DTU-00051432 | 4/4/1996 | Summary of WSPA RFG task force: "MTBE" conference call | email | J.D. Turk | B.M. Harney | 3 |
| XOM-DTU-00051433 | XOM-DTU-00051499 | | Bill Beck forward of "Risk Characterization of MTBE in Tap Water" to Jim Marum and Ed Payne | | | | 67 |
| XOM-DTU-00051507 | XOM-DTU-00051508 | 8/5/1993 | MTBE status update | Memo | G.K. Raabe | J.A. Amanna | 2 |
| XOM-DTU-00051551 | XOM-DTU-00051554 | 10/21/1985 | Purchased stock specification for fuel grade ethanol, MTT 79 and fuel grade MTBE, MTT 180 | Memo | S.S. Hetrick | C.B. Hood | 4 |
| XOM-DTU-00051558 | XOM-DTU-00051578 | 5/31/1984 | Evaluation of oxygenates as blending components | Memo | R.G. Weeks | P.J. Hoenmans | 21 |
| XOM-DTU-00051625 | XOM-DTU-00051686 | 12/17/1993 | MTBE status update | Memo | G.K. Raabe | J.A. Amanna | 62 |
| XOM-DTU-00051705 | XOM-DTU-00051706 | 5/13/1996 | Pending EPA action on MTBE; recipients incl. LaDov, Raabe, Mackerer, Marum, etc. | email | Ed Ladov | G.K. Raabe, Allen Stupplebeen, Carl Mackerer, Bruce Larson | 2 |
| XOM-DTU-00051707 | XOM-DTU-00051709 | 6/24/1987 | Toxicity of alcohols and oxygenates as fuels | Memo | R.E. Crosthwait | M.A. Mehlman | 3 |
| XOM-DTU-00051710 | XOM-DTU-00051722 | 10/22/1986 | Information concerning MTBE in groundwater | Memo | C.B. Hood | C.J. DiPerna | 13 |
| XOM-DTU-00051723 | XOM-DTU-00051749 | 3/16/1987 | Maine DEP paper on MTBE in groundwater | Letter | G.J. Yogis | C.B. Hood | 27 |
| XOM-DTU-00051750 | XOM-DTU-00051753 | 6/10/1991 | Booming MTBE Demand Draws Increasing Number of Producers | | | | 4 |
| XOM-DTU-00051905 | XOM-DTU-00051955 | | Update on MTBE | Memo | R.D. Hayward | R.W. Bahr | 51 |
| XOM-DTU-00051981 | XOM-DTU-00051983 | 8/2/1983 | Oxygenated Fuels Task Force Meeting | Memo | C.E. Baxter | F.B. Fitch | 3 |
| XOM-DTU-00051984 | XOM-DTU-00052014 | 3/7/1986 | CRCS, Inc. Information Review: tert-Butyl methyl ether | | | | 31 |
| XOM-DTU-00052010 | XOM-DTU-00052016 | | MTBE Technology Endorsement | Memo | J.V. D'Ambrisi | E.A. Renna | 7 |
| XOM-DTU-00052016 | XOM-DTU-00052033 | 1/25/1994 | MTBE single mutagenicity assay | Memo | C. Mackerer | USM&R, EHS | 18 |
| XOM-DTU-00052034 | XOM-DTU-00052039 | 9/6/1979 | Ether Production in Mobil's Refineries | Memo | H.J. Schoennagel | V.W. Weekman | 6 |
| XOM-DTU-00052040 | XOM-DTU-00052043 | 4/17/1978 | MRDC Research Report on MTBE Blending | Memo | H.J. Schoennagel | A.J. Silvestri | 4 |
| XOM-DTU-00052044 | XOM-DTU-00052045 | 10/16/1997 | Evaluation of toxicological and environmental properties of tertiary butyle alcohol and MTBE | Memo | C. Mackerer | E.N. Ladov | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-DTU-00052054 | XOM-DTU-00052117 | 12/22/1994 | MTBE supply/demand in Europe | Letter | E.P. Goulley | G.K. Raabe | 64 |
| XOM-DTU-00052307 | XOM-DTU-00052309 | 10/30/1998 | Ethanol | email | N.J. Novick | J.P. Mann | 3 |
| XOM-DTU-00052335 | XOM-DTU-00052336 | 8/15/1995 | Blending ethanol into RFG to PBO | Memo | T.J. Martenak | J.R. Eisenmann | 2 |
| XOM-DTU-00052337 | XOM-DTU-00052384 | 6/13/1993 | H&PS/MTBE Meeting | Memo | | | 48 |
| XOM-DTU-00052408 | XOM-DTU-00052415 | 6/13/1984 | Ethanol – Chicago | Memo | R.S. Brophy | H. Hokamp | 8 |
| XOM-DTU-00052494 | XOM-DTU-00052495 | 10/17/1983 | Oxygenate Restrictions in Exchange Agreements | Memo | K.D. Weaver | D.M. Sherman | 2 |
| XOM-DTU-00060617 | XOM-DTU-00060617 | 9/27/1989 | More problems with methanol | fax | | | 1 |
| XOM-DTU-00060618 | XOM-DTU-00060620 | 1988 | Let's Look at alcohol fuels - What's the fuss about? | | | | 3 |
| XOM-DTU-00060622 | XOM-DTU-00060628 | 6/17/1992 | Methanol/MTBE Tariff Amendment | | | | 7 |
| XOM-DTU-00060629 | XOM-DTU-00060630 | 9/15/1993 | Preliminary Ether Facility Economics | email | Jim Roesch | F. E. Hopkins, E. A. Davis | 2 |
| XOM-DTU-00060631 | XOM-DTU-00060634 | 3/30/1990 | MTBE/Oxygenate Study | Memo | D.T. Smith | | 4 |
| XOM-DTU-00060635 | XOM-DTU-00060671 | Mar-90 | MTBE/Oxygenate Sales & Supply Planning | | | | 37 |
| XOM-DTU-00060988 | XOM-DTU-00061007 | 7/2/1987 | Distribution List: Minites of Meeting | Memo | P.D. Thompson | Andrews, et al | 20 |
| XOM-EM-00015569 | XOM-EM-00015623 | Jan-91 | Investigation of the Atmospheric Chemistry of Methyl T-Butyl Ether (MTBE) | | William P. L (last name illegible), Ernesto C. (last name illegible), Sara M. (last name illegible) | | 55 |
| XOM-EM-00015638 | XOM-EM-00015655 | 4/9/1991 | Clean Fuels: Mobil Corporte Managers Meeting | | J.J. Wise, Vice President, Research | | 18 |
| XOM-EM-00015801 | XOM-EM-00015822 | 10/15/1990 | Auto/ Oil Air Quality, Improvement Research Program | | J.J. Wise | | 22 |
| XOM-EM-00016122 | XOM-EM-00016145 | | Relationship Between CO Emissions Reduction and Fuel Oxygen Content | | | | 24 |
| XOM-EM-00016285 | XOM-EM-00016401 | 9/22/1987 | EPA Procedure for Estimating the Effect of Alternate Fuels of Fuel Blends on Motor Vehicle Emissions | Letter with attachments | L.J. McCabe, Manager Air Quality Research | Carol Scott, American Petroleum Institute | 117 |
| XOM-EM-00016434 | XOM-EM-00016437 | 11/17/1987 | Effect of MTBE and Ethanol Blends on Hydrocarbon Emissions from Motor Vehicles in Phoenix, Arizona | Memo with attachments | L.J. McCabe | R.H. Boeke, USMAR Planning | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-EM-00016438 | XOM-EM-00016438 | 12/11/1987 | MTBE | Memo | A.E. McCluskey | J.A. Burke | 1 |
| XOM-EM-00016457 | XOM-EM-00016461 | 10/12/1988 | CO Emissions Reduction and Fuel Oxygen Content API Oxygenated Fuels Task Force | Memo | Research Department | C. R. Morgan | 5 |
| XOM-EM-00016462 | XOM-EM-00016465 | 8/24/1989 | Impacts of Changes in Fuel Volatility and the Use of oxygenated Fuel Blends on Urban Ozone Formation | | | | 4 |
| XOM-EM-00016473 | XOM-EM-00016481 | | 1990 Seasonal Impact of Blending Oxygenated Organics with Gasoline on Motor Vehicle Tailpipe and Evaporative Emissions | | Fred D. Stump, Kenneth T. Knapp, William D. Ray | | 9 |
| XOM-EM-00017216 | XOM-EM-00017248 | | Dec-92 A Study of Fuel Effects on Emissions from High Emitting Vehicles | | | | 33 |
| XOM-EM-00017319 | XOM-EM-00017332 | 4/4/1992 | Oxygenates -- MTBE Impact on Mpg | Memo with attachment | J.A. Marckinek | A. L. Clark, R. D. McGraw, T. J. Martenak, G. P. Sweeney | 14 |
| XOM-EM-00017376 | XOM-EM-00017408 | 1/31/1995 | CARE's meeting to Discuss Analyses by SAI on Oxygenated Winter Gasoline Emissions | Memo | Aeron Arlin | Fuels Subcommittee, Predictive Model Working Group | 33 |
| XOM-EM-00017597 | XOM-EM-00017600 | 1/9/1997 | Atmospheric Reactivity of Reformulated Gasolines Email | fax | Jack Wise | C. Schleyer | 4 |
| XOM-MDL1358hExxonDTU-0000003 | XOM-MDL1358hExxonDTU-0000047 | | 1991 Oxygenates/MTBE Outlook | | | | 45 |
| XOM-MDL1358hExxonDTU-0000037 | XOM-MDL1358hExxonDTU-0000046 | 1/16/1991 | Baton Rouge MTBE Plant Appropriation Request | Memo | E. R. Corino | D. S. Sanders | 10 |
| XOM-MDL1358hExxonDTU-0000052 | XOM-MDL1358hExxonDTU-0000052 | 12/6/1991 | Marketing Ethanol Blended Gasolines | Memo | W. J. Barton | G. H. Thompson, J. S. Carter, J. S. Dick, T. G. Dietz, G. C. Halatsis, R. V. Hansen, J. S. Healy, C. H. Martinez, J. C. Powell, D. R. Taylor, J. E. Spell, R. P. White | 1 |
| XOM-MDL1358hExxonDTU-0000054 | XOM-MDL1358hExxonDTU-0000090 | | Oxygenates Task Force Report | | | | 37 |
| XOM-MDL1358hExxonDTU-0000091 | XOM-MDL1358hExxonDTU-0000099 | 8/18/1992 | Oxygenated Gasoline 1992/1993 Season Plans | | | | 9 |
| XOM-MDL1358hExxonDTU-0000191 | XOM-MDL1358hExxonDTU-0000193 | 10/12/1992 | Ethanol Blender Versus MTBE Refining Economics | Memo | Al Zustovich | Jim McCullovah, Bob Lloyd, Tom Eizember | 3 |
| XOM-MDL1358hExxonDTU-0000194 | XOM-MDL1358hExxonDTU-0000196 | | Ethanol Blending for RFG/OXY Fules | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0000256 | XOM-MDL1358hExxonDTU-0000258 | 4/2/1993 | Ethanol Plant Economics | Memo | J. T. McMillian | H. J. Longwell | 3 |
| XOM-MDL1358-hExxonDTU-0000264 | XOM-MDL1358hExxonDTU-0000276 | | Refining Project to Construct an MTBE Plant at the Bonicia Refinery. | Memo | J. T. McMillian | Members of the Management, Committee | 13 |
| XOM-MDL1358-hExxonDTU-0000277 | XOM-MDL1358hExxonDTU-0000289 | 4/20/1993 | Ethanol Plant Economics | | | | 13 |
| XOM-MDL1358-hExxonDTU-0000313 | XOM-MDL1358hExxonDTU-0000314 | 3/5/1993 | Statement on MTBE Health Effects | Memo | D. E. Allan | Managers, Specialists, J. R. Allred, J. S. Carter, E. R. Corino, D. E. Conett, W. D. Demott, R. T. Heffner, I. L. Maayers, Jr., J. M. E. Mitzer, C. B. Raglin, M. D. Voller, M. O. Waldman, P. R. White, J. L. Whiteburer | 2 |
| XOM-MDL1358-hExxonDTU-0000353 | XOM-MDL1358hExxonDTU-0000355 | | EUSA Oxygenate Supply and Demand Outlook | | | | 3 |
| XOM-MDL1358-hExxonDTU-0000356 | XOM-MDL1358hExxonDTU-0000361 | 8/18/1994 | Commercial Oxygenate Strategy, US Supply/Demand Balance (kBD MTBE Equivalent) | | | | 6 |
| XOM-MDL1358-hExxonDTU-0000362 | XOM-MDL1358hExxonDTU-0000379 | 7/20/1994 | 1994 U.S. Energy Outlook - Biomass-derived Ethanol Supply/Demand | Memo | G. K. Barnes | T. J. Clunie, T. H. Colle, T. W. Day, M. D. Maher, R. M. Weatherford, A. B. Zustovich | 18 |
| XOM-MDL1358-hExxonDTU-0000411 | XOM-MDL1358hExxonDTU-0000430 | 11/8/1989 | Products Planning Meeting | | J. S. Dick, A. M. Goldstein | | 20 |
| XOM-MDL1358-hExxonDTU-0000455 | XOM-MDL1358hExxonDTU-0000460 | 4/12/1990 | Summer 1990 Low Emissions Gasoline Additional Analysis | | | | 6 |
| XOM-MDL1358-hExxonDTU-0000461 | XOM-MDL1358hExxonDTU-0000501 | 4/23/1990 | Reformulated Gasoline | Memo | D. S. Sanders | R. E. Wilhelm, E. J. Hess, R. S. McGill | 41 |
| XOM-MDL1358-hExxonDTU-0000510 | XOM-MDL1358hExxonDTU-0000511 | 5/9/1990 | Low Emissions Gasoline - Near Term Future Steps | Memo | Ben S. Markham | S. F. Goldman, G. W. Thomson, R. W. Upchurn | 2 |
| XOM-MDL1358-hExxonDTU-0000545 | XOM-MDL1358hExxonDTU-0000588 | 7/18/1990 | California Reduced Emissions Gasoline Intorduction | Memo | R.P. White | J. S. Carter, R. T. Havin, A. F. Icken, J. F. Marcogliese, C. B. Raglin | 44 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0000591 | XOM-MDL1358hExxonDTU-0000596 | 9/21/1990 | Reduced Emissions Gasoline | Memo | L. J. Bernlard | R. M. Upchurch | 6 |
| XOM-MDL1358-hExxonDTU-0000640 | XOM-MDL1358hExxonDTU-0000648 | 11/9/1990 | Reformulated Hogas, Activity Outlook | | | | 9 |
| XOM-MDL1358-hExxonDTU-0000653 | XOM-MDL1358hExxonDTU-0000660 | 1/18/1991 | 1992 Reduced Emissions Gasoline Offering | Memo | W. J. Barton | . J. Campion, C. C. Hale, G. L. Harting, T. H. Howard, M. E. Rollins, J. C. Spry | 8 |
| XOM-MDL1358-hExxonDTU-0000678 | XOM-MDL1358hExxonDTU-0000682 | | Exxon Lower Pollution Gasoline, 1992 Product Offering | | | | 5 |
| XOM-MDL1358-hExxonDTU-0000728 | XOM-MDL1358hExxonDTU-0000730 | 12/14/1992 | Follow-up regarding Energy Security. | Memo | John Taunton | Tom Eizember, Albie Hochhauser, Rick Winters, Al Zustovich | 3 |
| XOM-MDL1358-hExxonDTU-0000739 | XOM-MDL1358hExxonDTU-0000759 | 6/11/1991 | Reformulated Gasoline Refining Planning Meeting 6/11 - 12/91 Agenda, South Tower Ballroom - IAH Marriott Hotel | | | | 21 |
| XOM-MDL1358-hExxonDTU-0001088 | XOM-MDL1358hExxonDTU-0001090 | 2/17/1984 | API Ground-Water Technical Task Force Committee | Letter | W.A. Stone | S. D. Curran | 3 |
| XOM-MDL1358-hExxonDTU-0001103 | XOM-MDL1358hExxonDTU-0001103 | 8/8/1984 | Methyl Tertiary Butyl Ether (MTBE) | Memo | V. M. Dugan | S. D. Curran | 1 |
| XOM-MDL1358-hExxonDTU-0001106 | XOM-MDL1358hExxonDTU-0001108 | 8/23/1984 | MTBE Contamination of Ground Water | Memo | B. J. Mickelson | V. M. Dugan | 3 |
| XOM-MDL1358-hExxonDTU-0001118 | XOM-MDL1358hExxonDTU-0001121 | 11/8/1984 | Ethanol/ Gasoline Blends - Proposed Reasearch | Letter | J. Panzer | V. M. Dugan | 4 |
| XOM-MDL1358-hExxonDTU-0001122 | XOM-MDL1358hExxonDTU-0001124 | 11/15/1984 | API Ground-Water Technical Task Force | Letter | W.A. Stone | S. D. Curran | 3 |
| XOM-MDL1358-hExxonDTU-0001127 | XOM-MDL1358hExxonDTU-0001139 | 2/10/1986 | API Ground-Water Technical Task Force Meeting | Letter | W. A. Stone | S. D. Curran | 13 |
| XOM-MDL1358-hExxonDTU-0001140 | XOM-MDL1358hExxonDTU-0001141 | 2/22/1985 | Methyl Tertiary Butyl Ether (MTBE) | Memo | B.J. Mickelson | J.M.E. Mixter | 2 |
| XOM-MDL1358-hExxonDTU-0001186 | XOM-MDL1358hExxonDTU-0001188 | 6/30/1987 | Proposed Joint Legislative Commission Study - Driveability and Engine Wear of Gasohol vs. Gasoline | Letter | R. P. Larkins | Robert Odam | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0001366 | XOM-MDL1358hExxonDTU-0001366 | 4/2/1985 | Use of MTBE in Exxon Gasoline | Memo | J.G. Handy | M.W. Sprigg | 1 |
| XOM-MDL1358-hExxonDTU-0001367 | XOM-MDL1358hExxonDTU-0001368 | 4/19/1985 | EUSA of MTBE as Octane Improver | Memo | M. R. Schimmenti | W. W. Sprigg | 2 |
| XOM-MDL1358-hExxonDTU-0001370 | XOM-MDL1358hExxonDTU-0001370 | 6/6/1985 | ECA Offer of MTBE to EUSA | | Tom Howard | | 1 |
| XOM-MDL1358-hExxonDTU-0001371 | XOM-MDL1358hExxonDTU-0001371 | | ECA Offer of MTBE to EUSA | | Tom Howard | | 1 |
| XOM-MDL1358-hExxonDTU-0001372 | XOM-MDL1358hExxonDTU-0001372 | 12/16/1986 | ECA Offer of MTBE to EUSA | | Tom Howard | | 1 |
| XOM-MDL1358-hExxonDTU-0001400 | XOM-MDL1358hExxonDTU-0001401 | 5/17/1984 | Maryland State Mogas Specifications "Oxygenated Fuels" Definition | Memo | J. E. Spell | V. M. Dugan | 2 |
| XOM-MDL1358-hExxonDTU-0001411 | XOM-MDL1358hExxonDTU-0001418 | 3/15/1982 | Proposed API Recommended Practice For The Prevention ASnd Detection Of Leaks From Underground Tanks And Pipi | Letter | S. D. Curran | Richard Southers | 8 |
| XOM-MDL1358-hExxonDTU-0001419 | XOM-MDL1358hExxonDTU-0001421 | 5/1/1987 | Exxon Comments Draft RP 1615 UST Installation Practices | Letter | S. D. Curran | Marc Neteyer | 3 |
| XOM-MDL1358-hExxonDTU-0001422 | XOM-MDL1358hExxonDTU-0001440 | 9/11/1978 | Facility Corrosion Survey | Memo | S. D. Curran | API Leak Prevention Task Force Members | 19 |
| XOM-MDL1358-hExxonDTU-0001441 | XOM-MDL1358hExxonDTU-0001459 | 9/11/1978 | Facility Corrosion Surveys | Memo | Tolan | M.S. Emrie, J.A. Grimaldi, W.B. Matney, W.C. Pfunder, K.H. Reinmiller | 19 |
| XOM-MDL1358-hExxonDTU-0001460 | XOM-MDL1358hExxonDTU-0001464 | 1/30/1979 | Update on Current Industry Programs Relating to U.G. Product Leak Control | Memo | S. D. Curran | G. G. Johns Jr., H. M. LeConey Jr., J. S. Olsen, J. J. Pepas, W. C. Stewart, T. B. Eide, V. J. Kazaka, J. A. Nickerson, D. H. Potash, H. D. Varnell | 5 |
| XOM-MDL1358-hExxonDTU-0001465 | XOM-MDL1358hExxonDTU-0001543 | 2/23/1982 | API Report - Statistical Analysis of Corrosion Failures in Unprotected U.G. Steel Tanks | Letter | S. D. Curran | R. S. Hansen | 79 |
| XOM-MDL1358-hExxonDTU-0001544 | XOM-MDL1358hExxonDTU-0001555 | 5/24/1983 | API Underground Leakage Task Force Meeting | Memo | G. L. Garteiser | File | 12 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0001556 | XOM-MDL1358hExxonDTU-0001557 | 3/3/1983 | API Marketing Department Operations And Engineering Committee Underground Leak Activities | | S. D. Curran | | 2 |
| XOM-MDL1358-hExxonDTU-0001558 | XOM-MDL1358hExxonDTU-0001558 | | 1992 Exxon Branded Distributor and Dealer CTE (Commitment To Excellence) Environmental Presentations and Workshops 1984 -1992 | | S. D. Curran | | 1 |
| XOM-MDL1358-hExxonDTU-0001640 | XOM-MDL1358hExxonDTU-0001647 | | Dec-87 Do-It-Yourself Underground Tank System Testing | | Sully Curran | | 8 |
| XOM-MDL1358-hExxonDTU-0001648 | XOM-MDL1358hExxonDTU-0001651 | | 1988 DOs and DON'Ts, Tank Tightness Testing | | | | 4 |
| XOM-MDL1358-hExxonDTU-0001652 | XOM-MDL1358hExxonDTU-0001652 | 6/12/1981 | NOJC Invitation | Memo | S. D. Curran | T. J. Berardino, R. A.Pierpont Jr. | 1 |
| XOM-MDL1358-hExxonDTU-0001653 | XOM-MDL1358hExxonDTU-0001653 | 6/16/1981 | NOJC Meeting - June 16, 1981, API Underground Leakage Task Force Liaison | Memo | S. D. Curran | T. J. Berardino, R. A. Pierpont Jr. | 1 |
| XOM-MDL1358-hExxonDTU-0001654 | XOM-MDL1358hExxonDTU-0001659 | 4/10/1984 | EPA Underground Tank Regulation Development API/ EPA Meetings | Memo | R. R. Eaton | S. M. Peerman | 6 |
| XOM-MDL1358-hExxonDTU-0001660 | XOM-MDL1358hExxonDTU-0001677 | 6/14/1987 | U.S. General Accounting Office Meeting on Underground Storage Tanks and Pollution Liability | Memo | S. D. Curran | | 18 |
| XOM-MDL1358-hExxonDTU-0001678 | XOM-MDL1358hExxonDTU-0001683 | 8/5/1986 | Proposed API Concensus Recommendation on EPA Underground Tank Regulations Existing Underground Tank Performance Standards | | | S. D. Curran | 6 |
| XOM-MDL1358-hExxonDTU-0001922 | XOM-MDL1358hExxonDTU-0001924 | 12/26/1979 | Verifing MTBE suitability | Memo | I.S. Bernstein | A.J. Dodoson, O.J. Losa, F.M. Vetter | 3 |
| XOM-MDL1358-hExxonDTU-0001979 | XOM-MDL1358hExxonDTU-0001980 | 7/9/1980 | Exxon, USA Review of Butene-1 Appropriation Request | Letter | W. G. Reymond | Mr. F. W. Vetter | 2 |
| XOM-MDL1358-hExxonDTU-0002011 | XOM-MDL1358hExxonDTU-0002011 | 7/10/1984 | Oxygenate Incentives | Memo | Jack Spell | R.T. Peters | 1 |
| XOM-MDL1358-hExxonDTU-0002053 | XOM-MDL1358hExxonDTU-0002054 | 4/22/1988 | Leaking Underground Storage Tanks (LUST) Incidents | Memo | R. T. Harvin | R. P. Larkins | 2 |
| XOM-MDL1358-hExxonDTU-0002090 | XOM-MDL1358hExxonDTU-0002094 | 9/5/1984 | API Ground-Water Technical Task Force Activities | Letter | W.A. Stone | S. D. Curran | 5 |
| XOM-MDL1358-hExxonDTU-0002160 | XOM-MDL1358hExxonDTU-0002165 | 8/22/1984 | Economics of Alcohol Blends | Memo | E. J. Hess | R. P. Larkins | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0002166 | XOM-MDL1358hExxonDTU-0002167 | 1/8/1987 | Ethanol Blending | Memo | M. D. Voller | J. R. Bradley | 2 |
| XOM-MDL1358-hExxonDTU-0002182 | XOM-MDL1358hExxonDTU-0002256 | 7/22/1988 | Oxygenated Transportation Fules - Presentation to Exxon Corporation Management Committee | | S.F. Goldmann, G.L. Harting | | 75 |
| XOM-MDL1358-hExxonDTU-0002257 | XOM-MDL1358hExxonDTU-0002277 | 12/28/1987 | Competitive Fuels Coalition | Memo | Michael C. Quinn | R. P. Larkins | 21 |
| XOM-MDL1358-hExxonDTU-0002278 | XOM-MDL1358hExxonDTU-0002299 | 1991 | Consumer Fact Sheet: Precautions for Using Alcohol-Blended Gasoline in Boats, and other articles re: ethanol in gasoline | | US Department of Transportation, United States Coast Guard | | 22 |
| XOM-MDL1358-hExxonDTU-0002312 | XOM-MDL1358hExxonDTU-0002322 | 3/25/1975 | Underground Tank Prevention Maintenance, Corrosion Control Program - Note 1 | Memo | A. E. Ada Jr. | S. E. Charlton, P. W. Edge Jr., R. W. Hansen, I. E. Killian, W. A. Nichols, T. F. Smith Jr. | 11 |
| XOM-MDL1358-hExxonDTU-0002324 | XOM-MDL1358hExxonDTU-0002325 | 11/4/1975 | Retail Store Underground Storage, Fiberglass vs. Steel | Memo | Illegible | G.H. Johns, Jr., H.H. LeConay, Jr., H.R. Hirick, J.S. Olsen, J.J. Pepas, W.C. Stewart | 2 |
| XOM-MDL1358-hExxonDTU-0002343 | XOM-MDL1358hExxonDTU-0002394 | Nov-73 | Underground Leak Study | | R. D. Dewalt | | 52 |
| XOM-MDL1358-hExxonDTU-0002781 | XOM-MDL1358hExxonDTU-0002834 | 2/6/1980 | Underground Tank Program Implementation Workshop | Memo | A. E. Ada Jr. | R. V. Hansen, S. M. Pearman, T. F. Smith Jr., R. E. Wilhelm | 54 |
| XOM-MDL1358-hExxonDTU-0002835 | XOM-MDL1358hExxonDTU-0002855 | | Exxon Senior Management Briefing | | | | 21 |
| XOM-MDL1358-hExxonDTU-0003493 | XOM-MDL1358hExxonDTU-0003493 | 1/10/1980 | Underground Tank Program, Inventory Verification, & Tankage Upgrading | Letter | A. E. Ada Jr. | George Weber | 1 |
| XOM-MDL1358-hExxonDTU-0003506 | XOM-MDL1358hExxonDTU-0003524 | 6/10/1976 | Presentation, Exxon Company USA's Program for Underground Leak Prevention & Detection at Service Stations | Memo | | R. V. Hansen, I. E. Killian, R. C. Knowles, R. P. Larkins, W. A. Nichols, T. F. Smith Jr. | 19 |
| XOM-MDL1358-hExxonDTU-0003546 | XOM-MDL1358hExxonDTU-0003549 | 1/23/1989 | West Coast 93 Premium Study | Memo | R. T. Peters, J. V. Roach | D. N. Scharnhorst | 4 |
| XOM-MDL1358-hExxonDTU-0003572 | XOM-MDL1358hExxonDTU-0003572 | 10/27/1989 | Conoco Reformulated Gasoline | | | | 1 |
| XOM-MDL1358-hExxonDTU-0003573 | XOM-MDL1358hExxonDTU-0003592 | 11/8/1989 | Low Emissions Gasoline Products Planning Committee Meeting, Linden, NJ | | J.S. Dick, A.M. Goldstein, G.N. Shah | | 20 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0003646 | XOM-MDL1358hExxonDTU-0003650 | 6/22/1990 | Exxon Comments on California Air Resources Board Staff's Draft Technical Support Documents | Letter | H. T. Gibson | Peter Venturini | 5 |
| XOM-MDL1358-hExxonDTU-0003651 | XOM-MDL1358hExxonDTU-0003656 | | California Markets - Exxon Reduced Emissions Gasoline | | | | 6 |
| XOM-MDL1358-hExxonDTU-0003657 | XOM-MDL1358hExxonDTU-0003662 | 7/17/1990 | Exxon Reduced Emissions Gasoline Now Available | Memo | R. P. White | J. S. Carter, R. T. Harvin, A. F. Icken, J. F. Marcogliese, C. B. Raglin | 6 |
| XOM-MDL1358-hExxonDTU-0003663 | XOM-MDL1358hExxonDTU-0003663 | 8/10/1990 | Update on California Gasoline Regulations | Memo | Bill Ekstrand | R. J. Champion | 1 |
| XOM-MDL1358-hExxonDTU-0003667 | XOM-MDL1358hExxonDTU-0003668 | 9/30/1990 | Chevron Material | | | | 2 |
| XOM-MDL1358-hExxonDTU-0003669 | XOM-MDL1358hExxonDTU-0003669 | 9/28/1990 | Butadiene Emissions in Reformulated Mogas | Memo | G. L. Graves | R. E. Wilhelm | 1 |
| XOM-MDL1358-hExxonDTU-0003670 | XOM-MDL1358hExxonDTU-0003671 | 10/26/1990 | Potential WSPA & ARB Gasoline Vehicle Emissions Research | Memo | W. N. Ekstrand | | 2 |
| XOM-MDL1358-hExxonDTU-0003672 | XOM-MDL1358hExxonDTU-0003675 | 1/9/1991 | Technical outlook for Oxygenates in Gasoline | Memo | G. W. Shah | C. M. Eidt | 4 |
| XOM-MDL1358-hExxonDTU-0003676 | XOM-MDL1358hExxonDTU-0003689 | 6/7/1991 | Reformulated Gasoline and Advanced Low Emission Vehicle | | | | 14 |
| XOM-MDL1358-hExxonDTU-0003692 | XOM-MDL1358hExxonDTU-0003694 | 4/17/1978 | MTBE - Gasoline Additive | Memo | D.A. Grgurich | Mr. C. M. Eidt Jr. | 3 |
| XOM-MDL1358-hExxonDTU-0003697 | XOM-MDL1358hExxonDTU-0003702 | 2/23/1984 | MTBE in Triangle Exchange-Supplied Mogas at Corpus Christi, Texas | fax | V.M. Dugan | J.R. Siegel | 6 |
| XOM-MDL1358-hExxonDTU-0003703 | XOM-MDL1358hExxonDTU-0003706 | 3/21/1984 | Memo attaching outline Triangle Motor Gas Exchange | Memo | V.M. Dugan | D.A. Campbell, J.R. Siegel, J.E. Spell, J.F.Spruill | 4 |
| XOM-MDL1358-hExxonDTU-0003707 | XOM-MDL1358hExxonDTU-0003708 | 3/13/1984 | Use of MTBE in Purchase/Exchange Gasoline | Letter | J.R. Siegel | V.M. Dugan, J.E. Spell | 2 |
| XOM-MDL1358-hExxonDTU-0003718 | XOM-MDL1358hExxonDTU-0003718 | 9/13/1984 | Exxon Reviews its Gasoline Octane Requirement | Letter | J. G. Handy | R. N. Tadross | 1 |
| XOM-MDL1358-hExxonDTU-0003734 | XOM-MDL1358hExxonDTU-0003735 | | MTBE Use in EUSA Proprietary Texas Pipeline Served Areas | Memo | C. Raglin | R. P. Larkins, S. M. Pearman | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0003863 | XOM-MDL1358hExxonDTU-0003863 | 2/8/1984 | Amoco Proposal on Alcohol Components in Mogas | Memo | V. M. Dugan | J. R. Hastings | 1 |
| XOM-MDL1358-hExxonDTU-0003872 | XOM-MDL1358hExxonDTU-0003874 | 5/30/1985 | MTBE Use at Baytown Refinery | Memo | C.B. Raglin | S.M. Pearrman, R.P. Larkins | 3 |
| XOM-MDL1358-hExxonDTU-0004746 | XOM-MDL1358hExxonDTU-0004746 | 2/12/1985 | Marketing has not reached a conclusion on use of MTBE | Memo | J.G. Handy | M.W. Sprigg | 1 |
| XOM-MDL1358-hExxonDTU-0004747 | XOM-MDL1358hExxonDTU-0004747 | 12/27/1984 | Inquiring re: status of Marketing's approval to use MTBE | Memo | M.W. Sprigg | J.H. Handy | 1 |
| XOM-MDL1358-hExxonDTU-0004763 | XOM-MDL1358hExxonDTU-0004764 | 7/9/1990 | Meeting Minutes 7/9/90 | Memo | R.J. Campion | W. J. Barton, C. C. Hale, T. H. Howard, G. J. Seger, A. Stuckert | 2 |
| XOM-MDL1358-hExxonDTU-0004775 | XOM-MDL1358hExxonDTU-0004776 | 8/9/1991 | MTBE - Ecotoxicology Data Gaps and Recommendations for Testing Program | Memo | D. R. Peterson | C.J. Bevan | 2 |
| XOM-MDL1358-hExxonDTU-0004795 | XOM-MDL1358hExxonDTU-0004808 | 6/8/1993 | Project Approval MTBE Plant Project Benicia Refinery | Letter | R. W. Upchurch, M. E. Northcutt | G. W. Pruessing, N. A. Naville | 14 |
| XOM-MDL1358-hExxonDTU-0004809 | XOM-MDL1358hExxonDTU-0004820 | 4/1/1991 | Project Approval MTBE Plant Project Baton Rouge Refinery | Letter | R. W. Upchurch, W. A. Tempton, Jr. | E. G. Galante, D. M. Schlaeppi | 12 |
| XOM-MDL1358-hExxonDTU-0004974 | XOM-MDL1358hExxonDTU-0004981 | 5/19/1995 | Oxygenates Strategy Review | | | | 8 |
| XOM-MDL1358-hExxonDTU-0005136 | XOM-MDL1358hExxonDTU-0005138 | 6/8/1990 | Ethanol As a Motor Gasoline Blend | Memo | W. R. Finger | B. S. Markham | 3 |
| XOM-MDL1358-hExxonDTU-0005139 | XOM-MDL1358hExxonDTU-0005154 | 9/9/1992 | Oxygenated Gasoline 1992/1993 Season Plans | | | | 16 |
| XOM-MDL1358-hExxonDTU-0005195 | XOM-MDL1358hExxonDTU-0005340 | 3/12/1993 | Oxygenate Review with Sitter - 3/12/03 | | | | 146 |
| XOM-MDL1358-hExxonDTU-0005306 | XOM-MDL1358hExxonDTU-0005318 | 1/2/1991 | Oxygenate Review with Sitter - 3/12/03 | Memo | R. W. Upchurch | D. S. Sanders | 13 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0005320 | XOM-MDL1358hExxonDTU-0005334 | 12/16/1991 | Project Approval Methyl Tertiary Butyl Ether Project Baytown Refinery | Letter | R. W. Upchurch, G. P. Gatton | B. S. Markham, C. T. Brown, M. R. Harris, N.R. Vaswani, M. E. Esparza, S. J. Glass, T. H. Howard, J. D. LeBlanc, J.R. Lewis, M. W. McGanus, G. J. Seger, M. V. Walker, M. S. Woodburn | 15 |
| XOM-MDL1358-hExxonDTU-0005867 | XOM-MDL1358hExxonDTU-0005868 | 10/22/1992 | 1995 Ethanol Comparative Economics | | | | 2 |
| XOM-MDL1358-hExxonDTU-0005869 | XOM-MDL1358hExxonDTU-0005869 | 10/21/1992 | Ethanol Plant Economics | | | | 1 |
| XOM-MDL1358-hExxonDTU-0005870 | XOM-MDL1358hExxonDTU-0005871 | 10/15/1992 | Ethanol Costs -- October 1992 | | | | 2 |
| XOM-MDL1358-hExxonDTU-0005872 | XOM-MDL1358hExxonDTU-0005874 | 10/15/1992 | EUSA/ECA Reformulated Fuels Steering Committee Meeting 7/16/92 | Memo | T.R. Elzember | M.J. Aszman, J.F. Barth, R.M. Brown, R.T. Duffy, J.G. Matragrano, L.B. McManus, J.E. Standridge, N.R. Summerlin | 3 |
| XOM-MDL1358-hExxonDTU-0005875 | XOM-MDL1358hExxonDTU-0005927 | 10/2/1992 | New Ethanol Process Technology and Costs of Production | | Paul R. Wood, Senior Project Engineer | | 53 |
| XOM-MDL1358-hExxonDTU-0005928 | XOM-MDL1358hExxonDTU-0005931 | 4/16/1992 | Effect of Ethanol on Ozone Formation | Letter with attachment | A.M. Hochhauser, R.S. Lunt, Dr. R.J. Campion | | 4 |
| XOM-MDL1358-hExxonDTU-0005932 | XOM-MDL1358hExxonDTU-0005932 | | Article: Catalysts Suppliers Pressed to Help Oxygenates Needs of (illegible) | | | | 1 |
| XOM-MDL1358-hExxonDTU-0005933 | XOM-MDL1358hExxonDTU-0005939 | 4/1/1991 | Cargill Corn Milling Meeting | Memo | Vic Dugan | Al Zustovich | 7 |
| XOM-MDL1358-hExxonDTU-0005940 | XOM-MDL1358hExxonDTU-0005941 | 2/11/1991 | "Blends Command an Unprecedented 11.5% Market Share as Gasoline Sales Plunge" | | | | 2 |
| XOM-MDL1358-hExxonDTU-0005942 | XOM-MDL1358hExxonDTU-0005949 | | State Motor Fuel Taxes and Gasohol Tax Credit file | | | | 8 |
| XOM-MDL1358-hExxonDTU-0005944 | XOM-MDL1358hExxonDTU-0005949 | 2/8/1991 | Ethanol Costs | Memo | W. R. Finger | S. K. Stuewer | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0005950 | XOM-MDL1358hExxonDTU-0005951 | 10/25/1990 | Ethanol Backup | | | | 2 |
| XOM-MDL1358-hExxonDTU-0005960 | XOM-MDL1358hExxonDTU-0005962 | 5/5/1989 | API Study, "The Economics of Gasoline Ethanol Blends" | Memo | W. R. Finger | J. T. McMillan | 3 |
| XOM-MDL1358-hExxonDTU-0005993 | XOM-MDL1358hExxonDTU-0005993 | 4/11/1989 | Ethanol production facility in Louisiana | fax | Gary J. | Steve Cope, K. A. Warren | 1 |
| XOM-MDL1358-hExxonDTU-0006324 | XOM-MDL1358hExxonDTU-0006349 | | 1992 Analysis of Oxygenate Supply and Demand 1992 Carbon Monoxide Oxygenate Program | | | | 26 |
| XOM-MDL1358-hExxonDTU-0015076 | XOM-MDL1358hExxonDTU-0015081 | 5/29/1990 | Clean Air Act Strategy | | | | 6 |
| XOM-MDL1358-hExxonDTU-0017576 | XOM-MDL1358hExxonDTU-0017578 | 5/29/1991 | EUSA Oxygenate Production and Tankage | Memo | | J. W. Beck, P. R. Carrano, R. J. Marcogliese, J. D. Paynter, D. A. Sprick | 3 |
| XOM-MDL1358-hExxonDTU-0017852 | XOM-MDL1358hExxonDTU-0017870 | 1/22/1991 | Refining Reformulated Gasoline, Facilities Planning Meeting | | | | 19 |
| XOM-MDL1358-hExxonDTU-0018923 | XOM-MDL1358hExxonDTU-0018928 | | Benicia MTBE Plant | | | | 6 |
| XOM-MDL1358-hExxonDTU-0020686 | XOM-MDL1358hExxonDTU-0020689 | 4/16/1992 | American Petroleum Institute Testimony on Supplenental Notice of Proposed Rulemaking on Reformulated and Conventional Gasoline | | Ray Campion | | 4 |
| XOM-MDL1358-hExxonDTU-0021904 | XOM-MDL1358hExxonDTU-0021918 | 4/8/1993 | Request Package for Benicia MTBE Plant | Memo | R. W. Upchurch | J. T. McMillan | 15 |
| XOM-MDL1358-hExxonDTU-0029286 | XOM-MDL1358hExxonDTU-0029308 | 4/10/1992 | Reduced Emissions Gasoline Status Report | Letter | J. Griffel | istribution List:, A. Kaldor, D. W. Savage, H. R. Savage, W. Weissman, B. T. Fant, W. E. Lewis, J. D. Metcalfe, M. Camarsa, A. M. Goldstein, P. A. Ruziska, M. A. Alonso, J. G. Helpinstill, R. W. Weiland, J. F. Barth, W. J. Barton, T. R. Eizember, B. S. F | 23 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0030124 | XOM-MDL1358hExxonDTU-0030134 | 5/25/1990 | Reduced Emissions Gasoline | Memo | L. J. Bernlard | J. W. Beck, R. J. Marcogliese, D. A. Sprick, J. D. Paynter, P. R. Carrano | 11 |
| XOM-MDL1358-hExxonDTU-0037645 | XOM-MDL1358hExxonDTU-0037656 | 11/20/1990 | MTBE/Oxygantes Task Force | Memo | A. M. Lopez | D. B. Dull, G. C. Lahn, L. B. McManus, D. P. Ryan, A. L. Seaver, S. K. Stuewer, A. S. H. Norton, D. Reitman, N. G. Schuld | 12 |
| XOM-MDL1358-hExxonDTU-0037819 | XOM-MDL1358hExxonDTU-0037860 | 2/21/1991 | API Oxygante Analysis - Second Revision | Memo | | FTF Members, Betty Anthony, Dave Deal, Mary Beth Bonomo, Jim Williams, Tom Lareau, Russ Jones | 42 |
| XOM-MDL1358-hExxonDTU-0040701 | XOM-MDL1358hExxonDTU-0040713 | 10/17/1989 | Auto/Oil Air Quality Improvement Research Program | Memo | Bob Greco | | 13 |
| XOM-MDL1358-hExxonDTU-0041221 | XOM-MDL1358hExxonDTU-0041221 | 7/27/1990 | Phase II Work of the Auto/ Oil Research Planning Committee. | Letter | Phil Lorang | Donald K. Lawrence, Walt Kreucher, Alan Dunker, Ken Knapp | 1 |
| XOM-MDL1358-hExxonDTU-0042179 | XOM-MDL1358hExxonDTU-0042212 | May-93 | Auto/Oil Air Quality Improvement Research Program; Phase I Final Report | Memo | Jim Craig, Bill Noack | | 34 |
| XOM-MDL1358-hExxonDTU-0046516 | XOM-MDL1358hExxonDTU-0046614 | 10/4/1991 | Public Hearing To Consider the Adoption of and Amendments to Regulations Regarding Reformulated Gasoline (Phase 2 Gasoline Specifications) and the wintertime Oxygen Content of Gasoline - Volume 2, Proposed Regulaton For California wintertime Oxygenates P | | | | 99 |
| XOM-MDL1358-hExxonDTU-0047108 | XOM-MDL1358hExxonDTU-0047108 | 11/1/1990 | Exxon Introduces Cleaner Burning Winter Gasolines | | | | 1 |
| XOM-MDL1358-hExxonDTU-0049904 | XOM-MDL1358hExxonDTU-0049906 | | Telecommunications, Energy Management | | | | 3 |
| XOM-MDL1358-hExxonDTU-0051335 | XOM-MDL1358hExxonDTU-0051347 | 5/13/1993 | Comments on EPA's Notice of Proposed Rulemaking on Regulation of Fuels & Fuel Additives. | Letter | William T. Flis | Enviornmental Protection Agency | 13 |
| XOM-MDL1358-hExxonDTU-0053952 | XOM-MDL1358hExxonDTU-0053961 | 4/25/1990 | Reformulated Exxon Supreme and Exxon Plus Gasolines | Memo | R. P. White | J. D. Adkins, J. S. Carter, A. F. Icken, C. B. Raglin, C. D. Stevens | 10 |
| XOM-MDL1358-hExxonDTU-0053973 | XOM-MDL1358hExxonDTU-0053981 | 12/18/1990 | Auto/ Oil Air Quality Improvement Research Program News Release | | | | 9 |