9/29/2008

## Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0054064 | XOM-MDL1358hExxonDTU-0054172 | 4/26/1991 | NPC Report - Clean Air Act | fax | Lustovich | Champion, Taunton | 109 |
| XOM-MDL1358-hExxonDTU-0054223 | XOM-MDL1358hExxonDTU-0054249 | Dec-90 | Technical Bulletin No. 1, Initial Mass Exhuast Emissions Results from Reformulated Gasolines | | Auto/Oil Air Quality Improvement Research Program | | 27 |
| XOM-MDL1358-hExxonDTU-0054524 | XOM-MDL1358hExxonDTU-0054551 | Sep-91 | Technical Bulletin No. 6, Emissions Results of Oxygenated Gasolines and Changes in RVP, September 1991 | | | | 28 |
| XOM-MDL1358-hExxonDTU-0055291 | XOM-MDL1358hExxonDTU-0055292 | 12/22/1992 | Bulletin to New Car Dealers in Oxygenated Fule Markets | Memo | C. C. Hale | J. S. Carter, W. H. Cash, III, R. T. Harvin, L. E. Heffner, G. H. Thompson | 2 |
| XOM-MDL1358-hExxonDTU-0055856 | XOM-MDL1358hExxonDTU-0055868 | 9/25/1992 | 1992 Planning and Budget Review Capital Budget/Capex | | | | 13 |
| XOM-MDL1358-hExxonDTU-0055913 | XOM-MDL1358hExxonDTU-0055929 | 11/18/1992 | EUSA Downstream Outlook, General Session November 18, 1992 | | | | 17 |
| XOM-MDL1358-hExxonDTU-0056023 | XOM-MDL1358hExxonDTU-0056036 | 9/16/1992 | 1992 Company Plan Downstream P&B Review Overview Refining Marketing | | | | 14 |
| XOM-MDL1358-hExxonDTU-0056969 | XOM-MDL1358hExxonDTU-0057047 | 9/9/1995 | Phase 2 RFG Performance Subcommittee Final Meeting Summary | | California Air Resources Board | | 79 |
| XOM-MDL1358-hExxonDTU-0057076 | XOM-MDL1358hExxonDTU-0057092 | 6/22/1995 | Products Research Division report on impact of gasoline/MTBE on material compatibility. | Letter | Roland A. Bouffard | D. E. Allan | 17 |
| XOM-MDL1358-hExxonDTU-0057257 | XOM-MDL1358hExxonDTU-0057258 | 5/6/1994 | Response to 4/5/1994 Question re Exxon's choice of Oxygenates for the 1994-1995 Oxy Season | Letter | Craig P. Knoeller | Ken Anderson, C. P. Dugan, S. B. Loizou | 2 |
| XOM-MDL1358-hExxonDTU-0057376 | XOM-MDL1358hExxonDTU-0057379 | 3/22/1995 | MTBE Carcinogenicity: What We Know | Memo | Gerald L. Graves | C. R. Sitter, E. J. Hess | 4 |
| XOM-MDL1358-hExxonDTU-0057380 | XOM-MDL1358hExxonDTU-0057387 | 8/10/1994 | Suspension of MTBE Use in Alaska | Memo | G. L. Graves | C. R. Sitter | 8 |
| XOM-MDL1358-hExxonDTU-0057401 | XOM-MDL1358hExxonDTU-0057414 | 2/27/1995 | API Studies on Ordor Thresholds for Gasoline and MTBE | Letter | Wayne Daughtrey | A. M. Dinovo, A. M. Goldstein, D. J. O'Connor, R. P. Phillips | 14 |
| XOM-MDL1358-hExxonDTU-0057426 | XOM-MDL1358hExxonDTU-0057434 | 6/4/1993 | Comparison of Health Effects Information on MTBE and Ethanol | Memo | Gerry Egan | Clarence Eidt, Jr. | 9 |

201

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0057435 | XOM-MDL1358hExxonDTU-0057442 | 12/16/1993 | Oxygenates Health Effects | Memo | G.L. Graves | C. R. Sitter | 8 |
| XOM-MDL1358-hExxonDTU-0057443 | XOM-MDL1358hExxonDTU-0057445 | 7/29/1994 | Ethanol's Impact on Gasoline Vapor Pressure and documenting the information | Memo | D.G. LeVine | G.L. Graves | 3 |
| XOM-MDL1358-hExxonDTU-0058880 | XOM-MDL1358hExxonDTU-0058899 | 11/17/1993 | Benicia Clean Fuels Project Handout | Memo | M. E. Northcutt | L.J. Berniard, J.V. Genova, M.J. Hargarten, S.T. Kelly, R.A. Luxbacher, B.G. Macklin, F.S. Panebianco, M.E. Rollins, R.M. Weatherford | 20 |
| XOM-MDL1358-hExxonDTU-0062365 | XOM-MDL1358hExxonDTU-0063317 | Apr-95 | Fuels Laboratory Quarterly Activities Report | | | | 953 |
| XOM-MDL1358-hExxonDTU-0065129 | XOM-MDL1358hExxonDTU-0065132 | 5/6/1994 | 4/22 Oxy Team Notes | | Vic Dugan | J. W. Taunton | 4 |
| XOM-MDL1358hExxonDTU-0065405 | XOM-MDL1358hExxonDTU-0065408 | 10/11/1993 | New Fuels Report Vol. 14 No. 41 | | | | 4 |
| XOM-MDL1358-hExxonDTU-0065481 | XOM-MDL1358hExxonDTU-0065490 | 4/19/1993 | Alcohol Week's New Fuels Report | | | | 10 |
| XOM-MDL1358-hExxonDTU-0065741 | XOM-MDL1358hExxonDTU-0065743 | 4/10/1995 | Nissan Fuel Injector "Bobbin" Material Degradation by MTBE Continaing Gasoline's | Memo | Dennis F. Hess | Files | 3 |
| XOM-MDL1358-hExxonDTU-0065766 | XOM-MDL1358hExxonDTU-0065773 | Jan-92 | Effect of Future Gasoline Blends on Nonmetallic Materials | | J. F. Delahung, H. P. Lucas | | 8 |
| XOM-MDL1358-hExxonDTU-0069300 | XOM-MDL1358hExxonDTU-0069310 | 6/8/1992 | American Petroleum Institute Testimony on Supplemental Notice of Proposed Rulemaking on Reformulated and Conventional Gasoline 57 Federal Register 13416: April 16, 1992, SNPRM: CO Credit Concept | Memo | Denny Lamb | | 11 |
| XOM-MDL1358-hExxonDTU-0069338 | XOM-MDL1358hExxonDTU-0069340 | 1/27/1994 | Final Complex Model | Memo | Joe Marcinek | Bob Greco, John Taunton, Joe Kaufman | 3 |
| XOM-MDL1358-hExxonDTU-0070702 | XOM-MDL1358hExxonDTU-0070708 | 4/26/1990 | Exxon To Offer Reformulated Gasolines | | | | 7 |
| XOM-MDL1358-hExxonDTU-0070961 | XOM-MDL1358hExxonDTU-0070992 | Oct-90 | 1990 Low Emissions Gasoline Study | | P. Chatikavanij, K. Limsuwannarot, D. B. Trust | | 32 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MDL1358-hExxonDTU-0071129 | XOM-MDL1358hExxonDTU-0071177 | Dec-89 | Low Emissions Gasoline Study | | D. B. Trust, A. J. Watts | | 49 |
| XOM-MDL1358-hExxonDTU-0074082 | XOM-MDL1358hExxonDTU-0074100 | 7/12/1991 | EUSA 1992 Lower Pollution Gasoline | Memo | G. L. Harting | Files | 19 |
| XOM-MDL1358-hExxonDTU-0075425 | XOM-MDL1358hExxonDTU-0075432 | 12/1/1992 | Oxygenated Effects on Exhaust Emissions | Memo | A. M. Hochhauser | C.M. Eidt, Jr. | 8 |
| XOM-MDL1358-hExxonDTU-0075963 | XOM-MDL1358hExxonDTU-0075987 | 8/30/1993 | Draft Presentation for the NPRA National Fuels and Lubricants Meeting in November. | Letter | Albert Hochhauser | B. U. Achia, F. N. Cart, A. M. Edelman, C. M. Eidt, T. R. Eizember, R. L. Hall, R. J. Ott, F. S. Panebianco, J. W. Taunton, T. H. Upton, D. T. Wade, W. B. Wood | 25 |
| XOM-MDL1358-hExxonDTU-0076288 | XOM-MDL1358hExxonDTU-0076303 | Apr-92 | Technical Bulletin No. 9, Comparison of Effects of MTBE and Tame on Exhaust and Evaporative Emissions, Air Toxics, and Reactivity, April 1992 | | | | 16 |
| XOM-MDL1358-hExxonDTU-0076324 | XOM-MDL1358hExxonDTU-0076351 | Jun-91 | Technical Bulletin No. 5, Exhaust Emissions of Toxic Air Pollutants Using Reformulated Gasolines | | | | 28 |
| XOM-MDL1358-hExxonDTU-0077459 | XOM-MDL1358hExxonDTU-0077520 | 1/18/1991 | Intial Results of the Auto/Oil Air Quality Improvement Research Program | | Auto/Oil Air Quality Improvement Research Program | | 62 |
| XOM-MDL1358-hExxonDTU-0077988 | XOM-MDL1358hExxonDTU-0077994 | 3/15/1990 | Low Emissions Gasoline Meeting | Memo | Exxon Marketing | | 7 |
| XOM-MDL1358-hExxonDTU-0087672 | XOM-MDL1358hExxonDTU-0087672 | 11/19/1992 | Article, "There we were, Not Bothering a Soul" | | G. L. Harting | Files | 1 |
| XOM-MDL1358-hExxonDTU-0094354 | XOM-MDL1358hExxonDTU-0094388 | 2/27/1992 | From CRS Report from Congress: Alternative Fuels for Automobiles: Are they Cleaner than Gasoline? | | Mobil | | 35 |
| XOM-MDL1358hExxonSupp-0003719 | XOM-MDL1358hExxonSupp-0003725 | 6/22/1990 | Clean Fuels Program Phase 1 | Letter | | Peter Venturini | 7 |
| XOM-MT000993-001643 | XOM-MT000993-001657 | 8/14/1987 | Commencing immediately Exxon's gasoline may contain MTBE | | M.F. White | Various customers | 15 |
| XOM-MT00564-001814 | XOM-MT00564-001815 | 9/3/1986 | MTBE use in common carrier pipelines and storage tanks | Letter | Barry Noble | B.R. Pearl | 2 |
| XOM-MT01130-000522 | XOM-MT01130-000543 | 10/17/1989 | ARB Staff Workshop - Low Emission Vehicles and Clean Fuels | | | | 22 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-MT01688-002021 | XOM-MT01688-002022 | 5/17/1990 | California Gasoline Specification Changes | | | | 2 |
| XOM-MT02186-000035 | XOM-MT02186-000036 | 9/30/1990 | Co-funded ATL Program | E-mail | Tom Howard | | 2 |
| XOM-MT02188-000631 | XOM-MT02188-000632 | 7/3/1991 | Lower Pollution Gasolines | | | | 2 |
| XOM-NC03611-01673 | XOM-NC0361-01682 | 6/7/1991 | Status of Data Release, Bulletins, Publicatilions: Research Planning Task Force | Memo | Albert Hochhauser | | 10 |
| XOM-PUB-00000599 | XOM-PUB-00000615 | 3/22/1988 | Statement of Exxon Company, U.S.A. to the Arizona Senate Health Committee on SB 1348 -- Mandatory Alternative Fuel Sales | | Hugh Shannon | | 17 |
| XOM-PUB-00011055 | XOM-PUB-00011068 | Dec-94 | Summary of EPA's "Health Risk Perspectives on Fuel Oxygenates" | | EPA | | 14 |
| XOM-PUB-00013482 | XOM-PUB-00013486 | 10/20/1987 | Ethanol 1987 Tracer Sheet | | | | 5 |
| XOM-PUB-00017759 | XOM-PUB-00017761 | | Summary of Congressional Research Service Report, "Analysis of Possible Effects of H.R. 2052, Legislation Mandating Use of Ethanol in Gasoline" | | United States House of Representatives | | 3 |
| XOM-PUB-00018448 | XOM-PUB-00018449 | 6/12/1987 | Colorado Oxygenated Fuels Mandate Poses Safety and Health Hazard | | Center for Auto Safety | | 2 |
| XOM-PUB-00018873 | XOM-PUB-00018975 | 1991 | MSB 19 FICHE 15; Collection of Documents Including 1991 Fuel Recommendations (Vehicle Owner's Manual Statments) | | | | 103 |
| XOM-PUB-00034664 | XOM-PUB-00034665 | 1/15/1987 | Point Paper on Oygenated Fuel mandates | Letter | Charles E. Sandler, VP, API | General Committee on Federal Relations | 2 |
| XOM-PUB-00034723 | XOM-PUB-00034725 | 10/26/1987 | Proposed Oxygenate Research Projects | Letter | L/J/ MaCabe | Carol Scott | 3 |
| XOM-PUB-00040710 | XOM-PUB-00040711 | 1/12/1994 | EPA Guarantees Market for Ethanol Violates Clean Gasoline Agreement | | American Petroleum Institute | | 2 |
| XOM-PUB-00042951 | XOM-PUB-00042951 | 12/13/1990 | "Cows, Bulls, and Clean Air" | fax | Mobil | | 1 |
| XOM-PUB-00043476 | XOM-PUB-00043476 | | Mobil Position Paper regarding Modifications to Federal Clean Air Act | | | | 1 |
| XOM-PUB-00046917 | XOM-PUB-00046926 | 6/15/1980 | Article, "Science and politics don't mix" | | Mobil | | 10 |
| XOM-PUB-00046927 | XOM-PUB-00046942 | 2/23/2007 | U.S. Environmental Protection Agency, Reformulated Gasoline, Regulations and Standards | | | | 16 |
| XOM-PUB-00046983 | XOM-PUB-00046991 | 8/28/1991 | Before Reg. Neg., After Reg. Neg. | | | | 9 |
| XOM-PUB-00046992 | XOM-PUB-00046995 | 9/7/1989 | Methanol: Panacea with Problems | | Mobil | | 4 |
| XOM-PUB-00047004 | XOM-PUB-00047005 | 9/14/1989 | More problems with methanol, Article | | Mobil | | 2 |
| XOM-PUB-00047006 | XOM-PUB-00047007 | | Table 1 gasoline Related Properties of Oxygenates | | | | 2 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-PUB-00047008 | XOM-PUB-00047010 | 8/17/1989 | A Toast Best Undrunk | | | | 3 |
| XOM-PUB-00047061 | XOM-PUB-00047066 | 1/14/1991 | Clean Air Act--Waiver Issues | | P.N. DiGiovanni | B.M. Harney | 6 |
| XOM-PUB-00047067 | XOM-PUB-00047088 | 2/4/1991 | Oxy-Fuels Waiver Meeting | Memo | W. D. Robb | P. N. DiGiovanni, A. P. Johnson, G. L. Kohlenberger, S. D. Pryor | 22 |
| XOM-REM-00036402 | XOM-REM-00036417 | 10/24/1991 | Aerobic Biodegradation of MTBE - Basic Fate and Biokiics Evaluation | Letter | P.A. Naro | R.W. Hawes | 16 |
| XOM-REM-00036462 | XOM-REM-00036477 | 1985-1987 | Letters to EPA from States of Massachusetts, New Mexico, Connecticut, Maine, New Hampshire, and Oregon re: incidents of MTBE contamination of groundwater | Memo | P. D. Anderson | P. Anderson | 16 |
| XOM-REM-00038299 | XOM-REM-00038311 | 2/20/1987 | PI Publication 4369 - Treatment Technology for Removal of Dissolved Gasoline Components from Groundwater | Letter | J.M. DeJovine | W.J. Kilmartin | 13 |
| XOM-REM-00038518 | XOM-REM-00038552 | 4/8/1993 | Fax sheet attaching 4/1/93 letter from P.A. Naro to W.J. Tracy re: Aerobic Biodegradation of MTBE - A Basic Fate and Biokinetics Evaluation" | fax | | Ceinwen Schreiner | 35 |
| XOM-REM-00038643 | XOM-REM-00038645 | 10/14/1997 | Remediation of MTBE and Treatment of Groundwater and SVE Off Gas w/ MTBE | | Edward Payne | Mike Miller, et al | 3 |
| XOM-REM-00038649 | XOM-REM-00038650 | Nov-97 | API Soil and Groundwater Research Bulletin | | | | 2 |
| XOM-REM-00039367 | XOM-REM-00039391 | | Reactivity and By-Products of MTBE Resulting from Water Treatment Processes | | Paulette Chang, Thomas Young | | 25 |
| XOM-REM-00039392 | XOM-REM-00039418 | Nov-98 | Sorption for Removing Methyl Tertiary Buthyl Ether (MTBE) from Drinking Water | | Irwin (Mel) Suffet, Thomas Shih, Eakalak Khan, Medhi Wangpaichitr, Wei Rong, Jenifer Kong | | 27 |
| XOM-REM-00039458 | XOM-REM-00039472 | | The Influence of Methanol and MTBE on the Fate and Persistence of Monoaromatic Hydrocarbons in Groundwater | | J. F. Baker, C. E. Hubbard, L. A. Lemon | | 15 |
| XOM-REM-00039473 | XOM-REM-00039489 | | Fate and Transport of MTBE-The Latest Data | | James M. Davidson | | 17 |
| XOM-REM-00039490 | XOM-REM-00039881 | Sep-91 | Environmental Guidlines for Assessment and Remediation | | Mobil Oil Corp. | | 392 |
| XOM-REM-00039882 | XOM-REM-00039947 | Jan-99 | Risk Management Process Guide for Remediation Sites | | Mobil | | 66 |
| XOM-REM-00039948 | XOM-REM-00040047 | 12/10/1991 | Aerobic Biodegradation of MTBE - Basic Fate and Biokinetics Evaluations | | Shell Development Co. Westhollow Research Center Houston, Tx. | | 100 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-REM-00040048 | XOM-REM-00040067 | 12/28/1998 | MTBE Environmental Response Package | Memo | Mark Malander | Don Englers, Glenn Sparks, Bruce Underkoffler | 20 |
| XOM-REM-00040197 | XOM-REM-00040610 | Oct-91 | Guidelines and Instructions for Site Assessment and Remediation Closure | | | | 414 |
| XOM-REM-00040926 | XOM-REM-00041158 | 8/20/1998 | Note Forwarding Jim Davidson's report: "MTBE Remediation: An Evaluation of Technologies, Field Experience, And Case Studies" | | W. R. Beck | Jim Marum | 233 |
| XOM-REM-00041391 | XOM-REM-00041423 | 7/1/1995 | Intrinsic Attenuation (Bioremediation) | | Groundwater Technologies Group, Environmental Health and Safty Dept. and the Environmental Health and Risk Assessment Group, Stonybrook Labs. | | 33 |
| XOM-REM-00041424 | XOM-REM-00041522 | Sep-96 | Fuel Oxygenates and Water Quality | Letter | Norm Novick | M.W. Malander, R.E. Payne, G.K. Raabe, G.A. Stumpf | 99 |
| | | 9/22/1987 | Self Audit Territory #1734 | | | H. Rodriguez, J.J. McDonald, H.C. Goldburg, D.M. Cantoni | 5 |
| XOM-T_O-0000277 | XOM-T_O-0000307 | Nov-98 | Health & Environmental Assessment of MTBE, Volume II Attachment: Human Health Effects | | University of California Toxic Substances Research & Teaching Program | | 31 |
| XOM-T_O-0000468 | XOM-T_O-0000484 | 3/19/1996 | Final Draft, Davidson Technical Data Summary | Memo | Dave Fogarty | RFG Task Force Members | 17 |
| XOM-T_O-0000485 | XOM-T_O-0000529 | 1/13/1997 | MTBE Drinking Water Health Advisory | | | | 45 |
| XOM-T_O-0000530 | XOM-T_O-0000560 | 11/15/1993 | Chloroquine & MTBE | fax | | JRD Cooper MD, WB Bunn MD | 31 |
| XOM-T_O-0000630 | XOM-T_O-0000645 | 8/3/1993 | MTBE Conference | Memo | M. L. Barth | C. R. Mackerer, C. A. Schreiner | 16 |
| XOM-T_O-0000796 | XOM-T_O-0000809 | | Odor Threshold Studies of Oxygenate and Oxygenate/Gasoline Blends | | Charles R. Clark, Unocal Corporation | | 14 |
| XOM-T_O-0000836 | XOM-T_O-0000842 | 6/16/1993 | Update on MTBE Activities | Memo | Anita Ducca, Gerry Raabe | Ad Hoc Workgroup on MTBE | 7 |
| XOM-T_O-0000846 | XOM-T_O-0000879 | Sep-93 | Odor Threshold Studies Performed with Gasoline and Gasoline Combined with Tertiary Amyl Methyl Ether (TAME) | | | | 34 |
| XOM-T_O-0000909 | XOM-T_O-0000969 | Nov-93 | Assessment of Potential Health Risks of Gasoline Oxygenated with Methyl Tertiary Butyl Ether (MTBE) | | Office of Research and Development, US Environmental Protection Agency | | 61 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-T_O-0001052 | XOM-T_O-0001125 | 2/14/1994 | Odor Threshold Studies Performed with Gasoline and Gasoline Combined with MTBE, ETBE and TAME | Report | | | 74 |
| XOM-T_O-0001176 | XOM-T_O-0001184 | | MTBE in Ground Water | Report / Fact Sheet | | | 9 |
| XOM-T_O-0001259 | XOM-T_O-0001272 | 3/19/1988 | MTBE in Ground Water and Drinking Water: A Technical Data Summary | | James M. Davidson | | 14 |
| XOM-T_O-0001298 | XOM-T_O-0001306 | 9/4/1996 | Reformulated Gasoline Areas of Implementation | | American Petroleum Institute | | 9 |
| XOM-T_O-0001423 | XOM-T_O-0001521 | 1996 | Fuel Oxygenates and Water Quality | Memo | Norm Novick | M. W. Malander, R. E. Payne, G. K. Raabe, G. A. Stumpf | 99 |
| XOM-T_O-0001607 | XOM-T_O-0001634 | Sep-97 | MTBE Briefing Paper Prepared By the California Environmental Protection Agency Sept 1997 | | California Environmental Protection Agency | | 28 |
| XOM-T_O-0001857 | XOM-T_O-0001860 | Dec-97 | Fact Sheet: Drinking Water Advisory | | USEPA | | 4 |
| XOM-T_O-0001968 | XOM-T_O-0001968 | 3/12/1990 | Gasoline Fumes | Memo | P. H. Craig | A. E. Mekitarian | 1 |
| XOM-T_O-0002037 | XOM-T_O-0002056 | Jun-85 | Scope of Work Subsurface and Groundwater | | R.N. Maddalena | | 20 |
| XOM-T_O-0002128 | XOM-T_O-0002129 | | MTBE: API Sponsored Research | | API | | 2 |
| XOM-T_O-0002207 | XOM-T_O-0002209 | 12/31/1987 | MTBE: Product Safety Review | Memo | J. A. Burke | C. B. Hood, P. M. Dixon, E. N. Ladov | 3 |
| XOM-T_O-0002219 | XOM-T_O-0002263 | Mar-88 | Panel Three - "MTBE: Securing Position in US Gasoline Market" | | | | 45 |
| XOM-UST-000001775 | XOM-UST-000001792 | 7/25/1984 | Underground Tank Program, attaching update and funding projection for 1985/89 requirements for Underground Tank Replacement Program | Memo | M.M. Gibb | P.E.J. Engel, F.M. Nevins, J.A. Petrelli, F.J. Puschauver, E.C. FeatheringIII | 18 |
| XOM-UST-000021953 | XOM-UST-000021971 | 7/10/1981 | Handling Underground Leaks of Flammable Liquid At Resale Outlets | Memo | J. A. Petrelli | J.F. Olsen, F. Baker, T.J. Kennedy, T. M. Milton, S. A. Axelrod, P. D. Gates, R. B. Maynard, N. A. Fisher, R. J. Edwards | 19 |
| XOM-UST-000024606 | XOM-UST-000024606 | 5/14/1984 | Tank Linings Compatibility with Oxygenate Blends | Memo | F. Nevins | W.C. Richter | 1 |
| XOM-UST-000025086 | XOM-UST-000025087 | 4/30/1991 | Leak Detection Program Work Plan | Letter | Robert P. Ghirelli | J. T. Liu | 2 |
| XOM-UST-000025088 | XOM-UST-000025099 | 2/14/1992 | Excom Report, Marketing EHS | Memo | V. S. Jones | B. M. Harney | 12 |
| XOM-WARN-00000010 | XOM-WARN-00000012 | 7/27/1983 | Letter forwarding information on the toxicity of methyl t-butyl ether | Letter | C. Clifford Conaway | Arch E. Mekitarian | 3 |
| XOM-WARN-00000013 | XOM-WARN-00000147 | Oct-84 | MSDB Business System Design Report | | J.A. Burke, R.M. Iden, M.A. Nicol | | 135 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-WARN-00000128 | XOM-WARN-00000148 | 3/31/1986 | OSHA Federal Hazard Communication Standard Marketing Safety Program | Memo | H. H. Swigert | Lube Plant Complex and Terminal Managers | 21 |
| XOM-WARN-00000149 | XOM-WARN-00000183 | 5/31/1985 | Report "Health Effects Evaluation Programs" - Broad Objectives | Memo | R.E. Crosthwait | Cannella, McCullough, Miller | 53 |
| XOM-WARN-00000237 | XOM-WARN-00000243 | 1/12/1988 | MTBE MSDS | Memo | J. A. Burke | J. A. Slotnick | 7 |
| XOM-WARN-00000249 | XOM-WARN-00000250 | 2/4/1988 | MTBE Product Safety Update | Memo | D. B. Dunham | J. W. Barbee | 2 |
| XOM-WARN-00000251 | XOM-WARN-00000271 | 10/17/1988 | EPA MTBE Waiver (09/01/88) | Memo | E. C. Hauswald | S. Gulbrandsen | 4 |
| XOM-WARN-00000274 | XOM-WARN-00000282 | 8/3/1988 | Non-Manufacturing Facilities OSHA Hazard Communications Standard Effective September 24, 1988 | Letter | R.S. Kraus | Commercial Division Managers, et al. | 4 |
| XOM-WARN-00000285 | XOM-WARN-00000375 | 1986 | Product Safety Information Request Form | | | | 20 |
| XOM-WARN-00000394 | XOM-WARN-00000405 | | Using Gasoline Safely | | | | 2 |
| XOM-WARN-00000406 | XOM-WARN-00000407 | | Gasoline Do's and Don'ts; EPA Notice of Potential Risks | | | | 33 |
| XOM-WARN-00000408 | XOM-WARN-00000440 | 1/13/1988 | Benzene Hazard Training Program | Memo | R.S. Kraus | A.K. Tapp, C.T. Winslow | 9 |
| XOM-WARN-00000444 | XOM-WARN-00000475 | | Sample Employee Hazard Communication Training | | | | 238 |
| XOM-WARN-00000476 | XOM-WARN-00000836 | 9/7/1988 | Sara Title III Reports Due September 24, 1988 | Memo | R. S. Kraus | Light Products Complex, Terminal Managers, Terminal Supervisors | 11 |
| XOM-WARN-00000837 | XOM-WARN-00000873 | 1/25/1986 | Mobil Oil Corporation Material Transport Bulletin | | | | 2 |
| XOM-WARN-00000874 | XOM-WARN-00000900 | 11/29/1988 | MTBE Statement | Memo | E.A. Svitil | D.A. MacDougall | 2 |
| XOM-WARN-00000901 | XOM-WARN-00000987 | 10/6/1989 | Letter Forwarding Information re: Environmental Policies Encompassing Air and Walter Pollution, Toxicology, and the Toxicological Ramifications | Letter | D. T. Bartlett | J. Andy Smith | 52 |
| XOM-WARN-00001038 | XOM-WARN-00001081 | 5/1/1991 | Environmental Labeling Proposed Strategy and Background Meeting | | | | 15 |
| XOM-WARN-00001082 | XOM-WARN-00001133 | 6/19/1992 | Generic MSDB's For Gasoline | Letter | F.B. Fitch | A.E. Mekitarian | 1 |
| XOM-WARN-00001134 | XOM-WARN-00001134 | 6/15/1992 | Generic MSDBS for Gasolines | Memo | J. P. Plumeri | A. E. Mekitarian | 9 |
| XOM-WARN-00001135 | XOM-WARN-00001185 | 9/18/1992 | MTBE vs. Dipe vs. Methanol - with RTECS attachment | | | | 28 |
| XOM-WARN-00001212 | XOM-WARN-00001213 | 9/23/1998 | Oxygenated Gasoline Introduction | Letter | District Manager | Mobil Distributor | 4 |
| XOM-WARN-00001216 | XOM-WARN-00001284 | 9/28/1992 | Oxygenated Gasoline Invoice Message Requirements | Memo | D. J. Horton | E. M. Buivydas, C. R. Coe, R. A. Guyer | 52 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-WARN-00001406 | XOM-WARN-00001413 | 12/11/1992 | MTBE Health Effects Summary | Memo | E. N. Ladov | J. W. Barbee, R. J. Brant, R. B. Callen, B. M. Harney, D. B. Smith, W. H. Steadman | 8 |
| XOM-WARN-00001415 | XOM-WARN-00001423 | 1/8/1993 | MTBE Health Effects Summary and Product Safety Advice | Memo | E. N. Ladov | J. W. Barbee, R. J. Brant, R. B. Callen, B. M. Harney, D. C. Logan, C. R. Mackerer, G. K. Raabe, D. B. Smith, W. H. Steadman | 9 |
| XOM-WARN-00001501 | XOM-WARN-00001516 | 5/20/1993 | Gasoline With MTBE Revised MSDBs | Memo | N. A. Dwyer | D. E. Sheppard | 16 |
| XOM-WARN-00001928 | XOM-WARN-00001929 | Jan-93 | Safety Mobile Service Station Safety & Health Guide - Training For Employees | | | | 2 |
| XOM-WARN-00001980 | XOM-WARN-00001981 | | Mobil Oil Maintenance (MOM) | | | | 2 |
| XOM-WARN-00002408 | XOM-WARN-00002926 | 9/24/1998 | Mobil Service Station Safety Resource Manual | | Mobil Co. | | 519 |
| XOM-WARN-00002934 | XOM-WARN-00002937 | 11/3/1988 | MTBE Statement | Memo | E. C. Hauswald | R. L. Clause, W. E. Ryan, R. G. Zollers | 4 |
| XOM-WARN-00002938 | XOM-WARN-00002942 | 2/5/1993 | Updated MTBE Safety Advisory | Memo | B. M. Harney | M. L. Eason, G. L. Kohlenberger, R. M. Nalevanko, D. B. Smith | 5 |
| XOM-WARN-00002951 | XOM-WARN-00002952 | 12/30/1992 | Various Customer Allegations Unleaded Gasoline with MTBE | Memo | D.E. Wagner | C.F Ferraro, P.M. Herbst, E.N. Ladov, D.C. Logan | 2 |
| XOM-WARN-00002955 | XOM-WARN-00002958 | 9/20/2000 | "First Five" Memo | | | | 4 |
| XOM-WARN-00003019 | XOM-WARN-00003040 | | MTBE introduction | | | | 22 |
| XOM-WARN-00003041 | XOM-WARN-00003042 | 12/18/1991 | MSDBs on Oxygenates | fax | M. D. (Mike) Miller | Mark Ausburn | 2 |
| XOM-WARN-00003050 | XOM-WARN-00003283 | | SOI/SMI Health & Safety Guide | | | | 234 |
| XOM-WARN-00003284 | XOM-WARN-00003365 | | Mobil Hazard Communication Program information with memos and attachments | | | | 82 |
| XOM-WARN-00003504 | XOM-WARN-00003509 | | Mobil Material Safety Data Bulletin | | | | 6 |
| XOM-WARN-00003510 | XOM-WARN-00003520 | Oct-79 | Technical Bulletin | | Arco Chemical Company; Division of Atlantic Richfield Company | | 11 |
| XOM-WARN-00003572 | XOM-WARN-00003585 | 9/18/1992 | MTBE vs DIPE vs Methanol | Memo | P. A. Naro | A. J. Silvestri | 14 |
| XOM-WARN-00003676 | XOM-WARN-00003907 | | Green Book: Environmental Compliance Manual | | | | 232 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-WARN-00003951 | XOM-WARN-00003960 | 10/27/1998 | Environmental, Health & Safety Management System (EHSMS) Procedure S-3: Leak and Spill Prevention Draft | | | | 10 |
| XOM-WARN-00003961 | XOM-WARN-00003967 | 10/4/1998 | Re: West Coast EHS 3rd Party Review | email | Darsi M. Meyer | Lin A. Bradley | 7 |
| XOM-WARN-00005774 | XOM-WARN-00005775 | 3/11/1985 | Leak Detection Clinic | Memo | P.E.J. Engel | T.D. Anderson, M.D. DiMezza, R.W. Downing, T. B. (illegible) | 2 |
| XOM-WARN-00005807 | XOM-WARN-00005812 | 8/1/1989 | Enviornmental Management For Service Stations | Memo | R. O. Swanson | J. S. Hinton, Y. Sugihara, R. J. McCool | 6 |
| XOM-WARN-00005911 | XOM-WARN-00006304 | Sep-91 | Mobil Environmental Guidelines for Assessment & Remediation | | | Mobil Oil Corporation | 394 |
| XOM-WARN-00006760 | XOM-WARN-00006767 | 12/3/1987 | Attachment 2: Summary of Customer MTBA Exposure Data API Service Station Study file with memos | | | | 8 |
| XOM-WARN-00007078 | XOM-WARN-00007182 | 1985 | Chemical Hazard Communication | | U.S. Dept. Of labor | | 105 |
| XOM-WARN-00007519 | XOM-WARN-00007526 | 12/16/1992 | Handwritten note: Most Comments have been incorporated file | | | | 8 |
| XOM-WARN-00007564 | XOM-WARN-00007601 | | Product Safety Stewardship | | | | 38 |
| XOM-WARN-00007614 | XOM-WARN-00007632 | Oct-96 | MTBE Environmental Response Package | | Mobil Co. | | 19 |
| XOM-WARN-00007645 | XOM-WARN-00007666 | 6/10/1998 | EHS - GPS Remediation Services | Letter | Mark Malander | R. DiSanti, D. McDougal | 22 |
| XOM-WARN-00008300 | XOM-WARN-00008301 | 2/11/1993 | Product Safety Information Regarding MTBE | Memo | G.O. Talbert, B.J. Baisden | Broussrd, Huckaby, LaChapelle, Palmer, Pepper, Sinesi | 2 |
| XOM-WARN-00009913 | XOM-WARN-00009914 | 3/25/1999 | Blue Ribbon Panel to Review the use of Oxygenates in Gasoline | | Giannopoulos / | | 2 |
| XOM-WARN-00010528 | XOM-WARN-00010532 | 5/22/1991 | Gasoline Components in Groundwater | Memo | M.D. Miller | C.E. Doumas | 5 |
| XOM-WARN-00010597 | XOM-WARN-00010616 | 2/25/1994 | Gasoline with MTBE | Memo | D.A. Hoch | Dwyer, Herbst, Logan, Skocypee | 20 |
| XOM-WARN-00032714 | XOM-WARN-00032716 | 10/19/1992 | Oxygenated Gasoline; Publicity | Memo | J. T. Turk | C. R. Coe | 3 |
| TSCA00040 | TSCA00047 | 05/01/1984 | "Removing Organics from Groundwater Through Aeration Plus GAC" (TCSA Docket 42098, Fiche 514420) | | | | |
| XOM Exhibit | XOM Exhibnp | Apr-88 | EPA Office of Underground Storage Tanks, Cleanup of Releases from Petroleum USTs: Selected Technologies | | EPA | | 127 |
| XOM-DTU-00052662 | XOM-DTU-00052742 | | Oxygenates in Gasoline and E.P. Hardinâ ™s presentation at VP meeting | Memo | C.B. Hood | J.A. Jones | 81 |

210

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| XOM-DTU-00052876 | XOM-DTU-00052967 | 10/1/1987 | Term MTBE purchase from Arco | Memo | P.N. DiGiovanni | D.R. Hayward | 92 |
| XOM-MDL1358hExxonDTU-0048963 | XOM-MDL1358hExxonDTU-0048976 | 7/25/1991 | 1991 Company Plan of U.S. Oxygenate Supply/Demand Balance Through 2000 | Memo | G. S. Davis | G. K. Barnes, V. M. Dugan, T. R. Eizmber, W. C. Gary, J. S. Healy, T. H. Howard, J. P. Jones, L. B. McManus, J. A. McCullough, M. C. McParland, L. C. Murphree, A. L. Seaver, S. K. Stuewer, L. D. Swales, J. W. Taunthon, R. P. Thacker, A. B. Zustovich | 14 |
| XOM-MDL1358hExxonDTU-0049921 | XOM-MDL1358hExxonDTU-0049924 | 5/16/1989 | Oxygenates or Alcohol Fuels - Outlook and Exxon Plans | | | | 4 |
| XOM-MT00564-001968 | XOM-MT00584-001969 | 1/3/1986 | MTBE Use in Exchange Mogas | Memo | C.B. Raglin | S.M. Pearman, R.P. Larkins | 2 |
| XOM-MT00891-002676 | XOM-MT00891-002678 | 7/12/1991 | Oncogenicity Studies of MTBE | Letter | Michael G. Bird | John Kneiss, Stu Ridlon | 4 |
| XOM-MT01300-001097 | XOM-MT01300-001097 | 10/17/1985 | MTBE Introduction: SAPL/BIPL/TET/SE Coast Tanker | Memo | J.M.E. Mixter | D.R. Valvo | 1 |
| XOM-MT01571-001608 | XOM-MT01571-001610 | 6/10/1985 | MTBE Use in Baytown Refinery Unleaded Premium | Memo | C.B. Raglin | S.M. Pearman, R.P. Larkins | 3 |
| XOM-MT01583-000619 | XOM-MT01583-000621 | 1988 | 1988 Dealer-Distribution CTE 30 Minutes | | | | 3 |
| XOM-MT01583-000691 | XOM-MT01583-000727 | 4/17/1986 | Script for Environmental Presentation at 1986 Exxon Distributor CTE Meeting | | Avid Productions, Inc. | | 37 |
| XOM-MT01709-000630 | XOM-MT01709-000630 | 2/3/1987 | MTBE from CITGO at Lake Charles | Memo | M.E. Rollins | C.B. Raglin | 1 |
| XOM-MT01732-001364 | XOM-MT01732-001365 | 3/15/1985 | Introduction of MTBE into Exxon Extra Unleaded at Jacksonville, Florida | | | | 2 |
| XOM-MT01755-000618 | XOM-MT01755-000618 | 3/21/1985 | Exxon Extra Unleaded Gasoline at Jacksonville, FL with MTBE | Memo | J.E. Spell | C.B. Raglin | 1 |
| XOM-MT02185-000060 | XOM-MT02185-000066 | 1988 | Energy - Spring 1988 | | | | 7 |
| XOM-SUFFCON-0000001 | XOM-SUFFCON-0002438 | various | Dealer/franchise and distributor contracts for stations 16-182, 17-LRR, 17-MTN, 17-MX8, 17-NHV and others | | | | |
| | | 1987 | General Contact Reports of Beth Anderson from 1987 re: MTBE with EPA Certification of Authentication | | Beth Anderson, EPA | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 1989 | Protection of Environment 40 CFR Parts 280–281 -- Technical Standards and Corrective Action Requirements for Owners and Operators of Underground Storage Tanks and Approval of State Underground Storage Tank Programs | | EPA | | |
| | | 1990 | 136 Cong. Rec. 10792 | | | | |
| | | 1990 | Senate Report No. 101-228 (1990 U.S.C.C.A.N. 3385) | | | | |
| | | 1994 | 57 Fed. Reg. 13416 | | | | |
| | | 1995 | 59 Fed. Reg. 5868 | | | | |
| | | 1995 | 59 Fed. Reg. 7716 | | | | |
| | | 1998 | California Air Resources Board, Fuel Report | | | | |
| | | 08/18/1978 | Gasohol (Ethanol-Gasoline Blends) and Methyl T-Butyl Ether (43 Fed. Reg. 36686) | | | | |
| | | 03/06/1979 | EPA, Application for Methyl Tertiary Butyl Ether, Decision of Administrator (44 Fed. Reg. 12242) | | | | |
| | | 10/10/1980 | EPA approval of 11% MTBE in gasoline (45 Fed. Reg. 67443) | | EPA | | |
| | | 05/13/1983 | Treatment Technology for Removal of Dissolved Gasoline Components from Groundwater | | American Petroleum Institute, IT Enviro Science | | |
| | | 12/22/1986 | Requesting information about MTBE detection in water wells | letter | EPA | T. Zibura, Public Health Laboratory | |
| | | 01/06/1987 | Requesting additional data on MTBE contamination in ground water to be used in developing exposure based rules under Section 4 of the Toxic Substance Control Act | letter | Beth Anderson, EPA | T. Taylor, Environmental Epidemiology Brach of the Division of Health Services | |
| | | 02/11/1987 | Responses to questions presented at Dec. 17, 1986 meeting. | letter | W.J. Kilmartin, Manager, Technical Services, ARCO | V. Kumar | |
| | | 02/12/1987 | Groundwater contamination with MTBE | | W.J. Kilmartin, Manager, Technical Services, ARCO | Beth Anderson | |
| | | 03/03/1987 | Groundwater contamination with MTBE | letter | New Jersey DEP | EPA | |
| | | 05/19/1987 | Minutes of MTBE Public Meeting | | | | |
| | | 06/17/1987 | Hearing on Bills to Encourage the Replacement of Gasoline with Alternative Fuels Before Subcommittee on Energy and Power of the House Committee on Energy and Commerce, 100th Congress | | | | |
| | | 06/30/1987 | Inserted in record of Hearing on Bills to Encourage the Replacement of Gasoline with Alternative Fuels Before Subcommittee on Energy and Power of the House Committee on Energy and Commerce, 100th Congress | letter | Gary Edwards, Vice President, Refining, Marketing and Transportation, North America, Conoco Inc. | Hon. Philip R. Sharp, U.S. House of Representatives | |

212

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 07/06/1987 | Comments, Proposed Underground Storage Tank Rules | letter | Alan M. Prysunka, Maine Department of Environmental Protection | Docket Clerk, Office of Underground Storage Tanks, U.S. Environmental Protectino Agency | |
| | | 07/14/1987 | Minutes of MTBE Public Meeting | | | | |
| | | 10/01/1987 | Minutes for Comment Resolution Meeting on MTBE Consent Order | | | | |
| | | 01/11/1989 | Hearing on Air Pollution and Alternative Fuels Before the House Committee on Energy and Commerce, 101st Congress -- Statement of Richard Wilson, Director, Office of Mobile Sources, U.S. EPA | | | | |
| | | 05/23/1989 | Hearing Before the Subcommittee on Health and the Environment of the House Committee on Energy and Commerce, 101st Congress | | | | |
| | | 05/24/1989 | earing Before the Subcommittee on Health and the Environment of the House Committee on Energy and Commerce, 101st Congress | | | | |
| | | 09/28/1989 | Hearing Before the Senate Committee on Environment and Public Works Committee on S. 1630, 101st Congress | | | | |
| | | 10/19/1989 | Hearing Before the Subcommittee on Energy and Power of the House Committee on Energy and Commerce on Acid Rain and Alternative Fuels, 101st Congress | | | | |
| | | 02/28/1990 | Responses to Additional Questions Posed by Chairman Johnston -- Inserted in Record of Hearing Before the Senate Committee on Energy and Natural Resources on the Potential Alternative Transportation Fuels Other Than Methanol, 101st Congress | | Linda G. Stuntz, Deputy Under Secretary for Policy, Planning and Analysis, U.S. Department of Energy | | |
| | | 03/07/1990 | Statements of Senators Lautenberg, Dashcle, Durenberger, Dixon, Boschwitz, Grassley, Wirth, Baucus, and Simpson re: Lautenberg amendment (136 Cong. Rec. S 2286 et seq.) | | | | |
| | | 03/29/1990 | enate Floor Debate on Daschle-Dole-Harkin Amendment to require reformulated gasoline -- Statements of Senators Harkin, Daschle, Breaux, Nickles, Johnston, and Conrad (136 Cong. Rec. S 3500 et seq.) | | | | |
| | | 05/02/1990 | Statements of Congressman Alexander re: Oxygenated and Reformulated Gasoline (136 Cong. Rec. H 1988) | | | | |

213

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 05/16/1990 | Statements of Senator Daschle inserted in record re: API advertising campaign against RFG (136 Cong. Rec. S 6383-85) | | | | |
| | | 05/17/1990 | EPA Estimate on Cost of Daschle Gasoline -- inserted in Congressional Record (136 Cong. Rec. S 6458, 6459) | | EPA | | |
| | | 05/21/1990 | House Floor Debate on H.R. 3030 -- The Clean Air Act Amendments of 1990 -- Statements of Congressman Richardson (136 Cong. Rec. H 2558) | | | | |
| | | 05/21/1990 | Statements of Senator Daschle re: API advertising campaign against RFG (136 Cong. Rec. S 6458-59) | | | | |
| | | 05/23/1990 | ouse Floor Debate on H.R. 3030 -- Amendments to Clean Air Act of 1990 -- Statements of Reprentatives Alexander, Lent, Michel, Richardson, Durbin, Oakar (136 Cong. Rec. H 2756 et seq.) | | | | |
| | | 06/05/1990 | Congressional Record -- Extension of Remarks re: The Clean Air Act Amendments of 1990 -- Statement of Congressman Richardson (136 Cong. Rec. E 1794) | | | | |
| | | 10/26/1990 | House Floor Debate on Conference Report on S. 1630, Clean Air Act Amendments of 1990 -- Statements of Representatives Sharp, Lent, and Oxley (136 Cong. Rec. H 12848 et seq.) | | | | |
| | | 10/27/1990 | Clean Air Act Amendments of 1990 Chaffee-Baucus Statement of Senate Managers (136 Cong. Rec. S 16895 et seq.) | | | | |
| | | 10/27/1990 | Senate Floor Debate on Clean Air Act Amendments of 1990 Conference Report -- Statements of Senator Daschle (136 Cong. Rec. S 17773-74 ) | | | | |
| | | 10/27/1990 | Senate Floor Debate on the Conference Report on the Clean Air Act Amendments of 1990 -- Statements of Senator Durenberger (136 Cong. Rec. S 16895 et seq.) | | | | |
| | | 10/27/1990 | Senate Floor Debate on the Conference Report on the Clean Air Act Amendments of 1990 -- Statements of Senators Johnston and Heinz (136 Cong. Rec. S 16985, 17512-14) | | | | |
| | | 02/11/1991 | EPA Notice of Final Rulemaking, Approval and Promulgation of Implementation Plans; Arizona -- Maricopa and Pima Nonattainment Areas; Carbon Monoxide Federal Implementation Plan 40 CFR Part 52 (56 Fed. Reg. 5458) | | EPA | | |
| | | 06/03/1991 | Emission Reductions and Cost --Effectiveness of Oxygenated Gasoline (EPA Docket No. A-91-04) | | EPA | | |

214

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 06/26/1991 | Administrative and Related Costs of the Oxygenated Gasoline Provisions (EPA Docket No. A-91-04) | | EPA | | |
| | | 06/26/1991 | Draft Regulatory Support Document, Analysis of the Supply of and Demand for Oxygenates in the 1992 and 1993 Winter CO Seasons (EPA Docket No. A-91-04) | | EPA | | |
| | | 07/09/1991 | EPA Proposed Guidance on Establishment of Control Periods Under Section 211(m) of the Clean Air Act (56 Fed. Reg. 31151) | | | | |
| | | 04/14/1992 | EPA Office of Mobile Sources, Guidelines for Oxygenated Gasoline Waivers under Section 211(m)(3)(C) of the Clean Air Act as Amended (EPA Docket No. A-91-04) | | EPA | | |
| | | 10/20/1992 | Regulation of Fuel and Fuel Additives; Administrator's Finding that No Control or Prohibition on Maximum Oxygen of a Winter Oxygenated Gasoline Program is Necessary Under Section 211 (c)(4)(A) of the Clean Air Act as Amended by the clean Air Act of 1990 ( | | EPA | | |
| | | 8/1993 | U.S. Petroleum Refining: Meeting Requirements for Cleaner Fuels and Refiners | | National Petroleum Council Committee on Refining, | | |
| | | 08/03/1994 | 140 Cong. Rec. S10397 | | | | |
| | | 10/05/1995 | Regulation of Fuel and Fuel Additives; Revision to the Oxygen Maximum Standard for Reformulated Gasoline 60 Fed. Reg 52135 | | EPA | | |
| | | 07/07/1998 | Congressional Research Service Report for Congress, "MTBE in Gasoline: Clean Air and Drinking Water Issues" | | James E. McCarthy and Mary Tiemann | | |
| | | 07/01/1999 | US EPA Final Haze Regulation Rule 136 Cong. Rec. 35713 | | EPA | | |
| | | 02/25/2000 | Congressional Research Service Report for Congress, "MTBE in Gasoline: Clean Air and Drinking Water Issues" | | James E. McCarthy and Mary Tiemann | | |
| | | 5/2000 | The Report on Carcinogens-9th Edition, Factsheet May 2000 | | National Toxicology Program | | |
| | | 07/12/2000 | Regulation of Fuels and Fuel Additives: Standards for Reformulated Gasoline; Proposed Rule, 40 CFR Part 80 (65 Fed. Reg. 42920) | | EPA | | |
| | | | 51 Fed. Reg 41417 | | | | |
| | | | 53 Fed. Reg. 10391 | | | | |

215

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | | Achieving Clean Air and Clean Water, The Report of the Blue Ribbon Panel on Oxygenates in Gasoline, EPA 420-R-99-021 | | EPA | | |
| | | | Article, "Methyl tertiary-Butyl Ether: Octane Pollution Enhancer" | | P. Garrett, M. Moreau and J. Lowry | | 4 |
| | | 1985 | Cholelitholysis Using MTBE | | Mark J. Allen, Thomas J. Borody, Thomas F. Buliosi, Gerald R. May, Nicholas F. LaRusso, Johnson L. Thistle | | |
| | | 1992 | Dissolution of Multiple Biliary Duct Stones Using MTBE: Experience in Two Cases | | Tobio-Calo, Lierena, Pinto-Pabon, Castandeda-Zuniga | | 4 |
| | | 2/2/1966 | Prohibition on Gasoline Containing Lead or Lead Additives for Highway Use (61 Fed. Reg. 3832) | | EPA | | 12 |
| | | 12/6/1973 | Regulation of Fuels and Fuel Additives, Control of Lead Additives in Gasoline (38 Fed. Reg. 33734) | | EPA | | 8 |
| | | 6/30/1978 | Application for Waiver, Section 211(f)(4) of the Clean Air Act for Methyl t-Butyl Ether (MTBE) in Gasoline | Letter | L.M. Welch, Vice President, Petro-Tex Chemical Corp. | Director, Mobile Source Enforcement Division, Environmental Protection Agency | 26 |
| | | 8/14/1980 | Fuels and Fuel Additives; Petition To Repeal Lead Phasedown Regulations (45 Fed. Reg. 54090) | | EPA | | 10 |
| | | 10/7/1980 | Fuels and Fuel Additives; Petition To Revise Lead Phasedown Regulations (45 Fed. Reg. 66479) | | EPA | | 6 |
| | | 8/27/1982 | Regulation of Fuels and Fuel Additives (47 Fed. Reg. 38070) | | EPA | | 16 |
| | | 10/29/1982 | Regulation of Fuels and Fuel Additives (47 Fed. Reg. 49322) | | EPA | | 21 |
| | | 8/2/1984 | Regulation of Fuels and Fuel Additives; Lead Phase Down (49 Fed. Reg. 31032) | | EPA | | 37 |
| | | 3/7/1985 | Regulation of Fuels and Fuel Additives; Gasoline Lead Content -- Final Rule (50 Fed. Reg. 9386) | | EPA | | 25 |
| | | 3/7/1985 | Regulation of Fuels and Fuel Additives; Gasoline Lead Content -- Supplemental Notice of Proposed Rulemaking (50 Fed. Reg. 9400) | | EPA | | 18 |
| | | 3/31/1988 | EPA Testing Consent Order On MTBE And Response To Interagency Testing Committee (53 Fed. Reg. 10391) | | EPA | | 7 |
| | | Jun-88 | Treatment System for the Reduction of Aromatic Hydrocarbons and Ether Concentrations in Groundwater | | | | 195 |
| | | 7/23/1988 | The Lancet - The Shock of the New | | | | 3 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 3/9/1989 | Dissolution of Cholesterol Gallbladder Stones by MTBE Administered by Percutaneous Transhepatic Catheter | | Thistle, May, Bender, Williams, LeRoy, Nelson, Peine, Petersen, McCullough | | 7 |
| | | 3/22/1989 | Notice of Final Rulemaking, Volatility Regulations for Gasoline and Alcohol Blends Sold in Calendar Years 1989 and Beyond (54 Fed. Reg. 11868) | | EPA | | 54 |
| | | 6/11/1990 | Notice of Final Rulemaking, Volatility Regulations for Gasoline and Alcohol Blends Sold in Calendar Years 1992 and Beyond (55 Fed. Reg. 23658) | | EPA | | 16 |
| | | Mar-91 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 14" | | | | 20 |
| | | Aug-91 | API "Chemical Fate and Impact of Oxygenates in Groundwater: Solubility of BTEX from Gasoline-Oxygenate Mixtures" and "Transport and Fate of Dissolved Methanol, Methyl-Tertiary-Butyl-Ether, and Monoaromatic Hydrocarbons in a Shallow Sand Aquifer" | | | | 106 |
| | | Aug-91 | hemical Fate and Impact of Oxygenates in Groundwater: Solubility of BTEX from Gasoline - Oxygenate Mixtures | | J.F. Barker, R. W. Gillham, L. Lemon, C. I. Mayfield, M. Poulsen, E. A. Sudicky | | 77 |
| | | Sep-91 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 15" | | | | 16 |
| | | Jan-92 | EPA Drinking Water Health Advisory, Health and Ecological Criteria Division Office of Science and Technology Office of Water document titled "Methyl-t-Butyl Ether" | | | | 20 |
| | | Mar-92 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 16" | | | | 20 |
| | | Oct-92 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 17" | | | | 24 |
| | | 11/17/1992 | Document Control No. 8(e)-0390-0900 Notice of Substantial Risk under Notice of Substantial Risk Under TSCA 8(e) for MTBE Histopathology Findings for Inhalation | Memo | John Kneiss, Manager, MTBE Task Force | M.G. Bird | 3 |
| | | 12/18/1992 | Conference call on Tuesday, December 22, at 2 p.m. EST | Memo | Gerry Raabe, Louise Scott | Ad Hoc Workgroup on MTBE | 1 |
| | | 1/18/1993 | Submissions to EPA | Letter | John J. Kneiss | MTBE Task Force, MTBE Toxicology Committee | 7 |
| | | Feb-93 | EPA Report "Tank Issues-Site Characterization for External Leak Monitoring" | | | | 7 |
| | | Apr-93 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 18" | | | | 24 |

217

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 7/20/1993 | MTBE Questions and Answers | email | Carol A. Fairbrother | Dave Allen, Bob Biles, Melinda Butler, Wayne Daughtrey, Bill Dermott, Roger Florky, Fran Marshall, Don Mitchell, Bob Peters, Lynn Russo, John Taunton | 4 |
| | | 7/26/1993 | Conference on MTBE and Other Oxygenates: A Research Update (Itenerary) | | Environmental Protection Agency | | 4 |
| | | 7/26/1993 | EPA-National Center for Environmental Assessment (MD-52) "Proceedings of the Conference On MTBE and Other Oxygenates: A Research Update" | | | | 578 |
| | | 8/5/1993 | Trip Report- Conference on MTBE and Other Oxygenates: A Research Update | Letter | K.C. Lindesmann | File | 3 |
| | | Dec-93 | Final Regulatory Impact Analysis for Reformulated Gasoline (EPA420-R-93-017) | | EPA Office of Mobile Sources | | 475 |
| | | Jan-94 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 19" | | | | 28 |
| | | 2/16/1994 | Regulation of Fuels and Fuel Additives: Standards for Reformulated and Conventional Gasoline 40 CFR Part 80 (59 Fed. Reg. 7716) | | EPA | | 294 |
| | | Apr-94 | "Don't Wait Until 1998: Spill, Overfill, and Corrosion Protection for Underground Storage Tanks" | | USEPA | | 20 |
| | | Apr-94 | API "Transport and Fate of Dissolved Methanol, Methyl-Tertiary-Butyl-Ether, and Monoaromatic Hydrocarbons in a Shallow Sand Aquifer" | | | | 238 |
| | | Jun-94 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 20" | | | | 24 |
| | | Aug-94 | OPPT Chemical Fact Sheet "Chemicals in the Environment: Methyl-Tert-Butyl Ether", CAS NO. 1634-04-4, EPA 749-F-94-017 | | EPA | | 13 |
| | | Dec-94 | General Information on Underground Storage Tanks | | EPA | | 2 |
| | | Dec-94 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 21" | | | | 32 |
| | | 12/23/1994 | EPA Note to Correspondents re EPA announced its policy for areas wishing to opt into or out of the program | | | | 3 |
| | | 3/23/1995 | EPA Environmental News "EPA Statement on USGS findings of MTBE in Groundwater" | | | | 14 |
| | | 3/31/1995 | Department of the Interior US Geological Survey News Release "Gasoline Additive Found in Urban Ground Water" | | | | 6 |
| | | 3/31/1995 | Fax attaching USGS Fact Sheet | fax | John Zogorski | Jack Sullivan | 5 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Apr-95 | EPA- Office of Mobile Sources Technical Overview "Cleaner Gasoline For Cleaner Air Better For Your Health" EPA420-F-95-005 | | | | 8 |
| | | 4/1/1995 | Letter from F.R. Flegel to Exxon Branded Distributor re 1995 Federal RVP Compliance Program | | | | 5 |
| | | 5/11/1995 | Fax attaching ARCO Chemical Company "MTBE Use and Possible Occurrences in Water Supplies" | fax | Bill Piel | Gail Bingham | 5 |
| | | Jun-95 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 22" | | | | 32 |
| | | Jul-95 | EPA "Musts for USTsÂ—A Summary Of Federal Regulations For Underground Storage Tank Systems" | | | | 40 |
| | | 8/31/1995 | Gary Timm Note to Workgroup attaching EPA "Oxyfuel Data Information Needs Report" dated 08/17/95 | | | | 37 |
| | | Oct-95 | CFDC Q&A on RFG, "Answers to Commonly Asked Questions About Reformulated Gasoline (RFG) and Oxygenates" | | | | 27 |
| | | 10/24/1995 | OSTP Letter to Honorable Mary Nichols, Office of Air and Radiation, EPA re request that OSTP, through, CENR, conduct an assessment of a number of aspects of the winter oxygenated fuels program | | | | 6 |
| | | 12/31/1995 | Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | fax | | | 9 |
| | | Jan-96 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 23" | | | | 32 |
| | | 2/29/1996 | OSTP Letter to Mary Nichols EPA from Robert Watson re report titled "Interagency Assessment of Potential Health Risks Associated With Oxygenated Gasoline" | | | | 4 |
| | | Mar-96 | OSTP Final Draft of "Fuel Oxygenates and Water Quality Current Understanding of Sources, Occurrence in Natural Waters, Environmental Behavior, Fate, and Significance" | | | | 47 |
| | | 5/6/1996 | MTBE Groundwater Contamination Press Articles | Memo | Margo T. Oge, EPA | Regional Air Directors | 15 |
| | | Jun-96 | EPA Office of Water, "Fact Sheet on MTBE in Water" | | | | 3 |
| | | 6/14/1996 | NRC Fax to Heidi Temko from Ray Wassel transmitting "Toxicological and Performance Aspects of Oxygenated Motor Vehicle Fuels" Executive Summary | | | | 16 |
| | | Jul-96 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 24" | | | | 29 |
| | | Dec-96 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 25" | | | | 34 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 3/26/1997 | MTBE Position | email | Vic Dugan | A.M. Hochhauser, John W. Taunton | 2 |
| | | Jun-97 | Interagency Assessment of Oxygenated Fuels | | Executive Office of the President of the United States | | 264 |
| | | Jun-97 | National Science and Technology Council "Interagency Assessment of Oxygenated Fuels" - Executive Summary | | | | 17 |
| | | Jul-97 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 26" | | | | 28 |
| | | Jul-97 | Technical Paper:  Body Burden Measurements and Models to Assess Inhalation Exposure to Methyl Tertiary Butyl Ether (MTBE) | | Timothy J. Buckley, James D. Prah, David Ashley, Ruth A. Zweidinger, Lance A. Wallace | | 14 |
| | | 8/24/1997 | API Staff Paper on MTBE sent to the Downstream Committee | Memo | G.K. Raabe | B.M. Harney, V.S. Jones, J.W. Dalgetty | 4 |
| | | 8/30/1997 | Article: Method for Determination of Methyl Tert-Butyl Ether and its Degradation Products in Water | | Clinton D. Church, Lorne M. Isabelle, James F. Pankow, Donna L. Rose, Paul G. Tratnyek | | 4 |
| | | Sep-97 | EPA "Straight Talk On Tanks–Leak Detection Methods For Petroleum Underground Storage Tanks And Piping" | | | | 32 |
| | | Oct-97 | Provisional Health and Consumer Acceptability Advisory for MTBE Fact Sheet | | U.S. Environmental Protection Agency | | 32 |
| | | Nov-97 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 27" | | | | 20 |
| | | 11/21/1997 | Ad Hoc MTBE Treatability Task Force | fax | Jeff Sickenger | Ad Hoc MTBE Treatability Task Force | 3 |
| | | 12/6/1997 | Provisional Health and Consumer Acceptability Advisory for MTBE | Memo | Steve Via | Douglas Crawford-Brown, Wayne Koffskey, Marshall Davis, Charles Stringer, Karen Tsikteris, Ronald E. Twillman, David Visintainer | 2 |
| | | 1/1/1998 | Recent Articles/Reports | Memo | John Zogorski | Distribution List for Publications on Volatile Organic Compounds | 2 |
| | | Feb-98 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 28" | | | | 32 |
| | | 2/17/1998 | Public Drinking Water Systems Impacted by MTBE Contamination | | | | 8 |