9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Jun-98 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 29" | | | | 24 |
| | | 6/22/1998 | Issue Summary: Prevention, Treatment and Remediation | | | | 16 |
| | | Aug-98 | Relative Cancer Risk of RFG and Conventional Gasoline Sold in the Northeast | | Arthur Marin, Drew Kodjak | | 12 |
| | | 8/18/1998 | Research Strategy for Oxygenates in Water (AWWA's formal comments) | Letter | John H. Sullivan | Michael Davis | 4 |
| | | 8/21/1998 | Methyl tert-Butyl Ether (MTBE) Contamination in Private Wells Near Gasoline Stations in Upstate New York | | D.P. Lince, L.R. Wilson, G.A. Carlson | | 5 |
| | | Sep-98 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 30" | | | | 32 |
| | | 11/13/1998 | Staff Presentation of Supply and Cost of Alternative to MTBE in Gasoline | | California Energy Commission | | 25 |
| | | 11/16/1998 | BNA National Environment Daily, "California Utility Sues Oil Companies Over MTBE Contamination of Water Supply" | | | | 2 |
| | | 11/16/1998 | BNA National Environment Daily, "Panel on MTBE to Recommend Steps to Improve Public Health Protection" | | | | 2 |
| | | 12/1/1998 | BNA National Environment Daily, "Federal Advisory Panel to Study MTBE, Recommend Proper Agency Path, EPA Says" | | | | 2 |
| | | Dec-98 | Oxygenated in Water: Critical Information & Research Needs | | U.S. Environmental Protection Agency, Office of Air and Radiation | | 77 |
| | | 1/28/1999 | EPA Website: MTBE - What's New | | U.S. Environmental Protection Agency | | 5 |
| | | 2/10/1999 | Article: MTBE on way out, but when? | | Patrick Hoge | | 6 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2/22/1999 | MTBE Information | Memo | Mark D. Beuhler | Diane VanDe Hei, Tom Schaeffer, Jack Sullivan, Alan Roberson, Dan Smith, Krista Clark | 33 |
| | | 3/1/1999 | Agenda re: Blue Ribbon Panel to Review the Use of Oxygenates in Gasoline | | | | 4 |
| | | Mar-99 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 31" | | | | 28 |
| | | 3/4/1999 | MTBE R&D - A Component of the Cost effective Enhancements to Groundwater and NAPL Treatment program | | A.M. Calderon/A.E. Liguori | | 63 |
| | | 3/8/1999 | Highlights of the Second Meeting of the USEPA Blue Ribbon Panel on MTBE | Memo | Mark D. Beuhler | Diane VanDe Hei, Tom Schaeffer, Jack Sullivan, Alan Roberson, Dan Smith, Krista Clark, Bill Mills, Tracy Hemmeter, Jim Jones | 19 |
| | | 3/25/1999 | Powerpoint Presentation: MTBE Drinking Water Treatment Technologies/Presentation to the USEPA Blue Ribbon Panel on MTBE | | Mark Buehler | | 20 |
| | | 4/21/1999 | MTBE Update | Memo | Mark D. Beuhler | Diane VanDe Hei, Tom Schaeffer, Jack Sullivan, Alan Roberson, Tom Donnelly, Steve Hall, Dan Smith, Krista Clark, Dave Reynolds, Brad Hiltscher, Pam Shubitowski | 20 |
| | | 4/23/1999 | Exxon's Position on Elimination of RFG Oxygenate Mandate | fax | A.B. Zustovich | F.M. Anderson, W. D. Dermott, F.J. Devlin, V.M. Dugan, T.R. Elzember, C.A. Fairbrother, W.T. Flis, J.K. French, R. Gonzalez, A.M. Hochhauser, T.H. Howard, W.B. Klinear, C.P. Knoeller, W.W. Madden | 3 |
| | | Jun-99 | raft/Redlined: Timetable for the Phaseout of MTBE from California's Gasoline Supply | | California Energy Commission | | 15 |
| | | Jun-99 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 32" | | | | 29 |

9/29/2008

## Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 6/4/1999 | Highlights from May 24-25, 1999 US EPA Blue Ribbon Panel Meeting on MTBE | Memo | Diane Van DeHei | James Harvey, John North, Ron Miller, Michael A. LoGrande, Edmund Archuleta | 11 |
| | | 6/18/1999 | Comments on the Timetable for the Phaseout to MTBE from CA's Gasoline Supply | | Stillwater Associates | | 9 |
| | | 6/28/1999 | The Removal of Lead from Gasoline: Historical and Personal Reflections | | Herbert L. Needleman | | 16 |
| | | 6/29/1999 | Highlights from June 24 and 25 USEPA Blue Ribbon Panel on MTBE | Memo | Mark D. Beuhler | Diane VanDe Hei, Tom Schaeffer, Jack Sullivan, Alan Roberson, Tom Donnelly, Steve Hall, Dan Smith, Krista Clark, Dave Reynolds, Brad Hiltscher, Pam Shubtowski | 15 |
| | | Jul-99 | The Fuels Report | | California Energy Commission | | 87 |
| | | 7/27/1999 | Blue Ribbon Panel Findings and Recommendations of the Use of Oxygenates in Gasoline | | | | 53 |
| | | 7/27/1999 | Statement on Findings by EPA's Blue Ribbon MTBE Panel | Memo | Carol M. Browner | | 1 |
| | | 8/6/1999 | Exxon Position on MTBE Blue Ribbon Panel Report - Draft Memo Position | Memo | A.B. Zustovich | G.R. Biddinger, B.B. Demby, J.C. Dobbs, V.M. Dugan, R. Gonzalez, A.M. Hochhauser, C.P. Knoeller, D.M. Shah | 3 |
| | | 8/16/1999 | The Blue Ribbon Panel Recommendations on Oxygenates in Gasoline | Letter | Sullivan O. Curran | Carol M. Browner | 4 |
| | | 9/3/1999 | Proposed EUSA MTBE/Oxygenate Federal Legislative Position | | | | 7 |
| | | Oct-99 | National Reformulated Gasoline Hotline "History and Overview of the Reformulated Gasoline Program, A Briefing Book for Members of Congress and Staff" (2nd Edition) | | | | 47 |
| | | Sep-99 | MTBE Conditions Affecting the Dometic Industry | | U.S. International Trade Commission | | 165 |
| | | Oct-99 | New England Interstate Water Pollution Control Commission "L.U.S.T. Line Bulletin 33" | | | | 24 |
| | | 11/30/1999 | State of Delaware - Annual Franchise Tax Report and Certificate of Merger | | Lucio A. Noto | | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Dec-99 | Appendices; Evaluation of Biomass-to-Ethanol Fuel potential in CA | | California Energy Commission | | 267 |
| | | Dec-99 | Evaluation of Biomass-to-Ethanol; Fuel Potential in CA: A Report to the Governor and the Agency Secretary | | California Energy Commission | | 138 |
| | | Feb-00 | New England Interstate Water Pollution Control Commission "I.U.S.T. Line Bulletin 34" | | | | 28 |
| | | 3/24/2000 | EPA -Federal Register Document | | | | 32 |
| | | Jun-00 | New England Interstate Water Pollution Control Commission "I.U.S.T. Line Bulletin 35" | | | | 31 |
| | | 9/21/2000 | Agenda–ExxonMobil Proprietary | | | | 9 |
| | | 6/12/2001 | Statement by Governor Gray Davis on Bush Administration Denial of California's Oxygenate Waiver Request | | Governor Gray Davis | | 1 |
| | | 9/4/2001 | Spill No. 0135012, Fort Market Mobil | Letter | David Traver | Leroy Favre | 1 |
| | | 11/12/2001 | Presentation re: Occurrence of the Contaminant Candidate List (CCL) Compounds in Drinking Water Supplies | | | | 8 |
| | | 11/21/2001 | Spill No. 0135012, Fort Market Mobil, 1086 Rt. 9W, Fort Montgomery, Orange County | Letter | David Traver | Lee Favre, David Favre | 1 |
| | | | 37316 MTBE Phase Out in California Consultant Report | | California Energy Commission | | 82 |
| | | 3/14/2002 | Executive Order D-52-02 by the Governor of the State of CA | | Governor Gray Davis | | 2 |
| | | 3/15/2002 | Governor Davis Allows More Time for Ethanol Solution | | Governor Gray Davis | | 2 |
| | | 7/2/2003 | Transition from MTBE to Ethanol in CA | | William J. Keese, Chairman, CEC | | 5 |
| | | | 38018 Quarterly Report Concerning MTBE Use in CA Gasoline; Staff Report | | California Energy Commission | | 8 |
| | | 1/17/2003 | Material Safety Data Sheet, Methyl Tertiary Butyl Ether | | | | 11 |
| | | 5/6/2003 | Program Report: Emission Impacts of Fuels to Accommodate the NY State Oxy-Waiver Request and MTBE Ban | | | | 7 |
| | | 4/14/2005 | Curriculum Vitae Robert Wayne Biles | | | | 6 |
| | | | 38504 Analysis of NY's Request for Waiver of the Oxygen Content Requirement for NY Covered Areas; Technical Support Document | | U.S. Environmental Protection Agency | | 41 |
| | | 6/2/2005 | NYSDEC Request for Waiver from the Oxygen Content Requirement for RFG | Letter | Stephen L. Johnson, EPA Administrator | Hon. George E. Pataki | 2 |
| | | 6/16/2005 | Draft: MTBE in Conventional Gasoline - USA Manufacturing | | Andy Madden | | 1 |

9/29/2008

**Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson**

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 7/6/2005 | Draft EPA Risk Assessment Labels MTBE as 'Likely' Human Carcinogen | | | | 2 |
| | | 2/22/2006 | Eliminating MTBE in Gasoline in 2006 | | Energy Information Administration | | 9 |
| | | 3/2/2006 | Six Common Air Pollutants - EPA's Efforts to Reduce Lead | | U.S. Environmental Protection Agency | | 2 |
| | | 3/2/2006 | Website: Air Trends - Lead | | U.S. Environmental Protection Agency | | 2 |
| | | 4/19/2006 | Addressing Lead at Superfund Sites - Human Health | | U.S. Environmental Protection Agency | | 4 |
| | | 5/7/2006 | Scoreboard Website: Chemical Profiles -- Tetraethyl Lead | | | | 3 |
| | | 1/5/2007 | New York Times Arcticle: Rise in Ethanol Raises Concerns About Corn as a Food | | Alexei Barrionuevo | | 3 |
| | | 4/25/2007 | Mobil Management Guide | | Robert N. Stavins | | 16 |
| | | | 39114 MTBE Litigation Notes Feb 07 | | | | 4 |
| | | 1/10/2008 | How Many UST Systems Have Leaked? How Many Have Been Cleaned Up? | | | | 1 |
| | | 1/10/2008 | Website: Corrective Action Measures Archive | | U.S. Environmental Protection Agency | | 2 |
| | | 4/21/2008 | Website: Toxic Substance Control Act (TSCA) Section 8(e) | | U.S. Environmental Protection Agency | | 13 |
| | | | Frequent Questions | | | | 1 |
| | | | Bio of Norman J. Novick | | | | 1 |
| | | | Charles H. Schleyer Bio | | | | 1 |
| | | | Community Investment Safety Product Stewardship Publication | | | | 1 |
| | | | CV/Biography | | | | 30 |
| | | | CV/Biography | | Steven Craig Lewis, PhD | | 1 |
| | | | CV/Biography | | Raymond D. McGraw | | 1 |
| | | | Defendant Exxon Mobil Corporation's Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production (Novick Exh. C₁) | | | | 4 |
| | | | Factors Considered in Exxon's Decision to Use MTBE in the 1980's | | | | 1 |
| | | | Fast Facts, MTBE in Drinking Water | | | | 1 |
| | | | Final Statement of Reasons Secondary MCL and Unregulated Chemical Regulations | | California Department of Health Services | | 20 |
| | | | Fuels Standards Compliance Evaluation for Favre Brothers, Rt. 9 West, Fort Montgomery, NY | | | | 2 |
| | | | Gary A. Stumpf Vita Resume | | Gary A. Stumpf | | 1 |
| | | | Handwritten Notes (Harney Exh. 29) | | | | 24 |
| | | | Investigation and Remediation, Which Compound Requires More Attorneys; MTBE or Benzene? | | Blayne Hartman | | 4 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | | Mobil Corporate Policy Statements; Product Safety Stewardship and Environmental Protection | | Sullivan D. Curran PE | | 56 |
| | | | MTBE and Pressurized Piping Permeability | | | | 4 |
| | | | MTBE and Public Image Industry Impact | | | | 4 |
| | | | MTBE as a Ground Water Contaminant | | Peter Garrett, Marcel Moreau, Jerry Lowry | | 12 |
| | | | MTBE Treatment Cost of Air Stripping With and Without Offgas Treatment | | | | 1 |
| | | | National Survey of MTBE, Other Ether Oxygenates, and other VOCs in Community Drinking-Water Sources | | Gregory C. Delzer, Stephen J. Grandy, John S. Zogorski; Barbara L. Rowe, and Bart Koch | | 1 |
| | | | Problems With Ethanol in the 1970's and 1980's | | | | 1 |
| | | | RCRA Subtitle I, Revised Memorandum of Agreement Between the State of New York Department of Environmental Conservation and the United States Environmental Protection Agency, Region 2 | | | | 1 |
| | | | Robert P. Larkins Job Positions | | | | 1 |
| | | | EPA -- Methyl tert Butyl Ether -- Docket No. 42098 | | EPA | | 211 |
| | | | Underground Approaches by Major Oils in California | | | | 1 |
| | | | 1996 Occurrence of the Gasoline Oxygenate MTBE and BTEX Compounds in Urban Stormwater in the United States, 1991-95 [U.S.G.S. Water-Resources Investigations Report 96-4145] | | Delzer, Gregory C., John S. Zogorski, Thomas J. Lopes, and Robin L. Bosshart | | 11 |
| | | May-01 | Rate of Biotransformation of MTBE in Methanogenic Ground Water [Case Studies in the Remediation of Chlorinated and Recalcitrant Compounds - The Second Annual International Conference on Remediation of Chlorinated and Recalcitrant Compounds - 5/22-25/2001] | | Wilson, John T. | | |
| | | | Compound-Specific Carbon and Hydrogen Isotope Analysis - Field Evidence of MTBE Bioremediation | | USEPA | | |
| | | | vidence for Contamination of Heating Oil and Diesel Fuel with MTBE, LUSTLine Bulletin | | Robbins, Gary A., Brent J. Henebry | | |
| | | | MTBE Behavior at Field Sites and Plume Characterization [University of Houston, TX] | | Hanadi S. Rifai, Gretchen L. Shorr, Malcolm Pirnie, Ashish Bagga | | |

226

9/29/2008

## Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | | Water Soluble Phase of Number 2 Fuel Oil: Results of a Laboratory Mixing Experiment [New Jersey Geological Survey Technical Memorandum 87-4] | | Department of Environmental Protection, division of Water Resources | | |
| | | 2005 | Stable isotope analysis of MTBE to evaluate the source of TBA in ground water. Ground Water Monit. Rem., 25, 108-116. | | Wilson, J.T., Kolhatkar, R., Kuder, T., Philip, P., Daugherty, S. | | |
| FOGG MDL 1358 006321 | FOGG MDL 1358 006330 | 2001 | Methyl tert-butyl ether biodegradation by indigenous aquifer microorganisms under natural and artificial oxic conditions. Environmental Science & Technology 35:1118-1126. | | Landmeyer, J.E., Chapelle, FH, Herlong, HH, and Bradley, PM | | |
| | | 1998 | The size and behavior of MTBE plumes in Texas, in Proceedings of the Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Detection, and Remediation Conference, Houston, TX, 1-11. | | Mace, R.E. and W. Choi | | |
| | | 2001 | Monitoring biodegradation of methyl tert-butyl ether (MTBE) using compound specific carbon isotope analysis. Environmental Science and Technology 35: 676-681. | | Hunkeler, D., B.J. Butler, R. Aravena, and J. F. Barker | | |
| JWILSON MDL 1358 009312 | JWILSON MDL 1358 009399 | 2005 | Monitored Natural Attenuation of MTBE as a Risk Management Option of Leaking Underground Storage Tank Sites, EPA/600/R-04/1790. U.S. Environmental Protection Agency, Ada, OK. | | Wilson, J.T., P.M. Kaiser, and C. Adair | | |
| JWILSON MDL 1358 009253 | JWILSON MDL 1358 009311 | 2000 | Natural attenuation of MTBE in the subsurface under methanogenic conditions, EPA/600/R-00.006. U.S. Environmental Protection Agency, Cincinnati, OH. | | Wilson, J.T., J.A. Vardy, J.S. Cho, and B. H. Wilson | | |
| MDL MCGUIRE 1018 | MDL MCGUIRE 1033 | 1995 | Life-Span Development of Odor Identification, Learning, and Olfactory Sensitivity. Perception, 24(12):1457-1472. | | Cain, W.S., Stevens, J.C., Nickou, C.M., Gilles, A., Johnston, I., and Garcia-Medina, M.R. | | |
| MDL MCGUIRE 11328 | MDL MCGUIRE 11333 | 1985 | Tastes and Odors: the Flavor Profile Method. Jour. AWWA, 77(3):34-39. | | Krasner, S.W., McGuire, M.J., and Ferguson, V.B. | | |
| MDL MCGUIRE 11334 | MDL MCGUIRE 11345 | 1993 | Odor Threshold Studies of Oxygenates and Oxygenate/Gasoline Blends. Presented at Conference on MTBE and Other Oxygenates, Falls Church, VA. | | Clark, R. | | |
| MDL MCGUIRE 11409 | MDL MCGUIRE 11426 | Dec-05 | Aroma and Flavor Characteristics of Free Chlorine and Chloramines. Proceedings of the AWWA Water Quality Technology Conference, Denver, CO, December 2-5. | | Krasner S.W., and Barrett S.E. | | |
| MDL MCGUIRE 11461 | MDL MCGUIRE 11473 | 1996 | AWWA Taste and Odor Survey. Jour. AWWA, 88(4):168-180. | | Suffet, I.H., Corado, A., Chou, D., McGuire, M.J., and Butterworth, S. | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| MDL MCGUIRE 11483 | MDL MCGUIRE 11493 | 2004 | Olfactory and Chemical Analysis of Taste and Odor Episodes in Drinking Water Supplies. Environ. Sci. Bio./Technol., 3:3-13. | | Suffet, I.H., Schweitzer, L., and Khiari, D. | | |
| MDL MCGUIRE 8044 | MDL MCGUIRE 8054 | | | | | | |
| MDL MCGUIRE 11494 | MDL MCGUIRE 11498 | 1992 | Secondary Drinking Water Regulations: Guidance for Nuisance Chemicals. EPA 810/K-92-001. | USEPA | | | |
| MDL MCGUIRE 1260 | MDL MCGUIRE 1266 | 1995 | Odor and Health Complaints with Alaskan Gasolines. Chem. Health Safety, 2(8):32-38. | | Smith, S.L., and Duffy, L.K. | | |
| MDL MCGUIRE 23793 | MDL MCGUIRE 23794 | 6/30/1998 | Hempstead's $2.5M Cleanup/At EPA Orders, It Is Closing Up to 85 Drains on Town Sites. Newsday | | Frank, T. | | |
| MDL MCGUIRE 23796 | MDL MCGUIRE 23797 | 6/17/1988 | In Levittown Still Not on Tap Oil Fouls Water for 2,500 Homes. Newsday, Long Island, NY | | Nagourney, E. | | |
| MDL MCGUIRE 23802 | MDL MCGUIRE 23803 | 3/5/1990 | Negligence Probe in Contamination of Well Heating Oil Meant for Home Storage Tank. Newsday | | Spindle, W. | | |
| MDL MCGUIRE 23804 | MDL MCGUIRE 23805 | 4/7/2000 | Nissequogue Warned about Water. Newsday, Long Island, NY | | Marroquin, A.A. | | |
| MDL MCGUIRE 24453 | MDL MCGUIRE 24454 | 2007 | Education Center: Iron Removal System. http://www.scwa.com/education/ironremoval.cfm, downloaded on July 28, 2007. | | Suffolk County Water Authority | | |
| MDL MCGUIRE 6949 | MDL MCGUIRE 6955 | Nov-93 | Odor Problem Caused by Oleate-Based Pipe Joint Lubricants. Proceedings of the AWWA Water Quality Technology Conference, November 7-11, Miami, Florida. | | Fadel, M., Burlingame, G.A., Gammie, L., and Paran, J. | | |
| MDL MCGUIRE 699 | MDL MCGUIRE 6973 | 1991 | Permeation of Polybutylene Pipe and Gasket Material by Organic Chemicals. Jour. AWWA, 83(10):71-78. | | Park, J.K., Bontoux, L., Holsen, T.M., Jenkins, D., and Selleck, R.E. | | |
| | | 1979 | Effect of Non-Metallic Materials on Water Quality. Jour. Inst. Wat. Engrs. Scientists, 33:11-18. | | Burnam, N.P., and Colbourne, J.S. | | |
| | | 1980 | Sensory Assessment of Water Quality. Pergamon Press, Oxford; as referenced in Persson, P.E. (1983), Off-Flavors in Aquatic Ecosystems—An Introduction. Wat. Sci. Technol., 15:1-11. | | Zoeteman, B.C.J. | | |
| | | 1983 | Ensuring Water Quality in a Distribution System. J. Envir. Engr, 109(2):289-304. | | Stinton, K.B., and Cairns, K.E. | | |
| | | 1985 | Can Polyethylene Pipes Impart Odors in Drinking Water? Environ. Technol. Lett., 6:477-488. | | Anselme, C., N'Guyen, K., Bruchet, A., and Mallevialle, J. | | |
| | | 1986 | Formation of Substituted Tetrahydropyridines by Species of Brettanomyces and Lactobacillus Isolated from Mousy Wines. Am. Jour. Enol. Vitic., 37(22):127-132. | | Heresztyn, T. | | |
| | | 1986 | Water Contamination Caused by Gasoline Permeating a Polybutylene Pipe. Jour. AWWA, 78(11):39-43. | | Leserman, W.G. | | |

228

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 1987 | Identification and Treatment of Tastes and Odors in Drinking Water, AwwaRF, Denver, CO. | I.H. | Mallevialle, J., and Suffet, | | |
| | | 1992 | The Origin of Ethylphenols in Wines. Jour. Sci. Food Agr., 60(2):165-178. | | Chatonnet, P., Dubourdieu, D., Boidron, J.N., and Pons, N. | | |
| | | 1993 | AOC Associated with Oils for Lubricating Well Pumps. Jour. AWWA, 85(8):112-114. | | White, D.R., and LeChavellier, M.W. | | |
| | | 1996 | Formation and Occurrence of Bromophenols, Iodophenols, Bromoanisoles and Iodoanisoles in Drinking Water: An Investigation of Taste an Odour Potential. Report Ref. No. 96/DW/05/13. | | UK Water Industry Research (UK WIR) | | |
| | | 2005 | Standard Methods for the Examination of Water and Wastewater (21st edition). | | AWWA, APHA, WEF | | |
| | | 2002 | Methyl tert-Butyl Ether, TLV® Chemical Substances (7th edition) Documentation. | | ACGIH | | |
| | | 2003 | Determination of Henry's Law Constant for Methyl tert-Butyl Ether (MTBE) at Groundwater Temperatures. Chemosphere, 54(6):689-694. | | Fischer, A., Müller, M., and Klasmeier, J. | | |
| | | 2003 | Handbook of Olfaction and Gustation, 2nd edition, Marcel Dekker, Inc., New York | | Doty, R.L. (ed) | | |
| | | 2006 | Indianapolis, Indiana and Veoila Water North America, 2006 Excellence in Public-Private Partnerships Awards. http://www.usmayors.org/uscm/best_practices/buscoun cil/Pub/Pr106/indianapolis_achievement06.pdf downloaded on July 28, 2007. | | | | |
| | | 6/18/1989 | Identification and Behavior of Iodinated Haloform Medicinal Odor. Proceedings AWWA Seminar on Identification and Treatment of Taste and Odor Compounds, Los Angeles, CA. | | Bruchet, A., Guyen, K., Mallevialle, J. and Anselme, C. | | |
| | | Nov-91 | Study Investigating the Origin and Mechanism of Formation of Rapid Compounds Producing a Musty Taste in Drinking Water Supplies. Proceedings of the AWWA Water Quality Technology Conference, Orlando, FL, November 10-14. | | Montiel, A., Rigal, S., and Ouvrard, J. | | |
| | | 4/4/1995 | City Now Brags about its Water. The Milwaukee Journal | | Behm, D. | | |
| | | 8/18/1997 | Complaint Assessment for Tucson Water, prepared for City of Tucson, Arizona, August 18. | | McGuire, M.J. | | |
| | | 8/2/2005 | Drinking Water Consumer Complaint Survey Results. Presented at Virginia AWWA Good Laboratory Practices Conference, Charlottesville, VA. | | Whelton, A.J., Dietrich, A.M., and Gallagher, D. | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | Nov-05 | Case Studies from Long Term Effects of Disinfection Changes on Distribution System Water Quality. Proceedings of the AWWA Water Quality and Technology Conference, Quebec City, Quebec, Canada, November 6-10. | | Spencer, C.M., Dyksen, J., Friedman, M., and Spellecacy, R. | | |
| | | Nov-06 | Bench-Scale and Pilot-Scale Experiments to Investigate Geosmin Removal Options. Proceedings of the AWWA Water Quality Technology Conference, Denver, Colorado, November 5-9. | | Hozalski, R.M., Johnston, R.B., Scharf, R., and Semmens, M.J. | | |
| | | | Contamination of Potable Water by Permeation of Plastic Pipe. Jour. AWWA, 83(10)53-56. | | Holsen, T.M., Park, J.K., Jenkins, D., and Selleck, R.E. | | |
| | | Nov-97 | MTBE Taste-and-Odor Threshold Determinations using the Flavor Profile Method. Proceedings of the AWWA Water Quality Technology Conference, Denver, Colorado, November 9-12. | | Dale, M.S., Moylan, M.S., Koch, B., and Davis, N.K. | | |
| | | 2001 | Implications of an MTBE Odor Study for Setting Drinking Water Standards. Jour. AWWA, 93(3)195-105. | | Stocking, A.J., Suffet, I.H., McGuire, M.J., and Kavanaugh, M.C. | | |
| CAIN MDL 1358 000509 MDL MCGUIRE 351 | CAIN MDL 1358 000520 MDL MCGUIRE 361 | Jul-96 | Region 1, EPA-New England Data Validation Functional Guidelines for Evaluating Environmental Analyses | | U.S. EPA-New England Region 1 | | 61 |
| | | Jul-95 | "Guidance for Disposal Site Risk Characterization, In Support of the Massachuesets Contingency Plan" BWSC/ORS-95-141 | | | | |
| | | 1994 | Reduction of benzene toxicity by Toluene. Environmental and Molecular Mutagenesis 24:283-292. | | Plappert U, et al. | | |
| | | 2004 | Dermal, Oral, and Inhalation Pharmacokinetics of MTBE in Human Volunteers. Toxicological Sciences, 77, 195-205. | | Prah, J. et al. | | |
| | | 1998 | An updated mortality study of workers at a petroleum refinery in Beaumont, Texas. Am J Ind Med 33:61-81. | | Raabe GK, Collingwood KW and Wong O | | |
| | | Dec-96 | Leukemia mortality by cell type in petroleum workers with potential exposure to benzene. Environmental Health Perspectives Vol 104, Supplement 6. | | Raabe, Gerhard K. et al. | | |
| | | 2002 | Benzene Exposure and Hematopoietic Risk Assessment. Am J Ind. Med. 42:474-480. | | Rinsky R.A. et al. | | |
| | | | Risk Assessment Report for MTBE. Special Report # 17. European Centre for Ecotoxicology and Toxicology of Chemicals. | | | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tormasen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2/22/1993 | Cigarette smoking and adult leukemia. Arch Intern Med/Vol 153 | | Ross C., et al. | | |
| | | 1997 | Benzene and the dose-related incidence of hematologic neoplasms in China. J Nat Cancer Inst 89:1065-1071. | | Rothman N, Hoover RN, Linet MS | | |
| | | 1993 | Further follow-up of mortality in a United Kingdom oil distribution center cohort. Brit J Ind Med 50:561-569. | | Rushton L | | |
| | | 1996 | Lymphohematopoietic malignancies and quantitative estimates of exposure to benzene in Canadian petroleum distribution workers.  Occup Environ Med 53:773-781 | | Schnatter AR, Armstrong TW, Nicolich MJ, Thompson FS, Katz AM, Huebner WW, and Pearlman ED. | | |
| | | 1992 | A retrospective mortality study within operating segments of a petroleum company. Am J Ind Med 22: 209-229. | | Schnatter AR, Theriault G, Katz AM, Thompson FS, Donaleski D, and Murray N | | |
| | | | Nocebo: The psychologic induction of pain. Univ. of California, Los Angeles. | | Schweiger, et al. | | |
| | | | Critical review: The health significance of environmental odor pollution. Archives of Environmental Health. | | Shusterman D., et al. | | |
| | | 1993 | Health Effects of Gasoline Exposure: I. Exposure Patterns of Distribution Workers in the United States. Environ Health Perspect 101(Suppl. 6):13-21 | | Smith TJ, Hammond SK, Hallock M and Wong O | | |
| | | 1993 | Health effects of gasoline exposure.  1. Exposure assessment for U.S. distribution workers,... et al. Environmental Health Perspective supplements 10: (Suppl. 6);13-21 | | Smith, Thomas J | | |
| | | 1990 | Modifiers of non-specific symptoms in occupational and environmental syndromes. Environmental Medicine, 33, 501-506 | | Spurgeon, A., et al. | | |
| | | | Environmental behavior and fate of methyl tert-Butyl ether (MTBE). US Dept. of the Interior - National Water Quality Assessment Program. | | Squillace PJ, et al. | | |
| | | | Table II: Bradford Hill criteria - Guidelines often used by epidemiologists in the assessment of population-level causation (FNIII)? 71 N.L.L. Rev. 247, 266. | | | | |
| | | 2002 | Tert-Butyl Methyl Ether, Risk Assessment Final Report, 2002. Finnish Environment Institute. | | | | |
| | | | The Blue Ribbon Panel on Oxygenates in Gasoline. | | | | |
| | | | The toxicology of synthetic and natural toxins is similar. Nature's Chemicals and synthetic Chemicals: Comparative Toxicology. | | | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 1993 | Temporal variability of benzene exposures for residents in several New Jersey homes with attached garages or tobacco smoke. Journal of Exposure Analysis and Environmental Epidemiology, Vol.3, No.1 | | Thomas, Kent W, et al. | | |
| | | 1997 | Toxicological Profile for Benzene. Agency for Toxic Substances and Disease Registry, September | | | | |
| 35278 | | | Toxicological Profile for Methyl T-Butyl Ether. Agency for Toxic Substances and Disease Registry | | | | |
| | | 1988 | Problematic bile duct stones: polyvalent treatment. Panminerva Med, 40, 214-8 | | Tritapepe R. | | |
| 35796 | | | United States Environmental Protection Agency MTBE Fact Sheet #1 | | | | |
| | | 1997 | United States Environmental Protection Agency Guidelines for MTBE in Drinking water. ATSDR-Tox FAQs 1997. | | | | |
| | | 1988 | Gallbladder and bile duct stones: Percutaneous therapy with primary MTBE dissolution and mechanical methods. Radiology; 169:505-509 | | vanSonnenberg E., et al | | |
| 35400 | | | "Environmental Exposure to Benzene: An Update", Environmental Health Perspectives, Vol. 104 Supp. 6 | | Wallace, L. | | |
| | | 1989 | The exposure of the general population to benzene. Cell Biology and Toxicology, Vol.5, No. 3 | | Wallace, Lance A. | | |
| | | | The application of meta-analysis in reviewing occupational cohort studies.  Occup Environ Med 59:793-800. | | Wong O. and Raabe GK | | |
| | | 1987 | An industry wide mortality study of chemical workers occupationally exposed to benzene. II. Dose response analyses. Br J Ind Med 44:382-395 (1987a). | | Wong O. | | |
| | | 1987 | An industry wide mortality study of chemical workers occupationally exposed to benzene. I. General results. Br J Ind Med 44:365-381 (1987b). | | Wong O. | | |
| | | 1995 | Risk of acute myeloid leukemia and multiple myeloma in workers exposed to benzene.  Occup Environ Med 52:380-384 (1995) | | Wong O. | | |
| | | 1998 | Benzene and the dose-related incidence of hematologic neoplasms in China. J Natl Cancer Inst 90:469-670 | | Wong O. | | |

232

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 1999 | A critique of the exposure assessment in the epidemiologic study of benzene exposed workers in China conducted by the Chinese Academy of Preventive Medicine and the US National Cancer Institute. Regulatory Toxicology and Pharmacology 30:259-267 | | Wong O. | | |
| | | 2000 | Recent findings and new initiatives for epidemiologic research on benzene. J Toxicol Environ Health, part A 61:457-466 | | Wong O. | | |
| | | 1994 | Epidemiological studies of petrochemical workers in California. J Occup Med 36:9-11. | | Wong O, and Bailey WJ | | |
| | | 1989 | Critical review of cancer epidemiology in petroleum industry employees, with a quantitative meta-analysis by cancer site. Am J Ind med 15:283-310 | | Wong O, and Raabe GK | | |
| | | 1995 | Cell-type specific leukemia analyses in a combined cohort of more than 208,000 petroleum workers in the United States and the United Kingdom, 1937-1989. Regulatory Toxicol Pharmacol 21:307-321 (1995). | | Wong O, and Raabe GK | | |
| | | 2000 | Non-Hodgkin's lymphoma and exposure to benzene in a multinational cohort of more than 308,000 petroleum workers, 1937-1996. J Occup Environ Med 42:554-568 | | Wong O, and Raabe GK | | |
| | | 1993 | Health effects of gasoline exposure. II. Mortality patterns of distribution workers in the United States. Environ Health Perspectives, 101(Suppl. 6):63-76 | | Wong O, Harris F and Smith TJ | | |
| | | 2001 | An updated mortality study of workers at a petroleum refinery in Beaumont, Texas, 1945-1996. J Occup Environ Med 43: 384-401 | | Wong O, Harris F, Rosmilia K. and Raabe GK | | |
| | | 1999 | A nested case-control study of leukemia, multiple myeloma and kidney cancer in a cohort of petroleum workers exposed to gasoline. J Occup Environ Med 57:217-221 | | Wong O, Trent L. and Harris F | | |
| | | 1997 | Dissolution of gallbladder stones with Methyl tert-Butyl Ether and stone recurrence. Digestive Diseases and Sciences, Vol 42, No. 1 | | Wosiewitz U., et al. | | |
| | | 1997 | The American health foundation's nocebo conference. Inventive Medicine 26, 605-606 | | Wynder EL. | | |
| | | 1996 | A cohort study of cancer among benzene-exposed workers in China: Overall results. Am J Ind Med 29:227-235 | | Yin SN, et al. | | |

233

9/29/2008

## Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 1989 | A retrospective cohort study of leukemia and other cancers in benzene workers. Environ Health Perspectives 82:207-213. | | Yin SN, et al. | | |
| | | 1994 | Cohort study among workers exposed to benzene in China: I. General methods and resources. Am J Ind Med 26-383-400. | | Yin SN, et al. | | |
| | | | Diagnostic imaging before and after dissolution of gallbladder stones. Dept. of Medicine, University of Connecticut Health Center, | | Zakko S. | | |
| | | | A method to quantitatively compare in vivo the effects of gallstone solvents on intestinal mucosal function: A controlled study comparing mono-octanoin with Methyl tery-Butyl Ether in the Rat (43895) Intestinal Toxicity of gallstone solvents, Dept. of Me | | Zakko S., et al. | | |
| | | | Microprocessor - Assisted solvent transfer system for effective contact dissolution of gallbladder stones. Dept. of Medicine, University of California at San Diego. | | Zakko S., et al. | | |
| | | | Chemical contact dissolution of cholesterol gallbladder stones. One hundred years later. Dept. of Medicine, Univ. of Connecticut Health Center. | | Zakko S., et al. | | |
| SUN-FTM-017-6075 | SUN-FTM-017-6179 | | Groundwater and Environmental Services (GES), Inc., Summary of Potable Well Sampling Results | | | | |
| NY-CTYSUFF-000038235 | NY-CTYSUFF-000038235 | 11/24/2000 | Contamination of Home Heating Oil with the Gasoline Additive Methyl-tert-butyl ether | Letter | Vito Minei | Mr. Kevin Rooney, Alexander M. Santino | 1 |
| | | 5/24/2007 | Expert Report of Thomas F. Maguire, PG, LSP, LEP | Report | | | |
| | | 2001 | Widespread Potential for Microbial MTBE Degradation in Surface-Water Sediments Environ. Sci. Technol., Vol. 35 | | Paul M. Bradley, James E. Landmeyer and Francis H. Chapelle | | |
| | | 2002 | Standard Guide for Risk-Based Corrective Action Applied at Petroleum Release Sites, ATSM International, Designation: E1739-95 | | ATSM International | | |
| | | 2004 | Standard Guide for Risk-Based Corrective Action, ATSM; E2081-00 | | ATSM International | | |
| | | 1994 | Risk-Based Corrective Action for Leaking Storage Tank Sites, TNRCC | | | | |
| | | 1999 | Evidence for MTBE in Heating Oil, GWMR | | Gary A. Robbins, Brent J. Henebry, Barbara M. Schmitt, Frank B. Bartolomeo, Aaron Green, Peter Zack | | |
| | | | Volatile Organic Compounds in the Nation's Ground Water and Drinking-Water Supply Wells, National Water-Quality Assessment Program, Circular 1292 | | USGS | | |

234

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2005 | "Methyl tertibutyl Ether Occurrence and Related Factors in Public and Private Wells in Southeast New Hampshire," Environ. Sci. Technol., Vol. 39 | | Ayotte, Joseph D.; Argue, Desiree M.; McGarry, Frederick K. | | |
| | | 1995 | "Off Flavours in the Aquatic Environment 1994, Proceedings of the 4th International Symposium on Off-Flavors in the Aquatic Environment, Adelaide, Australia, October 2-7, 1994, Pergamon, Water Science & Technology, Vol. 31, No. 11." | | Hrudey, S.E., McGuire, M.J., and Whitfield, F.B. (eds.) | | |
| | | Oct-05 | "A Re-evaluation of the Taste and Odor of MTBE (Methyl Tertiary Butyl Ether) in Drinking Water," poster presented at the Seventh International Symposium on Off-Flavors in the Aquatic Environment, International Water Association, Cornwall, Ontario, Canada. | | Suffet, I.H | | |
| | | 2005 | "Odor and Chemesthesis from Brief Exposures to TXIB," Indoor Air, Vol. 15, No. 6, pp. 445-457. | | Cain, W.S., de Wijk, R.A., Jalowayski, A.A., Caminha, G.P., and Schmidt, R. | | |
| | | 2006 | Health Canada, "Guidelines for Canadian Drinking Water Quality: Guideline Technical Document – Methyl Tertiary-Butyl Ether (MTBE)," Water Quality and Health Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario. | | | | |
| | | | http://www.epa.gov/mtbe.html#drinking | | | | |
| | | 1992 | Developing a standard for methyl tertiary butyl ether in drinking water, in Gilbert, C.E. and Calabrese, E.J., eds., Regulating drinking water quality: Ann Arbor, Mich., Lewis Publishers, Inc., p. 232. | | Gilbert, C.E., and Calabrese, E.J. | | |
| | | 1996 | "Taste and Odour Threshold Concentrations of Potential Potable Water Contaminants," Wat. Res., Vol. 30, No. 2, pp. 331-340. | | Young, W.F., Horth, H., Crane, R., Ogden, T., and Arnott, M. | | |
| | | 10/27/2000 | "MTBE Standards-Taste and Odor Evaluation, Flavor Profile Results." | | McGuire, M.J. | | 3 |
| TOH 025990 | TOH 025990 | 5/13/1997 | "Town of Highlands Proposed Water Supply/Water District Hamlet of Fort Montgomery Our Project GYTH0006." | Letter | Rothenberg, R. | New York State Department of Health | |
| | | May-60 | "Taste Threshold Concentrations of Metals in Drinking Water," Jour. AWWA, Vol. 52, No. 5, pp. 660-670. | | Cohen, J.M., Kamphake, L.J., Harris, E.K., and Woodward, R.L. | | |
| | | 2005 | "Oral Sensations from Iron and Copper Sulfate," Physiology & Behavior, Vol. 85, pp. 308-313. | | Lim, J., and Lawless, H.T. | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2006 | "The Two Odors of Iron when Touched or Pickled: (Skin) Carbonyl Compounds and Organophosphines," Angew. Chem. Int. Ed., Vol. 45, pp. 7006-7009. | | Glindemann, D., Dietrich, A., Staerk, H.-J., and Kuschk, P. | | |
| | | Apr-97 | "Threshold Odor Concentrations of MTBE and Other Fuel Oxygenates," Division of Environmental Chemistry Preprints of Extended Abstracts, American Chemical Society, Vol. 27, No. 1, April 1997. | | Shen, Y.F., Yoo, L.J., Fitzsimmons, S.R., and Yamamoto, M.K. | | |
| | | Nov-97 | "Effect of Residual Chlorine on the Threshold Odor Concentrations of MTBE in Drinking Water," Proceedings of the AWWA Water Quality Technology Conference, Denver, Colorado. | | Shen, Y., Bergen, M., Yoo, L., and Fitzsimmons, S.R. | | 9 |
| | | 1996 | "Taste and Odour Threshold Concentrations of Potential Potable Water Contaminants," Wat. Res., Vol. 30, No. 2, pp. 331-340. | | Young, W.F., Horth, FL, Crane, R., Ogden, T., and Arnott, M. | | |
| | | 2002 | "Sensory Detection of Glutaraldehyde in Drinking Water - Emergence of Sensitivity and Specific Anosmia," Chem. Senses, Vol. 27, No. 5, pp. 425-433. | | Cain, W.S., and Schmidt, R. | | |
| | | 1995 | "The Smell Identification Test™ Administration Manual," Sensonics, Inc., Haddon Heights, New Jersey. | | Doty, R.L. | | |
| | | 10/13/1998 | Maine Bureau of Health Department of Human Services, "The presence of MTBE and other gasoline compounds in Maine's drinking water," Preliminary Report. (http://www.maine.gov/dhhs/eohp/wells/MTBESUM.PDF) | | | | |
| | | 2/25/1977 | "Differential Sensitivity for Smell: "Noise" at the Nose," Science, Vol. 195, No. 4280, pp. 796-798. | | Cain, W.S. | | |
| | | 2003 | "Scientific Method in Practice," Cambridge University Press, New York. | | Gauch, H.G., Jr. | | |
| | | 1992 | "Changing Order-Replication and Induction in Scientific Practice," the University of Chicago Press, Chicago. | | Collins, H.M. | | |
| | | 1990 | "An Introduction to Scientific Research," Dover Publications, Inc., New York. | | Wilson, E.B., Jr. | | |
| | | 39083 | Groundwater and Environmental Services (GES), Inc., "Site Monitoring and Operation & Maintenance Report, October through December, 2006", prepared for Sunoco, Inc. | | | | |
| | | 1980 | Activated Carbon Adsorption of Organics from the Aqueous Phase, vol. 2, Ann Arbor Science Publishers, Inc. | | McGuire, M.J., and Suffet, I.H. [Eds.] | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | | 1983 Treatment of Water by Granular Activated Carbon, Advances in Chemistry Series Number 202, American Chemical Society, Washington, D.C. | | McGuire, M.J., and Suffet, I.H. (Eds.) | | |
| | | | CLU-IN web site, http://www.clu-in.org/products/mtbe/ | | | | |
| SUN-FTM-015-0223 | | 5/30/2003 | Letter from Brochu to Browne | | | | |
| SUN-FTM-044-0390 | | 6/2/2003 | Letter from Browne to Brochu | | | | |
| SUN-FTM-044-0391 | | 6/4/2003 | Letter from Browne to OCDOH | | | | |
| SUN-FTM-016-0636 | | 6/4/2003 | Letter from John to Brochu | | | | |
| SUN-FTM-044-0392 | | 6/10/2003 | Letter from Browne to Brochu | | | | |
| SUN-FTM-016-0131 | | 6/27/2003 | Letter from John to Brochu | | | | |
| SUN-FTM-017-1789 | | 7/9/2003 | Letter from Browne to Brochu] | | | | |
| SUN-FTM-008-1774 | | 7/17/2003 | Letter from Browne to Brochu | | | | |
| SUN-FTM-015-0221 | | 7/30/2003 | Letter from Brochu to Browne | | | | |
| SUN-FTM-017-2273 | | 7/30/2003 | GES Remediation System Work Plan & Manual | | | | |
| SUN-FTM-024-2817 | | 1/16/2004 | Letter from Browne to Brochu | | | | |
| SUN-FTM-024-2802 | | 2/30/04 | Letter from Browne to Brochu | | | | |
| SUN-FTM-008-1705 | | 2/12/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2749 | | 2/23/2004 | Letter from Brochu to Browne | | | | |
| SUN-FTM-008-0005 | | 2/24 | Letter from Brochu to Browne & Traver | | | | |
| SUN-FTM-044-0227 | | 2/26/2004 | Letter from Brochu to Browne & Traver | | | | |
| SUN-FTM-024-2804 | | 3/1/2004 | Letter from Browen to Traver and Browne | | | | |
| SUN-FTM-008-1590 | | 3/1/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-008-1604 | | 3/1/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-008-1557 | | 3/3/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-017-0753 | | 3/10/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-044-0256 | | 3/10/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2821 | | 3/12/2004 | Letter from Bowen to Brochu | | | | |
| SUN-FTM-015-0840 | | 7/13/2004 | Letter from Miller to Traver | | | | |
| SUN-FTM-008-1548 | | 4/28/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-015-0166 | | 8/13/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-015-0159 | | 5/7/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2807 | | 9/20/2004 | Letter from Browne to Brochu | | | | |
| SUN-FTM-015-0130 | | 4/24/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-015-0128 | | 10/10/2004 | Letter from Traver to Brochu | | | | |
| SUN-FTM-007-0785 | | 10/21/2004 | Letter from Bowen & Markowsky to Browne & Traver | | | | |
| SUN-FTM-024-2791 | | 10/27/2004 | Letter from Brochu to Traver & Browne | | | | |
| SUN-FTM-024-2811 | | 11/3/2004 | Letter from Browne to Brochu | | | | |
| SUN-FTM-024-2793 | | 11/17/2004 | Letter from Browne to Brochu | | | | |
| SUN-FTM-024-2793 | | 12/1/2001 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-008-1114 | | 1/13/2004 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2893 | | 1/20/2005 | Letter from Browne to Brochu | | | | |

9/28/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesen

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| SUN-FTM-024-2894 | | 1/27/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-007-0786 | | 1/31/2005 | Letter re Site Monitoring Report | | | | |
| SUN-FTM-024-2841 | | 2/9/2005 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2895 | | 2/14/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-015-1306 | | 2/28/2005 | Letter from Bowen to Browne & Traver | | | | |
| SUN-FTM-024-2896 | | 3/2/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-008-1498 | | | Letter from GES/Harvey to Browne re Chemox | | | | |
| SUN-FTM-015-0937 | | 4/22/2005 | Email from Bowen to Brochu | | | | |
| SUN-FTM-008-1496 | | 5/25/2005 | Letter from Harvey to Traver & Browne | | | | |
| SUN-FTM-024-2829 | | 7/1/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-008-1491 | | 7/28/2005 | Letter from Harvey to Browne & Traver | | | | |
| SUN-FTM-015-0616 | | 7/28/2005 | Letter from Harvey to Browne & Traver re Well Plan | | | | |
| SUN-FTM-024-2622 | | 9/1/2005 | Letter from Harvey to Browne & Traver | | | | |
| SUN-FTM-024-2899 | | 9/8/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-024-2902 | | 9/8/2005 | Letter from Browne to Brochu | | | | |
| SUN-FTM-024-2875 | | 10/14/2005 | Letter from Harvey to Browne & Traver | | | | |
| SUN-FTM-024-2903 | | 10/18/2005 | Letter from Browne to Brochu | | | | |
| TONN-CDK-808 | | | Excel file from Mobil 220 Database, Delivery Records for Favre Station, 1995 to March 1999 | | | | |
| | | 2006 | Uniform Standards of Professional Appraisal Practice, 2006 Edition | | | | |
| | | 2001 | *The Appraisal of Real Estate, 12th Edition, The Appraisal Institute, 2001* | | | | |
| | | 7/10/2000 | Advisory Opinion 22 (AO-22), SUBJECT: Scope of Work in Market Value Appraisal Assignments, Real Property, Issued July 10, 2000, USPAP, 2005 Edition | | | | |
| | | 1995 | J. D. Eaton, MAI, SRA, "Real Estate Valuation in Litigation," 2d Ed., The Appraisal Institute, Chicago, 1995 | | | | |
| | | 2002 | Richard J. Roddewig, "Contaminated Properties and Guide Note 8: Questions, Answers, and Suggestions for Revisions," cited in Richard J. Roddewig, Editor, Valuing Contaminated Property: An Appraisal Institute Anthology, The Appraisal Institute, 2002 | | | | |
| | | 2002 | Bill Mundy, MAI, PhD, "The Impact of Hazardous Materials on Property Value," as cited in Richard J. Roddewig, Editor, Valuing Contaminated Properties, An Appraisal Institute Anthology, The Appraisal Institute, 2002 | | | | |
| | 1999 | | Randall Bell, MAI, Real Estate Damages: An Analysis of Detrimental Conditions, The Appraisal Institute, 1999 | | | | |

238

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 2001 | Thomas O. Jackson, PhD, "The Effects of Environmental Contamination on Real Estate: A Literature Review," The Journal of Real Estate Literature, Vol. 9, Number 2, 2001 | | | | |
| | | May-92 | Charles W. Abdalla, Brian A. Roach, and Donald J. Epp, "Valuing Environmental Quality Changes Using Averting Expenditures: An Application to Groundwater Contamination," Land Economics, May 1992 | | | | |
| | | 1993 | G. William Page and Harvey Rabinowitz, "Groundwater Contamination: Its Effects on Property Values and Cities," Journal of the American Planning Association, Autumn 1993 | | | | |
| | | Nov-95 | Katherine A. Kiel, "Measuring the Impact of the Discovery and Cleaning of Identified Hazardous Waste Sites on House Values," Land Economics, November 1995 | | | | |
| | | Oct-97 | Alan K. Reichert, PhD, "Impact of a Toxic Waste Superfund Site on Property Values," Appraisal Journal, October 1997, at 381. | | | | |
| | | Apr-99 | Alan K. Reichert, PhD, "The Persistence of Contamination Effects: A Superfund Site Revisited," Appraisal Journal, April 1999 | | | | |
| | | 5/18/1994 | Dr. Kenneth T. Wise and Johannes Pfeifenberger, "The Enigma of Stigma: The Case of the Industrial Excess Landfill," 8 Toxics Law Reporter (BNA) 1435, May 18, 1994 | | | | |
| | | 2002 | Mark Dotzour, Ph.D, "Groundwater Contamination and Residential Property Values," Appraisal Journal, July 1997, as included in Richard J. Roddewig, ed., Valuing Contaminated Properties: An Appraisal Institute Anthology, The Appraisal Institute, 2002 | | | | |
| | | 2002 | Thomas Jackson, PhD, MAI, and Randall Bell, MAI, "The Analysis of Environmental Case Studies," The Appraisal Journal, January 2002, as cited in Richard J. Roddewig, Editor, Valuing Contaminated Property: An Appraisal Institute Anthology, The Appraisal In | | | | |
| | | 3-Oct | Thomas O. Jackson, PhD, MAI, "Methods and Techniques for Contaminated Property Valuation," The Appraisal Journal, October 2003 | | | | |

239

9/29/2008

## Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonnesson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| SUN-FTM-005-0208 | SUN-FTM-005-0233 | 2002 | Randall Bell, MAI, Real Estate Damages: An Analysis of Detrimental Conditions, as reprinted in Richard J. Roddewig, MAI, CRE, Editor, Valuing Contaminated Properties: An Appraisal Institute Anthology, 2002 | | | | |
| | | 2001 | Richard J. Roddewig, MAI, CRE, and Gary R. Papke, MAI, CRE, Appraising Environmentally Contaminated Properties: Understanding Stigma, The Appraisal Institute | | | | |
| | | 6-Aug | Marshall Valuation Service, Section 12, Class D, Page 46 | | | | |
| | | 7-Apr | Marshall Valuation Service Calculator Costs for the Eastern section of the United States, Section 12, Class D, Section 99 | | | | |
| | | 2007 | Qualifications of Michael J. Bernholz, SRA, CCIM, MAI | | | | |
| | | 5/10/2007 | Michael J. Bernholz's Appraisal Review Report of Gregory R. Langer | | | | |
| | | 4/16/2007 | Self-Contained Appraisal Report of Real Property Located on Route 9@ and Cherry Street, Fort Montgomery, owned by Hudson Highlands Realty Restorations, LTD. | | | | |
| | | 5/10/2007 | Single family residential Appraisals of Properties owned by Zervas at 144 Canterbury Road; Gee at 48 Montgomery Road; Hay at 21 Cherry Street. | | | | |
| | | | Greater Hudson Valley Multiple Listing Service Statistics produced as Exhibit E to Affidavit of Michael J. Bernholz | | | | |
| | | | Hudson Valley Appraisal Corporation's Maps of Plaintiff Site Locations produced as Exhibit F to Affidavit of Michael J. Bernholz | | | | |
| | | 5/25/2007 | Real Property Appraisal Consulting Report by Clarion Associates, Inc. | | | | |
| | | 5/25/2007 | Appraisal Review of the Expert Report of Gregory Langer by Clarion Associates | | | | |
| SUN-FTM-005-0208 | SUN-FTM-005-0233 | 11/24/1999 | GES Report re underground storage tank removal at station | | | | |
| SUN-FTM-018-1100 | SUN-FTM-018-1180 | 6/22/2000 | GES Subsurface Investigation Report | | | | |
| SUN-FTM-018-2544 | SUN-FTM-018-2696 | 8/1/2000 | GES Remedial Action Plan | | | | |
| SUN-FTM-020-2159 | SUN-FTM-020-2296 | 8/2/2000 | | | | | |
| SUN-FTM-017-3550 | SUN-FTM-017-3565 | 8/16/2000 | GES Supplemental Subsurface Investigation Report (Volume I of II) | | | | |
| SUN-FTM-032-1596 | SUN-FTM-032-1687 | Sep-00 | GES Groundwater Monitoring Report | | | | |
| SUN-FTM-032-0967 | SUN-FTM-032-1051 | 2/23/2001 | GES Groundwater Monitoring Report | | | | |
| SUN-FTM-032-0010 | SUN-FTM-032-0106 | 2/23/2001 | GES Site Monitoring Report | | | | |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| SUN-FTM-042-1425 | SUN-FTM-042-1980 | 8/31/2001 | GES Site Monitoring Report | | | | |
| SUN-FTM-020-1102 | SUN-FTM-020-1397 | 8/31/2001 | GES Site Monitoring Report | | | | |
| SUN-FTM-042-0683 | SUN-FTM-042-1424 | 12/17/2001 | GES Site Monitoring Report | | | | |
| SUN-FTM-017-2901 | SUN-FTM-017-2910 | 7/31/2002 | GES Site Monitoring Report | | | | |
| SUN-FTM-017-2893 | SUN-FTM-017-2900 | 4/16/2003 | GES Underground Storage Tank closure report | | | | |
| SUN-FTM-017-2268 | SUN-FTM-017-2272 | 8/1/2003 | GES Pilot Test Summary Report | | | | |
| N/A | N/A | 8/28/2003 | GES Site Monitoring and Operation & Maintenance Report | | | | |
| N/A | N/A | 2/26/2004 | GES Site Monitoring and Operation & Maintenance Report | | | | |
| SUN-FTM-036-0873 | SUN-FTM-036-1040 | 4/26/2004 | GES Site Monitoring and Operation & Maintenance Report | | | | |
| SUN-FTM-036-0002 | SUN-FTM-036-0154 | 7/30/2004 | GES Site Monitoring and Operation & Maintenance Report | | | | |
| SUN-FTM-007-0575 | SUN-FTM-007-0783 | 10/27/2004 | GES Site Monitoring and Operation & Maintenance Report | | | | |
| SUN-FTM-025-2102 | SUN-FTM-025-2134 | 7/22/2005 | J. Markowsky letter to D. Traver with attached GES Site Monitoring and Operation & Maintenance Report | | | | |
| SUN-FTM-025-2328 | SUN-FTM-025-2546 | 10/27/2005 | GES Site Monitoring and Operation & Maintenance Report | | | | |

241