UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BOMBARDIER CAPITAL INC.,

                          Plaintiff,

                vs.

OCEAN EQUIPMENT & SUPPLY, INC.
WILLIAM A. IRVINE, WILLIAM D.
McALLISTER, and RANDALL R.
TRUCKENBRODT,

                          Defendants.
------------------------------------------------------------x

04 CV 4610 (PKL)

**ORDER TO SHOW CAUSE**



Upon the attached Certificate of Default, the Affidavit for Judgment by Default of Andrew Ryan, Esq., of Salisbury & Ryan LLP, attorneys for Plaintiff, BOMBARDIER CAPITAL INC. ("BCI"), dated February 14, 2005, and the exhibits thereto, the Statement of Damages, the proposed Judgment by Default ("JBD"), and all the prior pleadings and proceedings in this action heretofore, it is

ORDERED that Defendant, WILLIAM A. IRVINE ("Irvine" or "Defendant") show cause before this Court on March 3, 2005, at 9:30 a.m. or as soon thereafter as counsel may be heard, at the United States Courthouse located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 18-B, before the Honorable Peter K. Leisure, why an order should not be made, pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, entering of a default judgment against Defendant Irvine in the amount of **$104,067.51**.

IT IS FURTHER ORDERED that service of a copy of this order and of the papers on which it is granted on Defendant Irvine – by first-class mail and Federal Express at his address of 7911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
BOMBARDIER CAPITAL INC.,

                 Plaintiff,

vs.

OCEAN EQUIPMENT & SUPPLY, INC.
WILLIAM A. IRVINE, WILLIAM D.
McALLISTER, and RANDALL R.
TRUCKENBRODT,

                 Defendants.
-----------------------------------------------------------x

04 CV 4610 (*MC*)

**ORDER TO SHOW CAUSE**

U.S. DISTRICT COURT FILED FEB 2 2 2005 S.D. OF N.Y.

Upon the attached Certificate of Default, the Affidavit for Judgment by Default of Andrew Ryan, Esq., of Salisbury & Ryan LLP, attorneys for Plaintiff, BOMBARDIER CAPITAL INC. ("BCI"), dated February 14, 2005, and the exhibits thereto, the Statement of Damages, the proposed order for default judgment, and all the prior pleadings and proceedings in this action heretofore, it is

ORDERED that Defendant, WILLIAM A. IRVINE ("Irvine" or "Defendant") show cause before this Court on March 3, 2005, at 9:30 a.m. or as soon thereafter as counsel may be heard, at the United States Courthouse located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 18-B, before the Honorable Peter K. Leisure, why an order should not be made, pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, entering of a default judgment against Defendant Irvine in the amount of **$104,067.51**.

IT IS FURTHER ORDERED that service of a copy of this order and of the papers on which it is granted on Defendant Irvine – by first-class mail and Federal Express at his address of 7911

MICROFILM -12:00 PM FEB 2 2005

Brookbank Road, Willowbrook, IL 60514 – along with service by first-class mail of a copy to all other parties, on or before February 18, 2005, shall be deemed good and sufficient service.

IT IS FURTHER ORDERED that papers in opposition to the motion, if any, must be served upon all parties on or before February 28, 2005.

Dated: February 16, 2005
New York, New York

SO ORDERED:

_____
~~Peter K. Leisure, U.S.D.J.~~

(in Judge Leisure's absence, and at the request of his Chambers.)

2