# EXHIBIT 14

**MTBE Testing and Permitting, and Information from the State of California**

- Water Div., City of Fresno Dep't of Pub. Utils., Water Quality Annual Report 1997 (1997) (FRESNO-MTBE-006103–6108);

- City of Fresno, Water Quality Analysis Report (July 6, 1998) (FRESNO-MTBE-006526–6548); and

- Eng'g Servs. Div., City of Fresno Pub. Works Dep't, Standard Procedures for Monitoring Well Permit Process (July 1, 1994, revised July 1, 2003);

- Letter from Carl L. Carlucci, Cal. Dep't of Health Servs., to Martin McIntyre, Water Sys. Manager, City of Fresno (Apr. 15, 1997) (FRESNO-MTBE-006075–6076); and

- State of California, Hazardous Waste and Substances Sites List (Apr. 1998) (FRESNO-MTBE-008126–8134);

# Water Quality

ANNUAL REPORT 1997

## About This Information

This Annual Water Quality Report provides important information about Fresno's water supply, water delivery system and water conservation efforts. Test results for Fresno's 1997 water quality monitoring program are summarized on page 5.

## People, Pumps and Pipelines

*KNOW WHAT YOUR WATER RATES PAY FOR*

The City of Fresno Water Division is dedicated to providing a safe, reliable supply of drinking water to our customers at the lowest possible cost. High quality, safe drinking water is essential to life and the local economy.

You, our valued customer, play an important part in the efficient operation of Fresno's water system. Although your water rates are among the lowest in the Central Valley and the state, we want to share with you some of the things you can do to keep the cost of this vital product as low as possible. The wise and efficient use of our water is our greatest opportunity to keep water and sewer rates affordable.

### *The Product: Quality, Safe Drinking Water*

All water delivered by the City of Fresno meets strict standards. Our water supply is routinely tested for over 100 organic and inorganic compounds, microbial and radiological constituents that are currently regulated by the Environmental Protection Agency and Department of Health Services to protect public health.

Several new regulations are anticipated in the next five years including the regulation of arsenic, sulfate, radon and groundwater disinfection. Because the location and sources of groundwater contamination can change as time passes, samples are taken on a regular basis from many sources (each municipal well, the pipelines that distribute the supply throughout the City, special monitoring wells and some private wells).

cont. page 2

### Commercial and Industrial

Monthly Water Bill Comparison

FRESNO-MTBE-006103

# Drinking Water Quality in Fresno in 1997

This table is a summary of water quality sample results for the past year. All samples were taken from 250 wells, except for microbiological samples which are taken from the distribution system. Minimum, maximum, and values are listed for all analyzed constituents. The "average" values listed represent hundreds or thousands of analyses, taken from active wells. Any well that violates permissible standards is closed or customers are directly notified.

## Primary Drinking Water Standards

| Microbiological | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Coliform Bacteria (% Positive) | 0.02 | 0 | 1.3 | 5 | % |

### General Mineral

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Langelier's Index | 0.267 | -0.08 | 0.74 | (none) | UNITS |
| Bicarbonate (HCO3) | 188.667 | 100 | 180 | (none) | mg/L |
| Calcium (Ca) | 28.333 | 20 | 35 | (none) | mg/L |
| Carbonate (CO3) | 0 | 0 | 0 | (none) | mg/L |
| Chloride (Cl) | 8.333 | 5 | 15 | 250 | mg/L |
| Magnesium (Mg) | 13.667 | 10 | 18 | (none) | mg/L |
| Potassium (K) | 4.8 | 4 | 5 | (none) | mg/L |
| Sodium (Na) | 20.333 | 20 | 21 | (none) | mg/L |
| Specific Conductance (E.C.) | 338.667 | 270 | 400 | 900 | UMHOS |
| Sulfate (SO4) | 9 | 8 | 12 | 250 | mg/L |
| Total Alkalinity (as CaCO3) | 138.667 | 100 | 180 | (none) | mg/L |
| Total Hardness (as CaCO3) | 127 | 91 | 170 | (none) | mg/L |

### Inorganic Chemical

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Aluminum | 0 | 0 | 0 | 1000 | ug/L |
| Antimony | 0 | 0 | 0 | 6 | ug/L |
| Arsenic (As) | 2.333 | 0 | 4 | 50 | ug/L |
| Barium (Ba) | 0 | 0 | 0 | 1000 | ug/L |
| Beryllium | 0 | 0 | 0 | 4 | ug/L |
| Cadmium (Cd) | 0 | 0 | 0 | 5 | ug/L |
| Chromium (Total Cr) | 0 | 0 | 0 | 50 | ug/L |
| Cyanide | 0 | 0 | 0 | 200 | ug/L |
| Fluoride (F) Temp Depend | 0 | 0 | 0 | 1.4 | |
| Mercury (Hg) | 0 | 0 | 0 | 2 | ug/L |
| Nickel | 0 | 0 | 0 | 100 | ug/L |
| Nitrate (NO3) | 18.581 | 1 | 42 | 45 | ug/L |
| NITRATE+NITRITE (sum as nitrogen) | 0 | 0 | 0 | 1000 | ug/L |
| Selenium (Se) | 0 | 0 | 0 | 50 | ug/L |
| Thallium | 0 | 0 | 0 | 2 | ug/L |

### Radionuclides

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Gross Alpha | 2.09 | 1-8.54 | 20.28 | 15 | pCi/l |
| Gross Alpha Counting Error | 1.988 | 1.18 | 3.00 | 50.00 | pCi/l |
| Uranium | 6.903 | 0.42 | 19.1 | 20.00 | pCi/l |
| Radium 226 | 0.05 | 0 | 0.1 | 3.00 | pCi/l |
| Radium 226 + 228 | 0.05 | 0 | 0.1 | 5.00 | pCi/l |

### Volatile Organic Chemicals

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Benzene | 0 | 0 | 0 | 1 | ug/L |
| Bromomethane | 0 | 0 | 0 | 4 | ug/L |
| Carbon tetrachloride | 0 | 0 | 0 | 0.5 | ug/L |
| "1,2-Dichlorobenzene (o-DCB)" | 0 | 0 | 0 | 600 | ug/L |
| "1,4-Dichlorobenzene (p-DCB)" | 0 | 0 | 0 | 5 | ug/L |
| "1,1-Dichloroethane (1,1-DCA)" | 0 | 0 | 0 | 5 | ug/L |
| "1,2-Dichloroethane (1,2-DCA)" | 0 | 0 | 0 | 0.5 | ug/L |
| "1,1-Dichloroethylene (1,1-DCE)" | 0.028 | 0 | 2.8 | 6 | ug/L |
| "cis-1,2-Dichloroethylene" | 0.078 | 0 | 6.9 | 6 | ug/L |
| "trans-1,2-Dichloroethylene" | 0 | 0 | 0 | 10 | ug/L |
| Fluoride (F) Temp Depend | 0 | 0 | 0 | 1.4 | mg/L |
| "1,2-Dichloropropane (1,2-DCP)" | 0.001 | 0 | 0.5 | 5 | ug/L |
| "total 1,3-Dichloropropene" | 0 | 0 | 0 | 0.5 | ug/L |
| Ethylbenzene | 0 | 0 | 0 | 700 | ug/L |
| Monochlorobenzene (Chlorobenzene) | 0 | 0 | 0 | 0 | ug/L |
| Styrene (Vinyl Benzene) | 0 | 0 | 0 | 0 | ug/L |
| "1,1,2,2-Tetrachloroethane" | 0 | 0 | 0 | 1 | ug/L |
| Tetrachloroethylene (PCE) | 0.142 | 0 | 4.8 | 5 | ug/L |
| Toluene | 0.008 | 0 | 3.9 | 150 | ug/L |
| "1,2,4-Trichlorobenzene" | 0 | 0 | 0 | 70 | ug/L |
| "1,1,1-Trichloroethane (1,1,1-TCA)" | 0 | 0 | 0 | 200 | ug/L |
| "1,1,2-Trichloroethane (1,1,2-TCA)" | 0 | 0 | 0 | 5 | ug/L |
| Trichloroethylene (TCE) | 0.278 | 0 | 7.8 | 5 | ug/L |
| Trichlorotrifluoroethane (Freon 113) | 0 | 0 | 0 | 1200 | ug/L |
| Vinyl Chloride | 0 | 0 | 0 | 0.5 | ug/L |
| "total-Xylenes (m,p & o)" | 0 | 0 | 0 | 1750 | ug/L |

### Non-Volatile Synthetic Organic Chemicals (SOCs)

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Alachlor (Alanex) | 0 | 0 | 0 | 2 | ug/L |
| Atrazine | 0 | 0 | 0 | 3 | ug/L |
| Bentazon | 0 | 0 | 0 | 18 | ug/L |
| Benzo(a)pyrene | 0 | 0 | 0 | 0.2 | ug/L |
| Carbofuran | 0 | 0 | 0 | 18 | ug/L |
| Chlordane | 0 | 0 | 0 | 0.1 | ug/L |
| "2,4-D" | 0 | 0 | 0 | 70 | ug/L |
| Dalapon | 0 | 0 | 0 | 200 | ug/L |
| Dibromochloropropane (DBCP | 0.049 | 0.02 | 0.07 | 0.2 | ug/L |
| Di(2-ethylhexyl)adipate | 0 | 0 | 0 | 400 | ug/L |
| Di(2-ethylhexyl)phthalate | 0 | 0 | 0 | 4 | ug/L |
| Dinoseb | 0 | 0 | 0 | 7 | ug/L |
| Diquat | 0 | 0 | 0 | 20 | ug/L |
| Endothall | 0 | 0 | 0 | 100 | ug/L |
| Endrin | 0 | 0 | 0 | 2 | ug/L |
| Ethylene Dibromide (EDB) | 0.001 | 0 | 0.03 | 0.05 | ug/L |
| Glyphosate | 0 | 0 | 0 | 700 | ug/L |
| Heptachlor | 0 | 0 | 0 | 0.01 | ug/L |
| Heptachlor Epoxide | 0 | 0 | 0 | 0.01 | ug/L |

### Non-Volatile Synthetic Organic Chemicals (SOC's) Cont.

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Hexachlorobenzene | 0.00 | 0 | 0 | 1 | ug/L |
| Hexachlorocyclopentadiene | 0.00 | 0 | 0 | 50 | ug/L |
| Lindane | 0.00 | 0 | 0 | 2 | ug/L |
| Methoxychlor | 0.00 | 0 | 0 | 40 | ug/L |
| Molinate | 0.00 | 0 | 0 | 20 | ug/L |
| Oxamyl | 0.00 | 0 | 0 | 200 | ug/L |
| Pentachlorophenol | 0.00 | 0 | 0 | 1 | ug/L |
| Picloram | 0.00 | 0 | 0 | 500 | ug/L |
| Polychlorinated Biphenyls | 0.00 | 0 | 0 | 0.5 | ug/L |
| Simazine | 0.00 | 0 | 0 | 4 | ug/L |
| Thiobencarb | 0.00 | 0 | 0 | 70 | ug/L |
| Toxaphene | 0.00 | 0 | 0 | 3 | ug/L |
| "2,3,7,8-TCDD (Dioxin)" | * | * | * | 3 x 10-8 | |
| "2,4,5-TP (Silvex)" | 0.00 | 0 | 0 | 50 | ug/L |

* CA Dept of Health Services Waived Sampling Requirements

### Unregulated Organic Chemicals - List A

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Bromobenzene | 0.00 | 0 | 0 | none | ug/L |
| Bromodichloromethane | 0.00 | 0 | 0.9 | none | ug/L |
| Bromoform | 0.03 | 0 | 2.5 | none | ug/L |
| Bromochloromethane | 0.00 | 0 | 0 | none | ug/L |
| Chloroethane | 0.00 | 0 | 0 | none | ug/L |
| Chloroform | 0.03 | 0 | 6.5 | none | ug/L |
| Chloromethane | 0.00 | 0 | 0 | none | ug/L |
| 2-Chloroethylvinyl ether | 0.00 | 0 | 0 | none | ug/L |
| 2-Chlorotoluene | 0.00 | 0 | 0 | none | ug/L |
| 4-Chlorotoluene | 0.00 | 0 | 0 | none | ug/L |
| Dibromochloromethane | 0.01 | 0 | 1.4 | none | ug/L |
| "Dibromomethane, (methylene bromide)" | 0.00 | 0 | 0 | none | ug/L |
| "1,3-Dichlorobenzene (m-DCB)" | 0.00 | 0 | 0 | none | ug/L |
| Dichlorodifluoromethane | 2.81 | 0 | 240 | none | ug/L |
| "1,1-Dichloropropene" | 0.01 | 0 | 2.078727 | none | ug/L |
| "2,2-Dichloropropane" | 0.00 | 0 | 0 | none | ug/L |
| "1,1,1,2-Tetrachloroethane" | 0.00 | 0 | 0 | none | ug/L |
| "1,2,3-Trichlorobenzene" | 0.00 | 0 | 0 | none | ug/L |

### Unregulated Organic Chemicals - List B

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Bromacil | | | | none | ug/L |
| Bromochloromethane | | | | none | ug/L |
| n-Butylbenzene | 0.00 | 0 | 0.58 | none | ug/L |
| sec-Butylbenzene | 0.00 | 0 | 0 | none | ug/L |
| tert-Butylbenzene | 0.00 | 0 | 0 | none | ug/L |
| Chlorthalonil | | | | none | ug/L |
| Diazinon | | | | none | ug/L |
| Dimethoate | | | | none | ug/L |
| Diuron | | | | none | ug/L |
| Hexachlorobutadiene | 0.00 | 0 | 0 | none | ug/L |
| Isopropylbenzene | 0.00 | 0 | 0 | none | ug/L |
| p-Isopropyltoluene | 0.00 | 0 | 0 | none | ug/L |
| Methyl tert-Butyl-Ether (MTBE) | 0.00 | 0 | 0 | 0 | ug/L |
| Naphthalene | 0.00 | 0 | 0.82 | none | ug/L |
| 1-Phenylpropane | | | | none | ug/L |
| Prometryn | | | | none | ug/L |
| "1,2,3-Trimethylbenzene" | 0.00 | 0 | 0 | none | ug/L |
| "1,3,5-Trimethylbenzene" | 0.00 | 0 | 0 | none | ug/L |

### Trihalomethanes

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Bromoform | 0.03 | 0 | 2.5 | | ug/L |
| Bromodichloromethane | 0.00 | 0 | 0 | | ug/L |
| Chloroform | 0.03 | 0 | 6.5 | | ug/L |
| Dibromochloromethane | 0.01 | 0 | 1.4 | | ug/L |
| Total Trihalomethanes | 0.07 | 0 | 10.41 | 100 | ug/L |

## Secondary Drinking Water Standards

| General Mineral | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Aluminum | 0.00 | 0 | 0 | 0.2 | mg/L |
| Apparent Color (Unfiltered) | 2.00 | 1 | 3 | 15 | UNITS |
| Copper (Cu) | 0.00 | 0 | 0 | 1 | mg/L |
| Foaming Agents (MBAS) | 0.00 | 0 | 0 | 0.5 | mg/L |
| Hydroxide (OH) | 0.00 | 0 | 0 | (none) | mg/L |
| Iron (Fe) | 0.00 | 0 | 0 | 0.3 | mg/L |
| Manganese (Mn) | 0.00 | 0 | 0 | 0.05 | mg/L |
| pH | 7.87 | 7.7 | 8.1 | (none) | STD |
| Specific Conductance (E.C.) | 338.67 | 270 | 400 | 900 | UMHOS |
| Total Filterable Residue (TDS) | 246.67 | 210 | 280 | 500 | mg/L |
| Zinc (Zn) | 0.00 | 0 | 0 | 5 | MG/L |

### General Physical

| | Avg. | Min. | Max. | MCL | UOM |
|---|---|---|---|---|---|
| Apparent Color (Unfiltered) | 2.00 | 1 | 3 | 15 | UNITS |
| Odor | 2.00 | 1 | 3 | 3 | TON |
| Silver (Ag) | 0.00 | 0 | 0 | 100 | UG/L |
| Turbidity | 0.08 | 0 | 0.23 | 5 | NTU |
| Source Temperature | 22.60 | 20.00 | 27.00 | None | Co |
| Cyanide | 0.00 | 0 | 0 | 200 | ug/L |
| Lead (Pb) | 0.00 | 0 | 0 | 50 | UG/L |

### ABBREVIATION KEY

| | |
|---|---|
| MCL | Maximum Contaminant Level |
| ND | Monitored for but not detected |
| NS | No Standard |
| UOM | Unit of Measure |
| umhos | Micromhos |
| mg/L | Milligrams per liter or parts per million |
| pCi/l | Picocuries per liter |
| ug/L | Micrograms per liter or parts per billion |

Prog WQ6142 City of Fresno Page 1
BOB LITTLE ** WATER QUALITY ANALYSIS REPORT ** Date 07/06/98 07:11a
Primary

KEY: Standard ............... PR - Primary
Class .................. VO - Volatile organic
Constituent ............ A-030 - Methyl tert-Butyl Ether (MTBE)
Sample group ........... All
Site type .............. PS - Pump station
Site ................... All
Sample point ........... All
Function ............... All
Status ................. All
EPA test method ........ 502.2 - Volatile Organics
Sample type ............ All
Sample date ............ All
Drinking water only .... No
Display <X>$ samples ... All
Custom filter .......... (none)

Volatile organic

| Constituent | Sample point | Date | Result | AL/MCL | Unit |
|---|---|---|---|---|---|
| Methyl tert-Butyl Ether (MTBE) | Well 1A, Original | 10/07/96 | ND | (none) | UG/L |
| | | 02/03/98 | ND | (none) | UG/L |
| | Well 2A, Original | 02/03/98 | ND | (none) | UG/L |
| | Well 2B, Original | 11/21/97 | ND | (none) | UG/L |
| | | 11/22/97 | ND | (none) | UG/L |
| | Well 3, Original | 04/11/96 | ND | (none) | UG/L |
| | | 07/02/96 | ND | (none) | UG/L |
| | | 10/02/96 | ND | (none) | UG/L |
| | Well 4A, Original | 02/03/98 | ND | (none) | UG/L |
| | Well 5A, Original | 03/19/98 | ND | (none) | UG/L |
| | | 03/24/98 | ND | (none) | UG/L |
| | Well 6B, Original | 03/27/98 | ND | (none) | UG/L |
| | Well 7A, Original | 04/11/96 | ND | (none) | UG/L |
| | | 07/03/96 | ND | (none) | UG/L |
| | | 10/03/96 | ND | (none) | UG/L |
| | Well 8A, Original | 04/15/96 | ND | (none) | UG/L |
| | | 07/16/96 | ND | (none) | UG/L |
| | | 10/25/96 | ND | (none) | UG/L |
| | | 01/09/97 | ND | (none) | UG/L |

# STANDARD

## *PROCEDURES FOR MONITORING WELL PERMIT PROCESS*

CITY OF FRESNO
PUBLIC WORKS DEPARTMENT
ENGINEERING SERVICES DIVISION
2600 FRESNO ST.
FRESNO, CA 93721

Date Effective: July 1, 1994
Revised: July 1, 2003

**5. REQUIREMENTS FOR APPROVAL OF PERMIT**

**5.1 WELLS IN PRIVATE PROPERTY**

A. Submittal of a completed monitoring well application and supplemental documents along with any additional information that may be required by Public Works Department.

B. Completion of project review by Public Works Department.

C. Completion of environmental assessment by Development Department

D. Submittal of site health and safety plan

E. Approval of permit to install monitoring well.

F. Payment of appropriate processing fees.

5.2 WELLS IN PUBLIC RIGHT-OF-WAY

A. Submittal of a completed monitoring well application and supplemental documents along with any additional information nation that may be required by Public Works Department.

B. Completion of project review by Public Works Department.

C. Completion of environmental assessment by Development Department

D. Approval of any required traffic diversion plan by Traffic Engineering Division

E. Submittal of site health and safety plan.

F. Execution of monitoring well agreement.

G. Issuance of Street work permit.

H. Payment of appropriate processing fees.

**6. REQUIRED SUPPLEMENTAL INFORMATION**

Documents to be submitted to Public Works Department for review of monitoring well application include:

**6.1 WELLS IN PRIVATE PROPERTY**

A. <u>Work Plan</u> (revisions/addendum) as approved by the lead regulatory agency. The proposed work shall meet Public Works Standard Drawing W-30, California Well Standards Bulletin 74-90, Fresno County Guidelines For Site Assessment/Corrective Actions, and all applicable Federal, State, and local requirements.

**7. PERMIT PROCESSING SCHEDULE**

The following schedules begin when Public Works determines that the application is complete and the information package meets all the requirements of the City of Fresno. It should be noted that permit process does not start from time of receipt of the application.

**7.1 WELLS IN PRIVATE PROPERTY**

A minimum of 10 working days for Permit to Install Monitoring Well.

**7.2 WELLS IN PUBLIC RIGHT-OF-WAY**

A minimum of 25 working days for monitoring well Agreement, which includes the following, items:

- Environmental engineering review of the application and supplemental information,
- Completion of environmental assessment by Development Department,
- Agreement preparation,
- City Attorney review,
- Review and approval of permit by Water Division,
- City Attorney approval and review of the signed agreement,
- Processing for approval by Public Works Director, and
- Filing with City Clerk

**8. MONITORING WELL PERMIT AND AGREEMENT**

Permits to Install Monitoring Well and Monitoring Well Agreements are issued by the Public Works Department.

**8.1 PERMIT TO INSTALL MONITORING WELL (PRIVATE PROPERTY)**

A. At the time of issuance, signatures are required from the applicant and the owner(s). Signatures acknowledge acceptance and compliance with conditions established for the permitting of monitoring wells within private property.

**8.2 MONITORING WELL AGREEMENT (PUBLIC RIGHT-OF-WAY)**

A. The City of Fresno is willing to permit such installation only if the applicant enters into an agreement to protect the public right-of-way and protect the City from any liability arising from such installation.

B. The City requires the applicant and/or its contractor and subcontractors to maintain a policy of comprehensive general liability insurance, to include contractual and automobile, with limits for combined single limit for bodily injury and property damage of not less than $1,000,000. The insurance policy shall name the City of Fresno as additional insured with respect to the agreement. Before the City signs the monitoring well agreement, the applicant shall provide insurance certificate in a form satisfactory to the City's Risk Manager.

C. Monitoring well agreements require the property owner signatures be notarized. Signatures acknowledge acceptance and compliance with conditions established for the permitting of monitoring wells within public right-of-way. In the case of corporate ownership or an individual representing the owner(s), the notarized signature shall be accompanied by a corporate resolution or legal documentation giving the signee authority to represent said corporation or owners. Two (2) originals will be issued, both requiring appropriate signatures and supporting documentation.

D. Upon receipt of the signed agreement, said agreement is forwarded to the City Attorney's office for review and approval. Review time is approximately five working days from time of receipt by the City Attorney.

E. Upon approval by the City Attorney, the agreement is forwarded to the Public Works Director for approval. It is then forwarded to the City Clerk for signature and official seal. Upon receipt of the agreement from the City Clerk, the owner's copy is forwarded to the applicant.

F. Upon issuance of the agreement, the applicant shall acquire a street work permit application from the Public Works or Development permits counter. The permit is for inspection of the project area to ensure compliance with Public

Works Standards and that the public right-of-way is returned to original condition upon completion of work.

The application is forwarded to Public Works for approval and then must be received and reviewed by Construction Management Division prior to issuance.

G. The agreement shall in no way be construed as a grant by the City of any rights to owner or his/her representative to trespass upon land rightfully in the possession of, or owned by, another, whether such land be privately or publicly owned.

**9. REQUIREMTNTS FOR DESTRUCTION OF MONITORING WELLS**

Except for injection and extraction wells utilized in corrective actions, all monitoring wells are subject to City review and reevaluation within **18 months** after the installation date. No additional fees are associated with the reevaluation process. City may require destruction of the well unless owner demonstrates the usefulness of the well with a satisfactory rationale for future use. A 12-month extension may be granted subject to further reevaluation. If the analytical results indicate no evidence of any environmental impact at the location of the well, the well shall be destroyed to ensure the quality of ground water is protected. Well Destruction Permit shall be obtained from the Development Department (see Section 4.1(B)). The well destruction shall be performed in accordance with California Well Standards, Bulletin 74-90.

| Discontinuance of the use of a monitoring well and destruction of the well may be required at any time upon notice by the Public Works Director. Such notice may be given upon a finding of public necessity at the Director's sole discretion |
| --- |

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

PETE WILSON, Governor

DEPARTMENT OF HEALTH SERVICES

DRINKING WATER FIELD OPERATIONS BRANCH
5545 EAST SHIELDS AVENUE
FRESNO, CALIFORNIA 93727
(209) 297-3883
FAX (209) 297-3873

April 15, 1997

System No. 1010007

Rosie
c. Bob L
Doug K

Mr. Martin McIntyre, Water Systems Manager
City of Fresno
1910 East University
Fresno, CA 93703

Dear Mr. McIntyre:

**Sampling for Methyl Tertiary-Butyl Ether**

The Department has adopted a regulation for methyl tertiary-butyl ether (MTBE), effective February 13, 1997. This regulation includes MTBE in the unregulated organic chemical Table 64450-B. Monitoring for this constituent is required only for those sources considered vulnerable to contamination by MTBE. As an unregulated contaminant, there has been no MCL established for MTBE. However, an Interim Action Level of 35 ug/l was established in 1991 and is currently under review.

The State of California required the use of cleaner burning oxygenated gasolines year-round beginning in 1996, and as a result the potential for soil and groundwater contamination by MTBE has increased. However, MTBE has been used as a gasoline additive to raise the octane rating of unleaded gasolines since the 1980s. Use of MTBE as a gasoline additive increased significantly in 1990 when the USEPA required specific cities to use oxygenated gasolines during the winter to improve air quality.

MTBE can originate from point and nonpoint sources of contamination. Possible point sources include: leakage from underground storage tanks and associated piping; overfill and spills at gasoline stations; pipelines, landfill sites and dumps; petroleum refineries; spillage at industrial and refueling facilities; accidental spills during transport; aboveground storage tanks; and motorized recreational vehicles, such as boats and jet skis. Non-point sources include storm water run-off.

Utilities in larger metropolitan areas that have undertaken an aggressive monitoring program for MTBE have identified a contamination problem which appears to be more wide-spread than previously thought. Therefore, the Department is requesting that all water systems immediately monitor sources located in areas vulnerable to point source contamination by MTBE. We are requesting that you contact the local environmental health department for information regarding any leaking underground gas tanks in your area. The wells closest to these sites must be sampled as soon as possible, even if previous monitoring associated with an underground gas tank leak did not detect any gasoline products. This is because MTBE moves faster through soil than other

products in gasoline and was not monitored historically. Wells close to any gasoline station are also considered vulnerable even if the storage tanks at the station have not been identified as failing. Spilled gasoline and leaking transfer pipelines are sources of MTBE contamination.

MTBE can be analyzed using either EPA Method 502.2 or 524.2. If EPA Method 502.2 is used, the laboratory must follow specific procedures to confirm a positive MTBE finding. The detection limit for reporting is 5 ug/l.

Wells that are not located in vulnerable areas should be sampled for MTBE during the next monitoring for volatile organic chemicals.

If you have any questions regarding this matter, please contact our office at (209) 297-3883.

Sincerely,

Carl L. Carlucci, P.E.
Senior Sanitary Engineer
Drinking Water Field Operations Branch

cc: Fresno County Health Services Agency

MTBE0497.doc

Bob L.
FYI
Just a few leaking Tanks

# STATE OF CALIFORNIA

## HAZARDOUS WASTE AND SUBSTANCES SITES LIST

**April 1998**

CITY LIST
04/15/88

DTSC
FACILITY INVENTORY DATA BASE
HAZARDOUS WASTE AND SUBSTANCES SITES LIST

PGM: CALEPA5
PAGE 86
SORT BY CITY, ST NAME, ST NBR

| STREET NBR | STREET NAME | CITY | ZIP | FACILITY NAME | CO | REG BY | REG ID |
|---|---|---|---|---|---|---|---|
| 5080 | BLYTHE | FRESNO | 93706 | CALOTE RESIDENCE | 10 | LTNKA | 5T10000616 |
| 4141 | BRAWLEY | FRESNO | 93711 | MODERN WELDING | 10 | LTNKA | 5T10000237 |
| 4180 | BRAWLEY | FRESNO | 937220000 | HYDRO CONDUIT CORPORATION | 10 | LTNKA | 5T10000532 |
| 441 | BRAWLEY | FRESNO | 93706 | FRESNO POULTRY | 10 | LTNKA | 5T10000365 |
| 4536 | BRAWLEY | FRESNO | 93711 | F.U.S.D. WAREHOUSE YARD | 10 | LTNKA | 5T10000205 |
| 1033 | BROADWAY | FRESNO | | GREYHOUND BUS DEPOT | 10 | LTNKA | 5T10000457 |
| 110 | BROADWAY | FRESNO | | ARMORED TRANSPORT INC | 10 | LTNKA | 5T10000496 |
| 330 | BROADWAY | FRESNO | 93701 | ANGELICA HEALTH CARE | 10 | LTNKA | 5T10000479 |
| 565 | BROADWAY | FRESNO | 93721 | ACE S/S | 10 | LTNKA | 5T10000031 |
| 1708 | BULLARD | FRESNO | 93711 | NORTH CENTRAL FIRE | 10 | LTNKA | 5T10000428 |
| 3000 | BUTLER | FRESNO | 937080000 | CALIFORNIA PRODUCTS COMPA | 10 | LTNKA | 5T10000538 |
| 3603 | BUTLER | FRESNO | 93702 | SHELL'S TINO SERVICE | 10 | LTNKA | 5T10000150 |
| 2421 | CALIFORNIA | FRESNO | 93710 | TRUSCO TANK, INC. | 10 | LTNKA | 5T10000306 |
| 3530 | CALIFORNIA | FRESNO | 937000000 | PG & E FRESNO SERVICE CEN | 10 | LTNKA | 5T10000578 |
| 3720 | CALIFORNIA | FRESNO | 93706 | SAM'S VILLAGE MARKET | 10 | LTNKA | 5T10000460 |
| 437 | CALIFORNIA | FRESNO | 93706 | VACANT LOT (ABD S/S) | 10 | LTNKA | 5T10000121 |
| 5305 | CALIFORNIA | FRESNO | 93706 | KOLLER DAIRY | 10 | LTNKA | 5T10000254 |
| 1605 | CEDAR | FRESNO | | UNOCAL | 10 | LTNKA | 5T10000188 |
| 4190 | CEDAR | FRESNO | 93727 | ARCO #2061 | 10 | LTNKA | 5T10000164 |
| 8665 | CEDAR | FRESNO | 93725 | FOWLER PACKING | 10 | LTNKA | 5T10000421 |
| 3257 | CENTRAL | FRESNO | 93725 | SNOWDEN ENTERPRISES, INC. | 10 | LTNKA | 5T10000418 |
| 12825 | CHESTNUT | FRESNO | 937250000 | THRIFTY BEST (AKA CHESTNU | 10 | WB-LF | 10-AA-0025 |
| 1917 | CHESTNUT | FRESNO | 93702 | SENIOR CITIZENS VILLAGE | 10 | LTNKA | 5T10000270 |
| 2387 | CHESTNUT | FRESNO | 937250000 | 7-11 #16970 | 10 | LTNKA | 5T10000432 |
| 4355 | CHESTNUT | FRESNO | 93725 | G.I. TRUCKING | 10 | LTNKA | 5T10000559 |
| 2440 | CHURCH | FRESNO | 937060000 | ROADWAY EXPRESS, INC | 10 | LTNKA | 5T10000449 |
| 3223 | CHURCH | FRESNO | 93725 | GUILD WINERY | 10 | LTNKA | 5T10000228 |
| 3767 | CHURCH | FRESNO | 93725 | QUAL-T-TRUCK | 10 | LTNKA | 5T10000320 |
| 4142 | CHURCH | FRESNO | 93725 | GILBERT'S EXXON | 10 | LTNKA | 5T10000326 |
| 5068 | CLAYTON | FRESNO | 937060000 | A & R CUNHA FARMS | 10 | LTNKA | 5T10000444 |
| 1254 | CLINTON | FRESNO | 937050000 | BUZ'S SUPER SERVICE | 10 | LTNKA | 5T10000528 |
| 1919 | CLINTON | FRESNO | 93705 | FAST GAS, FORMER | 10 | LTNKA | 5T10000009 |
| 5075 | CLINTON | FRESNO | 93726 | BUDGET RENT-A-CAR | 10 | LTNKA | 5T10000471 |
| 5175 | CLINTON | FRESNO | 93727 | HERTZ RENT-A-CAR | 10 | LTNKA | 5T10000368 |
| 4818 | DAKOTA | FRESNO | 93727 | SUNNYSIDE POOLS, INC | 10 | LTNKA | 5T10000620 |
| 4961 | DAKOTA | FRESNO | 93727 | HOLIDAY POOLS | 10 | LTNKA | 5T10000531 |
| 5545 | DAKOTA | FRESNO | 93722 | JURA FARMS, INC. | 10 | LTNKA | 5T10000384 |
| 2045 | DICKENSON | FRESNO | | CENTRAL HIGH SCHOOL | 10 | LTNKA | 5T10000159 |
| 3596 | DUDLEY | FRESNO | 93722 | VERN INGRAM | 10 | LTNKA | 5T10000245 |
| 1060 | E | FRESNO | 937060000 | FRANKS EXXON | 10 | LTNKA | 5T10000466 |
| 2365 | E. | FRESNO | 93725 | PRODUCERS COTTON OIL CO | 10 | LTNKA | 5T10000333 |
| 2632 | ELM | FRESNO | | MYRTLE HARPER | 10 | LTNKA | 5T10000191 |
| 3087 | ELM | FRESNO | 93706 | GLEIN-CROWN PUMPS | 10 | LTNKA | 5T10000354 |
| 1410 | F | FRESNO | 93771 | DUNAVANT & W.B. CO. | 10 | LTNKA | 5T10000453 |
| 620 | F | FRESNO | 93711 | BLUES AUTO | 10 | LTNKA | 5T10000537 |
| 804 | F | FRESNO | 93706 | FELIX AUTO MECHANIC | 10 | LTNKA | 5T10000248 |
| 1060 | FRESNO | FRESNO | | UNOCAL #4987 | 10 | LTNKA | 5T10000308 |
| 1101 | FRESNO | FRESNO | 93775 | LOOK SELF SERVICE | 10 | LTNKA | 5T10000330 |
| 1101 | FRESNO | FRESNO | 93775 | LOOK SELF SERVE | 10 | LTNKA | 5T10000183 |
| 1160 | FRESNO | FRESNO | | CHEVRON #9-4974 | 10 | LTNKA | 5T10000117 |
| 2330 | FRESNO | FRESNO | 937080000 | M & S TEXACO | 10 | LTNKA | 5T10000581 |
| 2408 | FRESNO | FRESNO | 93703 | FRESNO CLINTON B.P. | 10 | LTNKA | 5T10000494 |
| 2527 | FRESNO | FRESNO | 93716 | TWINNING LABORATORIES | 10 | LTNKA | 5T10000070 |
| 4192 | FRESNO | FRESNO | 93727 | ARCO #610 | 10 | LTNKA | 5T10000110 |

CITY LIST
04/15/88

DTSC
FACILITY INVENTORY DATA BASE
HAZARDOUS WASTE AND SUBSTANCES SITES LIST

PGM: CALEPA5
PAGE 88
SORT BY CITY, ST NAME, ST NBR

| STREET NBR | STREET NAME | CITY | ZIP | FACILITY NAME | CD | REG BY | REG ID |
|---|---|---|---|---|---|---|---|
| (NO STREET NBR) | MCKINLEY AND CLOVIS AVENU | FRESNO | 93727 | FRESNO AIR TERMINAL/OLD H | 10 | CALSI | 10450005 |
| 1166 | MENLO | FRESNO | 93710 | SMITH, THOMAS L. & PAULA | 18 | WBC&D | 5A18B103N88 |
| 2211 | MERCED | FRESNO | 93721 | FRESNO CO. CREDIT UNION | 10 | LTNKA | 5T10000028 |
| 5046 | MONO | FRESNO | 93727 | VICTOR MUSSO RESIDENCE | 10 | LTNKA | 5T10000268 |
| 1921 | MOTEL | FRESNO | 93705 | FUELS 4-U | 10 | LTNKA | 5T10000274 |
| 568 | MUSCAT | FRESNO | 93727 | DOLE DRIED FRUIT & NUT | 10 | LTNKA | 5T10000597 |
| (NO STREET NBR) | MUSCAT AND W. LAWN | FRESNO | | BROWNING-FERRIS INDUSTRIE | 10 | WB-LF | 10-AA-0002 |
| 3996 | N | FRESNO | 93705 | CHEVRON - PARKWAY | 10 | LTNKA | 5T10000384 |
| 6639 | N | FRESNO | 93722 | GRANTLAND SHELL FOODMART | 10 | LTNKA | 5T10000584 |
| 1283 | N. | FRESNO | 93728 | DEPT OF TRANSPORTATION | 10 | LTNKA | 5T10000017 |
| 1365 | N. | FRESNO | 93728 | CAL TRANS MAINTENANCE YAR | 10 | LTNKA | 5T10000170 |
| 3075 | NIELSEN | FRESNO | | FRESNO IRRIGATION DISTRIC | 10 | LTNKA | 5T10000637 |
| 220 | O | FRESNO | 93721 | FRESNO BEVERAGE COMPANY | 10 | LTNKA | 5T10000309 |
| 1703 | OLIVE | FRESNO | 937280000 | EXXON | 10 | LTNKA | 5T10000580 |
| 3645 | OLIVE | FRESNO | 93706 | 7-11 #18917 | 10 | LTNKA | 5T10000376 |
| 5210 | OLIVE | FRESNO | 937050000 | 7-11 #17843 | 10 | LTNKA | 5T10000605 |
| 5610 | OLIVE | FRESNO | 93727 | E&J GALLO WINERY | 40 | LTNKA | 5T10000088 |
| 1606 | ORANGE | FRESNO | 93702 | HARRY'S AUTOMOTIVE SERVIC | 10 | LTNKA | 5T10000186 |
| 2603 | ORANGE | FRESNO | 93725 | ACE SPRINKLER CO | 10 | LTNKA | 5T10000260 |
| 3280 | ORANGE | FRESNO | 937250000 | ORANGE AVE LANDFILL | 10 | WBC&D | 5D100318001 |
| 3280 | ORANGE | FRESNO | 937250000 | ORANGE AVE DISPOSAL SITE | 10 | LTNKA | 5T10000456 |
| 3280 | ORANGE | FRESNO | 937250000 | ORANGE AVENUE LANDFILL | 10 | WB-LF | 10-AA-0013 |
| 5783 | PALM | FRESNO | 93711 | BRENTS EXXON | 10 | LTNKA | 5T10000098 |
| 3388 | PEACH | FRESNO | 93725 | P.P.G. INDUSTRIES | 10 | LTNKA | 5T10000055 |
| 2012 | PEARL | FRESNO | 93721 | 7-UP BOTTLING CO | 10 | LTNKA | 5T10000008 |
| 4557 | PINE | FRESNO | 93703 | ALLEN RESIDENCE | 10 | LTNKA | 5T10000059 |
| 4557 | PINE | FRESNO | 93703 | ALAN ALLEN | 10 | LTNKA | 5T10000369 |
| (NO STREET NBR) | PINEDALE/N. FRESNO AREA | FRESNO | 93650 | PINEDALE AREA GROUNDWATER | 10 | CALSI | 10980001 |
| 2396 | RAILROAD | FRESNO | 937210000 | ANDERSON CLAYTON | 10 | LTNKA | 5T10000018 |
| 2494 | RAILROAD | FRESNO | 937060000 | PEABODY FLOWAY | 10 | LTNKA | 5T10000298 |
| 2768 | RAILROAD | FRESNO | 93725 | TRUCK CITY | 10 | LTNKA | 5T10000582 |
| 2786 | RAILROAD | FRESNO | 937250000 | CAL TRANS FRESNO | 10 | LTNKA | 5T10000016 |
| 101 | ROOSEVELT | FRESNO | 934010000 | UNOCAL BULK PLANT #221 | 10 | LTNKA | 5T10000586 |
| 3187 | S | FRESNO | 93711 | TED SMITH (TSE BRAKES) | 10 | LTNKA | 5T10000362 |
| 2360 | S. | FRESNO | 93721 | FRESNO WIRE ROPE & RIGGIN | 10 | LTNKA | 5T10000244 |
| 2596 | S. | FRESNO | 93706 | SHELL SERVICE STATION. | 10 | LTNKA | 5T10000277 |
| 2737 | S. | FRESNO | 93725 | CONSOLIDATED FREIGHTWAYS | 10 | LTNKA | 5T10000388 |
| 3333 | SABRE | FRESNO | 937270000 | ARATEX SERVICES, INC. | 10 | LTNKA | 5T10000382 |
| 1234 | SHAW | FRESNO | 93710 | CAL DEPT OF FORESTRY | 10 | LTNKA | 5T10000189 |
| 1785 | SHAW | FRESNO | 93711 | ARCO STATION #0466 | 10 | LTNKA | 5T10000548 |
| 2019 | SHAW | FRESNO | | CHEVRON #9-4288 | 10 | LTNKA | 5T10000020 |
| 2171 | SHAW | FRESNO | 93705 | UNOCAL | 10 | LTNKA | 5T10000180 |
| 388 | SHAW | FRESNO | 93710 | MAX'S ONE STOP | 10 | LTNKA | 5T10000631 |
| 5316 | SHAW | FRESNO | 93711 | TEXACO SERVICE STATION | 10 | LTNKA | 5T10000344 |
| 6150 | SHAW | FRESNO | 93711 | DI REDO DRY YARD | 10 | LTNKA | 5T10000417 |
| 4184 | SHIELDS | FRESNO | 93703 | D & L SHELL S/S #2 | 10 | LTNKA | 5T10000516 |
| 4184 | SHIELDS | FRESNO | 93703 | SHELL GAS STATION | 10 | LTNKA | 5T10000275 |
| 518 | SHIELDS | FRESNO | 93705 | E-Z GO MINI MART | 10 | LTNKA | 5T10000533 |
| 5300 | SHIELDS | FRESNO | 93727 | FORMERLY HAMMERFIELD | 10 | LTNKA | 5T10000264 |
| 5575 | SHIELDS | FRESNO | 937270000 | CALIFORNIA NATIONAL GUARD | 10 | LTNKA | 5T10000618 |
| 7612 | SHIELDS | FRESNO | 93727 | CLOVIS MADERA PAVING | 10 | LTNKA | 5T10000339 |
| 207 | SIERRA | FRESNO | 937100000 | ELLIS PROPERTY | 10 | LTNKA | 5T10000541 |
| 2201 | STANISLAUS | FRESNO | 93721 | A PLACE FOR YOU FOUNDATIO | 10 | LTNKA | 5T10000498 |
| 2501 | SUNLAND | FRESNO | 936370000 | FMC CORP | 10 | LTNKA | 5T10000386 |