# EXHIBIT 15

### City's Claims, MTBE Advisories, and Well Testing Results

- Fresno's Original Complaint in this litigation filed on October 22, 2003;

- March 25, 1999 Executive Order No. D-5-99 issued by California Governor Gray Davis, obtained from the Official Website of the Office of the Governor of California, http://gov.ca.gov/news.php?id=9085 (last visited Feb. 1, 2013);

- Pamela Creedon, Executive Officer, RWQCB, Executive Officer's Report 3 (Oct. 4-5, 2012), available at http://www.swrcb.ca.gov/rwqcb5/board_info/exec_officer_reports/1210eo.pdf (last visited Jan. 29, 2013);

- Memorandum from David P. Spath, Cal. Dep't of Health Servs., Methyl Tertiary Butyl Ether (MTBE) — Alert and Monitoring Advisory (Feb. 6, 1996); and

- A compilation of MTBE testing results at City of Fresno supply wells.

| | |
|---|---|
| 1  Duane C. Miller #57812<br>   A. Curtis Sawyer, Jr. #101324<br>2  Tracey L. O'Reilly #206230<br>   Tamarin E. Austin #207903<br>3  Evan Eickmeyer #166652<br>   Daniel Boone #148841<br>4  **MILLER & SAWYER**<br>   A Professional Corporation<br>5  1651 Response Road, Second Floor<br>   Sacramento, California 95825-5253<br>6  Telephone: (916) 927-8600<br>   Facsimile: (916) 927-9267<br>7<br>   Attorneys for Plaintiff<br>8  City of Fresno | Exempt from Filing Fee<br>[Govt. Code, § 6103]<br><br>OCT 2 2 2003<br><br>BY: Mike Morris |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CITY OF FRESNO<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC.; CHEVRON ENVIRONMENTAL SERVICES COMPANY; SHELL OIL COMPANY; EXXON CORPORATION; TOSCO CORPORATION; UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA; KERN OIL & REFINING COMPANY; VALERO REFINING COMPANY- CALIFORNIA; TEXACO REFINING AND MARKETING INC.; ULTRAMAR, INC.; ARCO CHEMICAL COMPANY; LYONDELL CHEMICAL COMPANY; EXXON MOBIL CORPORATION; CONOCOPHILLIPS CORPORATION; ATLANTIC RICHFIELD COMPANY; EQUIVA SERVICES LLC; TEXACO, INC.; EQUILON ENTERPRISES LLC ; CHEVRONTEXACO CORPORATION; NEW WEST PETROLEUM; DUKE ENERGY MERCHANTS, LLC; DUKE ENERGY TRADING AND MARKETING, LLC; PACIFIC SOUTHWEST TRADING; NORTHRIDGE PETROLEUM MARKETING U.S., INC.; DUKE ENERGY MERCHANTS CALIFORNIA, INC.; NEW WEST PETROLEUM, LLC; WESTPORT PETROLEUM INC.; NELLA OIL COMPANY LLC; AND DOES 1 | CASE NO. **CGC -03-425649**<br><br>**COMPLAINT FOR DAMAGES AND OTHER RELIEF FOR:**<br><br>(1) **STRICT LIABILITY**<br>(2) **NEGLIGENCE**<br>(3) **TRESPASS**<br>(4) **NUISANCE**<br><br>CASE MANAGEMENT CONFERENCE SET<br><br>PLAN I   MAR 2 6 2004  9:00AM<br><br>DEPARTMENT 212 |

1

Complaint for Damages and Other Relief



# California Regional Water Quality Control Board
## Central Valley Region
### Pamela Creedon, Executive Officer



## EXECUTIVE OFFICER'S REPORT
### October 4-5, 2012

### ITEMS IN THIS REPORT

SUCCESS STORIES .......................................................................................................................... 2

COMPLIANCE AND ENFORCEMENT .......................................................................................... 8

SANITARY SEWER OVERFLOWS, SPILLS LEAKS/OTHER COMPLAINTS/THREATS .......... 10

SALINITY AND CV SALTS ........................................................................................................... 11

MUNICIPAL AND DOMESTIC SUPPLY ...................................................................................... 13

DAIRIES/SITE CLEANUPS/GRANT ............................................................................................. 14

TIMBER HARVEST ....................................................................................................................... 15

GENERAL ...................................................................................................................................... 16

IRRIGATED LANDS REGULATORY PROGRAM (ILRP) ........................................................... 17

STAFF RECOGNITION ................................................................................................................. 21

PUBLIC OUTREACH ..................................................................................................................... 24

PERSONNEL AND ADMINISTRATION ...................................................................................... 26

FUTURE BOARD ACTIVITIES ..................................................................................................... 31

6. **Foster Farms, LLC, Griffith Ranches 1 & 2, Hilmar/Stevinson, Merced County**
   Initial investigations at the site indicated that underlying soil had been contaminated with petroleum hydrocarbons as diesel (TPH-d) which resulted from past operations and practices. An assessment was conducted to define the extent of contaminated soil. Upon completion of delineation efforts, it was determined that the extent of contaminants in soil was limited to the site. Remedial activity performed at the site was successful in removing the source material from soil. A fact sheet describing the remediation activity at the site and the Central Valley Water Board's intent to issue a No Further Action status was mailed to residents within a 1,000-ft radius of the site. After the 30-day comment period expired and no comments were received, a status of No Further Action was issued.

7. **Foster Farms, LLC, Longview Ranch Complex, Livingston, Merced County**
   Due to past operations and practices, the subject site sustained impacts to underlying soil and groundwater from petroleum hydrocarbons as diesel (TPH-d). Upon completion of delineation efforts, it was determined that the extent of contaminants in soil and groundwater were limited to the site. Remedial activity performed at the site was successful in removing the source material from soil. Extended groundwater monitoring demonstrated that no long-term impacts to the underlying aquifer were sustained. A fact sheet describing the remediation activity at the site and the Central Valley Water Board's intent to issue a No Further Action status was mailed to residents within a 1,000-ft radius of the site. After the 30-day comment period expired and no comments were received, a status of No Further Action was issued.

8. **Foster Farms, LLC, Sandy Mush Ranch Complex, Merced, Merced County**
   Due to past operations and practices, the subject site sustained impacts to underlying soil and groundwater from petroleum hydrocarbons as diesel (TPH-d). Upon completion of delineation efforts, it was determined that the extent of contaminants in soil and groundwater were limited to the site. Remedial activity performed at the site was successful in removing the source material from soil. Extended groundwater monitoring demonstrated that no impacts to the underlying aquifer were sustained. A fact sheet describing the remediation activities at the site and the Central Valley Water Board's intent to issue a No Further Action status was mailed to residents within a 1,000-ft radius of the site. After the 30-day comment period expired and no comments were received, a status of No Further Action was issued. (AM)

9. **No Further Action Required in Regard to Petroleum Hydrocarbons, Former Service Station, 111 South Willis Street, Visalia, Tulare County.** Investigations at this site have indicated that petroleum hydrocarbons related to activities at the former service station do not appear to have impacted the site or threatened water quality. As such, additional assessment related to petroleum hydrocarbons at the former gas station is not required and a no further action required letter relating to petroleum only was issued. However, perchloroethylene (PCE) vapors have been detected beneath the site and appear to be emanating from the nearby Paragon Dry Cleaners, which is an active Department of Toxic Substances Control (DTSC) site. The PCE vapors present in the soil represent a potential impact to the development of the property, primarily in regard to indoor air quality. Therefore, and because DTSC is currently conducting an area-wide investigation of PCE sites in Visalia, the site was referred to DTSC for oversight during development of the property in regard to the potential PCE vapor impacts.

10. **Removal of Eight Water Storage Tanks from Glennville Residential Properties. Glennville Shopping Center, 10675 Highway 155, Glennville, Kern County.** The water storage tanks that had been provided to eight Glennville residences were removed in July 2012. The water tanks are no longer needed because the new community water supply system for the town of Glennville (operated by the Glennville Mutual Water Company) has been delivering water to Glennville residents for nearly a year. The water storage tanks were installed by the State at those residences that had been impacted by a release of methyl tertiary butyl ether (MTBE) from the former Glennville Shopping Center. The water tanks were put up for sale through a bidding process, with the bid factoring in the cost of removal. A local contractor won the bid and successfully removed the water tanks and restored the tank locations at each residence back to original "pre-tank" conditions.

11. **Further Action Required - Underground Storage Tanks (UST)**
    Following are sites where Board staff determined that investigation and remediation work may be discontinued and that no further action is required. Further, any residual hydrocarbons remaining do not pose a threat to human health and safety or anticipated future beneficial uses of water. This determination is based on site-specific information provided by the responsible party, and assumes that

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

PETE WILSON, Governor

**DEPARTMENT OF HEALTH SERVICES**
714/744 P STREET
P.O. BOX 942732
SACRAMENTO, CA 94234-7320

February 6, 1996

RECEIVED

Public Water System
Water Quality Manager

BY:

## METHYL TERTIARY BUTYL ETHER (MTBE) - ALERT AND MONITORING ADVISORY

MTBE is a colorless, liquid hydrocarbon which has been used as an octane booster in gasoline since the 1970s. Due to expanded production and use of MTBE in oxygenated gasoline to increase octane and reduce carbon monoxide and ozone levels, MTBE was the second highest organic chemical manufactured in the United States (U.S.) in 1993 at nearly 9 billion kg (10 million tons). MTBE is highly soluble in water.

The use of oxygenated gasoline and reformulated gasoline containing MTBE is increasing more rapidly in California than in the rest of the nation. The use of reformulated gasoline is scheduled to be mandated year-round statewide in 1996 by the State Air Resources Board. It is anticipated that MTBE may comprise up to 11 percent by volume of the reformulated gasoline used in the State. The Air Resources Board anticipates a significant overall reduction in the health risk to the public after the switchover to reformulated gasoline as a result of a severe limitation in the benzene content of reformulated fuels.

Various state and federal agencies are evaluating the environmental and health implications of the increasing use of MTBE. MTBE has been found in shallow groundwater throughout the U.S. by the U.S. Geological Survey through its National Water Quality Assessment Program. Some regional water quality control boards have found MTBE in shallow groundwater in California.

The Department of Health Services (Department) is working in cooperation with the Air Resources Board and the State Water Resources Control Board to identify known or potential MTBE contamination of California waters. Although MTBE contamination of public drinking water supply sources is believed to be unlikely, factors such as the wide spread use of MTBE and the historic problems with leaking fuel tanks give us reason for concern. We will seek to adopt emergency regulations during 1996 which will require public water systems to monitor for MTBE as an unregulated chemical. We are alerting you now to enable systems conducting VOC monitoring during 1996 to include MTBE in the analysis. In addition, if your system used wells which are near sites of contamination or leaking underground storage tanks, we recommend that you consider monitoring for MTBE this year.

Please report all analytical results to your district office promptly.

Public Water System )
Page 2
February 6, 1996

We have also requested that the California Environmental Protection Agency's Office of Environmental Health Hazard Assessment (OEHHA) update the risk assessment of MTBE done in February 1991. At that time OEHHA established an interim Action Level for MTBE of 35 ppb. After evaluating the monitoring data and OEHHA's updated risk assessment, the Department may establish a primary drinking water standard for MTBE.

If you have any questions concerning MTBE, please contact your district engineer or Ms. Alexis Milea at (510) 540-2177.

David P. Spath, Ph. D., P.E., Chief
Division of Drinking Water and
Environmental Management

City of Fresno MTBE Testing Results (Alleged Detections Only)[1]

| Sample ID | Lab | Date Sampled | Result | Qualifier | Units | Method | Bates Number |
|---|---|---|---|---|---|---|---|
| COF Well 9[2] | BSK | 3/12/2008 | 0.06 | | ug/L | EPA 502.2 | FRESNO-MTBE-000007 |
| COF Well 16 | F&B | 10/16/2008 | 0.07 | ca | ug/L | EPA 8260B SIM | F&B-FRESNO-001332 |
| COF Well 16 | F&B | 10/16/2008 | 0.05 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001333 |
| COF Well 16 | F&B | 2/7/2011 | 0.025 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 17 | F&B | 10/16/2008 | 0.04 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001349 |
| COF Well 18[2] | BSK | 3/12/2008 | 0.09 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 19A | F&B | 10/16/2008 | 0.1 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001323 |
| COF Well 19A | F&B | 2/7/2011 | 0.052 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 20 | F&B | 10/16/2008 | 0.15 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001335 |
| COF Well 20 | F&B | 2/7/2011 | 0.072 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 27[2] | BSK | 3/12/2008 | 0.09 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 28 | F&B | 10/2/2008 | 0.41 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000919 |
| COF Well 28A | F&B | 2/7/2011 | 0.037 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 28A[2] | BSK | 3/12/2008 | 0.15 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 36 | F&B | 11/3/2008 | 0.03 | | ug/L | EPA 8260B SIM | FRESNO-MTBE-002019 |
| COF Well 41 | MWH | 10/19/2010 | 0.09 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015622 to FRSENO-MTBE-015645 |
| COF Well 41 | F&B | 2/7/2011 | 0.035 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 45 | MWH | 10/26/2010 | 0.12 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015737 to FRESNO-MTBE-015755 |
| COF Well 54 | F&B | 10/2/2008 | 0.08 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000906 |
| COF Well 54 | F&B | 2/7/2011 | 0.024 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 54[2] | BSK | 2/8/2008 | 0.04 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 60 | F&B | 10/23/2008 | 0.02 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001706 |
| COF Well 62a | MWH | 10/19/2010 | 0.08 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015622 to FRSENO-MTBE-015645 |
| COF Well 73 | MWH | 10/26/2010 | 0.12 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015737 to FRESNO-MTBE-015755 |
| COF Well 75 | F&B | 10/2/2008 | 0.03 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000901 |
| COF Well 75 | MWH | 10/19/2010 | 0.08 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015622 to FRSENO-MTBE-015645 |
| COF Well 75 | F&B | 2/8/2011 | 0.025 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 75[2] | BSK | 2/22/2008 | 0.02 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 82-2[2] | BSK | 3/17/2008 | 0.07 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 101[2] | BSK | 3/18/2008 | 0.06 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 136[2] | BSK | 2/7/2008 | 0.02 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 141 | F&B | 10/2/2008 | 0.02 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000892 |
| COF Well 141[2] | BSK | 2/7/2008 | 0.04 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 154[2] | BSK | 2/13/2008 | 0.03 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 162 | F&B | 10/2/2008 | 0.1 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000914 |

1

| Sample ID | Lab | Date Sampled | Result | Qualifier | Units | Method | Bates Number |
|---|---|---|---|---|---|---|---|
| COF Well 162 | F&B | 2/8/2011 | 0.038 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 162[2] | BSK | 3/13/2008 | 0.09 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 166[2] | BSK | 3/18/2008 | 0.07 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 205 | F&B | 10/2/2008 | 0.16 | | ug/L | EPA 8260B SIM | F&B-FRESNO-000908 |
| COF Well 205 | MWH | 11/3/2010 | 0.28 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015887 to FRSENO-MTBE-015908 |
| COF Well 205 | F&B | 2/8/2011 | 0.2 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 205[2] | BSK | 3/13/2008 | 0.09 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 219 | F&B | 10/23/2008 | 1.2 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001704 |
| COF Well 219 | F&B | 2/7/2011 | 0.1 | | ug/L | EPA 524.2 SIM | F&B-FRESNO-000516 to F&B-FRESNO-000889 |
| COF Well 219[2] | BSK | 2/19/2008 | 0.46 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 221 | F&B | 10/27/2008 | 0.03 | | ug/L | EPA 8260B SIM | F&B-FRESNO-001865 |
| COF Well 271[2] | BSK | 2/7/2008 | 0.03 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| COF Well 318[3] | - | 11/27/2001 | 18 | | ug/L | EPA 502.2 | FRESNO-MTBE-238942 |
| COF Well 318[3] | - | 3/4/2002 | 11 | | ug/L | EPA 502.2 | FRESNO-MTBE-238942 |
| COF Well 318[3] | - | 4/23/2002 | 7 | | ug/L | EPA 502.2 | FRESNO-MTBE-238942 |
| COF Well 318[3] | - | 5/15/2002 | 7.8 | | ug/L | EPA 502.2 | FRESNO-MTBE-238942 |
| MW 367-270[3] | BSK | 3/26/2008 | 0.03 | | ug/L | EPA 502.2 | FRESNO-MTBE-000008 |
| MW367-270 Static 101.9[2] | BSK | 3/26/2008 | 0.03 | | ug/L | EPA 502.2 | FRESNO-MTBE-000002 |
| PS 16 | MWH | 10/19/2010 | 0.1 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015646 to FRESNO-MTBE-015671 |
| PS 205 | MWH | 10/20/2010 | 0.12 | J | ug/L | EPA 524.2 | FRESNO-MTBE-015672 to FRESNO-MTBE-015689 |

Notes:

1. Table only includes samples with alleged results above the detection limit/reporting limit. Results reported as Non-detect or below detection limit/reporting limit have not been tabulated.
2. The source document reports final and trace results for these samples. The final results were non-detects and the trace results are reported here.
3. Nomenclature used for Sample ID is ambiguous in the source document.
4. COF = City of Fresno
5. F&B = Friedman &Bruya, Inc.
6. MWH = MWH Laboratories
7. BSK = BSK Analytical Laboratories
8. J = estimated values
9. ca = calibration standard did not pass for MTBE, the sample was reanalyzed after a passing MTBE calibration standard.

***Defendants reserve the right to challenge any of these alleged detections.***

2