## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------)
In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation                                    MDL 1358 (SAS)



-------------------------------------------------------------------------------------)
This document refers to:

*Westbury Water District v. AGIP Inc., et al., No. 03-cv-10057*
*Town of East Hampton v. AGIP Inc., et al., No. 03-cv-10056*
*Village of Hempstead v. AGIP Inc., et al., No. 03-cv-10055*
*Town of Southampton v. AGIP Inc., et al., No. 03-cv-10054*
*Carle Place Water District v. AGIP Inc., et al., No. 03-cv-10053*
*West Hempstead Water District v. AGIP Inc., et al., No. 03-cv-10052*
*Incorporated Village of Mineola, et al v. AGIP Inc., et al. No. 03-cv-10051*
-------------------------------------------------------------------------------------)

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the firm identified below represents defendant, AMERICAN

AGIP CO. INC., in all of the matters in which American Agip Co. Inc. is a party, and, in

accordance with JPML Rule 5.2(c), the following attorneys are designated to receive service of

all pleadings, notices, orders and other papers relating to this matter:

Daniel K. Winters, Esq.
Lisa K. Axelrod, Esq.
PORZIO, BROMBERG & NEWMAN P.C.
156 W. 56th Street
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983
dkwinters@pbnlaw.com
lkaxelrod@pbnlaw.com

783290

Dockets.Justia.com

Date: May 11, 2004

Respectfully submitted,

AMERICAN AGIP CO. INC.

By its attorneys,

PORZIO BROMBERG & NEWMAN PC

By: _____
     Daniel K. Winters (DKW - 1158)
     Lisa K. Axelrod (LKA - 3317)
     156 W. 56th Street
     New York, NY 10019
     (212) 265-6888
     (212) 957-3983 (facsimile)
     dkwinters@pbnlaw.com
     lkaxelrod@pbnlaw.com

783290

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------------)
In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation              MDL 1358 (SAS)


-----------------------------------------------------------------------------------)
This document refers to:

*Westbury Water District v. AGIP Inc., et al., No. 03-cv-10057*
*Town of East Hampton v. AGIP Inc., et al., No. 03-cv-10056*
*Village of Hempstead v. AGIP Inc., et al., No. 03-cv-10055*
*Town of Southampton v. AGIP Inc., et al., No. 03-cv-10054*
*Carle Place Water District v. AGIP Inc., et al., No. 03-cv-10053*
*West Hempstead Water District v. AGIP Inc., et al., No. 03-cv-10052*
*Incorporated Village of Mineola, et al v. AGIP Inc., et al. No. 03-cv-10051*
-----------------------------------------------------------------------------------)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Local Civil Rules of the District Court of the Southern

District of New York, Defendant American Agip Co. Inc. is a subsidiary of ENI S.P.A. –

Refining & Marketing Division, a publicly traded company. The sole shareholder of American

Agip Co. Inc. is Eni International B.V.

Dated: New York, New York
      May **//** 2004

                     PORZIO BROMBERG & NEWMAN P.C.

                     By: _____
                         Daniel K. Winters, Esq. (DKW-1158)
                         Lisa K. Axelrod (LKA - 3317)
                         156 W. 56th Street, Suite 803
                         New York, New York 10019
                         (212) 265-6888
                         Attorneys for Defendant
                         American Agip Co. Inc.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
IN RE:

                              MDL DOCKET NO.: 1358 (SAS)

METHYL-TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION
-------------------------------------------------------X

## RULE 5.2 CERTIFICATION

I hereby certify that I have on this _11_ day of _MAY_____, 2004, served by First Class,

postage prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure

Statement to all parties identified in the attached service record.

Dated: May _11_, 2004

                                        Respectfully submitted,

                                        Daniel K. Winters, Esq. (DKW-1158)
                                        Lisa K. Axelrod (LKA - 3317)
                                        PORZIO BROMBERG & NEWMAN, PC
                                        156 W. 56th Street, Suite 803
                                        New York, New York 10019
                                        (212) 265-6888
                                        (212) 957-3983 (facsimile)

**Carle Place Water District**
**Town of East Hampton**
**Town of Southampton**
**Village of Hempstead**
**Village of Mineola**
**West Hempstead Water District**
**Westbury Water District**

Marc Jay Bern.
Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
E-mail: mjbern@nkblaw.com
Tel: (631) 224-1133

Attorneys for Plaintiffs


**American Agip Co., Inc.**

Lisa K. Axelrod
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019-3800
Tel: (212) 265-6888
Fax: (212) 957-3983
Email: **lkaxelrod@pbnlaw.com**

**Amerada Hess Corporation, El Paso Corporation, and Coastal Corporation:**

Christopher S. Colman
Deputy General Counsel - Environmental Affairs
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095
Tel: (732) 750-6535
Fax: (732) 650-6944
E-mail: ccolman@hess.com

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue
Washington, DC 20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610
E-mail: shulmanr@howrey.com
        davism@howrey.com

**Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

Langan, J. Andrew
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
E-mail: alangan@kirkland.com
Tel: (312) 861-2064
Fax: (312) 861-2200

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
Chicago, IL 60601-6636
E-mail: pbellacosa@kirkland.com
Tel: (212) 446-4800
Fax: (212) 446-4900

Potter Stewart
Barney Brannen
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building
205 Main Street, 3rd Floor
Brattleboro, VT 05301
Tel: (802) 257-7244
Fax: (802) 257-7256
E-mail: pstewart@potterstewartlaw.com
        bbrannen@potterstewartlaw.com

783290

Matthew Heartney
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-2513
Tel: (213) 243-4150
Fax: (213) 243-4199
E-mail: matthew_heartney@aporter.com

**Bartco Corporation**

Christopher A. Albanesse
Milber Makris Plousaids & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
Tel: (914) 681-8700
Fax: (914) 681-8709

**ChevronTexaco Corporation, Chevron U.S.A., Inc., Texaco, Inc., Equilon
Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products
Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading
(US) Company, and Texaco Refining & Marketing, Inc.**

Richard E. Wallace
Peter C. Condron
Harry Davis
Wallace King Marraro & Branson, PLCC
1050 Thomas Jefferson Street, NW, Suite 500
Washington, DC 20007
Tel: (202) 204-1000
E-mail: rwallace@wallaceking.com
        pcondron@wallaceking.com
        hdavis@wallaceking.com

William G. Jarman
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
Tel: (225) 387-0999
Fax: (225) 388-9133
E-mail: bill.jarman@keanmiller.com

783290

**CITGO Petroleum Corporation and CITGO Refining & Chemicals Company, LP (formerly CITGO Refining & Chemicals, Inc.)**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
E-mail: neimer@eimerstahl.com
        phanebutt@eimerstahl.com
        lmeyer@eimerstahl.com

Samuel J. Abate
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Tel: (212) 609-6805
Fax: (212) 935-1893
E-mail: sabate@mccarter.com

**ConocoPhillips Company, Conoco, Inc., Phillips Petroleum Company, Phillips 66 Company, Alon USA Energy, Inc., Alon USA LP, Atofina Petrochemicals, Inc., Fina Oil & Chemical Company, Total Holdings USA, Inc., Total America, Inc., Valero Energy Corporation, Valero Marketing & Supply Company, Valero Refining & Marketing Company**

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
Tel: (714) 755-8113
Fax: (714) 755-8290
E-mail: michele.johnson@lw.com

Mitchell L. Herren
Hinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, KS 67202
Tel: (316) 267-2000
Fax: (316) 264-1556
E-mail: mherren@hinklaw.com

783290

**ConocoPhillips Company and Tosco Corporation**

Rod G. Smithm Esq,
Senior Counsel
ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
Tel: (281) 293-1740
Fax: (281) 293-1954
E-mail: rgsmith@ppco.com

**ConocoPhillips Company, Valero Marketing & Refining Company, Getty Realty Corporation, Getty Properties Corporation, Lee Milt's Petroleum, Inc.**

John Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 891-8320
Fax: (213) 891-8763
E-mail: john.lyons@lw.com

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
Tel: (973) 639-7270
Fax: (973) 639-7298
E-mail: john.mcgahren@lw.com

**Crown Central Petroleum Corporation**

Andrew Lapayowker
Vice President & General Counsel
Crown Central Petroleum Corporation
1 N. Charles Street
Baltimore, MD 21201
Tel: (410) 659-4834
Fax: (410) 659-4763
E-mail: alapayowker@crowncentral.com

783290

**Carle Place Water District**
**Town of East Hampton**
**Town of Southampton**
**Village of Hempstead**
**Village of Mineola**
**West Hempstead Water District**
**Westbury Water District**

Marc Jay Bern.
Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
E-mail: mjbern@nkblaw.com
Tel: (631) 224-1133

**Attorneys for Plaintiffs**


**American Agip Co., Inc.**

Lisa K. Axelrod
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019-3800
Tel: (212) 265-6888
Fax: (212) 957-3983
Email: **lkaxelrod@pbnlaw.com**

**Amerada Hess Corporation, El Paso Corporation, and Coastal Corporation:**

Christopher S. Colman
Deputy General Counsel - Environmental Affairs
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095
Tel: (732) 750-6535
Fax: (732) 650-6944
E-mail: ccolman@hess.com

783290

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue
Washington, DC 20004-2402
Tel:  (202) 783-0800
Fax:  (202) 383-6610
E-mail:  shulmanr@howrey.com
          davism@howrey.com

**Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

Langan, J. Andrew
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
E-mail:  alangan@kirkland.com
Tel:  (312) 861-2064
Fax:  (312) 861-2200

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
Chicago, IL 60601-6636
E-mail:  pbellacosa@kirkland.com
Tel:  (212) 446-4800
Fax:  (212) 446-4900

Potter Stewart
Barney Brannen
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building
205 Main Street, 3rd Floor
Brattleboro, VT 05301
Tel:  (802) 257-7244
Fax:  (802) 257-7256
E-mail:  pstewart@potterstewartlaw.com
          bbrannen@potterstewartlaw.com

783290

Matthew Heartney
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-2513
Tel: (213) 243-4150
Fax: (213) 243-4199
E-mail: matthew_heartney@aporter.com

**Bartco Corporation**

Christopher A. Albanesse
Milber Makris Plousaids & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
Tel: (914) 681-8700
Fax: (914) 681-8709

**ChevronTexaco Corporation, Chevron U.S.A., Inc., Texaco, Inc., Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Company, and Texaco Refining & Marketing, Inc.**

Richard E. Wallace
Peter C. Condron
Harry Davis
Wallace King Marraro & Branson, PLCC
1050 Thomas Jefferson Street, NW, Suite 500
Washington, DC 20007
Tel: (202) 204-1000
E-mail: rwallace@wallaceking.com
        pcondron@wallaceking.com
        hdavis@wallaceking.com

William G. Jarman
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
Tel: (225) 387-0999
Fax: (225) 388-9133
E-mail: bill.jarman@keanmiller.com

783290

**CITGO Petroleum Corporation and CITGO Refining & Chemicals Company, LP (formerly CITGO Refining & Chemicals, Inc.)**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel:  (312) 660-7600
Fax:  (312) 692-1718
E-mail:   neimer@eimerstahl.com
          phanebutt@eimerstahl.com
          lmeyer@eimerstahl.com

Samuel J. Abate
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Tel:  (212) 609-6805
Fax:  (212) 935-1893
E-mail:   sabate@mccarter.com

**ConocoPhillips Company, Conoco, Inc., Phillips Petroleum Company, Phillips 66 Company, Alon USA Energy, Inc., Alon USA LP, Atofina Petrochemicals, Inc., Fina Oil & Chemical Company, Total Holdings USA, Inc., Total America, Inc., Valero Energy Corporation, Valero Marketing & Supply Company, Valero Refining & Marketing Company**

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
Tel:  (714) 755-8113
Fax:  (714) 755-8290
E-mail:   michele.johnson@lw.com

Mitchell L. Herren
Hinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, KS 67202
Tel:  (316) 267-2000
Fax:  (316) 264-1556
E-mail:   mherren@hinklaw.com

783290

**ConocoPhillips Company and Tosco Corporation**

Rod G. Smithm Esq,
Senior Counsel
ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
Tel: (281) 293-1740
Fax: (281) 293-1954
E-mail: rgsmith@ppco.com

**ConocoPhillips Company, Valero Marketing & Refining Company, Getty Realty Corporation, Getty Properties Corporation, Lee Milt's Petroleum, Inc.**

John Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 891-8320
Fax: (213) 891-8763
E-mail: john.lyons@lw.com

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
Tel: (973) 639-7270
Fax: (973) 639-7298
E-mail: john.mcgahren@lw.com

**Crown Central Petroleum Corporation**

Andrew Lapayowker
Vice President & General Counsel
Crown Central Petroleum Corporation
1 N. Charles Street
Baltimore, MD 21201
Tel: (410) 659-4834
Fax: (410) 659-4763
E-mail: alapayowker@crowncentral.com

783290

**Crown Central Petroleum Corporation and Tesoro Petroleum Companies, Inc.**

Colleen Doyle
Bingham McCutchen LLP
355 South Grand Avenue
Los Angeles, CA 90071-3106
Tel: (213) 680-6446
Fax: (213) 680-6499
E-mail: colleen.doyle@bingham.com

Ben Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Tel: (860) 240-2926
Fax: (860) 240-2818
E-mail: ben.krowicki@bingham.com

**Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipeline Company, ExxonMobil Refining and Supply Company and Mobil Corporation**

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
Tel: (212) 547-5583
Fax: (212) 547-5444
E-mail: psacripanti@mwe.com
        jpardo@mwe.com
        sriccardulli@mwe.com

Anthony Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109
Tel: (617) 535-4044
Fax: ( 617) 535-3800
E-mail: abongiorno@mwe.com

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe
Chicago, IL 60606-5096
Tel: (312) 984-6495
Fax: (312) 984-7700
E-mail: czimmerman@mwe.com

Jeffrey J. Parker
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: (213) 617-5586
Fax: (213) 620-1398
E-mail: jparker@sheppardmullin.com

Deborah E. Barnard
Holland & Knight, LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 619-9240
Fax: (617) 523-6850
E-mail: deborah.barnard@hklaw.com

**Exxon Mobil Corporation, Equilon Enterprises, LLC, Motive Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East), Inc., Chevron Texaco Corporation, Chevron USA, and Texaco, Inc.**

Gregory A. Curtis
Hoff Curtis
100 Main Street
P.O. Box 1124
Burlington, VT 05402-1124
Tel: (802) 864-6400
E-mail: gweimer@hoffcurtis.com

783290

**Getty Realty Corporation**

Andrew M. Smith
General Counsel and Corporate Secretary
Getty Realty Corporation
125 Jericho Turnpike, Suite 103
Jericho, New York 11753
Tel: (516) 478-5451
Fax: (516) 478-5490
E-mail: asmith@gettyrealty.com

**Gulf Oil Limited Partnership, The Catamount Corporation, Catamount Management Corporation, Cumberland Farms, Inc., The Global Companies, Global Petroleum Corporation**

Garvey, Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 459-7413
Fax: (212) 355-3333
E-mail: cgarvey@goodwinprocter.com

Mark E. Tully
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1289
Fax: (617) 523-1231
E-mail: mtully@goodwinprocter.com

**Irving Oil Corporation and Irving Oil Limited**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105
Tel: (603) 625-6464
Fax: (603) 625-5650
E-mail: bruce.felmly@mclane.com

783290

**Koch Industries, Inc.**

Anton J. Borovina
Borovina & Marullo, PLLC
445 Broad Hollow Road
Melville, NY 11747
Tel: (631) 630-1101
Fax: (631) 465-8935
E-mail: ajb@bormarlaw.com

Joseph C. Kearfott
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8446
Fax: (804) 788-8218
E-mail: sraphael@hunton.com

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue, 43rd Floor
New York, NY 10166-0136
Tel: (212) 309-1023
Fax: (212) 465-8935
E-mail: lrosenblatt@hunton.com

Stephen H. Roberts
McNeill, Taylor & Gallo, P.A.
180 Locust Street
P.O. Box 815
Dover, NH 03821
Tel: (603) 749-4723
E-mail: roberts@mcneill-law.com

**Lyondell Chemical Company and Arco Chemical Company**

Allan J. Hoffman
Larry Shtasel
Michael Roessner
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Tel: (215) 569-5505
Fax: (215) 832-5505

783290

E-mail:  hoffman@blankrome.com
         shtasel@blankrome.com
         roessner@blankrome.com

**Marathon Ashland Petroleum LLC, Marathon Oil Company and Marathon Oil Corp.**

Vincent A. Barto
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, Ohio 45840
Tel: (419) 421-4203
Fax: (419) 427-4193
E-mail:  vabarto@mapllc.com

Steven L. Leifer
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Tel: (202) 639-7723
Fax: (202) 585-1040
E-mail:  sleifer@bakerbotts.com

**Parker Oil Company and Parker Holding Company, Inc.**

Elizabeth S. Skilling
Harman, Claytor, Corrigan, & Wellman
P.O. Box 70280
Richmond, VA 23255
Tel: (804) 762-8016
Fax: (804) 727-6085
E-mail:  eskilling@hccw.com

**Premcor Inc. and Premcor Refining Group Inc.**

Dan H. Ball
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2200
Fax: (314) 259-2020
E-mail:  dhball@bryancave.com

783290

**Shell Oil Company**

William D. Temko
Munger, Tolles, & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9266
Fax: (213) 683-5166
E-mail: temkowd@mto.com

**Star Enterprises**

Randle B. Carpenter
McMilllan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
Tel: (914) 834-3500
Fax: (914) 834-0620
E-mail: rcarpenter@mcmcon.com

**Sunoco, Inc., Sunoco, Inc. (R&M) and Sun Refining & Marketing Company**

Heather Fusco
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Tel: (212) 702-5411
Fax: (221) 702-5450
E-mail: hfusco@bdlaw.com

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005
Tel: (202) 789-6010
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

783290

**Unocal Corporation**

Brendan M Dixon
Deputy General Counsel
Unocal Corporation
276 S. Valencia Ave.
Brea, CA 92823
Tel: (714) 577-2933
Fax: (714) 577-2980
E-mail: bmdixon@unocal.com

Wright, Lynn W. Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
Tel: (212) 756-0215/(212) 308-4411
Fax: (212) 308-4844
E-mail: lwright@EdwardsAngell.com

**Valero Energy Corp., Valero Refining & Marketing Co., Valero Marketing & Supply Co., Diamond Shamrock Refining & Marketing Co., Valero-Colorado Refining Co, Valero Refining Co.-Louisiana, Valero Refining-Texas, L.P., and Valero Refining Co.-New Jersey**

Tracy Renfroe
Coy M. Connelly
Bracewell & Paterson, L.L.P.
711 Louisiana Street, Suite 2900
Houston, TX 77002
Tel: (713) 221-1404
Fax: (713) 221-2123
E-mail: tracie.renfroe@bracepatt.com
        coy.connelly@bracepatt.com

Jon D. Anderson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
Tel: (714) 755-8217
Fax: (714) 755-8290
E-mail: jon.anderson@lw.com

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, 12th Floor
Des Moines, IA 50309
Tel: (515) 246-5582
Fax: (515) 246-1474
E-mail: grenard@whitfieldlaw.com

Attorneys for Defendants