BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------)
In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation      MDL 1358 (SAS)

------------------------------------------------------------------)
This document refers to:

*Town of Marksville v. Amerada Hess Corporation, 04-CV-3412*
*Town of Rayville v. Amerada Hess Corporation, 04-CV-3413*
------------------------------------------------------------------)

## NOTICE OF APPEARANCE

Please take notice that the firm identified below represents defendant, DUPRE TRANSPORT, LLC, in all of the matters in which Dupre Transport, LLC is a party, and, in accordance with JPML Rule 5.2(c), the following attorneys are designated to receive service of all pleadings, notices, orders and other papers relating to this matter:

Daniel K. Winters, Esq.
Lisa K. Axelrod, Esq.
PORZIO, BROMBERG & NEWMAN P.C.
156 W. 56th Street
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983
dkwinters@pbnlaw.com
lkaxelrod@pbnlaw.com

905634

Date: February 4, 2004

    Respectfully submitted,

    DUPRE TRANSPORT, LLC

    By its attorneys,

    PORZIO BROMBERG & NEWMAN PC

    By: /s/ Lisa K. Axelrod
    Daniel K. Winters (DKW - 1158)
    Lisa K. Axelrod (LKA - 3317)
    156 W. 56th Street
    New York, NY 10019
    (212) 265-6888
    (212) 957-3983 (facsimile)
    dkwinters@pbnlaw.com
    lkaxelrod@pbnlaw.com