UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No. 1:00-1898 (SAS)
MDL 1358

---

**This document refers to the following Louisiana cases:**

*Town of Marksville v. Amerada Hess Corp., 04-CV-3412*
*Town of Rayville v. Amerada Hess Corp., 04-CV-3413*

### JOINDER OF DUPRE TRANSPORT, L.L.C. IN THE MOTION TO DISMISS THE LOUISIANA COMPLAINTS PURSUANT TO F.R.C.P. 12(b)(6)

Defendant hereby join in the Motion to Dismiss the Louisiana Complaints pursuant to Fed. R. Civ. P. 12(b)(6) filed on January 19, 2005 by certain defendants and hereby incorporates and adopts all arguments contained in the motion papers as if fully set forth herein.

Dated: February 4, 2004

Respectfully submitted,

*[signature]*
Daniel K. Winters
Lisa K. Axelrod
PORZIO, BROMBERG & NEWMAN, P.C.
156 W. 56th Street
New York, New York 10019
(212) 265-6888

*Counsel for Defendant Dupre Transport, LLC*

905526