UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
IN RE: METHYL TERTIARY BUTYL ETHER                              :
("MTBE") PRODUCTS LIABILITY LITIGATION                          :
                                                                :
----------------------------------------------------------------:
                                                                :
This document relates to all cases.                             :
                                                                :
                                                                :
                                                                :
                                                                :
                                                                :
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/06

**ORDER**

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.**

**ORDER GRANTING ADMISSION _PRO HAC VICE_**

Upon consideration of the consent motion to admit Jaime Slimm of Archer & Greiner,

P.C. *pro hac vice*, and finding that the movants have submitted the requisite fee payable to the

Cashier's Office,

It is this 15 day of June, 2006,

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 1113

ORDERED, that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED, that Jaime Slimm of Archer & Greiner, P.C. be and hereby is

admitted to appear before this Court *pro hac vice* on behalf of Defendant Exxon Mobil

Corporation.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            June 15 2006