## STARK AND KEENAN
A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

30 OFFICE STREET

BEL AIR, MARYLAND 21014

(410) 838-5522
(410) 879-2222
FAX
(410) 879-0688

ELWOOD V. STARK, JR.
CHARLES B. KEENAN, JR.
EDWIN G. CARSON
JUDITH SILVERSTEIN
GREGORY A. SZOKA
ROBERT S. LYNCH
PAUL W. ISHAK
LAWRENCE F. KREIS, JR.
CRAIG H. DERAN
IAN R. FALLON

HAVRE DE GRACE OFFICE

117 NORTH UNION AVENUE
HAVRE DE GRACE, MARYLAND 21078

(410) 939-0100

March 9, 2007

**VIA E-MAIL and U.S. MAIL**
Bethany_Davis_Noll@nysd.uscourts.gov
The Honorable Shira A. Scheindlin
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:   *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
           Master File No. 1:00-1898, MDL No. 1358 (SAS), M21-88;
           This Document Relates To: *Koch, et al v. Hicks, et al*, 05 Div 5745

Your Honor:

    The Court's Order of February 15, 2007 directed the Defendants to file a Response to the Plaintiffs' New Motion for Partial Summary Judgment. The Plaintiffs' Motion seeks no relief against John R. Hicks, therefore no pleading on his behalf will be filed with the Court. For the record, John R. Hicks has no objection to the Plaintiffs' Motion for Leave to File a Second Amended Complaint.

    Thank you for your kind attention.

                                      Very truly yours,

                                      Paul W. Ishak

PWI/ahs
cc: John R. Hicks
    Charles J. Piven, Esquire
    Marshall N. Perkins, Esquire
    Lon Engel, Esquire
    James R. Cox, Esquire
    Mary V. McNamara-Koch, Esquire
    Karyn S. Bergmann, Esquire
    Andrew Gendron, Esquire
    Michael J. De Vinne, Esquire
    Robin Greenwald, Esquire
    Peter J. Sacripanti, Esquire
    Robert Gordon, Esquire
    C. Sanders McNew, Esquire