UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re: Methyl Tertiary Butyl Ether  : MDL No. 1358 (SAS)
("MTBE") Products Liability Litigation :
                                    : Master File No. 1:00-1898
This document applies to:           :
                                    :
All Cases                           : SUPPLEMENTAL RULE 7.1
                                    : STATEMENT OF DEFENDANT
                                    : LYONDELL CHEMICAL
                                    : COMPANY
                                    :
                                    :
------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Lyondell Chemical Company ("Lyondell"), certifies that Lyondell has no parent corporation and that the only publicly held corporation which owns more than 10% of Lyondell's stock is Barrow, Hanley, Mewhinney & Strauss, Inc.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                                                 Doc. 1388

Dated: April 19, 2007

                                 **BLANK ROME LLP**
                                 Attorneys for Defendant Lyondell Chemical
                                 Company

                                 By: _____
                                     Alan J. Hoffman
                                     Jeffrey S. Moller
                                     One Logan Square
                                     Philadelphia, PA 19103
                                     (215) 569-5500
                                     (215) 569-5555 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Supplemental Rule 7.1 Statement of Defendant Lyondell Chemical Company was served this 19th day of April, 2007 upon all counsel of record via Lexis Nexis file and serve.

_____
JEFFREY S. MOLLER