UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE: METHYL TERTIARY BUTYL ETHER          MDL No. 1358
("MTBE") PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO ALL                NOTICE OF CHANGE OF
ACTIONS                                     ATTORNEY INFORMATION
-----------------------------------------------------------------x

To:     Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court and the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for: Samuel J. Abate, Jr.

Attorney:

I am a U.S.D.C., Southern District of New York attorney. My bar Number is: SA 0915.

Law Firm/Government Agency Association:

From:  McCarter & English LLP          To:     Pepper Hamilton LLP

I will continue to be a counsel of record in the above matter.

Address:        420 Lexington Avenue
                Suite 2320
                New York, New York 10170-2399
Telephone:      (212) 808-2706
E-mail:         abates@pepperlaw.com
Fax:            (866) 738-9621


Dated: June 15, 2007

                        Signature:      /s/ Samuel J. Abate, Jr.
                        Bar No.         (SA0915)
                        Firm Name:      Pepper Hamilton LLP
                        Address:        420 Lexington Avenue
                                        Suite 2320
                                        New York, New York 10170
                        Telephone:      (212) 808-2706
                        E-mail:         abates@pepperlaw.com