

**MANDATE United States Court of Appeals**

FOR THE
SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of May, two thousand seven

Before:    Hon. Reena Raggi
           Hon. Peter W. Hall
                      *Circuit Judges*
           Hon. Edward R. Korman,
                      *District Judge\**

*[Seal: UNITED STATES COURT OF APPEALS — FILED — MAY 2 4 2007 — Thomas Asreen, Acting Clerk — SECOND CIRCUIT]*

Docket Nos. 04-5974-cv (L), 04-6056-cv (Con)

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

---

The People of the State of California,
                      Plaintiff-Appellant,
        v.

Atlantic Richfield Company, et al.
                      Defendants-Appellees.

---

The State of New Hampshire,
                      Plaintiff-Appellant,
        v.
Amerada Hess Corporation, et al.
                      Defendants-Appellees.

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from United States District Court for the Southern District of California and was argued by counsel.

ON CONSIDERATION WHEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the Order of said district court be and it hereby is VACATED and REMANDED with directions to return these cases to the forums from which they were removed in accordance with the opinion of this Court.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _Angela Martin_
              DEPUTY CLERK

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by _Arthur M. Heller_
Arthur M. Heller
Motions Staff Attorney

\* The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.