UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER     MDL No. 1358
("MTBE") PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------X
THIS DOCUMENT RELATES TO ALL     NOTICE OF CHANGE OF
ACTIONS     ATTORNEY INFORMATION
-----------------------------------------------------------------X

To:    Attorney Admissions Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court and the Electronic Filing Policy and Procedures, please take notice of the following attorney information change for: Samuel J. Abate, Jr.

Attorney:

I am a U.S.D.C., Southern District of New York attorney. My bar number is: SA 0915.

I will continue to be counsel of record in the above matter.

Address:     The New York Times Building
     620 Eighth Avenue
     New York, NY 10018
Telephone:     (212) 808-2700
E-mail:     abates@pepperlaw.com
Fax:     (866) 738-9621

Dated: September 25, 2007

     Signature:    s/ Samuel J. Abate, Jr.
     Bar No.:    (SA 0915)
     Address:    The New York Times Building
     620 Eighth Avenue
     New York, NY 10018
     Telephone:    (212) 808-2700
     E-mail:    abates@pepperlaw.com

Dockets.Justia.com