UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------ X

This Document Relates To: *All Cases*

------------------------------------------------------------ X

[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of the Plaintiffs to admit *pro hac vice* Thomas M. Sims, Esq. of Baron & Budd, P.C., and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Thomas M. Sims, Esq. is hereby admitted to practice before this Court *pro hac vice* on behalf of the Plaintiffs and in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of Court.

Dated: 9/24/07

_____
The Honorable Shira A. Scheindlin
United States District Judge