**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X

**In Re: Methyl Tertiary Butyl Ether**
**("MTBE") Products Liability Litigation**

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

------------------------------------------------------------- X

**This Document Relates To:** *All Cases*
------------------------------------------------------------- X

## ~~[PROPOSED]~~ ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of the Plaintiffs to admit *pro hac vice* Chad
A. West, Esq. of Baron & Budd, P.C., and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Chad A. West, Esq.
is hereby admitted to practice before this Court *pro hac vice* on behalf of the Plaintiffs and in this
civil action upon the deposit of the required $25 fee per applicant to the Clerk of Court.

Dated: 9/24/07

_____
The Honorable Shira A. Scheindlin
United States District Judge