# Wallace King Domike Reiskin

WALLACE KING DOMIKE & REISKIN, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000

RICHARD E. WALLACE, JR.
Direct Dial 202.204.3710
rwallace@wallaceking.com

November 15, 2007

*By Electronic Mail and LNFS*

The Honorable Shira A. Scheindlin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
            *Extension of Time for Filings Regarding PTO # 38, If Any*

Dear Judge Scheindlin:

Counsel for the Shell Defendants and plaintiffs are attempting to resolve certain issues regarding Pre-Trial Order # 38, which as you know Special Master Warner issued on October 29, 2007. Under the Rules and your Order appointing the Special Master, the time for filing objections to PTO # 38, or a motion to adopt or modify the PTO, expires on November 19. The Shell Defendants and plaintiffs jointly and respectfully request an extension of three weeks, until December 10, 2007, for either of them to file objections or motions regarding PTO # 38. We have discussed this request with Special Master Warner and he has no objection. We hope that the additional time will obviate the need for any motions regarding PTO # 38.

For your convenience, we have included below a line for you to grant or deny this request. Thank you for your consideration.

                                      Respectfully submitted,

                                      *Richard E. Wallace, Jr.*

The extension of time requested in this letter is hereby __Granted__.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            November 19, 2007

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1575