S.D.N.Y./N.Y.C.
04-cv-5424
Scheindlin, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of November, two thousand seven,

Present:

Hon. Joseph M. McLaughlin,
Hon. Robert A. Katzmann,
            *Circuit Judges.*
Hon. Nicholas G. Garaufis,*
            *District Judge.*

UNITED STATES COURT OF APPEALS
FILED
NOV 16 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

*In re* Methyl Tertiary Butyl Ether
Products Liability Litigation.

County of Suffolk,
Suffolk County Water Authority,

            *Plaintiffs-Appellees,*

            v.                                                  07-3043-cv

Atlantic Richfield Company, *et al.,*

            *Defendants-Appellants.*

Appellees, through counsel, move to dismiss this appeal. Appellants, through counsel, oppose the motion, arguing that the appeal falls within the collateral order doctrine and, in the alternative, seek a writ of mandamus directing the district court to vacate its trial order. Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the appeal is DISMISSED because an immediate appeal is unwarranted. *See Swint v. Chambers County Comm'n*, 514 U.S. 35, 41-42 (1995). It is further ORDERED that Appellants' request for a writ of mandamus is DENIED because they have not demonstrated that exceptional circumstances warrant the requested relief. *See In re Steinhardt Partners, L.P.*, 9 F.3d 230, 233 (2d Cir. 1993).

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Angela Hasted
DEPUTY CLERK

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By

*The Honorable Nicholas G. Garaufis, United States District Court for the Eastern District of New York, sitting by designation.

SAO-KBT

CERTIFIED:        DEC 11 2007