**Wallace**
**King**
**Domike**
**Reiskin**

WALLACE KING DOMIKE & REISKIN, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000

RICHARD E. WALLACE, JR.
Direct Dial 202.204.3710
rwallace@wallaceking.com

January 22, 2008

*By Electronic Mail and LNFS*

The Honorable Shira A. Scheindlin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
            *Extension of Time for Filings Regarding PTO # 38, If Any*

Dear Judge Scheindlin:

Counsel for the Shell Defendants and plaintiffs are still attempting to resolve certain issues regarding Pre-Trial Order # 38, which Special Master Warner issued on October 29, 2007. Your Honor previously extended the time for the Shell Defendants or the moving plaintiffs to file objections to PTO # 38, or a motion to adopt or modify the PTO, until January 25, 2008. The Shell Defendants and moving plaintiffs jointly and respectfully request a further extension until February 25, 2008, for either of them to file objections or motions regarding PTO # 38. We hope that the additional time will obviate the need for any motions regarding PTO # 38.

For your convenience, we have included below a line for you to grant or deny this request. Thank you for your consideration.

                                  Respectfully submitted,

                                  *Richard E. Wallace, Jr.*

The extension of time requested in this letter is hereby   *granted*  .

                                  SO ORDERED:

Dated:    New York, New York    Shira A. Scheindlin
             January 22, 2008              U.S.D.J.