UDSC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

**IN RE METHYL TERTIARY BUTYL**  Master File No. 1:00-1898
**ETHER PRODUCTS LIABILITY**     MDL 1358 (SAS)
**LITIGATION**                   M21-88

**This document pertains to:**

*Suffolk County Water Authority, et al. v.*
*Amerada Hess Corp., et al.,*
Case No. 04-CV-5424

---------------------------------------------------- X

**STIPULATION AND ORDER DISMISSING NAVIGATION LAW CLAIMS AGAINST CROWN CENTRAL LLC**

The undersigned counsel for Plaintiffs County of Suffolk and Suffolk County Water Authority and Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation ("Crown"), hereby agree on behalf of the parties that:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1648

1. Plaintiffs voluntarily dismiss without prejudice their claims under Article 12 of the Navigation Law (New York Spill Prevention, Control and Compensation Act) as against Crown for the following wells: Broadway Well No. 2; Church Street (Bohemia) Well No. 1; Church Street (Holbrook) Well No. 2; College Road Well No. 2; Crystal Brook Hollow Well No. 3; Dare Road Well No. 1; Horseblock Well No. 1; Kayron Drive Well No. 1A; Lakeview Well No. 1; Montauk Highway Well No. 1A; Oak Street Well No. 1; Morris Avenue Well No. 2; Samuel Street Well No. 4; Strathmore Court Well No. 1; Virginia Ave. Well No. 1; Wheat Path Well No. 3; Wheeler Road Well No. 1; and Wicks Road Well No. 1.

2. Plaintiffs expressly reserve all remaining claims alleged in the Sixth Amended Complaint against Crown and Crown expressly reserves all defenses asserted in its Master Answer relating thereto.

Dated: January 24, 2008

**BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
  Ben M. Krowicki (BK0640)
  One State Street
  Hartford, CT 06103-3178
  T: 860.240.2700
  F: 860.240.2818
  ben.krowicki@bingham.com

  Cynthia M. Guizzetti (admitted *pro hac vice*)
  150 Federal Street
  Boston, MA 02110
  T: 617.951.8000
  F: 617.951.8736
  cynthia.guizzetti@bingham.com

  *Attorneys for Crown Central LLC, successor by merger to Crown Central Petroleum Corporation*

**WEITZ & LUXENBERG, P.C.**

By: /s/ Steven German
  Robert Gordon (RG 3408)
  Robin Greenwald (RG 9205)
  Steven German (SG 9876)
  180 Maiden Lane
  New York, NY 10038
  T: 212.558.5500

  *Attorneys for County of Suffolk and Suffolk County Water Authority*

So ordered:
Dated: January 25, 2008

[signature]
U.S.D.J.