USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/08

REC... VED
CHAM... ?S OF
JAN ... 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

This document relates to the following case:

*County of Suffolk and Suffolk County Water Authority
v. Amerada Hess Corp., et al.*, 04 Civ. 5424
------------------------------------------------------------X

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

## STIPULATION OF DISMISSAL OF
## NAVIGATION LAW CLAIMS

This Stipulation by and between the County of Suffolk and Suffolk County Water Authority, as Plaintiffs, and Lyondell Chemical Company (individually and formerly known as Lyondell Petrochemical Company and/or as ARCO Chemical Company) and Equistar Chemicals, LP, as Defendants, by and through their undersigned attorneys, is made effective this 30th day of January 2008:

It is Agreed and Stipulated by the undersigned parties that Plaintiffs' Eighth Cause of Action in their Sixth Amended Complaint, alleging violations of New York State's Navigation Law §170 (New York Spill Prevention, Control and Compensation Act), is hereby dismissed as against Lyondell Chemical Company and Equistar Chemicals, LP without prejudice. The Parties

expressly reserve all other claims and defenses set forth in the Sixth Amended Complaint and the Master Answers relating thereto.

| WEITZ & LUXENBERG | BLANK ROME, LLP |
|---|---|
| BY: /s/ Steven J. German<br>STEVEN J. GERMAN<br>180 Maiden Lane<br>New York, NY 10038<br><br>*Attorneys for County of Suffolk and*<br>*Suffolk County Water Authority* | BY: /s/ Jeffrey S. Moller<br>JEFFREY S. MOLLER<br>Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br><br>*Attorneys for Defendants,*<br>*Lyondell Chemical Company and*<br>*Equistar Chemicals, LP* |

IT IS SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

1/31/08