

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION,

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*Suffolk County Water Authority, et al. v.
Amerada Hess Corp., et al.,*
Case No. 04-CV-5424,

------------------------------------------------- X

## STIPULATION AND ORDER DISMISSING NAVIGATION LAW CLAIMS AGAINST IRVING OIL LIMITED AND IRVING OIL CORPORATION

The undersigned counsel for Plaintiffs County of Suffolk and Suffolk County Water Authority ("Plaintiffs") and Defendants Irving Oil Limited and Irving Oil Corporation ("Irving Oil") hereby agree on behalf of the parties that:

1. Plaintiffs voluntarily dismiss without prejudice their claims under Article 12 of the Navigation Law (New York Spill Prevention, Control and Compensation Act) as against Irving for the following wells: Broadway Well No. 2; Church Street (Bohemia) Well No. 1; Church Street (Holbrook) Well No. 2; College Road Well No. 2; Crystal Brook Hollow Well No. 3; Dare Road Well No. 1; Horseblock Well No. 1; Kayron Drive Well No. 1A; Lakeview Well No. 1; Montauk Highway Well No. 1A; Oak Street Well No. 1; Morris Avenue Well No. 2; Samuel Street Well No. 4; Strathmore Court Well No. 1; Virginia Ave. Well No. 1; Wheat Path Well No. 3; Wheeler Road Well No. 1; and Wicks Road Well No. 1.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 1672

2. Plaintiffs expressly reserve all remaining claims alleged in the Sixth Amended Complaint against Irving Oil and Irving Oil expressly reserves all defenses asserted in its Master Answer relating thereto.

Dated: January 30, 2008

**HUGHES HUBBARD & REED LLP**

By:/s/ Susan M. Campbell
    Susan M. Campbell (SMC 0127)
    One Battery Park Plaza
    New York, New York 100004
    T: 212.837.6000
    F: 212.422.4726
    campbels@hugheshubbard.com

    *Attorneys for Irving Oil Limited and Irving Oil Corporation*

**WEITZ & LUXENBERG, P.C.**

By:/s/ Steven German
    Robert Gordon (RG 3408)
    Robin Greenwald (RG 9205)
    Steven German (SG 9876)
    180 Maiden Lane
    New York, NY 10038
    T: 212.558.5500

    *Attorneys for County of Suffolk and Suffolk County Water Authority*

SO ORDERED:

[signature]
U.S.D.J.
1/31/08