

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File C.A. No.
Products Liability Litigation　　　　　　　　　　　　1:00-1898 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　MDL 1358

**This document relates to:**

*County of Suffolk, et al., v. Amerada Hess Corp., et al.,* 04 Civ. 3417

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/08

### STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST TOTAL PETROCHEMICALS USA, INC.

The undersigned counsel for Plaintiffs Suffolk County and Suffolk County Water Authority and Defendant TOTAL PETROCHEMICALS USA, INC. ("TOTAL") hereby agree on behalf of the parties that:

1.　Plaintiffs voluntarily dismiss without prejudice their claims under Article 12 of the Navigation Law (New York Spill Prevention, Control and Compensation Act) as against TOTAL for the following wells: Broadway Well No. 2, Church Street (Bohemia) Well No. 1, Church Street (Holbrook) Well No. 2, College Road Well No. 2, Crystal Brook Hollow Road Well No. 3, Dare Road Well No. 1, Horseblock Road Well No. 1, Kayron Drive Well No. 1A, Lakeview Well No. 1, Montauk Highway Well No. 1A, Oak Street Well No. 1, Morris Avenue Well No. 2, Samuel Street Well No. 4, Strathmore Court Well No. 1, Virginia Avenue Well No. 1, Wheat Path Road Well No. 3, Wheeler Road Well No. 1, and Wicks Road Well No. 1.

2.　Plaintiffs expressly reserve all remaining claims alleged in the Sixth Amended Complaint against TOTAL, and TOTAL expressly reserves all defenses asserted in its Master Answer relating thereto.

Dated: January 30, 2008

/s/ Steven J. German
Steven J. German

WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
Telephone: (212) 558-5500
Telecopier: (212) 344-5461

ATTORNEYS FOR COUNTY OF SUFFOLK
AND SUFFOLK COUNTY WATER
AUTHORITY

Dated: January 30, 2008

/s/ M. Coy Connelly
M. Coy Connelly

BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 223-2300
Telecopier: (713) 221-1212

ATTORNEYS FOR DEFENDANT
TOTAL PETROCHEMICALS USA, INC.

Dated: January 31, 2008

SO ORDERED:

_____
U.S.D.J.