

BARON BUDD™

A PROFESSIONAL CORPORATION

Baron & Budd, P.C.  www.baronandbudd.com
3102 Oak Lawn Ave., Suite 1100  214.521.3605
Dallas, Texas 75219-4281  fax 214.520.1181

January 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

*Via Electronic Mail*
The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re: *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)**

Dear Judge Scheindlin:

As the Court is aware, Plaintiffs are currently responding to seven motions for summary judgment filed by defendants - two on behalf of all defendants and five separate motions filed by Crown, Getty, Giant, Irving, and Total. To some extent, the arguments raised in all of the motions are the same or similar. Plaintiffs' responses, therefore, are similar and dependent upon much of the same evidence. Plaintiffs will file timely responses to each of these seven motions.

An eighth response is also due on Thursday -- to the motion filed by Lyondell and Equistar Chemical Companies. This motion involves issues different from those raised by the refiners. And responding requires reliance on completely different evidence. More specifically, the parties have mutually agreed to conduct the deposition of defense expert John O'Brien on February 7-8. Mr. O'Brien's testimony is critical to Plaintiffs' response with respect to Lyondell and Equistar. He has specific opinions about a number of relevant issues including the manufacture and supply of neat MTBE, the identities of the manufacturers and suppliers, how MTBE was transported or distributed, and to whom it was sold.

Given the amount of work required to answer even one of these motions, Plaintiffs asked Lyondell to agree to an extension of time for Plaintiffs' response to the Lyondell/Equistar motion. Counsel for Lyondell denied Plaintiffs' request, although Plaintiffs' counsel explained the hardship and the need to explore the opinions of defense expert John O'Brien.

TEXAS | CALIFORNIA | LOUISIANA | OHIO

Plaintiffs now ask the Court to intervene and order that plaintiffs be allowed to file their response on February 15th.

Respectfully submitted,

BARON & BUDD, P.C.

*Carla Burke*

Carla M. Burke

CMB/ss
cc: All Counsel of Record *(via LexisNexis)*

Plaintiffs' request to respond by February 15 is granted to the extent that the Lyondell and Equistar motion raises <u>completely</u> <u>distinct</u> issues and plaintiffs' response relies on different evidence than the other seven motions for which responses are due January 31, 2008. The reply, if any, is due on February 25, 2008.

So ordered.

*Shira A. Scheindlin, U.S.D.J.*

Dated: January 30, 2008