ORIGINAL

UNITED STATES COURT OF APPEALS
FILED
JAN 29 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

2007 DEC 21 PM 6:37
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY
RECEIVED

# APPEAL NO. 06-3981
# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

ANTHONY SANGUINO, MARIA SANGUINO

*Plaintiffs-Appellees,*

–v–

BAIN'S AUTOMOTIVE, INC., doing business as
Bain's Exxon Qwik Mart,

*Defendant-Third-Party-Plaintiff-Cross-Claimant-
Cross-Defendant-Appellant,.*

EXXONMOBIL CORPORATION, JANE DOES, JANE DOES, INC.,

*Defendants-Cross-Defendants-Appellants,*

WILLOW CONTRACTING, INC.,

*Third-Party-Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## STIPULATION TO WITHDRAW APPEAL

The parties to this action stipulate that the appeal taken in this case by means of the

notice of appeal filed by Exxon Mobil Corporation on August 23, 2006 is withdrawn.

The parties agree and represent that:

1.    The appeal in this action was docketed in this Court on August 23, 3006.

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1676

Certified: 1/30/08

2.    That the underlying action pending in the United States District Court for the Southern District of New York was remanded to the Superior Court of New Jersey, Law Division, Morris County by Order to Remand dated August 3, 2007.

3.    Counsel, whose signatures appear on this stipulation, have the express authority of their clients to enter into this stipulation to withdraw the appeal in this action on the terms stated herein with prejudice.

4.    The parties agree that each party shall bear its own costs on appeal.

Dated November 7, 2007

Mara Epstein
Stuart Lieberman
Lieberman & Blecher, P.C.
10 Jefferson Plaza
Suite 100
Princeton, NJ 08540
(732) 355-1311

**Attorneys for Plaintiffs**

Douglas S. Brierley
Schenck, Price, Smith & King
10 Washington Street
P.O. Box 905
Morristown, New Jersey 07963
(973) 539-1000

**Attorneys for Bain's Automotive, Inc.**

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5400

**Attorneys for Exxon Mobil Corporation**

So Ordered

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK