[SDNY filing stamp]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

**This document relates to:**
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248

---

## ORDER MODIFYING
## CASE MANAGEMENT ORDER NO. 35

By agreement of the parties and with permission of the Court, Case Management Order No. 35 ("CMO 35") in the above-captioned action is hereby modified as follows:

The first sentence of Section 1 ("Expert Discovery") is amended to extend the deadline for completion of expert depositions by one week, from February 29, 2008 to March 7, 2008.

Dated: New York, New York
February 11, 2008

SO ORDERED:

_____
Hon. Shira A. Scheindlin
U.S.D.J.