USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER TO REMAND**
LIABILITY LITIGATION :
---------------------------------------------------- : **Master File No. 1:00-1898**
: **MDL 1358 (SAS)**
**This document relates to:** : **M21-88**
:
*Quinn, et al., v. Shell Oil, Inc. et al.*, 05 Civ. :
5744 (SAS) :
:
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Order modifies the Court's order of November 13, 2007 (document #1590) remanding the above-captioned case, which mistakenly listed the incorrect docket number. It is hereby ORDERED that the above-captioned case be remanded to the Superior Court of California, County of Marin. It is further ORDERED that the Clerk of this Court furnish the Clerk of the appropriate state court with a certified copy of this Order.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February 14, 2008