**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**Master File No. 1:00 - 1898**
**MDL 1358 (SAS)**
**M21-88**

**This document relates to the following cases:**

*Orange County Water District v. Unocal*
*Corporation, et al., No. 04 Civ. 04968*

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME
## TO FILE SUPPLEMENTAL BRIEF ON STATUTE OF LIMITATIONS

The Orange County Water District's unopposed request for an extension of time to file its

supplemental brief on the statute of limitations is GRANTED. The District's brief shall be filed

no later than March 28, 2008.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1714

SO ORDERED:

_____
JUDGE SHIRA A. SCHEINDLIN , U. S. D. )

Dated this _26_ day of _Feb_____, 2008.

1