UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

This document relates to:
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248

**STIPULATION AND [PROPOSED] ORDER
DISMISSING MEDICAL MONITORING AND
GENERAL BUSINESS LAW SECTION 349 CLAIMS**

Pursuant to the stipulated agreement of counsel, and subject to the approval and entry as an Order by the Court:

1. The *Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050 ("*Basso*") Plaintiffs' Fourteenth Cause of Action (Medical Monitoring) against Defendants Sunoco, Inc., Sunoco, Inc. (R&M) and Exxon Mobil Corporation (collectively, "Defendants"), which is set forth at Paragraphs 143-151 of their Complaint filed on or about November 17, 2003 (the "*Basso* Complaint"), is hereby dismissed with prejudice;

2. The *Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248 ("*Tonneson*") Plaintiffs' claims against Defendants for medical monitoring damages, which are set forth, *inter alia*, at Paragraph 54 of their Complaint filed on or about October 17, 2003 (the "*Tonneson* Complaint"), are hereby dismissed with prejudice;

3. The *Tonneson* and *Basso* Plaintiffs' Seventh Causes of Action (New York General Business Law Section 349 -- Unfair Competition) against Defendants, which are set

forth at Paragraphs 96-103 of the *Tonneson* Complaint and Paragraphs 95-102 of the *Basso* Complaint, respectively, are hereby dismissed with prejudice; and

4. Third-Party Defendant Town of Highlands' (the "Town") Eighth Counterclaim (Violation of Section 349 of the New York State General Business Law) against Third-Party Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M), which is set forth at Paragraphs 42-49 of the Town's Amended Answer with Counterclaims filed on or about August 27, 2007, is hereby dismissed with prejudice.

**SO ORDERED:**

_____  Dated: 2/26/08
Hon. Shira A. Scheindlin
U.S.D.J.

**STIPULATED AND AGREED:**

By: _____
BEVERIDGE & DIAMOND, P.C.
*Attorneys for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)*
Dated: 2/20/08

By: _____
McDERMOTT WILL & EMERY LLP
*Attorneys for Defendant Exxon Mobil Corporation*
Dated: 2/14/08

By: *[signature]*
MILLER, AXLINE & SAWYER, P.C.
*Attorneys for Plaintiffs*

Dated: Feb. 25, 2008

By: *[signature]*
THE SARCONE LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Dated: 2-19-08

By: _____
HELLER, HOROWITZ & FEIT, P.C.
*Attorneys for Plaintiff and Third-Party Defendant Town of Highlands*

Dated: _____

By: MILLER, AXLINE & SAWYER, P.C.
*Attorneys for Plaintiffs*

Dated: _____


By: THE SARCONE LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Dated: _____

By: HELLER, HOROWITZ & FEIT, P.C.
*Attorneys for Plaintiff and Third-Party Defendant Town of Highlands*

Dated: 2/13/08