UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248



Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

JUDGE SCHEINDLIN

## STIPULATION AND [PROPOSED] ORDER DISMISSING MEDICAL MONITORING AND GENERAL BUSINESS LAW SECTION 349 CLAIMS

Pursuant to the stipulated agreement of counsel, and subject to the approval and entry as an Order by the Court:

1. The *Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050 ("*Basso*") Plaintiffs' Fourteenth Cause of Action (Medical Monitoring) against Defendants Sunoco, Inc., Sunoco, Inc. (R&M) and Exxon Mobil Corporation (collectively, "Defendants"), which is set forth at Paragraphs 143-151 of their Complaint filed on or about November 17, 2003 (the "*Basso* Complaint"), is hereby dismissed with prejudice;

2. The *Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248 ("*Tonneson*") Plaintiffs' claims against Defendants for medical monitoring damages, which are set forth, *inter alia*, at Paragraph 54 of their Complaint filed on or about October 17, 2003 (the "*Tonneson* Complaint"), are hereby dismissed with prejudice;

3. The *Tonneson* and *Basso* Plaintiffs' Seventh Causes of Action (New York General Business Law Section 349 -- Unfair Competition) against Defendants, which are set

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                          Doc. 1717

forth at Paragraphs 96-103 of the *Tonneson* Complaint and Paragraphs 95-102 of the *Basso* Complaint, respectively, are hereby dismissed with prejudice; and

4. Third-Party Defendant Town of Highlands' (the "Town") Eighth Counterclaim (Violation of Section 349 of the New York State General Business Law) against Third-Party Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M), which is set forth at Paragraphs 42-49 of the Town's Amended Answer with Counterclaims filed on or about August 27, 2007, is hereby dismissed with prejudice.

SO ORDERED:

_____
Hon. Shira A. Scheindlin
U.S.D.J.

Dated: Feb 27, 2008

**STIPULATED AND AGREED:**

By: _____
BEVERIDGE & DIAMOND, P.C.
*Attorneys for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)*

Dated: 2/20/08

By: _____
McDERMOTT WILL & EMERY LLP
*Attorneys for Defendant Exxon Mobil Corporation*

Dated: 2/14/08

2

By: MILLER, AXLINE & SAWYER, P.C.
*Attorneys for Plaintiffs*

Dated: Feb. 25, 2008

By: THE SARCONE LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Dated: 2-19-08

By: HELLER, HOROWITZ & FEIT, P.C.
*Attorneys for Plaintiff and Third-Party Defendant Town of Highlands*

Dated: _____

By: MILLER, AXLINE & SAWYER, P.C.
*Attorneys for Plaintiffs*

Dated: _____

By: THE SARCONE LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Dated: _[signature]_____

By: HELLER, HOROWITZ & FEIT, P.C.
*Attorneys for Plaintiff and Third-Party Defendant Town of Highlands*

Dated: 2/13/08