```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

**Wallace King Domike Reiskin**

WALLACE KING DOMIKE & REISKIN, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000

RICHARD E. WALLACE, JR.
Direct Dial 202.204.3710
rwallace@wallaceking.com

February 25, 2008

*By Electronic Mail and LNFS*

The Honorable Shira A. Scheindlin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
              *Extension of Time for Filings Regarding PTO # 38, If Any*

Dear Judge Scheindlin:

Counsel for the Shell Defendants and plaintiffs are still attempting to resolve certain issues regarding Pre-Trial Order # 38, which Special Master Warner issued on October 29, 2007. Your Honor previously extended the time for the Shell Defendants or the moving plaintiffs to file objections to PTO # 38, or a motion to adopt or modify the PTO, until February 25, 2008. The Shell Defendants and moving plaintiffs jointly and respectfully request a further extension until April 5, 2008, for either of them to file objections or motions regarding PTO # 38. We hope that the additional time will obviate the need for any motions regarding PTO # 38.

For your convenience, we have included below a line for you to grant or deny this request. Thank you for your consideration.

                                    Respectfully submitted,

                                    *Richard E. Wallace, Jr.*

The extension of time requested in this letter is hereby ___granted___.

                                    SO ORDERED:

Dated:    New York, New York
               February ___, 2008    Shira A. Scheindlin
                                  U.S.D.J.

MAR

In Re: Methyl Tertiary Butyl Ether (''MTBE'') Products Liability Litigation    Doc. 1736