UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*County of Suffolk, et al. v. Amerada Hess Corp., et al.,* Case No. 04-CIV-5424
*United Water New York, Inc.* v. *Amerada Hess Corp., et al.,* Case No. 04-CV-2389

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88



## STIPULATION AND ORDER
## DISMISSING GENERAL BUSINESS LAW SECTION 349 CLAIMS

Pursuant to the stipulated agreement of the undersigned counsel for Plaintiffs County of Suffolk and Suffolk County Water Authority and United Water New York (collectively, "Plaintiffs") and Defendants' Liaison Counsel on behalf of all defendants in the above-caption matter (collectively, "Defendants"), and subject to the approval and entry as an Order by the Court:

1. Plaintiffs' cause of action alleging Deceptive Business Acts and Practices in Violation of GBL § 349 (Plaintiffs County of Suffolk's and Suffolk County Water Authority's Seventh Cause of Action at Paragraphs 255-259 of their Sixth Amended Complaint, and Plaintiff United Water New York's Seventh Cause of Action at Paragraphs 253-257 of its Fifth Amended Complaint), filed on or about October 16, 2006, is hereby voluntarily dismissed with prejudice against Defendants.

Dated: March 5, 2008

*County of Suffolk, et al. v. Amerada Hess Corp., et al.*
Stipulation and Order Dismissing General Business Law Section 349 Claims

Page 1 of 2

**SO STIPULATED AND AGREED:**

FOR PLAINTIFFS

By: _/s/ Robin Greenwald_
Robin Greenwald (RG9205)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
212-558-5500
*Counsel for Plaintiffs*

FOR DEFENDANTS

By: _/s/ James A. Pardo_
James A. Pardo
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
212-547-5400
*Liaison Counsel for Defendants and On Behalf of All Defendants*

**SO ORDERED:**

_/s/_
Hon. Shira A. Scheindlin
U.S.D.J.

Dated: 3/5/08

*County of Suffolk, et al. v. Amerada Hess Corp., et al.*
Stipulation and Order Dismissing General Business Law Section 349 Claims

Page 2 of 2