**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------- X

This Document Relates To:

-------------------------------------------------------- X

*Brenda Abrahamson, et al. v.*
*Amerada Hess Corporation, et al.*
*06 Civ. 3753 (USDC – WI, Eastern District)*

-------------------------------------------------------- X

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

**[PROPOSED] ORDER**
**APPROVING MOTION FOR**
**APPOINTMENT OF**
**GENERAL GUARDIANS**
**FOR MINOR PLAINTIFFS**

The Court has considered the Motion for Appointment of General Guardians for Minor

Plaintiffs identified in Exhibit "A" to said Motion for the appointment of a general guardian

property to represent the interests of Minor Plaintiffs in the above-entitled action.

Therefore, the court finds:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation            Doc. 1740

1.      that Minor Plaintiffs identified in Exhibit "A" are minors under the age of 18

years and in need of a general guardian of property to represent their minor's interest in this

pending action; and

2.      that the legal parents of Minor Plaintiffs as identified in Exhibit "A" agree to

protect their minor's interest in prosecuting their claims in this pending action for damages as a

result of injuries and/or damages from MTBE contamination sustained by the Minor Plaintiff.

WHEREFORE, it is **ORDERED** that the legal parent(s) identified in Exhibit "A" is/are appointed general guardian of property of their minor child as identified in Exhibit "A" and are authorized to prosecute and/or resolve this action on behalf of Minor Plaintiffs.

Dated March 5, 2008.

SO ORDERED:

The Honorable Shira A. Scheindlin

## EXHIBIT "A"

1. KARLEEN BARKER, Parent/Legal Guardian for AMIE BARKER, a Minor;
2. KARLEEN BARKER, Parent/Legal Guardian for JONATHON BARKER, a Minor;
3. DARCIE BEVERS, Parent/Legal Guardian for KERSTIN BROOKE BEVERS, a Minor;
4. DALE AND WENDA BOUGIE, Parent/ Legal Guardian for CASSIE BOUGIE, a Minor;
5. DALE AND WENDA BOUGIE, Parent/ Legal Guardian for WHITNEY BOUGIE, a Minor;
6. JUDY BOWERS, Parent/Legal Guardian for COREY ROBERT BOWERS, a Minor;
7. PAUL BOWERS, Parent/ Legal Guardian for KEVIN BOWERS, a Minor;
8. DIANE M. BROCKMAN, Parent/Legal Guardian for AARON J. BROCKMAN, a Minor;
9. BECKY L DESOTELL, Parent/Legal Guardian for BRANDON D. DESOTELL, a Minor;
10. DALE J. DIEDRICK, as Parent/Legal Guardian for DERRICK J. DIEDRICK, a Minor;;
11. SUSAN GARVEY, Parent/Legal Guardian for BRIANNA R. GARVEY, a Minor;
12. SUSAN GARVEY, Parent/Legal Guardian for KAYLN G. GARVEY, a Minor;
13. SUE GEIGER, Parent/Legal Guardian for AMBER LOUISE GEIGER, a Minor;
14. SUE GEIGER, Parent/Legal Guardian for ASHLEY ELIZABETH GEIGER, a Minor;
15. MARY GEURTS, Parent/Legal Guardian for ASHLEY A. GEURTS, a Minor;
16. DONNA MAE GONNERING, Parent/Legal Guardian for ALIE JO GONNERING, a Minor;
17. DONNA MAE GONNERING, Parent/Legal Guardian for LEAH MARIE GONNERING, a Minor;
18. GARY GONNERING, Parent/Legal Guardian for WHITNEY GONNERING, a Minor;
19. JEFF ROGER GREEN, Parent/Legal Guardian for JUSTIN JEFFREY GREEN, a Minor;
20. MARK PATRICK GREEN, Parent/Legal Guardian for AUSTIN WILLIAM GREEN , a Minor;
21. MARK PATRICK GREEN, Parent/Legal Guardian for DERRICK THOMAS GREEN, a Minor;
22. BARB GREINER, Parent/Legal Guardian for DYLAN GREINER, a Minor;
23. BARB GREINER, Parent/Legal Guardian for EMILY GREINER, a Minor;
24. KELLY LYNN HEIPTAS, Parent/Legal Guardian for COLE BRIAN HEIPTAS, a Minor;
25. CARIE HILLER, Parent/Legal Guardian for JORDAN RICHARD HILLER, a Minor;
26. CARIE HILLER, Parent/Legal Guardian for NATASHA MARIE HILLER, a Minor;
27. LYNN IHDE, Parent/Legal Guardian for CORY RAY IHDE, a Minor;
28. DONNA KOLB, Parent/Legal Guardian for KELSEY ROSE KOLB, a Minor;
29. DONNA KOLB, Parent/Legal Guardian for LACEY MARIE KOLB, a Minor;
30. CRAIG R. KNUTH Parent/Legal Guardian for BENNETT J. KNUTH, a Minor;
31. NANCY A. KOZLOVSKY, Parent/Legal Guardian for SARAH MARIE KOZLOVSKY, a Minor;
32. LYNN M. KRUEGER, Parent/Legal Guardian for COLE THOMAS KRUEGER, a Minor;
33. LYNN M. KRUEGER, Parent/Legal Guardian for TY JEFFERY KRUEGER, a Minor;
34. BRIAN KUST and KAREN JEAN KUST Parents/Legal Guardians for EMILY J. KUST,

a Minor;

35. BRIAN KUST and KAREN JEAN KUST Parents/Legal Guardians for KATIE J. KUST, a Minor;

36. BRIAN KUST and KAREN JEAN KUST Parents/Legal Guardians for ROBERT BRIAN KUST, a Minor;

37. TIMOTHY JAMES MAASS, Parent/Legal Guardian for AARON MAASS, a Minor;

38. TIMOTHY JAMES MAASS, Parent/Legal Guardian for ERIC T. MAASS, a Minor;

39. DANA M. MCHUGH, Parent/Legal Guardian for FAITH MARYANN MCHUGH, a Minor;

40. CATHERINE A. RANDERSON, Parent/Legal Guardian for BENJAMIN RANDERSON, a Minor;

41. CATHERINE A. RANDERSON, Parent/Legal Guardian for EMILY S. RANDERSON, a Minor;

42. CATHERINE A. RANDERSON, Parent/Legal Guardian for JUSTIN RANDERSON, a Minor;

43. PAUL MICHAEL and KELLY JOEL RANDERSON, Parents/Legal Guardians for HAYLEY R. RANDERSON, a Minor;

44. JANET GEORGIA REED, Parent/Legal Guardian for MATTHEW REED, a Minor;

45. MELISSA LYNN RICHARDS, Parent/Legal Guardian for KATELYN ROSE RICHARDS, a Minor;

46. DALE RUDE, Parent/Legal Guardian for SAMANTHA TAYLOR RUDE, a Minor;

47. KATHLEEN M. SCHILTZ, Parent/Legal Guardian for KATELYN SCHILTZ, a Minor;

48. KATHLEEN M. SCHILTZ, Parent/Legal Guardian for KRYSTAL SCHILTZ, a Minor;

49. TERRY SCHUH, Parent/Legal Guardian for ERIC SCHUH, a Minor;

50. BETH SCHUH, Parent/Legal Guardian for JAMIE SCHUH, a Minor;

51. GERALD TANK, Parent/Legal Guardian for JEREMIAH J. TANK, a Minor;

52. GERALD TANK, Parent/Legal Guardian for JUSTIN P. TANK, a Minor;

53. JEFFREY JAY STURM, Parent/Legal Guardian for KARISSA FLEISCHMAN, a Minor;

54. NEIL J. VAN BOXTEL, Parent/Legal Guardian for ALEX VAN BOXTEL, a Minor;

55. NEIL J. VAN BOXTEL, Parent/Legal Guardian for ARICA VAN BOXTEL, a Minor;

56. PEGGY VANCAMP, Parent/Legal Guardian for KEVIN PATRICK VANCAMP, a Minor;

57. PAULA ANN VAN DYN HOVEN, Parent/Legal Guardian for JULIE VAN DYN HOVEN, a Minor;

58. DAN WILLIAM VANDENBERG, Parent/Legal Guardian for AMANDA MARIE VANDENBERG, a Minor;

59. DIANE MARY VANDENBERG, Parent/Legal Guardian for TROY TERRY VANDENBERG, a Minor;

60. ROBERT O. VAN EPEREN, Parent/Legal Guardian for ASHLEIGH J. VAN EPEREN, a Minor;

61. PATRICIA VAN EPEREN, Parent/Legal Guardian for ERIK W. VAN EPEREN, a Minor;

62. PATRICIA VANEPEREN, Parent/Legal Guardian for JILL M VANEPEREN, a Minor;

63. NANCY VANHANDEL, as Parent/Legal Guardian for GARY M. VANHANDEL, a Minor;

64. JOHN J. VANSAMBEEK, Parent/Legal Guardian for ROBERT JOHN VANSAMBEEK, a Minor;

65. KENNETH J. VERHASSELT, Parent/Legal Guardian for CARLY VERHASSELT, a Minor;

66. KENNETH J. VERHASSELT, Parent/Legal Guardian for CHAD VERHASSELT, a Minor;

67. KENNETH J. VERHASSELT, Parent/Legal Guardian for DEREK J. VERHASSELT, a Minor;

68. KENNETH J. VERHASSELT, Parent/Legal Guardian for NICOLE MARIE VERHASSELT, a Minor;

69. STEVE J. VERHASSELT, Parent/Legal Guardian for COLIN J. VERHASSELT, a Minor;

70. STEVE J. VERHASSELT, Parent/Legal Guardian for KYLIE A. VERHASSELT, a Minor;