UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to:<br><br>*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050<br>*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248 |  DATE FILED: 3/11/08 |

**[PROPOSED] ORDER MODIFYING
CASE MANAGEMENT ORDER NO. 35**

By agreement of Defendants/Third-Party Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M) ("Sunoco"), and Third-Party Defendant Town of Highlands, and with permission of the Court, Section 2 ("Dispositive Motions") of Case Management Order No. 35 ("CMO 35") in the above-captioned action is hereby modified as follows with respect to briefs pertaining to the Town of Highlands' Counterclaims against Sunoco:

Moving papers shall be filed on or before April 11, 2008;

Opposition papers shall be filed on or before May 23, 2008;

Reply papers shall be filed on or before June 20, 2008;

Dated: New York, New York
       March 11, 2008

SO ORDERED:

Hon. Shira A. Scheindlin
U.S.D.J.