# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

· LAW OFFICES ·

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500    FAX 212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
AMBRE J. BRANDIS
EDWARD BRANIFF ††
JOHN M. BROADDUS ✱
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
TERESA A. CURTIN ▲▲
BENJAMIN DARCHE

CHARLES M. FERGUSON
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH ˙˙
ROBIN L. GREENWALD ✱ ✱✱
EDWARD J. HAHN ✱
MARIE L. IANNIELLO †˙
ERIK JACOBS
GARY R. KLEIN ††
GLENN KRAMER ‡‡
JERRY KRISTAL ✱✱§
DEBBI LANDAU
JAMES C. LONG, JR. ˙˙
CURT D. MARSHALL ‡

HADLEY L. MATARAZZO ††
RICHARD S. McGOWAN ✱ †† ‡
KEITH M. O'CONNOR
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY ✱
ELLEN RELKIN ✱▲
STEPHEN J. RIEGEL ††
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††
DAVID ROSENBAND
JIM R. ROSS ○
JESSICA B RUSSELL

SHELDON SILVER ✱
FRANKLIN P SOLOMON ¶
LEMUEL M. SROLOVIC
JAMES S THOMPSON ††
DOUGLAS D. von OISTE ‡
WILLIAM A. WALSH ††
JOSEPH P. WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

✱ Of Counsel
† Also admitted in CT
˙ Also admitted in FL
†† Also admitted in MA
‡‡ Also admitted in NJ
§ Also admitted in DC
‡ Also admitted in NJ and CT
˙˙ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
▲▲ Also admitted in NJ and ME
     Also admitted in DC and TX
○ Also admitted in DC, VA
¶ Admitted only in NJ and PA
     Admitted only in NJ
✱ Admitted only in DC, MD, PA and VA
     Admitted only in IL
✱✱ Admitted only in L
     Admitted only in CO
○ Admitted only in TX

March 11, 2008

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *County of Suffolk, et al v. Amerada Hess Corporation, et al*
       **Request to Stay Entering Order to Preclude Dr. Belpoggi**

Dear Judge Scheindlin:

Plaintiffs respectfully request that the Court temporarily stay entering an order precluding Dr. Belpoggi as an expert witness and order defendant ExxonMobil to provide to plaintiffs the documents they admit to having received from the National Toxicology Program ("NTP"), through their participation in the National Petroleum Refiner's Association ("NPRA"). Plaintiffs are not asking for reconsideration of the Court's ruling. Rather, plaintiffs merely request the Court to delay entering the order pending plaintiffs' review of the information that is in defendants' possession.

Plaintiffs have not seen the documents produced to the NPRA by the NTP, and they cannot get them from Dr. Belpoggi. Because plaintiffs have no relationship with the NPRA, we find ourselves in the unusual position of defendants having documents relating to Dr. Belpoggi's study to which we do not have access. While defendants represented on the teleconference that the information contained in the documents (our recollection of the representation of Brian McGill, Esq., counsel for ExxonMobil, is that there are approximately 2000 document in the

---

*Handwritten annotation:*

The Court will stay entry of the proposed order regarding the preclusion of Dr. Belpoggi as an expert witness until one week following defendants' production of the NPRA material to plaintiffs' counsel.

So Ordered: [signature] U.S.D.J.
3/11/08

---

215 South Monarch Street, Suite 202
Aspen, CO 81611
(970) 925-6101

210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
(856) 755-1115

76 South Orange Avenue, Suite 305
South Orange, NJ 07079
(973) 761-8995

100 E. 15th Street, Suite 400
Fort Worth, Texas 76102
(817) 885-7815



2179-123

Honorable Shira A. Scheindlin
March 11, 2008

production) is not the type of detailed information that they previously requested produced by Dr. Belpoggi, plaintiffs would like the opportunity to review them before this Court enters an order based on today's teleconference.

If the Court grants plaintiffs' request, plaintiffs will review the documents within seven days of receiving them from defendants and will seek further relief from the Court only if the documents contain the information that the Court ruled necessary for Dr. Belpoggi's testimony as an expert witness.

Respectfully submitted,

By: Robin L. Greenwald (RG-9205)
*Counsel for Plaintiffs*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

cc: All counsel of record (*via electronic mail*)