UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

3/11/08

)
)
IN RE: METHYL-TERTIARY BUTYL ) MDL 1358
ETHER ("MTBE") PRODUCTS ) Master File C.A. No. 1:00-1898 (SAS)
LIABILITY LITIGATION )
)
)
)
)
)

This document refers to:

Homosassa Water District v. Amerada Hess Corp., et al 07-CV-4009

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Giant Yorktown, Inc. shall be and hereby is dismissed from the above action without prejudice. Each party to bear its own costs.

So ordered.

Dated: March 11, 2008

_____
Hon. Shira A. Scheindlin
U.S.D.J.

1

Date: 2-27-08

By: /s/ William J. Dubanevich

William J. Dubanevich (WD 5969)
Marc Jay Bern, Esq.
Napoli Bern Ripka, LLP
3500 Sunrise Highway
Suite T-207
Great River, New York 11739

Counsel for Plaintiffs

Date: 2-26-08

By: /s/ Robert F. Redmond, Jr.

Robert F. Redmond, Jr.
Clement D. Carter
Gray B. Broughton
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia 23218-1320

Counsel for Defendant Giant Yorktown, Inc.

1448284v1