UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL No. 1358
Master File C.A. No.
1:00-1898 (SAS)

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*
04 Civ. 4968 (SAS)

[PROPOSED] ORDER PERMITTING EXCEEDENCE OF RULE III.H LIMITS
REGARDING SUPPLEMENTAL STATUTE OF LIMITATIONS MOTIONS

Pursuant to the Court's request, Plaintiff Orange County Water District's (the "District's") supplemental briefing on Defendants' Motion for Summary Judgment on Statute of Limitations must address as many as forty-three gasoline service stations identified in the District's ~~Bellwether~~ Focus Plumes. In light of the number of stations to be addressed, the Court hereby permits the District to exceed the limits of Rule III.H of the Court's Individual Rules and Procedures in support of its supplemental briefing as follows:

    1. The District may serve up to 130 exhibits relating to specific gasoline stations, and no more than 15 exhibits not related to specific stations; and

    2. The District may serve affidavits of up to 15 pages.

1

The District must comply with all other numerical limits of Rule III.H unless advance permission of the Court is sought.

SO ORDERED

Dated: New York, New York
March 24, 2008

Shira A. Scheindlin
U.S.D.J.

2