UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS :
LIABILITY LITIGATION :
:
----------------------------------------------------- :
:
This document relates to: :
:
*County of Suffolk, et al. v. Amerada Hess* :
*Corp. et al.*, 04 Civ. 5424 (SAS) :
:
:
*United Water New York v. Amerada Hess* :
*Corp. et al.*, 04 Civ. 2399 :
----------------------------------------------------- X

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Plaintiffs filed a motion to compel production of documents by Shell corporate entities, which was decided by the Special Master's Pre-Trial Order #38 dated October 29, 2007. Defendant's time to object to the Special Master's Pre-Trial Order #38 is hereby adjourned sine die. The Clerk of the Court is directed to close this motion (#1400 on the master docket (1:00-1898) and also listed as "Motion to Compel" filed 4/27/2007 on the individual case docket for the *County of Suffolk* action, No. 04 Civ. 5424).

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
March 25, 2008