UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

**This document refers to:**

*Suffolk County Water Authority v. Amerada Hess Corp., et al.*, 04 Civ. 5452

### STIPULATION AND ORDER OF DISMISSAL OF NAVIGATION LAW CLAIMS AGAINST DEFENDANT GIANT YORKTOWN, INC.

This Stipulation by and between the County of Suffolk and Suffolk County Water Authority, as Plaintiffs, and Giant Yorktown, Inc., as Defendant, by and through their undersigned attorneys, is made effective this 24th day of March 2008:

1. Plaintiffs voluntarily dismiss **without prejudice** their claims under Article 12 of the Navigation Law (New York Spill Prevention, Control and Compensation Act) as against Giant Yorktown, Inc. for the following wells: Broadway Well No. 2; Church Street (Bohemia) Well No. 1; Church Street (Holbrook) Well No. 2; College Road Well No. 2; Crystal Brook Hollow Well No. 3; Dare Road Well No. 1; Horseblock Well No. 1; Kayron Drive Well No. 1A; Lakeview Well No. 1; Montauk Highway Well No. 1A; Oak Street Well No. 1; Morris Avenue Well No. 2; Samuel Street Well No. 4; Strathmore Court Well No. 1; Virginia Ave. Well No. 1; Wheat Path Well No. 3; Wheeler Road Well No. 1; and Wicks Road Well No. 1.

In Re: Methyl Tertiary Butyl Ether ( "MTBE" ) Products Liability Litigation    Doc. 1769

1

2. Plaintiffs expressly reserve all remaining claims alleged in the Sixth Amended Complaint against Giant Yorktown, Inc. and Giant Yorktown, Inc. expressly reserves all defenses asserted in its Master Answer relating thereto.

Dated: March 24 2008

By: /s/ Steven J. German

Steven J. German
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500

*Counsel for County of Suffolk and Suffolk County Water Authority*

Dated: March 24, 2008

By: /s/ Robert F. Redmond, Jr.

Robert F. Redmond, Jr.
Clement D. Carter
Gray B. Broughton
WILLIAMS MULLEN
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia 23218-1320

*Counsel for Giant Yorktown, Inc.*

Dated: 3/31/08

IT IS SO ORDERED:

Shira A. Scheindlin, U.S.D.J.