UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*County of Suffolk, et al. v. Amerada Hess Corp., et al.,* Case No. 04-CIV-5424



**ORDER**
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER # 37
(Pre-Trial Deadlines)

The following deadlines for completion of pre-trial disclosures and remaining expert depositions have been agreed upon by the parties and, having been approved by the Court, are hereby So Ordered:

### Witness Lists

1. Plaintiff Suffolk County Water Authority (hereinafter "Plaintiff") shall produce its trial witness list on or before April 29, 2008.

2. Defendants Exxon Mobil Corporation, Equistar Chemicals L.P., Getty Petroleum Marketing, Inc., Getty Properties Corporation, Giant Yorktown, Gulf Oil Limited Partnership, Irving Oil Corporation, Irving Oil Limited, Lyondell Chemical Company, and Total Petrochemicals USA, Inc. (hereinafter, collectively, "Defendants") each shall produce their trial witness list on or before May 13, 2008.

3. Any other named defendant in this matter shall produce its trial witness list, if necessary, on or before May 28, 2008.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1770

4. Plaintiff may supplement its witness list after May 2, 2008 but before May 28, 2008, for any defendant that had previously committed to settlement but that, instead, indicates its intent to proceed to trial in this matter.

5. Any party may supplement its witness list based on newly discovered information, by agreement of the parties or otherwise with the Court's approval for good cause shown.

**Exhibit Lists**

6. Plaintiff shall produce its trial exhibit list on or before May 23, 2008.

7. Defendants shall each produce their trial exhibit list on or before June 6, 2008.

8. Any other named defendant in this matter shall produce its trial exhibit list, if necessary, on or before June 6, 2008.

9. Plaintiff may supplement its exhibit list after May 23, 2008 but before June 20, 2008, for any defendant that had previously committed to settlement but that, instead, indicates its intent to proceed to trial in this matter.

10. Any party may supplement its exhibit list based on newly discovered information, by agreement of the parties or otherwise with the Court's approval for good cause shown.

**Completion of Expert Depositions**

11. All depositions of the parties' designated experts shall be completed on or before April 30, 2008. If a defendant that had previously committed to settlement instead indicates its intent to proceed to trial in this matter, plaintiffs shall have until June 6, 2008, to conduct any expert discovery related to that defendant or defendants.

**Motions in Limine**

12. Each Defendant shall file its motion(s) *in limine*, if any, on or before June 30, 2008. Response papers, if any, shall be filed by July 14, 2008; reply papers, if any, shall be filed by July 21, 2008.

13. Plaintiff shall file its motion(s) *in limine*, if any, on or before July 14, 2008. Response papers, if any, shall be filed by July 28, 2008; reply papers, if any, shall be filed by August 4, 2008.

14. Any motion *in limine* filed prior to June 30, 2008 (by Defendants) or prior to July 14, 2008 (by Plaintiff) shall be fully briefed according to the following schedule: response papers, if any, shall be filed within two weeks (14 days), and reply papers, if any, shall be filed within one week (7 days) thereafter.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       March __, 2008
       April 1