# ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

This Document Relates To:
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968 (SAS).

STIPULATION AND PROPOSED
ORDER RE TESORO
DEFENDANTS' ANSWER TO
PLAINTIFF'S THIRD AMENDED
COMPLAINT

Master File No. 1:00–1898
MDL No. 1358 (SAS)
M21-88



In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 1771

On March 21, 2008, Plaintiff filed its Third Amended Complaint, with amendments to paragraphs 104 and 106 only. Plaintiff and Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company, erroneously named as Tesoro Refining and Marketing Company, Inc., (collectively, "Tesoro") here by stipulate that Tesoro's answer to Plaintiff's Second Amended Complaint, filed July 21, 2005, shall serve as Tesoro's response to Plaintiff's Third Amended Complaint, and no additional responsive pleading to the Third Amended Complaint need be filed at this time.

DATED: March ____, 2008      By: _____
                             MILLER, AXLINE & SAWYER

                             1050 Fulton Avenue, Suite 100
                             Sacramento, CA 95825-4225
                             Telephone: (916) 488-6688
                             Fax: (916) 488-4288
                             Counsel for Orange County Water District


DATED: March 31, 2008        By: /s/ Diana Pfeffer Martin
                             BINGHAM McCUTCHEN LLP
                             Diana Pfeffer Martin (DM 2739)
                             Diana.martin@bingham.com
                             355 South Grand Avenue, Suite 4400
                             Los Angeles, CA 90071
                             Telephone: (213) 680-6400
                             Fax: (213) 680-6499
                             Attorneys for Defendants
                             Tesoro Corporation (f/n/a Tesoro Petroleum Corporation) and
                             Tesoro Refining And Marketing Company Erroneously named
                             as Tesoro Refining and Marketing Company, Inc.

The Court has considered the stipulation of the Plaintiff Orange County Water District and Tesoro to allow Tesoro's answer to Plaintiff's Second Amended Complaint to serve as Tesoro's response to Plaintiff's Third Amended Complaint, and the request is hereby **GRANTED**.

Dated: _____

IT IS SO ORDERED:                    _____
                                     Shira A. Scheindlin, U.S.D.J.

On March 21, 2008, Plaintiff filed its Third Amended Complaint, with amendments to paragraphs 104 and 106 only. Plaintiff and Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company, erroneously named as Tesoro Refining and Marketing Company, Inc., (collectively, "Tesoro") here by stipulate that Tesoro's answer to Plaintiff's Second Amended Complaint, filed July 21, 2005, shall serve as Tesoro's response to Plaintiff's Third Amended Complaint, and no additional responsive pleading to the Third Amended Complaint need be filed at this time.

DATED: March __, 2008   By: _____
                            MILLER, AXLINE & SAWYER

                            1050 Fulton Avenue, Suite 100
                            Sacramento, CA 95825-4225
                            Telephone: (916) 488-6688
                            Fax: (916) 488-4288
                            Counsel for Orange County Water District


DATED: March ___, 2008   By: _____
                            BINGHAM McCUTCHEN LLP
                            Diana Pfeffer Martin (DM 2739)
                            Diana.martin@bingham.com
                            355 South Grand Avenue, Suite 4400
                            Los Angeles, CA 90071
                            Telephone: (213) 680-6400
                            Fax: (213) 680-6499
                            Attorneys for Defendants
                            Tesoro Corporation (f/n/a Tesoro Petroleum Corporation) and
                            Tesoro Refining And Marketing Company Erroneously named
                            as Tesoro Refining and Marketing Company, Inc.

The Court has considered the stipulation of the Plaintiff Orange County Water District and Tesoro to allow Tesoro's answer to Plaintiff's Second Amended Complaint to serve as Tesoro's response to Plaintiff's Third Amended Complaint, and the request is hereby **GRANTED**.

Dated: April 2, 2008

IT IS SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

2

A/72484186.1/2018276-0000311328

PAGE 3/4 * RCVD AT 3/31/2008 2:15:29 PM [Pacific Daylight Time] * SVR:LAFAX/15 * DNIS:28611 * CSID:19164884288 * DURATION (mm-ss):01-32

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the STIPULATION AND PROPOSED ORDER RE TESORO DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT was served upon counsel via LexisNexis File & Serve on April 1, 2008.

A true and correct copy of the STIPULATION AND PROPOSED ORDER RE TESORO DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT was also provided electronically to liaison counsel for Plaintiffs at mdl1358@weitzlux.com and liaison counsel for Defendants at mdl1358@mwe.com.

Executed at Los Angeles, California.

Kim Cunnings