ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

----------------------------------------------------X

This Document Relates To:

----------------------------------------------------X

*City of Galva, City of Ida Grove* and *Sioux City v.
Ashland, Inc., et al.*; 04 Civ. 1723
----------------------------------------------------X

Master File No. 1:00-1898

MDL No. 1358 (SAS)
M21-88

AGREED ORDER OF
DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and in accordance with the

Tolling Agreement entered by the parties, Plaintiff in the above-referenced actions and

Defendants Fauser Oil Co., Inc., Keck, Inc., and Mulgrew Oil Co. respectfully request that the

Court enter this voluntary dismissal. Plaintiff and Defendants Fauser Oil Co., Inc., Keck, Inc.,

and Mulgrew Oil Co. agree to the dismissal and that such dismissal is without prejudice, with

each party to bear its own attorney's fees and costs.

The Court, having considered the foregoing representations, is of the opinion and does

hereby dismiss without prejudice Defendants Fauser Oil Co., Inc., Keck, Inc., and Mulgrew

Oil Co. in the manner heretofore described. Plaintiff reserves all other rights as against all

other defendants.

Entered this _____ day of _____, 2008.

_____
Honorable Shira A. Scheindlin

-1-

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1792

Respectfully submitted by:

_Stephen Johnston_

Scott Summy (Texas Bar No. 19507500)
Stephen Johnston (Texas Bar No. 00796839)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Robert J. Gordon
Robin Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5500
Facsimile: (212) 558-5506

*Attorneys for Plaintiffs*

_Mark Tripp_

Mark Tripp
BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309
Tel: (515) 246-5871
Fax: (515) 246-5808

*Attorney for Defendants Mulgrew Oil Co., Keck, Inc. and Fauser Oil Co., Inc.*

## DECLARATION OF SERVICE

I, Shelly Shetler, hereby declare under perjury of law that a true copy of

## AGREED ORDER OF DISMISSAL

was served via e-mail, pursuant to Judge Shira A. Schiendlin's Case Management Order dated April 1, 2004 [Section IV], upon Peter Sacripanti, Esq., to serve in his capacity as liaison counsel, on the _2nd_ day of _April_, 2008.

_Shelly Shetler_
SHELLY SHETLER