UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-0312

4/7/08

------------------------------------------------------- X

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 28, 2007, Plaintiffs filed a Second Amended Complaint in this action in the Superior Court of New Jersey for Mercer County, Docket Number MER-L-1622-07;

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1793

Whereas this action has now been incorporated into MDL 1358;

Whereas the undersigned parties are discussing the possibility of dismissing Defendant Rosemore Inc. from this action, the undersigned parties agree that it is appropriate to extend the time for Rosemore Inc. to answer or otherwise respond to the Complaint so that they may complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including June 1, 2008 for Rosemore Inc.

A/72485033.1

Dated: April 4, 2008                    **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
    Ben M. Krowicki (BK0640)
    One State Street
    Hartford, CT 06103-3178
    T: 860.240.2700
    F: 860.240.2818
    ben.krowicki@bingham.com

    Cynthia M. Guizzetti (admitted *pro hac vice*)
    150 Federal Street
    Boston, MA 02110
    T: 617.951.8000
    F: 617.951.8736
    cynthia.guizzetti@bingham.com

    Jessica S. Boar (JB5755)
    399 Park Avenue
    New York, NY 10022-4689
    T: 212.705.7000
    F: 212.752.5378
    jessica.boar@bingham.com

    *Attorneys for Rosemore Inc.*

**Anne Milgram**
**Attorney General of New Jersey**

BY: /s/ Richard F. Engel
    Richard F. Engel
    Deputy Attorney General

**COHN, LIFLAND, PEARLMAN,**
**HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
    Leonard Z. Kaufmann
    Park 80 Plaza West-One
    Saddle Brook, NJ 07663
    T: 201.845.9600
    F: 201.845.9423
    lzk@njlawfirm.com

    *Attorney for Plaintiffs*

-2-

A/72485033.1

**IT IS SO ORDERED:**

Dated: April 7, 2008

_____
U.S.D.J.

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 4th day of April 2008.

                                         /s/ Ben M. Krowicki
                                         Ben M. Krowicki

-4-
A/72485033.1