UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |
| This relates to: Commonwealth of Puerto Rico, *et al.* v. Shell Oil Company, *et al.* | |



## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico Environmental Quality Board, and Defendants ChevronTexaco Corporation and Chevron International Oil Company, Inc. (collectively "Chevron"), by counsel, hereby stipulate that the deadline for Chevron to file any pleading or motion in response to the complaint in the above-captioned case shall be extended to June 6, 2008.

Dated: April 4, 2007      Respectfully submitted,

/s/ John K. Dema
John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands 00820-5008
(340) 773-6142

Attorneys for Plaintiffs

/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Phone: (202) 204-3727
Fax: (202) 204-1001

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation and Chevron International Oil Company, Inc.

**SEEN AND APPROVED**

Date: April 7, 2008

_____
Shira A. Scheindlin
United States District Judge