UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

This Document Relates To:
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968 (SAS).

STIPULATION AND PROPOSED ORDER RE TESORO DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Master File No. 1:00–1898
MDL No. 1358 (SAS)
M21-88



In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                   Doc. 1795

On March 21, 2008, Plaintiff filed its Third Amended Complaint, with amendments to paragraphs 104 and 106 only. Plaintiff and Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company, erroneously named as Tesoro Refining and Marketing Company, Inc., (collectively, "Tesoro") here by stipulate that Tesoro's answer to Plaintiff's Second Amended Complaint, filed July 21, 2005, shall serve as Tesoro's response to Plaintiff's Third Amended Complaint, and no additional responsive pleading to the Third Amended Complaint need be filed at this time.

DATED: March ____, 2008     By: _____
                            MILLER, AXLINE & SAWYER

                            1050 Fulton Avenue, Suite 100
                            Sacramento, CA 95825-4225
                            Telephone: (916) 488-6688
                            Fax: (916) 488-4288
                            Counsel for Orange County Water District

DATED: March 31, 2008       By: /s/ Diana Pfeffer Martin
                            BINGHAM McCUTCHEN LLP
                            Diana Pfeffer Martin (DM 2739)
                            Diana.martin@bingham.com
                            355 South Grand Avenue, Suite 4400
                            Los Angeles, CA 90071
                            Telephone: (213) 680-6400
                            Fax: (213) 680-6499
                            Attorneys for Defendants
                            Tesoro Corporation (f/n/a Tesoro Petroleum Corporation) and
                            Tesoro Refining And Marketing Company Erroneously named
                            as Tesoro Refining and Marketing Company, Inc.

The Court has considered the stipulation of the Plaintiff Orange County Water District and Tesoro to allow Tesoro's answer to Plaintiff's Second Amended Complaint to serve as Tesoro's response to Plaintiff's Third Amended Complaint, and the request is hereby **GRANTED**.

Dated: 4/9/08

IT IS SO ORDERED:                    _____
                                     Shira A. Scheindlin, U.S.D.J.

On March 21, 2008, Plaintiff filed its Third Amended Complaint, with amendments to paragraphs 104 and 106 only. Plaintiff and Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company, erroneously named as Tesoro Refining and Marketing Company, Inc., (collectively, "Tesoro") here by stipulate that Tesoro's answer to Plaintiff's Second Amended Complaint, filed July 21, 2005, shall serve as Tesoro's response to Plaintiff's Third Amended Complaint, and no additional responsive pleading to the Third Amended Complaint need be filed at this time.

DATED: March ___, 2008     By: _____
                           MILLER, AXLINE & SAWYER

                           1050 Fulton Avenue, Suite 100
                           Sacramento, CA 95825-4225
                           Telephone: (916) 488-6688
                           Fax: (916) 488-4288
                           Counsel for Orange County Water District


DATED: March ___, 2008     By: _____
                           BINGHAM McCUTCHEN LLP
                           Diana Pfeffer Martin (DM 2739)
                           Diana.martin@bingham.com
                           355 South Grand Avenue, Suite 4400
                           Los Angeles, CA 90071
                           Telephone: (213) 680-6400
                           Fax: (213) 680-6499
                           Attorneys for Defendants
                           Tesoro Corporation (f/n/a Tesoro Petroleum Corporation) and
                           Tesoro Refining And Marketing Company Erroneously named
                           as Tesoro Refining and Marketing Company, Inc.

The Court has considered the stipulation of the Plaintiff Orange County Water District and Tesoro to allow Tesoro's answer to Plaintiff's Second Amended Complaint to serve as Tesoro's response to Plaintiff's Third Amended Complaint, and the request is hereby GRANTED.

Dated: 4/9/08

IT IS SO ORDERED:          _____
                           Shira A. Scheindlin, U.S.D.J.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the STIPULATION AND PROPOSED ORDER RE TESORO DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT was served upon counsel via LexisNexis File & Serve on April 1, 2008.

A true and correct copy of the STIPULATION AND PROPOSED ORDER RE TESORO DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT was also provided electronically to liaison counsel for Plaintiffs at mdl1358@weitzlux.com and liaison counsel for Defendants at mdl1358@mwe.com on April 1, 2008.

_____