USDC SDNY
[stamp, partially illegible]
ELECTRONICALLY FILED
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER (MTBE)
PRODUCTS LIABILITY LITIGATION

Master File No:.1:00CV1898
MDL 1358 (SAS)

This document pertains to all cases.

ORDER GRANTING ADMISSION OF JAN CARLOS RODRÍGUEZ-MUÑOZ

### ORDER

This Court has considered the unopposed request of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and, The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited, to admit Jan Carlos Rodríguez-Muñoz, Esq., of McConnell Valdés LLC, and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Jan Carlos Rodríguez-Muñoz, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

DATED: April 15, 2008

Honorable Shira A. Scheindlin
United States District Judge

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1798

McConnell Valdés LLC
PO BOX 364225, SAN JUAN, PUERTO RICO 00936-4225
I.D. # 66-0226027

| DATE | | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|
| 04/14/2008 | 101-204/215 | 52175 | $25.00 |

CONTROL NO.
52175

ORIENTAL BANK & TRUST
HATO REY, PUERTO RICO

TWENTY-FIVE AND 00/100 DOLLAR

PAY TO THE ORDER OF
CLERK OF THE COURT
500 PEARL STREET
NEW YORK, NY 10007

Antonio Escudero Viera

SECURE FEATURES INCLUDE INVISIBLE FIBERS · MICROPRINTING · VOID FEATURE PANTOGRAPH · ENDORSEMENT BACKER · BROWNSTAIN CHEMICAL REACTANT.

⑆52175⑆ ⑈221571415⑈ 08150041 71⑆