UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re: Methyl Tertiary Butyl Ether ("MTBE") : **Master File No. 1:00-1898**
Products Liability Litigation : **MDL No. 1358 (SAS)**
: **M21-88**
:
This Document Relates To: :
:
:
*Orange County Water District v. Unocal Corp.,*
*et al.*, No. 04 CIV 04968 :
:
------------------------------------- X

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION TO FILE RESPONSE TO ORANGE COUNTY WATER DISTRICT'S SUPPLEMENTAL OPPOSITION BRIEF RE STATUTE OF LIMITATIONS

Defendants' unopposed request for an extension of time to file their response to Orange County Water District's Supplemental Opposition Brief regarding Defendants' Motion for Summary Judgment Based on Statute of Limitations is hereby **GRANTED**. Defendants' brief shall be filed no later than May 9, 2008, and absent further Order of the Court, the District's reply brief shall be filed no later than May 23, 2008.

Dated: April 16, 2008

The Honorable Shira A. Scheindlin
United States District Judge