USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
In re: Methyl Tertiary Butyl Ether ("MTBE") : **Master File No. 1:00-1898**
Products Liability Litigation                **MDL No. 1358 (SAS)**
                                          :  **M21-88**
                                          :
This Document Relates To:                 :
                                          :
*Orange County Water District v. Unocal Corp.,*
*et al.*, No. 04 CIV 04968                :
                                          :
---------------------------------------- X

**[PROPOSED] ORDER GRANTING MODIFIED RULE III.H REQUIREMENTS FOR DEFENDANTS' SUPPLEMENTAL BRIEFING IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS**

Defendants' unopposed request to modify the requirements of Rule III.H of the Court's Individual Rules and Procedures for their upcoming supplemental brief supporting their Motion for Summary Judgment based on Statute of Limitations is hereby **GRANTED.**

Notwithstanding the requirements of Rule III.H, Defendants may serve up to forty-five (45) exhibits relating to specific gasoline stations, and no more than ten (10) exhibits not related to specific stations. Defendants intend to comply with Rule III.H. in the following respects: first, Defendants will submit no more than five (5) affidavits. Such affidavits will be no more than ten (10) pages, double-spaced; and second, each exhibit, whether related to a specific station or not, will be no more than fifteen (15) pages.

Dated: May 8, 2008

The Honorable Shira A. Scheindlin
United States District Judge