UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X

Brenda Abrahamson, et al., v. Atlantic Richfield
Company, et al., 06 Civ. 3753

------------------------------------------------------------ X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

ORDER OF
DISMISSAL WITHOUT
PREJUDICE

The Court, having considered this Stipulation of Dismissal, hereby dismisses without prejudice the claims of the individuals listed on Exhibit A against Defendant TOTAL PETROCHEMICALS USA, INC.

Entered this 9 day of May, 2008.

_____
HONORABLE SHIRA A. SCHEINDLIN

# EXHIBIT A

Kerstin Brooke Bevers
Michael Jaye Bevers
Megan Kay Bowers
Diane M. Brockman
Elsie Farrell
Justin Jeffrey Green
Daniel Lester Halase
Adam James Heindel
Cindy Lynn Heindel
Cole Brian Heiptas
Amy Jansen
Sarah Klarner
Kristin L. Lillie
Karen McGrath
Lisa Meulemans
Barbara Rose Micke
Rachel Murphy
Wren Marie Murphy
Katelyn Rose Richards
Jodi Ann Roskowski
Sandra Marie Vandenhoogen
Thomas Joseph Vandenhoogen
Michael Greiner
Shari Greiner
Norman VanBeek
Carly Verhasselt
Chad Verhasselt
Chrystal Verhasselt
Colin J. Verhasselt
Kenneth Verhasselt
Debbie Elizabeth Wagner
James Weyenberg



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X  MDL NO. 1358 (SAS)
In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
------------------------------------------------------------ X
This Document Relates To:                                      STIPULATION OF
------------------------------------------------------------ X  DISMISSAL

*Brenda Abrahamson, et al., v. Atlantic Richfield
Company, et al.,* 06 Civ. 3753
------------------------------------------------------------ X

    In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiffs and Defendant

TOTAL PETROCHEMICALS USA, INC. file this Stipulation of Dismissal with respect to

certain individuals in the *Abrahamson* matter listed on Exhibit A, attached.

    Plaintiffs and Defendant TOTAL PETROCHEMICALS USA, INC. agree to dismissal

without prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted by:

_____
Carla M. Burke
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Robert Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5506

*Attorneys for Plaintiffs*

_____
M. Coy Connelly
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Telephone: (713) 223-2900
Facsimile: (713) 221-1212

*Attorneys for Defendant Total
Petrochemicals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was served on all counsel of record by posting it directly to LexisNexis File & Serve on the 9th day of May, 2008.

*Shelly Shetler*
SHELLY SHETLER

# EXHIBIT A

Kerstin Brooke Bevers
Michael Jaye Bevers
Megan Kay Bowers
Diane M. Brockman
Elsie Farrell
Justin Jeffrey Green
Daniel Lester Halase
Adam James Heindel
Cindy Lynn Heindel
Cole Brian Heiptas
Amy Jansen
Sarah Klarner
Kristin L. Lillie
Karen McGrath
Lisa Meulemans
Barbara Rose Micke
Rachel Murphy
Wren Marie Murphy
Katelyn Rose Richards
Jodi Ann Roskowski
Sandra Marie Vandenhoogen
Thomas Joseph Vandenhoogen
Michael Greiner
Shari Greiner
Norman VanBeek
Carly Verhasselt
Chad Verhasselt
Chrystal Verhasselt
Colin J. Verhasselt
Kenneth Verhasselt
Debbie Elizabeth Wagner
James Weyenberg