**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

------------------------------------------------------- X

This Document Relates To:

------------------------------------------------------- X

*Brenda Abrahamson, et al., v. Atlantic Richfield*
*Company, et al.,* 06 Civ. 3753

**ORDER OF**
**DISMISSAL WITHOUT**
**PREJUDICE**

------------------------------------------------------- X

     The Court, having considered this Stipulation of Dismissal, hereby dismisses without

prejudice the claims of the individuals listed on Exhibit A against Defendant TOTAL

PETROCHEMICALS USA, INC.

Entered this ____ day of _____, 2008.

_____
HONORABLE SHIRA A. SCHEINDLIN

# Exhibit A

Kerstin Brooke Bevers
Michael Jaye Bevers
Megan Kay Bowers
Diane M. Brockman
Elsie Farrell
Justin Jeffrey Green
Daniel Lester Halase
Adam James Heindel
Cindy Lynn Heindel
Cole Brian Heiptas
Amy Jansen
Sarah Klarner
Kristin L. Lillie
Karen McGrath
Lisa Meulemans
Barbara Rose Micke
Rachel Murphy
Wren Marie Murphy
Katelyn Rose Richards
Jodi Ann Roskowski
Sandra Marie Vandenhoogen
Thomas Joseph Vandenhoogen
Michael Greiner
Shari Greiner
Norman VanBeek
Carly Verhasselt
Chad Verhasselt
Chrystal Verhasselt
Colin J. Verhasselt
Kenneth Verhasselt
Debbie Elizabeth Wagner
James Weyenberg