UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

_____X

This Document Relates To:
_____X

*Village of Hempstead v. Amerada Hess Corp.,
et al.;*
*Carle Place Water District v. Amerada Hess
Corp., et al.;*
*South Huntington Water District v. Amerada
Hess Corp., et al.;*
*Village of Mineola v. Amerada Hess Corp., et
al.;*
*Westbury Water District v. Amerada Hess
Corp., et al.;*
*West Hempstead Water District v. Amerada
Hess Corp., et al.;*
*Town of South Hampton v. Amerada Hess
Corp., et al.;*
*Town of East Hampton v. Amerada Hess
Corp., et al.;*
*Town of Huntington/Dix Hills Water District
v. Amerada Hess Corp., et al.;*
*City of Glen Cove Water District v. Amerada
Hess Corp., et al.;*
*Albertson Water District v. Amerada Hess
Corp., et al.;*
*City of Greenlawn Water District v. Amerada
Hess Corp., et al.*
_____X

Maser File No. 1:00-1898

MDL No. 1358 (SAS)
M21-88

NOTICE OF RULE 41(a)(1)(i)
DISMISSAL OF DEFENDANT
MARATHON OIL
CORPORATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i) and in accordance with the

Tolling Agreement entered by the parties, Plaintiffs in the above-referenced actions, by counsel,

hereby dismiss without prejudice Defendant Marathon Oil Corporation from each of the above-referenced actions, with each party to bear its own attorney's fees and costs. Plaintiffs reserve all other rights as against all other defendants.

Dated: March 24, 2008

Marc Jay Bern
William Dubanevich
Napoli Bern Ripka LLP
115 Broadway, 12th Floor
New York, NY 10006
Tel (212) 267-3700
Fax (212) 587-0031

*Attorneys for Plaintiffs*

So ORDERED:

Dated: May 13 2008
New York, NY

Shira A. Scheindlin
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby declare under perjury of law that a true copy of the foregoing Notice of Rule 41(a)(1)(i) Dismissal of Defendant Marathon Oil Corporation was served via e-mail to liaison counsel for Plaintiffs and liaison counsel for Defendants, and via LexisNexis File & Serve on the 25th day of March, 2008.

_____
Chris Danley

DC01:496402.1