UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
_____X

This Document Relates To:
_____X

*Town of Huntington/Dix Hills Water District
v. Amerada Hess Corp., et al.;
City of Glen Cove Water District v. Amerada
Hess Corp., et al.;
Albertson Water District v. Amerada Hess
Corp., et al.;
City of Greenlawn Water District v. Amerada
Hess Corp., et al.*
_____X

Maser File No. 1:00-1898

MDL No. 1358 (SAS)
M21-88

**PROPOSED AGREED ORDER
OF DISMISSAL OF
ASHLAND, INC.**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and in accordance with the Tolling Agreement entered by the parties, Plaintiffs in the above-referenced actions and Defendant Ashland Inc. respectfully request that the Court enter this voluntary dismissal. Plaintiffs and Defendant Ashland Inc. agree to the dismissal and that such dismissal is without prejudice, with each party to bear its own attorney's fees and costs. Plaintiffs reserve all other rights as against all other defendants.

Dated: 3-24-08

*(signature)*
Marc Jay Bern
William Dubanevich
Napoli Bern Ripka LLP
115 Broadway, 12th Floor
New York, NY 10006
Tel (212) 267-3700
Fax (212) 587-0031

*Attorneys for Plaintiffs*

Dated: 12-11-07

*(signature)*
Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Tel (202) 639-7723
Fax (202) 585-1040

*Attorneys for Defendant,
Ashland Inc.*

Dated: New York, New York
May 13, 2007 2008

SO ORDERED:

*(signature)*
Schira A. Scheindlin
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby declare under perjury of law that a true copy of the foregoing Proposed Agreed Order of Dismissal of Ashland, Inc. was served via e-mail to liaison counsel for Plaintiffs and liaison counsel for Defendants, and via LexisNexis File & Serve on the 25th day of March, 2008.

Chris Danley

DC01:496399.1