

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*Basso, et al, v. Sunoco, et al.,* No. 03 Civ. 9050

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

~~PROPOSED~~ AGREED
ORDER OF DISMISSAL
OF MOBIL
CORPORATION AND
EXXON MOBIL
CORPORATION F/K/A
EXXON CORPORATION

    Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(a)(2), and in accordance with the Stipulation of Dismissal entered into by counsel for the Quattrocchi Plaintiffs and counsel for defendants Mobil Corporation and Exxon Mobil Corporation, f/k/a Exxon Corporation (collectively, the "ExxonMobil" defendants), plaintiffs John Quattrocchi, Ann Quattrocchi, John T. Quattrocchi, Damon Quattrocchi and Elaina Quattrocchi (hereinafter "the Quattrocchi plaintiffs") and defendant ExxonMobil hereby respectfully request that the Court enter this voluntary dismissal according to the terms of their Stipulation of Dismissal dated May 13, 2008. The Quattrocchi plaintiffs hereby dismiss with prejudice all claims against the ExxonMobil defendants, with each party to bear its own attorney's fees and costs. The Quattrocchi plaintiffs reserve all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation      Doc. 1845

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

New York, NY
Dated: May 1__ 2008

MICROFILMED
MAY 2 2 2008 -9 00 AM