

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------ X

This document relates to:

*All Cases set forth on the attached Exhibit A*

------------------------------------------------------------ X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

[PROPOSED] ORDER APPROVING ESCROW ACCOUNT AND AMENDING APPOINTMENT OF SPECIAL SETTLEMENT MASTER

The Court, having considered the Motion of Settling Defendants' To Approve the Escrow Account and to Amend the Appointment of the Special Settlement Master in connection with the implementation of the Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement"), and having considered the merits of the motion and the accompanying declarations, including the Settlement Agreement and the Escrow Agreement, makes the following ORDERS:

1. This Court's Order dated March 12, 2007 appointing David Geronemus as the Special Settlement Master in MDL 1358 is hereby amended to include among the Special Settlement Master's responsibilities the tasks given to him under the Settlement Agreement and the Escrow Agreement, namely: (1) holding in confidence the chart of the amounts of the allocation of settlement costs agreed to among Settling Defendants, (2) receiving bank statements pertaining to the escrow account established pursuant to the settlement, (3) verifying that each of the Settling Defendants has paid its allocated share of settlement costs into the

Page 1 of 2

escrow account pursuant to the Settlement Agreement, and (4) holding the results of the allocation of settlement proceeds as agreed to by Plaintiffs and providing that information as appropriate under the terms of the Settlement Agreement.

2. The escrow account agreed to by the settling parties fulfills an important role in this aggregate settlement by permitting the settlement funds to be aggregated out of the control of the Settling Defendants and paid to Plaintiffs while maintaining the confidentiality of the respective allocated shares of each Settling Defendant of the settlement cost. The Court should facilitate this provision of the Settlement Agreement. Therefore, the escrow account is approved by this Court so that it may be a Qualified Settlement Fund for federal tax purposes pursuant to Treas. Reg. § 1.468B-1.

New York, New York,
Dated: May 27, 2008.

ENTERED:

_____
The Honorable Shira A. Scheindlin

# EXHIBIT A

Exhibit A to the Settlement Agreement – List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients involved in the case |
|---|---|---|---|
| CA | City of Riverside v. Atlantic Richfield Co., et al. | 04- CV-4969 | City of Riverside |
| CA | Quincy Community Services District v. Atlantic Richfield Co., et al. | 04-CV-4970 | Quincy Community Services, Inc. |
| CA | City of Roseville v. Atlantic Richfield Co., et al | 04-CV-4971 | City of Roseville |
| CA | People of the State of California, et al. v. Atlantic Richfield Co., et al. | 04-CV-4972 | **We do not represent the People of the State of CA; we do however represent the following:**<br>California-American Water Company<br>Citrus Heights Water District<br>City of Sacramento<br>Del Paso Manor Water District<br>Fair Oaks Water District<br>Florin Resource Conservation District<br>Rio Linda Elverta Community Water District<br>Sacramento County Water Agency<br>Sacramento Groundwater Authority<br>Sacramento Suburban Water District<br>San Juan Water District |
| CA | California-American Water Co. v. Atlantic Richfield Co., et al. | 04-CV-4974 | California-American Water Co. |
| CA | Martin Silver, et al. v. Alon USA Energy, Inc., et al. | 04-CV-4975 | M & P Silver Family Partners II, et al. |
| CA | California-Water Service Company v. Atlantic Richfield Co., et al. | CV 443990 Superior Court of the State of CA, San Mateo County | California Water Service Company |
| CA | Riverview Water District v. Atlantic Richfield Co., et al. | 37-2007-00080789-CU-TT-CTL Superior Court of the State of CA, County of San Diego, Central Division | Riverview Water District |
| CT | American Distilling & Manufacturing Co., Inc. v. Amerada Hess Corp., et al | 04-CV-1719 | American Distilling & Manufacturing Co. |
| CT | Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al | 04-CV-1718 | Our Lady of the Rosary Chapel |

1

Exhibit A to the Settlement Agreement – List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients Involved in the case | |
|---|---|---|---|---|
| CT | Town of East Hampton v. Amerada Hess Corp., et al | 04-CV-1720 | Town of East Hampton | |
| CT | United Water Connecticut v. Amerada Hess Corp., et al | 04-CV-1721 | United Water Connecticut | |
| FL | Escambia County Utilities Authority v. Adcock Petroleum Inc., et al. | 04-CV-1722 | Escambia County Utilities Authority n/k/a Emerald Coast Utilities Authority | |
| IA | City of Galva, et al. v. Alon USA Energy Inc., et al. | 04-CV-01723 | City of Galva<br>City of Ida Grove<br>City of Sioux City | |
| IL | Village of Island Lake v. Amerada Hess Corp., et al. (f/k/a City of Crystal Lake, et al. | 04-CV-02053 | Village of Island Lake | |
| IN | City of Mishawaka v. Amerada Hess Corp., et al. | 04-CV-02055 | City of Mishawaka | |
| IN | City of Rockport v. Amerada Hess Corp., et al. | 04-CV-01724 | City of Rockport | |
| IN | City of South Bend, Indiana v. Amerada Hess Corp., et al. | 04-CV-02056 | City of South Bend | |
| IN | North Newton School Corp., v. Amerada Hess Corp., et al. | 04-CV-02057 | North Newton School Corp. | |
| IN | Town of Campbellsburg v. Amerada Hess Corp., et al. | 04-CV-04990 | Town of Campbellsburg | |
| KS | City of Bel Aire, County of Sedgwick Water Authority v. Alon USA Energy, Inc., et al. | 04-CV-02062 | City of Bel Aire | |
| KS | City of Dodge City, Kansas v. Alon USA Energy, Inc., et al. | 04-CV-02060 | City of Dodge City | |
| KS | Chisholm Creek Utility Authority v. Alon USA Energy, Inc., et al. | 04-CV-02061 | Chisholm Creek Utility Authority | |
| KS | City of Park City, Kansas v. Alon USA Energy, Inc., et al. | 04-CV-02059 | City of Park City | |
| LA | City of Marksville v. Alon USA Energy, Inc., et al. | 04-CV-03412 | City of Marksville | |
| LA | Town of Rayville v. Alon USA Energy, Inc., et al. | 04-CV-03413 | Town of Rayville | |
| MA | Town of Duxbury, et al. v. Amerada Hess Corp., et al. | 04-CV-01725 | Brimfield Housing Authority<br>Centerville-Osterville-Marsons Mills Water Department<br>Chelmsford Water District<br>Dedham Westwood Water District<br>City of Brockton<br>City of Methuen<br>City of Peabody<br>Cotuit Fire District Water Department | Town of Halifax<br>Town of Hanover<br>Town of Hanson<br>Town of Holliston<br>Town of Hudson<br>Town of Merrimac<br>Town of Millis<br>Town of Monson<br>Town of Norfolk |

Exhibit A to the Settlement Agreement – List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients Involved in the case | |
|---|---|---|---|---|
| | | | East Chelmsford Water District | Town of North Attleborough |
| | | | Hillcrest Water District | Town of North Reading |
| | | | Leicester Water Supply District | Town of Norwell |
| | | | Massasoit Hills Trailer Park, Inc. | Town of Pembroke |
| | | | North Chelmsford Water District | Town of Reading |
| | | | North Raynham Water District | Town of Salisbury |
| | | | Sandwich Water District | Town of Spencer |
| | | | Sudbury Water District | Town of Stoughton |
| | | | Town of Avon | Town of Tewksbury |
| | | | Town of Bedford | Town of Tyngsboro |
| | | | Town of Bellingham | Town of Ware |
| | | | Town of Charlton | Town of Wayland |
| | | | Town of Danvers | Town of West Bridgewater |
| | | | Town of Dover | Town of West Brookfield |
| | | | Town of Dudley | Town of Weymouth |
| | | | Town of Duxbury | Town of Wilmington |
| | | | Town of East Bridgewater | Town of Yarmouth |
| | | | Town of East Brookfield | United Methodist Church |
| | | | Town of Easton | Water Supply District of Acton |
| | | | Town of Edgartown | Westport Federal Credit Union |
| | | | | Westview Farm, Inc. |
| MA | City of Lowell v. Amerada Hess Corp., et al. | 05-CV-4018 | City of Lowell | |
| MA | Town of Billerica, et al. v. Amerada Hess Corp., et al. | 06-CV-1381 | Town of Billerica | |
| | | | Town of Barnstable | |
| | | | Town of Douglas | |
| | | | Town of Orange | |
| | | | Town of Sterling | |
| | | | Dennis Water District | |
| | | | Anawan Associates Realty, LLC | |
| | | | Lunenburg Water District | |
| | | | Raynham Center Water District | |
| | | | Town of Marshfield | |
| | | | Town of Provincetown | |
| | | | Town of Scituate | |

Exhibit A to the Settlement Agreement – List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients Involved in the case |
|---|---|---|---|
| MA | Town of Middleborough, et al. v. Amerada Hess Corp., et al | 06-CV-3741 | Town of Middleborough<br>City of Lawrence<br>Town of Burlington<br>Town of Townsend<br>Town of Uxbridge<br>Town of Webster |
| MA | Town of Lakeville, et al. v. Atlantic Richfield Company, et al. | 07-CV-8360 | Town of Lakeville<br>Town of Holden<br>Indian Hills Realty Trust |
| NJ | New Jersey American Water Company, et al. v. Amerada Hess Corp. et al. | 04-CV-1726 | Borough of Penns Grove<br>City of Bridgeton<br>City of Camden<br>City of Gloucester City<br>Township of Winslow<br>Elizabethtown Water Company<br>Little Egg Harbor Township<br>Mount Holly Water Company<br>Mount Laurel Municipal Utilities Authority<br>New Jersey American Water Company, Inc.<br>Penns Grove Water Supply Company, Inc.<br>Point Pleasant<br>Southeast Morris County Municipal Utilities Authority<br>Township of Montclair<br>United Water Arlington Hills, Inc.<br>United Water Hampton, Inc.<br>United Water New Jersey, Inc.<br>United Water Toms River, Inc.<br>United Water Vernon Hills, Inc. |
| NJ | City of Vineland Water-Sewer Utility v. Amerada Hess Corp., et al | 05-CV-9070 | City of Vineland |
| NM | State of New Mexico ex re. Patricia A. Madrid, Attorney General v. Atlantic Richfield, et al | 06-CV-380 | People of the State of New Mexico Through the Office of the Attorney General |

Exhibit A to the Settlement Agreement -- List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients Involved in the case |
|---|---|---|---|
| NY | Roslyn Water District v. Amerada Hess Corp. et al. | 04-CV-5422 | Roslyn Water District |
| NY | County of Nassau v. Amerada Hess Corp. et al. | 03-CV-9543 | County of Nassau |
| NY | Franklin Square Water District v. Amerada Hess Corp. et al. | 04-CV-1281 | Franklin Square Water District |
| NY | Hicksville Water District v. Amerada Hess Corp. et al. | 04-CV-1278 | Hicksville Water District |
| NY | County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp. et al. | 03-CV-5424 | County of Suffolk<br>Suffolk County Water Authority |
| NY | Incorporated Village of Sands Point v. Amerada Hess Corp. et al. | 04-CV-3416 | Incorporated Village of Sands Point |
| NY | Long Island Water Corp., v. Amerada Hess Corp. et al. | 04-CV-02068 | Long Island Water Corp. |
| NY | Port Washington Water District v. Amerada Hess Corp. et al. | 04-CV-03415 | Port Washington Water District |
| NY | Town of Wappinger v. Amerada Hess Corp. et al. | 04-CV-2388 | Town of Wappinger |
| NY | United Water New York v. Amerada Hess Corp. et al. | 04-CV-2389 | United Water New York |
| NY | Village of Pawling v. Amerada Hess Corp. et al. | 04-CV-2390 | Village of Pawling |
| NY | Water Authority of Great Neck North v. Amerada Hess Corp. et al. | 04-CV-01727 | Water Authority of Great Neck North |
| NY | Water Authority of Western Nassau v. Amerada Hess Corp. et al. | 03-CV-9544 | Water Authority of Western Nassau |
| PA | Northampton Buck County Municipal Authority v. Amerada Hess Corp., et al. | 04-CV-1781 | Northampton Buck County Municipal Authority |
| VA | Greensville County Water and Sewer Authority v. Amerada Hess Corp., et al. | 04-CV-0854 | Greensville County Water and Sewer Authority |
| VA | Buchanan County School Board v. Amerada Hess Corp., et al. | 04-CV-03418 | Buchanan County School Board |
| VA | Patrick County School Board v. Amerada Hess Corp., et al. | 04-CV-02070 | Patrick County School Board |
| VT | Town of Hartland, County of Windsor v. Amerada Hess Corp., et al. | 04-CV-2072 | Town of Hartland |
| VT | Craftsbury Fire District #2 v. Amerada Hess Corp., et al. | 04-CV-03419 | Craftsbury Fire District #2 |
| WV | Town of Matoaka, West Virginia & Matoaka Water Systems v. Amerada Hess Corp., et al. | 04-CV-03420 | Town of Matoaka |
| WI | Capital Credit Union v. Atlantic Richfield Company, et al. | 06-CV-3752 | Capital Credit Union |
| WI | Coffey Insurance Services v. Atlantic Richfield Company, et al. | 06-CV-3570 | Coffey Insurance Services |
| WI | St. Nicholas Parish v. Atlantic Richfield Company, et al. | 06-CV-3742 | St. Nicholas Parish |

Exhibit A to the Settlement Agreement – List of Settling Plaintiffs and Cases

| State | Case Name | Cause No. | Clients involved in the case |
|---|---|---|---|
| WI | Abrahamson v. Amerada Hess, et al. | 06-CV-3753 | *Abrahamson: See attached list for client names |
| WI | Freedom Sanitary District #1 v. Amerada Hess, et al. | 06-CV-3751 | Freedom Sanitary District |
| WI | Town of Freedom v. Amerada Hess, et al. | 06-CV-3754 | Town of Freedom |

# Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| 1 | Brenda Abrahamson |
|---|---|
| 2 | Dawn Abrahamson |
| 3 | Diane Abrahamson |
| 4 | Lennert M. Abrahamson |
| 5 | Allison K. Anderle |
| 6 | Judith Anderle |
| 7 | Paul I. Anderle |
| 8 | Kevin Joseph Anderson |
| 9 | Dean Joseph Arnoldussen |
| 10 | Heidi Elizabeth Austin |
| 11 | Patricia Ann Austin |
| 12 | Becky Anne Baneck |
| 13 | Jodi Baneck |
| 14 | Kurt R. Baneck |
| 15 | Kyle Joseph Baneck |
| 16 | Lance W. Baneck |
| 17 | Michelle Marie Baneck |
| 18 | Karleen Barker, Parent/Legal Guardian for Amie Barker, a Minor |
| 19 | Karleen Barker, Parent/Legal Guardian for Jonathon Barker, a Minor |
| 20 | Karleen A. Barker |
| 21 | Tony Joseph Baumann |
| 22 | Curt A. Bellin |
| 23 | Julie A. Bellin |
| 24 | Darcie Rose Bevers |
| 25 | Darcie Bevers, Parent/Legal Guardian for Kerstin Brooke Bevers |
| 26 | Michael Jaye Bevers |
| 27 | Carol Jean Bichel |
| 28 | Dale And Wenda Bougie, individually and as Parents/Legal Guardians for Cassie and Whitney Bougie, Minors |
| 29 | Elena L. Bougie |
| 30 | Paul Bowers, individually and as Parent/Legal Guardian for Kevin Bowers, a Minor |
| 31 | Kristina Kay Bowers |
| 32 | Nicole Bowers |
| 33 | Robby J. Bowers |
| 34 | Diane M. Brockman |
| 35 | Eunice Anne Brockman |
| 36 | Daniel R. T. Brownson |
| 37 | Billie Buelow |
| 38 | Cheryl L. Buelow |
| 39 | Tara Lynn Buelow |
| 40 | Tony Buelow |
| 41 | Troy Anthony Buelow |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| 42 | Amy J. Butler |
|---|---|
| 43 | Francie J Coffey |
| 44 | Deann L. Conrad |
| 45 | Joni Conrad |
| 46 | Robert Conrad |
| 47 | Heather M. Coonen |
| 48 | Jill Marie Cropsey |
| 49 | Nicole Lee Cummings |
| 50 | Adam B. Kust |
| 51 | Dennis Ray Damrau |
| 52 | Wendy Elaine Damrau |
| 53 | Kelly Marie Dassow |
| 54 | William J. Daul, II |
| 55 | Adam David Debruin |
| 56 | Jessica Suzanne Debruin |
| 57 | Gail L. Denkins |
| 58 | Jeffery L. Denkins |
| 59 | Mathew John Denkins |
| 60 | Michael Clarence Denkins |
| 61 | Minor |
| 62 | Daniel A. Desotell |
| 63 | Susan Mae Desotell |
| 64 | Amanda Diedrick |
| 65 | Dale J. Diedrick, as Parent/Legal Guardian for Derrick J. Diedrick, a Minor |
| 66 | Elaine Clara Diedrick |
| 67 | Jeffrey Diedrick |
| 68 | Dorothy B. Dunahee |
| 69 | Barbara Elliott |
| 70 | Elizabeth Evers |
| 71 | Viola Ann Evers |
| 72 | Elsie D. Farrell |
| 73 | Joan Frederickson |
| 74 | Eileen Adela Funk |
| 75 | Catherine Anne Garvey |
| 76 | James P. Garvey |
| 77 | Matthew James Garvey |
| 78 | Dixie Geiger |
| 79 | Daryl Joseph Gerritts |
| 80 | Robert M. Geurts |
| 81 | Stephen Lewis Gillespie |
| 82 | Donna Mae Gonnering, Parent/Legal Guardian for Allie Jo Gonnering, a Minor |
| 83 | Amber Gonnering |

# Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| 84 | Bruce E. Gonnering |
|---|---|
| 85 | Donna Mae Gonnering |
| 86 | Gary J. Gonnering |
| 87 | Jared Gonnering |
| 88 | Donna Mae Gonnering, Parent/Legal Guardian for Leah Marie Gonnering, a Minor |
| 89 | Orville R. Gonnering |
| 90 | Garry Gonnering, Parent/Legal Guardian for Whitney Gonnering, a Minor |
| 91 | Cynthia K. Green |
| 92 | Germeine Green |
| 93 | Minor |
| 94 | John Green |
| 95 | Mark Patrick Green, individually and as Parent/Legal Guardian for Austin William Green and Derrick Thomas Green, Minors |
| 96 | Sara Ann Green |
| 97 | Aren J. Greiner |
| 98 | Debra Jean Greiner |
| 99 | Heather Lynn Greiner |
| 100 | Lynn M. Greiner |
| 101 | Nicholas M. Greiner |
| 102 | Ronald Eugene Greiner |
| 103 | Rose M. Greiner |
| 104 | Jason D. Haase |
| 105 | Linda M. Haase |
| 106 | Laurie Hanson |
| 107 | Monika Heilman |
| 108 | Robert G. Heilman |
| 109 | Natalie Heinan |
| 110 | Brian Patrick Heindl |
| 111 | Henry W. Hendricks |
| 112 | Carie Hiller, individually and as Parent/Legal Guardian for Jordan Richard Hiller and Natasha Marie Hiller, Minors |
| 113 | Irene R. Horn |
| 114 | Anna Mae Huss |
| 115 | Connie Huss |
| 116 | Emil M. Huss |
| 117 | Mark J. Huss |
| 118 | Lynn Ihde, as Parent/Legal Guaradian for Cory Ray Ihde, a Minor |
| 119 | Amy Marie Ihde |
| 120 | Craig M. Ihde |
| 121 | Karlene Janssen |
| 122 | Jennifer Jochman |
| 123 | Angela L. Kempen |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 124 | Craig R. Knuth, individually and as Parent/Legal Guardian for Bennett J. Knuth, a Minor |
| 125 | Timothy G. Konitzer |
| 126 | Kimberly Konkle |
| 127 | Melissa Ann Kozlovsky |
| 128 | Nancy A. Kozlovsky, individually and as Parent/Legal Guardian for Sarah Marie Kozlovsky, a Minor |
| 129 | Kayla Krueger |
| 130 | Lynn M. Krueger, individually and as Parent/Legal Guardian for Cole Thomas Krueger and Ty Jeffery Krueger, Minors |
| 131 | Nicole Krueger |
| 132 | Sara Krueger |
| 133 | Thomas Lee Krueger |
| 134 | Brian Kust and Karen Jean Kust, individually and as Parents/Legal Guardians for Emily J. Kust, Katie J. Kust, and Robert Brian Kust, Minors |
| 135 | Colleen Mary Laha |
| 136 | Stacy M. Landsverk |
| 137 | Crystal J. Liebergen |
| 138 | Donna M. Liebergen |
| 139 | Michael J. Liebergen |
| 140 | Tammy Jeriann Lim |
| 141 | Timothy James Maass, individually and as Parent/Legal Guardian for Aaron Maass and Eric T. Maass, Minors |
| 142 | Glenn Alen Manthei |
| 143 | Angie L. Margvahl |
| 144 | Dana M. McHugh, individually and as Parent/Legal Guardian for Faith Maryann McHugh, a Minor |
| 145 | Jeremy F. McHugh |
| 146 | Lois McMorrow |
| 147 | Jennifer McSorley |
| 148 | Gary T. Meulemans |
| 149 | James Joseph Meulemans |
| 150 | Mary Kay Meulemans |
| 151 | Ruth Meulemans |
| 152 | Dawn L. Midbon |
| 153 | Jonathan M. Miller |
| 154 | William Ray Miller |
| 155 | Jesse Roland Mondloch |
| 156 | Patsy A. Mondloch |
| 157 | Steven J. Mondloch |
| 158 | Mary S. Murphy |
| 159 | Thomas John Murphy |
| 160 | Cara Jean Nackers |

# Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 161 | Dana L. Newhouse |
| 162 | Donald W. Newhouse |
| 163 | Shirley Newhouse |
| 164 | Stephanie Lynn Ohme |
| 165 | Lisa M. Oliver |
| 166 | Christopher James Oudenhoven |
| 167 | Joan Marie Oudenhoven |
| 168 | Keith Michael Oudenhoven |
| 169 | Kevin Ray Oudenhoven |
| 170 | Linda Mae Oudenhoven |
| 171 | Steve Robert Oudenhoven |
| 172 | Christina L. Presteen |
| 173 | Catherine A. Randerson, individually and as Parent/Legal Guardian for Benjamin Randerson, Emily S. Randerson and Justin Randerson, Minors |
| 174 | Marjorie N. Randerson |
| 175 | Mark Jay Randerson |
| 176 | Paul Michael and Kelly Joel Randerson, individually and as Parent/Legal Guardian for Hayley R. Randerson, a Minor |
| 177 | Melissa Lynn Richards, individually and as Parent/Legal Guardian for Katelyn Rose Richards, a Minor |
| 178 | Gina M. Richert |
| 179 | Michael Rickert |
| 180 | Kiley M. Rickert |
| 181 | Mary Jo Rooyakkers |
| 182 | Dale Rude, Parent/Legal Guardian for Samantha Taylor Rude, a Minor |
| 183 | Dennis M. Ryan |
| 184 | Kathleen M. Schiltz, individually and as Parent/Legal Guardian for Katelyn Schiltz, and Krystal Schiltz, Minors |
| 185 | Marilyn L. Schindler |
| 186 | Terry Schuh, as Parent/Legal Guardian for Eric Schuh, a Minor |
| 187 | Merlin J. Schuh |
| 188 | Sharon Schuh |
| 189 | Barbara M. Seegers |
| 190 | Joe Simons |
| 191 | Ashley Smith |
| 192 | Kylie Jo Smith |
| 193 | Nancy Margaret Smith |
| 194 | Nicholas Smith |
| 195 | Joyce A. Smudde |
| 196 | Leanne Springstroh |
| 197 | Jessica Steenwyk |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 198 | Jeffrey Jay Sturm, individually and as Parent/Legal Guardian for Karissa Fleischman, a Minor |
| 199 | Donna Marie Tank |
| 200 | Norbert A. Techlin |
| 201 | Crystal Marie Tiedt |
| 202 | Brad Robert Valentine |
| 203 | Bret J. Valentine |
| 204 | Curtis Valentine |
| 205 | Exilda C. Valentine |
| 206 | Valerie Valentine |
| 207 | Brandon Van Asten |
| 208 | Ashley Van Boxtel |
| 209 | Neil J. Van Boxtel, individually and as Parent/Legal Guardian for Alex Van Boxtel and Arica Van Boxtel, Minors |
| 210 | Douglas Robert Van Den Bosch |
| 211 | Kim Marie Van Den Bosch'Jones |
| 212 | Paula Ann Van Dyn Hoven, individually and as Parent/Legal Guardian for Julie Van Dyn Hoven, a Minor |
| 213 | Robert O. Van Eperen, individually and as Parent/Legal Guardian for Ashleigh J. Van Eperen, a Minor |
| 214 | David Van Handel |
| 215 | Gary Van Hoof |
| 216 | Helen M. Van Rooy |
| 217 | John L. Van Rooy |
| 218 | Shannon James Vande Voort |
| 219 | William Vanden Berg |
| 220 | Jana M. Vandenburg |
| 221 | Bradley A. Vandenberg |
| 222 | Charlotte Marie Vandenberg |
| 223 | Dan William Vandenberg, individually and as Parent/Legal Guardian for Amanda Marie Vandenberg |
| 224 | Daniel John Vandenberg |
| 225 | David Alan Vandenberg |
| 226 | Diane Mary Vandenberg, individually and as Parent/Legal Guardian for Troy Terry Vandenberg |
| 227 | Jason Daniel Vandenberg |
| 228 | Judith L. Vandenberg |
| 229 | Lisa Lynn Vandenberg |
| 230 | Robert J. Vandenberg |
| 231 | Sara Marie Vandenberg |
| 232 | Terry John Vandenberg |
| 233 | Cathy Mary Vander Logt |

# Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 234 | Christina Vanhandel |
| 235 | Nancy Vanhandel, as Parent/Legal Guardian for Gary M. Vanhandel and Stacy M. Vanhandel, Minors |
| 236 | Stephanie Reybrock Vanhoof |
| 237 | Joseph John Vanrooy |
| 238 | Catherlnej.Vanvreede |
| 239 | Bruce Verhasselt |
| 240 | Jill Verhasselt |
| 241 | Kenneth J. Verhasselt as Parent/Legal Guardian for Carly Verhasselt, Chad Verhasselt, Derek J. Verhasselt, and Nicole Marie Verhasselt, Minors |
| 242 | Michael J. Verhasselt |
| 243 | Steve J. Verhasselt, individually and as Parent/Legal Guardian for Colin J. Verhasselt and Kylle A. Verhasselt, Minors |
| 244 | Vicky Lynn Verhasselt |
| 245 | Andy Verkuilen |
| 246 | Bill Verkuilen |
| 247 | Gregory Verkuilen |
| 248 | Anthony James Vosters-Bucholtz |
| 249 | James Weyenberg |
| 250 | Janet Weyenberg |
| 251 | Amy J. Wiese |
| 252 | Judith Ellen Wilson |
| 253 | Janice Ziesemer |
| 254 | Jill Ziesemer |
| 255 | Erin Anderle Zimmer |
| 256 | Brian M. Zuleger |
| 257 | Chad David Zuleger |
| 258 | Kristy Ann Alvarado |
| 259 | Ryan Michael Anderle |
| 260 | Danny J. Baneck |
| 261 | Jake J. Baneck |
| 262 | Katie L. Bosshart |
| 263 | Stephen Ray Bosshart |
| 264 | Elena L. Bougie |
| 265 | Judy Bowers, Parent/Legla Guardian for Cory Robert Bowers, a Minor |
| 266 | Ruth Ann Boyea |
| 267 | Kendilyn Brockman |
| 268 | Kendilyn Brockman |
| 269 | Daniel R. T. Brownson |
| 270 | Jessica Ann Calaway |
| 271 | Amy Sue Calmes |
| 272 | Jesse James Calmes |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 273 | Melissa Ann Calmes |
| 274 | Tyler John Calmes |
| 275 | Rene Coenen |
| 276 | Eric Ray Damrau |
| 277 | Bruce M. Daul |
| 278 | Darin M. Daul |
| 279 | Duston M. Daul |
| 280 | Mary Ann Daul |
| 281 | Elizabeth Ann Edelberg |
| 282 | Juanita Marie Frankfurth |
| 283 | Alan H. Garvey |
| 284 | Susan Garvey, Parent/Legal Guardian for Briana R. Garvey, a Minor |
| 285 | Jason Robert Garvey |
| 286 | Susan Garvey, Parent/Legal Guardian for Kalyn G. Garvey, a Minor |
| 287 | Susan A. Garvey |
| 288 | Tonya Lynn Garvey |
| 289 | Sue Geiger, Parent/Legal Guardian for Amber Louise Geiger, a Minor |
| 290 | Sue Geiger, Parent/Legal Guardian for Ashley Elizabeth Geiger, a Minor |
| 291 | Kyle Jeffrey Geiger |
| 292 | Travis Michael Geiger |
| 293 | Ali Francis Gerow |
| 294 | Rory Robert Gerow |
| 295 | Deena Marie Gerritts |
| 296 | Travis Michael Gerritts |
| 297 | Tyler Joseph Gerritts |
| 298 | Adam Lee Geurts |
| 299 | Adam Lee Geurts |
| 300 | Mary Geurts, Parent/Legal Guardian for Ashley A. Geurts, a Minor |
| 301 | Emmy Louise Geurts |
| 302 | Emmy Louise Geurts |
| 303 | John A. Geurts |
| 304 | Nicole M. Geurts |
| 305 | Alex Scott Gray |
| 306 | Barb Greiner, Parent/Legal Guardian for Dylan Greiner, a Minor |
| 307 | Barb Greiner, Parent/Legal Guardian for Emily Greiner, a Minor |
| 308 | Daniel Lester Halase |
| 309 | Kelly Lynn Heiptas, Parent/Legal Guardian for Cole Brian Heiptas, a Minor |
| 310 | Kelly Lynn Heitpas |
| 311 | Tony Lee Jochman |
| 312 | Ned E. Johnson |
| 313 | Michelle Renee Kettner |
| 314 | Fran Kieffer |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 315 | Donna Kolb, Parent/Legal Guardian for Kelsey Rose Kolb, a Minor |
| 316 | Donna Kolb, Parent/Legal Guardian for Lacey Marie Kolb, a Minor |
| 317 | Taylor Jeffrey Kolb |
| 318 | Keith R. Krueger |
| 319 | James Hamilton Lienlokken |
| 320 | Stephanie A. Linsmeyer |
| 321 | Roy R Mielke |
| 322 | Mike Moser |
| 323 | Kelly M. Ohme |
| 324 | Karen Planert |
| 325 | Janet Georgia Reed |
| 326 | Janet Georgia Reed, Parent/Legal Guardian for Matthew Reed, a Minor |
| 327 | Robert A. Reed |
| 328 | Timothy Reed |
| 329 | Steve William Reinke |
| 330 | Seth Reuter |
| 331 | Heather Lynn Rickert |
| 332 | Marcie Rose Roberts |
| 333 | Jodi Ann Roskowski |
| 334 | Rebecca Jane Rossel |
| 335 | Gary Patrick Scheuerell |
| 336 | Lisa Ann Scheuerell |
| 337 | Rita Elizabeth Scheuerell |
| 338 | Steven Patrick Scheuerell |
| 339 | Anna Schlimm |
| 340 | Daniel Schlimm |
| 341 | Thomas Robert Schlimm |
| 342 | Beth Schuh |
| 343 | Beth Schuh, Parent/Legal Guardian for Jamie Schuh, a Minor |
| 344 | Kara J. Schuh |
| 345 | Kent James Schuh |
| 346 | Kim Louise Schuh |
| 347 | Kirk Robert Schuh |
| 348 | Robert N. Schuh |
| 349 | Scott Schuh |
| 350 | Sharon R. Schuh |
| 351 | Wendi K. Schumacher |
| 352 | Renee Marie Senso |
| 353 | Amanda Lee Sonnenburg |
| 354 | Peter Starzewski |
| 355 | Gerald Tank |
| 356 | Gerald Tank, Parent/Legal Guardian for Jeremiah J. Tank, a Minor |

## Exhibit A to Settlement Agreement - List of Abrahamson (WI) Plaintiff

| | |
|---|---|
| 357 | Gerald Tank, Parent/Legal Guardian for Justin J. Tank, a Minor |
| 358 | David Templeton |
| 359 | Candie Marie Thomas |
| 360 | Patricia Van Eperen, Parent/Legal Guardian for Erik W. Van Eperen, a Minor |
| 361 | Jodi Catherine Van Vreede |
| 362 | Alissa Marie Vancamp |
| 363 | Cory L. Vancamp |
| 364 | Peggy Vancamp, Parent/Legal Guardian for Kevin Patrick Vancamp, a Minor |
| 365 | Dana Lynn Vandenberg |
| 366 | Judy Lynn Vandenbroek |
| 367 | Craig H. Vander Loop |
| 368 | Patricia Van Eperen, Parent/Legal Guardian for Jill M Vaneperen, a Minor |
| 369 | Lyle Peter Vanrossum |
| 370 | Theresa Marie Vanrossum |
| 371 | Michael John Vansambeek |
| 372 | John J. Vansambeek, Parent/Legal Guaridan for Robert John Vansambeek, a Minor |
| 373 | Gary S. Vosters |
| 374 | Debbie Elizabeth Wagner |
| 375 | Daniel Joseph Wisneski |
| 376 | Nicole Marie Wisneski |
| 377 | Brad Ziesemer |
| 378 | Gregory G. Ziesemer |