USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-99

----------------------------------------------------------- X
This Document Relates To:
----------------------------------------------------------- X

*Brenda Abrahamson, et al. v. Amerada Hess Corporation, et al. 06 Civ. 3753*

----------------------------------------------------------- X

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court hereby dismisses without prejudice the claims of the plaintiffs listed on the attached Exhibit A, with each party bearing its own costs.

ENTERED this 27 day of May, 2008

/s/ Shira A. Scheindlin

HONORABLE SHIRA A. SCHEINDLIN

# Exhibit A

1. Kerstin Brooke Bevers
2. Michael Jaye Bevers
3. Megan Kay Bowers
4. Diane M. Brockman
5. Elsie Farrell
6. Justin Jeffrey Green
7. Daniel Lester Halase
8. Adam James Heindel
9. Cindy Lynn Heindel
10. Cole Brian Heiptas
11. Amy Jansen
12. Sarah Klarner
13. Kristin L. Lillie
14. Karen McGrath
15. Lisa Meulemans
16. Barbara Rose Micke
17. Rachel Murphy
18. Wren Marie Murphy, Minor
19. Katelyn Rose Richards
20. Jodi Ann Roskowski
21. Sandra Marie Vandenhoogen
22. Thomas Joseph Vandenhoogen
23. Michael Greiner
24. Shari Greiner
25. Norman VanBeek
26. Carly Verhasselt
27. Chad Verhasselt
28. Chrystal Verhasselt
29. Colin J. Verhasselt
30. Kenneth Verhasselt
31. Debbie Elizabeth Wagner
32. James Weyenberg