USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL     Master File No. 1:00-1898
ETHER PRODUCTS LIABILITY        MDL 1358 (SAS)
LITIGATION                                      M21-88

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-0312

---------------------------------------------------- X

### STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 28, 2007, Plaintiffs filed a Second Amended Complaint in this action in the Superior Court of New Jersey for Mercer County, Docket Number MER-L-1622-07;

Whereas this action has now been incorporated into MDL 1358;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including August 1, 2008 for Rosemore Inc.

Dated: May 30, 2008  **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
   Ben M. Krowicki (BK0640)
   One State Street
   Hartford, CT 06103-3178
   T: 860.240.2700
   F: 860.240.2818
   ben.krowicki@bingham.com

   Cynthia M. Guizzetti (admitted *pro hac vice*)
   150 Federal Street
   Boston, MA 02110
   T: 617.951.8000
   F: 617.951.8736
   cynthia.guizzetti@bingham.com

   Jessica S. Boar (JB5755)
   399 Park Avenue
   New York, NY 10022-4689
   T: 212.705.7000
   F: 212.752.5378
   jessica.boar@bingham.com

   *Attorneys for Rosemore Inc.*

**Anne Milgram**
**Attorney General of New Jersey**

BY: /s/ Richard F. Engel
   Richard F. Engel
   Deputy Attorney General

**COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
   Leonard Z. Kaufmann
   Park 80 Plaza West-One
   Saddle Brook, NJ 07663

-2-

A/72485033.2

T: 201.845.9600
F: 201.845.9423
lzk@njlawfirm.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: 6/1/08

_____
U.S.D.J.

-3-

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 30th day of May 2008.

/s/ Ben M. Krowicki
Ben M. Krowicki