USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

ORDER

This document relates to:

*County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp., et al.*

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

### CASE MANAGEMENT ORDER #38
(Pre-Trial Deadlines)

In Case Management Order # 37, the Court set certain pre-trial deadlines for the *County of Suffolk* case. A Settlement Agreement has been reached among certain plaintiffs, including the plaintiffs in the *County of Suffolk* case, and certain defendants, including the defendants in the *County of Suffolk* case listed below (collectively the "Settling Defendants"). The Settlement Agreement is contingent at this time. Taking account of the Settlement Agreement, the Court hereby ORDERS that the pre-trial deadlines in Case Management Order # 37 do not apply to the Settling Defendants, and that pre-trial deadlines for the Settling Defendants in the *County of Suffolk* case may be set in a subsequent order if and when necessary.

For purposes of this order, the Settling Defendants are as follows: Hess Corp.; Ashland Inc.; Atlantic Richfield Company; BP Amoco Chemical Company; BP Products North America Inc.; Chevron Corporation; Chevron USA Inc.; CITGO Petroleum Corporation; CITGO Refining and Chemicals Company LP; Coastal Eagle Point Oil Company; Coastal Oil New England; ConocoPhillips Company; El Paso Merchant Energy-Petroleum Company; Equilon Enterprises, LLC; Flint Hills Resources, LP; LYONDELL CITGO Refining L.P.; Marathon Petroleum

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1850

Company LLC; Marathon Oil Company; Motiva Enterprises, LLC; The Premcor Refining Group, LLC; PDV Midwest Refining, LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company, LLC; Shell Petroleum Inc.; Shell Trading (US) Company; Sunoco, Inc.; Sunoco, Inc. (R&M); Texaco Inc.; Texaco Refining and Marketing Inc.; Texaco Refining and Marketing (East) Inc.; TMR Company; Tosco Corporation; Valero Energy Corporation; Valero Marketing and Supply Company; Valero Refining and Marketing Company; and Valero Refining Company.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
June 3, 2008