

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------X

This Document Relates To:

------------------------------------------------------------X

*Brenda Abrahamson, et al. vs. Amerada Hess Corporation, et al.*, 06 Civ. 3753

------------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

[PROPOSED] ORDER
APPROVING PETITION
FOR APPROVAL OF
SETTLEMENT FOR
MINOR CHILDREN

The Court has considered the Petition for Court Approval of Settlements for Minor Children identified in Exhibit "A" in the above-entitled action.

Therefore, the Court finds that the settlement funds for the minor children are in the best interest of the minor children, are fair and reasonable, and are approved.

**WHEREFORE, IT IS ORDERED** that the Petition for Court Approval of Settlements for Minor Children identified in Exhibit "A" is hereby approved.

DATED: _June 3_, 2008.

IT IS SO ORDERED:

_____
The Honorable Shira A. Scheindlin

# EXHIBIT A

# Exhibit A

| Minor Plaintiff | Gross Settlement Amount | Fee % | Attys Fees | Expenses | Net to Client |
|---|---|---|---|---|---|
| Barker, Amie | 25,220.00 | 33 1/3 | 8,406.67 | 322.41 | 16,490.92 |
| Barker, Jonathon | 25,220.00 | 33 1/3 | 8,406.67 | 322.41 | 16,490.92 |
| Bougie, Cassie | 25,220.00 | 33 1/3 | 8,406.67 | 324.82 | 16,488.51 |
| Bougie, Whitney | 25,220.00 | 33 1/3 | 8,406.67 | 324.81 | 16,488.52 |
| Bowers, Cory Robert | 25,220.00 | 33 1/3 | 8,406.67 | 335.10 | 16,478.23 |
| Bowers, Kevin | 25,220.00 | 33 1/3 | 8,406.67 | 322.41 | 16,490.92 |
| Bowers, Nicole | 25,220.00 | 33 1/3 | 8,406.67 | 322.41 | 16,490.92 |
| Brockman, Aaron J. | 25,220.00 | 33 1/3 | 8,406.67 | 338.26 | 16,475.07 |
| Desotell, Brandon D. | 25,220.00 | 33 1/3 | 8,406.67 | 322.41 | 16,490.92 |
| Diedrick, Derrick J | 25,220.00 | 33 1/3 | 8,406.67 | 344.63 | 16,468.70 |
| Fleischman, Karissa | 25,220.00 | 33 1/3 | 8,406.67 | 336.08 | 16,477.25 |
| Garvey, Briana R. | 25,220.00 | 33 1/3 | 8,406.67 | 356.51 | 16,456.82 |
| Garvey, Kalyn G. | 25,220.00 | 33 1/3 | 8,406.67 | 344.62 | 16,468.71 |
| Geiger, Amber Louise | 25,220.00 | 33 1/3 | 8,406.67 | 334.59 | 16,478.74 |
| Geiger, Ashley Elizabeth | 25,220.00 | 33 1/3 | 8,406.67 | 338.58 | 16,474.75 |
| Gerow, Ali Francis | 25,220.00 | 33 1/3 | 8,406.67 | 408.64 | 16,404.69 |
| Geurts, Ashley A. | 25,220.00 | 33 1/3 | 8,406.67 | 341.47 | 16,471.86 |
| Geurts, Nicole M. | 25,220.00 | 33 1/3 | 8,406.67 | 327.80 | 16,485.53 |
| Gonnering, Allie Jo | 25,220.00 | 33 1/3 | 8,406.67 | 343.87 | 16,469.46 |
| Gonnering, Leah Marie | 25,220.00 | 33 1/3 | 8,406.67 | 330.20 | 16,483.13 |
| Gonnering, Whitney | 25,220.00 | 33 1/3 | 8,406.67 | 343.87 | 16,469.46 |
| Green, Austin William | 25,220.00 | 33 1/3 | 8,406.67 | 343.87 | 16,469.46 |
| Green, Derrick Thomas | 25,220.00 | 33 1/3 | 8,406.67 | 330.20 | 16,483.13 |
| Greiner, Dylan | 25,220.00 | 33 1/3 | 8,406.67 | 337.22 | 16,476.11 |
| Greiner, Emily | 25,220.00 | 33 1/3 | 8,406.67 | 320.82 | 16,492.51 |
| Hiller, Jordan Richard | 25,220.00 | 33 1/3 | 8,406.67 | 323.15 | 16,490.18 |
| Hiller, Natasha Marie | 25,220.00 | 33 1/3 | 8,406.67 | 322.37 | 16,490.96 |
| Ihde, Cory Ray | 25,220.00 | 33 1/3 | 8,406.67 | 342.83 | 16,470.50 |
| Knuth, Bennett J. | 25,220.00 | 33 1/3 | 8,406.67 | 336.82 | 16,476.51 |
| Kolb, Kelsey Rose | 25,220.00 | 33 1/3 | 8,406.67 | 358.37 | 16,454.96 |
| Kolb, Lacey Marie | 25,220.00 | 33 1/3 | 8,406.67 | 344.62 | 16,468.71 |
| Kolb, Taylor Jeffrey | 25,220.00 | 33 1/3 | 8,406.67 | 361.70 | 16,451.63 |
| Kozlovsky, Sarah Marie | 25,220.00 | 33 1/3 | 8,406.67 | 323.15 | 16,490.18 |
| Krueger, Cole Thomas | 25,220.00 | 33 1/3 | 8,406.67 | 336.04 | 16,477.29 |
| Krueger, Ty Jeffery | 25,220.00 | 33 1/3 | 8,406.67 | 322.37 | 16,490.96 |
| Kust, Emily J. | 25,220.00 | 33 1/3 | 8,406.67 | 322.37 | 16,490.96 |
| Kust, Katie J. | 25,220.00 | 33 1/3 | 8,406.67 | 322.37 | 16,490.96 |
| Maass, Aaron | 25,220.00 | 33 1/3 | 8,406.67 | 338.77 | 16,474.56 |
| Maass, Eric T. | 25,220.00 | 33 1/3 | 8,406.67 | 322.37 | 16,490.96 |
| McHugh, Faith Maryann | 25,220.00 | 33 1/3 | 8,406.67 | 323.39 | 16,489.94 |
| Randerson, Benjamin | 25,220.00 | 33 1/3 | 8,406.67 | 336.03 | 16,477.30 |
| Randerson, Emily S. | 25,220.00 | 33 1/3 | 8,406.67 | 322.36 | 16,490.97 |
| Randerson, Hayley R. | 25,220.00 | 33 1/3 | 8,406.67 | 357.73 | 16,455.60 |
| Randerson, Justin | 25,220.00 | 33 1/3 | 8,406.67 | 322.36 | 16,490.97 |
| Reed, Matthew | 25,220.00 | 33 1/3 | 8,406.67 | 319.99 | 16,493.34 |
| Reed, Timothy | 25,220.00 | 33 1/3 | 8,406.67 | 319.99 | 16,493.34 |
| Rude, Samantha Taylor | 25,220.00 | 33 1/3 | 8,406.67 | 367.97 | 16,445.36 |

## Exhibit A

| Minor Plaintiff | Gross Settlement Amount | Fee % | Attys Fees | Expenses | Net to Client |
|---|---|---|---|---|---|
| Schiltz, Katelyn | 25,220.00 | 33 1/3 | 8,406.67 | 336.03 | 16,477.30 |
| Schiltz, Krystal | 25,220.00 | 33 1/3 | 8,406.67 | 336.03 | 16,477.30 |
| Schuh, Eric | 25,220.00 | 33 1/3 | 8,406.67 | 347.60 | 16,465.73 |
| Schuh, Jamie | 25,220.00 | 33 1/3 | 8,406.67 | 335.16 | 16,478.17 |
| Tank, Jeremiah J. | 25,220.00 | 33 1/3 | 8,406.67 | 330.94 | 16,482.39 |
| Tank, Justin P. | 25,220.00 | 33 1/3 | 8,406.67 | 330.94 | 16,482.39 |
| Van Boxtel, Alex | 25,220.00 | 33 1/3 | 8,406.67 | 340.05 | 16,473.28 |
| Van Boxtel, Arica | 25,220.00 | 33 1/3 | 8,406.67 | 325.36 | 16,487.97 |
| Van Dyn Hoven, Julie | 25,220.00 | 33 1/3 | 8,406.67 | 338.60 | 16,474.73 |
| Van Eperen, Ashleigh J. | 25,220.00 | 33 1/3 | 8,406.67 | 326.38 | 16,486.95 |
| Van Eperen, Erik W. | 25,220.00 | 33 1/3 | 8,406.67 | 366.62 | 16,446.71 |
| VanCamp, Kevin Patrick | 25,220.00 | 33 1/3 | 8,406.67 | 348.14 | 16,465.19 |
| Vandenberg, Amanda Marie | 25,220.00 | 33 1/3 | 8,406.67 | 325.90 | 16,487.43 |
| VanEperen, Jill M | 25,220.00 | 33 1/3 | 8,406.67 | 410.83 | 16,402.50 |
| Vanhandel, Gary M. | 25,220.00 | 33 1/3 | 8,406.67 | 326.38 | 16,486.95 |
| Vanhandel, Stacy M. | 25,220.00 | 33 1/3 | 8,406.67 | 353.27 | 16,460.06 |
| VanSambeek, Michael John | 25,220.00 | 33 1/3 | 8,406.67 | 389.84 | 16,423.49 |
| VanSambeek, Robert John | 25,220.00 | 33 1/3 | 8,406.67 | 354.88 | 16,458.45 |
| Verhasselt, Derek J. | 25,220.00 | 33 1/3 | 8,406.67 | 326.38 | 16,486.95 |
| Verhasselt, Kylie A. | 25,220.00 | 33 1/3 | 8,406.67 | 324.72 | 16,488.61 |
| Verhasselt, Nicole Marie | 25,220.00 | 33 1/3 | 8,406.67 | 326.38 | 16,486.95 |
| Vosters-Bucholtz, Anthony James | 25,220.00 | 33 1/3 | 8,406.67 | 341.07 | 16,472.26 |