UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-0312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

---------------------------------------------------- X

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 28, 2007, Plaintiffs filed a Second Amended Complaint in this action in the Superior Court of New Jersey for Mercer County, Docket Number MER-L-1622-07;

Whereas this action has now been incorporated into MDL 1358;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

A/72485033.2

The time to answer or otherwise respond to the Complaint is hereby extended to and including August 1, 2008 for Rosemore Inc.

Dated: May 30, 2008            **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
Ben M. Krowicki (BK0640)
One State Street
Hartford, CT 06103-3178
T: 860.240.2700
F: 860.240.2818
ben.krowicki@bingham.com

Cynthia M. Guizzetti (admitted *pro hac vice*)
150 Federal Street
Boston, MA 02110
T: 617.951.8000
F: 617.951.8736
cynthia.guizzetti@bingham.com

Jessica S. Boar (JB5755)
399 Park Avenue
New York, NY 10022-4689
T: 212.705.7000
F: 212.752.5378
jessica.boar@bingham.com

*Attorneys for Rosemore Inc.*

**Anne Milgram**
**Attorney General of New Jersey**

BY: /s/ Richard F. Engel
Richard F. Engel
Deputy Attorney General

**COHN, LIFLAND, PEARLMAN,**
**HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
Leonard Z. Kaufmann
Park 80 Plaza West-One
Saddle Brook, NJ 07663

-2-

T: 201.845.9600
F: 201.845.9423
lzk@njlawfirm.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: June 5, 2008

_____
U.S.D.J.

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 30th day of May 2008.

/s/ Ben M. Krowicki
Ben M. Krowicki