UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JUDGE SCHEINDLIN

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |
| This relates to: Commonwealth of Puerto Rico, *et al.* v. Shell Oil Company, *et al.* | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/9/08 |

## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico

Environmental Quality Board, and Defendants ChevronTexaco Corporation and Chevron

International Oil Company Inc. (collectively "Chevron"), by counsel, hereby stipulate that the

deadline for Chevron to file any pleading or motion in response to the complaint in the above-

captioned case shall be extended to August 8, 2008.

Dated:  June 4, 2008                     Respectfully submitted,


                                         /s/ John K. Dema
                                         John K. Dema
                                         Scott E. Kauff
                                         Law Offices of John K. Dema, P.C.
                                         1236 Strand Street, Suite 103
                                         Chrisitansted, St. Croix
                                         U.S. Virgin Islands  00820-5008
                                         (340) 773-6142

                                         Attorneys for Plaintiffs

/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin, PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
Phone: (202) 204-3727
Fax: (202) 204-1001

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation and Chevron
International Oil Company Inc.

**SEEN AND APPROVED**

Date: June 6, 2008

/s/ Shira A. Scheindlin
Shira A. Scheindlin
United States District Judge