UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*County of Suffolk and Suffolk County Water Authority
v. Amerada Hess Corp., et al.*

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## ADDENDUM TO CASE MANAGEMENT ORDER #38

Lyondell Chemical Company and Equistar Chemicals, LP are included in the list of Settling Defendants under Case Management Order No. 38.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
June 5, 2008

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1876