

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE")** <br> **Products Liability Litigation** | **Master File No. 1:00 – 1898** <br> **MDL 1358 (SAS)** |
| **This relates to:** | |
| New Jersey Department of Environmental <br> Protection, *et al*. v. Atlantic Richfield Company, <br> *et al* | |

## STIPULATION AND ORDER

Plaintiffs, the New Jersey Department of Environmental Protection, Commissioner of the

New Jersey Department of Environmental Protection, and Administrator of the New Jersey Spill

Compensation Fund, and Defendant ChevronTexaco Corporation ("Chevron"), by counsel,

hereby stipulate that the deadline for Chevron to file any pleading or motion in response to the

complaint in the above-captioned case shall be extended to August 8, 2008.

Dated:  June 4, 2008                    Respectfully submitted,

                                        ANNE MILGRAM
                                        ATTORNEY GENERAL OF NEW JERSEY

                                        Attorney for Plaintiffs


                                        By: /s/ Richard F. Engel
                                            Richard F. Engel
                                            Deputy Attorney General

John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands  00820-5008
(340) 773-6142

Attorneys for Plaintiffs
Special Counsel to the NJ Attorney General


/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
(202) 204-3727

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation

**SEEN AND APPROVED**

Date:  June ___, 2008

Shira A. Scheindlin
United States District Judge

- 3 -