UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-99

------------------------------------------------------------- X

This Document Relates To:

------------------------------------------------------------- X

*City of Roseville v. Atlantic Richfield Company, et al.*, No. 04 Civ. 4971

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court hereby dismisses without prejudice the "threatened well" claims of *City of Roseville*, with each party bearing its own costs. Such dismissal is granted on the condition that Plaintiff will not assert claims against any Defendant unless and until any one of the following conditions occurs:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 1879

(1) MTBE or TBA is detected for the first time in any well owned or operated by Plaintiff or in water accessed by Plaintiff in its operations; or

(2) a federal or state agency issues to Plaintiff an order, judgment or directive requiring it to cease or limit operation of any well owned or operated by it due to the detection of MTBE or TBA in the vicinity of such well or in water accessed by such well; or

(3) a federal or state agency issues to Plaintiff an order, judgment or directive requiring it to remediate, cleanup or otherwise abate any detection of MTBE or TBA; or

(4) any change(s) in the statutory or regulatory laws affecting Plaintiff's potential ability to seek to recover damages from any Defendant for actual or imminently threatened contamination to groundwater from MTBE and/or TBA; or

(5) any new detections on or after May 6, 2008 of MTBE and/or TBA in the capture zone of a well(s) indicating wells are imminently threatened by MTBE and/or TBA. In the event that these detections occur, the Plaintiff must also have a report dated after May 6, 2008 from a qualified engineer, hydrogeologist, or other environmental consultant advising the Plaintiff that, in light of the new detections, specific well(s) are imminently threatened by MTBE and/or TBA.

**ENTERED** this  10  day of  June , 2008

HONORABLE SHIRA A. SCHEINDLIN