UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document pertains to:

*Orange County Water District v. Unocal Corp., et al.,* Case No. 04 Civ. 4968 (SAS).

------------------------------------------------------ X

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendants Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company (erroneously named as Tesoro Refining and Marketing Company, Inc.) (collectively, "Tesoro") to admit *pro hac vice* Allyson T. Sakai, Esq. of Bingham McCutchen LLP, and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Allyson T. Sakai, Esq. is admitted to practice before this Court *pro hac vice* on behalf of Tesoro in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of this Court.

Dated: 6/12/08

The Honorable Shira A. Scheindlin
United States District Judge

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1884

A/72548385.1/2018276-0000311328

Diana Pfeffer Martin
Direct Phone: (213) 680-6448
Direct Fax: (213) 680-6499
diana.martin@bingham.com

RECEIVED
CHAMBERS OF
JUN / 2008
JUDGE SCHEINDLIN

June 10, 2008

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**

The Honorable Shira A. Scheindlin
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
Room 1620
New York, NY 10007-1312

RE: **In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation MDL No. 1358; Master File C.A. No. 1:00-1898 (SAS), M21-88**
**This documents pertains to:** *Orange County Water District v. Unocal Corp., et al.*, **Case No. 04 CIV. 4968 (SAS)**

Dear Judge Scheindlin:

I have been previously admitted *pro hac vice* for the purposes of representing Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company (erroneously named as Tesoro Refining and Marketing Company, Inc.) (collectively, "Tesoro") in these cases. In accordance with the local rules of this Court, I respectfully request the admission *pro hac vice* of Allyson T. Sakai so that she may appear for and represent Tesoro in MDL 1358. Ms. Sakai is Counsel at Bingham McCutchen LLP.

Ms. Sakai is a member in good standing of the bar of the State of California. She is also admitted to practice before the United States District Court, Central District and Eastern District of California.

Pursuant to your Honor's individual Rules and Procedures, we have notified Plaintiff's liaison counsel, who have not objected to the proposed admission *pro hac vice* of Ms. Sakai. Accordingly, I have enclosed a proposed order granting Ms. Sakai admission *pro hac vice*, as well as the required fee.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

Diana Pfeffer Martin

cc: All Counsel of Record via LNFS

Boston
Hartford
Hong Kong
London

New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

213.680.6400
213 680 6499
bingham.com