USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

**UNITED STATES DISTRICT COURT**　　)
**SOUTHERN DISTRICT OF NEW YORK**　)
　　　　　　　　　　　　　　　　　　　)
_____　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**In re: Methyl Tertiary Butyl Ether**　)
**("MTBE") Products Liability Litigation**　)
　　　　　　　　　　　　　　　　　　　)
_____　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**This document relates to:** *County of Suffolk*　)
*and Suffolk County Water Authority v.*　)
*Amerada Hess Corp., et al.* **No. 04-CV-5424**　)
　　　　　　　　　　　　　　　　　　　)
_____　)

**ORDER**

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER #39
### (Pre-Trial Deadlines)

In Case Management Order #37, the Court set certain pre-trial deadlines for the *County of Suffolk* case. Tentative settlements have been reached among certain plaintiffs, including the plaintiffs in the *County of Suffolk* case, and certain defendants, including several defendants in the *County of Suffolk* case listed below (collectively the "Settling Defendants"). These tentative settlement agreements are in the process of being reduced to writing and will remain contingent on certain events. Consequently, the Court hereby ORDERS that the pre-trial deadlines in Case Management Order #37 do not apply to the Settling Defendants, and that the pre-trial deadlines for the Settling Defendants in the *County of Suffolk* case may be set in a subsequent order if and when necessary.

For the purposes of this order, the Settling Defendants are as follows: Crown Central LLC, successor by merger to Crown Central Petroleum Corporation; Irving Oil Limited; Irving Oil Corporation; Giant Yorktown, Inc.; and TOTAL PETROCHEMICALS USA, INC.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation　　　　　　　Doc. 1886

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          June 17, 2008