USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methy Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)

This document relates to:

*Plainview Water District v. Amerada Hess Corp., et al.,* 08 cv 0278

**Stipulation To Extend Plaintiff's Time To Respond to Certain Defendants' Motion to Dismiss Pursuant to 12(b)(1) For Want of Subject Matter Jurisdiction**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and the Moving Defendants by and between their respective counsel that:

Plaintiff's time to respond to Defendants' Motion to Dismiss is extended to June 24, 2008 and the Moving Defendants shall serve their reply by July 2, 2008.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 1894

Dated:    New York, New York
          June 10, 2008

By: /s/ William J. Dubanevich
William J. Dubanevich, Esq.
Napoli Bern Ripka & Associates LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 7413
New York, New York 10018
(212) 267-3700

By: /s/ Stephen J. Riccardulli
Stephen J. Riccardulli, Esq..
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10017
(212) 547-5400

Counsel for Exxon Mobil Corporation and on behalf of the Moving Defendants

The parties shall submit their briefs according to the schedule described above. No further adjournments.

SO ORDERED:

Dated: June 18, 2008

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.