UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methy Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation              MDL 1358 (SAS)

---

This document relates to:

*Plainview Water District v. Amerada Hess Corp., et al.*, 08 cv 0278

**Stipulation To Extend Plaintiff's Time To Respond to Certain Defendants'
Motion to Dismiss Pursuant to 12(b)(1) For Want of Subject Matter Jurisdiction**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and the Moving Defendants by and between their respective counsel that:

Plaintiff's time to respond to Defendants' Motion to Dismiss is extended to June 24, 2008 and the Moving Defendants shall serve their reply by July 2, 2008.

Dated:   New York, New York
         June 10, 2008

By: _____          By: _____
William J. Dubanevich, Esq.                 Stephen J. Riccardulli, Esq..
Napoli Bern Ripka & Associates LLP          McDermott Will & Emery LLP
Attorneys for Plaintiff                     340 Madison Avenue
350 Fifth Avenue, Suite 7413                New York, New York 10017
New York, New York 10018                    (212) 547-5400
(212) 267-3700

                                            Counsel for Exxon Mobil Corporation and on
                                            behalf of the Moving Defendants

The parties shall submit their briefs according to the schedule described above. No further adjournments.

SO ORDERED:

Dated: June 18, 2008

_____
Shira A. Scheindlin
U.S.D.J.