UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether
("MTBE") Productions Liability Litigation

---

This document relates to:

*County of Suffolk and Suffolk County Water Authority
v. Amerada Hess Corp., et al.*
No. 04-CV-5424

---

**ORDER**

**Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## AMENDMENT TO CASE MANAGEMENT ORDERS #38 and #39

Getty Petroleum Marketing Inc. is included in the list of Settling Defendants under Case Management Orders No. 38 and No. 39.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1895

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 24, 2008