RECEIVED
CHAMBERS OF
JUDGE SCHEINDLIN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------- X

This document relates to:

All Cases

---------------------------------------------------------------- 

X

SHIRA A. SCHEINDLIN, U.S.D.J.

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

DOC #:
DATE FILED: 7/3/08

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of Defendants Lyondell Chemical Company and Equistar Chemicals for the *pro hac vice* admission of Beth L. Haas and John J. DiChello of Blank Rome LLP, and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Beth L. Haas and John J. DiChello are admitted to practice before this Court *pro hac vice* on behalf of Lyondell and Equistar in this action upon deposit of the required $25 fee per applicant to the Clerk of this Court.

Dated: 7/3/08

_____
The Honorable Shira A. Scheindlin
United States District Judge

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1910



*Phone:* (212) 885-5511
*Fax:* (917) 332-3766
*Email:* jbernstein@blankrome.com

July 3, 2008


RECEIVED
CHAMBERS OF
JUL 2008
JUDGE SCHEINDLIN

**VIA ELECTRONIC MAIL AND HAND-DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig., MDL 1358, Master File C.A. No. 1:00-1898 (SAS), M21-88
           <u>Pro Hac Vice Admission of Beth L. Haas and John J. DiChello</u>

Dear Judge Scheindlin:

    I serve as counsel for Defendants Lyondell Chemical Company and Equistar Chemicals, LP in all cases pending in MDL 1358, and am admitted to practice in the United States District Court for the Southern District of New York. Pursuant to Rule III.C of the Court's Local Rules, I respectfully request the *pro hac vice* admission of Beth L. Haas and John J. DiChello as counsel for Lyondell and Equistar in these cases. Liaison counsel for Plaintiffs have been notified of the proposed *pro hac vice* admission of Ms. Haas and Mr. DiChello and do not object to their admission.

    Ms. Haas is a Partner at the law firm of Blank Rome LLP. She is duly licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey. She also is admitted to the United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania, and United States District Court for the District of New Jersey. She is a member in good standing with these courts and has never been suspended or disbarred in any jurisdiction.

    Mr. DiChello is an attorney at the law firm of Blank Rome LLP, and is duly licensed to practice law in the Commonwealth of Pennsylvania, State of New Jersey, United States District Court for the Eastern District of Pennsylvania, and United States District Court for the District of



New Jersey. He is a member in good standing with these courts and has never been suspended or disbarred in any jurisdiction.

    Enclosed is a proposed order granting the admission *pro hac vice* of Ms. Haas and Mr. DiChello. We have submitted the required fees for their admission to the Clerk of Court.

                                    Respectfully submitted,

                                    Jerry D. Bernstein

Encl.

cc:    All Counsel (via LNFS)