UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*Village of Island Lake, a municipal corporation, v. Ashland Co., et al.,* Case No. 04 Civ. 0205

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

[PROPOSED] RULE 41(a)(2) ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in accordance with the stipulation of dismissal agreed to on the record by counsel for the plaintiff, Village of Island Lake, and counsel for defendant Exxon Mobil Corporation, at the July 9, 2008 hearing, the plaintiff's claims for threatened MTBE and/or TBA contamination as to five wells that have never contained any MTBE and/or TBA contamination are hereby dismissed without prejudice. Any future claims for alleged contamination to those five wells may only be filed in accordance with the stipulation agreed to on the record by the parties at the July 9, 2008, hearing.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1928

New York, NY
Dated: July ~~22~~, 2008

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.