# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Production Liability Litigation

APPEARANCE

Case Number: 1:00-cv-1898 (SAS)
MDL 1358

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Getty Petroleum Marketing Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/24/2008 | *Matthew G. Parisi* |
| Date | Signature |
| | Matthew G. Parisi — 2188 |
| | Print Name — Bar Number |
| | Bleakley Platt & Schmidt, LLP, 1 No. Lexington Ave. |
| | Address |
| | White Plains — NY — 10601 |
| | City — State — Zip Code |
| | (914) 949-2700 — (914) 683-6956 |
| | Phone Number — Fax Number |