SCANNED
JUL 23 2008
S.D. OF N.Y.
APR 25 2008
MICROFILMED JUL 23 2008 -3:00 PM
In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 1930

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
IN RE METHYL TERTIARY BUTYL ETHER : Master File No.: 1:00CV1898
                                    MDL 1358 (SAS)
THIS DOCUMENT PERTAINS TO:        : 07-10470
COMMONWEALTH OF PUERTO RICO, ET AL   ORDER FOR ADMISSION
V. SHELL OIL CO., ET AL., NO. 07-1505 IN : OF STEPHEN C. DILLARD
THE UNITED STATES DISTRICT COURT     *PRO HAC VICE*
FOR THE DISTRICT OF PUERTO RICO   : ON WRITTEN MOTION
----------------------------------------x

Upon the motion of Robert D. Owen, a partner with the law firm of Fulbright & Jaworski, LLP, counsel for defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that,

Stephen C. Dillard
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5507
Facsimile: 713-651-5246
sdillard@fulbright.com

is admitted to practice *pro hac vice* as counsel for defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company in the above captioned case in the United States District Court for the District of Puerto Rico. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If his action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 22, 2008

United States District Judge

80184050.1