UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE METHYL TERTIARY BUTYL ETHER     :     Master File No.: 1:00CV1898
                                                              MDL 1358 (SAS)

THIS DOCUMENT PERTAINS TO:            :
*COMMONWEALTH OF PUERTO RICO, ET AL*        **ORDER FOR ADMISSION**
*V. SHELL OIL CO., ET AL.*, NO. 07-1505 IN   :     **OF BRETT YOUNG**
THE UNITED STATES DISTRICT COURT            ***PRO HAC VICE***
FOR THE DISTRICT OF PUERTO RICO       :     **ON WRITTEN MOTION**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the motion of Brett Young, a partner with the law firm of Fulbright & Jaworski,

LLP, counsel for defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and

ConocoPhillips Company and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that,

Brett Young
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5200
Facsimile: 713-651-5246
byoung@fulbright.com

is admitted to practice *pro hac vice* as counsel for defendants Chevron Phillips Chemical Puerto

Rico Core, Inc. and ConocoPhillips Company in the above captioned case in the United States

District Court for the District of Puerto Rico. All attorneys appearing before this Court are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

his action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to

the Clerk of the Court.

Dated: _July 22, 2008_

_____
United States District Judge

80184122.1