

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This relates to:

Commonwealth of Puerto Rico, *et al.*
v. Shell Oil Company, *et al.*

---

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**

## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico

Environmental Quality Board, and Defendant ChevronTexaco Corporation, n/k/a Chevron

Corporation ("Chevron"), by counsel, hereby stipulate that the deadline for Chevron to file any

responsive pleading in the above-captioned case shall be extended to October 1, 2008.

Dated:  July 28, 2008                                    Respectfully submitted,

/s/ John K. Dema
John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands  00820-5008
(340) 773-6142

Attorneys for Plaintiffs

/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
(202) 204-3727

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation

**SEEN AND APPROVED**

Date: Jul 29 2008

Shira A. Scheindlin
United States District Judge