USDC [...] Y
DOCUM[...]NT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/0 [...]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00 – 1898
Products Liability Litigation                        MDL 1358 (SAS)

This relates to:

New Jersey Department of Environmental
Protection, *et al.* v. Atlantic Richfield Company,
*et al*

## STIPULATION AND ORDER

Plaintiffs, the New Jersey Department of Environmental Protection, Commissioner of the

New Jersey Department of Environmental Protection, and Administrator of the New Jersey Spill

Compensation Fund, and Defendant ChevronTexaco Corporation, n/k/a Chevron Corporation

("Chevron"), by counsel, hereby stipulate that the deadline for Chevron to file any responsive

pleading in the above-captioned case shall be extended to October 1, 2008.

Dated:  July 28, 2008                    Respectfully submitted,

                                         ANNE MILGRAM
                                         ATTORNEY GENERAL OF NEW JERSEY

                                         Attorney for Plaintiffs


                                         By: /s/ Richard F. Engel
                                             Richard F. Engel
                                             Deputy Attorney General

John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands  00820-5008
(340) 773-6142

Attorneys for Plaintiffs
Special Counsel to the NJ Attorney General


/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
(202) 204-3727

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation

**SEEN AND APPROVED**

Date: 11/29/2008

_____
Shira A. Scheindlin
United States District Judge