```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Product Liability Litigation
------------------------------------------------------------X

*This document relates to:*

*Suffolk County Water Authority v. Amerada Hess Corp., et al.,*
(04 Civ. 3417)
------------------------------------------------------------X

Master File No. : 1:00-1898 (SAS)

MDL 1358 (SAS)
M21-88

### AMENDMENT TO CASE MANAGEMENT NO. 37
(Pre-Trial Deadlines)

The deadlines for completion of pre-trial disclosures set forth in Case Management Order No. 37 are hereby vacated. New deadlines for completion of pre-trial disclosures specific to *County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp., et al.*, No. 04 CIV 3417 will be established by the Court and the parties and set forth in a subsequent Case Management Order at a time deemed appropriate by the Court.

Dated: July 29, 2008

SO ORDERED:

_____
U.S.D.J.

SHIRA A. SCHEINDLIN

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                Doc. 1940

61255