| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>In re: Methyl Tertiary Butyl Ether"<br>("MTBE") Products Liability Litigation<br>------------------------------------------------------------X | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>**JUDGMENT** |

**This document relates to:**

*City of Riverside v. Atlantic Richfield Co., et al.,*
04 Civ. 4969

*Quincy Community Services District v. Atlantic Richfield Co., et al.,* 04 Civ. 4970

*People of the State of California, et al. v. Atlantic Richfield Co., et al.,* 04 Civ. 4972

*California-American Water Co. v. Atlantic Richfield Co., et al.,* 04 Civ. 4974

*Martin Silver, et al., v. Alon USA Energy, Inc., et al.,*
04 Civ. 4975

*Village of Island Lake v. Ashland, Inc., et al.,*
04 Civ. 2053

------------------------------------------------------------X



Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on July 22, 2008, having rendered its Opinion and Order granting the motion of the settling defendants, finding, pursuant to Federal Rules of Civil Procedure 54(b), that there is no just reason for delay and directing the Clerk of the Court to enter final judgment dismissing the claims against the Settling Defendants (as listed in Exhibits A and B attached to the Opinion and Order dated July 22, 2008) in each of these actions, it is

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2008, and above, the motion of the Settling Defendants is granted, final judgment is entered dismissing the claims against the settling defendants (as listed

in Exhibits A and B attached to the Opinion and Order dated June 22, 2008) in each of these actions.

Dated: July 29, 2008
      New York, New York

SO ORDERED:

_____