UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :   CASE MANAGEMENT
LIABILITY LITIGATION                                    :   ORDER #38
------------------------------------------------------- :
                                                        :   Master File No. 1:00-1898
This document relates to:                               :   MDL 1358 (SAS)
                                                        :   M21-88
All Cases                                               :
--------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

This Order memorializes the rulings made during the status conference held on August 12, 2008.

1. Parties shall serve all interrogatories in advance of settlement negotiations by September 2, 2008. Responses to the interrogatories shall be served by November 7, 2008.

2. The parties will contact Special Settlement Master David Geronemus to schedule settlement negotiations for December 2008 in all appropriate cases. The parties in the *City of New York* case will contact the Special Settlement Master to schedule settlement negotiations in October 2008.

3. The parties in the *City of New York* case will meet and confer before the next status conference to agree upon a proposed trial date.

1

4. The parties in the *Orange County Water District* case will meet and confer by September 2, 2008, to agree upon a date for the close of discovery.

5. Counsel will meet and confer before the next status conference to select several cases as "focus cases" for the purposes of motion practice.

6. With respect to the *County of Suffolk* case, counsel for plaintiffs and for defendants Getty Properties and Gulf Oil Limited Partnership ("GOLP") shall meet and confer before the next status conference to select new wells for a bellwether trial and to agree upon a trial date.

7. The next status conference is scheduled for October 2, 2008 at 10:00 a.m.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
August 12, 2008

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5583
Fax: (212) 547-5444