

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether Products Liability Litigation

This document pertains to:

*City of New York v. Amerada Hess Corp., et al.*, Case No. 04-CV-3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Civil Action

## STIPULATION DISMISSING ALL CLAIMS AGAINST DUKE ENERGY MERCHANTS, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New York and Defendant Duke Energy Merchants, LLC ("DEM"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against DEM as set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007. The Parties agree to the dismissal and that such dismissal is with prejudice, with each party bearing its own attorney's fees and costs. Plaintiff reserves all other rights as against all other defendants.

Dated: August 6, 2008

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York

*[signature]*

Scott Pasternack (SP3293)
Senior Counsel
Environmental Law Division
New York City Law Department
100 Church Street, Room 6-145
New York, New York 10007-2601
(212) 676-8517
spastern@law.nyc.gov

*Attorneys for Plaintiff City of New York*

*[signature]*

David T. Buente, Jr., *admitted pro hac vice*
Jim Wedeking, *admitted pro hac vice*
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel:   (202) 736-8000
Fax:   (202) 736-8711
dbuente@sidley.com

*Attorneys for Duke Energy Merchants, LLC*

Dated: Aug. 12, 2008

SO ORDERED:

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that a true copy of the Stipulation Dismissing All Claims Against Duke Energy Merchants, LLC was served electronically on all counsel of record via Lexis-Nexis File and Serve on the 11th day of August 2008.

Scott Pasternack