UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

**This document relates to:**
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248

[PROPOSED] ORDER MODIFYING
CASE MANAGEMENT ORDER NO. 35

By agreement of the parties and with permission of the Court, Case Management Order No. 35 ("CMO 35") in the above-captioned action is hereby modified as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' (and third-party plaintiffs') exhibit lists | September 2, 2008 |
| Defendants' (and third-party defendants') witness lists | September 15, 2008 |
| Defendants' (and third-party defendants') exhibit lists | September 29, 2008 |
| Motions in Limine ("MILs") (other than those related to exhibit lists or Friedman & Bruya data)[1] | September 15, 2008 |
| Responses to MILs (other than those related to exhibit lists or Friedman & Bruya data) | October 13, 2008 |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 1959

---

[1] Ten days prior to the filing of any MIL required to be filed on this date, a party wishing to file an MIL shall identify in writing to opposing counsel their proposed MIL(s) in an effort to meet-and-confer as to the necessity of such MIL(s). Opposing counsel shall respond within three business days as to whether the proposed MIL(s) will be necessary.

| | |
|---|---|
| Replies in Support of MILs (other than those related to exhibit lists or Friedman & Bruya data) | October 31, 2008 |
| MILs related to exhibit lists or Friedman & Bruya data | October 3, 2008 |
| Responses to MILs related to exhibit lists or Friedman & Bruya data | November 3, 2008 |
| Replies in support of MILs related to exhibit lists or Friedman & Bruya data | November 24, 2008 |
| Motions for summary judgment regarding causation | October 17, 2008 |
| Responses to motions for summary judgment regarding causation | November 7, 2008 |
| Replies in support of motions for summary judgment regarding causation | November 17, 2008 |
| Parties Exchange Draft Pre-Trial Orders, including Voir Dire Questions, Requests to Charge, Trial Memorandum of Law, and Proposed Verdict Sheets | November 10, 2008 |
| Submission to Court of Final Joint Pre-Trial Order, including elements required by Court's standard Joint Pre-Trial Order Form (unless some requirements are waived or excused) | December 1, 2008 |
| Jury Questionnaires due | December 10, 2008 |

Dated: New York, New York
August 14, 2008

SO ORDERED:

Hon. Shira A. Scheindlin
U.S.D.J.

2

1077497v2 Washington 011730