USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION

This document pertains to all cases.

Master File No:.1:00CV1898
MDL 1358 (SAS)

ORDER GRANTING ADMISSION OF JUAN A. MARQUÉS-DÍAZ

## ORDER

This Court has considered the unopposed request of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and, The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited, to admit Juan A. Marqués-Díaz, Esq., of McConnell Valdés LLC, and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Juan A. Marqués-Díaz, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and The Shell Company (Puerto Rico) Limited, now known, as Sol Puerto Rico Limited in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

DATED: 8/22/08

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 1963

_____
Honorable Shira A. Scheindlin
United States District Judge