

"Riccardulli, Stephen" &lt;sriccardulli@mwe.com&gt;
08/29/2008 02:39 PM

To  Rachel Spector &lt;Rachel_Spector@nysd.uscourts.gov&gt;
cc  MDL1358 &lt;mdl1358@mwe.com&gt;, Weitz and Luxenberg &lt;mdl1358@weitzlux.com&gt;, "Axline, Michael" &lt;toxictorts@aol.com&gt;
bcc
Subject  MDL 1358: Commonwealth of Puerto Rico

Re: In Re MTBE Products Liability Litigation, DC Civ 1898
Commonwealth of Puerto Rico v. Shell Oil Company, 07 Civ. 10470

Dear Rachel:

Defendants write to request relief from the September 2 deadline to serve discovery in the Commonwealth of Puerto Rico matter. On July 8, the Court granted in part defendants' motion for a more definite statement in that action and ordered plaintiff to provide a more definite statement of its claims. Plaintiff has not yet complied with that Order. Until defendants receive plaintiff's amended complaint providing a better description of plaintiff's claims, it is impossible for defendants to propound discovery directed to those (still unamended) claims.

We have conferred with Mr. Axline, plaintiff's counsel, and he has agreed that defendants' time to propound discovery in the Puerto Rico case should not run until one week after plaintiff has served its amended complaint -- which, we are told, plaintiff expects to file soon. However, because the September 2 deadline was set by the Court, we believe it is appropriate to request permission from the Court to extend that deadline.

Accordingly, defendants respectfully request relief from the September 2 discovery deadline, and request that we be given until 1 week after plaintiff has served its amended complaint to propound that preliminary discovery.

Respectfully submitted,

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation — Doc. 1964

Stephen J. Riccardulli
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922
tel (212) 547 - 5579
fax (212) 547 - 5444

67

*Defendants' request is granted. Defendants shall serve discovery requests within one week from the date that plaintiff serves its amended complaint.*

*So ORDERED.*

*Dated: August 29, 2008*
*New York, New York*
*Shira A. Scheindlin, U.S.D.J.*

******

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 8/29/08