UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

------------------------------------------------X

This Document Relates To:
*Orange County Water District v. Unocal Corporation, et al.*, S.D.N.Y. No. 04 Civ. 4968 (SAS)

------------------------------------------------X

Master File No. 1:00-1898
MDL NO. 1358 (SAS)
M21-88

Scheduling Order

## SCHEDULING ORDER

On this day, the Court considered the parties' Agreed Motion for Scheduling Order. After considering the Motion, the Court is of the opinion that it is meritorious and should be GRANTED. The schedule for expert and fact discovery related to the 20 focus plumes designated by the parties pursuant to a previous order of the Court shall proceed as follows:

| Date | Event |
|---|---|
| December 19, 2008 | • District will identify subject areas in which it plans to offer expert reports |
| January 16, 2009 | • District will identify the experts who will be submitting reports |
| February 27, 2009 | • District will serve expert reports<br>• Defendants will identify the experts who will be submitting reports |
| March 16, 2009 | • Fact discovery closes |
| April 10, 2009 | • Defendants will serve expert reports |
| May 1, 2009 | • District will serve rebuttal reports<br>• Depositions of experts may begin |
| July 31, 2009 | • Expert discovery is completed |

The parties' Agreed Motion for Scheduling Order is therefore GRANTED.

Signed this the 2 day of September, 2008.

Shira A. Scheindlin
United States District Judge