UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER**
LIABILITY LITIGATION :
:
------------------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
**This document relates to:** : M21-88
:
*Commonwealth of Puerto Rico, et al. v.* :
*Shell Oil Co., et al.*, 07 Civ. 10470 :
:
-------------------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

In response to an order of this Court, plaintiffs filed a more definite statement of their complaint on September 8, 2008. The Court has reviewed defendants' letter of September 12, 2008, and plaintiffs' amended complaint. The amended complaint is sufficient to allow defendants to prepare a response, in accordance with Federal Rule of Civil Procedure 12(e). The parties may serve discovery requests forthwith. Defendants must file a responsive pleading no later than October 1, 2008.

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.

Dated: New York, N.Y.
September 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                                                                                    Doc. 1970

## -Appearances-

**Counsel for Plaintiffs:**

John K. Dema, Esq.
Scott E. Kauff, Esq.
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands 00820-5008
Tel: (340) 773-6142

Duane C. Miller, Esq.
Michael D. Axline, Esq.
Miller Axline & Sawyer
1050 Fulton Avenue
Sacramento, CA 95825
(916) 488-6688
Fax: (916) 488-4288

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants and Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5583
Fax: (212) 547-5444