UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE METHYL TERTIARY BUTYL ETHER                             :
PRODUCTS LIABILITY LITIGATION                                 :       Master File No. 1:00-1898
                                                              :       MDL 1358 (SAS), M21-88
------------------------------------------------------------- X
                                                              :
This document relates to:                                     :
                                                              :       **ORDER OF DISMISSAL WITH**
*State of New Mexico v. Amerada Hess Corporation, et*         :       **PREJUDICE**
*al.* Case No. 06-CV-380                                      :
                                                              :
------------------------------------------------------------- X

      The Plaintiff and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiff has now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. *See* Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

1

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this __17__ day of September, 2008:

_____
Honorable Shira A. Scheindlin

# EXHIBIT A

The Settling Defendants below are named defendants in the case of *State of New Mexico v. Amerada Hess Corporation, et al.* Case No. 06-CV-380 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Atlantic Richfield Company, individually and d/b/a ARCO Products Company (f/k/a ARCO Petroleum Co.), and d/b/a ARCO
2. BP Products North America, Inc., individually and f/k/a Amoco Oil Company
3. Chevron Phillips Chemical Company, LLC
4. Chevron U.S.A. Inc., individually and f/k/a Gulf Oil Corporation (d/b/a Chevron Products Company, d/b/a Chevron Chemical Company)
5. CITGO Petroleum Corporation
6. CITGO Refining and Chemical Company, LP
7. ConocoPhillips Company, individually and as successor-in-interest to Conoco Inc. and Phillips Petroleum Company, and Tosco Corporation, and d/b/a Phillips 66 Company
8. Diamond Shamrock Refining & Marketing Co.
9. El Paso Merchant Energy Petroleum Company, individually and formerly known as Coastal Refining and Marketing, Inc. and formerly known as Coastal States Trading, Inc.
10. Equilon Enterprises, LLC, d/b/a Shell Oil Products US
11. Flint Hills Resources, L.P., f/k/a Koch Petroleum Group, LP, Koch Refining Company, LP, and Koch Refining Company, Inc.
12. Lyondell-CITGO Refining, L.P., individually and f/k/a Lyondell-CITGO Refining Company, Ltd.
13. Motiva Enterprises, LLC, individually and as successor-in-interest to Star Enterprise
14. PDV Midwest Refining, LLC
15. The Premcor Refining Group, Inc. (f/k/a Clark Oil & Refining Corporation), individually and as successor-by-merger to The Premcor P.A. Pipeline Company, f/k/a Clark Port Arthur Pipeline Co.
16. Shell Oil Company
17. Shell Oil Products Company, LLC, f/k/a and d/b/a Shell Oil Products Company
18. Shell Petroleum, Inc.
19. Shell Trading (US) Company, individually and f/k/a Equiva Trading Company, and a/k/a STUSCO
20. Sunoco, Inc., individually and f/k/a Sun Oil Company, and f/k/a Sun Company, Inc., and as successor-in-interest to Coastal Eagle Point Oil Company
21. Sunoco, Inc. (R&M), individually and f/k/a Sun Refining and Marketing Company and f/k/a Sun Company Inc. (R&M)
22. Texaco Inc.
23. TMR Company, f/k/a Texaco Refining and Marketing, Inc. and as successor-by-merger to TRME Company (f/k/a Texaco Refining and Marketing (East), Inc.))
24. TPI Petroleum, Inc.
25. TRMI Holdings, Inc., individually and as successor-in-interest to Texaco Refining and Marketing Inc.
26. Union Oil Company of California d/b/a UNOCAL
27. Unocal Corporation, individually and f/k/a Union Oil Company of California

28. Valero Energy Corporation
29. Valero Marketing and Supply Company
30. Valero Refining Company
31. Valero Refining and Marketing Company