UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------- X

This document relates to:

*Water Authority of Great Neck North v. Amerada Hess Corporation, et al.*, Case No. 04-CV-01727
------------------------------------------------------------- X



Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiff has now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. *See* Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

1

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2009

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this __17__ day of September, 2008:

_____
Honorable Shira A. Scheindlin

# **EXHIBIT A**

The Settling Defendants below are named defendants in the case of *Water Authority of Great Neck North v. Amerada Hess Corporation, et al.*, Case No. 04-CV-01727 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Amerada Hess Corporation
2. Ashland, Inc.
3. Atlantic Richfield Company (individually and d/b/a ARCO Products Company, f/k/a ARCO Petroleum Co. and a/k/a ARCO)
4. BP Products North America, Inc. (individually and f/k/a Amoco Oil Company)
5. ChevronTexaco Corporation (individually and as successor-in-interest to Chevron Corporation and as successor-in-interest to Texaco, Inc.)
6. Chevron U.S.A., Inc. (individually and f/k/a Gulf Oil Corporation, d/b/a Chevron Products Company, d/b/a Chevron Chemical Company)
7. CITGO Petroleum Corporation
8. CITGO Refining and Chemicals Company, LP
9. Coastal Eagle Point Oil Company
10. Coastal Mobile Refining Company, LP
11. Coastal Oil New England
12. Colorado Refining Company
13. ConocoPhillips Company (individually and as successor-in-interest to Conoco Inc. and Phillips Petroleum Company, and d/b/a Phillips 66 Company)
14. El Paso CGP Company (individually and f/k/a The Coastal Corporation)
15. El Paso Corporation (individually and f/k/a El Paso Energy Corporation)
16. El Paso Merchant Energy-Petroleum Company (individually and f/k/a Coastal Refining and Marketing, Inc. and f/k/a Coastal States Trading, Inc.)
17. Equilon Enterprises, LLC (individually and a/k/a Shell Oil Products US)
18. Flint Hills Resources, LP (f/k/a Koch Petroleum Group, LP)
19. Lyondell-CITGO Refining, LP
20. Marathon Ashland Petroleum, LLC
21. Marathon Oil Company (individually and f/k/a USX Corporation, f/k/a United States Steel Corporation)
22. Motiva Enterprises, LLC (individually and f/k/a Star Enterprises LLC)
23. PDV Midwest Refining, LLC
24. The Premcor Refining Group, Inc. (individually and f/k/a Clark Refining)
25. Shell Oil Company
26. Shell Oil Products Company
27. Shell Oil Products Company, LLC
28. Shell Petroleum, Inc.
29. Shell Trading (US) Company (individually and f/k/a Equiva Trading Company and a/k/a STUSCO)
30. Sunoco, Inc. (individually and f/k/a Sun Oil Company and f/k/a Sun Company, Inc.)
31. Sunoco, Inc. (R&M) (individually and f/k/a Sun Refining and Marketing Company and f/k/a Sun Company, Inc. (R&M)

32. Texaco, Inc.
33. Texaco Refining & Marketing (East), Inc.
34. Tosco Corporation (individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company)
35. TMR Company (f/k/a Texaco Refining and Marketing, Inc. individually and as successor-by-merger to TRME Company f/k/a Texaco Refining and Marketing (East), Inc.)
36. TPI Petroleum, Inc.
37. Valero Energy Corporation
38. Valero Marketing and Supply Company
39. Valero Refining and Marketing Company
40. Valero Refining Company