USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/0[?]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------------ X
This document relates to:

*Town of Campbellsburg, Indiana v. Amerada Hess, et al.*, Case No. 04-CV-04990
------------------------------------------------------------------ X

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiff has now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. *See* Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

1

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this 17 day of September, 2008:

_____
Honorable Shira A. Scheindlin

# EXHIBIT A

The Settling Defendants below are named defendants in the case of *Town of Campbellsburg, Indiana v. Amerada Hess, et al.*, Case No. 04-CV-04990 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Ashland, Inc.
2. Atlantic Richfield Company, individually and doing business as ARCO Products Company (f/k/a ARCO Petroleum Co. and also known as ARCO
3. BP Amoco Chemical Company (individually and formerly known as Amoco Chemical Company)
4. BP Products North America, Inc., individually and as successor-by-merger to Amoco Oil Company and BP Exploration and Oil Inc.(successor-by-merger to BP North America Inc.)
5. ChevronTexaco Corporation, individually and as successor-in-interest to Chevron Corporation and as successor-in-interest to Texaco Inc.
6. Chevron U.S.A. Inc., individually and f/k/a Gulf Oil Corp. (d/b/a Chevron Products Co., d/b/a Chevron Chemical Co.)
7. CITGO Petroleum Corporation
8. CITGO Refining and Chemical Company, LP
9. Coastal Eagle Point Oil Company
10. Coastal Oil New England
11. Colorado Refining Company
12. Conoco Phillips Company (f/k/a Phillips Petroleum Company, individually and as successor in interest to Tosco Corporation and d/b/a Phillips 66 Company
13. El Paso Merchant Energy-Petroleum Company (individually and formerly known as Coastal States Trading Inc.)
14. Equilon Enterprises, LLC (d/b/a Shell Oil Products US, individually and as successor-by-merger to Equiva Services LLC
15. Flint Hills Resources, LP (f/k/a Koch Petroleum Group, LP)
16. Lyondell-CITGO Refining, LP
17. Marathon Ashland Petroleum, LLC
18. Marathon Oil Company
19. Motiva Enterprises, LLC (individually and formerly known as Star Enterprises LLC)
20. PDV Midwest Refining, LLC
21. The Premcor Refining Group Inc.
22. Shell Oil Company
23. Shell Oil Products Company
24. Shell Oil Products Company, LLC
25. Shell Petroleum, Inc.
26. Shell Trading (US) Company (individually and formerly known as Equiva Trading Company and also known as STUSCO)
27. Sunoco, Inc. (individually and formerly known as Sun Oil Company, and formerly known as Sun Company, Inc., and as successor-in-interest to Coastal Eagle Point Oil Company)
28. Sunoco, Inc. (R&M) (individually and formerly known as Sun Refining and Marketing Company and formerly known as Sun Company Inc. (R&M))

3

29. TMR Company (Refining and Marketing Inc., individually and as successor-by-merger to TRME Company (f/k/a Texaco Refining and Marketing (East.), Inc.))
30. Tosco Corporation (individually and formerly known as Tosco Marketing Company)
31. TPI Petroleum, Inc.
32. Union Oil Company of California, d/b/a Unocal
33. Texaco Inc.
34. Texaco Refining and Marketing Inc. (a/k/a TRMI Holdings)
35. Unocal Corporation (individually and formerly known as Union Oil Company of California)
36. Valero Energy Corporation
37. Valero Marketing and Supply Company
38. Valero Refining Company
39. Valero Refining and Marketing Company