UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------- X

This document relates to:

*Our Lady of the Rosary Chapel v. Amerada Hess Corporation, et al.*, Case No. 04-CV-1718

------------------------------------------------------------- X



Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiff has now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. *See* Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2019

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this 17 day of September, 2008:

Honorable Shira A. Scheindlin

# EXHIBIT A

The Settling Defendants below are named defendants in the case of *Our Lady of the Rosary Chapel v. Amerada Hess Corporation, et al.*, Case No. 04-CV-1718 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Amerada Hess Corporation
2. Atlantic Richfield Company (individually and d/b/a ARCO Products Company, f/k/a ARCO Petroleum Co. and a/k/a ARCO)
3. BP Products North America, Inc. (individually and as successor-by-merger to Amoco Oil Company and BP Exploration and Oil Inc. successor-by-merger to BP North America Inc.)
4. ChevronTexaco Corporation (individually and as successor-in-interest to Chevron Corporation and as successor-in-interest to Texaco, Inc.)
5. Chevron U.S.A., Inc. (individually and f/k/a Gulf Oil Corporation, d/b/a Chevron Products Company, d/b/a Chevron Chemical Company)
6. CITGO Petroleum Corporation
7. CITGO Refining and Chemicals Company, LP
8. Coastal Eagle Point Oil Company
9. Coastal Oil New England
10. Colorado Refining Company
11. ConocoPhillips Company (f/k/a Phillips Petroleum Company individually and as successor-in-interest to Tosco Corporation, and d/b/a Phillips 66 Company)
12. El Paso Merchant Energy-Petroleum Company (individually and f/k/a Coastal Refining and Marketing, Inc. and f/k/a Coastal States Trading, Inc.)
13. Equilon Enterprises, LLC (individually and d/b/a Shell Oil Products US individually and as successor-by-merger to Equiva Services LLC)
14. Lyondell-CITGO Refining, LP
15. Motiva Enterprises, LLC (individually and f/k/a Star Enterprises LLC)
16. PDV Midwest Refining LLC
17. Shell Oil Company
18. Shell Oil Products Company
19. Shell Oil Products Company, LLC
20. Shell Petroleum, Inc.
21. Shell Trading (US) Company (individually and f/k/a Equiva Trading Company and a/k/a STUSCO)
22. Sunoco, Inc. (individually and f/k/a Sun Oil Company and f/k/a Sun Company, Inc. and as successor-in-interest to Coastal Eagle Point Oil Company)
23. Sunoco, Inc. (R&M) (individually and f/k/a Sun Refining and Marketing Company and f/k/a Sun Company, Inc. (R&M))
24. Texaco, Inc.
25. Texaco Refining & Marketing Inc.
26. Texaco Refining & Marketing (East), Inc.
27. The Premcor Refining Group Inc. individually and f/k/a Clark Refining
28. TMR Company (f/k/a Texaco Refining and Marketing, Inc. individually and as successor-by-merger to TRME Company f/k/a Texaco Refining and Marketing (East) Inc.)

29. Tosco Corporation (individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company)
30. TPI Petroleum, Inc.
31. Union Oil Company of California d/b/a Unocal
32. Unocal Corporation (individually and f/k/a Union Oil Company of California)
33. Valero Energy Corporation
34. Valero Marketing and Supply Company
35. Valero Refining and Marketing Company
36. Valero Refining Company