USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
-------------------------------------------------------------- X
This document relates to:

*Craftsbury Fire District #2 v. Amerada Hess Corporation, et al.*, Case No. 04-CV-03419
-------------------------------------------------------------- X

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**ORDER OF DISMISSAL WITH PREJUDICE**

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2029

The Plaintiff and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiff has now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. *See* Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

1

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this 17 day of September, 2008:

_____
Honorable Shira A. Scheindlin

# EXHIBIT A

The Settling Defendants below are named defendants in the case of *Craftsbury Fire District #2 v. Amerada Hess Corporation, et al.*, Case No. 04-CV-03419 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Amerada Hess Corporation
2. Atlantic Richfield Company, individually and doing business as ARCO Products Company (f/k/a ARCO Petroleum Co.) and also known as ARCO
3. BP Products North America, Inc., individually and as successor-by-merger to Amoco Oil Company and BP Exploration and Oil Inc., as successor-by-merger to BP North America, Inc.
4. ChevronTexaco Corporation, individually and as successor-in-interest to Chevron Corp. and as successor-in-interest to Texaco Inc.
5. Chevron USA, Inc., individually and formerly known as Gulf Oil Corp. (d/b/a Chevron Products Company, d/b/a Chevron Chemical Company)
6. CITGO Petroleum Corporation
7. CITGO Refining and Chemical Company, LP
8. Coastal Eagle Point Oil Company
9. Coastal Oil New England
10. Colorado Refining Company
11. ConocoPhillips Company, (individually and as successor-in-interest to Conoco Inc. and Phillips Petroleum Company, and d/b/a Phillips 66 Company)
12. El Paso Merchant Energy-Petroleum Company, individually and formerly known as Coastal Refining and Marketing, Inc. and formerly known as Coastal States Trading, Inc.
13. Equilon Enterprises, LLC, individually and also known as Shell Oil Products US
14. Lyondell-CITGO Refining, LP
15. Motiva Enterprises, LLC (individually and f/k/a Star Enterprises, LLC)
16. PDV Midwest Refining, LLC
17. Shell Oil Company
18. Shell Oil Products Company
19. Shell Oil Products Company, LLC
20. Shell Petroleum, Inc.
21. Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as STUSCO
22. Sunoco, Inc., individually and formerly known as Sun Oil Company, and formerly known as Sun Company, Inc.
23. Sunoco, Inc. (R&M), individually and formerly known as Sun Refining and Marketing Company and Formerly known as Sun Company, Inc. (R&M)
24. Texaco Inc.
25. Texaco Refining and Marketing Inc.
26. Texaco Refining and Marketing (East) Inc.
27. The Premcor Refining Group Inc. (individually and f/k/a Clark Refining)
28. TMR Company f/k/a/ Texaco Refining and Marketing Inc. individually and as successor-by-merger to TRME Company, f/k/a Texaco Refining and Marketing (East) Inc.

29. Tosco Corporation, individually and also known as Tosco Refining Company, and also known as Tosco Marketing Company
30. TPI Petroleum, Inc.
31. Valero Energy Corporation
32. Valero Marketing and Supply Company
33. Valero Refining Company
34. Valero Refining and Marketing Company