UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------- X

This document relates to:

*City of Galva, Ida Grove & Sioux City v. Amerada Hess Corporation, et al* Case No. 04-CV-01723

------------------------------------------------------------- X



Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiffs and those Settling Defendants that are parties in this action as set forth on the attached Exhibit A have advised the Court that they have resolved the matters between them pursuant to the Settlement Agreement[1], and Plaintiffs have now moved without opposition for the entry of this agreed upon dismissal of all claims of any kind pending against the Settling Defendants with prejudice. The Court finds that the motion for dismissal of Settling Defendants with prejudice from this action should be granted and that:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiffs and Settling Defendants have advised the Court that they have resolved the matters between them pursuant to a Settlement Agreement and a release.

2. Pursuant to the Settlement Agreement, the settling parties consent to the dismissal with prejudice of Settling Defendants only from this action.

---

[1] The Settlement Agreement dated as of March 12, 2008 ("Settlement Agreement") was filed with this Court on May 7, 2008 in connection with a motion for good faith determination under California and Illinois law in certain other cases. This motion was granted and a judgment entered. See Amended Opinion and Order at 2008 WL 2944653 (July 30, 2008). The term "Settling Defendants" used herein is as defined in the Settlement Agreement.

1

3. No other parties have objected to the dismissal of the above entitled action with prejudice as to the Settling Defendants only.

4. Therefore, this action, including all claims, counterclaims, and cross-claims of any kind, is hereby dismissed with prejudice only as to those Settling Defendants that have been named or have appeared in the above captioned action, including those identified on the attached Exhibit A, with each party to bear its own costs and attorneys' fees.

ENTERED this 17 day of September, 2008:

_____
Honorable Shira A. Scheindlin

# **EXHIBIT A**

The Settling Defendants below are named defendants in the case of *City of Galva, Ida Grove & Sioux City v. Amerada Hess Corporation, et al* Case No. 04-CV-01723 and are listed as they appear in the caption of Plaintiffs' complaint (even if erroneously identified or no longer in existence).

1. Amerada Hess Corporation
2. Ashland, Inc.
3. Atlantic Richfield Company (individually and doing business as ARCO Products Company f/k/a ARCO Petroleum Co. and also known as ARCO
4. BP Amoco Chemical Company (individually and formerly known as Amoco Chemical Company)
5. BP Products North America, Inc. (individually and as successor-by-merger to Amoco Oil Company and BP Exploration and Oil Inc. (successor-by merger to BP North America Inc.))
6. Chevron Texaco Corporation individually and f/k/a Gulf Oil Corp. (d/b/a Chevron Products Co., d/b/a Chevron Chemical Co.)
7. Chevron USA, Inc. individually and f/k/a Gulf Oil Corp. (d/b/a Chevron Products Co., d/b/a Chevron Chemical Co.)
8. CITGO Petroleum Corporation
9. CITGO Refining and Chemical, LP
10. Coastal Eagle Point Oil Company
11. Coastal Mobile Refining Company
12. Colorado Refining Company
13. ConocoPhillips Company (formerly known as Phillips Petroleum Company, individually and as successor-in-interest to Tosco Corporation)
14. El Paso CGP Company, individually and formerly known as the Coastal Corporation
15. El Paso Corporation (individually and formerly known as El Paso Energy Corporation)
16. El Paso Merchant Energy-Petroleum Company (individually and formerly known as Coastal Refining and Marketing Inc. and formerly known as Coastal States Trading, Inc.
17. Equilon Enterprises, LLC (d/b/a Shell Oil Products US, individually and as successor-by-merger to Equiva Services LLC)
18. Flint Hills Resources, LP (f/k/a Koch Petroleum Group LP)
19. Lyondell-CITGO Refining, LP
20. Marathon Ashland Petroleum, LLC
21. Marathon Oil Company
22. Motiva Enterprises, LLC
23. PDV Midwest Refining, LLC
24. Premcor Refining Group (a/k/a Blackstone Group, LP)
25. Shell Oil Company
26. Shell Oil Products Company
27. Shell Oil Products Company, LLC
28. Shell Petroleum, Inc.
29. Shell Trading (US) Company (individually and formerly known as Equiva Trading Company, and formerly known as STUSCO
30. Sunoco, Inc. (f/k/a Sun Oil Company)

31. Sunoco, Inc. (R&M) (f/k/a Sun Refining and Marketing Company and f/k/a Sun Company Inc. (R&M)
32. Texaco, Inc.
33. Texaco Refining and Marketing Inc. (a/k/a TRMI Holdings)
34. TMR Company (individually and formerly known as Texaco Refining and Marketing, Inc. and as successor-by-merger to TRME Company (formerly known as Texaco Refining and Marketing (East), Inc.))
35. Tosco Corporation (individually and also known as Tosco Refining Company, and also known as Tosco Marketing Company)
36. TPI Petroleum, Inc.
37. Union Oil Company of California d/b/a Unocal
38. Unocal Corporation (individually and formerly known as Union Oil Company of California)
39. Valero Energy Corporation
40. Valero Marketing and Supply Company
41. Valero Refining Company
42. Valero Refining and Marketing Company
43. Valero Refining Company New Jersey