**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X          **MDL NO. 1358 (SAS)**

**In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

-------------------------------------------------------- X

**This Document Relates To:**

*State of New Mexico vs. Amerada Hess Corp., et al.*
*Civil Action No.: 04-CV-1726*

-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/08

### ORDER GRANTING PETITION FOR ATTORNEY'S FEES

The Court finds that an attorneys fee percentage of 33⅓ is reasonable in light of the

experience, reputation, and ability of the Firms representing the State of New Mexico, the time and

labor required, the novelty and difficulty of the questions involved, the skill required to pursue the

litigation properly, the uncertainty and financial risks assumed by the law Firms, and the result

obtained for the State.

The Court also finds that the expenses allocated to the State are necessary and reasonable  to

be reasonable and should be paid to the law Firms.

The Court also finds that the State of New Mexico Attorney General's Office has informed

the Court that it has reviewed and does not oppose the petition.

It is therefore ORDERED that an attorneys fee percentage of 33⅓ of the cash recovery of

$3,767,734.66 be awarded to Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP.

It is further ORDERED that the final allocation costs and expenses (approximately

$58,000.00) be paid to Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP.

IT IS SO ORDERED.

Dated: September ___18___, 2008

_____
The Honorable Shira A. Scheindlin