UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL ETHER :
("MTBE") PRODUCTS LIABILITY LITIGATION :
: Master File No. 1:00-1898
--------------------------------------------------------------- : MDL 1358 (SAS)
: M21-88
This document relates to: :
:
All Cases :
--------------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/08

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the New Jersey Spill Compensation Fund, The Commissioner of the New Jersey Department of Environmental Protection, the New Jersey Department Of Environmental Protection for the *pro hac vice* admission of:

In Re: Methyl Tertiary Butyl Ether (" MTBE") Products Liability Litigation                                   Doc. 2046

Thomas P. Gressette, Jr., Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
tgressette@rpwb.com

Barry A. Knopf, Esquire
Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP
Park 80 Plaza West–One
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
bak@njlawfirm.com

Leonard Z. Kaufmann, Esquire
Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP
Park 80 Plaza West–One
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
lzk@njlawfirm.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
*Master File No.: 1:00-1898, MDL 1358 (SAS)*
Order Granting Admission *Pro Hac Vice*                                         Page 2

---

and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Thomas P. Gressette Jr., Barry A. Knopf and Leonard Z. Kaufmann are admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25.00 fee per applicant ($75.00 total) to the Clerk of this Court.

Dated: Sept 22, 2008

_____
The Honorable Shira A. Scheindlin
United States District Judge