UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL ETHER :
("MTBE") PRODUCTS LIABILITY LITIGATION :
: Master File No. 1:00-1898
----------------------------------------------------------- : MDL 1358 (SAS)
: M21-88
This document relates to: :
:
All Cases :
----------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08

### ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for the *pro hac vice* admission of:

> Orlando H. Martinez, Esquire
> Orlando H. Martinez Law Offices
> Centro de Seguros, Suite 413
> 701 Ponce de Leon Avenue
> San Juan, PR 00907
> omartinezlaw@yahoo.com

and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Orlando H. Martinez is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25.00 fee per applicant ($25.00 total) to the Clerk of this Court.

Dated: Sept 22, 2008

The Honorable Shira A. Scheindlin
United States District Judge

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                Doc. 2047