USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/0\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE: METHYL TERTIARY BUTYL ETHER                            :
("MTBE") PRODUCTS LIABILITY LITIGATION                        :
                                                              :   Master File No. 1:00-1898
_____         :   MDL 1358 (SAS)
                                                              :   M21-88
This document relates to:                                     :
                                                              :
All Cases                                                     :
------------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the New Jersey Spill Compensation Fund, The Commissioner of the New Jersey Department of Environmental Protection, the New Jersey Department Of Environmental Protection, The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for the *pro hac vice* admission of:

John K. Dema, Esquire
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820
(340) 773-6142
jdema@lojkd.com

Scott E. Kauff, Esquire
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820
Telephone: (340) 773-6142
Facsimile: (340) 773-3944
skauff@lojkd.com

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2048

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
*Master File No.: 1:00-1898, MDL 1358 (SAS)*
Order Granting Admission *Pro Hac Vice*                                    Page 2

Gordon C. Rhea, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
grhea@rpwb.com

Aaron R. Dias, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
adias@rpwb.com

and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that John K. Dema, Scott E. Kauff, Gordon C. Rhea, and Aaron R. Dias are admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25.00 fee per applicant ($100.00 total) to the Clerk of this Court.

Dated: Sept 22, 2008

The Honorable Shira A. Scheindlin
United States District Judge