UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------------- X

This Document Relates To:

-------------------------------------------------------------- X

*Brenda Abrahamson, et al. vs. Amerada Hess Corporation, et al.*, 06 Civ. 3753

-------------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

[PROPOSED] ORDER
APPROVING PETITION
FOR APPROVAL OF
SETTLEMENT FOR
MINOR CHILDREN

The Court has considered the Petition for Court Approval of Settlements[1] for Minor Children identified in Exhibit "A" in the above-entitled action.

Therefore, the Court finds that the settlement funds for the minor children are in the best interest of the minor children, are fair and reasonable, and are approved.

**WHEREFORE, IT IS ORDERED** that the Petition for Court Approval of Settlements for Minor Children identified in Exhibit "A" is hereby approved.

DATED: Sept. 25, 2008.

IT IS SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN

---

[1] These settlements were negotiated with Defendants Lyondell Chemical Company and TOTAL Petrochemicals, Inc. These defendants did not contribute to the settlements for minor children that this Court previously approved on June 3, 2008.