USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

9/25/08

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Master File C.A. No. 1:00-1898
MDL NO. 1358 (SAS)
M21-88

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

The Honorable Shira A. Scheindlin

This Document Relates To:

*Machin, et al. v. Taylor Investment, L.L.C., et
al.*, Case No. 06 Civ. 10205 (SAS)

-----------------------------------------------------X

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING

### USE OF QUESTIONNAIRES FOR DISCOVERY PURPOSES

The parties to this action through their respective counsel hereby stipulate as follows:

WHEREAS, given the nature of this action, the parties have met and conferred and

agreed to utilize a questionnaire in the form of Exhibit 1 ("Questionnaire") to aid in and

streamline the discovery process;

WHEREAS, Plaintiffs have agreed to provide responses to the Questionnaires within

thirty (30) days of the date that this Court enters its Order; and

WHEREAS, in addition to providing responses to the Questionnaires, Plaintiffs have also

agreed to provide medical authorizations, in the form of Exhibit B attached to the Questionnaire

("Medical Authorizations"), within thirty (30) days of the date this Court enters its Order;

NOW THEREFORE Plaintiffs and Defendants through their counsel of record stipulate

to the following:

1.    Plaintiffs shall return their completed and verified Questionnaires and Medical

Authorizations according to the instructions outlined therein within thirty (30) from the date on

which the Court enters its Order,

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2052

2.      If, after a good faith effort, an individual Plaintiff determines he or she needs additional time to provide completed Questionnaires and Medical Authorizations, that particular Plaintiff may extend the deadline an additional thirty (30) days by making a written request to the Court supported by a declaration of counsel showing good cause for the additional time.

3.      The procedure agreed to in this Joint Stipulation shall not prohibit any party from serving other written discovery as deemed appropriate, however, in serving such discovery, the Defendants shall not seek information that is duplicative of that which is provided by the Questionnaires.

Dated: September 16, 2008

BRAYTON PURCELL, LLP

By: _____
CLAYTON W. KENT
Attorneys for Plaintiffs

Dated: September 16, 2008

ARNOLD & PORTER LLP

By: _____
STEPHANIE B. WEIRICK
Attorneys for Defendants
BP CORPORATION NORTH AMERICA INC.,
BP AMERICA INC., BP AMERICA
PRODUCTION COMPANY,
and BP AMOCO CHEMICAL COMPANY

2

Dated: September 16, 2008

KING & SPALDING LLP

By: _Charles Clung_

    CHARLES CORRELL Jr.

Attorneys for Defendants
Attorneys for Union Oil Company of California,
Union Oil Development Corporation, Unocal
Corporation, Unocal Supply Company, Unocal
Foundation, Unocal Intl. Supply & Trading Co.,
Unocal Land & Development Company, Unocal
Limited and Unocal Pipeline Company

Dated: September 16, 2008

MUNGER, TOLLES & OLSON, LLP

By: _____

    BLANCA YOUNG

Attorneys for Defendants
Attorneys for Shell Oil Company, Shell Oil
Company Foundation and Shell Oil Products
Company LLC

Dated: September 16, 2008

SHAPIRO & SHAPIRO

By: _____

    CARL B. SHAPIRO

Attorneys for Defendants
Ahmad Avash, Ali Salkhi and A&A Gas

Dated: September 16, 2008

ELLIOTT & ELLIOTT

By: _____

    JULIANA SALFITI

Attorneys for Defendants
Taylor Investments, LLC and Irvin S. Taylor

3

09/15/2008  13:55    14154532829
..,..,.. ..,.. FAX 202 942 5207

SHAPIRO
ARNOLD & PORTER LLP

PAGE  02
🖂 005

Dated: September 15, 2008                    KING & SPALDING LLP


By: _____
       CHARLES CORRELL
       Attorneys for Defendants
       Attorneys for Union Oil Company of California,
       Union Oil Development Corporation, Unocal
       Corporation, Unocal Supply Company, Unocal
       Foundation, Unocal Intl. Supply & Trading Co.,
       Unocal Land & Development Company, Unocal
       Limited and Unocal Pipeline Company

Dated: September 15, 2008                    MUNGER, TOLLES & OLSON, LLP


By: _____
       BLANCA YOUNG
       Attorneys for Defendants
       Attorneys for Shell Oil Company, Shell Oil
       Company Foundation and Shell Oil Products
       Company LLC

Dated: September 15, 2008                    SHAPIRO & SHAPIRO


By: _____
       CARL B. SHAPIRO
       Attorneys for Defendants
       Ahmad Avash, Ali Salkhi and A&A Gas

Dated: September 15, 2008                    ELLIOTT & ELLIOTT


By: _____
       JULIANA SALFITI
       Attorneys for Defendants
       Taylor Investmets, LLC and Irvin S. Taylor


3

SO ORDERED.

DATED: Sept 25, 2008

THE HONORABLE SHIRA A. SCHEINDLIN

4

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*Machin, et al. v. Taylor Investment, L.L.C., et
al.*, Case No. 06 Civ. 10205 (SAS)

-------------------------------------------------------X

**Master File C.A. No. 1:00-1898
MDL NO. 1358 (SAS)
M21-88**

The Honorable Shira A. Scheindlin

## PERSONAL INJURY, PROPERTY AND OTHER CLAIMS QUESTIONNAIRE AND VERIFICATION BY PLAINTIFF

### INSTRUCTIONS

1.      This Questionnaire is a legal document. The law requires you to fill it out as truthfully and accurately as possible. When you have finished answering these questions, review your answers to be sure they are correct. When you are satisfied, please sign the last page of the Questionnaire. By signing this last page, you are indicating to us that your answers are truthful, under penalty of perjury, just as if the answers were given under oath in the courtroom.

2.      You must base your answers on all information that is in your possession, custody or control, including information in the possession, custody or control of anyone acting on your behalf.

3.      If the space provided is inadequate for your answer, please complete your answer on one of the supplemental pages at the end of this booklet and specify the question number to which you are providing further answers.

4.      If you do not know the answer to a particular question, please write' I do not know" in the space provided for that question.

5.      If you represent one or more plaintiffs (for example, children) and you are yourself a plaintiff, you must complete separate Questionnaires for yourself and for each of the persons for whom you are completing Questionnaires.

6.      When asked to identify a person, please provide the person's full name, telephone number, home or business address and any other identifying information known to you.

7.      Either type your answers or clearly write your answers in ink.

## DEFINITIONS

In answering this Questionnaire:

1.      The terms "you" and "your" shall mean and refer to the plaintiff completing this Questionnaire or on whose behalf this Questionnaire is being completed (*i.e.*, a minor). (*See* Instruction number 5 above.) Each answer must be as complete and straightforward as the information reasonably available to you, including the information possessed by your attorneys, investigators and representatives. If any question cannot be answered completely, answer it to the extent possible.

2.      The term "medical practitioner" shall mean and refer to all doctors, surgeons, physicians, psychiatrists, psychologists, chiropractors, therapists, nutritionists, nurses, and any other person providing, or who has provided, physical and/or psychological health care services including, but not limited to, health care counseling, diagnoses, treatment, evaluations and/or prognosis, whether or not any type or form of medication or other remedy was prescribed.

3.      The term "medical treatment facility" shall mean and refer to all offices, clinics, hospitals, institutions and all other locations where physical or mental health care services are provided.

4.      The terms "exposed" or "exposure" mean contact, in any manner whatsoever, with the substances which you claim caused you harm or damage, including, without limitation, inhalation (breathing), skin contact, and ingestion (swallowing).

5.      The term "Redwood Mobile Home Park" shall mean and refer to the mobile home park located in Novato, California, in the County of Marin, such as it is referenced in the complaint.

- 2 -

6.　　　The term "water well" means the underground water supply well currently or formerly located on or near the Redwood Mobile Home Park, which you claim was contaminated with MTBE.

7.　　　The term "contamination" shall mean and refer to the contamination and/or contamination of the soil, air and water at the Redwood Mobile Home Park, that you contend exists or existed and is the subject of your complaint.

8.　　　The term "Site" shall mean any current or former gasoline station facility of any defendant, or any other facility of any defendant, which you claim in your complaint caused or contributed to any contamination at issue.

9.　　　The term "PCE" shall mean and refer to tetrachloroethylene or perchloroethylene.

10.　　The term "TCE" shall mean and refer to trichloroethylene.

11.　　The term "MTBE" shall mean and refer to methyl tertiary-butyl ether.

12.　　The term "VOCs" shall mean and refer to volatile organic chemicals.

13.　　The term "medical monitoring" shall mean and refer to regular medical tests conducted for the purpose of attempting early detection of possible illnesses or diseases potentially caused by the alleged contamination at issue in this lawsuit.

14.　　The term "Related Lawsuits" shall mean (1) *DeFrancesco et al. v. Taylor Investments, LLC, et al.*, Marin County Superior Court, Case No. CV 023466; (2) *Quinn, et al. v. Shell Oil Inc., et al.*, Marin County Superior Court, Case No. CV 043471; and (3) *Shannon, et al. v. Taylor Investments, LLC, et al.*, Marin County Superior Court, Case No. CV 044959.

## PLAINTIFF QUESTIONNAIRE

**If you are answering this questionnaire for someone else (for example, a minor) answer the questions below on behalf of that person and not on behalf of yourself. If you are answering for yourself, then complete these questions as to yourself.**

I am completing this Questionnaire on behalf of:

☐ myself　　☐ a minor　　☐ other, specify _____

- 3 -

## I. BACKGROUND

1.  State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Questionnaire. (Do not identify anyone who simply typed or reproduced the responses.)

    _____

    _____

2.  Plaintiff's full name:

    _____
    First               Middle            Last

3.  Current Address:

    _____
    Street Address               Apt. No.

    _____
    City          State            Zip

4.  Date and place of Birth: _____

5.  Social Security number: _____

6.  Driver's license number: _____

7.  Maiden name, if any: _____

8.  Any other names that you have been known by:

    _____

9.  Can you speak and understand English with ease? ____Yes. ____No.

10. Can you write in English? ____Yes. ____No.

11. What other languages can you speak or write with ease? _____

12. What is the primary language that you use? _____

13. Are <u>you</u> only making a claim for loss of consortium? ____Yes. ____No.

14. a.  What is your current marital status?

    ____Married    ____Separated    ____Divorced
    ____Widowed    ____Single (never married)

    b.  If currently married, when and where were you married? _____
    Month/Day/Year City/State

- 4 -

c.   If you have been divorced, please list the dates of marriage(s) and divorce(s):

_____

15.   Please provide the name, place of birth and date of birth of each of your children, whether living or deceased.

_____ I have never had any children.

_____ My children are identified below:

| Name | Birth date | Place of Birth (city, state, hospital) | Adopted (yes/no) |
|------|-----------|---------------------------------------|------------------|
|      |           |                                       |                  |
|      |           |                                       |                  |
|      |           |                                       |                  |
|      |           |                                       |                  |

16.   Do any of your children have birth defects which you claim were caused by the contamination?

_____ Yes.   _____ No.

a.   If yes, please provide their names. _____

_____

b.   If yes, are any of them plaintiffs in this lawsuit?   _____ Yes.   _____ No.

17.   Please state all of your educational training below beginning with your elementary school.

| School Name | School Address (City and State) | Dates attended and degree received, if any. |
|-------------|--------------------------------|---------------------------------------------|
|             |                                |                                             |
|             |                                |                                             |
|             |                                |                                             |
|             |                                |                                             |

18.   a.   Are you currently employed?   _____ Yes.   _____ No.

If yes, provide the following information:

b.   Name of employer: _____

c.   Address where you are employed: _____

_____

d.   Start date of employment: _____

- 5 -

e.    Job title or description: _____

19.    Were you ever employed at a place different from the employer described in response to Question 18? _____ Yes. _____ No.

If yes, please provide the information requested below for each previous employer since high school. If you have more than two previous employers after high school, please complete your response on the supplemental pages by providing all the information requested below for all additional previous employers.

Please provide an authorization to obtain employment records in the form provided for each employer identified.

EMPLOYER 1 (most recent previous employer)

a.    Name: _____

b.    Address where you were employed: _____
_____

c.    Dates of employment: _____

d.    Job title or description: _____

e.    Salary(ies): _____

EMPLOYER 2 (next most recent previous employer)

a.    Name: _____

b.    Address where you were employed: _____
_____

c.    Dates of employment: _____

d.    Job title or description: _____

e.    Salary(ies): _____

20.    Have you ever been in military service? _____ Yes. _____ No.

a.    If yes, state the dates served: from $\frac{}{\text{(Mo./Yr.)}}$ to $\frac{}{\text{(Mo./Yr.)}}$

b.    In what branch of the service did or do you serve? ___ Army ___ Marine Corps ___ Navy ___ Air Force ___ Other (specify: _____)

c.    If you served outside of the United States, state where: _____

d.    What were your responsibilities in the military? _____
_____

e.    What was your rank at the time of discharge? _____

- 6 -

f.  What was your serial number? _____

g.  Did you receive a medical discharge? _____ Yes. _____ No.

Please provide a completed military records authorization in the form provided, unless you are not claiming any personal injuries or any increased risk of future injuries (including medical monitoring and/or fear of cancer).

21. Please state each of your residence addresses from 1940 to the present and the dates you lived at each address, beginning with your current address. (If you have had more than three residences from 1940 to the present, please complete your response on the supplemental pages by providing all the information requested below for all other residences.)

RESIDENCE 1 (Current Residence)

a.  Street address: _____
    City: _____ State: _____ Zip: _____

b.  Dates of residence: _____

c.  Please identify all persons who lived at this residence with you.
    _____

RESIDENCE 2

a.  Street address: _____
    City: _____ State: _____ Zip: _____

b.  Dates of residence: _____

c.  Please identify all persons who lived at this residence with you.
    _____

RESIDENCE 3

a.  Street address: _____
    City: _____ State: _____ Zip: _____

b.  Dates of residence: _____

c.  Please identify all persons who lived at this residence with you.
    _____

22. Have you ever been a plaintiff or a defendant in a civil lawsuit involving allegations of personal injury (including a class action suit, but not including divorce proceedings) other than this lawsuit?

    _____ Yes. _____ No.

If yes, please provide the information requested below for each such lawsuit. (if more than one such lawsuit, please complete your response on the supplemental pages by providing all the information requested below for all other lawsuits.)

- 7 -

a.  Name of action: _____

Case No.: _____        Court: _____

Date (year and month) that action was filed: _____

b.  Were you a plaintiff _____ or defendant _____? (check one)

c.  What was the nature of the allegations of the action?

_____

_____

d.  How was the case resolved? ___ Settlement ___ Dismissal ___Verdict or Judgment

## II.   LOSS OF CONSORTIUM

23.  Are you seeking damages for loss of consortium?   ____Yes.   ____ No.

If no, go to Section III, below.  If yes, please answer Questions 24 through 26.

24.  State the name and date of birth of each person whose consortium you have lost:

_____

25.  For each person named in Question 24, state your relationship to them and describe in detail the lost consortium (*e.g.*, loss of companionship, loss of sexual relationship, etc.), including the date the loss began:

_____

_____

26.  For each person whose consortium you have lost, state whether the person is a plaintiff in this lawsuit.

_____

_____

## III.   PERSONAL INJURIES, EMOTIONAL DISTRESS, AND MEDICAL MONITORING.

### A.   Personal Injury Claims

27.  Are you making a claim for personal injuries, diseases, illnesses or conditions in this lawsuit? Note: This question does not include emotional distress, fear of cancer, or medical monitoring, which are addressed in later questions:
     ____Yes.   ____ No.

**If you answered "Yes" to Question 27, please answer Questions 28 through 37.  If you answered "No" to Question 27, please go to Question 38.**

28. Describe in detail each of your physical injuries, diseases, illnesses or conditions which you claim were caused by any defendant or the contamination for which you seek to recover damages in this lawsuit; state the date that the symptoms began (do not include emotional distress or fear of cancer in this response) and the date of diagnosis of the condition by a Medical Practitioner.

| Condition | Date Symptoms Began | Date of Diagnosis |
|-----------|---------------------|-------------------|
|           |                     |                   |
|           |                     |                   |
|           |                     |                   |

29. Are any of the above conditions continuing? ____Yes. ____ No. If you answered "yes," please indicate which are continuing. If you answered "no," please state the date(s) when each condition ended.

_____
_____
_____
_____

30. Please give the name and address and approximate dates of treatment by each Medical Practitioner or Medical Treatment Facility (doctor, hospital, etc.) with whom or where you received any advice, consultation, testing, therapy, examination or treatment for each injury identified in Question 28. Please specify the condition or injury for which you were treated.

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Date of Treatment |
|---------------------------------------------------------|---------|--------------------------|-------------------|
|                                                         |         |                          |                   |
|                                                         |         |                          |                   |
|                                                         |         |                          |                   |
|                                                         |         |                          |                   |
|                                                         |         |                          |                   |

(If more than five Medical Practitioners or Treatment Facilities, please use additional pages, as necessary.)

31. Did you incur any out of pocket expenses in connection with any of the above treatments? ____Yes. ____ No. If you answered "yes," please specify the amount and nature of expenses incurred as to each treatment.

_____
_____
_____
_____

32. For the period from five years before the onset of your earliest injury identified in response to Question 28 to the present, list your family doctor and any specialists you have seen other than any Medical Practitioner or Medical Treatment Facility identified in your response to Question 30.

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Year of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Use supplemental pages if there are more than five such practitioners or facilities.)

33. Have you ever suffered from cancer or any other major illness? ____Yes. __ No. If you answered "yes," please provide the following information. (Do not list any Medical Practitioners or Medical Treatment Facilities already listed in response to Questions 30 or 32.)

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Year of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

34. Are you claiming damages for cancer? ____Yes. __ No.

If yes, give the name and address for all Medical Practitioners and Medical Treatment Facilities (doctor, hospital, etc.) you have been to during the fifteen years before you were diagnosed with cancer. (Do not list any Medical Practitioners or Medical Treatment Facilities already listed in response to Question 30, 32, 33.)

- 10 -

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Year of Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(Use supplemental pages if there are more than five such practitioners or facilities.)

35. Are you bringing a claim for "preconception injury" resulting from exposure during pregnancy to contamination due to any defendants' conduct? _____Yes. __ No. (If yes, please answer Question 36. If no, go to Question 37.)

    a. Please describe your preconception injury: _____

    b. Please describe the exposure that resulted in this injury: _____

    c. State your birth mother's full name, your biological father's full name and the hospital (including city and state) at which you were born: _____

37. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit were caused by any of the defendants or by any of the alleged contaminants? _____Yes. _____ No.

If yes, please identify:

    a. The Medical Practitioner who told you that it was related to such contaminants:

    b. The specific contaminants (e.g., MTBE, PCE, TCE, benzene, toluene, etc.) which you were told caused your injuries, illnesses or conditions:

    c. The date on which you were told: _____

- 11 -

## B. Emotional Distress, Fear of Cancer, and Other Psychological Injuries

38. Are you making a claim for emotional distress, fear of cancer, or any other mental condition or psychological injury in this lawsuit? _____Yes. _____No.

**If you answered "yes" to Question 38, please answer Questions 39 through 43. If you answered "no" to Question 38, please go to Question 44.**

39. Describe each of the emotional, mental, or psychological conditions or injuries that you claim were caused by any of the defendants or the contamination. (Include in your description the date that you first had the condition or injury and whether the condition or injury is continuing. If the condition is not continuing, state when it ended.):

_____

_____

_____

40. Please provide the following information for each medical practitioner or medical treatment facility (doctor, hospital, etc.) from whom or where you received any advice, consultation, testing, therapy, examination or treatment for each injury or condition identified in Question 39. Please specify the condition or injury for which you were treated.

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Date of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Use supplemental pages if there are more than five such practitioners or facilities.)

41. Have you ever been told by any medical practitioner that any of the emotional or psychological injuries, illnesses or conditions for which you are seeking damages in this lawsuit was caused by any of the defendants or by the alleged contaminants?
_____Yes. _____No.

If yes, please identify:

a. The Medical Practitioner who told you that it was related to such contaminants:

- 12 -

b.   The specific contaminants (e.g., MTBE, PCE, TCE, benzene, toluene, etc.) which you were told caused your injuries, illnesses or conditions:

_____

c.   The date on which you were told: _____

42.   Describe any significant stress or other emotional distress in your life starting two years before the date you claim emotional distress in this case (for example, a divorce, death of a loved one, unemployment, etc.). If none, say "none." _____

_____
_____

43.   If you are claiming any emotional or mental problem (including depression), have any of your blood relatives, including children, parents, grandparents, aunts, uncles, brothers or sisters (and including your half-brothers and half-sisters), whether currently living or deceased, ever been diagnosed with or treated for emotional or mental problems (e.g., depression, schizophrenia)? ____Yes.   ____ No.

If yes, please describe the relationship of each such person to you, whether he/she is a maternal or paternal relative and state the type of emotional or mental problem.

_____
_____

## C.   Medical Monitoring

44.   Are you seeking to recover damages for the costs of future medical tests and/or diagnosis in this lawsuit? ____Yes.   ____ No.

**If you answered "yes" to Question 44, please answer Question 45. If you answered "no" to Question 44, please go to Question 46.**

45.   Please give the name and address of any Medical Practitioner who has told you that you should have future medical tests and/or diagnosis as a result of exposure to the contamination or any other conduct by any defendant. If none, state "None."

_____
_____
_____

## D.   Loss of Income

46.   Do you claim that any of your physical or emotional injuries or conditions which you claim were caused by the contamination or by any of the defendants caused you to be absent from work or affected your earning capacity and thereby caused

- 13 -

you to lose wages? ____Yes. ____ No.

**If you answered "yes" to Question 46, please answer Questions 47 through 52. If you answered "no" to Question 46, please go to Question 53.**

47.    Please provide the following information for each of the work absences you claim was caused by the contamination. (If more than 2 absences, please complete your response on the supplemental pages by providing all of the information requested below for all absences.)

ABSENCE I

a.    Dates of absence: _____

b.    Employer: _____

c.    Weekly wage before absence: $_____ per week

d.    Wages lost during this absence? $_____

e.    Describe how you calculated this loss: _____

_____

ABSENCE 2

a.    Dates of absence: _____

b.    Employer: _____

c.    Weekly wage before absence: $_____ per week

d.    Wages lost during this absence? $_____

e.    Describe how you calculated this loss: _____

48.    Do you claim that any of your physical or emotional injuries or conditions which you claim were caused by the contamination or by any of the defendants caused you to change occupations? ____Yes. ____ No.

a.    If yes, what health reason(s) do you claim caused you to change occupations?

_____

b.    If yes, do you claim that the change in occupation caused you to lose wages? ____Yes. ____ No.

       If yes, please explain the nature and amount of your lost wages.

_____

_____

- 14 -

49. Do you believe that your capacity to earn income has been impaired by any of the physical, mental or emotional injuries which you claim are caused by the contamination or any of the defendants? _____ Yes. _____ No.

If yes, please state which injuries have impaired your earning capacity, the extent of the impairment and the date on which it began. _____

_____

_____

50. Since 1985, or after you moved to and/or visited the Redwood Mobile Home Park (whichever occurred later), have you brought a workers' compensation claim against any employer, whether you recovered any benefits or not, for any of the same or similar injuries, illnesses, diseases or conditions that you are claiming in this lawsuit?
_____ Yes. _____ No.

a. If yes, please provide for each such claim, the name of the employer against whom you brought the claim, the date the claim was brought, and the injury, illness, disease or condition for which the claim was brought. (Please use supplemental pages to provide additional information if necessary.)

b. Did you recover benefits for this claim? _____ Yes. _____ No.

_____

51. Since 1985, or after you moved to and/or visited the Redwood Mobile Home Park (whichever occurred later), have you applied for disability benefits, including Social Security? _____ Yes. _____ No. If yes, please provide the information requested.

a. If you applied and were denied benefits, state the date of the application and the reason for your disability claim. _____

_____

b. If you applied and received disability benefits, please provide the documents you submitted in connection with your application. _____

_____

c. From whom did you receive benefits (employer, governmental agency, insurance company, etc.)? _____

_____

_____

d. When was the first and last date you received benefits?

From: _____ To: _____

- 15 -

e. Please describe the condition for which you received the benefits.

_____

_____

_____

52. If you are claiming loss of income, have you received unemployment benefits during the time this loss of income occurred? ____Yes. ____ No. If yes, please provide the information requested.

a. Date(s) benefit was claimed: _____

b. Date(s) benefits were received: From: _____ To: _____

c. Amount of benefits received: $_____

## IV. MEDICAL HISTORY

**If you are completing this Questionnaire for another person (*i.e.,* a minor), you must answer all of the Questions in this section on behalf of that person.**

**If you are completing this Questionnaire for yourself and you are making any claim for personal injury, emotional distress of any type, medical monitoring or fear of cancer, you must answer all of the Questions in this section for yourself.**

**If you are making any claim for loss of consortium (for someone who is not a plaintiff), you must also provide a separate copy of this section in which you answer Questions 52 to 59 as to that person.**

**If you are completing this Questionnaire for yourself or another living person and you answered "NO" to all Questions 27, 38, 44, and 46, and if you (or they) are not making any loss of consortium claim, then you do not need to answer the questions in this section and you may go directly to Section V.**

### A. General Health & Medical History

53. Please provide the following information concerning your birth.

a. Were you adopted? ____Yes. ____ No.

b. Were you a premature baby? ____Yes. ____ No.

c. Were you born with any birth defects? ____Yes. ____ No.

If yes, please specify: _____

d. What was your weight and length at birth? ____ pounds ____ ounces ____inches

e. Where were you born? ____ At home ____In a hospital (name/address): ____ Other (please specify): _____

- 16 -

f.  If there were any complications with your mother's pregnancy with you or your birth, please explain. _____

54.  Please provide the following information concerning your current height and weight.

   a.  Height: ____ feet ____ inches     Weight: ____ pounds

   b.  What is the most (excluding pregnancies) and the least you have weighed in the last five years?

   Most: ____ pounds                    Least: ____ pounds

55.  Have any of your children, parents, grandparents, aunts, uncles, brothers or sisters (including your half-brothers and half-sitters) who are blood relatives, whether currently living or deceased, ever been diagnosed with or treated for any major illness or condition <u>other than</u> cancer (*e.g.*, asthma, emphysema, heart disease, high blood pressure, tuberculosis, etc.)? ____Yes.  ____No. If yes, please provide the name of the relative, his/her relationship to you, whether he/she is a maternal or paternal relative and state the type of illness.)

_____

_____

_____

_____

56.  Have any of your children, parents, grandparents, aunts, uncles, brothers or sisters (including your half-brothers and half-sisters) who are blood relatives, whether currently living or deceased, ever been diagnosed with or treated for cancer? ____Yes.  ____No.

   If yes, please provide the name of the relative, his/her relationship to you, whether he/she is a maternal or paternal relative and the type of cancer. _____

_____

_____

_____

_____

57.  Have you ever used tobacco products? ____Yes.  ____No. (If no, go to Question 58.)

   a.  Please state which of the following you have used or currently use and the dates of use (check all that apply).

- 17 -

| Product | Year (or your age) when first used. | Use Currently? (Yes/No) | Year (or your age) last used (if not currently used |
|---|---|---|---|
| Cigarettes<br>Yes___ No___ | | Yes___ No___ | |
| Cigars<br>Yes___ No___ | | Yes___ No___ | |
| Pipe<br>Yes___ No___ | | Yes___ No___ | |
| Snuff<br>Yes___ No___ | | Yes___ No___ | |
| Chewing Tobacco<br>Yes___ No___ | | Yes___ No___ | |

b.  For each tobacco product that you currently use, please state the quantity of each that you consume on a daily (24 hour) basis.

_____

_____

_____

c.  For each tobacco product that you used at one time but do not use currently, please state the quantity that you formerly consumed, on average, on a daily, weekly, or monthly basis, as appropriate.

_____

_____

_____

d.  If you smoke or did smoke cigarettes, state the brands you do or did smoke and whether each was filtered or non-filtered?

_____

_____

_____

e.  Was there ever a time when you used the above-stated tobacco products in greater or lesser quantities than described above? ____Yes. ____ No.

If so, please describe when and how much you used.

_____

58. Do you or did you drink alcoholic beverages? ____Yes. ____ No. (If no, go to Question 59.)

   a. If yes, what do you drink? (check all that apply)

      ___ Beer                      ___ Mixed drinks or liquor
      ___ Wine

   b. How often do you drink?

      ___ days per week; or
      ___ days per month, or
      ___ days per year

   c. Please indicate (on average) the number of each of the following alcoholic beverages you consume per day, per week, or per month, as appropriate (indicate in your response if number is per day, per week, or per month):

      | Beverage | Number per Day, Week, or Month |
      |---|---|
      | Beer (glass) | |
      | Wine (glass) | |
      | Mixed Drink | |

   d. Was there ever a time when you drank more or less than described above?
      ____Yes. ____ No.

      If so, please describe when and how much you drank.

      _____

   e. If you do not currently drink alcoholic beverages, did you ever drink alcoholic beverages?

      ____Yes. ____ No.

   f. If yes, what did you drink? (check all that apply)

      ___ Beer                      ___ Mixed drinks or liquor
      ___ Wine

   g. On average, describe how much you drank per day, week, or month, as appropriate:

      _____

   h. Have you ever been treated or sought treatment for alcoholism or chronic drinking? ____Yes. ____ No.

- 19 -

i.     If yes, please identify all persons who, or places where, you were treated and the years of such treatment.

59.   Have you ever engaged in any routine nonprescription drug use? (Do not include in your response any over-the-counter medications such as Advil, Tylenol, cough syrup, etc.)

_____Yes.  _____ No.  (If no, go to Question 60.)

a.     For each nonprescription drug that you currently use, please identify the drug and state the quantity of each that you consume on a daily (24 hour) basis.

_____

_____

_____

b.     For each nonprescription drug that you used at one time but do not use currently, please identify the drug and state the quantity that you formerly consumed, on average, on a daily, weekly, or monthly basis, as appropriate.

_____

_____

_____

c.     Was there ever a time when you used the above-stated nonprescription drug(s) in greater or lesser quantities than described above? _____Yes.  _____ No.

If so, please describe when and how much you used.

_____

_____

_____

60.   Have you ever been treated or sought treatment for abuse of any prescription or nonprescription drug? _____Yes.  _____ No.

If yes, please identify all persons who, or places where, you were treated and the years of such treatment.

61.   Please identify all medical doctors consulted from 1989 to the present, for any major illness.

| Name of Physician | Date(s) of Treatment | Reason(s) For Treatment | Location of Treatment |
|---|---|---|---|
| | | | |
| | | | |

- 20 -

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

62. Please Identify all hospitalizations, including in-patient treatment, out-patient treatment, and visits to an emergency room, received from 1989 to the present

| Name of Hospital | Date(s) of Treatment | Reason(s) For Treatment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

63. To the extent not previously disclosed, identify all medical/psychological treatments from 1989 to the present, for any major illness.

| Name of Physician or Treating Professional | Date(s) of Treatment | Reason(s) For Treatment | Location of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## B. Pregnancy History

If you are a woman making a claim for cancer or other disease or injury for any of your reproductive organs, including your ovaries or uterus, or if you are a woman making a claim for preconception injuries or injuries at birth to any of your children, answer Questions 60 through 64 (men go to Question 65).

64. How many times have you been pregnant (including all pregnancies, whether carried to term or not). _____

65. Have you ever miscarried? ____Yes. ____ No.

   If yes, state the number of times and the approximate date of each miscarriage, if known:

   _____

66. Were any of your children stillborn? ____Yes. ____ No.

   If yes, please state the year and month of each stillbirth:

- 21 -

67.  Have any of your pregnancies resulted in premature delivery? ____Yes. ____
     No.

     If yes, please state the number of times and the dates of the premature deliveries
     (including the due date and birth date of each premature infant):

68.  Have you ever had a medically required pregnancy termination? ___Yes. ____
     No.

     If yes, please state how many times and the reasons for the medical necessity:

## V.   EXPOSURE HISTORY

**If you are completing this Questionnaire for another person (*i.e.*, a minor), you must
answer all of the Questions in this section on behalf of that person.**

**If you are completing this Questionnaire for yourself and you are making any claim for
personal injury, emotional distress of any type, medical monitoring or fear of cancer, you
must answer all of the Questions in this section for yourself.**

**If you are making any claim for loss of consortium (for someone who is not a plaintiff), you
must also provide a separate copy of this section in which you answer the Questions 66 to
86 as to that person.**

**If you are completing this Questionnaire for yourself or another living person and you
answered "NO" to all Questions 27, 38, 44, and 46, and if you (or they) are not making any
loss of consortium claim, then you do not need to answer the Questions in this section and
you may go directly to Section VI.**

69.  Completely fill in the table on Exhibit A with all information about any exposure
     to any chemical whether identified in the complaint or not that you claim caused
     you any type of injury or damage. Fill out one row for each exposure you claim
     caused you injury or damage. (For example, if you claim three (3) different
     exposures, you must fill out three rows - one for each exposure.)

70.  If you have been a resident or tenant of the Redwood Mobile Home Park, state the
     name of the person(s) in your household whose name was on the lease:

71.  If you have never been a resident or tenant of the Redwood Mobile Home Park, or
     are claiming injury during a period when you were not a tenant or resident, state
     the name of the person whom you visited or were a guest of, for each visit:

| Name of Resident | Date of Visit | Reason For Visit | Name of Other Individuals Present During Visit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Please provide a copy of any documentary evidence (i.e., pictures) of any such visits.**

72. If you have never been a resident or tenant of the Redwood Mobile Home Park, or are claiming injury during a period when you were not a tenant or resident, did you ever spend the night in the Park? _____ If yes, how many nights? _____

73. Did you ever consume tap water that originated from the drinking water well at Redwood Mobile Home Park? _____ If yes, how many times? _____

74. Did you ever bathe in tap water that originated from the drinking water well at Redwood Mobile Home Park? _____ If yes, how many times? _____

75. Did you ever cook using tap water that originated from the drinking water well at Redwood Mobile Home Park? _____ If yes, how many times? _____

76. Have you ever made any complaints about the water, soil, or air at the Redwood Mobile Home Park or at any Site? If so, for each such complaint, provide the following information:

    a.   The date on which you made such complaint:

    b.   The substance of your complaint:

    c.   The name of any person to whom you made such complaint:

    d.   If the complaint or any response was in writing, attach copies or indicate copies no longer exist:

77. Please state the date when you first learned of well water contamination at the Redwood Mobile Home Park: _____

78. Have you ever had any written or oral communication with any current or former city, state, or federal authority or regulatory agency regarding the alleged

- 23 -

contamination at the Redwood Mobile Home Park?

If so, for each such communication, provide the following information:

a.   The name of any such current or former individual or entity: _____

_____

b.   The dates of such communications: _____

_____

c.   The substance of such communications: _____

_____

d.   If any communication, or any response, was in writing, please attach copies.

79.   Please identify each person, including Medical Practitioners (but excluding your lawyers or persons working at the direction of your lawyers), who has told you that you were exposed to any chemical that you claim has caused you any injury or damage, which chemical they told you you were exposed to, when they told you, and the location of the exposure.

_____

_____

_____

_____

80.   Have you ever been tested or examined to determine if you have been exposed to:

PCE ___Yes.   ___ No.

TCE ___Yes.   ___ No.

MTBE ___Yes.   ___ No.

Benzene ___Yes.   ___ No.

Toluene ___Yes.   ___ No.

VOCs (excluding above) ___Yes.   ___ No.  Specify: _____

Other Chemical Substances ___Yes.   ___ No.
(Specify each)
_____

For each substance for which you checked "yes" above, please state:

a.   Who conducted the test(s)? _____

_____

- 24 -

b. The type of tests conducted? _____

_____

c. Where were the tests conducted? _____

_____

d. When were the tests performed? _____

_____

e. The reasons the tests were performed? _____

_____

f. Do you have a copy of the tests results? ___Yes. ___No.

   If yes, please provide a copy of the test results.

g. If you do not have a copy of the test results, but you did receive a copy of the results, or otherwise know what the test results were, please describe the results:

_____

_____

81. Have you ever had the tap water at the Redwood Mobile Home Park tested to determine the chemical composition of the water, or to determine if the water contained any contaminants? ___Yes. ___No. (If no, go to Question 83.)

   If yes, please answer Questions 82 and 83.

82. Please provide the following information for each of the locations where the water was tested.

| Address of Location Tested | Date(s) of Test(s) | Who performed the test? | Reason for Test |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

83. Describe the results of each test identified in Question 82, if you know. If you do not know, state, "Unknown." _____

_____

_____

___ I have ___ I do not have a copy of the results of the test performed on (Date):

_____

- 25 -

**Please provide a copy of all results for each of the water tests that were performed that you have.**

84. Have you ever noticed any of the following conditions of the tap water at the Redwood Mobile Home Park:

    ___ Strange taste    ___ Strange odor    ___ Strange color

    If yes, when? _____

85. Have you ever boiled the tap water at the Redwood Mobile Home Park before drinking it?
    ___ Yes.    ___ No.

    If yes, when? _____

86. Have you ever bought bottled water for fear of drinking the tap water at the Redwood Mobile Home Park?
    ___ Yes.    ___ No.

    If yes, when? _____

87. At any time prior to October 2000, did you think the tap water at the Redwood Mobile Home Park was unsafe?
    ___ Yes.    ___ No.

    If yes, when did you first think the tap water was unsafe? _____

88. Have you ever had the soil or air at the Redwood Mobile Home Park tested to determine if the soil or air contained any contaminants? ___Yes.    ___ No.

    If yes, please answer Questions 89 and 90. If no, go to Question 91.

89. Please provide the following information for each location where the soil or air was tested:

| Address of Location Tested | Date(s) of Test(s) | Who performed the test? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

90. Describe the results of each test identified in Question 89, if you know. If you do not know, state, "Unknown." _____
    _____
    _____

    ___ I have    ___ I do not have a copy of the results of the test performed on (Date):

- 26 -

**Please provide a copy of all results for each of the soil tests that were performed that you have.**

91.    Have you been contacted by anyone doing a study of health problems, contamination of the groundwater or other environmental studies, at or near the Redwood Mobile Home Park or any Site?

___Yes.    ___No.

If yes, please identify each person who contacted you, and the date(s) of the contact:

_____

_____

92.    Please describe the results of each study or test, if known:

_____

_____

**Please provide a copy of each study or test result that you have.**

93.    Have you or anyone acting on your behalf (but not including your attorneys or their employees) ever conducted an investigation of or performed tests related to soil, air, groundwater, or tap water contamination which you claim was caused by any defendant?

___Yes.    ___No. (If yes, please answer Question 94. If no, please go to
Question 95.)

94.    For each investigation or test performed by you or anyone acting on your behalf (but not including your attorneys or their employees) related to soil, air, groundwater, or tap water contamination which you claim is caused by any defendant please provide the information requested:

| Date(s) Performed | Location Performed | Types of Test(s) | Persons Performing | Results |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Please provide a copy of all reports, summaries, or conclusions of any such investigations or tests.**

95.    Have you ever received a written notice that there was PCE, TCE, MTBE, benzene, toluene, VOCs, or any other chemical substances in the tap water,

- 27 -

groundwater, soil, or air at the Redwood Mobile Home Park or at any Site?

___Yes. ___No.

If yes, state when you received notice that there was or may be PCE, TCE, MTBE, benzene, toluene, VOCs, or any other chemical substances in the tap water, groundwater, soil, or air at the Redwood Mobile Home Park or at any Site, from whom the notice was received, where you received the notice and the substance of the notice:

_____

_____

_____

## VI.    MEDIA AND COMMUNITY BACKGROUND

96.    For the period 1985 to the present, list and provide the requested information regarding all newspapers, community newsletters, magazines containing current event/news articles and other publications containing current event/news articles that you or any person with whom you lived or visited at the Redwood Mobile Home Park subscribe(d) to and/or otherwise receive(d) (*i.e.*, if you receive a community paper, union mailing or other newsletter without a subscription) on the chart below:

| Name of Publication | Dates subscribed to and/or received | List the Sections of This Publication that you Read | State the Frequency that you Read This Publication (daily, weekly, etc.) | For Daily Newspapers, Read Daily? Yes or No |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

97.    Since 1985, have you read any news articles discussing contamination of tap water, groundwater, soil or air? ___Yes.  ___No.

If yes, what is the earliest date you recall reading such articles? _____

In what publication was each article included? _____

_____

98.    For the period 1985 to the present, identify all Legislative/Administrative Agency Publications that you read and indicate the frequency of your reading. If none, state "none."

| What Publications, Newsletters, Notices or Fact Sheets From Any State, Federal, City or Local Legislative or Administrative Agency Have You Seen | Have You Read Such Publications, Newsletters, Notices or Fact Sheets? Yes or No | When Did You Read the Publication, Newsletter Notice or Fact Sheet? | What Was The Topic of The Publication, Newsletter, Notice or Fact Sheet? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

99.    Prior to becoming a Plaintiff in this action, had you ever attended a meeting in which contamination or contamination of the tap water, groundwater, soil or air was discussed?

_____Yes.    _____ No.

If yes, identify the meeting and when and where it was held: _____

_____

What organization or group sponsored the meeting(s)? _____

_____

Who else attended the meeting(s)?_____

100.    Have you ever attended a public hearing in which contamination or contamination of the tap water, groundwater, soil or air was discussed?

_____Yes.    _____ No.

If yes, identify the hearing and when and where it was held: _____

_____

Who else attended the hearing? _____

101. Have you seen or appeared in any television program, listened to any radio program, read any magazine or newspaper articles, or viewed any other media which addressed or discussed any matters related to this lawsuit or a Related Lawsuit?

___Yes. ___No.

If yes, provide the name of the program or article, the media enterprise in which it appeared (for example, Time Magazine, NBC News, etc.), the date you viewed, listened to, appeared on or read the program or article and the issues discussed:

_____

_____

_____

102. Have you been interviewed for any television program, radio program, magazine or newspaper articles, or other media which regarding any matters related to this lawsuit or a Related Lawsuit?

___Yes. ___No.

If yes, provide the name of the program or article, the media enterprise, and the date(s) you were interviewed:

_____

_____

_____

103. Have you ever written an article, column, editorial, or letter-to-the-editor to any newspaper, magazine, radio station, television station, or any other media enterprise regarding any matters related to this lawsuit or a Related Lawsuit?

___Yes. ___No.

If yes, describe the article(s), column(s), editorial(s), or letter(s)-to-the-editor in detail, including the publication date, subject matter, opinions expressed, co-author (if any) and the name of the media enterprise in which the article appeared:

_____

_____

104. Prior to the time you retained counsel for this lawsuit, did you ever receive any solicitations (in writing or orally) to participate in this lawsuit or a Related Lawsuit? ___Yes. ___No.

If yes, did you retain a copy of the solicitation you received? ___Yes. ___No.

If yes, state the date you were solicited and the name of the person who solicited you:

_____

_____

_____

## VII. OTHER

105. Have you ever had any communication with anyone employed by any defendant regarding contamination or potential contamination at any Site or at the Redwood Mobile Home Park?
___Yes. ___No. If yes, please answer Question 106. If no, please go to Question 107.

106. Please provide the following information for each person employed by any defendant with whom you have spoken.

| Person you talked with (or wrote to) | Defendant for whom the person worked | Dates of Contract | Topics of Contract |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

107. Have you ever had any communication with or received information from any person at any city, state, federal or local agency, including, but not limited to, the County of Marin Environmental Health Services Division, Department of Health Services, Department of Toxic Substances Control, Regional Water Quality Control Board, or Environmental Protection Agency, or with any other person acting in a official government capacity regarding contamination or potential contamination at any Site or at the Redwood Mobile Home Park? ___Yes. ___ No. (If yes, please answer Question 108. If no, go to Question 109.)

108. Please provide the following information for each person or official referred to in Question 107 whom you contacted or who contacted you about the contamination, the Redwood Mobile Home Park or any Site.

| Person you talked with (or wrote to) | Defendant for whom the person worked | Dates of Contract | Topics of Contract |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

109. Have you ever signed a petition or complaint letter regarding contamination or contamination of the tap water, groundwater, soil or air at the Redwood Mobile Home Park or at any Site? ___Yes. ___ No.

If yes, when did you sign the petition or letter, and what was the subject?

_____

Who sponsored the petition or letter? _____

110. Do you personally have, or have you had (excluding those provided by your attorneys or their employees), any photographs, films, videotapes, diagrams, reproductions, models, tape recordings, written reports or statements, or other document which pertains to the groundwater, tap water, soil, or air contamination, damage or injury which you claim are caused by any Site? ___Yes. ___No. (If yes, please answer Question 111. If no, please go to Question 112.)

111. Please identify the source of each such item, when you received the item, from whom you received the item, and the date the item was created. _____

_____

_____

**Please provide a copy of each such item.**

112. Are you making claims in this lawsuit for any other injuries, illnesses, losses or damages other than those you have already described in your answers to the above questions? If so, please give the details of those claims.

_____

_____

_____

113. Have you ever engaged in any activity on a regular basis (*e.g.*, sports, hobbies and/or recreational activity) in which you were exposed to any chemicals (*e.g.*, glues, varnishes, solvents, vitamin supplements or other forms of supplements)? ___Yes. ___No.

If yes, identify each activity and the chemical to which you are exposed.

_____

_____

_____

114. Identify any individual who you know who saw someone release into the environment at the site any chemical you claim caused you damage.

_____

_____

_____

115.  Identify each current or former employee of any defendant who concealed information about any chemical released into the environment at any Site or about the contamination of groundwater, tap water, soil, or air therefrom.

_____

_____

_____

116.  For each such person identified in response to Questions 114 and/or 115, state whether the person has provided any statement or declaration to you personally regarding their knowledge, and if so identify the persons and all documents in which such statement is reflected.

_____

_____

_____

## SUPPLEMENTAL RESPONSES:

21.  Previous Residences

RESIDENCE 4

a.  Street address: _____

City: _____ State: _____ Zip: _____

b.  Dates of residence: _____

c.  Please identify all persons who lived at this residence with you.

_____

RESIDENCE 5

a.  Street address: _____

City: _____ State: _____ Zip: _____

b.  Dates of residence: _____

c.  Please identify all persons who lived at this residence with you.

_____

- 33 -

RESIDENCE 6

a.   Street address: _____

     City: _____ State: _____ Zip: _____

b.   Dates of residence: _____

c.   Please identify all persons who lived at this residence with you.

     _____

RESIDENCE 7

a.   Street address: _____

     City: _____ State: _____ Zip: _____

b.   Dates of residence: _____

c.   Please identify all persons who lived at this residence with you.

     _____

## SUPPLEMENTAL RESPONSES

39.   Please give the name and address and approximate dates of treatment for each Medical
      Practitioner or Medical Treatment Facility (doctor, hospital, etc.) with whom or where
      you received any advice, consultation, testing, therapy, examination or treatment for each
      injury identified in Question 28. Please specify the condition or injury for which you
      were treated.

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Date of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUPPLEMENTAL RESPONSES

40. For the period from five years before the onset of your earliest injury identified in response to Question 28 to the present, list your family doctor and any specialists you have seen other than any Medical Practitioner or Medical Treatment Facility identified in your response to Question 32.

| Medical Practitioner or Facility Name | Address | Year of Treatment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL RESPONSES

41.    If you are claiming damages for cancer, give the name and address for all Medical Practitioners and Medical Treatment Facilities (doctor, hospital, etc.) you have been to during the fifteen years before you were diagnosed with cancer. (Do not list any Medical Practitioners or Facilities already listed in response to Question 30 or 32.)

| Medical Practitioner or Facility Name | Address | Year of Treatment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## **SUPPLEMENTAL RESPONSES**

48. Please provide the following information for each Medical Practitioner or Medical Treatment Facility (doctor, hospital, etc.) with whom or where you received any advice, consultation, testing, therapy, examination or treatment for each injury or condition identified in Question 28. Please specify the condition or injury for which you were treated.

| Medical Practitioner or Medical Treatment Facility Name | Address | Condition(s) Treated For | Date of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUPPLEMENTAL RESPONSES

55. Please provide the following information for each of the work absences you claim was caused by the Site. (If more than 2 absences, please complete, your response on the supplemental pages by providing all of the information requested below for all absences.)

ABSENCE 3

a.   Dates of absence: _____

b.   Employer: _____

c.   Weekly wage before absence: $_____ per week

d.   Wages lost during this absence? $_____

e.   Describe how you calculated this loss: _____
_____

ABSENCE 4

a.   Dates of absence: _____

b.   Employer: _____

c.   Weekly wage before absence: $_____ per week

d.   Wages lost during this absence? $_____

e.   Describe how you calculated this loss: _____
_____

ABSENCE 5

a.   Dates of absence: _____

b.  Employer: _____

c.  Weekly wage before absence: $_____ per week

d.  Wages lost during this absence? $_____

e.  Describe how you calculated this loss: _____

61.  Please identify all medical doctors consulted from 1989 to the present, for any major illness.

| Name of Physician | Date(s) of Treatment | Reason(s) For Treatment | Location of Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

62.  Please Identify all hospitalizations, including in-patient treatment, out-patient treatment, and visits to an emergency room, received from 1989 to the present

| Name of Hospital | Date(s) of Treatment | Reason(s) For Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

- 39 -

| | | |
|---|---|---|
| | | |
| | | |
| | | |

63. To the extent not previously disclosed, identify all medical/psychological treatments from 1989 to the present, for any major illness.

| Name of Physician or Treating Professional | Date(s) of Treatment | Reason(s) For Treatment | Location of Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

71. If you have never been a resident or tenant of the Redwood Mobile Home Park, or are claiming injury during a period when you were not a tenant or resident, state the name of the person whom you visited or were a guest of, for each visit:

| Name of Resident | Date of Visit | Reason For Visit | Name of Other Individuals Present During Visit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PLEASE PROVIDE ADDITIONAL SUPPLEMENTAL RESPONSES TO ANY OTHER
QUESTION BELOW. Please identify the questions to which you are responding.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**STATE OF CALIFORNIA**

**COUNTY OF** _____

PLAINTIFF: I, (Print your full name) _____ declare
under penalty of perjury under the laws of the State of California, that I am a Plaintiff in the

above-titled action and that the foregoing Answers to the Plaintiff Questionnaire are within my personal knowledge and are true and correct.

DATED: _____

_____
PLAINTIFF (Sign your full name)

**EXHIBIT A**

| Location where you claim you were exposed | Nature of Location (i.e., home, friend's home, family member's home, etc., and name of friend or family member) | Date of exposure (if the exposure occurred over more than 1 day, provide beginning and ending dates) | Specific substances to which you were exposed | Type of exposure (i.e., water, air or soil) | How you were exposed (i.e., ingestion, skin contact or inhalation) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## EXHIBIT B
## AUTHORIZATION TO RELEASE HEALTH INFORMATION AND MEDICAL RECORDS

**RE:** **Name of Patient:** _____
     **Date of Birth:** _____
     **Social Security Number:** _____

**TO:** _____

I hereby authorize the above named health care provider(s), pharmacy(ies), laboratory(ies), diagnostician(s), ambulance service(s), or health insurance company(ies), and/or the Social Security Administration to release to

### Name/Address of person/organization to which disclosure is to be made:

To:   Shell Oil Company, Union Oil Company of California, BP Corporation North America, Inc., Taylor Investments, LLC, Ahamad Avash, Ali Salkhi, and A & A Gas

     c/o Jeremiah Anderson
     King & Spaulding
     1100 Louisiana Street, Suite 4000
     Houston, TX 77002-5213
     Fax#  (713) 751-3290     Phone #  (713) 751-3200

for the period/date from the patient's date of birth to the present, all patient information/registration forms, medical records, reports, notes, diagnostic films, slides or blocks, reports, histories, charts, correspondence, opinions, patient account/billing records, itemized statements, or insurance claim information which they may request relative to the above named person's past, present or future physical condition or mental condition, treatment, care, and hospitalizations and to allow them to procure or copy whatever records, films, slides or other information you have. This specifically includes any records pertaining to HIV/AIDS tests and results and alcohol or substance usage and/or diagnoses and mental/behavioral/psychiatric records.

The release of information and medical records is requested for purposes of investigation and discovery in litigation cited as:

     ❑   *Machin, et al., v. Taylor Investments, et al.*; Marin County Superior Court, Case No. CV 060999, subsequently transferred to the Southern District of New York as part of MDL 1358.

I understand that this information may be subject to redisclosure by a recipient that is not a HIPAA covered entity. This authorization may be revoked by written notice delivered by the U.S. Mail to the above named health care provider directed to the specific department from which documents/items are requested. I also understand that treatment by and payment for services may not be conditioned on this authorization. This authorization is HIPAA compliant as defined in 45 C.F.R. Section 164.508(c).

You are specifically and expressly authorized to accept a copy of this authorization as though it were an original. This release is valid for 365 days after signed date.

_____     _____
Date                      Signature of Patient