ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | M.D.L. No.: 1358(SAS)<br>Master File No.: 1:00-1898<br>M-21-88 |
| This Document Relates to: | |
| Albertson Water District v. Amerada Hess Corporation, et al. (SDNY 07-cv-2406) | |
| City of Greenlawn Water District v. Amerada Hess Corporation, et al. (SDNY 07-cv-2407) | |
| City of Glenn Cove Water District v. Amerada Hess Corporation, et al. (SDNY 07-cv-2403) | |
| Town of Huntington/Dix Hills Water District v. Amerada Hess Corporation, et al. (SDNY 07-cv-2405) | |
| City of Crystal River v. Amerada Hess Corporation, et al. (MDFL 5:07-cv-00120) | |
| Homosasa Water District v. Amerada Hess Corporation, et al. (MDFL 5:07-cv-00113) | |
| City of Iverness Water District v. Amerada Hess Corporation, et al. (MDFL 5:07-cv-00114) | |
| City of Tampa Bay Water District v Amerada Hess Corporation, et al. (MDFL 5:07-cv-00516)[1] | |
| Riverhead Water District v. Amerada Hess Corp., et al. (SDNY 08-cv-77766) | |
| Manhasset-Lakeville Water District v. Amerada Hess Corp., et al. (SDNY 08-cv-7764) | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2) AND ORDER THEREON |



Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the terms of the Tolling Agreement entered into between Plaintiffs in the above-captioned matters and Occidental Chemical Corporation on September 17, 2008, the parties hereby stipulate to, and Plaintiffs request that the Court order, the dismissal without prejudice of Occidental Chemical Corporation from each of the above-captioned actions, with each party to bear its own costs. The parties further stipulate that Plaintiffs reserve all rights against all other defendants.

---

[1] Mis-docketed in the United States District Court for the Middle District of Florida as 8:07-cv-00516.

014580.00658/21723134v.1

_____  
Jeffrey S. Moller  
Beth L. Haas  
*(Admitted Pro Hac Vice)*  
BLANK ROME LLP  
One Logan Square  
Philadelphia, PA 19103  
Tel. No. (215) 569-5500  
Fax No.: (215) 832-5610  
Counsel for Occidental Chemical Corporation

_____  
William J. Dubanevich, Esquire  

NAPOLI BERN RIPKA, LLP  
Suite 7413  
350 5th Avenue  
New York NY 10118  
Tel. No. (212) 267-3700  
Fax No. (212) 587-0031  
Counsel for Plaintiffs

**IT IS NOW ORDERED**, that Occidental Chemical Corporation is hereby dismissed without prejudice from the above-captioned actions with each party bearing its own costs.

Dated: Aug 7, 2008

_____  
Hon. Shira A. Scheindlin