In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2063

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/08

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)
M21-88

This document refers to the following case:

*Commonwealth of Puerto Rico and Commonwealth of Puerto Rico through the Environmental Quality Board v. Shell Oil Company, et al.*

Case No. 07-10470 (SAS)

## ORDER

This Court has considered the unopposed request of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and the Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited, to admit Alejandro J. Cepeda-Díaz, Esq., of McConnell Valdes LLC, and the request is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Alejandro J. Cepeda-Díaz, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and the Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited in this civil action upon payment of the required $25 fee to the Clerk of the Court.

DATED: 10/3/08

Hon. Shira A. Scheindlin
United States District Judge

[handwritten in margin:]
270 Munoz Rivera Ave
San Juan,
Puerto Rico
00918
787 759-9292