

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

**This document relates to the following case:**

*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050

## [PROPOSED] ORDER FURTHER MODIFYING CASE MANAGEMENT ORDER #35

By agreement of the parties and with permission of the Court, the August 14, 2008, Case Management Order No. 35 is further amended and modified as follows:

| Event | Deadline |
|---|---|
| MILS re Exhibit Lists | October 3, 2008 |
| Mental Examination of Robert Gee | October 9, 2008 |
| MSJ re causation | October 17, 2008 |
| Expert Report of Dr. Tellefsen | October 23, 2008 |
| Deposition of Fridman & Bruya | October 24, 3008 |
| MIL re Friedman & Bruya | October 31, 2008 |
| Oppositions to MILS Served September 15, 2008 | November 3, 2008 |
| Deposition of Dr. Tellefsen | November 3, 2008 |
| Opposition to MILS re Exhibit Lists | November 3, 2008 |
| Opposition to MSJ re causation | November 7, 2008 |
| MIL re Expert Report of Dr. Tellefsen | November 10, 2008 |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2069

| Event | Deadline |
|---|---|
| Parties Exchange Draft Pre-Trial Orders: (1) Voir Dire Questions, (2) Requests to Charge; (3) Trial Memorandum of Law; and (4) Proposed Verdict Sheet | November 10, 2008 |
| Replies to MILS Served September 15, 2008 | November 17, 2008 |
| Replies to MSJ re causation | November 17, 2008 |
| Replies to MILS re Exhibit Lists | November 24, 2008 |
| Oppositions to MIL re Friedman & Bruya | November 20, 2008 |
| Oppositions to MIL re Expert Report of Dr. Tellefen | November 25, 2008 |
| Submission to court of Final Joint Pre-Trial Order, including elements required by Court's standard Pre-Trial Order Form (unless some requirements are waived or excused) | December 1, 2008 |
| Replies to MIL re Friedman & Bruya | December 03, 2008 |
| Replies to MIL re Expert Report of Dr. Tellefen | December 08, 2008 |
| Jury Questionnaires Due | December 10, 2008 |

Dated: New York, New York
     October 15, 2008

                  **SO ORDERED**

                  Hon. Shira A. Scheindlin
                  U.S.D.J.