Defendants' request is granted. The Clerk of Court is directed to remove Mr. Jan Carlos Rodriguez-Muñoz as counsel of record in this case. October 15, 2008

[signature]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)
M21-88

This document refers to the following case:

*Commonwealth of Puerto Rico and Commonwealth of Puerto Rico through the Environmental Quality Board v. Shell Oil Company, et al.,*

Case No. 07-10470 (SAS)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE COURT:

COME NOW Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited (collectively the "Shell Parties"), through the undersigned attorneys, and very respectfully state, allege, and pray:

1. Attorney Jan Carlos Rodriguez-Muñoz was admitted *pro hac vice* in this Court on August 11, 2008, in representation of the Shell Parties.

2. Attorney Rodriguez-Muñoz has terminated his employment with the law firm of McConnell Valdés LLC effective September 10, 2008, and will, therefore, no longer represent the Shell Parties in this litigation. Attorneys Juan A. Marques-Diaz, who has already been admitted *pro hac vice*, and Alejandro J. Cepeda-Diaz, who will shortly submit his request for admission *pro hac vice*, will continue with the representation of the Shell Parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/08

3. Accordingly, the Shell Parties respectfully request that the Court grant leave for attorney Rodriguez-Muñoz to withdraw from any further participation in the case or responsibility for the representation of the Shell Parties.

WHEREFORE, the Shell Parties respectfully request that the Court grant leave for attorney Jan Carlos Rodríguez to withdraw from the case as attorney for the Shell Parties.

WE HEREBY CERTIFY that a true and correct copy of this motion was served via email upon liaison counsel and via LexisNexis File & Serve to all other counsel of record on this date.

In San Juan, Puerto Rico, this ~~2nd~~ 14th day of October 2008.

**McConnell Valdés LLC**
Attorneys for the Shell Parties
270 Muñoz Rivera
Hato Rey, Puerto Rico, 00918
PO Box 364225
San Juan, PR 00936-4225
Telephone: (787) 250-2619
Facsimile: (787) 759-2792

By: s/ Juan A. Marques-Diaz
Juan A. Marqués-Diaz
jam@mcvpr.com

By: _____
Jan Carlos Rodríguez
jcr@mcvpr.com