UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :   ORDER
LIABILITY LITIGATION                                    :
-------------------------------------------------------  :   Master File No. 1:00-1898
                                                        :   MDL 1358 (SAS)
This document relates to:                               :   M21-88
                                                        :
*All Cases*                                             :
                                                        :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Case Management Order # 39, dated October 27, 2008, should have been numbered 40 instead of 39. Accordingly, the Clerk of the Court is directed to amend the October 27, 2008 Case Management Order # 39 (Document # 2077) so that it is entitled Case Management Order # 40.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         October 29, 2008