UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
            :
IN RE: METHYL TERTIARY BUTYL      :
ETHER ("MTBE") PRODUCTS           :   **ORDER**
LIABILITY LITIGATION              :
--------------------------------------------------------  :   Master File No. 1:00-1898
            :   MDL 1358 (SAS)
This document relates to:         :   M21-88
            :
*All Cases*                       :
-------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

   Case Management Order # 39, dated October 27, 2008, should have been numbered 40 instead of 39. Accordingly, the Clerk of the Court is directed to amend the October 27, 2008 Case Management Order # 39 (Document # 2077) so that it is entitled Case Management Order # 40.

              SO ORDERED:

               Shira A. Scheindlin
Dated: New York, New York   U.S.D.J.
    October 29, 2008