UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re: Methyl Tertiary Butyl Ether ("MTBE")           MDL No. 1358
Products Liability Litigation                          (Scheindlin, J.)

------------------------------------------------------------ X  Master File No. 1:00-1898
THIS DOCUMENT RELATES TO:
                                                       **PLAINTIFF'S MOTION FOR**
*Plainview Water District v. Amerada Hess, et al.*    **VOLUNTARY DISMISSAL**
08-cv-0278 (SAS)                                       **PURSUANT TO RULE 41(a)(2)**
------------------------------------------------------------ X

Plaintiff Plainview Water District by and through its attorneys Napoli Bern Ripka LLP, hereby moves, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss without prejudice the above-captioned matter, with each party bearing its own costs.

                            NAPOLI BERN RIPKA & Associates, LLP
                            Counsel for Plaintiff

Dated: October 22, 2008              Robert Gitelman (RG7813)
New York, NY                         Empire State Building
                                     350 Fifth Avenue, Suite 7413
                                     New York, NY 10118
                                     (212) 267-3700

SO ORDERED,

Dated: Oct. 31, 2008                 _____
                                     Hon. Shira A. Scheindlin