UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

IN RE METHYL TERTIARY BUTYL      Master File No. 1:00-1898
ETHER PRODUCTS LIABILITY     MDL 1358 (SAS)
LITIGATION     M21-88

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*,
Case No. 08-CV-00312

------------------------------------------------ X



USDC SDNY
DOCUMENT

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

    Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation     Doc. 2088

    Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

    Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

    Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

A/72730558.1

dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including December 31, 2008 for Rosemore Inc.

Dated: October 31, 2008  **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
 Ben M. Krowicki (BK0640)
 One State Street
 Hartford, CT 06103-3178
 T: 860.240.2700
 F: 860.240.2818
 ben.krowicki@bingham.com

 Jessica S. Boar (JB5755)
 399 Park Avenue
 New York, NY 10022-4689
 T: 212.705.7000
 F: 212.752.5378
 jessica.boar@bingham.com

 *Attorneys for Rosemore Inc.*

**Anne Milgram
Attorney General of New Jersey**

BY: /s/ Richard F. Engel
 Richard F. Engel
 Deputy Attorney General

**COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
Leonard Z. Kaufmann
Park 80 Plaza West-One
Saddle Brook, NJ 07663
T: 201.845.9600
F: 201.845.9423
lzk@njlawfirm.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: Nov. 3, 2008

_____
U.S.D.J.