UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS)<br>Master File No.: 1:00-1898<br>M21-88 |

────────────────────────────────────────────

**This document relates to:**

MDL No. 1358, Master File No.: 00-CV-01898
Albertson Water District v. Amerada, et al., No. 07-CV-02406
American Distilling & Manufacturing Co., Inc. v. Amerada, et al., No. 04-CV-01719
Buchanan County School Board v. Amerada, et al., No. 04-CV-03418
Carle Place Water District v. AGIP, et al., No. 03-CV-10053
City of Crystal River v. Amerada, et al., No. 07-CV-06848
City of Glen Cove Water District v. Amerada, et al., No. 07-CV-02403
City of Greenlawn Water District v. Amerada, et al., No. 07-CV-02407
City of Inverness Water District v. Amerada, et al., No. 07-CV-04011
City of New York v. Amerada, et al., No. 04-CV-03417
City of Vineland Municipal Utilities Authority v. Amerada, et al., No. 05-cv-09070
County of Nassau v. Amerada, et al., No. 03-CV-09543
County of Suffolk v. Amerada, et al., No. 04-CV-05424
Craftsbury Fire District #2 v. Amerada, et al., No. 04-CV-03419
Frankin Square Water District v. Amerada, et al., No. 04-CV-05423
Greensville County Water and Sewer Authority v. Amerada, et al., No. 05-CV-01310
Hicksville Water District v. Amerada, et al., No. 04-CV-05421
Homosassa Water District v. Amerada, et al., No. 07-CV-04009
Incorporated Village of Mineola v. AGIP, et al., No. 03-CV-10051
Incorporated Village of Sands Point v. Amerada, et al., No. 04-CV-03416
Long Island Water Corporation v. Amerada, et al., No. 04-CV-02068
Manhasset-Lakeville Water District v. Amerada, et al., No. 08-CV-07764
New Jersey American Water Co., Inc. v. Amerada, et al., No. 04-CV-01726
New Jersey Department of Environmental Protection v. Amerada, et al., No. 08-CV-00312
Northampton Bucks Co. Municipal Authority v. Amerada, et al., No. 04-CV-06993
Our Lady of Rosary Chapel v. Amerada, et al., No. 04-CV-01718
Patrick County School Board v. Amerada, et al., No. 04-CV-02070
Plainview Water District v. Amerada, et al., No. 08-CV-00278
Port Washington Water District v. Amerada, et al., No. 04-CV-03415
Riverhead Water District v. Amerada, et al., No. 08-CV-07766
Roslyn Water District v. Amerada, et al., No. 04-CV-05422
South Huntington Water District v. AGIP, et al., No. 06-CV-07657
Tampa Bay Water District v. Amerada, et al., No., 07-CV-04012
Town of Duxbury v. Amerada, et al., No. 04-CV-01725
Town of East Hampton v. AGIP, et al., No. 03-CV-10056

Town of East Hampton v. Amerada, et al., No. 04-CV-01720
Town of Hartland v. Amerada, et al., No. 04-CV-02072
Town of Huntington/Dix Hills Water District v. Amerada, et al., No. 07-CV-02405
Town of Matoaka, West Virginia, Matoaka Water System v. Amerada, et al., No. 04-CV-03420
Town of Southhampton v. AGIP, et al., No. 03-CV-10054
Town of Wappinger v. Amerada, et al., No. 04-CV-02388
United Water CT, Inc. v. Amerada, et al., No. 04-CV-01721
United Water New York, Inc. v. Amerada, et al., No. 04-CV-02389
Village of Hempstead v. AGIP, et al., No. 03-CV-10055
Village of Pawling v. Amerada, et al., No. 04-CV-02390
Water Authority of Great Neck North v. Amerada, et al., No. 04-CV-01727
Water Authority of Western Nassau v. Amerada, et al., No. 03-CV-09544
West Hempstead Water District v. AGIP, et al., No. 03-CV-10052
Westbury Water District v. AGIP, et al., No. 03-CV-10057

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rawle & Henderson, LLP hereby appears in the above-captioned matters as counsel on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc.

The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: November 5, 2008

                                          RAWLE & HENDERSON LLP

                            By: /s/ John M. Guthrie
                                John M. Guthrie (JG2024)
                                40 Lake Center Executive Park, Suite 200
                                401 Route 73 North
                                Marlton, NJ 08053
                                Phone: 856-797-8914
                                Fax: 856-596-6164
                                E-mail: jguthrie@rawle.com

                                *Attorneys for Defendants Getty Properties*
                                *Corp. and Leemilt's Petroleum Inc.*

2654118-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Appearance** on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum, Inc. has been served on all counsel of record via LexisNexis File & Serve on this 5th day of November, 2008.

/s/ John M. Guthrie_____
John M. Guthrie (JG2024)