Law Offices of
# MILLER, AXLINE & SAWYER
A Professional Corporation

DUANE C. MILLER  
MICHAEL AXLINE  
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY  
TAMARIN E. AUSTIN  
EVAN EICKMEYER  
DANIEL BOONE  
HOWARD JAY SPECTER

November 5, 2008

VIA EMAIL AND FEDERAL EXPRESS

Honorable Shira A. Scheindlin  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 1620  
New York, New York 10007-1312



USDC SDNY  
DOCUMENT  
ELECT...  
DOC #  
DATE: 11/6/08

Re: *In Re MTBE Products Liability Litigation*, MDL 1358  
This Document Relates to: *Tonneson, et al. v. Sunoco, Inc., et al.*, and *Basso, et al. v. Sunoco, Inc., et al.*  
**Extension of Certain Case Management Order #35 Pretrial Deadlines**

Dear Judge Scheindlin:

In light of the fact that the settlement with defendant Sunoco, Inc. should be finalized by early next week, and mediation with defendant Exxon Mobil Corporation is scheduled for November 22, 2008, with your Honor, the parties respectfully request that three pending pre-trial deadlines under Case Management Order #35 be slightly adjusted.

Event: Plaintiffs' Opposition to Defendants' MSJ re Causation

Current Deadline: Friday, November 7, 2008  
Proposed Deadline: Wednesday, November 12, 2008

Plaintiffs' opposition will be significantly different if the settlement with Sunoco is finalized this weekend, and plaintiffs need only address Exxon.

Event: Parties Exchange Draft Pre-Trial Orders

Current Deadline: Monday, November 10, 2008  
Proposed Deadline: Monday, November 24, 2008

The parties will not need to expend significant time and effort on Pre-Trial Orders if the Sunoco settlement is finalized this weekend, and the mediation scheduled with Exxon is successful.

| | |
|---|---|
| Event: | Defendants' Replies to Motions in Limine |
| Current Deadline: | November 17, 2008 |
| Proposed Deadline: | November 17-18, 2008 |

Since plaintiffs were permitted to serve their oppositions in stages over a period of two days (Nov. 3-4), defendant(s) should be permitted to serve their replies in the same manner.

All other pending pre-trial deadlines would remain the same. I have enclosed a copy of the most recent version of Case Management Order #35 for your reference. As stated above, all parties have agreed to the proposed extensions.

Respectfully submitted,

Tracey L. O'Reilly
Counsel for *Tonneson* and *Basso* plaintiffs

Encl.

cc: Liaison Counsel (via email)
All *Tonneson* and *Basso* Counsel (via email)
All Counsel (via LNFS)

Dated: New York, New York
November ___6___, 2008

SO ORDERED

Hon. Shira A. Scheindlin
U.S.D.J.