## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

**IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document pertains to:**

*New Jersey Department of Environmental
Protection, et al. v. Atlantic Richfield Co., et
al.,*
Case No. 08-CV-00312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/08

------------------------------------------------ X

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including December 31, 2008 for Rosemore Inc.

Dated: October 31, 2008         **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki

Ben M. Krowicki (BK0640)
One State Street
Hartford, CT 06103-3178
T: 860.240.2700
F: 860.240.2818
ben.krowicki@bingham.com

Jessica S. Boar (JB5755)
399 Park Avenue
New York, NY 10022-4689
T: 212.705.7000
F: 212.752.5378
jessica.boar@bingham.com

*Attorneys for Rosemore Inc.*

**Anne Milgram**
**Attorney General of New Jersey**

BY: /s/ Richard F. Engel

Richard F. Engel
Deputy Attorney General

A/72730558.1

**COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
     Leonard Z. Kaufmann
     Park 80 Plaza West-One
     Saddle Brook, NJ 07663
     T: 201.845.9600
     F: 201.845.9423
     lzk@njlawfirm.com

     *Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: _Nov 6, 2008_

_____
U.S.D.J.

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 31st day of October 2008.

/s/ Ben M. Krowicki _____

A/72730558.1