

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

**This document relates to the following case:**

*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050

### STIPULATION *and ORDER* RE DEFENDANT EXXONMOBIL CORPORATION'S MOTION IN LIMINE CONCERNING FINANCIAL CONDITION

Plaintiffs and defendant ExxonMobil Corporation ("Exxon") hereby stipulate and agree as follows:

1. The issue of the amount of punitive damages, if any, for which Exxon will be liable will be severed from and tried after the jury's determination on the issues of liability and a finding Exxon acted with malice or conscious disregard.

2. Exxon will produce its latest annual and quarterly financial statements immediately after the jury's decision on the issue of liability for punitive damages, and, if needed, will immediately provide an appropriate witness to authenticate and explain these financial records.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2116

Dated: November 3, 2008                By: *[signature]*
                                       Tracey L. O'Reilly
                                       MILLER, AXLINE & SAWYER
                                       1050 Fulton Avenue, Suite 100
                                       Sacramento, California 95825
                                       Tel: 916-488-6688


                                       By: *[signature]* Pasquale Sommella
                                       ~~John A. Sarcone III (JAS 3595)~~  (PS 0145)
                                       The Sarcone Law Firm
                                       222 Bloomingdale Road, Suite ~~302~~ 301
                                       White Plains, New York 10605-1511
                                       Tel: 914-686-8200
                                       Fax: 914-686-8988

                                       *Attorneys for Plaintiffs*

Dated: November 3, 2008                By: *[signature]*
                                       Peter J. Sacripanti (PS 8968)
                                       James A. Pardo (JP 9018)
                                       ~~Stephen J. Riccardulli~~ (SR 7784)
                                       McDermott, Will & Emery LLP
                                       340 Madison Avenue
                                       New York, New York 10173-1922
                                       Tel: 212-547-5400
                                       Fax: 212-547-5444

                                       *Attorneys for Exxon Mobil Corporation*


So Ordered  *[signature]*
            USDJ
            11/6/08


2