RECEIVED
CHAMBERS OF

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

**This document relates to:**
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248

---

### STIPULATION AND [PROPOSED] ORDER
### TO EXCLUDE TESTIMONY, ARGUMENT OR EVIDENCE REGARDING BENZENE

Pursuant to the agreement of counsel, and subject to the approval and entry as an Order by the Court:

Plaintiffs hereby stipulate that Myron A. Mehlman, Ph.D. is precluded from offering at trial any opinions related to benzene or the alleged health effects of benzene exposure, including but not limited to the opinions expressed in his Expert Report dated February 2, 2007 or in the Addendum to his Expert Report dated April 26, 2007.


In Re: Methyl Tertiary Butyl Ethers ("MTBE") Products Liability Litigation    Doc. 2117

SO ORDERED: _____    Dated: 11/4/08
Hon. Shira A. Scheindlin
U.S.D.J.

STIPULATED AND AGREED:

By: _____
MILLER, AXLINE & SAWYER, P.C.
*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/08

Dated: 2 November 2008

By: _[signature]_
THE SARCONE LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Dated: November 3, 2008

By: _[signature]_
McDERMOTT WILL & EMERY LLP
*Attorneys for Defendant Exxon Mobil Corporation*

Dated: 11/3/08

2