# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358 (SAS)
Master File No.: 1:00-1898
M21-88

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/08

JUDGE SCH...

**This document relates to:**

MDL No. 1358, Master File No.: 00-CV-01898
Albertson Water District v. Amerada, et al., No. 07-CV-02406
American Distilling & Manufacturing Co., Inc. v. Amerada, et al., No. 04-CV-01719
Buchanan County School Board v. Amerada, et al., No. 04-CV-03418
Carle Place Water District v. AGIP, et al., No. 03-CV-10053
City of Crystal River v. Amerada, et al., No. 07-CV-06848
City of Glen Cove Water District v. Amerada, et al., No. 07-CV-02403
City of Greenlawn Water District v. Amerada, et al., No. 07-CV-02407
City of Inverness Water District v. Amerada, et al., No. 07-CV-04011
City of New York v. Amerada, et al., No. 04-CV-03417
City of Vineland Municipal Utilities Authority v. Amerada, et al., No. 05-CV-09070
County of Nassau v. Amerada, et al., No. 03-CV-09543
County of Suffolk v. Amerada, et al., No. 04-CV-05424
Craftsbury Fire District #2 v. Amerada, et al., No. 04-CV-03419
Frankin Square Water District v. Amerada, et al., No. 04-CV-05423
Greensville County Water and Sewer Authority v. Amerada, et al., No. 05-CV-01310
Hicksville Water District v. Amerada, et al., No. 04-CV-05421
Homosassa Water District v. Amerada, et al., No. 07-CV-04009
Incorporated Village of Mineola v. AGIP, et al., No. 03-CV-10051
Incorporated Village of Sands Point v. Amerada, et al., No. 04-CV-03416
Long Island Water Corporation v. Amerada, et al., No. 04-CV-02068
Manhasset-Lakeville Water District v. Amerada, et al., No. 08-CV-07764
New Jersey American Water Co., Inc. v. Amerada, et al., No. 04-CV-01726
New Jersey Department of Environmental Protection v. Amerada, et al., No. 08-CV-00312
Northampton Bucks Co. Municipal Authority v. Amerada, et al., No. 04-CV-06993
Our Lady of Rosary Chapel v. Amerada, et al., No. 04-CV-01718
Patrick County School Board v. Amerada, et al., No. 04-CV-02070
Plainview Water District v. Amerada, et al., No. 08-CV-00278
Port Washington Water District v. Amerada, et al., No. 04-CV-03415
Riverhead Water District v. Amerada, et al., No. 08-CV-07766
Roslyn Water District v. Amerada, et al., No. 04-CV-05422
South Huntington Water District v. AGIP, et al., No. 06-CV-07657
Tampa Bay Water District v. Amerada, et al., No., 07-CV-04012
Town of Duxbury v. Amerada, et al., No. 04-CV-01725
Town of East Hampton v. AGIP, et al., No. 03-CV-10056

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2119

2623737-1

Town of East Hampton v. Amerada, et al., No. 04-CV-01720
Town of Hartland v. Amerada, et al., No. 04-CV-02072
Town of Huntington/Dix Hills Water District v. Amerada, et al., No. 07-CV-02405
Town of Matoaka, West Virginia, Matoaka Water System v. Amerada, et al., No. 04-CV-03420
Town of Southhampton v. AGIP, et al., No. 03-CV-10054
Town of Wappinger v. Amerada, et al., No. 04-CV-02388
United Water CT, Inc. v. Amerada, et al., No. 04-CV-01721
United Water New York, Inc. v. Amerada, et al., No. 04-CV-02389
Village of Hempstead v. AGIP, et al., No. 03-CV-10055
Village of Pawling v. Amerada, et al., No. 04-CV-02390
Water Authority of Great Neck North v. Amerada, et al., No. 04-CV-01727
Water Authority of Western Nassau v. Amerada, et al., No. 03-CV-09544
West Hempstead Water District v. AGIP, et al., No. 03-CV-10052
Westbury Water District v. AGIP, et al., No. 03-CV-10057

## ORDER

The motion to withdraw the appearances of John McGahren, Esquire and Daniel Mulvihill, Esquire, of Patton Boggs, LLP, on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc., in the above-captioned matters is **GRANTED**.

**IT IS FURTHER ORDERED** that John C. McMeekin II, Esquire, of Rawle & Henderson, LLP, is hereby substituted as counsel for Defendants Getty Properties Corp. and Leemilt's Petroleum Inc., in the above-captioned matters.

**SO ORDERED.**

Dates this 10 day of Mar, 2008

Hon. Shira A. Scheindlin, U.S.D.J.

2623737-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL No. 1358 (SAS)
Master File No.: 1:00-1898

MOTION TO WITHDRAW
AND FOR SUBSTITUTION
OF COUNSEL FOR
DEFENDANTS GETTY
PROPERTIES CORP. AND
LEEMILT'S PETROLEUM,
INC.

---

**This document relates to:**

MDL No. 1358, Master File No.: 00-CV-01898
Albertson Water District v. Amerada, et al., No. 07-CV-02406
American Distilling & Manufacturing Co., Inc. v. Amerada, et al., No. 04-CV-01719
Buchanan County School Board v. Amerada, et al., No. 04-CV-03418
Carle Place Water District v. AGIP, et al., No. 03-CV-10053
City of Crystal River v. Amerada, et al., No. 07-CV-06848
City of Glen Cove Water District v. Amerada, et al., No. 07-CV-02403
City of Greenlawn Water District v. Amerada, et al., No. 07-CV-02407
City of Inverness Water District v. Amerada, et al., No. 07-CV-04011
City of New York v. Amerada, et al., No. 04-CV-03417
City of Vineland Municipal Utilities Authority v. Amerada, et al., No. 05-CV-09070
County of Nassau v. Amerada, et al., No. 03-CV-09543
County of Suffolk v. Amerada, et al., No. 04-CV-05424
Craftsbury Fire District #2 v. Amerada, et al., No. 04-CV-03419
Frankin Square Water District v. Amerada, et al., No. 04-CV-05423
Greensville County Water and Sewer Authority v. Amerada, et al., No. 05-CV-01310
Hicksville Water District v. Amerada, et al., No. 04-CV-05421
Homosassa Water District v. Amerada, et al., No. 07-CV-04009
Incorporated Village of Mineola v. AGIP, et al., No. 03-CV-10051
Incorporated Village of Sands Point v. Amerada, et al., No. 04-CV-03416
Long Island Water Corporation v. Amerada, et al., No. 04-CV-02068
Manhasset-Lakeville Water District v. Amerada, et al., No. 08-CV-07764
New Jersey American Water Co., Inc. v. Amerada, et al., No. 04-CV-01726
New Jersey Department of Environmental Protection v. Amerada, et al., No. 08-CV-00312
Northampton Bucks Co. Municipal Authority v. Amerada, et al., No. 04-CV-06993
Our Lady of Rosary Chapel v. Amerada, et al., No. 04-CV-01718
Patrick County School Board v. Amerada, et al., No. 04-CV-02070
Plainview Water District v. Amerada, et al., No. 08-CV-00278

2623737-1

Port Washington Water District v. Amerada, et al., No. 04-CV-03415
Riverhead Water District v. Amerada, et al., No. 08-CV-07766
Roslyn Water District v. Amerada, et al., No. 04-CV-05422
South Huntington Water District v. AGIP, et al., No. 06-CV-07657
Tampa Bay Water District v. Amerada, et al., No., 07-CV-04012
Town of Duxbury v. Amerada, et al., No. 04-CV-01725
Town of East Hampton v. AGIP, et al., No. 03-CV-10056
Town of East Hampton v. Amerada, et al., No. 04-CV-01720
Town of Hartland v. Amerada, et al., No. 04-CV-02072
Town of Huntington/Dix Hills Water District v. Amerada, et al., No. 07-CV-02405
Town of Matoaka, West Virginia, Matoaka Water System v. Amerada, et al., No. 04-CV-03420
Town of Southhampton v. AGIP, et al., No. 03-CV-10054
Town of Wappinger v. Amerada, et al., No. 04-CV-02388
United Water CT, Inc. v. Amerada, et al., No. 04-CV-01721
United Water New York, Inc. v. Amerada, et al., No. 04-CV-02389
Village of Hempstead v. AGIP, et al., No. 03-CV-10055
Village of Pawling v. Amerada, et al., No. 04-CV-02390
Water Authority of Great Neck North v. Amerada, et al., No. 04-CV-01727
Water Authority of Western Nassau v. Amerada, et al., No. 03-CV-09544
West Hempstead Water District v. AGIP, et al., No. 03-CV-10052
Westbury Water District v. AGIP, et al., No. 03-CV-10057

## MOTION TO WITHDRAW APPEARANCES AND SUBSTITUTE COUNSEL

John McGahren, Esquire and Daniel Mulvihill, Esquire, of Patton Boggs, LLP, respectfully move the Court, pursuant to Local Rule 1.4, for an order approving of their withdrawal of appearance on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc. Getty Properties Corp. and Leemilt's Petroleum Inc. wish to substitute the law firm of Rawle & Henderson, LLP as its counsel of record in the cases listed above. The Entry of Appearance of John C. McMeekin II, Esquire, of Rawle & Henderson, LLP, is simultaneously being filed on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc., in the above-captioned matters.

Dated: 10/24/08

Respectfully submitted,

By: _____
John McGahren (JM 3568)

2623737-1

By: /s/ Daniel Mulvihill
Daniel Mulvihill (DM 7007)

Patton Boggs, LLP
One Riverfront Plaza, 6th Floor
Newark, NJ 07102
973-848-5600 (phone)
973-848-5601 (fax)

2623737-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")     MDL No. 1358 (SAS)
Products Liability Litigation     Master File No.: 1:00-1898
    M21-88

**This document relates to:**

MDL No. 1358, Master File No.: 00-CV-01898
Albertson Water District v. Amerada, et al., No. 07-CV-02406
American Distilling & Manufacturing Co., Inc. v. Amerada, et al., No. 04-CV-01719
Buchanan County School Board v. Amerada, et al., No. 04-CV-03418
Carle Place Water District v. AGIP, et al., No. 03-CV-10053
City of Crystal River v. Amerada, et al., No. 07-CV-06848
City of Glen Cove Water District v. Amerada, et al., No. 07-CV-02403
City of Greenlawn Water District v. Amerada, et al., No. 07-CV-02407
City of Inverness Water District v. Amerada, et al., No. 07-CV-04011
City of New York v. Amerada, et al., No. 04-CV-03417
City of Vineland Municipal Utilities Authority v. Amerada, et al., No. 05-cv-09070
County of Nassau v. Amerada, et al., No. 03-CV-09543
County of Suffolk v. Amerada, et al., No. 04-CV-05424
Craftsbury Fire District #2 v. Amerada, et al., No. 04-CV-03419
Frankin Square Water District v. Amerada, et al., No. 04-CV-05423
Greensville County Water and Sewer Authority v. Amerada, et al., No. 05-CV-01310
Hicksville Water District v. Amerada, et al., No. 04-CV-05421
Homosassa Water District v. Amerada, et al., No. 07-CV-04009
Incorporated Village of Mineola v. AGIP, et al., No. 03-CV-10051
Incorporated Village of Sands Point v. Amerada, et al., No. 04-CV-03416
Long Island Water Corporation v. Amerada, et al., No. 04-CV-02068
Manhasset-Lakeville Water District v. Amerada, et al., No. 08-CV-07764
New Jersey American Water Co., Inc. v. Amerada, et al., No. 04-CV-01726
New Jersey Department of Environmental Protection v. Amerada, et al., No. 08-CV-00312
Northampton Bucks Co. Municipal Authority v. Amerada, et al., No. 04-CV-06993
Our Lady of Rosary Chapel v. Amerada, et al., No. 04-CV-01718
Patrick County School Board v. Amerada, et al., No. 04-CV-02070
Plainview Water District v. Amerada, et al., No. 08-CV-00278
Port Washington Water District v. Amerada, et al., No. 04-CV-03415
Riverhead Water District v. Amerada, et al., No. 08-CV-07766
Roslyn Water District v. Amerada, et al., No. 04-CV-05422
South Huntington Water District v. AGIP, et al., No. 06-CV-07657
Tampa Bay Water District v. Amerada, et al., No., 07-CV-04012
Town of Duxbury v. Amerada, et al., No. 04-CV-01725
Town of East Hampton v. AGIP, et al., No. 03-CV-10056

Town of East Hampton v. Amerada, et al., No. 04-CV-01720
Town of Hartland v. Amerada, et al., No. 04-CV-02072
Town of Huntington/Dix Hills Water District v. Amerada, et al., No. 07-CV-02405
Town of Matoaka, West Virginia, Matoaka Water System v. Amerada, et al., No. 04-CV-03420
Town of Southhampton v. AGIP, et al., No. 03-CV-10054
Town of Wappinger v. Amerada, et al., No. 04-CV-02388
United Water CT, Inc. v. Amerada, et al., No. 04-CV-01721
United Water New York, Inc. v. Amerada, et al., No. 04-CV-02389
Village of Hempstead v. AGIP, et al., No. 03-CV-10055
Village of Pawling v. Amerada, et al., No. 04-CV-02390
Water Authority of Great Neck North v. Amerada, et al., No. 04-CV-01727
Water Authority of Western Nassau v. Amerada, et al., No. 03-CV-09544
West Hempstead Water District v. AGIP, et al., No. 03-CV-10052
Westbury Water District v. AGIP, et al., No. 03-CV-10057

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rawle & Henderson, LLP hereby appears in the above-captioned matters as counsel on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc. The undersigned hereby enters his appearance pursuant to Federal Rules of Civil Procedure, and hereby is designated to receive service of all pleadings, notices, orders, and other papers relating to the above-captioned matters at the address set forth below.

The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: November 7, 2008

RAWLE & HENDERSON LLP

By: _____
John C. McMeekin II, Esquire (JM8956)
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Phone: 215-575-4324 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: jmcmeekin@rawle.com

*Attorneys for Defendants Getty Properties Corp. and Leemilt's Petroleum Inc.*

2623737-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw Appearances and Substitution of Counsel and Notice of Appearance on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum, Inc. has been served on all counsel of record via LexisNexis File & Serve on this 7th day of November, 2008.

John C. McMeekin II, Esquire (JM8956)

2623737-1