ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl
Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/08

This document relates to:

*Albertson Water District v. Amerada Hess Corp., et al. (07-CV-2406)*
*City of Glen Cove Water District v. Amerada Hess Corp., et al. (07-CV-2403)*
*City of Greenlawn Water District v. Amerada Hess Corp., et al. (07-CV-2407)*
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al. (08-CV-7764)*
*Plainview Water District v. Amerada Hess Corp., et al. (08-CV-0278)*
*Riverhead Water District v. Amerada Hess Corp., et al. (08-CV-7766)*
*Town of Huntington/Dix Hills v. Amerada Hess Corp., et al. (07-CV-2405)*
*City of Homosassa Water District v. Amerada Hess Corp., et al. (07-CV-00113)*
*City of Crystal River v. Amerada Hess Corp., et al. (07-CV-00120)*
*City of Inverness Water District v. Amerada Hess Corp., et al. (07-CV-00114)*
*Tampa Bay Water District v. Amerada Hess Corp., et al. (07-CV-0516)*

SHIRA A. SCHEINDLIN, U.S.D.J.

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of Defendant Huntsman Petrochemical Corporation for the *pro hac vice* admission of Alan L. Sullivan and Amber M. Mettler of Snell & Wilmer LLP, and the request is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Alan L. Sullivan and Amber M. Mettler are admitted to practice before this Court *pro hac vice* on behalf of Huntsman Petrochemical Corporation in this action upon deposit of the required $25 fee per applicant to the Clerk of this court.

Beneficial Tower
15 W South Temple
Suite 1200
Salt Lake City UTAH
84101
801.257.1900

Dated: 11/10/08

_____
The Honorable Shira A. Schindlin
United States District Judge

9186808

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2008, a true and correct copy of the foregoing was served on all counsel of record and on plaintiffs' counsel by electronic filing via LexisNexis File & Serve.

*[signature]*

9186808