UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** | Master File No. 1:00-1898 MDL 1358 (SAS) |
| **This document relates to:** | |

*Albertson Water District v. Amerada Hess Corp., et al. (07-CV-2406)*
*City of Glen Cove Water District v. Amerada Hess Corp., et al. (07-CV-2403)*
*City of Greenlawn Water District v. Amerada Hess Corp., et al. (07-CV-2407)*
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al. (08-CV-7760)*
*Plainview Water District v. Amerada Hess Corp., et al. (08-CV-0278)*
*Riverhead Water District v. Amerada Hess Corp., et al. (08-CV-7766)*
*Town of Huntington/Dix Hills v. Amerada Hess Corp., et al. (07-CV-2405)*
*City of Homosassa Water District v. Amerada Hess Corp., et al. (07-CV-00113)*
*City of Crystal River v. Amerada Hess Corp., et al. (07-CV-00120)*
*City of Inverness Water District v. Amerada Hess Corp., et al. (07-CV-00114)*
*Tampa Bay Water District v. Amerada Hess Corp., et al. (07-CV-0516)*

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 1.4, Wallace King Domike & Reiskin PLLC and King & Spalding LLP, current counsel of record for defendant Huntsman Petrochemical Corporation, seek an order for substitution of counsel. Huntsman Petrochemical Corporation is currently represented by Richard E. Wallace, Jr., William F. Hughes, and Rebecca L. Schuller of Wallace Domike & Reiskin PLLC, and Robert E. Meadows and Charles C. Correll, Jr. of King & Spalding LLP. Huntsman Petrochemical Corporation has consented to representation by Alan L. Sullivan and Amber M. Mettler, of Snell & Wilmer LLP, and John C. Ertman and Mark A. Greenwood, of Ropes & Gray LLP. Alan L. Sullivan and Amber M. Mettler, of Snell & Wilmer LLP, and John C. Ertman and Mark A. Greenwood, of Ropes & Gray LLP, have accepted representation of Huntsman Petrochemical Corporation.

9179632

| | |
|---|---|
| FORMER COUNSEL | WALLACE KING DOMIKE & REISKIN PLLC |
| Dated: October 22, 2008 | By: *William F Hughes*<br>Richard E. Wallace, Jr.<br>William F. Hughes<br>Rebecca L. Schuller<br>2900 K Street, N.W.<br>Harbourside, Suite 500<br>Washington, D.C. 20007 |
| Dated: October __, 2008 | KING & SPALDING LLP<br>By: *[signature]*<br>Robert E. Meadows<br>Charles C. Correll, Jr.<br>1100 Louisiana, Suite 4000<br>Houston, Texas 77002<br>(713) 751-3200 |
| NEW COUNSEL | SNELL & WILMER LLP |
| Dated: October 23, 2008 | By: *[signature]*<br>Alan L. Sullivan<br>Amber M. Mettler<br>Snell & Wilmer LLP<br>15 West South Temple, Suite 1200<br>Salt Lake City, Utah 84101-1004 |
| Dated: ~~October~~ November 5, 2008 | ROPES & GRAY LLP<br>By: *[signature]*<br>John C. Ertman<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br><br>Mark A. Greenwood<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street, NW, Suite 900<br>Washington, DC 20005-3948 |

SO ORDERED:

*[signature]*
U.S.D.J.
11/10/08

Case 1:00-cv-01898-VSB-VF   Document 2121   Filed 11/10/08   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2008, a true and correct copy of the foregoing was served on all counsel of record and on plaintiffs' counsel by electronic filing via LexisNexis File & Serve.

*[signature]*

0179632