UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/0Y

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

**This document refers to:**

*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al*
1:08-CV-00312

## STIPULATION AND ORDER

Plaintiffs, the New Jersey Department of Environmental Protection, Commissioner of the

New Jersey Department of Environmental Protection, and Administrator of the New Jersey Spill

Compensation Fund, and Defendant Western Refining, Inc. ("Western"), by counsel, hereby

stipulate that the deadline for Plaintiffs to file any opposition in response to Western's Motion to

Dismiss in the above-captioned case shall be extended to January 23, 2009.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2133

Dated: November 17, 2008

Respectfully submitted,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

Attorney for Plaintiffs

By: /s/ Richard F. Engel
Richard F. Engel
Deputy Attorney General

John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands 00820-5008
(340) 773-6142

Attorneys for Plaintiffs
Special Counsel to the NJ Attorney General

/s/ Clement D. Carter
Robert F. Redmond, Jr., Esq.
Clement D. Carter, Esq.
Gray B. Broughton, Esq.
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507

Attorneys for Western Refining, Inc.

**SEEN AND APPROVED**

Date: November 17, 2008

Shira A. Scheindlin
United States District Judge

1682892v1

2