UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL No. 1358 (SAS)
Master File No. 1:00-1898
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/08

This document relates to:

*New Jersey Department of Environmental
Protection, et al. v. Amerada, et al.*, No. 08-CV-00312

**STIPULATION AND ORDER EXTENDING TIME FOR GETTY PROPERTIES CORP.
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had stipulated and agreed to extend the time for Defendant Getty Properties Corp. to answer or otherwise respond to the Complaint until November 21, 2008, as Getty Properties Corp. recently substituted counsel.

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, *et al.* and Defendant Getty Properties Corp. as follows:

The time to answer or otherwise respond to the Third Amended Complaint is hereby extended to and including **November 21, 2008** for Defendant Getty Properties Corp.

Dated: November 17, 2008

RAWLE & HENDERSON LLP

By: /s/ John C. McMeekin
John C. McMeekin II, Esquire (JM8956)
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Phone: 215-575-4324
Fax: 215-563-2583
E-mail: jmcmeekin@rawle.com

*Attorneys for Defendant Getty Properties Corp.*

2650322-1

Anne Milgram
Attorney General of New Jersey

By: _____
Richard F. Engel
Deputy Attorney General

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: Nov 18, 2008

_____
Hon. Shira A. Scheindlin, U.S.D.J.

2650322-1

## DECLARATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Stipulation and Order Extending Time for Defendant Getty Properties Corp. to Answer or Otherwise Respond to Complaint** was served electronically on all counsel of record via LexisNexis File & Serve on this __17__ day of November, 2008.

*John McMeekin*
John C. McMeekin II, Esquire (JM8956)

2650322-1