UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : Master File No. 1:00-1898
LIABILITY LITIGATION : MDL 1358 (SAS)
------------------------------------------------------ : M21-88
:
This document relates to: :
:
*Tonneson, et. al v. Sunoco, Inc. et al.*, 03 :
Civ. 8248 X
*Basso, et al. v. Sunoco, Inc. et al.*, 03 Civ.
9050
------------------------------------------------------



# ORDER MODIFYING CASE MANAGEMENT ORDER #35

Plaintiffs' request for leave to depose Exxon Mobil Corporation's ("Exxon") expert John P. Maney, Ph.D., is GRANTED. Exxon shall produce all documents and materials for this deposition by November 21, 2008, and make Dr. Maney available for a deposition in New York, New York by November 26, 2008. Plaintiffs' response to Exxon's Motion in Limine to Exclude Testing of Plaintiffs' Well Water by Friedman & Bruya, Inc., shall be filed within five calendar days after the completion of Dr. Maney's deposition and Exxon's reply shall be filed five calendar days thereafter.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2137

1

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 19, 2008

## -Appearances-

**Counsel for Plaintiffs Tonneson & Basso:**

Tracey L. O'Reilly, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, California 95825
Tel: (916) 488-6688
Fax: (916) 488-4288

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5583
Fax: (212) 547-5444