UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*All Cases*

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

In Case Management Order # 26, the Court set certain deadlines for the Shell Defendants to complete their privilege logs. Plaintiff City of New York and the Shell Defendants dispute the application of those deadlines to the *City of New York* case.  The City of New York has filed a motion to compel discovery against the Shell Defendants related to their alleged failure to comply with the deadlines, and the Shell Defendants have submitted a pre-motion letter seeking relief from the deadlines.  The City's motion to compel is currently pending before Special Master Warner.  With consent of both the City and the Shell Defendants, the Court hereby ORDERS that the request by the Shell Defendants for relief from the deadlines in CMO 26 be referred to Special Master Warner pursuant to Federal Rule of Civil Procedure 72(a) for disposition in the course of resolving the City's motion to compel.  Special Master Warner is hereby authorized to consider the Shell Defendants' request on its merits.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          June ____, 2008

          November 19, 2008