**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF NEW YORK**
-------------------------------------------------- X
                    :

**IN RE: METHYL TERTIARY BUTYL**   :
**ETHER ("MTBE") PRODUCTS**      :
**LIABILITY LITIGATION**           :
-------------------------------------------------- :
                    :

**This document relates to:**      :
                    :

*All Cases*                   :
-------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/08

**CASE MANAGEMENT**
**ORDER #41**

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Clerk of Court is directed to convert all open member cases of

MDL 1358, 00-Civ-1898, into ECF cases.  This includes the following cases and

any case that is made part of MDL 1358 in the future.

    1:06-cv-00877-SAS

    1:06-cv-01379-SAS

    1:06-cv-01379-SAS

    1:06-cv-01379-SAS

    1:06-cv-01381-SAS

    1:06-cv-03750-SAS

    1:06-cv-03742-SAS

    1:06-cv-03753-SAS

1:06-cv-03751-SAS

1:06-cv-03752-SAS

1:06-cv-03754-SAS

1:06-cv-03741-SAS

1:07-cv-08360-SAS

1:06-cv-05496-SAS

1:06-cv-05924-SAS

1:06-cv-05925-SAS

1:06-cv-05927-SAS

1:06-cv-05928-SAS

1:06-cv-05930-SAS

1:06-cv-05931-SAS

1:06-cv-05932-SAS

1:06-cv-05960-SAS

1:06-cv-05959-SAS

1:06-cv-05958-SAS

1:06-cv-05957-SAS

1:06-cv-05956-SAS

1:06-cv-05933-SAS

1:06-cv-05963-SAS

1:06-cv-05962-SAS

1:06-cv-05961-SAS

1:06-cv-05919-SAS

1:06-cv-05917-SAS

1:06-cv-05916-SAS

1:06-cv-05915-SAS

1:06-cv-05914-SAS

1:06-cv-05913-SAS

1:06-cv-05937-SAS

1:06-cv-05920-SAS

1:06-cv-05921-SAS

1:06-cv-05922-SAS

1:06-cv-05938-SAS

1:06-cv-05923-SAS

1:06-cv-05939-SAS

1:06-cv-05901-SAS

1:06-cv-05940-SAS

1:06-cv-05902-SAS

1:06-cv-05941-SAS

1:06-cv-05905-SAS

1:06-cv-05906-SAS

1:06-cv-05942-SAS

1:06-cv-05907-SAS

1:06-cv-05911-SAS

1:06-cv-05943-SAS

1:06-cv-05912-SAS

1:06-cv-05945-SAS

1:06-cv-05946-SAS

1:06-cv-05947-SAS

1:06-cv-05948-SAS

1:06-cv-05949-SAS

1:06-cv-05950-SAS

1:06-cv-05951-SAS

1:06-cv-05952-SAS

1:06-cv-05953-SAS

1:06-cv-05954-SAS

1:06-cv-05955-SAS

1:06-cv-05926-SAS

1:06-cv-05926-SAS

1:06-cv-05903-SAS

1:04-cv-04974-SAS

1:04-cv-04973-SAS

1:04-cv-04969-SAS

1:04-cv-04971-SAS

1:04-cv-04972-SAS

1:04-cv-04970-SAS

1:04-cv-04975-SAS

1:04-cv-01719-SAS

1:04-cv-01718-SAS

1:04-cv-01721-SAS

1:04-cv-01722-SAS

1:04-cv-01723-SAS

1:04-cv-03412-SAS

1:04-cv-03413-SAS

1:04-cv-01725-SAS

1:04-cv-01726-SAS

1:03-cv-09050-SAS

1:04-cv-05421-SAS

1:03-cv-10053-SAS

1:04-cv-03417-SAS

1:03-cv-09543-SAS

1:04-cv-03416-SAS

1:04-cv-03415-SAS

1:04-cv-05422-SAS

1:03-cv-08248-SAS

1:03-cv-10056-SAS

1:03-cv-10054-SAS

1:04-cv-02388-SAS

1:03-cv-10051-SAS

1:04-cv-02390-SAS

1:04-cv-01727-SAS

1:03-cv-09544-SAS

1:03-cv-10052-SAS

1:04-cv-03418-SAS

1:04-cv-03419-SAS

1:04-cv-03420-SAS

1:04-cv-04968-SAS

1:04-cv-01716-SAS

1:04-cv-01720-SAS

1:04-cv-02053-SAS

1:04-cv-04990-SAS

1:04-cv-02055-SAS

1:04-cv-01724-SAS

1:04-cv-02056-SAS

1:04-cv-02057-SAS

1:04-cv-02061-SAS

1:04-cv-02062-SAS

1:04-cv-02060-SAS

1:04-cv-02059-SAS

1:04-cv-02067-SAS

1:04-cv-02066-SAS

1:04-cv-05424-SAS

1:04-cv-05423-SAS

1:04-cv-02068-SAS

1:03-cv-10057-SAS

1:04-cv-06993-SAS

1:04-cv-02070-SAS

1:04-cv-02072-SAS

1:04-cv-02389-SAS

1:03-cv-10055-SAS

1:05-cv-09070-SAS

1:05-cv-09070-SAS

1:05-cv-10259-SAS

1:05-cv-04018-SAS

1:04-cv-05422-SAS

1:07-cv-04009-SAS

1:07-cv-04011-SAS

1:07-cv-04012-SAS

1:07-cv-06848-SAS

1:07-cv-09453-SAS

1:07-cv-10470-SAS

1:08-cv-00312-SAS

1:08-cv-00278-SAS

1:08-cv-06306-SAS

1:05-cv-01310-SAS

1:06-cv-10205-SAS

1:07-cv-02406-SAS

1:07-cv-02407-SAS

1:07-cv-02403-SAS

1:08-cv-07766-SAS

1:08-cv-07764-SAS

SO ORDERED:

Dated:   New York, New York
          November ___, 2008

Shira A. Scheindlin
U.S.D.J.

9

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444