UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

This document relates to:

*Village of Hempstead v. AGIP Inc.*, 03 CV 10055; and
*West Hempstead Water Dist. v. AGIP Inc.*, 03 CV 10052

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/08

CASE MANAGEMENT ORDER NO. 43

(PRE-TRIAL DEADLINES FOR NAPOLI BERN CASES
SET FOR TRIAL ON JUNE 22, 2009)

The Court hereby sets the following deadlines in the above-captioned actions for the pre-trial events identified below:

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Products Liability Litigation                                                                 Doc. 2167

| Event | Deadline |
|---|---|
| Plaintiffs identify experts | January 7 |
| Defendants identify experts | January 21 |
| **FACT DISCOVERY CLOSES**[1] | **February 16** |
| Summary Judgment Motions not requiring expert evidence filed | January 30 |
| Plaintiffs' Expert Disclosures (non case-specific) | January 26 |
| Defendants' Expert Disclosures (non case-specific) | February 26 |
| Plaintiffs' Expert Rebuttals (non case-specific) | March 12 |
| Plaintiffs' Expert Disclosures (case-specific) | February 16 |
| Defendants' Expert Disclosures (case-specific) | March 16 |
| Plaintiffs' Expert Rebuttals (case-specific) | March 30 |
| **EXPERT DISCOVERY CLOSES**[2] | **April 30** |
| DISPOSITIVE MOTIONS FILED (Expert-based only) | April 24 |

1

| | |
|---|---|
| Response Briefs *(21 days)* | May 1 |
| Reply Briefs *(14 days)* | May 8 |
| Plaintiffs' Deposition Designations | April 6 (non-experts) <br> June 3 (experts) |
| Defendants' objections, counter-designations; designations | April 20 (non-experts) <br> June 10 (experts) |
| Plaintiffs' objections to Defendants' counter-designations | April 24 (non-experts) <br> June 15 (experts) |
| Plaintiffs' Witness & Exhibit Lists | April 13 (non-experts) <br> May 27 (experts) |
| Defendants' Witness & Exhibit Lists | April 27 (non-experts) <br> June 10 (experts) |
| Motions *in Limine* Filed | May 11 |
| Responses to Motions *in Limine* | May 25 |
| Replies to Motions *in Limine* | June 1 |
| Parties exchange draft Pre-Trial Orders | May 8 |
| Parties file Joint Proposed Pre-Trial Order | June 1 |
| Parties file jury questionnaires | June 12 |
| **TRIAL BEGINS** | **June 22** |

SO ORDERED this ___1___ day of ___Dec___, 2008

Hon. Shira A. Scheindlin, U.S.D.J.

1. As was done in *SCWA*, the parties are amenable to limited fact discovery after this date for fact issues that arise in expert discovery.

2. *Daubert* motions would be filed within 10 business days of an expert deposition closing; responses in 10 business days; replies in 5 business days.

2

-Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C. 33
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5583
Fax: (212) 547-5444