UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
In re: Methyl Tertiary Butyl Ether : Master File No. 1:00-01898
("MTBE") Products Liability Litigation : MDL No. 1358 (SAS)
: (M21-88)
:
:
This Document Relates to: All Cases
:
:
------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2170

12/2/08

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This Court has considered the unopposed request of Defendants Koch Industries, Inc. and Flint Hills Resources, LP to admit *pro hac vice* William P. Childress of Hunton & Williams LLP, and the request is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that William P. Childress is admitted to practice before the Court *pro hac vice* on behalf of the above-named Defendants in these civil actions upon payment of the required $25.00 fee to the Clerk of the Court.

DATED: 12/1/08

William P. Childress
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

The Honorable Shira A. Scheindlin
United States District Judge

54278.000003 EMF_US 26484305v1



HUNTON&WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL  804 • 788 • 8200
FAX  804 • 788 • 8218

JOSEPH C. KEARFOTT
DIRECT DIAL: 804-788-8446
EMAIL: jkearfott@hunton.com

November 24, 2008

FILE NO: 54278.3

The Honorable Shira Scheindlin
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

      Admission *pro hac vice* for all cases comprising MDL No. 1358
      <u>In re Methyl Teritary Butyl Ether ("MTBE") Products Liability Litigation</u>

Dear Judge Scheindlin:

I have previously been admitted *pro hac vice* for the purposes of representing Defendants Koch Industries, Inc. and Flint Hills Resources, LP in the above-referenced matters. Pursuant to your Honor's Individual Rules and Procedures, please accept this letter of application for admission *pro hac vice* of William P. Childress in the above-referenced matters.

Mr. Childress is an associate at the law firm of Hunton & Williams LLP and is a member in good standing with the Virginia State Bar (No. 72823), United State Court of Appeals for the Fourth Circuit, United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia.

Plaintiffs do not oppose this application. Accordingly, I have enclosed a proposed order granting the admission *pro hac vice* of William P. Childress. I respectfully request that you sign the enclosed order granting the admission *pro hac vice*. A check in the amount of $25.00 will be submitted to the Court Cashier with a copy of the enclosed Proposed Order.

            Yours very truly,

            Joseph C. Kearfott

JCK/gba
Enclosure
cc: All Counsel of Record via LNFS