USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re: Methyl Tertiary Butyl Ether ("MTBE")         MDL No. 1358 (Scheindlin, J.)
Products Liability Litigation                                 Master File No. 1:00-1898
------------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Albertson Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2406; |
| *City of Glen Cove Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2403 |
| *Greenlawn Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2407 |
| *South Huntington Water District v. AGIP Inc., et al.*, | 06-cv-7657 |
| *Town of Huntington Dix Hills v. Amerada Hess Corporation, et al.* | 07-cv-2405 |

------------------------------------------------------------------ X

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(A)(2)

Plaintiffs by and through their attorneys Napoli Bern Ripka LLP, hereby move pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss without prejudice the above-captioned matters, with each party bearing its own costs.

NAPOLI BERN RIPKA & ASSOCIATES, LLP

*Counsel for Plaintiffs*

_____

Dated: November 3, 2008
New York, NY

Robert Gitelman (RG7813)
Empire State Building
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

SO ORDERED:

_____
Hon. Shira A. Scheindlin

Dated: Nov. 26, 2008

## CERTIFICATE OF SERVICE

I certify that on November 3, 2008, a true and correct copy of Plaintiff's Motion for Voluntary Dismissal was electronically served on counsel of record by electronic filing via LexisNexis File & Serve to counsel for Plaintiffs and Defendants in MDL No. 1358.

                                      NAPOLI BERN RIPKA & ASSOCIATES, LLP
                                      *Counsel for Plaintiffs*

Dated: November 3, 2008      Robert Gitelman (RG7813)
       New York, NY             Empire State Building
                                      350 Fifth Avenue, Suite 7413
                                      New York, NY 10118
                                      (212) 267-3700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")          MDL No. 1358 (Scheindlin, J.)
Products Liability Litigation                                     Master File No. 1:00-1898
-----------------------------------------------------------------X
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Albertson Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2406; |
| *City of Glen Cove Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2403 |
| *Greenlawn Water District v. Amerada Hess Corporation, et al.*, | 07-cv-2407 |
| *South Huntington Water District v. AGIP Inc., et al.*, | 06-cv-7657 |
| *Town of Huntington Dix Hills v. Amerada Hess Corporation, et al.* | 07-cv-2405 |

-----------------------------------------------------------------X

## DECLARATION OF ROBERT GITELMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Robert Gitelman, an attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury, that the following facts are true to the best of my knowledge, information and belief:

1. I am an attorney duly admitted to practice law in the state courts of New York and the Federal District Court for the Southern District of New York and I am counsel for the Plaintiffs in the above-captioned matters.

2. On September 21, 2006, Plaintiff South Huntington Water District commenced the aan action in the United States District Court for the Southern District of New York styled: *South Huntington Water District v. AGIP Inc., et al.*, Docket No.: 06-CV-7657.

3. On March 23, 2007, Plaintiffs commenced the following actions in the United States District Court for the Southern District of New York:

   a) *Albertson Water District v. Amerada Hess Corporation, et al.*, Docket No.: 07-cv-2406;

   b) *City of Glen Cove Water District v. Amerada Hess Corporation, et al.*, Docket No.: 07-CV-2403;

   c) *Greenlawn Water District v. Amerada Hess Corporation, et al.*, Docket No.: 07-CV-2407;

   d) *Town of Huntington Dix Hills v. Amerada Hess Corporation, et al.*, Docket No.: 07-CV-2405

4. Pursuant to the Court's directives at the October 30, 2008 Court Conference, Plaintiffs in each of those matters respectfully move this Court for an Order granting voluntary dismissal, without prejudice, of the actions pursuant to Fed. R. Civ. P. 41(a)(2).

WHEREFORE, Plaintiffs respectfully asks this Court to grant the within motion without costs as to any party, along with such other and additional relief as the Court deems just and proper.


Dated: New York, New York
       November 3, 2008

_____
Robert Gitelman (RG-7813)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE") Products
Liability Litigation
------------------------------------------------------------------X
THIS DOCUMENT RELATES TO:

Master File No.: 1:00-1898
MDL 1358 (SAS)

*Albertson Water District v. Amerada Hess Corporation, et al.*
07-cv-2406;
*City of Glen Cove Water District v. Amerada Hess
Corporation, et al.* 07-cv-2403
*Grenlawn Water District v. Amerada Hess Corporation, et al.*
07-cv-2407
*South Huntington Water District v. AGIP Inc., et al.* 06-cv-7657
*Town of Huntington Dix Hills v. Amerada Hess Corporation, et
al.* 07-cv-2405
------------------------------------------------------------------X

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)

**NAPOLI BERN RIPKA & ASSOCIATES, LLP**
*Attorneys for* : Plaintiff
3500 Sunrise Hwy., Suite T-207
Great River, New York 11739
Phone: (212) 267-3700
Fax: (212) 587-0031

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of an            duly entered in the
    office of the clerk of the within named court on _____ 200__.
☐ NOTICE OF SETTLEMENT
    that an order                   of which the within is a true copy, will be
    presented for settlement to the HON.            one of the judges of the
    within named Court, at      on     200__ at_____ O'clock ___.M.

Dated, _____

Yours, etc.

**Napoli Bern Ripka & Associates, LLP**