| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- x<br><br>IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Albertson Water District v. Amerada Hess Corporation, et al.*, 07-CV-2406<br><br>*City of Glen Cove Water District v. Amerada Hess Corporation*, 07-CV-2403<br><br>*City of Greenlawn Water District v. Amerada Hess Corp. et al.*, 07-CV-2407<br><br>*Plainview Water District v. Amerada Hess Corp., et al.*, 08-CV-0278)<br><br>*Town of Huntington Hills/Dix Hills Water District v. Amerada Hess Corp .et al.*, 07-CV-2405<br><br>*City of Homosassa Water District v. Amerada Hess Corp.*, 07 CV-4009<br><br>*City of Crystal River, v. Amerada Hess Corp., et al*, Case No. 07-CV-00120<br><br>*City of Inverness Water District v. Amerada Hess Corp. al.*, 07-CV-4011<br><br>*Tampa Bay Water District v. Amerada Hess Corp. et al.*, 07-CV-4012<br><br>-------------------------------------------------------------- x | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 2174

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 1.4 Thelen LLP, current counsel of record for Sabic Americas, Inc. ("SAI") seek an order for substitution of counsel. SAI has consented to representation by Gregory O'Hara, Kathleen M. Balderston and Kristin Jamberdino of Nixon Peabody LLP.

Gregory O'Hara, Kathleen M. Balderston and Kristin Jamberdino of Nixon Peabody LLP have accepted representation of SAI.

Former Counsel: THELEN LLP

Dated: November 19, 2008 By _____
Jonathan E. Polonsky
875 Third Avenue
New York, New York 10022
(212) 603-2000

Incoming Counsel: NIXON PEABODY LLP

Dated: November 19, 2008 By: _____
Kathleen M. Balderston
Kristin Jamberdino
437 Madison Avenue
New York, New York 10022
(212) 940-3000

IT IS THEREFORE ORDERED, that NIXON PEABODY LLP may substitute in for THELEN LLP as counsel for SAI.

Dated: 12/3/08

By: /s/ Shira A. Scheindlin
The Honorable Shira A. Scheindlin
United States District Judge