UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")    Master File No. 1:00 – 1898
Products Liability Litigation                  MDL 1358 (SAS): M21-88

**This document refers to the following cases:**

*Basso, et al. v. Sunoco, et al.*, No. 03-CIV-9050
*Tonneson, et al. v. Sunoco, et al.*, No. 03-CIV-8248

### DECLARATION OF JENNIFER KALNINS TEMPLE IN SUPPORT OF EXXON MOBIL CORPORATION'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE TESTING ANALYSIS OF PLAINTIFFS' WELL WATER BY FRIEDMAN & BRUYA INC.

JENNIFER KALNINS TEMPLE, an attorney duly licensed to practice law in the State of New York and in the United States District Court for the Southern District of New York, hereby declares the following under penalties of perjury:

1. I am a member of the law firm McDermott Will & Emery LLP, counsel for defendant Exxon Mobil Corporation (hereinafter "ExxonMobil") in the above-captioned matter. I respectfully submit this Declaration in support of ExxonMobil's Reply Memorandum of Law in Support of its Motion *In Limine* to Exclude Testing Analysis Of Plaintiffs' Well Water By Friedman & Bruya Inc. (hereinafter "Reply") that is being filed concurrently herewith in the above-referenced cases. This Declaration authenticates the exhibits attached hereto and referenced in ExxonMobil's Reply. In accordance with this Court's Individual Rules and Procedures, only the relevant parts of these exhibits are attached.

2. Attached at Exhibit A are true and correct copies of the following pages from the Rough Transcript of the November 25, 2008, Deposition of John P. Maney, Ph.D: 25:14-26:2,

30:2-25, 35:9-36:5, 39:10-40:17; 44:19-45:3, 91:9-92:3, 100:5-20. The attached copies were made at the direction of the undersigned on or around December 8, 2008.

3. Attached at Exhibit B is a true and correct copies of the following pages from the transcript of the July 14, 2008, and October 24, 2008 deposition of Dr. James Bruya: 22:16-24; 279:19-23. The attached copy was made at the direction of the undersigned on or around December 8, 2008.

Dated: December 8, 2008

_____
JENNIFER KALNINS TEMPLE

# EXHIBIT A

2   IndexExam

3   UNITED STATES DISTRICT COURT

4   SOUTHERN DISTRICT OF NEW YORK
    ------------------------------------X
5   IN RE:   METHYL TERTIARY BUTYL          :

6   ETHER ("MTBE") PRODUCTS                 :

7   LIABILITY LITIGATION,                   :

8   _____

9   This document relates to:               :

10  Tonneson, et al. v. Sunoco, Inc.,       :

11  et al.                                  :

12  NO. 03 Civ. 8248                        :
    Basso, et al. v. Sunoco, Inc., et al.
13  No. 03 Civ. 9050                        :

14  ------------------------------------X

15            DEPOSITION OF name     , taken by

16  Plaintiff, pursuant to Notice, at the offices of

17  name     , on Tuesday, November 25, 2008, commencing

18  at time                , before Chandra D. Brown, a

19  Registered Professional Reporter and Notary Public

20  within and for the State of New York.

21

22

23

24

25

### Page 22

1  J. Maney
2  I'm the site owner and I want to know, at
3  my gasoline station release site, if MTBE and other
4  fuel oxygenation petroleum hydrocarbons are present
5  at very low levels in the water underneath my site.
6  Would you suggest that I use 524.2, or
7  some other testing method?
8  MR. RICCARDULLI: Objection.
9  A  It would be a function of the
10 concentration of the anolytes of interest underneath
11 the site, what the regulations are.
12 And typically, Ashta is not done by --
13 underground storage tank analyses are not done by
14 the Safe Drinking Water Act on the site. At least,
15 I believe that's my experience.
16 Q  Were you provided -- let me ask it this
17 way: If the groundwater underneath a gasoline
18 station was directly connected to the drinking water
19 aquifer, would you, in your opinion, use 524.2 for
20 low-level analysis of fuel oxygenates and petroleum
21 hydrocarbons?
22 MR. RICCARDULLI: Objection.
23 You can answer.
24 A  If, in fact, people are going to be
25 drinking this water, and you're going to make an

### Page 23

1  J. Maney
2  evaluation of the criteria versus the Safe Drinking
3  Water Act and that's your objective, yes, you should
4  use 524.2.
5  And you're painting a different scenario,
6  too. If -- clean-up reclamation, they have an
7  assortment of different methods that are used in
8  various states across the country. So -- but in
9  response to your hypothetical, the answer is 524.2,
10 if you're going to be drinking the water.
11 Q  Is there any other methods other than
12 524.2 that you're aware of that is designed to or
13 can analyze VOCs at low levels in water?
14 MR. RICCARDULLI: Objection.
15 A  There is a list of approved methods by the
16 Safe Drinking Water Act. They are in the federal
17 register. They are listed by the State of New York
18 and ...
19 Q  Any other methods other than those listed
20 in the Safe Drinking Water Act that, in your
21 opinion, can be used to analyze VOCs at low levels
22 in water?
23 A  You're talking about waste waters?
24 You're talking about any type of water,
25 sea waters?

### Page 24

1  J. Maney
2  Q  Any type of water.
3  A  Okay.
4  How do you define "low"?
5  Q  Below one part per billion.
6  A  Below one part per billion? Okay. You're
7  pushing the envelope when you're going down there.
8  So you would have to design a method to
9  meet the regulatory requirements if it was not a
10 Safe Drinking Water Act compliance. You would have
11 to sit down with the regulators and decide what
12 method would meet all the requirements.
13 You're talking non-routine analytical
14 methods when you're doing significantly below one
15 part per billion.
16 Q  Is there a method detection limit for MTBE
17 in 524.2?
18 A  Yes, there is.
19 (Whereupon, the aforementioned Method
20 524.2, Revision 4.1, was marked as Plaintiffs'
21 Exhibit 4 for identification as of this date by
22 the reporter.)
23 BY MS. O'REILLY:
24 Q  If I could have you review that and
25 determine if that is the most current version of

### Page 25

1  J. Maney
2  524.2.
3  A  (Witness views document.)
4  MS. O'REILLY: I'll identify it for the
5  record.
6  For the record, I've marked as Exhibit 4,
7  a copy of a document entitled "Method 524.2,
8  Revision 4.1," edited by J.W. Munch 1995,
9  published by National Exposure Research
10 Laboratory. It is 48 pages, 524.2-1 through
11 524.2-48.
12 A  It appears to be complete.
13 Q  Okay.
14 Can you in Exhibit 4 identify for me where
15 the method detection limit is for MTBE?
16 A  It's on Page 524.2-42.
17 Q  You're referring to Table 7?
18 A  That's correct.
19 Q  "Methyl tert," and then "Butylether" is
20 run together; is that correct?
21 Is that what you are referring to, where
22 it says "Methyl-tert-Butylether", is all one word?
23 A  Yeah. That's MTBE.
24 Q  What is the MDL reported here?
25 A  It's reported as -- on this table it's

Page 26

1 J. Maney
2 1.2 parts per billion.
3 Q Is this the only method detection limit
4 applicable for MTBE under 524.2?
5 MR. RICCARDULLI: Objection.
6 A I don't understand what you mean.
7 Q Okay.
8 On Table 7, you identified an MDL 1.2 --
9 A Yeah. This is actually for -- as cited
10 above, it's for Column 4, which is listed under the
11 apparatus, a specific column. So -- I think they
12 only give one example. The other anolytes, they
13 give more than one reporting limit or MDL.
14 I believe here, my recollection is that
15 there is only MDLs for MTBE given on one column.
16 Q Okay.
17 Can you explain for the record what you
18 mean by "one column"?
19 A Sure.
20 Do you want me to explain
21 gastromatography?
22 Q No. I want to you explain what you were
23 referring to when you say -- when you're pointing to
24 wide-bore capillary Column 4.
25 A This is using Column 4. And I think if

Page 27

1 J. Maney
2 you go back to the list of -- let me see if I could
3 find this for you -- equipment and supplies,
4 capillary GC columns, 6.3.2 -- "any gastromatography
5 column that meets the specifications of this method
6 may be used. Section 10.2.4.1."
7 Then, on Page 524.2-10, they list
8 Column 1, Column 2, Column 3, Column 4. Column 4 is
9 a 75-meter by 0.53 millimeter id DB 624 column.
10 Q Those are different methods of gas
11 chromatography?
12 MR. RICCARDULLI: Objection.
13 A You can use wide bore, narrow bore on this
14 method. There is four columns that they suggest
15 that you can use. And you're going to use
16 equivalent ones, I believe, too, from different
17 suppliers. It just doesn't have to be from ^is a
18 PEL Co. or JMW Scientific. I think others, it's
19 accepted if you use an equivalent column that's
20 approved.
21 Q With respect to Table 7 in the MDL that's
22 reported there for wide-bore capillary, Column 4, is
23 that the only appropriate MDL, in your opinion, for
24 MTBE in water under 524.2?
25 MR. RICCARDULLI: Objection.

Page 28

1 J. Maney
2 A MDLs are instrument specific and time
3 specific. So there is going to be a -- for every
4 instrument that you have, there will be a different
5 MDL.
6 This is just used as a guideline that they
7 publish these MDLs for, and these methods. You have
8 to calculate those according to the guidance that
9 EPA supplies to come up with a proper MDL.
10 When you are comparing methods, SDW --
11 excuse me, the Safe Drinking Water Act requires that
12 you use MDLs generated over several days, as I
13 mentioned in my affidavits, as opposed to over
14 several hours because the EPA feels it's unrealistic
15 to use those MDLs generated within the same work
16 shift.
17 Q If we go in Exhibit 4 to Page 524.2-4 --
18 can we just say Page 4?
19 A Yes.
20 Q So we don't have to repeat 524.2 every
21 time.
22 A That's fine.
23 Q Everybody knows what we're talking about?
24 Okay. Section 1.2 --
25 A Yep.

Page 29

1 J. Maney
2 Q -- says "Method detection limit (MDLs) are
3 compound, instrument and especially matrix dependent
4 and vary from approximately 0.02 to 1.6 UG/L.
5 We refer to UG/L as parts per billion?
6 A Micrograms per liter.
7 Q Micrograms per liter?
8 I'm a lawyer; parts per billion is much
9 easier.
10 A Oh, you want to use parts per billion?
11 That's fine. Yes.
12 Q We agree that in lieu of that, we will use
13 parts per billion?
14 A Sure. Yep.
15 Q Do you agree with that statement in
16 defining an MDL?
17 A That doesn't define an MDL. It's just
18 saying that MDLs will vary for each compound that
19 you analyze. Some are more sensitive than others.
20 In this table they list some with --
21 which, by this method, are very sensitive. And you
22 can achieve a method detection limit of 0.02 -- but
23 that's not MTBE, that's not one of the most
24 sensitive compounds -- and as high as 1.6.
25 Q Okay.

1       J. Maney

2              And with respect to how the MDL -- how the
3       description that is contained here in 524.2 1.2, if
4       you use the same compound, the same instrument, and
5       the same matrix, but a different EPA method, would
6       it be possible to also obtain the same ranges of
7       MDLs with MTBE in water?
8              MR. RICCARDULLI:  Objection.
9       A      I'm not quite sure what you're getting at.
10             But if you're trying to make methods
11      equivalent, there's similarities between methods,
12      but there are differences, and some of them can be
13      subtle and some of them can be significant.
14             As I stated in my affidavit, the key
15      things that jump out and scream about using 8260B as
16      opposed to 524.2 is, one, your MDLs were calculated
17      incorrectly for the Safe Drinking Water Act program,
18      and, as importantly, you didn't run low-level
19      standards at the reporting limit, which is key for
20      documenting the accuracy of your analysis at those
21      low levels.
22             If you followed the 524.2 and SDWA
23      guidance, you would have done those, and you would
24      have documented how well you can or cannot
25      quantitate at low levels.

Page 34

1         J. Maney
2  Exhibit 5?
3      A   Yes.  1.1, the Scope and Application.  To
4  respond to your question, yep.
5      Q   Do you agree with that statement?
6      A   Yeah.
7      Q   Would it be fair to say that 8260B can be
8  used for testing groundwater?
9      A   Yes.
10         MR. RICCARDULLI:  Objection.
11     A   Around RCRA facilities, it is used for
12 that.
13     Q   Can you explain, for the record, how the
14 groundwater under the scope and application of 8260B
15 is different from the groundwater under the scope
16 and application for 524.2?
17         MR. RICCARDULLI:  Objection.
18     A   How the -- let me --
19     Q   Let me ask it this way -- withdraw the
20 question.
21     A   The scope and application for 524.2 is,
22 "This is a general purpose method for the
23 identification, simultaneous measurements of
24 purgible volatile organic compounds--
25         THE COURT REPORTER:  Excuse me.  Can you

Page 35

1         J. Maney
2  slow down, please.
3          THE WITNESS:  I'm sorry.
4      A   "This is a general purpose method for the
5  identification and simultaneous measurement of
6  purgible volatile organic compounds in surface
7  water, groundwater and drinking water in any stage
8  of treatment."
9      Q   Let me ask this:  Is the definition of
10 groundwater under 524.2 different from the
11 definition of groundwater under 8260?
12         MR. RICCARDULLI:  Objection.
13         If you can.
14     A   Obviously, groundwater can be monitored
15 under the RCRA program.  They also can be monitored
16 under the Safe Drinking Water Act, as well.
17         And if you are making determinations for
18 analysis or drinking waters, people -- waters that
19 people are consuming, you typically -- you do
20 use 524.2.  In all my years of running a laboratory,
21 when we were supplied with drinking waters, we had
22 to use the drinking water method.
23         Now, over and beyond the regulatory
24 requirements, the advantages of using 524.2 for
25 getting accurate low levels -- and I mean low levels

Page 36

1         J. Maney
2  that normal labs do, not pushing the envelope, which
3  was attempted here in this particular work -- you
4  want to have the quality controls that these methods
5  and guidance require.
6          MS. O'REILLY:  I'm going to move to strike
7      the last portion as non-responsive.
8      Q   My question simply was whether the
9  definition of groundwater under 524.2 is different
10 from the definition of groundwater under 8260, in
11 the scope and application of these methods.
12         MR. RICCARDULLI:  Same objection.
13     A   Yeah.  They say ground and surface waters
14 here.  They say groundwaters.  I don't see any
15 difference between a definition of groundwater in
16 the two methods.
17     Q   Can 8260B be used to measure and detect
18 MTBE in groundwater?
19     A   Yes.
20     Q   Does -- is there an MDL for MTBE in
21 groundwater under 8260B?
22     A   In groundwater, I would have to check.  I
23 don't recall that one exactly, but -- beginning of
24 the tables.
25         Do you want me to try to locate it?

Page 37

1         J. Maney
2      Q   Sure.  Take a minute.
3          Just to remind you also, we'll try to take
4  a break every hour, but If you need a break sooner
5  than that, let me know.
6      A   Okay.  I'm doing fine.  Thank you.
7          In groundwater specifically, you're
8  looking for?
9      Q   Correct.
10     A   I didn't see anything for groundwaters.
11     Q   Okay.
12         Does 8260B provide a process by which a
13 laboratory may obtain an MDL for MTBE in
14 groundwater?
15         MR. RICCARDULLI:  Objection.
16     A   Do they provide a process for calculating
17 MDLs?
18         Yes.  It's in Chapter 1.
19     Q   Of 8260B?
20     A   No.  Of SW-846.
21     Q   Other than SW-846, is there anything
22 in 8260B which provides guidance on how to calculate
23 an MDL for MTBE in groundwater?
24         MR. RICCARDULLI:  Objection.
25     A   I don't think you want me to take the time

Page 38

1         J. Maney
2  to -- there may be some reference, maybe a mention
3  of MDL. There may be reference to Chapter 8000B,
4  and also to Chapter 1. They are referenced in here.
5         So indirectly, at least, there is. There
6  may be some other sentence or two about MDL. I just
7  don't recall at this point. It's 86 pages, so it's
8  possible.
9         MS. O'REILLY: For the record, I've marked
10  as Exhibit 6, a document entitled "U.S.
11  Geological Survey Laboratory Method for
12  tert-Butyl Ether and Other Fuel Oxygenates,"
13  entitled "MTBE Fact Sheet 2/19/95."
14         It's a six-page document.
15         (Whereupon, the aforementioned MTBE Fact
16  Sheet 2/19/95, was marked as Plaintiffs'
17  Exhibit 6 for identification as of this date by
18  the reporter.)
19  BY MS. O'REILLY:
20      Q   Have you had an opportunity to review the
21  document I've marked as Exhibit 6?
22      A   (Witness views document.)
23         Just briefly, yes.
24      Q   Have you seen this document before today?
25      A   Yes, I have.

Page 39

1         J. Maney
2      Q   When did you see it?
3      A   I've known about it for quite some time.
4      Q   Have you had any conversations with the
5  authors of this document?
6      A   No, I haven't.
7      Q   Have you read any peer review literature
8  concerning this document?
9      A   No, I haven't.
10     Q   Did the USGS utilize 524.2 to measure
11  MTBE?
12     A   Yes. They say they based -- if this is
13  the article I'm familiar with, they say they based
14  their method on 524.2.
15     Q   Did they follow every procedure in 524.2?
16        MR. RICCARDULLI: Objection.
17     A   One couldn't say that unless you saw their
18  SOPs and audited what they did and then you could
19  maybe come to some conclusion on that but,
20  obviously, you can't speak about the specifics of
21  what they did or did not do.
22     Q   Was it your understanding before you saw
23  this document today that this was a use of 524.2 to
24  measure MTBE?
25        MR. RICCARDULLI: Objection.

Page 40

1         J. Maney
2      A   As I recall -- it maybe will take me a
3  while to find it, but I believe they say it's based
4  on 524.2. They use the key QC criteria of 524.2.
5  They use low-level quality control samples, which
6  are key. They also use MDL calculated over, not
7  only several days, but over weeks and months.
8         And I've been to this lab, and you have a
9  group of sophisticated people. I believe -- this is
10  the Denver lab. I've been to this lab. And they,
11  after all their work -- and they can dedicate their
12  time to doing analyses in R&D, which is, this is
13  what they are reporting on here.
14        And they didn't feel comfortable reporting
15  to the limits that Freidman Bruya reported to. They
16  reported -- they are reporting on it 10 times higher
17  than that reported by Freidman Bruya.
18     Q   What method detection limit did they
19  achieve using -- the USGS achieve using the method
20  that's described here?
21        MR. RICCARDULLI: Objection.
22     A   I would have to try to find that. In the
23  summary, I guess I'll find it. The method detection
24  limit for the MTBE concentration is 0.06 micrograms
25  per liter, and the method reporting it was 0.2.

Page 41

1         J. Maney
2      Q   Is the method detection limit in the parts
3  per trillion?
4      A   Yes. And so is the reporting limit.
5      Q   Did they utilize the same instruments as
6  would be used for a 524.2 analysis?
7         MR. RICCARDULLI: Objection.
8      A   If your attempt is to make Friedman &
9  Bruya's analysis comparable to USGS, the USGS that
10  I'm familiar with, they are not comparable.
11     Q   My question is simply: Did the USGS
12  utilize the same instruments in the method that's
13  described here as those used under 524.2?
14     A   They use GCMS for the analysis performed
15  here. They also use it for hazardous waste, GCMS.
16  They use it for air samples. They use it for
17  wastewater samples.
18        So, yes, it's widely used for biological
19  tissues as well matrices.
20     Q   Did they use the same instruments in the
21  analysis they performed here for Method 8260?
22     A   Could you repeat that?
23        I don't think I follow that.
24     Q   Sure.
25        Did USGS use the same instruments to

Page 42

1 J. Maney
2 perform their analysis that would be used
3 under 8260?
4     MR. RICCARDULLI: Objection.
5  A  We're talking about the same hardware?
6     It's not the same methods.
7  Q  Correct.
8     The same instruments?
9  A  Yes. Same hardware. You have a ^Persian
10 trap unit, auto sampler. You have a gas
11 chromatograph, you have a mass spectrometer and
12 associated computers. And they may or may not be
13 identical, but they are hyphenated GCMS
14 instrumentation.
15     (Whereupon, the aforementioned Measurement
16 of Methyl Tert-butyl Ether in Raw Drinking
17 Water, was marked as Plaintiffs' Exhibit 7 for
18 identification as of this date by the
19 reporter.)
20     MS. O'REILLY: For the record, I have
21 marked as Exhibit 6 -- 7, a document entitled
22 ^"Measurement of Methyl Tert-butyl Ether in Raw
23 Drinking Water," prepared for American
24 Waterworks Association 1998, Lawrence
25 ^Livermore National Laboratory.

Page 43

1 J. Maney
2  Q  Have you had an opportunity to review the
3 document I've marked as Exhibit 7?
4  A  For time wise, it's probably best to ask
5 your question and I will go to that section because
6 it would take awhile, obviously, to read an article.
7  Q  Have you seen this study before?
8  A  I don't know. I've seen some stuff by
9 Lawrence Livermore National Laboratory, but I don't
10 know if I've seen this one.
11  Q  Okay.
12     How much time do you think it would take
13 for you to review this document?
14  A  Probably a half-hour for me to truly
15 comment on it. I think I can handle what you're
16 getting at if you go to specific sections. If need
17 be, I can go back and read others.
18  Q  Okay.
19     Well, under the method section on
20 Page 2 --
21     MR. RICCARDULLI: Just for the record,
22     this is an on--
23     MS. O'REILLY: Excuse me. Page 4 of the
24     document.
25  A  1, 2, 3, 4. Okay. I'm on Page 4.

Page 44

1 J. Maney
2     MR. RICCARDULLI: I just want to say it
3     was not numbered, just so we're clear. When
4     we're referring to the page numbers, we should
5     just count from the front of them so the record
6     is clear.
7     MS. O'REILLY: Okay.
8  Q  If you could read those two paragraphs,
9 where it describes the method, for me?
10  A  Okay.
11     "Method: A 25ML water" --
12  Q  I'm sorry. Read them to yourself. I
13 apologize.
14  A  I'm sorry.
15  Q  No. I wasn't clear.
16  A  (Witness views document.)
17     I've scanned it.
18  Q  Okay.
19     Did Lawrence Livermore National Laboratory
20 use EPA Method 524.2 to measure MTBE in water in
21 this study?
22  A  They used a ^duty rated MTBE method, an
23 isotopic method. So it's -- I don't believe there
24 is an isotopic method out there for MTBE in drinking
25 water, so they are doing R&D.

Page 45

1 J. Maney
2  Q  What do you mean by R&D?
3  A  Research and development.
4  Q  That's just for -- I clarified that
5 sometimes for people reading the transcript. You
6 and I may know what we're talking about.
7  A  Thank you. Appreciate that.
8  Q  We also have to remember that a judge or
9 other people may be seeing this.
10  A  Yes.
11  Q  So would your answer be the same for
12 whether or not they used 8260 to measure MTBE?
13     MR. RICCARDULLI: Objection.
14  A  Could you try that again?
15     I don't understand.
16  Q  Sure.
17     Did Lawrence Livermore National Laboratory
18 utilize EPA Method 8260B to measure MTBE in water?
19     MR. RICCARDULLI: Objection.
20  A  I don't see them referring to that here.
21 Maybe there is on another page. But they are
22 referring to a 25ML sample volume. They are talking
23 about using ^duty rated MTBE, purging the helium.
24 They talk about the manufacturer of the
25 purge-and-trap device. The -- it's PCMS, they are

Page 90

1   J. Maney
2   asked, regards to software.
3       I believe 524.2 says you should not
4   inappropriately round up. Now, that applies to
5   whether you assign a computer program to do your
6   work or not.
7   Q   Have you personally used the software
8   utilized by Friedman & Bruya?
9   A   Yes.
10  Q   To perform similar calculations?
11  A   What software are you talking about?
12      EnviroQuant or Excel or --
13  Q   The software utilized by the analytical
14  instrument Friedman & Bruya used?
15  A   Okay. That's EnviroQuant, and I have used
16  it.
17  Q   Have you used it to perform MDL
18  calculations similar to the ones in February 12,
19  2008?
20      MR. RICCARDULLI: Objection.
21  A   I can't say I've done that specifically.
22  Q   Is this -- I'm sorry.
23  A   I don't recall.
24  Q   Is the -- I'm sorry, I missed the name;
25  EnviroQuant?

Page 91

1   J. Maney
2   A   EnviroQuant.
3   Q   Is that software utilized by other
4   analytical laboratories?
5   A   It's widely used.
6   Q   Does the EPA use this software?
7   A   I would imagine so, because they have a
8   lot of Hewlett Packard equipment.
9   Q   Do you have any EPA guidance -- and I
10  understand you mentioned 524 -- other than 524 that
11  indicates that the software should not be used to
12  round up numbers in performing an MDL study?
13  A   You can go to just about every basic
14  chemistry science book there is, and it will always
15  tell you not to round up prior to calculation.
16      See, the difference here is you're
17  pushing -- you asked your laboratory to push the
18  limit to .02. And, as a result of this, they are
19  pushing new grounds.
20      Now, rounding to .02 was fine when you're
21  giving reporting limits around 1 PPB. This is when
22  you need a laboratory that's experienced with
23  low-level detections because they would have caught
24  this right away, and they wouldn't have allowed that
25  to happen. They would have changed it, go into the

Page 92

1   J. Maney
2   software and changed the reporting so you weren't
3   rounding at these levels.
4   Q   Have you, in the past, criticized
5   laboratories for performing hand calculations in
6   calculating reporting limits?
7   A   Hand calculations?
8   Q   Using hand calculations to calculate
9   reporting limits?
10      MR. RICCARDULLI: Objection.
11  A   I don't -- what do you mean by "hand
12  calculation"?
13      Using a calculator or doing it longhand
14  or --
15  Q   Yes.
16  A   If that's -- the method wouldn't be a
17  problem. It's how it's done.
18  Q   Is it industry standard to hand calculate
19  reporting limits?
20      MR. RICCARDULLI: Objection.
21  A   Unclear.
22      Could you please repeat that?
23  Q   Yeah.
24      Your prior testimony was that the rounding
25  should not be performed before the calculation, and

Page 93

1   J. Maney
2   that the, as I understood it, the software --
3   Friedman & Bruya should have gone in to modify the
4   software so that it did not perform the rounding; is
5   that correct?
6   A   Well, you'll modify the defaults.
7   Q   If you modify the defaults, how is the
8   rounding performed; by hand or by machine?
9   A   Could be by machine. Part of this is hand
10  done. They take the numbers off of this and they
11  put it into something, unless they've written some
12  code that calculates the MDL.
13      It's the rounding issue which is a
14  problem, not whether it's done by a computer or by
15  hand or by a calculator. You don't round
16  significant figures when you're interested in -- the
17  first seven ^ standards gave you an MDL of zero ^if
18  you don't round out.
19      You don't have an MDL of zero. It's
20  nonsense. So, something's screaming out at you
21  right there.
22  Q   Can you identify for me in 524.2, I think
23  you indicated, where it would prohibit the use of
24  this software for performing the rounding for
25  purposes of calculating an MDL?

1                    J. Maney

2   which would translate into an RL of 0.04."

3           Do you see that?

4       A   Yes.

5       Q   Is it your opinion that MTBE would not be

6   present at an MDL of 0.02 in the samples that you

7   looked at?

8           MR. RICCARDULLI:  Objection.

9           MS. O'REILLY:  Can the Court Reporter read

10      it back.

11          (Whereupon the requested question was read

12      back by the Court Reporter.)

13          MR. RICCARDULLI:  Same objection.

14      A   My opinion is that you shouldn't rely upon

15  this data for the number of issues I that pointed

16  out.  One, starting from not being a certified lab

17  and, therefore, not be being subjected to auditing.

18  The SOP that was -- didn't even address SIM,

19  selective ion monitoring, which is the method that

20  was employed for these samples.

21          There is a number of errors in that SOP,

22  which, if they are following it, they start from

23  Table 1, right on, going forward, the 25 percent

24  error right there.  You take that, and then you go

25  through all the points that I make in my deposition

# EXHIBIT B

```
 1      our program.
 2   Q  And any other private laboratories you're aware of
 3      that conduct the analysis down to the part per
 4      trillion level?
 5   A  I've never tracked it.  There could be, but I don't
 6      remember right now.
 7   Q  And prior to your engagement on this matter -- by the
 8      way, I take it you were retained by the law firm of
 9      Miller, Axline & Sawyer.  Is that correct?
10   A  At various times.
11   Q  But with respect to the sampling for Fort Montgomery,
12      New York --
13   A  Yes.
14   Q  -- that's who retained you?
15   A  Yes, sir.
16   Q  And prior to your retention by Miller, Axline &
17      Sawyer, had you or your laboratory performed analysis
18      of MTBE in drinking water down to part per trillion
19      levels?
20   A  We performed analysis of MTBE in parts per trillion
21      levels.  I don't know if it was in wastewater or
22      whether it was in water from a drinking aquifer.
23   Q  And when had you done that?  Do you recall?
24   A  I think five or ten years ago.
25   Q  And apart from that, any other analysis that you're
```

```
 1          for the testing of drinking water, correct?
 2    A     No.  They actually --
 3    Q     And --
 4    A     -- stated something different.  They say that their
 5          method was comparable to the U.S. Environmental
 6          Protection Agency Method 524.2.
 7    Q     Which is a method designed to test drinking water,
 8          correct?
 9    A     Yes.
10    Q     The protocol that you've used to test for MTBE in the
11          levels of parts per trillion, when you referenced
12          using it once or twice before, have you ever used it
13          outside of litigation?
14    A     Yes.
15    Q     In what context?
16    A     We've used it to determine the levels -- low levels
17          of compounds such as vinyl chloride at low levels,
18          dichloral -- dibromoethane at low levels, and MTBE.
19    Q     And have you ever submitted your methods to a
20          scientific journal for review by your peers in the
21          scientific community?
22    A     Methods -- we've followed the methods that are
23          presented in the scientific community.
24    Q     But you said you used a special sparge technique in
25          this particular case, correct?
```