```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/11/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

**This document relates to:**

City of Riverside v. Atlantic Richfield Co., et al.,
04 Civ. 4969

Quincy Community Services District v. Atlantic
Richfield Co., et al., 04 Civ. 4970

People of the State of California, et al. v. Atlantic
Richfield Co., et al., 04 Civ. 4972

California-American Water Co. v. Atlantic
Richfield Co., et al., 04 Civ. 4974

Martin Silver, et al., v. Alon USA Energy, Inc.,
et al., 04 Civ. 4975

Village of Island Lake v. Ashland Inc., et al.,
04 Civ. 2053
------------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 2, 2008, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), granting the motion of the settling defendants and directing the Clerk of the Court to enter judgment that the Settlement Agreement dated June 3, 2008 constitutes a good faith settlement under applicable laws and the Settling Defendants are hereby protected from joint tortfeasor claims as set forth in the Order dated December 2, 2008, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Dockets.Justia.com

Court's Order dated December 2, 2008, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), the motion of the settling defendants is granted and judgment is entered that the Settlement Agreement dated June 3, 2008 constitutes a good faith settlement under applicable laws and the Settling Defendants are hereby protected from joint tortfeasor claims as set forth in the Order dated December 2, 2008.

**Dated:** New York, New York
December 10, 2008

**J. MICHAEL McMAHON**
**Clerk of Court**

**BY:** /s/
**Deputy Clerk**