UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----------------------------------------------------------X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

----------------------------------------------------

**This document relates to:**

*City of New York v. Amerada Hess Corp., et al*, 04 Civ. 3417

*City of Riverside v. Atlantic Richfield Co., et al*, 04 Civ. 4969

*Quincy Community Services District v. Atlantic Richfield Co., et al*, 04 Civ. 4970

*California-American Water Co. v. Atlantic Richfield Co., et al*, 04 Civ. 4974

*M & P Silver Family Partners II v. Amerada Hess Corporation, et al*, 04 Civ. 4975

*State of New Mexico v. Amerada Hess Corp., et al*, 06 Civ. 380



## ORDER TO ADMIT NICHOLAS G. CAMPINS AND MARNIE E. RIDDLE AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs the City of New York, the City of Riverside, Quincy Community Services District, California-American Water Company, M & P Silver Family Partners II, and the State of New Mexico for the *pro hac vice* admissions of Nicholas G. Campins and Marnie E. Riddle of Sher Leff LLP, 450 Mission Street, Suite 400, San Francisco, CA 94105, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Nicholas G. Campins and Marnie E. Riddle are admitted to practice before this Court *pro hac vice* on behalf

of the above named Plaintiffs in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of the Court.

Dated: _____12/10/08_____

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE