UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

---------------------------------------------------------------X

Master File No. 1:00-1898

MDL No. 1358 (SAS)
M21-88

NOTICE OF MOTION FOR
ENTRY OF AGREED ORDERS
OF DISMISSAL

**This Document Relates To:**

---------------------------------------------------------------X

*Tampa Bay Water vs. Amerada Hess Corp., et al.*
8:07-cv-00516;

*The City of Inverness vs. Amerada Hess Corp., et al.*
5:07-cv-00114;

*Homosassa Water District vs. Amerada Hess Corp., et al.*
5:07-cv-00113;

*City of Crystal River vs. Amerada Hess Corp., et al.*
5:07-cv-00120;

*Manhasset-Lakeville Water District v. Amerada Hess Corp,
et al. 08 CV 7764;*

*Riverhead Water District v. Amerada Hess Corp.
et al. 08 CV 7766.*

*City of Glen Cove Water District vs. Amerada Hess Corp., et al.*
07-CV-2403;

*Albertson Water District vs. Amerada Hess Corp., et al.*
07-CV-2406;

*City of Greenlawn Water District vs. Amerada Hess Corp., et al.*
NY 07-CV-2407;

*Town of Huntington/Dix Hills Water District vs. Amerada Hess Corp., et al.*

---------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Coastal Oil New England, Inc. ("CONE") moves the Court to enter the two attached Agreed Orders to Dismiss. The first Agreed Order was previously filed on October 16, 2008, as a Stipulation for Dismissal pursuant

DM_US:21613063_1

to Federal Rule of Civil Procedure 41(a)(1). In order to conform to the discussion at the October 30, 2008 status conference (Tr. at 3:7 – 4:16), the dismissal is now being re-filed as a proposed Agreed Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). In addition, for the Court's convenience, a second proposed Agreed Order pursuant to Rule 41(a)(2), applicable to the cases in its caption (originally filed on October 16, 2008, and still pending before the Court) is also attached to this Motion.

WHEREFORE, CONE requests that this Court enter the attached Agreed Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

Dated:  New York, New York
        November 25, 2008

                                    Respectfully submitted,

                                    /s/ Dawn A. Ellison
                                    _____
                                    Brent H. Allen (D.C. Bar #464934)
                                    Admitted *pro hac vice*
                                    Arden B. Levy (D.C. Bar. #451115)
                                    Admitted *pro hac vice*
                                    Dawn A. Ellison (D.C. Bar #464296)
                                    Admitted *pro hac vice*
                                    Howrey LLP
                                    1299 Pennsylvania Avenue, NW
                                    Washington, D.C. 20004-2402
                                    Tel: (202) 383-6737
                                    Fax: (202) 383-6610

                                    Attorneys for Defendant Coastal Oil New England, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Coastal Oil New England's Notice of Motion for Entry of Agreed Orders of Dismissal was served on all counsel of record by posting it directly to LexisNexis File & Serve on the 25TH day of November 2008.

*Dawn A. Ellison*
Dawn A. Ellison, Esquire

3

DM_US:21613063_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00-1898

----------------------------------------------------------- X

MDL No. 1358 (SAS)
M21-88

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

----------------------------------------------------------- X

AGREED ORDER OF
DISMISSAL

**This Document Relates To:**

----------------------------------------------------------- X

*Tampa Bay Water vs. Amerada Hess Corp., et al.*
8:07-cv-00516;

*The City of Inverness vs. Amerada Hess Corp., et al.*
5:07-cv-00114;

*Homosassa Water District vs. Amerada Hess Corp., et al.*
5:07-cv-00113;

*City of Crystal River vs. Amerada Hess Corp., et al.*
5:07-cv-00120;

*Manhasset-Lakeville Water District v. Amerada Hess Corp,
et al. 08 CV 7764;*

*Riverhead Water District v. Amerada Hess Corp.
et al. 08 CV 7766.*

----------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Plaintiffs in the above-referenced actions and Defendant Coastal Oil New England, Inc. ("Defendant") respectfully request that the Court enter this voluntary dismissal. Pursuant to the Tolling Agreement entered by the parties, Plaintiffs and Defendant agree to the dismissal and that such dismissal is without prejudice, with each party to bear its own attorney's fees and costs.

The Court, having considered the foregoing representations, is of the opinion and does hereby dismiss without prejudice Defendant Coastal Oil New England, Inc. in the manner heretofore described. Plaintiffs reserve all other rights as against all other defendants.

Entered this 10 day of December, 2008.

_____
Honorable Shira A. Scheindlin

DM_US:21548681_1

Respectfully submitted by:

_____
William J. Dubanevich
Napoli Bern Ripka, LLP
115 Broadway, 12th Floor
New York, NY 10006
Telephone: (212)267-3700
Facsimile: (212) 587-0031

*Attorneys for Plaintiffs*


_____
Brent H. Allen (D.C. Bar #464934)
Admitted *pro hac vice*
Arden B. Levy (D.C. Bar #451115)
Admitted *pro hac vice*
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Tel: (202) 383-6737
Fax: (202.383-6610

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' AGREED ORDER OF DISMISSAL was served on all counsel of record by posting it directly to LexisNexis File & Serve on the 25TH day of November 2008.

                                                           Dawn A. Ellison, Esquire

Proposed Oct. 16, 2008
Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

---------------------------------------------------------X

This Document Relates To:

---------------------------------------------------------X

Master File No. 1:00-1898

MDL No. 1358 (SAS)
M21-88

AGREED ORDER OF
DISMISSAL

*City of Glen Cove Water District vs. Amerada Hess Corp., et al.*
07-CV-2403;

*Albertson Water District vs. Amerada Hess Corp., et al.*
07-CV-2406;

*City of Greenlawn Water District vs. Amerada Hess Corp., et al.*
NY 07-CV-2407;

*Town of Huntington/Dix Hills Water District vs. Amerada Hess Corp., et al.*
07-CV-2405.
---------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Plaintiffs in the above-referenced actions and Defendant Coastal Oil New England, Inc. ("Defendant") respectfully request that the Court enter this voluntary dismissal. Pursuant to the Tolling Agreement entered by the parties, Plaintiffs and Defendant agree to the dismissal and that such dismissal is without prejudice, with each party to bear its own attorney's fees and costs.

The Court, having considered the foregoing representations, is of the opinion and does hereby dismiss without prejudice Defendant Coastal Oil New England, Inc. in the manner heretofore described. Plaintiffs reserve all other rights as against all other defendants.

Entered this ___10___ day of ___December___ 2008.

_____
Honorable Shira A. Scheindlin

-1-

Respectfully submitted by:

_____
William J. Dubanevich
Napoli Bern Ripka, LLP
115 Broadway, 12th Floor
New York, NY 10006
Telephone: (212)267-3700
Facsimile: (212) 587-0031

*Attorneys for Plaintiffs*


_____
Brent H. Allen (D.C. Bar #464934)
Admitted *pro hac vice*
Arden B. Levy (D.C. Bar #451115)
Admitted *pro hac vice*
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Tel: (202) 383-6737
Fax: (202.383-6610

*Attorneys for Defendant*

-2-

DM_US:21229590_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' AGREED ORDER OF DISMISSAL was served on all counsel of record by posting it directly to LexisNexis File & Serve on the 16TH day of October 2008.

*Dawn A. Ellison*
Dawn A. Ellison, Esquire