

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

**This Document Relates To:**

**NOTICE OF JOINT
MOTION TO DISMISS**

*County of Suffolk v. Amerada Hess Corp. et al.*, Case No. 04-CV-5424
*County of Nassau v. Amerada Hess Corp., et al*, Case No. 03-CV-9543
*New Jersey American Water Co. v. Amerada Hess Corp. et al.*, Case No. 04-CV-1726
*City of Vineland Water-Sewer Utility v. Amerada Hess Corp. et al.*, Case No. 05-CV-9070
*Town of Middleborough v. Amerada Hess Corp. et al.*, Case No. 06-CV-3741
*Town of Lakeville v. Atlantic Richfield Co., et al.*, Case No. 07-CA-11244
*Town of Duxbury v. Amerada Hess Corp. et al.*, Case No. 04-CV-1725
*Water Authority of Great Neck North v. Amerada Hess Corp. et al.*, Case No. 04-CV-1727
*Village of Pawling v. Amerada Hess Corp. et al.*, Case No. 04-CV-2390
*United Water New York Inc. v. Amerada Hess Corp. et al.*, Case No. 04-CV-2389
*Town of Wappinger v. Amerada Hess Corp. et al.*, Case No. 04-CV-2388
*Roslyn Water District v. Amerada Hess Corp. et al.*, Case No. 04-CV-5422
*Port Washington Water District v. Amerada Hess Corp. et al.*, Case No. 04-CV-3415
*Incorporated Village of Sands Point, Inc. v. Amerada Hess Corp. et al.*, Case No. 04-CV-3416
*Hicksville Water District v. Amerada Hess Corp. et al.*, Case No. 04-CV-5421
*Franklin Square Water District v. Amerada Hess Corp. et al.*, Case No. 04-CV-5423
*Town of Billerica v. Amerada Hess Corp. et al.*, Case No. 06-CV-1381
*City of Lowell v. Amerada Hess Corp. et al.*, Case No. 05-CV-4018
*United Water Connecticut, Inc. v. Amerada Hess Corp. et al.*, Case No. 04-CV-1721
*Town of East Hampton v. Amerada Hess Corp. et al.*, Case No. 04-CV-1720
*Our Lady of the Rosary Chapel v. Amerada Hess Corp. et al.*, Case No. 04-CV-1718
*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp. et al.*, Case No. 04-CV-1719
*Water Authority of Western Nassau County v. Amerada Hess Corp. et al.*, Case No. 03-CV-9544
*Northampton Bucks Co. Municipal Auth. v. Amerada Hess Corp. et al.*, Case No. 04-CV-6993
*Craftsbury Fire District #2 v. Amerada Hess Corp. et al.*, Case No. 04-CV-3419
*Town of Hartland v. Amerada Hess Corp. et al.*, Case No. 04-CV-2072

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Settling

Defendants, Irving Oil Corporation, Irving Oil Limited and Irving Oil Terminals, Inc. ("Settling

Defendants") (collectively "The Parties") move the Court to enter agreed Stipulations and Orders

60448070_1.DOC

of Dismissal with Prejudice in each of these cases. The Parties have agreed to a settlement agreement and final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The Parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

**DATED:** November _l8_, 2008

Respectfully submitted,

Cary L. McDougal
Scott Summy
Carla M. Burke
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdouga@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

Robert J. Gordon
Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*

Susan Millington Campbell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
campbels@hugheshubbard.com

*Attorneys for Settling Defendants*

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

*County of Suffolk v. Amerada Hess Corp., et al.*, Case No.
04-CV-5424

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _December 10, 2008_

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell    11/11/08
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

*County of Nassau v. Amerada Hess Corp., et al.*, Case No.
03-CV-9543

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _Dec   10, 2008_

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____   11/11/08
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 3



FSC
Mixed Sources

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*New Jersey American Water Co. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1726

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41**

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited ("Settling Defendants"), have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims against Settling Defendants, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release and Indemnity Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec 10, 2008

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell    11/11/08
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*City of Vineland Water-Sewer Utility v. Amerada Hess Corp.,
et al.*, Case No. 05-CV-9070

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
## **UNDER FED. R. CIV. P. 41**

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec. 10, 2008

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

60443020_1.DOC

**Exhibit 5**


RECYCLED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Middleborough v. Amerada Hess Corp., et al.*, Case
No. 06-CV-3741

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _Dec 10, 2008_

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2


RECYCLED

Exhibit 6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Lakeville v. Atlantic Richfield Co., et al.*, Case No.
07-CA-11244

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.


IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

    of this action. The Parties to this Stipulation have advised the Court of their agreement to

    settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

    Agreement, and this Stipulated Order of Dismissal with Prejudice.

2.  The parties to this Stipulation consent to the dismissal of this action as to Settling

    Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec 10, 2001

SO ORDERED;

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____  11/11/08
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2


RECYCLED

Exhibit 7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Duxbury v. Amerada Hess Corp., et al.*, Case No.
04-CV-1725

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

    of this action. The Parties to this Stipulation have advised the Court of their agreement to

    settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

    Agreement, and this Stipulated Order of Dismissal with Prejudice.

2.  The parties to this Stipulation consent to the dismissal of this action as to Settling

    Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec 10, 2008

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell   11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 8

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Water Auth. of Great Neck North v. Amerada Hess Corp., et al.*, Case No. 04-CV-1727

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec. 10, 2001

SO ORDERED:

_____

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 9

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Village of Pawling v. Amerada Hess Corp., et al.*, Case No.
04-CV-2390

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: Dec. 10, 2001

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2


RECYCLED

Exhibit 10

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

*United Water New York Inc. v. Amerada Hess Corp., et al.*,
Case No. 04-CV-2389

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3.  Each party shall bear its own costs and attorneys' fees.

Date: _Dec. 10, 2008_

SO ORDERED:

_____

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____ 4/11/09

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 11


RECYCLED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Wappinger v. Amerada Hess Corp., et al.*, Case No.
04-CV-2388

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____ Dec 10, 2007 _____

SO ORDERED:

_____

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____ 11/11/07

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 12

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Roslyn Water District v. Amerada Hess Corp., et al.*, Case
No. 04-CV-1280

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.


IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: ___Dec 10, 2008___

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Port Washington Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-0381

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _Dec · 10, 2008_

SO ORDERED

_____

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____  11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2.

Exhibit 14

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Long Island Water Corp. v. Amerada Hess Corp., et al.*, Case
No. 04-CV-2068

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: ___(2/10/0 Y)___

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell 11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

60443088_1.DOC

Exhibit 15

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

*Inc. Village of Sands Point, Inc. v. Amerada Hess Corp., et al.*, Case No. 04-CV-3416

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.


IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _____12/10/08_____

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____ 11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 16

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Hicksville Water District v. Amerada Hess Corp., et al.*, Case
No. 04-CV-1278

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
    of this action. The Parties to this Stipulation have advised the Court of their agreement to
    settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
    Agreement, and this Stipulated Order of Dismissal with Prejudice.

2.  The parties to this Stipulation consent to the dismissal of this action as to Settling
    Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____12/10/08_____

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2


RECYCLED

Exhibit 17

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Franklin Square Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-1281

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____12/10/08_____

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell   11/11/08
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

60443062_1.DOC


RECYCLED

**Exhibit 18**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Billerica v. Amerada Hess Corp., et al.*, Case No.
06-CV-01381

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____ 12/10/08

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

60442973_1.DOC

Exhibit 19

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*City of Lowell v. Amerada Hess Corp., et al.*, Case No. 05-
CV-0175

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

60442966_1.DOC

3. Each party shall bear its own costs and attorneys' fees.

Date: _____ 12|10|0Y

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

RECYCLED

Exhibit 20

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*United Water Connecticut, Inc. v. Amerada Hess Corp., et
al.*, Case No. 04-CV-1721

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _____ 12/10/08

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell          11/11/08
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 21

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of East Hampton v. Amerada Hess Corp., et al.*, Case
No. 04-CV-1720

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
## **UNDER FED. R. CIV. P. 41**

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____ 12/10/08

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell    11/11/08
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 22

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.*, Case No. 04-CV-1718

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _____ 12/10/08

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

_____ 11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 23

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp.,
et al.*, Case No. 04-CV-1719

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited ("Settling Defendants"), have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims against Settling Defendants, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release and Indemnity Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendants only, including all claims and counterclaims, with prejudice.



3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: 12/10/08

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

11/11/08

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil Corporation and Irving Oil Limited

Exhibit 24

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Water Auth. of Western Nassau County v. Amerada Hess
Corp., et al.*, Case No. 03-CV-9544

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited ("Settling Defendants"), have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims against Settling Defendants, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release and Indemnity Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _____ 12/10/0X

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 25

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

*Northampton Bucks County Municipal Auth. v. Amerada
Hess Corp., et al.*, Case No. 04-CV-1781

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

    of this action. The Parties to this Stipulation have advised the Court of their agreement to

    settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

    Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

    Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____12|:0|0 V_____

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2



RECYCLED

Exhibit 26

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Craftsbury Fire District #2 v. Amerada Hess Corp., et al.,*
Case No. 04-CV-3419

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation and Irving Oil Limited

("Settling Defendants"), have advised the Court that they have resolved the matters between

them and agreed to the entry of this Stipulated Order of Dismissal With Prejudice of the claims

against Settling Defendants, as indicated by the signatures of the respective counsel below. This

Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the

findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

   of this action. The Parties to this Stipulation have advised the Court of their agreement to

   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity

   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling

   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____12|10|0Y_____

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation and Irving Oil Limited

2

Exhibit 27

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Town of Hartland v. Amerada Hess Corp., et al.*, Case No.
04-CV-2072

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41

The Plaintiff(s) and the settling defendants, Irving Oil Corporation, Irving Oil Limited,

and Irving Oil Terminals, Inc. ("Settling Defendants"), have advised the Court that they have

resolved the matters between them and agreed to the entry of this Stipulated Order of Dismissal

With Prejudice of the claims against Settling Defendants, as indicated by the signatures of the

respective counsel below. This Court finds that this Stipulated Order of Dismissal With

Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter
   of this action. The Parties to this Stipulation have advised the Court of their agreement to
   settle this matter pursuant to a Settlement Agreement, a Release and Indemnity
   Agreement, and this Stipulated Order of Dismissal with Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling
   Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____ 12/10/08

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge

AGREED TO AND ACCEPTED BY:

_____
Scott Summy, Esq.
Baron & Budd, P.C.

Attorneys for Plaintiff(s)

Susan Millington Campbell  11/17/08

_____
Susan Millington Campbell
Hughes Hubbard & Reed LLP

Attorneys for Settling Defendants Irving Oil
Corporation, Irving Oil Limited and Irving
Oil Terminals, Inc.

60443145_1 DOC