Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 5/3/2006 | Verification of Keith Bogardus to Responses to Defendants' First Set of Interrogatories | | | | 1 |
| | | 5/3/2006 | Verification of Keith Bogardus to Responses to Defendants' First Set of Interrogatories | | | | 1 |
| | | 8/11/2006 | Bogardus Responses to Defendants' Second Set of Interrogatories Directed to Plaintiffs | | | | 10 |
| | | 11/28/2006 | Boyce Supplemental Responses to Defendants' First Set of Interrogatories | | | | 13 |
| | | 9/13/2006 | Boyce Responses to Defendants' Second Set of Interrogatories | | | | 18 |
| | | 10/17/2006 | Burley Responses to Defendants' Second Set of Interrogatories | | | | 15 |
| | | 3/22/2006 | Camacho Responses to Defendants' First Set of Interrogatories | | | | 18 |
| | | 8/2/2006 | Verification of Stacey Camacho to Supplemental Responses to Defendants' First Set of Interrogatories | | | | 1 |
| | | 9/1/2006 | DeSpirito Responses to Defendants' Second Set of Interrogatories | | | | 9 |
| | | 9/14/2006 | Gee Responses to Defendants' Second Set of Interrogatories | | | | 30 |
| | | 10/27/2006 | Gee Supplemental Responses to Defendants' First Set of Interrogatories | | | | 13 |
| | | 9/14/2006 | Gibney Responses to Defendants' Second Set of Interrogatories | | | | 19 |
| | | 9/15/2006 | Hannigan Responses to Defendants' Second Set of Interrogatories | | | | 25 |
| | | 11/28/2006 | Hannigan Supplemental Responses to Defendants' First Set of Interrogatories | | | | 18 |
| | | 9/15/2006 | Hay Responses to Defendants' Second Set of Interrogatories | | | | 21 |
| | | 11/30/2006 | Hay Responses and Objections to Defendants' First Set of Interrogatories | | | | 61 |
| | | 9/15/2006 | Hubeny Responses to Defendants' Second Set of Interrogatories | | | | 20 |
| | | 11/28/2006 | Hubeny Supplemental Responses to Defendants' First Set of Interrogatories | | | | 14 |
| | | 9/14/2006 | Stanley Responses to Defendants' Second Set of Interrogatories | | | | 24 |
| | | 11/30/2006 | Stanley Supplemental Responses to Defendants' First Set of Interrogatories | | | | 19 |
| | | 12/1/2006 | Shrieve Responses to Defendants' Second Set of Interrogatories | | | | 12 |
| | | 9/14/2006 | Tonneson Responses to Defendants' Second Set of Interrogatories | | | | |

21755937
Sep 29 2008
7:27PM
Dockets.Justia.com

-1-

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| | | 9/19/2006 | Tonneson Supplemental Responses to Defendants' First Set of Interrogatories | | | | 27 |
| | | 8/29/2006 | Zervas Responses to Defendants' Second Set of Interrogatories | | | | 29 |
| | | 9/15/2006 | Zervas Supplemental Responses to Defendants' First Set of Interrogatories | | | | 15 |
| Masters Ex. 20a-hh | | 11/28/2006 | April 2002 Photos of Favre Mobil | | | | 35 |
| Masters Ex 21a-z | | | April 2003 Photos of Favre Mobil | | | | 44 |
| Masters Ex 22a-zz | | | February 2004 Photos of Favre Mobil | | | | 60 |
| Masters Ex 26a-m | | | April 03 Photos of Packer Testing at Favre Mobil | | | | 14 |
| Masters Ex 27a-j | | | Nov 02 Photos of Storm Sewer System Near Favre Mobil | | | | 20 |
| Anna Burley Ex 2 | | 12/28/1990 | Burley Deed (BUR 00038-43) | | | | 6 |
| Anna Burley Ex 3 | | 8/9/1953 | Burley Mortgage (BUR 00020-21) | | | | 2 |
| T Burley Ex 4 | | 7/1/2003 | NYSDOH VOC Registry (BUR 00001) | Letter | NYSDOH | Thomas Burley | 1 |
| Anna Burley Ex 5 | | | MTBE Testing Results (BUR 00003-12) | | | | 10 |
| Anna Burley Ex 6 | | 10/26/2004 | Letter re POET system removal (BUR 000002) | | Anna Burley | William Brochu | 1 |
| Anna Burley Ex 7 | | | NYSDOH VOC Exposure Registry (BUR 00016-18) | | | | 3 |
| Anna Burley Ex 13 | | 10/26/2004 | Handwritten Note to William Brochu on Letter Regarding POET Removals (SUN-FTM-015-0339) | Letter | Anna Burley | William Brochu | 1 |
| Anna Burley Ex 9 | | 3/13/2006 | Plaintiff's Responses And Objections to Defendants' First Set of Interrogatories | | | | 62 |
| Anna Burley Ex 10 | | 11/30/2006 | Verification for Anna Burley's Responses to Defendants' First Set of Interrogatories | | | | 2 |
| Anna Burley Ex 11 | | 11/30/2006 | Plaintiffs' Supplemental Responses and Objections to Defendants' First Set of Interrogatories | | | | 14 |
| Anna Burley Ex 12 | | 10/27/2006 | Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories | | | | 5 |
| Anna Burley Ex 13 | | | Verification of Plaintiff's Responses to Defendants' Second Set of Interrogatories | | | | 1 |
| Baum Ex. 2 | | 4/1/2002 | Residential Contract of Sale to Corbin Hills, LLC (FTM-COR-001-0802 to 812) | | | | 11 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Baum Ex. 3 | | 2/27/2003 | Excerpts from Condo I Offering Plan (FTM-COR-001-0169 to 0188) | | | | 14 |
| Baum Ex. 4 | | 4/6/2006 | Executed agreement between Town of Highlands and Corbin Hills, LLC and Corbin Hill Water Corp Certificate of Incorporation (FTM-COR-001-0001 to 0018) | Letter | Alan S. Lipman | Raymond Pomeroy, Esquire | 18 |
| Baum Ex. 5 | | 11/20/2002 | Lab Analyses for 3 Corbin Hills Wells from K-Environmental (FTM-COR-001-0076 to 0081) | | | | 6 |
| Baum Ex. 6 | | 12-17-2002 | Testing Data for Corbin Hills Wells 1 and 3 (FTM-COR-001-0071 to FTM-COR-001-0073, FTM-COR-001-0075) | | | | 4 |
| Baum Ex. 7 | | 2-14-2003 | OCL Sampling data for Corbin Hills Well #3 (FTM-COR-001-0069) | | | | 1 |
| Baum Ex. 8 | | 2-14-2003 | Chlorofluorobenzene & MTBE Removal Well 3 Data (FTM-COR-001-0108 to 0113) | Letter | Rick Irwin | James A. Caggiano | 6 |
| Baum Ex. 9 | | 2-22-2003 | Proposal for Construction Management & Additional Services for Corbin Hills Water Filtration Plant (FTM-COR-001-0107) | Letter | James A. Caggiano, P.E. | Mr. Fred Baum | 1 |
| Baum Ex 10 | | 3-15-2003 | Notice to Proceed Construction Managment Services (FTM-COR-001-0106) | Letter | James A. Caggiano, P.E. | Mr. Fred Baum | 1 |
| Baum Ex. 11 | | 2-24-2004 | Treatment Systems for the Corbin Hills Water Treatment Plant (FTM-COR-001-0085 to 0091) | Letter | James A. Caggiano | Mr. Barry Terach | 7 |
| Baum Ex. 12 | | 9-15-2003 | Residential Contract of Sale between David G. Tonneson and Corbin Hills, LLC (FTM-COR-001-00813 to 00843) | | | | 31 |
| Baum Ex. 13 | | 9-15-2003 | Residential Contract of Sale Hudson Highlands Realty Restorations, Ltd. and Corbin Hills, LLC (FTM-COR-001-0844 to 0874) | | | | 31 |
| Baum Ex. 14 | | 10-1-05 | Hudson Highlands Restoration Limited Site Grading and Utilities Plan (TONN 00042-MTBE-MDL) | | | | 1 |
| Bayer Ex. 2 | | 11/2/2007 | Revised Expert Report of Marc J. Bayer | Report | Dr. Marc J. Bayer | | 72 |
| Bayer Ex. 3 | | 5/25/2007 | Original Expert Report of Marc J. Bayer | Report | Dr. Marc J. Bayer | | 81 |
| | | 8-2000 | Toxicological Review and Criteria for Evaluation of Exposure to Methyl Tert-Butyl Ether in Drinking Water (DAH MDL 1358 007939 to 008112) | | | | 103 |
| Bayer Ex. 4 | | 3-1999 | Public Health Goal for MTBE in Drinking Water | | | | 136 |
| Bayer Ex. 5 | | | Methyl tert-butyl ether ASTDR ToxFAQ | | | | 2 |
| Bayer Ex. 6 | | 8-1996 | Toxicological Profile for Methyl tert-Butyl Ether | | Research Triangle Institute | | 260 |
| Bayer Ex. 7 | | 1999 | Contaminated drinking water with MTBE and gasoline: immunological and cellular effects (BUR MDL 1358 008795 to 008803) | | A. Vojdani and N. Brautbar | | 9 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Bayer Ex. 8 | | 1999 | White Blood cell DNA adducts and immunological abnormalities in humans exposed to contaminated drinking water containing gasoline and MTBE (DAH MDL 1358 002741 to DAH MDL 1358 002746) | | A. Vojdani and N. Brautbar | | 6 |
| Bayer Ex. 9 | | 1995 | Methyl-Tertiary-Butyl Ether (MTBE) - A Gasoline Additive - Causes Testicular and Lymphohaematopoietic Cancers in Rats | | Fiorella Belpoggi, Morando Soffritti and Cesare Maltoni | | 31 |
| Bayer Ex. 10 | | 1997 | Oncogenicity Studies of Inhaled Methyl Tertiary-butyl Ether (MTBE) in CD-1 Mice and F-344 Rats | | M. G. Bird, H. D. Burleigh-Flayer, J. S. Chun, J. F. Douglas, J. J. Kneiss, L. S. Andrews | | 11 |
| Bayer Ex. 11 | | 1998 | Pathological characterization of testicular tumors and lymphomas-leukaemias and of their precursors observed in Sprauge-Dawley rats exposed to methyl-tertiary-butyl-ether (MTBE) | | F. Belpoggi, M. Soffritti and C. Maltoni | | 6 |
| Bayer Ex. 12 | | 10/15/1992 | Methyl Tertiary Butyl Ether: Vapor Inhalation Oncogenicity Study in CD-1 Mice (MTBE-TOX002893 to MTBE-TOX002916) | | H. D. Burleigh-Flayer, J. S. Chun and W. J. Kintigh | | 24 |
| Bayer Ex. 13 | | 03-23-1996 | Identification of Formaldehyde as the Metabolite Responsible for the Mutagenicity of MTBE in the Activated Mouse Lymphoma Assay | | Mackerer, Angelosanto, Blackburn & Schreiner | | 4 |
| Bogardus Ex 1 | | 04 28 2006 | Plaintiffs' Verified Responses to Defendants' First Set of Interrogatories | | | | 22 |
| Bogardus Ex 3 | | 11 06 2002 | 10/18/02 Bogardus Test Data (Bogardus 1MTBE-3MTBE) | | | | 3 |
| Bogardus Ex 4 | | 10 18 2002 | 10/18/2002 Bogardus Test Data (Bogardus 4MTBE-5MTBE) | | | | 2 |
| Bogardus Ex 5 | | 08 04 2006 | Letter Supplementing Plaintiffs' Responses to Defendants' First Set of Interrogatories | | | | 4 |
| Borkland Ex 2 | | 06-10-1991 | File Review & Site Visit Sunoco S/S Route 9W (SUN-FTM-018-2538 to 2543) | Letter | Tyree Organization | Gus Borkland | 6 |
| Borkland Ex 3 | | 06-26-2000 | Ft. Montgomery, NY Project Review (SUN-FTM-023-0146 to 0147) | | | | 2 |
| Borkland Ex 4 | | 05-12-1992 | Fort Montgomery Sunoco Location Diagram (SUN-FTM-009-0300) | | | Nick Matthia | 1 |
| Borkland Ex 5 | | 07-06-2000 | Sunoco Email re Fort Montgomery (SUN-FTM-011-0236) | E-mail | Carl Borkland | Richard Oswald, Robert Emerson, William R. Morse, Yvonne Monti, George D. Wiltse, John L. Zeidler, T | 1 |
| Borkland Ex 6 | | 08-19-1994 | NYSDEC Spill Report Form for Spill 9406870 (SUN-FTM-016-0389) | | | | 1 |

4

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Borkland Ex 7 | | 06-22-2000 | NYSDEC Spill Report Form for Spill 0003187 (SUN-FTM-016-0383) | | | | 2 |
| Borkland Ex 8 | | 06-30-2000 | Sunoco letter to NYSDEC re: Spill Number 00003187 (SUN-FTM-016-3350 to 3360) | SUN-Letter | William R. Morse | David Traver, Tom Murphy, Gus Borkland, Tom Stammel, Kathy McCaney, Gary Trombley, Lise Hannson | 11 |
| Borkland Ex 9 | | 10-02-2000 | Sunoco Progress Report to Local Residents re Subsurface Assessment and Remedial Activities (SUN-FTM-052-0029 to 0030) | | Bill Morse, Gus Borkland, Tom Fort, John Conklin, Carolyn Green | | 2 |
| Borkland Ex 10 | | 03-15-2001 | GES Letter to NYSDEC re Potable Treatment System Sampling Modification (SUN-FTM-3332 to 3349) | Letter | Gary W. Trombly | David Traver, W. Morse, K. McCaney, G. Borkland | 18 |
| Borkland Ex 11 | | 06-27-2000 | Sunoco Email re Ft. Montgomery Issues (SUN-FIM-017-4360 to 4361) | E-mail | Carl Borkland | William Morse | 2 |
| Borkland Ex 12 | | 09-10-1997 | Chazen Enivronmental Subsurface Investigation and Corrective Action Plan for Town Garage | Letter | David Lent | Larry Ricci, Joseph D'Onofrio, Tony Servedio, Jim McIver, George Minervini | 29 |
| Borkland Ex 13 | | 12-29-2000 | NYSDEC Spill Report Form for Spill 0010791 (SUN-FTM-016-0378 - 0379) | | | | 2 |
| Borkland Ex 14 | | | Summary of Potable Well Sampling Results (SUN-FTM-005-016) | | | | 1 |
| Bowen Ex 2 | | 07-12-2004 | Information for Residents re Well Sampling and Analytical Results, Bottled Water delivery and Remediation Status (SUN-FTM-017-0152 to 153) | Letter | Joseph W. Roberts, Sunoco | Mr. Monroe | 2 |
| Bowen Ex 3 | | 06-26-2000 | Ft. Montgomery, NY Project Review (SUN-FTM-023-0146) | | C.G. Borkland | | 2 |
| Bowen Ex 4 | | 10-24-2002 | Source Area Quick List (SUN-FTM-0116-0311) | Memo | GES | Steve Coladonato | 1 |
| Bowen Ex 5 | | 08-01-2000 | GES Remedial Action Plan for Sunoco Spill No. 0003187 (SUN-FTM-018-2544 to 2581) | | Gary W. Trombly, Groundwater Environmental Services, Inc. | William Morse | 38 |
| Bowen Ex 6 | | | March 2005 Summary Table of Potable Well Sampling Results | | | | 103 |
| Bowen Ex. 8 | | 06-27-2000 | Sunoco Email Discussion regarding Hot Spots and Geology of Site (SUN-FTM-017-4360 to 4361) | Email | Carl Borkland | William Morse | 2 |
| Bowen Ex. 9 | | 01-29-2003 | Memo re Sunoco Fort Montgomery Meeting (SUN-FTM-017-0922 to 0923) | Memo | Chris Mulry | Mike Maegerle, Gary Trombly | 2 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Bowen Ex. 10 | | | Powerpoint Presentation on Agressive Chemical Oxidation via Ozone, Hydrogen Peroxide and Air Injection System (SUN-FTM-008-0179 to 0218) | | Groundwater & Environmental Service, Inc. | | 40 |
| Bowen Ex. 11: | | 05-14-2003 | Memo re Oxygen Injection Transfer From Fort Montgomery (SUN-FTM-016-3101 to 3102) | Memo | Bill Brochu | Libby Brown | 2 |
| Bowen Ex. 12 | | 06-04-2003 | Handwritten Minutes from Fort Montgomery Meeting with the DEC (SUN-FTM-016-0797 to 0804) | | | | 8 |
| Bowen Ex 13 | | | Sunoco Required v. Voluntary Costs 2000 through 2002 (SUN-FTM-008-0321 to 0323) | | | | 3 |
| Bowen Ex. 14 | | | Chart of Sunoco Fort Montgomery Comparison of 2003 Inital and revised Contract Proposals (SUN-FTM-008-0320) | | | | 1 |
| Bowen Ex. 15 | | 2004 | Invoice Breakdown for DUNS #6-7984 GES No. 1100537 (SUN-FTM-007-0010 to 0011) | | | | 2 |
| Bowen Ex. 16 | | 08-01-1003 | Remediation System Workplan & Operation Maintenance Manual (SUN-FTM-017-2273 to 2349) | | Grounwater Envrionmenta Services, Inc | NYSDEC | 76 |
| Bowen Ex. 17 | | 07-30-2003 | Amended Residential Well Management Plan (SUN-FTM-015-0221 to 0229) | Letter | William Brochu (Sunoco) | Keith Browne | 9 |
| Bowen Ex. 18 | | 03-01-2004 | Implementation of Amended Residential Well Management Plan: Sentinel Sampling (SUN-FTM-015-0202 to 0215) | Letter | Elizabeth Bowen, GES | Keith Browne | 14 |
| Bowen Ex. 19 | | 06-21-2005 | Sunoco/GES Emails re: Stu Chaney (SUN-FTM-015-1340 to 1341) | Email | Brochu, William | Jodi Markowsky | 2 |
| Boyce Ex 4 | | 03 15 2006 | Plaintiff Boyce's Responses and Objections to Defendants' First Set of Interrogatories | | | | 61 |
| Brochu Ex. 2 | | 01-29-2003 | Memo re Sunoco Fort Montgomery Meeting (SUN-FTM-017-0922 to 0923) | Memo | Chris Mulry | Mike Maegerle, Gary Trombly | 2 |
| Brochu Ex. 3 | | 09-11-2002 | Sunoco Emails re Fort Montgomery Public Meeting (SUN-FTM-002-0798 to 0799) | Email | Tomlinson Fort | Cynthia Archer, Teresa Gavigan, Gary Foster | 2 |
| Brochu Ex. 4 | | 11-01-2002 | Sunoco Emails re Fort Montgomery (SUN-FTM-016-0454) | Email | William Brochu | Laurie Pettengill, William Morse, Steven Coladonato, Helen Doherty | 1 |
| Brochu Ex. 4a | | 11-01-2002 | Sunoco Emails re Fort Montgomery (SUN-FTM-016-0454 to 0455) | Email | William Brochu | Laurie Pettengill, William Morse, Steven Coladonato, Helen Doherty | 2 |
| Brochu Ex. 5 | | 10-24-2002 | Source Area Quick List (SUN-FTM-016-0311) | Memo | GES | Steven Coladonato | 1 |
| Brochu Ex 6 | | | Toxics Targeting Report (SUN-FTM-002-0311) | | | | 44 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Brochu Ex. 7 | | 10-23-2003 | Transcript from Public Information Meeting held October 23, 2003 | | | | 162 |
| Brochu Ex. 8 | | 10-01-2004 | Fort Montgomery Chemical Oxidation System Shutdown (SUN-FTM-015-1326 to 1327) | Memo | Libby Bowen, GES | Bill Brochu | 2 |
| Brochu Ex. 09 | | 01-17-2002 | Summary of Recent Events at Fort Montgomery (SUN-FTM-011-0708) | Memo | Bill Brochu | Steven Coladonato, Dan Shine, Tom Fort, Bill Morse, Yvonne Monti, Helen Doherty, Ginny Kondrat, Mark | 1 |
| Brochu Ex 10 | | | Notes from 10/1/02 Public Meeting (SUN-FTM-016-0819 to 0831) | | | | 13 |
| Brochu Ex 11 | | | December 2005 GES Results for Various Plaintiffs | | | | 105 |
| Brochu Ex. 11a | | 07-30-2003 | Letter to Residents re Installtion of POET | Letter | William Brochu | Bottled Water Recipient | 1 |
| Brochu Ex. 12 | | 05-27-2004 | NYSDEC Order on Consent with Sunoco (SUN-FTM-017-4438 to 4454) | | | | 17 |
| Brochu Ex. 13 | | 05-21-2003 | NYSDEC Letter to Sunoco re Spill No. 0003187 UST Report (SUN-FTM-008-1784) | Letter | David Traver | William Brochu | 1 |
| Brochu Ex. 14 | | 12-04-2002 | Fort Montgomery Chronology of Events (SUN-FTM-017-0786 to 789) | Email | William Brochu | Steven Coladonato, William Morse | 3 |
| Brochu Ex. 15 | | 03-26-2004 | Discussion on Well Management (SUN-FTM-015-0164 to 0165) | Fax | D. Kirkaldy, OCDOH | Bill Brochu, E. Bowen | 2 |
| Brochu Ex. 16 | | 04-13-2006 | Sunoco Email re Hannigan - Ft. Clinton Apts (SUN-FTM-017-5008 to 5009) | Email | Eric Harvey | William Brochu | 2 |
| Brochu Ex. 17 | | 03-13-2006 | POET Removal Request for Fort Clinton Apts (SUN-FTM-017-5021) | Letter | Eric Harvey | Matt Schleifer | 3 |
| Brochu Ex. 18 | | 07-09-2003 | NYSDEC Information Needed for Approval of Well Management Program (SUN-FTM-015-0230 to 0231) | Letter | Keith Browne | William Brochu | 2 |
| Brochu Ex. 19 | | 07-30-2003 | Amended Residential Well Management Program (SUN-FTM-015-0221 to 0229) | Letter | William Brochu | Keith Browne | 9 |
| Brochu Ex. 20 | | 06-02-2000 | Subsurface Investigation Report Spill No. 9911116 (SUN-FTM-018-1100 to 1180) | | GES | William Morse (Sunoco) | 80 |
| Brochu Ex. 21 | | 08-01-2000 | Remedial Action Plan Spill No. 0003187 (SUN-FTM-018-2544 to 2581) | | GES | William Morse Sunoco | 38 |
| Brochu Ex. 22 | | 04-16-2003 | Underground Storage Tank Closure Report (SUN-FTM-003-0045 to 0127) | Letter | Elizabeth Bowen, GES | William Brochu | 84 |
| Brochu Ex. 23 | | 07-26-2001 | Supplemental Soil Excavation Summary NYSDEC Spill No. 9706312 | Letter | Chazen Environmental Services, Inc. | David Traver | 4 |
| Brochu Ex 24 | | 06-08-2000 | Summary and Supplemental Closure Report | Letter | Chazen Environmental Services, Inc. | Larry Ricci | 7 |
| Brochu Ex. 25 | | 05-01-2003 | Concerned Citizen letter regarding MTBE (SUN-FTM-016-1003) | Letter | Bonnie Nolan | William Morse | 1 |

7

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Brochu Ex. 26 | | 08-25-2004 | CSR Phone log re Bottled water service (SUN-FTM-017-0193 to 0203) | Memo | | | 10 |
| Brochu Ex. 27 | | 07-12-2004 | Letters to Residents re Private Well Sample Collection (SUN-FTM-017-0165 to 0184) | Letter | John Roberts | Customer | 22 |
| Brochu Ex. 28 | | 05-14-2003 | Oxygen Injection transfers from Fort Montogomery (SUN-FTM-016-3101 to 3102) | Memo | Bill Brochu | Libby Bowen | 2 |
| Brochu Ex. 29 | | 08-13-2004 | Concerns regarding Remediation System | Letter | William Brochu | David Traver | 4 |
| Brochu Ex. 30 | | | Air Sample Analytical Results from Fort Montgomery, NY | | | | 1 |
| Brochu Ex. 31 | | 05-03-2005 | Analytical Report for Shaw Environmental | | Data Chem Laboratories | Shaw Environmental | 37 |
| Brochu Ex. 34 | | 06-04-2003 | Well Water Sample Results (Bogardus 184 to 193) | | | Bogardus | 10 |
| Browne Ex 57 | | 03 15 2001 | Potable Treatment System Sampling Modification (SUN-FTM-016-3332 to 3349) | Letter | GES | David Travers | 18 |
| Browne Ex 58 | | 06 10 2003 | Regulatory Justification for Fact Sheet and Public Meeting (SUN-FTM-017-2374) | Letter | NYSDEC | William Brochu | 4 |
| Buchholz Ex 2 | | | Buchholz Plaintiffs' Document Production (Buchholz 1-305) | | | | 281 |
| Buchholz Ex 3 | | 05 10 2006 | Plaintiffs' Verified Responses to Defendants' First Set of Interrogatories | | | | 22 |
| Buchholz Ex 4 | | 08 14 2006 | Plaintiffs' Verified Responses to Defendants' Second Set of Interrogatories | | | | 12 |
| Buchholz Ex 6 | | 08 04 2006 | laintiffs' Letter Supplementing Responses to Defendants' First Set of Interrogatories | | | | 4 |
| Camacho 2 | | 05 03 2006 | Plaintiff's Verified Supplemental Responses to Defendants' First Set of Interrogatories | | | | 21 |
| Camacho 3 | | 07 01 2005 | Plaintiffs' Verified Answers to Standing Interrogatories With Severn Trent Results (Camacho 1 -Camacho 15) | | | | 20 |
| Camacho 4 | | 08 02 2006 | Production of Camacho Documents (Camacho 17-94) | | | | 76 |
| Camacho 5 | | 08 10 2006 | Homeowners Insurance Policy (Camacho 95-96) | | | | 4 |
| Camacho 6 | | 08 04 2006 | Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories | | | | 4 |
| Certo Ex 1 | | | Sunoco Dealer Franchise Agreement Provision (SUN-FTM-023-0007 to 0036) | | | | 30 |
| Certo Ex 2 | | 12-21-1998 | Dealer Franchise Agreement Ft. Montgomery Service Center Inc. (SUN-FTM-023-0079 to 0082) | | | | 4 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Certo Ex 3 | | 07-27-2000 | Approval to Amend Dealer Franchise Service Station 0006-7934 (SUN-FTM-022-0048) | | John Zeidler | | 1 |
| Certo Ex 5 | | | NY Fuels Regulations Inventory Record (SUN-FTM-052-0001 - 0013) | | | | 11 |
| Certo Ex 6 | | 01-13-1999 | Fuel Inventory Check In/Out Sheet (SUN-FTM-022-0060 - 0063) | | | | 4 |
| Certo Ex 7 | | 02-13-1999 | Warning to Franchise to Turn in or Reconcile Inventory Paperwork (SUN-FTM-023-0052 - 0053) | | G.D. Wiltse | | 2 |
| Certo Ex 8 | | 03-12-1999 | Letter regarding Maintaining Accurate Inventory Records of Petroleum Products Stored Underground (SUN-FTM-022-0094 - 95) | Letter | Susan Isley | | 2 |
| Certo Ex 9 | | 04-13-1999 | Manual Interstitial Monitoring Recordkeeping Log Form (SUN-FTM-011-0743) | | | | 1 |
| Certo Ex 10 | | 04-12-1999 | P&C Monitoring Form (SUN-FTM-011-0744 - 0745) | E-mail | Theresa A. Falasco | Susan Hickey | 2 |
| Certo Ex 11 | | 04-21-1999 | Email regarding Repair or Replacement of Battery Interstitials for Station 0006-7934 (SUN-FTM-011-0742) | E-mail | Susan Hickey | Robert Cunio, Roland Davis | 1 |
| Certo Ex 12 | | 05-12-1999 | Handwritten Notes regarding Sunoco Data Management with attached Manual Interstitial Monitoring Recordkeeping Log Form (SUN-FTM-011-0738 - 0739) | | | | 2 |
| Certo Ex 13 | | 06-11-1999 | Inventory Control Recordkeeping Administration (SUN-FTM-011-0740) | | | | 1 |
| Certo Ex 14 | | 07-13-1999 | Inventory Control Recordkeeping Administration (SUN-FTM-011-0748) | | | | 1 |
| Certo Ex 17 | | 07-20-2000 | Handwritten Notes regarding Ft. Montgomery (SUN-FTM-005-0249 - 0250) | | | | 2 |
| Certo Ex 18 | | 12-29-2000 | Sunoco Email re Ft. Montgomery Leak (SUN-FTM-005-0056) | E-mail | Robert Cunio | William Morse, Yvonne Monti, Mark McLeski | 1 |
| Certo Ex 19 | | 12-29-2000 | Crompco Corporation Test Detail (SUN-FTM-005-0062) | | | | 1 |
| Certo Ex 20 | | 01-15-2001 | Fort Montgomery DEC Inventory (SUN-FTM-011-0690) | E-mail | Yvonne Monti | William Morse, Carl Borkland | 1 |
| Cunio Ex 2 | | 11-19-1996 | Petroleum Bulk Storage Application & Underground Storage Tank Monthly Monitoring Recordkeeping Requirements Training Compliance Letter (SUN-FTM-009-0161 to 0165) | | Kathleen McCaney | | 4 |
| Cunio Ex 3 | | 06-11-1999 | Inventory Control Recordkeeping Administration (SUN-FTM-011-0740) | | | | 1 |
| Cunio Ex 4 | | 04-1999 | Manual Interstitial Monitoring Recordkeeping Log Form (SUN-FTM-011-0739) | | | | 1 |
| Cunio Ex 5 | | 07-13-1999 | Inventory Control Recordkeeping Administration (SUN-FTM-011-0748) | | | | 1 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Cunio Ex 6 | | 07-16-1999 | Sunoco Email re Fort Montgomery, NY (SUN-FTM-011-0747) | Email | Pawlo A. Korzeniowski | Robert W. Cunio, Roland A. Davis | 1 |
| Cunio Ex 7 | | 09-06-2001 | Battery Interstitial Monitoring Systems Yearly Manufacturer Inspection (SUN-FTM-005-0159) | | Gary Quick | | 1 |
| Cunio Ex 8 | | 02-20-2001 | Sunoco Email re Fort Montgomery, NY(SUN-FTM-0572) | Email | Anna H. Morley | Delmon L. Robertson, Robert W. Cunio | 1 |
| Cunio Ex 9 | | 7-20-2000 | Handwritten Notes re Fort Montgomery (SUN-FTM-005-0249 to 0250) | | | | 2 |
| Cunio Ex 10 | | 12-29-2000 | Sunoco Email re Ft. Montgomery NY. Leak (SUN-FTM-005-0056) | Email | Robert W. Cunio | William R. Morse, Yvonne M. Monti, Mark G. Meleski | 1 |
| Cunio Ex 11 | | 12-28-2000 | NYSDEC Spill Report Form 0010791 (SUN-FTM-016-0378) | | | | 1 |
| Cunio Ex 12 | | 02-29-2000 | DEC Remarks re Spill 0010791 (SUN-FTM-016-0379) | | | | 1 |
| Cunio Ex 13 | | 07-06-2000 | Sunoco Email re Ft. Montgomery, NY 0006-7934 (SUN-FTM-011-0236) | Email | Carl G. Borkland | Richard E. Oswald, Robert R. Emerson, William R. Morse, Yvonne M. Monti, George D. Wiltse, John L. Z | 1 |
| Cunio Ex 14 | | 12-29-2000 | Crompco Air/Liquid Test (SUN-FTM-005-0062) | | | | 1 |
| Cunio Ex 15 | | 12-11-2000 | Sunoco #0006-7934 & NYSDEC Petroleum Bulk Storage Report & Log (SUN-FTM-011-0575 - 0582) | Letter | Anna H. Morley | Wayne Wadsworth | 8 |
| Cunio Ex 16 | | 06-14-2000 | NYSDEC Spill Report Form for 0003187 (SUN-FTM-016-0383) | | | | 1 |
| Cunio Ex 17 | | 01-14-2002 | Branded Marketing Retail Facilities System Tank Maintenance/Update (SUN-FTM-011-0646) | | | | 1 |
| Cunio Ex 18 | | 01-16-2002 | Certificate of Underground Storage Tank Testing | | | | 34 |
| Cunio Ex 19 | | 01-16-2002 | NYSDEC Spill Report Form for Spill 0109993 (SUN-FTM-016-0381) | | | | 1 |
| Cunio Ex 20 | | 01-16-2002 | NYSDEC Spill Report Form for Spill 0109978 (SUN-FTM-016-0380) | | | | 1 |
| D'Onfrio Ex 1 | | | Map of Town of Highlands | | | | 1 |
| D'Onofrio Ex 2 | | 08 19 1998 | Highlands newspaper article | | | | 2 |
| D'Onofrio Ex 3 | | 09-10-1997 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 3 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| D'Onofrio Ex 4 | | | Village of Highland Falls Water Use Estimates | | | | 1 |
| D'Onofrio Ex 5 | | 07-30-1996 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 3 |
| D'Onofrio Ex 6 | | 03-11-1997 | Town of Highlands Public Hearing Minutes | | Sandra Tonneson | | 11 |
| D'Onofrio Ex 7 | | 06-1994 | Regional Ground-Water Study Town of Highlands Orange County, New York | | | | 8 |
| D'Onofrio Ex 8 | | 12-09-1997 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 11 |
| D'Onofrio Ex 9 | | 03-12-1996 | Town of Highlands Board Meeting Minutes | | | | 1 |
| D'Onofrio Ex 10 | | 04-28-1997 | Town of Highlands Board Meeting Minutes | | | | 1 |
| D'Onofrio Ex 11 | | 06-11-1996 | Environmental Site Assessment Town of Highlands Town Garage | | Chazen Companies | Town of Highlands | 17 |
| D'Onofrio Ex 12 | | 09-10-1997 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 3 |
| D'Onofrio Ex 13 | | 12-12-1997 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 2 |
| D'Onofrio Ex 14 | | 07-11-2000 | Spill No. 9706312, Former Highway Garage, Town of Highlands, Fort Montgomery, Orange County | | David Traver | Mr. Murphy | 1 |
| | | | Binder of Sunoco Exhibits for Deposition of David Travers (2004 - 2005) (2 of 2) | | | | 245 |
| DeLeo Ex D | | 09-26-2003 | Invoices for Well Pumping & Hydrogeological Consulting Services | | | | 39 |
| DeLeo Ex E | | 11-25-2003 | Town of Highlands Expenditure Voucher Report & Invoices for Well Pump Testing & Hydrogeological Consulting Services (TOH 011469) | | | | 24 |
| DeLeo Ex F | | | MTBE Cost Spreadsheet (TOH-07-00039) | | | | 2 |
| DeLeo Ex J | | 01-20-2004 | STL Testing Report for Town of Highlands (TOH 011589) | | Richard Bayer | Tom Murphy | 12 |
| DeLeo Ex K | | 08-18-2003 | STL Invoice (Bates TOH 011100) | | | | 1 |
| DeLeo Ex L | | 07-2002 | Tom Murphy's Notes & Environmental Services Invoice (TOH 000502 to 503) | | | Thomas Murphy | 2 |
| DeLeo Ex M | | 11-09-2001 | Tom Murphy's Notes & Environmental Services Invoices & Cancelled Check (TOH 000507 to 517) | | | | 12 |
| DeLeo Ex N | | 03-05-2002 | Tom Murphy's Notes & Environmental Services Invoices (TOH 000526) | | | Joseph D'Onofrio, Thomas Murphy | 8 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| DeLeo Ex 3 | | 05-13-1997 | Town of Highlands Proposed Water Supply/Water District & Engineer's Report (Bates TOH 012303) | Letter | Ronald Rothenberg | Michael Burke, Joseph D'Onofrio, Myron Mandel | 9 |
| DeLeo Ex 4 | | 01-20-2004 | Fort Montgomery Site Plan | | | | 1 |
| DeLeo Ex 7 | | 03-14-2003 | Letter to Senator Larkin (Bates TOH 011428) | Letter | Dominic DeLeo | Senator William J. Larkin Jr. | 1 |
| DeLeo Ex 8 | | 07-11-2000 | Spill No. 9706312 Former Highway Garage, Town of Highlands, Fort Montgomery, Orange County (SUN-FTM-036-0587) | Letter | David Traver | Mr. Murphy | 1 |
| DeLeo Ex 9 | | 06-08-2000 | Summary and Supplemental Closure Report | Letter | Chazen Environmental Services | Larry Ricci, Tony Squicciarini, Dave Traver | 7 |
| DeSpirito Ex. 1 | | 3-21-2006 | Plaintiff DeSpirito's Response to Defendants' First Set of Interrogatories (unverified) | | | | 20 |
| Despirito Ex. 2 | | 8-4-2006 | Supplemental Interrogatory Responses (unverified) | Letter | Stuart Goldberg | Anthony A. Bongiorno and Daniel M. Krainin | 4 |
| DeSpirito Ex. 3 | | 5/10/2005 | 4/28/2005 DeSpirito Test Data (DeSpirito36 to Despirito 38) | | | | 3 |
| DeSpirito Ex. 4 | | 1-7-2003 | 12/06/02 DeSpirito Test Data (DeSpirito 1 to DeSpirito 8) | Letter | Elizabeth T. Bowen | Mr. Christopher Despirito | 8 |
| DeSpirito Ex. 5 | | 2-4-2003 | 01/23/03 DeSpirito Test Data (DeSpirito 9 to Despirito 17) | Letter | Elizabeth T. Bowen | Mr. Christopher Despirito | 9 |
| DeSpirito Ex. 6 | | 6-13-2003 | 05/15/03 DeSpirito Test Data (DeSpirito 26 to DeSpirito 34) | Letter | Elizabeth J. Bowen | Mr. Christopher Despirito | 8 |
| DeSpirito Ex. 8 | | | Survey Map of DeSpirito Residence (DeSpirito 22) | | | | 1 |
| DeSpirito Ex. 9 | | 10-14-2001 | Home Depo Receipt for Installation of Water Filter | | | | 1 |
| Squicciarini Ex 1 | | 06-11-1996 | Phase I Environmental Site Assessment for Town of Highlands Town Garage (SUN-FTM-036-0660 - 0676) | | | | 17 |
| Squicciarini Ex 2 | | 08-25-1997 | NYSDEC Spill Report Form for Spill 9706312 (SUN-FTM-036-0555) | | | | 1 |
| Squicciarini Ex 3 | | 08-12-1997 | Town of Highlands Board Meeting Minutes | | Sandra Tonneson | | 2 |
| Squicciarini Ex 6 | | 08-11-1997 | Subsurface Investigation And Corrective Action Plan (SUN-FTM-036-0728 - 0757) | Letter | David R. Lent | Larry Ricci, Joseph D'Onofrio, Tony Servedio, Jim McIver, George Minervini | 30 |
| Squicciarini Ex 7 | | 06-08-2000 | Summary and Supplemental Closure Report, Former Highway Garage Site | Letter | James D. McIver, Jr. | Larry Ricci, Tony Squicciarini, Dave Traver | 7 |
| Squicciarini Ex 8 | | 09-12-2000 | Spill No. 9706312, Former Highway Garage, Town of Highlands, Fort Montgomery, Orange County | Letter | David Traver | Mr. Murphy | 1 |
| Squicciarini Ex 9 | | 08-22-2005 | Work Session Minutes | | | | 5 |
| Squicciarini Ex 10 | | 04-13-2006 | Fort Montgomery Site Plan | | | | 1 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Squicciarini Ex 12 | | 07-22-1998 | Town of Highlands Newspaper Article | | | | 1 |
| Feury Ex. 2 | | 9-10-1973 | Preliminary Report for Proposed Water District Town of Highlands New York (TOH 026177 to TOH 26185) | | | | 9 |
| Feury Ex. 3 | | 8-15-1975 | Newspaper Article Titled: Highland Falls Won't Get Academy Water (TOH 26110) | | | | 1 |
| Feury Ex. 4 | | 5-13-1997 | Town of Highlands Proposed Water Supply/Water District (TOH 025990 to TOH 025998) | | Ronald Rothenberg | Mr. Michael Burke | 9 |
| Feury Ex 5 | | 10-14-2002 | AFR Report for Water District No. 2 (TOH 01518 to 519) | | AFR | Thomas Murphy | 2 |
| Feury Ex. 7 | | 9-1999 | Town of Highlands Water Needs Analysis (TOH 025531 to TOH 025534) | | | | 4 |
| Feury Ex. 8 | | 7-24-2000 | Request for specific water requirements from US Military Academy to Town of Highlands and Village of Highland Falls (TOH 019964) | Letter | Daniel W. Christman | Mr. Thomas Murphy, Mr. Joseph E. D'Onofrio | 1 |
| Feury Ex. 9 | | 4-3-2002 | News Article, "Village asks town to clarify water situation" (TOH 019538) | | | | 1 |
| Feury Ex. 10 | | 8-29-2003 | Hydrogeologic Assessment Town of Highlands Water Supply Development Highlands, New York (TOH 016029 to TOH 16036) | Fax | Thomas Cusack, Leggette Brashears & Graham, Inc. | Lawrence Torro | 8 |
| Feury Ex. 11 | | 1-19-2001 | 3 Potential Well Supplies for Town (TOH 019766 to TOH 019767) | Letter | Lawrence E. Torro | Thomas L. Murphy | 2 |
| Feury Ex. 12 | | 9-3-1997 | Newspaper Article "Town Board will discuss extending Fort water plan" | | | | 1 |
| Feury Ex. 13 | | 10-1997 | Preliminary Engineers Report, Town of Highlands Water District #2 (Proposed) Orange County, NY (TOH 019875 to TOH 019882) | | Raimondi Associates, P.C. | | 8 |
| Feury Ex. 14 | | 3-1998 | ngineer's Report Town of Highlands, Orange County, NY. Town of Highlands Water Distict No. 2 (TOH 019849 to TOH 019857) | | Ramondi Associates, P.C. | | 9 |
| Feury Ex. 15 | | 9-1-1999 | Scope of Services, Town of Highlands Water System (TOH 19769 to TOH 019773) | Letter | Ronald Rothenberg | Town of Highlands Town Board | 5 |
| Feury Ex. 16 | | 3-4-04 | Handwritten notes of James Feury, Folder Labeled "Cost Figures" (TOH 014986 to TOH 014993) | | | | 8 |
| Feury Ex. 17 | | 11-10-2003 | Availability of Potable Water/Disinfection of Water Mains (TOH 022503) | Letter | James Feury, P.E. | Mr.Donald P. Zanfardino | 1 |
| Feury Ex. 17 | | 7-15-1997 | Town of Highlands Water District Extension (TOH 026292 to 26293) | Letter | Lawrence E. Torro, P.E. | Mr. Ken Caffery | 2 |
| Feury Ex. 19 | | 3-22-2005 | Agreement dated July 21, 2003 Town of Highlands/Corbin Hill LLC | Letter | James A. Feury | Alan S. Lipman, Esq. | 2 |
| Feury Ex. 20 | | 9-28-2004 | Letter re Presence of Petroleum Product On-Site (TOH 017713 to TOH 017716) | Letter | James Feury, AFR | Corbin Hill, LLC | 3 |

13

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Flessner Ex 2 | | | Resume of Donald L. Flessner | | | | 6 |
| | | 05 23 2007 | Expert Report of Donald L. Flessner | Report | | | 47 |
| Flessner Ex 4 | | | Petroleum Refinery Engineering (FORTM-FLESSNER-0002069 to 2074) | | | | 6 |
| Flessner Ex 4a | | | Elementary Principles of Chemical Processes (FORTM-FLESSNER-0002075 to 2078) | | | | 4 |
| Flessner Ex 4b | | 05 1992 | API Technical Data Book - Petroleum Refining (FORTM-FLESSNER-0002081 to 2088) | | | | 8 |
| Flessner Ex 4c | | | Cameron Hydraulic Data (FORTM-FLESSNER-0002079 to 2080) | | | | 2 |
| Flessner Ex 5 | | 03 24 1999 | Mobil Driver Delivery Form (Favre Bros. 027016) | | | | 1 |
| Flessner Ex 5 | | 10 24 2001 | Kemper Insurance Companies/Tanknology Test Result Site Summary Report (FORTM-FLESSNER-0001698 - 0001703) | | | | 3 |
| Gee Ex. A | | | Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories (Unverified) | | | | 61 |
| Gee Ex. C | | 9-15-2003 | Sunoco Service Station Site Vicinity Map | | | | 1 |
| Gee Ex. D | | 8-17-2004 | Request Not to Remove POET | Letter | Edwina & Robert Gee | William J. Brochu | 1 |
| Gee Ex. E | | 10-26-2004 | Demand to Sunoco to maintain POET system | Letter | Edwina & Robert Gee | William J. Brochu | 1 |
| Gibney Ex. 4 | | 8-3-2004 | Sunoco update on remediation and installation of POET (SUN-FTM-008-0889 to SUN-FTM-008-0892) | Letter | William J. Brochu | Ms. Denise Gibney | 4 |
| Gibney Ex. 5 | | 3-14-2006 | Plaintiff's Responses to Defendants' First Set of Interrogatories (unverified) | | | | 60 |
| Hannigan Ex. 2 | | 7-24-2003 | VOC Exposure Registry Questionnaire (Part 1-Household form) (HANNIGAN02) | | | | 5 |
| Hannigan Ex. 3 | | | VOC Exposure Registry Questionnaire (Part 2-Individual Form) (HANNIGAN03) | | | | 8 |
| Hannigan Ex. 4 | | 10-29-2002 | 09/30/02 Hannigan Test Data | Letter | Gary W. Trombly, Jr. | Mr. & Mrs. Charles Hannigan | 7 |
| Hannigan Ex. 5 | | 5-19-2005 | 04/21/05 Hannigan Test Data (HANNIGAN05) | Letter | Eric Harvey | Mr. and Mrs. Charles Hannigan | 14 |
| Hannigan Ex. 6 | | 8-17-2004 | Request to Sunoco to not remove POET (HAN00003-MTBE-MDL) | Letter | Charles & Pat Hannigan | William J. Brochu | 1 |
| Hannigan Ex. 7 | | 3-14-2006 | Pat Hannigan's Responses to Defendants' First Set of Interrogatories (unverified) (HANNIGAN07) | | | | 60 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Hannigan Ex. 8 | | 8-21-2006 | Verification to Charles Hannigan's Responses to Defendants' First Set of Interrogatories (HANNIGAN08) | | | | 1 |
| Hannigan Ex. 11 | | 8-20-2006 | Verification to Pat Hannigan's Responses to Defendants' First Set of Interrogatories (HANNIGAN11) | | | | 1 |
| Hannigan Ex. 12 | | | VOC Exposure Registry Questionnaire (Part 2-Individual Form) (HANNIGAN12) | | | | 8 |
| Hart Ex. 03 | | 05-25-2007 | Expert Report of Stephen Hart | | Stephen Hart | | 71 |
| Hart Ex. 4 | | 03-1988 | 15% MTBE Waiver Request (SUN 45-635 - 676) | | W.H. Douthit, B.C. Davis | | 42 |
| Hart Ex. 5 | | 08-01-2000 | Remedial Action Plan Spill No. 0003187 (SUN-FTM-021-0921 - 1072) | | roundwater Envrionmental Services | William Morse | 152 |
| Hart Ex. 6 | | | Spiral Notebook regarding remediation (FTM_HAR-1413 - 1414) | | Stephen Hart | | 19 |
| Hart Ex. 7 | | | Map of Sunoco Service Station | | | | 1 |
| Hart Ex. 8 | | 01-04-2003 | Chemtech Chain of Custody Record | | Chemtech | Shaw Environmental | 21 |
| Hart Ex. 9 | | 01-2005 | USEPA, Monitored Natural Attentuation of MTBE as a Risk Management Option at Leaking Underground Storage Tank Sites (HART EXHIBIT-09) (HART EXHIBIT-09) | | John Wilson | | 88 |
| Hart Ex. 10 | | 2004 | Standard Guide for Remediation of Ground Water by Natural Attentuation at Petroleum Release Sites | | | | 3 |
| Hart Ex. 11 | | | Natural Attentuation for Groundwater Remediation | | Committee on Intrinsic Remediation | | 12 |
| Hart Ex. 12 | | 2005 | Proceedings of the2005 NGWA Ground Water and Envrionmental Law Conference (FTM-HAR-1799 - 1812) | | | | 14 |
| Hart Ex. 13 | | | List of Reports/Events at Sunoco Station (FTM-HAR-0721 - 0724) | | | | 4 |
| Hart Ex. 14 | | 12-17-2001 | Site Monitoring Report, Spill No. 003187 (SUN-FTM-032-0107 - 0402) | | Groundwater & Envrionmental Services | | 297 |
| Hart Ex. 15 | | 06-22-200 | Subsurface investigation (SUN-FTM-018-1100 - 1180) | | Groundwater & Envrionmental Services | William Morse | 70 |
| Hart Ex. 16 | | 10-31-1988 | Spill Response Form, Spill No. 8805664 (SUN-FTM-016-0390 - 0392) | | | | 3 |
| Hart Ex. 17 | | 12-29-2000 | NYSDEC Spill Report Form, Spill No. 0010791 (SUN-FTM-016-0378) | | | | 1 |
| Hart Ex. 18 | | 01-15-2002 | NYSEDC Spill Report Form, Spill No. 0109978 (SUN-FTM-016-0380) | | | | 1 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Hart Ex. 19 | | 03-12-2001 | Correspondece re: Fort Montgomery Tanks (SUN-FTM-005-0168) | Email | Anna Morley | D. Robertson | 1 |
| Hart Ex. 20 | | 07-06-2000 | Fort Montgomery Fuel Oil Tank Spill (SUN-FTM-011-0236) | Email | Carl Borkland | Richard Oswald, Robert Emersn, William Morse | 1 |
| Hart Ex. 21 | | 01-17-2002 | Fort Montgomery DUNS 006-7934 (SUN-FTM-003-0265) | Email | Edward O'Leary | Helen Doherty, Mark Morin, Laurie Pettengill, Richard Oswald | 1 |
| Hart Ex. 22 | | 06-22-2007 | Supplemental Expert Report for Stephen Hart | | Stephen Hart | | 19 |
| Hay Ex 3 | | | 10/17/02 Hay Test Data (HAY 00116-125) | | | | 10 |
| Hay Ex 4 | | | 03 14 2006 Plaintiffs' Responses to Defendants' First Set of Interrogatories | | | | 61 |
| Hay Ex 6 | | | Hay Document Production (HAY 00032-37) | | | | 6 |
| Hosea Ex 2 | | | Map of Corbin Hills | | | | 1 |
| Hosea Ex 3 | | 04 04 2003 | Tonneson Sampling Results & Testing Protocol (TON00101-MTBE-MDL - TON00102-MTBE-MDL) | Letter | Carpenter Environmental Associates | Duane C. Miller | 2 |
| Hosea Ex 4 | | | Carpenter Document Production (CARP-TONN-00001 to 180) | | | | 181 |
| Hubeny Ex 1 | | | 03 14 2006 Plaintiffs' Responses to Defendants' First Set of Interrogatories | | | | 61 |
| Hubeny Ex 2 | | | 04 12 2006 Verification of William Hubeny to Plaintiffs' Responses to Defendants' First Set of Interrogatories | | | | 1 |
| Hubeny Ex 5 | | | 04 12 2006 Verification of Anna Hubeny to Plaintiffs' Responses to Defendants' First Set of Interrogatories | | | | 1 |
| Jamal Ex 2 | | | 1992 Ft. Montgomery Sunoco Station Maintenance Ticket Listing (SUN-FTM-012-0001) | | | | 11 |
| Jamal Ex 5 | | 02-27-2002 | Ira D. Conklin & Sons Ticket regarding Vacuuming Water from Tank Field Well | | | | 1 |
| Jamal Ex 6 | | 01-17-2002 | Crompco Corporation Report | | | | 4 |
| Jamal Ex 10 | | 01-16-2002 | NYSDEC Spill Report Form Underground Pump Gas Leak (SUN-FTM-016-0380 - 0381) | | | | 2 |
| Justin Ex 2 | | 02/09/1995 | Tina Marie Smith's Handwritten Notes (SUN-173-1003) | | | | 1 |
| Justin Ex 3 | | 12/20/1988 | Environmental Assessment for Pennsylvania (SUN-173-382) | | | | 1 |
| Justin Ex 4 | | | Handwritten Notes regarding MTBE Analysis Requirements (SUN-173-1532) | | | | 1 |
| Justlin Ex 5 | | | Work Scope Guidelines for Environmental Site Assessments (SUN-173-1684 - 1690) | | | | 7 |

16

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Justin Ex 6 | | | Work Scope Guidelines for Environmental Site Assessments for Divestment Site (SUN-173-1691 - 1697) | | | | 7 |
| Justin Ex 7 | | 1986 | MTBE as a Groundwater Contaminant Article (SUN-74-2154 - 2165) | | | | 12 |
| Justin Ex 8 | | | Handwritten Notes regarding Task Force Initiated (SUN-169-478 - 484) | | | | 8 |
| Justin Ex 9 | | 03/31/1996 | Handwritten Notes regarding Justin's Response to Task Force Initiative - Inventory Control Reporting to State Agency (SUN-169-509) | | | | 1 |
| Justin Ex 10 | | | Handwritten Notes regarding Inventory Control Statistics and PC Findings (SUN-169-497 - 499) | | | | 3 |
| Justin Ex 11 | | | Stage II Vapor Recovery Violations Summary-Brand and Mid-America (SUN-169-616) | | | | 1 |
| Justin Ex 12 | | 01/09/1998 | UST Inventory (SUN-169-115) | E-mail | David Justin | Tina Marie, Dave Chalson, William Andersen | 1 |
| Justin Ex 13 | | 10/05/1994 | Environmental Assessment Recommendation (SUN-FTM-017-3640 | Memo | Tina Marie Smith | G. Dippold | 1 |
| Justiin Ex 14 | | 08/04/1994 | Proposal/Contract Release/Work Order - Environmental Site Assessement (SUN-FTM-018-1265, SUN-FTM-018-1273 - 1275) | | | | 5 |
| Justin Ex 15 | | | Handwritten Notes regarding Procedures for Phase I and 2 Tank Removal, Procedures for Standard Environmental Assessment (SUN-173-1937 - 1938) | | | | 2 |
| Justin Ex 16 | | 06/25/1996 | Environmental Compliance Manual (SUN-172-608 - 623) | Memo | Tina Marie Smith | Dave Trethewey, D. Justin, K. McCaney, Y. Monti, S. Hickey, L. Parish, D. Robinson, E. Shields | 18 |
| Kester Ex. 2 | | 11-2-2007 | Kester's Revised Expert Report | | | | 39 |
| Kester Ex. 3 | | 5-28-2007 | Kester's Original Expert Report | | | | 72 |
| Kester Ex. 4 | | 6-15-2006 | Kester's declaration in support of Shell Oil Company's Opposition to Plaintiffs' Motion for Class Certification in Quick v. Shell | | | | 7 |
| Kester Ex. 5 | | | Kester's Resume | | | | 15 |
| Kester Ex. 7: | | 8-2000 | Toxocological Review and Criteria for Evaluation of Exposure to Methyl Tert-Butyl Ether in Drinking Water (DAH MDL 1358 007939 to DAH MDL 1358 008112) | | | | 102 |

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Kester Ex. 8 | | 1996 | Identification of Formaldehyde as the Metabolite Responsible for the Mutagenicity of Methyl Tertiary-Butyl Ether in the Activated Mouse Lymphoma Assay | | | | 4 |
| Kester Ex. 11 | | 2005 | Formation of MTBE-DNA Adducts in Mice Measured with Accelerator Mass Spectrometry | | | | 5 |
| Kester Ex. 13 | | | Charts-Concentration of MTBE in Water and Air | | | | 2 |
| Kester Ex. 14 | | | Chart of Plaintiff's Well Information (FTM-KES-00006 to FTM-KES-00021) | | | | 16 |
| Kester Ex. 15 | | | Graph - Ratio of Level to Fort Montgomery Maximum MTBE Concentration | | | | 1 |
| Kester Ex. 16 | | | Chart - Ratio of MTBE Blood Concentration to NHANES Median (FTM-KES-00068 to FTM-KES-00070) | | | | 3 |
| Kester Ex. 17 | | | List, Blood concentrations of MTBE (ug/L) (FTM-KES-00071) | | | | 1 |
| Kester Ex. 18 | | | Fragment of Table (FTM-KES-00072) | | | | 1 |
| Kester Ex. 19 | | | Non-carcinogenic potency relative to MTBE Chart (FTM-KES-0086 to FTM-KES-00089) | | | | 3 |
| Kester Ex. 20 | | | Non-Cancer Toxicity Data Table from EPA (FTM-KES-0089 to FTM-KES-00094) | | | | 6 |
| Kester Ex. 21 | | | MTBE Data Chart (FTM-KES-00065 to FTM-KES-00066) | | | | 2 |
| Kester Ex. 26 | | 7-8-2003 | Westlaw Article, "Draft EPA Risk Assessment Labels MTBE as 'Likely' Human Carcinogen" | | | | 3 |
| Kester Ex. 27 | | | Results of Long-term Experimental Studies on the Carcinogenicity of MTBE | | | | 19 |
| Kester Ex. 28 | | 12-2006 | National Health and Nutrition Examination Survey 1999-2000, Documentation, Codebook and Frequencies, MEC Laboratory Component: VOCs in blood and water | | | | 31 |
| King Ex. 2 | | 02-27-1984 | Fuels Planning (SUN 38-3092 - 3099) | Memo | P.E. Hagstrom | R.W. King, M.A. May, J.F. Naber, H.S. Roe, J.C. Stratman | 8 |
| King Ex. 3 | | 03-06-1987 | Fuels Planning for 1987 (SUN 38-2590 - 2595) | Memo | B.C. Davis | G.E. Crow, J.Q. Griffith, JM. Haas, A. Imppolito, R.W. King, J.F. Naber, T.D. Patrick, G.J. Pierrj, | 6 |
| King Ex. 4 | | 03-23-1987 | Product Development (SUN 17-1262 - 1270, SUN 38-281 - 286) | Memo | W.H. Douthit | J.Q. Griffith, III | 15 |

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| King Ex 5 | | 08-14-1987 | Fuels Planning (SUN 39-1042 - 1043) | Memo | B.C. Davis | G.E. Crow, J.Q. Griffith, J.M. Haas, A. Ippolito, H.G. Johnson, R.W. King, D.E. Knoll, E.R. Moyer, R | 2 |
| King Ex. 6 | | 03-10-1992 | Cars and Fuels Position Paper - Operation Division Viewpoint (SUN 19-1239 - 1240) | Memo | | J.H.F. | 2 |
| Kondrat Ex 2 | | 09/06/2001 | Battery Interstitial Monitoring Systems Yearly Manufacturer Inspection (SUN-FTM-005-0159) | | | | 1 |
| Kondrat Ex 3 | | 06/20/2001 | NYSDEC Spill Report 0135012 (SUN-FTM-046-1361) | | | | 1 |
| Kondrat Ex 4 | | 10/05/2001 | Compliance Documents (SUN-FTM-009-0236) | Memo | Anna Morley | Ginny Krondrat | 1 |
| Kondrat Ex 5 | | 11/29/2001 | Branded Marketing Retail Facilities System Tank Maintenance/Update (SUN-FTM-011-0646) | | | | 1 |
| Kondrat Ex 6 | | 01/14/2002 | Follow up on Several Sites Ft. Montgomery (SUN-FTM-011-0671 - 0672) | E-mail | Yvonne Monti | William Brochu, Mark Meleski, Virginia Kondrat | 2 |
| Kondrat Ex 7 | | 01/15/2002 | Branded Marketing Retail Facilities System Tank Maintenance/Update (SUN-FTM-009-0251 - 0254) | | | | 4 |
| Kondrat Ex 9 | | 01/16/2002 | Spill Report 0109993 (SUN-FTM-016-0388) | | | | 1 |
| Kondrat Ex 11 | | 01/17/2002 | Construction Follow up at the Ft. Montgomery Site (SUN-FTM-011-0750) | E-mail | Mark Meleski | Steven Coladonato, Daniel Shine, William Morse, Yvonne Monti, Virginia Kondrat, Helen Doherty, Willi | 1 |
| Kondraft Ex 12 | | 01/17/2002 | Summary of Recent Events at Fort Montgomery (SUN-FTM-011-0708) | Memo | Bill Brochu | Steve Coladonato, Dan Shine, Tom Fort, Bill Morse, Yvonne Monti, Helen Doherty, Ginny Kondrat, Mark | 1 |
| Kondrat Ex 13 | | 01/22/2002 | Fort Montgomery Construction Follow Up (SUN-FTM-016-0488) | E-mail | Mark Meleski | Patrick White, Virginia Kondrat, William Brown, Mark Morin, Laurie Pettengill | 1 |
| Kondrat Ex 14 | | 04/16/2002 | 30 Day Construction Notice (SUN-FTM-003-0226 - 0228) | | Laurie Pettengill | Fort Montgomery Service Center | 3 |
| Kondrat Ex 15 | | 05/21/2002 | 30 Day Notice Ft. Montgomery (SUN-FTM-009-0053 - 0055) | E-mail | Laurie Pettengill | Kathleen McCaney, William Brochu, Virginia Kondrat, Laurie Pettengill, Patrick White, Robert Dallas, | 3 |

19

9/29/2008

Attachment A: ExxonMobil's Trial Exhibit List for Basso and Tonneson

| Bates Begin | Bates End | Date | Subject/Title | Type | Author(s) | Recipient(s) | PGS |
|---|---|---|---|---|---|---|---|
| Kondrat Ex 16 | | 05/28/2002 | Sump Installation at Fort Montgomery (SUN-FTM-016-0472) | E-mail | William Brochu | Laurie Pettengill, Richard Oswald, Steven Coladonato, Helen Doherty, Daniel Shine | 1 |
| Langer Ex. 2 | | | Chart - Orange County Association of Realtors Statistical Report for Selected Areas (PEXP-LANG-00012 to PEXP-LANG-00013) | | | | 2 |
| Langer Ex. 9 | | | Excerpts from Langer Appraisal of Tonneson Property Route 9W/Cherry Street | | | | 10 |
| Langer Ex. 10 | | 3-3-2008 | Retrospective Summary Appraisal of Property Route 9W/Cherry Street - Transmittal Letter, Reconciliation, Map and Photos | Letter | Gregory R. Langer | Mr. John A. Sarcone, III | 10 |
| Langer Ex. 11 | | 3-2-2007 | Full Retrospective Appraisal of Tonneson Property at Route 9W/Cherry Street | | | | 64 |
| Langer Ex. 12 | | 2-28-2008 | USPAP Competency Rule, Effective 7-1-2006 | | | | 1 |
| Langer Ex. 13 | | 2-28-2008 | USPAP Advisory Opinion 9 | | | | 6 |
| Langer Ex. 14 | | 10-2002 | Estimating Proximate Property Damage from PCB Contamination in a Rural market: A Multiple Techniques Approach | | | | 14 |
| Langer Ex 15 | | | PCB Case Study | | | | 12 |
| Langer Ex. 19 | | 1-1-2003 | Appraisal Institute, "Guide Notes to the Standards of Professional Appraisal Practive of the Appraisal Institute" | | | | 12 |
| Langer Ex. 20 | | 8-10-2006 | Affidavit of John Kilpatrick in Support of Koch Plaintiffs' Motion to Certify a Class | | | | 30 |
| Langer Ex. 21 | | 5-28-2007 | Bernholz Self Contained Appraisal Report of Route 9W/Cherry Street Property | | | | 82 |
| Langer Ex. 22 | | 11-2-2007 | Bernholz Appraisal Review Report of Langer's Expert and Addendum to Expert Report | | | | 28 |
| Langer Ex. 24 | | 2-29-2008 | USPAP Statement on Appraisal Standards No. 2 | | | | 4 |
| Langer Ex 25 | | | The Appraisal of Real Estate, 12th Ed. | | | | 8 |
| Langer Ex. 26 | | | Land Valuation Adjustment Procedures & Assignments | | | | 8 |
| Langer Ex. 27 | | | 2005 Local Law No. 1 of 2005, County of Rockland, State of NY | | | | 9 |
| Langer Ex. 28 | | 7-27-2005 | Laws of Rockland County, NY - Chapter 389, Private Well Testing Requirements | | | | 6 |
| Markowsky Ex. 3 | | 02-08-2005 | POET Installation and Removal Dates (SUN-FTM-001-0023 -00025) | | | | 3 |
| Markowsky Ex. 4 | | 01-20-2004 | Fort Montgomery Site Plan, DUNS 006- 7934 | | | | 1 |

20