UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

*This Document Relates to:*

*Basso, et al. v. Sunoco, Inc., et al.*, No. 03-Civ-9050
*Tonneson, et al. v. Sunoco, Inc., et al.*, No. 03-Civ-8248

## DEFENDANT EXXON MOBIL CORPORATION'S PROPOSED VOIR DIRE

Dockets.Justia.com

**DEAR PROSPECTIVE JURORS:**

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By use of this questionnaire, the process of jury selection will be shortened.

Because the questionnaire is part of the jury selection process, the questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please respond to the following questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge.

The answers you give will be used only in this jury selection and trial process. It is not our purpose to intrude into your affairs or violate your privacy. If you wish to be questioned only in private about any question, please write the word "PRIVATE" by your answer. If you wish to make further comments regarding any of your answers, please use the back of the last page and indicate the corresponding question number. Please do not leave any space blank. If you have any questions or problems filling out this form, please advise the bailiff of the Court.

Please realize there are no right or wrong answers – just honest ones.

# Juror Questionnaire

*It is very important that you answer each of the following questions accurately and truthfully. There are no "right" or "wrong" responses. We understand that some of these questions are personal in nature. Please rest assured that your answers will be kept strictly confidential.*

Name: _____ County: _____
          *First          Middle or Maiden          Last*

Address: _____ Age: _____
          *Street                    City                  State*

1. How long have you lived at your current address?_____

2. Do you:      ____ rent      ____ own      ____ live w/homeowners

3. Are you:      ____ Married      ____ Living With Someone ____ Divorced/Separated
   ____ Never Married      ____ Widowed

4. Do you have any children?      ____ Yes      ____ No
   If **YES**, how many children do you have?_____
   Please list their ages and occupations:_____
   _____

   How many children, age 18 or under, live at home with you?_____

5. What is your current employment status?  (*Please check all that apply.*)
   _____ Employed Full-time      _____ Looking for work      _____ Homemaker
   _____ Employed Part-time      _____ Full-time student      _____ Retired
   _____ Self-employed            _____ Part-time student      _____ Unemployed
   _____ Disabled                  _____ Other: (please specify)_____

6. Please list the last three jobs you have held (begin with current occupation).
   If retired, disabled, unemployed or homemaker, please list the last jobs you held outside the home:

                                                                    Length

| Employer | Position/Title | Reason for Leaving | of Time |
|---|---|---|---|
| a. _____ | _____ | _____ | _____ |
| b. _____ | _____ | _____ | _____ |
| c. _____ | _____ | _____ | _____ |

Please briefly describe your current or most recent job duties/responsibilities: _____

If unemployed and looking for work, how long have you been unemployed? _____

7. Have you, or has a family member, served in the military? _____ Yes _____ No
If **YES**, who? _____ Self _____ Family Member  What Branch:_____

If **YES**, number of years served:  Self:_____  Family:_____

8. Which group do you identify with most? *(check one)*
_____ Executives  _____ Managers  _____ Workers

9. Please list the last three jobs your spouse, significant other or former spouse held (begin with current occupation).  If your spouse, significant other, or former spouse is retired, disabled, unemployed or homemaker, please list the last jobs he/she held outside the home:

| Employer | Position/Title | Reason for Leaving | Length of Time | No. of People Supervised |
|---|---|---|---|---|
| a. _____ | _____ | _____ | _____ | _____ |
| b. _____ | _____ | _____ | _____ | _____ |
| c. _____ | _____ | _____ | _____ | _____ |

Please briefly describe his/her current or most recent job duties/responsibilities: _____

10. What is the highest level of education you have achieved?

_____ Less than high school   _____ Some college   _____ Bachelor's Degree
_____ High school degree or GED   _____ Associate's Degree   _____ Master's Degree
_____ Vocational School   _____ Doctorate's Degree

What degree(s) did you receive? _____

What were your major areas of study? _____

What were your favorite classes? _____


11. What is the highest level of education your spouse/significant other or former spouse has achieved?

_____ Less than high school   _____ Vocational school   _____ College graduate
_____ Post-college graduate / Master's   _____ High school graduate   _____ Some college
_____ Associate's Degree   _____ Ph.D./M.D./J.D.

What degree(s) did he/she receive? _____

What were his/her major areas of study? _____


12. Have you or your spouse or significant other ever been self-employed or owned a business?

____ Yes   ____ No
If **YES**, who? (*check all that apply*)   ____ Self   ____ Spouse/Significant Other
What type of business?_____

How many employees?_____ Is the business still operating? ____ Yes ____ No
Was that business ever sued?   ____ Yes   ____ No


13. Have you, or has anyone close to you, ever belonged to a union?

____ Yes ____ No
If **YES**, in which unions were you/they members? _____
_____

14. Do you, or does anyone close to you, have any special knowledge, education or interest in any of the following?

    S = Self     F = Family  (Check all that apply.)
    _____ S _____ F  Law (If **YES**, explain)_____

    _____ S _____ F  Environmental Issues/Regulation (If **YES**, explain)_____

    _____ S _____ F  Medicine (If **YES**, explain)_____

    _____ S _____ F  Chemistry/Chemical Industry (If **YES**, explain)_____

    _____ S _____ F  Counseling/Social Work (If **YES**, explain)_____

    _____ S _____ F  Engineering (If **YES**, explain)_____

    _____ S _____ F  Safety Management (If **YES**, explain)_____

    _____ S _____ F  Water Wells (drilling, maintenance) (If **YES**, explain)_____

    _____ S _____ F  Irrigation/Agriculture (If **YES**, explain)_____

    _____ S _____ F  Energy or Refining Industry (If **YES**, explain)_____

15. Have you, or anyone close to you, ever been employed by, or connected with, any federal, state or local regulatory agency (e.g., Environmental Protection Agency, Municipal Water District, Center for Disease Control and Prevention, etc.)?
    _____ Yes _____ No
    If **YES**, who? (*check all that apply*)   _____ Self _____ Spouse/Significant Other
                                           _____ Family Member _____ Friend
    If **YES**, what agency?

16. Have you, a close friend or family member ever held a City, County or State office?
    _____ Yes _____ No

If **YES**, who? (*check all that apply*)  _____ Self  _____ Spouse/Significant Other

_____ Family Member  _____ Friend

Please list office and location: _____

17.  Have you, or has anyone close to you, ever been employed by, or connected with the Town of Highlands and/or Fort Montgomery, New York?  _____ Yes  _____ No

If **YES**, who? (*check all that apply*)  _____ Self  _____ Spouse/Significant Other

_____ Family Member  _____ Friend

If **YES,** please describe the position(s) held and the dates of employment?__

_____

Is/Was the experience:  **Self:** _____ Positive  _____ Negative  _____ Neutral

**Family/Friend:** _____ Positive  _____ Negative  _____ Neutral

18.  Have you, or has anyone close to you, ever worked in the oil or gas industry?

_____ Yes  _____ No

If **YES**, who?  (*check all that apply*)  _____ Self  _____ Spouse/Significant Other

_____ Family Member  _____ Friend

If **YES**, please list the oil or gas company and the position(s) held and the dates of employment? _____

_____

19.  What is you opinion of oil and gas companies?  _____

_____
_____

20.  What is your opinion of ExxonMobil?  _____

_____
_____

21.  Do you, or anyone you know, live within the Town of Highlands and/or Fort Montgomery, New York?  Check all that apply

_____ Yes, I do;  _____ Yes, a family member;  _____ Yes, a friend; ;  _____ No

22.  What is the source of your water?

_____ Municipal Water Source, state name of company: _____

_____ Private Well

_____ Unsure

23. Have you ever had any concerns about the quality of your drinking water?
____ Yes;   ____No

Please Explain:
_____

Was the situation resolved to your satisfaction? _____

24. Have you experienced any problems with taste or smell of your home drinking water?
____YES            ____NO

If **YES**, please describe the nature of the problem and its duration: _____
_____

If **YES**, did you report those problems, please describe: _____
_____

25. Large oil companies like ExxonMobil should be held to a _____ standard of legal responsibility than smaller companies or individuals.
____Higher   ____Lower   ____Same

26. In a legal dispute between an individual and a large corporation, whose version of the events in question do you think you would be more likely to believe, the large corporation or the small company? *(check one)*
____ Large Corporation ____ Small Company ____ Neither ____ Both

27. What is your opinion about the job that large oil companies do in safeguarding the public? _____
_____
_____
_____

28. How would you describe your overall health? _____ Excellent; _____ Good; _____ Fair; _____ Poor

29. Do you, or anyone in your immediate family have any serious illnesses or diseases? _____ Yes; _____ No
    If **YES**, please list who and the illnesses or diseases? _____
    _____

    What do you think caused these illnesses or diseases? _____ Heredity; _____ Lifestyle; _____ Exposure to Toxins or Chemicals; _____ Other
    Please Explain: _____
    _____
    _____
    _____

30. Do you worry about health risks as a result of where you live?
    _____ Yes, I worry a little; _____ Yes, I worry a lot; _____ No, I do not worry
    If **YES**, please explain your concerns: _____
    _____

31. Do you worry about getting cancer?
    _____ Yes, I worry a little; _____ Yes, I worry a lot; _____ No, I do not worry

32. How much do you think science has advanced since the 1980's and 1990's?

    ___ Very little, if any; ___ A little; ___ Some; ___ A great deal

33. Have you ever belonged to or contributed to any environmental or conservation groups?
    _____ Yes _____ No
    If **YES**, which groups? _____

34. Do you believe there should be more, less or about the same amount of governmental regulation of the environment? *(check one)*
    _____ More _____ Less _____ About the same

35. What is your opinion of the EPA (Environmental Protection Agency)? _____
    _____
    _____

36. How effective do you think the EPA is in protecting the public? *(check one)*
    ____ Very effective ____ Effective ____ Fairly effective ____ Ineffective
    ____ Unsure

37. Have you seen or heard anything about environmental problems caused by
    gasoline leaking from underground storage tanks? ____ Yes ____ No
    If **YES**, have you formed an opinion about who is responsible for the
    problem?
    ____ Yes ____ No
    If **YES**, who? _____

38. How would you describe the media's coverage of various health risks?

    _____ They usually exaggerate the risks

    _____ They usually downplay the risks

39. Have you seen or heard anything in the media or in conversation about the
    risks associated with gasoline additives, such as ethanol or MTBE?
    ____ Yes ____ No

    If **YES**, when did you see or hear this information?_____
    _____
    What did you read or hear?_____
    
    What is your opinion of what you have read or heard?_____

40. Are concerned about supposed risks related to MTBE? ____ Yes; ____ No

41. Have you, or anyone close to you, ever been exposed to MTBE? ____ Yes
    ____ No
    If **YES**, who? *(check all that apply)* ____ Self ____ Spouse/Significant
    Other
                                        ____ Family Member ____ Friend
    Please explain the circumstances: _____
    _____

42. Have you heard or read about a dispute involving large oil companies and
    residents of Fort Montgomery, New York? ____ Yes ____ No

If **YES**, what did you hear or read? _____

_____

_____

43. Have you ever attended any meetings held in Fort Montgomery, New York? _____ Yes _____ No

    If **YES**, please describe when and why? _____

_____

_____

44. Has anything you have heard or read caused you to form an opinion about who should win a lawsuit between a person claiming MTBE contamination and oil companies who sold gasoline containing MTBE? _____ Yes _____ No
    If **YES**, please explain:_____

_____

_____

45. The Plaintiffs in this case are represented by two law firms: Miller Axline and Sawyer from Sacramento, California and The Sarcone Law Firm from White Plains, New York. Do you know anything about any of those firms? _____ Yes _____ No
    If **YES**, please explain:_____

_____

_____

46. Exxon Mobil Corporation is represented by McDermott Will and Emery LLP from New York, New York. Do you know anything about this law firm? _____ Yes _____ No
    If **YES**, please explain:_____

_____

_____

47. Do you know any of the following possible witnesses in this trial:

    a.    Marc Bayer, M.D.?        _____ Yes _____ No

    b.    Michael Bernholz?        _____ Yes _____ No

c.  Robert Biles?                ____ Yes  ____ No

d.  Keith Bogardus?             ____ Yes  ____ No

e.  Sandra Bogardus?            ____ Yes  ____ No

f.  Donna Boyce?               ____ Yes  ____ No

g.  Jim Burke?                 ____ Yes  ____ No

h.  Joan Buccholz?             ____ Yes  ____ No

i.  Ronald Buccholz?           ____ Yes  ____ No

j.  Anna Burley?               ____ Yes  ____ No

k.  Stacey Camacho?            ____ Yes  ____ No

l.  David Chain?               ____ Yes  ____ No

m.  Sullivan Curran?           ____ Yes  ____ No

n.  Victor Dugan?              ____ Yes  ____ No

o.  Thomas Eizember?           ____ Yes  ____ No

p.  Leroy Favre?               ____ Yes  ____ No

q.  Donald Flessner?           ____ Yes  ____ No

r.  Tracey Gardiner?           ____ Yes  ____ No

s.  Wyn Gardner?               ____ Yes  ____ No

t.  Brian Harney?              ____ Yes  ____ No

u.  Richard Hilchey?           ____ Yes  ____ No

v.  Janet Kester?              ____ Yes  ____ No

w.  Robert Larkins?            ____ Yes  ____ No

x.  Andy Madden?               ____ Yes  ____ No

y.  Thomas Maguire?            ____ Yes  ____ No

z.    Ted Masters?      _____ Yes _____ No

aa.    Ray McGraw?      _____ Yes _____ No

bb.    Michael McGuire?      _____ Yes _____ No

cc.    Barbara Mickelson?      _____ Yes _____ No

dd.    Gerry Raabe?      _____ Yes _____ No

ee.    Eugene Renna?      _____ Yes _____ No

ff.    Richard Roddewig?      _____ Yes _____ No

gg.    Robert Scala?      _____ Yes _____ No

hh.    Ceinwen Schreiner?      _____ Yes _____ No

ii.    Thomas Schruben?      _____ Yes _____ No

jj.    Judith Schultz?      _____ Yes _____ No

kk.    Gary Stumpf?      _____ Yes _____ No

ll.    Christine Tellefsen?      _____ Yes _____ No

mm.    Michael Tobin?      _____ Yes _____ No

nn.    David Travers?      _____ Yes _____ No

48.    If you know any of these possible witnesses, please describe the nature of the relationship, including whether this would prevent you from impartially considering the evidence and reaching a verdict in this case? _____

_____

_____

49.    Do you believe that the fact that Plaintiffs started this lawsuit against Exxon Mobil Corporation and are here today for trial means that there must be at least some merit to the Plaintiffs' allegations against Exxon Mobil Corporation? _____ Yes _____ No

50.    Do you drink/buy bottled or filtered water? *(check one in each category)*
a.  At home:      _____ Always _____ Sometimes _____ Never

b.  At restaurants  _____ Always  _____ Sometimes  _____ Never

If Yes, why do you drink/buy bottled or filtered water? _____
_____
_____
_____

51.  What are your feelings about punitive damages awarded against corporate defendants to punish their conduct? _____
_____
_____

52.  Politically, do you consider yourself to be: *(check one)*
_____ Liberal  _____ Moderate  _____ Conservative  _____ Other:_____

Are you a:  _____ Democrat  _____ Republican  _____ Independent  _____
Other:_____

53.  Have you served on a jury?  _____ Yes  _____ No.  How many times?  _____
If **YES**, was the trial:  _____ Civil  **OR**  _____ Criminal?
Were you the foreperson?  _____ Yes  _____ No
What was the verdict?  _____

How would you feel about serving again?
_____

54.  Have you, or a family member, ever sued someone, or been sued?  _____ Yes
_____ No
If **YES**, please describe the lawsuit(s) and list who was sued, why, and the outcome: _____
_____
_____
_____

55.  Within the past five years, have you experienced any of the following events: *(check ALL that apply)*
_____ Loss of employment.              _____ Serious financial hardship.
_____ Death of a spouse/partner or child.   _____ Major hospitalization or surgery.
_____ Serious illness or injury.          _____ Victimization due to a crime.

_____

_____ Taken time off from work because of stress or fatigue.

56. Is there any reason whatsoever that you think you might start out favoring one side over the other in this lawsuit? _____ Yes _____ No
If **YES**, please explain:_____
_____
_____

57. Do you have any major commitments over the next two months which would prevent you from sitting on this jury, i.e., family, business, medical? ?
_____ Yes _____ No
If **YES**, please explain:_____
_____
_____

58. The parties have estimated that this trial could last 8-10 weeks. Is there any reason that serving on this jury for that length of time would cause significant hardship to you?
_____ Yes _____ No
If **YES**, please explain:_____
_____
_____

59. Do you have a medical condition or health problem that would make it difficult for you to serve as a juror? _____ Yes _____ No
If **YES**, please explain:_____
_____

60. Will you be able to deliberate based solely on the evidence presented at trial, and not based on any other information? _____ Yes _____ No
If **NO**, please explain:_____
_____
_____

61. Had you heard anything about this case before coming here today? _____ Yes
_____ No
If **YES**, please explain:_____
_____
_____

62.  On the basis of what you have learned about the case and the parties to this point, do you have any feelings in favor of, or against, one side or the other? _____ Yes _____ No
If **YES**, please explain:_____
_____
_____

63.  Will you deliberate based only on the evidence you hear, and not speculate on what you have not heard? _____ Yes _____ No
If **NO**, please explain:_____
_____
_____

64.  If it should become necessary for an attorney for any party to make an objection, will you understand that they are objecting because it is their position that the evidence being offered is not proper according to the rules of evidence and that it is their duty to object in such circumstances? _____ Yes _____ No

If **NO**, please explain:_____
_____
_____

65.  If you are selected as a jury in this case, you will be required to decide the case solely on the evidence introduced and the instructions the judge will give you concerning the law, whether you agree with the law or not. Is there any reason you could not do that?
_____ Yes _____ No
If **YES**, please explain:_____
_____
_____

66.  Do you know of any reason, not disclosed in your answers to these questions, why you could not be a fair and impartial juror in this case?
_____ Yes _____ No
If **YES**, please explain:_____
_____
_____

67.  Do you own stock in ExxonMobil: Yes _____; No _____

ADDITIONAL COMMENTS:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____