USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
12/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------X

This document relates to:

Village of Island Lake v. Ashland Inc., et al.,
04 Civ. 2053
---------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 2, 2008, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), granting TOTAL's Motion for Determination of Good Faith Settlement and directing the Clerk of the Court to enter judgment on the issue of the determination that the Settlement Agreement dated August 15, 2008 is a good faith settlement under the laws of the State of Illinois and that TOTAL is therefore protected from joint tortfeasor claims as set forth in the Order dated December 10, 2008, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2008, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), TOTAL's Motion for Determination of Good Faith Settlement is granted and judgment is entered on the issue of the determination that the Settlement Agreement dated August 15, 2008 is a good faith settlement under the laws of the State of Illinois and that TOTAL is therefore protected from joint tortfeasor claims as set forth in the Order dated December 10, 2008.

Dated:  New York, New York
        December 12, 2008

**J. MICHAEL McMAHON**

BY:     **Clerk of Court**

        _____
        **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____