

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

Master File No. 1:00-1898
MDL 1358 (SAS)

JUDGE SCHEINDLIN

**This document relates to:**

*Albertson Water District v. Amerada Hess Corp., et al. (08-CV-9618, previously 07-CV-2406)*
*City of Glen Cove Water District v. Amerada Hess Corp., et al. (08-CV-9622, previously 07-CV-2403)*
*City of Greenlawn Water District v. Amerada Hess Corp., et al. (08-CV-9619, previously 07-CV-2407)*
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al. (08-CV-7764)*
*Plainview Water District v. Amerada Hess Corp., et al. (08-CV-9669, previously 08-CV-0278)*
*Riverhead Water District v. Amerada Hess Corp., et al. (08-CV-7766)*
*Town of Huntington/Dix Hills v. Amerada Hess Corp., et al. (08-CV-9620, previously 07-CV-2405)*
*City of Homosassa Water District v. Amerada Hess Corp., et al. (07-CV-00113)*
*City of Crystal River v. Amerada Hess Corp., et al. (07-CV-00120)*
*City of Inverness Water District v. Amerada Hess Corp., et al. (07-CV-00114)*
*Tampa Bay Water District v. Amerada Hess Corp., et al. (07-CV-0516)*

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 1.4, Ropes & Gray LLP, current New York counsel of record for defendant Huntsman Petrochemical Corporation, seeks an order for substitution of counsel. Huntsman Petrochemical Corporation is currently represented by John C. Ertman and Mark A. Greenwood, of Ropes & Gray LLP, and Alan L. Sullivan and Amber M. Mettler, of Snell & Wilmer LLP. Huntsman Petrochemical Corporation has consented to representation by Robert L. Joyce and Sarah J. Edwards, of Littleton Joyce Ughetta Park & Kelly LLP. Robert L. Joyce and Sarah J. Edwards, of Littleton Joyce Ughetta Park & Kelly LLP, have accepted representation of Huntsman Petrochemical Corporation. Alan L. Sullivan and Amber M.

Mettler, of Snell & Wilmer LLP, current co-counsel of record, will continue to represent Huntsman Petrochemical Corporation.

FORMER COUNSEL

Dated: December 9, 2008

ROPES & GRAY LLP

By: _____
John C. Ertman
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Mark A. Greenwood
Ropes & Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948

NEW COUNSEL

Dated: December 9, 2008

LITTLETON JOYCE UGHETTA PARK & KELLY LLP

By: _____
Robert L. Joyce, Esq.
Littleton Joyce Ughetta Park & Kelly LLP
The Centre at Purchase
One Manhattanville Road, Suite 302
Purchase, NY 10577

Sarah J. Edwards, Esq.
Littleton Joyce Ughetta Park & Kelly LLP
39 Broadway, 34th Floor
New York, NY 10006

IT IS THEREFORE ORDERED, that Littleton Joyce Ughetta Park & Kelly LLP may substitute in for Ropes & Gray LLP as counsel for Huntsman Petrochemical Corporation.

Dated: 12/22/08

By: _____
The Honorable Shira A. Scheindlin
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, a true and correct copy of the foregoing was served on all counsel of record and on plaintiffs' counsel by electronic filing via LexisNexis File & Serve.

*[signature]*
Alan L. Sullivan
Amber M. Mettler
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004

9317038