Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methy Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation  MDL No. 1358 (SAS): M21-88

This document relates to:

*Albertson Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9618
*City of Glen Cove Water Department v. Amerada Hess Corp., et al.*, Case No. 08-CV-9622
*Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9619
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-7764
*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9667
*Riverhead Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-7766
*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9620
*South Huntington Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9621

**Stipulation To Extend Plaintiffs' Time To Respond to Non-TSCA Defendants'
<u>Motion to Dismiss</u>**

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                     Doc. 2203

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiffs in the above referenced actions and the defendants participating in the Non-TSCA Defendants' Motion to Dismiss, by and between their respective counsel, that:

Plaintiffs' time to respond to Defendants' Motion to Dismiss is extended to January 5, 2009 and Defendants shall serve their reply by January 13, 2009.

The Non-TSCA Defendants represent that they made efforts to contact other defendants in the above-referenced actions and that no such defendants raised any objection to this Stipulation.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/08

Dated:   New York, New York
         December 19, 2008

By: /s/ William J. Dubanevich  
William J. Dubanevich, Esq.  
Napoli Bern Ripka & Associates LLP  
Attorneys for Plaintiff  
350 Fifth Avenue, Suite 7413  
New York, New York 10018  
(212) 267-3700

By: /s/ Steven L. Leifer (WJD) by email permission  
Steven L. Leifer  
Baker Botts LLP  
On Behalf of "Moving" Non-TSCA Defendants  
1299 Pennsylvania Ave., N.W.  
Washington, DC 20004-2400  
(202) 639-7723

SO ORDERED.

/s/  
U.S.D.J.  
12/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re: Methy Tertiary Butyl Ether ("MTBE")   Master File No. 1:00-1898
Products Liability Litigation                MDL No. 1358 (SAS): M21-88

------------------------------------------------------------------X

*Albertson Water District v. Amerada Hess Corp., et al.,* Case No. 08-CV-9618
*City of Glen Cove Water Department v. Amerada Hess Corp., et al.,* Case No. 08-CV-9622
*Greenlawn Water District v. Amerada Hess Corp., et al.,* Case No. 08-CV-9619
*Manhasset-Lakeville Water District b. Amerada Hess Corp., et al.,* Case No. 08-CV-7764
*Plainview Water District v. Amerada Hess Corp., et al.,* Case No. 08-CV-9667
*Riverhead Water District v. Amerada Hess Corp., et al.,* Case No. 08-CV-7766
*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.,*
Case No. 08-CV-9620
*South Huntington Water District v. Amerada Hess Corp., et al.,* Case No. 08-CV-962
------------------------------------------------------------------X
===================================================================================
## STIPULATION
===================================================================================
NAPOLI BERN RIPKA & ASSOCIATES, LLP
*Attorneys for* : Plaintiff
3500 Sunrise Hwy. T-207
Great River, NY 11739
(212) 267-3700
===================================================================================

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and/or 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c).

Attorney name:
===================================================================================
Service of a copy of the within                           is hereby admitted.
Dated,

Attorney(s) for
===================================================================================

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY

that the within is a (certified) true copy of an        duly entered in the    office of the
clerk of the within named court on _____ 200__.
☐ NOTICE OF SETTLEMENT
that an order       of which the within is a true copy, will be presented for settlement to the
HON_____, one of the judges of the within named Court, at _____ on
_____, 200___ at_____ O'clock ___.M.

Dated,

Yours, etc.

NAPOLI BERN RIPKA & ASSOCIATES, LLP