UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.,* 07 Civ. 10470 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

SHIRA A. SCHEINDLIN, U.S.D.J.:

<u>CASE MANAGEMENT ORDER NO. 44</u>

This Case Management Order sets forth preliminary procedures for initial discovery in the above-captioned case (hereinafter the "*Puerto Rico* case"). Additional discovery will be addressed in subsequent orders.
In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation     Doc. 2205

I.  DISCOVERY CURRENTLY UNDERWAY

   A.  In November 2008, the parties served responses to initial discovery. The parties are currently reviewing those responses to assess their sufficiency and to determine what additional discovery is required.

   B.  Any disputes over the sufficiency of the responses served to date shall be referred to Special Master Warner.

II.  FURTHER DISCOVERY REPORT AND PLANNING

   A.  By January 15, 2009, the parties shall meet and confer and identify the nature, scope and availability of relevant electronic data in the possession of the parties. The

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/08

parties shall endeavor to formulate a plan and schedule for a fair, prompt, mutual exchange of such data.

B.  The parties shall report to the Court on the status of discovery and proposals for additional discovery at a hearing scheduled for February 26, 2009. Prior to February 26, 2009, the parties shall meet and confer to discuss the next stage of discovery ~~they propose~~ or taking account of the discovery responses the parties produced pursuant to section I of this CMO. Any disputes over the scope and timing of said proposed discovery shall be referred to Special Master Warner.

C.  To the extent practical, the parties shall endeavor to coordinate discovery requests so as to avoid duplicative requests by different parties on the same side. Nothing in this order shall limit or preclude the ability and right of any party to take additional discovery, subject to any applicable orders of the Court or the Special Master.

## III. EXCLUSIONS

A.  The provisions of this Order allowing or requiring discovery shall not apply to any defendant that has filed, or timely does file, an objection to personal jurisdiction, while such objection is pending.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
December __, 2008