UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

Master File No. 1:00-1898
MDL 1358 (SAS)

**This document relates to:**

*Albertson Water District v. Amerada Hess Corp., et al. (08-CV-9618, previously 07-CV-2406)*
*City of Glen Cove Water District v. Amerada Hess Corp., et al. (08-CV-9622, previously 07-CV-2403)*
*City of Greenlawn Water District v. Amerada Hess Corp., et al. (08-CV-9619, previously 07-CV-2407)*
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al. (08-CV-7764)*
*Plainview Water District v. Amerada Hess Corp., et al. (08-CV-9669, previously 08-CV-0278)*
*Riverhead Water District v. Amerada Hess Corp., et al. (08-CV-7766)*
*Town of Huntington/Dix Hills v. Amerada Hess Corp., et al. (08-CV-9620, previously 07-CV-2405)*
*City of Homosassa Water District v. Amerada Hess Corp., et al. (07-CV-00113)*
*City of Crystal River v. Amerada Hess Corp., et al. (07-CV-00120)*
*City of Inverness Water District v. Amerada Hess Corp., et al. (07-CV-00114)*
*Tampa Bay Water District v. Amerada Hess Corp., et al. (07-CV-0516)*

---

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Mark A. Greenwood a member of Ropes & Gray LLP withdraws as counsel for defendant Huntsman Petrochemical Corporation. Alan L. Sullivan

3740993_1.DOC

and Amber M. Mettler, of Snell & Wilmer LLP, current co-counsel of record, will continue to represent Huntsman Petrochemical Corporation in this matter.

Dated: New York, New York
December 9, 2008

Mark A. Greenwood
Ropes & Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
E-mail: Mark.Greenwood@RopesGray.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2008, a true and correct copy of the foregoing was served on all counsel of record and on plaintiffs' counsel by electronic filing via LexisNexis File & Serve.

John C. Ertman
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
E-mail: John.Ertman@RopesGray.com