# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**In Re: Methyl Tertiary Butly Ether ("MTBE")
Products Liability Litigation**

**Master File No. 1:00-1989
MDL 1358 (SAS)
M21-88**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/09

**This Document Relates To:**

*Our Lady of the Rosary Chapel v. Amerada Hess
Corp., et al.*, **Case No. 04-CV-1718**

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

    The Plaintiff and the settling defendants, Giant Industries, Inc., Western Refining, Inc.,

Western Refining Yorktown, Inc. formerly known as Giant Yorktown, Inc., Western Refining

Company, L.P., and Western Refining Southwest, Inc., formerly known as Giant Industries

Arizona, Inc. and formerly doing business as Giant Refining Company ("Settling Defendants"),

have advised the Court that they have resolved the matters between them and agreed to the entry

of this Stipulated Order of Dismissal of the claims against the Settling Defendants identified

above, as indicated by the signatures of the respective counsel below.  This Court finds that this

Stipulated Order of Dismissal should be entered, with the findings included below.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the Parties to this Stipulation and over the subject matter

    of this action.  The Parties to this Stipulation have advised the Court of their agreement to

    settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated

    Order of Dismissal.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation   Doc. 2211

**EXHIBIT 2**

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Date: _____1/6/09_____

SO ORDERED:

_____

Judge_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND ACCEPTED BY:

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: 214-523-6267
Facsimile: 214-520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: 212-558-5505
Facsimile: 212-558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*

1686050v1

_____
Robert F. Redmond, Jr.
Clement D. Carter
Gray B. Broughton
WILLIAMS MULLEN
1021 E. Cary Street
Richmond, VA 23219
Telephone: 804-783-6931
Facsimile: 804-783-6507
rredmond@williamsmullen.com
ccarter@williamsmullen.com
gbroughton@williamsmullen.com

*Attorneys on behalf of Settling Defendants*