

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL         Master File No. 1:00-1898
ETHER PRODUCTS LIABILITY            MDL 1358 (SAS)
LITIGATION                          M21-88

This document pertains to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-00312

------------------------------------------------------- X

### STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

A/72795676.1

dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until December 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including March 31, 2009 for Rosemore Inc.

Dated:  December 31, 2008                **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
Ben M. Krowicki (BK0640)
One State Street
Hartford, CT  06103-3178
T: 860.240.2700
F: 860.240.2818
ben.krowicki@bingham.com

Evan J. Benanti (EB1202)
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
T: 617.951.8000
F: 617.951.8736
evan.benanti@bingham.com

Jessica S. Boar (JB5755)
399 Park Avenue
New York, NY  10022-4689

T: 212.705.7000
F: 212.752.5378
jessica.boar@bingham.com

*Attorneys for Rosemore Inc.*


**Anne Milgram**
**Attorney General of New Jersey**

BY:  /s/ Richard F. Engel
    Richard F. Engel
    Deputy Attorney General


**COHN, LIFLAND, PEARLMAN,**
**HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
    Leonard Z. Kaufmann
    Park 80 Plaza West-One
    Saddle Brook, NJ 07663
    T: 201.845.9600
    F: 201.845.9423
    lzk@njlawfirm.com

*Attorney for Plaintiffs*


**IT IS SO ORDERED:**

Dated: 1/8/09

_____
U.S.D.J.

-3-

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 31st day of December 2008.

/s/ Ben M. Krowicki