Se*[handwritten]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00 – 1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88

**This document relates to the following case:**
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050

USDC *[illegible]*
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/09

[PROPOSED] ORDER APPROVING SETTLEMENT
OF ACTION ON BEHALF OF INFANTS

Upon reading and filing the notice of motion dated January 12, 2009 and the affidavit of Michael and Cheryl Shrieve, the parents and natural guardians of Richard Shrieve and Derrike Shrieve, the infants, executed on January 4, 2009; and the affirmation of Tracey L. O'Reilly, Esq., executed on January 12, 2009;

Now, on motion of Miller, Axline & Sawyer and The Sarcone Law Firm, PLLC, co-counsel and attorneys for Plaintiffs Michael Shrieve, Cheryl Shrieve, Richard Shrieve, and Derrike Shrieve, it is ORDERED

1.     Michael and Cheryl Shrieve, as the parents having legal custody of the infants, Richard Shrieve and Derrike Shrieve, be and are hereby authorized and permitted to compromise and settle the above-captioned action (the "Action") for and on behalf of Richard Shrieve and Derrike Shrieve, against Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) ("Sunoco") for an amount to be determined by the Honorable Samuel G. Fredman, the special Settlement Master retained by Plaintiffs to allocate the Aggregate Settlement Payment from Sunoco ("Settlement Payment") to the Plaintiffs in full settlement and discharge of four actions, including this action: *Armstrong, et al., v. Sunoco, Inc., et al.*, 2003-3717 (Supreme Court of the State of New York,

Orange County); *Abrevaya, et al. v. Sunoco, Inc. et al.*, 2003-7403 (Supreme Court of the State of New York, Orange County); *Tonneson, et al. v. Sunoco, Inc., et al.*, (United States District Court, Southern District of New York); and *Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050 (United States District Court, Southern District of New York).

2.  Within 30 days of entry of this Order Michael and Cheryl Shrieve, as the parents having legal custody of the infants, Richard Shrieve and Derrike Shrieve, shall move this Court for an order dismissing Richard Shrieve and Derrike Shrieve's claims against Defendant Sunoco with prejudice.

3.  After this Court enters an Order dismissing, with prejudice, all Plaintiffs' claims against Defendant Sunoco in this action and after the Effective date has occurred pursuant to the terms of the Confidential Settlement Agreement, Sunoco shall cause the Aggregate Settlement Payment to be paid to the Attorney Trust Account of Duane C. Miller, Esq., which shall be transferred to the Attorney Trust Account of the Settlement Master after deduction of attorneys' fees and costs and which shall be allocated to each Plaintiff pursuant to the Settlement Agreement and as determined by the Settlement Master.

Dated Jan. 23, 2009
New York, New York

Hon. Shira A. Scheindlin, U.S.D.J.