

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88**

**This document relates to the following case:**
*Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050

---

### [PROPOSED] ORDER APPROVING SETTLEMENT OF ACTION ON BEHALF OF INFANTS

Upon reading and filing the notice of motion dated January 12, 2009 and the affidavit of Stacy Camacho, the parent and natural guardian of Elizabeth Guadalupe and Luis Guadalupe, the infants, executed on January 4, 2009; and the affirmation of Tracey L. O'Reilly, Esq., executed on January 12, 2009;

Now, on motion of Miller, Axline & Sawyer and The Sarcone Law Firm, PLLC, co-counsel and attorneys for Plaintiffs Stacy Camacho, Elizabeth Guadalupe, and Luis Guadalupe, it is ORDERED

1.  Stacy Camacho, as the parent having legal custody of the infants, Elizabeth Guadalupe and Luis Guadalupe, be and is hereby authorized and permitted to compromise and settle the above-captioned action (the "Action") for and on behalf of Elizabeth Guadalupe and Luis Guadalupe, against Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) ("Sunoco") for an amount to be determined by the Honorable Samuel G. Fredman, the special Settlement Master retained by Plaintiffs to allocate the Aggregate Settlement Payment from Sunoco ("Settlement Payment") to the Plaintiffs in full settlement and discharge of four actions, including this action: *Armstrong, et al., v. Sunoco, Inc., et al.*, 2003-3717 (Supreme Court of the State of New York,

Orange County); *Abrevaya, et al. v. Sunoco, Inc. et al.*, 2003-7403 (Supreme Court of the State of New York, Orange County); *Tonneson, et al. v. Sunoco, Inc., et al.*, (United States District Court, Southern District of New York); and *Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050 (United States District Court, Southern District of New York).

2. Within 30 days of entry of this Order Stacy Camacho, as the parent having legal custody of the infants, Elizabeth Guadalupe and Luis Guadalupe, shall move this Court for an order dismissing Elizabeth Guadalupe and Luis Guadalupe's claims against Defendant Sunoco with prejudice.

3. After this Court enters an Order dismissing, with prejudice, all Plaintiffs' claims against Defendant Sunoco in this action and after the Effective date has occurred pursuant to the terms of the Confidential Settlement Agreement, Sunoco shall cause the Aggregate Settlement Payment to be paid to the Attorney Trust Account of Duane C. Miller, Esq., which shall be transferred to the Attorney Trust Account of the Settlement Master after deduction of attorneys' fees and costs and which shall be allocated to each Plaintiff pursuant to the Settlement Agreement and as determined by the Settlement Master.

Dated JAN. 23, 2009
New York, New York

Hon. Shira A. Scheindlin, U.S.D.J.