USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No.: 1:00 - 1898
MDL 1358 (SAS)
M21-88

This document Relates to:

*Basso, et al. v. Sunoco, Inc., et al.* 30 Civ. 9050

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 1.4, Peter D. Hoffman, Law Offices of Peter D. Hoffman, current counsel of record, Duane C. Miller, Miller, Axline & Sawyer, and John A. Sarcone, III, The Sarcone Law Firm seek an order granting substitution of counsel for record for the following plaintiffs Chris and Tracie DeSpirito in the *Basso, et al.* matter. Plaintiffs have consented to representation by Duane C. Miller and John A. Sarcone in this matter. Duane C. Miller, Miller, Axline & Sawyer, and John A. Sarcone, III, The Sarcone Law Firm have accepted representation of these plaintiffs.

Duane C. Miller, and John A. Sarcone are currently counsel of record for other plaintiffs in the *Basso, et al.* matter and plaintiffs in the *Tonneson, et al. v. Sunoco, Inc., et al.* matter both pending before Judge Shira A. Scheindlin as part of the Multi-District MTBE litigation.

Respectfully submitted,

**FORMER COUNSEL:**

LAW OFFICES OF PETER D. HOFFMAN, ESQ.

Date: _____   By: _____/s/ Peter D. Hoffman_____
Peter D. Hoffman, Esq.
Law Offices of Peter D. Hoffman, PC
100 Katonah Avenue
Village Commons East, 2nd Floor
Katonah, New York 10536
P: (914) 232-2242 / F: (914) 232-2245

1

**NEW COUNSEL:**

THE SARCONE LAW FIRM, PLLC

Date: 1-12-09

By: _____
John A. Sarcone, III
The Sarcone Law Firm, PLLC
222 Bloomingdale Road, Suite 301
White Plains, New York 10605
P: (914) 686 - 8200/F: (914) 686 - 8988

MILLER, AXLINE & SAWYER, PC

Date: Jan. 22, 2009

By: _____
Duane C. Miller, Esq.
Miller, Axline & Sawyer, PC
1050 Fulton Road, Suite 100
Sacramento, California 95825-4272
P: (916) 488-8866 / F: (916) 488-4288

**IT IS SO ORDERED**

12/23/09
Date

_____
Honorable Shira A. Scheindlin
United States District Judge

2

I certify that I consent to the proposed substitution of counsel:

Date: 1/12/09    CHRIS DESPIRITO
By: _____

Date: 1/12/09    TRACIE DESPIRITO
By: _____