UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

----------------------------------------------------------X

**This Document Relates To**:

*City of New York v. Hess Corporation, et al.,* No.
04-CV-3417

----------------------------------------------------------X

Master File No. 1:00-1898
**MDL NO. 1358 (SAS)**
M21-88

## ORDER

The deadline for defendants Ultramar Ltd. or Ultramar Energy Inc. to file a summary judgment motion not requiring expert evidence is hereby extended from January 19, 2009 to ~~February 26,~~ ~~April 20,~~ 2009. March 9,

Signed this the ~~26~~ 9 day of ~~January~~ February, 2009.

Shira A. Scheindlin
United States District Judge