UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation
------------------------------------------------------------x

This Document Relates to:
*Citrus Heights Water District, Del Paso Manor
Water District, Fair Oaks Water District, Florin
Resource Conservation District, Rio Linda Elverta
Community Water District and California-
American Water Company, Plaintiffs in People of
the State of California v. Atlantic Richfield Co., et
al., 04 Civ. 4972*

------------------------------------------------------------x

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88



## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiffs Citrus Heights Water District, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Rio Linda Elverta Community Water District and California-American Water Company ("Plaintiffs") Motion for Voluntary Dismissal Without Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), hereby grants the motion and dismisses without prejudice Plaintiffs' action as to Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation, Kern Oil & Refining Co., 7-Eleven, Inc and Circle-K Stores, Inc., with each party to bear its own costs. This Order dismisses without prejudice all remaining claims in this action; however, this dismissal is without prejudice to the rights of California-American Water Company to pursue its pending claims in the action captioned,

*California-American Water Company v. Atlantic Richfield et al.*, Case No. 04-Civ 4974 (SAS).

Dated: February 18, 2009

Hon. Shira A. Scheindlin