UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X   Master File No. 1:00 - 1898
                                     :   MDL No. 1358 (SAS)
In re: Methyl Tertiary Butyl Ether ("MTBE") :
Products Liability Litigation        :   ORDER ADMITTING COUNSEL
                                     :   PRO HAC VICE
                                     :
--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X

This Document Relates To:  All Cases

## ORDER

The Court has considered the unopposed request of Sunoco, Inc. and Sunoco, Inc. (R&M) to admit *pro hac vice* Daniel A. Eisenberg, Esq. of Beveridge & Diamond, P.C., and the request is hereby **GRANTED**;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Daniel A. Eisenberg, Esq. is admitted to practice before this Court *pro hac vice* on behalf of Sunoco, Inc. and Sunoco, Inc. (R&M) in this civil action upon the deposit of the required $25 fee to the Clerk of this Court.

Dated: 2/19/09

[Signature]

The Honorable Shira A. Scheindlin
United States District Judge

1212186v1  Washington 011786

Beveridge and Diamond P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005-3311
(202) 789-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/09