UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Master File No. 1:00-01898<br>MDL 1358 (SAS)<br>M21- 88<br><br>**NOTICE OF APPEARANCE**<br><br>ECF FILED |

   PLEASE TAKE NOTICE that Grace Chan hereby appears as counsel for Defendants El Paso Merchant Energy-Petroleum Company (f/k/a Coastal Refining & Marketing, Inc.) and Coastal Eagle Point Oil Company.

   I certify that I am admitted to practice in this Court.

Dated: New York, New York
   February 20, 2009

                Respectfully submitted,


                /s/ Grace Chan
                Grace Chan (GC-9357)
                HOWREY LLP
                Citigroup Center
                153 East 53rd Street, 54th Floor
                New York, NY 10022
                (212) 896-6500 (Tel.)
                (212) 896-6501 (Fax)
                ChanG@howrey.com


                *Attorneys for Defendants El Paso*
                *Merchant Energy-Petroleum Company*
                *(f/k/a Coastal Refining & Marketing, Inc.)*
                *and Coastal Eagle Point Oil Company*

## **CERTIFICATE OF SERVICE**

This is to certify that, on February 20, 2009, Defendants El Paso Merchant Energy-Petroleum Company (f/k/a Coastal Refining & Marketing, Inc.) and Coastal Eagle Point Oil Company's filed a Notice of Appearance for Grace Chan, dated February 20, 2009, which was served electronically on all counsel of record via Lexis-Nexis File and Serve.


                                                /s/ Grace Chan