UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-01898
MDL 1358 (SAS)
(M21-88)

---

**This Document Relates to: All Cases**

---

**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE***

The Court has considered the unopposed request to admit *pro hac vice* Debra S. Rosen, Esq., of Archer & Greiner, P.C., to represent third-party witness Leggette, Brashears & Graham and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND** DECREED that Debra S. Rosen, Esq. is hereby admitted to practice before this Court *pro hac vice* on behalf of the above named entity and in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of Court.

Dated: February 25, 2009

_____
The Honorable Shira A. Scheindlin
United States District Judge

3851237v1

