UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/09
```

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document pertains to:

*Village of Island Lake v. Ashland Inc., et al.*
Case No. 04-CV-02053

Master File No. 1:00-1898

MDL No. 1358 (SAS)

M21-88

### [PROPOSED] ORDER GRANTING DEFENDANT CROWN CENTRAL, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Upon consideration of the Motion of defendant Crown Central, LLC, successor by merger to Crown Central Petroleum Corporation ("Crown") for Determination of Good Faith Settlement, the Memorandum submitted in support thereof and the accompanying Declaration, including Exhibit 1 thereto, the Court enters this Order as follows:

The Settlement Agreement dated September 5, 2008 between Crown and plaintiff, the Village of Island Lake, was executed in good faith within the meaning of § 740 ILCS 100/2 of the Illinois Compiled Statutes and the cases interpreting that statute. Therefore, any future claims for contribution or equitable indemnity brought against Crown for damages alleged by the Village of Island Lake will be barred.

Accordingly, pursuant to Federal Rule of Civil Procedure 54(b), and there being no just cause for delay, Crown's Motion for Determination of Good Faith Settlement is hereby GRANTED. The clerk is directed to enter judgment on the issue of the determination that the Settlement Agreement dated September 5, 2008 is a good faith settlement under the law of the State of Illinois and that Crown is therefore protected from joint tortfeasor claims as set forth herein.

A/72778226.1

-2-

Dated: Feb 25, 2009
New York, New York

SO ORDERED:

Honorable Shira A. Scheindlin