USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/09

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*New Jersey American Water Company Inc. v. ExxonMobil Corporation, et al.*<br><br>(04-CV-1726) | MDL 1358<br>Master File C.A. No. 1:00-1898 (SAS)<br>M21 - 88 |

<u>Case Management Order No.</u> 49

| DISCOVERY/TOPIC | DEADLINE |
|---|---|
| Plaintiff identifies Experts & Topics | May 25, 2009 |
| Defendant identifies Experts & Topics | June 8, 2009 |
| Plaintiff serves Expert Reports | June 29, 2009 |
| Defendant serves Expert Reports | July 29, 2009 |
| Plaintiff serves Expert Rebuttal Reports | August 13, 2009 |
| Fact and Expert Discovery closes | September 17, 2009 |
| Plaintiff serves deposition designations | September 11, 2009 |
| Defendants serve objections and counter-designations | September 15, 2009 |
| Dispositive Motions filed | September 11, 2009 |
| Opposition Briefs to Dispositive Motions | October 1, 2009 |
| Reply Briefs in Support of Dispositive Motions | October 16, 2009 |

1

|  |  |
|---|---|
| Plaintiff Expert and Fact Witness and Exhibit List | September 30, 2009 |
| Defendant Expert and Fact Witness and Exhibit List | October 15, 2009 |
| Transfer to United States District Court for District of New Jersey | November 15, 2009 |

Dated: February 26, 2009
     New York, New York

IT IS SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
United States District Court (S.D.N.Y.)