USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/09

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Incorporated Village of Sands Point v. ExxonMobil Corporation et al.*<br><br>(04-CV-3416) | MDL 1358<br>Master File C.A. No. 1:00-1898 (SAS)<br>M21 - 88 |

Case Management Order No. 50

| DISCOVERY/TOPIC | DEADLINE |
|---|---|
| Plaintiff identifies Experts & Topics | May 25, 2009 |
| Defendant identifies Experts & Topics | June 8, 2009 |
| Plaintiff serves Expert Reports | June 29, 2009 |
| Defendant serves Expert Reports | July 29, 2009 |
| Plaintiff serves Expert Rebuttal Reports | August 13, 2009 |
| Fact and Expert Discovery closes | September 17, 2009 |
| Plaintiff serves deposition designations | September 11, 2009 |
| Defendants serve objections and counter-designations | September 15, 2009 |
| Dispositive Motions filed | September 25, 2009 |
| Opposition Briefs to Dispositive Motions | October 15, 2009 |
| Reply Briefs in Support of Dispositive Motions | October 30, 2009 |

1

|  |  |
|---|---|
| Plaintiff Expert and Fact Witness and Exhibit List | September 30, 2009 |
| Defendant Expert and Fact Witness and Exhibit List | October 15, 2009 |
| *Motions in Limine* | October 16, 2009 |
| Opposition Papers of *Motions in Limine* | October 30, 2009 |
| Reply Papers in Support of *Motions in Limine* | November 6, 2009 |
| Exchange of Pre-Trial Orders | November 9, 2009 |
| File Joint Proposed Pre-Trial Order | November 23, 2009 |
| Jury Questionnaire | November 23, 2009 |
| Trial Begins | December 9, 2009 |

Dated: February __ 2009
       New York, New York

IT IS SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
United States District Court (S.D.N.Y.)

2