UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
IN RE: METHYL TERTIARY BUTYL                             :
ETHER ("MTBE") PRODUCTS                                  :   ORDER
LIABILITY LITIGATION                                     :
                                                         :
-------------------------------------------------------- :   Master File No. 1:00-1898
                                                         :   MDL 1358 (SAS)
This document relates to:                                :   M21-88
                                                         :
*All cases.*                                             :
                                                         :
-------------------------------------------------------- :
                                                         X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

     The Clerk of Court is directed to close the following motions on the master docket for MDL 1358, No. 00 Civ. 1898: ## 1841, 1971, 1976, 1978, 1981, 1984, 1986, 1988, 1990, 1992, 2056, 2057, 2078, 2067, 2078, 2100, 2109, 2127, and 2200.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
         March 6, 2009