UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :  **ORDER**
LIABILITY LITIGATION                                    :
                                                        :  **Master File No. 1:00-1898**
-------------------------------------------------------- :  **MDL 1358 (SAS)**
                                                        :  **M21-88**
**This document relates to:**                           :
                                                        :
*Tonneson, et al. v. Sunoco, Inc., et al.*, 03          :
Civ. 8248.                                              :
                                                        :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to close the following motions in 08 Civ. 8248: ## 79, 84, 86, 89, 92, 94, 96, 98, 100, 104, 105, 107, 116, 166, and 170.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 6, 2009