UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS           :  **ORDER**
LIABILITY LITIGATION                       :
-------------------------------------------------------  :  Master File No. 1:00-1898
:  MDL 1358 (SAS)
**This document relates to:**                    :  M21-88
:
Basso, et al. v. Sunoco, Inc., et al., 03 Civ.  :
9050.
:
:
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to close the following motions in 08 Civ. 9050: ## 70, 75, 77, 80, 83, 85, 87, 89, 91, 95, 96, 98, 105, 111, 162, 168, 170, and 178.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
             March 6, 2009