```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :   ORDER
LIABILITY LITIGATION                                    :
                                                        :   Master File No. 1:00-1898
----------------------------------------------------    :   MDL 1358 (SAS)
                                                        :   M21-88
This document relates to:                               :
                                                        :
Town of East Hampton v. AGIP Inc. et al.,               :
03 Civ. 10056.                                          :
                                                        :
------------------------------------------------------- X
```

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to close the following motions in 03 Civ. 10056: # 56.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        March 6, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09