UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS          : ORDER
LIABILITY LITIGATION             :
-------------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
This document relates to:        : M21-88
:
City of New York v. Amerada Hess Corp., :
04 Civ. 3417.                    :
:
-------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of Court is directed to close the following motions in 04 Civ. 3417: #34, 52. In addition, the Clerk of Court is directed to close the following motions, for which there is no docket number: (a) Motion to dismiss, filed on 1/23/06 by Exxon Mobil Corporation and (b) Motion for Joinder, filed on 5/8/07 by Giant Yorktown, Inc.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        March 6, 2009