UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
IN RE: METHYL TERTIARY BUTYL                             :
ETHER ("MTBE") PRODUCTS                                  :   **ORDER**
LIABILITY LITIGATION                                     :
                                                         :   Master File No. 1:00-1898
-------------------------------------------------------- :   MDL 1358 (SAS)
                                                         :   M21-88
**This document relates to:**                            :
                                                         :
*Plainview Water District v. Amerada Hess*               :
*Corp. et al.*, 08 Civ. 278.                             :
                                                         :
-------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

The Clerk of Court is directed to close the following motions in 08 Civ. 278: ## 2, 15, 32.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       March 6, 2009