UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

All Cases
-----------------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.

### ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for the *pro hac vice* admission of:

Thomas P. Gressette Jr., Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
tgressette@rpwb.com

and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Thomas P. Gressette Jr., is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25.00 fee to the Clerk of this Court.

Dated: March 10, 2009

The Honorable Shira A. Scheindlin
United States District Judge

ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/09