UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*This Document Related to All Cases*

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

---------------------------------------------------------------- x

### ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. and to admit *pro hac vice* Khara A. A. Coleman and Christopher J. Esbrook of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Khara A.A. Coleman and Christopher J. Esbrook are admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

DATED: March 10, 2009

The Honorable Shira A. Scheindlin
United States District Judge