# KING & SPALDING

King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, Texas 77002-5213
www.kslaw.com

Robert E. Meadows
Attorney
Direct Dial: (713) 276-7329
Direct Fax: (713) 751-3290
RMeadows@kslaw.com



March 6, 2009

**VIA ELECTRONIC MAIL AND UNITED PARCEL SERVICE OVERNITE**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

C/O Seth Ard, Clerk,
seth_ard@nysd.uscourts.gov

Re:   Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
      *Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.,* Case No. 08-
      CV-7764 and *Riverhead Water District v. Amerada Hess Corp., et al.,* Case No.
      08-CV-7766

Dear Judge Scheindlin:

Mr. Steve Leifer has advised that the Court would have the TSCA Defendants state for the record in the above referenced cases whether they oppose the non-TSCA Defendants' Motion to Dismiss, and whether TSCA Defendants object to dismissal of the non-TSCA claims that have been asserted against them in these matters. The TSCA Defendants, identified below, do not oppose dismissal of the non-TSCA claims as against any party. As in *Suffolk County Water Authority*, it is our position that TSCA does not provide a basis for exercising supplemental jurisdiction over the state law claims against any of the Defendants, because the state law claims are not so closely related to the TSCA claim as to comprise the same case or controversy. We, therefore, support the dismissal of all non-TSCA claims against both the non-TSCA and the TSCA Defendants.

Respectfully submitted,

*Robert E. Meadows*
Robert E. Meadows
*Counsel for the Chevron Defendants*

TSCA Defendants:
Lyondell Chemical Company

696038

*The Clerk is directed to docket this letter.*
*So Ordered.*
3/9/09

The Honorable Shira A. Scheindlin
March 6, 2009
Page 2


Chevron USA Inc.
Chevron Corporation
Texaco Inc.
Texaco Refining and Marketing Inc.
TMR Company
Shell Oil Company
Shell Oil Products Company, LLC
Shell Trading (US) Company
Equilon Enterprises, LLC
Exxon Mobil Corporation

REM/mvh
cc:     All Counsel of Record (via LNFS)