UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-01898
MDL 1358 (SAS)
(M21-88)

---

**This Document Relates to:**

*American Distilling and Manuf. Co., Inc. v. Amerada Hess Corp., et al.*; 04-Civ-1719 (CT)
*Our Lady of Rosary Chapel v. Amerada Hess Corp., et al.*; 04-Civ-1718 (CT)
*Town of East Hampton v. Amerada Hess, et al.*; 04-Civ-1720 (CT)
*United Water Connecticut, Inc. v. Amerada Hess Corporation, et al.*; 04-Civ-1721 (CT)
*Escambia County Utilities Authority v. Adcock Petroleum Inc., et al.*; 04-Civ-1722 (FL)
*Village of Island Lake (City of Crystal Lake) v. Amerada Hess Corp., et al.*; 5:07-Civ-00120 (IL)
*City of Mishawaka v. Amerada Hess Corporation, et al.*; 04-Civ-2055 (IN)
*City of Rockport v. Amerada Hess Corporation, et al.*; 04-Civ-1724 (IN)
*City of South Bend, Indiana v. Amerada Hess Corporation, et al.*; 04-Civ-2056 (IN)
*North Newton School Corporation v. Amerada Hess Corporation, et al.*; 04-Civ-2057 (IN)
*Town of Campbellsburg, Indiana v. Amerada Hess Corporation, et al.*; 04-Civ-4990 (IN)
*City of Galva, et al. v. Amerada Hess Corporation, et al.*; 04-Civ-1723 (IA)
*Chisholm Creek Utility Authority v. Alon USA Energy, Inc., et al.*; 04-Civ-2061 (KS)
*City of Bel Aire, County of Sedwick WA v. Alon USA Energy, Inc., et al.*; 04-Civ-2062 (KS)
*City of Dodge City, Kansas v. Alon USA Energy, Inc., et al.*; 04-Civ-2060 (KS)
*City of Park City v. Alon USA Energy, Inc., et al.*; 04-Civ-2059 (KS)
*City of Marksville v. Alon USA Energy, Inc., et al.*; 04-Civ-3412 (LA)
*Town of Rayville v. Alon USA Energy, Inc., et al.*; 04-Civ-3413 (LA)
*City of Lowell v. Amerada Hess Corporation, et al.*; 05-Civ-10175 (MA)
*Town of Billerica, et al. v. Amerada Hess Corporation, et al.*; 1:05-Civ-12611-RCL (MA)
*Town of Duxbury, et al. v. Amerada Hess, et al.*; 04-Civ-1725 (MA)
*Town of Lakeville, et al. v. Atlantic Richfield Company, et al.*; 07 CA 11244 RGS (MA)
*Town of Middleborough, et al. v. Amerada Hess Corporation, et al.*; 06-Civ-10548 RCL (MA)
*City of Vineland MUD v. Amerada Hess Corporation, et al.*; 05-Civ-03940-JAG-GDH (NJ)
*New Jersey American Water Co. Inc., et al. v. Amerada Hess Corp., et al.*; 04-Civ-1726 (NJ)
*State of New Mexico v. Amerada Hess Corporation, et al.*; 6:06-380 (NM)
*County of Nassau v. Amerada Hess Corp., et al.*; 04-Civ-9543 (NY)
*County of Suffolk, et al. v. Amerada Hess, et al.*; 04-Civ-5424 (NY)
*Franklin Square Water District v. Amerada Hess corporation, et al.*; 04-Civ-5423 (NY)
*Hicksville Water District v. Amerada Hess corporation, et al.*; 04-Civ-5421 (NY)
*Incorporated Village of Sands Point v. Amerada Hess, et. al.*; 04-Civ-3416 (NY)
*Long Island Water Corporation v. Amerada Hess, et al.*; 03-Civ-10051; (NY)
*Port Washington Water District v. Amerada Hess Corporation, et al.*; 04-Civ-3415 (NY)
*Roslyn Water District v. Amerada Hess corporation, et al.*; 04-Civ-5422 (NY)

*Town of Wappinger v. Amerada Hess Corporation, et al.*; 04-Civ-2388 (NY)
*United Water New York Inc. v. Amerada Hess Corporation, et al.*; 04-Civ-2389 (NY)
*Village of Pawling v. Amerada Hess Corporation, et al.*; 04-Civ-2390 (NY)
*Water Authority of Great Neck North v. Amerada Hess Corporation, et al.*; 04-Civ-1727 (NY)
*Water Authority of Western Nassau v. Amerada Hess, et al.*; 03-Civ-9544 (NY)
*Northampton, Bucks County Municipal Auth. v. Amerada Hess Corp., et al.*; 04-Civ-6993 (PA)
*Craftsbury Fire District #2 v. Amerada Hess, et al.*; 04-Civ-3419 (VT)
*Town of Hartland, et al. v. Amerada Hess Corporation, et al.*; 04-Civ-2072 (VT)
*Buchanan County School Board v. Amerada Hess Corporation, et al.*; 04-Civ-3418 (VA)
*Greensville Co. Water & Sewer Authority v. Amerada Hess Corp., et al.*; 04-Civ-0854 (VA)
*Patrick County School Board v. Amerada Hess Corporation, et al.*; 04-Civ-2070 (VA)
*Town of Matoaka v. Amerada Hess, et al.*; 04-Civ-3420 (WV)
*Brenda Abrahamson, et al. v. Amerada Hess Corporation, et al.*; 1:06-Civ-332 (WI)
*Capitol Credit Union v. Amerada Hess Corporation, et al.*; 1:06-Civ-331 (WI)
*Coffey Insurance Services v. Amerada Hess Corporation, et al.*; 1:06-Civ-329 (WI)
*Freedom Sanitary District #1 v. Amerada Hess Corporation, et al.*; 1:06-Civ-330 (WI)
*St. Nicholas Parish v. Amerada Hess Corporation, et al.*; 1:06-Civ-328 (WI)
*Town of Freedom v. Amerada Hess Corporation, et al.*; 1:06-Civ-333 (WI)

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)

Plaintiffs in the above styled causes of action, hereby move pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss with prejudice all claims asserted against defendants TOTAL Petrochemicals USA, Inc., ATOFINA Petrochemicals, Inc., Fina Oil and Chemical Company, TOTAL Delaware, Inc. and TOTAL Holdings USA, Inc. (collectively, "TOTAL"), with each party to bear its own costs.

The Parties have advised the Court that they have resolved all matters between themselves pursuant to the Settlement Agreement and the Release and Indemnity Agreement entered into on August 15, 2008. Plaintiffs accordingly wish to dismiss all claims asserted against TOTAL with prejudice.

Thus, pursuant to the Court's directive at the October 30, 2008 Status Conference, Plaintiff respectfully moves this Court for an order granting voluntary dismissal with prejudice

of this action against TOTAL pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

Dated March _12_, 2009,

Robin Greenwald
Weitz & Luxenberg P.C.
180 Maiden Lane
New York, NY  10038
Tel (212) 558-5500
Fax (212) 244-5461

Cary McDougal
Baron & Budd, P.C.
3102 Oak Lane Avenue
Suite 1100
Dallas, Texas  75219-4281
Tel. (214) 521-3605

*Attorneys for Plaintiffs*