UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-01898
Products Liability Litigation  MDL 1358 (SAS)
  (M21-88)

**This Document Relates to:**

*American Distilling and Manuf. Co., Inc. v. Amerada Hess Corp., et al.*; 04-Civ-1719 (CT)
*Our Lady of Rosary Chapel v. Amerada Hess Corp., et al.*; 04-Civ-1718 (CT)
*Town of East Hampton v. Amerada Hess, et al.*; 04-Civ-1720 (CT)
*United Water Connecticut, Inc. v. Amerada Hess Corporation, et al.*; 04-Civ-1721 (CT)
*Escambia County Utilities Authority v. Adcock Petroleum Inc., et al.*; 04-Civ-1722 (FL)
*Village of Island Lake (City of Crystal Lake) v. Amerada Hess Corp., et al.*; 5:07-Civ-00120 (IL)
*City of Mishawaka v. Amerada Hess Corporation, et al.*; 04-Civ-2055 (IN)
*City of Rockport v. Amerada Hess Corporation, et al.*; 04-Civ-1724 (IN)
*City of South Bend, Indiana v. Amerada Hess Corporation, et al.*; 04-Civ-2056 (IN)
*North Newton School Corporation v. Amerada Hess Corporation, et al.*; 04-Civ-2057 (IN)
*Town of Campbellsburg, Indiana v. Amerada Hess Corporation, et al.*; 04-Civ-4990 (IN)
*City of Galva, et al. v. Amerada Hess Corporation, et al.*; 04-Civ-1723 (IA)
*Chisholm Creek Utility Authority v. Alon USA Energy, Inc., et al.*; 04-Civ-2061 (KS)
*City of Bel Aire, County of Sedwick WA v. Alon USA Energy, Inc., et al.*; 04-Civ-2062 (KS)
*City of Dodge City, Kansas v. Alon USA Energy, Inc., et al.*; 04-Civ-2060 (KS)
*City of Park City v. Alon USA Energy, Inc., et al.*; 04-Civ-2059 (KS)
*City of Marksville v. Alon USA Energy, Inc., et al.*; 04-Civ-3412 (LA)
*Town of Rayville v. Alon USA Energy, Inc., et al.*; 04-Civ-3413 (LA)
*City of Lowell v. Amerada Hess Corporation, et al.*; 05-Civ-10175 (MA)
*Town of Billerica, et al. v. Amerada Hess Corporation, et al.*; 1:05-Civ-12611-RCL (MA)
*Town of Duxbury, et al. v. Amerada Hess, et al.*; 04-Civ-1725 (MA)
*Town of Lakeville, et al. v. Atlantic Richfield Company, et al.*; 07 CA 11244 RGS (MA)
*Town of Middleborough, et al. v. Amerada Hess Corporation, et al.*; 06-Civ-10548 RCL (MA)
*City of Vineland MUD v. Amerada Hess Corporation, et al.*; 05-Civ-03940-JAG-GDH (NJ)
*New Jersey American Water Co. Inc., et al. v. Amerada Hess Corp., et al.*; 04-Civ-1726 (NJ)
*State of New Mexico v. Amerada Hess Corporation, et al.*; 6:06-380 (NM)
*County of Nassau v. Amerada Hess Corp., et al.*; 04-Civ-9543 (NY)
*County of Suffolk, et al. v. Amerada Hess, et al.*; 04-Civ-5424 (NY)
*Franklin Square Water District v. Amerada Hess corporation, et al.*; 04-Civ-5423 (NY)
*Hicksville Water District v. Amerada Hess corporation, et al.*; 04-Civ-5421 (NY)
*Incorporated Village of Sands Point v. Amerada Hess, et. al.*; 04-Civ-3416 (NY)
*Long Island Water Corporation v. Amerada Hess, et al.*; 03-Civ-10051; (NY)
*Port Washington Water District v. Amerada Hess Corporation, et al.*; 04-Civ-3415 (NY)
*Roslyn Water District v. Amerada Hess corporation, et al.*; 04-Civ-5422 (NY)

*Town of Wappinger v. Amerada Hess Corporation, et al.*; 04-Civ-2388 (NY)
*United Water New York Inc. v. Amerada Hess Corporation, et al.*; 04-Civ-2389 (NY)
*Village of Pawling v. Amerada Hess Corporation, et al.*; 04-Civ-2390 (NY)
*Water Authority of Great Neck North v. Amerada Hess Corporation, et al.*; 04-Civ-1727 (NY)
*Water Authority of Western Nassau v. Amerada Hess, et al.*; 03-Civ-9544 (NY)
*Northampton, Bucks County Municipal Auth. v. Amerada Hess Corp., et al.*; 04-Civ-6993 (PA)
*Craftsbury Fire District #2 v. Amerada Hess, et al.*; 04-Civ-3419 (VT)
*Town of Hartland, et al. v. Amerada Hess Corporation, et al.*; 04-Civ-2072 (VT)
*Buchanan County School Board v. Amerada Hess Corporation, et al.*; 04-Civ-3418 (VA)
*Greensville Co. Water & Sewer Authority v. Amerada Hess Corp., et al.*; 04-Civ-0854 (VA)
*Patrick County School Board v. Amerada Hess Corporation, et al.*; 04-Civ-2070 (VA)
*Town of Matoaka v. Amerada Hess, et al.*; 04-Civ-3420 (WV)
*Brenda Abrahamson, et al. v. Amerada Hess Corporation, et al.*; 1:06-Civ-332 (WI)
*Capitol Credit Union v. Amerada Hess Corporation, et al.*; 1:06-Civ-331 (WI)
*Coffey Insurance Services v. Amerada Hess Corporation, et al.*; 1:06-Civ-329 (WI)
*Freedom Sanitary District #1 v. Amerada Hess Corporation, et al.*; 1:06-Civ-330 (WI)
*St. Nicholas Parish v. Amerada Hess Corporation, et al.*; 1:06-Civ-328 (WI)
*Town of Freedom v. Amerada Hess Corporation, et al.*; 1:06-Civ-333 (WI)

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(2)

The Court, having considered Plaintiffs' Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby grants Plaintiffs' motion and dismisses with prejudice Plaintiffs' action as to defendants TOTAL Petrochemicals USA, Inc., ATOFINA Petrochemicals, Inc., Fina Oil and Chemical Company, TOTAL Delaware, Inc. and TOTAL Holdings USA, Inc. (collectively, "TOTAL"). This Order dismisses with prejudice all remaining claims in this action as to TOTAL.

Dated March ____, 2009,

                                                                    Hon. Shira A. Scheindlin