USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER    Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION          MDL 1358 (SAS)
                                        M21-88

This document pertains to:

*This Document Related to All Cases*

---------------------------------------------------------------- x

### ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. and to admit *pro hac vice* Khara A. A. Coleman and Christopher J. Esbrook of Kirkland & Ellis LLP, and the request is hereby GRANTED.  ___ East Randolph Drive, Chicago, IL 60601   312-861-2000

It is hereby ORDERED that Khara A.A. Coleman and Christopher J. Esbrook are admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

DATED: March 16, 2009

The Honorable Shira A. Scheindlin
United States District Judge