UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
:
IN RE: METHYL TERTIARY BUTYL         :
ETHER ("MTBE") PRODUCTS              :    ORDER TO AMEND
LIABILITY LITIGATION                 :
:
----------------------------------------------------   :    Master File No. 1:00-1898
:    MDL 1358 (SAS)
This document relates to:            :    M21-88
:
*All Cases*                          :
------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is hereby directed to amend the caption of the order in *In Re Methyl Tertiary Butyl Ether Products Liability Litigation*, No. 00 Civ. 1898, which was entered on March 16, 2009 (document no. 2299), to read as follows: "CASE MANAGEMENT ORDER # *51*" (change in italics).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 17, 2009