USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
Products
Liability Litigation
This document pertains to:
*City of New York v. Amerada Hess Corp., et al.*, Case Civil Action No. 04-CV-3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST IRVING OIL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New York and Defendants Irving Oil Corporation and Irving Oil Limited ("Irving Oil"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Irving Oil as set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own attorney's fees and costs. Plaintiff reserves all other rights as against all other defendants.

Dated: 3/16 , 2009

Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

Dated: 2/20 , 2009

Susan M. Campbell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
campbels@hugheshubbard.com

*Attorneys for Defendants Irving Oil
Corporation and Irving Oil Limited*

SO ORDERED:-

_____

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____March 18, 2009_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In Re: Methyl Tertiary Butyl Ether**
**Products**                                          **Master File No. 1:00-1898**
**Liability Litigation**                              **MDL 1358 (SAS)**
**This document pertains to:**                        **M21-88**
*City of New York v. Amerada Hess Corp., et*          **Civil Action**
*al.*, **Case Civil Action No. 04-CV-3417**

### NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New

York and Defendants Irving Oil Corporation and Irving Oil Limited ("Irving Oil"), hereby move

the Court to enter the attached Stipulation and Order dismissing all claims against Irving Oil as

set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007 with prejudice.

The parties have agreed to a settlement agreement and final resolution of all matters in

controversy between them and the executed Stipulation and Order of Dismissal. The parties

have agreed to bear their own attorney's fees and costs.

Dated: ____3/17____, 2009

Respectfully submitted,

_____
Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

_____
Susan M. Campbell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
campbels@hugheshubbard.com

*Attorneys for Defendants Irving Oil*
*Corporation and Irving Oil Limited*