
# SHER·LEFF LLP
LAWYERS PROTECTING WATER

Kristin Meyers
kmeyers@sherleff.com
415.348.8300 x104

March 13, 2009

*Via Federal Express*

Cashier's Office
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
       *Pro Hac Vice* Admission of Joshua G. Stein

Dear Clerk:

Enclosed please find check number 3578 payable to "Clerk, USDC, SDNY" in the amount of $25.00. This check covers the *pro hac vice* admission fee for Joshua G. Stein of Sher Leff LLP. I have also enclosed the proposed order regarding his admission for your reference.

Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Kristin Meyers
Legal Secretary

Encls.

450 Mission Street, Suite 400 • San Francisco, California 94105  **tel** (415) 348-8300  **fax** (415) 348-8333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88
ECF Case

------------------------------------------------------------X

This Document Relates To:

*City of New York v. Amerada Hess Corp., et al.,*
**Case No. 04-CIV-3417**

------------------------------------------------------------X

## ORDER TO ADMIT JOSHUA STEIN AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Plaintiff the City of New York for the *pro hac vice* admission of Joshua G. Stein of Sher Leff LLP, 450 Mission Street, Suite 400, San Francisco, CA 94105, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Joshua G. Stein is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: March 18, 2009

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE