UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL  :
ETHER ("MTBE") PRODUCTS       :   ORDER
LIABILITY LITIGATION          :
------------------------------------------------- :   Master File No. 1:00-1898
:   MDL 1358 (SAS)
This document relates to:     :   M21-88
:
*All cases.*                    :
:
------------------------------------------------- :
X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Clerk of Court is directed to close the following motions on the master docket for MDL 1358, No. 00 Civ. 1898: ## 2090, 2092, 2155, 2185.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
March 20, 2009