UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | Master File No: 1:00CV1898 MDL 1358 (SAS) |
| This document pertains to all cases. | ORDER GRANTING ADMISSION OF DELIRIS ORTIZ-TORRES |

### ORDER

This Court has considered the unopposed request of Total Petroleum Puerto Rico and Total Oil, Inc., to admit Deliris Ortiz-Torres of Sepulvado & Maldonado, PSC, and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Deliris Ortiz-Torres, Esq, is admitted to practice before this Court *pro hac vice* on behalf of Total Petroleum Puerto Rico Corporation and Atlantic Trading Marketing, Inc. (formerly known as Total Oil, Inc.) in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

DATED: 4/2/09

Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09