UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

**IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document pertains to:**

*New Jersey Department of Environmental
Protection, et al. v. Atlantic Richfield Co., et
al.,*
Case No. 08-CV-00312

------------------------------------------------- X

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until December 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until March 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including June 30, 2009 for Rosemore Inc.

Dated:  March 31, 2009                    **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
      Ben M. Krowicki (BK0640)
      One State Street
      Hartford, CT  06103-3178
      T: 860.240.2700
      F: 860.240.2818
      ben.krowicki@bingham.com

      Evan J. Benanti (EB1202)
      Bingham McCutchen LLP
      One Federal Street
      Boston, MA 02110

A/72916988.1

T: 617.951.8000
F: 617.951.8736
evan.benanti@bingham.com

*Attorneys for Rosemore Inc.*


**Anne Milgram**
**Attorney General of New Jersey**

BY:   /s/ Richard F. Engel _
     Richard F. Engel
     Deputy Attorney General


**COHN, LIFLAND, PEARLMAN,**
**HERRMANN & KNOPF, L.L.P.**

By:  /s/ Leonard Z. Kaufmann _
     Leonard Z. Kaufmann
     Park 80 Plaza West-One
     Saddle Brook, NJ 07663
     T: 201.845.9600
     F: 201.845.9423
     lzk@njlawfirm.com

*Attorney for Plaintiffs*


**IT IS SO ORDERED:**

Dated: April 14, 2009

_____
U.S.D.J.

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 31st day of March 2009.

/s/ Ben M. Krowicki

A/72916988.1