UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*City of New York v. Amerada Hess Corp., et al.,*
Case No. 04-CV-3417

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

-----------------------------------------------------------X

### DEFENDANT GULF OIL LIMITED PARTNERSHIP'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS

PLEASE TAKE NOTICE that Defendant Gulf Oil Limited Partnership, by and through its attorneys, Goodwin Procter LLP, will move this Court at a date and time to be determined at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an order pursuant to Fed. R. Civ. P. 56(c) granting summary judgment in its favor on Plaintiff City of New York's claims.

Dated: New York, NY
April 20, 2009

Respectfully submitted,

By: _____ (PCM)
Christopher J. Garvey (CG 3328)
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333
E-Mail: cgarvey@goodwinprocter.com

*Attorney for Defendant Gulf Oil Limited Partnership*

## CERTIFICATE OF SERVICE

I certify, that on April 20, 2009, a true copy of the foregoing DEFENDANT GULF OIL LIMITED PARTNERSHIP'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS was served electronically on liaison counsel for Plaintiffs and Defendants, and also by Lexis Nexis File and Serve on all counsel of record in this action.

Christopher J. Garvey (RCM)