# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation<br><br>This Document Relates To:<br><br>County of Suffolk, et al. v. Amerada Hess Corp., et al.<br>No. 04-CV-5424<br><br>United Water of New York, Inc. v. Amerada Hess Corp., et al.<br>No. 04-CV-2389<br><br>City of New York v. Amerada Hess Corp., et al.<br>No. 04-CV-3417 | MDL No. 1358 (SAS) |

## DECLARATION OF GULF OIL LIMITED PARTNERSHIP PURSUANT TO CASE MANAGEMENT ORDER NO. 4

Gulf Oil Limited Partnership ("GOLP") declares the following:[1]

1. Pursuant to Section III(B)(1)(c)(i) of Case Management Order No. 4, GOLP declares that it has no site remediation files in its possession, custody or control related to any release or spill of gasoline within the Relevant Geographic Area covered by the focus case of *City of New York v. Amerada Hess Corp., et al.*, 04-CV-3417.

2. Pursuant to Section III(B)(1)(c)(ii) of Case Management Order No. 4, GOLP declares that it does not own and has not owned, does not operate and has not operated, and does

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning as set forth in the Court's October 19, 2004 Case Management Order No. 4.

LIBA/1440179.3

not lease and has not leased any gasoline stations within the Relevant Geographic Area covered by the focus case of *City of New York v. Amerada Hess Corp., et al.*, 04-CV-3417.

3. Pursuant to Section III(B)(1)(c)(ii) of Case Management Order No. 4, GOLP declares that the following gasoline stations are or have been subject to a retail supply contract with GOLP in the Relevant Geographic Area covered by the focus case of *City of New York v. Amerada Hess Corp., et al.*, 04-CV-3417:

| STREET | CITY | STATE | ZIP CODE | DATES |
|---|---|---|---|---|
| 200 05 Horace Harding Blvd. | Bayside | NY | 11364 | 1994 – present |
| 87-19 Rockaway Blvd. | Ozone Park | NY | 11416 | 1994 – present |
| 72-09 Main Street | Flushing | NY | 11367 | 1994 – present |
| 73 38 Cooper Ave. | Glendale | NY | 11385 | 1994 – present |
| 224-01 No. Conduit Ave. | Laurelton | NY | 11413 | 1994 – present |
| 91-01 Metropolitan Ave. | Rego Park | NY | 11374 | 2001 – present |
| 131-07 Merrick Blvd. | Springfield Gardens | NY | 11434 | 2002 – present |
| 158-05 Union Tpke. | Flushing | NY | 11366 | 1994 – 2001 |
| 166-06 Hillside Ave. | Jamaica | NY | 11432 | 1994 – 1995 |
| 187-48 Jamaica Ave. | Hollis | NY | 11423 | 1994 – 1997 |

4. Pursuant to the foundational requirements of Section III(B)(2)(a), GOLP declares that the databases and categories of documents retrievable through reasonable effort that were used to gather the information provided under Section III(B)(1)(c)(i) and (ii) consisted of the facilities database maintained by GOLP. GOLP further declares that, based on its required investigation, James D'Entremont is the person most qualified to testify on GOLP's behalf concerning the information provided under Section III(B)(1)(c)(i) and (ii).

5. Pursuant to Section III(B)(2)(a) of Case Management Order No. 4, GOLP declares that it has no information to provide under Section III(B)(2)(a)(ii) – (vi) or (viii) as those subtopics relate solely to manufacturers of neat MTBE and/or TBA and refiners.

6. Pursuant to Section III(B)(2)(a)(i) of Case Management Order No. 4, GOLP declares it has supplied gasoline containing MTBE to the following jobbers and that those jobbers are likely to have provided that gasoline to one or more of the Relevant Geographic Areas:

*County of Suffolk v. Amerada Hess, et al.*, 04-CV-5424

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Alliance Energy Corp. | 36 East Industrial Ave. | Branford | CT | 06405 |
| Benit Fuel Sales & Service Inc. | P.O. Box 1411 | Smithtown | NY | 11787 |
| Consumers Petroleum of CT, Inc. | 400 Eagles Nest Road | Bridgeport | CT | 06607 |
| Cumberland Farms, Inc. | 777 Dedham Street | Canton | MA | 02021 |
| Enka Petroleum Inc. | 1149 Old Country Road | Riverhead | NY | 11901 |
| Petroleum Supply Corp. | 3701 Bedford Avenue | Brooklyn | NY | 11229 |
| RAD Oil | 287 Bowman Avenue | Purchase | NY | 10577 |
| USA Petroleum Products | 2650 Route 112 | Medford | NY | 11763 |
| W C Esp Inc. | 2141 Main Street Box 3047 | Bridgehampton | NY | 11932 |
| Warex Terminals Corp. Inc. | 1 South Water Street | Newburgh | NY | 12550 |

*City of New York v. Amerada Hess Corp., et al.*, 04-CV-3417

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Alliance Energy Corp. | 36 East Industrial Ave. | Branford | CT | 06405 |
| Apache Oil Co, Inc. | 261 Ledyard Street | New London | CT | 06320 |
| Consumers Petroleum of CT, Inc. | 400 Eagles Nest Road | Bridgeport | CT | 06607 |
| Cumberland Farms, Inc. | 777 Dedham Street | Canton | MA | 02021 |
| Petroleum Supply Corp. | 3701 Bedford Avenue | Brooklyn | NY | 11229 |
| RAD Oil | 287 Bowman Avenue | Purchase | NY | 10577 |

| | | | | |
|---|---|---|---|---|
| Tsungas Petroleum Inc. | 301 Kinnelon Road | Kinnelon | NJ | 07405 |

*United Water New York, Inc. v. Amerada Hess Corp., et al.*, 04-CV-2389

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Alliance Energy Corp. | 36 East Industrial Ave. | Branford | CT | 06405 |
| Apache Oil Co, Inc. | 261 Ledyard Street | New London | CT | 06320 |
| Consumers Petroleum of CT, Inc. | 400 Eagles Nest Road | Bridgeport | CT | 06607 |
| Cumberland Farms, Inc. | 777 Dedham Street | Canton | MA | 02021 |
| M Spiegel & Sons Oil Corp. | 10 East Village Road | Tuxedo Park | NY | 10987 |
| Masouleh Corp. | 301 River Road | Clifton | NJ | 07014 |
| RAD Oil | 287 Bowman Avenue | Purchase | NY | 10577 |
| Warex Terminal Corp. Inc. | 1 South Water Street | Newburgh | NY | 12550 |
| Halstead Quinn Propane | 33 Hubbells Drive | Mt. Kisco | NY | 10549 |

7.  Pursuant to the foundational requirements of Section III(B)(2)(a), GOLP declares that the databases and categories of documents retrievable through reasonable effort that were used to gather the information provided under Section III(B)(2)(a)(i) consisted of the facilities database maintained by GOLP. GOLP further declares that, based on its required investigation, James D'Entremont is the person most qualified to testify on GOLP's behalf concerning the information provided under Section III(B)(2)(a)(i).

8.  Pursuant to Section III(B)(2)(a)(vii) of Case Management Order No. 4, GOLP declares that it does not refine any products. GOLP further declares that to the best of its knowledge after reasonable inquiry it is likely that GOLP sold certain gasoline products containing MTBE to jobbers who in turn distributed those products within one or more of the

Relevant Geographic Areas. With respect to those products, GOLP further declares that the associated product codes have been provided in the following format, "__/_____."

| PRODUCT NAME AND GRADE | PRODUCT CODE |
|---|---|
| 87 CONVENTIONAL | 20/321601 |
| 89 CONVENTIONAL | 25/321701 |
| 89 CONVENTIONAL | 28/321793 |
| 93 CONVENTIONAL | 30/321104 |
| OXY U/L REG 87 MTBE | 21/421601 |
| OXY U/L REG 89 MTBE | 26/421701 |
| OXY U/L REG 89 MTBE | 33/421793 |
| OXY U/L REG 93 MTBE | 31/421104 |
| 87 RFG NON-VOC | 01/621601 |
| 89 RFG NON-VOC | 05/621701 |
| 89 RFG NON-VOC | 07/621793 |
| 93 RFG NON-VOC | 15/621104 |
| 87 RFG VOC | 50/611601 |
| 89 RFG VOC | 52/611793 |
| 93 RFG VOC | 53/611104 |
| 87 OPRG | 02/721601 |
| 89 OPRG | 08/721701 |
| 89 OPRG | 10/721793 |
| 93 OPRG | 17/721104 |

9. Pursuant to the foundational requirements of Section III(B)(2)(a), GOLP declares that the databases and categories of documents retrievable through reasonable effort that were

used to gather the information provided under Section III(B)(2)(a)(vii) consisted of the billing system database maintained by GOLP. GOLP further declares that, based on its required investigation, Dennis J. Elkevich is the person most qualified to testify on GOLP's behalf concerning the information provided under Section III(B)(2)(a)(vii).

10. Pursuant to Section III(B)(2)(a)(ix) of Case Management Order 4, which requests information under the categories from the Court's June 22, 2004 "Marathon Order," as that information pertains to the Relevant Geographic Areas at issue in each focus case, GOLP declares that it has already provided the information required under category (1) of the "Marathon Order" in paragraph 3 of its November 30, 2004 declaration and paragraph 3 of this declaration. GOLP further declares that categories (2) – (7) of the "Marathon Order" are not applicable to GOLP.

Respectfully submitted,

_____
Mark E. Tully, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Christopher J. Garvey, Esq.
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212-813-8800
Facsimile: 212-355-3333

Attorneys for Gulf Oil Limited Partnership

Dated: December 29, 2004

## VERIFICATION

STATE OF MASSACHUSETTS )
) 
COUNTY OF SUFFOLK )

Alice J. Kuhne, being duly sworn, verifies:

That I am the Treasurer of Catamount Management Corporation, the sole general partner of Gulf Oil Limited Partnership. I have reviewed the Declaration of Gulf Oil Limited Partnership Pursuant to Case Management Order No. 4. I am aware of the general operations of Gulf Oil Limited Partnership and have reviewed and/or supervised the review of the relevant corporate records. To my knowledge, the information in this declaration is accurate.

Alice J. Kuhne, Treasurer
Catamount Management
Corporation, General Partner

Sworn before me this
23rd day of December, 2004

Notary Public

MARY JANE O'NEILL
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 19, 2011

LIBA/1440179.3                                7