# Exhibit 5



Sep 15 2005
2:05PM
6707408

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 01898 MDL 1358 (SAS): M21 - 88 |

This document refers to:

| | |
|---|---|
| *American Distilling and Manufacturing Co., Inc. v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1719 |
| *City of Galva, City of Ida Grove, and Sioux City v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1723 |
| *City of New York v. Amerada Hess Corp., et al.,* | No. 04 Civ. 3417 |
| *Columbia Board of Education v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1716 |
| *County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp., et al.,* | No. 04 Civ. 5424 |
| *Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1718 |
| *Town of East Hampton v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1720 |
| *United Water Connecticut, Inc. v. Amerada Hess Corp., et al.,* | No. 04 Civ. 1721 |
| *United Water New York, Inc. v. Amerada Hess Corp., et al.,* | No. 04 Civ. 2389 |

## DEFENDANT GULF OIL LIMITED PARTNERSHIP'S DISCLOSURE PURSUANT TO JUNE 9, 2005 DIRECTIVE

Defendant Gulf Oil Limited Partnership ("GOLP"), by counsel, states the following as its responses to the Organization Membership Chart provided by The Honorable Shira Scheindlin on August 12, 2005. Pursuant to Judge Scheindlin's directive, and as amplified during the discussion of the Organization membership Chart at the August 12 hearing, GOLP provides this information for the New York MTBE MDL cases in which it has been named as a defendant.

LIBA/1582684.1

| Organization Name | Month/Year Became Member | Month/Year withdrew from Membership (if Applicable) | Certain Committee participation (including names and dates of committee) |
|---|---|---|---|
| American Petroleum Institute | Not applicable | Not applicable | Not applicable |
| Oxygenated Fuels Association | Not applicable | Not applicable | Not applicable |
| MTBE Committee | Not applicable | Not applicable | Not applicable |
| Other membership | To be answered by October 17, 2005 | To be answered by October 17, 2005 | To be answered by October 17, 2005 |

Dated: September 15, 2005

GULF OIL LIMITED PARTNERSHIP

By: _____
Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 813-8800
Fax: (212) 355-3333

2

LIBA/1582684.1

## CERTIFICATE OF SERVICE

I certify that, on September 15, 2005, a copy of the foregoing **DEFENDANT GULF OIL LIMITED PARTNERSHIP'S DISCLOSURE PURSUANT TO JUNE 9, 2005 DIRECTIVE** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve to counsel for Plaintiffs and Defendants in MDL No. 1358.

*[signature]*

3

LIBA/1582684.1