# Exhibit 10



24044951
Mar 4 2009
12:13PM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MtBE") | MDL No. 1358 |
| Products Liability Litigation | Master File C.A. No. |
| | 1:00-1898 (SAS) |

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*

04 Civ. 3417

**ERRATA TO FBERUARY 6, 2008 EXPERT REPORT OF David B. Terry, P.G.**

**LEGGETTE, BRASHEARS & GRAHAM, INC.**
6 Arrow Road
Ramsey, NJ 07446

_____          February 27, 2009
**Signature**                                **Date**

# TABLE 4

Summary of Discharge Sources Used in Analyses 2

| siteID | year | address | 2004 dist (m) | v(m/yr) | head (m) | satThick (m) | unsatThick (m) | Gasoline (gal) run 1 | run 2 | run 3 | MTBE % | MtBE Mass (kg) run1 | run2 | run3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-001 | 1994 | 138-50 Hillside Ave | 531 | 53.14 | 5.35 | 29.21 | 12.66 | 150 | 150 | 150 | 11.90 | 49.18 | 49.18 | 49.18 |
| s6-001 | 1998 | | 309 | 51.58 | | | | 50 | 500 | 2,000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-001 | 2001 | | 151 | 50.51 | | | | 50 | 500 | 2,000 | 10.04 | 13.83 | 138.30 | 553.20 |
| | | | | | | | | | | | | _79.03_ | _347.68_ | _1243.19_ |
| s6-002 | 1989 | 84-02 Parsons Blvd | 310 | 20.70 | 5.64 | 16.52 | 35.14 | 30 | 30 | 30 | 2.00 | 1.65 | 1.65 | 1.65 |
| s6-002 | 1990 | | 282 | 20.17 | | | | 50 | 500 | 2,000 | 2.00 | 2.76 | 27.55 | 110.20 |
| | | | | | | | | | | | | _4.41_ | _29.20_ | _111.85_ |
| s6-003 | 1997 | 137-10 94th Ave | 478 | 68.30 | 5.03 | 28.94 | 8.93 | 50 | 500 | 2,000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-005 | 2000 | 113-21 Merrick Blvd | 177 | 44.39 | 5.25 | 19.89 | 2.29 | 50 | 500 | 2,000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-005 | 2001 | | 130 | 43.48 | | | | 50 | 500 | 2,000 | 10.04 | 13.83 | 138.30 | 553.20 |
| | | | | | | | | | | | | _27.61_ | _276.05_ | _1104.20_ |
| s6-006 | 1998 | 144-10 Hillside Ave | 314 | 52.35 | 5.43 | 18.09 | 12.31 | 50 | 500 | 2,000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-007 | 1989 | 93-05 168th St | 360 | 24.00 | 5.57 | 15.96 | 11.32 | 50 | 500 | 2,000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-008 | 1991 | 93-59 183rd St | 774 | 59.58 | 5.32 | 20.51 | 8.60 | 10 | 10 | 10 | 2.00 | 0.55 | 0.55 | 0.55 |
| s6-008 | 1992 | | 684 | 57.04 | | | | 20 | 20 | 20 | 11.90 | 6.56 | 6.56 | 6.56 |
| s6-008 | 1993 | | 612 | 55.63 | | | | 15 | 15 | 15 | 11.90 | 4.92 | 4.92 | 4.92 |
| s6-008 | 1994 | | 547 | 54.68 | | | | 10 | 10 | 10 | 11.90 | 3.28 | 3.28 | 3.28 |
| | | | | | | | | | | | | _15.30_ | _15.30_ | _15.30_ |
| s6-009 | 2000 | 165-25 Liberty Ave | 84 | 20.90 | 5.50 | 21.22 | 6.77 | 50 | 500 | 2,000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-010 | 1996 | 105-15 Merrick Blvd | 108 | 13.47 | 5.49 | 21.92 | 5.43 | 50 | 500 | 2,000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-011 | 1999 | 109-67 Sutphin Blvd | 348 | 69.60 | 4.97 | 26.35 | 4.52 | 50 | 500 | 2,000 | 10.72 | 14.77 | 147.67 | 590.67 |
| s6-012 | 1997 | 131-07 Merrick Blvd | 263 | 37.58 | 4.33 | 16.72 | 3.56 | 50 | 500 | 2,000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-012 | 2000 | | 155 | 38.73 | | | | 50 | 500 | 2,000 | 10.00 | 13.78 | 137.75 | 551.00 |
| | | | | | | | | | | | | _29.64_ | _296.44_ | _1185.75_ |
| s6-013 | 1998 | 133-02 Jamaica Ave | 381 | 63.60 | 5.20 | 28.53 | 12.96 | 50 | 500 | 2,000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-014 | 1994 | 116-60 Sutphin Blvd | 1055 | 105.49 | 4.19 | 2.60 | 2.20 | 50 | 500 | 2,000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-015 | 1990 | 162-35 N. Conduit Ave. | 766.6 | 54.73 | 1.86 | 31.35 | 3.66 | 50 | 500 | 2,000 | 2 | 2.76 | 27.55 | 110.20 |
| s6-015 | 2002 | | 317.9 | 158.80 | 1.86 | | 3.66 | 50 | 500 | 2,000 | 9.67 | 13.32 | 133.20 | 532.82 |
| | | | | | | | | | | | | _16.08_ | _160.75_ | _643.02_ |
| s6-016 | 1988 | 177-90 S. Conduit Ave. | 1724 | 107.72 | 3.19 | 17.61 | 1.99 | 50 | 500 | 2,000 | 2 | 2.76 | 27.55 | 110.20 |
| s6-016 | 1993 | | 1296 | 117.81 | 3.19 | | 1.99 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |
| | | | | | | | | | | | | _19.15_ | _191.47_ | _765.89_ |
| s6-017 | 1997 | 108-01 Atlantic Ave. | 744.6 | 106.34 | 4.18 | 27.37 | 9.96 | 50 | 500 | 2,000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-018 | 2004 | 154-10 Rockaway Blvd. | 0 | 0.00 | 1.91 | 24.51 | 1.13 | 50 | 500 | 2,000 | 0.16 | 0.22 | 2.20 | 8.82 |
| s6-019 | 1993 | 148-12 Rockaway Blvd. | 1278 | 116.17 | 3.23 | 28.93 | 2.90 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |
| s6-019 | 1996 | | 971.1 | 121.35 | 3.23 | | 2.90 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |
| | | | | | | | | | | | | _32.78_ | _327.85_ | _1311.38_ |
| s6-020 | 1997 | 156-07 Rockaway Blvd. | 672.7 | 96.06 | 2.35 | 23.27 | 1.49 | 50 | 500 | 2,000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-021 | 1987 | 104-09 Atlantic Ave. | 1714 | 100.81 | 4.92 | 29.45 | 10.62 | 50 | 500 | 2,000 | 2 | 2.76 | 27.55 | 110.20 |
| s6-021 | 1995 | | 792.2 | 88.00 | 4.92 | 29.45 | 10.62 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |
| s6-021 | 1999 | | 388.3 | 77.65 | 4.92 | 29.45 | 10.62 | 50 | 500 | 2,000 | 10.72 | 14.77 | 147.67 | 590.67 |
| | | | | | | | | | | | | _33.91_ | _339.14_ | _1356.56_ |
| s6-022 | 1991 | 161-51 Baisley Blvd | 1505 | 115.73 | 4.09 | 23.77 | 1.73 | 50 | 500 | 2,000 | 2 | 2.76 | 27.55 | 110.20 |
| s6-022 | 1992 | | 1414 | 117.82 | 4.09 | 23.77 | 1.73 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |
| s6-022 | 1998 | | 688.2 | 114.65 | 4.09 | 23.77 | 1.73 | 50 | 500 | 2,000 | 11.63 | 16.02 | 160.20 | 640.81 |
| | | | | | | | | | | | | _35.17_ | _351.68_ | _1406.70_ |
| s6-023 | 1996 | 148-27 Liberty Ave | 424 | 52.98 | 5.23 | 24.64 | 5.50 | 50 | 500 | 2,000 | 11.9 | 16.39 | 163.92 | 655.69 |

DATA FOR MODELED SPILLS -- DEFENDANT WELL LOCATIONS

| siteID | year | Defendant Well | spill ID | address | dist(m) | v(m/yr) | head(m) | satThick(m) | unsatThick(m) | Gasoline(gal) run1 | run2 | run3 | MTBE % | MtBE Mass(kg) run1 | run2 | run3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-001 | 1999 | 5 | 97-13740 | 202-06 Hillside Ave | 649 | 129.80 | 5.16941 | 25.77 | 23.82 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| D-002 | 1987 | 5 | 8701739 | 211-60 Hillside Ave | 1473 | 86.72 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1992 |  | 9111141 |  | 1342 | 111.92 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 1992 |  | 9203537 |  | 1342 | 111.92 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 2003 |  | 0212002 |  | 107 | 106.89 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 45.69 | 456.92 | 1827.67 |
| D-003 | 1990 | 5 | 9000972 | 211-02 Jamaica Ave | 1130 | 80.75 | 5.76072 | 14.78 | 15.45 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1992 |  | 9208777 |  | 1124 | 93.73 | 5.76072 | 14.78 | 15.45 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 19.15 | 191.47 | 765.89 |
| D-004 | 2006 | 5 | 0512745 | 212-01 Hillside Ave | N/A | N/A | N/A | N/A | N/A | 50 | 500 | 2000 | 0.08 | 0.11 | 1.10 | 4.41 |
| D-005 | 1993 | 22 | 9308567 | 118-02 Queens Blvd | 46 | 4.16 | 5.42544 | 118.51 | 29.32 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| D-006 | 1994 | 45 | 9402398 | 138-50 Hillside Ave | 548 | 54.87 | 5.34314 | 29.20 | 12.66 | 150 | 150 | 150 | 11.90 | 49.18 | 49.18 | 49.18 |
|  | 1994 |  | 9409159 |  | 548 | 54.87 | 5.34314 | 29.20 | 12.66 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 2001 |  | 0101410 |  | 164 | 54.69 | 5.34314 | 29.20 | 12.66 | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 79.40 | 351.40 | 1258.07 |
| D-007 | 1987 | 45 |  | 108-01 Atlantic Ave | 1678 | 98.70 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1988 |  | 8708713 |  | 1522 | 95.17 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1996 |  | 9705122 |  | 731 | 91.47 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 1997 |  |  |  | 661 | 94.36 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 37.77 | 377.71 | 1510.84 |
| D-008 | 1994 | 45 | 9410736 | 118-11 Atlantic Ave | 961 | 96.15 | 4.50799 | 28.98 | 11.31 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| D-009 | 2003 | 45 | 0308204 | 119-01 Atlantic Ave | 82 | 82.41 | 4.5659 | 29.22 | 11.41 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
| D-010 | 1997 | 45 | 9709661 | 137-10 94th Ave | 468 | 66.97 | 5.0353 | 32.44 | 8.92 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| D-011 | 2002 | 45 | 0205508 | 134-30 Atlantic Ave | 144 | 71.99 | 4.99567 | 32.12 | 9.48 | 50 | 500 | 2000 | 9.67 | 13.32 | 133.20 | 532.82 |
| D-012 | 1997 | 22 | 9712141 | 118-29 Queens blvd. | 45 | 6.47 | 5.4 | 116.65 | 21.35 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| D-013 | 1989 | 39 | 8903947 | 241-15 Hillside Ave. | 2397 | 159.92 | 9.5 | 9.20 | 21.05 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1999 |  | 9901132 |  | 841 | 168.25 | 9.5 | 9.20 | 21.05 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
|  | 2005 |  | 0412716 |  | N/A | N/A | N/A | N/A | N/A | 50 | 500 | 2000 | 0.08 | 0.11 | 1.10 | 4.41 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 17.63 | 176.32 | 705.28 |
| D-014 | 1997 | 45 | 9709205 | 133-02 Jamaica Ave | 448 | 64.06 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
|  | 1998 |  | 9806342 | 133-02 Jamaica Ave | 380 | 63.32 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
|  | 2000 |  | 0003462 | 133-02 Jamaica Ave | 246 | 61.66 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 45.66 | 456.64 | 1826.57 |
| D-015 | 1989 | 45 | 8907942 | 138-50 Jamaica Ave. | 895 | 59.71 | 5.28 | 29.05 | 11.95 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1995 |  | 9505050 | 138-50 Jamaica Ave. | 491 | 54.58 | 5.28 | 29.05 | 11.95 | 40 | 40 | 40 | 11.90 | 13.11 | 13.11 | 13.11 |
|  | 1998 |  | 9801767 | 138-50 Jamaica Ave. | 317 | 52.81 | 5.28 | 29.05 | 11.95 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 31.89 | 200.87 | 764.13 |

**TABLE 5**