# Exhibit 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*City of New York v. Amerada Hess Corp., et al.,*
Case No. 04-CV-3417

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

## AFFIDAVIT OF CRAIG D. BYERLEE

I, CRAIG D. BYERLEE, depose and state as follows:

1. I am the Branding & Contracts Manager at Gulf Oil Limited Partnership ("GOLP"). I submit this affidavit in support of GOLP's Motion for Summary Judgment.

2. GOLP supplied gasoline to the service station at 241-15 Hillside Avenue, Bellerose, NY, starting on or about March 25, 2004. GOLP did not have a supply relationship with the station at 241-15 Linden Boulevard, Bellerose, NY, prior to March 25, 2004.

I DECLARE UNDER PENALTY OF PERJURY THIS 20TH DAY OF APRIL, 2009, THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Craig D. Byerlee

LIBA/1990256.1