# Exhibit 14


23676002
Feb 8 2009
12:36AM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MtBE") Products Liability Litigation | MDL No. 1358<br>Master File C.A. No.<br>1:00-1898 (SAS) |

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*

04 Civ. 3417

**EXPERT REPORT OF**    Donald K. Cohen, CPG

**Marnie A. Bell, P.E.**

Malcolm Pirnie, Inc.

2701 Queens Plaza North, Suite 800

Long Island City, NY 11101

_____     February 7, 2009

_____     February 7, 2009

**Signature**                                                        **Date**

**Figure 7-9: Station 6 Composite Capture Zone**



Source: Spill data from Toxics Targeting database (2008).

- 6/24/1992 – The discharge line at this ExxonMobil station failed and was reported as NYSDEC spill number 9203537. The spill report states that groundwater was affected (Toxics Targeting database, 2008).

- 3/5/2003 – A NYSDEC spill report was filed for spill number 0212002. An unknown amount of gasoline was reported to have spilled due to equipment failure. Impacted soil was discovered beneath the dispensers nos. 1 and 2 during routine maintenance activities (GSC, 2003). The NYSDEC spill report indicates that groundwater was affected (Toxics Targeting database, 2008).

- 3/29/2004 – 4/6/2004 GSC managed the installation of 4 onsite groundwater monitoring wells (MW-1 to MW-4) and 4 soil borings (SB-1 to SB-4). All of the soil boring samples showed volatile organic compounds (VOCs) below detection limits (BDL) and below NYSDEC Recommended Soil Cleanup Objectives (RSCOs). BTEX concentrations in all of the groundwater samples were BDL. One monitoring well, MW-1, had MTBE concentrations detected above the NYSDEC groundwater standards at 27.2 µg/L. The other three monitoring wells MTBE levels were below NYSDEC groundwater standards (GSC, 2004a).

- 7/7/2004 - Subsurface Investigation Report (SIR) requested the spill case be closed because VOCs were not detected in the soils beneath the spill area and the deep groundwater table found at 80 fbg (GSC, 2004a).

- 7/16/2004 – A laboratory Analytical Report by GSC found MTBE at low levels of 4.8 µg/L, 2.3 µg/L, and 2.2 µg/L in MW-1, MW-2, and MW-3 respectively (Test America, 2004).

- 8/16/2004 – Site Status Update Report for May through July 2004. Based on levels of MTBE and other VOCs in the groundwater below NYSDEC standards, GSC requested, on behalf of ExxonMobil, that the case be closed (GSC, 2004b).

- This case was closed by NYSDEC on 8/18/2004 (Toxics Targeting database, 2008).

**Discussion and Opinion**

The groundwater flow model and backward particle tracking shows that the surge of MTBE detected in Well 5 in 1999 and 2004 could have in part been a result of gasoline spills that occurred at this ExxonMobil service station. However, the low concentration of MTBE reported and the distance from Well 5 make it less likely that this Exxon Station would be a major contributor to the MTBE contamination at Well 5.

**ExxonMobil SS#3-7315, 202-06 Hillside Ave (Spill #9713740)**

Toxics Targeting database (2008), FOIL (NYSDEC, 2007a), and defendant-supplied site remediation documents (2007) were used to evaluate this site.

There is a discrepancy with the location of this spill and site remediation. NYSDEC Spill #9713740 was originally reported to have occurred at 202-06 Hillside Avenue. In 2004, the NYSDEC reported that the same spill number occurred at 206-06 Hillside Ave when




**Discussion and Opinion**

This retail gasoline station has had a confirmed and documented history of persistent MTBE release related to equipment failure and leaking underground storage tanks. Gasoline, as free product, was found on the water table beneath the site, and MTBE concentrations of over 1000 ppb were detected in the monitoring wells on site. Although remediation was proposed for this site, it was apparently never conducted, and the accompanying groundwater monitoring data clearly indicate the potential for off-site migration of an MTBE contaminated groundwater plume.

This site is clearly contributing to the widespread and persistent presence of MTBE in the aquifers. Its distance from Well 5 and the timing of the releases makes it a likely source of the MTBE detected in Well 5 for one if not both MTBE peak concentrations detected in Well 5. I reserve the right to revisit or modify my opinions about this site should additional information become available.

**Getty #232, 211-02 Jamaica Ave (Spill # 9000972, 9208777)**

Toxics Targeting database (2008) and defendant-supplied site remediation files (2007) were reviewed for the analysis of this spill.

Spill #9000972 was reported to the NYSDEC on April 26, 1990. It refers to a gasoline spill at a Getty gas station where six (6) 550-gallon USTs failed a tightness test, six (6) 550-gallon USTs failed a tightness test with a gross leak, and one (1) tank was leaking very badly and had to be emptied (Toxics Targeting database, 2008). As of 12/1/1997, MTBE had been found in 5 of the 9 monitoring wells (Tyree, 1997b).

**Table 7-8** shows MTBE concentrations detected in groundwater monitoring wells at this site.




**Discussion and Opinion**

The lack of data does not allow an opinion to be drawn, but the data indicate the presence of MTBE in the soil at this site.

**212-02 Jamaica Ave (Spill #8906835)**

Toxics Targeting database (2008) spill reports were used to evaluate this site.

NYSDEC Spill #8906835 reported that three (3) 4000-gallon USTs failed a tightness test. One super unleaded failed with a leak rate of -.061gph. The second and third were regular unleaded that failed at rates of -.966 gph and -.690 gph. The Toxics Targeting database report (2008) stated that the spill did not meet cleanup requirements but was closed due to a lack of recent information.

**Discussion and Opinion**

No opinion can be drawn regarding potential impact to Well 5.

### 7.3.1.4.  Conclusions and Opinions Regarding Well 5

The presence of MTBE in Well 5 has been persistent throughout the sampling record. The MTBE concentrations have remained steadily between approximately 0.5 ppb and 1.7 ppb, and show two distinct peaks, indicating a recurring impact from one or more of several sources within the capture zone of this well. Although a distinct source or sources cannot be clearly identified, several sites as previously discussed, have the potential to have impacted Well 5. To summarize, the sites are:

- Exxon Mobil    211-60 Hillside Avenue
- Exxon Mobil    202-06 Hillside Avenue    Station #3-7315
- Getty          211-02 Jamaica Avenue     Station #232
- Sunoco         188-06 Hillside Avenue
- Getty          206-06 Jamaica Avenue     Station #58012

The lack of clear and distinct source identification, in conjunction with the persistence of MTBE at Well 5, only emphasizes the lack of sufficient investigative data regarding not only the reported releases, but highlights the potential for impacts from unreported MTBE and gasoline releases throughout the entire NYC Groundwater System.

### 7.3.2.  Well 22

Well 22 is located in Kew Gardens at 84-70 127th St. Well 22 is specifically included in future plans for use of the NYC Groundwater System, as documented in the GWMP and in the Dependability Strategy.




### 7.3.2.1. MTBE Detection in Well 22

**Figure 7-22** shows the pumping history and timetable of MTBE concentration detected for Well 22.  MTBE was only detected once in Well 22 on July 20, 2005 at 0.61 µg/L.  Only nine raw water samples have been collected from this well and analyzed for MTBE concentrations.

**Figure 7-22:  Well 22 Pumping and MTBE Detection History 1976 to 2008**



Source:  see **Appendix A** for pumping history and water quality data.

### 7.3.2.2. Modeling of Well 22 Capture Zone

**Figure 7-23** shows the groundwater flow model generated historical capture zone for Well 22.  Since there was only one detection of MTBE in Well 22 on July 20, 2005, the backward particle tracking routine used that date as the sole starting point.  The size and shape of the capture zone is based on the actual historic pumping record for Well 22 and surrounding wells in the NYC Groundwater System.

### 7.3.2.3. Sources of MTBE In and Around Well 22 Capture Zone

Although there are no reported releases from gasoline stations within the historical capture zone of Well 22, MTBE was detected in the well, albeit only once.  There are several gasoline stations along Metropolitan Avenue, some of which have reported spills in close proximity to the downgradient edge of the Well 22 capture zone.  There are additional gas stations or other reported spill sites upgradient of the Well 22 capture zone.

New York City Law Department
MTBE Expert Report



7-65