# Exhibit 16

```
                              Beckett040109-Rough.txt
0004
 1
 2              THE MATERIAL CONTAINED IN THIS ASCII FILE
 3    IS AN UNCERTIFIED TRANSCRIPT OF THE DEPOSITION OF
 4    GERRY D. BECKETT, TAKEN ON APRIL 1, 2009, AT
 5    SHEPPARD MULLIN RICHTER & HAMPTON, FOUR EMBARCADERO
 6    CENTER, SEVENTEENTH FLOR, SAN FRANCISCO, CA 94111,
 7    AND IT HAS NOT BEEN REVIEWED OR PROOFREAD BY THE
 8    COURT REPORTER.  ANY REFERENCE TO PAGE AND LINE
 9    NUMBERS WILL NOT BE ACCURATE.
10              UNDER CCP 2025 (R)(2), THIS TRANSCRIPT MAY
11    NOT BE USED, CITED, OR TRANSCRIBED AS THE CERTIFIED
12    TRANSCRIPT, NOR MAY IT BE CITED OR USED IN ANY WAY
13    OR AT ANY TIME TO REBUT OR CONTRADICT THE CERTIFIED
14    TRANSCRIPT.
15                         --oOo--
16    BY MR. STACK:
17         Q.   Good morning, Mr. Beckett.
18         A.   Good morning.
19         Q.   You recognize you're still under oath,
20    sir?
21         A.   I do.
22         Q.   With respect to today's proceeds, I will
23    have a few hours of questions.  I don't know how
24    quickly part of it's going to go I know my
25    colleagues in the room will have questions.  And
0005
 1    you've heard that we questions and we will move as
 2    expeditiously as possible, and we also have lunch
 3    brought in so we can turn things around pretty
 4    quickly.
 5              Yesterday, you mentioned a Mr. Christian
 6    Zarn and he worked for you; am I correct?
 7         A.   Yes.
 8         Q.   What is Mr. Zarn's educational background?
 9         A.   I'll get you his C.V. he had -- his most
10    recent position was at Komex H20 Science, and he was
11    an environmental scientist and analyst there.
12         Q.   And educational background, you don't have
13    to recite this encyclopedically for sure, but do you
14    have a general understanding of what his training
15    is, is he an engine, is he a hydrogeologist, a
16    geologist?
17         A.   I didn't bring him on for that training.
18    I brought him on for his experience in looking
19    through documentation pertaining to environmental
20    sites.
21         Q.   And with regard to his experience, do you
22    know whether Mr. Zarn has experience designing and
23    implementing site investigation remediation for
24    service stations?
25         A.   No, I don't.
0006
 1         Q.   With respect to Mr. Zarn, do you know if
 2    he has any experience relative to the State of New
 3    York Department of Environmental Conservation
 4    guidelines and regulations as they pertain to
 5    service station sites and releases of gasoline with
 6    MTBE?
 7         A.   No, I don't know.
 8         Q.   Do you know if Mr. Zarn has any experience
 9    actually conducting a site investigation at a site
10    in New York where there was a release of gasoline
                                 Page 1
```

Beckett040109-Rough.txt

```
17   altered the flux rate so as to eliminate any future
18   impacts of MTBE in nearby receptors?
19        A.   I did not do that analysis, no.
20        Q.   With respect to the work that you
21   performed in this case, did you form any opinion to
22   any degree of scientific or engineering certainly as
23   to whether or not remediation at these sites would
24   have reduced the concentration of MTBE in the water
25   system to eliminate any future impacts to receptors?
0094
 1        A.   No.
 2        Q.   As you sit here today, do you know with
 3   regard to the 33 sites, whether any of them had have
 4   had any releases which as a result of remediation
 5   would have had an enhanced removal which would have
 6   eliminated any impacts occurring in wells 20 years
 7   from now?
 8        A.   I'm not sure I understand the question,
 9   but let me --
10        Q.   No, let me -- let me --  let me clarify.
11             You understand that with respect to
12   station 6, station 6 is not going to start up by the
13   current projections at the earliest until 2017 or
14   eight years from now.  Did you assess as part of
15   this evaluation or remediation as to whether or not
16   any remediation at any of the sites identified as
17   potentially averaging station number 6 would really
18   have an effect on whether or not contamination from
19   that particular source was going to result in
20   detectible concentrations of MTBE at station 6 in
21   the future?
22        A.   No, that analysis is done by Mr. Terry and
23   Mr. Coten hen, so I didn't do any analysis point.
24        Q.   And what I'm -- and I'm -- I'm missing my
25   point.
0095
 1             I -- mr. Terry and Mr. Cohen do -- or
 2   attempt to do some deterministic modeling and
 3   project what future concentrations of MTBE may be
 4   expected in these wells.
 5             What I'm asking you is when you evaluated
 6   the investigation, remediation at these 33 sites,
 7   and particularly those which were related to
 8   potential impacts to well 6, did you evaluate
 9   specifically if any alteration, any enhance wants in
10   the investigation, remediation, would have prevented
11   any detectible contamination showing up eight years
12   from now in well 6?
13        A.   No.  We didn't specifically equal
14   actively, we, did again, using the example we used
15   earlier, if the only action we took was somebody
16   hand bailing a sited, I can little with little
17   uncertainly, that that will have no effect on
18   whether or not that site has a potential impact to
19   station 6, notwithstanding that even with free
20   product, programs it will, programs it won't, I
21   didn't do that analysis myself.  I can.
22        Q.   Go ahead, go ahead.
23        A.   I can also say equally that for sites
24   where remediation was done to some degree of
25   effectiveness that I would expect professionally
0096
 1   that that site would have a lesser effect on station
```

Page 38

Beckett040109-Rough.txt
```
 2   6 wells, if any, than it would have otherwise had
 3   that action not been taken at all.
 4       Q.   With regard to the work that you performed
 5   in this case, did anyone say to you, Mr. Beckett,
 6   we're not starting up well 6 until the year 2017, we
 7   want to you assess the remediation and investigation
 8   of certain number of these stations among the 33
 9   we've identified and tell us whether or not the
10   activities at this site were adequate and/or
11   inadequate with respect to whether they would
12   interdict or eliminate any future impact nine years
13   from now in well number 6.
14       Q..   Well number 6?
15       A.   No, I was not asked to do that.
16       Q.   As you sit here, can you state an opinion
17   to any degree of engineering or scientific certainty
18   that inadequacies by the defendants in doing site
19   investigation at these stations will result in
20   sdetections of concentration -- detectable
21   concentration of MTBE in station 6 or any of the
22   other focus wells?
23       A.   I have not done that analysis.
24       Q.   Can you state an opnion to any reasonable
25   degree of engineering or scientific certainty, that
0097
 1   inadequacies in any of the defendants remedial
 2   actions will result in detectible concentrations of
 3   MTBE in station 6 or any of the focus wells after
 4   2017?
 5       A.   No, I have not done that analysis.
 6       Q.   With respect to the work that you did in
 7   this case, did anyone frame out the assignment in
 8   such a way that they asked you to assess what was
 9   being done at these sites in the '90s, or the early
10   2000s, and ask you to specifically evaluate whether
11   it would have any effect on whether contamination
12   would be detected in any of these wells after the
13   year 2017?
14       A.   No.  That would require transport modeling
15   and other annal leases that I did not do.  No one
16   asked.
17       Q.   In the context of the work that you did in
18   this case, did anyone provide you information
19   specifically and say to you, Mr. Beckett, we're
20   going to be looking at starting up these wells,
21   maybe, maybe, in 2017, or thereafter.  We want you
22   to assess the remediation activities at these sites
23   and determine if they would be adequate to eliminate
24   impacts eight, nine, ten, 20 years in the future?
25       A..  No, I was not asked to do that.
0098
 1       Q.   With regard to the work that you performed
 2   in this case you looked at Mr. Driscoll's report and
 3   he states, and you concur, if control and
 4   remediation of the sources are effective, however,
 5   the volume of contaminated water and its residence
 6   time are limited in this aquifer.  Did anyone ever
 7   ask you whether or not in forming your opinions
 8   there would be any impact on the residence time of
 9   MTBE as a result of any remediation?
10       A.   No.
11       Q.   With respect to the work that you perform
12   in this case, did anyone ask you specifically to
                           Page 39
```