# Exhibit 17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MtBE") Products Liability Litigation

MDL No. 1358

Master File C.A. No. 1:00-1898 (SAS)

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*

04 Civ. 3417

## EXPERT REPORT OF G.D. BECKETT, C.Hg.

AQUI-VER, INC.

6871 North 2200 West, #8F

Park City, UT 84098

_____   February 6, 2009
Signature                   Date

(Seal: STATE CERTIFIED HYDROGEOLOGIST, G.D BECKETT, No. 523, Exp. 12/31/09, STATE OF CALIFORNIA)

**TABLE #1**

| Site ID | Street No. | Street Name | Max GW MTBE (ug/l) | Date of 1st potential release issue | Note on release | Date of first confirmed MTBE detection (GW, soil, soil vapor) | Date of 1st Characterization | Time Lag (yrs) | Date of Last Characterization | Note on date of Characterization | Time Lag (yrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D-001 | 202-06 | Hillside Ave | 1020 | 9/7/1990 | TPH at bottom of tank excavation up to 3,600 ppm but MTBE not tested (or reported). | 1/1/1999 | 1/1/1998 | 7.32 | 4/1/2001 | Vertical and offsite characterization. | 18.41 |
| D-002 | 211-60 | Hillside Ave | 27.2 | 6/1/1987 | Twelve gasoline USTs failed tank test. No MTBE data. | 4/14/2004 | 3/4/2004 | 16.76 | 7/16/2004 | Last report available. | 17.13 |
| D-003 | 211-02 | Jamaica Ave | 58100 | 4/26/1990 | Tank test failure. | 3/7/1994 | 7/31/1995 | 5.26 | 7/28/1998 | Date of last delineation well installed. GW monitoring continued through 2008. | 8.25 |
| D-004 | 212-01 | Hillside Ave | 0 | 12/1/2005 | MTBE impacted soil found at tank pull. (could not verify MTBE data source) | 12/1/2005 | 10/20/2006 | 0.88 | 2/12/2007 | Date of last well installed - unknown if further work after Feb 2007. | 1.20 |
| D-005 | 118-02 | Queens Blvd | 38700 | 2/12/1986 | Tank test failure. | 6/1/1986 | 8/31/1994 | 8.55 | None* | Little to no data available. | 14.43 |
| D-008 | 118-11 | Atlantic Ave | Not tested - not detected in soil | 11/1/1994 | Tank test failure. Contaminated soil found but MTBE and VOCs not detected above the MDL during tank upgrade. Sparse data in file. | No MTBE data found. | None* | 14.26 | None* | | 14.26 |
| D-009 | 119-01 | Atlantic Ave | Not available | 10/24/2003 | Failed reconciliation. | 11/31/2003 | None* | 5.28 | None* | No soil boring or well records found in file. | 5.28 |
| D-011 | 134-30 | Atlantic Ave | Not tested | 5/23/2002 | Impacted soil found when pulling tanks. (possible earlier release in Aug 28, 1996 when "dipstick holes in remote filling" were noticed). | 5/23/2002 | None* | 6.70 | None* | No characterization records in files. | 6.70 |
| D-012 | 118-29 | Queens Blvd | Not available (uncertain if tested) | 12/22/1997 | Tank test failure. | No data available. | 1/2/2001 | 3.03 | None* | No MTBE analytical data available for review. | 11.12 |
| D-013 | 241-15 | Hillside Ave | Not available (uncertain if tested) | 7/19/1989 | Tank test failure. | 4/29/1999 | None* | 19.55 | None* | None found in records. | 19.55 |
| NA (108-46 Merrick Blvd.) | 108-46 | Merrick Blvd. | 17000 | 10/25/1988 | Tank test failure. | 3/18/2005 | 3/18/2005 | 16.39 | 11/12/2007 | Date of last well installation. GW monitoring ongoing as of 2008. | 19.05 |
| s6-001 | 138-50 | Hillside Ave | Not available (uncertain if tested) | 5/17/1994 | Impacted soil found in excavation for new canopy. | No data available. | None* | 14.72 | None* | None found in records. | 14.72 |

| Site ID | Street No. | Street Name | Max GW MTBE (ug/l) | Date of 1st potential release issue | Note on release | Date of first confirmed MTBE detection (GW, soil, soil vapor) | Date of 1st Characterization | Time Lag (yrs) | Date of Last Characterization | Note on date of Characterization | Time Lag (yrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-002 | 84-02 (-04) | Parsons Blvd | 72100 | 4/1/1989 | Large discrepancy in inventory record. | 1/1/1991 | 1/1/1990 | 0.75 | 6/1/2003 | Last well installed - ongoing GW monitoring as of 2003. | 14.17 |
| s6-003 | 137-10 | 94th Ave | 94000 | 11/19/1997 | Impacted GW detected in immediate area. | 6/24/1998 | 6/24/1998 | 0.59 | 6/7/2000 | | 2.55 |
| s6-005 | 113-21 | Merrick Blvd | 1500 | 5/2/1996 | Filter burst. Impacted soil near dispenser. | 3/1/2001 | 3/1/2001 | 4.83 | 8/1/2003 | Uncertain, absence of data. | 7.25 |
| s6-006 | 144-10 | Hillside Ave. | 11200 | 1/1/1991 | Contaminated soil found during tank pull. An earlier spill in Jan 1991 when reported 50 gallon of gasoline due to overfilling (1st date of release). | 7/1/1998 | 8/26/1998 | 7.65 | 8/9/2000 | Date of last delineation well installed. GW monitoring appears to continue to a later date. | 9.60 |
| s6-007 | 93-05 | 168th St | Not available (uncertain if tested) | 11/1/1988 | Tank test failure. UST reportedly contained fuel oil. | Unknown. No reported gasoline leak. | Unknown | n/a | Unknown | No data available, but little evidence of significant amount of gasoline released to subsurface. | n/a |
| s6-008 | 93-59 | 183rd St | Not available (uncertain if tested) | 1/1/1991 | BTEX detected in soil. After tank removal. No MTBE data. | Unknown. No relevant ESA data available for review. | 2/28/1991 | 0.16 | 10/18/2006 | No data on latest investigation available. Unknown if related to first gasoline detection in soil. | 15.79 |
| s6-009 | 165-25 | Liberty Ave | 16300 | 9/1/1988 | Tank test failure (spill investigated was from 12/5/1994). | 2/28/2000 | 2/28/2000 | 11.49 | 2/8/2005 | Last wells installed but continue to be monitored. | 16.44 |
| s6-010 | 105-15 | Merrick Blvd. | 2800 | 7/18/1996 | Contaminated soil found during tank pull. | 11/8/2004 | 11/8/2004 | 8.31 | 6/15/2006 | Last well installed - GW monitoring continued through 2008. | 9.91 |
| s6-011 | 109-67 | Sutphin Blvd | 0 | 8/29/2001 | Contaminated soil found during testing. | Unknown | 11/1/2004 | 3.18 | 5/26/2005 | | 3.74 |
| s6-012 | 131-07 | Merrick Blvd | 1110000 | 1/17/1996 | Contaminated soil/GW detected during ESA (unclear if follow-up). Unclear if MTBE max is in soil or GW. | 10/1/1998 | 10/1/1998 | 2.70 | 3/25/2005 | Insufficient information. | 9.19 |
| s6-013 | 133-02 | Jamaica Ave | No MTBE data available | 11/6/1997 | Tank test failure | 7/31/2006 | 7/31/2006 | 8.73 | 4/30/2007 | No chemical data available for review. | 9.48 |

| Site ID | Street No. | Street Name | Max GW MTBE (ug/l) | Date of 1st potential release issue | Note on release | Date of first confirmed MTBE detection (GW, soil, soil vapor) | Date of 1st Characterization | Time Lag (yrs) | Date of Last Characterization | Note on date of Characterization | Time Lag (yrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-014 | 116-60 | Sutphin Blvd | n/a | 9/11/1992 | Tank test failure. No MTBE data available. Notes suggests MTBE might have been detected in GW in the mid 1990's. | No data available regarding MTBE or other contaminant concentrations detected at the time. | 11/18/1994 | 2.18 | 6/1/2005 | Large data gap. No analytical data available for review. | 12.72 |
| s6-015 | 162-35 | N. Conduit Ave | 130000 | 6/27/1987 | Contaminated soil beneath dispenser. First MTBE before 1996. | 1996 | 5/1/1991 | 3.84 | 1/7/2004 | | 16.53 |
| s6-016 | 177-90 | S. Conduit Ave | 63300 | 12/22/1988 | Leak at product line | 4/12/1996 | 11/14/1994 | 5.89 | 4/2/2003 | Additional wells planned in 2006. | 14.28 |
| s6-017 | 108-01 | Atlantic Ave. | 3 | 1/12/1988 | Tank test failure | 4/4/2004 | 2/5/1999 | 11.07 | 2/5/1999 | | 11.07 |
| s6-018 | 154-10 | Rockaway Blvd | 149 | 9/9/1998 | Impacted soil found during upgrade. | 9/23/2004 | 9/23/2004 | 6.04 | 9/23/2004 | No additional wells installed after that date but monitoring continued through mid 2007. | 6.04 |
| s6-019 | 148-12 | Rockaway Blvd. | 350000 | 4/1/1996 | Detected impacted soil and GW beneath site, so release must have occurred earlier. | 4/1/1996 | 4/1/1996 | 0.00 | 12/30/2002 | | 6.75 |
| s6-020 | 156-07 | Rockaway Blvd | 1760 | 1/27/1998 | Impacted soil found during tank upgrade. | 1/27/1998 | 3/9/2000 | 2.11 | 11/9/2004 | Additional monitoring after that date. | 6.78 |
| s6-021 | 104-09 | Atlantic Ave | 3.6 | 1/6/1988 | Tank test failure | 9/12/1995 | 7/17/1988 | 0.53 | 9/12/1995 | Insufficient info, and apparently no follow-up on later leaks. | 7.68 |
| s6-022 | 161-15 | Baisley Blvd. | 646 | 3/14/1991 | Tank test failure | 9/1/1998 | 9/4/1998 | 7.48 | 5/23/2006 | Date of last well installed - GW monitoring ongoing as of Jan 2008. | 15.19 |
| s6-023 | 148-27 | Liberty Ave | 31000 | 8/19/1996 | Impacted soil found during tank removal. | 11/25/1997 | 11/25/1997 | 1.27 | 4/10/2003 | Date of last well installed. GW monitoring continued through Dec 2006. | 6.64 |

Notes:
Information included herein is based that available for review. Many documents were often incomplete or missing.
"None*" means either that no action was taken, or that no information was found verifying that particular action.
If nothing was done, or could not be verified as being done in the files reviewed, the time lag is relative to February 2009.

Impacted soil/GW found when investigating site or in immediate area. Thus the leak must have occurred before release date.
Impacted soil discovered during tank pull or station upgrade (piping or dispenser replacement). Thus release occurred before that time.

| Site ID | Street No. | Street Name | Site Characterized? | Date of 1st Remediation | Groundwater Remediation Type (includes major soil removal) | Time Lag (yrs) | Remediation Effective? | Date of Last Remediation | Time Lag (yrs) | Remediation Effective? |
|---|---|---|---|---|---|---|---|---|---|---|
| D-001 | 202-06 | Hillside Ave | No | 7/1/1999 | Product recovery using bailer. Natural attenuation proposed in March 2006 | 8.81 | No | None* | 18.41 | No |
| D-002 | 211-60 | Hillside Ave | No | None* | None (may not be necessary given low MTBE concentrations). | 21.68 | No | None* | 21.68 | No |
| D-003 | 211-02 | Jamaica Ave | No | 2/1/2004 | Pump and treat (local, limited pumping performed on a recovery well 5/26/1999 - 640 gal of contaminated water removed). | 13.77 | No | Unknown but as late as march 2008. | 18.78 | No |
| D-004 | 212-01 | Hillside Ave | No (insufficient site data in hand) | 8/23/2006 | Excavation of some impacted soil, but residual MTBE impacted soil left in place. | 0.73 | Yes, with respect to GW | None* | 3.18 | NA |
| D-005 | 118-02 | Queens Blvd | No (insufficient site data in hand) | None* | Suggestion of bioremediation in a note (how, where, and whether done is unknown). | 22.98 | No | None* | 22.98 | No |
| D-008 | 118-11 | Atlantic Ave | No | None* | None | 14.26 | No | None* | 14.26 | No |
| D-009 | 119-01 | Atlantic Ave | No | None* | None | 5.28 | No | None* | 5.28 | No |
| D-011 | 134-30 | Atlantic Ave | No | 5/23/2002 | Soil excavation (residual contamination left in place - MTBE up to 453 ug/kg) | 0.00 | Unknown (insufficient info) | None* | 6.70 | NA |
| D-012 | 118-29 | Queens Blvd | No | 1/2/2001 | Soil excavation (uncertain if residual impacts left in place). | 3.03 | No (possible residual contamination left in place) | None* | 11.12 | No |
| D-013 | 241-15 | Hillside Ave | No | 4/4/2005 | Soil excavation (residual contamination left in place). | 15.71 | No (residual contamination left in place) | None* | 19.55 | No |
| NA (108-46 Merrick Blvd.) | 108-46 | Merrick Blvd. | Yes, locally. Unknown offsite effectiveness. | 4/3/2008 | Use vacuum truck periodically to remove contaminated water from MW-1 (hot spot). | 19.44 | Yes, locally. Unknown offsite effectiveness. | Unknown. May be ongoing. | 20.28 | Uncertain. |
| s6-001 | 138-50 | Hillside Ave | None* | None* | None | 14.72 | No | None* | 14.72 | No |

| Site ID | Street No. | Street Name | Site Characterized? | Date of 1st Remediation | Groundwater Remediation Type (includes major soil removal) | Time Lag (yrs) | Remediation Effective? | Date of Last Remediation | Time Lag (yrs) | Remediation Effective? |
|---|---|---|---|---|---|---|---|---|---|---|
| s6-002 | 84-02 (-04) | Parsons Blvd | Unknown | 8/1/1993 | SVE ran for ~3 years | 4.33 | No | None *. Remediation appears to be in evaluation phase. AS/SVE considered in 2/12/2002. | 19.84 | No |
| s6-003 | 137-10 | 94th Ave | No | 1/1/1998 | Enhanced fluid recovery performed. | 0.12 | No | None* | 11.21 | No |
| s6-005 | 113-21 | Merrick Blvd | No | None* | SVE/AS considered in 2007. Bioremediation also considered. | 12.76 | No | None* | 12.76 | No |
| s6-006 | 144-10 | Hillside Ave. | No | 7/28/1998 | Excavate soil near tank. Residual contamination remains. No GW remediation performed. | 7.57 | No | None* | 18.09 | No |
| s6-007 | 93-05 | 168th St | No | 3/15/1999 | Some soil removal near tank during tank pull in March 1999. | 10.37 | Unknown | None* | n/a | n/a |
| s6-008 | 93-59 | 183rd St | Yes (GW) | None | None | 18.09 | NA | None | 18.09 | NA |
| s6-009 | 165-25 | Liberty Ave | No | 3/20/2000 | Perform EFR on wells with LNAPL. Followed by onsite AS/SVE in June 2002. | 11.55 | Yes, near source but not downgradient | Unknown - ended before 2008. | 20.42 | No |
| s6-010 | 105-15 | Merrick Blvd. | No | None* | None* | 12.55 | No | None* | 12.55 | No |
| s6-011 | 109-67 | Sutphin Blvd | Yes (GW) | None | None (may not be necessary given the absence of MTBE in GW in May 2008) | 7.43 | NA | None | 7.43 | NA |
| s6-012 | 131-07 | Merrick Blvd | No | 1/1/1999 | Pump and treat (no details available for review). Sorbent socks put in at wells in 1/17/2006 | 2.96 | No | None* | 13.05 | No |
| s6-013 | 133-02 | Jamaica Ave | Probably, if regulator statement is reflective. Insufficient data in files reviewed to confirm the regulator's opinion. | None* | None | 11.24 | No | None* | 11.24 | No |

| Site ID | Street No. | Street Name | Site Characterized? | Date of 1st Remediation | Groundwater Remediation Type (includes major soil removal) | Time Lag (yrs) | Remediation Effective? | Date of Last Remediation | Time Lag (yrs) | Remediation Effective? |
|---|---|---|---|---|---|---|---|---|---|---|
| s6-014 | 116-60 | Sutphin Blvd | No. Unclear if MTBE historically present or not. | None* | None. Insufficient data in file to evaluate if remediation is necessary. | 16.40 | No | None* | 16.40 | No |
| s6-015 | 162-35 | N. Conduit Ave | No | 5/1/1991 | EFR events, followed by skimmers in 1992, SVE in 1994, and AS/SVE between 1995 to 2000. | 3.84 | Locally yes but not offsite | 6/1/2000 | 12.93 | Yes, onsite but not offsite |
| s6-016 | 177-90 | S. Conduit Ave | No | 12/1/1997 | AS/SVE onsite, upgraded in 2002. Offsite addressed by 3 SVE wells. GW pump and treat in Aug 2003. | 8.94 | Locally yes but not offsite | None* | 20.12 | No |
| s6-017 | 108-01 | Atlantic Ave. | Yes (GW) | 3/20/1990 | ~100 tons of contaminated soil excavated (low BTEX - MTBE(?). In Oct 1996 15 CY of soil was removed during upgrade (no MTBE in soil). | 2.18 | Yes | 10/8/1996 | 8.74 | Yes |
| s6-018 | 154-10 | Rockaway Blvd | No | 9/9/1998 | ~8 tons of soil excavated. | 0.00 | No | None* | 10.40 | No |
| s6-019 | 148-12 | Rockaway Blvd. | No (incomplete data and poor investigation) | 5/7/1997 | ~297 tons of impacted soil excavated. | 1.10 | No | None* | 12.84 | No |
| s6-020 | 156-07 | Rockaway Blvd | No | 4/1/1998 | ~217 tons of impacted soil excavated. In Oct 2001 a vacuum truck used to pump several hundred gallons from 5 wells. | 0.18 | No | 10/9/2001 | 11.02 | No |
| s6-021 | 104-09 | Atlantic Ave | No (incomplete data) | 1/1/2002 | ~198 tons of impacted soil excavated. | 13.99 | No | None* | 21.08 | No |
| s6-022 | 161-15 | Baisley Blvd. | No (based on historic max) | 9/28/1998 | ~310 tons of impacted soil excavated. On 11/9/2004 Inject ORC slurry mix in vadose zone around former USTs (i.e. source area). | 7.54 | No | None* | 17.89 | No |
| s6-023 | 148-27 | Liberty Ave | No (based on historic max) | 8/24/2004 | AS/SVE onsite. Does not address offsite plume. | 8.01 | Yes, locally but not offsite. | 12/31/2005 | 9.37 | Yes, onsite but not offsite. |