# Exhibit 18



New York City Department of Environmental Protection

# Wellhead Protection Plan

NYC-0096941

December 2006

INDEPENDENT ENVIRONMENTAL ENGINEERS, SCIENTISTS AND CONSULTANTS

MALCOLM PIRNIE



Figure 2. Groundwater Wells - Wellhead Protection Areas