**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

**In re: Methyl Tertiary Butyl Ether**
**("MTBE") Products Liability Litigation**

-------------------------------------------------------------X

This Document Relates To:

*City of New York v. Amerada Hess Corp., et al.,*
**Case No. 04-CIV-3417**

-------------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09

## ORDER TO ADMIT ROBERT S. CHAPMAN AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Plaintiff the City of New York for the

*pro hac vice* admission of Robert S. Chapman of Greenberg Glusker, 1900 Avenue of the Stars,

21st Floor, Los Angeles, CA 90067, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Robert S.

Chapman is admitted to practice before this Court *pro hac vice* on behalf of the above named

Plaintiff in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: April 24, 2009

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE