UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:  Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                          MDL 1358 (SAS)
                                                       M21-88

-------------------------------------------------------x

**This document relates to:**

*City of New York v. Amerada Hess Corp.,*
*et al.*, 04 Civ  3417

-------------------------------------------------------x

## FLINT HILLS RESOURCES, LP'S EXHIBIT LIST

Defendant Flint Hills Resources, LP ("Flint Hills"), by counsel, identifies the following

exhibits which it may seek to introduce at the trial of this case currently scheduled to begin on

June 22, 2009.  In addition to the exhibits listed here, Flint Hills designates the exhibits identified

on the Joint Defense Exhibit List as ones which it may seek to introduce.

The exhibits identified on this list are:

| Exhibit No. | Date | Description | Production No. or Source |
|---|---|---|---|
| FHR 1 | 1985 | ARCO Chemical Company, MTBE octane enhancer | FHR000130618 - 130629 |
| FHR 2 | 1987 - 1990 | Product registry receipts, 1987 - 1990 | FHR0000236274 - 236282 |
| FHR 3 | 03/29 - 04/02/1987 | 1987 national meeting, "MTBE's Role in Satisfying New Octane Demand" | FHR000124726 - 124753 |
| FHR 4 | April 1987 | ARCO Chemical Company, "MTBE Octane Enhancer, Storage & Handling Bulletin" | FHR000130594 - 130617 |
| FHR 5 | 09/13/1989 | Letter from Robert J. Smetana, ARCO Chemical Company, to John Eiland, Koch Refining Company | FHR000123195 |
| FHR 6 | Undated | API index & abstracts, 1959-1989 | FHR000031491 - 31605 |

| Exhibit No. | Date | Description | Production No. or Source |
|---|---|---|---|
| FHR 7 | February 1990 | Article from Chemical Business, "MTBE Helps Loosen the Clean Air/Octane Vise" | FHR000223374 - 223377 |
| FHR 8 | July 1990 | Hydrocarbon Processing, "Oxygenates for Reformulated Gasoline" | FHR000223254 - 223258 |
| FHR 9 | 10/9-11/1990 | National conference on the Clean Air Act & Reformulated Fuels, "Oxygenates for Future Fuels" | FHR000047137 - 47154 |
| FHR 10 | 12/18/1990 | Auto/Oil Air Quality Improvement Research Program news release | FHR000081461 - 81466 |
| FHR 11 | 10/7-10/1991 | SAE Technical Paper series, "Effects of Gasoline Composition and Properties on Vehicle Emissions: A Review of Prior Studies - Auto/Oil Air Quality Improvement Research Program" | FHR000131728 - 131762 |
| FHR 12 | Undated | Auto/Oil Air Quality Improvement Research Program, Technical Bulletin No. 6 | FHR000036813 - 36839 |
| FHR 13 | 07/08/1992 | Memo from S. H. Kaplan re Auto/Oil Phase I Final Report | FHR000036694 |
| FHR 14 | 09/27/1993 | 1993 NPRA Refinery & Petrochemical Plant Environmental Conference, luncheon address, "Reinventing Gasoline" | FHR000081524 - 81530 |
| FHR 15 | 12/1997 | EPA, Drinking Water Advisory: Consumer Acceptability Advice and Health Effects Analysis on Methyl tertiary-Butyl Ether (MtBE) | FHR000007200 - 7247 |
| FHR 16 | 12/02/1998 - 02/07/2000 | Exemplar letters from Koch Refining Company and Koch Petroleum Group to direct delivery customers | FHR000034554-34556, 34559 |
| FHR 17 | 01/04/2000 | Email from Scott Watkins to Francis Murphy and others | FHR000052013 |

| Exhibit No. | Date | Description | Production No. or Source |
|---|---|---|---|
| FHR 18 | 05/04/2000 | Toyota Motor Corporation, "Effects of Ethanol on Emissions of Gasoline LDVs" | FHR000222900 - 222915 |
| FHR 19 | Undated | Chart entitled "Non-refinery Blending Sites: RFG" | FHR000236301 |
| FHR 20 | | Resume - Peter J. Killen | Peter J. Killen report dated February 9, 2009, Exhibit A |
| FHR 21 | October 2003 | Energy Information Administration, "Preparations for Meeting New York and Connecticut MTBE Bans" | Peter J. Killen report dated February 9, 2009, Exhibit C, reference 3 |
| FHR 22 | Undated | Chart, "New York State RFG Demand from New York Harbor Market" | Peter J. Killen report dated February 9, 2009, page 5 |
| FHR 23 | Undated | Chart, "New Jersey RFG Demand from New York Harbor Market" | Peter J. Killen report dated February 9, 2009, page 6 |
| FHR 24 | Undated | Chart, "New England RFG Demand from New York Harbor Market" | Peter J. Killen report dated February 9, 2009, page 8 |
| FHR 25 | Undated | Chart, "RFG Demand from New York Harbor Market" | Peter J. Killen rebuttal report dated March 30, 2009, page 6 |
| FHR 26 | Undated | New York State Reformulated Gasoline Program Areas | Peter J. Killen report dated February 9, 2009, Exhibit D |
| FHR 27 | Undated | New Jersey Reformulated Gasoline Program Areas | Peter J. Killen report dated February 9, 2009, Exhibit E |
| FHR 28 | Undated | Petroleum Administration for Defense Districts | Peter J. Killen report dated February 9, 2009, Exhibit G |
| FHR 29 | Undated | Chart, "FHR RFG with MTBE, Shipments from Texas on Colonial Pipeline" | Peter J. Killen rebuttal report dated March 30, 2009, page 8 |
| FHR 30 | Undated | Chart, "Colonial Pipeline RFG Intake/Offtake Balances" | Peter J. Killen rebuttal report dated March 30, 2009, page 8 |
| FHR 31 | Undated | Chart, "Potential FHR RFG with MTBE to NYH via Colonial Pipeline" | Peter J. Killen rebuttal report dated March 30, 2009, page 8 |
| FHR 32 | Undated | Chart, "FHR RFG with MTBE, New Jersey Terminal Blends" | Peter J. Killen report dated February 13, 2009, page 6 |
| FHR 33 | Undated | Chart, "Potential FHR Share of RFG with MTBE in New York Harbor Market" | Peter J. Killen rebuttal report dated March 30, 2009, page 10 |

Flint Hills reserves the right to seek to introduce at trial any exhibit identified on Plaintiff City of New York's Trial Exhibit List, served on April 13, 2009, and any exhibit identified on an exhibit list filed by any defendant in this case. Flint Hills also reserves the right to supplement this list to add additional exhibits in light of orders and rulings of the Court. Flint Hills further reserves the right to introduce other exhibits for purposes of rebuttal of plaintiff's evidence, to the extent they cannot reasonably be anticipated at this time, and for purposes of impeachment during cross-examination or otherwise. Finally, Flint Hills reserves the right to withdraw as an exhibit any document listed on the Joint Defense Exhibit List and on this list and, depending on the evidence adduced at trial, to object to the admission of any such exhibit in evidence.

**FLINT HILLS RESOURCES, LP**

By _____
                    Counsel

Joseph C. Kearfott
George P. Sibley III
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)

Stuart A. Raphael
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Ste. 1700
McLean, VA 22102
(703) 714-7400
(703) 918-4015 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 27, 2009, a true and correct copy of this **FLINT HILLS**

**RESOURCES, LP'S EXHIBIT LIST** was electronically served on counsel for plaintiff, the

City of New York, and on counsel of record by electronic service via LexisNexis File & Serve.