## VALERO DEFENDANTS TRIAL EXHIBIT LIST

| Valero's Trial Exhibit No. | Doc Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|
| Valero-1 | 1985/00/00 | Media article entitled "Be the low lead leader; add MTBE." | VLO-MDL-000004729 | VLO-MDL-000004732 |
| Valero-2 | 1985/09/04 | MSDS - Material Safety Data Sheets for MTBE Author: Valero Energy Corporation | VLO-MDL-000001822 | VLO-MDL-000001854 |
| Valero-3 | 1985/10/01 | MSDS - Material Safety Data Sheet - MTBE Author: Valero Refining and Marketing Company | VLO-MDL-000003245 | VLO-MDL-000003248 |
| Valero-4 | 1985/12/23 | U.S. Oil Week article entitled "Here are refiners' '86 plans for meeting lead phasedown." | VLO-MDL-000019770 | VLO-MDL-000019770 |
| Valero-5 | 1987/02/18 | VEC interoffice memorandum to distribution from B. Glasscock regarding industry MTBE Committee. | VLO-MDL-000004329 | VLO-MDL-000004330 |
| Valero-6 | 1988/03/20-22 | National Petroleum Refiners Association "MTBE the refiner's key to future gasoline production," by W.J. Piel Manager of Business Development ARCO Chemical. | VLO-MDL-000038778 | VLO-MDL-000038803 |
| Valero-7 | 1988/09/23 | U.S. EPA rule 53 FR 37082-37247, Friday, September 23, 1988. 40 CFR Parts 280 and 281, Underground Storage Tanks; Technical requirements and State Program Approval. | VLO-MDL-000000695 | VLO-MDL-000000742 |
| Valero-8 | 1989/12/00 | Dewitt & Company's "1990 Annual MTBE: an international marketing guide," and oxygenates report. | VLO-MDL-000007037 | VLO-MDL-000007387 |
| Valero-9 | 1990/02/16 | Air, Waste Management article entitled "Seasonal impact of blending oxygenated organics with gasoline on motor vehicle tailpipe and evaporative emissions," by Stump, Knapp and Ray of the EPA. | VLO-MDL-000009442 | VLO-MDL-000009450 |
| Valero-10 | 1990/10/26 | Conference Report on S. 1630, Clean Air Act Amendments of 1990 (House of Representatives – October 26, 1990. | VLO-MDL-000000103 | VLO-MDL-000000103 |
| Valero-11 | 1992/01/15 | MSDS - Material Safety Data Sheet - Gasoline - Regular Unleaded Author: Valero Refining and Marketing Company | VLO-MDL-000003249 | VLO-MDL-000003253 |
| Valero-12 | 1992/01/15 | MSDS - Material Safety Data Sheet - MTBE Author: Valero Refining and Marketing Company | VLO-MDL-000003259 | VLO-MDL-000003262 |
| Valero-13 | 1993/03/10 | VEC interoffice memorandum to W. Smithers from C. Hodge regarding Ethanol Economics. | VLO-MDL-000026058 | VLO-MDL-000026059 |
| Valero-14 | 1993/07/27 | Memorandum from D. Gushee, Senior Specialist in | VLO-08808 | VLO-08815 |

EXHIBIT 1

| Valero's Trial Exhibit No. | Doc Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|
| | | *Environmental Policy of the Congressional Research Service, regarding "Economics of MTBE vs. ETBE in Gasoline."* | | |
| Valero-15 | 1993/09/24 | Letter to G. Whitten of Systems Applications International from the EPA, Office of Air and Radiation, Development and Support Division, Regarding Fundamental Errors Concerning MTBE and Ethanol in Urban Airshed Modeling Study. | VLO09127 | VLO09134 |
| Valero-16 | 1993/09/30 | Article in News Focus entitled "Health Studies Indicate MTBE Is Safe Gasoline Additive" by E. Anderson. | VLO-MDL-000048200 | VLO-MDL-000048206 |
| Valero-17 | 1997/11/17 | Malcolm Pirnie–Power Point presentation entitled "MTBE and other oxygenates in water: The California Story" briefing for W. Greehey of VRMC. | VLO18887 | VLO18915 |
| Valero-18 | 1998/01/00 | VEC material safety data sheets. | VLO15925 | VLO15930 |
| Valero-19 | 1998/01/05 | MSDS - Material Safety Data Sheet Methyl Tertiary Butyl Ether (MTBE)<br><br>Author: Valero Energy Corporation | VLO-MDL-000003263 | VLO-MDL-000003267 |
| Valero-20 | 1998/08/19 | MSDS - Regular Unleaded Gasoline Material Safety Data Sheet<br><br>Author: Valero Refining Company - New Jersey | VLO-MDL-000003274 | VLO-MDL-000003286 |
| Valero-21 | 1998/08/19 | MSDS - Super Unleaded Gasoline Material Safety Data Sheet<br><br>Author: Valero Refining Company - New Jersey | VLO-MDL-000003287 | VLO-MDL-000003299 |
| Valero-22 | 1999/01/07 | MSDS - Methyl T-Butyl Ether Material Safety Data Sheet<br><br>Author: Valero Refining Company | VLO-MDL-000003300 | VLO-MDL-000003306 |
| Valero-23 | 2000/05/03 | MSDS - Material Safety Data Sheet Methyl Tertiary Butyl Ether (MTBE) | VLO-MDL-000000212 | VLO-MDL-000000216 |
| Valero-24 | 2000/01/13 | MSDS - Material Safety Data Sheet Methyl Tertiary Butyl Ether (MTBE)<br><br>Author: Valero Energy Corporation | VLO-MDL-000003307 | VLO-MDL-000003313 |
| Valero-25 | 2001/01/17 | MSDS - Material Safety Data Sheet Unleaded Gasoline<br><br>Author: Valero Energy Corporation | VLO-MDL-000003319 | VLO-MDL-000003326 |

2

| Valero's Trial Exhibit No. | Doc Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|
| Valero-26 | 2001/06/00 | MSDS - Methyl Tert-Butyl Ether<br>Author: Valero Marketing and Supply Company | VLO-MDL-000003333 | VLO-MDL-000003338 |
| Valero-27 | N/A | All documents reviewed/relied upon by Dr. Elizabeth Bailey (see expert reports for listing of documents) | N/A | N/A |

3

# PREMCOR DEFENDANT'S TRIAL EXHIBIT LIST

| Premcor's Trial Exhibit No. | Doc Date | Description | Beg Bates | Ends Bates |
|---|---|---|---|---|
| Premcor-1 | 1991/12/09 | MTBE MSDS | PRG MDL 1358 01035 | PRG MDL 1358 01042 |
| Premcor-2 | 1993/02/00 | Products Safety Bulletin | PRG MDL 1358 04023 | PRG MDL 1358 04102 |
| Premcor-3 | 1994/12/05 | Clark Refining – RFG MSDS | PRG MDL 1358 32089 | PRG MDL 1358 32090 |
| Premcor-4 | 1996/06/17 | Clark Refining RFG MSDS | PRG MDL 1358 00817 | PRG MDL 1358 00825 |
| Premcor-5 | 1996/07/08 | Clark Refining – MTBE MSDS | PRG MDL 1358 05101 | PRG MDL 1358 05110 |
| Premcor-6 | 1997/12/00 | US EPA-Drinking Water Advisory | PRG MDL 1358 31665 | PRG MDL 1358 31669 |
| Premcor-7 | 1998/08/24 | Sigma Report Supports EPA Enforcement of UST Regulation | PRG MDL 1358 46733 | PRG MDL 1358 46734 |
| Premcor-8 | 1999/04/22 | Premcor – MTBE MSDS | PRG MDL 1358 04835 | PRG MDL 1358 04841 |
| Premcor-9 | 1999/04/22 | Premcor – MTBE MSDS | PRG MDL 1358 03597 | PRG MDL 1358 03603 |
| Premcor-10 | 1999/05/12 | Premcor – RFG MSDS | PRG MDL 1358 24822 | PRG MDL 1358 24832 |
| Premcor-11 | 2000/11/19 | Premcor – "RBOB" MSDS | PRG MDL 1358 34722 | PRG MDL 1358 34732 |
| Premcor-12 | 2000/11/19 | Premcor – RFG MSDS | PRG MDL 1358 34744 | PRG MDL 1358 34754 |
| Premcor-13 | 2000/12/21 | Premcor – Gasoline MSDS | PRG MDL 1358 03604 | PRG MDL 1358 03614 |
| Premcor-14 | 2000/12/21 | Premcor – RBOB MSDS | PRG MDL 1358 03615 | PRG MDL 1358 03625 |
| Premcor-15 | 2000/12/21 | Premcor – RFG MSDS | PRG MDL 1358 03637 | PRG MDL 1358 03647 |
| Premcor-16 | 2000/12/21 | Premcor – RFG (Premium) MSDS | PRG MDL 1358 03648 | PRG MDL 1358 03658 |

1

| Premcor's Trial Exhibit No. | Doc Date | Description | Beg Bates | Ends Bates |
|---|---|---|---|---|
| Premcor-17 | 2000/12/21 | Premcor – RFG (Regular) MSDS | PRG MDL 1358 03659 | PRG MDL 1358 03668 |
| Premcor-18 | 2002/00/00 | Documentation of Premcor Shipper status for Colonial Pipeline | N/A | N/A |
| Premcor-19 | 2002/00/00-2003/00/00 | Documents showing Premcor licensed to do business in New York state | N/A | N/A |
| Premcor-20 | Various | All documents reviewed / relied on by Dr. Elizabeth Bailey (see expert reports for listing of documents) | N/A | N/A |

2