

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-01898 MDL 1358 (SAS) M21- 88 |
| This Document Relates To: All Cases | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Grace Chan, attorney for Defendants El Paso Merchant Energy-Petroleum Company and Coastal Eagle Point Oil Company and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>   LESLEY K. LAWRENCE-HAMMER
>   Howrey LLP
>   1299 Pennsylvania Ave., NW
>   Washington, DC 20004
>   202.783.0800 (tel.)
>   202.383.6610 (fax)
>   Lawrence-HammerL@howrey.com

is admitted to practice *pro hac vice* as counsel for Defendants El Paso Merchant Energy-Petroleum Company and Coastal Eagle Point Oil Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

DM_US:20778112_1

ECF password as nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 4/27/09

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge