UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　　Master File C.A. No.
Products Liability Litigation　　　　　　　　　　　　　1:00-1898 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　　　MDL 1358

---

**This Document Relates to:**

*City of New York v. Amerada Hess Corp., et al.*, Case Number 04-CIV-3417

## DEFENDANTS' JOINT TRIAL EXHIBIT LIST

All remaining Defendants in the above-captioned action, by and through Defendants' liaison counsel, MCDERMOTT WILL & EMERY LLP, hereby make the following pre-trial disclosure of trial exhibits pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) and Case Management Order 47. Defendants expect to offer any or all of the exhibits listed on Attachment A, "Defendants' Joint Trial Exhibit List," depending on the proof offered at trial by Plaintiff. Defendants reserve the right to amend and/or supplement this disclosure and offer additional exhibits up to and including at the time of trial. Such amendment or supplementation of this disclosure may be necessary because, among other reasons, fact and expert discovery remains to be completed and because certain parties may not remain in the case for trial. Defendants further reserve the right to amend and/or supplement this list in light of any decision or order that subsequently may be issued by the Court.

April 27, 2009  
New York, New York

*[signature: Lauren Handel]*

Peter John Sacripanti (PS 8968)  
James A. Pardo (JP 9018)  
Stephen J. Riccardulli (SR 7784)  
Lauren E. Handel (LH 0755)  
Jennifer Kalnins Temple (JK 3274)  
McDermott, Will & Emery  
340 Madison Avenue  
New York, New York  10173  
*Counsel for Defendant Exxon Mobil*  
*Corporation and on behalf of all Defendants*

## **CERTIFICATE OF SERVICE**

Lauren Handel, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 27th day of April, 2009, I caused the accompanying DEFENDANTS' JOINT TRIAL EXHIBIT LIST to be served on all of the parties in the above captioned matter via Lexis Nexis File and Serve and via email to Plaintiff's counsel, Susan Amron.

*/s/ Lauren Handel*

Lauren Handel