UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: METYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION, | 00 CV 1898 (SAS)<br><br>MDL 1358<br><br>**NOTICE OF<br>APPEARANCE** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

TO: THE CLERK OF COURT AND ALL PARTIES:

Please take notice that the undersigned hereby appears as counsel of record for Defendant ConocoPhillips Corporation, as successor in interest to Tosco Corporation and Phillips Petroleum Corporation.

The undersigned hereby certifies that he is admitted to practice to before this Court.

Dated:  Newark, New Jersey
        April 28, 2009

                                    LATHAM & WATKINS LLP

                                    By  s/  Paul A. Rosenthal
                                        Paul A. Rosenthal
                                        *Attorneys for Defendant*
                                        ConocoPhillips Company, as successor in
                                        interest to Tosco Corporation and
                                        Phillips Petroleum Corporation

                                        One Newark Center, 16th Floor
                                        Newark, New Jersey 07101
                                        Tel.: (973) 639-1234
                                        Fax: (973) 639-7298

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: METYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | 00 CV 1898 (SAS) <br><br> MDL 1358 <br><br> **DECLARATION OF SERVICE** |

I, Paul A. Rosenthal, an attorney duly admitted to practice before the bar of this Court hereby declare under the penalty of penalty of perjury that:

1. I am associated with the law firm of Latham & Watkins LLP, attorneys for Defendant ConocoPhillips Company, as successor in interest to Tosco Corporation and Phillips Petroleum Corporation.

2. On this date, a true and correct copy of the attached NOTICE OF APPEARANCE was served upon all counsel of record by electronic means (LexisNexis File & Serve), pursuant to a prior court order.

3. I further certify on this date, that I filed the aforementioned document with CM/ECF for the United States District Court for the Southern District of New York, thereby effectuating service upon all counsel of record.

Dated: Newark, New Jersey
April 28, 2009

                                                s/   Paul A. Rosenthal
                                                 Paul A. Rosenthal