**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether
**Products**
**Liability Litigation**
**This document pertains to:**
*City of New York v. Amerada Hess Corp., et*
*al.*, **Case Civil Action No. 04-CV-3417**

Master File No. 1:00-1898
**MDL 1358 (SAS)**
**M21-88**
**Civil Action**

ELECTRONICALLY
DOC #:
DATE FILED: 4/30/09

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST MARATHON
### DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New

York and Defendants Marathon Oil Company and Marathon Petroleum Company LLC

("Marathon"), hereby request that the Court enter this voluntary dismissal with prejudice of all

claims against Marathon as set forth in the Plaintiff's Fourth Amended Complaint, filed on

March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with

prejudice, with each party bearing its own attorneys' fees and costs. Plaintiff reserves all other

rights as against all other defendants.

Dated: 4/6 , 2009

Victor M. Sher (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

Dated: 4-2-09 , 2009

Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004-2400
(202) 639-7723
sleifer@bakerbotts.com

*Attorneys for Defendants Marathon Oil*
*Company and Marathon Petroleum Company*
*LLC*

15

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____