UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358<br>Master File C.A. No.<br>1:00-1898 (SAS) |

---

**This document relates to the following cases:**
*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 07-CIV-10470

### Exxon Mobil Corporation's Statement Pursuant to Federal Rule 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Exxon Mobil Corporation ("ExxonMobil") in the above-captioned matter certifies that ExxonMobil is the corporate parent, and that there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ExxonMobil's stock.

Dated: New York, New York
May 1, 2009

EXXON MOBIL CORPORATION

By: _____
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Michael J. Dillon (MD 4553)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444