UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

---

**This document relates to the following cases:**
*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 07-CIV-10470

### ESSO Standard Oil Company (Puerto Rico)'s Statement Pursuant to Federal Rule 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant ESSO Standard Oil Company (Puerto Rico) in the above-captioned matter certifies that ESSO Standard Oil Company S.A. Limited is the corporate parent of ESSO Standard Oil Company (Puerto Rico), and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ESSO Standard Oil Company (Puerto Rico)'s stock. Furthermore, Exxon Mobil Corporation is the parent corporation of ESSO Standard Oil Company S.A. Limited, and there are no other publicly held corporation(s) (domestic or foreign) that own 10% or more of ESSO Standard Oil Company S.A. Limited 's stock.

Dated: New York, New York
May 1, 2009

>                                EXXON MOBIL CORPORATION;
>                                ESSO STANDARD OIL COMPANY
>                                (PUERTO RICO)
>
> By: _____
>     Peter John Sacripanti (PS 8968)
>     James A. Pardo (JP 9018)
>     Michael J. Dillon (MD 4553)
>     McDERMOTT WILL & EMERY LLP
>     340 Madison Avenue
>     New York, New York 10173
>     Tel: (212) 547-5400
>     Fax: (212) 547-5444