UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09



Jan 9 2009
3:53PM

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | |
| This document relates to: <br><br> Commonwealth of Puerto Rico, et. al. v. Shell Oil Company, et. al., USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | Master File No: 1:00CV1898 <br> MDL 1358 (SAS) |

### ORDER

Having considered the recently filed Notice of Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(2) and Joint Stipulation as to Atlantic Trading Marketing, Inc., formerly known as Total Oil, Inc. (hereinafter referred to as "TOI/ATMI"), it is hereby:

ORDERED that TOI/ATMI is hereby dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) and according to the terms of the agreement of the parties as evidenced by the Notice of Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(2) and Joint Stipulation as to TOI/ATMI filed on January 9, 2009.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
April 27, 2009

MICROFILM APR 29 2009 -3:00 PM