Page 534

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
      IN RE:
 3
      Methyl Tertiary Butyl :  Master File No. 1:00-1898
 4    Ether ("MTBE")         :  MDL NO. 1358 (SAS)
      Products Liability     :  M21-88
 5    Litigation             :

 6    _____

      This Document Relates to:
 7        Orange County Water District
          v. Unocal Corporation, et al.,
 8        S.D.N.Y. No. 04 Civ. 4968 (SAS)
      _____/
 9
                       CONFIDENTIAL
10              (Per 2004 MDL 1358 Order)

11                       ------

12                   August 19, 2008

13                       ------

14

15        Videotaped Deposition of DAVID P. BOLIN,

16   Volume 3, OCWD'S 30(b)(6) DESIGNEE, held in the law

17   offices of Latham & Watkins, 650 Towne Center Drive,

18   Suite 2000, Costa Mesa, beginning at 9:01 a.m., before

19   Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

20

21

22             GOLKOW TECHNOLOGIES, INC.

23         877.370.3377 ph|917.591.5672 fax

24                deps@golkow.com

25
```

Confidential - Per 2004 MDL 1358 Order

Page 683

1  A-29.  There are other wells in which MTBE has been
2  detected as well, but they are monitoring wells.
3         But the statement here stands, that since
4  MTBE has been detected in Well A-29, it is likely
5  that MTBE has escaped remediation capture at one or
6  more of the stations and is contaminating Well A-29.
7  BY MR. HEARTNEY:
8         Q.    Okay.  And if we look at Tab 3 of
9  your binder on ARCO A-29, you actually have data on
10 this alleged detection of MTBE in A-29 in October
11 2005?
12        A.    I see that.
13        Q.    Okay.  And the detection was on
14 October 4, 2005, at 0.09 ppb, correct?
15        A.    That's what I read as well.
16        MR. HEARTNEY:  Okay.  Let's mark as our next
17 exhibit data from the WRMS database that was produced
18 to us by Orange County Water District.
19        I excerpted the data for Well A-29 from the
20 year 2000 forward.  And this is from the database, a
21 version of the database produced to us -- or the data
22 produced to us on April 15th, 2005.
23        We will mark that as the next exhibit in
24 order.
25        THE REPORTER:  Exhibit 27.

Page 693

1     THE WITNESS: You referenced ARCO 1998. I
2  think you meant 1994.
3     MR. HEARTNEY: 1994. Thank you.
4     THE WITNESS: And we're still conducting an
5  investigation as to what the source of contamination
6  in Well A-29 is. All we've been able to conclude
7  thus far is that MTBE keeps showing up in the well.
8  And as to where the sources of the contamination are,
9  we are looking at it. We're evaluating it. We will
10 hopefully draw some conclusion. But it's going to
11 take a considerable amount of effort and a
12 considerable amount of time to put the pieces of the
13 puzzle together.
14     All we can conclude thus far is that the
15 detections of MTBE in A-29 are likely from one or
16 more sites, including other possible sources, but we
17 can't draw that conclusion yet.
18 BY MR. HEARTNEY:
19     Q.    You misspoke, didn't you, when you
20 said the detections of MTBE in A-29? Since the year
21 2000, there's only been one --
22     MR. MILLER: Excuse me.
23 BY MR. HEARTNEY:
24     Q.    -- detection that ever occurred,
25 isn't that right?

Page 803

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
    IN RE:
 3
    Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4  Ether ("MTBE")       :  MDL NO. 1358 (SAS)
    Products Liability   :  M21-88
 5  Litigation           :
                         
 6  _____
                         
    This Document Relates to:
 7      Orange County Water District
        v. Unocal Corporation, et al.,
 8      S.D.N.Y. No. 04 Civ. 4968 (SAS)
    _____/
 9
                      CONFIDENTIAL
10               (Per 2004 MDL 1358 Order)

11                      ------

12                  August 20, 2008

13                      ------

14

15       Videotaped Deposition of DAVID P. BOLIN,

16  Volume 4, OCWD'S 30(b)(6) DESIGNEE, held in the law

17  offices of Latham & Watkins, 650 Towne Center Drive,

18  Suite 2000, Costa Mesa, beginning at 2:29 p.m., before

19  Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

20

21

22              GOLKOW TECHNOLOGIES, INC.

23         877.370.3377 ph|917.591.5672 fax

24                 deps@golkow.com

25
```

1   that's what that is.
2           Q.      And which zone or which aquifer is
3   that drawing water from, at least the part that's
4   screened between 263 and 551 feet?
5           A.      I believe that that is the principal
6   aquifer.
7           Q.      And do you know whether, with respect
8   to Unocal Station 5226, whether any of the
9   contamination from that station has been detected in
10  the principal aquifer?
11          A.      The Wells 7 and 13, I believe it is,
12  are the focus wells for this particular plume, plume
13  No. 9, in which this is a focus station.
14                  There's been a release of substantial MTBE
15  contamination to groundwater.  We believe it has
16  escaped remedial capture at this site.  We have
17  detections in two of the focus wells.  We believe
18  that -- of the same compound, of MTBE.
19                  We believe that those detections indicate
20  that one or more of the sites associated with plume
21  No. 9 are the sources of that contamination.
22          Q.      But you can't attribute that MTBE
23  specifically to this Unocal Station, can you?
24          A.      We have not been able to identify the
25  specific source that MTBE was detected in the wells,

```
                                                          Page 924
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
      IN RE:
 3
      Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4    Ether ("MTBE")       :  MDL NO. 1358 (SAS)
      Products Liability   :  M21-88
 5    Litigation           :

 6    _____

      This Document Relates to:
 7       Orange County Water District
         v. Unocal Corporation, et al.,
 8       S.D.N.Y. No. 04 Civ. 4968 (SAS)
      _____/
 9
                         CONFIDENTIAL
10                  (Per 2004 MDL 1358 Order)

11                         ------

12                     August 21, 2008

13                         ------

14

15       Videotaped Deposition of DAVID P. BOLIN,

16   Volume 5, OCWD'S 30(b)(6) DESIGNEE, held in the law

17   offices of Latham & Watkins, 650 Towne Center Drive,

18   Suite 2000, Costa Mesa, beginning at 9:02 a.m., before

19   Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

20

21

22             GOLKOW TECHNOLOGIES, INC.

23         877.370.3377 ph|917.591.5672 fax

24              deps@golkow.com

25
```

1   9, comes from Thrifty 368, correct?
2        A.   Would you please ask that question
3   again.  I may have misunderstood your question.
4        MR. HEARTNEY:  Let's have it reread.
5        (Record read as follows:  QUESTION:  And
6   you're not able to identify whether any MTBE that was
7   detected in the Huntington Beach production wells,
8   that are designated for plume 9, comes from Thrifty
9   368, correct?)
10       THE WITNESS:  At this time we have not
11  identified where the detections of MTBE are that have
12  been in the production wells in plume No. 9, which
13  source, which location they stem from.
14  BY MR. HEARTNEY:
15       Q.   And so it would also be true that you
16  haven't reached any -- or you're not able -- strike
17  that.
18       It would also be true that you're not able
19  to identify whether any MTBE detected in the plume 9
20  wells comes from the Huntington Beach ARCO, correct?
21       A.   We have had detections in the
22  production wells, and we know where significant
23  releases of MTBE have emanated from, but we have not
24  made the identification of which source those MTBE
25  detections are from.

Page 937

1      Q.     And you don't have sufficient
2  information, as you sit here today, to make that
3  identification, correct?
4      A.     As I sit here today, we are in the
5  process of evaluating the source of those detections.
6  We know where significant detections have emanated
7  from.
8             We -- there's still activities we propose to
9  do, including mathematical modeling, fate and
10 transport analysis, and some other technical
11 evaluations.  Until we complete those evaluations,
12 we're not certain we're going to be able to identify
13 which source the detections have come from.
14     Q.     And here my question is just limited
15 to the information that you and the District have
16 today.  And the question is:  That information that
17 you have today isn't sufficient to identify whether
18 any MTBE detected in the plume 9 wells comes from the
19 Huntington Beach ARCO, correct?
20     A.     Not --
21            MR. MILLER:  It's been asked and answered.
22            Go ahead.
23            THE WITNESS:  That's not completely correct.
24            We know that there have been detections in
25 the wells.  We know that there have been significant

1    A.    I'm fairly certain I did, but I can't
2  recall exactly when that was.
3    Q.    Was that before you learned that you
4  were going to be deposed as a Rule 30(b)(6) witness
5  with respect to various of the District's focus
6  plumes?
7    A.    I believe I had seen this data some
8  time ago, not long after I started with the District.
9  But since it is in our LIMS system and not our WRMS
10 system, that I had not seen it after that, thinking
11 there was a detection in that area but not
12 remembering about a detection in that area when I
13 checked our LIMS -- or WRMS system, did not see it.
14 And then it was made apparent, yes, there was a
15 detection in our LIMS system, indicating detections
16 in these wells.
17   Q.    So you believe you actually first saw
18 the LIMS data, that is referred to here in
19 Exhibit 14, not long after you joined the District;
20 is that right?
21   A.    After these dates, anyway.
22   Q.    What do you mean, "after these
23 dates"?
24   A.    Well, HB -- the detection in HB-19
25 was in 2006. And the detection in -- I'm sorry.

1    Yes, HB-13 -- I'm sorry.  I misspoke.
2              The detection of MTBE in HB-13 was in 2005.
3    The detection in HB-7 was in 2006.
4              I believe I was aware of that at some time
5    in those years.  Whether it was both in 2006 or one
6    of them in 2005 and then one of them 2006, I cannot
7    recall.  But they were in our LIMS system, not our
8    WRMS system.  And for whatever reason, I thought I
9    might have been mistaken.  And then I saw --
10   subsequently saw the data in our LIMS system, and
11   then I was aware of it.
12        Q.   You said that you saw LIMS data not
13   long after you joined the District.  What data did
14   you look at from LIMS not long after you joined the
15   District?
16        A.   The detection of MTBE in HB-13 and
17   HB-7.  I believe it was this data.  I could not
18   remember which of the Huntington Beach wells I
19   thought I had seen a detection in.  When I went back
20   to check it, it was not in the WRMS system.  I
21   thought I was mistaken and subsequently learned that,
22   no, I thought I made a mistake, but I was wrong.  I
23   was actually correct.  There was a detection, and it
24   was from our LIMS system.
25        Q.   So when you joined the District, you

Page 964

1    THE WITNESS:  This shows a detection of MTBE
2    in Well HB-7 of 0.16 micrograms per liter on
3    August 7, 2006.
4    BY MR. HEARTNEY:
5        Q.    And what is the reported result for
6    that -- for that sampling event?
7        MR. MILLER:  Vague.
8    BY MR. HEARTNEY:
9        Q.    There's a heading that says,
10   "Reported Results," correct?
11       A.    Oh, I see.  ND.
12       Q.    That means nondetect, correct?
13       A.    Nondetect at or above the reportable
14   detection limit, which is -- on August 6, 2007, was
15   0.2 micrograms per liter.
16              So it reported a detection as a nondetect
17   because it was not at the reportable detection limit,
18   not because it wasn't detected.
19       Q.    Now -- okay.  Let's look at
20   Exhibit 49, also an excerpt from your binder.
21             And you've referred to an alleged MTBE
22   detection in Huntington Beach Well 13 in 2005,
23   correct?
24       A.    That's correct.
25       Q.    And that took place on January 18th,

Page 965

```
 1   2005.  You can check your notes, to the extent you
 2   need to.
 3           A.      That is correct.
 4           Q.      And we see that on Exhibit 49 about
 5   ten or twelve lines from the top of the first page,
 6   correct?
 7           A.      I believe the line you're looking at
 8   is a detection of MTBE at 0.17 micrograms per liter
 9   in Well HB-13 on January 18, 2005.
10           Q.      So as you're interpreting the LIMS
11   database, the fact that under the heading "Numeric
12   Results," we see the number 0.17 ug/l means that MTBE
13   was detected in the production well at level of 0.17
14   parts per billion, correct?
15           A.      Yes.
16           Q.      Now, you said there came a point in
17   time when you went back to the LIMS database and
18   checked and found that, in fact, MTBE detections were
19   reported, in your view, for Huntington Beach Well 7
20   and Huntington Beach Well 13, correct?
21           A.      I didn't say that I went back and
22   checked LIMS data.  I said I was aware of a detection
23   in the LIMS database subsequent to the time where I
24   thought I had made a mistake, a misidentification.
25           Q.      And how did you correct your mistake?
```

Page 966

```
 1              MR. MILLER:  Objection, argumentative.
 2         Go ahead.  Assumes facts not in evidence.
 3              MR. HEARTNEY:  Go ahead.
 4              THE WITNESS:  My mistake was I thought there
 5   was a detection.  I went to the WRMS database, I
 6   didn't see it.  I thought I made a mistake and was
 7   thinking about a different well.  Subsequently
 8   learned about the detection in LIMS.  I corrected my
 9   mistake of becoming aware there was a detection in
10   these wells.  It was in the LIMS database and not in
11   the WRMS database.
12   BY MR. HEARTNEY:
13         Q.    And that's what I want to focus on.
14   That occurred during your preparation for the
15   deposition concerning focus plumes Wells 2, 7 and 9,
16   correct?
17         A.    I don't know when I became aware of
18   that detection, that I had made an error in my
19   assumption that there was not a detection.  I
20   subsequently learned at some time that there was a
21   detection.  I don't know when that was.
22         Q.    Once you learned that, in fact, there
23   was a detection in Huntington Beach ARCO -- or sorry,
24   Huntington Beach Production Wells 7 and 13, what did
25   you do?
```

Confidential - Per 2004 MDL 1358 Order

1  A. It means that 0.01 micrograms per
2  liter is a test result for MTBE that was reported for
3  a sample collected on this date.
4  Q. Does it mean that MTBE was detected
5  in the well on that date?
6  A. I believe I just answered that
7  question. The 0.01 micrograms per liter of an MTBE
8  test result indicates a detection of MTBE on this
9  date October 29, 2002.
10 Q. So more broadly, if we go to the LIMS
11 database and we find numbers in this heading of
12 "Numeric Results" that are greater than zero, we
13 should view those as being a detection of MTBE for
14 that particular sampling event, correct?
15 A. That's what the result indicates,
16 that there was a detection of MTBE at whatever the
17 number is in the units category for the compound
18 identified in the test I.D. category, MTBE, for the
19 dates identified in the collection date category.
20 Q. You're not a chemist, correct?
21 A. That's correct.
22 Q. You're not trained to perform
23 chemical analyses, correct?
24 A. Some chemical analysis I've
25 performed, but I'm not a trained chemist.

Page 984

```
 1          Q.      Orange County Water District has many
 2   trained chemists on its payroll?
 3          A.      I believe they do.
 4          Q.      You didn't consult any of them in
 5   reaching your conclusion that the LIMS data that we
 6   have just been talking about reflects an actual
 7   detection of MTBE in Huntington Beach Well 13,
 8   correct?
 9          A.      It is correct that I did not talk to
10   the chemists in Orange County Water District about
11   these particular results.
12          Q.      And you didn't solicit their advice
13   or counsel as to whether those numbers, in fact,
14   represented the presence of MTBE in Huntington Beach
15   Well 13, correct?
16          A.      I have a report from the LIMS
17   database indicating what the detections were.  I did
18   not go ask the analyst that reported these results to
19   the LIMS database whether these -- whether they
20   reported them correctly.
21          Q.      You didn't ask the analysts that
22   reported the results what those numbers in the LIMS
23   database mean, did you?
24          A.      No, I did not talk to the analyst
25   about the LIMS database.
```

1    Q.    And you didn't ask Stephen
2  Fitzsimmons, the head of Orange County Water
3  District's lab, what those numeric results in the
4  LIMS database mean either, did you?
5         MR. MILLER:  Asked and answered.
6         THE WITNESS:  I didn't specifically ask
7  Steve Fitzsimmons what the data means.
8  BY MR. HEARTNEY:
9    Q.    Do you know what a trip blank is?
10   A.    Yes, I do.
11   Q.    What is a trip blank?
12   A.    A trip blank is a sample that is
13  prepared at the laboratory.  It's put in a container
14  of sample bottles that are prepared by the laboratory
15  for collecting samples.  That sample travels with the
16  other sample bottles in the sample container to the
17  location for a site -- for a sample to be collected.
18  The sample is collected, put back in the container,
19  and then just travels back to the laboratory.
20   Q.    The trip blank is chemically pure
21  water, correct?
22   A.    I don't know what's in a trip blank.
23   Q.    Isn't it correct that a trip blank is
24  water from the laboratory that's put in a bottle and
25  then taken on the trip in which a sample is going to

Page 997

1  sheet.

2        Q.    And it's listed as a TB, correct?

3        A.    That is -- was identified in columns
4  2 and 3 on this sheet.

5        Q.    Okay. And there's a numerical result
6  of 0.29 micrograms per liter; do you see that?

7        A.    In the right two columns on the same
8  sheet, I see 0.29 micrograms per liter.

9        Q.    By the same logic of your analysis of
10 Exhibits 49 and 50, this would mean that the
11 laboratory, in fact, had detected MTBE in the sample
12 at the level of 0.29 parts per billion, correct?

13       A.    I don't know what this is. I don't
14 know what this report is. You have reported it's
15 from the LIMS database. But I don't have access to
16 the LIMS database. So I don't know what this is. I
17 don't know what the sample is. I don't know where
18 the sample came from.

19       Q.    Okay. You don't know enough about
20 the LIMS database to be able to -- to interpret an
21 output from a LIMS database without knowing those
22 things?

23       A.    I don't have access to the LIMS
24 database.

25       Q.    Okay. Do you believe that any time

Confidential - Per 2004 MDL 1358 Order

Page 998

1  there is a numerical result in MTBE for -- in data
2  from the LIMS database reflecting an MTBE test, a
3  numerical result that's greater than zero, it
4  represents an actual detection of MTBE in the water?
5         A.    I don't know that.  I don't have
6  access to the LIMS database.  I'm not a chemist.  I'm
7  not trained at the procedures or the data or the
8  management of that data.  I don't know what this is.
9         MR. HEARTNEY:  I have a very few questions
10 left, and then I'm done.
11        Let's mark as the next exhibit, which I
12 believe will be 52, and then also next is 53.  52 --
13 all right.
14        THE REPORTER:  53, 54.
15        MR. HEARTNEY:  53, 54.  Thank you, Sandy.
16        53 will be a March 8th, 2006 letter from the
17 County of Orange Health Care Agency to Bobby Lu, at
18 ARCO Products Company.
19        54 will be a case closure summary, both of
20 which reference ARCO Site 6131.
21        They bear Orange County Water District
22 production No. 001-187788 through 89 and 187790
23 through 92 respectively.
24                 (Exhibit Nos. 53 and 54 were
25                 marked.)