Page 1146

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
     IN RE:
 3
     Methyl Tertiary Butyl:   Master File No. 1:00-1898
 4   Ether ("MTBE")        :  MDL NO. 1358 (SAS)
     Products Liability    :  M21-88
 5   Litigation            :

 6   _____

     This Document Relates to:
 7      Orange County Water District
        v. Unocal Corporation, et al.,
 8      S.D.N.Y. No. 04 Civ. 4968 (SAS)
     _____/
 9
                       CONFIDENTIAL
10              (Per 2004 MDL 1358 Order)

11                       ------

12                  OCTOBER 20, 2008

13                       ------

14

15        Videotaped Deposition of DAVID P. BOLIN,

16   Volume 6, OCWD'S 30(b)(6) DESIGNEE, re Focus Plumes

17   2, 7 and 9, held in the law offices of Latham &

18   Watkins, 650 Town Center Drive, Suite 2000, Costa

19   Mesa, California, beginning at 9:08 a.m., before

20   Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23              GOLKOW TECHNOLOGIES, INC.

24         877.370.3377 ph|917.591.5672 fax

25                  deps@golkow.com
```

1  actually commingled with the stations that are to the
2  southwest?
3       A.    We don't have a solid definition on
4  the plume or contamination that's emanated from Mobil
5  18-JMY, so we don't know to what degree it has
6  commingled with contamination from these other sites.
7       Q.    Does that mean that you think that
8  there is some commingling?  When you reference to
9  what degree, I'm wondering if that means that you
10 think there's a slight commingling that's occurred?
11      A.    Well, I think there's a great
12 likelihood that, since all these sites are suspect
13 source locations for MTBE in groundwater, and
14 because the MTBE has been detected in these three
15 production wells, we don't know exactly which site
16 the contamination has come from, but they all could
17 be impacting, which means they have all commingled.
18      Q.    All right.  So the evidence that
19 you're relying upon to draw the conclusion that
20 there's been a commingling between Mobil 18-JMY and
21 the stations to the south is that there are wells
22 that have been impacted that are in the proximity of
23 both; am I correct?
24      A.    Yes.
25      Q.    And you don't know really the

```
 1          Q.     Okay.  I want you to focus on the
 2   call of my question.
 3          I want to know, sitting here today, if
 4   there's anything that you think they should have done
 5   differently?
 6          A.     I don't have an opinion as to whether
 7   there is anything they should have done differently.
 8          Q.     All right.  Has the contamination
 9   emanating from Mobil 18-HDR escaped remediation?
10          A.     Let me take a look at my notes.
11          Yes, I believe it has.
12          Q.     Okay.  Do you have an estimate as to
13   how much has escaped remediation?
14          A.     No.
15          Q.     Do you know when this escape
16   occurred?
17          A.     No, I don't.
18          Q.     I notice you've pulled out a map for
19   yourself.  Do you mind letting me look at it just to
20   see what it is that you're looking at?
21          MR. AXLINE:  No.
22          THE WITNESS:  No.
23   BY MS. ROY:
24          Q.     Is this something that was in your
25   binder or is this another document?
```

Confidential - Per 2004 MDL 1358 Order

1  　　　　A.　　This is an enlargement of a map
2  that's in the documents you already have.
3  　　　　Q.　　Okay.  The document that I've been
4  handed is labeled "Site map for ExxonMobil Oil
5  Corporation service station 18-HDR, Figure 2."
6  　　　　And this is from your binder?  Can you tell
7  me which tab it's under?
8  　　　　A.　　It's Figure 2.  Yes, Tab 8.  I
9  believe this is Figure 2 in a report that I think you
10 handed to me as Exhibit 79.
11 　　　　Q.　　Exhibit 79, okay.  All right.  So
12 Exhibit 79, if you turn to the document that the
13 Bates labelled as 192235, do you see that?
14 　　　　A.　　Yes.
15 　　　　Q.　　Okay.  Would you agree that that's
16 the same as this enlargement that you're looking at
17 now?
18 　　　　A.　　I believe that it is the same.
19 　　　　Q.　　Okay.  And can you tell me where this
20 contamination has escaped to on the map?
21 　　　　A.　　Southwest of the site, into off-site
22 wells.
23 　　　　Q.　　And which wells would those be?
24 　　　　A.　　MW-9 -- there are two wells there.
25 MW-9B, which I believe is off site of the station.

Case 1:00-cv-01898-VSB-VF   Document 2352-7   Filed 05/04/09   Page 5 of 20

Confidential - Per 2004 MDL 1358 Order

Page 1273

1    That's right adjacent to the Big O Tires building in
2    the south -- just southwest of the site.
3           MW-16, which is in the bottom left corner of
4    that map.  That's also southwest of the site.  Again,
5    this is in the downgradient direction.
6           MW-7, which is in Cinnamon Avenue.
7           MW-15A and 15B, which is across the street
8    and southwest of the station.
9           MW-10A and 10B, which is almost adjacent to
10   the station but is in Cinnamon Avenue, just southeast
11   of the center of the station.
12          Those wells are in the general downgradient
13   direction.
14          In well MW-5A, which is just north of the
15   station in Geisler Avenue.
16          MW-5B, which is adjacent to or -- I guess
17   they are nested, they are nested wells, all in the
18   same location.
19          MW-6A, which is east of MW-5 and just north
20   of the station in Geisler Avenue.
21          And that is all that I can identify right
22   now.
23          Q.    Okay.  Has OCWD done anything to
24   determine whether the MTBE that was found in those
25   wells that you've just listed came from Mobil 18-HDR

Page 1468

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
      IN RE:
 3
      Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4    Ether ("MTBE")       :  MDL NO. 1358 (SAS)
      Products Liability   :  M21-88
 5    Litigation           :
                           
 6    _____
      
      This Document Relates to:
 7        Orange County Water District
          v. Unocal Corporation, et al.,
 8        S.D.N.Y. No. 04 Civ. 4968 (SAS)
      _____/
 9
                        CONFIDENTIAL
10                (Per 2004 MDL 1358 Order)

11                        ------

12                    OCTOBER 21, 2008

13                        ------

14

15         Videotaped Deposition of DAVID P. BOLIN,

16   Volume 7, OCWD'S 30(b)(6) DESIGNEE, re Focus Plumes

17   2, 7 and 9, held in the law offices of Latham &

18   Watkins, 650 Town Center Drive, Suite 2000, Costa

19   Mesa, California, beginning at 9:12 a.m., before

20   Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23             GOLKOW TECHNOLOGIES, INC.

24         877.370.3377 ph|917.591.5672 fax

25                 deps@golkow.com
```

1    0.16 micrograms per liter in HB-7 and 0.17 micrograms
2    per liter in HB-13.  Do you see that?
3         A.    I've reported in my notes that MTBE
4    was detected in both HB-7 and HB-13 at 0.16
5    micrograms per liter and 0.17 micrograms per liter,
6    respectively.
7         Q.    Is it your contention that MTBE
8    gasoline from 6502 Bolsa is the contamination that
9    has resulted in the micro detections at HB-7 and
10   HB-13?
11        A.    We haven't identified which of the
12   stations the detections in HB-7, HB-13 are from.  All
13   the stations on this map, including Shell 6502 and
14   Westminster Shell, are suspect source locations for
15   those detections, and we are still working to
16   determine the sites from which contamination is
17   emanating, that have gotten into the wells.
18        Q.    I apologize if this sounds like a
19   question I asked you earlier, but I -- you have to
20   explain to the uninitiated.
21              I understand that you have a bunch of
22   stations within the general vicinity of two wells
23   that have micro detections.  What I'm puzzled by is,
24   based on my amateur understanding of hydrogeology,
25   normally what you would do is you would find a

Page 1868

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
      IN RE:
 3
      Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4    Ether ("MTBE")       :  MDL NO. 1358 (SAS)
      Products Liability   :  M21-88
 5    Litigation           :
      _____
 6
      This Document Relates to:
 7       Orange County Water District
         v. Unocal Corporation, et al.,
 8       S.D.N.Y. No. 04 Civ. 4968 (SAS)
      _____/
 9
                        CONFIDENTIAL
10                 (Per 2004 MDL 1358 Order)

11                        ------

12             Thursday, October 30, 2008

13                        ------

14

15       Videotaped Deposition of DAVID P. BOLIN,

16   Volume 9, OCWD'S 30(b)(6) DESIGNEE re Focus Plumes

17   8 and 4, held in the law offices of Latham &

18   Watkins, 650 Town Center Drive, Suite 2000, Costa

19   Mesa, California, beginning at 8:28 a.m., before

20   Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23             GOLKOW TECHNOLOGIES, INC.

24          877.370.3377 ph|917.591.5672 fax

25                  deps@golkow.com
```

1       A.      We were talking about the
2  contamination that remained in groundwater after the
3  no further action letter had been issued.
4       Q.      Is there anything else that you can
5  recall from the conversation?
6       A.      No, I can't.
7       Q.      Did you and Mr. Herndon discuss
8  taking any course of action in response to this
9  closure?
10      A.      No, I don't.  I don't remember that.
11 Not any specific course of action.
12      Q.      Other than the conversation that we
13 just discussed, are you aware of whether or not
14 Mr. Herndon took any kind of action after receiving
15 Exhibit 146, the February 8th letter -- or 6th
16 letter?
17      A.      I don't know what action Roy might
18 have taken.  I'm not sure what action you might be
19 referring to.
20      Q.      I'm really just curious to know.  I'm
21 not referring to anything in particular.
22      A.      I don't know what action he took.
23      Q.      Did OCWD object to the closure of
24 Mobil 18-HEP to the Regional Board?
25      MR. SAWYER:  I will object, to the extent it

Page 2094

```
 1    uses the term "object," as vague and ambiguous.
 2              THE WITNESS:  I don't recall submitting a
 3    written objection.  I don't recall whether we had
 4    discussions with the Water Board after this letter
 5    came out or what we did.
 6    BY MS. ROY:
 7         Q.   Do you have any recollection of
 8    having any communication with the Regional Board
 9    about closure of Mobil 18-HEP?
10              MR. SAWYER:  Objection.  Asked and answered.
11    Argumentative.
12              THE WITNESS:  I don't.
13    BY MS. ROY:
14         Q.   In terms of assembling your binders,
15    if there had been a written objection or a letter
16    sent to the Regional Board from OCWD related to
17    closure of Mobil 18-HEP, is that the sort of document
18    that you would have pulled to include in your binder?
19              MR. SAWYER:  Objection.  Calls for
20    speculation.
21              THE WITNESS:  It is certainly one I would
22    have -- if I didn't have it in the binder, it's one
23    I certainly would have made note of in my summary
24    notes.
25    ///
```

Page 2095

1  BY MS. ROY:
2       Q.    And there aren't any in your summary
3  notes; is that correct?
4       A.    And there aren't any in my summary
5  notes.  I don't think we had any -- there was any
6  kind of a document like that.
7       Q.    Other than communication with the
8  Regional Board, putting that aside since we just
9  talked about that, did OCWD discuss closure of Mobil
10 18-HEP with anyone or any other entity?
11      A.    I don't recall whether we had
12 discussion about the closure with -- with anybody
13 else.
14      Q.    Okay.  Now, other than the particular
15 conversation that you just referenced between you and
16 Mr. Herndon about closure, do you recall any other
17 internal communication amongst anyone at OCWD about
18 the closure of Mobil 18-HEP?
19      A.    I don't recall for certain.  I know
20 we've had conversations with our assistant general
21 manager that oversees our department, keep him posted
22 on our activities.  It's possible that Mobil 18-HEP
23 came up in a reference as to a site that was
24 closed by the agency.
25            I just remember these concentrations,

Page 2098

1  documents in the past -- it's not specific to this
2  site, but there have been occasions when Roy Herndon
3  or I have been CC'd on a document that I believe the
4  regulatory agencies intended for us to receive or,
5  thought we had received, but we did not receive. So
6  sometimes, for whatever reason, documents or letters
7  fall through the cracks.
8           And I cannot say -- unless I can find a
9  copy, I cannot say whether Orange County Water
10 District actually received this letter dated
11 March 16, '07.
12          Q.    Understood. But OCWD was certainly
13 aware in March of 2007 that the Regional Board was
14 issuing a closure letter for Mobil 18-HEP; is that
15 correct?
16          MR. SAWYER: Objection. Lack of foundation.
17          THE WITNESS: Just a brief second. Yes, as
18 a result of the -- I believe as a result of the
19 February 6, 2007 letter, from the Water Board to
20 Marla Guensler, that the District knew the Water
21 Board was closing this site.
22 BY MS. ROY:
23          Q.    All right. I'd like to direct your
24 attention to -- actually, let me back up.
25          You mentioned when you referenced the

Confidential - Per 2004 MDL 1358 Order

1  THE WITNESS: No, I don't know when the last
2  release was.
3  BY MS. ROY:
4  Q.  Do you recall seeing any
5  documentation in your files about when releases
6  occurred at Mobil 18-HEP?
7  MR. SAWYER: Same objection. Overly broad.
8  Vague and ambiguous.
9  THE WITNESS: Yes, I believe there are some
10  Unauthorized Release Reports for this site in Tab --
11  after Tab 4.
12  BY MS. ROY:
13  Q.  And looking at your notes, your
14  Exhibit 142, I note that the most recent one that you
15  reference is one occurring in 1998; do you see that?
16  A.  In my notes. That is the last
17  Unauthorized Release Report that I believe I have
18  seen. Yes, there is one that was reported on
19  September 24th, 1998. I don't know what happened
20  after that.
21  Q.  And do you know when Mobil 18-HEP
22  ceased operations?
23  A.  No, I don't.
24  Q.  I will represent to you -- well, do
25  you know when the tanks were removed from Mobil

```
 1    18-HEP?
 2         A.    I believe -- I have in my notes that
 3    USTs were removed in September '98.  I don't know
 4    about anything after that.
 5         Q.    And have you seen any documentation
 6    suggesting that any leak occurred after that time?
 7         A.    No.  I don't know that I have seen
 8    all of the underground -- the tank release reports,
 9    but I haven't seen anything after that date that I
10    recall.
11         Q.    All right.  Is it safe to assume
12    though that if all the tanks are pulled, that there
13    probably isn't another release that's going to occur
14    after that?
15              MR. SAWYER:  You are assuming facts not in
16    evidence.  You're assuming that all the tanks were
17    pulled.  Lack of foundation.  Based on assumption of
18    facts that aren't in evidence.
19              THE WITNESS:  I don't know that there --
20    whether there were any tanks installed after that,
21    and I don't know whether all of the tanks were
22    removed.
23    BY MS. ROY:
24         Q.    All right.  Mr. Bolin, I'd like you
25    to go back to Exhibit 48, which should be sitting
```

Page 2775

```
 1    UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    _____X

 4    In re:  Methyl Tertiary Butyl Ether

 5    ("MTBE") Products Liability Litigation

 6    _____X

 7    Master File No. 1:00-1898

 8    MDL No. 1358 (SAS)

 9    M21-88

10    _____X

11
          CONFIDENTIAL (Per 2004 MDL 1358 Order)
12

13        VIDEOTAPED 30(b)(6) DEPOSITION OF

14                  David P. Bolin

15                 November 6, 2008

16

17           Taken at 650 Town Center Drive,

18    20th Floor, Costa Mesa, California, before

19    Harry A. Palter, California Certified

20    Shorthand Reporter No. 7708, Certified

21    LiveNote Reporter.

22

23           GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.591.5672 fax
24                deps@golkow.com
```

Page 3058

1         You can provide any
2     personal observations you have.
3         THE WITNESS:  I sure do.
4  BY MR. FINSTEN:
5     Q.    Does the District have any data
6  that the contamination in 1887 has escaped
7  remediation?
8         MR. SAWYER:  Same
9     objections.
10        THE WITNESS:  Well, let's
11    see.
12            Currently, the groundwater
13    flow, at least as of February 19
14    and 20, 2008, is towards --
15    from -- in the east part of the
16    site, flows to the west; in the
17    south part of the site, so it
18    flows to the north.
19            So it looks like there is a
20    depression in the northeast corner
21    of the site.  Groundwater flows in
22    that direction.
23            However, there is
24    contamination that's been detected

Page 3059

```
 1          in offsite wells:  BC-1 to the
 2          west, MW-17 to the south, MW-15 to
 3          the southeast; and at site margin
 4          wells:  MW-3 to the east, MW-4 to
 5          the southeast.
 6   BY MR. FINSTEN:
 7          Q.     And you are looking at --
 8          A.     The Delta report, figure 3,
 9   which is titled, "Groundwater Elevation
10   Contour and Analysis Map, Upper Zone,
11   February 19 and 20, 2008."
12                 It is figure 3 of that same
13   document -- same Delta document identified,
14   dated April 20, 2008.  The first document
15   after tab 8.
16          Q.     Would that be the same document
17   as the third page in Exhibit 196?
18          A.     Yes -- well, let me look at it
19   and confirm.
20                 Yes.
21          Q.     Okay.
22                 Let me just mark the wells that
23   you mentioned.
24                 MW-17, MW-15, and MW-3 and -4.
```

1   last entry.

2       Q.   And let me just --

3   approximately -- I don't want to make you

4   count this, but --

5       A.   It looks like it was quarterly.

6       Q.   Quarterly are, and it hasn't

7   been detected in Monitoring Well 3 since

8   1996?

9       A.   No.

10          It looks like it might have

11  moved past there.

12      Q.   All right.

13          Monitoring Well 4.

14          Continuing down.

15      A.   It was detected in Monitoring

16  Well 4 at 9.7 micrograms per liter on

17  February 22nd, 2002.

18      Q.   And has it been detected before

19  or since?

20      A.   No.

21      Q.   Now let's turn to the offsite

22  wells.

23          Monitoring Well 15, which I

24  guess is going to be page 20 of 36, looks

Confidential - Per 2004 MDL 1358 Order

Page 3072

```
 1    like it starts.
 2              I don't mean to be hiding the
 3    ball here.
 4              Does it look like the first
 5    substantive detection was 12-28-99 on
 6    page 21?
 7       A.     I'm sorry.
 8              Are you looking at 15; right?
 9       Q.     Yes.
10       A.     Oh.
11              Yes.
12              December 28, '99, the first
13    detection was at 7.8 micrograms per liter.
14       Q.     Okay.
15       A.     And it's been detected every
16    quarter since then -- since it's been tested.
17       Q.     But it hasn't been tested since
18    September, 2002.
19       A.     Well, the well was abandoned.
20       Q.     Okay.
21              And then Monitoring Well 17.
22       A.     MTBE was first detected in
23    December of 1998 at 48 micrograms per liter.
24              And it was detected once after
```

```
                                                      Page 3073
 1    that.
 2         Q.    Once after that, being
 3    March 9th, 1999?
 4         A.    Sorry.
 5               I turned the pages.
 6               I didn't record the date.
 7               It was -- what page are you on
 8    again, so I can turn quickly?
 9         Q.    17 of 22 -- 36.
10         A.    Okay.
11         Q.    It starts --
12         A.    Uh, yes.
13               It was recorded -- or detected
14    twice in MW-17:  Once in December, '98, and
15    once in March, '99.
16         Q.    And it has not been detected
17    since?
18         A.    It has not been detected since
19    then on the dates it was tested, which was
20    mostly quarterly.
21         Q.    And the remediation began in
22    what point in the station?
23         A.    Well, the dual-phase extraction
24    was initiated in 2002.
```