Confidential - Per 2004 MDL 1358 Order

Page 3569

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    _____   X

4    In re:  Methyl Tertiary Butyl Ether

5    ("MTBE") Products Liability Litigation

6    _____   X

7    Master File No. 1:00-1898

8    MDL No. 1358 (SAS)

9    M21-88

10   _____   X

11
          CONFIDENTIAL (Per 2004 MDL 1358 Order)
12

13        VIDEOTAPED 30(b)(6) DEPOSITION OF

14   DAVID P. BOLIN RE FOCUS PLUMES 6, 8, AND 9

15             November 21, 2008

16

17        Taken at 650 Town Center Drive,

18   20th Floor, Costa Mesa, California, before

19   Harry A. Palter, California Certified

20   Shorthand Reporter No. 7708, Certified

21   LiveNote Reporter.

22

23        GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph|917.591.5672 fax
24            deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

1       A.      There's been MTBE detected in

2   every single well drilled for this site,

3   including the on-site wells, the site margin

4   wells, and the offsite wells with the

5   exception of MW-6 in the northeast corner.

6               There is water that appears to

7   be flowing away from the site.  The

8   contamination has never been delineated.

9   And -- vertically or laterally.

10              So I think it's not being

11  contained.

12              If it's not being contained,

13  it's certainly not being removed.

14      Q.      And just to clarify -- I want

15  to make sure I understand -- do you have a

16  view as to what direction the MTBE or TBA at

17  this site is traveling?

18          MS. O'REILLY:  Incomplete

19      hypothetical.

20          Overbroad.

21          THE WITNESS:  We have

22      talked about that several times.

23          In this case, the flow

24      direction, or directions, are

Exhibit No. 14
Date: 7-30-08
Witness: Bowen
Sandra Bunch, CSR 9008

| Bellwether Plume Site | Site Name | Address | City | farthest downgradient well | date max MTBE detected in well | date remediation system started | remediation technology |
|---|---|---|---|---|---|---|---|
| 2 | Mobil #18-JMY; Arco #3083 | 3470 Fairview Rd. | Costa Mesa | MW-15 | 4.9 in 11/01 | 2/1/1998 | DPE/P&T |
| 2 | Arco #6131 | 3201 Harbor Blvd. | Costa Mesa | B-9 | 41000 in 11/89 | 11/3/2004 | Sparg/SVE |
| 2 | Costco FV | 17900 Newhope St. | Fountain Valley | no wells | nt | na | none |
| 2 | Mobil #18-HDR | 3195 Harbor Blvd. | Costa Mesa | MW7 | 5/23/2001 | 4/1/1995 | P&T |
| 7 | Arco 1994 | 700 State College Blvd. | Anaheim | UNK - closed 7/30/01, Geotrack rpls leak 7/30/01, VE test Mar-01, excav | | | |
| 7 | Unocal #5869 | 676 S. State College Blvd. | Anaheim | UNKNOWN - no data after 4/16/99 | | Mar-98 | VE |
| 9 | Chevron #9-5401 | 5992 Westminster Blvd. | Westminster | MW-9 | 880 in 11/03 | none | none |
| 9 | Huntington Beach Arco | 6002 Bolsa | Huntington Beach | MW-8 | 1900 in 2/02 | 7/9/2002 | DPE |
| 9 | Shell #6502 | 6502 Bolsa Ave. | Huntington Beach | B-21 B-25 B-46 | 630 in 9/00 6.8 in 9/01 5.8 in 8/06 | 4/1/1989 | P&T |
| 9 | Thrifty #368 | 6311 Westminster Blvd. | Westminster | MW-9 | 93 in 8/00 | 5/1/2003 | P&T |
| 8 | Unocal #5123 | 14972 Springdale St. | Huntington Beach | MW-15 | 15 in 5/03 | Apr-02 | DPE |
| 9 | Unocal #5226 | 6322 Westminster Ave | Westminster | MW-9 | 12000 in 7/00 | 12/18/2004 | P&T |
| 9 | Westminster Shell | 5981 Westminster | Westminster | MW-9 | 90 in 8/97 | 1/18/2001 | P&T |
| 9 | USA #141 | 14600 Edwards St. | Westminster | MW-7 | 220 in 8/97 | 6/9/2000 | DPE/interim |

OCWD-MTBE-001-186921

OCWD-MTBE-001-186922

| | | Reference Rpt / Doc |
|---|---|---|
| (1) MTBE detected in production wells in 2005 (wells MCWD-3B, MCWD-5, and MCWD-7). | --- | 4/23/2008 1st Qtr 08 GWM & Rem Prog Rpt. |
| (4) The MTBE plume migrated down below the screened interval in downgradient wells). Case closed 2006. MTBE detected in production wells in 2005 (wells MCWD-3B, MCWD-5, and MCWD-7). | B-8 slightly farther downgrad, B-9 higher MTBE: max 120,000 11-26-97, 12000 6-8-00, B-9 max TBA 6190 5-15-03, OCHCA CASE CLOSED Mar-06. | 10/4/05 3rd Qtr 05 GWM Rpt; 1/12/05 Case Close Sum Rpt. |
| USTs installed in 2006. | USTs installed in 2006. | --- |
| (2) There was a significant spike in MTBE detections in the most downgradient monitoring well in 2001 that indicated an additional significant release of MTBE from the site. | Not max MTBE, but 2nd spike max on 5/23/01 (8 yrs after starting water rem). | 4/11/08 1st Qtr 08 GWM & Rem Prog Rpt. |
| (4) Leak reported 2001. The MTBE plume migrated down below the screened interval in downgradient well(s). | Case closed 7/30/001; leak reported (Geotrack) 7/30/01 VE rem Mar-01. | --- |
| (4) The MTBE plume migrated down below the screened interval in downgradient well(s). | case closed 7/15/99; rem Apr-00, no data / info after 4/16/99. | --- |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | No record of GW capture OR remediation to date. | 12/14/06 4th Qtr 06 GWM Rpt - shallow zone. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | MW-8 at downgrad edge of site (S); Upper zone MW-12 farther downgrad, maybe too shallow; MTBE in zone "C", but deeper zone untested at MW-12 | 1/31/08 4th Qtr 07 GWM & Stat Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | GW flow NW, W, & SW; max TBA: well B-21 = 1,200 ug/L in 8/01 & 3/08. | 5/9/08 1st Qtr 08 GWM & Stat Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | GW flow S; max TBA in MW-9 100 ug/L 8/20/01. | 4/21/08 1st Qtr 08 Status Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | GW flow S to SW in zones A, B, & C; downgrad well MW-16 (ND MTBE & TBA) covered by asphalt bef 11/11/02; optimum location??? | 1/14/08 4th Qtr 08 GWM Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | On-site GW remed began aftr max MTBE detect in furthest off-site well - not captured. | 4/23/08 1st Qtr 08 GWM Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | No effort to capture or mitigate GW contam until 8 years after leak detection. | 1/2/07 4th Qtr 07 GWM Rpt. |
| (1) MTBE detected (LUMS) in 2005 (HB-13) and 2006 (HB-7). | Off-site wells not loc downgrad of gw flow direction. | 11/3/007 4th Qtr 07 GWM Rpt. |

# ORANGE COUNTY WATER DISTRICT
## SAMPLE INFORMATION AND RESULTS

Station Name: HB-13/1
Station Type: WELL CASING
Perf Interval (ft bgs): 280-810
Aquifer: UNDEFINED

Well Owner: HUNTINGTON BEACH
Well Name: Well No. 13
City: HUNTINGTON BEACH

Sample Group ID: 5000869
Sample ID: 5002250
Sample Date/Time: 01/18/2005   09:50:00
Receive Date/Time: 01/18/2005   11:50:00
Sampling Method: DEDICATED PUMP
Sampling Agency: O.C. WATER DISTRICT
Sampled By: BRIAN OKEY
Monitoring Program: Title 22

Lab Sample No.: 05010404-02
Laboratory: OCWD
Analysis Requested: 524

FIELD PARAMETERS:
EC (umhos/cm): 934
pH (UNITS): 7.4
TEMP (C): 19.3
D.O. (mg/L): NA
D.O. TEMP (C): NA
Total Chlorine (mg/L): NA
Free Chlorine (mg/L): NA

Comments:

| Abbr | Name | Analysis Method | Extract | Analysis | Value | Units | Detect Value | Detect Units |
|---|---|---|---|---|---|---|---|---|
| **Reported Values** | | | | | | | | |
| TOTALX | Total Xylenes (m,p,&o) | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CH3CI | Chloromethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CH3Br | Bromomethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| VNYLCL | Vinyl chloride | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| ClETHA | Chloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CH2Cl2 | Methylene Chloride | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 11DCE | 1,1-Dichloroethene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 11DCA | 1,1-Dichloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CHCl3 | Chloroform | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CCl4 | Carbon tetrachloride | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 12DCP | 1,2-Dichloropropane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| TCE | Trichloroethene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 112TCA | 1,1,2-Trichloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CHBr2C | Dibromochloromethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| PCE | Tetrachloroethene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CLBENZ | Chlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 12DCB | 1,2-Dichlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 13DCB | 1,3-Dichlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 14DCB | 1,4-Dichlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CCl3F | Trichlorofluoromethane (Freon 11) | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| t12DCE | trans-1,2 Dichloroethene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 12DCA | 1,2-Dichloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 111TCA | 1,1,1-Trichloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CHBrCl | Bromodichloromethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| t13DCP | trans-1,3-Dichloropropene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| c13DCP | cis-1,3-Dichloropropene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| BENZ | Benzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CHBr3 | Bromoform | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 1122PC | 1,1,2,2-Tetrachloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| TOLU | Toluene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| EtBENZ | Ethylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| Cl3F3E | Trichlorotrifluoroethane (Freon 113) | 524.2 | | 01/28/2005 | 1.4 | ug/L | .5 | ug/L |
| MEK | Methyl Ethyl Ketone (MEK) | 524.2 | | 01/28/2005 | ND | ug/L | 5 | ug/L |

NA : Not Analyzed
ND : Not Detected
TR : Trace

02/11/2005  07:34          OCWD WRMS RPT#: 3048     Page: 1



CityofHB 007432

# ORANGE COUNTY WATER DISTRICT
## SAMPLE INFORMATION AND RESULTS

Station Name: HB-13/1
Station Type: WELL CASING
Perf Interval (ft bgs): 280-810
Aquifer: UNDEFINED

Well Owner: HUNTINGTON BEACH
Well Name: Well No. 13
City: HUNTINGTON BEACH

Sample Group ID: 5000869
Sample ID: 5002250
Sample Date/Time: 01/18/2005   09:50:00
Receive Date/Time: 01/18/2005   11:50:00
Sampling Method: DEDICATED PUMP
Sampling Agency: O.C. WATER DISTRICT
Sampled By: BRIAN OKEY
Monitoring Program: Title 22

Lab Sample No.: 05010404-02
Laboratory: OCWD
Analysis Requested: 524

FIELD PARAMETERS:
EC (umhos/cm): 934
pH (UNITS): 7.4
TEMP (C): 19.3
D.O. (mg/L): NA
D.O. TEMP (C): NA
Total Chlorine (mg/L): NA
Free Chlorine (mg/L): NA

Comments:

| Abbr | Name | Analysis Method | Extract | Analysis | Value | Units | Value | Units |
|------|------|------|------|------|------|------|------|------|
| **Reported Values** | | | | | | | | |
| MIBK | Methyl Isobutyl Ketone (MIBK) | 524.2 | | 01/28/2005 | ND | ug/L | 5 | ug/L |
| B2CLEE | bis (2-chloroethyl) ether | 524.2 | | 01/28/2005 | ND | ug/L | 5 | ug/L |
| CCl2F2 | Dichlorodifluoromethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 22DCP | 2,2-Dichloropropane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| c12DCE | cis-1,2-Dichloroethene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CH2BrC | Bromochloromethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 11DCP | 1,1-Dichloropropene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| CH2Br2 | Dibromomethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 13DCP | 1,3-Dichloropropane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| EDB | 1,2-Dibromoethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 1112PC | 1,1,1,2-Tetrachloroethane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| o-XYL | o-Xylene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| STYR | Styrene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| ISPBNZ | Isopropylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 123TCP | 1,2,3-Trichloropropane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| PRPBNZ | Propylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| BRBENZ | Bromobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 135TMB | 1,3,5-Trimethylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 2CLTOL | 2-Chlorotoluene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 4CLTOL | 4-Chlorotoluene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| tBBENZ | tert-Butylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 124TMB | 1,2,4-Trimethylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| sBBENZ | sec-Butylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 4iPTOL | 4-Isopropyltoluene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| nBBENZ | n-Butylbenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| DBCP | 1,2-Dibromo-3-chloropropane | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 124TCB | 1,2,4-Trichlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| HClBut | Hexachlorobutadiene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| NAP | Naphthalene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| 123TCB | 1,2,3-Trichlorobenzene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| mp-XYL | m,p-Xylene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| NBENZ | Nitrobenzene | 524.2 | | 01/28/2005 | ND | ug/L | 10 | ug/L |
| x13DCP | Total 1,3-Dichloropropene | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |

NA : Not Analyzed
ND : Not Detected
TR : Trace

02/11/2005  07:34      OCWD WRMS RPT#: 3048    Page: 2

CityofHB 007433

## ORANGE COUNTY WATER DISTRICT
## SAMPLE INFORMATION AND RESULTS

Station Name: HB-13/1
Station Type: WELL CASING
Perf Interval (ft bgs): 280-810
Aquifer: UNDEFINED

Well Owner: HUNTINGTON BEACH
Well Name: Well No. 13
City: HUNTINGTON BEACH

Sample Group ID: 5000869
Sample ID: 5002250
Sample Date/Time: 01/18/2005    09:50:00
Receive Date/Time: 01/18/2005    11:50:00
Sampling Method: DEDICATED PUMP
Sampling Agency: O.C. WATER DISTRICT
Sampled By: BRIAN OKEY
Monitoring Program: Title 22

Lab Sample No.: 05010404-02
Laboratory: OCWD
Analysis Requested: 524

FIELD PARAMETERS:
EC (umhos/cm): 934
pH (UNITS): 7.4
TEMP (C): 19.3
D.O. (mg/L): NA
D.O. TEMP (C): NA
Total Chlorine (mg/L): NA
Free Chlorine (mg/L): NA

Comments:

| Abbr | Name | Analysis Method | Extract | Analysis | Value | Units | Value | Units |
|------|------|-----------------|---------|----------|-------|-------|-------|-------|
| | **Parameter** | **Analysis Method** | **Dates** | | **Results** | | **Detect Limits** | |
| **Reported Values** | | | | | | | | |
| TTHMs | Total THMs | 524.2 | | 01/28/2005 | ND | ug/L | .5 | ug/L |
| MTBE | Methyl tert-butyl ether | 524.2 | | 01/28/2005 | ND | ug/L | .2 | ug/L |
| ETBE | Ethyl tert-butyl ether | 524.2 | | 01/28/2005 | ND | ug/L | 1 | ug/L |
| TAME | Tert-amyl methyl ether | 524.2 | | 01/28/2005 | ND | ug/L | 1 | ug/L |
| DIPE | Diisopropyl ether | 524.2 | | 01/28/2005 | ND | ug/L | 1 | ug/L |
| TBA | tert-butyl alcohol | 524.2 | | 01/28/2005 | ND | ug/L | 2 | ug/L |

CityofHB 007434

| Lab# | SampleID | Collect Date | TestID | ReportedResults | NumericResults | Units |
|------|----------|--------------|--------|-----------------|----------------|-------|
| 08050206-02 | HB-13/1 | 5/7/2008 | MTBE | ND | 0.01 | ug/L |
| 08020713-02 | HB-13/1 | 2/27/2008 | MTBE | ND | 0 | ug/L |
| 07110180-02 | HB-13/1 | 11/13/2007 | MTBE | ND | 0 | ug/L |
| 07080277-02 | HB-13/1 | 8/14/2007 | MTBE | ND | 0.01 | ug/L |
| 07050012-02 | HB-13/1 | 5/1/2007 | MTBE | ND | 0.01 | ug/L |
| 07020464-02 | HB-13/1 | 2/28/2007 | MTBE | ND | 0.01 | ug/L |
| 06110116-02 | HB-13/1 | 11/8/2006 | MTBE | ND | 0.01 | ug/L |
| 06040493-02 | HB-13/1 | 4/18/2006 | MTBE | ND | 0 | ug/L |
| 06020249-02 | HB-13/1 | 2/13/2006 | MTBE | ND | 0 | ug/L |
| 05110016-02 | HB-13/1 | 11/1/2005 | MTBE | ND | 0 | ug/L |
| 05100413-02 | HB-13/1 | 10/19/2005 | MTBE | ND | 0.01 | ug/L |
| 05090740-02 | HB-13/1 | 9/28/2005 | MTBE | ND | 0.01 | ug/L |
| 05080252-02 | HB-13/1 | 8/9/2005 | MTBE | ND | 0.01 | ug/L |
| 05050156-02 | HB-13/1 | 5/4/2005 | MTBE | ND | 0 | ug/L |
| 05020138-02 | HB-13/1 | 2/8/2005 | MTBE | ND | 0 | ug/L |
| 05010404-02 | HB-13/1 | 1/18/2005 | MTBE | ND | 0.17 | ug/L |
| 04110329-02 | HB-13/1 | 11/10/2004 | MTBE | ND | 0 | ug/L |
| 04110044-02 | HB-13/1 | 11/1/2004 | MTBE | ND | 0.02 | ug/L |
| 04100337-02 | HB-13/1 | 10/12/2004 | MTBE | ND | 0 | ug/L |
| 04100336-02 | HB-13/1 | 10/12/2004 | MTBE | ND | 0 | ug/L |
| 04090690-02 | HB-13/1 | 9/27/2004 | MTBE | ND | 0 | ug/L |
| 04090689-02 | HB-13/1 | 9/27/2004 | MTBE | ND | 0 | ug/L |
| 04080053-02 | HB-13/1 | 8/2/2004 | MTBE | ND | 0.01 | ug/L |
| 04060046-02 | HB-13/1 | 6/1/2004 | MTBE | ND | 0 | ug/L |
| 04050754-02 | HB-13/1 | 5/26/2004 | MTBE | ND | 0 | ug/L |
| 04050753-02 | HB-13/1 | 5/26/2004 | MTBE | ND | 0 | ug/L |
| 04050053-02 | HB-13/1 | 5/3/2004 | MTBE | ND | 0 | ug/L |
| 04020059-02 | HB-13/1 | 2/3/2004 | MTBE | ND | 0.01 | ug/L |
| 03120138-02 | HB-13/1 | 12/2/2003 | MTBE | ND | 0 | ug/L |
| 03100474-02 | HB-13/1 | 10/14/2003 | MTBE | ND | 0.09 | ug/L |
| 03090799-02 | HB-13/1 | 9/23/2003 | MTBE | ND | 0 | ug/L |
| 03070396-02 | HB-13/1 | 7/14/2003 | MTBE | ND | 0 | ug/L |
| 03060043-02 | HB-13/1 | 6/2/2003 | MTBE | ND | 0 | ug/L |
| 03050510-02 | HB-13/1 | 5/19/2003 | MTBE | ND | 0 | ug/L |
| 03050106-02 | HB-13/1 | 5/5/2003 | MTBE | ND | 0 | ug/L |
| 03040734-02 | HB-13/1 | 4/22/2003 | MTBE | ND | 0 | ug/L |
| 03040725-02 | HB-13/1 | 4/22/2003 | MTBE | ND | 0 | ug/L |
| 03030609-02 | HB-13/1 | 3/20/2003 | MTBE | ND | 0 | ug/L |
| 03030607-02 | HB-13/1 | 3/20/2003 | MTBE | ND | 0 | ug/L |
| 03020269-02 | HB-13/1 | 2/10/2003 | MTBE | ND | 0.04 | ug/L |
| 02100717-02 | HB-13/1 | 10/29/2002 | MTBE | ND | 0.01 | ug/L |
| 02090048-02 | HB-13/1 | 9/3/2002 | MTBE | ND | 0 | ug/L |
| 02070054-02 | HB-13/1 | 7/1/2002 | MTBE | ND | 0 | ug/L |
| 02060677-02 | HB-13/1 | 6/20/2002 | MTBE | ND | 0 | ug/L |
| 02060676-02 | HB-13/1 | 6/20/2002 | MTBE | ND | 0 | ug/L |
| 02060060-02 | HB-13/1 | 6/3/2002 | MTBE | ND | 0 | ug/L |
| 02050824-02 | HB-13/1 | 5/28/2002 | MTBE | ND | 0 | ug/L |
| 02020201-02 | HB-13/1 | 2/6/2002 | MTBE | ND | 0.01 | ug/L |
| 02020200-02 | HB-13/1 | 2/6/2002 | MTBE | ND | 0.02 | ug/L |
| 02010266-02 | HB-13/1 | 1/14/2002 | MTBE | ND | 0 | ug/L |



Exhibit No. __49__
Date: __8/21/08__
Witness: __BOLIN__
Sandra Bunch, CSR 3032

OCWD-MTBE-001-188460

Analysis Date
5/16/2008
3/5/2008
11/19/2007
8/17/2007
5/2/2007
3/5/2007
11/10/2006
4/20/2006
2/16/2006
11/4/2005
10/21/2005
10/3/2005
8/12/2005
5/9/2005
2/11/2005
1/28/2005
11/17/2004
11/3/2004
10/19/2004
10/19/2004
10/2/2004
10/2/2004
8/6/2004
6/5/2004
6/2/2004
6/2/2004
5/9/2004
2/6/2004
12/13/2003
10/20/2003
9/25/2003
7/18/2003
6/4/2003
5/24/2003
5/8/2003
4/25/2003
4/24/2003
3/24/2003
3/24/2003
2/14/2003
10/30/2002
9/5/2002
7/10/2002
6/21/2002
6/21/2002
6/6/2002
6/1/2002
2/12/2002
2/12/2002
1/16/2002

OCWD-MTBE-001-188461

## Unocal Sta #5356i
### 1913 West Edinger Ave, Santa Ana

A fuel leak was detected at the site in Oct-1992 when seven exploratory borings will drilled near hte UST area and dispenser islands. A leaking product line was discovered (Secor, 4/23/08, *Response to Comments from Review of Draft Off-Site Groundwater Assessment and Soil Vapor Investigation Report and Human Health Risk Assessment*).
Subsequent contaminant spikes in UST area (e.g. MW-9 - TBA 36,000 1/21/04) - indicates **subsequent releases to groundwater**. Subsequently, **free product observed in Nov-2003** (TRC, 3/12/04, *Free Product Smapling and Systems Tank, Line, and Leak Detector Test Report*).

RP **missed multiple work plan and reporting deadlines**, and did not include requested data and information in work plans and reports.

MTBE 1st tested in gw; 1/10/96 in MW-6 (scrned 10-25 ft bgs, dstryed 10/10/96; replace w/ TPW-6 - 0-12.5 ft bgs).
MTBE 1st detected in groundwater: 1/10/96 in MW-6 - 4,900 ug/L.
Max MTBE detected in a gw monitoring well: 4/24/97 in MW-9 - 1,900,000 ug/L.

TBA 1st tested in groundwater: 7/6/00 in MW-4 & MW-8 (ND-5000 ug/L).
TBA 1st detected in groundwater- 7/6/00 in MW-15 - 4,100 ug/L, (7/11/00 MW-9 - 640,000 ug/L).
Max TBA detected in a gw monitoring well: 6/6/01 in MW-9 - 1,100,000 ug/L.

2 saturated zones are identified (Komex):
semi-perched gw zone from ~25 to 48 ft bgs (all mont wells screened from 20 to 30 ft bgs).
Alpha Aquifer - ~67 to 105 ft bgs.

Farthest downgradient well MW-25s - 1st tested MTBE and TBA in Mar-03:
Max MTBE not detected (DL - 50 ug/L).
Max TBA detected Oct-04 at 35 ug/L.
BUT MW-25 is not in optimum position / screened interval (see TRC - Fig 2, June 6-4-08 GW Elev map).
**MTBE and TBA 1st detected 7/19/02 off-site MW-22 - MTBE 840 ug/L, TBA 210 ug/L - not in line w/ MW25**
**MTBE and TBA detected in almost all off-site wells in or after 2002.**

Semi-perched groundwater flow direction is SE (Komex report).
Deeper groundwater flow direction is SW (Komex report).
Vertical groundwater gradient is down (Komex report).



**Remediation:** initiated Apr-2004; **NO groundwater capture initiated.**
**Oct-92 - fuel leak discovered.**
**Feb-95 begin remediation testing - 2.5 yrs after leak discovery:**
Feb-95 - SVE & pump test - ECE concluded SVE ineffective.
Dec-97 to Feb-01 - periodic purging from selected wells - 21,757 gal removed (ave ~560 gal/mo, concen unk).
Jan-98 - Feas Stdy & RAP status DPE most effective (DPE doesn't contain gw contain plume - see later catb).
Dec-01 - 5-day DPE test ~2yrs after deciding DPE is most effective rem tech.
Jun-01 - **after stop purging**; max MTBE 87,000 ug/L MW-9; max TBA 1,100,000 ug/L MW-9.
Aug-02 - 2-day AS test ~4.5 yrs after deciding DPE is most effective rem tech.
Nov-02 - a OAP proposing ozone injection as remediation technology submitted to RWQCB - approved Dec-02.
Apr-04 - C-sparge rem syst initiated - 12 yrs after fuel leak discovered; 9 yrs aftr beginning rem eval.
1.5 yrs after approval.
Aug-05 - GEW-1 well installed to ~30 ft bgs - aquifer test: K = 1.7 to 5.2 ft/dy (i=0.15 & ne=0.2 per Secor).
GEW-2 & GEW-3 wells installed Sep-06; 1 yr after 1st gw extract well - geology varied based on logs.

**MTBE and TBA groundwater plumes have migrated off site IN ALL DIRECTIONS,** but especially SE (7/9/08 TRC -
*Quarterly Monitoring Report April Through June 2008, 76 Station #5356, 1913 West Edinger Ave, Santa Ana, California*

1 of 2

Historic MTBE and TBA gw plumes have not been delineated laterally.
Recent MTBE and TBA gw plumes have not been delineated laterally.
MTBE and TBA gw plumes have not been delineated vertically.

Groundwater contamination has migrated SE off-site. >300 ft from source point.  Groundwater conduits are near by
(potential migration paths from shallow saturated zones to deeper saturated zones)
  Nearest well: VI-17123 - domestic well ~365 ft SE of site - in downgradient direction.
    Drilled to 150 ft bgs.
    Screened _unknown_ ft bgs.
    pump rate - Inactive, abandoned.
  Nearest well in Principal Aquifer: EDQW-5A - domestic well ~945 ft SE of site - in downgradient direction.
    Drilled to 308 ft bgs.      _unencrypted_ _upgh_
    Screened _unknown_ ft bgs.
    pump rate - Inactive.
  Nearest drinking water production well: DAW-5A - ~1000 ft SW of site
    Drilled to 179 ft bgs.
    Screened unknown
    Pump rate - unknown
    Top of Shallow zone - ~71 ft bgs.
    Bottom of Shallow zone - ~244 ft bgs.
    Top of Principal Aquifer - ~284 ft bgs.

Nearest MTBE detection in drinking water production well:
  NONE yet.

Unocal Sta #5336
1913 West Edinger Ave, Santa Ana, California
Wells - Summary Profiles

| Well | Screen Interval (elev-msl) | Top of Screen | Bottom of Screen | Bottom of Well | Installed | Status | TPHg 1st Tested | TPHg 1st Detected | TPHg 1st Detection | TPHg Max Detected | TPHg Max Detection | MTBE 1st Tested | MTBE 1st Detected | MTBE 1st Detection | MTBE Max Detected | MTBE Max Detection | TBA 1st Tested | TBA 1st Detected | TBA 1st Detection | TBA Max Detected | TBA Max Detection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-1 | 15 | 10 | 25 | | | active | 3/31/1993 | 3/31/1993 | 1,300 | 6/6/2001 | 20,000 | 1/10/1996 | 1/10/1996 | 110 | 3/14/2001 | 31,000 | 7/6/2000 | 3/14/2001 | 6,500 | 8/7/2002 | 340,000 |
| MW-2 | 15 | 10 | 25 | | | aband 10/98 | 3/31/1993 | 3/31/1993 | 68,000 | 7/8/1996 | 330,000 | 1/10/1996 | 1/10/1996 | 4,600 | 7/8/1996 | 320,000 | na | na | na | na | na |
| MW-3 | 15 | 10 | 25 | | | active | 3/31/1993 | 9/21/1993 | 200 | 9/7/2005 | ? | 1/10/1996 | 1/10/1996 | 63 | 1/8/2000 | 84 | 7/6/2000 | 3/22/2003 | 130 | 6/8/2005 | 23,000 |
| MW-4 | 15 | 10 | 25 | | | active | 3/31/1993 | 12/21/1993 | 100 | 9/20/2001 | 26,000 | 1/10/1996 | 1/10/1996 | 27 | 6/6/2001 | 33,000 | 7/6/2000 | 6/6/2001 | 19,000* | 6/7/2002 | 67,000 |
| MW-5 | 15 | 10 | 25 | | | active | 3/31/1993 | 3/31/1993 | 2,700 | 10/9/2000 | 7,100 | 1/10/1996 | 1/10/1996 | 180 | 7/8/2000 | 11,000 | 7/6/2000 | 3/14/2001 | 25,000* | 5/11/2002 | 59,000 |
| MW-6 | 15 | 10 | 25 | | | aband 10/98 | 3/31/1993 | 3/31/1993 | 21,000 | 12/21/1993 | 850,000 | 1/10/1996 | 1/10/1996 | 4,900 | 7/8/1996 | 29,000 | na | na | na | na | na |
| MW-7 | 15 | 10 | 25 | | | dest 1996 | 3/31/1993 | 3/31/1993 | 5,000 | 6/21/1994 | 2,100 | na | na | na | na | na | na | na | na | na | na |
| MW-8 | 15 | 10 | 25 | | | active | 6/21/1994 | 1/15/1996 | 820 | 7/14/1998 | 1,100 | 1/10/1996 | 1/10/1996 | 800 | 7/14/1998 | 1,100 | 10/10/2000 | 6/2/2003 | 52* | 12/7/2005 | 6,000 |
| MW-9 | 13 | 7 | 20 | | | active | 1/16/1997 | 1/16/1997 | 840,000 | 4/24/1997 | 1,900,000 | 1/16/1997 | 1/16/1997 | 760,000 | 4/24/1997 | 1,900,000 | 7/11/2000 | 7/11/2000 | 640,000 | 6/6/2001 | 1,100,000 |
| MW-10 | 15 | 5 | 20 | | | active | 7/8/1997 | 10/27/1997 | 210 | 7/29/1999 | 3,900 | 7/8/1997 | 7/8/1997 | 33 | 7/29/1999 | 6,300 | 7/6/2000 | 7/6/2000 | 240 | 5/10/2002 | 13,000 |
| MW-11 | 15 | 5 | 20 | | | active | 7/8/1997 | 6/2/2003 | 29J | 11/4/2003 | 66 | 7/8/1997 | 10/9/2000 | 4 | 5/10/2002 | 13 | 7/6/2000 | 9/2/2003 | 5.0* | 5/31/2006 | 680 |
| MW-12 | 25 | 5 | 30 | | | active | 4/8/2000 | 11/4/2003 | 370 | 11/4/2003 | 370 | 4/8/2000 | | ND<5 | | ND<5 | 4/8/2000 | 11/4/2003 | 240 | 11/4/2003 | 240 |
| MW-13 | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| MW-14 | 25 | 5 | 30 | | | active | 4/8/2000 | 4/8/2000 | 160 | 10/9/2000 | 4,200 | 4/8/2000 | 4/8/2000 | 97 | 10/9/2000 | 4,200 | 7/6/2000 | 10/9/2000 | 4,400 | 6/8/2005 | 8,200 |
| MW-15 | 25 | 5 | 30 | | | active | 4/8/2000 | 4/8/2000 | 900 | 4/8/2000 | 900 | 4/8/2000 | 4/8/2000 | 1,700 | 7/8/2000 | 1,800 | 7/6/2000 | 7/6/2000 | 1,400 | 6/22/2003 | 45,000 |
| MW-16 | 25 | 5 | 30 | | | active | 4/8/2000 | 10/9/2000 | 84 | 3/22/2003 | 270,000 | 4/8/2000 | 4/8/2000 | 9 | 11/8/2000 | 1,400 | 7/6/2000 | 6/8/2001 | 150 | 11/8/2001 | 1,300 |
| MW-17 | 25 | 5 | 30 | | | active | 3/14/2001 | 3/14/2001 | 5,900 | 3/14/2001 | 5,900 | 3/14/2001 | 3/14/2001 | 7,800 | 3/14/2001 | 7,800 | 3/14/2001 | 3/14/2001 | 8,600 | 11/14/2002 | 19,000 |
| MW-18 | 25 | 5 | 30 | | | active | 3/14/2001 | | ND<50 | | ND<50 | 3/14/2001 | 11/8/2001 | 7.0 | 11/8/2001 | 7.0 | 3/14/2001 | 1/21/2004 | 49* | 5/31/2006 | 220 |
| MW-19 | 20 | 5 | 25 | | | active | 2/5/2002 | 2/5/2002 | 59 | 1/21/2004 | 220 | 2/5/2002 | 2/5/2002 | 210 | 1/21/2004 | 210 | 2/5/2002 | 2/5/2002 | 210 | 12/1/2004 | 52,000 |
| MW-20 | 20 | 5 | 25 | | | active | 2/5/2002 | 2/5/2002 | 16,000 | 5/11/2002 | 30,000 | 2/5/2002 | 2/5/2002 | 41,000 | 2/5/2002 | 41,000 | 2/5/2002 | 2/5/2002 | 21,000 | 5/11/2002 | 54,000 |
| MW-21 | 20 | 5 | 24 | | | active | 7/19/2002 | 7/2/2003 | 320 | 6/2/2003 | 300 | 7/19/2002 | 11/14/2002 | 1.4 | 11/14/2002 | 1.4 | 7/19/2002 | 10/8/2004 | 69 | 10/8/2004 | 59 |
| MW-22 | 20 | 4 | 24 | | | active | 7/19/2002 | 7/19/2002 | 610 | 3/22/2003 | 200,000 | 7/19/2002 | 7/19/2002 | 840 | 7/19/2002 | 840 | 7/19/2002 | 7/19/2002 | 210 | 10/8/2004 | 20,000 |
| MW-23 | 20 | 4 | 24 | | | active | 7/19/2002 | 3/22/2003 | 86 | 3/22/2003 | 86 | 7/19/2002 | 3/22/2003 | 78 | 3/22/2003 | 78 | 7/19/2002 | 10/8/2004 | 270 | 1/5/2006 | 1,400 |
| MW-24 | 20 | 5 | 25 | | | active | 3/22/2003 | | ND<50 | | ND<50 | 3/22/2003 | | ND<0.5 | | ND<0.5 | 3/22/2003 | 10/8/2004 | 45 | 10/8/2004 | 45 |
| MW-25 | 20 | 5 | 25 | | | active | 3/22/2003 | | ND<50 | | ND<50 | 3/22/2003 | | ND<0.5 | | ND<0.5 | 3/22/2003 | 10/8/2004 | 35 | 10/8/2004 | 35 |
| MW-26 | 20 | 5 | 25 | | | active | 3/22/2003 | 6/2/2003 | 27J | 6/2/2003 | 27J | 3/22/2003 | 6/2/2003 | | | ND<0.5 | 3/22/2003 | | ND<50 | | ND<50 |
| MW-27 | 20 | 8 | 28 | | | active | 10/17/2007 | | ND<50 | | ND<50 | 10/17/2007 | | ND<0.5 | | ND<0.5 | 10/17/2007 | 6/4/2008 | 54 | 6/4/2008 | 54 |
| MW-28 | 20 | 2 | 22 | | | active | 10/17/2007 | | ND<50 | | ND<50 | 10/17/2007 | | ND<0.5 | | ND<0.5 | 10/17/2007 | | ND<10 | | ND<10 |

on site
near site - fringe
off site

ND<50 = not detected at or above the stated detection limit in ug/L.
test results before listed date were ND at or above a high detection limit (eg. 20,000 ug/L in some cases).
listed detection is between lab method detect limit (MDL) and lab practical quant limit (PQL).
J    italics - listed test result is inconsistent with other test results from this well.
270,000



GROUNDWATER ELEVATION
CONTOUR MAP
June 4, 2008

FIGURE 2

PROJECT: 154770

FACILITY: 76 STATION 5395
1913 WEST EDINGER AVENUE
SANTA ANA, CALIFORNIA

TRC



Reproduced with permission granted by THOMAS BROS. MAPS. ©Thomas Bros. Maps. All rights reserved.



PROJECT: 76 STATION NO. 5336
LOCATION: SANTA ANA, CA
PROJECT NUMBER:
DRILLING: STARTED 8/11/83 COMPLETED:
INSTALLATION: STARTED COMPLETED:
DRILLING COMPANY: WDC
DRILLING EQUIPMENT: CME-75
DRILLING METHOD: HOLLOW STEM AUGER
SAMPLING EQUIPMENT: SPLIT SPOON

WELL / PROBEHOLE / BOREHOLE NO: GEW-1
PAGE 1 OF 1
SECOR

NORTHING (ft): / LATITUDE:
EASTING (ft): / LONGITUDE:
GROUND ELEV (ft): / TOC ELEV (ft):
INITIAL DTW (ft): / BOREHOLE DEPTH (ft):
STATIC DTW (ft): / WELL DEPTH (ft):
WELL CASING DIAMETER (in): 6 / BOREHOLE DIAMETER (in): 8
LOGGED BY: M. CALLENS / CHECKED BY:

| Time / Sample ID | Blow Count | PID Headspace (ppm) | Depth (feet) | Description |
|---|---|---|---|---|
| 10:15 | 10 / 5 / 8 | 10.15 5.7.9 | 5 | SP SANDY CLAY W DK. GR. BN (10YR 3/2) SATURATED, FINE SAND, H. PLASTICITY |
| 10:26 | 5 / 7 / 10 | 17.2 | 10 | SM CLAYEY SAND SANDY/DARK, W DK GR. (10YR 5/1), SATURATED, FINE SAND, L. PLAST. |
| 10:37 | 8 / 12 / 15 | 14.5 | 15 | CH CLAY, SA 5" SAMPLE WHITE TREE HOUSE |
| 10:50 | 8 / 14 / 17 | 13.6 | 20 | BROWN/10 YR 4/4 |
| 11:04 | 8 / 12 / 20 | 6.2 | 25 | SP SAND DK GR. BN (10YR 4/4), SATURATED, FINE SAND, GRADES |
| 11:20 | 10 / 14 / 22 | 10.6 | 30 | CH CLAY, DK GR. BN (10YR 2/2) SAT, H. PLAST, SOME FINE SAND |

TRACE FINE SAND









GROUNDWATER ELEVATION
CONTOUR MAP
February 6, 2008

FIGURE 2





MTBE PLUME #5
LOCATION MAP
DRAFT

July 16, 2008