# Exhibit 11

Page 3933

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
     IN RE:
 3
     Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4   Ether ("MTBE")       :  MDL NO. 1358 (SAS)
     Products Liability   :  M21-88
 5   Litigation           :
                          _____
 6
     This Document Relates to:
 7       Orange County Water District
         v. Unocal Corporation, et al.,
 8       S.D.N.Y. No. 04 Civ. 4968 (SAS)
     _____/
 9
                        CONFIDENTIAL
10                (Per 2004 MDL 1358 Order)

11                         ------

12               Monday, December 1, 2008

13                         ------

14

15       Videotaped Deposition of ROY L. HERNDON,

16  R.G., Volume 17, OCWD'S 30(b)(6) DESIGNEE re Focus

17  Plume #3, held in the law offices of Latham & Watkins,

18  650 Town Center Drive, Suite 2000, Costa Mesa,

19  California, beginning at 9:16 a.m., before Sandra

20  Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23              GOLKOW TECHNOLOGIES, INC.

24         877.370.3377 ph|917.591.5672 fax

25                 deps@golkow.com
```

Page 3971

1    Q.    Okay.  Now, each one of them is a
2 monitoring well, each one of the three?
3    A.    Yes.
4    Q.    What, in general, is a monitoring
5 well, as that term is used by OCWD?
6    A.    It's a well that is used by the
7 District to collect water level and water sample
8 information, as well as geological information.  It's
9 not used for producing groundwater.
10    Q.    And how would you distinguish between
11 a monitoring well as contrasted to a production well?
12    A.    Primarily the use of the well.  The
13 production well would be used typically as a water
14 supply well to pump water and provide it for some
15 use, versus a monitoring well is primarily used
16 for -- or essentially used for data collection.  Not
17 that we don't get data from production wells, but
18 it's the production aspect that would separate the
19 two.
20    Q.    So a monitoring well would be the --
21 strike that.
22         The water which is produced from a
23 monitoring well would be used to collect data and not
24 for any other purpose?
25    A.    That's correct.  It would be produced

```
 1   to collect a representative sample of that well.  It
 2   wouldn't be to go water the lawn or some -- you know,
 3   some use of the water.
 4          Q.     You mention the word "representative
 5   sample."  What did you mean by that?
 6          A.     A sample that is indicative of the
 7   conditions of the aquifer that are -- or the
 8   formation that it was produced from.
 9          Q.     So it would provide information about
10   conditions in the subsurface?
11          A.     Yes.
12          Q.     So water produced from a monitoring
13   well isn't served to consumers or provided to
14   businesses, or anybody like that?
15          A.     Not the water that's removed from the
16   well.  The well may be producing or providing data
17   on an aquifer system that itself may be used to
18   provide water for various beneficial uses, but the
19   monitoring well itself is not used to produce water
20   to provide to customers.
21          Q.     And I think you mentioned three
22   different types of information that could be -- you
23   obtained from a monitoring well.  I realize we're
24   talking in general terms here.  One of them was water
25   level.
```

# Exhibit 12

```
                                                                Page 1
 1
 2
 3
 4
 5
 6     UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER
 7
 8                     UNCERTIFIED REALTIME COPY
 9
10
11
12                         ** DISCLAIMER **
13
14           THIS IS AN UNCERTIFIED REALTIME DRAFT
15        THAT HAS BEEN PREPARED IN ROUGH EDIT FORM AT
16       COUNSEL'S REQUEST AND FOR COUNSEL'S CONVENIENCE
17
18
19        NO REPRESENTATION IS MADE ABOUT ITS ACCURACY
20
21
22    CASE NAME:
23    DEPONENT:  Steve Fitzsimmons, Volume 2
24    DATE TAKEN:  4/17/09
25    REPORTER:  Lisa Moskowitz, CSR 10816, RPR
```

Page 48

1  column that starts with 2.0 and then down --
2      Q.   Yeah.
3      A.   -- that would be the same column.
4      Q.   And for all of these data, that value is -- the
5  reported result is ND; correct?
6      A.   The reported -- again, and, again, I don't know
7  how long this query is for, but from -- it looks like
8  from January of 2002 all the way up to February of 2009,
9  all reported results up into the WRMS system is
10 non-detect which is below the reportable detection level
11 at that time.
12     Q.   And the next column over, that's a numeric
13 result.  What is that?
14     A.   The numeric result is the actual raw data
15 values that generated out of the computer software
16 system and reported up into LIMS.
17     Q.   All right.  And comparing the Exhibit 21 to
18 Exhibit 20, the column in Exhibit 21 entitled numeric
19 result, that is -- that is equivalent to the fourth
20 column from the right which you described as raw value
21 on Exhibit 20?
22     A.   Those two columns would represent the same
23 reporting field; so the column of 1.96 down would be the
24 same as numeric result within this Exhibit 21.
25     Q.   And how -- in numeric result that is the raw

Page 49

1  data value, why is that included in the LIMS database?
2    A.  That's always -- it's just the way the LIMS
3  does that query.  It will always be presented that way
4  when we do -- it's a subreport directly out of the LIMS
5  system.
6    Q.  And for all of the raw values that are on
7  Exhibit 21, they all correspond in the next column to
8  reported results that are reported as non-detect;
9  correct?
10   A.  I'm sorry.  Can you repeat the question.
11       (Record read.)
12       THE WITNESS:  That is correct.  I'm sorry.
13 BY MR. FINSTEN:
14   Q.  So just looking at this numeric results raw
15 value column, Exhibit 21, in each case where owe there's
16 some that are 0.2, 0.1, zero, in each case where it's
17 greater than zero, that result is less than the method
18 detection level for the sample; correct (*** CHECK ***)?
19   A.  Again, the method detection limit, it will
20 be -- it varies where it -- the method detection limit
21 varies.  It will be a different value based on each
22 instrument.
23   Q.  But you report one MDL per year per method per
24 analyte, right, even though you're continuously
25 verifying it and testing it, you have one mandatory MDL?

1        MS. O'REILLY: I'm going to instruct the
2  witness not to of tech answer.
3        THE WITNESS: I was asked to do the query I
4  generated the query and provided to to my counsel (***
5  CHECK ***).
6        MR. FINSTEN: Aside from from your sown did you
7  have any conversations -- let me rephrase.
8        Aside from your counsel or employee from the
9  Miller action line firm, did you have any conversations
10 with anybody about these data?
11       THE WITNESS: No, I did not.
12   Q.   Did you form any conclusions from the
13 information from these data?
14   A.   You mean how am I reading the data?
15   Q.   I can't, any conclusions about MTBE detections
16 in Huntington Beach 13 from these data?
17   A.   All of it seems to be below our reportable
18 detection level.
19   Q.   That's an observation. Do you have any
20 conclusions about this?
21   A.   You mean speculation as far as what the data
22 represents?
23   Q.   No, how about your professional opinion as a
24 director of the OCWD lab about generating -- about data
25 that you yourself generated about this well?

Page 55

```
 1              MS. O'REILLY:  I'm going to object vague and
 2    ambiguous.  I think the question is vague and ambiguous
 3    what type of conclusion you're looking for.  Are you
 4    asking him if he's he has an opinion Mr. MTBE has been
 5    detected in the well?
 6              MR. FINSTEN:  No that's not what I asked.
 7              MS. O'REILLY:  I think the question is vague
 8    and ambiguous.
 9              MR. FINSTEN:  That's a nice prompt, Tracy.
10              MS. O'REILLY:  If you think the well or the
11    sampling -- you can answer if you can.
12              THE WITNESS:  Again, the laboratory would
13    review this as a data report showing that HB13/1 seems
14    to be under our reportable detection limit.
15        Q.    From that you concluded there's no MTBE problem
16    with this well?
17              MS. O'REILLY:  Object vague and ambiguous.
18              THE WITNESS:  Again, that would not -- that
19    would be outside of, you know, problem to me would be
20    towards data versus I think your question is kind of
21    geared towards geology would answer it differently.
22    BY MR. FINSTEN:
23        Q.    Setting geology aside and just considering the
24    samples, if the sample IDs in here that said HB13 said
25    TB for travel blanks, you would not consider this to be
```

Page 59

```
 1   that we would throw out as a concern for the lab.
 2       Q.   So you're not concerned about anything below
 3   the 50 percent level of your RDL?  That would not be
 4   trace -- let me withdraw the question.
 5            That's not trace, is it, under your laboratory
 6   definition of trace?  That does not meet trace?
 7       A.   Under 50 percent we would not define it as
 8   trace when we're using that trace qualifier.
 9       Q.   And there are -- that's not the case with any
10   of these data?
11       A.   Again, everything that's reported out of here
12   is below the report reportable detection limit.
13       Q.   I understand that.  I'm talking about the
14   numeric results that are not equal to zero.  None of
15   those are -- meet the lab's definition of trace
16   detections?
17       A.   The only one that would -- you know, if you're
18   defining that as trace, the only one that would be
19   flagged under that rule would be, it looks like to be
20   the .17 on January of 2005.
21       Q.   And when the district got this .17 result, did
22   it follow its usually practice of immediately going back
23   to retest the well?
24       A.   Again, when we get say first-time hit, they
25   will go out and resample the well two consecutive times.
```

Page 60

1   This would not be defined as a first-time hit because
2   it's -- there's no -- in the reported result column
3   there's no value.
4        Q.   All right.  In fact we do have on this a date
5   sample and date analyzed the next two columns over.  We
6   see it was sampled for this .17 detection we're
7   discussing it was sampled on January 18, 2005, and it
8   was analyzed on January 28 and then ten days later after
9   the 28th almost three weeks after the Sam.  Detection
10  you went back out and found another sample and that the
11  numeric result was zero; correct?
12       A.   That's correct.
13       Q.   By the way what does the numeric result of zero
14  mean?
15       A.   That's just, again, there's no such thing as
16  zero but that's just the generation of in the value the
17  system did not detect any type of peak to a point where
18  it would try to integrate it.
19       Q.   You're not particularly concerned about
20  detection of .01 either?
21       A.   Again, the lab's view is we would look at those
22  .01, .02 levels as, you know, noise, baseline noise.
23  But under the qualifier that if someone came back to us
24  and said, hey, we want you to look at that .02 value
25  there, we would go back and see if there is truly a peak

Page 62

1  Q. How about in general going back to Exhibit 20,
2  have you examined how many travel blank samples in the
3  LIMS database are listed as non-detect in the reported
4  results column but have numeric results greater than
5  zero?
6  A. Again, the query was just a straight, you know,
7  how many travel blanks have we done, how many, you know,
8  detections that we got.
9  Q. When you did that analysis leading to the
10 figure of .16 percent MTBE detections in travel blanks,
11 did you -- you didn't try to find out how many travel
12 blanks samples in the database are listed as non-detect
13 but have numeric results greater than zero?
14 A. No.
15 Q. So going back to the sample on Exhibit 21, and
16 I think I asked you already it's your procedure when
17 MTBE is first detected in a drinking water well to
18 immediately go back to retest it to confirm whether MTBE
19 is present; correct?
20 A. That's correct.
21 Q. The reason do you that? Could you explain.
22 A. Again, that is initiated by the water quality
23 department. It's not initiated by the laboratory. What
24 they'll see is when the data comes across, if they
25 determine it's affairs-time hit at a site, they will

Page 63

```
 1   initiate a resampling of that and it's two consecutive
 2   resamples.
 3       Q.   Nobody from water quality told you to resample
 4   after the January 25, resampling of HB13; right?
 5       A.   Again, we don't resample --
 6       Q.   I'm sorry inspect nobody told you nobody
 7   provide -- water quality didn't go out and resample and
 8   provide you with a sample for analysis; correct?
 9       A.   Again, you can see the date.  118/and then it
10   seems like almost three weeks later they're out at the
11   site again so I don't know why that would initiate, you
12   know, go out and be there again.  It could be on a
13   quarterly or -- so that would be kind of a question for
14   the quart quality department.  //*** 1/18 //***.
15       Q.   All right.  And the two samples that were taken
16   from this well immediately following have a numeric
17   result of zero; right?
18       A.   That is correct.
19       Q.   And the one after that is 0.1; right?
20       A.   That is correct.
21       Q.   And you don't think that that could be
22   considered a valid genuine detection of MTBE in that
23   well at .01; right?
24       A.   That's speculation on my part.  I would not see
25   that within our lab with our current reportable
```

```
 1   extent it calls for speculation, lacks foundation.
 2          THE WITNESS:  Again, the ruling that we have is
 3   that they will go out and get resamples when they get
 4   first-time hits.  Based on that, I would say none of
 5   these additional samples were based on that.
 6   BY MR. FINSTEN:
 7      Q.   I want to mark Exhibit 22.
 8          (              Exhibit NUMBER                was
 9   marked for identification.)
10   BY MR. FINSTEN:
11      Q.   Take a look at it and let me know when you've
12   had a chance to look it over.?
13      A.   Okay.
14      Q.   So Mr. Fitzsimmons, what I've given you marked
15   as Exhibit 22 is a -- it's a table that I've ordered
16   prepared foreign tiled HB13 comparison of LIMS and WRMS,
17   WRM water resource management data, and these are data
18   that we have pulled together from our production of LIMS
19   and WRMS that's been produced to us by the district and
20   the headings across the top are the headings at least
21   the closest headings to the data are from the data
22   fields that were in the LIMS and WRMS database that we
23   matched to the columns.  Do you see that?
24      A.   Yes.
25      Q.   All right.  Do you see that these are the same
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 03010546-01 | TB | 524 | MTBE | 29-Jan-03 | 1.96 | 2.0 | ug/L | 1 |
| 97120705-01 | TB | 601602 | MTBE | 04-Jan-98 | 1.82 | 1.8 | ug/L | 5 |
| 97010127-01 | TB | 601602 | MTBE | 23-Jan-97 | 1.31 | 1.3 | ug/L | 5 |
| 97010136-01 | TB | 502 | MTBE | 22-Jan-97 | 1.07 | 1.1 | ug/L | 5 |
| 97010112-01 | TB | 601602 | MTBE | 21-Jan-97 | 1.13 | 1.1 | ug/L | 5 |
| 97010129-01 | TB | 601602 | MTBE | 27-Jan-97 | 1.01 | 1.0 | ug/L | 5 |
| 97010121-01 | TB | 601602 | MTBE | 22-Jan-97 | 1 | 1.0 | ug/L | 5 |
| 08090738-01 | TB | 524 | MTBE | 25-Sep-08 | 0.29 | 0.3 | ug/L | 0.2 |
| 08050905-01 | TB | 524 | MTBE | 03-Jun-08 | 0.21 | 0.2 | ug/L | 0.2 |
| 08030038-01 | TB | 524 | MTBE | 14-Mar-08 | 0.2 | 0.2 | ug/L | 0.2 |
| 06050372-01 | TB | 524 | MTBE | 22-May-06 | 0.21 | 0.2 | ug/L | 0.2 |

*Handwritten annotations:*

6,871
0.16% "
0.07% (5) 524s

Ex. 20
4/17/09
Fitzsimmons