# Exhibit 13



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**MDL No. 1358**
**Master File C.A. No.**
**1:00-1898 (SAS)**

**This document relates to the following case:**
*Orange County Water District  v. Unocal, et al.,*
04 Civ. 4968

## PLAINTIFF ORANGE COUNTY WATER DISTRICT'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' PRELIMINARY INTERROGATORIES RE STANDING

Plaintiff Orange County Water District (the "District"), by and through its attorneys, Miller, Axline & Sawyer, makes the following Second Supplemental Responses and General Objections to Defendants' Preliminary Interrogatories re Standing ("Defendants' Standing Interrogatories").

### GENERAL OBJECTIONS

1.      The District objects to Defendants' Standing Interrogatories to the extent that they seek information or documents outside the scope of discovery permissible under the Federal Rules of Civil Procedure.

2.      The District objects to Defendants' Standing Interrogatories to the extent the seek documents or information covered by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity.  The District's supplemental responses are not intended as, or should be construed as, a waiver or relinquishment of any part of the protections afforded by the attorney-client privilege, the work product doctrine, or any other applicable privileges or immunities.  The District reserves the right to withdraw and recover any documents or information covered by such privileges or immunities if the District inadvertently or mistakenly produces such documents or information in its supplemental responses to Defendants' Standing Interrogatories.

3.      The District objects to Defendants' Standing Interrogatories to the extent that they contain vague or ambiguous terms, or are overly broad, unduly burdensome and oppressive, or are not reasonably calculated to lead to the discovery of admissible evidence.

1

4.      The District reserves the right to further supplement or amend the responses to Defendants' Standing Interrogatories to include newly found responsive information or documents, as provided for in Rule 26 of the Federal Rules of Civil Procedure.

5.      The District objects to Defendants' Standing Interrogatories to the extent they seek information and documents relating to the subject matter and opinions of expert witnesses, whose disclosure is governed by Rule 26 of the Federal Rules of Civil Procedure.

6.      The District provides these supplemental responses to Defendants' Standing Interrogatories solely for the purposes of this action. All supplemental responses are subject to appropriate confidentiality agreements negotiated, or to be negotiated, between the parties, or as may be imposed by the Court.

7.      These General Objections apply to each interrogatory as though restated in full therein.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORIES

### INTERROGATORY NO. 1:

State whether testing of any of Plaintiff's water supply wells has ever demonstrated the presence of MtBE or TBA. If so, identify the well or wells (by identification number) and state the concentrations of MtBE or TBA detected and the dates of the detections.

### RESPONSE TO INTERROGATORY NO. 1:

Plaintiff objects to Interrogatory No. 1 to the extent it is premature because TBA may be present in plaintiff's groundwater resources, but may not have been tested or sampled for to date. Subject to, and without waiving any objections or reservations, plaintiff individually, and in its capacity as representative of its water users, responds as follows:   Plaintiff has detected MTBE and TBA in public drinking water supply wells and monitoring wells within plaintiff's service area. MTBE and TBA have been detected in other types of wells, including monitoring wells, owned and operated by third parties within plaintiff's service area. A summary of these MTBE and TBA detections is attached as Exhibit 1. Plaintiff and third parties continue to sample wells within plaintiff's service area. Plaintiff, therefore, reserves the right to supplement this response to this interrogatory as discovery proceeds in this action.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:

The District incorporates the General Objections and prior objections to this interrogatory. The District further objects this interrogatory on the grounds that the term "detected" and "detections" are vague and ambiguous on the grounds that there are multiple analytical measurements that apply to analysis of well water samples which use the term "detection", e.g. Method Detection Limits (See 40 CFR 136, Appendix B), Detection Limit for Purposes of Reporting or DLR under Title 22 (See 22 CCR s 64671.15), and each laboratories Detection Limit.

2

Subject to, and without waiving these objections and the General Objections above, the District responds as follows: A summary of MTBE and TBA results up to December 31, 2005, from the District's Water Resources Management and Laboratory Information Management System databases and Friedman & Bruya is attached as Exhibit 1A. The District reserves the right to supplement its response to this interrogatory as discovery proceeds in this action.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:

The District incorporates the General Objections and prior objections to this interrogatory. The District further objects this interrogatory on the grounds that the term "detected" and "detections" are vague and ambiguous on the grounds that there are multiple analytical measurements that apply to analysis of well water samples which use the term "detection", e.g. Method Detection Limits (See 40 CFR 136, Appendix B), Detection Limit for Purposes of Reporting or DLR under Title 22 (See 22 CCR s 64671.15), and each laboratories Detection Limit.

Subject to, and without waiving these objections and the General Objections above, the District responds as follows: A summary of MTBE and TBA results up to April 1, 2008, from the District's Water Resources Management and Laboratory Information Management System databases and Friedman & Bruya is attached as Exhibit 1A. The District reserves the right to supplement its response to this interrogatory as discovery proceeds in this action.

Dated: May 2, 2008

TRACEY L. O'REILLY, SBN 206230
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, California 95825

*Counsel for Plaintiff Orange County Water District*

3

# EXHIBIT 1A

FREIDMAN BRUYA

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 10/4/2005 | | 0.09 | ug/L |
| ANAHEIM | A-34/1 | Methyl tert-butyl ether | MTBE | 12/14/2005 | | 0.05 | ug/L |
| EAST ORANGE COUNTY WATER DIST | EOCW-E | Methyl tert-butyl ether | MTBE | 10/25/2005 | | 0.09 | ug/L |
| EAST ORANGE COUNTY WATER DIST | EOCW-W | Methyl tert-butyl ether | MTBE | 10/25/2005 | | 0.04 | ug/L |
| FULLERTON | F-5/1 | Methyl tert-butyl ether | MTBE | 12/14/2005 | | 0.12 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-3B | Methyl tert-butyl ether | MTBE | 8/2/2005 | | 0.07 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-3B | Methyl tert-butyl ether | MTBE | 3/3/2008 | | 0.11 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-5 | Methyl tert-butyl ether | MTBE | 8/2/2005 | | 0.08 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-5 | Methyl tert-butyl ether | MTBE | 3/3/2008 | | 0.08 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-7 | Methyl tert-butyl ether | MTBE | 8/2/2005 | | 0.05 | ug/L |
| MESA CONSOLIDATED WATER DIST | MCWD-7 | Methyl tert-butyl ether | MTBE | 3/3/2008 | | 0.04 | ug/L |
| NEWPORT BEACH | NB-DOLD | Methyl tert-butyl ether | MTBE | 8/2/2005 | | 0.04 | ug/L |
| NEWPORT BEACH | NB-DOLD | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.04 | ug/L |
| NEWPORT BEACH | NB-DOLS | Methyl tert-butyl ether | MTBE | 8/4/2005 | | 0.04 | ug/L |
| NEWPORT BEACH | NB-DOLS | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.25 | ug/L |
| NEWPORT BEACH | NB-TAMD | Methyl tert-butyl ether | MTBE | 8/3/2005 | | 0.12 | ug/L |
| NEWPORT BEACH | NB-TAMD | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.04 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M11/2 | Methyl tert-butyl ether | MTBE | 4/2/2008 | | 0.26 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M11/4 | Methyl tert-butyl ether | MTBE | 4/2/2008 | | 0.21 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 1.7 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/2 | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.1 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.29 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/4 | Methyl tert-butyl ether | MTBE | 2/25/2008 | | 0.22 | ug/L |
| PRIVATE | TAOR-A/1 | Methyl tert-butyl ether | MTBE | 10/4/2005 | | 0.09 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 8/9/2005 | | 0.13 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 3/10/2008 | | 0.28 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-7/1 | Methyl tert-butyl ether | MTBE | 12/14/2005 | | 0.09 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-12/1 | Methyl tert-butyl ether | MTBE | 12/14/2005 | | 0.08 | ug/L |

WATER SUPPLY WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| A-B NURSERY | SCE-AL1/1 | Methyl tert-butyl ether | MTBE | 4/20/2005 | 12:10 | 0.20 | ug/L |
| A-B NURSERY | SCE-AL1/1 | Methyl tert-butyl ether | MTBE | 5/5/2005 | 10:15 | 0.30 | ug/L |
| A-B NURSERY | SCE-AL1/1 | Methyl tert-butyl ether | MTBE | 5/5/2005 | 10:30 | 0.30 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 10/12/1995 | 11:20 | 3.70 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 3/27/1996 | 14:00 | 1.00 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 3/29/1996 | 14:00 | 1.20 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 9/12/1996 | 11:55 | 4.20 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 11/14/1996 | 10:15 | 3.70 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 3/6/1997 | 10:00 | 1.20 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 5/16/1997 | 10:20 | 3.60 | ug/L |
| ANAHEIM | A-29/1 | Methyl tert-butyl ether | MTBE | 8/20/1997 | 10:00 | 4.30 | ug/L |
| ANAHEIM | A-34/1 | Methyl tert-butyl ether | MTBE | 11/4/1996 | 9:00 | 1.10 | ug/L |
| ANAHEIM | A-34/1 | Methyl tert-butyl ether | MTBE | 11/27/1996 | 9:40 | 1.10 | ug/L |
| ANAHEIM | A-43/1 | Methyl tert-butyl ether | MTBE | 7/10/2006 | 9:10 | 0.20 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 9/12/1995 | 10:30 | 26.40 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 9/21/1995 | 12:30 | 83.50 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 9/22/1995 | 11:45 | 53.30 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 9/25/1995 | 10:10 | 88.00 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 12/13/1995 | 13:20 | 25.80 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 2/27/1996 | 12:00 | 41.90 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 6/27/1996 | 11:10 | 22.90 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 9/6/1996 | 12:55 | 22.10 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 1/8/1997 | 12:00 | 1.00 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 5/13/1997 | 12:30 | 1.00 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 8/14/1997 | 12:20 | 1.50 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 12/5/1997 | 12:10 | 1.20 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 2/26/1999 | 11:45 | 0.50 | ug/L |
| ANAHEIM CEMETERY | CEM2-A/1 | Methyl tert-butyl ether | MTBE | 6/11/1999 | 14:30 | 2.20 | ug/L |
| CANYON COMMERCE CENTER | CHDZ-A/1 | Methyl tert-butyl ether | MTBE | 10/12/1995 | 9:55 | 1.30 | ug/L |
| ECKHOFF, EARNEST | ECKH-A/1 | tert-butyl alcohol | TBA | 9/17/2007 | 12:10 | 3.50 | ug/L |
| ENVIRONMENTAL MGMT AGENCY | EMA-AH5/1 | Methyl tert-butyl ether | MTBE | 5/10/2006 | 10:30 | 0.30 | ug/L |
| ENVIRONMENTAL MGMT AGENCY | EMA-AH5/1 | Methyl tert-butyl ether | MTBE | 5/30/2006 | 11:00 | 0.40 | ug/L |
| ENVIRONMENTAL MGMT AGENCY | EMA-AH5/1 | Methyl tert-butyl ether | MTBE | 5/30/2006 | 11:15 | 0.40 | ug/L |
| ENVIRONMENTAL MGMT AGENCY | EMA-AH5/1 | Methyl tert-butyl ether | MTBE | 7/24/2007 | 10:50 | 1.80 | ug/L |
| FULLERTON | F-5/1 | Methyl tert-butyl ether | MTBE | 3/7/2005 | 10:50 | 0.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 2/25/2002 | 7:45 | 12.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/12/2002 | 11:30 | 7.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/13/2002 | 11:10 | 16.90 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/25/2002 | 7:20 | 14.30 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/27/2002 | 8:15 | 13.30 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/27/2002 | 8:20 | 9.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 3/24/2003 | 13:50 | 9.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 6/3/2003 | 8:00 | 16.40 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 6/17/2003 | 11:35 | 12.90 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 6/17/2003 | 11:55 | 8.70 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 7/2/2003 | 10:20 | 7.90 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 7/7/2003 | 13:30 | 16.00 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 7/7/2003 | 13:55 | 2.60 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 8/4/2003 | 12:25 | 24.30 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 8/6/2003 | 10:05 | 3.60 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 9/2/2003 | 7:45 | 33.20 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 9/3/2003 | 11:45 | 29.70 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 9/23/2003 | 12:15 | 43.30 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 10/2/2003 | 12:00 | 41.00 | ug/L |
| FULLERTON | F-COYO2/1 | tert-butyl alcohol | TBA | 10/2/2003 | 12:00 | 37.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 11/15/1995 | 10:00 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 9/28/1998 | 15:50 | 2.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 9/30/1998 | 15:30 | 2.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 10/28/1998 | 8:45 | 2.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 3/24/1999 | 9:02 | 15.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 5/12/1999 | 9:00 | 52.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLBA/1 | Methyl tert-butyl ether | MTBE | 7/21/1999 | 8:55 | 34.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 10/25/1995 | 9:30 | 47.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 11/15/1995 | 9:35 | 37.10 | ug/L |

1

WATER SUPPLY WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 1/9/1996 | 9:30 | 4.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 10/8/1997 | 8:15 | 26.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 1/14/1998 | 8:10 | 16.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 4/15/1998 | 8:10 | 9.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 7/22/1998 | 8:30 | 40.90 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 10/28/1998 | 8:10 | 40.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 5/12/1999 | 8:30 | 51.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 6/5/1999 | 11:30 | 43.90 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO/1 | Methyl tert-butyl ether | MTBE | 7/21/1999 | 8:30 | 27.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/15/1995 | 9:10 | 1.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 2/13/1996 | 10:05 | 2.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/6/1996 | 10:40 | 1.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/15/1996 | 10:00 | 1.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/8/1996 | 10:40 | 3.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/11/1996 | 11:30 | 2.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/24/1997 | 10:30 | 1.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/7/1997 | 9:30 | 1.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/10/1997 | 8:20 | 2.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/14/1998 | 8:30 | 2.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/22/1998 | 8:15 | 1.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/28/1998 | 9:00 | 3.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/30/1998 | 9:00 | 2.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/3/1998 | 9:25 | 3.70 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/12/1999 | 12:00 | 2.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/24/1999 | 8:31 | 1.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/24/1999 | 8:37 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/24/1999 | 8:40 | 1.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/29/1999 | 8:15 | 2.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/28/1999 | 8:50 | 3.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/21/1999 | 8:00 | 1.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 8/31/1999 | 8:00 | 1.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/23/1999 | 9:05 | 1.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/21/1999 | 9:05 | 1.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/18/1999 | 8:50 | 1.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/15/1999 | 9:10 | 1.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/19/2000 | 9:20 | 1.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 2/16/2000 | 9:15 | 1.90 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/18/2000 | 9:00 | 2.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 6/21/2000 | 9:00 | 2.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/20/2000 | 9:10 | 1.80 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 8/24/2000 | 9:00 | 2.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/20/2000 | 9:10 | 1.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/26/2000 | 9:00 | 1.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/15/2000 | 9:10 | 1.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/21/2000 | 9:10 | 1.60 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/17/2001 | 9:00 | 1.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/4/2001 | 9:20 | 1.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 6/7/2001 | 9:00 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/13/2001 | 9:25 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/7/2002 | 12:38 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 2/4/2002 | 9:30 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/4/2002 | 9:05 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/1/2002 | 10:00 | 1.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/23/2002 | 9:10 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/1/2002 | 12:30 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/3/2002 | 10:15 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/7/2002 | 10:09 | 1.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/4/2002 | 12:00 | 1.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/8/2003 | 10:00 | 1.00 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/6/2003 | 10:35 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/10/2003 | 11:00 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/17/2003 | 9:05 | 1.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/12/2004 | 11:15 | 2.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/27/2004 | 10:00 | 1.10 | ug/L |

WATER SUPPLY WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 2/5/2004 | 12:25 | 1.10 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/10/2004 | 12:30 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/25/2005 | 10:12 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/27/2005 | 11:35 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 2/25/2005 | 9:38 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/23/2005 | 9:20 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/23/2005 | 9:40 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/6/2005 | 9:30 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/16/2005 | 7:50 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 5/16/2005 | 8:10 | 0.50 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 6/13/2005 | 8:00 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/11/2005 | 7:55 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 8/15/2005 | 8:15 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/12/2005 | 8:45 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 10/11/2005 | 8:10 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 11/14/2005 | 8:10 | 0.40 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/12/2005 | 8:15 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/9/2006 | 8:30 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 3/30/2006 | 10:50 | 0.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/13/2006 | 11:00 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 8/28/2006 | 7:45 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 9/25/2006 | 7:55 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 12/4/2006 | 8:40 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 1/8/2007 | 8:15 | 0.20 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 4/9/2007 | 10:45 | 0.30 | ug/L |
| GOLDEN STATE WATER CO - OC | SCWC-YLCO2/1 | Methyl tert-butyl ether | MTBE | 7/9/2007 | 12:15 | 0.20 | ug/L |
| HOLY CROSS CEMETERY | HOLY-A/1 | Methyl tert-butyl ether | MTBE | 4/9/1997 | 15:00 | 2.00 | ug/L |
| HOLY CROSS CEMETERY | HOLY-A/1 | Methyl tert-butyl ether | MTBE | 5/13/1997 | 14:15 | 1.20 | ug/L |
| HOLY CROSS CEMETERY | HOLY-A/1 | Methyl tert-butyl ether | MTBE | 6/10/1997 | 14:30 | 1.10 | ug/L |
| HOLY CROSS CEMETERY | HOLY-A/1 | Methyl tert-butyl ether | MTBE | 8/14/1997 | 12:50 | 1.10 | ug/L |
| MAGNOLIA MEMORIAL PARK | MAGM-GG/1 | Methyl tert-butyl ether | MTBE | 5/15/2006 | 13:30 | 0.20 | ug/L |
| MAGNOLIA MEMORIAL PARK | MAGM-GG/1 | Methyl tert-butyl ether | MTBE | 5/30/2006 | 8:25 | 0.20 | ug/L |
| MAGNOLIA MEMORIAL PARK | MAGM-GG/1 | Methyl tert-butyl ether | MTBE | 5/30/2006 | 8:40 | 0.20 | ug/L |
| MAGNOLIA MEMORIAL PARK | MAGM-GG/1 | Methyl tert-butyl ether | MTBE | 2/8/2007 | 12:30 | 0.30 | ug/L |
| PRIVATE | TAOR-A/1 | Methyl tert-butyl ether | MTBE | 12/13/1995 | 9:40 | 3.90 | ug/L |
| PRIVATE | TAOR-A/1 | Methyl tert-butyl ether | MTBE | 2/27/1996 | 11:40 | 5.80 | ug/L |
| PRIVATE | TAOR-A/1 | Methyl tert-butyl ether | MTBE | 3/8/1996 | 12:50 | 1.00 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 8/8/2007 | 8:05 | 0.70 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 9/12/2007 | 8:10 | 0.40 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 9/19/2007 | 9:30 | 0.40 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 9/19/2007 | 9:45 | 0.30 | ug/L |
| SANTA ANA | SA-16/1 | Methyl tert-butyl ether | MTBE | 11/15/2007 | 9:00 | 0.20 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 2/15/2005 | 8:50 | 0.20 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 3/2/2005 | 10:25 | 0.20 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 3/2/2005 | 10:40 | 0.20 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 5/17/2005 | 8:50 | 0.40 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 5/17/2005 | 9:20 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 8/17/2005 | 9:15 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 11/16/2005 | 9:45 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 12/28/2005 | 10:05 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 12/28/2005 | 10:20 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 2/22/2006 | 9:50 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 2/22/2006 | 10:00 | 0.20 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 5/17/2006 | 10:20 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 8/22/2006 | 10:15 | 0.30 | ug/L |
| SANTA ANA | SA-18/1 | Methyl tert-butyl ether | MTBE | 11/15/2006 | 9:30 | 0.20 | ug/L |
| SANTA ANA | SA-24/1 | Methyl tert-butyl ether | MTBE | 5/17/2005 | 8:25 | 0.30 | ug/L |
| SANTA ANA | SA-24/1 | Methyl tert-butyl ether | MTBE | 8/17/2005 | 8:45 | 0.30 | ug/L |
| SANTA ANA | SA-24/1 | Methyl tert-butyl ether | MTBE | 8/17/2005 | 9:00 | 0.30 | ug/L |
| SANTA ANA | SA-24/1 | Methyl tert-butyl ether | MTBE | 9/14/2005 | 9:20 | 0.30 | ug/L |
| SANTA ANA | SA-24/1 | Methyl tert-butyl ether | MTBE | 5/23/2007 | 8:25 | 0.20 | ug/L |
| THE IRVINE COMPANY - IRVINE | TIC-61/1 | tert-butyl alcohol | TBA | 7/11/2001 | 14:30 | 12.20 | ug/L |
| THE IRVINE COMPANY - IRVINE | TIC-61/1 | tert-butyl alcohol | TBA | 8/4/2001 | 14:30 | 15.60 | ug/L |
| THE IRVINE COMPANY - IRVINE | TIC-61/1 | tert-butyl alcohol | TBA | 4/27/2003 | 13:30 | 4.60 | ug/L |

3