WATER SUPPLY WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| WALT DISNEY PROD. MAINT. DIV. | DISN-AE1/1 | Methyl tert-butyl ether | MTBE | 9/11/1997 | 13:15 | 4.20 | ug/L |
| WALT DISNEY PROD. MAINT. DIV. | DISN-AE1/1 | Methyl tert-butyl ether | MTBE | 10/1/1997 | 9:50 | 5.20 | ug/L |
| WALT DISNEY PROD. MAINT. DIV. | DISN-AE1/1 | Methyl tert-butyl ether | MTBE | 12/29/1997 | 10:50 | 5.50 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-7/1 | Methyl tert-butyl ether | MTBE | 8/19/1998 | 8:45 | 5.20 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-7/1 | Methyl tert-butyl ether | MTBE | 8/28/1998 | 9:00 | 4.60 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-7/1 | Methyl tert-butyl ether | MTBE | 8/31/1998 | 9:35 | 4.00 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-7/1 | Methyl tert-butyl ether | MTBE | 11/15/2005 | 10:30 | 0.30 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-12/1 | Methyl tert-butyl ether | MTBE | 10/12/1995 | 9:10 | 1.30 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-12/1 | Methyl tert-butyl ether | MTBE | 8/19/1998 | 9:00 | 1.30 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-12/1 | Methyl tert-butyl ether | MTBE | 8/31/1998 | 9:45 | 1.70 | ug/L |
| YORBA LINDA WATER DISTRICT | YLWD-12/1 | Methyl tert-butyl ether | MTBE | 9/24/1998 | 10:20 | 1.40 | ug/L |

4

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 10/7/1997 | 12:10 | 2.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 10/10/1998 | 9:55 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 3/6/1999 | 8:00 | 2.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 7/22/1999 | 12:30 | 3.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 10/28/1999 | 11:20 | 4.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/13/2000 | 11:20 | 3.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 4/1/2000 | 13:05 | 4.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 8/16/2000 | 14:05 | 4.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 11/20/2000 | 12:20 | 5.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 3/14/2001 | 13:00 | 5.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 6/20/2001 | 10:45 | 5.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 7/13/2001 | 12:00 | 6.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 7/19/2001 | 9:30 | 6.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 9/12/2001 | 11:50 | 6.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 12/3/2001 | 14:15 | 5.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 12/12/2001 | 14:30 | 6.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/8/2002 | 10:45 | 6.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 4/17/2002 | 10:15 | 8.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 8/15/2002 | 10:45 | 5.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/2/2003 | 10:35 | 4.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 6/13/2003 | 9:05 | 5.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 9/24/2003 | 14:15 | 6.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 12/23/2003 | 13:15 | 2.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 5/19/2004 | 14:00 | 4.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 6/9/2004 | 10:40 | 6.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 6/9/2004 | 11:00 | 6.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 8/3/2004 | 11:20 | 7.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 11/10/2004 | 12:20 | 4.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 4/28/2005 | 10:45 | 4.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 11/2/2005 | 13:50 | 7.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/19/2006 | 9:35 | 6.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 4/3/2006 | 10:45 | 6.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 8/22/2006 | 9:25 | 8.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 12/11/2006 | 13:05 | 4.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/4/2007 | 13:30 | 3.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 4/19/2007 | 10:00 | 3.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 7/18/2007 | 10:50 | 3.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 10/15/2007 | 13:55 | 3.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | Methyl tert-butyl ether | MTBE | 1/30/2008 | 12:30 | 2.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | tert-butyl alcohol | TBA | 5/19/2004 | 14:00 | 3.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | tert-butyl alcohol | TBA | 6/9/2004 | 10:40 | 2.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-2/1 | tert-butyl alcohol | TBA | 6/9/2004 | 11:00 | 2.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-3/1 | Methyl tert-butyl ether | MTBE | 1/21/1999 | 9:55 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-3/1 | Methyl tert-butyl ether | MTBE | 2/4/1999 | 10:50 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-3/1 | Methyl tert-butyl ether | MTBE | 3/6/1999 | 9:20 | 3.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-3/1 | Methyl tert-butyl ether | MTBE | 8/13/1999 | 10:00 | 3.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-3/1 | Methyl tert-butyl ether | MTBE | 10/21/1999 | 13:55 | 4.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 4/15/2000 | 11:00 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 8/13/2000 | 9:50 | 14.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 8/24/2000 | 13:00 | 13.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 12/2/2000 | 10:10 | 20.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 4/19/2001 | 10:50 | 3.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 7/31/2001 | 12:05 | 5.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 10/23/2001 | 9:50 | 4.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 2/2/2002 | 14:00 | 2.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-15A/1 | Methyl tert-butyl ether | MTBE | 4/12/2005 | 13:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 5/24/2004 | 10:15 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 6/23/2005 | 12:30 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 7/13/2005 | 10:50 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 7/13/2005 | 11:05 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 11/16/2005 | 12:50 | 1.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 1/23/2006 | 11:35 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 4/19/2006 | 10:30 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 8/22/2006 | 11:15 | 1.60 | ug/L |

1

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 1/11/2007 | 12:50 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 5/3/2007 | 11:05 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 8/13/2007 | 11:35 | 0.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-17/1 | Methyl tert-butyl ether | MTBE | 11/19/2007 | 13:05 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20/1 | Methyl tert-butyl ether | MTBE | 9/28/1997 | 12:20 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20/1 | Methyl tert-butyl ether | MTBE | 12/13/1997 | 12:10 | 2.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 10/10/1996 | 12:10 | 4.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 10/24/1996 | 11:45 | 5.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 11/10/1996 | 11:20 | 6.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 11/23/1996 | 14:40 | 3.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 12/8/1996 | 15:00 | 6.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 12/21/1996 | 11:20 | 8.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 1/11/1997 | 15:50 | 9.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 1/25/1997 | 12:00 | 10.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 3/9/1997 | 13:30 | 14.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 3/24/1997 | 14:55 | 12.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 9/28/1997 | 13:10 | 24.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-20A/1 | Methyl tert-butyl ether | MTBE | 12/13/1997 | 13:00 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22/1 | Methyl tert-butyl ether | MTBE | 1/8/1996 | 12:15 | 3.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22/1 | Methyl tert-butyl ether | MTBE | 4/15/1996 | 11:25 | 3.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22/1 | Methyl tert-butyl ether | MTBE | 7/8/1996 | 14:45 | 3.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22/1 | Methyl tert-butyl ether | MTBE | 10/24/1996 | 14:00 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22A/1 | Methyl tert-butyl ether | MTBE | 11/21/2005 | 13:55 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22A/1 | Methyl tert-butyl ether | MTBE | 5/22/2006 | 11:45 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22A/1 | Methyl tert-butyl ether | MTBE | 12/13/2006 | 12:50 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22A/1 | Methyl tert-butyl ether | MTBE | 6/27/2007 | 11:10 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-22A/1 | Methyl tert-butyl ether | MTBE | 11/19/2007 | 11:25 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 10/2/1995 | 11:10 | 37.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 2/1/1996 | 11:25 | 27.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 2/1/1996 | 11:30 | 36.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 2/1/1996 | 11:35 | 37.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 2/1/1996 | 11:40 | 37.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 2/1/1996 | 13:45 | 28.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 6/15/1996 | 9:20 | 20.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-23/1 | Methyl tert-butyl ether | MTBE | 9/18/1996 | 11:50 | 9.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 11/30/1995 | 11:55 | 18.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 2/2/1996 | 9:45 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 2/2/1996 | 9:50 | 17.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 2/2/1996 | 10:00 | 17.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 2/2/1996 | 10:15 | 18.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 2/2/1996 | 11:00 | 18.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 6/15/1996 | 12:00 | 21.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 9/18/1996 | 14:10 | 22.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24/1 | Methyl tert-butyl ether | MTBE | 1/6/1997 | 11:35 | 24.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-24A/1 | Methyl tert-butyl ether | MTBE | 5/31/2001 | 14:00 | 11.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/5/1996 | 11:30 | 15.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/5/1996 | 11:35 | 30.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/5/1996 | 11:45 | 25.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/5/1996 | 12:00 | 25.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/5/1996 | 12:30 | 24.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 2/12/1996 | 14:10 | 23.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 5/6/1996 | 11:45 | 18.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 8/26/1996 | 12:20 | 18.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25/1 | Methyl tert-butyl ether | MTBE | 11/12/1996 | 13:30 | 22.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-25A/1 | Methyl tert-butyl ether | MTBE | 2/19/1998 | 11:55 | 2.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-32/1 | Methyl tert-butyl ether | MTBE | 4/1/1996 | 12:55 | 1.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-32/1 | Methyl tert-butyl ether | MTBE | 7/2/1996 | 14:05 | 1.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-33A/1 | Methyl tert-butyl ether | MTBE | 3/16/2005 | 14:10 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-33A/1 | Methyl tert-butyl ether | MTBE | 5/3/2005 | 11:50 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-33A/1 | Methyl tert-butyl ether | MTBE | 5/3/2005 | 12:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-37/1 | Methyl tert-butyl ether | MTBE | 10/11/2005 | 12:25 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-39A/1 | Methyl tert-butyl ether | MTBE | 12/10/2000 | 8:40 | 1.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AM-41A/1 | Methyl tert-butyl ether | MTBE | 1/11/2002 | 13:05 | 1.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 9/15/1995 | 11:25 | 11.80 | ug/L |

2

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 11/28/1995 | 11:45 | 17.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 2/9/1996 | 13:05 | 14.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 5/19/1996 | 12:20 | 6.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 8/15/1996 | 11:40 | 10.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 11/26/1996 | 12:15 | 8.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 2/25/1997 | 13:25 | 5.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 4/2/1997 | 12:45 | 7.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 5/30/1997 | 12:50 | 6.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 8/6/1997 | 12:55 | 6.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 12/22/1997 | 11:50 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 3/4/1998 | 13:50 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP1 | Methyl tert-butyl ether | MTBE | 1/9/1999 | 9:50 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 9/15/1995 | 11:05 | 22.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 11/16/1995 | 14:15 | 25.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 2/9/1996 | 12:50 | 11.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 5/19/1996 | 12:00 | 10.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 8/15/1996 | 11:00 | 10.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 11/26/1996 | 12:00 | 3.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 2/25/1997 | 13:10 | 3.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 4/29/1997 | 12:20 | 2.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 5/30/1997 | 12:20 | 2.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 6/27/1997 | 13:15 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 8/6/1997 | 12:40 | 2.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 3/4/1998 | 13:25 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 9/15/1995 | 10:50 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 11/16/1995 | 13:55 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 2/9/1996 | 12:35 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 5/19/1996 | 11:40 | 7.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 8/15/1996 | 11:25 | 7.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 11/26/1996 | 11:45 | 5.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 2/25/1997 | 12:55 | 5.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 5/30/1997 | 12:00 | 3.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 8/6/1997 | 12:25 | 2.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 12/22/1997 | 11:20 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 3/4/1998 | 13:05 | 1.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 5/19/1996 | 11:20 | 7.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 5/24/2005 | 12:35 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 12/20/2005 | 13:20 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP5 | Methyl tert-butyl ether | MTBE | 12/20/2005 | 12:35 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-2/1/WB1/MP6 | Methyl tert-butyl ether | MTBE | 12/7/2005 | 14:25 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 4/20/2005 | 10:44 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 12/27/2005 | 13:25 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP5 | Methyl tert-butyl ether | MTBE | 4/20/2005 | 10:27 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP7 | Methyl tert-butyl ether | MTBE | 4/13/2005 | 13:17 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP9 | Methyl tert-butyl ether | MTBE | 8/9/2006 | 13:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-3/1/WB1/MP9 | Methyl tert-butyl ether | MTBE | 10/11/2007 | 9:45 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 6/15/2005 | 13:55 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 1/11/2006 | 13:35 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 8/21/2006 | 13:20 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 1/25/1997 | 9:15 | 1.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 4/11/1997 | 12:20 | 1.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 8/11/1997 | 13:40 | 3.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 12/22/1997 | 13:50 | 4.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 3/13/1998 | 10:55 | 4.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 6/20/1998 | 11:35 | 3.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 8/15/1996 | 12:55 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 9/11/1996 | 9:25 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 9/26/1996 | 13:50 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 1/25/1997 | 9:05 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 4/11/1997 | 12:05 | 2.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 5/6/1997 | 13:25 | 1.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 7/3/1997 | 13:30 | 4.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 8/11/1997 | 13:25 | 7.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 8/29/1997 | 12:20 | 6.70 | ug/L |

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 12/22/1997 | 13:35 | 7.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP4 | Methyl tert-butyl ether | MTBE | 3/13/1998 | 10:35 | 8.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP5 | Methyl tert-butyl ether | MTBE | 1/25/1997 | 8:50 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP5 | Methyl tert-butyl ether | MTBE | 4/11/1997 | 11:40 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-7/1/WB1/MP5 | Methyl tert-butyl ether | MTBE | 3/9/1998 | 9:45 | 9.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-8/1/WB1/MP7 | Methyl tert-butyl ether | MTBE | 8/20/1997 | 8:20 | 1.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-11/4 | Methyl tert-butyl ether | MTBE | 6/20/2006 | 10:10 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | AMD-11/5 | Methyl tert-butyl ether | MTBE | 6/20/2006 | 10:30 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | CB-1/1/WB2/MP1 | Methyl tert-butyl ether | MTBE | 9/14/1996 | 9:20 | 1.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | CB-1/1/WB2/MP2 | Methyl tert-butyl ether | MTBE | 3/24/2005 | 9:00 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | CB-1/1/WB2/MP2 | Methyl tert-butyl ether | MTBE | 4/11/2005 | 8:50 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | CB-1/1/WB2/MP2 | Methyl tert-butyl ether | MTBE | 10/18/2007 | 13:55 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FFS-1/1/WB2/MP1 | Methyl tert-butyl ether | MTBE | 8/4/2005 | 11:10 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FFS-1/1/WB2/MP1 | tert-butyl alcohol | TBA | 10/15/2007 | 14:30 | 2.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FFS-1/1/WB2/MP5 | Methyl tert-butyl ether | MTBE | 10/15/2007 | 12:20 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 4/21/2005 | 10:45 | 0.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 6/1/2005 | 9:40 | 0.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 12/1/2005 | 12:25 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 12/1/2005 | 12:35 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 2/7/2006 | 11:50 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 2/8/2007 | 14:55 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-8/1 | Methyl tert-butyl ether | MTBE | 8/8/2007 | 12:00 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-9/1 | tert-butyl alcohol | TBA | 8/22/2002 | 11:20 | 2.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-10A/1 | Methyl tert-butyl ether | MTBE | 5/2/2005 | 14:20 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-10A/1 | Methyl tert-butyl ether | MTBE | 12/6/2005 | 12:20 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-10A/1 | Methyl tert-butyl ether | MTBE | 2/8/2006 | 10:25 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-10A/1 | Methyl tert-butyl ether | MTBE | 5/17/2006 | 8:55 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-10A/1 | Methyl tert-butyl ether | MTBE | 11/15/2006 | 14:00 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 5/5/2005 | 13:45 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 5/31/2005 | 10:10 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 5/31/2005 | 10:25 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 8/4/2005 | 12:25 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 1/31/2006 | 12:05 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 5/1/2006 | 12:35 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 11/8/2006 | 13:40 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 2/6/2007 | 13:45 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 6/4/2007 | 14:40 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 7/26/2007 | 10:10 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-11A/1 | Methyl tert-butyl ether | MTBE | 10/1/2007 | 11:35 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12/1 | Methyl tert-butyl ether | MTBE | 7/24/2007 | 9:35 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12/1 | Methyl tert-butyl ether | MTBE | 10/11/2007 | 12:35 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 4/19/2005 | 13:15 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 8/3/2005 | 11:40 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 11/30/2005 | 9:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 6/20/2007 | 11:30 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 7/24/2007 | 10:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-12A/1 | Methyl tert-butyl ether | MTBE | 10/11/2007 | 12:55 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-13A/1 | tert-butyl alcohol | TBA | 8/22/2002 | 12:45 | 2.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 1/31/2006 | 14:05 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 5/15/2006 | 11:25 | 0.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 10/2006 | 10:00 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 3/26/2007 | 12:45 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 6/11/2007 | 10:55 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 8/9/2007 | 9:10 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | FM-15/1 | Methyl tert-butyl ether | MTBE | 10/2/2007 | 10:20 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | KBS-2/1/WB1/MP2 | Methyl tert-butyl ether | MTBE | 11/25/1997 | 9:10 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | KBS-4/1 | Methyl tert-butyl ether | MTBE | 4/1/1997 | 12:15 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | KBS-4A/1 | Methyl tert-butyl ether | MTBE | 1/22/1998 | 10:35 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-GA4/1 | tert-butyl alcohol | TBA | 8/18/2003 | 9:05 | 2.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-GA4/1 | tert-butyl alcohol | TBA | 9/15/2003 | 9:00 | 2.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-GA4/1 | tert-butyl alcohol | TBA | 9/13/2004 | 12:30 | 2.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-GA4/1 | tert-butyl alcohol | TBA | 9/4/2007 | 10:00 | 2.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-GA7/1 | Methyl tert-butyl ether | MTBE | 8/20/2007 | 12:00 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M6A/3 | Methyl tert-butyl ether | MTBE | 5/10/2007 | 11:40 | 1.30 | ug/L |

4

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | OCWD-M6A/3 | Methyl tert-butyl ether | MTBE | 9/19/2007 | 10:35 | 0.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M6B/1 | Methyl tert-butyl ether | MTBE | 5/10/2007 | 12:00 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M6B/1 | Methyl tert-butyl ether | MTBE | 9/19/2007 | 12:05 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/1 | Methyl tert-butyl ether | MTBE | 9/12/1995 | 9:30 | 1.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/1 | Methyl tert-butyl ether | MTBE | 9/22/2006 | 11:30 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/1 | Methyl tert-butyl ether | MTBE | 10/10/2006 | 11:15 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/1 | Methyl tert-butyl ether | MTBE | 4/9/2007 | 11:00 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 9/7/2006 | 11:40 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 9/22/2006 | 11:35 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 9/22/2006 | 11:50 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 10/10/2006 | 10:30 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 1/15/2007 | 10:50 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 4/9/2007 | 9:10 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 7/17/2007 | 9:45 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 10/9/2007 | 9:40 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/2 | Methyl tert-butyl ether | MTBE | 1/2/2008 | 8:55 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M10/3 | Methyl tert-butyl ether | MTBE | 2/13/2001 | 10:30 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M36/2 | Methyl tert-butyl ether | MTBE | 12/11/1995 | 13:00 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M36/3 | Methyl tert-butyl ether | MTBE | 12/11/1995 | 13:45 | 1.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M37/3 | Methyl tert-butyl ether | MTBE | 2/14/2007 | 10:25 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M37/3 | Methyl tert-butyl ether | MTBE | 8/30/2007 | 9:10 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M38/1 | Methyl tert-butyl ether | MTBE | 8/29/2007 | 10:00 | 1.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/1 | Methyl tert-butyl ether | MTBE | 2/15/2007 | 9:35 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/1 | Methyl tert-butyl ether | MTBE | 5/16/2007 | 13:15 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/1 | Methyl tert-butyl ether | MTBE | 5/16/2007 | 13:20 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/1 | Methyl tert-butyl ether | MTBE | 8/23/2007 | 8:40 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/2 | Methyl tert-butyl ether | MTBE | 2/15/2007 | 10:05 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/2 | Methyl tert-butyl ether | MTBE | 5/16/2007 | 14:00 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/2 | Methyl tert-butyl ether | MTBE | 5/16/2007 | 14:05 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M41/2 | Methyl tert-butyl ether | MTBE | 8/23/2007 | 9:05 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 12/12/2005 | 13:10 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 1/30/2006 | 10:50 | 0.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 4/25/2006 | 13:10 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 7/6/2006 | 12:50 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 10/23/2006 | 8:20 | 0.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 1/2/2007 | 11:35 | 0.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 3/22/2007 | 11:05 | 0.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 4/10/2007 | 12:55 | 0.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 7/2/2007 | 10:15 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 10/8/2007 | 7:55 | 1.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/1 | Methyl tert-butyl ether | MTBE | 1/2/2008 | 10:25 | 1.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 12/12/2005 | 12:00 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 4/25/2006 | 12:00 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 7/6/2006 | 11:40 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 3/21/2007 | 13:50 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 4/10/2007 | 12:15 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 8/27/2007 | 10:30 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/3 | Methyl tert-butyl ether | MTBE | 10/8/2007 | 9:40 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | OCWD-M45/4 | Methyl tert-butyl ether | MTBE | 1/2/2008 | 9:05 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SAR-1/1/WB2/MP1 | Methyl tert-butyl ether | MTBE | 7/3/2002 | 14:25 | 2.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SAR-5/1/WB2/MP2 | Methyl tert-butyl ether | MTBE | 12/22/1997 | 9:00 | 1.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SC-5/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 4/28/2005 | 12:45 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SC-5/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 11/14/2006 | 11:55 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SC-6/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 2/19/1998 | 8:45 | 1.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-1/1/WB1/MP6 | tert-butyl alcohol | TBA | 1/5/2004 | 13:00 | 4.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 7/16/1998 | 11:50 | 2.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 8/12/1998 | 10:25 | 1.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 9/9/1998 | 10:35 | 1.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 10/9/1998 | 9:25 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 10/20/1998 | 12:35 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 5/16/2005 | 9:35 | 0.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-6/2 | Methyl tert-butyl ether | MTBE | 8/11/2005 | 9:20 | 0.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 1/21/1999 | 9:20 | 18.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 5/11/1999 | 10:45 | 55.20 | ug/L |

ORANGE COUNTY WATER DISTRICT OWNED WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 5/28/1999 | 13:00 | 50.60 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 5/11/2000 | 9:55 | 42.20 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 4/18/2001 | 11:15 | 7.80 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 9/5/2001 | 11:20 | 15.40 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 4/3/2002 | 10:30 | 5.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-8/1 | Methyl tert-butyl ether | MTBE | 10/9/2002 | 10:45 | 2.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | SCS-9/1 | Methyl tert-butyl ether | MTBE | 4/21/2004 | 10:30 | 3.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | W-14659/1 | Methyl tert-butyl ether | MTBE | 8/13/1996 | 10:00 | 1.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | W-14659/1 | Methyl tert-butyl ether | MTBE | 2/27/1997 | 10:10 | 2.10 | ug/L |
| ORANGE COUNTY WATER DISTRICT | W-14659/1 | Methyl tert-butyl ether | MTBE | 2/27/1997 | 10:10 | 2.00 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 5/2/1996 | 12:20 | 14.50 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 5/13/1996 | 9:35 | 15.90 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 8/30/1996 | 9:05 | 2.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 12/20/1999 | 9:45 | 2.70 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB1/MP3 | Methyl tert-butyl ether | MTBE | 1/26/2000 | 12:20 | 3.30 | ug/L |
| ORANGE COUNTY WATER DISTRICT | WBS-4/1/WB2/MP2 | Methyl tert-butyl ether | MTBE | 10/10/2007 | 11:55 | 0.30 | ug/L |

6

OTHER WELLS

| OWNER NAME | STATION NAME | PARAMETER NAME | PARAMETER ABBREV. | SAMPLE DATE | SAMPLE TIME | RESULT VALUE | RESULT UNIT |
|---|---|---|---|---|---|---|---|
| ARCO/TOSCO/EQUIVA | AET-RMW2/4 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 13:50 | 2.20 | ug/L |
| ARCO/TOSCO/EQUIVA | AET-RMW3/2 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 16:30 | 4.50 | ug/L |
| ARCO/TOSCO/EQUIVA | AET-RMW3/3 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 16:40 | 8.00 | ug/L |
| ARCO/TOSCO/EQUIVA | AET-RMW3/4 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 16:55 | 1.20 | ug/L |
| ARCO/TOSCO/EQUIVA | AET-RMW3/5 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 17:05 | 1.70 | ug/L |
| ARCO/TOSCO/EQUIVA | AET-RMW3/6 | Methyl tert-butyl ether | MTBE | 7/18/2001 | 17:20 | 2.70 | ug/L |
| CT STORAGE - FULLERTON, LLC | MBF-FM3/1 | Methyl tert-butyl ether | MTBE | 6/21/2005 | 12:40 | 0.30 | ug/L |
| CT STORAGE - FULLERTON, LLC | MBF-FM3/1 | Methyl tert-butyl ether | MTBE | 6/14/2006 | 11:20 | 0.20 | ug/L |
| CT STORAGE - FULLERTON, LLC | MBF-FM3/1 | Methyl tert-butyl ether | MTBE | 12/7/2006 | 9:50 | 0.20 | ug/L |
| DEPARTMENT OF WATER RESOURCES | OCWD-SA12/1 | Methyl tert-butyl ether | MTBE | 4/26/2007 | 10:10 | 1.40 | ug/L |
| DEPARTMENT OF WATER RESOURCES | OCWD-SA12/1 | Methyl tert-butyl ether | MTBE | 5/24/2007 | 10:05 | 0.90 | ug/L |
| HARBOR LAWN MEMORIAL PARK | HMEM-COS/1 | Methyl tert-butyl ether | MTBE | 4/21/2006 | 10:10 | 0.30 | ug/L |
| HARBOR LAWN MEMORIAL PARK | HMEM-COS/1 | Methyl tert-butyl ether | MTBE | 9/20/2006 | 9:55 | 0.40 | ug/L |
| HARBOR LAWN MEMORIAL PARK | HMEM-COS/1 | Methyl tert-butyl ether | MTBE | 3/15/2007 | 11:16 | 0.60 | ug/L |
| HARBOR LAWN MEMORIAL PARK | HMEM-COS/1 | Methyl tert-butyl ether | MTBE | 9/5/2007 | 13:05 | 0.50 | ug/L |
| INTERGRATED WASTE MGMT. DIST. | IWMD-RPM5/1 | Methyl tert-butyl ether | MTBE | 6/10/1996 | 8:15 | 1.10 | ug/L |
| NEWPORT BEACH GOLF COURSE | NBGC-GA10/1 | tert-butyl alcohol | TBA | 8/18/2003 | 10:40 | 4.00 | ug/L |
| NEWPORT BEACH GOLF COURSE | NBGC-GA10/1 | tert-butyl alcohol | TBA | 11/17/2003 | 11:40 | 2.20 | ug/L |
| NEWPORT BEACH GOLF COURSE | NBGC-GA10/1 | tert-butyl alcohol | TBA | 2/20/2007 | 10:40 | 2.20 | ug/L |
| SERVICE CHEMICAL | SCC-D1/1 | Methyl tert-butyl ether | MTBE | 12/18/1996 | 10:25 | 1.10 | ug/L |
| SERVICE CHEMICAL | SCC-D1/1 | Methyl tert-butyl ether | MTBE | 9/16/1997 | 8:30 | 338.00 | ug/L |
| SERVICE CHEMICAL | SCC-D1/1 | Methyl tert-butyl ether | MTBE | 9/16/1997 | 8:55 | 45.10 | ug/L |
| SERVICE CHEMICAL | SCC-D1/1 | Methyl tert-butyl ether | MTBE | 9/16/1997 | 9:25 | 6.00 | ug/L |

1

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE AND E-MAIL**

1  
2  I, KATHY HERRON, hereby declare under penalty of perjury under the laws of the  
3 United States of America and the State of California that a true copy of the following  
4 document(s): **PLAINTIFF ORANGE COUNTY WATER DISTRICT'S SECOND**  
5 **SUPPLEMENTAL RESPONSES TO DEFENDANTS' PRELIMINARY**  
6 **INTERROGATORIES RE STANDING** was served via LexisNexis File & Serve on all  
7 parties, and via e-mail on Liaison Counsel, on this 2nd day of May, 2008.  
8  
9  
10           KATHY HERRON  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28