UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
In re:  Methyl Tertiary Butyl Ether ("MTBE")   :
Products Liability Litigation                   :
                                                :
                                                :
This Document Relates To:                       :
Orange County Water District v. Unocal          :
Corporation, et al., Case No. 04 Civ. 4968      :
(SAS).                                          :
                                                :
------------------------------------- X
```

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

The Honorable Shira A. Scheindlin

### DECLARATION OF WILLIAM T. COSTLEY III IN SUPPORT OF DEFENDANTS' FURTHER SUPPLEMENTAL MEMORANDUM RE SUMMARY JUDGMENT MOTION ON STATUTE OF LIMITATIONS

## DECLARATION OF WILLIAM T. COSTLEY III

I, WILLIAM T. COSTLEY III, hereby declare:

1.      I am a senior paralegal at the law firm of Arnold & Porter LLP, attorneys for

defendants Atlantic Richfield Company, BP Products North America Inc. and BP West Coast

Products LLC in this litigation.  I have personal knowledge of the matters stated herein, and if

called upon to testify, could and would competently do so.

2.      I submitted two prior declarations in support of defendants' motion for summary

judgment based on the statute of limitations in March 2006 and February 2007, respectively:

Declaration of William T. Costley III In Support Of Defendants' Motion For Summary Judgment

Based On The Statute Of Limitations, March 9, 2006 ("Costley 2006 Decl.") and Supplemental

Declaration of William T. Costley III In Support Of Defendants' Motion For Summary Judgment

Based On The Statute Of Limitations, February 15, 2007 ("Costley 2007 Decl.").

3.      To prepare this declaration, I analyzed documents and electronic data produced in

this case by plaintiff Orange County Water District (the "District"), by defendants and, in some

cases, by the Santa Ana Regional Water Quality Control Board or other government agencies.

Using information from these sources, I prepared the tables attached to this declaration.  These

tables fairly and accurately summarize the information taken from the sources mentioned above.

In preparing this declaration, I also utilized the accrual dates, and supporting information, set

forth in the District's table attached to its March 13, 2009 letter included as Exhibit 2 to the 2009

Further Supplemental Declaration of James J. Finsten.

4.      Each of the first five tables attached to this declaration (Exhibits 1A-1E) compare

the District's accrual dates for a subset of the stations included in its March 13, 2009 accrual

table to additional information relevant to determining the accrual dates for the stations in

#545854

question applying the District's own accrual criteria or, in the case of Exhibit 1D, the accrual

date based on California law set forth in defendants' prior briefing. In each table, the focus

plume stations referred to are identified by station name and plume number in the first two

columns of the table.

5.      Table 1A, attached as Exhibit 1A, addresses the District's accrual dates based on

its first accrual criterion -- the first MTBE detection above 5 parts per billion ("ppb") in an

offsite monitoring well at the station. Table 1A compares the accrual date selected by the

District (third column), and information regarding the offsite MTBE detection used to select this

date (fourth and fifth columns), with data reporting pre-May 6, 2000 MTBE detections above 5

pbb in offsite monitoring wells at the station. For each station, the Table lists the offsite

monitoring wells in which MTBE detected at or above 5 ppb before May 6, 2000 (sixth column)

and the highest MTBE detection in these wells prior to May 6, 2000 (seventh column). To

compile this Table, I utilized the same source documents identified in the District's March 13,

2009 table, which identifies these documents by Bates range. Such documents consisted of

Monitoring Reports submitted to the Regional Board or local oversight agency by the

responsible party for the station in question, and contain monitoring data for MTBE detections in

on-site and offsite monitoring wells at the station.

6.      Table 1B, attached as Exhibit 1B, addresses certain of the District's accrual dates

based on its second accrual criteria -- the first MTBE detection in a production well "associated"

with a station by being included in the same "plume." At each station analyzed in Table 1B,

offsite monitoring wells were installed and, before May 6, 2000, MTBE was detected in one or

more such wells above 5 ppb. Thus, Table 1B compares the accrual date selected by the District

(third column), and information regarding the MTBE detection in an "associated" production

well used to select this date (fourth column), with data reporting pre-May 6, 2000 MTBE

detections above 5 pbb in offsite monitoring wells at the station.  For each station, the Table lists

the offsite monitoring wells in which MTBE detected at or above 5 ppb before May 6, 2000

(sixth column) and the highest MTBE detection in these wells prior to May 6, 2000 (seventh

column).   To compile this Table, I utilized Monitoring Reports submitted to the Regional Board

or local oversight agencies that have been produced in this litigation (identified by Bates number

in the eighth column).

7.      Table 1C, attached as Exhibit 1C, addresses other of the District's accrual dates

based on its second accrual criteria.  The accrual dates analyzed in Table 1C are for stations in

the District's Plumes 3 and 7, and are based on alleged "first" MTBE detections in well OCWD-

M10 (Plume 3) and City of Anaheim well A-29 (Plume 7) after May 6, 2000.  Thus, this Table

compares the accrual date selected by the District (third column), and information regarding the

MTBE detection in an "associated" production well used to select this date (fourth column), with

other data from the District's own testing showing MTBE detections in the wells in question

before May 6, 2000.  To compile this Table, I utilized the District's Second Supplemental

Responses to Defendants' Preliminary Interrogatories re Standing.

8.      Table 1D, attached as Exhibit 1D, addresses the District's accrual dates for

stations not included in Tables 1A, 1B or 1C.  This Table compares the accrual date selected by

the District (third column), and information regarding the MTBE detection in either offsite

monitoring wells or production wells used to select this date (fourth, fifth and sixth columns),

with data reporting MTBE detection in on-site monitoring wells at the station in question

(seventh, eighth and ninth columns).  To compile this Table, I utilized Monitoring Reports

submitted to the Regional Board or local oversight agencies that have been produced in this

litigation, documents produced by the District or defendants in this litigation, the District's

Second Supplemental Responses to Defendants' Preliminary Interrogatories re Standing, and the

Santa Ana Regional Water Quality Control Board Database of MTBE Detections (as identified

in each case in the tenth column). The data reporting on-site MTBE detections at the stations

listed in this Table was previously submitted in my prior declarations.

      9.      Table 1E, attached as Exhibit 1E, addresses the stations that are designated as

"not ripe" in the District's March 13, 2009 accrual table. For each such station, the Table lists

the offsite monitoring wells at the station in which MTBE was detected above 5 ppb before May

6, 2000 (fourth column) and the highest MTBE detection in these wells prior to May 6, 2000

(fifth column). To compile this Table, I utilized Monitoring Reports submitted to the Regional

Board or local oversight agencies that have been produced in this litigation (identified by Bates

number in the sixth column).

      10.      Table 2, attached as Exhibit 2, contains a more detailed analysis of the

District's accrual dates based on its first criterion at three exemplar stations. This Table

compares the District's basis for accrual, including the well, detection level, and date of

detection, with detections of MTBE above 5 ppb in off-site monitoring wells before May 6,

2000, using these same factors. To compile this Table, I utilized the Monitoring Reports

submitted to the Regional Board or local oversight agencies used in preparing Table 1A.

      11.      Table 3, attached as Exhibit 3, summarizes the accrual information contained in

the five tables making up Exhibit 1, and indicates for each focus plume station (1) whether this

station is time-barred using the District's own accrual criteria or (2) whether the District's claims

at this station have not yet accrued applying its accrual criteria. Because this Table is limited to

applying the District's accrual criteria, it does not encompass stations analyzed in Table 1D,

#545854

which presents accrual information applying the California law accrual standard set forth in defendants' prior briefing.  In composing Table 3, I consulted the same information addressed in paragraphs 4-9 of this Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 4, 2009 at Los Angeles, California.

William T. Costley III

# Exhibit 1A

Exhibit 1A

OCWD Accrual Dates Based On First Criterion Compared To Data Showing Off-Site Monitoring Well Detections Before May 6, 2000

| Plume No. | Station Name | 3/13/09 OCWD Accrual Date | Off-Site Well Used For OCWD Accrual Date | MTBE Concentration on Accrual Date (ppb) | All Off-Site Wells w/ pre-5/6/00 MTBE Detections above 5 ppb | Highest MTBE Concentration in Off-Site Well pre-5/6/00 (ppb) | Source |
|---|---|---|---|---|---|---|---|
| P1 | Exxon #7-4283 | 05/05/05 | MW-13i | 5.6 | MW-8 | 18 (MW-8) | OCWD-MTBE-001-257753 |
| P1 | G&M Oil #4 | 09/12/01 | W-25d | 5.1 | W-11, W-16, W-17, W-18, W-19, W20, W-21, W-22 | 22,600 (W-17) | OCWD-MTBE-001-255790 |
| P2 | Mobil #18-HDR | 09/01/04 | MW-16B | 18.5 | MW-5A, MW-5B, MW-6A, MW7, MW-9A, MW-9B, MW-10A, MW-10B | 71,000 (MW-5A) | OCHCA-MTBE-013887 |
| P2 | Mobil #18-JMY | 11/07/01 | MW-15 | 4.9 | BH-5, MW-14, MW-17, MW-19A, MW-19B | 200,000 (BH-5) | OCWD-MTBE-001-182388 |
| P3 | ARCO #1912 | 03/14/07 | MW-8 | 7.6 | B-5, E-7, E-15 | 600,000 (E-15) | OCHCA-MTBE-043871 |
| P4 | Thrifty #008 | 04/08/03 | BW-28 | 43 | BW-9, BW-10, BW-13, BW-14, BW-15, BW-16 | 8,000 (BW-16) | SARWQCB-MTBE-020055 |
| P4 | Unocal #7470 | 03/16/04 | MW-20 | 36 | B-7, B-11, B-12 | 10,000 (B-7) | SARWQCB-MTBE-028019 |
| P8 | ARCO #3085 | 10/02/01 | MW-5 | 170 | MW-3, MW-4 | 2,200 (MW-3) | SARWQCB-MTBE-000023 |
| P8 | Beacon Bay Car Wash (SA) | 01/16/03 | MW-9 | 18 | MW-7, MW-8 | 34,000 (MW-8) | SARWQCB-MTBE-026407 |
| P8 | Chevron #9-1921 | 01/02/07 | MW-13 | 41 (TBA) | MW-10, MW-11, MW-14, MW-16 | 3,460 (MW-14) | SARWQCB-MTBE-004568 |
| P9 | Shell #6502 | 09/06/00 | B-46 | Not Found* | B-7, B-8, B-11, B-21 | 4,800 (B-7) | OCWD-MTBE-001-183180 |
| P9 | Unocal #5123 | 05/06/03 | MW-15 | 15 | MW-4, MW-14, MW-17 | 910 (MW-17) | OCWD-MTBE-001-184473 |
| P10 | Four Star Ventures | 10/31/07 | S-1B | 19 | MW-13, MW-14 | 1,500 (MW-13) | OCHCA-MTBE-079731 |
| P10 | Shell #8990 | 03/07/03 | B-22 | 14 | B-14, B-15, B-16 | 17 (B-14) | SARWQCB-MTBE-016784 |
| D1 | Texaco #3311 | 01/27/99 | MW-6S | 23.5 | Pre-May 6, 2000 Accrual Date From OCWD | | OCHCA-MTBE-088873 |
| D4 | ARCO #6036 | 08/16/01 | VA-2D | Not Found** | MW-8, MW-10 | 86 (MW-10) | OCWD-MTBE-001-267076 |
| D9 | Chevron #9-5568 | 10/13/97 | MW-10 | 54 | Pre-May 6, 2000 Accrual Date From CCWD | | OCWD-MTBE-001-266123 |

*While no MTBE was found on 9/6/00 in well B-46, MTBE was detected at 10 ppb in well B-46 on 6/6/00.

**While no MTBE was found on 8/16/01 in well VA-2D, MTBE was detected at 37 ppb in well VA-2D on 5/31/05.

543916_11.XLSX

# Exhibit 1B

**Exhibit 1B**

**OCWD Accrual Dates Based On Second Criterion Compared To Data Showing Off-Site Monitoring Well Detections Before May 6, 2000**

| Plume No. | Station Name | 3/13/09 OCWD Accrual Date | Production Well Used For OCWD Accrual Date | MTBE Concentration on Accrual Date (ppb) | All Off-Site Wells w/ pre-5/6/00 MTBE Detections above 5 ppb | Highest MTBE Concentration in Off-Site Well pre-5/6/00 (ppb) | Source |
|---|---|---|---|---|---|---|---|
| P1 | ARCO #1887 | 08/03/05 | NB-TAMD | 0.12 | MW-15, MW-17, BC-1 | 48 (MW-17) | OCWD-MTBE-001-261571 |
| P1 | Texaco #8520/121608 | 08/03/05 | NB-TAMD | 0.12 | MW-9, MW-10 | 2,610 (MW-10) | OCWD-MTBE-001-254912 |
| P1 | Unocal #5376 | 08/03/05 | NB-TAMD | 0.12 | MW-9, MW-10, MW-13, MW-14, MW-15 | 990 (MW-14) | OCWD-MTBE-001-260049 |
| P2 | ARCO #6131 | 08/02/05 | MCWD-5 | 0.08 | B-8, B-9, B-10 | 130,000 (B-9) | OCWD-MTBE-001-187837 |
| P3 | ARCO #1905 | 05/07/02 | OCWD-M10* | 3.0** | W-26, W-27 | 110 (W-27) | OCWD-MTBE-001-265078 |
| P4 | Thrifty #376 | 08/09/05 | SA-16 | 0.13 | W-8S | 20 (W-8S) | OCWD-MTBE-001-253290 |
| P6 | Thrifty #085 | 08/02/05 | NB-DOLD | 0.04 | MW-9, MW-11, MW-K1, MW-K2, MW-102, MW-103 | 300 (MK-K1) | OCWD-MTBE-001-263952 |
| P9 | Thrifty #368 | 09/23/01 | HB-13 | Non-Detect | MW-9, MW-12 | 77.6 (MW-9) | OCWD-MTBE-001-188636 |
| P9 | Westminster Shell | 01/18/05 | HB-13 | Non-Detect | MW-5, MW-8, MW-9, MW-11 | 90 (MW-9) | OCWD-MTBE-001-184125 |
| D5 | Mobil #18-668 | 11/17/08 | IRWD-16 | 0.03 | MW-5, MW-6, MW-7, MW-14 | 130,000 (MW6, MW14) | OCWD-MTBE-001-138918 |

*OCWD-M10 does not produce water for consumption, but is treated as a production well under the District's accrual theory.

**OCWD's WRMS Database

543916_11.XLSX

# Exhibit 1C

**Exhibit 1C**

**OCWD Accrual Dates Based On Second Criterion Compared to Dates Showing**
**Dectection Before May 6, 2000 in Production\* Wells Designated by OCWD**

| Plume No. | Station Name | 3/13/09 OCWD Accrual Date | Production Well Used For OCWD Accrual Date | MTBE Concentration on Accrual Date (ppb) | MTBE Detection Pre-5/6/00? | Sampling Date For First MTBE Detection | MTBE Concentration (ppb) | Source |
|---|---|---|---|---|---|---|---|---|
| P3 | ARCO #1905 | 05/07/02 | OCWD-M10\* | 3.0\*\* | Yes | 9/12/95 | 1.00 | Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "OCWD Owned Wells" p.5. |
| P3 | Beacon Bay Car Wash (FV) | 05/07/02 | OCWD-M10\* | 3.0\*\* | Yes | 9/12/95 | 1.00 | Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "OCWD Owned Wells" p.5. |
| P3 | Thrifty #383 | 05/07/02 | OCWD-M10\* | 3.0\*\* | Yes | 9/12/95 | 1.00 | Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "OCWD Owned Wells" p.5. |
| P7 | ARCO #1994 | 12/14/05 | A-29 | 0.09\*\*\* | Yes | 10/12/95 | 3.70 | Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "Water Supply Wells" p.1. |
| P7 | Unocal #5869 | 12/14/05 | A-29 | 0.09\*\*\* | Yes | 10/12/95 | 3.70 | Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "Water Supply Wells" p.1. |

\*OCWD-M10 does not produce water for consumption, but is treated as a production well under the District's accrual theory.

\*\*Pl.s' Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A does not report any MTBE detection in OCWD-M10 on May 7, 2002;
OCWD's WRMS Database reports a detection of 3.0 ppb on this date.

\*\*\*Pl.'s Second Supp. Responses to Defs.' Preliminary Interrogatories re Standing Ex. 1A, "Friedman Bruya" p.1 shows MTBE detected at 0.09 ppb on 10/4/05, not 12/14/05.

543916_11.XLSX

# Exhibit 1D

Exhibit 1D

Stations Not Listed In Exhibits 1A, 1B or 1C With Accrual Dates

OCWD Accrual Dates Compared To Pre-May 6, 2000 On-Site MTBE Detections

| Plume No. | Station Name | 3/13/09 OCWD Accrual Date | Off-Site Well Used For OCWD Accrual Date | Production Well Used For OCWD Accrual Date | MTBE Concentration on Accrual Date (ppb) | On-Site MTBE Detection Pre-5/6/00? | Sampling Date | MTBE Concentration (ppb) | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| P1 | Mobil #18-G6B | 04/02/03 | MW-6S | | 14.4 | Yes | 1/7/99 | 34,000 | OCWD-MTBE-001-268933 |
| P1 | Shell #204359403 | 08/03/05 | | NB-TAMD | 0.12 | Yes | 8/12/98 | 312 | OCWD-MTBE-001-269385 |
| P1 | Texaco #121681 | 08/03/05 | | NB-TAMD | 0.12 | Yes | 3/27/00 | 41,000 | See Firsten 2008 Decl., Ex. 1 |
| P1 | Unocal #5399 | 08/03/05 | | NB-TAMD | 0.12 | Yes | 11/20/96 | 2,000 | See Sartoris 2006 Decl., Ex. 15 |
| P5 | Unocal #5356 | 07/19/02 | MW-22 | | 840 | Yes | 4/24/97 | 1,900,000 | See Sartoris 2006 Decl., Ex. 15 |
| P6 | ARCO #6116 | 04/03/01 | VA-4S | | 1,300 | Yes | 9/2/98 | 43,000 | See Sartoris 2006 Decl., Ex. 15 |
| P6 | Exxon #3738 | 08/04/00 | | NB-DOLD | Not Found* | Yes | 7/5/96 | 26,000 | See Sartoris 2006 Decl., Ex. 15 |
| P8 | G&M Oil #24 | 04/11/03 | MW-15 | | 630 | Yes | 9/9/98 | 1,015,000 | See Sartoris 2006 Decl., Ex. 15 |
| P8 | Mobil #18-HEP | 09/19/02 | MW-14 | | 101 | Yes | 2/7/00 | 100,000 | See Firsten 2008 Decl., Ex. 1 |
| P9 | Chevron #9-5401 | 07/02/01 | | HB-13 | Non-Detect | Yes | 6/13/97 | 65,000 | See Firsten 2008 Decl., Ex. 1 |
| P9 | Huntington Beach ARCO | 08/09/01 | | HB-13 | Non-Detect | Yes | 3/20/00 | 76,000 | See Firsten 2008 Decl., Ex. 1 |
| P9 | Unocal #5226 | 11/03/03 | MW-16 | | 1.5 | Yes | 5/11/98 | 480,000 | See Sartoris 2006 Decl., Ex. 15 |
| P9 | USA Gasoline #141 | 01/18/05 | | HB-13 | Non-Detect | Yes | 6/6/96 | 510 | OCWD-MTBE-001-191559 |
| D1 | Unocal #5792 | 06/06/03 | MW-7D | | 4 | Yes | 5/11/98 | 19,000 | OCWD-MTBE-001-268681 |

*While no MTBE was found on 8/4/00 in well NB-DOLD, MTBE was detected at 0.04 ppb in well NB-DOLD on 8/2/05.

543916_11.XLSX

# Exhibit 1E

Exhibit 1E

Stations Designated As "Not Ripe:" Off-Site Monitoring Well Dectections Before May 6, 2000

| Plume No. | Station Name | 3/13/09 OCWD Accrual Date | All Off-Site Wells w/ pre-5/6/00 MTBE Detections above 5 ppb | Highest MTBE Concentration in Off-Site Well pre-5/6/00 (ppb) | Source |
|---|---|---|---|---|---|
| D1 | Shell #4001/Shell #135218 | Not Ripe | B-13 | 1,090 (B-13) | OCWD-MTBE-001-267373 |
| D1 | Unocal #4727 | Not Ripe | RMC-6, RMC-7 | 80,000 (RMC-7) | OCWD-MTBE-001-268624 |
| D2 | ARCO #6160 | Not Ripe | MW-6, MW-7 | 200 (MW-6) | OCWD-MTBE-001-267251 |
| D3 | Mobil #18-FYE | Not Ripe | MW-5, MW-7, MW-8 | 110,000 (MW-5) | OCWD-MTBE-001-266715 |
| D10 | ARCO #3094 | Not Ripe | MW-6 | 50 (MW-6) | OCWD-MTBE-001-268101 |

543916_11.XLSX

# Exhibit 2

**Exhibit 2**

**Illustrative Examples Of OCWD Accrual Dates Based On First Criterion
Compared To Data Showing Off-Site Monitoring Well Detections Before May 6, 2000**

| Station | OCWD's Basis For Claimed Accrual | Pre-May 6, 2000 Detections in Off-site Monitoring Wells |
|---|---|---|
| Mobil 18-JMY (Plume 2) | <u>Well MW15</u><br><br>MTBE detected on 11/7/2001 at 4.9 ppb.  No other MTBE detection in this well. | <u>Well BH5</u><br><br>MTBE first detected above 5 ppb on 5/3/1994 (13 ppb); thereafter 18 more MTBE detections above 5 ppb before 5/6/2000; highest was 200,000 ppb.<br><br><u>Well MW14</u><br><br>MTBE first detected above 5 ppb on 9/16/98 (14 ppb); thereafter 4 more MTBE detections above 5 ppb before 5/6/2000; highest was 29 ppb.<br><br><u>Well MW17</u><br><br>MTBE first detected above 5 ppb on 6/23/98 (1,000 ppb); thereafter 6 more MTBE detections above 5 ppb before 5/6/2000; highest was 1,000 ppb.<br><br><u>Well MW19 (A&B)</u><br><br>MTBE first detected above 5 ppb on 6/23/98 (15 ppb); thereafter four more MTBE detections above 5 ppb before 5/6/2000; highest was  11 ppb. |
| Beacon Bay Car Wash (Plume 8) | <u>Well MW9</u><br><br>MTBE detected on 1/16/2003 at 18 ppb. No other MTBE detection in this well.<br><br>OCWD originally designated 6/25/1996 as the accrual date for this station (*see* 2/6/2009 Letter from M. Axline to Hon. Shira Scheindlin), which would makes its claims time-barred. | <u>Well MW7</u><br><br>MTBE first detected above 5 ppb on 9/26/1996 (23 ppb); thereafter ten more MTBE detections above 5 ppb before 5/6/2000; highest was 23 ppb.<br><br><u>Well MW8</u><br><br>MTBE first detected above 5 ppb on 6/25/1996 (7,200 ppb); thereafter 12 |

| Station | OCWD's Basis For Claimed Accrual | Pre-May 6, 2000 Detections in Off-site Monitoring Wells |
|---|---|---|
| | | more MTBE detections above 5 ppb before 5/6/2000; highest was 34,000 ppb. |
| Shell 6502 (Plume 9) | <u>Well B46</u><br><br>No MTBE on OCWD's accrual date of 9/6/2000. MTBE was detected at 10 ppb on 6/6/2000, followed by either no detection or a detection well below 5 ppb over the next five years. Starting on 11/6/2005, MTBE detection just above 5ppb (highest 5.8 ppb) on three of ten monitoring events through 3/25/2008. | <u>Well B7</u><br><br>MTBE first detected above 5 ppb on 12/13/1996 (1,300 ppb); thereafter six more detections above 5 ppb before 5/6/2000; highest was 4,800 ppb.<br><br><u>Well B8</u><br><br>MTBE first detected above 5 ppb on 12/13/1996 (89 ppb); thereafter, nine more MTBE detections above 5 ppb before 5/6/200; highest was 230 ppb.<br><br><u>Well B11</u><br><br>MTBE first detected above 5 ppb on 12/13/1996 (100 ppb); thereafter, five more MTBE detections above 5 ppb before 5/6/200; highest was 200 ppb.<br><br><u>Well B21</u><br><br>MTBE first detected above 5 pbb on 3/27/1996 (60 ppb); thereafter, 14 more MTBE detections above 5 ppb before 5/6/2000; highest was 450 ppb. |

# Exhibit 3

Exhibit 3

**Stations That Are Time-Barred By Statute Of Limitations**
**Or Have Not Accrued Based On OCWD's First or Second Criteria**

| Plume No. | Station Name | Time-barred According to OCWD Criteria | | Not Accrued According to OCWD Criteria | |
|---|---|---|---|---|---|
| | | Pre-5/6/00 Detection Above 5 ppb in Off-Site Monitoring Well | Pre-5/6/00 Detection in Production Well "Associated" with Station | OCWD's Accrual Date Based on Off-Site Monitoring Well Detection Below 5 ppb | No MTBE Detection in Production Well "Associated" with Station |
| P1 | ARCO #1887 | X | | | |
| P1 | Exxon #4283 | X | | | |
| P1 | G&M Oil #4 | X | | | |
| P1 | Mobil #18-G6B | | | | |
| P1 | Shell #204359403 | | | | |
| P1 | Texaco #121681 | | | | |
| P1 | Texaco #8520/121608 | X | | | |
| P1 | Unocal #5376 | X | | | |
| P1 | Unocal #5399 | | | | |
| P2 | ARCO #6131 | X | | | |
| P2 | Mobil #18-HDR | X | | | |
| P2 | Mobil #18-JMY | X | | X | |
| P3 | ARCO #1905 | X | X | | |
| P3 | ARCO #1912 | X | | | |
| P3 | Beacon Bay Car Wash (FV) | | X | | |
| P3 | Thrifty #383 | | X | | |
| P4 | Thrifty #008 | X | | | |
| P4 | Thrifty #376 | X | | | |
| P4 | Unocal #7470 | X | | | |
| P5 | Unocal #5356 | | | | |
| P6 | ARCO #6116 | | | | |
| P6 | Exxon #3738 | | | | |
| P6 | Thrifty #085 | X | | | |
| P7 | ARCO #1994 | | X | | |
| P7 | Unocal #5869 | | X | | |
| P8 | ARCO #3085 | X | | | |
| P8 | Beacon Bay Car Wash (SA) | X | | | |
| P8 | Chevron #1921 | X | | | |
| P8 | G&M Oil #24 | | | | |
| P8 | Mobil #18-HEP | | | | |
| P9 | Chevron #9-5401 | | | | X |
| P9 | Huntington Beach ARCO | | | | X |
| P9 | Shell #6502 | X | | | |
| P9 | Thrifty #368 | X | | | X |
| P9 | Unocal #5123 | X | | | |
| P9 | Unocal #5226 | | | X | |
| P9 | Westminster Shell | X | | | X |
| P9 | USA Gasoline #141 | | | | X |
| P10 | Four Star Ventures | X | | | |
| P10 | Shell #8990 | X | | | |
| D1 | Shell #4001/Shell #135218 | X | | | |
| D1 | Texaco #3311 | X | | | |
| D1 | Unocal #5792 | | | X | |
| D1 | Unocal #4727 | X | | | |
| D2 | ARCO #6160 | X | | | |
| D3 | Mobil #18-FYE | X | | | |
| D4 | ARCO #6036 | X | | | |
| D5 | Mobil #18-668 | X | | | |
| D9 | Chevron #9-5568 | X | | | |
| D10 | ARCO #3094 | X | | | |