UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL No. 1358 (SAS): M21-88

**This document relates to:**

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9994

*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-11056

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

## ORDER

Upon motion of certain defendants and opposition of plaintiffs, the Court hereby declines to exercise supplemental jurisdiction over the state law claims in the above-captioned actions for the reasons set forth in the Court's March 9, 2009 Opinion and Order. Therefore, the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Causes of Action are dismissed without prejudice against defendants Lyondell Chemical Company; Chevron USA Inc.; Chevron Corporation; Texaco Inc.; Texaco Refining and Marketing Inc.; TRM Company; TRME; Shell Oil Company; Shell Oil Products Company, LLC; Shell Trading (US) Company; Equilon Enterprises, LLC; and ExxonMobil Corporation. Because only state law claims are asserted against the remaining defendants, these actions are dismissed in their entirety without prejudice as against the remaining defendants.

SO ORDERED

Hon. Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 6, 2009

DC01:523936.3