USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*City of New York v. Hess Corp., et al.,*
**Case No. 04-CIV-3417**

**CASE MANAGEMENT ORDER # 53**

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

All pretrial deadlines set forth in prior Case Management Orders for the *City of New York* case are hereby extended by thirty (30) days for all defendants except for the following companies and related entities that are also defendants in the *City of New York* case: ExxonMobil Corporation, Crown Central Petroleum Corporation, Total Petrochemicals USA Inc., and Lyondell Chemical Company.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       May __7__ 2009

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2356