**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

-------------------------------------------------------------------- x    ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

-------------------------------------------------------------------- x

## NOTICE OF APPEARANCE OF COUNSEL

THE COURT AND ALL PARTIES ARE NOTIFIED that Lesley E. Williams hereby

appears as counsel for Plaintiff in *City of New York v. Amerada Hess Corporation, et al.,* No. 04

Civ. 3417.

I certify that I am admitted to practice before this Court.

Dated:  May 8, 2009

SHER LEFF LLP

By:  /s/ Lesley E. Williams
Lesley E. Williams (LW8392)
450 Mission Street, Suite 400
San Francisco, CA 94105
Tel: (415) 348-8300
Fax: (415) 348-8333
Email: lwilliams@sherleff.com

*Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Notice of Appearance of Counsel** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to CM/ECF and LexisNexis File & Serve on the 8th day of May, 2009.

KRISTIN MEYERS