UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE OF COUNSEL

THE COURT AND ALL PARTIES ARE NOTIFIED that Lesley E. Williams hereby appears as counsel for Plaintiff in *City of New York v. Amerada Hess Corporation, et al.,* No. 04 Civ. 3417.

I certify that I am admitted to practice before this Court.

Dated:  May 8, 2009

                                         SHER LEFF LLP

                     By:    /s/ Lesley E. Williams
                                         Lesley E. Williams (LW8392)
                                         450 Mission Street, Suite 400
                                         San Francisco, CA 94105
                                         Tel: (415) 348-8300
                                         Fax: (415) 348-8333
                                         Email: lwilliams@sherleff.com

                                         *Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Notice of Appearance of Counsel** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to CM/ECF and LexisNexis File & Serve on the 8th day of May, 2009.

*Kristin Meyers*
KRISTIN MEYERS