UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88
ECF Case

------------------------------------------------------------X

This Document Relates To:

*City of New York v. Amerada Hess Corp., et al.,*
Case No. 04-CIV-3417

------------------------------------------------------------X

### ORDER TO ADMIT JOSHUA C. COHEN AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Plaintiff the City of New York for the *pro hac vice* admission of Joshua C. Cohen of Sher Leff LLP, 450 Mission Street, Suite 400, San Francisco, CA 94105, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Joshua C. Cohen is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: May 7, 2009

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 2358