## CERTIFICATE OF SERVICE

I, Jeffrey S. Moller, hereby declare under perjury of law that true and correct copies of the following documents were served this 11th day of May, 2009, upon liaison counsel for Plaintiffs and Defendants via electronic mail and upon all other counsel via Lexis-Nexis File and Serve: (1) Notice of Motion *In Limine* of Lyondell Chemical Company to Exclude Any Argument or Evidence Attributing the Acts or Liability of Atlantic Richfield Company to ARCO Chemical Company or Lyondell Chemical Company; (2) Memorandum of Law in Support of Motion *In Limine* to Exclude Any Argument or Evidence Attributing the Acts or Liability of Atlantic Richfield Company to ARCO Chemical Company or Lyondell Chemical Company; and (3) Declaration of Joseph T. Lee.

/s/ Jeffrey S. Moller
Jeffrey S. Moller