UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X          Master File C.A. No. 1:00-1898
IN RE: METHYL TERTIARY BUTYL ETHER                                    MDL 1358 (SAS)
PRODUCTS LIABILITY LITIGATION                                         M21-88
------------------------------------------------------------X
This document relates to the following cases:
*City of New York*
*v. Amerada Hess Corp., et al.*, 04 Civ. 3417

------------------------------------------------------------X

### DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CUSTOMER TASTE AND ODOR COMPLAINTS

**PLEASE TAKE NOTICE** that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York, Defendants[1] to this action hereby move this Court for an Order excluding evidence of customer taste and odor complaints, Defendants rely upon the accompanying Memorandum of Law and all prior proceedings and pleadings.

Dated: May 11, 2009                                                   **BLANK ROME LLP**

                                                                      /s/ Jeffrey S. Moller
                                                                      Alan J. Hoffman
                                                                      Jeffrey S. Moller
                                                                      Beth L. Haas
                                                                      The Chrysler Building
                                                                      405 Lexington Avenue
                                                                      New York, New York 10174
                                                                      (212) 885-5000
                                                                      *Attorneys for Defendants,*
                                                                      *Lyondell Chemical Company and*
                                                                      *Equistar Chemicals, LP*

---

[1] This motion is filed on behalf of Lyondell Chemical Company, Equistar Chemicals, LP, Crown Central LLC, TOTAL Petrochemicals USA, Inc., ExxonMobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation.