UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X
This document relates to the following cases:
*City of New York*
*v. Amerada Hess Corp., et al.*, 04 Civ. 3417

------------------------------------------------------------X

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

### DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CUSTOMER TASTE AND ODOR COMPLAINTS

**PLEASE TAKE NOTICE** that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York, Defendants[1] to this action hereby move this Court for an Order excluding evidence of customer taste and odor complaints, Defendants rely upon the accompanying Memorandum of Law and all prior proceedings and pleadings.

Dated: May 11, 2009

**BLANK ROME LLP**

/s/ Jeffrey S. Moller
Alan J. Hoffman
Jeffrey S. Moller
Beth L. Haas
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
*Attorneys for Defendants,*
*Lyondell Chemical Company and*
*Equistar Chemicals, LP*

---

[1] This motion is filed on behalf of Lyondell Chemical Company, Equistar Chemicals, LP, Crown Central LLC, TOTAL Petrochemicals USA, Inc., ExxonMobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation.