## CERTIFICATE OF SERVICE

I, Jeffrey S. Moller, hereby declare under perjury of law that a true and correct copy of the foregoing Defendants' Joint Motion *in Limine* to Exclude Evidence of Customer Taste and Odor Complaints with Memorandum of Law in Support of Joint Motion *in Limine* to Exclude Evidence of Customer Taste and Odor Complaints were served this 11th day of May, 2009, upon liaison counsel for Plaintiff via electronic mail and upon all other counsel via Lexis-Nexis File and Serve.

/s/ Jeffrey S. Moller
JEFFREY S. MOLLER