**EXHIBIT B**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - -

| | | |
|---|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : : : : | Master File C.A. No. 1:00-1898 |
| | : | MDL 1358(SAS) |
| This document relates to the following cases: | : : : : | M21-88 |
| City of New York v. Amerada Hess Corp., et al., 04 Civ. 3417 | : : : | |

- - -

April 9, 2009

- - -

   Videotaped expert deposition of HARRY T. LAWLESS, Ph.D., taken pursuant to notice, was held at the law offices of Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York, beginning at 9:13 a.m., on the above date, before Kimberly A. Cahill, a Federally Approved Registered Merit Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 58

1  A. I don't think so.
2  Q. Did you review any
3  depositions taken in this case?
4  A. In this case.
5  Q. In this case.
6  A. No -- oh, I reviewed the
7  deposition of -- no, no depositions.
8  Q. Did counsel offer to you the
9  opportunity to interview New York City
10 employees?
11 A. No.
12 Q. Did you ask for the
13 opportunity to interview New York City
14 employees?
15 A. No.
16 Q. Did counsel offer to you the
17 opportunity to review depositions of New
18 York City employees?
19 A. No.
20 Q. Did you ask for the
21 opportunity?
22 A. No.
23 Q. Have you made any inquiry or
24 study or analysis of the instances, if

Page 59

1  any, of taste and odor complaints made by
2  the consuming public within the City of
3  New York?
4  A. No.
5  Q. So is it fair to say that
6  you do not intend to testify in this case
7  that there is any connection between a
8  particular complaint received by the City
9  or complaints and the presence of MTBE in
10 that consumer's water?
11 A. That's a little
12 hypothetical. I would say that I would
13 reserve the right to testify about any
14 other information that's given to me
15 before the trial.
16 Q. But as things stand right
17 now, is it fair to say that your
18 testimony is not going to be -- consist
19 of any opinions linking the presence of
20 MTBE in New York City water to any
21 particular taste or odor complaints from
22 consumers?
23 A. That's correct.
24 Q. Is there anything on your

Page 60

1  plate right now task-wise from Mr. Robins
2  or his colleagues with respect to this
3  case? Have they asked you to do anything
4  else?
5  A. I don't think so.
6  Q. As things stand right now,
7  is it your intention prior to giving
8  testimony in this case to conduct any
9  experiment or do any research or do any
10 other further analysis?
11 A. At this moment, no.
12 Q. When you made the suggestion
13 to Mr. Robins with respect to consumer
14 rejection testing, what again was his
15 reaction?
16 A. I don't recall. I think he
17 was noncommittal.
18     My comment was merely that
19 the methodology existed. I did not, in
20 fact, suggest the test.
21 Q. Okay.
22     What was the motivation for
23 making the comment?
24 A. That it was unfortunate that

Page 61

1  this hadn't been done.
2  Q. You do believe, don't you,
3  that it would be informative of the
4  issues presented in this litigation?
5  A. Yes, I do.
6  Q. The methodology that you
7  have in mind, how many people would it
8  involve, how many test subjects?
9  A. I haven't thought about that
10 in great detail, but I would say, you
11 know, a good sample size for this kind of
12 thing would be certainly over a hundred
13 and maybe somewhere under 300.
14 Q. Have you conducted testing
15 of this type before?
16 A. Of consumer rejection
17 thresholds?
18 Q. Yes.
19 A. Not using this specific
20 methodology, no.
21 Q. Have you conducted other
22 kinds of, shall we call them, consumer
23 acceptability tests?
24 A. Yes.

16 (Pages 58 to 61)