# EXHIBIT C

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

      In Re:

          City of New York
           ------

CONFIDENTIAL (Per 2004 MDL 1358 Order)

           ------

        October 30, 2008

           ------

        CONFIDENTIAL Videotaped
Deposition of IAN HURLEY, Ph.D.,
30(b)(6) witness on testing and
sampling, held in the law offices of
McDermott, Will & Emery, 340 Madison
Avenue, New York, New York, beginning at
approximately 9:53 a.m., before Ann V.
Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.

           ------

     GOLKOW TECHNOLOGIES, INC.
  877.370.3377 ph|917.591.5672 fax
       deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 86

1  MR. GREENE: Fine. Sure.
2  BY MR. STACK:
3  Q. With regard to volatile
4  organic data, that database would
5  include volatile samples from Jamaica
6  Water System wells during the time you
7  were sampling them?
8  A. Yes, it would.
9  Q. And it is maintained in a
10 system apart from the Laboratory
11 Information Management System?
12 A. It is.
13 Q. And that system is referred
14 to or called what?
15 A. It's -- well, it is called
16 the organic server.
17 Q. And the organic server has
18 been in existence since you have been
19 with the department?
20 A. No.
21 Q. When was it created?
22 A. Some time in the middle,
23 late '90s.
24 Q. And at the time it was

Page 87

1  created, it was created using what
2  software?
3  A. It's an Excel database.
4  Q. And with respect to that
5  Excel database, does the Excel database
6  for organics contain all the results for
7  the sample and testing of Jamaica Water
8  System wells taken over by the City?
9  A. It contains results of all
10 the samples tested and all the QCs
11 associated with it.
12 Q. And who is the database
13 manager for that Excel system?
14 A. The -- this is
15 the responsibility -- well, let me step
16 back. There is not a database manager
17 for that system. The server is
18 under his -- care and feeding the server
19 is the responsibility of Dr. Lin Lu.
20 Q. And how long has she --
21 A. He.
22 Q. He. -- had that
23 responsibility?
24 A. Since the server was

Page 88

1  installed.
2  Q. And with respect to data
3  generated in the lab, is it recorded in
4  the Excel system for organics
5  automatically or is it entered manually?
6  A. Neither.
7  Q. How is it entered into the
8  Excel database?
9  A. It is cut and pasted from
10 the custom report generated by the
11 Excel -- by the instrument, by the
12 Agilent software, from that custom
13 report into the Excel system.
14 Q. And in addition to the
15 custom report of results being pasted
16 into Excel, does the laboratory also
17 paste in the QA/QC data?
18 A. The QA/QC data is
19 transferred at the same time.
20 Q. And with regard to the
21 organics database, does it also contain
22 distribution samples which have been
23 subjected to organic analysis?
24 A. Yes.

Page 89

1  Q. And with regard to the
2  organic database, would it also contain
3  any analysis of samples obtained from a
4  complaining customer's tap where they
5  have registered a complaint and demanded
6  testing of their water?
7  A. Yes, it would.
8  Q. And with regard to that
9  database, does it have a field which
10 distinguishes the sample source to
11 identify which samples came from potable
12 wells, the distribution system, and/or
13 from a complaining customer's tap?
14 A. It would be able to
15 distinguish samples taken from any of
16 our regular sampling sites.
17 Q. And with respect to a
18 descriptor, does that also contain a
19 descriptor to indicate where samples are
20 duplicates or blanks?
21 A. There would be somewhere in
22 the database an indication that the
23 sample is a duplicate or a blank.
24 Q. In your career working in

Page 90

1 the laboratory for the City of New York,
2 can you ever recall any instance where
3 you have become aware of the detection
4 of MTBE in a complaining customer's tap
5 water?
6     A.  I'm not aware of that.
7     Q.  In your career with the
8 City of New York, can you recall any
9 instance where the City undertook a
10 testing program to analyze distribution
11 samples for MTBE in response to customer
12 taste and odor problems?
13         MR. GREENE: I just object
14 for one --
15         Ian, don't answer that.
16         Okay. You can answer.
17 BY MR. STACK:
18     Q.  Do you want that read back
19 to you, Doctor?
20     A.  Yes, please.
21         (The court reporter read the
22 record as follows:
23         "QUESTION: In your career
24 with the City of New York, can you

Page 91

1 recall any instance where the City
2 undertook a testing program to analyze
3 distribution samples for MTBE in
4 response to customer taste and odor
5 problems?")
6         THE WITNESS: We have on one
7 or two occasions at the request of the
8 complaint supervisor taken samples
9 because someone complained of a smell or
10 an odor associated with the water.
11 BY MR. STACK:
12     Q.  And in those one or two
13 instances, can you recall, as you sit
14 here today, whether the City ever
15 detected MTBE in the water supply to the
16 complaining customer's tap?
17     A.  We did not find any unusual
18 compounds not seen normally in drinking
19 water.
20     Q.  And would you include MTBE
21 as one of the compounds that you would
22 identify normally in drinking water?
23     A.  No.
24     Q.  With respect to those one

Page 92

1 or two instances where the complaint
2 supervisor requested testing, as you sit
3 here today, can you indicate to us
4 whether MTBE was detected in any of
5 those samples?
6         MR. GREENE: I'm going to
7 object and ask a minute to speak to my
8 client, because a letter was sent in
9 advance of this deposition to identify
10 testing instances that -- specific
11 testing instances that were going to be
12 asked about here today. Tap samples
13 were not on that list.
14         And I'm not saying -- I
15 don't want to create any hurdles, but he
16 has been extensively prepared on the
17 samples that were identified in that
18 letter, but there's other samples out
19 there that were not in that letter
20 which, you know, we did not focus on
21 specifically because of it. So I --
22         MR. STACK: Do you want to
23 confer with the witness? I'll -- even
24 though there is a question pending, go

Page 93

1 right ahead.
2         MR. GREENE: I will let him
3 answer this question, but I just want
4 to -- I want to note that for the record
5 that those -- the consumer tap sample
6 testing results were not on that letter
7 which was -- and the entire purpose of
8 that letter was to identify specific
9 sampling events that we were going to be
10 asked about today.
11         MR. STACK: And you are
12 referring to --
13         MR. GREENE: So --
14         MR. STACK: -- which letter,
15 Dan?
16         MR. GREENE: I'm sorry.
17 There was a letter sent on October 21
18 from Malinda to myself at the City's
19 objection, because the City had objected
20 prior to this deposition that we were
21 concerned that due to the extensive
22 number of samples that had been taken by
23 the City --
24         MR. STACK: Understood.

Page 94

1    MR. GREENE: So consumer tap
2 samples are not on there and he has not
3 reviewed records for his deposition
4 relating to consumer tap samples. There
5 is a consumer -- there is a taste and
6 odor deposition upcoming which the City
7 planned to address that.
8    So I'm going to note also
9 for the record that any testimony that
10 he gives regarding consumer tap samples
11 are to the best of his own recollection
12 and not testimony as a 30(b)(6) witness
13 on behalf of the City of New York. And
14 I will -- I won't move to strike, but I
15 will use that as a qualifier for his
16 past several answers on this topic.
17 BY MR. STACK:
18    Q.  Based on your personal
19 knowledge, are there any instances where
20 you can recall that the complaint
21 supervisor requested the laboratory to
22 conduct analysis where water supply to a
23 complaining customer complaining of
24 taste and odor problems actually showed

Page 95

1 detection of MTBE?
2    A.  I cannot recall any such
3 instance.
4    Q.  With respect to the organic
5 database, are you able to access that
6 from the computer you have at your desk?
7    A.  Yes, I can.
8    Q.  And is there any stand-
9 alone computer which is maintained in
10 the laboratory for purposes of accessing
11 the Lab Information Management System?
12    A.  Now, we're talking about
13 accessing the Laboratory Information
14 Management System --
15    Q.  Correct.
16    A.  -- or of the database?
17    Q.  The Lab Information
18 Management System, then we will talk
19 about the database.
20    A.  Okay.  There is -- there
21 are some computers in the laboratory
22 which have been set up to access the
23 LIMS system for people who have
24 passwords.

Page 96

1    Q.  And with respect to the
2 database information maintained on LIMS,
3 is that something you access through a
4 stand-alone computer or from your
5 desktop?
6    A.  I do not access LIMS.
7    Q.  With regard to the
8 volatiles, is there any stand-alone
9 computer system established for the
10 server which maintains all the volatile
11 results?
12    A.  The server is a stand-
13 alone -- is a computer server. There
14 are several people who have permission
15 to access files on that server.
16    Q.  And I take it as the lab
17 director you have that authority?
18    A.  I have that permission.
19    Q.  In the course of your job,
20 have you obtained access to test results
21 from potable wells owned or operated by
22 the City which were collected and
23 analyzed by Malcolm Pirnie?
24    A.  I have seen a few reports

Page 97

1 from Malcolm Pirnie as part of my
2 preparation, but I'm not an expert on
3 these samples nor do I know them in any
4 detail.
5    Q.  On an everyday basis at
6 your job do you have access
7 electronically to data which was
8 generated by or on behalf of Malcolm
9 Pirnie testing water wells in Queens?
10    A.  No.
11    Q.  With respect to Malcolm
12 Pirnie, you indicated that you looked at
13 certain reports. And reports, you are
14 referring to an Access database?
15    A.  Yes.  And in one case to
16 a -- or perhaps two cases at actual
17 laboratory summary reports, which were a
18 part of the disclosure that's been made
19 available to me.
20    Q.  And the lab summary reports
21 pertained to sampling of what sample
22 point?
23    A.  I do not recall.  We looked
24 at a number of them.  There -- it would