## CERTIFICATE OF SERVICE

I, Jeffrey S. Moller, hereby declare under perjury of law that a true and correct copy of the foregoing Defendants' Notice of Joint Motion and Memorandum of Law in Support of Defendants' Joint Motion *In Limine* to Preclude Plaintiff from Introducing Evidence of Defendants' Protecting Lobbying Conduct was served this 11th day of May, 2009, upon liaison counsel for Plaintiff via electronic mail and upon all other counsel via Lexis-Nexis File and Serve.

/s/ Jeffrey S. Moller
JEFFREY S. MOLLER