**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

---

**This document refers to:**
*City of New York v. Amerada Hess Corp., et al.,* **04 Civ. 3417**

### NOTICE OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGED POTENTIAL HUMAN HEALTH EFFECTS ASSOCIATED WITH MTBE

Defendants[1] herewith provide notice of their intention to move the Court for a ruling prohibiting the Plaintiff City of New York from submitting opinion testimony or other evidence, and making argument, regarding the alleged potential human health effects associated with exposure to MTBE. The rationale and foundation for the intended motion are set forth in the annexed Memorandum of Law and Declaration of Inbal Paz, Esquire.

**BLANK ROME LLP**

BY:  /s/ Jeffrey S. Moller, Esquire
Alan J. Hoffman
Jerry D. Bernstein
Jeffrey S. Moller
Inbal Paz
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000

*Attorneys for Defendants,*
*Lyondell Chemical Company and*
*Equistar Chemicals, LP and on behalf*
*of all joining Defendants*

---

[1] This motion is filed on behalf of Lyondell Chemical Company, Equistar Chemicals LP, Total Petrochemicals USA, Inc., ExxonMobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation (collectively "Defendants").