## CERTIFICATE OF SERVICE

I certify that, on May 11, 2009, a true copy of the foregoing Notice of Defendants'

Motion in Limine to Exclude Evidence and Argument Regarding Alleged Potential Human

Health Effects Associated with MTBE, the Memorandum of Law in support thereof and the

Declaration of Inbal Paz were served via Lexis Nexis File and Serve on all parties and by

electronic mail on liaison counsel.

/s/ Jeffrey S. Moller
JEFFREY S. MOLLER, ESQUIRE