UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document pertains to: | |
| *City of New York v. Amerada Hess Corp. et al.,* Case No. NY-04-CV-03417 | |

### DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE NON-EXPERT TESTIMONY OF KATHLEEN BURNS AND MARCEL MOREAU

PLEASE TAKE NOTICE that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York, Defendants[1] to this action hereby move before the Honorable Shira A. Scheindlin, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York for an Order excluding non-expert testimony of Kathleen Burns and Marcel Moreau. Defendants' motion is based upon its Memorandum of Law filed concurrently herewith, and any reply brief or oral argument that may be submitted or made by Defendants in connection with this Motion.

Dated: New York, New York
     May 11, 2009

Respectfully submitted,

*Lauren Handel*

Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
Lauren Handel (LH 0755)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173

*Attorneys for the Exxon Mobil Corporation Defendants and on behalf of all remaining Defendants*

---

[1] This motion is filed on behalf of Exxon Mobil Corporation; ExxonMobil Oil Corporation; Mobil Corporation; Lyondell Chemical Company; Equistar Chemicals, LP; Crown Central LLC; and Total Petrochemicals USA, Inc. (collectively "Defendants").