**EXHIBIT C**

# Appendix B.  Curriculum Vitae for Kathleen Burns, Ph.D.

# Kathleen Burns, Ph.D.

168 Burlington St.  Phone:  (781) 861-1108
Lexington, Mass.  02420  Fax:  (781) 861-1108
E-mail: kmb@sciencecorps.org

**Areas of Specialization**: public health, toxicology, epidemiology, risk assessment and management, environmental and occupational health policy, cost benefit analysis

## Professional Experience

| | |
|---|---|
| 2004-present | Independent consultant in public health, public policy, toxicology, epidemiology, exposure assessment, product safety, policy analysis, and related sciences. |
| 2004-present | Sciencecorps.  Founder and Director.  Manage and provide low cost and pro bono technical assistance on environmental and occupational health concerns and policy for communities, organizations and government agencies. |
| 1991-2004 | Senior Health Scientist & Project Manager, Environmental Research Area, Abt Associates, Cambridge, MA.  Managed and conducted technical work on assessment and management of hazards, risks, and exposures, epidemiology, toxicology, health economics, environmental justice, and other technical areas in support of policy and actions of US and other government entities. |
| 1988-1990 | Consultant to the Rhode Island Department of Health, Providence, Rhode Island. Provided health risk assessments and policy analysis on environmental health issues. |
| 1986-1988 | Director, Risk Assessment Section, New Jersey Department of Health, Environmental and Occupational Health Division.  Managed and conducted hazard, risk, and exposure assessments, toxicological and epidemiological evaluations, sampling and analysis, policy development, community outreach, and response to toxic exposure events. |
| 1981-1985 | Research Associate, Occupational and Environmental Health Program, University of Illinois School of Public Health.  Work included public health, toxicology, epidemiology, project management, development of outreach materials and on-call technical support to the Illinois Department of Health. |

## Education

| | |
|---|---|
| Ph.D.  1985 | University of Illinois Medical Center, Chicago, Illinois.  School of Public Health: Environmental and Occupational Health Division.  Preliminary examination topics: toxicology, public policy. |
| M.A.  1981 | University of Chicago, Chicago, Illinois, Divisional Masters in Social Science, specialization in public policy and municipal finance. |
| B.A.  1977 | University of Chicago, Chicago, Illinois, Biological Sciences |

Additional education: OSHA: Occupational Toxicology (certificate), Harvard University: economics,  Northwestern University Medical School: microbiology, anatomy and physiology,  biochemistry

**Kathleen Burns, Ph.D.**

**Examples of Recent Work**   (Excluding work addressed in publications listed below)

- Evaluation of health hazards associated with proposed coal-fired power plants in Michigan, in collaboration with tribal and community organizations.

- Evaluation of health hazards of contaminants found in children's products, including heavy metals such as arsenic, cadmium, mercury, and lead.

- Evaluation of chemicals and components in engineered playing fields and parks.

- Evaluation of levels of pesticides in children in relation to race using the CDC chemical body burden data.

- Evaluation of health hazards posed by chemical contamination following chemical plant explosion in Romulus, Michigan.

- Evaluation of New York State proposed soil cleanup standards, with a focus on workers exposures and health risks, with Mt Sinai Medical Center, NYC & Cornell University.

- Evaluation of health hazards associated with heavy metals contamination in St. Bernard Parish following Hurricane Katrina (Louisiana Bucket Brigade).

- Evaluation of children's health hazards due to soil contamination in communities surrounding Asarco smelters.

- Development of the Risk Surveillance Environmental Indicators incorporating pollution, demographic and transport to obtain national geocoded risk indicators. (USEPA)

- Development of a survey for use surveillance and study of returning Iraq veterans: environmental factors and disease component (Department of Defense).

- Evaluation of the efficacy of environmental interventions on childhood morbidity in Central Asia (World Health Organization).

- Pilot study of probabilistic risk assessment methods in the in evaluation and prevention of medical errors in acute care hospitals. (AHRQ).

- Evaluation of multimedia mercury contamination, health risks, environmental justice issues, and cultural impacts to develop benefits estimation methods for EPA mercury regulatory analysis.  (USEPA; tribes, ongoing)

- Coordinator of workshop on the pediatric neurotoxic effects of methylmercury for application to mercury policy development.  Washington, D.C. November 2002. For USEPA.

**Policy support provided for government agencies**
United States Senate and House of Representatives, chemical safety bills, 2005 to present.
International Forum on Chemical Safety, Nanotechnology Working Group.  2006 to Present.
USEPA, most Offices and Programs. 1991- 2004.
Multiple states: legislation on chemicals policy, product safety, public health, and related.
UN Environment Program 2005 to present.

**Kathleen Burns, Ph.D.**

**Support for Legal Actions Regarding Public Health.**

For the U.S. Department of Justice on behalf of USEPA, New Source Review case regarding the health hazards of particulate and other emissions from coal-fired power plants. 2000 - 2003.

On behalf of Suffolk County Water District regarding MTBE in water. 2006 - 2008.

On behalf of a Hawaii water district regarding pesticide and other contaminant in water 2006 - 2007.

On behalf of first responders to World Trade Center, to assist first responders in obtaining health care and disability compensation for response-related illnesses 2006 to present.

On behalf of various communities and employees at worksites with chemical exposures, investigation of chemical and radiological exposures and birth defects, pediatric cancers, and infant mortality 2004 - present.

**Select Publications and Presentations Within the Last 10 Years**

In press, 2008. Nanomaterials: Brief review of policy frameworks in the U.S. and Europe and recommendations from an occupational and environmental perspective. European Journal of Oncology. Accepted.

2007. Katsnelson et al. An Association Between Incipient Renal Damage and Urinary Cadmium and Lead Levels in Young Russian Children: A Case Control Study. European Epimarker 11(4) October.

2007. Invited Presentation: Precaution & Nanomaterials: Public and Worker Health and Safety. Nanotechnology Panel at the American Public Health Association Annual Meeting, Boston, Massachusetts.

2006. Invited testimony for NY State Assembly hearings on the public health hazards of TCE, in support of action on vapor intrusion of solvents from soil into homes.

2006. Invited presentation: Asbestos Hazards in Our Homes, Communities, & Workplaces, Opportunities for Collective Action. Panel: Prevention of Occupational & Environmental Exposure to Asbestos: Regulatory Enforcement, Education and Training. ADAO Conference, Mount Sinai School of Medicine, New York, April.

2006. Thayer KA, Melnick R, Huff J, Burns K, et al. Hormesis: A New Religion? Environmental Health Perspectives. Nov, 114(11): A632-A633.

2005. Thayer KA, Melnick R, Burns K, et al. Fundamental Flaws of Hormesis for Public Health Decisions. Environmental Health Perspectives. 2005 Oct; 113(10): 1271-1276.

2005. Relationship Between Pollution Burden and Town-level Breast Cancer Incidence. Era Of Hope Conference, Department of Defense. June. Philadelphia, Pa.

2005. Precautionary Worker Health and Safety for Emerging Technologies. Presented at the conference: Living in a Chemical World, Bologna Italy, published in Annals of the New York Academy of Sciences, 2006

2004.  Nanotoxicology of Carbon Nanotubes (white paper).  Office of Science and Technology Policy.
Washington, D.C.

**Kathleen Burns, Ph.D.**

2004. Axelrod, D, Burns K, Davis, von Larabeke N. Hormesis - An inappropriate extrapolation from the specific to the universal. Int J Occup Environ Health, 10(3):335-9.

2004. Invited Session Chair: Emerging Research Tools for Research in Environmental Epidemiology: Pollution Characterization and Environmental Mapping. International Society for Environmental Epidemiology (ISEE) Annual Conference, August 2004, New York City.

2004. Ecological Town-level Study of Breast Cancer Incidence in Relation to Pollution in Massachusetts, Session: Urbanization and Cancer. ISEE Annual Conference, August 2004, New York City.

2004. The Use of New Databases and Analytical Platforms to Evaluate Relationships Between Various Measures of Community-level Pollution Burden and Breast Cancer.

2002. Asthma Trigger Avoidance and Related Cost Savings due to Direct Medical Costs Avoided. Research for USEPA. Presented at the International Conference on Indoor Air Quality and Climate, Monterey. California

2001. Privalova LI, et al. 2001. Some Considerations Concerning Multimedia-multipollutant Risk Assessment Methodology: Use of Epidemiologic Data for Non-Cancer Risk Assessment in Russia. Environmental Health Perspectives. Jan; 109(1): 7-13.

1999. Application of Multimedia Risk Assessment in a Russian Setting, Presented at ISEE Conference, Athens, Greece. Sept. based on joint Harvard-Abt Associates project for the World Bank.


## Books

Cost of Illness Handbook. Under contract to USEPA, Office of Pollution Prevention and Toxics. 2000. USEPA. Washington, D.C.

Guidance Manual for State, Tribal, and Territorial Agencies on the Development of Fish Advisories for Chemically Contaminated Fish: Volume 2, Risk Assessment (1995) For USEPA, Office of Water. Washington, D.C.

Guidance Manual for State, Tribal, and Territorial Agencies on the Development of Fish Advisories for Chemically Contaminated Fish: Volume 3, Risk Management (1996) For USEPA, Office of Water. Washington, D.C.

Quantitative Risk Assessment for Environmental and Occupational Health, with William Hallenbeck. Lewis Press, Boca Raton, Florida. 1986.

Pesticides and Human Health, coauthored with William Hallenbeck, Springer-Verlag Press, New York City, New York. 1985.

Guide to Investigation of Suspected Pesticide Poisonings. For the Illinois Department of Public Health, Springfield, Illinois. 1983.

**Kathleen Burns, Ph.D.**

**Professional Memberships and Affiliations**

American Association for the Advancement of Science
American Public Health Association
International Society for Environmental Epidemiology
New York Academy of Sciences
Society for Risk Analysis New England Chapter (also served as reviewer for publication: Risk Analysis)

**Other Relevant Work**

Taught courses in environmental science, risk assessment, toxicology, anatomy and physiology, and mathematics at the college and post graduate level.

Laboratory work included genetic research and cardiopathology studies in multiple species at the University of Chicago, and pharmaceutical toxicology research at Northwestern University.