# EXHIBIT E

ROUGH - Kathleen Burns, Ph.D.

Page 1

ROUGH DRAFT TRANSCRIPT

This is an unedited, unproofread, uncertified transcript for attorneys' information only. This transcript may NOT be quoted in documents or used for examination purposes.

This raw transcript will contain:

1. Conflicts - an apparently wrong word that has the same stenotype stroke as a less-used word. Conflicts are remedied by the reporter in editing.

2. Untranslates/Misstrokes - a stenotype stroke appears on the screen as the result of the computer dictionary not having the stroke previously identified or a misstroke or partial translation of the word.

3. Reporters notes - a parenthetical word or phrase from the reporter. Since the reporter must write each word instantly, a misunderstood word or phrase will not be apparent until some time later. Reporter's notes provide the opportunity to correct such situations.

------

REALTIME TRANSCRIPT

Golkow Technologies, Inc. - 1.877.370.DEPS

1          THE VIDEOGRAPHER: Good
2   morning. We're now on the record. My
3   name is Larry Moskowitz and I'm a
4   videographer for Golkow Technologies,
5   Inc. Today's date is April 29, 2009,
6   and the time is 9:27 a.m. This video
7   deposition is being held at McDermitt
8   Will & Emery 340 Madison Avenue New York
9   New York in the matter of in re MTBE for
10  the United States District Court,
11  Southern District of New York.
12          Deponent today is Kathleen
13  Burns, Ph.D. Will counsel and those
14  present please identify themselves for
15  the record.
16          MR. STACK: William Stack
17  for Exxon Mobil.
18          MR. PARDO: James Pardo for
19  Exxon Mobil.
20          MS. GOAD: Amanda Goad for
21  the City of New York and the witness.
22          THE VIDEOGRAPHER: Any
23  counsel on the phone?
24          (No response.

1        A.      Identified those in my
2   report.  I have listed the Web site that
3   you could use to access that
4   information.
5        Q.      When you formed your
6   opinions in this case, did you
7   specifically refer to and measure the
8   action of the defendants in this case
9   relative to criteria established by EPA
10  for product stewardship?
11       A.      I did consider that.
12              MS. GOAD:  Objection, vague
13  and compound.
14              Please give me a second.
15              THE WITNESS:  I'm sorry, I'm
16  sorry.
17  BY MR. STACK:
18       Q.      You did consider it.  I'm
19  not asking you if you considered it.
20  Did you identify criteria that are
21  recommendeded by EPA and compare what
22  occurred in this case to each of those
23  criteria?
24              MS. GOAD:  Same objection.

1     A.    Yes.

2     Q.    Where is that reported in
3  your report?

4     A.    I did that in my head.  I
5  didn't have to write it down.

6     Q.    Did you perform any
7  analysis that are reflected in your
8  notes by which you compared each of the
9  criteria recommended by EPA for product
10  stewardship to what occurred in this
11  case?

12     A.    I didn't write it down.  I
13  did consider had a.

14     Q.    With respect to
15  consideration, what is the first
16  recommended practice by EPA for product
17  stewardship?

18     A.    I didn't memorize this.

19     Q.    In the course of your
20  analysis, you indicate you did it in
21  your head. Where is it that we can
22  determine what you evaluated when you
23  looked at the EPA criteria?  What do I
24  look at?

1       A.      Okay.  If you look at the
2   chapter that I did on product
3   stewardship, this reflects my thinking
4   on that subject.  And I actually have to
5   get my glasses in order to see it 100%
6   clearly.  But that section, Section -- I
7   think it's Section 4, reflects the
8   integration of reading the information
9   on product stewardship on the Web site
10  of previous work that I did on the
11  topic, and considering the documents
12  that I had in hand.
13      Q.      And in considering the EPA
14  product stewardship recommended
15  practices, what are the objective
16  criteria that they identify for good
17  product stewardship?
18      A.      I didn't memorize the
19  criteria.
20      Q.      Did you articulate at any
21  point in your analysis what the
22  objective criteria are that EPA laid
23  out -- lays out in their recommended
24  practices as being representative or

1   MTBE in gasoline in 1996?

2       A.   I didn't look at the

3   behavior of specific companies.

4       Q.   With regard to the Mobil

5   Corporation, do you know what position

6   Mobil took relative to adding MTBE to

7   gasoline?

8       A.   I didn't look at the

9   behavior of specific companies.

10      Q.   Do you recall if your prior

11  deposition being shown the opt Ed pages

12  from the New York Times where Mobil

13  opposed using MTBE in gasoline?

14           MR. STACK:  Objection, lacks

15  foundation.

16      A.   I don't recall that, not

17  that it didn't happen, but I don't

18  recall that.

19      Q.   In the course of your work

20  on this matter, did you do any research

21  to determine which of the refiner

22  companies who are the defendants in this

23  case oppose the use of MTBE in gasoline

24  as an oxygenate?