UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document relates to:

*City of New York v. Amerada Hess Corporation, et al.,*
No. 04 Civ. 3417 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## DECLARATION OF LAUREN HANDEL
## IN SUPPORT OF DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PLAINTIFF'S PAST AND FUTURE INVESTIGATION AND TREATMENT COSTS UNTIL IT PROVES ACTUAL INJURY

Lauren Handel, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declares under penalty of perjury:

1.      I am an attorney with the law firm of McDermott Will & Emery LLP, counsel for the Exxon Mobil Defendants in the above-captioned matter.  I submit this Declaration in support of Defendants' Joint Motion in Limine to Exclude Evidence and Argument Regarding Plaintiff's Past and Future Investigation and Treatment Costs Until It Proves Actual Injury (hereinafter "Motion").  This Declaration authenticates the exhibits attached hereto and relied on in support of the Motion.  In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of each of the exhibits appended hereto were made at my direction on or around May 11, 2009.

2.      Attached hereto as Exhibit A is a true and correct copy of Excerpts from *Plaintiff City of New York's Collective Responses and Objections to Defendants' August 2008 Well Specific Discovery Requests* (Oct. 1, 2008).

3.      Attached hereto as Exhibit B is a true and correct copy of an Excerpt from the Deposition of Donald Cohen (April 14, 2009).

4.     Attached hereto as Exhibit C is a true and correct copy of an Excerpt from the Rule 30(b)(6) Deposition of William Meakin (Apr. 23, 2009).

5.     Attached hereto as Exhibit D is a true and correct copy of Excerpts from *Plaintiff City of New York's Responses and Objections to Defendants' Well Specific Discovery* (Oct. 24, 2008).

6.     Attached hereto as Exhibit E is a true and correct copy of Excerpts from *Plaintiff City of New York's Responses to First Set of Well Specific Requests to Admit* (Nov. 14, 2006)

Dated: New York, NY
        May 11, 2009                                    Respectfully submitted,

                                                        Lauren Handel