**EXHIBIT C**

VOLUME II
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

CONFIDENTIAL (Per 2004 MDL 1358 Order)
   In Re: City of New York
               ------
          April 23, 2009

               ------

          Continued CONFIDENTIAL
Videotaped Deposition of WILLIAM A.T.
MEAKIN, P.E., held in the law offices of
McDermott, Will & Emery, 340 Madison
Avenue, New York, New York, beginning at
approximately 9:44 a.m., before Ann V.
Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.

               ------

          GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph|917.591.5672 fax
               deps@golkow.com

```
 1   was reviewing it.
 2              I would say '11.  '09 is,
 3   yes, '11.
 4        Q.    Fair enough.  Okay.  With
 5   regard to the 55 mgd project, we will
 6   have the facility plan in place, 10%
 7   design completed sometime in 2011;
 8   correct?
 9        A.    That's what I recall.
10        Q.    With regard to the schedule
11   thereafter, it will take approximately
12   nine to ten years to bring the 55
13   million gallons on line, complete
14   construction and deliver water to
15   customers?
16        A.    On this baseball card, yes.
17        Q.    And with respect to your
18   testimony as the representative of the
19   City, is it your testimony that the
20   delivery of water from the 55 mgd
21   project will occur sometime between 2020
22   and 2021?
23              MR. REO:  Objection.  You
24   mean the full 55?
```

Confidential - Per 2004 MDL 1358 Order

Page 366

1           MR. STACK:  The full 55.
2   And I'll clarify.
3   BY MR. STACK:
4       Q.    With regard to completion
5   of the project and delivery of all 55
6   million gallons of water to be produced,
7   that will be achieved sometime in the
8   year 2020 or 2021 based on the current
9   schedule?
10      A.    My goal in my past job was
11  to ensure that we adhered to the
12  schedule and get it done then or before
13  that, to beat that schedule.  So if the
14  question is the schedule time, yes, my
15  job was to make sure that would happen
16  in that scheduled time or better.
17      Q.    With regard to the schedule
18  that's set forth here in Exhibit No. 21,
19  and I'm really trying to figure out --
20            This is a very simple
21  question.  You are testifying as a
22  representative of the City.  I simply am
23  trying to establish in your capacity as
24  the person most knowledgeable for the

Confidential - Per 2004 MDL 1358 Order

Page 367

```
 1    Dependability Program, is it your
 2    testimony that this project is going to
 3    be completed and on line by 2020 or
 4    2021?
 5              MR. REO:  Objection, asked
 6    and answered.
 7         A.   The job of the chief of
 8    that division's job is to adhere to the
 9    schedule and do better than the
10    schedule.
11         Q.   And with regard to the
12    schedule -- I'm sorry, because I really
13    don't think that was responsive to my
14    question.  I apologize.
15         A.   I then misunderstood your
16    question, sorry.
17         Q.   With respect to the
18    testimony that you are giving here as
19    the representative of the City of New
20    York, what is the date certain by which
21    all 55 million gallons that will be
22    produced in the first phase of the
23    Groundwater Dependability
24    Program/Project in Queens, what is the
```

Confidential - Per 2004 MDL 1358 Order

Page 368

1   date that that will be in service and
2   available to customers?
3           MR. REO: Objection. Asked
4   and answered.
5       A.  The precise date. I can
6   give you a general date of -- the
7   schedule shows, after facility plan,
8   implementation is ten years. If the
9   facility plan is going to be finished by
10  11, so if I add ten years onto that, the
11  outside schedule says 1021 --
12      Q.  With respect to --
13      A.  -- 2021.
14      Q.  With respect to the funding
15  decision to proceed and complete final
16  design and construct these facilities,
17  that decision will be made sometime
18  after 2011?
19          MR. REO: Objection.
20      A.  Sorry. You'll have to --
21          MR. REO: Asked and
22  answered.
23      A.  -- repeat that.
24      Q.  Yes, sir. With respect to