# CERTIFICATE OF SERVICE

Claire Scheinbaum, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 11th day of May, 2009, I caused to be served by electronic mail to Plaintiff's counsel, Susan Amron, and upon counsel for all parties by Lexis Nexis File and Serve a true and correct copy of the following:

1. Defendants' Joint Motion *In Limine* to Exclude Non-Expert Testimony of Kathleen Burns and Marcel Moreau, as well as the accompanying Memorandum of Law and Declaration of Lauren Handel.

2. Defendants' Joint Motion *In Limine* to Exclude Evidence and Argument Regarding Plaintiff's Past and Future Investigation and Treatment Costs Until it Proves Actual Injury, as well as the accompanying Memorandum of Law and Declaration of Lauren Handel.

3. Defendants' Joint Motion *In Limine* to Exclude Evidence and Argument Regarding Damage Caused by TBA, as well as the accompanying Memorandum of Law and Declaration of Jennifer Kalnins Temple.

4. Defendants' Joint Motion *In Limine* to Preclude Plaintiff From Offering Evidence or Argument Concerning any Policy or Requirement to Treat MTBE Contamination to any Level Other Than the New York State Maximum Contaminant Level, as well as the accompanying Memorandum of Law and Declaration of Jennifer Kalnins Temple.

5. Defendants' Joint Motion *In Limine* to Preclude Plaintiff From Introducing Evidence or Argument: (1) Relating to Non-Parties Against Defendants; or (2) Relating Only to one Defendant Against Multiple Defendants, as well as the accompanying Memorandum of Law and Declaration of Stephen Riccardulli.

6. Defendants' Joint Motion *In Limine* to Exclude Evidence and Argument Regarding Other MTBE Litigation, as well as the accompanying Memorandum of Law.

7. Defendants' Joint Motion *In Limine* to Exclude Evidence Regarding Trade-Association Activities Until and Unless Plaintiffs Establish Predicate Facts, as well as the accompanying Memorandum of Law.

8. Defendants' Joint Motion *In Limine* to Exclude Evidence Regarding MTBE Contamination in Non-Focus Wells, as well as the accompanying Memorandum of Law.

9. Defendants' Joint Motion *In Limine* to Exclude Evidence of Past Costs or Injury Associated With Plaintiff's Wells 5, 22, 26, 39 and 45, as well as the accompanying Memorandum of Law and Declaration of Jennifer Kalnins Temple.

Dockets.Justia.com

10. Defendants' Joint Motion *In Limine* to Exclude Evidence of Future Injury or Danage to Wells 5, 22, 26, 39 and 45, as well as the accompanying Memorandum of Law and Declaration of Jennifer Kalnins Temple.

Claire Scheinbaum