**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

------------------------------------------------------------------ x          ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------ x

**PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF SETTLEMENTS AND SETTLEMENT DISCUSSIONS**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, before the Hon. Shira A. Scheindlin, United States District Judge, Plaintiff the City of New York hereby moves this Court *in limine* to enter an Order that Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation, Crown Central Petroleum Corporation, Lyondell Chemical Company, Lyondell-Citgo Refining LP, Equistar Chemicals LP, and Total PetroChemicals USA, Inc., (collectively, "Trial Defendants") are prohibited from introducing evidence at trial relating to settlements and settlement discussions with Defendants in this case.

//

//

Dockets.Justia.com

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the relief set forth in this Motion. In support of its Motion, Plaintiff relies upon the Memorandum of Law, and the pleadings, records and files in this action. Plaintiff requests an oral hearing on this Motion.

Dated: San Francisco, California
        May 11, 2009                              Respectfully submitted,


                                                 MICHAEL A. CARDOZO
                                                 Corporation Counsel of the City of New York
                                                 Attorney for Plaintiff City of New York
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 788-1568


                                                  /s/ *LESLEY E. WILLIAMS*
                                                 VICTOR M. SHER *(pro hac vice)*
                                                 TODD E. ROBINS *(pro hac vice)*
                                                 JOSHUA G. STEIN *(pro hac vice)*
                                                 LESLEY E. WILLIAMS (LW8392)
                                                 NICHOLAS G. CAMPINS *(pro hac vice)*
                                                 MARNIE E. RIDDLE *(pro hac vice)*

                                                 SHER LEFF LLP
                                                 450 Mission Street, Suite 400
                                                 San Francisco, CA 94105
                                                 (415) 348-8300

                                                 *Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting them directly to CM/ECF and LexisNexis File & Serve on the 11th day of May, 2009:

1) **PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF SETTLEMENTS AND SETTLEMENT DISCUSSIONS**

2) **PLAINTIFF CITY OF NEW YORK'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF SETTLEMENTS AND SETTLEMENT DISCUSSIONS**

3) **[PROPOSED] ORDER GRANTING PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF SETTLEMENTS AND SETTLEMENT DISCUSSIONS**

KRISTIN MEYERS