UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

**PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT FEDERAL AGENCIES ENDORSED OR APPROVED THE USE OF MTBE IN GASOLINE**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, before the Hon. Shira A. Scheindlin, United States District Judge, Plaintiff the City of New York hereby moves this Court *in limine* to enter an Order that Defendants shall not make reference, offer any evidence, or make any argument that the federal government has endorsed or approved the use of MTBE in gasoline.

//

//

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the relief set forth in this Motion.  In support of its Motion, Plaintiff relies upon the Memorandum of Law and the Request for Judicial Notice filed concurrently herewith, and the pleadings, records and files in this action.  Plaintiff requests an oral hearing on this Motion.

Dated: San Francisco, California
      May 11, 2009                        Respectfully submitted,

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Plaintiff City of New York
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 788-1568


                                      /s/ *NICHOLAS G. CAMPINS*
                                      VICTOR M. SHER *(pro hac vice)*
                                      TODD E. ROBINS *(pro hac vice)*
                                      JOSHUA G. STEIN (*pro hac vice*)
                                      LESLEY E. WILLIAMS (LW8392)
                                      NICHOLAS G. CAMPINS *(pro hac vice)*
                                      MARNIE E. RIDDLE *(pro hac vice)*

                                      SHER LEFF LLP
                                      450 Mission Street, Suite 400
                                      San Francisco, CA 94105
                                      (415) 348-8300

                                      *Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting them directly to CM/ECF and LexisNexis File & Serve on the 11th day of May, 2009:

1) PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT FEDERAL AGENCIES ENDORSED OR APPROVED THE USE OF MTBE IN GASOLINE

2) PLAINTIFF CITY OF NEW YORK'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT FEDERAL AGENCIES ENDORSED OR APPROVED THE USE OF MTBE IN GASOLINE

3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT FEDERAL AGENCIES ENDORSED OR APPROVED THE USE OF MTBE IN GASOLINE

4) [PROPOSED] ORDER GRANTING PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT FEDERAL AGENCIES ENDORSED OR APPROVED THE USE OF MTBE IN GASOLINE

KRISTIN MEYERS