# EXHIBIT 2

PL 101-549, 1990 S 1630 Page 1
PL 101-549, November 15, 1990, **104 Stat 2399**
**(Cite as: 104 Stat 2399)**

UNITED STATES PUBLIC LAWS
**101st Congress - Second Session**
**Convening January 23, 1990**

Copr. © West 1990 No Claim to Orig. Govt. Works

Additions and Deletions are not identified in this document.
For Legislative History of Act, see LH database or Report for
this Public Law in U.S.C.C. & A.N. Legislative History section.

PL 101-549 (S 1630)
November 15, 1990
CLEAN AIR ACT, AMENDMENTS

An Act to amend the Clean Air Act to provide for attainment and maintenance of health protective national ambient air quality standards, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States
of America in Congress assembled,
TITLE I--PROVISIONS FOR ATTAINMENT AND MAINTENANCE OF NATIONAL AMBIENT AIR
QUALITY STANDARDS

Sec. 101. General planning requirements.

Sec. 102. General provisions for nonattainment areas.

Sec. 103. Additional provisions for ozone nonattainment areas.

Sec. 104. Additional provisions for carbon monoxide nonattainment areas.

Sec. 105. Additional provisions for particulate matter (PM-10) nonattainment areas.

Sec. 106. Additional provisions for areas designated nonattainment for sulfur oxides, nitrogen dioxide, and lead.

Sec. 107. Provisions related to Indian tribes.

Sec. 108. Miscellaneous provisions.

Sec. 109. Interstate pollution.

Sec. 110. Conforming amendments.

Sec. 111. Transportation system impacts on clean air.

SEC. 101. GENERAL PLANNING REQUIREMENTS.

<< 42 USCA § 7407 >>
(a) AREA DESIGNATIONS.--Section 107(d) of the Clean Air Act (42 U.S.C. 7407(d)) is amended to read as follows:

additives referred to in paragraph (1), the Administrator shall develop and publish a test procedure to determine the additives' effectiveness in reducing valve seat wear and the additives' tendencies to produce engine deposits and other adverse side effects. The test procedures shall be developed in cooperation with the Secretary of Agriculture and with the input of additive manufacturers, engine and engine components manufacturers, and other interested persons. The Administrator shall enter into arrangements with an independent laboratory to conduct tests of each additive using the test procedures developed and published pursuant to this paragraph. The Administrator shall publish the results of the tests by company and additive name in the Federal Register along with, for comparison purposes, the results of applying the same test procedures to gasoline containing 0.1 gram of lead per gallon in lieu of the lead substitute gasoline additive. The Administrator shall not rank or otherwise rate the lead substitute additives. Test procedures shall be established within 1 year after the date of the enactment of the Clean Air Act Amendments of 1990. Additives shall be tested within 18 months of the date of the enactment of the Clean Air Act Amendments of 1990 or 6 months after the lead substitute additives are identified to the Administrator, whichever is later.

"(3) The Administrator may impose a user fee to recover the costs of testing of any fuel additive referred to in this subsection. The fee shall be paid by the person proposing to register the fuel additive concerned. Such fee shall not exceed $20,000 for a single fuel additive.

"(4) There are authorized to be appropriated to the Administrator not more than $1,000,000 for the second full fiscal year after the date of the enactment of the Clean Air Act Amendments of 1990 to **\*2492** establish test procedures and conduct engine tests as provided in this subsection. Not more than $500,000 per year is authorized to be appropriated for each of the 5 subsequent fiscal years.

"(5) Any fees collected under this subsection shall be deposited in a special fund in the United States Treasury for licensing and other services which thereafter shall be available for appropriation, to remain available until expended, to carry out the Agency's activities for which the fees were collected.".

<< 42 USCA § 7545 >>

SEC. 219. REFORMULATED GASOLINE AND OXYGENATED GASOLINE.

Section 211 of the Clean Air Act (42 U.S.C. 7545) is amended by adding the following at the end thereof:

"(k) REFORMULATED GASOLINE FOR CONVENTIONAL VEHICLES.--

"(1) EPA REGULATIONS.--Within 1 year after the enactment of the Clean Air Act Amendments of 1990, the Administrator shall promulgate regulations under this section establishing requirements for reformulated gasoline to be used in gasoline-fueled vehicles in specified nonattainment areas. Such regulations shall require the greatest reduction in emissions of ozone forming volatile organic compounds (during the high ozone season) and emissions of toxic air pollutants (during the entire year) achievable through the reformulation of conventional gasoline, taking into consideration the cost of achieving such emission reductions, any nonair-quality and other air-quality related health and environmental impacts and energy requirements.

"(2) GENERAL REQUIREMENTS.--The regulations referred to in paragraph (1) shall require that reformulated gasoline comply with paragraph (3) and with each of the following requirements (subject to paragraph (7)):

"(A) $NO_X$ EMISSIONS.--The emissions of oxides of nitrogen ($NO_X$) from baseline vehicles when using the reformulated gasoline shall be no greater than the level of such emissions from such vehicles when using baseline gasoline. If the Administrator determines that compliance with the limitation on emissions of oxides of nitrogen under the preceding sen-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

tence is technically infeasible, considering the other requirements applicable under this subsection to such gasoline, the Administrator may, as appropriate to ensure compliance with this subparagraph, adjust (or waive entirely), any other requirements of this paragraph (including the oxygen content requirement contained in subparagraph (B)) or any requirements applicable under paragraph (3)(A).

"(B) OXYGEN CONTENT.--The oxygen content of the gasoline shall equal or exceed 2.0 percent by weight (subject to a testing tolerance established by the Administrator) except as otherwise required by this Act. The Administrator may waive, in whole or in part, the application of this subparagraph for any ozone nonattainment area upon a determination by the Administrator that compliance with such requirement would prevent or interfere with the attainment by the area of a national primary ambient air quality standard.

"(C) BENZENE CONTENT.--The benzene content of the gasoline shall not exceed 1.0 percent by volume.

"(D) HEAVY METALS.--The gasoline shall have no heavy metals, including lead or manganese. The Administrator **\*2493** may waive the prohibition contained in this subparagraph for a heavy metal (other than lead) if the Administrator determines that addition of the heavy metal to the gasoline will not increase, on an aggregate mass or cancer-risk basis, toxic air pollutant emissions from motor vehicles.

"(3) MORE STRINGENT OF FORMULA OR PERFORMANCE STANDARDS.--The regulations referred to in paragraph (1) shall require compliance with the more stringent of either the requirements set forth in subparagraph (A) or the requirements of subparagraph (B) of this paragraph. For purposes of determining the more stringent provision, clause (i) and clause (ii) of subparagraph (B) shall be considered independently.

"(A) FORMULA.--

"(i) BENZENE.--The benzene content of the reformulated gasoline shall not exceed 1.0 percent by volume.

"(ii) AROMATICS.--The aromatic hydrocarbon content of the reformulated gasoline shall not exceed 25 percent by volume.

"(iii) LEAD.--The reformulated gasoline shall have no lead content.

"(iv) DETERGENTS.--The reformulated gasoline shall contain additives to prevent the accumulation of deposits in engines or vehicle fuel supply systems.

"(v) OXYGEN CONTENT.--The oxygen content of the reformulated gasoline shall equal or exceed 2.0 percent by weight (subject to a testing tolerance established by the Administrator) except as otherwise required by this Act.

"(B) PERFORMANCE STANDARD.--

"(i) VOC EMISSIONS.--During the high ozone season (as defined by the Administrator), the aggregate emissions of ozone forming volatile organic compounds from baseline vehicles when using the reformulated gasoline shall be 15 percent below the aggregate emissions of ozone forming volatile organic compounds from such vehicles when using baseline gasoline. Effective in calendar year 2000 and thereafter, 25 percent shall be substituted for 15 percent in applying this clause, except that the Administrator may adjust such 25 percent requirement to provide for a lesser or greater reduction based on technological feasibility, considering the cost of achieving such reductions in VOC emissions. No such adjustment shall provide for less than a 20 percent reduction below the aggregate emissions of such air pollutants from such vehicles when using baseline gasoline. The reductions required under this clause shall be on a mass basis.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"(ii) TOXICS.--During the entire year, the aggregate emissions of toxic air pollutants from baseline vehicles when using the reformulated gasoline shall be 15 percent below the aggregate emissions of toxic air pollutants from such vehicles when using baseline gasoline. Effective in calendar year 2000 and thereafter, 25 percent shall be substituted for 15 percent in applying this clause, except that the Administrator may adjust such 25 percent requirement to provide for a lesser or greater reduction based on technological feasibility, **\*2494** considering the cost of achieving such reductions in toxic air pollutants. No such adjustment shall provide for less than a 20 percent reduction below the aggregate emissions of such air pollutants from such vehicles when using baseline gasoline. The reductions required under this clause shall be on a mass basis.

Any reduction greater than a specific percentage reduction required under this subparagraph shall be treated as satisfying such percentage reduction requirement.

"(4) CERTIFICATION PROCEDURES.--

"(A) REGULATIONS.--The regulations under this subsection shall include procedures under which the Administrator shall certify reformulated gasoline as complying with the requirements established pursuant to this subsection. Under such regulations, the Administrator shall establish procedures for any person to petition the Administrator to certify a fuel formulation, or slate of fuel formulations. Such procedures shall further require that the Administrator shall approve or deny such petition within 180 days of receipt. If the Administrator fails to act within such 180-day period, the fuel shall be deemed certified until the Administrator completes action on the petition.

"(B) CERTIFICATION; EQUIVALENCY.--The Administrator shall certify a fuel formulation or slate of fuel formulations as complying with this subsection if such fuel or fuels--

"(i) comply with the requirements of paragraph (2), and

"(ii) achieve equivalent or greater reductions in emissions of ozone forming volatile organic compounds and emissions of toxic air pollutants than are achieved by a reformulated gasoline meeting the applicable requirements of paragraph (3).

"(C) EPA DETERMINATION OF EMISSIONS LEVEL.--Within 1 year after the enactment of the Clean Air Act Amendments of 1990, the Administrator shall determine the level of emissions of ozone forming volatile organic compounds and emissions of toxic air pollutants emitted by baseline vehicles when operating on baseline gasoline. For purposes of this subsection, within 1 year after the enactment of the Clean Air Act Amendments of 1990, the Administrator shall, by rule, determine appropriate measures of, and methodology for, ascertaining the emissions of air pollutants (including calculations, equipment, and testing tolerances).

"(5) PROHIBITION.--Effective beginning January 1, 1995, each of the following shall be a violation of this subsection:

"(A) The sale or dispensing by any person of conventional gasoline to ultimate consumers in any covered area.

"(B) The sale or dispensing by any refiner, blender, importer, or marketer of conventional gasoline for resale in any covered area, without (i) segregating such gasoline from reformulated gasoline, and (ii) clearly marking such conventional gasoline as "conventional gasoline, not for sale to ultimate consumer in a covered area".

Any refiner, blender, importer or marketer who purchases property segregated and marked conventional gasoline, and thereafter labels, represents, or wholesales such gasoline as reformulated **\*2495** gasoline shall also be in violation of this subsection. The Administrator may impose sampling, testing, and recordkeeping requirements upon any refiner, blender, importer, or marketer to prevent violations of this section.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"(6) OPT-IN AREAS.--(A) Upon the application of the Governor of a State, the Administrator shall apply the prohibition set forth in paragraph (5) in any area in the State classified under subpart 2 of part D of title I as a Marginal, Moderate, Serious, or Severe Area (without regard to whether or not the 1980 population of the area exceeds 250,000). In any such case, the Administrator shall establish an effective date for such prohibition as he deems appropriate, not later than January 1, 1995, or 1 year after such application is received, whichever is later. The Administrator shall publish such application in the Federal Register upon receipt.

"(B) If the Administrator determines, on the Administrator's own motion or on petition of any person, after consultation with the Secretary of Energy, that there is insufficient domestic capacity to produce gasoline certified under this subsection, the Administrator shall, by rule, extend the effective date of such prohibition in Marginal, Moderate, Serious, or Severe Areas referred to in subparagraph (A) for one additional year, and may, by rule, renew such extension for 2 additional one-year periods. The Administrator shall act on any petition submitted under this paragraph within 6 months after receipt of the petition. The Administrator shall issue such extensions for areas with a lower ozone classification before issuing any such extension for areas with a higher classification.

"(7) CREDITS.--(A) The regulations promulgated under this subsection shall provide for the granting of an appropriate amount of credits to a person who refines, blends, or imports and certifies a gasoline or slate of gasoline that--

   "(i) has an oxygen content (by weight) that exceeds the minimum oxygen content specified in paragraph (2);

   "(ii) has an aromatic hydrocarbon content (by volume) that is less than the maximum aromatic hydrocarbon content required to comply with paragraph (3); or

   "(iii) has a benzene content (by volume) that is less than the maximum benzene content specified in paragraph (2).

"(B) The regulations described in subparagraph (A) shall also provide that a person who is granted credits may use such credits, or transfer all or a portion of such credits to another person for use within the same nonattainment area, for the purpose of complying with this subsection.

"(C) The regulations promulgated under subparagraphs (A) and (B) shall ensure the enforcement of the requirements for the issuance, application, and transfer of the credits. Such regulations shall prohibit the granting or transfer of such credits for use with respect to any gasoline in a nonattainment area, to the extent the use of such credits would result in any of the following:

   "(i) An average gasoline aromatic hydrocarbon content (by volume) for the nonattainment (taking into account all gasoline sold for use in conventional gasoline-fueled vehicles in the nonattainment area) higher than the average fuel aromatic hydrocarbon content (by volume) that would occur in the absence of using any such credits.

   **\*2496** "(ii) An average gasoline oxygen content (by weight) for the nonattainment area (taking into account all gasoline sold for use in conventional gasoline-fueled vehicles in the nonattainment area) lower than the average gasoline oxygen content (by weight) that would occur in the absence of using any such credits.

   "(iii) An average benzene content (by volume) for the nonattainment area  (taking into account all gasoline sold for use in conventional gasoline-fueled vehicles in the nonattainment area) higher than the average benzene content (by volume) that would occur in the absence of using any such credits.

"(8) ANTI-DUMPING RULES.--

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

PL 101-549, November 15, 1990, **104 Stat 2399**
**(Cite as: 104 Stat 2399)**

Case 1:00-cv-01898-VSB-VF   Document 2408-3   Filed 05/11/09   Page 7 of 10

"(A) IN GENERAL.--Within 1 year after the enactment of the Clean Air Act Amendments of 1990, the Administrator shall promulgate regulations applicable to each refiner, blender, or importer of gasoline ensuring that gasoline sold or introduced into commerce by such refiner, blender, or importer (other than reformulated gasoline subject to the requirements of paragraph (1)) does not result in average per gallon emissions (measured on a mass basis) of (i) volatile organic compounds, (ii) oxides of nitrogen, (iii) carbon monoxide, and (iv) toxic air pollutants in excess of such emissions of such pollutants attributable to gasoline sold or introduced into commerce in calendar year 1990 by that refiner, blender, or importer.  Such regulations shall take effect beginning January 1, 1995.

"(B) ADJUSTMENTS.--In evaluating compliance with the requirements of subparagraph (A), the Administrator shall make appropriate adjustments to insure that no credit is provided for improvement in motor vehicle emissions control in motor vehicles sold after the calendar year 1990.

"(C) COMPLIANCE DETERMINED FOR EACH POLLUTANT INDEPENDENTLY.--In determining whether there is an increase in emissions in violation of the prohibition contained in subparagraph (A) the Administrator shall consider an increase in each air pollutant referred to in clauses (i) through (iv) as a separate violation of such prohibition, except that the Administrator shall promulgate regulations to provide that any increase in emissions of oxides of nitrogen resulting from adding oxygenates to gasoline may be offset by an equivalent or greater reduction (on a mass basis) in emissions of volatile organic compounds, carbon monoxide, or toxic air pollutants, or any combination of the foregoing.

"(D) COMPLIANCE PERIOD.--The Administrator shall promulgate an appropriate compliance period or appropriate compliance periods to be used for assessing compliance with the prohibition contained in subparagraph (A).

"(E) BASELINE FOR DETERMINING COMPLIANCE.--If the Administrator determines that no adequate and reliable data exists regarding the composition of gasoline sold or introduced into commerce by a refiner, blender, or importer in calendar year 1990, for such refiner, blender, or importer, baseline gasoline shall be substituted for such 1990 gasoline in determining compliance with subparagraph (A).

**\*2497** "(9) EMISSIONS FROM ENTIRE VEHICLE.--In applying the requirements of this subsection, the Administrator shall take into account emissions from the entire motor vehicle, including evaporative, running, refueling, and exhaust emissions.

"(10) DEFINITIONS.--For purposes of this subsection--

"(A) BASELINE VEHICLES.--The term 'baseline vehicles' mean representative model year 1990 vehicles.

"(B) BASELINE GASOLINE.--

"(i) SUMMERTIME.--The term 'baseline gasoline' means in the case of gasoline sold during the high ozone period (as defined by the Administrator) a gasoline which meets the following specifications:

```
"BASELINE GASOLINE FUEL PROPERTIES
  API Gravity ............................  57.4
  Sulfur, ppm ............................   339
  Benzene, % .............................  1.53
  RVP, psi ...............................   8.7
  Octane, R + M/2 ........................  87.3
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

```
         IBP, F ...................................   91
         10%, F ...................................  128
         50%, F ...................................  218
         90%, F ...................................  330
         End Point, F ............................   415
         Aromatics, % ............................   32.0
         Olefins, % ..............................    9.2
         Saturates, % ............................   58.8
```

"(ii) WINTERTIME.--The Administrator shall establish the specifications of 'baseline gasoline' for gasoline sold at times other than the high ozone period (as defined by the Administrator). Such specifications shall be the specifications of 1990 industry average gasoline sold during such period.

"(C) TOXIC AIR POLLUTANTS.--The term 'toxic air pollutants' means the aggregate emissions of the following:

"Benzene

"1,3 Butadiene

"Polycyclic organic matter (POM)

"Acetaldehyde

"Formaldehyde.

"(D) COVERED AREA.--The 9 ozone nonattainment areas having a 1980 population in excess of 250,000 and having the highest ozone design value during the period 1987 through 1989 shall be 'covered areas' for purposes of this subsection. Effective one year after the reclassification of any ozone nonattainment area as a Severe ozone nonattainment area under section 181(b), such Severe area shall also be a 'covered area' for purposes of this subsection.

"(E) REFORMULATED GASOLINE.--The term 'reformulated gasoline' means any gasoline which is certified by the Administrator under this section as complying with this subsection.

"(F) CONVENTIONAL GASOLINE.--The term 'conventional gasoline' means any gasoline which does not meet specifications set by a certification under this subsection.

"(l) DETERGENTS.--Effective beginning January 1, 1995, no person may sell or dispense to an ultimate consumer in the United States, and no refiner or marketer may directly or indirectly sell or dispense to persons who sell or dispense to ultimate consumers in the United States any gasoline which does not contain additives to prevent the accumulation of deposits in engines or fuel supply **\*2498** systems. Not later than 2 years after the date of the enactment of the Clean Air Act Amendments of 1990, the Administrator shall promulgate a rule establishing specifications for such additives.

"(m) OXYGENATED FUELS.--

"(1) PLAN REVISIONS FOR CO NONATTAINMENT AREAS.--(A) Each State in which there is located all or part of an area which is designated under title I as a nonattainment area for carbon monoxide and which has a carbon monoxide design value of 9.5 parts per million (ppm) or above based on data for the 2-year period of 1988 and 1989 and calculated

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

according to the most recent interpretation methodology issued by the Administrator prior to the enactment of the Clean Air Act Amendments of 1990 shall submit to the Administrator a State implementation plan revision under section 110 and part D of title I for such area which shall contain the provisions specified under this subsection regarding oxygenated gasoline.

"(B) A plan revision which contains such provisions shall also be submitted by each State in which there is located any area which, for any 2-year period after 1989 has a carbon monoxide design value of 9.5 ppm or above. The revision shall be submitted within 18 months after such 2-year period.

"(2) OXYGENATED GASOLINE IN CO NONATTAINMENT AREAS.--Each plan revision under this subsection shall contain provisions to require that any gasoline sold, or dispensed, to the ultimate consumer in the carbon monoxide non-attainment area or sold or dispensed directly or indirectly by fuel refiners or marketers to persons who sell or dispense to ultimate consumers, in the larger of--

  "(A) the Consolidated Metropolitan Statistical Area (CMSA) in which the area is located, or

  "(B) if the area is not located in a CMSA, the Metropolitan Statistical Area in which the area is located,

be blended, during the portion of the year in which the area is prone to high ambient concentrations of carbon monoxide to contain not less than 2.7 percent oxygen by weight (subject to a testing tolerance established by the Administrator). The portion of the year in which the area is prone to high ambient concentrations of carbon monoxide shall be as determined by the Administrator, but shall not be less than 4 months. At the request of a State with respect to any area designated as nonattainment for carbon monoxide, the Administrator may reduce the period specified in the preceding sentence if the State can demonstrate that because of meteorological conditions, a reduced period will assure that there will be no exceedances of the carbon monoxide standard outside of such reduced period. For areas with a carbon monoxide design value of 9.5 ppm or more of the date of enactment of the Clean Air Act Amendments of 1990, the revision shall provide that such requirement shall take effect no later than November 1, 1992, (or at such other date during 1992 as the Administrator establishes under the preceding provisions of this paragraph). For other areas, the revision shall provide that such requirement shall take effect no later than November 1 of the third year after the last year of the applicable 2-year period referred to in paragraph (1) (or at such other date during such third year as the Administrator establishes under the preceding provisions of this paragraph) and shall include a program for implementation **\*2499** and enforcement of the requirement consistent with guidance to be issued by the Administrator.

"(3) WAIVERS.--(A) The Administrator shall waive, in whole or in part, the requirements of paragraph (2) upon a demonstration by the State to the satisfaction of the Administrator that the use of oxygenated gasoline would prevent or interfere with the attainment by the area of a national primary ambient air quality standard (or a State or local ambient air quality standard) for any air pollutant other than carbon monoxide.

"(B) The Administrator shall, upon demonstration by the State satisfactory to the Administrator, waive the requirement of paragraph (2) where the Administrator determines that mobile sources of carbon monoxide do not contribute significantly to carbon monoxide levels in an area.

"(C)(i) Any person may petition the Administrator to make a finding that there is, or is likely to be, for any area, an inadequate domestic supply of, or distribution capacity for, oxygenated gasoline meeting the requirements of paragraph (2) or fuel additives (oxygenates) necessary to meet such requirements. The Administrator shall act on such petition within 6 months after receipt of the petition.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"(ii) If the Administrator determines, in response to a petition under clause (i), that there is an inadequate supply or capacity described in clause (i), the Administrator shall delay the effective date of paragraph (2) for 1 year. Upon petition, the Administrator may extend such effective date for one additional year. No partial delay or lesser waiver may be granted under this clause.

"(iii) In granting waivers under this subparagraph the Administrator shall consider distribution capacity separately from the adequacy of domestic supply and shall grant such waivers in such manner as will assure that, if supplies of oxygenated gasoline are limited, areas having the highest design value for carbon monoxide will have a priority in obtaining oxygenated gasoline which meets the requirements of paragraph (2).

"(iv) As used in this subparagraph, the term distribution capacity includes capacity for transportation, storage, and blending.

"(4) FUEL DISPENSING SYSTEMS.--Any person selling oxygenated gasoline at retail pursuant to this subsection shall be required under regulations promulgated by the Administrator to label the fuel dispensing system with a notice that the gasoline is oxygenated and will reduce the carbon monoxide emissions from the motor vehicle.

"(5) GUIDELINES FOR CREDIT.--The Administrator shall promulgate guidelines, within 9 months after the date of the enactment of the Clean Air Act Amendments of 1990, allowing the use of marketable oxygen credits from gasolines during that portion of the year specified in paragraph (2) with higher oxygen content than required to offset the sale or use of gasoline with a lower oxygen content than required. No credits may be transferred between nonattainment areas.

"(6) ATTAINMENT AREAS.--Nothing in this subsection shall be interpreted as requiring an oxygenated gasoline program in an area which is in attainment for carbon monoxide, except that in a carbon monoxide nonattainment area which is redesignated **\*2500** as attainment for carbon monoxide, the requirements of this subsection shall remain in effect to the extent such program is necessary to maintain such standard thereafter in the area.

"(7) FAILURE TO ATTAIN CO STANDARD.--If the Administrator determines under section 186(b)(2) that the national primary ambient air quality standard for carbon monoxide has not been attained in a Serious Area by the applicable attainment date, the State shall submit a plan revision for the area within 9 months after the date of such determination. The plan revision shall provide that the minimum oxygen content of gasoline referred to in paragraph (2) shall be 3.1 percent by weight unless such requirement is waived in accordance with the provisions of this subsection.".

<< 42 USCA § 7545 >>

SEC. 220. LEAD PHASEDOWN.

Section 211 of the Clean Air Act is amended by adding the following new subsection at the end thereof:

"(n) PROHIBITION ON LEADED GASOLINE FOR HIGHWAY USE.--After December 31, 1995, it shall be unlawful for any person to sell, offer for sale, supply, offer for supply, dispense, transport, or introduce into commerce, for use as fuel in any motor vehicle (as defined in section 219(2)) any gasoline which contains lead or lead additives.".

<< 42 USCA § 7545 >>

SEC. 221. FUEL AND FUEL ADDITIVE IMPORTERS.

Section 211 of the Clean Air Act is amended by adding the following new subsection at the end thereof:

"(o) FUEL AND FUEL ADDITIVE IMPORTERS AND IMPORTATION.--For the purposes of this section, the term

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.