**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                        MDL 1358 (SAS)
                                                     M21-88
---------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417


---------------------------------------------------------------------- x

### PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 11, 2009, at the United States Courthouse at 500

Pearl Street, New York, New York 10007, before the Hon. Shira A. Scheindlin, United States

District Judge, Plaintiff the City of New York hereby moves this Court *in limine* to enter an

Order that Defendants shall not make reference, offer any evidence, or make any argument

concerning the cost to treat volatile organic compounds ("VOCs") other than MTBE[1] present in

groundwater drawn from the wells at issue.


//

//

---

[1] The term "MTBE" means methyl tertiary butyl ether and its degradation byproducts including tertiary butyl alcohol (TBA).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the

relief set forth in this Motion.  In support of its Motion, Plaintiff relies upon the Memorandum of

Law and the Declaration of Nicholas G. Campins filed concurrently herewith, and the pleadings,

records and files in this action.  Plaintiff requests an oral hearing on this Motion.


Dated: San Francisco, California
       May 11, 2009                                    Respectfully submitted,


                                                       MICHAEL A. CARDOZO
                                                       Corporation Counsel of the City of New York
                                                       Attorney for Plaintiff City of New York
                                                       100 Church Street
                                                       New York, New York 10007
                                                       (212) 788-1568


                                                        /s/ *NICHOLAS G. CAMPINS*
                                                       VICTOR M. SHER *(pro hac vice)*
                                                       TODD E. ROBINS *(pro hac vice)*
                                                       JOSHUA G. STEIN (*pro hac vice*)
                                                       LESLEY E. WILLIAMS (LW8392)
                                                       NICHOLAS G. CAMPINS *(pro hac vice)*
                                                       MARNIE E. RIDDLE (*pro hac vice*)

                                                       SHER LEFF LLP
                                                       450 Mission Street, Suite 400
                                                       San Francisco, CA 94105
                                                       (415) 348-8300

                                                       *Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served on

Liaison Counsel via Electronic Mail, and on all counsel of record by posting them directly to

CM/ECF and LexisNexis File & Serve on the 11th day of May, 2009:

1) **PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS**

2) **PLAINTIFF CITY OF NEW YORK'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS**

3) **DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS**

4) **[PROPOSED] ORDER GRANTING PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS**

KRISTIN MEYERS