UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

------------------------------------------------------------------- x

**DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING TREATMENT COSTS ASSOCIATED WITH OTHER VOCS**

Nicholas G. Campins, an attorney duly admitted *pro hac vice* to appear in this case, hereby declares under penalty of perjury:

1.    I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff City of New York ("the City") in the above-captioned matter.  I submit this Declaration in support of Plaintiff City of New York's Motion *In Limine* No. 8 To Exclude Evidence Or Argument Concerning Treatment Costs Associated With Other VOCs (the "Motion").  This Declaration authenticates the exhibits attached hereto and relied on in the City's Motion.  In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material.  Copies of each of the exhibits appended hereto were made at my direction on or around May 11, 2009.

2.    Attached as Exhibit 1 is a true and correct copy of selected pages from the Rebuttal Report of Marnie A. Bell, submitted on April 7, 2009.

  3. Attached as Exhibit 2 is a true and correct copy of selected pages from the Revised Expert Report of David W. Hand, submitted on April 1, 2009.

  4. Attached as Exhibit 3 is a true and correct copy of a May 7, 2009 letter from Mr. Peter J. Sacripanti to the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York.

  5. Attached as Exhibit 4 is a true and correct copy of selected pages from the "rough" deposition transcript of Dr. David W. Hand.  Dr. Hand's deposition was taken on April 23, 2009.[1]

On this 11th day of May 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated:  San Francisco, CA
   May 11, 2009

             /s/  NICHOLAS G. CAMPINS
             NICHOLAS G. CAMPINS *(pro hac vice)*
             SHER LEFF LLP
             450 Mission Street, Suite 400
             San Francisco, CA 94105
             (415) 348-8300

             *Attorney for Plaintiff City of New York*

---

[1] The City has not yet received a final version of Dr. Hand's deposition.  Upon receiving a final version of the deposition, the City will provide it to the Court.