# EXHIBIT 2



24506020
Apr 3 2009
12:34PM

Revised Report
Dated April 1, 2009

# Treatment of MTBE in Selected Wells
# In City of New York v. Amerada Hess Corp. et al.

## Expert Report of David W. Hand, Ph.D.

In the matter of:

City of New York
    Plaintiffs

MDL No. 1358

Amerada Hess Corp., et al.
    Defendants

April 1, 2009

Prepared by
David W. Hand, Ph.D.

*[signature]* 4/01/09

Table 5.0 Operation and maintenance costs in 2009 dollars for Well 6D if MTBE treatment is for three years.

| Item Description | Unit | Quantity | Unit Cost ($) | Total Cost ($) |
|---|---|---|---|---|
| **GAC Cost –treatment objective 5 µg/L** | | | | |
| MTBE GAC cost for 1 year half-life and 3 years of treatment[A] (treatment objective 5 µg/L) | - | 484,302 | 1.88 | 910,000 |
| PCE GAC cost for 3 years of treatment[B] (treatment objective 2.5 µg/L) | - | 78,300 | 1.88 | 147,000 |
| Net MTBE GAC cost for 3 years of treatment | - | A - B | 1.88 | 763,000 |
| MTBE GAC for 2 year half-life and 6 years of treatment[C] (treatment objective of 5 µg/L) | - | 968,604 | 1.88 | 1,821,000 |
| PCE GAC cost for 6 years of treatment[D] (Treatment objective of 2.5 µg/L) | - | 157,000 | 1.88 | 295,000 |
| Net MTBE GAC cost for 6 years of treatment | - | C - D | 1.88 | 1,526,000 |
| **Sampling costs** | | | | |
| MTBE & PCE Sampling costs for 3 yrs (Sampling once weekly blended Inf & Eff.) | - | 156 | 180 | 28,000 |
| Net MTBE sampling costs for three years (50% of sampling costs) | - | - | - | 14,000 |
| Net MTBE sampling costs for six years | - | - | - | 28,000 |
| **Labor costs** | | | | |
| MTBE & PCE Routine Labor Costs for 3 years ( $40 Operations Staff, $ 55 Supervisor)[1] | - | - | - | 32,000 |
| Net MTBE Routine Labor Costs for 3 years ( 50% of labor costs) | - | - | - | 16,000 |
| Net MTBE Routine Labor Costs for 6 years | - | - | - | 32,000 |
| **TOTAL COSTS** | | | | |
| **Total MTBE Operating Costs for a half-life of 1 year and 3 years of operation** | - | - | - | 793,000 |
| **Total MTBE Operating Costs for a half-life of 2 year and 6 years of operation** | - | - | - | 1,586,000 |
| MTBE Cost of treatment $/1000 gal[2] | 1.9 (6 yrs) 2.3 (3 yrs) | | | |

[1]Source: NYC Office of Management and Budget; Includes fringe benefits and overtime. Cost for plant operators, janitorial, and mechanical staffing. Assumes routine maintenance of GAC units and VOC sampling time. Time required for change-out 4 hrs 1 staff, time required for sampling 1 hr per sampling period 1 staff, time required for maintenance 40 hrs per year 1 staff, 2 hr per week supervisor for overseeing operation and data analysis. (4 hr/change out x 23 change outs x 40 $/hr + 1hr x 40 $ /hr x 52 wks/yr x 3 yr + 3 yr x 40 $/hr x 40 hr/yr = 14,720; 2 hr/wk x 52 wk/yr x 3 yr x 55 $/hr = 17,160)

[2]Includes the portion of capital cost for MTBE.