# EXHIBIT 4

Page 1

N O T I C E

This transcript is a ROUGH DRAFT, UNEDITED, UNCERTIFIED TRANSCRIPT ONLY. It contains the raw output from the court reporter's stenotype machine, translated into English by the court reporter's computer, without the benefit of proofreading. It will contain untranslated steno strokes, mistranslations (wrong words), and misspellings. These and any other errors will be corrected in the final transcript. Since this rough draft transcript has not been proofread, the court reporter cannot assume responsibility for any errors.

This rough draft transcript is intended to assist attorneys in their case preparation and is not to be construed as the final transcript. It is not to be read by the witness or quoted in any pleading or for any other purpose and may not be filed with any court.

ROUGH - David W. Hand

Page 2

1           THE VIDEOGRAPHER:  We are now on the record.
2    My name is is a Scott pickerring.  I'm the
3    videographer for Golkow Technologies, Inc, 1 Liberty
4    Place, 1650 Market Street, 1st floor, Philadelphia,
5    Pennsylvania.  Today's date is April 23rd, 2009.  The
6    time is now 9:05 a.m.  This video deposition is being
7    held at 600 13th Street, Northwest, Washington, D.C.
8    in the matter of the City of New York versus Amerada S
9    Corporation, et al. to be heard in the United States
10   District Court for the Southeastern District of New
11   York.  The deponent is David W. Hand, Ph.D., Master
12   File number 1:00-1898.
13           Will counsel and those present please
14   identify themselves for the record.
15           MR. McGILL:  Brian McGill from McDermott
16   Will & Emery representing Exxon Mobile.
17           MR. SHER:  Anybody on the phone?
18           MR. SHER:  Vic Sher, plaintiff.
19           THE VIDEOGRAPHER:  The court reporter today
20   is Michele Eddy on behalf of Golkow Technologies, Inc.
21   You may now swear the witness.
22                P R O C E E D I N G S
23              DAVID HAND, Ph.D.,
24   having been duly sworn, testified as follows:

Golkow Technologies, Inc. - 1.877.370.DEPS

ROUGH - David W. Hand

Page 115

```
 1      Q    Okay.  And if they're right, then there
 2   shouldn't be any offset for PCE, correct?
 3      A    That is correct.
 4      Q    Okay.  And if they're wrong, in your view if
 5   PCE is present above the MCL, there should be an
 6   offset for PCE, do I understand you correctly?
 7      A    Yes, sir.
 8      Q    Now, how would you go about calculating what
 9   that offset would be assuming PCE is present above the
10   MCL in the water?
11           MR. McGILL:  Object to the form.  Let me ask
12   a predicate question first.
13           Do I understand correctly that you have not
14   performed any such calculations so far?
15      A    No, sir.  Not for system 6 for PCE removal.
16      Q    No, you haven't?
17      A    I have not performed --
18      Q    It's the afternoon and I just -- I'm not
19   trying to trip you up.  I just want to be clear here.
20   Sometimes when I ask a negative in the question, it's
21   my fault in the question.  I apologize.
22      Q    Is it your view that if PCE were present
23   above the MCL in the influent to the station 6 plant
24   and MTBE were present at the levels assumed in the
```