UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

---------------------------------------------------------------------- x     ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

### PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THE LIABILITY OF NON-DEFENDANT OWNERS/OPERATORS OF UNDERGROUND STORAGE TANKS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 11, 2009, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, before the Hon. Shira A. Scheindlin, United States District Judge, Plaintiff the City of New York hereby moves this Court *in limine* to enter an Order that Defendants shall not introduce evidence or argument regarding the liability of non-defendant owners/operators of underground storage tanks ("USTs").

//

//

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the relief set forth in this Motion.  In support of its Motion, Plaintiff relies upon the Memorandum of Law filed concurrently herewith, and the pleadings, records and files in this action.  Plaintiff requests an oral hearing on this Motion.

Dated: San Francisco, California
     May 11, 2009                    Respectfully submitted,

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the City of New York
                    Attorney for Plaintiff City of New York
                    100 Church Street
                    New York, New York 10007
                    (212) 788-1568


                    /s/ *MARNIE E. RIDDLE*
                    VICTOR M. SHER *(pro hac vice)*
                    TODD E. ROBINS *(pro hac vice)*
                    JOSHUA G. STEIN *(pro hac vice)*
                    LESLEY E. WILLIAMS (LW8392)
                    NICHOLAS G. CAMPINS *(pro hac vice)*
                    MARNIE E. RIDDLE *(pro hac vice)*

                    SHER LEFF LLP
                    450 Mission Street, Suite 400
                    San Francisco, CA 94105
                    (415) 348-8300

                    *Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting them directly to CM/ECF and LexisNexis File & Serve on the 11th day of May, 2009:

1) PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THE LIABILITY OF NON-DEFENDANT OWNERS/OPERATORS OF UNDERGROUND STORAGE TANKS

2) MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THE LIABILITY OF NON-DEFENDANT OWNERS/OPERATORS OF UNDERGROUND STORAGE TANKS

3) [PROPOSED] ORDER GRANTING PLAINTIFF CITY OF NEW YORK'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THE LIABILITY OF NON-DEFENDANT OWNERS/OPERATORS OF UNDERGROUND STORAGE TANKS

KRISTIN MEYERS