# EXHIBIT 2

Case 1:00-cv-01898-VSB-VF   Document 2422-3   Filed 05/11/09   Page 2 of 8

Westlaw.

10 NY ADC 5-1.52                                                                 Page 1
10 NYCRR 5-1.52

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

**COMPILATION OF CODES, RULES AND REGU-LATIONS OF THE STATE OF NEW YORK TITLE 10. DEPARTMENT OF HEALTH CHAPTER I. STATE SANITARY CODE PART 5. DRINKING WATER SUPPLIES SUBPART 5-1. PUBLIC WATER SYSTEMS** PUBLIC WATER SYSTEMS; MAXIMUM CONTAMINANT LEVELS; MONITORING REQUIREMENTS; NOTIFICATIONS REQUIRED.

Current through amendments included in the New York State Register,

Volume XXXI, Issue 18, dated May 6, 2009.

**Section 5-1.52. Tables**

Table 1. Inorganic Chemicals and Physical Characteristics--Maximum Contaminant Level Determination.

```
-----------------------------------------------------------------------
   Contaminants         MCL (mg/l)⁴        Determination of MCL violations
=======================================================================
Asbestos             7.0 million fibers/liter  If the results of a monitoring
                     (MFL) (Longer than 10     sample analysis exceed the
                     microns)                  MCL, the supplier of water
                                               shall collect one more
Antimony             0.006                     sample from the same sampling
                                               point within 2 weeks or as
Arsenic              0.010                     soon as practical.

Barium                2.00                     An MCL violation for all
                                               contaminants listed in this
Beryllium            0.004                     table, except for Arsenic,
                                               occurs when the average¹
Cadmium              0.005                     of the initial sample and any
                                               confirmation sample exceeds
Chromium             0.10                      the MCL.

Cyanide (as free                               MCL violations for Arsenic will
       Cyanide)       0.2                      be determined as follows:

Mercury              0.002                     Compliance with the Arsenic
                                               MCL shall be determined based
Selenium             0.05                      on the analytical result(s)
                                               obtained at each sampling
                                               point.
Silver                0.1
                                               For systems which are conducting
Thallium             0.002                     monitoring at a frequency
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

10 NY ADC 5-1.52
10 NYCRR 5-1.52

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

```
-----------------------------------------------------------------------
 Contaminant         MCL (mg/L)       Determination of MCL violation
=======================================================================
Nitrate          10 (as Nitrogen){1}   If the results of a monitoring
Nitrite           1 (as Nitrogen)      sample analysis exceed the MCL,
Total Nitrate    10 (as Nitrogen)      the supplier of water shall
  and Nitrite                          collect another sample from the
                                       same sampling point, within 24
                                       hours of the receipt of results
                                       or as soon as practical.{2}  An MCL
                                       violation occurs when the average
                                       of the two results exceeds the MCL.
-----------------------------------------------------------------------
{1} An MCL of 20 mg/l may be permitted at a noncommunity water system if
    the supplier of water demonstrates that:
      (a) the water will not be available to children under six months of age;
      (b) a notice that nitrate levels exceed 10 mg/l and the potential health
          effects of exposure will be continuously posted according to the
          requirements of a Tier 1 notification;
      (c) the State will be notified annually of nitrate levels that exceed
          10 mg/L; and
      (d) no adverse health effects shall result.

{2} Systems unable to collect an additional sample within 24 hours must
    issue a Tier 1 notification and must collect the additional sample within
    two weeks of receiving the initial sample results.
```

Table 3. Organic Chemicals--Maximum Contaminant Level Determination.

```
-----------------------------------------------------------------------
                         MCL        Type of        Determination of
     Contaminants       (mg/L)    water system      MCL violation
=======================================================================
General organic chemicals
Principal organic        0.005     Community,     If the results of a
  contaminant (POC)                NTNC and       monitoring sample
Unspecified organic      0.05      Noncommunity   analysis exceed the
  contaminant (UOC)                               MCL, the supplier of
Total POCs and UOCs      0.1                      water shall collect
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

```
                                                                  one to three more
                                                                  samples from the
                                                                  same sampling point,
                                                                  as soon as practical,
                                                                  but within 30 days.
                                                                  An MCL violation
                                                                  occurs when at least
                                                                  one of the confirming
                                                                  samples is positive
                                                                  and the average of
                                                                  the initial sample
                                                                  and all confirming
                                                                  samples exceeds the
                                                                  MCL.
------------------------------------------------------------------------------------
Disinfection Byproducts                                           The results of all
{1},{2}                                                           analyses per quarter
                                                                  must be
Total                           0.08            Community         arithmetically
  trihalomethanes                               and NTNC          averaged and must be
Haloacetic acids                0.06                              reported to the State
                                                                  within 30 days of the
                                                                  public water system's
                                                                  receipt of the
                                                                  analyses.  A
                                                                  violation occurs if
                                                                  the average of the
                                                                  four most recent sets
                                                                  of quarterly samples
                                                                  (12-month running
                                                                  average) exceeds the
                                                                  MCL.  If a system
                                                                  fails to complete
                                                                  four consecutive
                                                                  quarters of
                                                                  monitoring,
                                                                  compliance with the
                                                                  MCL will be based on
                                                                  an average of the
                                                                  available data.  For
                                                                  systems monitoring
                                                                  less than quarterly,
                                                                  compliance must be
                                                                  based on an average
                                                                  of samples taken that
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

|  |  |  |  |
|---|---|---|---|
|  |  |  | year. If, during the first year of monitoring, any individual quarter's average will cause the annual average of that system to exceed the MCL the system is out of compliance at the end of that quarter. |
|  |  | Transient Noncommunity | Not applicable. |
| Specific Organic Chemicals |  |  |  |
| Alachlor | 0.002 | Community, NTNC and Noncommunity | If the results of a monitoring sample analysis exceed the MCL, the supplier of water shall collect one to three more samples from the same sampling point, as soon as practical, but within 30 days. An MCL violation occurs when at least one of the confirming samples is positive and the average of the initial sample and all confirming samples exceeds the MCL. |
| Aldicarb | 0.003 |  |  |
| Aldicarb sulfone | 0.002 |  |  |
| Aldicarb sulfoxide | 0.004 |  |  |
| Atrazine | 0.003 |  |  |
| Benzo(a)pyrene | 0.0002 |  |  |
| Carbofuran | 0.04 |  |  |
| Chlordane | 0.002 |  |  |
| Di(2-ethylhexyl) phthalate | 0.006 |  |  |
| Dibromochloropropane (DBCP) | 0.0002 |  |  |
| 2, 4-D | 0.05 |  |  |
| Dinoseb | 0.007 |  |  |
| Diquat | 0.02 |  |  |
| Endrin | 0.002 |  |  |
| Ethylene dibromide (EDB) | 0.00005 |  |  |
| Heptachlor | 0.0004 |  |  |
| Heptachlor epoxide | 0.0002 |  |  |
| Hexachlorobenzene | 0.001 |  |  |
| Lindane | 0.0002 |  |  |
| Methoxychlor | 0.04 |  |  |
| Methyl-tertiary-butyl-ether (MTBE) | 0.010 |  |  |
| Pentachlorophenol | 0.001 |  |  |
| Polychlorinated biphenyls (PCBS) | 0.0005 |  |  |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

10 NY ADC 5-1.52
10 NYCRR 5-1.52

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

Case 1:00-cv-01898-VSB-VF    Document 2422-3    Filed 05/11/09    Page 6 of 8    Page 7

```
 Propylene glycol            1.0
 Simazine                    0.004
 Toxaphene                   0.003
 2,4,5-TP (Silvex)           0.01
 2,3,7,8-TCDD                0.00000003
    (dioxin)
 Vinyl Chloride              0.002
```
--------------------------------------------------------------------------

{1} Systems using surface water or ground water under the direct influence of surface water and serving 10,000 or more people must comply with the disinfection byproducts standards by January 1, 2002. Systems using surface water or ground water under the direct influence of surface water and serving fewer than 10,000 people, or systems using ground water must comply by January 1, 2004. Until then, community water systems serving fewer than 10,000 persons must comply with an MCL of 0.1 mg/L for total trihalomethanes.

{2} A system that is installing granular activated carbon (GAC) or membrane technology to comply with the trihalomethane and haloacetic acid MCLs may apply to the State for an extension of up to 24 months past the compliance dates for those MCLs. Systems must comply with any interim measures and schedules of compliance set by the State.

Table 3A. Maximum Residual Disinfectant Level (MRDL) Determination

| Disinfectant | MRDL{1} (mg/L) | Type of water system | Determination of MRDL violation |
| --- | --- | --- | --- |
| Chlorine | 4.0 (as Cl) | Community and NTNC using chlorine or chloramines as disinfectant or oxidant | Compliance is based on a running annual arithmetic average, computed quarterly, of monthly averages of all samples collected by the system. If the running annual average exceeds the MRDL, the system is in violation and must notify the public. |
| Chloarmines{2} | 4.0 (as Cl) | | |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

| | | | |
|---|---|---|---|
| Chlorine Dioxide | 0.8 (as Cl$_2$) | Community, NTNC, and Transient Noncommunity using chlorine dioxide as disinfectant or oxidant | Public Health Hazard (Acute Violation) <br><br> Compliance is based on daily samples collected by the system. If any daily sample taken at the entrance to the distribution system exceeds the MRDL, and on the following day one (or more) of the three samples taken in the distribution system exceeds the MRDL, the system is in violation <br> ------------------------ <br> Nonacute Violation <br><br> Compliance is based on daily samples collected by the system. If any two consecutive daily samples taken at the entrance to the distribution system exceed the MRDL, and all distribution system samples taken are below the MRDL, the system is in violation. |

{1} Systems using surface water or ground water under the direct influence of surface water and serving 10,000 or more people must comply by January 1, 2002. Systems using surface water or ground water under the direct influence of surface water and serving fewer than 10,000 people, or systems using ground water must comply by January 1, 2004.

{2} In cases where systems switch between the use of chlorine and chloramines for residual disinfection during the year, compliance must be determined by including together all monitoring results of both chlorine and chloramines.

Table 4. Entry Point Turbidity--Maximum Contaminant Level Determination.[1]

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.52

| Contaminant | MCL | Determination of MCL violation |
|---|---|---|
| Entry point turbidity (surface water and ground water directly influenced by surface water) | 1 NTU$^{2,4}$ (Monthly average) | A violation occurs when the average of all daily entry point analyses for the month exceeds the MCL rounded off to the nearest whole number. |
| | 5 NTU$^{3,4}$ | A violation occurs when the average of two consecutive daily entry point analyses exceeds the MCL rounded off to the nearest whole number. |

{1} The requirements of this table apply to unfiltered systems that the State has determined, in writing pursuant to section 5-1.30 of this Subpart, must install filtration, until filtration is installed.

{2} If the daily entry point analysis exceeds one NTU, a repeat sample must be taken as soon as practicable and preferably within one hour. If the repeat sample exceeds one NTU, the supplier of water must make State notification. The repeat sample must be used for the monthly average and the two-consecutive-day average.

{3} If the two-consecutive-day average exceeds the MCL, the supplier of water shall analyze for microbiological contamination at a point downstream of the first consumer, but as close to the first consumer as is feasible. The additional microbiological sample should be taken within one hour or as soon as feasible after determining the two-consecutive-day average. The supplier of water shall report the result of this microbiological analysis to the State within 48 hours of obtaining the result. The result of this analysis shall not be used for monitoring purposes.

{4} NTU = Nephelometric Turbidity Units.

Table 4A. Surface Water Turbidity Performance Standards[1]

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.