# EXHIBIT 3

10 NY ADC 5-1.71  Page 1
10 NYCRR 5-1.71

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.71

COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK
TITLE 10. DEPARTMENT OF HEALTH
CHAPTER I. STATE SANITARY CODE
PART 5. DRINKING WATER SUPPLIES
SUBPART 5-1. PUBLIC WATER SYSTEMS
OPERATION AND QUALITY CONTROL.

Current through amendments included in the New York State Register,
Volume XXXI, Issue 18, dated May 6, 2009.

**Section 5-1.71. Protection and Supervision of Public Water Systems**

(a) The supplier of water and the person or persons operating a public water system shall exercise due care and diligence in the maintenance and supervision of all sources of the public water systems to prevent, so far as possible, their pollution and depletion.

(b) The supplier of water and the person or persons operating a water treatment plant or distribution system shall exercise due care and diligence in the operation and maintenance of these facilities and their appurtenances to ensure continued compliance with the provisions of this Subpart. Facilities approved by the State shall be operated in general accordance with their design unless otherwise authorized under the provisions of section 5-1.22, 5-1.23 or 5-1.24 of this Subpart.

**CREDIT(S)**

Sec. filed April 4, 1977; amd. filed April 6, 1987 eff. April 6, 1987.

&lt;General Materials (GM) - References, Annotations, or Tables&gt;
10 NYCRR 5-1.71, 10 NY ADC 5-1.71

10 NY ADC 5-1.71
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.