# EXHIBIT 6

Westlaw.

10 NY ADC 76.8   Page 1
10 NYCRR 76.8
N.Y. Comp. Codes R. & Regs. tit. 10, § 76.8

**COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK**
**TITLE 10. DEPARTMENT OF HEALTH**
**CHAPTER II. ADMINISTRATIVE RULES AND REGULATIONS**
**SUBCHAPTER I. ENVIRONMENTAL HEALTH**
**PART 76. PUBLIC HEALTH ADMINISTRATIVE TRIBUNAL**

Current through amendments included in the New York State Register,
Volume XXXI, Issue 18, dated May 6, 2009.

**Section 76.8. Tribunal representatives**

(a) Except as otherwise provided by statute, the tribunal representatives conducting hearings are authorized to:

(1) accept pleas to, and hear and determine, allegations by the department of violations of the provisions of the Public Health Law, the State Sanitary Code (Chapter I of this Title), and pertinent provisions of the administrative rules and regulations of the department;

(2) examine witnesses and receive evidence;

(3) administer oaths and affirmations;

(4) sign and issue subpoenas in the name of the department at the request of any party, requiring attendance and giving of testimony by witnesses and production of books, papers, documents and other evidence; such subpoenas shall be regulated by the Civil Practice Law and Rules;

(5) provide for taking of testimony by deposition;

(6) regulate the course of the hearings, set the time and place for continued hearings, and fix the time for filing of briefs and other documents;

(7) determine whether or not to offer a stipulation as provided in section 76.9 of this Part;

(8) impose fines, penalties, permit revocations, permit suspensions or closure as authorized;

(9) order abatement of violations, and a schedule for such abatement;

(10) order reinspection of the facility to determine compliance with the Stae Sanitary Code and orders for abatement.

**CREDIT(S)**

Sec. filed Nov. 29, 1965; repealed, filed April 28, 1972; new filed Oct. 13, 1978 eff. Oct. 13, 1978.

<General Materials (GM) - References, Annotations, or Tables>
10 NYCRR 76.8, 10 NY ADC 76.8

10 NY ADC 76.8
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.