# EXHIBIT 8

10 NY ADC 5-1.12 Page 1
10 NYCRR 5-1.12

N.Y. Comp. Codes R. & Regs. tit. 10, § 5-1.12

**COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK**
**TITLE 10. DEPARTMENT OF HEALTH**
**CHAPTER I. STATE SANITARY CODE**
**PART 5. DRINKING WATER SUPPLIES**
**SUBPART 5-1. PUBLIC WATER SYSTEMS**
SOURCES OF WATER SUPPLY.

Current through amendments included in the New York State Register,
Volume XXXI, Issue 18, dated May 6, 2009.

**Section 5-1.12. Water Quality for Existing Sources of Water Supply**

(a) Whenever the supplier of water determines or is advised by the State that one or more of the MCLs set forth in this Subpart are or may be exceeded; or that effectiveness of treatment processes diminishes to the extent that a violation of the treatment techniques or MCLs set forth in this Subpart may occur; or that any deleterious changes in raw water quality have occurred; or that a change in the character of the watershed or aquifer has been observed which may affect water quality; or that any combination of the preceding exists, the supplier of water shall notify the State and do the following:

(1) undertake a study to determine the cause or causes of such conditions, independent of known or anticipated treatment technology;

(2) modify existing or install treatment to comply, to the extent practicable, with sections 5-1.30, 5-1.50, 5-1.51 and 5-1.60 of this Subpart;

(3) initiate water sampling as needed to delineate the extent and nature of the cause of concern;

(4) investigate all or part of the watershed or aquifer to verify any existing or potential changes in the character of the sources of water supply; and

(5) submit a written report to the State within 30 days of the onset of the foregoing conditions summarizing the findings outlined in paragraphs (1) through (4) of this subdivision.

(b) The State may require the supplier of water to conduct sanitary surveys and to conduct water sampling related to watersheds and ground water aquifers which are sources of water supply to identify and evaluate the significance of existing and potential sources of pollution and to report the results to the State. Also, sanitary surveys shall be used to evaluate the adequacy of the public water system, the source or sources of water supply and the water treatment plant to produce a potable water.

**CREDIT(S)**

Sec. filed April 4, 1977; amds. filed: June 24, 1981; April 6, 1987; Dec. 29, 1989; March 19, 1991 as emergency measure, expired 90 days after filing; June 18, 1991; April 30, 1998; May 10, 2004 eff. May 26, 2004. Amended (a).

<General Materials (GM) - References, Annotations, or Tables>
10 NYCRR 5-1.12, 10 NY ADC 5-1.12

10 NY ADC 5-1.12
END OF DOCUMENT