# EXHIBIT 10

**Effective:[See Text Amendments]**

Mckinney's Consolidated Laws of New York Annotated Currentness
    Public Health Law (Refs & Annos)
        Chapter 45. Of the Consolidated Laws (Refs & Annos)
            Article 2. The Department of Health
                Title II. The Public Health Council
                → **§ 229. Sanitary code; violation; penalties**

The provisions of the sanitary code shall have the force and effect of law and the non-compliance or non-conformance with any provision thereof shall constitute a violation punishable on conviction for a first offense by a fine not exceeding two hundred fifty dollars or by imprisonment for not exceeding fifteen days, or both; and for a second or subsequent offense by a fine not exceeding five hundred dollars or by imprisonment for not exceeding fifteen days, or both.

CREDIT(S)

(L.1953, c. 879; amended L.1961, c. 207, § 1; L.1973, c. 381, § 1.)

HISTORICAL AND STATUTORY NOTES

2001 Main Volume

Derivation

Section 2-c of Public Health Law of 1909, added L.1913, c. 559, § 2; amended L.1923, c. 493, § 1; L.1927, c. 48, § 4; L.1937, c. 628; L.1938, c. 209, § 1; L.1946, c. 166; repealed by § 5002 of this chapter.

LIBRARY REFERENCES

2001 Main Volume

    Health and Environment ⚷ 37, 38.
    C.J.S. Health and Environment §§ 48 to 50, 113 to 114, 134, 139, 141, 143, 148 to 149, 151 to 156.
    In a caselaw database, run TO(199) or 199k[add key number] to retrieve cases related to Health and Environment.

RESEARCH REFERENCES

2009 Electronic Update

Encyclopedias

NY Jur. 2d, Health & Sanitation § 59, State Regulations or Sanitary Code.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

NY Jur. 2d, Health & Sanitation § 157, Authority, Duty to Enforce; Generally--New York City.

NOTES OF DECISIONS

    Chemical contaminations 1

  1. Chemical contaminations

County water authority established claim of trespass against manufacturers and distributors of herbicide which degraded into tetrachloroterephthalic acid (TCPA), based on unlawful invasion of TCPA into groundwater in amount exceeding 50 parts per billion (PPB); defendants advised consumers to apply herbicide to soil, and authority's taking well out of service upon second TCPA sample in excess of 50 PPB until remediated by installation of granular activated carbon filtration system was consistent with regulatory scheme and authority's obligations thereunder, such that authority was tangibly and appreciably damaged by TCPA in groundwater. State v. Fermenta ASC Corp., 1995, 166 Misc.2d 524, 630 N.Y.S.2d 884, affirmed in part 238 A.D.2d 400, 656 N.Y.S.2d 342, leave to appeal denied 90 N.Y.2d 810, 664 N.Y.S.2d 271, 686 N.E.2d 1366. Waters And Water Courses ⚷ 104

McKinney's Public Health Law § 229, NY PUB HEALTH § 229
Current through L.2009, chapters 1 to 14, 16, 17 and 50 to 55.

Copr (c) 2009 Thomson Reuters.

END OF DOCUMENT