UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.,* No. 04-CIV-3417 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## CERTIFICATE OF SERVICE

Michael J. Dillon, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 13th Day of May, 2009, I caused to be served by electronic means upon Susan Amron, counsel for Plaintiff City of New York, and all parties via Lexis Nexis File and Serve, a true and correct copy of the following documents:

*Defendant Exxon Mobil Corporation's Notice of Motion and Memorandum of Law in Support of Motion To Exclude Testimony And Opinion Of Martin Tallett.*

*Declaration of Michael J. Dillon in Support of Defendant Exxon Mobil Corporation's Motion To Exclude Testimony And Opinion Of Martin Tallett.*

*Exhibits A-C to Defendant Exxon Mobil Corporation's Memorandum of Law in Support of Motion To Exclude Testimony And Opinion Of Martin Tallett.*

Michael J. Dillon