# EXHIBIT "A"

mt042909.txt

```
0001
 1    IN THE UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 3    ***************************************
 4    IN RE:
 5    Methyl Tertiary Butyl Ether
 6    ("MTBE") Products Liability          MDL NO.
 7    Litigation                           1358 (SAS)
 8
 9    In Re:  City of New York
10    ***************************************
11
12          CONFIDENTIAL (Per 2004 MDL 1358 Order)
13                     ----------
14    VIDEOTAPED DEPOSITION OF MARTIN R. TALLETT
15            Wednesday, April 29th, 2008
16                    10:08 a.m.
17                     ----------
18          McDermott Will & Emery, LLP
19                 28 State Street
20               Boston, Massachusetts
21
22
23    REPORTED BY:
24    Maureen O'Connor Pollard, RPR, CLR, CSR
0002
 1    APPEARANCES:
 2    FOR THE CITY OF NEW YORK:
          BY:  WILLIAM PLACHE, ESQ.
 3             NEW YORK CITY LAW DEPARTMENT
               OFFICE OF THE CORPORATE COUNSEL
 4             100 Church Street
               New York, New York 10007
 5             212-788-1574
               wplache@law.nyc.gov
 6
      FOR EXXON MOBIL CORPORATION:
 7        BY:  BRIAN A. McGILL, ESQ.
               McDERMOTT WILL & EMERY, LLP
 8             600 Thirteenth Street, N.W.
               Washington, DC 20005-3096
 9             212-547-5400
               bmcgill@mwe.com
10
      FOR GULF OIL LIMITED PARTNERSHIP:
11        BY:  ANTHONY A. ORLANDI, ESQ.
               GOODWIN PROCTER LLP
12             53 State Street
               Boston, Massachusetts 02109
13             617-570-1000
               aorlandi@goodwinprocter.com
14
      FOR SUNOCO, INC. AND SUNOCO, INC. R&M:
15        BY:  NESSA E. HOREWITCH, ESQ.
               BEVERIDGE & DIAMOND, P.C.
16             1350 I Street, NW
               Washington, DC 20005-3311
17             202-789-6000
               nhorewitch@bdlaw.com
18
      FOR COASTAL EAGLE POINT OIL COMPANY and EL PASO
19    MERCHANT ENERGY-PETROLEUM COMPANY:
          BY:  DAWN A. ELLISON, ESQ.
```

Page 1

mt042909.txt

```
20        HOWREY LLP
          1299 Pennsylvania Avenue, NW
21        Washington, DC 20004-2402
          202-383-6848
22        ellisond@howrey.com
23
24   William Slater, Videographer
0003
 1        PRESENT VIA SPEAKERPHONE:
 2   FOR VALERO ENERGY CORPORATION:
          BY:  ANDREW M. TAYLOR, ESQ.
 3        BRACEWELL & GIULIANI, LLP
          111 Congress Avenue, Suite 2300
 4        Austin, Texas 78701
          512-494-3601
 5        andy.taylor@bgllp.com
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
0004
 1                          INDEX
 2   EXAMINATION                              PAGE
 3   MARTIN R. TALLETT
 4      BY MR. MCGILL                            7
 5      BY MS. ELLISON                         177
 6      BY MR. PLACHE                          186
 7      BY MR. MCGILL                          187
 8      BY MS. HOREWITCH                       188
 9
10                        EXHIBITS
11   NO.              DESCRIPTION              PAGE
12   Exhibit 1     12/19/08 expert report of
13                 Martin R. Tallett............  38
14   Exhibit 2     2/6/09 expert rebuttal
15                 report of Martin R. Tallett...  70
16   Exhibit 3     3/16/09 expert market share
17                 report of Martin R. Tallett... 118
18   Exhibit 4     Document titled NYMEX New
19                 York Harbor Ethanol Contract.. 125
20   Exhibit 5     Form EIA-782C................. 146
21   Exhibit 6     EIA-782C instructions........ 146
22   Exhibit 7     Document titled EIA-782C
23                 Exclusionary List
24                 Instructions................. 155
0005
 1   Exhibit 8     2/13/09 expert report of
 2                 Michelle M. Burtis........... 178
```

Page 2

mt042909.txt

3    Exhibit 9    6/28/07 letter................    180
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
0006
1            P R O C E E D I N G S
2
3            MARTIN R. TALLETT,
4    having been satisfactorily identified by photo
5    identification, being first duly sworn, was
6    examined and testified as follows:
7
8            THE VIDEOGRAPHER:  We are now on the
9    record.
10            My name is Bill Slater, I am the
11    videographer of Golkow Technologies,
12    Incorporated, 1 Liberty Place, 1650 Market
13    Street, 51st Floor, Philadelphia, PA, 19103.
14            Today's date is April 29th, 2009, the
15    time is 10:08 a.m..
16            This video deposition is being held at
17    McDermott, Will & Emery, 28 State Street,
18    Boston, Massachusetts in the matter of In Re:
19    MTBE Products Liability Litigation, MDL Number
20    1358 (SAS), for the United States District
21    Court, Southern District of New York.  The
22    deponent is Martin R. Tallett.
23            Will the questioning and defending
24    attorney please identify themselves for the
0007
1    record.
2            MR. MCGILL:  Brian McGill from
3    McDermott, Will & Emery representing Exxon
4    Mobil.
5            MR. PLACHE:  William Plache, New York
6    City Law Department.
7            THE VIDEOGRAPHER:  The court reporter
8    is Maureen Pollard.  Will she now swear in the
9    witness.
10
11            MARTIN R. TALLETT,
12    having been satisfactorily identified by photo
13    identification, being first duly sworn, was
14    examined and testified as follows:
15            DIRECT EXAMINATION
                        Page 3

mt042909.txt

```
 7            You can answer.
 8        BY MR. MCGILL:
 9        Q.    You disagreed with Mr. O'Brien's
10   statements about 782C?
11        A.    I disagreed with his view that the
12   information is of little use, which was really
13   what he was asserting.
14        Q.    And what about Mr. Montgomery's
15   comments?
16        A.    Broadly similar, he made the same
17   assertion, but I think he used somewhat more
18   muted language as I mentioned.
19        Q.    We discussed -- well, we mentioned
20   your expertise earlier today, and we discussed
21   it extensively in our last deposition.
22            Are you relying on the same expertise
23   here as you were in Suffolk?
24        A.    Yes.
0026
 1        Q.    Same areas of expertise?
 2        A.    Yes.
 3        Q.    And what do you consider those to be?
 4        A.    They sent around what is sometimes
 5   referred to as refining economics.  Broadly the
 6   areas where we operate are where various aspects
 7   that relate to the refining and supply system
 8   all come together.  So the technology of
 9   refining and refining processes, products,
10   blending, specifications, thus product quality,
11   legislative aspects, regulatory aspects which
12   cover product quality and other regulations,
13   market aspects which cover supply, refining
14   activities, refining economics, crude oils and
15   non-crude oils, products, markets, everything
16   that interplays with those areas and the way
17   they inter-react.
18        Q.    When did you found EnSys?
19        A.    Originally in the UK in 1980, and then
20   since 1982 here in the USA.
21        Q.    And what does EnSys do?
22        A.    What do we do.  We spend our time
23   assisting usually large organizations,
24   organizations with a broad remit or interest, by
0027
 1   which I mean often it's national, regional or
 2   global, we assist those kinds of organizations
 3   with often fairly big picture questions, and so
 4   those often relate to how new developments are
 5   likely to alter the look and face activities and
 6   economics of the refining sector and oil markets
 7   within that.
 8            The focus can be more narrow
 9   geographically, it can be more narrow in terms
10   of focus on particular fuel types, for instance
11   marine fuels is one example, it has included
12   assessments of the impacts of carbon regimes as
13   they come more to the fore.  And as part and
14   parcel of that, we do, as we're doing here
15   today, undertake expert witness work, although
16   that does not comprise the majority of our work.
17        Q.    We talked earlier about several cases,
18   Suffolk County, we talked a little bit about
19   New Hampshire, and we talked about the City of
                              Page 11
```

mt042909.txt

0053
1          MR. PLACHE:  Objection to the form.
2      A.     This is getting to the limits of my
3  expertise, and it's not an area that I would
4  testify on.  I have a general knowledge, but not
5  a rigorous detailed knowledge.
6          BY MR. McGILL:
7      Q.     Do you have any knowledge on this
8  point?
9      A.     Well, yes.  There's -- the concerns
10  that are raised at times are that when you blend
11  an ethanol containing gasoline with a
12  non-ethanol containing gasoline and therefore
13  dilute the ethanol content, that raises the
14  effective RVP of the ethanol, making the
15  gasoline somewhat more volatile.
16          A second concern that has been put
17  forward, I think it's existed more in the past
18  now, is over how ethanol containing gasoline
19  interacts with seals in tanks.
20      Q.     And what's your understanding of the
21  concern about how ethanol reacts with seals?
22      A.     Again, I have an outline knowledge
23  that it can attack seals.
24      Q.     And by "seals," you're referring to
0054
1  seals in underground storage tanks and related
2  equipment?
3      A.     Yes.
4      Q.     In answer to one of my earlier
5  questions a minute or two ago, you suggested
6  that we may be reaching the edge or the limit of
7  your expertise.
8          What did you mean by that?
9      A.     I meant that my expertise covers
10  primarily refining and related questions, but
11  once one gets down into the retail end of the
12  business, that is not an area where I have
13  direct expertise, nor have I been retained to
14  testify in that area.
15      Q.     What do you understand you've been
16  retained to testify in?  What area do you
17  understand you've been retained to testify in?
18      A.     Essentially in the area of what I
19  would term refining economics.
20      Q.     Okay.  Over the last few questions we
21  talked about a number of concerns relating to
22  the use of ethanol.  We've also talked earlier
23  this morning about the supply cost differences
24  as outlined both in your first report as well as
0055
1  your prior opinions in Suffolk.
2          Other than those differences, or other
3  than those characteristics I should say, do you
4  believe that MTBE, the use of MTBE in RFG
5  provided any advantage to refiners as opposed to
6  the use of ethanol in RFG?
7          MR. PLACHE:  Objection to the form.
8      A.     I in my Suffolk report actually
9  outlined the factors that I felt refiners would
10  have considered at the time they took the
11  decisions regarding MTBE versus ethanol, and so
12  I believe there I outlined a number of factors.
                                        Page 22

mt042909.txt

```
13          BY MR. McGILL:
14      Q.    Do you recall any as you sit here?
15      A.    Do I know any of those factors?
16      Q.    Yes.
17      A.    Well, one is that we've alluded to by
18 looking at costs is the higher volatility of
19 ethanol.
20            A second that we've just discussed is
21 its particular distribution requirements.
22            A third that I believe I referred to
23 was that in staying with -- sorry, in selecting
24 MTBE, refiners thus really maximize their market
0056
 1 share because they weren't handing over, as it
 2 were, part of the market to ethanol producers.
 3            Those were some of them that I recall.
 4      Q.    Let's talk for a moment about the
 5 first one you mentioned, the higher volatility
 6 of ethanol.  What do you mean by that?
 7      A.    There are controls on the volatility
 8 of gasoline so that it does not evaporate too
 9 quickly, especially under high temperatures,
10 ambient temperatures, and so it combusts
11 correctly in the engine.  And volatility is most
12 often characterized in terms of the so-called
13 Reid Vapor Pressure, RVP, that's the property
14 that people most commonly focus in on.  And
15 ethanol has higher RVP than MTBE in that regard,
16 and it's higher than the vapor pressures levels
17 one would typically wish to blend to for the
18 gasoline, so the refiner has to compensate for
19 that.
20      Q.    And how does a refiner compensate for
21 that?
22      A.    Generally in producing RBOB for
23 ethanol, that RBOB needs to have a lower vapor
24 pressure than it would have if MTBE with blend
0057
 1 stock, the oxygenate.  That requirement applies
 2 predominantly in the summer, though, when RVP
 3 standards are tighter.
 4      Q.    And what does that mean for a refiner
 5 in terms of cost?
 6      A.    It means incremental costs.
 7      Q.    It means additional incremental costs
 8 for ethanol?
 9      A.    Versus using MTBE?
10      Q.    Yes.
11      A.    Yes.
12      Q.    Okay.  We discussed the second topic
13 that your earlier answer brought up, the
14 particular distribution requirements, I think we
15 discussed pipelines a few minutes ago.
16            Were there any other distribution
17 requirements that would be -- that would provide
18 an advantage to using MTBE versus ethanol?
19      A.    Beyond what we talked about?
20      Q.    Beyond what we talked about.
21      A.    Not that come to mind.
22      Q.    Okay.  Your third characteristic that
23 you mentioned was in selecting MTBE refiners, I
24 believe you said were maximizing their market
0058
```

mt042909.txt

```
 1   share.
 2            Do you recall that answer?
 3        A.   Yes.
 4        Q.   What did you mean by that?
 5        A.   What I meant was that if a refiner
 6   could produce MTBE internally, it would mean he
 7   would have to buy methanol as a feed stock for
 8   that, so that would come from a third party, but
 9   that would still mean that more volume of total
10   gasoline was produced directly within his system
11   than if he elected to use and buy ethanol which
12   would generally come out of the agricultural
13   sector.
14            I believe I also alluded to the fact
15   that there are often close links between the
16   petroleum and petrochemical sectors and
17   companies, and so purchasing from a
18   petrochemical company of either methanol or
19   merchant MTBE could mean that you're actually
20   purchasing from an affiliate, and that in its
21   own way maintains your market share.
22        Q.   Have you analyzed the specific costs
23   associated with purchasing methanol and
24   manufacturing MTBE versus purchasing ethanol and
0059
 1   manufacturing RFG with ethanol?
 2        A.   Sorry, have I analyzed them?
 3        Q.   Yes.
 4        A.   No, we've not in the course of this
 5   proceeding sat down and done our own separate
 6   analysis, no.
 7        Q.   The scenario you outlined in, I think,
 8   the last question and answer where a refiner
 9   makes MTBE internally, is that typically
10   referred to as a captive plant?
11        A.   Yes.
12        Q.   Okay.  And the economics of running a
13   captive plant would depend on what factors?
14        A.   They would depend on the availability
15   of a suitable supply stream of isobutylene,
16   because to produce MTBE you react methanol with
17   isobutylene.  And so refineries, say, with cat
18   crackers often have available isobutylene.
19        Q.   And would operating a captive plant as
20   we have been discussing over the last several
21   minutes, would that provide a refiner with
22   greater control over additive supply than
23   purchasing ethanol from a third party?
24            MR. PLACHE:  Objection to form.
0060
 1        A.   That arguably would.  I believe that
 2   may have been one of the factors I also alluded
 3   to in the Suffolk report.
 4            BY MR. MCGILL:
 5        Q.   We should probably clarify one item.
 6            We have been talking about
 7   reformulated gasoline during the course of this
 8   deposition.  I believe when we began this
 9   deposition we specifically talked about Phase I
10   reformulated gasoline as Professor Stavins used
11   the term.
12            Do you recall that discussion?
13        A.   Yes.
```

Page 24

mt042909.txt

15  developed for Phase II RFG, do you believe
16  ethanol containing RFG was competitive relative
17  to MTBE containing RFG in the Northeast?
18      A.    The short answer is no, I never said
19  it was.
20            MR. MCGILL:  I'm told we have two
21  minutes on the tape.  Why don't we break at this
22  point.
23            Do you want to take five minutes?
24            THE VIDEOGRAPHER:  This is the end of
0066
 1  tape number one.  The time is 11:28.  We're off
 2  the record.
 3            (Whereupon, a recess was taken.)
 4            THE VIDEOGRAPHER:  This is the
 5  beginning of tape number two.  We're back on the
 6  record.  The time is 11:45.
 7            BY MR. MCGILL:
 8      Q.    Mr. Tallett, before the break we
 9  talked extensively about your first opinion as
10  expressed in the December 19th, 2008 report.
11  I'd leak to move on to the second opinion.  And
12  I'll just read the summary of it in the record.
13  "2.  Professor Stavins was incorrect to claim
14  that the form of the EPA Phase I simple model
15  effectively precluded using ethanol in RFG from
16  1995 through 1999.  On the contrary, ethanol was
17  used extensively in Phase I RFG under the simple
18  model."
19            Tell me why Professor Stavins was
20  incorrect.
21      A.    Yes, going back to the original
22  Stavins report where he argued that widespread
23  use of MTBE was anticipated and that ethanol
24  was, the way I interpreted his report,
0067
 1  effectively unusable under Phase I RFG because
 2  of the absolute standards for RVP that applied
 3  under Phase I, and I interpreted Professor
 4  Stavins as claiming in effect that ethanol was
 5  unusable under Phase I and therefore the only
 6  practical solution was MTBE.  So what I wanted
 7  to do was to examine the extent to which that
 8  stood up.  And the section of the report here
 9  addresses my comments and reactions to Professor
10  Stavins's assertions.
11      Q.    And you state in this report that
12  ethanol containing MTBE was, in fact, used
13  during EPA Phase I, is that correct?
14      A.    Yes.
15      Q.    Do you know where it was used?
16      A.    In the midwest.
17      Q.    Do you know if it was used elsewhere?
18      A.    It was used, I believe, in Kentucky,
19  well, that's also part of the midwest.  But it
20  was not, to my knowledge, used outside the
21  midwest.
22      Q.    Why was that?
23      A.    Again I would say, going back to what
24  we were talking about earlier, ethanol had a
0068
 1  kind of natural advantage in the midwest.
 2      Q.    For a number of reasons we've
                                        Page 27

mt042909.txt

```
 3   previously discussed?
 4        A.   Yes.
 5        Q.   Okay.  Is your opinion in this portion
 6   of the report, I will refer to it as opinion
 7   two, is your opinion two from your first report
 8   limited to the technical parameters of ethanol
 9   as opposed to the economic?
10        A.   Yes, that's primarily the focus was
11   the technical questions.
12        Q.   So are you saying that it was simply
13   possible to use ethanol to satisfy the Phase I
14   standards?
15        A.   Yes.
16        Q.   Okay.  In this part of your report
17   you're offering no opinion relative to the
18   economics of doing so?
19        A.   Correct.
20        Q.   Okay.  From the technical side, what
21   would a refiner have to do to use ethanol?
22        A.   In RFG?
23        Q.   In Phase I, I think it's Phase I RFG
24   is what your discussing.
0069
 1        A.   Yes.  He would have to produce a
 2   so-called RBOB that -- for the summertime which
 3   is when the tighter RVP standards apply, 7.2 and
 4   I believe 8.1 psi.  He would have to produce an
 5   RBOB that when blended with ethanol generally at
 6   ten percent would comply with the other
 7   requirements for the gasoline including Phase I
 8   limits, but particularly with the RVP limit.
 9        Q.   And are you familiar with the RVP
10   limits with respect to Phase II RFG?
11        A.   They are -- there's no hard and fast
12   RVP limits in Phase II RFG, but there are
13   effective limits in order to achieve the
14   summertime standards.
15        Q.   And what do you mean by "effective
16   limits"?
17        A.   Well, what I mean is there's no
18   explicit standard as there were set out in Phase
19   I, there's no given number like 8.2, but that
20   refiners generally have to hit a fairly
21   constrained target in order to meet the summer
22   VOC and also the toxic and NOx emission standards
23   for Phase II.
24        Q.   And are the effective limits less
0070
 1   stringent than the Phase I limits we've been
 2   discussing?
 3        A.   I would say -- let me refer to -- I
 4   discuss this actually in the report, they are
 5   more stringent.  I actually discuss this here.
 6             (Witness reviewing document.)
 7        A.   Well, anyway, I discuss the limits at
 8   one place here.
 9             BY MR. McGILL:
10        Q.   Are you thinking perhaps of your
11   second report?
12        A.   I guess I am, yes.
13             MR. McGILL:  Why don't we mark it.
14             (Whereupon, Tallett Exhibit Number 2
15             was marked for identification.)
                                          Page 28
```

mt042909.txt

```
 8   of it going through a process of renewal, and
 9   that I actually referred to that in my Suffolk
10   report.
11              BY MR. McGILL:
12        Q.   And do you recall at what time, at
13   what time frame --
14              MR. McGILL:  I'd like to go off the
15   record for a minute.  I would like to ask them
16   how long this is going to --
17              THE VIDEOGRAPHER:  The time is 12:25.
18   We're off the record.
19              (Whereupon, a recess was taken.)
20              THE VIDEOGRAPHER:  Back on the record.
21   The time is 12:30.
22              BY MR. McGILL:
23        Q.   Prior to the break, Mr. Tallett, we
24   were talking about the opinion that some have
0094
 1   expressed questioning whether or not the federal
 2   ethanol tax credit would be renewed.
 3              In what context with respect to this
 4   case has that opinion been expressed?
 5        A.   Well, it's been expressed by myself
 6   and other witnesses in testimony.
 7        Q.   And when you say you yourself, you've
 8   expressed that previously in Suffolk?
 9        A.   That's what I'm referring to.
10        Q.   I see.  Okay.
11              And for the record which was not here
12   a year and a half ago, what do you recall your
13   opinion was with respect to the ethanol tax
14   credit and this renewal?
15        A.   Well, I mentioned in my Suffolk report
16   that the economics of ethanol use were dependent
17   on the continuation of the tax credit.
18        Q.   And did you have an opinion about
19   whether or not -- did you have an opinion about
20   the likelihood of its renewal at any given time?
21        A.   I believe I did not opine on that.
22        Q.   Okay.  At this time do you have any
23   opinion with respect to the likelihood of the
24   federal ethanol tax credit's renewal at any
0095
 1   point during the 1990s?
 2        A.   Not without going back to information.
 3   I know that Dan Dunbar and I have discussed it
 4   at some stage I think several months ago in
 5   terms of what actually happened when renewals
 6   were enacted, but I would have to go back to
 7   unearth the specifics of that.
 8        Q.   And you're not expressing an opinion
 9   in the City of New York case on that particular
10   topic?
11        A.   No.
12        Q.   Okay.  In your second report, the
13   February 6th report, one of the discussions --
14   give me a moment.  Here it is.
15              On Page 16 of that report, I guess it
16   actually starts on 15 under the "Key Issues in
17   This Case" there's a heading "Professor Murphy's
18   and Professor Sweeney's claims that my report is
19   'irrelevant' merely add to the train of
20   Defendants' witnesses who ignore what this case
```

Page 38

mt042909.txt

```
21  is about."
22              Would you tell us, what is this case
23  about?
24      A.      The point that I was referring to here
0096
 1  was that several Defendants' witnesses
 2  throughout the case, so these reports here I'm
 3  referring to but also earlier ones, make the
 4  claim that in the Northeast using ethanol in RFG
 5  would have cost more and therefore would have
 6  rendered a given refiner's or company's supply
 7  uncompetitive if that company had chosen to use
 8  ethanol rather than MTBE, and that then they use
 9  that argument to in some way dismiss my report
10  or reports as, quotes, irrelevant.
11              The point that I was discussing here
12  was the point that I set out in my Suffolk
13  report, which was firstly I was never trying to
14  argue that use of ethanol was in the narrow
15  context of supplier economics, refining
16  economics, cost competitive with MTBE in the
17  Northeast.  And what I was fundamentally arguing
18  is what interestingly Mr. O'Brien actually
19  referred to in his report, which was that the
20  view that MTBE should have been removed from the
21  list of oxygenates, and should not have been on
22  the table, should not have stayed on the table,
23  and so that would have created a world where if
24  the oxygenate standard had remained, the primary
0097
 1  oxygenate to be used would have been ethanol.
 2  In other words, we would have started off in the
 3  world that we've now actually ended up in
 4  basically, so this is 2005, 2006.  And that that
 5  is a central issue in this case, rather than the
 6  issue that these other experts are trying to put
 7  forward as a central issue, namely that the
 8  Defendant A or B could not have used ethanol in
 9  the Northeast because it would have been
10  uncompetitive.
11      Q.      So is your point that your opinion
12  assumes a world where MTBE is not among the
13  approved oxygenates?
14      A.      Yes.
15      Q.      How could that have come about?
16      A.      Well, I referred in my Suffolk
17  testimony to various possibilities as to how
18  that could have come about.
19      Q.      Do you recall any as you sit here?
20      A.      Yes, in outline.
21      Q.      Okay.
22      A.      I put forward a, I think what I
23  referred to almost as a menu of possibilities
24  that could have been considered had MTBE been
0098
 1  taken off the table.  I looked actually at two
 2  time frames; one would have been had MTBE been
 3  taken off the table in the late eighties, in
 4  other words before the Clean Air Act amendments
 5  were formulated, and pointed out that that would
 6  have allowed for additional time for ethanol
 7  supplies to be ramped up.
 8              I then also looked at possible
                                   Page 39
```

mt042909.txt

24      Q.      Tell me why that would, my words not
0111
1    yours, why would that stimulate ethanol
2    production?
3          A.      The way it worked out was that the
4    industry reduced using MTBE both in anticipation
5    of bans, but what it meant was they were no
6    longer absolutely obligated to continue to put
7    MTBE into gasoline.  And so in, I think it was
8    May, 2006 when the oxygenate standard came off
9    there was an increase in the pace of reduction
10   of MTBE use, there was a spike in ethanol prices
11   which lasted two or three months, and since it
12   engendered some imports of ethanol, and since
13   then ethanol production until a few months ago
14   has continued to rise.
15         Q.      Is it your understanding that industry
16   chose to add ethanol in order to replace MTBE
17   because of the bans?
18         A.      The other thing is I misspoke a moment
19   ago, there's a renewal fuel standard, RFS-2,
20   which was another key factor in this.
21         Q.      And tell me, what do you know about
22   RFS-2?
23         A.      Well, there are two renewal fuel
24   standards, stages if you will.
0112
1                 In the initial stage, which was
2    enacted a few years ago, the requirement was to
3    have at least seven and a half billion gallons a
4    year of renewable fuel, effectively ethanol, in
5    US gasoline, and then to maintain the proportion
6    in gasoline over time.
7                 The RFS-2 standard came into the
8    Energy Independence & Security Act of 2007, and
9    that mandates a much higher target, there's a 36
10   billion gallons per year target by, I think it's
11   2023 or maybe a year out, and so that requires
12   an increasing level of renewable fuels in total,
13   not just ethanol but bio-fuels, bio-diesel in US
14   fuel.
15         Q.      And would you attribute the production
16   increases that we've been discussing to have
17   resulted at least in part from the
18   implementation of the renewable fuel standards?
19         A.      Yes, that's my understanding.
20         Q.      Would you agree with me that in the
21   last fifteen years there have been significant
22   changes in technology with respect to computing
23   power?
24         A.      Yes.
0113
1          Q.      Would you agree with me there has been
2    significant changes in the last fifteen to
3    twenty years with respect to communications
4    technology?
5          A.      Yes.
6          Q.      Would you agree with me that there has
7    been significant increase -- significant changes
8    in technology in the last fifteen to
9    twenty years with respect to the availability of
10   information?
11         A.      Yes.
                                Page 45

mt042909.txt

```
12        Q.     Have you considered any of those
13   factors in your evaluation of the ethanol
14   industry as it exists today versus how it
15   existed in the early 1990s?
16        A.     No.  As I said before, I haven't
17   undertaken an evaluation of that.
18        Q.     Okay.  And similarly, you have not
19   undertaken an evaluation of the changes in
20   construction or operation of ethanol plants in
21   those two time periods, right?
22        A.     Correct.
23        Q.     Okay.  You also have not taken into
24   consideration the cost of production and the
0114
1    scale of ethanol facilities in those two time
2    periods, correct?
3         A.     Correct.
4         Q.     Do you understand what is meant by the
5    term "a concentrated industry"?
6         A.     In outline terms.
7         Q.     What's your understanding of that
8    term?
9         A.     This is, again this is not an area
10   which I would be in a position to testify.  And
11   I would interpret it as an industry where there
12   is a high concentration of production, say, with
13   being or between a relatively small number of
14   suppliers rather than widely disbursed across a
15   very large number of suppliers.
16        Q.     At the beginning of your answer to
17   this question you said this is not an area in
18   which you are -- I don't know that you finished
19   it, tell me exactly --
20        A.     I'm just saying I think here we're
21   getting into an area where this is more the
22   bailiwick of an economist, for example, and I'm
23   not an economist and I'm not testifying as an
24   economist.
0115
1         Q.     Okay.  Have you made any study of the
2    price of ethanol during the 1990s?
3         A.     During the 1990s?
4         Q.     During the 1990s.
5         A.     I used information in the Suffolk
6    work, I believe, or am I referring back to
7    Pataki, that was prepared by Mr. Reynolds.  I
8    have not done extensive original work on ethanol
9    pricing in the '90s.
10        Q.     Are you familiar with whether the
11   price fluctuated during the 1990s?
12        A.     I would imagine that it did.  I would
13   have to go back to information to review that.
14        Q.     As you sit here, you don't recall how
15   much or whether it fluctuated during that period
16   of time?
17        A.     I don't have numbers in my head.
18        Q.     Okay.  What about the price of corn,
19   have you ever studied the price of corn during
20   the period of the 1990s?
21        A.     No.
22        Q.     Okay.  Just a moment.
23               Well, let me ask you without the
24   reference.
                                    Page 46
```

mt042909.txt

```
 1  apparent that there were companies who had
 2  imported gasoline into ports in and around New
 3  York Harbor that were not on the Defendants'
 4  list.
 5      Q.    Do you recall any?
 6      A.    There were one or two, I think
 7  possibly Stockwell was one.  There were, I
 8  recall, some trading companies.  There were one
 9  or two occasional imports in the name of
10  financial companies like Bear Stearns.  There
11  may have been other non-US oil companies as well
12  listed.
13      Q.    I think in your answer two answers ago
14  you used the term "any," and this was in the
15  context of defining non-Defendants, you said
16  "any other companies that would have supplied
17  gasoline," I think was the phrase you used.
18          What do you mean by the term "supplied
19  gasoline"?
20      A.    I mean companies that participated in
21  the supply system such that through
22  manufacturing or blending the gasoline or
23  otherwise delivering gasoline it arrived into
24  the market area of concern.
0122
 1      Q.    Are you including individual service
 2  station owners in your definition of those who
 3  supplied gasoline?
 4      A.    No.
 5      Q.    Are you including distributors in your
 6  definition of those that supplied gasoline?
 7      A.    I would say generally no.
 8      Q.    Okay.  What do you mean by -- you
 9  qualified that statement and said "generally
10  no."  Are there some distributors that you are
11  including?
12      A.    I'd have to look and see, but -- I
13  would just have to look and see.
14      Q.    I don't fully understand your answer.
15  Where would you have to look and see to
16  determine your definition of those who supplied
17  gasoline?
18      A.    Well, the primary focus I acknowledge
19  is more on who produced rather than who
20  distributed, so you might have somebody that's,
21  a company that's activities are mainly
22  distribution but also, say, has a terminal where
23  it blends gasoline and therefore is a producer
24  of gasoline.
0123
 1      Q.    Let's talk a little bit about how
 2  gasoline is supplied to the County of Queens.
 3          How is gasoline supplied to the County
 4  of Queens?
 5      A.    Short answer is from various sources.
 6      Q.    Okay.  And do you know what the
 7  primary sources in terms of pipelines or
 8  terminals are?
 9      A.    In general, yes.  Again this is an
10  area where I've not been asked to testify, and I
11  don't claim to have detailed the ground level
12  knowledge of each pipeline and terminal.
13      Q.    Just to clarify that, when you say
```

Page 49

mt042909.txt

14   "this area," tell me what you mean by that.
15        A.    I'm sorry, I'm talking about the
16   details of the supply, the mechanisms, methods,
17   routes of supply into Queens and the surrounding
18   area.
19        Q.    You understand that not to be an area
20   in which you are opining; fair statement?
21        A.    Yes.
22        Q.    Okay.  Can you name any of the
23   pipelines that supply Queens?
24        A.    Well, you have -- there's supply, for
0124
 1   example comes up, Colonial Pipeline is major one
 2   coming up from the Gulf coast, and you have the
 3   pipeline that's the Sunoco pipeline coming up
 4   from its refineries, those are two of the
 5   pipelines supplying.
 6        Q.    In the market share report -- and by
 7   the market share report, when I say that I'm
 8   referring of course to Exhibit 3 -- you make
 9   reference to New York Harbor in a number of
10   places.
11             What do you understand New York Harbor
12   to be?
13        A.    Viewing it from an industry
14   perspective, I understand it to be the -- as
15   with the greater harbor area, all the
16   surrounding New York.  The common understanding
17   in the industry, put it this way, is that it not
18   only includes the sort of harbor components,
19   port components that are actually in the State
20   of New York, but also across the water in
21   New Jersey, Long Island, and can include Western
22   Connecticut.
23        Q.    In conjunction with Queens, let me hop
24   back for a minute to Queens, we've talked about
0125
 1   the pipelines, you mentioned Colonial, you
 2   mentioned Sunoco, are you familiar with any of
 3   the primary terminals that supply Queens?
 4        A.    No.
 5        Q.    Let's hop back to New York Harbor.
 6             Are you familiar with any official
 7   definitions of what New York Harbor is?
 8        A.    No, although there is a, what am I
 9   trying to say, there is a New York -- there's a
10   harbor authority, as I understand.  But in terms
11   of official definitions in the oil industry, no.
12        MR. McGILL:  I'd like to mark this.
13        (Whereupon, Tallett Exhibit Number 4
14        was marked for identification.)
15        BY MR. McGILL:
16        Q.    Mr. Tallett, I have put before you a
17   document that did not come from your production,
18   instead it came from the Internet this morning.
19   And it is from the Internet address as specified
20   on the bottom, and it's specifically from the
21   NYMEX website, N-Y-M-E-X.
22             Are you familiar with NYMEX?
23        A.    Yes.
24        Q.    What are they?
0126
 1        A.    NYMEX stands for New York Mercantile
                        Page 50

mt042909.txt

```
 3         Q.    Do you believe any of the Defendants'
 4    experts' reports that you looked at reached that
 5    level of accuracy?
 6         A.    I cannot answer that question.  In
 7    fact, some of the information put out, for
 8    example, by Dr. Burtis indicated a wide range of
 9    variability.
10              In addition, I can't -- the reason I
11    can't answer the question is I have not been
12    able to review the calculation of data
13    computation spreadsheets that were put forward
14    by any of the witnesses, and it's only by going
15    into those that one could test the range of
16    accuracy on certain.
17         Q.    As you sit here today not having the
18    benefit of such an analysis, do you have any
19    opinion as to whether or not any of the
20    individual Defendant expert reports is accurate
21    or not?
22         A.    I believe that I haven't been able to
23    satisfy myself as to the range of accuracy or
24    uncertainty, that's what I'm saying, so again
0132
 1    it's difficult for me to have an opinion unless
 2    I've been able to go into their calculations.
 3         Q.    So they could be right?
 4         A.    They could be right, I'm not saying
 5    it's impossible they're not.  One of my
 6    concerns, though, which I spelled out in my
 7    report was that wherever you make a series of
 8    assumptions, every time you have an assumption
 9    you have a range of uncertainty, and those tend
10    to multiply up.  So that's something that one
11    would have to examine.
12         Q.    And you yourself did not attempt to
13    estimate individual market shares in New York
14    Harbor, correct?
15         A.    Correct.
16         Q.    And you have not been asked to do so
17    in this case?
18         A.    No.
19         Q.    Okay.  Earlier we talked about the
20    definition of New York Harbor for a few minutes.
21              Do you understand New York Harbor to
22    exclude portions of New York State?  Let's stop
23    there, portions of New York State.
24         A.    Exclude, yes.
0133
 1         Q.    And what portions do they exclude?
 2         A.    Broadly, the upper portions of New
 3    York State.
 4         Q.    That we'd just colloquially refer to
 5    as upstate?
 6         A.    Well, yes, once we're getting beyond
 7    the boroughs of New York City.
 8         Q.    Okay.  And is gasoline supplied to the
 9    areas outside of New York Harbor yet still in
10    the boundaries of New York State from different
11    sources than New York Harbor?
12         A.    Yes, some of it can be, it's my
13    understanding.
14         Q.    And what's your understanding of those
15    sources?
```

Page 53

mt042909.txt

```
 4    refer to or use the term New York Harbor.  The
 5    eastern section of New Jersey and the associated
 6    waterways and roughly as they were enumerated in
 7    this NYMEX document is what I would consider to
 8    be the sort of New Jersey side of New York
 9    Harbor.
10         Q.    And, for example, the terminals that
11    are in Linden and some of the other areas across
12    the water from New York City, is that what
13    you're referring to?
14         A.    Yes.
15         Q.    And what's your understanding of the
16    purpose of those terminals?  Why are they there?
17         A.    To feed the local area.
18         Q.    And you also mentioned the -- I think
19    you also mentioned Connecticut.  Do I remember
20    that correctly?
21         A.    Yes.
22         Q.    Tell me about the portions of
23    Connecticut you're thinking about.
24         A.    I was referring --
0137
 1              MR. PLACHE:  Objection to form.
 2              BY MR. McGILL:
 3         Q.    You were referring?
 4         A.    I was referring to Western
 5    Connecticut.
 6         Q.    And what specifically in Western
 7    Connecticut?
 8         A.    Well, there's just a central area of
 9    Western Connecticut.  I mean I was referring to
10    the view that one could define New York Harbor
11    to include, say, the central area of Western
12    Connecticut, and also Long Island which is, in
13    fact, the southern extension of it.
14         Q.    Why would one include those areas?
15              MR. PLACHE:  Objection to form.
16         A.    One reason could be because they are
17    part of the -- what one might again refer to as
18    the kind of New York Harbor supply system.
19              BY MR. McGILL:
20         Q.    When we talked about the New Jersey
21    areas we were talking about, in part we were
22    talking about the terminals that are present in,
23    I think your term was Eastern New Jersey.
24              Is there a similar set of terminals in
0138
 1    Western Connecticut, or is it largely retail
 2    operations, or can you explain that to me?
 3         A.    Well, again this is getting into an
 4    area that it's not my area of the case.  My
 5    understanding is there are terminals in Western
 6    Connecticut, but I'm not testifying on the
 7    detail of those.
 8         Q.    Sorry to ask you this question again,
 9    but I just want the record to be clear; you're
10    not opining on this area because it includes
11    retail?  Or why -- what is the genesis of your
12    last statement?
13         A.    It's in part what you said, it's
14    getting down to the retail level.
15         Q.    Anything else?
16         A.    Plus that while in the work we do we
```

Page 55

mt042909.txt

17  sort of maintain a general knowledge of the
18  major distribution supply routes, and I don't
19  regard myself as an expert in that I've never
20  worked in the distribution end of the business
21  itself.
22       Q.    Okay.  In your discussion of market
23  share in your market share report, you refer to
24  the analysis done by Mr. Burke, I believe you
0139
1   refer to it as a ground level analysis.
2            What's a ground level analysis?
3       A.    Well, in this context the way I was
4   using the term was to make the point that there
5   are different, potentially different levels at
6   which one could examine the market from anything
7   at, what I was using here is the ground level to
8   refer to the fact, I understand, that Mr. Burke
9   focused in on Queens County specifically, and I
10  was referring that in my analogy, if you will,
11  to the lowest level, ground level.  And then one
12  could go to higher or more aggregate levels of
13  consideration of the market.
14       Q.    So ground level refers to a more
15  concentrated geographical area?
16       A.    Yes.
17       Q.    Okay.  I'm looking at Page 10 of your
18  expert report where you actually reference the
19  words ground level, and you say "it is also not
20  an attempt," and this is reading from the, looks
21  like the fourth sentence in in the first
22  paragraph, "it is also not an attempt to
23  establish market share at the 'ground level'.
24  Such a 'ground level' approach could have its
0140
1   own benefits of focusing directly on the
2   specific geographical area at issue in the
3   case."  Let's stop there for a moment.
4            This is what you were just referring
5   to, right?
6       A.    Yes.
7       Q.    You go on and say "I have not been
8   asked by Plaintiff to address such an option but
9   have focused on methods that apply at broader
10  geographic levels and thus the encompass methods
11  put forward to date by Defendants' experts."
12           Do you see that?
13      A.    Yes.
14      Q.    Okay.  So your understanding is you
15  have not been asked to do a ground level
16  analysis?
17      A.    Correct.
18      Q.    And you have not been asked to do an
19  analysis of market share in Queens?
20      A.    Specifically in Queens, no.
21      Q.    Okay.  Or New York Harbor?
22      A.    I was not asked to stick to any
23  specific definition of geographical area.
24      Q.    Okay.  What do you understand the
0141
1   analysis at issue in this case regarding market
2   share to be?  That was a horrible question.  Let
3   me ask that again.
4            We've talked about several different
                          Page 56

mt042909.txt

```
 5   geographical areas.  What do you understand the
 6   appropriate geographical area to be in terms of
 7   the market share in question posed by this case?
 8        A.    Could you just repeat that?
 9        Q.    Sure.  Maybe I should try it a third
10   way.
11              What are you supposed to be looking at
12   here?  What's your understanding of your
13   assignment?
14        A.    To -- ultimately to help to try to
15   move the ball forward to a point where there
16   would be a methodology for market share that
17   could be applied to assigned market share, by
18   which I mean that either it's then applied
19   because it's been agreed between Plaintiffs and
20   Defendants, or failing that applied because it's
21   been ruled by the judge as applied.
22        Q.    And in fact, you posit such a method
23   in this report, do you not?
24        A.    Yes.
0142
 1        Q.    And what method do you posit?
 2        A.    I posited a method employing EIA data.
 3        Q.    And why did you posit that EIA data
 4   should be used?
 5        A.    I put it forward as another potential
 6   methodology because I examined the methods that
 7   were proposed in the various experts reports
 8   that were available to me at the time, and I had
 9   concerns about those methods, particularly
10   within the context of the way I was approaching
11   this, which was we need to come up here with a
12   methodology as far as I understood needed to,
13   yes, arrive at aggregate Defendants' market
14   share; but B, within that needed to identify
15   each individual Defendant's market share, in
16   other words my understanding was it was not
17   adequate just to arrive in the aggregate.  And
18   that we were dealing with a situation where we
19   therefore had to have a methodology that would
20   be workable when applied across all Defendants.
21        Q.    And the methodology you are suggesting
22   is to use EIA prime supplier data, correct?
23        A.    Yes.
24        Q.    What is prime supplier data?
0143
 1        A.    Prime supplier data is data submitted
 2   to the EIA by entities involved in the supply of
 3   petroleum products within the USA.
 4        Q.    I just want to make sure I heard it.
 5   It was entities involved?
 6        A.    I said entities.
 7        Q.    And who do you understand those
 8   entities to be?
 9        A.    Well, drawing on EIA's own
10   documentation, their description of the entities
11   that they expect to be responding in the Form
12   782C is refiners, gas plant operators,
13   importers, and major interstate transporters of
14   products, I think is the terminology.
15        Q.    When you say gas plant operators, what
16   specifically do you mean?
17        A.    I understand that to mean, to refer to
```
                              Page 57

mt042909.txt

```
 9        Q.    Correct.
10        A.    It would depend on the status of the
11  entity at the receiving end.  In other words, if
12  that was still Exxon Mobil, I would presume that
13  they would have to report because otherwise the
14  volume would be lost.  If it was all within one
15  entity, that volume would be moving within the
16  State of New York, and if it wasn't reported by
17  Exxon Mobil it would be missed.
18        Q.    And do you understand that it would
19  identify itself as a refiner in that case?
20        A.    I would presume so.
21        Q.    Okay.  And if Exxon Mobil sold to a
22  third party, and that third party was not on the
23  exclusionary list, would they similarly have to
24  submit Form 782C and identify themselves as a
0162
 1  refiner?
 2            MR. PLACHE:  Objection to form.
 3        A.    Yes, that's my understanding.
 4            BY MR. McGILL:
 5        Q.    And if Exxon Mobil refined gasoline
 6  and sold it to someone who was on the
 7  exclusionary list, let's pick a name, Merrill,
 8  Lynch is on the exclusionary list, would it
 9  similarly have to submit a Form 782C?
10            MR. PLACHE:  Objection to form.
11        A.    Well, my understanding now, and I want
12  to clarify a point here, is that Exxon Mobil
13  would not be the reporting party, it would be in
14  this instance Merrill, Lynch as Party B.
15            BY MR. McGILL:
16        Q.    Okay.  So it's your understanding that
17  in that case -- let's take it one step further.
18  Merrill, Lynch then sells that gasoline to
19  someone who is not on the exclusionary list or
20  perhaps an independent retailer, is it your
21  understanding that under that circumstance
22  Merrill, Lynch would have to submit Form
23  EIA-782C?
24        A.    Yes, it is now my understanding.  But
0163
 1  I say "now" because when I prepared my market
 2  share report I had actually interpreted the 782C
 3  as requiring the first party, not the second, to
 4  report, and it wasn't until I saw Mr. O'Brien's
 5  comment that I went and we checked into it.  He
 6  is, in fact, correct that it is the second
 7  party, not the first party that would report.
 8        Q.    And does that change any of your
 9  opinions?
10        A.    It could do, yes.  It's something that
11  we only really homed in on yesterday so I
12  haven't had a chance to reflect on it.  And I
13  think this approach is still -- has merit, I
14  think it still has value, but I may want to
15  reconsider the best context in which it could be
16  used.
17        Q.    What do you mean by that?
18        A.    Well, the reasons for going for this
19  approach which I mapped out in the market share
20  report include its simplicity and its use of
21  government statistics and its lack of estimation
                                        Page 65
```

mt042909.txt

22  within the calculations themselves, and so I
23  feel that that still has value.  And thinking
24  about this question of who reports, is it Party
0164
 1  A or Party B, recognizing now that it is Party
 2  B, not Party A who reports, that does take you
 3  further down the supply chain, it takes you
 4  further away from the manufacturer of the
 5  product.
 6          But I think, and as I say, I shall
 7  reserve judgment on this somewhat for the time
 8  being, but I think that means that the
 9  information reported on 782C could well be still
10  valuable as, well, partly as a cross-check on
11  possible other methodology, but also if anything
12  it probably sets a lower bound to the market
13  share.  Because, if anything, just taking the
14  example you just referred to, it could lead to
15  an underreporting, more likely it's likely to
16  lead to an underreporting of market share, so
17  that would set a lower bound to the market
18  share.
19      Q.    Why do you believe it would lead to an
20  underreporting?
21      A.    Because the Defendants are primarily
22  what we might call manufacturers, refiners, and
23  so they would more likely be, and this is my
24  initial reaction, they would more likely be a
0165
 1  Party A than a Party B.
 2      Q.    By that you mean they would be more
 3  likely to manufacture a product and sell it to
 4  someone else rather than purchase a product from
 5  an original manufacturer?
 6      A.    More likely, yes.  I mean it could
 7  happen both ways, you do have exchange
 8  agreements, for example.
 9      Q.    We've talked at several points about
10  the definition of market share, and you have
11  just suggested that given what you have learned
12  about Form 782C, the utilization of 782C data
13  may underreport market share of the Defendants
14  in this case.
15          What do you understand the definition
16  of market share in this case to be?
17          MR. PLACHE:  Objection to form.
18          You can answer.
19      A.    I would interpret it as identifying
20  ultimately the total volumes of either MTBE or
21  MTBE containing gasoline supplied into the
22  defined market area, and the division of that
23  between -- the share of that is the proportion
24  that is attributable to the Defendants.
0166
 1          BY MR. MCGILL:
 2      Q.    Earlier we talked about, I think you
 3  used the term supply of gasoline in our
 4  definition of market share.
 5          Would you agree with me that one could
 6  have different market share definitions if one
 7  looked at the retail level than if one looked at
 8  the manufacturing level?
 9      A.    It's possible, yes.
                                    Page 66

mt042909.txt
```
23              But you can answer that.
24        A.    Well, as I mentioned earlier, I have
0169
 1   not had time to come up with some considered
 2   opinion, so I reserve the right to reassess my
 3   opinion on that.  I mentioned my initial
 4   reaction is that it may tend to underreport.
 5              BY MR. McGILL:
 6        Q.    Okay.  Do you intend to supplement
 7   your opinion on this point?
 8        A.    I would need to discuss that with
 9   counsel.
10        Q.    Okay.  Given your new understanding,
11   is it your opinion that EIA-782C data is the
12   method that should be used to calculate market
13   share in this case?
14        A.    I still think it's a method that
15   should be considered.  As I said, I would like
16   to reserve the option to reconsider my opinion.
17   But as I mentioned a few minutes ago there are,
18   I still believe, definite -- there's a definite
19   value in the 782C information, and my view at
20   the moment is that it still has a role.
21        Q.    Are you prepared as you sit here today
22   to say that that method should be used to
23   calculate market share in this case?
24              MR. PLACHE:  Objection to form.
0170
 1              You can answer that to the extent you
 2   can answer that.
 3        A.    Well, the answer is it may be, because
 4   at the moment what I think is lacking is a
 5   clear-cut method that has been presented by the
 6   Defendants in a cohesive way; in other words, a
 7   method that will -- that is proposed by the
 8   Defendants to cover all Defendants has not been
 9   put forward, so there's a big piece missing
10   here.  We've had fragmented responses from some
11   Defendants, that's very much a partial picture,
12   and that -- there's been no proposal put on the
13   table by the Defendants to say we have all sat
14   down together and we have now agreed between us
15   that this is the methodology, the single and
16   comprehensive methodology for every Defendant
17   that we propose to use, that does not exist at
18   the moment, and so in part I have to reserve
19   judgment because that hole is there.
20              BY MR. McGILL:
21        Q.    You yourself also offered a method
22   that we have been discussing that is utilization
23   of EIA-782C data.  Do you have an opinion based
24   on your new understanding of whether or not that
0171
 1   method, 782C data, is more or less accurate than
 2   the methods accounted by any of the Defendants
 3   with respect to estimating the market shares in
 4   New York Harbor?
 5        A.    Well, again, as I mentioned earlier,
 6   I'm not really in a position where I can give a
 7   full answer to that because I haven't been able
 8   to examine the workings of any of the methods
 9   put forward by Defendants.
10              MR. PLACHE:  If this is a good time,
                                          Page 68
```