*SIMENSVNS.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                        MDL 1358 (SAS)
                                                     M21-88
-------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

-------------------------------------------------------------- x

### STIPLULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GIANT DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New York and

Defendants Giant Industries, Inc., Western Refining, Inc., Western Refining Yorktown, Inc.,

formerly known as Giant Yorktown, Inc., Western Refining Company, L.P., and Western

Refining Southwest, Inc., formerly known as Giant Industries Arizona, Inc. and formerly doing

business as Giant Refining Company (collectively, "Giant") hereby request that the Court enter

this voluntary dismissal with prejudice of all claims against Giant as set forth in the Plaintiff's

Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and

further agree that such dismissal is with prejudice, with each party bearing its own attorneys'

fees and costs. Plaintiff reserves all other rights as against all other defendants.

Dated: ____5/13____, 2009                              Respectfully submitted,

Victor M. Sher (*Admitted pro hac vice*)              Robert F. Redmond, Jr.
Todd E. Robins (*Admitted pro hac vice*)              Clement D. Carter
Joshua G. Stein (*Admitted pro hac vice*)             Gray B. Broughton
Nicholas G. Campins (*Admitted pro hac vice*)         WILLIAMS MULLEN

US:
DO
E      CALLY FILED
DOC
DA         : 5/14/09

Marnie E. Riddle (*Admitted pro hac vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

P.O. Box 1320
Richmond, VA 23218-1320
(804) 643-1991
rredmond@williamsmullen.com

*Attorneys for Western Refining Defendants*

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _May 14, 2009_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Stipulation and Order Dismissing All Claims Against Giant Defendants** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to LexisNexis File & Serve on the 13th day of May, 2009.

KRISTIN MEYERS