UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*City of New York v. Amerada Hess Corp., et al.*, Case No. 04-CIV-3417.

------------------------------------------------------------------------ x

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

**DECLARATION OF TODD E. ROBINS, IN OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE THE OPINION OF PLAINTIFF'S EXPERT HARRY T. LAWLESS, WITH EXHIBITS**

I, TODD E. ROBINS, declare:

1. I am an attorney with law firm Sher Leff LLP, counsel for record for Plaintiff City of New York, and am duly admitted to practice in this Court. I make this Declaration from my personal knowledge, and if called to do so, could and would testify competently to the matters set forth below.

2. A true and correct copy of relevant excerpts from the final transcript of the deposition of defense expert Irwin H. Suffet, which took place on April 30 and May 1, 2009, in the above-entitled action, is attached hereto as Exhibit 1.

3. A true and correct copy of the Final Statement of Reasons, Secondary Maximum Contaminant Level for Methyl Tertiary Butyl Ether, R-44-97, which I downloaded in .pdf format and printed from the website of the California Department of Public Health (formerly known as Department of Health Services), is attached hereto as Exhibit 2.

I, Todd E. Robins, hereby declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 14th day of May, 2009 at San Francisco, California.

                                                  /s/ *TODD E. ROBINS*
                                                  TODD E. ROBINS