# EXHIBIT 1

# Andrew E. Schulman

Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW, MS 2222A
Washington, DC 20460
(202) 564-5244
(202) 564-0031 fax

5200 Glenwood Rd.
Bethesda, MD 20814
(301) 493-9362

schulman.andrew@epa.gov

**Education**

Ph.D., Statistics with Environmental Science, Cornell University, 1997.

M.A. Mathematics, University of Texas at Austin, 1993.

B.A. Mathematics, Austin College, Sherman, Texas, 1987.

**Experience**

**Statistician**

U. S. Environmental Protection Agency, 1999 to present.

- Developed methodology for estimating national contaminant occurrence distributions, using censored data from subsets of states.
- Developed a sampling plan and estimation methodology for occurrence of unregulated contaminants in small public water systems. Minimized error within strata, subject to constraints on error of national estimates.
- Estimated odor detection thresholds for MTBE in drinking water.
- Developed and reviewed statistical methodology for estimating risk reductions and economic benefits due to stricter arsenic standards in drinking water.
- Developed statistical criteria for auditing monitoring data from the Acid Rain Program.
- Developed Web interfaces for querying and reporting of Safe Drinking Water data.
- Developed quantitative measures of environmental justice concerns and their associated uncertainty.
- Wrote technical and non-technical reports and responses to peer reviews and stakeholder comments.
- Reviewed statistical analyses and advised agency staff on statistical issues.
- Presented results to managers, stakeholders, and scientists.
- Directed external peer reviews of scientific work products.
- Managed contract work assignments.

National Institute of Neurological Disorders and Stroke, Bethesda, Md., October 1997 to April 1999.

- Guided statistical design and analysis of EEG and MRI studies of dystonia, Bell's palsy, attention deficit disorder, and fundamental brain function.
- Researched methods for local polynomial regression and simulation of correlated categorical data.

Procter & Gamble Co., Cincinnati, Ohio, Summer 1994 and 1995.
- Developed regression models for sub-clustered, ordinal data.
- Researched methods for simulation of correlated categorical data.

Texas Workers Compensation Commission, Austin, Texas, Summer 1993.
- Analyzed occupational fatality rates for differences by age group.
- Analyzed safety surveys for changes in accident rates following safety consultations.

**Programmer/Analyst**

Société A.B.A., Libreville, Gabon, Sep.–Dec. 1989.
- Automated the calculation of production costs for a small plastics factory.

Arco Gabon, Libreville, Gabon, Sep.–Dec. 1989.
- Designed a data base for a $50 million oil well parts inventory.

**Teacher**

School of Operations Research, Cornell University, Fall 1995. Teaching Assistant, Quality Control.
- Graded papers, assisted students.

Dept. of Mathematics, Univ. of Texas at Austin, Fall 1992–Spring 1993. Assistant Instructor, Precalculus.
- Taught two classes of 30 precalculus students; prepared lectures and tests.

Dept. of Mathematics, Univ. of Texas at Austin, Fall 1990–Spring 1992. Teaching Assistant, Calculus.
- Led 6 hours of discussion sections per week, graded papers, assisted students.

U.S. Peace Corps, Mékambo, Gabon, June 1987–June 1989. Secondary mathematics teacher.
- Taught four classes of 40–60 students in French.
- Adapted curriculum to local needs.
- Lived in a mud house.

U.S. Peace Corps, Libreville, Gabon, Summer 1988. Teacher trainer.
- Developed curriculum, modeled teaching techniques.

## Technical Skills

### Computer

Programming languages:
- Proficient in C, LaTeX, and Unix shell.
- Conversant with Perl and HTML.
- Have learned assorted other languages over the last 25 years.

Mathematical and statistical software:
- Proficient in Matlab, SAS.

Unix system administration: self-taught.

### Language

French: spoken and written (FSI 3+ in spoken French in 1989).