**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of Pomona v. Chevron USA, Inc., et al.*
Case No. 09 Civ. 3738

---------------------------------------------------------------------- x

### NOTICE OF APPEARANCE OF COUNSEL

THE COURT AND ALL PARTIES ARE NOTIFIED that Nicholas G. Campins hereby appears as counsel for Plaintiff in *City of Pomona v. Chevron USA, Inc., et al.*, No. 09-Civ.-3738.

I certify that I am admitted *pro hac vice* to practice in this Court. *See In re MTBE Prods. Liab. Litig.*, No. 1:00 CV 1898, Dkt. #2183 (S.D.N.Y. December 10, 2008).

| | |
|---|---|
| Dated: San Francisco, California<br>May 15, 2009 | ARNOLD M. ALVAREZ-GLASMAN<br>City Attorney, City of Pomona<br>ALVAREZ-GLASMAN & COLVIN<br>13181 Crossroads Parkway North<br>Suite 400 – West Tower<br>City of Industry, CA 91746<br>(562) 699-5500 |
| | /s/ *NICHOLAS G. CAMPINS*<br>VICTOR M. SHER (*pro hac vice*)<br>JOSH STEIN (*pro hac vice*)<br>LESLEY E. WILLIAMS (LW8392)<br>NICHOLAS G. CAMPINS (*pro hac vice*)<br><br>SHER LEFF LLP |

450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Scott Summy (*pro hac vice*)
Carla M. Burke
Celeste A. Evangelisti (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267

*Attorneys for Plaintiff City of Pomona*