**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of Pomona v. Chevron USA, Inc., et al.*
Case No. 09 Civ. 3738

------------------------------------------------------------------- x

### NOTICE OF APPEARANCE OF COUNSEL

THE COURT AND ALL PARTIES ARE NOTIFIED that Joshua Stein hereby appears as

counsel for Plaintiff in *City of Pomona v. Chevron USA, Inc., et al.*, No. 09-Civ.-3738.

I certify that I am admitted *pro hac vice* to practice in this Court.  See *In re MTBE Prods.*

*Liab. Litig.*, No. 1:00 CV 1898, Dkt. #2302 (S.D.N.Y. March 19, 2009).


Dated: San Francisco, California
    May 15, 2009

ARNOLD M. ALVAREZ-GLASMAN
City Attorney, City of Pomona
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
(562) 699-5500


/s/ *JOSHUA STEIN*
VICTOR M. SHER *(pro hac vice)*
JOSHUA STEIN *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)
NICHOLAS G. CAMPINS *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105

(415) 348-8300

Scott Summy (*pro hac vice*)
Carla M. Burke
Celeste A. Evangelisti (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267


*Attorneys for Plaintiff City of Pomona*