UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x


# NOTICE OF ERRATA TO
# PLAINTIFF CITY OF NEW YORK'S MEMORANDUM OF LAW IN
# OPPOSITION TO DEFENDANTS' JOINT MOTION AND MOTION *IN LIMINE*
# TO EXCLUDE THE OPINION OF PLAINTIFF'S EXPERT
# HARRY T. LAWLESS


**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff City of New York ("the City") hereby files this errata to its Memorandum of Law In Opposition to Defendants' Joint Motion and Motion *In Limine* To Exclude the Opinion of Plaintiff's Expert Harry T. Lawless, filed in 1:04-cv-03417, Dkt # 205 (May 14, 2009):

Pages 10-11 of the City's Memorandum contain three incorrect citations to paragraphs in the accompanying Declaration of Harry T. Lawless. Specifically, in the paragraph beginning on page 10 with "Second, Defendants ignore the fact that the Stocking Study involved a significantly larger test panel …," and continuing to the top of page 11, the citations to "**¶ 36**"

and "¶ 37" of the Lawless Declaration are incorrect. The correct citation in each of these three instances is **paragraph (¶) 31** of the Lawless Declaration.

Dated: San Francisco, California
      May 15, 2009

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the City of New York
                      Attorney for Plaintiff City of New York
                      100 Church Street
                      New York, New York 10007
                      (212) 788-1568

                      /s/ *TODD E. ROBINS*
                      VICTOR M. SHER *(pro hac vice)*
                      TODD E. ROBINS *(pro hac vice)*
                      JOSHUA G. STEIN *(pro hac vice)*
                      LESLEY E. WILLIAMS (LW8392)
                      NICHOLAS G. CAMPINS *(pro hac vice)*
                      MARNIE E. RIDDLE *(pro hac vice)*

                      SHER LEFF LLP
                      450 Mission Street, Suite 400
                      San Francisco, CA 94105
                      (415) 348-8300

                      *Attorneys for Plaintiff City of New York*