UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  Methyl Tertiary Butyl Ether("MTBE")
Products Liability Litigation

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

This Document Relates To:
*City of Vineland Water-Sewer Utility v. Amerada*
*Hess Corp. et al.*, Case No. 05-CV-9070

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST
## GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff City of

Vineland Water-Sewer Utility and Defendant Getty Petroleum Marketing Inc. ("GPMI"), hereby

request that the Court enter this voluntary dismissal with prejudice of all claims against GPMI as

set forth in Plaintiff's First Amended Complaint, filed on November 6, 2006.  The Parties agree

to the dismissal and further agree that such dismissal is with prejudice, with each party bearing

its own costs, expenses and attorneys' fees.  Plaintiff reserves all other rights as against all other

defendants.

DATED:  April 22, 2009

DATED:  April 20, 2009

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone:  (212) 558-5505
Facsimile:  (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

William P. Harrington
Matthew G. Parisi
BLEAKLEY PLATT & SCHMIDT LLP
One North Lexington Avenue
White Plains, NY  10601
Telephone:  (914) 949-2700
Facsimile:  (914) 683-6956
wpharrington@bpslaw.com
mparisi@bpslaw.com

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

... USDNY
... DOCUMENT
... ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/09

Cary L. McDougal

Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiff*
*City of Vineland Water-Sewer Utility*

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

Dated:    5/19/09

2