*Scik NDLxxxx*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether("MTBE")
Products Liability Litigation

**This Document Relates To:**
*Greensville County Water and Sewer Authority and*
*City of Greensville v. Amerada Hess Corp. et al.,*
**Case No. 04-CV-0854**

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/09

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST
### GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs

Greensville County Water and Sewer Authority and City of Greensville and Defendant Getty

Petroleum Marketing Inc. ("GPMI"), hereby request that the Court enter this voluntary dismissal

with prejudice of all claims against GPMI as set forth in Plaintiff's Third Amended Complaint,

filed on October 25, 2006. The Parties agree to the dismissal and further agree that such

In Re: Methyl Tertiary Butyl Ether ("MTBE"), Products Liability Litigation

dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Doc. 2449

Plaintiffs reserve all other rights as against all other defendants.

DATED: April 22, 2009

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

DATED: April 20, 2009

William P. Harrington
Matthew G. Parisi
BLEAKLEY PLATT & SCHMIDT LLP
One North Lexington Avenue
White Plains, NY 10601
Telephone: (914) 949-2700
Facsimile: (914) 683-6956
wpharrington@bpslaw.com
mparisi@bpslaw.com

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

_Cary McDougal_

Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiffs*
*Greensville County Water and Sewer*
*Authority and City of Greensville*


SO ORDERED:

_signature_

The Honorable Shira A. Scheindlin
United States District Judge


Dated: 5/19/09