UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br>*County of Nassau v. Amerada Hess Corp. et al.,*<br>Case No. 03-CV-9543 | Master File No. 1:00-1898<br>MDL No. 1358 (SAS) SDNY<br>M21-88<br><br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/19/09 |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff County of Nassau and Defendant Getty Petroleum Marketing Inc. ("GPMI"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against GPMI as set forth in Plaintiff's Sixth Amended Complaint, filed on October 19, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                  Doc. 2450

DATED: April 22, 2009                                         DATED: April 20, 2009

_____                                     _____
Robert J. Gordon                                              William P. Harrington
Robin L. Greenwald                                            Matthew G. Parisi
WEITZ & LUXENBERG, P.C.                                       BLEAKLEY PLATT & SCHMIDT LLP
180 Maiden Lane, 17th Floor                                   One North Lexington Avenue
New York, NY 10038-4925                                       White Plains, NY 10601
Telephone: (212) 558-5505                                     Telephone: (914) 949-2700
Facsimile: (212) 558-5500                                     Facsimile: (914) 683-6956
rgordon@weitzlux.com                                          wpharrington@bpslaw.com
rgreenwald@weitzlux.com                                       mparisi@bpslaw.com

                                                              *Attorneys for Defendant*
                                                              *Getty Petroleum Marketing Inc.*

_Cary McDougal_
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiff*
*County of Nassau*


SO ORDERED:

_[signature]_
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 5/19/09