**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether("MTBE") Products Liability Litigation | **Master File No. 1:00-1898** **MDL No. 1358 (SAS)** SDNY **M21-88** DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 5/19/09 |
| This Document Relates To: *Water Authority of Western Nassau County v. Amerada Hess Corp. et al.*, Case No. 03-CV-9544 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Water

Authority of Western Nassau County and Defendant Getty Petroleum Marketing Inc. ("GPMI"),

hereby request that the Court enter this voluntary dismissal with prejudice of all claims against

GPMI as set forth in Plaintiff's Sixth Amended Complaint, filed on October 18, 2006. The

Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each

party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as

against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2451

DATED: April 22, 2009

DATED: April 20, 2009

_____
Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

_____
William P. Harrington
Matthew G. Parisi
BLEAKLEY PLATT & SCHMIDT LLP
One North Lexington Avenue
White Plains, NY 10601
Telephone: (914) 949-2700
Facsimile: (914) 683-6956
wpharrington@bpslaw.com
mparisi@bpslaw.com

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

_Cary McDougal_ (signature)

Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiff*
*Water Authority of Western Nassau County*


SO ORDERED:

_(signature)_

The Honorable Shira A. Scheindlin
United States District Judge


Dated: 5/19/09