Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br>*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp. et al.*, Case No. 04-CV-1719 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/19/09 |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff American Distilling & Mfg. Co., Inc. and Defendant Getty Petroleum Marketing Inc. ("GPMI"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against GPMI as set forth in Plaintiff's Eighth Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

DATED: April 22, 2009                                   DATED: April 20, 2009

_____                           _____
Robert J. Gordon                                        William P. Harrington
Robin L. Greenwald                                      Matthew G. Parisi
WEITZ & LUXENBERG, P.C.                                 BLEAKLEY PLATT & SCHMIDT LLP
180 Maiden Lane, 17th Floor                             One North Lexington Avenue
New York, NY 10038-4925                                 White Plains, NY 10601
Telephone: (212) 558-5505                               Telephone: (914) 949-2700
Facsimile: (212) 558-5500                               Facsimile: (914) 683-6956
rgordon@weitzlux.com                                    wpharrington@bpslaw.com
rgreenwald@weitzlux.com                                 mparisi@bpslaw.com

*Attorneys for Defendant
Getty Petroleum Marketing Inc.*

*Cary McDougal*
_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiff*
*American Distilling & Mfg. Co., Inc.*


SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 5/19/09