Seton dam/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br>*Village of Pawling v. Amerada Hess Corp. et al.*,<br>Case No. 04-CV-2390 | |

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GETTY PETROLEUM MARKETING INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Village of Pawling and Defendant Getty Petroleum Marketing Inc. ("GPMI"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against GPMI as set forth in Plaintiff's Fifth Amended Complaint, filed on October 18, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                Doc. 2463

DATED: April 22, 2009                                            DATED: April 20, 2009

_____                                  _____
Robert J. Gordon                                                 William P. Harrington
Robin L. Greenwald                                               Matthew G. Parisi
WEITZ & LUXENBERG, P.C.                                          BLEAKLEY PLATT & SCHMIDT LLP
180 Maiden Lane, 17th Floor                                      One North Lexington Avenue
New York, NY 10038-4925                                          White Plains, NY 10601
Telephone: (212) 558-5505                                        Telephone: (914) 949-2700
Facsimile: (212) 558-5500                                        Facsimile: (914) 683-6956
rgordon@weitzlux.com                                             wpharrington@bpslaw.com
rgreenwald@weitzlux.com                                          mparisi@bpslaw.com

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/19/09

*(signature)*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

*Attorneys for Plaintiff*
*Village of Pawling*


SO ORDERED:

*(signature)*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: 5/19/03

2