# EXHIBIT 3

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl:MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability   :
Litigation           :

In Re:
City of New York
------

CONFIDENTIAL (Per 2004 MDL 1358 Order)

------

April 17, 2008

------

Videotaped Deposition of
JAMES J. ROBERTS, held in the law
offices of McDermott, Will & Emery, 340
Madison Avenue, New York, New York,
beginning at approximately 10:15 a.m.,
before Ann V. Kaufmann, a Registered
Professional Reporter, Certified
Realtime Reporter, Approved Reporter of
the U.S. District Court, and a Notary
Public.

------

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

```
 1    there is planning.  I do not know how

 2    specific or what the specific

 3    question --

 4         Q.    Well, with respect to

 5    Station 6, do you currently have a

 6    operating plan which specifies how

 7    frequently that well will be pumping

 8    water to the system?

 9         A.    The intent of Station 6 is

10    to deliver its rated capacity, which, I

11    believe, is on the order of 10 to 12

12    mgd.  The delivery of that water to our

13    system would be in part through the

14    trunk main that has either been totally

15    constructed or is in the process of

16    being constructed that gives us the

17    ability to take that water and

18    distribute it more broadly throughout

19    the southeast Queens area.

20         Q.    And with regard to the

21    delivery of 10 to 12 million gallons per

22    day of water from Station 6, is there

23    actually a plan in place today to

24    determine which wells will pump during
```