# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358(SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

CONFIDENTIAL (Per 2004 MDL 1358 Order)
         In Re:  City of New York
                 ------
             April 22, 2009

                 ------

           CONFIDENTIAL Videotaped
Deposition of WILLIAM A.T. MEAKIN,
P.E., held in the law offices of
McDermott, Will & Emery, 340 Madison
Avenue, New York, New York, beginning at
approximately 10:13 a.m., before Ann V.
Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.

                 ------

           GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph|917.591.5672 fax
              deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 196

1   10 mgd or is it going to produce 7.5
2   mgd?
3            MR. REO:  Objection.
4        A.    Station 6 will put into our
5   distribution system 10 mgd of potable
6   water.
7        Q.    With regard to your
8   involvement in the Dependability
9   Program, have you ever been informed
10  that the output in terms of potable
11  water from Station 6 will be 7.5 million
12  gallons for a period of time until
13  completion of remediation at Station 24?
14           MR. REO:  Objection.
15       A.    The meeting I have been
16  when they were telling me about the
17  facility plan for Station 6 mentioned a
18  range of 7 to I believe 12.  I had told
19  them at that meeting that it is 10,
20  Dependability has stated it is 10 and
21  the facility plan should be done for 10
22  mgd.
23       Q.    And at any point in time
24  has anyone from Malcolm Pirnie informed

Golkow Technologies, Inc. - 1.877.370.DEPS