# EXHIBIT 5

Confidential - Per 2004 MDL 1358 Order

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl:MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :


        In Re:
              City of New York
                ------


    CONFIDENTIAL (Per 2004 MDL 1358 Order)


                ------


              April 17, 2008


                ------


              Videotaped Deposition of
JAMES J. ROBERTS, held in the law
offices of McDermott, Will & Emery, 340
Madison Avenue, New York, New York,
beginning at approximately 10:15 a.m.,
before Ann V. Kaufmann, a Registered
Professional Reporter, Certified
Realtime Reporter, Approved Reporter of
the U.S. District Court, and a Notary
Public.


                ------


          GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph|917.591.5672 fax
              deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

1    interrupt.  You called this Exhibit 6 in

2    the question.

3              MR. STACK:  No, Exhibit 2, I

4    apologize.  If I said Exhibit 6, it is

5    because I was looking at the number 6

6    somewhere here in front of me and it

7    stuck in my head.

8    BY MR. STACK:

9         Q.    Currently does the City

10   have a valid New York State DEC permit

11   to operate Jamaica Water Supply wells

12   that were transferred to the City?

13        A.    We received a renewal to

14   our permit.

15        Q.    And with respect to the

16   operation of the wells, and I certainly

17   want to focus on that, you are answering

18   questions in the second page relative to

19   wells at Station 6.  That would be 6,

20   6A, 6B, 6C, 6D, and 33.

21        A.    Where are you?

22        Q.    I am at the bottom of the

23   page, Jim, bottom line right here, just

24   looking at the list.

Confidential - Per 2004 MDL 1358 Order

Page 71

1          A.     I am sorry.

2                 Okay.  Uh-huh.

3          Q.     With regard to the five

4     wells at Station 6, are they currently

5     fully operational?

6          A.     Are they currently in

7     service?

8          Q.     First, fully operational.

9     Will they run and pump water?

10         A.     I am not 100% sure of the

11    status of those wells.  I do not have

12    that firsthand knowledge.  I do not

13    believe that they are in service.

14         Q.     And when you say "in

15    service," what do you mean?

16         A.     Putting water into the

17    system.

18         Q.     And with regard to the

19    project to bring Station 6 on line with

20    water treatment to produce 10 million

21    gallons per day, has the 10% design

22    phase been completed on that project?

23         A.     If it is at 10% design, I

24    do not know whether the final payments

Confidential - Per 2004 MDL 1358 Order

Page 72

1    were made or, you know, again, whether

2    the ministerial pieces of concluding

3    that contract have been taken care of or

4    not.  It is my understanding that there

5    was a final conceptual design document

6    prepared and disseminated.  And, you

7    know, whether that means that the

8    contract is closed or not I cannot speak

9    to.

10        Q.    With respect to the

11   Station 6 project, is there funding, as

12   far as you know, for the final design

13   work to do the detailed engineering and

14   design for Station 6?

15        A.    There is funding -- to my

16   knowledge, there is funding in our

17   current plan for that work.  I do not

18   know specifically what the level of

19   funding versus the anticipated cost is,

20   but I know that there is money in the

21   budget.

22        Q.    And with regard to your

23   understanding, when is the design phase

24   for Station 6 going to be completed?

Confidential - Per 2004 MDL 1358 Order

Page 73

1        A.    It is -- the contract to do

2   that work has not been let yet.

3        Q.    Do you know what the

4   projected date is to complete the design

5   work for Station 6?

6        A.    That would be better

7   answered by my counterpart in BEDC in

8   Design and Construction.

9        Q.    With regard to the future

10  use of Station 6, do you know what the

11  proposed date of completion of

12  construction is for that project?

13       A.    Well --

14       Q.    If you do?

15       A.    The answer is you cannot

16  know what the proposed date of future

17  construction completion is when the

18  contract is not let yet; right?

19       Q.    And with regard to the

20  construction contract -- and I

21  apologize, I do not know what the

22  practices of the City are -- do you

23  sequentially issue your contracts so

24  that the -- you would have a design

Confidential - Per 2004 MDL 1358 Order

1   contract which would enable you to put

2   together a bid package and then put the

3   construction contract out to bid?

4              MR. PLACHE:  Objection; you

5   can answer.

6         A.    Ask the question again, I

7   am sorry.

8         Q.    Sure.  With regard to the

9   Station 6 project, as you understand it,

10  has a contract been let for final design

11  of the facility?

12        A.    As I understand it, no.

13        Q.    And with regard to the

14  practices generally employed by the

15  City, do you wait for the completion of

16  the design phase in order to come up

17  with a bid package for construction?

18             MR. PLACHE:  Objection.

19        A.    There are a couple of ways

20  of doing that work.  The method you just

21  described is one.  There are also

22  vehicles, such as design-build, operate

23  and design-build, that are available.  I

24  do not think the decision as to the

Confidential - Per 2004 MDL 1358 Order

Page 75

1    mechanism for either the design and/or

2    the design and construction, I do not

3    think that decision has been made yet by

4    the commissioner's office.

5         Q.    With regard to your

6    personnel who are responsible for

7    operating the water system, do you know

8    what date they have been given as to the

9    startup date for Station 6 to actually

10   deliver water to the system?

11        A.    No.

12        Q.    Do you know if there is any

13   firm date that has been identified by

14   which the personnel in your -- under

15   your supervision on the groundwater

16   system have been told by 2020 be

17   prepared, we are going to bring the

18   system on line?

19            MR. PLACHE:  Objection.

20        A.    Those dates are better

21   answered by the bureau that is handling

22   the construction, the design and

23   construction end of it; right?  So the

24   schedule of events and, you know, the

Confidential - Per 2004 MDL 1358 Order

Page 76

1    budget questions that relate to that are

2    better answered by them.  They build it;

3    we operate it.

4         Q.    And with regard to the

5    operation of Station 6, have you been

6    provided with any information indicating

7    a firm date to bring Station 6 on line?

8             MR. PLACHE:  Objection.

9         A.    The issue of when that

10   would be brought on line -- my

11   perspective is that we are looking to

12   get that -- the entire system, but let's

13   stick with Station 6 because I think

14   that's the one piece of the system that

15   is best understood and we are furthest

16   along in terms of identifying

17   conceptually what needs to be done in

18   order to make it, you know, a useful,

19   viable plant.

20             My preference would be to

21   have that on line sooner rather than

22   later; right?  And so the question of

23   how that dovetails with the overall, you

24   know, agency budget and priorities is

Confidential - Per 2004 MDL 1358 Order

1    something that my other deputy

2    commissioner is really tasked with

3    doing.  But the money is in -- there is

4    money in the budget towards the project,

5    so it is still on the -- you know, it is

6    still on our radar to get done.

7         Q.    And with respect to your

8    position, you are the deputy

9    commissioner who is currently

10   responsible for supervising the

11   operation of the groundwater well system

12   in Queens; am I correct?

13        A.    Correct.

14        Q.    Have you been provided with

15   any date by which the other bureaus or

16   divisions within the Department of

17   Environmental Protection have advised

18   you they will have delivered to you an

19   operational plant for you to bring

20   on line by a date certain and operate

21   the wells at Station 6?

22        A.    No, I have not been given a

23   date certain.

24        Q.    With regard to the other