# EXHIBIT 6

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl :  MDL NO. 1358(SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

CONFIDENTIAL (Per 2004 MDL 1358 Order)
In Re:  City of New York
------
April 22, 2009

------

CONFIDENTIAL Videotaped Deposition of WILLIAM A.T. MEAKIN, P.E., held in the law offices of McDermott, Will & Emery, 340 Madison Avenue, New York, New York, beginning at approximately 10:13 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 222

```
 1        Q.    With regard to the
 2   development of the 55-mgd project, as I
 3   understand it when we looked at
 4   Exhibit No. 8, which is your budget
 5   right here --
 6        A.    Yes.
 7        Q.    --  the project is going to
 8   be through the 10% design phase sometime
 9   in fiscal year 13; am I correct?
10        A.    This is not approved.  You
11   are looking at the April?
12        Q.    Yes.
13        A.    At the moment this is not
14   approved, but that was what was
15   submitted to OMB --
16        Q.    With regard to --
17        A.    -- the design, to start the
18   design.  Sorry.
19        Q.    That's quite all right.  So
20   you would start the 10% design or you
21   would complete the 10% design?
22        A.    No.  Station 6 already has
23   10% design finished.
24        Q.    Correct.  But for the
```