# EXHIBIT 13



Dictionary   Thesaurus   Reference   Translate   Web    Login   Register   Help

**purity**   [Search]

## Definition of **purity** - 5 dictionary results

**Purity Products® Special**
Buy from **Purity** direct & save! Free shipping on orders $50+.
www.PurityProducts.com
*Sponsored Results*

**pu·ri·ty** 🔊 [**py**oo**r**-i-tee]  [?]  *Show IPA*

*–noun*

1. the condition or quality of being pure; freedom from anything that debases, contaminates, pollutes, etc.: *the purity of drinking water.*
2. freedom from any admixture or modifying addition.
3. ceremonial or ritual cleanness.
4. freedom from guilt or evil; innocence.
5. physical chastity; virginity.
6. freedom from foreign or inappropriate elements; careful correctness: *purity of expression.*
7. *Optics*. the chroma, saturation, or degree of freedom from white of a given color.
8. cleanness or spotlessness, as of garments.

**Origin:**
1175–1225; < LL *pūritās* (see PURE, -ITY ); r. ME *pur(e)te* < AF < LL, as above

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2009.
Cite This Source | Link To **purity**

---

**Related Words for : purity**
pureness, innocence, sinlessness, honor, honour
*View more related words »*


*Explore the Visual Thesaurus »*

**pu·ri·ty** 🔊  (pyŏŏr′ĭ-tē)  [?]
n.
1. The quality or condition of being pure.
2. A quantitative assessment of homogeneity or uniformity.
3. Freedom from sin or guilt; innocence; chastity: "Teach your children . . . the belief in purity of body, mind and soul" (Emmeline Pankhurst).
4. The absence in speech or writing of slang or other elements deemed inappropriate to good style.
5. The degree to which a color is free from being mixed with other colors.

The American Heritage® Dictionary of the English Language, Fourth Edition
Copyright © 2009 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.
Cite This Source

---

**Purity**

Pu"ri*ty\, n. [OE. purete, purte, OF. purt['e], F. puret['e], from L. puritas, fr. purus pure. See Pure.] The condition of being pure. Specifically: (a) freedom from foreign admixture or deleterious matter; as, the purity of water, of wine, of drugs, of metals. (b) Cleanness; freedom from foulness or dirt. "The purity of a linen vesture." --Holyday. (c) Freedom from guilt or the defilement of sin; innocence; chastity; as, purity of heart or of life. (d) Freedom from any sinister or improper motives or views. (e) Freedom from foreign idioms, or from barbarous or improper words or phrases; as, purity of style.

Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.
Cite This Source

---

**purity**
c.1225, from O.Fr. purete, earlier purte (12c.), from L.L. puritatem (nom. puritas) "cleanness, pureness," from L. purus (see pure).

Online Etymology Dictionary, © 2001 Douglas Harper
Cite This Source

---

Main Entry: **pu·ri·ty**
Pronunciation: 'pyur-&t-E
Function: *noun*
: the quality or state of being pure

Merriam-Webster's Medical Dictionary, © 2002 Merriam-Webster, Inc.
Cite This Source

---

**Sidebar:**
puritanlike
puritanly
puritan
purities
purities'
**purity**
purity ring
purkinje
purkinje afterima...
purkinje cell
purkinje effect

**Sidebar ads:**
Online Degree Info · Spelling Coach
Speak to the world · Improve Vocabulary
Has your credit changed this year? Check it $0

Find what you're looking for quickly and see fewer ads with the Dictionary.com Toolbar!
Download for FREE >>

