# EXHIBIT 14

*[handwritten at top: OBD confirm? If so, we need to advise ... associated w/ MTBE — Amoco uses - Can Sully determine if they have same problems?  ② JSD]*

# EXXON PROPRIETARY

June 8, 1984

| PLEASE | JK | DW | WB | BB |
|---|---|---|---|---|
| NOTE | | | | |
| HANDLE | | | | |

JUN 08 1984
J. S. DICK

TO: Mr. J. S. Dick

FROM: J. E. Spell

SUBJECT: Ground Water Contamination with Oxygenates
File: 205.0105
      205.0708

Sully Curran called today regarding some additional information that he had obtained from Shell Oil's environmental people on potential ground water contamination problems with the use of oxygenates in motor gasoline.

As was reported to you by Sully last week, Shell is using both MTBE (methyl tertiary butyl ether) and IPE (isopropyl ether) in some of their motor gasoline. Each of these two oxygenates is present at about 2.5 vol. %.

Analyses of ground water samples in which odor complaints had been received can differentiate between MTBE and IPE. Also, MTBE contributes as much to the odor problem as IPE. According to Shell, approximately 5 parts per billion (in water) is the lower level of detectability for either MTBE or IPE alone or a combination of the two. Sully indicated that some simple experimentation around the office had indicated that about 20 parts per <u>billion</u> MTBE in water was the lower level of detectable odor.

*[signature]*

JES:ej

c: Dr. W. G. Domask
   Mr. V. M. Dugan - Rm 2254B
   Dr. J. Panzer - ER&E (PRD) Linden
   Mr. R. T. Peters - Rm 3765

9457E

CONFIDENTIAL
Use in S. Tahoe
Litigation Only

EXHIBIT
4
CASE #

EXSPELL 00025
CONFIDENTIAL - FOR USE IN LITIGATION SOLELY