UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

# DECLARATION OF TODD E. ROBINS IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S CONDITIONAL NON-OPPOSITION TO DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CUSTOMER TASTE AND ODOR COMPLAINTS

Todd E. Robins, an attorney duly admitted *pro hac vice* to appear in this case, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff the City of New York ("the City") in the above-captioned matter. I submit this Declaration in support of Plaintiff City of New York's Conditional Non-Opposition to Defendants' Joint Motion *in Limine* to Exclude Evidence of Customer Taste and Odor Complaints (the "Conditional Non-Opposition"). This declaration authenticates the exhibit attached hereto and relied on in the City's Conditional Non-Opposition. In accordance with the Court's Individual Rules and Procedures, the exhibit has been excerpted to include only the relevant material. A copy of the exhibit appended hereto was made at my direction on or around May 26, 2009.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of I.H. Suffet, Ph.D dated March 9, 2009.

On this 26th day of May 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: San Francisco, California
      May 26, 2009

/s/ *TODD E. ROBINS*
TODD E. ROBINS *(pro hac vice)*
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*