# EXHIBIT 2

**1**

```
 1   SUPERIOR COURT OF THE STATE OF CALIFORNIA
      IN AND FOR THE COUNTY OF SAN FRANCISCO
 2
                       *   *   *
 3
     COMMUNITIES FOR A        :   CIVIL NO.
 4   BETTER ENVIRONMENT, a     :   997013
     California Non-Profit     :
 5   Corporation, on behalf    :
     of the General Public,    :
 6              Plaintiff,   :
            -vs-              :
 7   UNOCAL CORPORATION, a     :
     Delaware corporation,     :
 8   et al.,                   :
                Defendants.:
 9                     *   *   *

10   SUPERIOR COURT OF THE STATE OF CALIFORNIA
      IN AND FOR THE COUNTY OF SAN FRANCISCO
11
                       *   *   *
12
     SOUTH TAHOE PUBLIC        :   CIVIL NO.
13   UTILITY DISTRICT,         :   999128
                 Plaintiff,  :
14           -vs-             :
     ATLANTIC RICHFIELD        :
15   COMPANY ("ARCO"); ARCO    :
     CHEMICAL COMPANY;         :
16   SHELL OIL COMPANY;        :
     et al.,                   :
17                Defendants.:
                       *   *   *
18
             Tuesday, September 19, 2000
19
                       *   *   *
20

21

22
             ESQUIRE DEPOSITION SERVICES
23                  15th Floor
          1880 John F. Kennedy Boulevard
24           Philadelphia, PA   19103
                  (215) 988-9191
          ESQUIRE DEPOSITION SERVICES
```

12

| | | |
|---|---|---|
| 11:13:21 | 1 | in the Tahoe case. |
| 11:13:23 | 2 | This deposition is also |
| 11:13:25 | 3 | being taken in CBE, and the |
| 11:13:28 | 4 | agreement in that case will bind |
| 11:13:29 | 5 | those parties. |
| 11:13:31 | 6 | MR. HOFFMAN:  Okay. |
| 11:13:32 | 7 | MR. MILLER:  I'm not party |
| 11:13:37 | 8 | to that agreement. |
| | 9 | *  *  * |
| | 10 | EXAMINATION |
| 11:13:39 | 11 | *  *  * |
| | 12 | BY MR. MILLER: |
| 11:13:40 | 13 | Q.   Could I have your name and |
| 11:13:41 | 14 | address, please? |
| 11:13:42 | 15 | A.   My name's Gene Capaldi.  My |
| 11:13:44 | 16 | address is 707 Malin Road, M-A-L-I-N, |
| 11:13:49 | 17 | Newtown, one word, Square, Pennsylvania |
| 11:13:51 | 18 | 19073. |
| 11:13:54 | 19 | Q.   Who is your current |
| 11:13:54 | 20 | employer? |
| 11:13:55 | 21 | A.   I'm retired. |
| 11:13:57 | 22 | Q.   And prior to your |
| 11:13:59 | 23 | retirement, who was your employer? |
| 11:14:02 | 24 | A.   Lyondell Chemical company. |

EUGENE CAPALDI                13

11:14:04   1          Q.     When did you retire from

11:14:05   2   Lyondell?

11:14:06   3          A.     The end of July 1999.

11:14:13   4          Q.     And for how many years did

11:14:14   5   you work for the company?

11:14:16   6          A.     A little over 36 years.

11:14:19   7          Q.     And of course when you first

11:14:21   8   went to work for the firm, what was it

11:14:23   9   known as?

11:14:24   10         A.     Atlantic Refining.

11:14:28   11         Q.     And what was your position

11:14:29   12   with them?

11:14:31   13         A.     I was a research chemist.

11:14:37   14         Q.     Could you briefly describe

11:14:38   15   your educational background after high

11:14:40   16   school for us, please?

11:14:42   17         A.     Yes.  I got my batch -- B.A.

11:14:45   18   from the University of Pennsylvania in

11:14:46   19   1959, my M.S. in organic chemistry from

11:14:52   20   the University of Delaware in 1961 and my

11:14:55   21   Ph.D. in organic chemistry from the

11:14:58   22   University of Delaware, 1964.

11:15:04   23         Q.     And is that when you went to

11:15:07   24   work for Atlantic Refining?

ESQUIRE DEPOSITION SERVICES

EUGENE CAPALDI                14

11:15:09   1          A.     I started working for

11:15:10   2    Atlantic Refining in September of 1963.

11:15:18   3          Q.     And were you continuously

11:15:20   4    employed by them through the date that

11:15:21   5    you retired?

11:15:22   6          A.     Yes, I was.

11:15:30   7          Q.     When did you start your work

11:15:31   8    with what was then known as ARCO Chemical

11:15:36   9    Company on MTBE?

11:15:39   10         A.     It was probably in the late

11:15:41   11   '70s.

11:15:44   12         Q.     And what type of work were

11:15:45   13   you doing at that time, sir?

11:15:50   14         A.     On the MTBE, I was -- my

11:15:53   15   position was probably toxicology

11:15:56   16   coordinator for the ARCO Chemical.

11:16:06   17         Q.     Have -- did you receive any

11:16:09   18   educational courses in the field of

11:16:11   19   toxicology?

11:16:12   20         A.     No.

11:16:15   21         Q.     As I understand it, your

11:16:17   22   educational background consists

11:16:20   23   principally of organic chemistry; is that

11:16:23   24   correct?

ESQUIRE DEPOSITION SERVICES