# EXHIBIT 3

```
 1
         1   SUPERIOR COURT OF THE STATE OF CALIFORNIA
              IN AND FOR THE COUNTY OF SAN FRANCISCO
         2
                            *   *   *
         3
             COMMUNITIES FOR A          :   CIVIL NO.
         4   BETTER ENVIRONMENT, a      :   997013
             California Non-Profit      :
         5   Corporation, on behalf     :
             of the General Public,     :
         6            Plaintiff,        :
                  -vs-                  :
         7   UNOCAL CORPORATION, a      :
             Delaware corporation,      :
         8   et al.,                    :
                      Defendants.:
         9                  *   *   *

        10   SUPERIOR COURT OF THE STATE OF CALIFORNIA
              IN AND FOR THE COUNTY OF SAN FRANCISCO
        11
                            *   *   *
        12
             SOUTH TAHOE PUBLIC         :   CIVIL NO.
        13   UTILITY DISTRICT,          :   999128
                      Plaintiff,        :
        14        -vs-                  :
             ATLANTIC RICHFIELD         :
        15   COMPANY ("ARCO"); ARCO     :
             CHEMICAL COMPANY;          :
        16   SHELL OIL COMPANY;         :
             et al.,                    :
        17            Defendants.:
                            *   *   *
        18
                  Thursday, September 14, 2000
        19
                            *   *   *
        20

        21

        22
                    ESQUIRE DEPOSITION SERVICES
        23               15th Floor
                  1880 John F. Kennedy Boulevard
        24          Philadelphia, PA   19103
                       (215) 988-9191
                    ESQUIRE DEPOSITION SERVICES
```

GEORGE YOGIS                    12

1        Environment case.
2   BY MR. MILLER:
3        Q.    Please state your name and
4   business address.
5        A.    George Yogis.  Current
6   business address is 1482 Society Hill
7   Drive, Bensalem, PA  19020.
8        Q.    Who is your current
9   employer?
10       A.    Inland Technologies.
11       Q.    And in the past, were you
12  employed by ARCO Chemical Company?
13       A.    Yes.
14       Q.    When did you go to work for
15  them?
16       A.    ARCO Chemical, probably in
17  about 1979.
18             A little confusing to me
19  since I started with Atlantic Richfield
20  Petroleum Products in '75 and continued
21  to be employed by both ARCO or then ARCO
22  Chemical when it became a public company
23  until last year.
24       Q.    And when in 1999 did you