# EXHIBIT 4

```
 1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2               IN AND FOR THE COUNTY OF SAN FRANCISCO
 3                              --oOo--
 4   SOUTH TAHOE PUBLIC UTILITY      )
     DISTRICT,                       )
 5                                   )
                    Plaintiff,       )
 6                                   )
                 vs                  )    No.   999128
 7                                   )
     ATLANTIC RICHFIELD COMPANY      )
 8   ("ARCO"); et al.,               )
                                     )
 9                  Defendants.      )
     _____)
10                                   )
     COMMUNITIES FOR A BETTER        )
11   ENVIRONMENT, a California       )
     Non-Profit Corporation, on      )
12   behalf of the General Public,   )
                                     )
13                  Plaintiff,       )
                                     )
14               vs                  )    No.   997013
                                     )
15   UNOCAL CORPORATION, a Delaware  )
     corporation, et al.,            )
16                                   )
                    Defendants.      )
17   _____)
18                              --oOo--
                     WEDNESDAY, SEPTEMBER 27, 2000
19                            9:59 A.M.
                                --oOo--
20                         DEPOSITION OF
                         EDWARD J. DINEEN
21                              --oOo--
22
23
24   CATHLEEN SLOCUM, CSR
     License No. 2822
25

       PETERS SHORTHAND REPORTING CORPORATION   (916) 362-2345
```

1            MR. HOFFMAN:  And it's also been noticed by
2    Mr. Summy in the CBE case.
3            MR. SHER:  Then you've stated that for the
4    record.
5    Q    Would you provide your, an overview of your
6    professional background with Lyondell?
7    A    I -- starting with education or just starting
8    with Lyondell?
9    Q    Education is a good place to start.
10   A    I have two chemical engineering degrees, a
11   bachelor's and a master's as well as a master's in
12   finance.  I started my career with ARCO Chemical,
13   predecessor company of Lyondell, in 1977 and began in
14   an engineering assignment and then progressed through
15   a variety of planning business assignments to my
16   current position.
17   Q    What is your current position?
18   A    Currently I'm a senior vice-president of
19   intermediate and performance chemicals.
20   Q    What does intermediate and performance chemicals
21   refer to?
22   A    It refers to a series of chemical product lines
23   that we manage on a global basis.  Products we produce
24   from basic raw materials.  So chemicals such as
25   propylene oxide, styrene monomer, MTBE, series of

9

1   performance chemicals that go into coatings, different
2   applications like that.
3   Q    What distinguishes these chemicals for which
4   you're responsible from other chemicals, if any, that
5   are produced by Lyondell?
6   A    I'm responsible for all the business lines of
7   Lyondell Chemical.
8   Q    How long have you held this position at Lyondell?
9   A    Since March of this year.
10  Q    Were you with Lyondell before that?
11  A    I have been with Lyondell since Lyondell acquired
12  ARCO Chemical in 1998.
13  Q    What were your previous positions with Lyondell
14  since '98?
15  A    Since '98 I had one other position.  I was
16  responsible for urethanes and performance chemicals,
17  part of which I'm still responsible for today.  Part
18  of that product line was sold in March of this year.
19  Q    What was your title in that first position?
20  A    Senior vice-president, urethanes and performance
21  chemicals.
22  Q    And were you responsible for chemicals including
23  MTBE during that time as well?
24  A    Not in that assignment.
25  Q    So your responsibilities over MTBE at Lyondell