# EXHIBIT 5

```
 1
           1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
           2      IN AND FOR THE COUNTY OF SAN FRANCISCO
           3                    - - -
           4    COMMUNITIES FOR A       :
                BETTER ENVIRONMENT, a   :
           5    California Non-Profit   :
                Corporation, on behalf  :
           6    of the General Public,  :
                         Plaintiff,     :
           7           -vs-             :
                UNOCAL CORPORATION, a   :
           8    Delaware corporation,   :
                et al.,                 :
           9          Defendants.       :
                                    - - -
          10    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  IN AND FOR THE COUNTY OF SAN FRANCISCO
          11                    - - -
          12    SOUTH TAHOE PUBLIC      :
                UTILITY DISTRICT,       :
          13           Plaintiff,       :
                       -vs-             :
          14    ATLANTIC RICHFIELD      :
                COMPANY ("ARCO");       :
          15    ARCO CHEMICAL COMPANY;  :
                SHELL OIL COMPANY;      :
          16    et al.,                 :
                       Defendants.      :
          17                    - - -
                         Friday, September 22, 2000
          18                    - - -

          19    Videotaped deposition of WILLIAM J. PIEL,
          20    held at the offices of BLANK ROME COMISKY
          21                    - - -

          22            ESQUIRE DEPOSITION SERVICES
                                15th Floor
          23         1880 John F. Kennedy Boulevard
                     Philadelphia, Pennsylvania 19103
          24               (215) 988-9191

                      ESQUIRE DEPOSITION SERVICES
```

WILLIAM J. PIEL                14

1   there for approximately three and a half
2   years as I remember.
3         Q.   And after you finished your
4   assignment at the refinery, did you go to
5   work for a different ARCO company?
6         A.   Yes, I went to work for ARCO
7   Chemical Division.
8         Q.   And when did you start
9   working for the ARCO Chemical Division of
10  the company?
11        A.   Some -- I think it was in
12  1979.
13        Q.   Could you briefly describe
14  for us your educational background
15  starting with college?
16        A.   I have a BS in Chemical
17  Engineering from Lehigh University.  And
18  I have an MBA from Widener, Widener,
19  W-I-D-E-N-E-R, University.
20             (Exhibits 1 and 2 are marked
21        for identification.)
22  BY MR. MILLER:
23        Q.   I've marked as Exhibit 1 the
24  notice of this deposition.  Let me show

WILLIAM J. PIEL               15

1    you Exhibit 2.  Is this a statement of
2    your professional qualifications, sir?
3           A.    Yes, this represents my
4    general experience, right.
5           Q.    Under the heading ARCO
6    Chemical Company Manager Business
7    Development, you list a number of major
8    activities that you engaged in with the
9    company; is that correct?
10          A.    Yes.
11          Q.    And you held that position
12   from 1987 to the date of this particular
13   CV; is that correct?
14          A.    I'm not sure there's a date
15   on the CV. The --
16          Q.    When did you leave Lyondell,
17   the successor to ARCO Chemical Company?
18          A.    In April of '98.
19          Q.    Between 1987 and April of
20   1998, were you the Manager of Business
21   Development for ARCO Chemical Company?
22          A.    Yes.
23          Q.    Were you assigned to their
24   corporate headquarters?

WILLIAM J. PIEL                66

```
 1   time?
 2        Q.   I can only say, sir, that
 3   when it was produced by the attorneys for
 4   ARCO Chemical Company, these three pages
 5   were produced consecutively together.
 6        A.   Okay.
 7             MR. MOLLER:  The record
 8        should reflect, however, that they
 9        were not produced in stapled form.
10             MR. MILLER:  Considering
11        that they were produced on a disk
12        it would have been considerably
13        difficult to impose a staple.
14             (Exhibit 10 is marked for
15        identification.)
16   BY MR. MILLER:
17        Q.   I'd like to turn to the next
18   exhibit, Exhibit 10.
19             This document is dated
20   September 11th, 1989.  The subject is
21   MTBE Clean Air Promotion Meeting;
22   correct?
23        A.   That's correct.
24        Q.   So this would be
```

WILLIAM J. PIEL                 67

1   approximately seven months after the last
2   document which was dated in February?
3       A.    Let me check.
4             Yes.
5       Q.    This is a document that came
6   from you and was sent to Mr. Dineen and
7   others who were employed by ARCO Chemical
8   Company at the time; is that correct?
9       A.    That's correct.
10      Q.    Was it sent to anyone
11  outside the company?
12      A.    I don't recall.
13      Q.    Looking at the list of
14  recipients and recipients of copies, do
15  you notice anyone there who appears to
16  have been outside the company?
17      A.    The names on the list appear
18  to be all ARCO Chemical people at the
19  time.
20      Q.    Okay.  In this letter you
21  state:  "Attached are the outline notes
22  that were used at the meeting to discuss
23  the MTBE promotion campaign.  The theme
24  is to promote MTBE as the key ingredient

WILLIAM J. PIEL                68

1   for making low emission gasoline.  I've
2   added some other items that were
3   discussed at the meeting.  The conclusion
4   reached at the meeting was to move
5   forward on the promotion -- I'm sorry,
6   promotion campaign and target for around
7   October completion."
8           Correct?
9      A.   That's what it says.
10     Q.   Were you part of an MTBE
11  promotion campaign in 1989, sir?
12     A.   Apparently I was.
13     Q.   Isn't it a fact that you
14  were making presentations concerning the
15  use of MTBE to make a low emission
16  gasoline at that time?
17     A.   Yes, I was using -- I was
18  showing presentations with technical data
19  to show how MTBE impacted the emissions
20  from vehicles using MTBE in a gasoline.
21     Q.   In any of those
22  presentations in 1989 did you ever
23  mention MTBE in groundwater, sir?
24     A.   I don't recall.