# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :   Master File
IN RE:  Methyl Tertiary       :   No. 1:00-1898
Butyl Ether("MTBE")           :
Products Liability Litigation :   MDL 1358 (SAS)
                              :   M21-88
------------------------------x

- - -

August 22, 2007

- - -

Transcript of the videotaped deposition of ANDREW W. MADDEN, held on the above date, at the law offices of McDermott, Will & Emery, L.L.P., 600 13th Street, N.W., Washington, D.C., taken by and before Constance E. Perks, CCR, CRR, CLR, License #XI01429, commencing at approximately 8:50 a.m.

- - -

GOLKOW TECHNOLOGIES, INC.

One Liberty Place, 51st Floor

1650 Market Street

Philadelphia, Pennsylvania  19103

deps@golkow.com    877.370.3377

Page 170

1  that period and the decision to use it,
2  I'm really not -- you know, I mean,
3  you've had other people, I think, to give
4  much better and more detailed knowledge
5  of that timeline than I can.
6        Q.    Well, you saw all the
7  documents earlier from Miss Mickelson --
8        A.    Certainly.
9        Q.    -- where she was expressing
10 concerns about MTBE's potential to
11 contaminate groundwater in 1984 and '85;
12 was she not?
13       A.    Yes.
14       Q.    If you would turn the page,
15 sir.
16       A.    Certainly.
17       Q.    I'm sorry.  It would be the
18 third page of that attachment.
19       A.    Okay.
20       Q.    I'm sorry.  The second page
21 of the attachment, third page of the
22 document, and there's a section at the
23 top that says "MTBE Litigation --"
24       A.    Uh-huh.

Andrew W. Madden

Page 171

1    Q.    -- and it lists a case
2  involving Communities For A Better
3  Environment, South Lake Tahoe case, some
4  lawsuits in New Jersey, and a class
5  action lawsuit in New York.
6           Do you see that?
7    A.    I do.
8    Q.    What role did litigation
9  over MTBE contamination play in Exxon's
10 decision to remove MTBE from its
11 gasoline?
12          MR. BONGIORNO: Objection.
13      And to the extent that the
14      question calls for disclosure of
15      communications between Mr. Madden
16      and legal counsel, I advise him,
17      instruct him, not to answer. To
18      the extent that he can answer,
19      otherwise, please do.
20          THE WITNESS: I think purely
21      with regard to we talked before
22      about the kind of, I say, the
23      customer, customer concern and the
24      kind of concerns out there around

1           the use of MTBE in reformulated
2           gasoline, in so much as litigation
3           and high-publicity litigation was
4           feeding into that concern, it had
5           an impact in that respect.
6   BY MR. JOHNSTON:
7        Q.   Outside of, I guess from a
8   public relations standpoint, did
9   litigation play any role in Exxon's
10  decision to eliminate the use of MTBE in
11  gasoline?
12       A.   I think anything else, I'd
13  be into the areas that I've been
14  instructed not to --
15       Q.   Well, I'm asking -- clearly,
16  I'm not asking for any communications
17  that you've had with counsel.  But as
18  someone who served on or was in charge of
19  MTBE issues --
20       A.   Yes.
21       Q.   -- what can you tell me
22  about the role litigation played in
23  Exxon's decision to eliminate MTBE?
24       A.   I mean, I think, as I say,

1    the role that litigation -- our decision
2    was, once the oxygenate mandate went
3    away, we could take it out.  I think that
4    the role that the mix of groundwater
5    concerns and fueled by the litigation in
6    terms of creating that public concern and
7    political concern that's out there, like
8    I mentioned a second ago, that is really
9    where litigation -- it's a big activity
10   for us -- that's where the litigation was
11   feeding into our decision for removing
12   MTBE.
13            Q.    Did concerns over liability
14   from this litigation or costs of
15   litigation play any role in Exxon's
16   decision to eliminate MTBE from gasoline?
17                MR. BONGIORNO:  Objection
18            with the same instruction
19            previously given.  If you can
20            answer otherwise, please go ahead.
21                THE WITNESS:  In terms of
22            liability, I think the answer is
23            that that didn't play and we don't
24            believe we have a concern in that

Page 174

1          respect in terms of -- the second
2          part of your question was?
3    BY MR. JOHNSTON:
4          Q.    Costs --
5          A.    Costs of --
6          Q.    -- of litigation.
7          A.    -- litigation.
8                MR. BONGIORNO:  Objection.
9          I think I have to wholesale
10         instruct him not to answer because
11         there's no way for him to know
12         that other than in communications
13         with counsel.
14    BY MR. JOHNSTON:
15         Q.    Outside of any conversations
16   you've had with counsel, can you provide
17   any testimony as to whether the costs of
18   litigation played any role in Exxon's
19   decision to eliminate MTBE from gasoline?
20         A.    I can't.
21                      - - -
22               (Memo dated February 11,
23         2000, "From the desk of E.A.
24         Renna"; handwritten note; letter