# EXHIBIT C

# PRELIMINARY PREDESIGN INVESTIGATION REPORT

FOR

DEPARTMENT OF GENERAL SERVICES
OFFICE OF FLEET ADMINISTRATION
UNDERGROUND PETROLEUM STORAGE TANK SITES:

## NEW YORK POLICE DEPARTMENT
## PRECINCT NO. 113

PREPARED FOR:

O'BRIEN - KREITZBERG ASSOCIATES, INC.
1515 BROADWAY
NEW YORK, NEW YORK  10036

CAPITAL PROJECT - PW348-1

URS CONSULTANTS, INC.  
ONE PENN PLAZA  
NEW YORK, NEW YORK

JANUARY 1993

URSNYC-002798

## 5.0  SITE-SPECIFIC EVALUATION

### 5.1  Site History

The following history has been compiled from information gathered from NYFPD records, NYDOB records, NYSDEC records, and site visit conducted on August 20 and 25, 1992. Data on the current site UST system appear in Table 1. Additional information on the size and location of fill ports, vent pipes, etc., is shown on Figure 2.

In 1968, an underground gasoline storage system was installed at Precinct No. 113. The system included four 550-gallon capacity tanks manifolded together into two sets of two tanks. The tanks are of single-shell steel construction with 12-inch concrete encasements. The system does not include any type of secondary containment, leak detection or vapor recovery system.

The system was removed from service in October, 1990 after an inspection by the NYFPD resulted in a violation order which required that the tanks and piping be emptied of product and filled with water. The order also directed that soil and liquid samples be collected from borings around the perimeter of the tanks and analyzed for petroleum hydrocarbon related contamination. The tanks were filled with water on November 26, 1990 and an Environmental Sampling investigation was performed by Hazardous Waste Engineering Consultants, Inc. in December, 1990. The results of the investigation indicate elevated levels of petroleum hydrocarbon contamination in soil surrounding the tanks to a depth of 13 feet below grade. The pumps have since been removed from the site, and the tanks remain out of service. Gasoline is being obtained by precinct vehicles at Precincts No. 103, 105 and 106.

The tanks are part of the Fuel Utilization Management Evaluation System (FUMES). This system inventories motor-vehicle fuel usage throughout the city by monitoring the amount delivered and dispensed at the individual system tanks.

**TABLE 1**

**SITE TANK INVENTORY**

| Report Tank No. | Capacity (gal) | Fuel Type (current) | Annual Throughput (gal) | Latest TTT Results/Date | Current Status |
|---|---|---|---|---|---|
| 1-4 | 550 (2,4) | Unleaded | (1989) 121,000 (1) | Fail 1990 (2) | Out-of-service; Not Abandoned |

Sources:

(1) DGS Records
(2) NYFPD Records
(3) FUMES Records
(4) NYSDEC Records

m:\work\Prec#113
9/25/98  9:05 am

URSNYC-002824

TABLE 2

STATUS OF REGULATORY COMPLIANCE

| Report Tank and Piping No. | REGULATORY REQUIREMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Tank, Pipe Tightness | Leak Detection | Secondary Containment | Corrosion Protection | Spill Prevention | Overfill Prevention | Stage I Vapor Rec. | Stage II Vapor Rec. | Permanent Tank Closure |
| 1 | Due to failed tightness test lining or Replacement REQUIRED NOW | None present; REQUIRED NOW | None present; required only of new tanks | None present; REQUIRED 12/98 | None present; REQUIRED 12/98 | Management Practices REQUIRED NOW; High-level shutoff REQUIRED 12/98 | None present; REQUIRED NOW | Required when tank is repaired, replaced or recondi-tioned; therefore REQUIRED NOW | Not required if upgraded require-ments are met. |

NOTE: Initial Abatement Measures and Site Check, at a minimum, are also required of the site by Subpart F of 40CFR 280 due to the failed tightness test Additional investigation and remedial action may be required.

m:\work\Prec#113
9/25/98  9:05 am

URSNYC-002825