# EXHIBIT D



August 14, 2001

Mr. Jacob Krimgold
Environmental Engineer
Division of Environmental Remediation
Bureau of Spills Prevention and Response
New York State Department of Environmental Conservation
47-40 21st Street
Long Island City, New York 11101

RE: NYCDDC UST PROGRAM
CONTRACT PW 348-23
SYSTEM PERFORMANCE DATA FOR THE 113TH AND 120TH PRECINCTS
MONITORING PERIOD THROUGH JUNE 2001

Dear Mr. Krimgold:

URS Greiner Woodward Clyde (URS) is continuing to supply oversight of corrective action activities at various New York City Department of Design and Construction (NYCDDC) petroleum storage sites. Attached are system performance data through June 2001 for the 113th Police Precinct and the 120th Police Precinct.

If you have any questions or comments, please call me at (716) 856-5636.

Sincerely,

**URS Greiner Woodward Clyde**

Jane Staten
Project Manager

cc: H. Roberts, O'Brien Kreitzberg
    A. Samani, NYCDDC
    File: 0535682.00\R-072 and R-081\C-1

URS Corporation
282 Delaware Avenue
Buffalo, NY 14202-1805
Tel: 716.856.5636
Fax: 716.856.2545

U:\35682.00\Word\cor\Krimgold-113th & 120th monthly rpts_June-01.doc

URSNYC-013255



FIGURE 1

113TH PRECINCT SITE PLAN

URSNYC-013258

Page 5

## TABLE 3
## 113TH PRECINCT
## GROUNDWATER ANALYTICAL RESULTS

| Sample ID: | | | MW-07 | MW-08 | MW-08 | MW-09 | MW-09 |
|---|---|---|---|---|---|---|---|
| Matrix | | | Water | Water | Water | Water | Water |
| Date Sampled: | | | 11/17/99 | 06/03/93 | 11/17/99 | 06/03/93 | 06/30/98 |
| Parameter | Units | Criteria* | | | | | |
| Volatiles | | | | | | | |
| Methyl t-Butyl Ether | UG/L | 10 | ND | NA | ND | 550 | 54 |
| Benzene | UG/L | 1 | ND | ND | ND | 400 | ND |
| Ethylbenzene | UG/L | 5 | ND | ND | ND | 58 | 1 |
| Toluene | UG/L | 5 | ND | ND | ND | 290 | 2 |
| Total Xylenes | UG/L | 5 | ND | ND | ND | 208 | 8 |
| Isopropylbenzene | UG/L | 5 | ND | NA | ND | 200 | ND |
| n-Propylbenzene | UG/L | 5 | ND | NA | ND | 1 | 1 |
| p-Cymene (p-Isopropyltoluene) | UG/L | 5 | ND | NA | ND | ND | 1 |
| tert-Butylbenzene | UG/L | 5 | ND | NA | ND | ND | ND |
| 1,2,4-Trimethylbenzene | UG/L | 5 | ND | NA | ND | 64 | 5 |
| 1,3,5-Trimethylbenzene | UG/L | 5 | ND | NA | ND | ND | ND |
| sec-Butylbenzene | UG/L | 5 | NA | NA | NA | 0.6 J | NA |
| n-Butylbenzene | UG/L | 5 | ND | NA | ND | 1 | 2 |
| Total Volatiles | UG/L | | ND | ND | ND | 1772.6 | 74 |
| Semivolatiles | | | | | | | |
| Naphthalene | UG/L | 10 | ND | NA | ND | 16 | ND |
| Total Semivolatiles | UG/L | | ND | ND | ND | 16 | ND |

\* - NYDEC Groundwater Criteria, TOGS 1.1.1 "Ambient Water Quality Standards and Guidance Values and Groundwater Effluent Limitations", June 1998.
    Concentration exceeds criteria.
R - Rejected Value.
J - Estimated concentration detected below the quantitation limit, or due to quality control outliers.
ND - Not Detected  ND J - Not Detected. Quantitation limit is an estimate due to quality control outliers.
D - Concentration reported from a secondary dilution analysis.
NA - Sample not analyzed for this analyte.
B - Compound detected in associated method blank.
\*\* Naphthalene can be analyzed as both a volatile and semivolitile compound. The maximum detected concentration from either test is reported under the semivolatile section.
Checked By: ?, 05/98 KM, 10/4/00 JJL, JMM 9/29/99    U:\programs\Main\NYCDDC.mde    7/31/01



URSNYC-013276