# EXHIBIT F



Mar 9 2009
11:24PM

# Report of Fletcher G. Driscoll, Ph.D.

In the matter of:

City of New York,
    Plaintiff

                             Case No. 04-Civ-3417

*vs.*

Amerada Hess Corp., et al.,
    Defendants

March 9, 2009

Prepared by
Fletcher Driscoll & Associates LLC

- o Implement a Centralized Monitoring Program for release detection at Police, Fire, and Transportation Department USTs,
- o Submit quarterly status reports to the USEPA regarding the Centralized Monitoring Program, and
- o Submit quarterly status reports regarding compliance with tank requirements.

In summary, the Consent Orders and Complaints by USEPA and NYSDEC demonstrate that New York City failed to properly manage its UST network during the period of peak MTBE use in New York. Because the City failed to implement various UST upgrades and leak detection requirements, numerous MTBE releases were probably not detected in a timely fashion.

*At least 19 confirmed or highly likely releases of MTBE to groundwater have occurred at publicly-owned sites in and near the JWS service area.*

Plaintiff expert, David Terry, modeled forty-two sites with potential MTBE releases in the vicinity of the focus wells. Only one city-owned and three publicly-owned sites, however, were included in his models. But, based on a review of the City's bi-monthly status reports submitted to NYSDEC, other lists of City USTs, and documents provided by the City in relation to this case, there are at least 68 known spill sites at publicly-owned facilities in Queens (Figure 2-1 and Table 2-1). Thirty-two sites within Terry's model area were reviewed to determine if they were confirmed, likely, possible, or unlikely sources of MTBE in groundwater.[11] At least 18 City-owned sites and one other publicly-owned site have had confirmed or likely releases of MTBE to groundwater within the area modeled by Terry (Figure 2-2 and Table 2-2).[12,13] No groundwater data and minimal site information are available for review for 12 city-owned sites, precluding a definitive determination of the degree of possible MTBE contamination at these

---

[11] Sites with groundwater analytical data, consultant reports, or NYSDEC spill reports indicating MTBE was detected in groundwater were classified as "confirmed." Sites with reported gasoline releases and groundwater contamination, but no confirmed MTBE detections (because site data were unavailable for review) were classified as "likely." Sites with gasoline releases that affected soil, but had no confirmed groundwater contamination were classified as "possible." Sites which had small releases, types of releases less likely to contain significant mass of MTBE (e.g. fuel oil, waste oil), or confirmed absence of MTBE in groundwater samples were classified as "unlikely."

[12] One of the confirmed MTBE sites, the Jamaica Bus Depot, may be affected by MTBE from an upgradient source.

[13] Terry modeled two additional publicly-owned sites as sources of MTBE, but these sites were considered unlikely sources in this analysis because of minimal evidence of significant releases or groundwater contamination. Cohen and Bell (2009) identified a third publicly-owned site as a potential source of the MTBE found in Well 45, but there was no confirmed groundwater contamination at that site.

Report of
Fletcher G. Driscoll, Ph.D.
March 9, 2009

sites. It is indefensible that Terry ignored 17 publicly-owned facilities within his model area where MTBE releases to groundwater were confirmed or likely.

*The City in most cases failed to investigate and delineate their MTBE plumes properly to ensure that there was no off-site contamination.*

A review of the available documentation for these publicly-owned sites found confirmed MTBE releases to groundwater were not properly investigated or documented in many cases. Usually little information was available regarding the volume of release, and in most cases off-site investigations were not conducted even if required by NYSDEC. Off-site investigations were confirmed to have occurred at only two of the City-owned sites reviewed.[14] At the 113th Police Precinct the City refused to comply with NYSDEC requests in March 1998, March 1999, and October 2007 to conduct an off-site investigation to delineate the City's MTBE plume, stating that "It has been the stated policy of the City of New York that we will not perform any borings or test wells on privately owned property" (NYSDEC, 1998; NYSDEC, 1999; NYC Department of Design and Construction [NYCDDC], 1999).

*The City's response to spills at their MTBE-contaminated sites was often slow and remediation inadequate to prevent off-site migration of MTBE plumes.*

In 1997 a petroleum release was discovered at the Jamaica Station 24 property, located approximately one-half mile northeast of the Station 6 focus wells. MTBE and other gasoline constituents were detected in soil and groundwater samples in October 1997. Subsequently three gasoline USTs and two diesel USTs were removed in December 1997 (URS Greiner, 1997).[15] MTBE Concentrations in groundwater were as high as 11,000 micrograms per liter (μg/L) in 1997 and 31,000 μg/L in 1998 in monitoring wells near the former tank locations. Despite these high concentrations of MTBE, which indicated the potential for a substantial off-site plume, the City did not sample groundwater downgradient of the source area at that time. In fact, none of the wells were apparently sampled again until October 2003, nearly five years later, when MTBE was detected at a concentration of 180 μg/L in a newly installed monitoring well at the downgradient property boundary (Shaw, 2005). This result clearly indicates that a MTBE plume with concentrations above the New York State Department of Health (NYSDOH) maximum

---

[14] These sites were the Glendale Repair Yard and the Queens South 13B sites.
[15] Two of the gasoline tanks had last passed tank tightness tests in 1989, while the other had been closed in place in 1985.

Fletcher Driscoll & Associates LLC                                                                 15

Table 2-2. Spill Sites at Publicly-Owned Facilities within Terry's Model Area

| Owner | Site Name | Site Address | Confirmed MTBE in GW? | Max MTBE Conc. (ug/L) | Year | Note | Reference |
|---|---|---|---|---|---|---|---|
| City | 102nd Precinct | 87-34 118th St. | Confirmed | 19 | 1997 | | CNY-DEC-000722 |
| City | 103rd Precinct | 168-02 91 Ave | Confirmed | 360 | 1996 | | CNY-DEC-000569 |
| City | 112th Precinct | 68-40 Austin St | Confirmed | 4,000 | 1996 | | CNY-DEC-001037 |
| City | 113th Precinct | 167-02 Baisley Blvd. | Confirmed | 35,000 | 1999 | | CNY-DEC-000368 |
| City | Cunningham Park Garage | 199-02 Union Turnpike | Confirmed | 330 | 1995 | Spill report | CNY-DEC-000049 |
| City | Douglaston Pumping Station | 65-10 Douglaston Parkway | Confirmed | | | Diesel | Spill 9602603 |
| City | Engine Company 266 | 92-20 Rockaway Blvd | Unlikely | | | 2 gallon diesel release | |
| City | Engine Company 301 | 91-02 197th St | Unlikely | | | Fuel oil | |
| City | Engine Company 302 | 143-15 Rockaway Blvd | Unlikely | | | 5 gallons fuel oil | |
| City | Engine Company 317 | 117-11 196th St | Unlikely | | | | |
| City | Engine Company 324 | 108-01 Horace Harding Exp | Confirmed | 17 | 1997 | | CNY-DEC-000817 |
| City | Engine Company 326 | 64-04 Springfield Blvd | Confirmed | >50 | | Diesel | CNY-DEC-000658 |
| City | Family Court House | 151-20 Jamaica Ave | Unlikely | | | | |
| City | Forest Park Garage | 88th Place and Myrtle Ave | Possible | | | 1996 gasoline release | |
| City | Glendale Repair Yard | 88-25 70th Rd | Confirmed | 51,000 | 1997 | | NYC2_0091572 |
| City | Highway Patrol Precinct #3 | 198-15 Grand Central Parkway | Confirmed | 69 | 1993 | | NYC2_0043271 |
| City | Jamaica Bay Water Control | 150-20 134th St | Unlikely | | | Fuel oil | |
| MTA | Jamaica Bus Depot | 165-18 South Rd | Confirmed | 31,000 | 1998 | Possible offsite source | NYC2_0091608 |
| City | Jamaica Water Supply Station #24 | 107-17 178th St. | Unlikely | | | Fuel oil | |
| City | Jamaica Water Supply Station #31 | 127-15 92nd Ave | | | | 1990 gasoline release-Modeled by Terry | |
| MTA | LIRR-Hillside Support Facility | 93-59 183rd St | Possible* | | | 1995 gasoline release-Cohen listed as potential source | |
| MTA | LIRR-Morris Park Yard | 91-53 121st St | Possible | | | Small gasoline-Modeled by Terry | |
| NYS | NY State Armory | 93-05 168th St | Unlikely* | | | Spill report | Spill 9602604 |
| City | Q4 Yard | 149-40 134th St | Confirmed | 6 | 2007 | Limited Data | NYC2_0073167 |
| City | Queens East 10 | 130-23 150th Ave. | Confirmed | | | 1995 gasoline release | |
| City | Queens East 12 Garage | 130-23 150th Ave. | Likely | Not Detected | | | |
| City | Queens East 12A (was South A) | 170-37 Douglas Ave. | Unlikely | | | | |
| City | Queens Hospital Center EMS | 82-68 164th St | Likely | No pre-2007 data | | 1995 gasoline release | |
| City | Queens 8 Garage | 130-23 150th Ave. | Likely | | | 1994 gasoline release | |
| City | Queens South 13B | 153-67 146th Ave | Confirmed | 7,000 | 2000 | Waste oil | NYC2_0082883 |
| City | Queens West 9 | 132-05 Atlantic Ave | Unlikely | Not Detected | | | |
| City | Third Ward Yard | 49-14 Fresh Meadow Lane | Confirmed | | | Spill report | Spill 9602602 |

*   Terry modeled site as having MTBE release

Confirmed: MTBE reported detected in groundwater (data table, consultant report, or spill report)
Likely: Groundwater confirmed affected by gasoline, but no MTBE data available for confirmation
Possible: Gasoline release in 1990s, but no confirmation that groundwater affected
Unlikely: Spill size or type makes less likely that MTBE affected groundwater

MTA- Metropolitan Transit Authority
NYS- New York State

Fletcher Driscoll & Associates LLC