# EXHIBIT G



Feb 6 2009 6:17PM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MtBE") Products Liability Litigation | MDL No. 1358<br>Master File C.A. No.<br>1:00-1898 (SAS) |

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*
04 Civ. 3417

## EXPERT SITE SPECIFIC REPORT OF MARCEL MOREAU

Marcel Moreau Associates
73 Bell Street
Portland, ME 04103

*Marcel Moreau* (signature)                February 6, 2009

**Signature**                               **Date**

| | 118-02 Queens Blvd, Forest Hills |
|---|---|
| | **Chevron #121096** |

**Summary:** Property owned by McMahon's. Gulf initial lease expired in 1973, but was extended to 1988. Lease assumed by Chevron in 1986, who began leasing to Cumberland Farms. <u>Twelve tanks tested in Feb 1986 and all failed</u>. Tanks were repaired and all passed tank test in March 1986. Heating and used oil tanks failed tank testing in June 1986. Soil borings in 1987 found BTEX in soil. In 1989, Kew succeeded the McMahon's as landlord of the property, and notified Cumberland and Chevron to remove USTs by end of lease (Oct 31, 1993). Cumberland/Chevron surrendered property to Kew Point in Dec 1993, at which time Cumberland removed 12 USTs from property. Another report states that 14 USTs, 3 lifts, and an O/W separator were removed in Oct 1993. Evidence of soil contamination was found in 1994 investigation (with DEC oversight), and subsequent GW testing revealed GW contamination, with MtBE in MW at 38,000 ppb. Kew alleged in 1996 Complaint that Chevron did not clean up site to satisfaction of DEC.

**NOTE:** Spill 93-08567. Many docs removed as Privileged Information. No remediation reports, and no DEC closure letter.

| Adobe Page # | Bates CHNY000 | Date | Notes |
|---|---|---|---|
| 1 | 2732 | 9/1994 | Docs removed as PRIVILEGED |
| 7 | 2860 | 5/1994 | RE: Legal claims by Cumberland Farms - $500 to 600K, including Settlement Agreement. |
| 8 | 2740 - 2747 | 8/9/1996 | Complaint filed by Kew Point Assoc against Chevron (2740 - 2747). Under Factual Allegations, stated that Cumberland and Chevron surrender property to Kew Point in Dec 1993. At this time, Cumberland removed 12 USTs from property, and found evidence of soil contamination. Subsequent GW testing revealed GW contamination, and Kew states that Chevron did not clean up the site to the satisfaction of DEC (Item 12). |
| 30 | 2728 - | | Claim Background and Review, with chronology. 2/12/1986: Twelve 550-gal USTs tested; all failed. 3/6/1986: Tanks repaired and all passed tightness test. 6/4/1986: Used oil and fuel oil tanks failed tank test. 3/1987: BTEX detected in soil from 5 borings. |
| 34 | 2786 | Dec 1994 | Misc. |

| 658 | 13427 | 3/7/2003 | Design Report for Permanent Remediation Systems (Roux) |
|---|---|---|---|
| 765 | 13534 | 10/14/2002 | Final Corrective Action Plan (Roux) |
| 1077 | 13846 | June 1996 | Closure Report for the Excavation of One 1,000 Gallon UST (Tyree)<br>- Removed 195 gal of off-spec petroleum combustible liquid from double-walled tank.<br>- Appeared to be "relatively new and did not have apparent deterioration". Photos included in app.<br>- Visible evidence of soil contamination<br>- Spill reported and assigned **existing Spill No 93-12565**.<br>- Soil excavated but VOCs and SVOCs in excess of Guidance Values remained – no MtBE results, and no record of how much soil removed. |
| 1115 | 13884 | 2002 - 2004 | Waste disposal records for purge water, oil/water separator rinseate, soil/ (2,000 lbs), solids (600 + 300 gal), soil (20 +20 + 20 yds – multiple copies for multiple shipments), gasoline mixture from USTs (7,000 gal – multiple shipments in Dec 2002 and Jan 2003) |
| 1255 | 14025 | 2002 | Permit Information and Insurance Related Info<br>- Sewer discharge of effluent from rem system<br>- Includes 3/27/2003 ltr with DEC comments to ExxonMobil on Design Report for Permanent Rem System (p. 14149)<br>- Street opening permits |
| 1456 | 14225 | 2001 - 2002 | Order on Consent, Case No. 2-156957 dated 10/10/2002<br>Access Agreements |
| 1578 | 14347 | 2001 | DEC comment ltr re investigation |
| 1584 | 14353 | 10/17/2001 | ## NYS PBS Inspection Report<br>- five 4,000-gal installed 7/1987<br>- one 1,000-gal installed 1/1990?<br>- unreported spill observed on 1K tank; tank doesn't meet standards<br>- tightness testing NOT conducted on any USTs |
| 1586 | 14355 | 10/16/2001 | ## Priority Alarm History printout |
| 1591 | 14360 | Various | Duplicate spill reports. |
| 1596 | 14365 | 2001 | Corres. with NYSDEC re Birch School inv. |
| 1610 | 14379 | Oct 2001 | Dup of PBS Insp. Rpt and ## Notice of Violation<br>- Tank 108 – unreported spill; "accumulation of oily liquid material in the top sump and/or fill port catch basin". |
| 1617 | 14386 | 11/2/2001 | Waste disposal – drill cuttings (6, 55-gal drums) |
| 1621 | 14390 | 2001 | Scope of Work and Access Agreements – Birch |

Initials:   CMF/MGM                                                                                             Page  1 of 3

| 205-33 Hollis Ave, Hollis |
|---|
| **BP Amoco #545** |
| (Also listed with an address of 9 Hollis Ave) |

**Summary:** Records show that five steel 4,000-gal USTs were installed at this location in May 1989.  A Notice of Violation was issued in 1992 following a failed site inspection – primarily related to unregistered tanks and lack of LD documentation.  In 1992, the results of a soil gas survey suggested that the area between the northern border and the tank mat had high levels of contamination.

The facility has a history of failed tank tests.  In January 2003, two out of five 4,000-gal USTs failed a tank test.  The results were reported to DEC and **Spill No. 02-10942** was assigned.  In Feb, one tank of these tanks was uncovered and a defective vent line and plastic bushing were found and replaced.  The tanks were retested and both passed a tightness test.  Impacted soil was excavated and post-removal soil samples analyzed for BTEX and MtBE were below Soil Cleanup Objective.  A total of 5.82 tons of petroleum-impacted soil were removed for disposal.  Closure of the spill no. was requested at that time on the basis of the cleanup.

*Monthly Statistical Inventory Reconciliation Reports* for Oct 2003 to April 2004 indicated losses from one or more USTs.  And in 2006, testing by Crompco listed two tanks as having failed the test.

**Notes: Spill No. 02-10942**

| Adobe Page # | Bates # BPII 00036 | Date | Notes |
|---|---|---|---|
| **CD16, ALL** | | | |
| 1 | 0005 | 4/18/2003 | Ltr to DEC requesting closure of **Spill No. 02-10942**. <ul><li>Five 4,000-gal USTs tested in Jan 2003.  Two premium tanks failed test.</li><li>Results reported to DEC and **Spill No. 02-10942** was assigned.</li><li>In Feb, one tank was uncovered and a defective vent line and plastic bushing were found and replaced.</li><li>The tanks were retested and both passed tightness test.</li><li>Impacted soil was excavated and post-removal soil samples analyzed for BTEX and MtBE were below Soil Cleanup Objective.</li><li>5.82 tons of petroleum impacted soil were removed for disposal.</li></ul> |