# EXHIBIT I





Feb 6 2009
4:56PM

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SUSAN E. AMRON<br>Phone: (212) 788-1578<br>Fax: (212) 788-1619<br>E-mail: samron@law.nyc.gov |

February 6, 2009

By Email
James A. Pardo
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922

      Re:    *City of New York v. Amerada Hess*, et al., 04 CV 3417 (SDNY)
              *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation*,
              MDL No. 1358, Master File No. 1:00-1898 (SAS)

Dear Mr. Pardo:

      In accordance with the Court's direction at the December 11, 2008 status conference, the City of New York identifies the following City employees who may provide opinion and/or expert testimony at trial and the topics on which they may give such testimony. The City reserves the right to modify the identified topics and to identify additional current and former City employees who may provide opinion and/or expert testimony at trial in response to opinions or testimony offered by defendants.

| Name | Topic |
|---|---|
| James Roberts | The future use of the City's groundwater system; the quality of water supplied to City consumers; the importance of community outreach and maintaining public confidence |
| Stephen Schindler | The quality of water supplied to City consumers |
| Ian Hurley | Analysis of water quality samples from the City wells and distribution system |

| | |
|---|---|
| Daniel Walsh | Investigation and remediation of petroleum spills in the City, including spills with MTBE |

       Nothing herein limits the City's right to identify these and other current and former City employees as percipient witnesses for trial in accordance with the schedule agreed upon by the parties.

       Very truly yours,

       *Amanda Seal* for SEA

       Susan E. Amron
       Deputy Chief
       Environmental Law Division

c:    All counsel (by LNFS)