# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE:                    :   Master File

                          :   No. 1:00-1898

Methyl Tertiary           :   MDL No.:  1358

Butyl Ether ("MTBE")      :   (SAS) M21-88

Products Liability        :

Litigation                :

In Re:  City of New York

- - -

CONFIDENTIAL (PER 2004 MDL 1358 ORDER)

May 4, 2009

- - -

Videotape deposition of DANIEL C. WALSH, Ph.D., held in the offices of McDermott Will & Emery, 340 Madison Avenue, New York, New York 10173, commencing at 9:45 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

Page 109

1 on petroleum sites involve source removal

2 at the origin of the pollution, either a

3 tank, a spill of soil -- a spill of

4 petroleum in the soil around the tank.

5 And occasionally treatment through some

6 form like CHEMOX in the -- in the on-site

7 area in the vicinity of the tank pull.

8               It's not uncommon for

9 groundwater contamination to leave the

10 property, but it is very uncommon for

11 that contamination to be chased by the

12 responsible party.  There are a variety

13 of reasons for that.  New York City, I'd

14 say the biggest single reason is the

15 density of population, the difficulty of

16 off-site sampling.  Commonly samples are

17 collected -- there's an identification of

18 off-site impact, but the remedy is, as a

19 practical matter, beyond the reach of the

20 project.  And there are cases where the

21 investigation isn't sufficient to fully

22 identify the reach of contamination.

23               There are a variety of other

24 factors that influence New York City,