# EXHIBIT 1

American Petroleum Institute

Date: 12/23/86

From: David Chen

To: Gene Schmidt    AMOCO
Bill Shepherd    Shell
Gene Mancini    ARCO
Bill Stone    Exxon
Bob Hockman    Pennzoil

Subj: Articles on MtBE

Please review these articles promptly
and provide any comments / critiques
that you may have by January 6th
( you may call & follow with written comments)
in time for the NEIWPCC meeting
on January 8 where API may be
interested in providing a rebuttal.

The paper by Garrett, Moran and
Lowry was submitted as part of the 1986
NWWA - API GW Conference Proceedings.
I have alerted Jay Lehr of NWWA
that members of the API GWTFF
may have some comments to provide
since some of the technical claims
may be unsubstantiated and erroneous.
Furthermore, it is suppose to be a
technical paper, leaving out any emotionalism

**EXHIBIT 6**

and biases which do not belong
there!

The Alcohol Weekly article
is of possible grave concern to
the "oxygenate producers", especially
as not all facts are in!

One further note is that EPA
is contemplating conducting studies
on the chronic effects of MtBE.

With the phasedown of lead in
gasoline, the ethers are gaining more
attention. API will need to deal
with the ethers and alcohols as
octane enhancers in gasoline in a
systematic way. I am sure that
meetings will be held to discuss
This subject in greater detail in
the near future.

If you are interested in
contributing to the paper review
effort and wish to discuss this
issue more formally, I suggest
a conference call with all of
you on January 6th. Please
Think about this as I shall
call each of you on Jan. 5th.

DHC

EQ-SH156 0053