# EXHIBIT 4

```
                      Dominguez, George 9-12-00.txt
                                                            1
 1   SUPERIOR COURT OF THE STATE OF CALIFORNIA
       IN AND FOR THE COUNTY OF SAN FRANCISCO
 2                         - - -
     SOUTH TAHOE PUBLIC UTILITY     :   NO. 999128
 3   DISTRICT;                      :
             Plaintiff,             :
 4                                  :
        vs.                         :
 5                                  :
     ATLANTIC RICHFIELD COMPANY      :
 6   ("ARCO"); ARCO CHEMICAL        :
     COMPANY; SHELL OIL COMPANY;    :
 7   et al.,                        :
             Defendants.            :
 8   - - - - - - - - - - - - - - - - - - - - -
     COMMUNITIES FOR A BETTER       :   NO. 997013
 9   ENVIRONMENT, a California      :
     Non-Profit Corporation, on     :
10   behalf of the General Public,:
             Plaintiff,             :
11                                  :
        vs.                         :
12                                  :
     UNOCAL CORPORATION, a          :
13   Delaware corporation, et al.,:
             Defendant.             :
14
                         - - -
15
                    September 12, 2000
16
                         - - -
17
                    Videotape deposition of
18   GEORGE DOMINGUEZ, held at the Centennial
     Inn, 5 Spring Lane, Farmington,
19   Connecticut 06032 commencing at 9:33
     a.m., on the above date, before Margaret
20   Peoples, a Federally Approved Certified
     Professional Reporter and Notary Public
21   of the Commonwealth of Pennsylvania.

22                       - - -
             ESQUIRE DEPOSITION SERVICES
23                    15th Floor
           1880 John F. Kennedy Boulevard
24         Philadelphia, Pennsylvania 19103
                   (215) 988-9191
             ESQUIRE DEPOSITION SERVICES
                                                            2
 1   A P P E A R A N C E S :

 2
     COOPER & SCULLY, P.C.
 3   BY:  SCOTT SUMMY, ESQUIRE
     900 Jackson Street
 4   Suite 100
     Dallas, Texas  75201
 5   (214) 712-9500
     Counsel for the Plaintiff
 6
```

```
                   Dominguez, George 9-12-00.txt
  3          A.    Yes.
  4          Q.    Describe those.
  5          A.    I was assigned by SOCMA to
  6   be a staff representative for OFA,
  7   provide staff support services to OFA.
  8          Q.    And how would you do that?
  9          A.    Convene meetings, provide
 10   minutes of meetings, make arrangements
 11   for any discussions that the members
 12   might wish to have with either our
 13   internal support staff or any external
 14   support, provide a newsletter for the
 15   association members, and assist in the
 16   recruitment of new members.
 17          Q.    At that time did you have to
 18   be a member of SOCMA to be able to be a
 19   member of OFA?
 20          A.    Do you mean by that the
 21   member companies of OFA?
 22          Q.    Right.  Yes.
 23          A.    No, they did not.
 24          Q.    So as a company you could be
                   ESQUIRE DEPOSITION SERVICES
                   GEORGE DOMINGUEZ                       34
  1   a member of OFA and not be a member of
  2   SOCMA?
  3          A.    Yes.
  4          Q.    What type of companies back
  5   in 1984 were members of OFA?
  6          A.    Producers of fuel oxygenates
  7   and users of fuel oxygenates.
  8          Q.    Back in 1984 when you joined
  9   SOCMA, were major oil and gas companies
 10   members of OFA?
 11          A.    Some as members of OFA.
 12          Q.    At some point in time while
 13   serving as a staff representative with
 14   the OFA, did the OFA become interested in
 15   a chemical by the name of MTBE,
 16   Methyl-Tertiary Butyl Ether?
 17          A.    Yes, they did.
 18          Q.    Do you recall approximately
 19   when that was?
 20          A.    That would have been
 21   basically from the 1985/1986 period.
 22          Q.    What is your first
 23   recollection of monitoring MTBE as a
 24   staff representative with OFA?
                   ESQUIRE DEPOSITION SERVICES
                   GEORGE DOMINGUEZ                       35
  1          A.    I'm not sure I understand
  2   the question.  What does monitoring mean
  3   in that context?
  4          Q.    As a staff representative,
  5   keeping up with a topic of interest to
  6   your members.
  7          A.    Definitely from '84/'85
  8   onwards because we were interested in all
  9   oxygenates.  So perhaps I should clarify
 10   and say as a staff representative, we
 11   were interested in all oxygenates.
 12          Q.    I'm going to come back to
 13   that.  Let me ask you a few more
                              Page 16
```

```
                Dominguez, George 9-12-00.txt
          ESQUIRE DEPOSITION SERVICES
             GEORGE DOMINGUEZ                    38
 1    chemicals?
 2         A.    No, I don't.
 3         Q.    Do you recall any member of
 4    OFA ever informing you of that fact?
 5         A.    No.  I recall discussions
 6    about MTBE, but not differential
 7    solubility.
 8         Q.    Back in the 1984/'85 time
 9    frame when you were a staff
10    representative at OFA, do you recall
11    learning that MTBE, when released to
12    ground water, was more mobile and
13    traveled faster than the BTEX chemicals?
14         A.    I recall that was stated by
15    some individuals, agencies, whatever.  I
16    don't recall that being documented.
17         Q.    Sir, do you recall, as you
18    sit here today, any member companies of
19    OFA informing you of the fact that once
20    MTBE was released into ground water, that
21    it would travel faster and further than
22    the BTEX chemicals of gasoline?
23         A.    No, I don't recall that.
24               I recall, as indicated,
          ESQUIRE DEPOSITION SERVICES
             GEORGE DOMINGUEZ                    39
 1    discussions about MTBE and differential
 2    solubility, but not that specifically.
 3    No.
 4         Q.    Okay.
 5               Sir, as you sit here today,
 6    do you recall any of the member companies
 7    of OFA informing you that MTBE was much
 8    more resistant to biodegradation than
 9    let's say the BTEX chemicals?
10         A.    No, I don't recall any
11    discussions about biodegradation per se.
12         Q.    Sir, do you recall a time
13    back in the mid 1980's when the EPA
14    designated MTBE under TSCA?
15         A.    Yes.  I do.
16         Q.    What did it mean when the
17    EPA placed that designation under TSCA on
18    a chemical?
19         A.    It meant that it was going
20    to be considered by the agency for
21    potential testing.
22         Q.    What type of testing?
23         A.    I don't think that was at
24    that time specified.  I think it was to
          ESQUIRE DEPOSITION SERVICES
             GEORGE DOMINGUEZ                    40
 1    be determined subsequently.
 2         Q.    Sir, do you recall MTBE
 3    being designated by EPA under TSCA?
 4         A.    Yes.
 5         Q.    Do you recall approximately
 6    when that was?
 7         A.    No.  It would have been in
 8    the '80s, but I don't recall the precise
 9    date.
                        Page 18
```

```
                     Dominguez, George 9-12-00.txt
10         Q.    Okay.  Do you recall at that
11   time in the mid 1980's, after EPA
12   designated MTBE under TSCA, that you were
13   involved in the formation of what has
14   become known as the MTBE Committee?
15         A.    Yes.
16         Q.    Sir, do you recall when you
17   began representing the industry as the
18   executive director of the MTBE Committee
19   in communications with the EPA?
20             MR. THALER:  Let me just
21         object to the words the industry.
22         It's ambiguous.
23             Go ahead.  You can answer.
24             THE WITNESS:  Approximately
             ESQUIRE DEPOSITION SERVICES
               GEORGE DOMINGUEZ                 41
 1         1986, I believe, was when the task
 2         force was created.  I don't recall
 3         the exact date.
 4   BY MR. SUMMY:
 5         Q.    Okay.  Prior to the
 6   formation of the MTBE Committee --
 7         A.    Yes.
 8         Q.    -- had you been monitoring
 9   communications by members of the OFA to
10   the EPA regarding MTBE's designation
11   under TSCA?
12         A.    No.
13         Q.    When was the first time that
14   you became aware that MTBE had been
15   designated under TSCA?
16         A.    I don't recall the exact
17   date.  It was, as I said, mid '80s.
18         Q.    Whose idea was it to form
19   the MTBE Committee to deal with the EPA
20   on the TSCA issue?
21         A.    Members of OFA.
22         Q.    How did they inform you of
23   their decision to discuss formulating the
24   MTBE Committee?
             ESQUIRE DEPOSITION SERVICES
               GEORGE DOMINGUEZ                 42
 1         A.    I don't recall specifically.
 2         Q.    Prior to the formation of
 3   the MTBE Committee but after you had
 4   learned that there was a desire to
 5   discuss formulating that group, did you
 6   begin monitoring the situation with the
 7   EPA and MTBE under TSCA?
 8         A.    Monitoring to the extent of
 9   looking at the regulations and the
10   proposed regulations, yes.
11         Q.    Okay.
12                    -  -  -
13             (Whereupon, Exhibits
14         Dominguez 1 and 2 were marked for
15         identification.)
16                    -  -  -
17             MR. SUMMY:  I'm going to
18         hand the witness what has been
19         marked as Deposition Exhibit
20         Number 1 which is nothing more
                         Page 19
```

```
                 Dominguez, George 9-12-00.txt
 6          answer, I believe, would be based
 7          on the decision of the Oxygenated
 8          Fuels Association to undertake
 9          representation for MTBE.  So it
10          would have been the decision of
11          the OFA.
12  BY MR. SUMMY:
13          Q.    Okay.  At the time that the
14  OFA made the decision to oversee the
15  representation of MTBE with the EPA, was
16  the MTBE Committee formulated at that
17  time?
18          A.    No.  I think it was as a
19  result of that.
20          Q.    Okay.  Who at the OFA made
21  the decision to oversee the
22  communications with the EPA related MTBE?
23          A.    The OFA management
24  committee, steering committee, whatever
                ESQUIRE DEPOSITION SERVICES
                GEORGE DOMINGUEZ                    46
 1  its proper term was at the time.
 2          Q.    Would that have been
 3  comprised of members of the OFA?
 4          A.    Yes.
 5          Q.    Do you recall who the
 6  members of the OFA were that made the
 7  decision for the OFA to oversee
 8  communications with the EPA related to
 9  MTBE?
10          A.    No, I do not recall all of
11  them.
12          Q.    Do you recall some of them?
13          A.    Celanese Corporation.  ARCO.
14  Sun.  I believe Snamprogetti, but I'm not
15  sure if they were involved or if they
16  joined later.  Mobil.  Texaco.  Those are
17  the only ones I remember.
18          Q.    Do you recall Exxon?
19          A.    Now that you mention them,
20  yes.
21          Q.    Do you recall Phillips?
22          A.    No.
23          Q.    Okay.  So the decision was
24  made for you to become involved in
                ESQUIRE DEPOSITION SERVICES
                GEORGE DOMINGUEZ                    47
 1  communications with the EPA prior to the
 2  formal MTBE Committee being put together;
 3  correct?
 4          A.    No.  I think it was the MTBE
 5  Committee that was formed and then the
 6  decision was that as the staff member of
 7  OFA, I should be the staff member of
 8  MTBE.
 9          Q.    Okay.  So, it's your
10  testimony that the MTBE Committee would
11  have been formulated prior to you showing
12  up, for example, at a public meeting
13  related to MTBE with the EPA which is
14  outlined in Exhibit 2; correct?
15          A.    I don't follow that
16  question.
                              Page 21
```

```
                 Dominguez, George 9-12-00.txt
17        Q.    Well, if you take a look at
18   Exhibit 2.
19        A.    Okay.
20        Q.    The title is Minutes for the
21   Public Focus Meeting for MTBE December
22   17th, 1986; correct?
23        A.    Yes.
24        Q.    And if you take a look at
             ESQUIRE DEPOSITION SERVICES
                GEORGE DOMINGUEZ                        48
 1   about the third page, you'll see a
 2   sign-in sheet?
 3        A.    Right.
 4        Q.    And I believe if you look at
 5   the third name down, that is you;
 6   correct?
 7        A.    Mm-hmm.
 8        Q.    And your company affiliation
 9   as it's still filled out on the form is
10   OFA; correct?
11        A.    Yes.
12        Q.    Prior to you having shown up
13   at this meeting, would the MTBE Committee
14   already have been formulated?
15        A.    Oh, I don't believe so.
16        Q.    Okay.  That is what I was
17   trying to get at.
18              So initially you began
19   showing up at the meetings with the EPA
20   in your capacity with OFA?
21        A.    Yes.
22        Q.    Okay.  Now, if you take a
23   look at the minutes and you take a look
24   at the first paragraph on Deposition
             ESQUIRE DEPOSITION SERVICES
                GEORGE DOMINGUEZ                        49
 1   Exhibit Number 2, and if you look at
 2   the --
 3        A.    Is that the deposition?
 4              MR. THALER:  No, this one.
 5   BY MR. SUMMY:
 6        Q.    That one right there.  And
 7   if you take a look at the last two
 8   sentences of the first paragraph, it
 9   begins "an additional concern?"
10        A.    Mm-hmm.  Yes.
11        Q.    It says, An additional
12   concern brought out by TRDB research was
13   the contamination of ground water
14   supplies by MTBE.  There are over 700,000
15   underground storage tanks for petroleum
16   products in the US and about 30 percent
17   of these tanks leak.
18              Do you see that entry?
19        A.    Yes.
20        Q.    Now, you were at this
21   meeting of December 17th, 1986; correct?
22        A.    Yes.
23        Q.    And at this meeting, the EPA
24   brought out an additional concern over
             ESQUIRE DEPOSITION SERVICES
                GEORGE DOMINGUEZ                        50
 1   MTBE's contamination of ground water;
```