# EXHIBIT 5



**OXYGENATED FUELS ASSOCIATION, INC.**

1330 CONNECTICUT AVENUE, N.W., #300, WASHINGTON, D.C. 20036-1702 • (202) 659-0060

FOR IMMEDIATE RELEASE

Contact: John F. Murray
Executive Director
(202)659-0060

## EPA, Industry and Canadian Studies Find MTBE Effective and Safe

Washington, D.C., March 10, 1993--Three recently released studies present findings that MTBE is effective and safe at low-dose exposures. A five-year health effects test conducted by industry through the Oxygenated Fuels Association, Inc., (OFA) released these findings. A February 1993 EPA report, *MTBE-Oxygenated Gasolines and Public Health Issues* and an assessment report from Canada's departments of Environment and Health and Welfare concurred with industry's findings.

The 1990 amendments to the Clean Air Act mandated the use of oxygenated fuels to reduce carbon monoxide (CO) and benzene emissions from motor vehicles in 39 cities with the most serious CO pollution problems, during the coldest months of the year. The most popular oxygenates are methyl tertiary buytl ether (MTBE), a methanol-based product, and ethanol, which is usually made from corn.

"The oxygenate MTBE has significantly reduced levels of carbon monoxide and tailpipe emissions of carcinogens", said Jack Murray, Executive Director of OFA. "That is the objective of the Clean Air Act and we are pleased that MTBE plays a significant role."



AFFILIATED WITH SYNTHETIC ORGANIC CHEMICAL MANUFACTURERS ASSOCIATION, INC.

EX 029929

MTBE is not new. It has been used by most refiners in the marketplace since 1979. MTBE has been most widely blended in the premium grades of gasoline and over 100 billion gallons of gasoline containing MTBE have been used in the U. S. MTBE has been thoroughly tested in both old and new cars, and there are probably few people who have not used gasoline containing MTBE in their cars.

Recently, publicity by advocacy groups and the media have focused on potential adverse health effects, typically headaches and nausea, possibly related to MTBE smell. Experience does not support these findings, although testing continues using a wide range of exposure scenarios.

The Oxygenated Fuels Association was formed early in 1983 by the leading producers of oxygenated fuels and U.S. gasoline refiners/marketers. It was established to advance the use of oxygenates in fuel by providing accurate technical information of the blending, performance, handling and environmental properties of oxygenates as fuels and fuel components.

EX 029930