# EXHIBIT 6

Minutes for the Public Focus Meeting

For Methyl tert-Butyl Ether (MTBE)

December 17, 1986

The meeting opened with comments from Rich Troast, Section Chief in the Test Rules Development Branch. Beth Anderson, project manager for MTBE, presented the handout information (attached) which outlined the concerns and testing recommended by the Interagency Testing Committee (ITC) Report 51 FR 41417 (November 14, 1986). She indicated the data gaps in: health effects, exposure, and production data and requested industry submission of this information. An additional concern brought out by TRDB research was the contamination of ground water supplies by MTBE. There are over 700,000 underground storage tanks for petroleum products in the US and about 30% of these tanks leak.

Vinay Kumar, Chemical Engineering Branch, submitted a list of questions and requested industry response. Ed Coe, Economics Branch, presented a list of questions for industry response. He estimated the ITC testing costs ($500,000 to $800,000) and the annualized test cost per pound as a percentage of product price per pound: 0.009% to 0.018%.

William Kilmartin, from ARCO Chemical Company, presented data to answer the ITC's concerns with two major points: 1) Monitoring of exposure to MTBE from gasoline vapors is needed. The worse case exposures can be calculated from existing data. 2) Testing for chronic inhalation health effects is not necessary because worse case exposures to MTBE are well below the no observable adverse effect level.

Arthur Lington, EXXON Corporation, presented a summary of health effects testing of MTBE already conducted. His review of MTBE data concluded that there was no need to conduct a chronic study to assess oncogenic, hematologic or neurotoxic effects based on data from experiments with MTBE, other aliphatic ethers and tert-butyl alcohol. The presentation concluded by suggesting that a TLV of 100 ppm MTBE would allow a margin of safety of 100 or greater because exposure to MTBE vapor is generally <1 ppm.

The industry representatives were encouraged to submit supplemental information and the mandatory 8(a) and 8(d) information for the Agency's course setting process. Rich Troast indicated that a public course setting meeting would be held in April. Then the meeting was adjourned.

Attachments

## Schedule

| Week [1] | Event |
|---|---|
| 0 | Receive ITC report recommendation |
| 2 | Publish ITC report, 3(a) & 8(d) notices, and invitation for public participation in negotiations |
| 3-6 | Comment period on ITC report |
| 6 | Public focus meeting |
| 7-14 | 8(a) and 8(d) reporting period |
| 18-20 | Course-setting |
| 22 | Public meeting on course-setting decision and deadline for requests to participate in negotiations |
| 22-30 | Negotiations |
| 32 | EPA decision point: consent agreement or test rule |

| Week | Consent Agreement |
|---|---|
| 34-36 | Prepare consent agreement; circulate to parties |
| 36-40 | Comments due on consent agreement |
| 42 | Comment resolution meeting if necessary |
| 42-44 | Prepare final consent agreement and FEDERAL REGISTER notice |
| 44-48 | Sign-off consent agreement and FEDERAL REGISTER notice |
| 50 | Publish FEDERAL REGISTER notice |

| Week | Test Rule |
|---|---|
| 32-60 | Rule preparation, agency review and sign-off |
| 62 | Publish proposed rule in FEDERAL REGISTER [2] |
| 70-106 | Agency reviews comments; preparation of final rule or no-test decision, agency review and sign-off [2] |
| 108 | Publish final rule or no-test decision in FEDERAL REGISTER [2] |

METHYL TERT-BUTYL ETHER FOCUS MEETING
DECEMBER 17, 1986    10 A.M.

Name: ART LINDSTROM
Company Affiliation: EXXON Corporation
Address: P.O. Box 235  E. Millstone  NJ  08877
Phone Number: 201-873-6075

Name: JAMES DEJOVINE
Company Affiliation: ARCO Chemical
Address: 1500 Market St  Philadelphia  PA  19102
Phone Number: 215-557-2609

Name: C. J. Zemaitis
Company Affiliation: EPA
Address: 1330 G Ave  Wash DC  20085
Phone Number: 202-675-0060

Name: Ken Sternberg / Lori Wainright
Company Affiliation: Alcohol Week
Address: 1234 Jeff. Davis Highway, Arlington, VA 22203
Phone Number: 892-8511

Name: George Voors
Company Affiliation: ARCO Chemical
Address: 1500 Market St., Phila Pa 19101
Phone Number: (215) 557-2255

Name: Vinov Kumar
Company Affiliation: EPA
Address: Washington D.C. 20460
Phone Number: 202-382-3741

Name: John DeLOR
Company Affiliation: Texaco Inc
Address: PO Box 509  Beacon NY  10418
Phone Number: 914-831-3400 x6310

Name: WILLIAM J. KILMARTIN
Company Affiliation: ARCO CHEMICAL CO
Address: 1500 MARKET ST  PHILA PA 19102
Phone Number: 215-557-3560

Name: S.A. LIDLOW
Company Affiliation: ARCO Chem. Co.
Address: 3801 West Chester Pk., Newtown Square, PA 19073
Phone Number: (215)359-2000

Name: Joanne Kla
Company Affiliation: TRDB
Address: 401 M St SW
Phone Number: 475-9120

Name: Ed Coe
Company Affiliation: EPA  OTS/ETD/RIR
Address: TR-779
Phone Number: 382-2734

Name: Michael Cimorino
Company Affiliation: EPA  OTS/HERD/TEB
Address: TS-706
Phone Number: 382-7451

Name: DANIEL TALSMA
Company Affiliation: AMOCO CORP
Address: 200 E. RANDOLPH  CHICAGO IL 60601
Phone Number: 312-856-5277

Name: D. A. GRAY
Company Affiliation: SYRACUSE RESEARCH CORP
Address: SYRACUSE, NY 13210
Phone Number: 315-___-___

Name     R~~ Cooler
Company Affiliation     PTE N
Address     _____
Phone Number     544-1960

Name     LYNNE AKERSON
Company Affiliation     APT
Address     1220 L ST NW
Phone Number     682-8470

Name     Philip H. Howard
Company Affiliation     Syracuse Res Corp
Address     Merrill Lane, Syracuse NY 13210
Phone Number     315-435-5100

Name     Michael Neal
Company Affiliation     Syracuse Research Grp
Address     Morrill Land Sub
Phone Number     315-425-5100

Name     JACK McCARTHY
Company Affiliation     EPA/ITA
Address     Kn, Mo —
Phone Number     781-2772

Name     Bob Onick
Company Affiliation     EPA/ITC
Address     TS 792
Phone Number     382-3820

Name     H.J Sawn
Company Affiliation     Chem Mfg Assoc
Address     2501 M ST NW  Wash DC 20037
Phone Number     702 887-1169

Name: L.A. Shurlock
Company Affiliation: CMA
Address: 2501 M ST NW   WDC   20072
Phone Number: 202-282-1142

Name: Dave Kortum
Company Affiliation: EPA - OAR - OMS - FOCA - Fuels
Address: FAIRCHILD   EN-397E
Phone Number: 475-9841

Name: Robert Fensterhen
Company Affiliation: API
Address: 1201 L ST NW   Wash DC 20007
Phone Number: 682-8478

Name: Beth Anderson
Company Affiliation: EPA - OTS - ECAD - TRDB
Address: 401 M Street SW
Phone Number: 475 8158

Name: Rick Troast
Company Affiliation: EPA
Address: ...
Phone Number:

Name:
Company Affiliation:
Address:
Phone Number:

Name:
Company Affiliation:
Address:
Phone Number: