# EXHIBIT 7

**EXXON BIOMEDICAL SCIENCES, INC.**

P.O. BOX 235, METTLERS ROAD, EAST MILLSTONE, N.J. 08873-0802

Toxicology Division
GERARD F. EGAN, Ph.D.
Director

January 9, 1987

J. F. Zboray
Exxon Chemical Company
5200 Bayway Drive
Baytown, TX   77522


BILES-TSCA
Ex. 10
Michael E. Miller, CSR, RMR, CRR

Dear Jim:

On January 6, 1987, I attended a industry meeting on methyl tert butyl ether (MTBE). Eleven people attended (see Attachment 1) but representatives from Texaco and Phillips Petroleum did not attend. The objectives of the meeting were: 1) review 8a/8d issues, 2) review EPA issues, 3) review industry coordination position, 4) discuss groundwater contamination issue, and 5) review timetable of events. The highlights of the meeting are summarized below.

1. <u>8a/8d status</u>

   J. McCuen (ARCO) reminded industry representatives that comments to EPA are due 2-13-87. At this time, there is no reason to ask EPA for an extension. G. Dominguez (OFA) will attempt to get any relevant MTBE data from the Europeans at a 1-13-87 meeting.

2. <u>EPA issues</u>

   At the focus meeting (12-17-86), we did not get any EPA feedback on the ITC test recommendations. At industry's request, G. Dominguez will contact EPA to arrange a meeting during the week of 1-19-87. The purpose of the meeting is twofold: 1) obtain EPA feedback on ITC test recommendations and industry comments and 2) obtain information from EPA on groundwater contamination issues and concerns resulting from this.

3. <u>Industry coordination response</u>

   The Oxygenated Fuels Association (OFA) proposal was reviewed (see Attachment 2) but no decision was reached on the party selected to represent industry in its dealings with EPA. On 1-16-87, industry will meet to select a party to represent industry, either CMA or SOCMA/OFA. An agenda of this meeting is contained in Attachment 3. An Exxon representative (Jim Greenmun)

CHEMICALS-TSCA-00345

has been notified about this meeting; It would be advisable to contact him to determine who from Exxon business) will attend this meeting. Please let me know if you would want me to attend this meeting.

4. Groundwater contamination

Each attendee received the Garrett (1986) report which summarized some groundwater contamination data on MTBE in Maine. Maine has set maximum contaminant level of 50 ppb, for MTBE, which is close to the odor detection limit of 20-50 ppb in water. MTBE (690 ppb) was detected in some well water in Maine. Other states (i.e. North Carolina) have reported some groundwater contamination of MTBE. G. Dominguez will attempt to obtain any data on this incident. We also need to get any information from EPA on groundwater contamination of MTBE in various states because this may be a basis of some possible EPA testing needs (i.e. subchronic oral studies, environmental studies, etc.).

5. Timetable of events (chronological order)

   1-13-87: obtain data on MTBE, if any, from the Europeans

   1-16-87: Industry meeting on MTBE; select party to represent industry

   1-19/1-24-87: meet with EPA scientists

   2-13-87: deadline to submit 8a/8d information

Jim, if you have any questions/comments on the above or attachments, please contact me.

Sincerely,

ARTHUR W. LINGTON

AWL:lem
Attachments: 1 (Attendees)
            2 (OFA Proposal)
            3 (Agenda for 1-16-87 meeting)
            4 (1986 Garrett report)

cc: R. W. Biles
    F. E. Jacobs
    S. A. Lerman
    M. Williamson

CHEMICALS-TSCA-00346

| Name | Affiliation |
|---|---|
| Steve Ridlon | Toxicology - ARCO Chem. |
| Joan McCuen | Regulatory - ARCO Chem. |
| Michael Hyland | Chem Eng. - Snamprogetti (ENI) |
| Bill Kilmartin | ARCO Chemical - Market Dev/Tech Service MTBE |
| Walt Douthit | Sun Ref + Mkt Co. |
| Art Lington | Toxicology - Exxon |
| George Yojo | ARCO Chemical - Mgr Bus Devel. |
| Ramona Pann | Sun - Toxicology |
| Dan Talsma | Amoco - Toxicology |
| James DeJovine | ARCO Chemical |
| George J. Dominick | OFA |

CHEMICALS-TSCA-00347