# EXHIBIT 8

**ORAL CONTACT REPORT**

| NAME OF EPA REP. | CHECK IF CONTACT INITIATOR ☐ | TYPE OF CONTACT |
|---|---|---|
| Beth Anderson | | ☒ TELEPHONE<br>☐ MEETING<br>☐ OTHER |
| NAME OF FIRM/ORG. REP. | CHECK IF CONTACT INITIATOR ☒ | |
| Oxygenated Fuel Association | | |

**SUBJECT:**

**SUMMARY OF ISSUES DISCUSSED AND COMMENTS RECEIVED**

Talked to Vickie Smith - OFA will be representing producers of MTBE. She wanted the names of the states and who to contact on groundwater contamination. George Dominguez will be the coordinator - they would like to meet and address the issues raised in the focus mtg. They have about 6 people who would meet with us to address issues raised in the focus meeting. I said EPA - TRDB is still in the data gathering phase - If they have any information to send it in. She wanted to look at the docket and I told her I hadn't started the docket.

EXHIBIT
Dominguez #3
MP 9-12-00