# EXHIBIT 10

# CODING FORM FOR SRC INDEXING

REVISED 10/15/86

**Microfiche No.**
OTS0514615

**New Doc I.D.**
40-8713050

**Old Doc I.D.**
42098 E2A-14

**Date Produced:** 2/08/87

**Date Recieved:**

**TSCA section:** 4

**Submitting Organization**
OXYGENATED FUELS ASSOCIATION

**Contractor**

**Document Title**

TELEPHONE COMMUNICATION FROM OXYGENATED FUELS ASSOCIATION TO TO THE EPA REGARDING THE FORMATION OF MTBE COALITION AND REQUESTING A MEETING WITH EPA

**Chemical Category**

METHYL TERT-BUTYL ETHER

EPA-000545

EXHIBIT
Dominguez #10
mp 9-12-00

GENERAL CONTACT REPORT | 2-2-87

NAME OF EPA REP. — Beth Anderson    CHECK IF CONTACT INITIATOR ☐

TYPE OF CONTACT
☒ TELEPHONE
☐ MEETING
☐ OTHER

NAME OF MFR/ORG REP. — George Dominguez    CHECK IF CONTACT INITIATOR ☒

SUBJECT: MTBE

SUMMARY OF ISSUES DISCUSSED AND COMMENTS RECEIVED

George Dominguez of Oxygenated Fuel Association (they are methanol producers) has formed an MTBE coalition. He said their MTBE committee involves manufacturers, importers, engineering and technology. I asked if he knew of any importers (I thought we were exporting) he said they didn't have any importers at this time. Dominguez is requesting all 8(a) & 8(d) information be sent to his office and EPA. He is working with manufacturers to see that the Feb. 12 deadline is met. Their MTBE committee has 3 Task forces: 1) Health effects - Steve Risdon, ARCO, chair

2) ~~Exposure~~ ~~~~

3) Economic impact

~~~~ Dominguez requested a meeting with EPA the first week of March. I said I'd check on it and get back to him.

SIGNATURE OF EPA OFFICIAL & DATE

EPA-000546

PAGE 1 OF 1

### CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY that the microimages appearing on this microfiche are accurate and complete reproductions of the records of U.S. Environmental Protection Agency documents as delivered in the regular course of business for microfilming.

Date produced  11 (Month)   4 (Day)   88 (Year)     *Barber Smith*, Camera Operator

Place  Syracuse (City)   New York (State)

**AMTEK corp**

EPA-000547