# EXHIBIT 11

KO-P713291

MTBE Committee

1330 Connecticut Avenue, NW, Suite 300
Washington, DC 20036, Ph: 202-659-0060

February 12, 1987

Dr. Beth Anderson
U.S. Environmental Protection Agency
401 M Street, S.W.
TS-778
Washington, D.C. 20460

Dear Dr. Anderson:

As you know from our conversation last week, we have formed an MTBE Committee. In order to provide you with some additional information, I am pleased to attach a copy of the Committee's charter.

As you can see, one of our objectives is to work cooperatively with appropriate government agencies and, in that context, I am pleased to confirm that we are preparing an integrated response on behalf of the MTBE Committee to the questions raised at your December 15th Focus meeting on MTBE.

As we discussed, we would also appreciate the opportunity of meeting with you and your staff subsequent to providing you with our written comments. We plan to submit our comments on February 27th and meet with you on March 5th. I would appreciate it if you would confirm the time and location of the meeting so that I can in turn inform our members to ensure appropriate representation at the meeting.

Should you have any questions or if there is anything that requires discussion in the interim, please contact me at your convenience.

Sincerely,

George S. Dominguez

George S. Dominguez
Executive Director

GSD/vls

cc: Steering Committee
    Richard Kinds

EXHIBIT
Dominguez #11
9-12-00 MP

EXHIBIT

56 9901
STANLEY  9

## CHARTER OF THE MTBE COMMITTEE

The MTBE Committee is an organization established to provide a forum in which to address the environmental, health, safety, legislative and regulatory issues concerning methyl tert-butyl ether (MTBE) of importance to the public and the producers and users of MTBE. The Committee is dedicated to working cooperatively with the government and the public and to be a source of information to MTBE producers, users, the government and the public. In specific the Committee will:

- Address environmental issues relating to MTBE by (i) collecting data from member companies and other sources and (ii) sponsoring programs to develop data unavailable from other sources.

- Address federal and state regulatory issues relating to MTBE by (i) providing technical data to appropriate regulatory agencies and legislative bodies (ii) meeting with appropriate governmental officials to develop acceptable solutions.

- Make available to interested parties and the general public technical and scientific information relating to the use of MTBE in fuel.

- Provide a forum for the exchange of appropriate information between producers and users of MTBE.