# EXHIBIT 12

| | DATE | TIME | MANUFACTURER/ORGANIZATION |
|---|---|---|---|
| GENERAL CONTACT REPORT | 2-18-87 | 10:30 am | SOCMA |
| NAME OF EPA REP. ☐ CHECK IF CONTACT INITIATOR | | | TYPE OF CONTACT |
| B. Anderson | | | ☐ TELEPHONE ☐ MEETING ☐ OTHER |
| NAME OF MFR/ORG REP. ☐ CHECK IF CONTACT INITIATOR | | | |
| G. Dominguez | | | |

**SUBJECT:** MTBE

**SUMMARY OF ISSUES DISCUSSED AND COMMENTS RECEIVED**

George noted there were some producers - they weren't currently representing but that that situation may change in the future. He said his committee was still planning on getting a report to us by Feb. 27 so they will be ready for the March 5 meeting. I restated that we would not have firmly determined what toxocology/health studies should be conducted because we have not received or had time to evaluate the 8(d) information. He said one of the concerns he was already aware of was neuro pathology, what testing / what will be studied / what did the ITC want?

Note: other interested parties in SOMA group
 Celanese — methanol producers
 Snaprogetti — Italian exporter
 4 groups  toxocology
           environ. fate
           exposure
           economics

| | DATE | TIME | MANUFACTURER/ORGANIZATION |
|---|---|---|---|
| 40-PY/3/64 GENERAL CONTACT REPORT | 2-18-47 | 10:3 Pm | SOCMA |

NAME OF EPA REP.: CHECK IF CONTACT INITIATOR ■

Beth Anderson

TYPE OF CONTACT:
- ■ TELEPHONE
- ☐ MEETING
- ☐ OTHER

NAME OF MFR/ORG. REP.: CHECK IF CONTACT INITIATOR ☐

George Dominguez - MTBE Producers

SUBJECT: MTBE

SUMMARY OF ISSUES DISCUSSED AND COMMENTS RECEIVED

Asked George about their meeting last week - we went over my list of producers and I marked who he represented - The list is as follows: No = Not represented

- No AMERICAN PETROFINA (Not currently producing)
  (FINA OIL AND CHEMICAL)
  BIG SPRING, TX
- ✓ AMOCO
  WHITING, IN
  YORKTOWN, VA
- ✓ ARCO
  CHANNELVIEW, TX
  CORPUS CHRISTI, TX
  COASTAL REFINERY
- No CHAMPLIN PETROLEUM CO
- No DIAMOND SHAMROCK
  SUNRAY, TX
- ✓ EXXON
  BAYTOWN, TX
- No HILL PETROLEUM
  (CHARTER CO)
  HOUSTON, TX
- ✓ PHILLIPS
  SWEENY, TX
- No SOUTH HAMPTON REFINING CO
  SILSBEE, TX
- ✓ SUN REFINING AND MARKETING
  MARCUS HOOK, PA
- ✓ TEXACO
  PORT NECHES, TX
  TRANSAMERICAN
  (GHR ENERGY CORP)
  GOOD HOPE, LA
- ✓ PETRO-TEX CHEMICAL CORP
  (TEXAS PETROCHEMICALS)
  HOUSTON, TX
- ✓ VALERO REFINING
  CORPUS CHRISTI, TX

6 producers - represent
% market 73.35% / 90.185 = 91.475%

Not currently producing ??

Fina
Hill
South Hampton
Transamerican (GHR)
Not Represented
Champlin
Diamond Shamrock
Valero

SIGNATURE OF EPA OFFICIAL / DATE