# EXHIBIT 13

**EXXON CHEMICAL AMERICAS** 

ENVIRONMENTAL AFFAIRS DEPARTMENT

C.T. SEAY
Manager

February 20, 1987

TSCA Public Information Office (TS-793)
Office of Pesticides and Toxic Substances
US Environmental Protection Agency
Room NE-G004
401 M Street, SW
Washington, D. C.  20460

<u>OPTS-41023A</u>

Dear Sir:

This letter is in reponse to the notice (52FR3343, February 3, 1987) on solicitation of parties interested in negotiations for testing of Methyl tert-butyl ether (CASRN 1634-04-4).

Exxon Chemical Americas is a member of the MTBE Committee which is affiliated with the Oxygenated Fuels Association. We are interested in developments related to the process, but in the spirit of simplicity, we will look to the MTBE Committee for keeping us informed. We therefore wish to ensure that Mr. George Dominquez of the MTBE Committee be kept apprised of all proceedings and developments concerning MTBE testing.

Very truly yours,

H. L. Hunter, Jr.

HLH:skm
cc: Dr. E. L. Anderson
bcc: R. A. Ganz
     J. A. Zboray
     D. D. Sigman

HLH:87(1)

CHEMICALS-TSCA-00328

