## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, May 28, 2009, I served the accompanying Reply Memorandum of Law in Support of Defendants' Joint Motion in Limine to Exclude the Opinions of Harry Lawless upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
      May 28, 2009

_____
Amelia J. Crowley