UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re: Methyl Tertiary Butyl Ether

("MTBE") Products Liability Litigation

--------------------------------------------------------x

MDL No. 1358 (SAS)

ORDER ADMITTING COUNSEL
PRO HAC VICE

This Document Relates To:

*Redwood Center Ltd. Partnership v. Chevron Corp., et al.*,
Case No. 09 CIV 3738



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/09

## ORDER

Came on to be considered this _1_ day of _June_ 2009, the unopposed request to admit Matthew K. Edling *pro hac vice*, and after due consideration the Court is of the opinion that said request is well taken and should be in all things **GRANTED**;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Matthew K. Edling is admitted to practice before this Court *pro hac vice* on behalf of all plaintiffs in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of this Court.

Dated: 6/1/09 , 2009

_____
The Honorable Shira A. Scheindlin