UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------X

This Document Relates To:

*American Distilling and Mfg. Co Inc. v. Amerada Hess Corp.*, O4 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc. v. Amerada Hess Corp.*, 04 Civ. 1721

-------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

NOTICE AND ORDER OF RULE 41(a)(2) DISMISSAL OF DEFENDANT MERCURY FUEL SERVICES INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned matters hereby move to dismiss without prejudice Mercury Fuel Services Inc. from the above referenced causes of action, with each party to bear its own costs. Plaintiffs reserve all other rights as against all other defendants.

Pursuant to the Court's directive at the October 30, 2008 Status Conference, any party opposing Plaintiffs' dismissal of Mercury Fuel Services Inc. shall have 14 days to file its objection. Plaintiffs respectfully move this Court for an Order dismissing Mercury Fuel Services Inc. without prejudice from each of the above causes of action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

-1-

DATED: April 30th, 2009

                                    /s/ Stephen Johnston
                                    Scott Summy (Texas Bar No. 19507500)
                                    Stephen Johnston (Texas Bar No. 00796839)
                                    BARON & BUDD, P.C.
                                    3102 Oak Lawn Avenue, Suite 1100
                                    Dallas, Texas 75219-4281
                                    Telephone: (214) 521-3605
                                    Facsimile: (214) 520-1181

                                    Robert J. Gordon
                                    Robin Greenwald
                                    WEITZ & LUXENBERG, P.C.
                                    180 Maiden Lane, 17th Floor
                                    New York, New York 10038-4925
                                    Telephone: (212) 558-5500
                                    Facsimile: (212) 558-5506

                                    ***Attorneys for Plaintiffs***


**SO ORDERED:**

/s/ Judge Scheindlin
THE HONORABLE JUDGE SCHEINDLIN
United States District Judge

Dated: 6/1/09

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2009, I filed the foregoing

**NOTICE AND ORDER OF RULE 41(a)(2)**
**DISMISSAL OF DEFENDANT MERCURY FUEL SERVICES INC.**

electronically through the CM/ECF system of this Court, which causes the parties or counsel to be served by electronic means. In addition, the above document(s) was served via e-mail upon liaison counsel and via LexisNexis File & Service to all other counsel of record on the 30th day of April, 2009. A copy was provided to the Clerk, Seth Ard, via email, and the original and one copy were served via Federal Express to the Clerk of the Court.

*Shelly Shetler*
SHELLY SHETLER