UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) M21-88 |
| This document relates to all cases | |

## WITHDRAWAL OF APPEARANCE

Beveridge & Diamond, P.C., counsel for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M), hereby informs the Court that Keith T. Tashima is no longer associated with the firm, and requests that the Court withdraw the appearance of Mr. Tashima as counsel in this matter.

Dated:   June 2, 2009                                        Respectfully submitted,

_____
John S. Guttmann (JG 7601)
Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Nessa E. Horewitch (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

*Attorneys for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)*

Dockets.Justia.com

## Certificate of Service

This is to certify that on this 2nd day of June, 2009, the foregoing Withdrawal of Appearance was served on all counsel of record by Lexis Nexis File and Serve.

_____
Nessa E. Horewitch