# EXHIBIT 2

cc: MLE
KD
PJG

oc: JDR

Note: 2 sided document

bcc: G. P. Abramo
P. J. Clune
T. M. Cordano
D. M. Crann
P. N. DiGiovanni
F. B. Fitch
B. M. Harney
A. P. Johnson
J. M. Kenna
G. L. Kohlenberger
S. D. Pryor
J. D. Reichel
G. F. Schulz
F. B. Walker
R. J. Whitmore
R. J. Wolff

OXYGENATED/REFORMULATED GASOLINE
MANAGEMENT REVIEW

XOM-MT00921-000470


DEPOSITION EXHIBIT
Renna 22

XOM-DTU-00033806

CONFIDENTIAL (per 2004 MDL 1358 Order)

MDL1358hM-0167458

- 13 -

- In order to reduce our oxygenated gasoline requirements by about 40 TBD, Marketing will resource about 15 TBD of gasoline and incur a penalty of about $500 M annually.

- Marketing will support plans to optimize finished products tankage by accommodating terminal blending of mid-grade gasoline at 36 locations (in addition to Phoenix) and will require capital of about $11 MM in 1991 and 1992. A detailed listing of Marketing Terminal Capital requirements is shown in Exhibit 12.

- Marketing is currently performing a study of our Northeast distributor volume to more accurately determine the oxygenated/conventional split. We do not expect these results to vary significantly from our current estimates.

## OXYGENATED GASOLINE ECONOMICS

In summary, the cost of oxygenated gasoline combining oxygenate laid down cost in excess of its octane value, increased New York Harbor gasoline tankage cost and Marketing resourcing cost totals about $53 MM annually. This excludes incremental Manufacturing operating costs as well as the costs associated with the potential loss of Gulf/Harbor trading and the carrying costs of higher inventories all of which are currently under review.

## COMPETITIVE OXYGENATE SUPPLY/DEMAND

As shown in Exhibit 13, Mobil and Shell have the largest oxygenate requirements measured in terms of MTBE equivalents with demands of about 35 TBD. Arco follows a close second with 30 TBD, however, their requirements are all on the West Coast which is particularly difficult to supply. If we were to offset these requirements with known MTBE production capability plus assumed MTBE supplies necessary to support current sales of "reformulated/oxygenated" gasoline, Mobil and Shell continue to have the greatest shortfall, while Arco Products has sufficient access to MTBE from Arco Chemical, the world's largest MTBE producer.

## CONTINGENCY PLAN-ETHANOL BACKUP

In the event that sufficient MTBE supply is judged not to be available by about September 1991 (9-12 months prior to commencement of oxygenated fuel production), ethanol might be used to replace MTBE at the following terminals:

|  | MTBE (TBD) | ETHANOL (TBD) | CAPITAL ($MM) |
|---|---|---|---|
| Boston | 2.8 | 1.9 | 1.5 |
| Paulsboro | 1.9 | 1.3 | 1.8 |
| Malvern | 1.8 | 1.2 | 0.6 |
| Syracuse | 1.1 | 0.7 | 0.7 |
| Sub-total | 7.6 | 5.1 | 4.6 |
| Service Station Costs (Filters, etc.) |  |  | 0.2 |
| Total |  |  | 4.8 |

XOM-MT00921-000576

XOM-DTU-00033912

CONFIDENTIAL (per 2004 MDL 1358 Order)

MDL1358hM-0167564

- 14 -

Use of ethanol instead of MTBE at the terminals listed above reduces USM&R's MTBE requirements by almost 20%. Ethanol requirements of 5.1 TBD assume blending 10% to gasoline to obtain the Federal Excise tax exemption of 5.4 cpg for gasohol. Although some octane giveaway would result, overall operating costs are expected to be lower with ethanol than MTBE. These are currently being estimated.

Capital requirements are scoping estimates of facilities needed to receive and blend ethanol at the terminals. Terminal blending is necessary since gasoline blended with ethanol is not permitted via pipeline. Based on our experience at Phoenix, the construction period needed to install the facilities will be about nine to twelve months.

The Boston, Paulsboro and Malvern terminals have been selected due to their proximity to ethanol supply sources. Archer Daniels Midland (ADM) has indicated that they are in the process of obtaining tankage at Paulsboro, NJ and Revere, MA for ethanol storage. At East Boston, ethanol would be received by barge and at Paulsboro and Malvern, it would be available by rail or truck. In case the facilities to receive and blend ethanol at the terminals are not operating in time, ADM has indicated a willingness to splash blend ethanol into partially loaded trucks at their terminals until Mobil's facilities are operational.

Syracuse will be supplied with ethanol by rail from ADM's facilities in the Midwest. Truck receipt into the terminal can be achieved by transferring the ethanol from railcars to trucks at a rail siding adjacent to the terminal although this is not a recommended procedure.

In addition to the terminals listed above, ethanol might also be considered as a contingency at the Vernon and Atwood terminals. Although ADM does not currently have any ethanol storage in California, they will consider ethanol supplies on the West Coast if they have sufficient long term commitments from the industry.

XOM-MT00921-000577

XOM-DTU-00033913

CONFIDENTIAL (per 2004 MDL 1358 Order)

MDL1358hM-0167565

ATTAC‗ERNATIVE FUELS ACTIVITY
NT I   COMPETITIVE

XOM-MT00921-000578

| COMPANY | ACTION/PLANS | MAX RVP SUMMER | MAX AROM VOL.% | MAX BENZ VOL.% | MAX SULF PPM | TYPICAL WT% OXY | TIMING | REFERENCE |
|---|---|---|---|---|---|---|---|---|
| ARCO | Reformulated Gasoline - EC-1 | 8.5 | 20 | 1 | 300 | 1.0 | Sept - 1989 | U.S. Oil Week |
| | EC-1 expanded to 700 outlets from Santa Barbara to San Diego | | | | | | Apr - 1990 | Petroscan |
| | Reformulated Premium - EC-Premium. Introduced in S. California. | 8.0 | 25 | 1 | 300 | 1.5 | Sept - 6 - 1990 | Platts 9/6/90 |
| | M85 California up to 25 Stations | | | | | | Began 1988 | |
| DIAM. SHAM. | Reformulated Gasoline - "RG-87" in Colorado | 8.5 | 20 | 1 | 300 | 2.0 | Decem - 1989 | U.S. Oil Week |
| SUNOCO | 0.05 wt% Sulfur Diesel for Philadelphia Area | | | | | | Jan. - 1989 | U.S. Oil Week |
| | Reformulated Gasoline - Target Philadelphia called "ECOCLEAN" | | | | | | Q1-2 1990 | Petroscan |
| | M85 Distribution Test. - Stations in Detroit and Washington DC | | | | | | Q1 1990 | U.S. Oil Week |
| AMOCO | Lower RVP Gasoline (9.5 psi) in N. Illinois/NW Indiana Area | | | | | | June - 1990 | U.S. Oil Week |
| | CNG - 4 Stations in Denver, Northglenn, Boulder, Longmont. Joint program with Colorado Public Service. Opened a CNG station in Washington D.C. | | | | | | Begin 1990 | Platt's Oilgram 12/21/89 |
| | Reduced Emissions Gasoline - 15% MTBE in 3 grades - Meets CAA 1992 CO area standards. Introduction in Virginia/DC/Baltimore market. | 9.0 | 30 | 1 | No Spec | 2.7 | Nov - 11 - 1990 | Wash Post |
| SHELL | Reformulated Gasoline - SU2000E for 9 ozone non-attainment areas plus Washington DC. It will replace current SU2000 | 8.0 - 8.5 | No Spec | No Spec | No Spec | 1.0 | Apr - 11 - 1990 | News Release |
| | M85 - 2 Stations each in No and So California | | | | | | Q4 1991 | N.Y. Times |
| | CNG - Joint program with Pacific Gas in Northern CA. Number of stations unknown. | | | | | | 1991/92 | Petroscan |
| EXXON | M85 - Up to 5 Stations in California | | | | | | Late 1991 | |
| | Reformulated Gasoline - Reduced RVP in 40 major markets in SUL and IUL. 5.5% MTBE in NY and LA (premium) markets only. | 8.0 - 8.5 | No Spec | No Spec | No Spec | 1.0 in NY/LA | Jun-90 | Petroscan |
| | Winter Blend in Virginia, Baltimore, Boston, Wash DC, & Spokane WA markets | N/A | No Spec | No Spec | No Spec | 1.0 | Nov-90 | Petroscan |
| CHEVRON | M85 - Up to 25 Stations in California | | | | | | Ongoing | |
| | Reformulated Gasoline - Replaces current SUL in LA, San Diego. Will introduce in Houston and Baltimore later this summer. (Delayed Houston & Balt). | 8.0 | No Spec | No Spec | No Spec | 1.0 | June-15-1990 | Petroscan |
| | Reformulated Diesel - 52 Cetane, .035% sulfur, 30% aromatics | | | | | | | |
| CONOCO | Reformulated Gasoline - "RXL" leaded in Colorado and Montana | 8.5 | 25 | 2 | 300 | 2.5 in Winter | Q1 1990 | U.S. Oil Week |
| | Reformulated Gasoline - Regular Unleaded Grade in Montana | 8.5 | 25 | No Spec | No Spec | 0.0 | June 11 1990 | Oxy Fuel News |
| PHILLIPS | "Ultraclean Fleet LPG" for introduction in Midwest. | | | | | | Spring 1990 | Petroscan |
| | Reformulated Gasoline - "Superclean Unleaded Plus" in Colorado | 8.5 | 20 | 1 | 300 | 2.0 | Mid-Jan 1990 | |
| | Reformulated Gasoline - "Superclean Unleaded Plus" in St Louis | 9.0 | 20 | 1 | 300 | 2.0 | Apr 22 - 1990 | |
| MARATHON | Reformulated Gasoline - "Ameraclean" - 3 unleaded grades in Detroit | 9.5 | 25 | No Spec | No Spec | 1.8 | Mar 26 - 1990 | Petroscan |
| COASTAL | CNG program in Southwest Wisconsin joint with Univ of Wis. Also part of Natural Fuels program supply of CNG Service Stations in Colorado. | | | | | | | |
| UNOCAL | CNG program with San Diego Gas. CNG available at a service station by early '91. | | | | | | | |

CONFIDENTIAL (per 2004 MDL 1358 Order)

XOM-DTU-00033914

MDL1358hM-0167566