UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

### DECLARATION OF LESLEY E. WILLIAMS IN SUPPORT OF PLAINTIFF CITY OF NEW YORK'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING THE TREATMENT COSTS ASSOCIATED WITH OTHER VOCS

Lesley E. Williams, an attorney licensed to practice in the State of New York and in the United States District Court for the Southern District of New York, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff the City of New York ("the City") in the above-captioned matter. I submit this Declaration in support of Plaintiff City of New York's Reply Memorandum in Support of Its Motion *in Limine* No. 8 to Exclude Evidence or Argument Concerning the Treatment Costs Associated with Other VOCs (the "Reply"). This declaration authenticates the exhibit attached hereto and relied on in the City's Reply. In accordance with the Court's Individual Rules and Procedures, the exhibit has been excerpted to include only the relevant material. A copy of the exhibit appended hereto was made at my direction on or around June 2, 2009.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the final transcript

of the Deposition of David W. Hand, taken in this case on April 23, 2008.

On this 2nd day of June 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: San Francisco, California
      June 2, 2009

                                       /s/ LESLEY E. WILLIAMS
                                       LESLEY E. WILLIAMS (LW8392)
                                       SHER LEFF LLP
                                       450 Mission Street, Suite 400
                                       San Francisco, CA 94105
                                       (415) 348-8300

                                       *Attorneys for Plaintiff City of New York*