# EXHIBIT 1

David W. Hand, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - +
In Re:  Methyl Tertiary           MDL No. 1358
Butyl Ether ("MTBE")            | (SAS)
Products Liability Litigation

                                |
- - - - - - - - - - - - - - - - - - -
                                |
CITY OF NEW YORK,
          Plaintiff,            |
      vs.                         Case No.
                                | 04 Civ. 3417
AMERADA HESS CORPORATION, et al.,
          Defendants.           |
- - - - - - - - - - - - - - - - - - +


Videotaped Deposition of DAVID W. HAND, Ph.D.
Washington, D.C.
Thursday, April 23, 2009
9:00 a.m.




Reported by:  Michele E. Eddy, RPR, CRR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

David W. Hand, Ph.D.

Page 9

1      (Exhibits 1 through 4 marked for
2   identification and attached to the deposition
3   transcript.)
4         THE VIDEOGRAPHER:  We are now on the record.
5   My name is Scott Pickering.  I'm the videographer for
6   Golkow Technologies, Inc, 1 Liberty Place, 1650 Market
7   Street, 1st floor, Philadelphia, Pennsylvania. Today's
8   date is April 23rd, 2009.  The time is now 9:05 a.m.
9         This video deposition is being held at 600
10  13th Street, Northwest, Washington, D.C. in the matter
11  of the City of New York versus Amerada Hess
12  Corporation, et al., to be heard in the United States
13  District Court for the Southeastern District of
14  New York.
15        The deponent is David W. Hand, Ph.D., Master
16  File number 1:00-1898.
17        Will counsel and those present please
18  identify themselves for the record.
19        MR. McGILL:  Brian McGill from McDermott
20  Will & Emery representing Exxon Mobil.
21        MR. SHER:  Anybody on the phone?
22        Vic Sher for plaintiff.
23        THE VIDEOGRAPHER:  The court reporter today
24  is Michele Eddy on behalf of Golkow Technologies, Inc.

David W. Hand, Ph.D.

Page 115

```
 1    carbon per thousand gallons before changeout has to
 2    occur.  Is that right?
 3         A    It is what the GAC usage rate is.
 4         Q    Is that what the GAC usage rate is pounds --
 5         A    Yes, it's the amount of carbon used for
 6    every thousand gallons of water treated, yes.
 7         Q    It is.
 8         A    Yes.
 9         Q    That's what I was trying to say.
10         A    Yes.
11         Q    Your projections for parallel operation of
12    GAC range from .172 to .297 pounds of carbon per
13    thousand gallons of water treated?
14         A    That is correct.
15         Q    And their projections for series operation
16    are .57 to .61 pounds of carbon per thousand gallons
17    of water treated --
18         A    That's correct.
19         Q    -- according to this table?
20         A    That's what's there.
21         Q    And then the parallel operation that they
22    assessed is, they put here in the table, is 0.98 to
23    1.05 pounds of carbon per thousand gallons of water
24    treated, correct.  Correct?  It was a question, not a
```