UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document relates to:

*City of New York v. Amerada Hess Corporation, et al.,*
No. 04 Civ. 3417 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Dockets.Justia.com

## REPLY DECLARATION OF JENNIFER KALNINS TEMPLE IN FURTHER SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM OFFERING EVIDENCE OR ARGUMENT CONCERNING ANY POLICY OR REQUIREMENT TO TREAT MTBE CONTAMINATION TO ANY LEVEL OTHER THAN THE NEW YORK STATE MAXIMUM CONTAMINANT LEVEL

Jennifer Kalnins Temple, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declares under penalty of perjury:

1.      I am an attorney with the law firm of McDermott Will & Emery LLP, counsel for the Exxon Mobil Defendants in the above-captioned matter.  I submit this Declaration in support of ExxonMobil's Reply Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Plaintiff From Offering Evidence or Argument Concerning Any Policy or Requirement to Treat MTBE Contamination to Any Level Other than the New York State Maximum Contaminant Level (hereinafter "Reply").  This Declaration authenticates the exhibits attached hereto and relied on in support of the Reply.  In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of the exhibits appended hereto were made at my direction on or around June 2, 2009.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Steven Schindler (Apr. 23, 2009).

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the

Deposition of Marnie Bell (Apr. 20-21, 2009).


Dated: New York, NY
      June 2, 2009                          Respectfully submitted,


Jennifer Kalnins Temple

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

- - -

IN RE:
Methyl Tertiary Butyl    : MDL NO. 1358 (SAS)
Ether ("MTBE")           :
Products Liability        :
Litigation                :
          In Re:
              City of New York
              -----
    CONFIDENTIAL (Per 2004 MDL 1358 Order)
              -----
              April 23, 2009
              -----


          Videotaped Transcript of the
deposition of STEVEN SCHINDLER, called for
Oral Examination in the above-captioned
matter, said deposition taken pursuant to
Federal Court Rules, by and before DANA N.
SREBRENICK, a Federally-Approved Certified
Realtime and Certified Livenote Reporter, and
Notary Public for the State of New York, at
the offices of McDermott, Will & Emery, LLP,
340 Madison Avenue, New York, New York,
commencing at 10:00 a.m.

          - - -



          GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph|917.591.5672 fax
              deps@golkow.com

JOB NO. 14751

1      Q.      And who provided these

2 documents to you?

3      A.      The New York City Law

4 Department provided most of these documents.

5 Some of these I already had in my possession.

6      Q.      Was that the Ten States

7 Standards?  Which documents did you have in

8 your possession already?

9      A.      I had in my possession already

10 the Water Quality Annual Report for 2007 and

11 the document referred to as Graph Figure 1-A

12 Groundwater Well Daily Average Pumping

13 History.

14              The other documents were

15 provided by the law department.

16      Q.      And who gave you the

17 Recommended Standards for Water Works, 2003?

18      A.      Bill did.

19      Q.      And when did he give that

20 document to you?

21      A.      That was last night.

22      Q.      Had you seen it before?

23      A.      No.

24      Q.      Is it a document that you

1      A.      Yes.

2      Q.      Do you have any understanding

3 of what is meant in this memo by the phrase

4 "nondetectable"?

5      A.      Yes.

6      Q.      And what does it mean?

7      A.      My understanding that it's

8 referring to at levels below the limit of

9 detection based on the current technology to

10 be able to detect.

11      Q.      And we talked about previously

12 your opinion as to whether or not it's

13 possible to deliver water to customers

14 without detectable levels of contaminants,

15 correct?

16      A.      Yes.

17      Q.      And you agreed that it isn't

18 possible to deliver water to consumers with

19 zero contaminants, correct?

20      A.      Yes.

21      Q.      With regard to the reference

22 here to stakeholders, do you know who the

23 stakeholders are that's being referred to

24 here?

1 in the future so that it will be provided to

2 consumers at the City at the same level of

3 quality as the Cat/Del consumers receive?

4          MR. PLACHE: Objection.

5          You can answer.

6     A.    Yeah, it's my understanding

7 that the goal is to achieve less than one

8 part per billion of MTBE.

9     Q.    And as the Director of Drinking

10 Water Quality, is it your understanding that

11 consumers in the Cat/Del system receive water

12 with less than one part per billion --

13    A.    Yes.

14    Q.    -- of MTBE consistently?

15    A.    Yes.

16    Q.    And what do you base that?

17    A.    I base that on the water

18 quality data that we generate on an annual

19 basis and that we report in our Annual Water

20 Quality Reports.

21    Q.    Okay. We'll take a look at

22 some of those later this afternoon.

23          Do you know whether the cost --

24 on the second page of this exhibit, the plan

1 is the maximum detection for 1997 4.8 parts

2 per billion?

3      A.      Yes.

4      Q.      And the max for the groundwater

5 system is 14.9 parts per billion, correct?

6      A.      Yes.

7      Q.      And at this time, the MCL for

8 MTBE was 50 micrograms per liter?

9      A.      That's correct.

10      Q.      Do you recall your testimony

11 earlier today that it was your recollection

12 that MTBE hadn't been distributed to

13 customers from either the Catskill or Croton

14 distribution?

15      A.      Yes.

16      Q.      And so this would show that, in

17 fact, MTBE was distributed from these surface

18 water supply systems, correct?

19      A.      Yeah, back in 1997.

20      Q.      Okay.  I'd like to look at 1998

21 next.

22              (Exhibit Schindler 13, 1998

23      Data Table for the Consumer

24      Confidence Report for the City of New

1      A.      Yes.

2      Q.      And do you know if any press

3 release was issued to the public in

4 connection with these well removals?

5      A.      I don't know.

6      Q.      And then on page 12, there are

7 results for MTBE that year.  Can you read the

8 maximum MTBE detected in the

9 Catskill/Delaware system that year?

10      A.      Yeah, three parts per billion.

11      Q.      And the maximum detected in the

12 Croton system that year?

13      A.      0.6.

14      Q.      And then for the groundwater,

15 is it 10.1?

16      A.      Yes.

17      Q.      And at that time, was a 10.1

18 detection of MTBE in the groundwater in 1999

19 considered a violation of the MCL?

20      A.      No.  The MCL at the time,

21 according to this table, is 50 parts per

22 billion.

23      Q.      And is there any indication

24 that a well was taken out of service because

1 of that detection of 10.1 parts per billion

2 of MTBE?  There's no footnote, right?

3      A.     I don't see a footnote, no.

4            (Exhibit Schindler 15, 2000

5      Consumer Confidence Report, marked

6      for identification.)

7            MS. KALNINS-TEMPLE:  I've

8      marked as Exhibit 15 what I believe

9      is the 2000 drinking water quality

10     Report for the City.

11     Q.     Do you recognize this document

12 as the City's Consumer Confidence Report from

13 the year 2000?

14     A.     Yes.

15     Q.     And on page 12, there's an

16 entry for MTBE.  Can you tell in the year

17 2000 what the maximum detection of MTBE was

18 measured in the Catskill/Delaware system that

19 year?

20     A.     3.9 parts per billion, or

21 micrograms per liter.

22     Q.     And -- okay.

23            And the maximum detection in

24 the groundwater system was 10.4 parts per

1 billion?

2          A.       That's correct.

3          Q.       And the MCL was 50 that year,

4 correct?

5          A.       Yes.

6          Q.       Okay.

7                   (Exhibit Schindler 16, 2001

8          Consumer Confidence Report, marked

9          for identification.)

10         Q.       I've marked as Exhibit 16 what

11 I believe is the 2001 annual Consumer

12 Confidence Report for the City of New York.

13 Do you recognize this document as the City's

14 Consumer Confidence Report from 2001?

15         A.       Yes.

16         Q.       And looking at page 12, was

17 MTBE detected in the Catskill/Delaware system

18 that year?

19         A.       Yes.

20         Q.       And what level was it detected

21 at?

22         A.       14.

23         Q.       That was the maximum, correct?

24         A.       Yes.

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - -

| | | |
|---|---|---|
| IN RE:  METHYL | : | Master File |
| TERTIARY BUTYL ETHER | : | C.A. No. |
| ("MTBE") PRODUCTS | : | 1:00-1898 |
| LIABILITY LITIGATION | : | |
| | : | MDL 1358(SAS) |
| This document relates | : | |
| to the following | : | M21-88 |
| cases: | : | |
| | : | |
| City of New York v. | : | |
| Amerada Hess Corp., et | : | |
| al, 04 Civ. 3417 | : | |

- - -

April 20, 2009

- - -

Videotaped expert
deposition of MARNIE A. BELL, P.E., taken
pursuant to notice, was held at the law
offices of McDermott Will & Emery LLP,
340 Madison Avenue, New York, New York,
beginning at 10:01 a.m., on the above
date, before Kimberly A. Cahill, a
Federally Approved Registered Merit
Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1 Standards for Water Works, 2003 edition.

2     Q.    And for the record, it's

3 been Bates stamped NYC-BEL-REB, which I

4 assume that means Bell rebuttal, 1303.

5             Was this part of your file

6 in the work that you did in this case?

7     A.    Yes.

8     Q.    Can you point to us where in

9 that document it refers to the principle

10 that MTBE should be treated to nondetect

11 levels?

12     A.    Well, it doesn't

13 specifically say MTBE.  There's a policy

14 statement on the control of organic

15 contamination --

16     Q.    And where are you looking?

17     A.    -- on page Roman numeral 12,

18 where it says, "Where treatment is

19 proposed, best available technology shall

20 be employed to reduce organic

21 contaminants to the lowest practical

22 levels."

23     Q.    And is the lowest practical

24 level defined?

1     A.     No, it's not defined in the

2 code.

3     Q.     And do you -- to your

4 understanding, does it include the

5 concept of what is practical or feasible

6 or economical?

7     A.     To my understanding, it

8 would include what was technologically

9 feasible.

10     Q.     And are you aware of any

11 regulations from the New York State

12 Department of Health that requires the

13 treatment of MTBE to less than .5 parts

14 per billion?

15          MS. AMRON:  I think that's

16          been asked and answered.

17          Answer again.

18          THE WITNESS:  I'm not aware

19          of any specific regulation that

20          culls out that MTBE must be

21          treated to less than .5 micrograms

22          per liter.

23 BY MS. KALNINS TEMPLE:

24     Q.     And what about for 3 parts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE:  METHYL          :   Master File
TERTIARY BUTYL ETHER    :   C.A. No.
("MTBE") PRODUCTS       :   1:00-1898
LIABILITY LITIGATION    :
_____:   MDL 1358(SAS)
This document relates   :
to the following        :   M21-88
cases:                  :
                        :
City of New York v.     :
Amerada Hess Corp., et  :
al, 04 Civ. 3417        :

- - -

April 21, 2009

- - -

Continued videotaped
expert deposition of MARNIE A. BELL, P.E.,
taken pursuant to notice, was held at the
law offices of McDermott Will & Emery
LLP, 340 Madison Avenue, New York, New
York, beginning at 9:58 a.m., on the
above date, before Kimberly A. Cahill, a
Federally Approved Registered Merit
Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1      A.     I'm not sure of that.  In my

2 opinion, that level must incorporate

3 what's technologically feasible.  Costs

4 must also be considered as well.

5      Q.     Yesterday -- and I jotted

6 this down and I may have misheard you.

7            Did I hear you testify

8 yesterday that you're aware of plans by

9 the City to repair some of the

10 groundwater wells, apart from station 6?

11      A.     Yes, I did indicate that.

12      Q.     What repairs have you heard

13 about with respect to groundwater wells?

14      A.     That's probably something

15 better posed for the DEP, but my general

16 understanding is, they are trying to make

17 repairs at some of the wells.

18            I'm not sure of the details,

19 whether they're mechanical or electrical,

20 but they are trying to make repairs in

21 order to get the wells either service

22 ready or potentially back into service.

23      Q.     Do you know any specific

24 wells that are under consideration as