UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*City of New York v. Amerada Hess Corporation, et al.*, No. 04 Civ. 3417 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 2nd day of June, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of each of the following documents:

1. Defendant's Reply Memorandum of Law in Further Support of Its Motion *in Limine* to Exclude Evidence of Protected Lobbying Conduct.

2. Defendant Exxon Mobil Corporation's Reply in Further Support of Defendants' Motion *in Limine* to Preclude Evidence Regarding Trade-Association Activities Until and Unless Plaintiff Establishes Predicate Facts

3. Defendant's Reply in Further Support of its Motion *in Limine* to Exclude Evidence of Past Costs or Injury Associated with Plaintiff's Wells 5, 22, 26, 39 and 45.

4. Defendant's Reply in Further Support of its Motion *in Limine* to Exclude Evidence of Future Injury or Damage to Wells 5, 22, 26, 39 and 45.

5. Defendant's Reply in Further Support of Defendants' Joint Motion *in Limine* to Preclude Plaintiff from Introducing Evidence or Argument: (1) Relating to Non-Parties Against Defendants; or (2) Relating Only to One Defendant Against Multiple Defendants.

*/s/ Lisa Gerson*
Lisa A. Gerson