**EXHIBIT A**

JAN-20-2006 06:21        212 637 3199                    212 637 3199    P.002

JAMES B. COMEY
United States Attorney
Southern District of New York
By: MEREDITH E. KOTLER (MK-9580)
    BETH E. GOLDMAN (BG-6247)
Assistant United States Attorney
100 Church Street, 19th Floor
New York, New York 10007
Temp. Tel.: (718) 422-5613

**FILE COPY**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                Plaintiff,

     - v. -

CITY OF NEW YORK,

                Defendant.

- - - - - - - - - - - - - - - - - - -x

COMPLAINT





        Plaintiff UNITED STATES OF AMERICA, by its attorney JAMES B. COMEY, United States Attorney for the Southern District of New York, on behalf of the United States Environmental Protection Agency ("EPA"), for its complaint against defendant herein alleges as follows:

### NATURE OF THE ACTION

        1.  This is a civil action brought pursuant to section 9006 of the Resource Conservation and Recovery Act, as amended, ("RCRA"), 42 U.S.C. § 6991e, for civil penalties and injunctive relief against the defendant City of New York (the "City" or "defendant"). This action seeks redress for the City's violations of requirements under RCRA and the regulations promulgated thereunder, codified at 40 C.F.R. part 280, regarding