# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, June 4, 2009, I served the accompanying Memorandum of Law in Opposition to City of New York's Motion to Exclude Testimony and Opinion of Defendants' Expert Fletcher G. Driscoll, Declaration of Fletcher G. Driscoll in Opposition to City of New York's Motion to Exclude Testimony and Opinions of Defendant's Expert Fletcher G. Driscoll, and Declaration of Stephen J. Riccardulli in Support of Defendants' Memorandum of Law in Opposition to City of New York's Motion to Exclude Testimony and Opinion of Defendants' Expert Fletcher G. Driscoll upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
      June 4, 2009

                                                Amelia J. Crowley