**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00-1898
Products Liability Litigation                  MDL 1358 (SAS)
                                               M21-88
------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

**PLAINTIFF CITY OF NEW YORK'S PROPOSED JURY QUESTION FORM FOR PHASE ONE (EXHIBIT 9 OF THE PROPOSED PRETRIAL ORDER**

We the jury in the above-captioned action answer the question submitted to us as follows:

Do you find that is more likely than not that the City of New York will build Station 6 sometime within the next 15 years, assuming it has the money necessary to do so immediately available?

Answer yes or no in the space provided:

Yes_____        No_____

Dated _____          _____
                              Jury Foreperson