**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x


# PLAINTIFF CITY OF NEW YORK'S TRIAL EXHIBIT LIST
## (EXHIBIT 3 OF THE PROPOSED PRETRIAL ORDER)

Plaintiff the City of New York ("the City"), by and through its attorneys, SHER LEFF LLP, hereby makes the following pre-trial disclosure of trial exhibits for Phase One. With this filing the City does not waive any right it may otherwise have to supplement or amend its exhibits.

Dated: San Francisco, California
        June 8, 2009

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York
                                            Attorney for Plaintiff City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-1568


                                            */s/ JOSHUA STEIN*
                                            VICTOR M. SHER *(pro hac vice)*

TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*

# PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| | | | |
| **Background Information on the Brooklyn Queens Aquifer** | | | |
| PL-1 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271627 | NYC-MPEXP-E0271627 |
| PL-2 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271628 | NYC-MPEXP-E0271628 |
| PL-3 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271629 | NYC-MPEXP-E0271629 |
| PL-4 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271630 | NYC-MPEXP-E0271630 |
| PL-5 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271631 | NYC-MPEXP-E0271631 |
| PL-6 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271632 | NYC-MPEXP-E0271632 |
| PL-7 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271633 | NYC-MPEXP-E0271633 |
| PL-8 | USGS, Hydrogeologic Plates of BQA, Plates 1 through 8 | NYC-MPEXP-E0271634 | NYC-MPEXP-E0271634 |
| PL-9 | USGS, Map of Wells | NYC-MPEXP-E0271635 | NYC-MPEXP-E0271642 |
| PL-10 | Brooklyn-Queens Aquifer System: www.epa.gov/region02/water/aquifer/brooklyn/brooklyn.htm | NYC-FOGG-001241 | NYC-FOGG-001245 |
| | | | |
| **Mayor's Intergovernmental Task Force on New York City Water Supply Needs** | | | |
| PL-11 | Mayor's Intergovernmental Task Force on New York City Water Supply Needs, Increasing Supply - Controlling Demand, Interim Report | NYC2_0003180 | NYC2_0003198 |
| PL-12 | Mayor's Intergovernmental Task Force, Increasing Supply/Controlling Demand, 2/11/1986 | NYC-MPEXP-E0273035 | NYC-MPEXP-E0273053 |
| PL-13 | Mayor's Intergovernmental Task Force on New York City Water Supply Needs, Report on Managing for the Present - Planning for the Future: Reports of the Task Force Committees, Part 2 Appendices A-G | NYC2_0003321 | NYC2_0003425 |
| PL-14 | Mayor's Intergovernmental Task Force on New York City Water Supply Needs, Report on Managing for the Present - Planning for the Future: Second Interim Report | NYC2_0003426 | NYC2_0003485 |
| PL-15 | Report of the Demand Committee to the Mayor's Intergovernmental Task Force on New York City Water Supply Needs | NYC-MP-BQA_0001073 | NYC-MP-BQA_0001132 |
| PL-16 | Report, The Future of the New York City Water Supply System, Mayor's Intergovernmental Task Force on New York City Water Supply Needs | NYC-MP-BQA_0000986 | NYC-MP-BQA_0001072 |
| | | | |
| **O'Brien & Gere Brooklyn Queens Aquifer Study** | | | |
| PL-17 | O'Brien and Gere, Brooklyn Queens Aquifer Study (1987 version) | NYC-MPEXP-E0272248 | NYC-MPEXP-E0272367 |
| PL-18 | O'Brien and Gere, BQA Study (1987 Version, Volume 2) | NYC-MPEXP-E0272368 | NYC-MPEXP-E0272717 |
| | | | |
| **Station 6 Well Information** | | | |
| PL-19 | Fax from William Yulinsky to Donald Cohen with well logs for Wells 6, 6A, 6B, 6C, 6D and 33 | MP00001554 | MP00001562 |
| PL-20 | Well 6B Schematics | NYC-0034256 | NYC-0034261 |
| PL-21 | Well 6 Schematics | NYC-0034262 | NYC-0034269 |
| PL-22 | Well 6D Schematics | NYC-0034270 | NYC-0034277 |
| PL-23 | Well 6A Schematics | NYC-0034280 | NYC-0034285 |
| PL-24 | Diagrams and Charts from the Jamaica Water Supply Company for Well 6C | NYC2_0001499 | NYC2_0001786 |
| PL-25 | Station 6 Project Historical Pumping Rates | MP00024813 | MP00024814 |
| | | | |
| **USGS Brooklyn Queens Aquifer Feasibility Study** | | | |
| PL-26 | Brooklyn Queens Aquifer Feasibility Investigation Request for Proposals | MP_HD_NF_00004241 | N/A |
| PL-27 | Contract GE-328 with Order to Commence Work | MP_HD_NF_00004172 | |
| PL-28 | Contract GE-328 Change Order No. 1 | MP_HD_NF_00005064 | |
| PL-29 | Contract GE-328 Change Order No. 2 | MP_HD_NF_00005066 | |
| PL-30 | Contract GE-328 Change Order No. 3 | MP_HD_NF_00005067 | |
| PL-31 | Contract GE-328 Change Order No. 4 | MP_HD_NF_00005068 | |

# PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-32 | Contract GE-328 Change Order No. 5 | MP_HD_NF_00005069 | |
| PL-33 | BQA Feasibility Study Volume 1 | MP00008500 | MP00008803 |
| PL-34 | BQA Feasibility Study Volume 2 | MP00008804 | MP00009266 |
| PL-35 | Correspondence from Cohen, Donald to Yulinsky, Bill re: Brooklyn Queens Aquifer Study Final Reports and BQA Feasibility Study Main Report and Environmental Report | NYC-0065402 | NYC-0065680 |
| PL-36 | USGS Report on Feasibility of Using Ground Water as a Supplemental Supply for Brooklyn and Queens, New York | NYC2_0003536 | NYC2_0003574 |
| PL-37 | Brooklyn-Queens Aquifer Feasibility Study Commitments to the Community | NYC-DS-007273 | NYC-DS-007274 |
| PL-38 | Brooklyn-Queens Aquifer Project Deliverables as a Potable Water Supply | NYC-DS-007275 | NYC-DS-007277 |
| **Station 6 Demonstration Plant Technical and Design Documents** | | | |
| PL-39 | Tech memo Draft Station 6 | MP00012117 | MP00012127 |
| PL-40 | Tech Memo on Station 6 Modifications | MP00012065 | MP00012080 |
| PL-41 | Station 6 Project Modeling Tech Memo | MP00024778 | MP00024812 |
| PL-42 | Interoffice Correspondence fr: Sonia Agnani, Malcom Pirnie to: Don Cohen cc: Shane McDonald re: Jamaica, Queens Aquifer study - Demonstration Project Groundwater Modeling, with tables and maps; attachment: Interoffice Correspondence fr: Donald K. Cohen, Malcolm Pirnie to: BQA Modeling Files re: Station 6 Pumping Rates, with table (4/3/2000); attachment: Interoffice Correspondence fr: Arnas Nemickas, Malcom Pirnie to: Don Cohen cc: Daniel St. Germain re: Brooklyn Queens Aquifer Study Demonstration Project Particle Tracking, with maps (8/1/2000); attachment: Issues Paper, Brooklyn Queens Aquifer Study Station 6 Restoration Project Impact of Two Contamination Sites (5/1/2000) | NYC-MP-BQA_0000667 | NYC-MP-BQA_0000719 |
| PL-43 | Correspondence from Sonia Agnani to Don Cohen re: Queens Aquifer Study - Demonstration Project Groundwater Modeling | NYCMPBQA0000667 | NYCMPBQA0000719 |
| PL-44 | Tech Memo: Station 6 Benchmark Project Concept | MP00024841 | MP00024862 |
| PL-45 | Tech Memo Station 6 Water Quality Sampling Determination of Analytes | MP00024863 | MP00024870 |
| PL-46 | Tech Memo Station 6 Design Criteria for Desktop Process Evaluations | MP00024881 | MP00024890 |
| PL-47 | Tech Memo Station 6 Desktop Evaluation of Oxidation Processes (Fe/MN) | MP00024891 | MP00024908 |
| PL-48 | Tech Memo Station 6 Desktop Evaluation of Filtration Processes | MP00024909 | MP00024920 |
| PL-49 | Tech Memo Station 6 Desktop Evaluation of Hardness | MP00024921 | MP00024924 |
| PL-50 | Tech Memo Station 6 Desktop Evaluation of Hardness | MP00024925 | MP00024928 |
| PL-51 | Tech Memo Station 6 Bench Scale Testing Approach | MP00024929 | N/A |
| PL-52 | Tech Memo Station 6 Desktop Evaluation of VOCs | MP00024931 | MP00024940 |
| PL-53 | Correspondence from Don Cohen to W. Yulinsky re: Station 6 Modifications Conceptual Design Memo | NYC-MP-BQA_0000720 | NYCMPBQA0000732 |
| PL-54 | Technical Memorandum #12, fr: D Cohen, Malcom Pirnie to: W Yulinsky cc: E Murphy, R Kensy re: Brooklyn-Queens Aquifer Project - Station 6 Modifications Personnel and Staff Programming for the Current Building Layout; attachment: Interoffice Correspondence fr: D Cohen to W Yulinsky re: Staff and Operations Summary Meeting Minutes (4/10/2001); attachment: Tables re: DEP Employee List, Personnel Needs (2/8/2001); attachment: Handwritten notes re: Attendance Sheet, BQA - Staff + Operations Mtg. (2/8/2001); attachment: Schematic re: Brooklyn-Queens Aquifer Feasibility Study, Station 6 Demonstration Plant Proposed South Site Layout | NYC-MP-BQA_0000733 | NYC-MP-BQA_0000741 |
| PL-55 | Report on Water Main Project - Proposed: New 12" and 8" Water Mains | NYC-0033219 | NYC-0033221 |
| PL-56 | Demonstration Plant -- Change Order Station 6 | MP00019825 | MP00019828 |

**PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF**

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| **Contract BWS-112** | | | |
| PL-57 | Memorandum from Yulinsky, William to Design File re: Replacement of Wells 6, 6A, 6B and 6D | NYC-0033193 | NYC-0033198 |
| PL-58 | Lane Christensen Construction Contract Bid for Replacement of Wells 6, 6A, 6B and 6D Contract BWS-112 | NYC-0032298 | NYC-0032665 |
| PL-59 | Correspondence from Fenves, Carol to Layne Christensen Co. re: Replacement of Wells | NYC-0033207 | NYC-0033216 |
| PL-60 | Correspondence from Scibelli, Gina to Yulinsky, William re: Contract #BWS 112 | NYC-0033235 | NYC-0033248 |
| PL-61 | Correspondence from Scibelli, Gina to Yulinsky, William re: Contract #BWS-112 - Five Point Test | NYC-0033249 | NYC-0033254 |
| PL-62 | Miscellaneous Correspondence and Invoices Concerning Contract BWS-112 | NYC-0032048 | NYC-0032121 |
| | | | |
| **Public Information/Community Advisory Committee Meetings** | | | |
| PL-63 | New York City Department of Environmental Protection Brooklyn Queens Aquifer Feasibility Study Public Information Meeting Comment Sheet | NYC-0064046 | NYC-0064070 |
| PL-64 | November 27, 2001 Brooklyn Queens Aquifer Feasibility Study Public Information Meeting Minutes | MP00005355 | MP00005367 |
| PL-65 | February 28, 2002 CAC First Meeting Minutes, with articles and correspondence | MP00005368 | MP00005378 |
| PL-66 | April 8, 2002 CAC Second Meeting Minutes | MP00005379 | MP00005374 |
| PL-67 | May 2, 2002 CAC Third Meeting Minutes | MP00005395 | MP00005402 |
| PL-68 | June 6, 2002 CAC Fourth Meeting Minutes | MP00005403 | MP00005414 |
| PL-69 | September 5, 2002 Fifth Meeting Minutes | | |
| PL-70 | October 3, 2002 CAC Meeting Agenda and Meeting Notes | MP00004665 | MP00004675 |
| PL-71 | October 3, 2002 CAC Sixth Meeting Minutes | MP00005415 | MP00005427 |
| PL-72 | November 7, 2002 CAC Seventh Meeting Agenda and Minutes | MP00005428 | MP00005434 |
| PL-73 | BQA Study Progress Meeting Agenda | MP_HD_NF_00005597 | N/A |
| PL-74 | January 9, 2003 CAC Eighth Meeting Minutes | MP00005435 | MP00005445 |
| PL-75 | February 6, 2003 CAC Ninth Meeting Minutes | MP00005446 | MP00005451 |
| PL-76 | March 6, 2003 CAC Tenth Meeting Minutes | MP00005499 | MP00005510 |
| PL-77 | April 3, 2003 CAC Meeting Minutes | MP00005027 | MP00005046 |
| PL-78 | April 3, 2003 CAC Eleventh Meeting Minutes | MP00005511 | MP00005551 |
| PL-79 | May 1, 2003 CAC Meeting Minutes | MP00004886 | MP00004889 |
| PL-80 | May 1, 2003 CAC Twelfth Meeting Minutes | MP00005553 | MP00005559 |
| PL-81 | June 5, 2003 CAC Thirteenth Meeting Minutes | MP00005165 | MP00005170 |
| PL-82 | September 4, 2003 CAC Fourteenth Meeting Minutes | MP00005572 | MP00005590 |
| PL-83 | October 2, 2003 CAC Fifthteenth Meeting Minutes | MP00005604 | MP00005620 |
| PL-84 | October 22, 2003 Brooklyn Queens Aquifer Feasibility Study Public Information Meeting Minutes | MP00005591 | MP00005602 |
| PL-85 | December 4, 2003 CAC Sixthteenth Meeting Minutes | MP00005623 | MP00005629 |
| PL-86 | January 8, 2004 CAC Seventeenth Meeting Minutes | MP00005631 | MP00005647 |
| PL-87 | February 5, 2004 CAC Eighteenth Meeting Minutes | MP00005649 | MP00005656 |
| PL-88 | March 4, 2004 CAC Nineteenth Meeting Minutes | MP00005657 | MP00005670 |
| PL-89 | May 6, 2004 CAC Twentieth Meeting Minutes | MP00005671 | MP00005677 |
| PL-90 | September 9, 2004 CAC Minutes | MP00007002 | MP00007010 |
| PL-91 | October 7, 2004 CAC Minutes | MP00007011 | MP00007020 |
| PL-92 | November 4, 2004 CAC Minutes | MP00007022 | MP00007031 |
| PL-93 | December 2, 2004 CAC Minutes | MP00007032 | MP00007040 |
| PL-94 | January 6, 2005 CAC Twenty-fifth Meeting Minutes January 2005 | MP00006786 | MP00006797 |
| PL-95 | February 3, 2005 CAC minutes | MP00006988 | MP00007001 |
| PL-96 | March 3, 2005 CAC Twenty-seventh Meeting Minutes | MP00006799 | MP00006824 |
| PL-97 | March 3, 2005 CAC minutes | MP00006967 | MP00006972 |
| PL-98 | April 7, 2005 CAC minutes | MP00006974 | MP00006987 |
| PL-99 | May 5, 2005 CAC minutes | MP00006951 | MP00006965 |
| PL-100 | June 2, 2005 CAC Meeting Minutes | NA | |
| PL-101 | September 8, 2005 CAC Meeting Minutes | | |

# PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-102 | October 6, 2005 CAC Meeting Minutes | | |
| PL-103 | DEP, BQA Feasibility Study, Citizens Advisory Committee Meeting, Meeting Minutes (11/27/01; 2/28/02; 4/8/02; 5/2/02; 6/6/02; 9/5/02; 10/3/02; 11/7/02; 1/9/03; 2/6/03; 3/6/03; 4/3/03; 5/1/03; 6/5/03; 9/4/03; 10/2/03; 12/4/03; 1/8/04; 2/5/04; 3/4/04; 5/6/04; 9/9/04; 10/7/04; 11/4/04; 12/2/04 | NYC-DS-014327 | NYCDS14664 |
| PL-104 | CAC operational guidelines | MP00005686 | MP00005687 |

### Station 6 Demonstration Plant Pilot Testing

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-105 | Brooklyn Queens Aquifer Study - Station 6 Demonstration Plant - Pilot Testing and Process Selection Report | NYCMPBQA0000323 | NYCMPBQA0000666 |
| PL-106 | City of New York Station 6 Demonstration Plant Conceptual Design | NYC2_0001116 | NYC2_0001160 |
| PL-107 | New York City Conceptual Design Report for the Station 6 Demonstration Plant | NYC2_0001161 | NYC2_0001346 |
| PL-108 | Station 6 Cost Estimates Demonstration Plant | NYC0092029 | NYC0092073 |
| PL-109 | New York City DEP Station 6 Demonstration Water Treatment Plant Value Engineering Study Report | NYC-DS-006717 | NYC-DS-006955 |
| PL-110 | Report, Station 6 Demonstration Water Treatment Plant Value Engineering Study Report, Conceptual Design February 2005, New York City Dept of Environmental Protection, Malcom Pirnie, Lewis & Zimmerman Associates, Inc., with transmittal letter fr: Lewis & Zimmerman Associates, Inc. to: New York City Mayor's Office of Management and Budget | NYC-DS-006717 | NYC-DS-006955 |
| PL-111 | NY City Station 6 Demonstration Treatment Plant Conceptual Design Value Engineering Study | NYC-DS-006956 | NYC-DS-007054 |
| PL-112 | Station 6 Demonstration Treatment Plant Response to Value Engineering Recommendations and Design Suggestions | NYCMPBQA0000224 | NYCMPBQA0000322 |
| PL-113 | Agenda on Station 6/Jamaica Aquifer VE Study Implementation Meeting Notes | NYC-DS-007278 | NYC-DS-007279 |
| PL-114 | BQA Study Progress Meeting Agenda | MP_HD_NF_00008298 | N/A |
| PL-115 | Fax from Nasco Construction Services and enclosed letter regarding Station 6 Demonstration Plant and Related Work | MP_HD_NF_00006751 | N/A |
| PL-116 | NASCO Construction Services Inc, 12/6/2004 | NYC-MPEXP-E0270873 | NYC-MPEXP-E0270917 |

### State Permits/Approvals

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-117 | Correspondence from Yulinsky, William to Burns, Timothy re: Brooklyn/Queens Aquifer Feasibility Study Replacement of NYCDEP Wells 6, 6A, 6B and 6D | NYC-0033201 | NYC-0033202 |
| PL-118 | Correspondence from Yulinsky, William to Burns, Timothy re: Brooklyn/Queens Aquifer Feasibility Study Replacement of NYCDEP Wells 6, 6A, 6B and 6D | NYC-0033199 | NYC-0033200 |
| PL-119 | Correspondence from New York State Department of Environmental Conservation Approving Well plans | NYC-0033222 | NYC-0033223 |
| PL-120 | Letter from Stephen A. Watts to James Roberts Re: Notice of SPDES Permit | NYC2_0002514 | NYC2_0002537 |
| PL-121 | Letter from John Ferguson to Mark Hoffer enclosing Water Supply Permit | MP00000047 | MP00000070 |
| PL-122 | Correspondence from Roberts, James to Watts, Steven re: NY State DEC Notice of Incomplete Application re Water Supply Permit Renewal | NYC2_0009458 | NYC2_0009464 |
| PL-123 | Letter from Stephen A. Watts to James Roberts Re: Notice of Permit Renewal | NYC2_0008988 | NYC2_0008997 |
| PL-124 | Letter from William Aldrain to Edward Coleman, Notice of Permit Renewal | | |

### Groundwater Reactivation Program

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-125 | General Contract Conditions-Sysops 8 | NYC-0060867 | |
| PL-126 | DEP, Contract No. SYSOPS-09 | NYC-0061319 | NYC-61420 |

# PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-127 | Report, SYSOPS-09 Emergency Groundwater System Reconstruction Project Operational Review, New York City Dept of Environmental Protection and Malcom Pirnie (Task 9.4 Report) | MP9-001216 | MP9-001428 |
| **Station 6 Interim Design Activities** | | | |
| PL-128 | Correspondence from Cohen, Donald to Barnes, Venetia re: Revised Community Outreach Scope for Interim Station 6 Activities | NYC-DS-007358 | NYC-DS-0073611 |
| PL-129 | Correspondence from Don Cohen to Venetia Barnes re: List of Commitments Made to the Community | NYCDS054666 | NYCDS054668 |
| PL-130 | Department of Environmental Protection Station 6 Demonstration Treatment Plant Implementation Meeting Summary | NYC-DS-007280 | NYC-DS-007283 |
| PL-131 | Station 6 Design and Related Groundwater System Improvements Basis of Estimate | NYC-DS-007290 | NYC-DS-007290 |
| PL-132 | Draft of Malcolm Pirnie, Inc.'s Scope of Services and Period of Performance on Assignment 24 - Station 6 | NYC-DS-007291 | NYC-DS-007293 |
| PL-133 | Draft of Station 6 Demonstration Plant Estimate of Engineering Services | NYC-DS-007294 | NYC-DS-007294 |
| PL-134 | Correspondence from Venetia Barnes to William Meakin re: Station 6 - Estimate of Engineering Effort | NYCDS057550 | NYCDS057566 |
| PL-135 | Station 6 - Interim Activities Notes of Kick Off Meeting and Meeting Agenda | NYC-DS-007331 | NYC-DS-007333 |
| PL-136 | Correspondence from Nabeel Mishalani to Venetia Barnes re: Station 6 Interim Activities | NYCDS060338 | NYCDS060379 |
| PL-137 | Memo from Cohen, Donald and Kim, Julie to Barnes, Venetia re: Station 6 Demonstration Plant MTBE Desktop Evaluation | NYC-DS-006371 | NYC-DS-006695 |
| PL-138 | Memo fr: Marnie Bell, Malcom Pirnie to: Venetia Barnes, NYCDEP cc: N Mishalani, T Lane, D Cohen re: Station 6 Demonstration Plant MTBE Technology Update Memorandum | NYC-DS-007385 | NYC-DS-007394 |
| PL-139 | Design Services Requirements Contract for Various Wastewater Treatment and Water Supply Infrastructure Projects | NYC-DS-007295 | NYC-DS-007295 |
| PL-140 | Email from M. Bell to V. Barnes, J. Rivera, N. Mishalani, D. Cohen, attaching scope of services and cost estimates for Station 6 Interim Activities | NYC-DS-060958 | NYC-DS-060962 |
| PL-141 | Email from M. Bell to V. Barnes and D. Cohen, including previous email chain and attaching schedule of interim work on Station 6 Demonstration Plant | NYC-DS-046307 | NYC-DS-046309 |
| PL-142 | PlaNYC 2030: A Greener, Greater New York | NYC-0064127 | NYC-0064285 |
| PL-143 | New York City Water Supply System Reference Guide for Catskill Delaware Watersheds | NYC2_0003142 | NYC2_0003179 |
| PL-144 | Memo fr: Donald Cohen and Julie Kim, Malcom Pirnie to:Venetia Barnes, NYCDEP re: Station 6 Demonstration Plant Contaminant Transport Modeling, with charts and maps | NYC-DS-007370 | NYC-DS-007384 |
| PL-145 | Correspondence from Nabeel Mishalani to Venetia Barnes re: Station 6 Construction Cost Estimate Review | NYCDS060515 | NYCDS060559 |
| PL-146 | MP Letter to DEP, construction budget estimates for station 6 | NYC-MPEXP-E0090078 | NYC-MPEXP-E0090079 |
| PL-147 | New York City VOC Removal Alternatives Analysis Technical Memorandum | NYC2_0002116 | NYC2_0002203 |
| PL-148 | MP Letter to Meakin re: revised cost estimates | NYC2_0003255 | NYC2_0003301 |
| **City Budget Documents** | | | |
| PL-149 | Correspondence from Bill Yulinsky to Lazaro DeLa Cruz re: BQA-Station 6 Budget | NYCDS054155 | NYCDS054157 |
| PL-150 | Official City Public Adopted Fiscal Year 2007 Executive Plan Budget, Station 6 Extract | | |
| PL-151 | Official City Public Adopted Fiscal Year 2007 September Plan Budget, Station 6 Extract | | |

**PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF**

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-152 | Fiscal Year 2007 Executive Plan and Fiscal Year 2007 September Plan Station 6 Summary | NYC-DS-067598_YTD Registrations 12.27.06_to Bureaus.xls | N/A |
| PL-153 | Official City Public Adopted Fiscal Year 2008 Executive Plan Budget, Station 6 Extract | | |
| PL-154 | Fiscal Year 2008 September Plan Station 6 Summary | NYC-DS-067676_2008 Sept Plan Exercise_To_Bureaus.xls | |
| PL-155 | Fiscal Year 2008 Executive Plan Station 6 Summary | NYC-DS-067395_Budget Tracking 070908.xls | |
| PL-156 | Official City Public Adopted Fiscal Year 2008 September Plan Budget, Station 6 Extract | | |
| PL-157 | Official City Public Adopted Fiscal Year 2009 September Plan Budget, Station 6 Extract | | |
| PL-158 | Official City Public Adopted Fiscal Year 2009 Executive Plan Budget, Station 6 Extract | | |
| PL-159 | Fiscal Year 2009 Executive Plan Station 6 Summary | NYC-DS-029570_Budget Tracking 050908.xls | |
| PL-160 | NYCDEP Capital Budget - FY09 September Capital Ten-year Plan (Sept 09 Plan) | NYC-DS-068540A | |
| PL-161 | Fiscal Year 2009 Executive Plan and Fiscal Year 2009 September Plan Station 6 Summary | Native File NYC-DS-067737_Sept_Plan_FY-09_by_DIVISION_DRAD.xls | |
| PL-162 | NYCDEP Capital Budget - FY10 Preliminary Capital Ten-year Commitment Plan (Jan 09 Plan) | NYC-DS-068539A | |
| PL-163 | NYCDEP Capital Budget - Variance between 2010 Preliminary and 2009 September Financial Plans | NYC-DS-068541A | |
| PL-164 | Official City Public Adopted Fiscal Year 2010 Executive Plan Budget, Station 6 Extract | | |
| PL-165 | Extract of Fiscal Year 2010 Preliminary Capital ten year Commitment plan (January 09 Plan) | NYC-DS-068540 | |
| **New York City Annual Water Quality Reports** | | | |
| PL-166 | New York City 1996 Drinking Water Supply and Quality Report | NYC-0064031 | NYC-0064038 |
| PL-167 | New York City 1997 Drinking Water Supply and Quality Report | NYC-0064039 | NYC-0064046 |
| PL-168 | New York City 1998 Drinking Water Supply and Quality Statement | NYC-0063903 | NYC-0063918 |
| PL-169 | New York City 1999 Drinking Water Supply and Quality Report | NYC-0064015 | NYC-0064030 |
| PL-170 | New York City 2000 Drinking Water Supply and Quality Report | NYC-0063999 | NYC-0064014 |
| PL-171 | New York City 2001 Drinking Water Supply and Quality Report | NYC-0063983 | NYC-0063998 |
| PL-172 | New York City 2002 Drinking Water Supply and Quality Report | NYC-0063967 | NYC-0063982 |
| PL-173 | New York City 2003 Drinking Water Supply and Quality Report | NYC-0063951 | NYC-0063966 |
| PL-174 | New York City 2004 Drinking Water Supply and Quality Report | NYC-0063935 | NYC-0063950 |
| PL-175 | New York City 2005 Drinking Water Supply and Quality Report | NYC-0063919 | NYC-0063934 |
| PL-176 | New York City 2008 Drinking Water Supply and Quality Report | | |
| **Miscellaneous Videos** | | | |
| PL-177 | CBS News Report on Drought and Station 6 | MP_HD_NF_5709 | |
| PL-178 | DVD of Water Main Break | | |
| **Miscellaneous Dependability Study Documents** | | | |
| PL-179 | Dependability Program Development - Groundwater Projects - Appendix | NYCDS019462 | NYCDS19533 |
| PL-180 | New York City Water Supply Dependability Strategy Queens Groundwater GW-BQ-01a - 55MGD Facility Planning Memorandum | NYCDS048916 | NYCDS048944 |
| PL-181 | NYC Water System Dependability Program Conceptual Plan and Results of Evaluation | NYCDS012505 | NYCDS12610 |
| PL-182 | DEP Dependability Program - Evaluation of Alternatives - Rondout-West Branch Tunnel | NYCDS036981 | NYCDS37043 |
| PL-183 | Email and attachment: Economic Impact of Catastrophic Reduction of Delivery Capacity of NYC water supply system prepared by Appleseed | NYCDS035451 | NYCDS35458 |

## PLAINTIFF'S EXHIBIT LIST FOR PHASE I - CASE IN CHIEF

| Plaintiff's Trial Exhibit Number | Document Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|
| PL-184 | Email and attachments regarding Economic Analysis Report - Industry Implications Appendix | NYCDS029528 | NYCDS29534 |
| PL-185 | City of New York Groundwater System Water Quality and Regulatory Compliance Plan | NYC2_0003984 | NYC2_0004042 |
| PL-186 | City of New York Department of Environmental Protection Drought Management Plan and Rules | NYC2_0003120 | NYC2_0003141 |
| PL-187 | Email and attachments: Cost of Water Shortage Memorandum; Derived Willingness to pay for water: Effects of Probabilistic Rationing and Price, by Roberto Garcia Alcubilla | NYCDS033054 | NYCDS33088 |