USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE: METHYL TERTIARY BUTYL      :
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION               :    ORDER

-----------------------------------X
This document relates to:          :    Master File No. 1:00-1898
                                        MDL 1358 (SAS)
City of New York v. Amerada        :    M21-88
Hess Corp., et al., 04-CV-3417
                                   :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

In order to facilitate the Court's review of the parties' objections to the deposition testimony the parties intend to offer at trial, counsel for the parties are directed to comply with the following directives as soon as possible:

1. Hard copies of the complete deposition transcripts at issue, with the requisite color coding, shall be provided to the Court, unless the parties agree that the ruling may be made on some smaller portion of the transcript, in which case such smaller portion may be provided. Each page where an objection is made shall be marked with a tab.

2. To the extent necessary for an informed ruling, the party making the objection shall include all factual contentions and legal arguments that support that objection, with appropriate citation to

the record and/or authorities.

3. The party opposing the objection must similarly include any factual contentions and legal arguments that support its response to the objection, with appropriate citation to the record and/or authorities.

4. If the parties' contentions cannot be included on the actual page of the deposition at issue, they may be attached to the particular page of the transcript where the objection is made. To the extent the objection relates to a deposition exhibit (for example, objections relating to "authenticity"), the exhibit shall be attached as well.

Dated: New York, New York
June 12, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038

Victor M. Sher, Esq.
Todd E. Robbins, Esq.
Joshua G. Stein, Esq.
Nicholas G. Campins, Esq.
Marnie E. Riddle, Esq.
Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, California  94150

Susan Amron, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York  10007

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173