UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88

------------------------------------------------------------------- x     ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### PLAINTIFF CITY OF NEW YORK'S PROPOSED JURY QUESTION FORM FOR PHASE II (EXHIBIT 9 OF THE PROPOSED PRETRIAL ORDER)

We the jury in the above-captioned action answer the question submitted to us as follows:

Do you find that it is more likely than not that, absent treatment, MTBE still will be in the ground or water in 15 years?

Answer yes or no in the space provided:

Yes_____     No_____

Dated _____     _____
    Jury Foreperson