**Proposed Juror Questionnaire**

**for**

**In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**
**1:00-1898 (SAS) DL 1358**

*City of New York v. Amerada Hess Corp., et al.*
(No. 04-CIV-3417)

Introduction and Instructions

**THE TRIAL WILL BEGIN on July __, 2009**

In order to speed up the process of jury selection, a juror questionnaire has been prepared for you to complete.

The questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court, thereby substantially shortening the jury selection process.

**All information contained in this questionnaire will be kept confidential. It will be reviewed only by the Court and by the attorneys on each side. The parties in the case may also review the questionnaires.**

Respond to each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the plaintiff and the defendant will have a meaningful opportunity to select an appropriate jury. Your cooperation is of vital importance.

Because the questionnaire is part of the jury selection process, the questionnaires are to be answered by you under your oath as a prospective juror and you are required to tell the truth. You are instructed **not** to discuss this case or the questionnaire with anyone, including your family, friends, co-workers and fellow jurors. **You must complete the questionnaire yourself without consulting, talking to or seeking assistance from anyone.**

If you require additional space for your response or wish to make further comments regarding any of your answers, please use the additional blank lines on the final page of this questionnaire. Please identify by number the question you are responding to on the blank page.

Please keep in mind that there are no õrightö or õwrongö answers. Your answers will assist the Court and the parties in selecting an appropriate jury.

Please fill out the entire questionnaire. Do not leave any questions blank. If you are unable to answer a question or do not understand the question, please answer õdo not knowö or õdo not understandö in the space after the question.

**Juror Questionnaire**
**In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

*City of New York v. Amerada Hess Corp., et al.*

**General Questions**
**Please Print All Answers Legibly**

Full Name:_____ ___

Juror Number:_____ ___

1.  Date of birth: _____

2.  Gender:  ____ Male  ____ Female

3.  Your race or ethnicity: _____

4.  City (or neighborhood) where you currently reside
_____
_____

5.  Areas, neighborhoods or communities where you have lived in the past 10 years (and dates):
_____
_____

6.  With regard to your residence (check all that apply):

_____ House                    _____ Apartment
_____ Rent                     _____ Own
_____ Live with others and not pay rent

7.  Place of birth: _____

8.  Is English your first language?    Yes        No _____ is my first language

9.  What is your marital status?
       Single (never married)            Divorced (and not remarried)
       Married                           Separated
       Living with permanent partner     Widowed

10.  What is the highest level of education you have completed?
       Some high school                  College graduate - Bachelor's degree
       High School graduate              Some graduate study
       Technical or trade school         College graduate - Master's degree
       Some college                      College graduate - Doctor's degree
       College graduate - Associate's degree    Other: _____

11.   If you attended college or technical school, what was your major or field of study?
_____
_____

12.   Educational background of any other adult who lives in your home, including any degrees or certificates earned:
_____
_____

13.   What is your current employment status? (check all that apply)
       Working full-time (employer_____)     Disabled
       Working part-time (employer_____)     Retired (since _____)
       Self-Employed                   Unemployed, looking for work (since _____)
       Student                      Unemployed, not looking (since _____)
       Homemaker                 Manager

14.   If you are currently employed, please list (a) your job title, (b) your employer, (c) how long you have worked for that employer and (d) a brief explanation of your job duties:
_____
_____
_____
_____

15.   Please list the last three jobs you have held (begin with current occupation).  If retired, disabled, unemployed, or homemaker, please list the last jobs you held outside the home:

| Employer | Position/Title | Reason for Leaving | of Time |
|----------|----------------|--------------------|---------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

16.   How do you feel about your current job (if applicable)?
_____
_____

17.   What is (or was) the most recent occupation and employer of your spouse or domestic partner (if applicable)?
_____
_____
_____

18.   Have you or someone close to you (including spouses/partners) had any education, training, or work experience in any of the following areas? (Please check only one column for each item.)

| | | | |
|---|---|---|---|
| a. Oil or gas industry? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| b. Chemical industry? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| c. Medical? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| d. Building/construction? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| e. City or state government? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| f. Contracts? | _____ Yes, me | _____ Yes, someone close to me | _____ No |
| g. Statistics? | _____ Yes, me | _____ Yes, someone close to me | _____ No |

h. Urban planning?                    ____ Yes, me      ____ Yes, someone close to me      ____ No
i. Water management?                  ____ Yes, me      ____ Yes, someone close to me      ____ No
j. Environmental engineering?         ____ Yes, me      ____ Yes, someone close to me      ____ No
k. Government/politics?               ____ Yes, me      ____ Yes, someone close to me      ____ No

Please explain any õYESö answers:

_____
_____
_____
_____
_____
_____

19.  Do you hold any professional licenses?
        Yes              No

     If YES, please describe briefly:

     _____
     _____

20.  Have you ever owned your own business?
        Yes              No

     If YES, what type of business, and do you still currently own it?
     _____

21.  Politically, do you consider yourself to beí .?

        Very conservative                    Liberal
        Conservative                         Very  liberal
        Moderate                             I have no idea

22.  Are you a _____ Republican _____ Democrat ____ Independent

23.  What are your hobbies, and/or how do you most often spend your free time?
     _____
     _____
     _____

24.  Do you attend religious services on a regular basis (more than once a month)?
        Yes              No

25.  Have you or a family member ever **sued someone**?
        Yes              No

     If YES, did that lawsuit involve a claim for money damages?     Yes              No

     What was the outcome of that lawsuit?
     _____
     _____

26.   Have you or a family member ever **been sued**?
    Yes             No

    If YES, did that lawsuit involve a claim for money damages?   Yes        No

    What was the outcome of that lawsuit?

_____

_____

27.   Have you ever served on a jury before?   Yes           No

        If õYes,ö did you serve on:
            Criminal___       How many? ___
            Civil___          How many? ___
            Did your jury/juries reach a verdict?   Yes        No
            Did you ever serve as the foreperson?   Yes        No

28.   As far as you can recall, have you ever supported the cause of tort reform (legislation to reduce the number of lawsuits in the courts)?           Yes           No

29.   Do you have any opinions, positive or negative, about oil companies?       Yes        No

  (a)   Is that opinion positive or negative?           Positive     Negative

30.   Do you have any opinions, positive or negative, about Exxon Mobil?       Yes        No

  (a)   Is that opinion positive or negative?           Positive     Negative

31.   Do you have any opinions, positive or negative, about the Federal Environmental Protection Agency (EPA)                     Yes        No

  (a) Is that opinion positive or negative?           Positive     Negative

32.   Do you have any opinions, positive or negative, about the New York State Department of Environmental Conservation (DEC)?          Yes        No

  (a) Is that opinion positive or negative?           Positive     Negative

33.   Do you have any opinions, positive or negative, about New York City Government?                           Yes        No

  (a) Is that opinion positive or negative?           Positive     Negative

34.   Do you believe that oil companies reap exorbitant profits?        Yes        No

35.   Have you heard of the chemical MTBE?        Yes        No

36.   Have you heard of the chemical PCE?        Yes        No

37.   Do you have bottled water delivered to your home?        Yes        No

38.  Do you pay a separate water bill for your home or office?          Yes          No

39.  How often, if at all, do you drink tap water?
_____
_____

40.  Do you believe that tap water in your area is safe to drink?          Yes          No

41.  What kind of car do you drive?  _____

42.  Do you believe there should be more, less or about the same amount of governmental regulation of the environment?  (*Check one*)  _____ More     _____ Less     _____About the same

43.  Do you know of any of the following possible witnesses in this trial?

a. _____       Yes       No
b. _____       Yes       No
c. _____       Yes       No
d. _____       Yes       No
e. _____       Yes       No
f. _____       Yes       No
g. _____       Yes       No
h. _____       Yes       No
i. _____       Yes       No
j. _____       Yes       No
k. _____       Yes       No
l. _____       Yes       No
m. _____       Yes       No
n. _____       Yes       No
o. _____       Yes       No
p. _____       Yes       No
q. _____       Yes       No
r. _____       Yes       No

44.  If you know any of these possible witnesses, please describe the nature of the relationship, including whether this would prevent you from impartially considering the evidence and reaching a verdict in this case.
_____
_____

45.  How would you describe your overall health?
_____ Excellent     _____ Good     _____ Fair     _____ Poor

46.  a.    Do you or anyone in your immediate family have any serious illnesses or diseases?
Yes          No

If YES, please list who and the illnesses or diseases
_____
_____

b.    What do you think caused these illnesses or diseases?  _____ Heredity  _____ Lifestyle
_____ Exposure to toxins or chemicals  _____Other
Please explain _____

_____

47.   Do you worry about health risks as a result of where you live?  _____ Yes, I worry a little
       _____ Yes, I worry a lot   _____ No, I do not worry
       If YES, please explain your concerns _____
_____

48.   Do you worry about getting cancer?   _____ Yes, I worry a little   _____ Yes, I worry a lot
       _____ No, I do not worry

## ABILITY TO SERVE AS A JUROR

48.   Do you or any of your family members or close friends have any connection whatsoever, over and
above what youøve previously written, to any of the case parties or their lawyers ?

| | | | |
|---|---|---|---|
| • | Exxon Mobil | Yes | No |
| • | City of New York | Yes | No |
| • | The Law Firm of Sher Leff | Yes | No |
| • | The Law Firm of Greenberg Glusker | Yes | No |
| • | The Law Firm of McDermott, Will & Emory | Yes | No |

       If õYesö to any of the above, please explain:
       _____
       _____
       _____

49.   Do you have any medical or physical limitations that might affect your ability to serve as a juror?
    Yes          No
       If õYes,ö please explain:
       _____
       _____
       _____

50.   Are you taking any medications regularly?    Yes          No
       If õYes,ö please explain:
       _____
       _____
       _____

51.   Are there any other personal, financial, work-related, emotional, religious or philosophical issues
that would be significant distractions to you during the trial?        Yes                No
       If õYes,ö please explain:
       _____
       _____
       _____

52.   Is there any additional information that you feel the Court or the case parties should know before
selecting you as a juror?        Yes          No
       If õYes,ö please explain:
       _____

_____
_____

**I declare under penalty of perjury under the laws of the United States of America that the answers are true and correct to the best of my knowledge.**
**Dated the _____ day of _____, 2009**


**Signed: _____     Please _print_ your name here: _____**

Please use this space for any additional comments, or to continue answers from prior pages.  If continuing your response to a prior question, please be sure to list the question number:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____