UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether (õMTBEö)        Master File No. 1:00-1898
Products Liability Litigation                      MDL 1358 (SAS)
                                                   M21-88
-------------------------------------------------------------------- x        ECF Case

This document relates to the following case:

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

-------------------------------------------------------------------- x

### PLAINTIFF CITY OF NEW YORK'S PHASE II TRIAL EXHIBIT LIST
### (EXHIBIT 3 OF THE PROPOSED PRETRIAL ORDER)

Plaintiff the City of New York (õthe Cityö), by and through its attorneys, SHER LEFF

LLP, hereby makes the following pretrial disclosure of trial exhibits for Phase Two.  With this

filing the City does not waive any right it may otherwise have to supplement or amend its

exhibits.

The City lists 2136 exhibits for its case-in-chief for the trial of Phase Two.  The exhibit

list also includes 3 appendices, which contain voluminous documents the City hopes to largely

avoid introducing at trial through stipulation with ExxonMobil.  Appendix A contains documents

related to the site remediation files for the contamination sites in the RGA, such as records of

water sampling and spill reports at the sites.  Appendix B contains documents related to volumes

of water pumped from the Cityøs wells, such as daily pumping logs.  Appendix C contains water

quality data, such as lab reports of contaminant levels in water samples.  Should stipulations be

reached as to the admissibility of the information contained in the Appendices, the City would

expect to introduce a small number of summary exhibits as well as a small subset of the original

documents listed in the Appendices and will update its exhibit list appropriately at that time.


Dated: San Francisco, California
        June 15, 2009

              MICHAEL A. CARDOZO
              Corporation Counsel of the City of New York
              Attorney for Plaintiff City of New York
              100 Church Street
              New York, New York 10007
              (212) 788-1568


              */s/ JOSHUA STEIN*
              VICTOR M. SHER *(pro hac vice)*
              JOSHUA G. STEIN *(pro hac vice)*
              NICHOLAS G. CAMPINS *(pro hac vice)*
              LESLEY E. WILLIAMS (LW8392)

              SHER LEFF LLP
              450 Mission Street, Suite 400
              San Francisco, CA 94105
              (415) 348-8300

              *Attorneys for Plaintiff City of New York*