# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER**<br>**PRODUCTS LIABILITY LITIGATION** | **Master File C.A. No. 1:00-1898**<br>**MDL 1358 (SAS)**<br>**M21-88** |

--------------------------------------------------------------X

| | |
|---|---|
| **This document relates to the following cases:** | **NOTICE OF JOINT MOTION**<br>**TO DISMISS** |

--------------------------------------------------------------X

| | |
|---|---|
| *County of Nassau v. Amerada Hess Corp., et al.* | 03-cv-9543 |
| *Water Auth. of Western Nassau County v. Amerada Hess Corp., et al.* | 03-cv-9544 |
| *Hicksville Water District v. Amerada Hess Corp., et al.* | 04-cv-5421 |
| *Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.* | 04-cv-1718 |
| *American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp., et al.* | 04-cv-1719 |
| *Town of East Hampton v. Amerada Hess Corp., et al.* | 04-cv-1720 |
| *United Water Connecticut, Inc. v. Amerada Hess Corp., et al.* | 04-cv-1721 |
| *Escambia County Utilities Auth. v. Adcock Petroleum, Inc., et al.* | 04-cv-1722 |
| *City of Galva, et al. v. Amerada Hess Corp., et al.* | 04-cv-1723 |
| *City of Rockport v. Amerada Hess Corp., et al.* | 04-cv-1724 |
| *Town of Duxbury, et al. v. Amerada Hess Corp., et al.* | 04-cv-1725 |
| *New Jersey American Water Co., et al. v. Amerada Hess Corp., et al.* | 04-cv-1726 |
| *Water Auth. of Great Neck North v. Amerada Hess Corp., et al.* | 04-cv-1727 |
| *Northampton Bucks County Municipal Auth. v. Amerada Hess Corp., et al.* | 04-cv-6993 |
| *Village of Island Lake v. Ashland, Inc., et al.* | 04-cv-2053 |
| *City of Mishawaka v. Amerada Hess Corp., et al.* | 04-cv-2055 |
| *City of South Bend, Indiana v. Amerada Hess Corp., et al.* | 04-cv-2056 |
| *North Newton School Corp. v. Amerada Hess Corp., et al.* | 04-cv-2057 |
| *City of Park City, Kansas v. Alon USA Energy, Inc., et al.* | 04-cv-2059 |
| *City of Dodge City, Kansas v. Alon USA Energy, Inc., et al.* | 04-cv-2060 |
| *Chisholm Creek Utility Auth. v. Alon USA Energy, Inc., et al.* | 04-cv-2061 |
| *City of Bel Aire v. Alon USA Energy, Inc., et al.* | 04-cv-2062 |
| *Long Island Water Corp. v. Amerada Hess Corp., et al.* | 04-cv-2068 |
| *Patrick County School Board v. Amerada Hess Corp., et al.* | 04-cv-2070 |
| *Town of Hartland v. Amerada Hess Corp., et al.* | 04-cv-2072 |
| *Town of Wappinger v. Amerada Hess Corp., et al.* | 04-cv-2388 |
| *United Water New York Inc. v. Amerada Hess Corp., et al.* | 04-cv-2389 |
| *Village of Pawling v. Amerada Hess Corp., et al.* | 04-cv-2390 |
| *City of Marksville v. Alon USA Energy, Inc., et al.* | 04-cv-3412 |

Dockets.Justia.com

| | |
|---|---|
| *Town of Rayville v. Alon USA Energy, Inc., et al.* | 04-cv-3413 |
| *Port Washington Water District v. Amerada Hess Corp., et al.* | 04-cv-3415 |
| *Incorporated Village of Sands Point v. Amerada Hess Corp., et al.* | 04-cv-3416 |
| *Buchanan County School Board v. Amerada Hess Corp., et al.* | 04-cv-3418 |
| *Craftsbury Fire District #2 v. Amerada Hess Corp., et al.* | 04-cv-3419 |
| *Town of Matoaka, West Virginia, Matoaka Water System v. Amerada Hess Corp., et al.* | 04-cv-3420 |
| *Town of Billerica, et al. v. Amerada Hess Corp., et al.* | 06-cv-1381 |
| *Coffey Insurance Services v. Amerada Hess Corp., et al.* | 06-cv-3750 |
| *Town of Middleborough, et al. v. Amerada Hess Corp., et al.* | 06-cv-3741 |
| *St. Nicholas Parish v. Amerada Hess Corp., et al.* | 06-cv-3742 |
| *Freedom Sanitary District #1 v. Amerada Hess Corp., et al.* | 06-cv-3751 |
| *Capital Credit Union v. Amerada Hess Corp., et al.* | 06-cv-3752 |
| *Abrahamson, et al. v. Amerada Hess Corp., et al.* | 06-cv-3753 |
| *Town of Freedom v. Amerada Hess Corp., et al.* | 06-cv-3754 |
| *State of New Mexico v. Amerada Hess Corp., et al.* | 06-cv-5496 |
| *City of Lowell v. Amerada Hess Corp., et al.* | 05-cv-4018 |
| *City of Vineland Water-Sewer Utility v. Amerada Hess Corp., et al.* | 05-cv-9070 |
| *City of Riverside v. Atlantic Richfield Co., et al.* | 04-cv-4969 |
| *Quincy Community Services District v. Atlantic Richfield Co., et al.* | 04-cv-4970 |
| *City of Roseville v. Atlantic Richfield Co., et al.* | 04-cv-4971 |
| *People of the State of California, et al. v. Atlantic Richfield Co., et al.* | 04-cv-4972 |
| *California-American Water Co. v. Atlantic Richfield Co., et al.* | 04-cv-4974 |
| *Silver, et al. v. Alon USA Energy, Inc., et al.* | 04-cv-4975 |
| *Town of Campbellsburg v. Amerada Hess Corp., et al.* | 04-cv-4990 |
| *Roslyn Water District v. Amerada Hess Corp., et al.* | 04-cv-5422 |
| *Franklin Square Water District v. Amerada Hess Corp., et al.* | 04-cv-5423 |
| *County of Suffolk, et al. v. Amerada Hess Corp., et al.* | 04-cv-5424 |
| *Town of Lakeville, et al. v. Atlantic Richfield Co., et al.* | 07-cv-8360 |
| *Greensville County Water & Sewer Auth., et al. v. Amerada Hess Corp., et al.* | 05-cv-1310 |

-------------------------------------------------------------**X**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (collectively, the "Parties") move this Court to enter the agreed Stipulations and Orders of Dismissal under Fed. R. Civ. P. 41 in each of these cases. The Parties have agreed to a settlement agreement and final

2

resolution of all matters in controversy between them, including the settlement of the above cases, and executed stipulations of dismissal. The Parties have agreed that each shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal under Fed. R. Civ. P. 41, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

Respectfully submitted,

Dated: June 15, 2009

Dated: June 17, 2009

Cary L. McDougal
Scott Summy
Carla M. Burke
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdouga@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

Alan J. Hoffman
Jeffrey S. Moller
John J. DiChello
**BLANK ROME LLP**
One Logan Square, 18th and Cherry Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5505
hoffman@blankrome.com
moller@blankrome.com
dichello@blankrome.com

*Attorneys for Settling Defendants,*
*Lyondell Chemical Company and Equistar*
*Chemicals, LP*

Victor M. Sher
**SHER LEFF LLP**
450 Mission Street, Suite 400
San Francisco, California 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333
vsher@sherleff.com

3

Robert J. Gordon
Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*

014580.00690/11909515v.1