**EXHIBIT 20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER     Master File C.A. No. 1:00-1898
PRODUCTS LIABILITY LITIGATION     MDL 1358 (SAS)
------------------------------------------------------------X     M21-88

**This document relates to the following case:**
*City of Dodge City, Kansas v. Alon USA Energy,
Inc., et al.*, No. 04-cv-2060
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Dated: June /5 2009                                    Dated: June 17, 2009

_____                        _____
Cary L. McDougal                                       Alan J. Hoffman
Scott Summy                                            Jeffrey S. Moller
Carla M. Burke                                         John J. DiChello
**BARON & BUDD, P.C.**                                 **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100                       One Logan Square
Dallas, Texas 75219-4281                               18th and Cherry Streets
Telephone: (214) 523-6267                              Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                              Telephone: (215) 569-5500
cmcdouga@baronbudd.com                                 Facsimile: (215) 832-5505
ssummy@baronbudd.com                                   hoffman@blankrome.com
cburke@baronbudd.com                                   moller@blankrome.com
                                                       dichello@blankrome.com

_____                        *Attorneys for Defendants,*
Robert J. Gordon                                       *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                                     *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, City of Dodge City, Kansas*


SO ORDERED:

Dated: _____ 2009     _____
                                       The Honorable Shira A. Scheindlin
                                       United States District Judge

-2-