**EXHIBIT 22**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION | Master File C.A. No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

------------------------------------------------------------X

**This document relates to the following case:**
*City of Bel Aire v. Alon USA Energy, Inc., et al.*,
No. 04-cv-2062

------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

014580.00690/11909732v.1

AGREED TO AND ACCEPTED BY:

Dated: June /$\overline{\phantom{x}}$, 2009        Dated: June 17, 2009

_____  
Cary L. McDougal  
Scott Summy  
Carla M. Burke  
**BARON & BUDD, P.C.**  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, Texas 75219-4281  
Telephone: (214) 523-6267  
Facsimile: (214) 520-1181  
cmcdouga@baronbudd.com  
ssummy@baronbudd.com  
cburke@baronbudd.com  

_____  
Robert J. Gordon  
Robin L. Greenwald  
**WEITZ & LUXENBERG, P.C.**  
180 Maiden Lane, 17th Floor  
New York, New York 10038-4925  
Telephone: (212) 558-5505  
Facsimile: (212) 558-5500  
rgordon@weitzlux.com  
rgreenwald@weitzlux.com  

*Attorneys for Plaintiff, City of Bel Aire*

_____  
Alan J. Hoffman  
Jeffrey S. Moller  
John J. DiChello  
**BLANK ROME LLP**  
One Logan Square  
18th and Cherry Streets  
Philadelphia, Pennsylvania 19103  
Telephone: (215) 569-5500  
Facsimile: (215) 832-5505  
hoffman@blankrome.com  
moller@blankrome.com  
dichello@blankrome.com  

*Attorneys for Defendants,*  
*Lyondell Chemical Company and Equistar Chemicals, LP*

SO ORDERED:

Dated: _____ 2009

_____  
The Honorable Shira A. Scheindlin  
United States District Judge