**EXHIBIT 44**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER     Master File C.A. No. 1:00-1898
PRODUCTS LIABILITY LITIGATION         MDL 1358 (SAS)
------------------------------------------------------------X     M21-88

**This document relates to the following case:**
*State of New Mexico v. Amerada Hess Corp., et al.*,
No. 06-cv-5496
------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

-2-

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009                                              Dated: June 17, 2009

_____                          _____
Cary L. McDougal                                                        Alan J. Hoffman
Scott Summy                                                              Jeffrey S. Moller
Carla M. Burke                                                           John J. DiChello
**BARON & BUDD, P.C.**                                          **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100                         One Logan Square
Dallas, Texas 75219-4281                                          18th and Cherry Streets
Telephone: (214) 523-6267                                        Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                                         Telephone: (215) 569-5500
cmcdouga@baronbudd.com                                     Facsimile: (215) 832-5505
ssummy@baronbudd.com                                        hoffman@blankrome.com
cburke@baronbudd.com                                          moller@blankrome.com
                                                                                 dichello@blankrome.com

_____                          *Attorneys for Defendants,*
Robert J. Gordon                                                       *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                                                 *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, State of New Mexico*


SO ORDERED:

Dated: _____ 2009          _____
                                                                             The Honorable Shira A. Scheindlin
                                                                             United States District Judge

014580.00690/11909757v.1