**EXHIBIT  45**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

**IN RE METHYL TERTIARY BUTYL ETHER**       **Master File C.A. No. 1:00-1898**
**PRODUCTS LIABILITY LITIGATION**           **MDL 1358 (SAS)**

---------------------------------------------------------------X       **M21-88**

**This document relates to the following case:**
*City of Lowell v. Amerada Hess Corp., et al.*,
No. 05-cv-4018

---------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar

Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court

that they have resolved the matters between them and agreed to the entry of this Stipulation and

Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of

the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be

entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.      This Court has jurisdiction over the Parties to this Stipulation and over the subject

matter of this action. The Parties to this Stipulation have advised the Court of their agreement to

settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of

Dismissal.

2.      The Parties to this Stipulation consent to the dismissal of this action as to the

Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3.      Each party shall bear its own costs and attorneys' fees.

014580.00690/11909759v.1

AGREED TO AND ACCEPTED BY:

Dated: June __15__, 2009

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdouga@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

_____
Robert J. Gordon
Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, City of Lowell*

Dated: June __17__, 2009

_____
Alan J. Hoffman
Jeffrey S. Moller
John J. DiChello
**BLANK ROME LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5505
hoffman@blankrome.com
moller@blankrome.com
dichello@blankrome.com

*Attorneys for Defendants,*
*Lyondell Chemical Company and Equistar*
*Chemicals, LP*

SO ORDERED:

Dated: _____ 2009

_____
The Honorable Shira A. Scheindlin
United States District Judge

-2-