# EXHIBIT 56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER      Master File C.A. No. 1:00-1898
PRODUCTS LIABILITY LITIGATION      MDL 1358 (SAS)

------------------------------------------------------------X      M21-88

**This document relates to the following case:**
*County of Suffolk, et al. v. Amerada Hess Corp., et al.*, No. 04-cv-5424

------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

014580.00690/11909777v.1

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009                                            Dated: June 17, 2009

_____                                       _____
Cary L. McDougal                                                Alan J. Hoffman
Scott Summy                                                     Jeffrey S. Moller
Carla M. Burke                                                  John J. DiChello
**BARON & BUDD, P.C.**                                          **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100                                One Logan Square
Dallas, Texas 75219-4281                                        18th and Cherry Streets
Telephone: (214) 523-6267                                       Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                                       Telephone: (215) 569-5500
cmcdouga@baronbudd.com                                          Facsimile: (215) 832-5505
ssummy@baronbudd.com                                            hoffman@blankrome.com
cburke@baronbudd.com                                            moller@blankrome.com
                                                                dichello@blankrome.com

_____                                       *Attorneys for Defendants,*
Robert J. Gordon                                                *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                                              *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs, County of Suffolk, et al.*


SO ORDERED:

Dated: _____ 2009       _____
                                     The Honorable Shira A. Scheindlin
                                     United States District Judge

-2-