## CERTIFICATE OF SERVICE

I, Jeffrey S. Moller, hereby declare under penalty of perjury that a true and correct copy of the foregoing Notice of Joint Motion to Dismiss with attached Stipulations and Orders of Dismissal under Fed. R. Civ. P. 41 was served this 17th day of June, 2009, upon liaison counsel for Plaintiffs and Defendants by electronic mail and upon all other counsel via Lexis-Nexis File and Serve.

*[signature]*
JEFFREY S. MOLLER