UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*City of New York v. Amerada Hess Corp. et al.,*
Case No. NY-04-CV-03417

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/09

SHIRA A. SCHEINDLIN, U.S.D.J.:

## ORDER TO PERMIT INTERNET CONNECTION IN COURTROOM

Having consulted with and obtained direction from the Court's Technology Officer, Defendant Exxon Mobil Corporation shall be permitted, through its consultants, to run and install internet lines to the courtroom for use during the above-captioned trial.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation     Doc. 2559

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

Date: New York, New York
      June 16, 2009