UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*City of New York v. Amerada Hess Corp. et al.,*<br>Case No. NY-04-CV-03417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

SHIRA A. SCHEINDLIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/09

### ORDER TO PERMIT INTERNET CONNECTION IN COURTROOM

Having consulted with and obtained direction from the Court's Technology Officer, Defendant Exxon Mobil Corporation shall be permitted, through its consultants, to run and install internet lines to the courtroom for use during the above-captioned trial.

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

Date:   New York, New York
        June 16, 2009