Confidential - Per 2004 MDL 1358 Order

 1          A.     Well, I'm not --

 2          MR. AXLINE:  Objection.  Calls for

 3   speculation.

 4          THE WITNESS:  I'm not a remediation expert.

 5   So it's not for me to determine what should be done

 6   at this site, only that the results need to be that

 7   it is contained and prevented from impacting drinking

 8   water wells.

 9   BY MR. ANDERSON:

10          Q.     What evidence do you have that the

11   MTBE has gone off site?

12          A.     I have the Chevron's consultant's

13   report.

14          Q.     Is that the one dated January 30th,

15   2008?

16          A.     No, that's not the one I'm looking

17   at.

18          I'm looking at a report dated December 14,

19   2006.

20          Q.     What tab is that behind?

21          A.     8.

22          Q.     What makes you think it's gone off

23   site in Tab 8 of the report?

24          A.     Figure 7 is an isoconcentration

25   contour map for MTBE and Chevron's consultant has

Confidential - Per 2004 MDL 1358 Order

1   investigation to optimize well locations and

2   sampling.

3          Q.     Does OCWD plan to undertake that

4   activity?

5          A.     It hasn't been determined whether we

6   are going to or not.

7          Q.     Is there a timeline as to when it

8   plans on making that determination?

9          A.     No, there is no timeline.

10         Q.     Earlier you said that you thought

11  that MTBE had escaped remediation because there

12  hadn't been any remediation; is that correct?

13         A.     Well, yeah.  That wasn't a

14  completely correct statement.  Insofar that I said

15  that it's escaped remediation, there hasn't been

16  remediation, unless there is some going on now.  But

17  the contamination is already off the site.  So, in

18  that sense, I guess it's escaped remediation.

19         Q.     And do you think that the MTBE that

20  has escaped remediation was significant?

21         A.     Well, you asked me that already.

22         Q.     I asked you whether or not the amount

23  that had gone off site is significant.  This is

24  slightly different.  The amount that's escaped

25  remediation is significant.

Page 1468

1          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

2
    IN RE:

3
    Methyl Tertiary Butyl:  Master File No. 1:00-1898
4   Ether ("MTBE")       :  MDL NO. 1358 (SAS)
    Products Liability   :  M21-88
5   Litigation           :
    _____
6
    This Document Relates to:
7       Orange County Water District
        v. Unocal Corporation, et al.,
8       S.D.N.Y. No. 04 Civ. 4968 (SAS)
    _____/
9
                    CONFIDENTIAL
10            (Per 2004 MDL 1358 Order)

11                    ------

12              OCTOBER 21, 2008

13                    ------

14

15      Videotaped Deposition of DAVID P. BOLIN,

16  Volume 7, OCWD'S 30(b)(6) DESIGNEE, re Focus Plumes

17  2, 7 and 9, held in the law offices of Latham &

18  Watkins, 650 Town Center Drive, Suite 2000, Costa

19  Mesa, California, beginning at 9:12 a.m., before

20  Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23          GOLKOW TECHNOLOGIES, INC.

24      877.370.3377 ph|917.591.5672 fax

25              deps@golkow.com

Page 1500

1    sorry.

2                        (Exhibit No. 91 was marked.)

3    BY MR. TEMKO:

4            Q.    Mr. Bolin, have you seen Exhibit 91

5    before?

6            A.    Yes.

7            Q.    What is that document?

8            A.    This is a summary of information that

9    I compiled in preparation for deposition.

10           Q.    What documents did you review to

11   compile this summary?

12           A.    Many or all of the same documents I

13   had identified earlier:  Various quarterly monitoring

14   reports; remediation reports; maps; well information,

15   and data in the District's database; communications

16   between regulatory authorities and the -- and Shell

17   or Shell's consultant, and so on.

18           Q.    The information contained in this

19   document, starting with Bates No. 001-192542, this is

20   information relating to a well.  Did that come from

21   the OCWD WRMS database?

22           A.    Yes.

23           Q.    And how about the next part of

24   Exhibit -- yes, Exhibit 91, starting with page

25   001-192546, did that also come from the WRMS

Confidential - Per 2004 MDL 1358 Order

Page 1501

1    database?

2            A.      Yes.

3            Q.      On the first page of Exhibit 91, up

4    towards the top, you summarize some detections of

5    contamination in groundwater off of the site; do you

6    see that?

7            A.      I believe I'm looking at the same

8    thing.  Are you referring to B-11, B-8, B-7?

9            Q.      No.  I was looking at starting in

10   line 5 -- lines 5 through 12 of the exhibit.

11           A.      Yes.  That's what I'm looking at.

12   You mentioned off site.  Wells B-11, B-8, B-7 are off

13   site.

14           Q.      I see.  And the other ones are on

15   site?

16           A.      They are -- I consider them to be

17   within the site boundary, near the site margin.

18           Q.      Can you tell, from looking at those

19   data summaries, whether the contamination detected

20   comes from a release of gasoline before MTBE was

21   added to the gasoline?

22           A.      No, I cannot.

23           Q.      Do you know when MTBE was first added

24   to the gasoline for Shell in Southern California?

25           A.      I don't.

1    of the fact that the Orange County health -- that the

2    Orange County Water District intends at some point,

3    at some sites, to conduct its own remediation?

4              A.    I believe they are.

5              Q.    And what's your basis for saying

6    that?

7              A.    We've had similar conversations with

8    them.  Specifically Ken Williams is aware we have a

9    dispute.  We're evaluating these various sites, and

10   that we will eventually -- we will be conducting our

11   own -- installing our own wells, collecting our own

12   data, and designing and implementing remediation

13   systems at selected locations, and that we will be

14   keeping them apprised of all of our activities,

15   similar to Orange County Health Care Agency.

16             Q.    And as with the Orange County Health

17   Care Agency, you have not yet laid any groundwork for

18   how that coordination would occur?

19             A.    That's correct.

20             Q.    What's the basis for OCWD's

21   contention that contamination has escaped remediation

22   at 6502 Bolsa?

23             A.    Contamination has been detected in

24   off-site wells.  And although I'm not a remediation

25   expert, it doesn't appear that remediation that's

Confidential - Per 2004 MDL 1358 Order

1    is, that you continued to monitor the site in the way

2    you described by, principally, periodically reviewing

3    information on Geotracker?

4            A.      That is correct.

5            MR. TEMKO:  I am going to ask the court

6    reporter to mark as Exhibit 93 a multipage summary

7    document regarding the Westminster Shell station.

8                    (Exhibit No. 93 was marked.)

9    BY MR. TEMKO:

10           Q.      Mr. Bolin, Exhibit 93 is a summary

11   document that you prepared with respect to the

12   Westminster Shell site in connection with your

13   preparation for the deposition, correct?

14           A.      That's correct.

15           Q.      And this, like the similar summary

16   report that you prepared for 6502 Bolsa, was a

17   document that you put together to assist you in your

18   testimony by synthesizing materials from the types of

19   documents you referred to earlier, including

20   groundwater monitoring reports and other regulatory

21   reports, correct?

22           A.      That's correct.

23           Q.      Exhibit 93 indicates that the initial

24   MTBE detection in groundwater occurred in 1996 in

25   MW-6; do you see that?

Confidential - Per 2004 MDL 1358 Order

Page 1544

1   detection in December of 2007.

2           Q.      Which was 1.2 ppb?

3           A.      Which is 1.2 parts per billion.

4           Q.      And that MW-8 is also a monitoring

5   well off site to the south of the service station

6   site, correct?

7           A.      The well is located south-southwest

8   of -- it is off site, on Westminster Avenue, a little

9   bit east of the optimal downgradient direction;

10  whereas, MW-9 would be to the southwest, a little bit

11  west of the optimal downgradient direction.

12          Q.      Although, isn't MW-8 pretty well

13  situated between Westminster Shell and HB-7 and

14  HB-13?

15          A.      The well, the geographic location, is

16  more in line -- more on the line of -- a line -- if

17  you draw a line from Westminster Shell to HB-7 or

18  HB-13, MW-8 is closer to that well than MW-9.  But

19  given that groundwater flow fluctuates in the shallow

20  zone, the flow direction fluctuates in the shallow

21  zone, it doesn't -- the fact that MW-8 is more in

22  line between HB-7, HB-13 and Westminster Shell is not

23  significant.

24          Q.      Why is that?

25          A.      Because groundwater flow may be in a

Page 1592

1                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2
       IN RE:
3
       Methyl Tertiary Butyl:  Master File No. 1:00-1898
4      Ether ("MTBE")        :  MDL NO. 1358 (SAS)
       Products Liability    :  M21-88
5      Litigation            :
       _____
6
       This Document Relates to:
7          Orange County Water District
           v. Unocal Corporation, et al.,
8          S.D.N.Y. No. 04 Civ. 4968 (SAS)
       _____/
9
                          CONFIDENTIAL
10                 (Per 2004 MDL 1358 Order)

11                        ------

12           Wednesday, October 29, 2008

13                        ------

14

15         Videotaped Deposition of DAVID P. BOLIN,

16     Volume 8, OCWD'S 30(b)(6) DESIGNEE re Focus Plumes

17     5 and 8, held in the law offices of Latham &

18     Watkins, 650 Town Center Drive, Suite 2000, Costa

19     Mesa, California, beginning at 9:05 a.m., before

20     Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23             GOLKOW TECHNOLOGIES, INC.

24         877.370.3377 ph|917.591.5672 fax

25               deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 1791

1          MR. KATZ:  And I will just say on the record

2     that there's been many speeches that have been made

3     by plaintiff's counsel, to which I haven't responded,

4     and that silence should not ever be interpreted as

5     agreement or assent with the comments that have been

6     made, but I'm simply trying to use the time that we

7     have here today to ask the witness questions and have

8     the witness respond to me.  And I will be happy to

9     talk to plaintiff's counsel about these issues when

10    we're not on the clock.

11         MR. SAWYER:  Well, my job is to make sure

12    the deposition is conducted efficiently during the

13    course of the deposition, not afterwards.  I will

14    object on the grounds it's been asked and answered.

15         THE WITNESS:  Can you repeat the question,

16    please.

17    BY MR. KATZ:

18         Q.    Has MTBE or TBA escaped from

19    remediation at Unocal 5356?

20         MR. SAWYER:  Same objections.

21         THE WITNESS:  I'm not an expert in regards

22    to remedial technologies.  But having said that, I

23    believe that it has.

24         And the reason I believe that it has is

25    because there's an example where there was purging

Confidential - Per 2004 MDL 1358 Order

Page 1792

1    going on at the site, and then on June -- in June

2    2001, after purging was halted, they tested for the

3    presence of MTBE and TBA.  And MTBE was detected at

4    87,000 micrograms per liter, and TBA was detected as

5    1,100,000 micrograms per liter both in well MW-9.

6             Now, that suggests to me that they had

7    stopped their remedial -- the applied remedial

8    technology at that time, and they are still have

9    exceptionally elevated concentrations of MTBE and

10   TBA.  That tells me that it hasn't been remediated.

11   BY MR. KATZ:

12             Q.    Is -- are there ongoing remediation

13   activities at Unocal 5356?

14             A.    I'm a little flabbergasted by your

15   question.  We just talked about activities taking

16   place, and we talked about a work plan at some

17   length, the work plan, comments to the work plan.

18   And I said that sparging was initiated in April '04.

19   And, to my knowledge, there is still some ongoing

20   remediation activities at the site.

21             Q.    How much MTBE or TBA has escaped from

22   remediation at Unocal 5356?

23             A.    I don't know.

24             MR. SAWYER:  Objection -- let me get my

25   objections in next time.  That's fine.

Confidential - Per 2004 MDL 1358 Order

1    question.

2              Let's mark as Exhibit --

3              (Discussion held off the written record.)

4                     (Exhibit No. 112 was marked.)

5         MR. CORRELL:  Here's Exhibit 112.  And, sir,

6    like I said before, we will go into this in much more

7    detail probably tomorrow.

8         MR. SAWYER:  Geez, I can't wait.

9    BY MR. CORRELL:

10        Q.    You see in -- Exhibit No. 112 are the

11   notes that you made relating to the Chevron Station

12   No. 1921, correct?

13        A.    Yes.

14        Q.    And it says, "Fuel leaks were

15   detected at the site in 1988 and 1990."  Do you see

16   that?

17        A.    Yes, I do.

18        Q.    And then the first monitoring well

19   that tested MTBE was when, July of '96?

20        A.    Yes, I believe that's correct.

21        Q.    So for over a decade there's been

22   MTBE contamination at this site?

23        MR. SAWYER:  I object to the use of the term

24   "site."  It's vague and ambiguous.

25   BY MR. CORRELL:

Confidential - Per 2004 MDL 1358 Order

Page 1868

1             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
2
   IN RE:
3
   Methyl Tertiary Butyl:  Master File No. 1:00-1898
4  Ether ("MTBE")      :  MDL NO. 1358 (SAS)
   Products Liability  :  M21-88
5  Litigation          :
   _____
6
   This Document Relates to:
7      Orange County Water District
       v. Unocal Corporation, et al.,
8      S.D.N.Y. No. 04 Civ. 4968 (SAS)
   _____/
9
                    CONFIDENTIAL
10            (Per 2004 MDL 1358 Order)

11                    ------

12          Thursday, October 30, 2008

13                    ------

14

15       Videotaped Deposition of DAVID P. BOLIN,

16  Volume 9, OCWD'S 30(b)(6) DESIGNEE re Focus Plumes

17  8 and 4, held in the law offices of Latham &

18  Watkins, 650 Town Center Drive, Suite 2000, Costa

19  Mesa, California, beginning at 8:28 a.m., before

20  Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23          GOLKOW TECHNOLOGIES, INC.

24      877.370.3377 ph|917.591.5672 fax

25              deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

1   groundwater elevations from those water level

2   measurements and have drawn a -- this contour map

3   in -- based on that data.

4        And it shows that the contours indicate

5   groundwater gradient flows outward from the site to

6   the west; in the west part of the site to the south;

7   in the south part of the site, and then to the

8   southeast -- I mean, I'm sorry, the southwest, in the

9   southwest part of the site.

10       And the most downgradient wells in those

11   directions are MW-15 to the west, MW-14 to the

12   southwest, and MW-13 to the south.  And

13   concentrations have been detected in these wells --

14   let's see.  I have not been detected -- I -- I'm

15   sorry, has been detected in MW-15, which is off site;

16   MW-14, which is right at the site margin but is the

17   most downgradient site for the southwest direction,

18   and then also in MW-13.  And no additional

19   investigation has been completed further downgradient

20   from these locations.

21       That suggests to me that since there is

22   contamination in these wells and it has not been

23   delineated downgradient from these locations, that it

24   has escaped the site.

25       Q.    Do you consider the monitoring

Confidential - Per 2004 MDL 1358 Order

Page 1889

1   wells to be part of the site?

2          A.    The monitoring well -- no, I don't.

3   The monitoring wells are off -- well, some monitoring

4   wells on site are part of the site.  Monitoring wells

5   off site are not part of the site.  They are

6   investigation wells associated with the off-site

7   migration of contamination, but they are not part of

8   the site.

9          Q.    Okay.  For example, Monitoring Wells

10  13 and 15 were drilled by Chevron's consultants

11  pursuant to regulatory oversight of the Regional

12  Board, correct?

13         A.    I don't recall.

14         MR. SAWYER:  Let me see -- let me get in an

15  objection.  Assumes facts not in evidence.

16         THE WITNESS:  I don't recall what prompted

17  Chevron's consultant to drill those wells.

18  BY MR. CORRELL:

19         Q.    But they are wells that Chevron

20  drilled or its consultant -- or its consultants?

21         MR. SAWYER:  Objection.  Lack of foundation.

22         THE WITNESS:  I believe they are.

23  BY MR. CORRELL:

24         Q.    And so when you say "it's escaped the

25  site," even if contamination leaves the physical

Confidential - Per 2004 MDL 1358 Order

1    boundary of the site, it may still be addressed by

2    the site investigation?

3         A.    Yes.

4         Q.    And isn't the site investigation at

5    Chevron 1921 addressing that contamination that's

6    left the physical boundary of the site by drilling

7    and monitoring these wells?

8         MR. SAWYER:  Objection.  Overly vague.

9    Ambiguous.  Lack of foundation.  Assumes facts not in

10   evidence.  I also object to the extent it asks for

11   expert opinion, which is beyond the scope of this

12   deposition and premature.

13        THE WITNESS:  It did.  The wells were

14   drilled a long time ago.  So it appears that because

15   so much time has gone by since these particular wells

16   were drilled and tested -- or drilled, that it

17   appears that Chevron's consultant has discontinued

18   their downgradient investigation.

19   BY MR. CORRELL:

20        Q.    Well, they continue to monitor wells

21   14, 15 and 13, correct?

22        A.    Yes, they do.

23        Q.    And in your review of the regulatory

24   files and the quarterly and annual consultant

25   reports, have you seen any suggestions by either the

Confidential - Per 2004 MDL 1358 Order

Page 1932

1          MR. CORRELL:  Let's go off the record for

2     just a second.

3          MR. SAWYER:  Yes, let's go off the record.

4          THE VIDEOGRAPHER:  Going off the record.

5     The time is 9:50 a.m.

6          (Off the record.)

7          THE VIDEOGRAPHER:  Back on the record.  The

8     time is 9:53 a.m.

9                    (Exhibit Nos. 120 and 121 were.

10                    marked.)

11    BY MR. CORRELL:

12          Q.    Mr. Bolin, we went off the record,

13    and you helped orient me to two documents.  One is

14    marked as Exhibit No. 120.  It is a December 27, 2007

15    Atlas report, and it was behind Tab 9 in your binder?

16          A.    I believe that's correct.

17          Q.    And then Exhibit 121, which is a

18    July 15, 2008 report from Atlas that was behind Tab 7

19    in your binder?

20          A.    I believe that's correct.

21          Q.    And we are going to turn to Figure 3

22    on both of them.  And the Bates number for Exhibit

23    120's Figure 3, OCWD-MTBE-001-245298.  And for

24    Exhibit No. 121, the same prefix, and then 245182.

25          And before all this, I think I asked you why

Confidential - Per 2004 MDL 1358 Order

Page 1933

1    you believe contamination had escaped the site?

2         A.     On both these maps it identifies

3    off-site wells, wells outside the specific site

4    boundary, in which -- and I have marked these.   I

5    have compared these with data tables in these same

6    reports, the same exhibits you mention, indicating

7    there's been detections in these off-site wells of

8    MTBE and, I believe, TBA.

9         Q.     Okay.  And you have highlighted areas

10   showing groundwater flow?

11        A.     Yes, I do.

12        Q.     And so which -- which wells in Figure

13   3 indicate to you that contamination has escaped the

14   site?

15        A.     Let's see.  Contamination has been

16   detected in almost every well that's been drilled and

17   tested.  I see -- based on my notes, I see three

18   wells, perhaps four wells, that have been drilled and

19   tested in which MTBE has not been detected.  At least

20   three of those are off site.  I'm not certain about a

21   fourth location.

22        The specific wells in which MTBE has been

23   detected -- or MTBE and/or TBA has been detected is

24   MW-22, MW-13, MW-15, MW-24.  And I'm not certain

25   where the south site boundary is marked.  I believe,

Confidential - Per 2004 MDL 1358 Order

Page 1934

1    MW-11, MW-12, MW-17, MW-21, MW-23, and MW-16, I

2    believe are off site.  But, again, I'm not certain of

3    that.

4            Q.    And those have detections off site?

5            A.    Well, if -- those are what I believe

6    are off-site wells.  They have had detections.

7            Q.    Okay.  Has contamination escaped

8    remediation at this site?

9            MR. SAWYER:  Objection, to the extent it

10   asks for expert opinion.  Vague.  Ambiguous.  Lack of

11   foundation.

12           THE WITNESS:  Similar to the previous

13   station we discussed, I'm not an expert on remedial

14   technologies, but I believe that MTBE and/or TBA has

15   escaped remediation from the site.

16   BY MR. CORRELL:

17           Q.    And why do you believe that?

18           A.    Because there's been detections in

19   these off-site wells, and I do not believe that the

20   on-site remedial activities has been able to

21   recapture the contamination that's flowed off site.

22           Q.    When did contamination escape

23   remediation at this site?

24           MR. SAWYER:  Objection, to the extent it

25   calls for speculation.  Lack of foundation.  Or calls

Confidential - Per 2004 MDL 1358 Order

Page 1935

1    for expert testimony.

2            THE WITNESS:  I'm not an expert in remedial

3    technologies, so I don't know when it has escaped.

4    BY MR. CORRELL:

5            Q.    Based upon the monitoring data, is

6    there a date by which you do know it escaped?

7            MR. SAWYER:  Objection.  Vague.  Ambiguous.

8    Lack of foundation.

9    BY MR. CORRELL:

10           Q.    And the way this question is a little

11   different is, I'm not trying to wedge you to a date,

12   but sometimes people know things.  Would it have

13   happened at least by "X" date?

14           MR. SAWYER:  Same objections.

15           THE WITNESS:  No.  I don't know when that

16   would have occurred.  I can only go on the data

17   that's been provided by G & M's consultant and refer

18   to that data as to when detections were made.

19   BY MR. CORRELL:

20           Q.    When detections were made in off-site

21   wells?

22           A.    In off-site wells.  We saw off-site

23   and on-site wells.

24           Q.    Okay.  Going back to your notes,

25   which I believe were Exhibit 118 --

Confidential - Per 2004 MDL 1358 Order

1    escaped the site?

2              MR. SAWYER:  Objection.  Vague.  Ambiguous.

3    Lack of foundation.  And also object to the extent it

4    asks for expert opinion.

5              THE WITNESS:  Given that I'm not an expert,

6    I can't comment on remedial capture, but I believe

7    that it has certainly left the site.  It's outside

8    the site boundary.  And by that I believe it's

9    escaped the site.

10   BY MR. CORRELL:

11             Q.    And do you believe it's escaped the

12   remediation at the site?

13             MR. SAWYER:  Objection.  Argumentative.

14   Asked and answered.

15             THE WITNESS:  I'm not a remedial expert, but

16   I believe that it is outside the effective remedial

17   measures at this site.  So it has, in effect, escaped

18   remediation.

19   BY MR. CORRELL:

20             Q.    Have significant amounts escaped

21   remediation?

22             MR. SAWYER:  Objection.  Lack of foundation.

23   Vague.  Ambiguous.

24             THE WITNESS:  Well, I don't know what you

25   mean by "significant."  My understanding is that the

Confidential - Per 2004 MDL 1358 Order

Page 1954

1    contamination has escaped off site, in off-site

2    wells, and has not been delineated further

3    downgradient from these wells.  It's outside the

4    remedial reaches of ongoing activities at the well --

5    or at the site and, therefore, has escaped

6    remediation.

7    BY MR. CORRELL:

8            Q.    But you don't know whether or not the

9    amount that escaped is significant?

10           MR. SAWYER:  Objection, insofar as you use

11    the term "significant," which is vague and ambiguous.

12    Asked and answered.

13           THE WITNESS:  I don't know what

14    "significant" means.  It is meaningful to me, in that

15    it is not being captured by activities at the site.

16    BY MR. CORRELL:

17           Q.    Do you know when MTBE or TBA

18    contamination had escaped remediation at the site?

19           MR. SAWYER:  Same objections.

20           THE WITNESS:  No, I don't.

21                         (Exhibit Nos. 126, 127 and 128.

22                         were marked.)

23    BY MR. CORRELL:

24           Q.    If you will turn to Exhibit 128, sir,

25    of the Komex report.

Confidential - Per 2004 MDL 1358 Order

Page 1988

1          Q.      Including ARCO 3085?

2          A.      That's correct.

3          Q.      Would it be fair to say that by

4    July 11th, 2005, the date of this fax transmittal,

5    that OCWD had identified ARCO 3085 as a site that it

6    wanted to investigate further?

7          A.      I think so.

8          MS. WEIRICK:  Mr. Bolin, I'd like to turn to

9    your notes on ARCO 3085.  I'm handing these to the

10   court reporter, your notes, Mr. Bolin.  The exhibit

11   number will be 135?

12          THE REPORTER:  134.

13                  (Exhibit No. 134 was marked.)

14          MR. SAWYER:  Just a point of clarity.  Were

15   these actually attached to his notes, these maps, or

16   is this just a -- well, never mind.  Maybe you can

17   ask the witness.  I just don't remember ever maps

18   being attached to these kinds of things.

19   BY MS. WEIRICK:

20          Q.      Mr. Bolin, are these the notes that

21   you prepared for ARCO 3085?

22          A.      Yes.

23          Q.      Did your -- when you prepared these

24   notes, did you also attach the maps that are located

25   directly after the typed information?

Confidential - Per 2004 MDL 1358 Order

Page 1989

1          A.      Yes.

2          Q.      When did you prepare these notes?

3          A.      Recently, within the last couple of

4     weeks.

5          Q.      And how much time did you spend on

6     preparing them?

7          A.      I don't know.  I had prepared for to

8     answer questions on this site, similar to my

9     preparation for answering questions on other sites.

10    I don't recall how much time was specifically spent

11    on this site.

12         Q.      And why did you prepare these?

13         A.      Because I was asked to answer

14    questions as part of this deposition.

15         Q.      So these will help you answer those

16    questions, correct?

17         A.      Yes.

18         Q.      What documents are your notes based

19    on?

20         A.      The same documents that I had listed

21    earlier.

22         Q.      The same categories, correspondence

23    from the Regional Board --

24         A.      Yes.

25         Q.      -- reports that had been submitted?

Confidential - Per 2004 MDL 1358 Order

Page 2037

1   area of the property for potential locations for

2   monitoring wells.

3          Q.    OCWD has actually looked at the

4   property formerly known as ARCO 3085 to determine

5   whether monitoring wells should be established there?

6          A.    No.  No.  That's not what I said.

7          I said the area which involves public

8   right-of-ways outside of this site boundary.

9          Q.    Anything else on Exhibit 48?

10          A.    No.

11          Q.    Does OCWD believe that any additional

12   or different investigation should have been conducted

13   at ARCO 3085?

14          MR. SAWYER:  Okay.  Objection.  Vague.

15   Ambiguous.  I also object to the extent it

16   constitutes an improper contention question.  Beyond

17   the scope of this witness's qualifications regarding

18   remediation, in view of his past testimony.  Asked

19   and answered.

20          THE WITNESS:  I'm not a remedial

21   expert.  But given that there is contamination that

22   was released from this site, got into groundwater,

23   has migrated off site and has not been captured by

24   remedial activities at this site, additional

25   activities might have involved containing that