Page 2041

1   BY MS. WEIRICK:

2       Q.   So in light of that, let me change my
3   question, which is:  A scope of work has not been
4   prepared yet as to ARCO 3085?

5       A.   We don't have a specific remediation
6   scope of work for ARCO 3085.

7       Q.   Do you know when you might have one?

8       MR. SAWYER:  Objection.  Calls for
9   speculation.

10      THE WITNESS:  No, I don't.

11  BY MS. WEIRICK:

12      Q.   Does OCWD believe that MTBE and TBA
13  contamination have -- has escaped remediation at ARCO
14  3085?

15      MR. SAWYER:  Objection.  Improper contention
16  question.  Compound.  I further object to the extent
17  it's been asked and answered in his testimony earlier
18  today.  I further object to the extent it calls for
19  expert testimony.

20      THE WITNESS:  Well, I'm not an expert in
21  remedial technology.  I do recognize that MTBE and/or
22  TBA contamination that was released from this site
23  has gotten into off-site wells.  Remediation activity
24  at the site, I believe, has been discontinued, and
25  that there was contamination in the wells at the last

1    time that any testing was done, therefore, I believe
2    that that contamination has not been remediated, has
3    not been contained, and is continuing to migrate from
4    the site.
5    BY MS. WEIRICK:
6         Q.    I'm sorry.  Maybe I misheard your
7    answer.  Did you say that remediation activities have
8    been discontinued at this site?
9         A.    I don't recall what the status
10   of remediation is at this site.  But I don't believe
11   that the contamination detected in the off-site wells
12   is being captured or contained.
13   BY MS. WEIRICK:
14        Q.    So it's not your testimony that
15   remediation has been discontinued at this site?
16        A.    I'm saying --
17             MR. SAWYER:  Objection.  Asked and answered.
18             THE WITNESS:  I did answer that question.
19   BY MS. WEIRICK:
20        Q.    Has the amount of MTBE contamination
21   that OCWD alleges has escaped remediation at this
22   site, is that amount significant?
23             MR. SAWYER:  Objection, vague and ambiguous
24   in so far as the term "significant."  I also object
25   to the extent it's been asked and answered.

1   THE WITNESS: It's certainly meaningful, in
2   that it indicates that contamination that was
3   released from this site did get into groundwater and
4   is migrating away from the site, insofar that it
5   threatens drinking water supplies. To me that's very
6   meaningful.
7   BY MS. WEIRICK:
8       Q.   Can you assign a level of
9   concentration to the word meaningful?
10      A.   No. No.
11      Q.   Does OCWD know -- strike that.
12           When did the contamination from ARCO 3085,
13  that you believe is meaningful, escape remediation?
14      MR. SAWYER: Objection. Overly broad.
15  Vague. Ambiguous. I also object to the extent it's
16  been asked and answered or seeks an expert opinion.
17  Lack of foundation.
18      THE WITNESS: I don't know when it escaped
19  remediation.
20  BY MS. WEIRICK:
21      Q.   You testified that the MTBE and TBA
22  contamination at ARCO 3085 has migrated off site. Do
23  you know in what direction?
24      A.   I don't know in what directions. But
25  based on the figure that we were looking at earlier,

Page 2044

1   indicating a southerly flow direction, there's also a
2   northern flow component to off-site movement of water
3   at this site.
4           The contamination has been detected in a
5   number of off-site wells, including MW-6, which I
6   believe -- I believe that's MW-6, which is to the
7   west of the site.  I can't read it very well.  It
8   might be MW-5, but I believe it's MW-6.  There's also
9   MW-11, MW-10, MW-4 to the south of the site and MW-5
10  to the southeast part of the site.  Contamination has
11  been detected in all of those wells.  And I believe
12  that is contamination that's escaped the site.
13  BY MS. WEIRICK:
14      Q.      I think you just mentioned that the
15  contamination migrated generally to the south but
16  that there was a northerly -- northerly component?
17          MR. SAWYER:  You're repeating his testimony
18  and then asking him another question about whether he
19  said what he just said.  And so I'm going to object
20  on the grounds it's been asked and answered.
21          MS. WEIRICK:  I just want you to explain the
22  northerly component of your previous answer.  And I
23  was trying to summarize his previous answer because
24  it was fairly long.
25          MR. SAWYER:  Okay.  Well, my objection still

1    A.    We were talking about the
2  contamination that remained in groundwater after the
3  no further action letter had been issued.
4    Q.    Is there anything else that you can
5  recall from the conversation?
6    A.    No, I can't.
7    Q.    Did you and Mr. Herndon discuss
8  taking any course of action in response to this
9  closure?
10   A.    No, I don't.  I don't remember that.
11 Not any specific course of action.
12   Q.    Other than the conversation that we
13 just discussed, are you aware of whether or not
14 Mr. Herndon took any kind of action after receiving
15 Exhibit 146, the February 8th letter -- or 6th
16 letter?
17   A.    I don't know what action Roy might
18 have taken.  I'm not sure what action you might be
19 referring to.
20   Q.    I'm really just curious to know.  I'm
21 not referring to anything in particular.
22   A.    I don't know what action he took.
23   Q.    Did OCWD object to the closure of
24 Mobil 18-HEP to the Regional Board?
25         MR. SAWYER:  I will object, to the extent it

Confidential - Per 2004 MDL 1358 Order

Page 2094

1   uses the term "object," as vague and ambiguous.
2           THE WITNESS:  I don't recall submitting a
3   written objection.  I don't recall whether we had
4   discussions with the Water Board after this letter
5   came out or what we did.
6   BY MS. ROY:
7       Q.      Do you have any recollection of
8   having any communication with the Regional Board
9   about closure of Mobil 18-HEP?
10          MR. SAWYER:  Objection.  Asked and answered.
11  Argumentative.
12          THE WITNESS:  I don't.
13  BY MS. ROY:
14      Q.      In terms of assembling your binders,
15  if there had been a written objection or a letter
16  sent to the Regional Board from OCWD related to
17  closure of Mobil 18-HEP, is that the sort of document
18  that you would have pulled to include in your binder?
19          MR. SAWYER:  Objection.  Calls for
20  speculation.
21          THE WITNESS:  It is certainly one I would
22  have -- if I didn't have it in the binder, it's one
23  I certainly would have made note of in my summary
24  notes.
25  ///

Page 2095

```
 1    BY MS. ROY:
 2         Q.     And there aren't any in your summary
 3    notes; is that correct?
 4         A.     And there aren't any in my summary
 5    notes.  I don't think we had any -- there was any
 6    kind of a document like that.
 7         Q.     Other than communication with the
 8    Regional Board, putting that aside since we just
 9    talked about that, did OCWD discuss closure of Mobil
10    18-HEP with anyone or any other entity?
11         A.     I don't recall whether we had
12    discussion about the closure with -- with anybody
13    else.
14         Q.     Okay.  Now, other than the particular
15    conversation that you just referenced between you and
16    Mr. Herndon about closure, do you recall any other
17    internal communication amongst anyone at OCWD about
18    the closure of Mobil 18-HEP?
19         A.     I don't recall for certain.  I know
20    we've had conversations with our assistant general
21    manager that oversees our department, keep him posted
22    on our activities.  It's possible that Mobil 18-HEP
23    came up in a reference as to a site that was
24    closed by the agency.
25                I just remember these concentrations,
```

```
 1    documents in the past -- it's not specific to this
 2    site, but there have been occasions when Roy Herndon
 3    or I have been CC'd on a document that I believe the
 4    regulatory agencies intended for us to receive or,
 5    thought we had received, but we did not receive.  So
 6    sometimes, for whatever reason, documents or letters
 7    fall through the cracks.
 8              And I cannot say -- unless I can find a
 9    copy, I cannot say whether Orange County Water
10    District actually received this letter dated
11    March 16, '07.
12         Q.   Understood.  But OCWD was certainly
13    aware in March of 2007 that the Regional Board was
14    issuing a closure letter for Mobil 18-HEP; is that
15    correct?
16              MR. SAWYER:  Objection.  Lack of foundation.
17              THE WITNESS:  Just a brief second.  Yes, as
18    a result of the -- I believe as a result of the
19    February 6, 2007 letter, from the Water Board to
20    Marla Guensler, that the District knew the Water
21    Board was closing this site.
22    BY MS. ROY:
23         Q.   All right.  I'd like to direct your
24    attention to -- actually, let me back up.
25              You mentioned when you referenced the
```

```
 1            THE WITNESS:  No, I don't know when the last
 2   release was.
 3   BY MS. ROY:
 4       Q.    Do you recall seeing any
 5   documentation in your files about when releases
 6   occurred at Mobil 18-HEP?
 7            MR. SAWYER:  Same objection.  Overly broad.
 8   Vague and ambiguous.
 9            THE WITNESS:  Yes, I believe there are some
10   Unauthorized Release Reports for this site in Tab --
11   after Tab 4.
12   BY MS. ROY:
13       Q.    And looking at your notes, your
14   Exhibit 142, I note that the most recent one that you
15   reference is one occurring in 1998; do you see that?
16       A.    In my notes.  That is the last
17   Unauthorized Release Report that I believe I have
18   seen.  Yes, there is one that was reported on
19   September 24th, 1998.  I don't know what happened
20   after that.
21       Q.    And do you know when Mobil 18-HEP
22   ceased operations?
23       A.    No, I don't.
24       Q.    I will represent to you -- well, do
25   you know when the tanks were removed from Mobil
```

Page 2112

1   18-HEP?
2          A.    I believe -- I have in my notes that
3   USTs were removed in September '98.  I don't know
4   about anything after that.
5          Q.    And have you seen any documentation
6   suggesting that any leak occurred after that time?
7          A.    No.  I don't know that I have seen
8   all of the underground -- the tank release reports,
9   but I haven't seen anything after that date that I
10  recall.
11         Q.    All right.  Is it safe to assume
12  though that if all the tanks are pulled, that there
13  probably isn't another release that's going to occur
14  after that?
15         MR. SAWYER:  You are assuming facts not in
16  evidence.  You're assuming that all the tanks were
17  pulled.  Lack of foundation.  Based on assumption of
18  facts that aren't in evidence.
19         THE WITNESS:  I don't know that there --
20  whether there were any tanks installed after that,
21  and I don't know whether all of the tanks were
22  removed.
23  BY MS. ROY:
24         Q.    All right.  Mr. Bolin, I'd like you
25  to go back to Exhibit 48, which should be sitting

Page 2376

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  _____ X

4  In re:  Methyl Tertiary Butyl Ether

5  ("MTBE") Products Liability Litigation

6  _____ X

7  Master File No. 1:00-1898

8  MDL No. 1358 (SAS)

9  M21-88

10 _____ X

11     CONFIDENTIAL (Per 2004 MDL 1358 Order)

12

13        VIDEOTAPED 30(b)(6) DEPOSITION OF

14                David P. Bolin

15              November 5, 2008

16

17        Taken at 600 Anton Boulevard, 18th

18 Floor, Costa Mesa, California, before Harry

19 A. Palter, California Certified Shorthand

20 Reporter No. 7708, Certified LiveNote

21 Reporter.

22

23          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 2491

```
 1        to the Regional Water Quality
 2        Control Board.
 3                MS. WEIRICK:  Okay.
 4                Let's turn to your notes
 5        for this site.
 6                And I will mark them as an
 7        exhibit.
 8                These will be Exhibit 168.
 9                        -  -  -
10        (Whereupon, Exhibit 168, Thrifty #008
11        report, was marked for identification)
12                        -  -  -
13                MR. SAWYER:  Thank you very
14        much.
15                That was 168?
16                MS. WEIRICK:  168.
17                MR. SAWYER:  Okay.
18   BY MS. WEIRICK:
19        Q.      Mr. Bolin, are these the notes
20   that you prepared on Thrifty 008 for your
21   deposition aid?
22        A.      Yes.
23        Q.      And on what information did you
24   base these notes?
```

Page 2492

1      A.    On -- based on documents that
2  I've reviewed associated with these -- with
3  Thrifty station 008, on some analytical
4  information from the District's database,
5  including well-specification information,
6  distances, or locations of various wells, and
7  such general information.
8      Q.    Do you see about halfway down
9  the page you have here, "MTBE first detected,
10 4-8-03, in MW-8 at 43 milligrams per
11 liter"?
12     A.    It's actually "micrograms."
13     Q.    "Micrograms."
14           Excuse me.
15     A.    I do see that.
16     Q.    And do you see where you've
17 noted MTBE plume already migrated past MW-28?
18     A.    Yes.
19     Q.    On what information are you
20 basing that the MTBE plume had already
21 migrated past MW-28?
22     A.    Because MTBE was detected in
23 MW-28 the first time it was tested.
24     Q.    So if MTBE was detected in

1    I'm marking the notes -- your
2    notes for Thrifty 376 that were in
3    the binder provided to the
4    defendants, as Exhibit 171.
5            - - -
6    (Whereupon, Exhibit 171, Thrifty
7    station reports, was marked for
8    identification)
9            - - -
10           THE WITNESS:  (Examining
11   document).
12           MR. SAWYER:  What's the
13   number?
14           MS. WEIRICK:  Exhibit
15   No. 171.
16   BY MS. WEIRICK:
17       Q.    And are these the notes that
18   you prepared?
19       A.    They look different.
20             But, yes, these are the notes.
21       Q.    How do they look different?
22       A.    These are just formatted a
23   little different.
24             I use an Excel spreadsheet.

Page 2548

1           You've got lines on yours; mine
2    don't.
3           You have truncated some of the
4    tables.  They spill over to different pages.
5           But, yes, these are the notes.
6       Q.    Okay.
7           If there's any difference
8    between the set that you have and the set
9    that has been marked as Exhibit 71,
10   will you be sure to point that out?
11      A.    I will.
12          I believe they're the same.
13      Q.    If you look at page 1, the
14   first page that has the last three digits,
15   389 with an OCWD prefix, you note at
16   the top of the page that, "A few leaks
17   were detected at the site in 1994 and 2003
18   during facility (tanks, dispensers, and
19   pipes) upgrade/replacements, and as a result
20   of inventories shortages."
21          On what information do you base
22   the statement about inventory shortages?
23      A.    These would be, I believe,
24   documents in tab -- I can't recall

Confidential - Per 2004 MDL 1358 Order

Page 2775

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  _____X

4  In re:  Methyl Tertiary Butyl Ether

5  ("MTBE") Products Liability Litigation

6  _____X

7  Master File No. 1:00-1898

8  MDL No. 1358 (SAS)

9  M21-88

10 _____X

11     CONFIDENTIAL (Per 2004 MDL 1358 Order)

12

13     VIDEOTAPED 30(b)(6) DEPOSITION OF

14              David P. Bolin

15            November 6, 2008

16

17       Taken at 650 Town Center Drive,

18 20th Floor, Costa Mesa, California, before

19 Harry A. Palter, California Certified

20 Shorthand Reporter No. 7708, Certified

21 LiveNote Reporter.

22

23        GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph|917.591.5672 fax
24            deps@golkow.com

1   some remediation.
2       Q.      What type of remediation was
3   that?
4       A.      There was some free-product
5   removal from a number of wells.
6               There was -- soil-vapor
7   extraction was initiated seven years after
8   contamination was identified.
9       Q.      Anything else?
10      A.      There was some soil excavated
11  very early. But the groundwater wasn't
12  addressed.
13      Q.      How long has the soil vapor
14  extraction been occurring at the site?
15      A.      Well, I'm not sure.
16              It was initiated in 1996, seven
17  years after contamination was identified in
18  soil and groundwater, but it was not
19  continuous and was operated through -- I
20  think -- 2005 on an occasional basis.
21      Q.      Does OCWD -- let me back up.
22              Does OCWD think that this
23  remediation has successfully captured the
24  MTBE, at least from this site?

Page 2795

1          MR. SAWYER:  Objection.
2          Contention question.
3          Improper expert opinion.
4          Vague, ambiguous.
5          Overly broad.
6          Lack of foundation.
7          You can answer with any
8    personal observations.  No expert
9    opinion.
10         THE WITNESS:  I certainly
11   don't think that the remediation
12   has captured or contained
13   contaminated groundwater in this
14   case, given that SVE has a limited
15   radius of influence, in general.
16         There has been
17   contamination detected in
18   virtually all of the downgradient
19   offsite wells, and there's been no
20   remediation offsite from this
21   station location.
22         And it's contamination
23   that's detected in wells that were
24   installed for the purpose of this

Confidential - Per 2004 MDL 1358 Order

Page 2796

1          particular site investigation.

2                    I think the contamination

3          has escaped -- remediation has

4          escaped the site and is still out

5          there.

6    BY MR. ANDERSON:

7          Q.    When did you come to that

8    conclusion?

9          A.    I can't give you a specific

10   date.

11                   It was the result of my

12   evaluation of this site.

13         Q.    Was it in the last year?

14         A.    Well, I can't give you a

15   specific date.

16                   It was sometime after I began

17   looking at this site, and I can't be certain

18   of when, exactly, that was.

19                   It was within the last three

20   years.

21         Q.    Have you told any regulatory

22   agency that you've come to that conclusion?

23         A.    I don't recall having any

24   conversations with any regulatory agencies

Page 2892

1   when and how we're going to further

2   investigate this site.

3           Q.      Does OCWD -- well, back up.

4                   Has OCWD concluded that MTBE

5   has migrated offsite?

6                   MR. SAWYER:  Objection.

7                   Asked and answered

8           extensively today and yesterday.

9                   Vague, ambiguous.

10                  I also object to the extent

11          it's an improper contention

12          question, or seeks expert opinion.

13                  THE WITNESS:  Well, I'm not

14          an expert in fate and transport

15          analysis, mind you, but there has

16          been no offsite investigation here

17          and there were some pretty high

18          concentrations that were detected

19          in the -- in site margin wells,

20          including MW-4, which is pretty

21          close to the site margin, and

22          nothing was tested downgradient

23          from there.

24                  So it appears to me that in