1     1993 certainly -- so it appears to
2     me that it's a great likelihood
3     that MTBE has migrated offsite.
4  BY MR. ANDERSON:
5     Q.    And if it's migrated offsite, I
6  assume your answer is the same as with the
7  other focus stations we've discussed in terms
8  of its meaningful -- significant/meaningful
9  how you define --
10    A.    Oh, you're asking me about
11 concentration --
12    Q.    Let me just back up and ask the
13 cleaner question.
14          The amount that you think is
15 likely that has migrated offsite, do you
16 think that amount is significant as you
17 defined it?
18          MR. SAWYER:  Same
19    objections as before.
20          Asked and answered.
21          THE WITNESS:  My answer to
22    that question here is the same as
23    the question -- you asked that
24    same question before for another

Page 2894

1    site.
2              And, yes, it's meaningful,
3    insofar as it's certainly caused
4    us to have to go to some length to
5    further evaluate this site for the
6    threat to drinking water supplies.
7  BY MR. ANDERSON
8       *Q*   And as it relates to this
9  particular site, does OCWD think that the
10 MTBE has escaped remediation?
11             MR. SAWYER:  Just -- he
12   just asked and answered that.
13             He did it yesterday, and he
14   did it today.
15             Court Reporter, could you
16   please mark the question.
17             Vague and ambiguous.
18             Improper contention
19   question.
20             I also object to the extent
21   it constitutes an improper expert
22   question.
23             Asked and answered.
24             THE WITNESS:  Well, given

1      that there has been a release and
2      that there was no groundwater --
3      release of MTBE that got into
4      groundwater, there's been no
5      groundwater remediation -- I would
6      say that this contamination has
7      escaped the groundwater
8      remediation.
9   BY MR. ANDERSON:
10         Q.   And is that amount that's
11  escaped remediation, in OCWD's opinion,
12  significant?
13              MR. SAWYER:  Okay.
14              You just asked that three
15      times.
16              I'm going to instruct the
17      witness not to answer.  I'm
18      getting fed up.
19              MR. FINSTEN:  Are you
20      instructing the witness?
21              MR. SAWYER:  I haven't
22      finished my objection.
23              You can hold off a second.
24              So I'm going to object

Page 2956

1    Q.    You have that one listed;
2  right?
3    A.    Yes, I do.
4    Q.    And it's 052389?
5    A.    Yes, it is.
6    Q.    I apologize for using the other
7  one.
8          With respect to this particular
9  release, have you seen any indication that
10 this release included MTBE?
11         MR. SAWYER:  Object.
12         Vague, ambiguous.
13         Lack of foundation.
14         Object to the extent it
15    seeks improper expert-opinion
16    testimony, and constitutes a
17    contention question.
18         You can provide your
19    personal observations, if you have
20    any.
21         THE WITNESS:  There's
22    nothing on this document
23    identifying MTBE.
24         MTBE was not tested

```
 1        anywhere at the site until
 2        May 3rd, 1996, in well MW-7.
 3              So I don't -- and it was
 4        first detected there at
 5        11,000 micrograms per liter.  It's
 6        a pretty high detection, so it's
 7        likely it had been there before it
 8        was tested.
 9              So, you know, MTBE -- my
10        conclusion here is that MTBE had
11        been released from the site
12        sometime -- at the site somewhere
13        at some time before that time.
14              I don't know what other
15        releases would have occurred that
16        included MTBE.
17   BY MS. ROY:
18        Q.    All right.
19              If I could ask you to turn to
20   the third page of your notes from
21   Exhibit 189.
22        A.    Okay.
23        Q.    I think your blowup right there
24   on the table is probably a much better copy
```

1   question.
2           Lack of foundation.
3           You can answer it, subject
4   to those objections.
5           THE WITNESS:  I haven't
6   seen any document that
7   specifically states that MTBE
8   detected in this well, MW-7, is
9   from this site, Exxon number 4283.
10          However, I can infer, from
11  the location of MW-7, that it is
12  at the north site margin of -- of
13  this site.  And that, based on the
14  figure that we're looking at --
15  that is, page 3 of my notes,
16  Exhibit 189 -- shows that there is
17  a northeasterly flow direction for
18  groundwater at this site; and
19  therefore, contamination in the
20  well, likely, emanates from
21  upgradient, which would be either
22  the dispensers, or piping, or the
23  USTs at this site, since they are
24  very close to that well, and

1  about this with Exxon 4283.
2              Let's look at that
3  station real quick to go over that -- those
4  couple of questions.
5              So my first question to you is
6  whether or not you think that MTBE escaped
7  remediation at Exxon 4283?
8              MR. SAWYER:  Same
9       objections.
10             Asked and answered.
11             THE WITNESS:  I do for very
12      similar reasons.
13             I've inferred from
14      detections reported in Exxon's
15      consultants' reports,
16      concentrations detected in offsite
17      wells and site margin wells --
18      let's see if I can find a specific
19      reference.
20             There was actually free
21      product at the site even as early
22      as 1994, but that it wasn't until
23      1999 was any remediation
24      implemented that had an

Page 3016

```
 1    effective -- I'm sorry.
 2           Let me back up.
 3           I say that free-product
 4    removal was initiated in 1994 --
 5    the free product was discovered at
 6    or prior to that time; and that it
 7    was subsequent to that that soil
 8    vapor extraction was initiated in
 9    October, '99, and then after that,
10    dual-phase extraction -- which
11    helped to lower the water a little
12    bit to try and recover more mass,
13    more contaminant mass -- that was
14    initiated -- dual-phase extraction
15    was initiated in 2004.
16           But given that
17    contamination occurred long before
18    that, and that there are
19    detections of MTBE and TBA at site
20    margin wells and offsite wells, it
21    is apparent that groundwater
22    contamination had escaped the site
23    and that the contaminated
24    groundwater was not being
```

```
 1          contained or captured.
 2     BY MS. ROY:
 3          Q.    And just to clarify -- I
 4     don't think my question was clear
 5     enough.
 6                With respect to the property
 7     where Exxon 4283 used to be located, you
 8     don't know whether or not the MTBE that you
 9     believe has escaped came from a release while
10     Exxon was operating the station, or while
11     some other entity was operating at that
12     location; am I correct?
13                MR. SAWYER:  Objection.
14                Asked and answered, based
15          on his prior testimony.
16                Calls for speculation.
17                Also seeks expert opinion,
18          without adequate foundation or
19          disputed facts.
20                THE WITNESS:  I thought we
21          did cover that.
22                But I did not note -- I
23          don't know exactly what the
24          ownership history is of the site,
```

Page 3041

```
 1    confirm with the date that's on the letter;
 2    is that correct?
 3              MR. SAWYER:  I'm sorry.
 4              What's the question?
 5              THE WITNESS:  The time
 6       stamped on the top -- are you
 7       talking about the stamp in the
 8       northeast corner, upper right
 9       corner?
10    BY MR. FINSTEN:
11       Q.     Yes.
12       A.     Is November 6, 2008, 5:20 P.M.
13       Q.     And the time right now is?
14       A.     Is approximately 3:20.
15              MR. FINSTEN:  All right.
16              So we'll assume that's
17       Eastern time, as they usually are.
18              All right.
19              Well, rather than question
20       you on those because I haven't
21       seen them, I will take your word
22       for -- that they are what your
23       notes have been prior.
24              So I'm going to mark the
```

Page 3042

```
 1        next exhibit, which is 196, which
 2        is a copy of the notes that were
 3        produced yesterday or the day
 4        before.
 5             MR. SAWYER:  Thank you,
 6        sir.
 7                  -  -  -
 8        (Whereupon, Exhibit 196, ARCO #1887
 9        report, was marked for identification)
10                  -  -  -
11  BY MR. FINSTEN:
12        Q.    Are these the notes that you
13  produced for this station?
14        A.    If you're referring to
15  Exhibit 196, let me take a quick look.
16        (Brief pause)
17             Yes, I believe they are.
18        Q.    All right.
19             Mr. Bolin, when did you become
20  aware of station -- ARCO station 1887?
21             MR. SAWYER:  The existence
22        or --
23             MR. FINSTEN:  Yeah.
24             MR. SAWYER:  Okay.
```

```
 1              You can provide any
 2       personal observations you have.
 3              THE WITNESS:  I sure do.
 4  BY MR. FINSTEN:
 5       Q.     Does the District have any data
 6  that the contamination in 1887 has escaped
 7  remediation?
 8              MR. SAWYER:  Same
 9       objections.
10              THE WITNESS:  Well, let's
11       see.
12              Currently, the groundwater
13       flow, at least as of February 19
14       and 20, 2008, is towards --
15       from -- in the east part of the
16       site, flows to the west; in the
17       south part of the site, so it
18       flows to the north.
19              So it looks like there is a
20       depression in the northeast corner
21       of the site.  Groundwater flows in
22       that direction.
23              However, there is
24       contamination that's been detected
```

Confidential - Per 2004 MDL 1358 Order

```
 1        in offsite wells:  BC-1 to the
 2        west, MW-17 to the south, MW-15 to
 3        the southeast; and at site margin
 4        wells:  MW-3 to the east, MW-4 to
 5        the southeast.
 6   BY MR. FINSTEN:
 7        Q.     And you are looking at --
 8        A.     The Delta report, figure 3,
 9   which is titled, "Groundwater Elevation
10   Contour and Analysis Map, Upper Zone,
11   February 19 and 20, 2008."
12               It is figure 3 of that same
13   document -- same Delta document identified,
14   dated April 20, 2008.  The first document
15   after tab 8.
16        Q.     Would that be the same document
17   as the third page in Exhibit 196?
18        A.     Yes -- well, let me look at it
19   and confirm.
20               Yes.
21        Q.     Okay.
22               Let me just mark the wells that
23   you mentioned.
24               MW-17, MW-15, and MW-3 and -4.
```

Page 3120

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
     IN RE:
 3
     Methyl Tertiary Butyl:  Master File No. 1:00-1898
 4   Ether ("MTBE")       :  MDL NO. 1358 (SAS)
     Products Liability   :  M21-88
 5   Litigation           :

 6   _____

     This Document Relates to:
 7       Orange County Water District
         v. Unocal Corporation, et al.,
 8       S.D.N.Y. No. 04 Civ. 4968 (SAS)
     _____/
 9
                         CONFIDENTIAL
10                  (Per 2004 MDL 1358 Order)

11                         ------

12              Friday, November 14, 2008

13                         ------

14

15         Videotaped Deposition of DAVID P. BOLIN,

16   Volume 13, OCWD'S 30(b)(6) DESIGNEE re Focus Plume

17   10, held in the law offices of Latham & Watkins,

18   650 Town Center Drive, Suite 2000, Costa Mesa,

19   California, beginning at 9:16 a.m., before Sandra

20   Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

21

22

23            GOLKOW TECHNOLOGIES, INC.

24        877.370.3377 ph|917.591.5672 fax

25              deps@golkow.com
```

Case 1:00-cv-01898-VSB-VF   Document 2564-5   Filed 06/18/09   Page 15 of 20
Confidential - Per 2004 MDL 1358 Order

Page 3218

```
 1          A.      I think it's Goebel, G-O-E-B-E-L,
 2   Lane, I think.
 3          Q.      So Goebel Lane, which is, again,
 4   further to the southwest, that was also nondetect on
 5   April 18th, 2008, correct?
 6          A.      That's correct.
 7          Q.      The next well that you refer to in
 8   your summary report is the farthest off-site well in
 9   the southwest direction in the lower semi-perched
10   zone, S-1B; do you see that reference?
11          A.      Yes, I do.
12          Q.      That was also nondetect for MTBE in
13   April 18, 2008, correct?
14          A.      That is correct.  At whatever
15   detection limit they are using.  Again, we can't be
16   certain what the number is.
17          Q.      Right.  And then there's another
18   off-site well more to the south, MW-15.  That was
19   also nondetect for MTBE on April 18th, 2008, correct?
20          A.      That's correct.
21          Q.      As you sit here today, Mr. Bolin, is
22   it fair to say that you have no basis for saying that
23   the MTBE contamination from the Four Star Venture
24   site has actually commingled with any MTBE
25   contamination from the Shell Station at 8990
```

Page 3569

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   _____X
 4   In re:  Methyl Tertiary Butyl Ether
 5   ("MTBE") Products Liability Litigation
 6   _____X
 7   Master File No. 1:00-1898
 8   MDL No. 1358 (SAS)
 9   M21-88
10   _____X
11
           CONFIDENTIAL (Per 2004 MDL 1358 Order)
12
13        VIDEOTAPED 30(b)(6) DEPOSITION OF
14      DAVID P. BOLIN RE FOCUS PLUMES 6, 8, AND 9
15                November 21, 2008
16
17           Taken at 650 Town Center Drive,
18   20th Floor, Costa Mesa, California, before
19   Harry A. Palter, California Certified
20   Shorthand Reporter No. 7708, Certified
21   LiveNote Reporter.
22
23             GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.591.5672 fax
24                  deps@golkow.com
```

Page 3801

1           THE WITNESS:  No.
2               As I mentioned, I'm not a
3       remediation technology expert, and
4       so I -- I can't really suggest
5       what kind of remediation
6       technology should be conducted
7       right now.
8               That's expertise that the
9       District will have and will
10      eventually make some
11      determination, but to that effect,
12      I don't have an answer now.
13  BY MS. ROY:
14      Q.    Is it your view that in
15  remediating this site, absolutely every
16  molecule of MTBE or TBA should be removed?
17              MS. O'REILLY:  Objection.
18              Overbroad.
19              Vague and ambiguous.
20              THE WITNESS:  I'm not an
21      expert in fate and transport
22      analysis, so I don't know what
23      concentration poses a threat to
24      drinking water wells, but I

Page 3802

1    believe that there is -- or

2    drinking water supplies.

3            But I believe there is a

4    threat that exists right, here

5    right now.

6            I don't know how much

7    contamination has to be removed or

8    contained to eliminate that

9    threat.  I don't know.

10   BY MS. ROY:

11       Q.    Have you at all evaluated

12   whether or not natural attenuation is

13   occurring at this site?

14            MS. O'REILLY:  Objection.

15            Calls for expert opinion.

16            THE WITNESS:  It depends on

17   what you're calling "natural

18   attenuation."

19            There -- if you're talking

20   about degradation, I don't know

21   whether degradation is occurring

22   at the site.

23            There's been no discussion

24   about degradation of the

Page 3880

```
 1        most expeditious thing to do next.
 2               I'll mark them as
 3        Exhibit 256.
 4               I'll mark my copy, and you
 5        can keep the one that you've
 6        highlighted on.
 7               THE WITNESS:  Okay.
 8                      - - -
 9        (Whereupon, Exhibit 256, Notes re:
10        Mobil #18-668, was marked for
11        identification)
12                      - - -
13   BY MS. ROY:
14        Q.     Could you tell me what
15   Exhibit 256 is.
16        A.     These are summary notes that I
17   prepared to prepare -- I prepared for today's
18   deposition to answer questions on Mobil
19   18-668.
20        Q.     Okay.
21               And let's, first, walk
22   through the handwritten notes to make sure
23   that we're reading them correctly.
24               Once again, I see what I
```

Page 3881

```
 1   believe is "FP" at the top; is that correct?
 2        A.    That is correct.
 3        Q.    So that's your notation to
 4   yourself that there was, at some point, free
 5   product?
 6        A.    That's correct.
 7        Q.    Okay.
 8              Now, off to the right, about
 9   two inches or an inch down from the top of
10   the page, I see some handwriting.
11              Can you tell me what that says?
12        A.    I believe the handwriting I'm
13   looking at says, "Offsite."
14              There's two -- two notes there.
15        Q.    Okay.
16        A.    Both of them say, "Offsite."
17        Q.    And what is that are everything
18   to?
19        A.    The wells that are identified
20   in bold print there.
21        Q.    All right.
22              So is that a notation to you
23   there is detections of MTBE and TBA offsite?
24        A.    Detections of MTBE and TBA
```