UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (Scheindlin, J.) |

------------------------------------------------------------X  **CONSENT TO CHANGE ATTORNEYS**

This Document relates to:

| | |
|---|---|
| West Hempstead Water District v. Merit Oil Corp., Merit Oil of New York Inc., OK Petroleum Distribution Corp., OK Petroleum Home Heating Oil Corp., OK Petroleum International Ltd., OK Petroleum Corp. | 08 Civ. 4290 (SAS) |

------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the law firm of BRAVERMAN & ASSOCIATES, P.C. and DL ROTHBERG & ASSOCIATES, P.C., the defendants O.K. PETROLEUM DISTRIBUTION CORP., O.K. PETROLEUM HOME HEATING OIL CORP., O.K. PETROLEUM INTERNATIONAL LTD. and O.K. PETROLEUM CORP., (hereinafter referred to as the "O.K. Defendants") as follows.

    The law office of BRAVERMAN & ASSOCIATES, P.C., shall be substituted by DL ROTHBERG & ASSOCIATES, P.C. with respect to the representation of the O.K. Defendants, and DL ROTHBERG & ASSOCIATES, P.C. shall undertake and continue with the representation of the O.K. Defendants.

    This Stipulation may be "So Ordered" by the Court and served on all parties by First Class Mail, E-Mail, Fax or through the Lexis/Nexis Filing System utilized in connection with this multi-district litigation. A duplicate copy of this Stipulation shall have the same force and effect as an original.

Dated: New York, New York
        February 20, 2009

                                              BRAVERMAN & ASSOCIATES, P.C.

                                        By: _____
                                                Andreas Theodosiou

{00100176;1}

DL ROTHBERG & ASSOCIATES, P.C.

By: _____
Debra Rothberg

O.K. PETROLEUM DISTRIBUTION CORP.

By: _____
Liborio Musacchia

O.K. PETROLEUM HOME HEATING OIL CORP.

By: _____
Liborio Musacchia

O.K. PETROLEUM INTERNATIONAL LTD.

By: _____
Liborio Musacchia

O.K. PETROLEUM CORP.

By: _____
Liborio Musacchia

STATE OF NEW YORK    }
                     )ss.:
COUNTY OF Suffolk    )

On the 23 day of February, 2009, before me personally came Liborio Musacchia to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

CATHERINE LINDORG
NOTARY PUBLIC, State of New York
No. 4900392
Qualified in Suffolk County
Commission Expires July 13, 20__

_____
Notary Public

SO ORDERED:

_____

{00100176;1}