UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether (õMTBEö) Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

## PLAINTIFF CITY OF NEW YORK'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST FOR PHASE I

Plaintiff the City of New York (õthe Cityö) hereby objects to Defendantøs exhibit list for

Phase I as follows:

1.      Attachment A lists the Cityøs specific objections to Defendantøs exhibit list for

Phase I.

2.      The City does not waive (and expressly reserves) the right to make any additional

or further objections that may become evident at trial or after service of these objections.

Dated:  San Francisco, California
        June 22, 2009

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Plaintiff City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1568


                                        /s/ *LESLEY E. WILLIAMS*
                                        VICTOR M. SHER *(pro hac vice)*
                                        TODD E. ROBINS *(pro hac vice)*

JOSHUA G. STEIN (*pro hac vice*)
LESLEY E. WILLIAMS (LW8392)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*