**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation                               MDL 1358 (SAS)
                                                            M21-88
------------------------------------------------------------------- x      ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### PLAINTIFF CITY OF NEW YORK'S PHASE III TRIAL EXHIBIT LIST
### (EXHIBIT 3 OF THE PROPOSED PRETRIAL ORDER)

Plaintiff the City of New York ("the City"), by and through its attorneys, SHER LEFF LLP, hereby makes the following pretrial disclosure of trial exhibits for Phase Three. With this filing the City does not waive any right it may otherwise have to supplement or amend its exhibits.

For clarity, the City notes that it intends to use exhibits from its Phase One and Phase Two Exhibit Lists in Phase Three as appropriate. The City did not relist those exhibits on this list, but it reserves the right to use any of those exhibits and it anticipates doing so.

Dated: San Francisco, California
       June 26, 2009

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel of the City of New York
                                                    Attorney for Plaintiff City of New York
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 788-1568

*/s/ JOSHUA STEIN*
VICTOR M. SHER *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*