# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                      :
IN RE: METHYL TERTIARY BUTYL                          :
ETHER ("MTBE") PRODUCTS                               :   ORDER TO SHOW CAUSE
LIABILITY LITIGATION                                  :
                                                      :   Master File No. 1:00-1898
------------------------------------------------------ :   MDL 1358 (SAS)
                                                      :   M21-88
This document relates to:                             :
                                                      :
City of Merced Redevelopment Agency v.                :
ExxonMobil Corp. et al., No. 08-CV-6306      X
------------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This action was removed on May 21, 2008 to federal court pursuant to Section 1503 of the Energy Policy Act of 2005, Pub. L. No. 109-58 (2005). Defendants are ordered to show cause, by November 20, 2008, why this action should not be remanded to state court because it does not "aris[e] under" federal law within the meaning of Article III of the Constitution, given that no federal issue appears to be stated in the complaint or the removal petition. *See Verlinden B.V. v. Central Bank of Nigeria*, 461 U.S. 480, 491 (1983) ("Congress may not expand the jurisdiction of the federal courts beyond the bounds established by [Article III of] the Constitution."); *Mesa v. California*, 489 U.S. 121, 137 (1989) (interpreting federal officer removal statute to require the presentation of a federal defense on the face of the removal petition and noting that a contrary

1

interpretation "would eliminate the substantive Art. III foundation of [the statute] and unnecessarily present grave constitutional problems"); *cf. id.* at 136 (holding that federal officer removal statute "is a pure jurisdictional statute" that cannot "independently support Art. III arising under jurisdiction"). If plaintiffs elect to respond, they must do so by December 2, 2008.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 10, 2008

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444