UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")  |  Master File No. 1:00-1898
Products Liability Litigation  |  MDL 1358 (SAS)
 |  M21-88
---------------------------------------------------------------------- x  ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

# PLAINTIFF CITY OF NEW YORK'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST FOR PHASE II

Plaintiff the City of New York ("the City") hereby objects to Defendant's exhibit list for Phase II as follows:

1. Attachment A lists the City's specific objections to Defendant's exhibit list for Phase II.

2. The City does not waive (and expressly reserves) the right to make any additional or further objections that may become evident at trial or after service of these objections.

Dated:  San Francisco, California
            June 29, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Plaintiff City of New York
100 Church Street
New York, New York 10007
(212) 788-1568


/s/ *JOSHUA STEIN*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*

JOSHUA STEIN *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*