In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation     Doc. 2588

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br>This document pertains to:<br>*City of New York v. Amerada Hess Corp., et al.*, Case Civil Action No. 04-CV-3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New York and Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation, hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Crown as set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007 with prejudice. The parties have agreed to a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Dated: 6/26/09 , 2009

Respectfully submitted,

_____
Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

_____
Ben M. Krowicki (BK0640)
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
ben.krowicki@bingham.com

*Attorneys for Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation*

A/73072323.1/3001182-0000306234

Dockets.Justia.com