

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
Products
Liability Litigation
This document pertains to:
*City of New York v. Amerada Hess Corp., et al.*, Case Civil Action No. 04-CV-3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CROWN

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff City of New York and Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Crown as set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own attorneys' fees and costs. Plaintiff reserves all other rights as against all other defendants.

Dated: 6/26, 2009

_____
Victor M. Sher (Admitted Pro Hac Vice)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York*

Dated: June 23, 2009

_____
Ben M. Krowicki (BK0640)
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
ben.krowicki@bingham.com

*Attorneys for Crown Central LLC, successor by merger to Crown Central Petroleum Corporation*

15

A/73072323.1/3001182-0000306234

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____ July 2, 2009 _____