UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

**ORDER**

00 MDL 1898 (SAS)

------------------------------------------------------- X

This Document Relates to:

------------------------------------------------------- X

CITY OF NEW YORK, *et al.*,

        Plaintiffs,

  - against -

04 Civ. 3417 (SAS)

EXXON MOBIL CORPORATION,

        Defendant.

------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

       Defendant moves to join the New York City Water Board Authority and the New York City Municipal Water Finance Authority to this action because, in their absence, "the court cannot accord complete relief among existing parties."[1] Defendant argues that these entities have reimbursed the City for past costs related

---

    [1]    Fed. R. Civ. P. 19(a)(1)(A).

-1-

to this litigation and may have an interest in collecting from defendant any costs for water projects that the City fails to recover in this litigation. The City does not object to joining these entities as parties. The trial begins in less than three weeks. The Water Board and the Water Finance Agency are therefore ordered to join this action as party plaintiffs.[2] The Clerk of the Court is ordered to amend the caption. Council for the City has represented that it will also represent these additional plaintiffs who will be referred to collectively as "the City."

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
July 6, 2009

---

[2] *See id.* 19(a)(2).

## -Appearances-

### Counsel for Plaintiff City of New York:

Victor M. Sher, Esq.
Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, California 94105
(415) 348-1568

Susan Amron
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-1568

### Counsel for ExxonMobil:

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583