*SCHEINDLIN*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

IN RE METHYL TERTIARY BUTYL          Master File No. 1:00-1898
ETHER PRODUCTS LIABILITY             MDL 1358 (SAS)
LITIGATION                           M21-88

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-00312



------------------------------------------------ X

## STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until December 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until March 31, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 30, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including August 31, 2009 for Rosemore Inc.

Dated: June 30, 2009              **BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
　　Ben M. Krowicki (BK0640)
　　One State Street
　　Hartford, CT 06103-3178
　　T: 860.240.2700
　　F: 860.240.2818
　　ben.krowicki@bingham.com

　　Evan J. Benanti (EB1202)
　　Bingham McCutchen LLP
　　One Federal Street
　　Boston, MA 02110
　　T: 617.951.8000
　　F: 617.951.8736
　　evan.benanti@bingham.com

　　*Attorneys for Rosemore Inc.*


**Anne Milgram**
**Attorney General of New Jersey**

BY: /s/ Richard F. Engel
　　Richard F. Engel
　　Deputy Attorney General


**COHN, LIFLAND, PEARLMAN,**
**HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
　　Leonard Z. Kaufmann
　　Park 80 Plaza West-One
　　Saddle Brook, NJ 07663
　　T: 201.845.9600
　　F: 201.845.9423
　　lzk@njlawfirm.com

　　*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: July 6, 2009

_____
U.S.D.J.