

MP 00024835



MP 00024836



MP 00024837



MP 00024838



CITY OF NEW YORK
DEPARTMENT OF ENVIRONMENTAL PROTECTION
JAMAICA, QUEENS
AQUIFER FEASIBILITY PROJECT - PUMPING AT STATION 6, BUS DEPOT, WESTSIDE CORP, J-24

MALCOLM PIRNIE, INC.   Figure 8

MP 00024839



MP 00024840