```
UNITED STATES DISTRICT COURT          ORDER           (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - :
In Re: Methyl Tertiary Butyl Ether   : Master File C.A. No.
("MTBE") Products Liability          : 00 Civ. 1898 (SAS)
Litigation                           : MDL 1358
- - - - - - - - - - - - - - - - - - - - - - - - - :
This document pertains to:           :
City of New York v. Amerada Hess,    :
et al.,                              :
No. 04 Civ. 3417                     :
- - - - - - - - - - - - - - - - - - - - - - - - - :
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The Court having reviewed the objections to designated portions of the deposition of Frederick M. Anderson, the objections are determined as follows:

| Tab | Pages/Lines | Ruling |
|---|---|---|
|  | 19:10 - 19:16 | Overruled; no foundation is required to ask a witness about whether the witness received certain information. |
| 2 | 20:03-20:04 20:09-20:12 | Overruled; the answers are sufficiently responsive. |
| 3 | 29:07 - 29:10 | Overruled; the generality of the answer is congruent with the question. |
| 4 | 38:06 - 38:14 | Overruled; the witness is properly questioning an assumption implicit in the question. |
| 5 | 49:16 - 50:08 | Sustained; the statements of counsel are irrelevant; if necessary, counsel can agree on some joint statement to place exhibits in context. |
| 6 | 51:05 - 51:19 | Overruled; here the statements of counsel clarify the nature of the exhibits. |
| 7 | 53:16-54:01 54:07-54:14 | Overruled; the questions are sufficiently specific, and the evidentiary foundation may be satisfied by reference to other parts of the record. |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/09

1

| Tab | Pages/Lines | Ruling |
|-----|-------------|--------|
| 8 | 56:06 - 56:15 | Overruled; the witness can testify to the knowledge of others insofar as he is referring to information he communicated to them. |
| 9 | 69:11 - 69:18 | Overruled; events outside New York are relevant to the defendant's knowledge of the effects of MTBE on groundwater. |
| 10 | 74:22-75:13<br>75:14-75:22 | Overruled; see ruling for Tab 9. |
| 11 | 76:02-76:06<br>76:07-76:15<br>76:16-76:20<br>76:21-76:22 | Overruled; see ruling for Tab 9; based on the witness' background, he appears to be competent to offer this testimony. |
| 12 | 77:01 - 77:16 | Overruled; see ruling for Tab 9. |
| 13 | 78:22 - 79:09 | Overruled; see ruling for Tab 9. |
| 14 | 80:13-80:14<br>80:15-80:22 | Overruled; see ruling for Tab 9; the questions are sufficiently specific. |
| 15 | 86:03 - 86:08 | Overruled; the testimony explains the exhibit. |
|  | 86:15 - 88:06 | Overruled; testimony is relevant to defendant's response to contamination. |
|  | 88:07 - 89:13 | Overruled; the testimony completes the witness' prior response and provides explanation of the exhibit. |
| 16 | 98:01 - 98:12 | Overruled; the testimony completes the witness' response. |
| 17 | 107:14 - 107:22 | Sustained; the testimony only indicates that the witness is reading a document, not that he is agreeing with its substance or interpretation. |
| 18 | 108:08 - 108:20 | Sustained; see ruling for Tab 17. |

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 19 | 117:12 - 117:21 | Overruled; the question was sufficiently specific and the witness responded with no difficulty. |
| 20 | 121:07-121:15 | Sustained; vague. |
|  | 121:16-122:02 | Overruled; see ruling for Tab 9. |
| 21 | 122:21-123:04<br>123:14-124:01<br>124:01-124:12 | Sustained; irrelevant and speculative. |
| 22 | 125:18 - 125:21 | Sustained; irrelevant, statements of counsel. |
| 23 | 126:20 - 127:02 | Sustained; see ruling for Tab 22. |
| 24 | 137:02 - 137:05 | Overruled; see ruling for Tab 9. |
| 25 | 140:19 - 141:17 | Overruled; the questions are sufficiently specific and the witness demonstrates the ability to respond. |
| 26 | 147:12 - 147:14 | Overruled; the answer is responsive and relevant. |

SO ORDERED.

*[signature]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 9, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252