UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To: | NOTICE OF JOINT MOTION TO DISMISS |

*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1719
*Buchanan County School Board v. Amerada Hess Corp., et al.*, Case No. 04-CV-3418
*Chisholm Creek Utility Auth v. Alon USA Energy, Inc., et al..*, Case No. 04-CV-2061
*City of Bel Aire, County of Sedgwick Water Auth. v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-2062
*City of Dodge City, Kansas v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-2060
*City of Galva, et al. v. Amerada Hess Corp., et al.*, 04-CV-1723
*City of Lowell v. Amerada Hess Corp., et al.*, Case No. 05-CV-04018
*City of Marksville v. Alon Energy, Inc., et al.*, Case No. 04-CV-3412
*City of Mishawaka v. Amerada Hess Corp., et al.*, Case No. 04-CV-2055
*City of Park City, Kansas v. Alon Energy, Inc., et al.*, Case No. 04-CV-2059
*City of Rockport v. Amerada Hess Corp., et al.*, Case No. 04-CV-1724
*City of South Bend v. Amerada Hess Corp., et al.*, Case No. 04-CV-2056
*County of Nassau v. Amerada Hess Corp., et al.*, Case No. 03-CV-9543
*County of Suffolk and Suffolk County Water Auth. v. Amerada Hess Corp., et al.*, Case No. 04-CV-5424
*Craftsbury Fire District # 2 v. Amerada Hess Corp., et al.*, Case No. 04-CV-3419
*Franklin Square Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-5423
*Greensville County Water & Sewer Auth. and County of Greensville. v. Amerada Hess Corp., et al.*, Case No. 05-CV-01310
*Hicksville Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-05421
*Incorporated Village of Sands Point v. Amerada Hess Corp., et al.*, Case No. 04-CV-3416
*New Jersey American Water Co., Inc., et al., v. Amerada Hess Corp., et al.*, Case No. 04-CV-1726
*Long Island Water Corp. v. Amerada Hess Corp., et al.*, Case No. 04-CV-2068
*Northampton, Bucks County Municipal Auth. v. Amerada Hess Corp., et al.*, Case No. 04-CV-06993
*North Newton School Corp. v. Amerada Hess Corp., et al.*, Case No. 04-CV-2057
*Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.*, Case No. 04-CV-1718
*Patrick County School Board v. Amerada Hess Corp., et al.*, Case No. 04-CV-2070
*Port Washington Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-3415
*Rosyln Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-5422
*The City of Vineland Water-Sewer Utility v. Amerada Hess Corp., et al.*, Case No. 05-CV-9070
*Town of Campbellsburg, Indiana v. Amerada Hess Corp, et al.*, Case No.04-CV-4990

*Town of Duxbury, et al. v. Amerada Hess Corp.*, Case No. 04-CV-1725
*Town of East Hampton v. Amerada Hess Corp., et al.*, Case No. 04-CV-1720
*Town of Hartland v. Amerada Hess Corp., et al.*, Case No. 04-CV-2072
*Town of Matoaka, West Virginia, Matoaka Water System v. Amerada Hess Corp., et al.*, Case No. 04-CV-3420
*Town of Rayville v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-3413
*Town of Wappinger v. Amerada Hess Corp., et al.*, Case No. 04-CV-2388
*United Water Connecticut, Inc. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1721
*United Water New York, Inc. v. Amerada Hess Corp, et al.*, Case No. 04-CV-2389
*Village of Island Lake v. Amerada Hess Corp., et al.*, Case No. 04-CV-2053
*Village of Pawling v. Amerada Hess Corp., et al.*, Case No. 04-CV-2390
*Water Authority of Great Neck North v. Amerada Hess Corp., et al.*, Case No. 04-CV-1727
*Water Authority of Western Nassau County v. Amerada Hess Corp., et al.*, Case No. 03-CV-9544

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Settling Defendants, Cumberland Farms Inc. and Gulf Oil Limited Partnership (the Settling Defendants") (collectively "the Parties"), move the Court to enter agreed Stipulations and Orders of Dismissal with Prejudice in each of these cases. The Parties have agreed to a settlement agreement and final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The Parties have agreed that each shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

DATED: May ___, 2009

Respectfully submitted,

_/s/ Robin L. Greenwald_
Robin L. Greenwald
Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

_/s/ Christopher J. Garvey_
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Settling Defendants
Cumberland Farms, Inc. and Gulf Oil
Limited Partnership*

_/s/ Cary L. McDougal_
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs*