UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*United Water Connecticut, Inc., v. Amerada Hess Corp., et al.*, Case No. 04-CV-1721 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff United Water Connecticut, Inc. and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Ninth Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

LIBA/1997718.1

DATED: May __, 2009                              DATED: May 12, 2009

_____                  _____
Robin L. Greenwald                               Christopher J. Garvey
Robert Gordon                                    GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                          The New York Times Building
180 Maiden Lane, 17th Floor                      620 Eighth Avenue
New York, NY 10038-4925                          New York, NY 10018-1405
Telephone: (212) 558-5505                        Telephone: (212) 459-7413
Facsimile: (212) 558-5500                        Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*


_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiff United Water Connecticut, Inc.*


SO ORDERED:


_____
The Honorable Shira A. Scheindlin
United States District Judge


Dated: _____

2

LIBA/1997718.1