UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates to:<br>*New Jersey American Water Company, Inc., et al. v. Amerada Hess Corp., et al.,* Case No. 04-CV-1726 | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiffs' Tenth Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other defendants.

LIBA/1998089.1

DATED: May __, 2009                             DATED: June /2, 2009

_[signature: Robin L. Greenwald by permission]_     _[signature: Christopher J. Garvey]_

Robin L. Greenwald                              Christopher J. Garvey
Robert J. Gordon                                GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                         The New York Times Building
180 Maiden Lane, 17th Floor                     620 Eighth Avenue
New York, NY 10038-4925                         New York, NY 10018-1405
Telephone: (212) 558-5505                       Telephone: (212) 459-7413
Facsimile: (212) 558-5500                       Facsimile: (212) 355-3333
rgreenwald@weitzlux.com

*Attorneys for Defendant Gulf Oil Limited Partnership*

_[signature]_

Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiffs*


SO ORDERED:


_____
The Honorable Shira A. Scheindlin
United States District Judge


Dated: _____


LIBA/1998089.1

2