UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL No. 1358 (SAS) M21-88 |
| This Document Relates to: *City of Mishawaka v. Amerada Hess Corp., et. al.*, Case No. 04-CV-2055 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff City of Mishawaka and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Eighth Amended Complaint, filed on October 26, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

LIBA/1997738.1

DATED: May __, 2009                           DATED: May 12, 2009

_____                     _____
Robin L. Greenwald                            Christopher J. Garvey
Robert Gordon                                 GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                       The New York Times Building
180 Maiden Lane, 17th Floor                   620 Eighth Avenue
New York, NY 10038-4925                       New York, NY 10018-1405
Telephone: (212) 558-5505                     Telephone: (212) 459-7413
Facsimile: (212) 558-5500                     Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff City of Mishawaka*


SO ORDERED:


_____
The Honorable Shira A. Scheindlin
United States District Judge


Dated: _____