UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL No. 1358 (SAS) M21-88 |

This Document Relates to:
*Town of Wappinger v. Amerada Hess Corp., et al.,* Case No. 04-CV-2388

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Town of

Wappinger and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this

voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth

in Plaintiff's Fifth Amended Complaint, filed on October 19, 2006. The Parties agree to the

dismissal and further agree that such dismissal is with prejudice, with each party bearing its own

costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other

defendants.

LIBA/1998096.1

DATED: May __, 2009                          DATED: ~~May~~ June 12, 2009


Robin L. Greenwald
Robert J. Gordon      by permission
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10038-4925
Telephone:  (212) 558-5505
Facsimile:  (212) 558-5500

Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Telephone:  (212) 459-7413
Facsimile:  (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*


Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone:  (214) 523-6267
Facsimile:  (214) 520-1181

*Attorneys for Plaintiff Town of Wappinger*


SO ORDERED:


_____
The Honorable Shira A. Scheindlin
United States District Judge


Dated:  _____