UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL No. 1358 (SAS) M21-88 |
| This Document Relates to: *Incorporated Village of Sands Point v. Amerada Hess Corp., et al.,* Case No. 04-CV-3416 | |

**STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Incorporated Village of Sands Point and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Sixth Amended Complaint, filed on October 18, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

LIBA/1998117.1

DATED: May __, 2009

DATED: June 12, 2009

/s/ Robin L. Greenwald (by permission)
Robin L. Greenwald
Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

/s/ Christopher J. Garvey
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

/s/ Cary L. McDougal
Cary L. McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Incorporated Village of Sands Point*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____