UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL No. 1358 (SAS) M21-88 |
| This Document Relates to: *City of Lowell v. Amerada Hess Corp., et al.*, Case No. 05-CV-04018 | |

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CUMBERLAND FARMS, INC. AND GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff City of Lowell and Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Cumberland Farms, Inc. and Gulf Oil Limited Partnership as set forth in Plaintiff's Third Amended Complaint, served on October 25, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

LIBA/1997818.2

DATED: May __, 2009

_____
Robin L. Greenwald
Robert J. Gordon *by permission*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

DATED: May /2, 2009

_____
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff City of Lowell*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2

LIBA/1997818.1