UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document pertains to: *City of New York v. Amerada Hess Corp. et al.*, Case No. NY-04-CV-03417 | |

## NOTICE OF MOTION OF EXXON MOBIL CORPORATION'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DAVID TERRY

PLEASE TAKE NOTICE that Defendant Exxon Mobil Corporation, by and through its attorneys, McDermott Will & Emery LLP, will move this Court on a date and time to be determined at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an order excluding the opinions of Plaintiff's Expert David Terry. Defendant's motion is based upon its Memorandum of Law and supporting Declaration filed concurrently herewith, and any reply brief or oral argument that may be submitted or made by Defendant in connection with this motion.

Dated: New York, NY
July 13, 2009

Respectfully submitted,

_____
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel. (212) 547-5400
Fax (212) 547-5444

Jennifer Kalnins Temple (JK 3274)
MCDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108

*Counsel for Defendant Exxon Mobil Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document relates to:

*City of New York v. Amerada Hess Corporation, et al.,*
No. 04 Civ. 3417 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 13th day of July, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy the

1. Memorandum of Law in Support of Exxon Mobil Corporation's Motion to Exclude Opinions of Plaintiff's Expert David Terry.

2. Declaration of Lisa Gerson in Support of Defendant Exxon Mobil Corporation's Motion to Exclude Opinions to Plaintiff's Expert David Terry.

_____
Lisa A. Gerson