# EXHIBIT C



Apr 22 2009
5:49PM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MtBE") | MDL No. 1358 |
| Products Liability Litigation | Master File C.A. No. |
| | 1:00-1898 (SAS) |

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*

04 Civ. 3417

## 2nd ERRATA TO FEBRUARY 6, 2008 EXPERT REPORT OF David B. Terry, P.G.
### LEGGETTE, BRASHEARS & GRAHAM, INC.
6 Arrow Road
Ramsey, NJ 07446

_____           April 20, 2009
Signature                            Date

The numerical code used to perform the MTBE transport modeling is MT3DMS version 4.5, a modular three-dimensional multispecies transport model for simulation of advection, dispersion and chemical reactions of contaminants in groundwater systems, developed at University of Alabama for U.S. Department of Defense. All numerical transport modeling was performed in MT3DMS on the TMR model grid.

The numerical ground water flow and transport models used in this simulation were processed within the Groundwater Vistas (GV) application environment. Information needed to run simulations, including well locations and initial condition values, was developed in ArcGIS 9.3 and imported to GV using shapefiles. The files necessary to run MODFLOW 2000 and MT3DMS were then created by the GV software.

The modeling analyses performed for this assessment utilize a widely accepted, mainstream approach to modeling the migration and fate of dissolved contaminants in an unconsolidated-deposit aquifer system (Anderson, 1984, Cherry et al, 1984, Zheng and Wang, 1999). This approach has been used in numerous studies of ground-water contaminant transport on Long Island and elsewhere throughout the world.

## 3.0 Projection of Future MTBE Concentrations at Station 6

As described in Section 1.0, Water Supply Station 6 will be served by six existing production wells identified as Wells 6, 6A, 6B, 6C, 6D and 33. These six wells are all presently out of service, and are not currently being used as a source of water supply. The Station 6 treatment plant is scheduled to begin active service in the year 2016. As such, the primary objective of the present analysis is to project the concentration of MTBE which would occur in water produced by the Station 6 wells in 2016 and beyond.

MTBE is known to be present in ground water the Upper Glacial Aquifer in the vicinity of Station 6. The MTBE in the aquifer is derived primarily from releases of gasoline at the ground surface or in the shallow subsurface, primarily at gasoline refueling stations. As described in Section 1.0 of this report, the amount of MTBE present in gasoline in New York has varied over time, and was at its highest between 1992 and 2004, when Reformulated Gasoline (RFG) was in use in this area. The State of New York enacted a 'ban' on MTBE in gasoline effective as of January 1, 2004. After that date, gasoline is required to have no more than 0.5% MTBE content by volume (NYS Dept Ag and Markets, 2003). As a result of this pattern of MTBE use, discharges of gasoline which

occurred between 1992 and 2004 produced the highest discharge rates of MTBE loading to the subsurface and to ground water per unit of gasoline discharged.

Based on this information, the availability of information concerning ground water quality in the Station 6 area, and the availability of information concerning gasoline discharges in the Station 6 area, two analyses were developed to assess future MTBE concentrations at Station 6, both using a ground-water contaminant transport modeling approach. The first analysis (Analysis 1) used available ground-water quality information for the Station 6 area between 2004, the year in which the MTBE ban became effective, and 2008, the latest year for which water quality data was available. This information was used to develop a 'snapshot' of water quality conditions with respect to MTBE in the aquifer system at that time, and the model was then used to project the movement of ground water and migration of MTBE to the Station 6 wells in the future. The second analysis (Analysis 2) was based on the presence and location of known and reported gasoline discharge locations in the estimated future capture zone of Station 6. The migration of MTBE which is likely to have resulted from known discharge events at these sites was simulated to determine the extent to which MTBE is likely to impact future water quality conditions at Station 6. The implementation of these analyses is described in Sections 3.1 and 3.2 of this report.

## 3.1 Analysis 1

Analysis 1 was performed using available ground-water quality information for the Station 6 area as of the 2004 – 2008 period. The available data was used to develop a 'snapshot' of water quality conditions with respect to MTBE in the aquifer system in 2008. These data were then used as input conditions for the transport model, which is then used to project the movement of ground water and migration of MTBE to the Station 6 wells in the future.

In order to develop information on the MTBE distribution in the aquifer system as of 2008, LBG reviewed available water quality information for sample locations within the domain of the TMR model for the 2004 – 2008 period. The water quality data and the sources of the data used for this analysis are presented in Table 2. Ground-water quality data was available from New York City DEP files and other sources for water supply well and monitor well locations in Queens and Kings County. Some of the monitor well data in this area was derived from USGS water quality monitoring wells. In addition to these locations, water quality data in the period of interest was also found for various monitor wells installed at gasoline spill locations in the vicinity of Station 6.

To develop a map of the 2008 conditions, a contour map was first compiled of 2004 water quality conditions (Figure 3). The contour map is intended to represent a 'snapshot' of water quality conditions in the aquifer system during 2004. In compiling this map, ambient monitor well locations (such as DEP supply well locations and USGS monitor well locations) were considered to be representative of a broad area surrounding each well. Source data (such as monitor well data from gasoline discharge sites) were considered to represent localized conditions in the immediate vicinity of the spill site. Maximum concentration data for the period of interest were used from each spill site location, and the area of each source contour was assessed for the associated MTBE mass. The contour map compiled using this procedure was imported into the model and was assigned as input values to corresponding model cells for use as initial MTBE concentrations for a ground-water transport simulation for the 2004 – 2008 period.

The TMR model was then calibrated to determine appropriate transport parameters (such as dispersivity) in the LBG model by comparing the observed MTBE concentrations in some of the monitoring wells with simulated values. The calibration compared the 2004 and 2008 data sets. 2004 was considered an appropriate starting point for this process as an MTBE 'ban' was established in New York State beginning in January 2004. As a result, the primary bulk of MTBE mass resulting from gasoline spills to ground water would have taken place in this area by January 2004. No biodegradation of MTBE was assumed to occur during ground water transport. Yearly recharge (2004 to 2008) was calculated based on precipitation data from John F. Kennedy International Airport, New York. The recharge rates for 2004 to 2008 were based on the ratio of recharge to precipitation in 1991 calibrated MPI flow model.

The annual average pumping rates from the production wells in the model domain from 2004 to 2008 was obtained from MPI and was used to simulate transient pumping conditions during the calibration period (Table 3). A total of five (5) stress-periods were simulated, each stress period comprised of 365-days. A sensitivity analysis was performed by varying dispersivity values in the model. Sensitivity analysis was not performed on the horizontal and vertical hydraulic conductivity, storage and porosity parameters, as the flow model had already been calibrated by MPI. Dispersivity values are scale-dependent, and longitudinal dispersivity increases with increasing transport distance. The final dispersivity values (longitudinal, vertical, and transverse) obtained from the calibration exercise are summarized below. These dispersivity values are within the published ranges for similar aquifers (Gelhar and Rehfeldt, 1992; Schulze-Makuch, 2005).

LEGGETTE, BRASHEARS & GRAHAM, INC.

Using the estimated capture zone extent, a search was made of available file information for records of known gasoline spills located within this area. Information regarding known spills was provided in electronic form, including databases and scanned reports, to LBG by MPI and the DEP. The data acquisition process for source location data is described in Cohen, 2009. A listing was compiled of such sites for which the file information indicated that significant releases of gasoline had occurred (Table 4). The available file information for each site was reviewed to determine the number of reported spills, and the date and volume of each spill. In many cases, the date and/or volume of the spills was not known or not reported. For these cases, the spill date was approximated in the analysis as being the same as the discovery or reporting date. Where the spill volume was unknown, the volume was represented as a variable that was used to conduct a sequence of potential discharge scenarios during this analysis.

Using this methodology, a total of 37 spills at 22 locations were identified as potentially significant and to be included in the analysis. It should be noted that there are many additional sites at which the file information indicated that discharges of gasoline also likely occurred. However, insufficient information was available about these sites to conclude that potentially significant discharges had occurred. As a result, these sites were not included as MTBE sources in Analysis 2. The presence of additional sites in which significant releases occurred would add additional MTBE mass to the ground-water system which is not explicitly represented in the model. There is reason to suspect that additional, unreported MTBE sources are present within the Station 6 capture zone, based on the results of a recent study of nearby Nassau County, Long Island which found the presence of MTBE ground water contamination exceeding 10 ppb at 53% of the 'non-discharge site' gasoline stations tested (NYSDEC, 2008). As such, the omission of such additional sites represents a conservative aspect of the approach in this analysis in terms of potential MTBE impacts at Station 6.

Once the source locations to be included in Analysis 2 were identified, the estimated loading of MTBE mass from spills at these sites to the ground water regime was calculated. For sites with unknown spill volumes, three scenarios were considered: gasoline spill volumes of 50 gallons, 500 gallons and 2,000 gallons, respectively. The MTBE mass for these spill volumes was calculated based on the reported average percentage of MTBE typically present in gasoline sold in New York State on the spill date (as summarized in Table 1). The extent of the MTBE contaminant plumes in ground water which could be expected to have formed in response to these spill scenarios was established using the analytical transport model ATRANS (Neville, 2005). The ATRANS model was used to determine the extent of the plume which would have

LEGGETTE, BRASHEARS & GRAHAM, INC.

purposes of this assessment. However, a range of degradation rates was evaluated in this assessment for the more conservative release scenarios. The 50 gallon release scenario was modeled utilizing a two-year degradation half life to provide the most conservative combination of input assumptions.

A graph of the modeled concentrations of MTBE which are projected to be present in water produced at Station 6 based on the assumptions and results of Analysis 2 are summarized in Figure 8. The composite MTBE influent concentration is based on the projected concentration of MTBE which would occur at each well supplying Station 6 weighted by the percentage of the total flow to the station which is derived from the respective well. Influent concentrations were calculated in this manner for the combined flow to Station 6 under conditions both with and without including the contributions from Well 6C, to simulate the various operating conditions planned for Station 6. Individual MTBE breakthrough curves for each Station 6 well as projected by Analysis 2C are presented in Figure 9. The results of this analysis are further summarized in Section 3.3.

### 3.3 Summary of Projected Future MTBE Concentrations at Station 6

The results of the simulations performed in Analysis 1 and 2 both indicate that MTBE will be present at the Station 6 wells at concentrations requiring treatment when pumping of these wells is reactivated in 2016. After pumping at Station 6 is begun, MTBE concentrations are expected to be highest in the initial eight to 10 years of operation, and will then decrease over the remaining years of the assessment. The analyses both indicate that MTBE will likely remain present in the Station 6 wells at concentrations exceeding the 3 ppb treatment goal until at least 2040.

Analysis 1, which is based on the estimated distribution of known ground-water quality conditions in the aquifer system in 2004, indicates that an MTBE concentration of about 20 ppb can be expected to occur when pumping is initiated at Station 6 in 2016. The concentration at Station 6 will fluctuate somewhat with the initiation of pumping of additional supply wells associated with the Water Supply Dependability project, and will generally rise with continued pumping until peaking at about 35 ppb 2024 (Figure 6). The concentration will then generally decline after 2024, reaching 21 ppb by 2040.

The three scenarios considered in Analysis 2 show projected concentrations which are lower than those from Analysis 1 (Figure 8). For the 2,000 gallon release scenario (Scenario C), the blended MTBE concentration is projected to peak in 2015 at a concentration of 18 ppb and gradually decline until 2020 when pumping is initiated at additional DEP supply wells under the Dependability program. The MTBE

LEGGETTE, BRASHEARS & GRAHAM, INC.



**FIGURE 3**
Map of 2004 Input Values Used in Analysis 1, Layer 1

# TABLE 1

## MTBE CONTENT IN NEW YORK CITY AREA GASOLINE
## VALUES FOR MASS ANALYSES IN THIS REPORT

| Year | MTBE Content % | Reference |
|---|---|---|
| 1987 | 2.0 | 1, 2 |
| 1988 | 2.0 | 1, 2 |
| 1989 | 2.0 | 1, 2 |
| 1990 | 2.0 | 1, 2 |
| 1991 | 2.0 | 1, 2 |
| 1992 | 11.90 | 3 |
| 1993 | 11.90 | 3 |
| 1994 | 11.90 | 3 |
| 1995 | 11.90 | 3 |
| 1996 | 11.90 | 3 |
| 1997 | 11.52 | 3 |
| 1998 | 11.63 | 3 |
| 1999 | 10.72 | 3 |
| 2000 | 10.00 | 3 |
| 2001 | 10.04 | 3 |
| 2002 | 9.67 | 3 |
| 2003 | 7.37 | 3 |
| 2004 | 0.16 | 3 |
| 2005 | 0.08 | 3 |
| 2006 | 0.03 | 3 |
| 2007 | 0.08 | 3 |

weight percent assumed equal to volume percent

1. U.S. Environmental Protection Agency, 1998
2. Moyer, 2003
3. U.S. Environmental Protection Agency, 2007

Case 1:00-cv-01898-VSB-VF   Document 2612-4   Filed 07/14/09   Page 10 of 12

## TABLE 2

### Analysis 1 2004 Conditions Input Data – Layer 1

| Data Point Name | Location/Address | MTBE (ppb) | Use | Data Source |
|---|---|---|---|---|
| S6-028 | 138-68 94th Ave | 2,700 | Monitoring | 5 |
| S6-029 | 244 Linden Blvd | 7 | Monitoring | 6 |
| S6-025 | 117-07 Guy Brewer Blvd | 230,000 | Monitoring | 7 |
| S6-026 | 171-07 Baisley Blvd | 494 | Monitoring | 8 |
| S6-022 | 161-51 Baisley Blvd | 328 | Monitoring | 9 |
| S6-020 | 156-07 Rockaway Blvd | 90.7 | Monitoring | 10 |
| S6-016 | 177-90 S Conduit Ave | 1 | Monitoring | 11 |
| S6-015 | 162-35 N Conduit Ave | 295 | Monitoring | 12 |
| S6-005 | 113-21 Merrick Blvd | 185 | Monitoring | 13 |
| S6-004 | 113-40 Merrick Blvd | 65,900 | Monitoring | 14 |
| S6-023 | 148-27 Liberty Ave | 1,400 | Monitoring | 15 |
| S6-010 | 105-15 Merrick Blvd | 2,800 | Monitoring | 16 |
| S6-003 | 137-10 94th Ave | 1,620 | Monitoring | 17 |
| S6-009 | 165-25 Liberty Ave | 227 | Monitoring | 18 |
| S6-024 | 107-17 178th St | 0.7 | Monitoring | 19 |
| *Additional 2008 Input Data* | | | | |
| S6-030 | 108-46 Merrick Blvd | 230 | Monitoring | 20 |
| S6-031 | 188-06 Hillside Ave | 1,100 | Monitoring | 21 |

1. Malcolm Pirnie NYCDEP Database
2. USGS Data from NYCDEP Dependability Joint Venture Database
3. Toxics Targeting, File mpsc_072.pdf, pages 45 through 48
4. XOM-NYC-REM-020016
5. Toxics Targeting, File mpsc_120.pdf, pages 15 through 19
6. SUN-MDL-097202
7. Toxics Targeting, File mpsc_155.pdf, pages 12 through 17 (2005 value)
8. Toxics Targeting, File mpsc_156.pdf, pages 11 through 16
9. GPMI_REM_01145
10. GPMI_REM_03992
11. XOM-NYC-REM-009498
12. XOM-NYC-REM-043877
13. XOM-NYC-REM-029844
14. Toxics Targeting, File mpsc_139.pdf, pages 10 through 15
15. AH002857
16. Toxics Targeting, File mpsc_122.pdf, pages 13 through 16
17. BPCNY0004241
18. BPCITYNY0000305
19. *"Recommendation for No Further Action"*; Shaw Environmental, 7/21/05
20. American Analytical Laboratories, LLC. lab ID 0802254-01A
21. Lancaster Laboratories sample no. WW5407701

## TABLE 4

### Summary of Discharge Sources Used in Analysis 2

| siteID | year | address | 2004 dist (m) | v (m/yr) | head (m) | satThick (m) | unsatThick (m) | Gasoline (gal) run 1 | run 2 | run 3 | MtBE % | MtBE Mass (kg) run 1 | run 2 | run 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-001 | 1994 | 138-50 Hillside Ave | 531 | 53.15 | 5.35 | 29.21 | 12.66 | 150 | 150 | 150 | 11.90 | 49.18 | 49.18 | 49.18 |
| s6-001 | 1998 | | 309 | 51.59 | | | | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-001 | 2001 | | 151 | 50.53 | | | | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
| | | | | | | | | | | | | 79.03 | 347.68 | 1,243.19 |
| s6-002 | 1989 | 84-02 Parsons Blvd | 310 | 20.70 | 5.64 | 20.45 | 35.14 | 30 | 30 | 30 | 2.00 | 1.65 | 1.65 | 1.65 |
| s6-002 | 1990 | | 282 | 20.18 | | | | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| | | | | | | | | | | | | 4.41 | 29.20 | 111.85 |
| s6-003 | 1997 | 137-10 94th Ave | 478 | 68.32 | 5.03 | 32.44 | 8.93 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-005 | 2000 | 113-21 Merrick Blvd | 177 | 44.40 | 5.25 | 23.54 | 2.29 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-005 | 2001 | | 130 | 43.49 | | | | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
| | | | | | | | | | | | | 27.61 | 276.05 | 1,104.20 |
| s6-006 | 1998 | 144-10 Hillside Ave | 314 | 52.36 | 5.43 | 21.87 | 12.30 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-007 | 1989 | 93-05 168th St | 360 | 24.00 | 5.57 | 19.83 | 11.32 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-008 | 1991 | 93-59 183rd St | 774 | 59.60 | 5.32 | 24.21 | 8.60 | 10 | 10 | 10 | 2.00 | 0.55 | 0.55 | 0.55 |
| s6-008 | 1992 | | 684 | 57.06 | | | | 20 | 20 | 20 | 11.90 | 6.56 | 6.56 | 6.56 |
| s6-008 | 1993 | | 612 | 55.64 | | | | 15 | 15 | 15 | 11.90 | 4.92 | 4.92 | 4.92 |
| s6-008 | 1994 | | 547 | 54.70 | | | | 10 | 10 | 10 | 11.90 | 3.28 | 3.28 | 3.28 |
| | | | | | | | | | | | | 15.30 | 15.30 | 15.30 |
| s6-009 | 2000 | 165-25 Liberty Ave | 84 | 20.91 | 5.50 | 25.05 | 6.77 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-010 | 1996 | 105-15 Merrick Blvd | 108 | 13.47 | 5.49 | 25.74 | 5.43 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-011 | 1999 | 109-67 Sutphin Blvd | 348 | 69.61 | 4.97 | 29.81 | 4.51 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| s6-012 | 1997 | 131-07 Merrick Blvd | 263 | 37.59 | 4.33 | 19.73 | 3.56 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-012 | 2000 | | 155 | 38.74 | | | | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| | | | | | | | | | | | | 29.64 | 296.44 | 1,185.75 |
| s6-013 | 1998 | 133-02 Jamaica Ave | 381 | 63.61 | 5.20 | 32.14 | 12.96 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-014 | 1994 | 116-60 Sutphin Blvd | 1,055 | 105.52 | 4.19 | 2.89 | 2.19 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-015 | 1990 | 162-35 N. Conduit Ave | 767 | 54.75 | 1.86 | 32.64 | 3.66 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-015 | 2002 | | 318 | 158.84 | | | | 50 | 500 | 2000 | 9.67 | 13.32 | 133.20 | 532.82 |
| | | | | | | | | | | | | 16.08 | 160.75 | 643.02 |
| s6-016 | 1988 | 177-90 S. Conduit Ave | 1,724 | 107.74 | 3.19 | 19.83 | 1.99 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-016 | 1993 | | 1,296 | 117.84 | | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| | | | | | | | | | | | | 19.15 | 191.47 | 765.89 |
| s6-017 | 1997 | 108-01 Atlantic Ave | 745 | 106.36 | 4.18 | 30.28 | 9.96 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-018 | 2004 | 154-10 Rockaway Blvd | 0 | 0.00 | 1.91 | 25.84 | 1.13 | 50 | 500 | 2000 | 0.16 | 0.22 | 2.20 | 8.82 |
| s6-019 | 1993 | 148-12 Rockaway Blvd | 1,278 | 116.20 | 3.23 | 31.18 | 2.90 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-019 | 1996 | | 971 | 121.38 | | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| | | | | | | | | | | | | 32.78 | 327.85 | 1,311.38 |
| s6-020 | 1997 | 156-07 Rockaway Blvd | 673 | 96.09 | 2.35 | 24.91 | 1.49 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-021 | 1987 | 104-09 Atlantic Ave | 1,714 | 100.84 | 4.92 | 32.87 | 10.62 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-021 | 1995 | | 792 | 88.02 | | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-021 | 1999 | | 388 | 77.67 | | | | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| | | | | | | | | | | | | 33.91 | 339.14 | 1,356.56 |
| s6-022 | 1991 | 161-51 Baisley Blvd | 1,505 | 115.76 | 4.09 | 26.62 | 1.73 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-022 | 1992 | | 1,414 | 117.85 | | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-022 | 1998 | | 688 | 114.68 | | | | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| | | | | | | | | | | | | 35.17 | 351.68 | 1,406.70 |
| s6-023 | 1996 | 148-27 Liberty Ave | 424 | 53.00 | 5.23 | 28.27 | 5.50 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |

## DATA FOR MODELED SPILLS – DEFENDANT WELL LOCATIONS

| siteID | year | Defendant Well | spill ID | address | dist(m) | v(m/yr) | head(m) | satThick(m) | unsatThick(m) | Gasoline(gal) run1 | run2 | run3 | MTBE % | MtBE Mass(kg) run1 | run2 | run3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-001 | 1999 | 5 | 97-13740 | 202-06 Hillside Ave | 649 | 129.80 | 5.16941 | 25.77 | 23.82 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| D-002 | 1987 | 5 | 8701739 | 211-60 Hillside Ave | 1473 | 86.72 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1992 |  | 9111141 |  | 1342 | 111.92 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 1992 |  | 9203537 |  | 1342 | 111.92 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 2003 |  | 0212002 |  | 107 | 106.89 | 6.11429 | 13.52 | 25.58 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 45.69 | 456.92 | 1827.67 |
| D-003 | 1990 | 5 | 9000972 | 211-02 Jamaica Ave | 1130 | 80.75 | 5.76072 | 14.78 | 15.45 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1992 |  | 9208777 |  | 1124 | 93.73 | 5.76072 | 14.78 | 15.45 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 19.15 | 191.47 | 765.89 |
| D-004 | 2006 | 5 | 0512745 | 212-01 Hillside Ave | N/A | N/A | N/A | N/A | N/A | 50 | 500 | 2000 | 0.08 | 0.11 | 1.10 | 4.41 |
| D-005 | 1993 | 22 | 9308567 | 118-02 Queens Blvd | 46 | 5.42544 | 5.42544 | 118.51 | 29.32 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| D-006 | 1994 | 45 | 9402398 | 138-50 Hillside Ave | 548 | 54.87 | 5.34314 | 29.20 | 12.66 | 150 | 150 | 150 | 11.90 | 49.18 | 49.18 | 49.18 |
|  | 1994 |  | 9409159 |  | 548 | 54.87 | 5.34314 | 29.20 | 12.66 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 2001 |  | 0101410 |  | 164 | 54.69 | 5.34314 | 29.20 | 12.66 | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 79.40 | 351.40 | 1258.07 |
| D-007 | 1987 | 45 |  | 108-01 Atlantic Ave | 1678 | 98.70 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1988 |  |  |  | 1522 | 95.17 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1996 |  | 8708713 |  | 731 | 91.47 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
|  | 1997 |  | 9705122 |  | 661 | 94.36 | 4.21234 | 29.39 | 10.24 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 37.77 | 377.71 | 1510.84 |
| D-008 | 1994 | 45 | 9410736 | 118-11 Atlantic Ave | 961 | 96.15 | 4.50799 | 28.98 | 11.31 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| D-009 | 2003 | 45 | 0308204 | 119-01 Atlantic Ave | 82 | 82.41 | 4.5659 | 29.22 | 11.41 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
| D-010 | 1997 | 45 | 9709661 | 137-10 94th Ave | 468 | 66.97 | 5.0353 | 32.44 | 8.92 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| D-011 | 2002 | 45 | 0205508 | 134-30 Atlantic Ave | 144 | 71.99 | 4.99567 | 32.12 | 9.48 | 50 | 500 | 2000 | 9.67 | 13.32 | 133.20 | 532.82 |
| D-012 | 1997 | 22 | 9712141 | 118-29 Queens blvd. | 45 | 6.47 | 5.4 | 116.65 | 21.35 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| D-013 | 1989 | 39 | 8903947 | 241-15 Hillside Ave. | 2397 | 159.92 | 9.5 | 9.20 | 21.05 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1999 |  | 9901132 |  | 841 | 168.25 | 9.5 | 9.20 | 21.05 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
|  | 2005 |  | 0412716 |  | N/A | N/A | N/A | N/A | N/A | 50 | 500 | 2000 | 0.08 | 0.11 | 1.10 | 4.41 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 17.63 | 176.32 | 705.28 |
| D-014 | 1997 | 45 | 9709205 | 133-02 Jamaica Ave | 448 | 64.06 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
|  | 1998 |  | 9806342 | 133-02 Jamaica Ave | 380 | 63.32 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
|  | 2000 |  | 0003462 | 133-02 Jamaica Ave | 246 | 61.66 | 5.2 | 32.02 | 12.98 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 45.66 | 456.64 | 1826.57 |
| D-015 | 1989 | 45 | 8907942 | 138-50 Jamaica Ave. | 895 | 59.71 | 5.28 | 29.05 | 11.95 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
|  | 1995 |  | 9505050 | 138-50 Jamaica Ave. | 491 | 54.58 | 5.28 | 29.05 | 11.95 | 40 | 40 | 40 | 11.90 | 13.11 | 13.11 | 13.11 |
|  | 1998 |  | 9801767 | 138-50 Jamaica Ave. | 317 | 52.81 | 5.28 | 29.05 | 11.95 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 31.89 | 200.87 | 764.13 |

**TABLE 5**