# EXHIBIT D

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary       : MDL NO. 1358 (SAS)
Butyl Ether ("MTBE"):
Products Liability    :
Litigation            :

    In Re:
        City of New York
        ------

CONFIDENTIAL (Per 2004 MDL 1358 Order)
        ------
        April 6, 2009
        ------

        Videotaped Deposition of
DAVID B. TERRY, P.G., held in the law offices of McDermott, Will & Emery, 340 Madison Avenue in New York, New York, beginning at approximately 9:14 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

        ------

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Page 62

1  Figure 3?
2      A.   That's correct.
3      Q.   And Figure 3 is an
4  illustration of the plume?
5      A.   It is a contour map of MTBE
6  concentrations from points that we
7  identified in the model domain.
8      Q.   And this is an illustration
9  showing the concentrations of MTBE as of
10 2004?
11     A.   Correct.
12     Q.   With respect to the
13 delineation on Figure 3, it was
14 generated using what computer program?
15     A.   This was done in Arc9,
16 ArcGIS 9.
17     Q.   ArcGIS 9?
18     A.   Uh-huh.
19     Q.   And that was performed by
20 whom?
21     A.   That was performed with my
22 oversight and with our GIS -- one of our
23 GIS specialists. As I believe I named
24 on the team before, Zach Tyczka actually

Page 63

1  manipulated the computer to create
2  these.
3      Q.   And with respect to the
4  plume delineation on Figure 3, did
5  anyone for LBG go back and look at the
6  site-specific data for each of the
7  service stations illustrated on Figure 3
8  and identify it as a proximal source to
9  determine if the plume illustrated on
10 Figure 3 represented the conditions
11 observed in the field in 2004?
12     A.   No.
13     Q.   With regard to the 17
14 service station sites identified under
15 the heading "Source Proximal Conditions"
16 in Table 2, how many of them have active
17 remediation ongoing in 2004?
18     A.   I don't know that.
19     Q.   With respect to the service
20 station sites identified under the
21 heading "Source Proximal Conditions" do
22 you know for each of those stations did
23 someone on your staff determine the mass
24 that may have been removed by

Page 64

1  remediation actively being pursued at
2  the site?
3      A.   No.
4      Q.   With regard to the
5  concentration that was selected as the
6  mass concentration, did someone check to
7  see if the mass -- pardon me, the
8  maximum concentration was observed in a
9  perched water condition?
10     A.   I don't believe so, no.
11     Q.   Do you know at any of these
12 sites identified in Table No. 2 how many
13 of them have perched water?
14     A.   I don't know that.
15     Q.   With respect to the sites
16 identified in Table No. 2, can you state
17 an opinion to a reasonable degree of
18 scientific or engineering certainty as
19 to how many of these sites that you've
20 selected the maximum value is reflective
21 of actual MTBE present in the aquifer as
22 opposed to in a perched water system?
23     A.   Well, I don't know if any
24 of these were in perched water systems.

Page 65

1      Q.   Fair to say that you can't
2  tell us with any reasonable degree of
3  scientific or engineering certainty
4  which one of these maximum values are in
5  the aquifer as opposed to a perched
6  water system? Is that a fair
7  statement?
8      A.   As I sit here today, I
9  cannot do that.
10     Q.   With respect to the
11 analysis that you performed in this
12 case, did your staff review the soil
13 borings for each one of the service
14 stations to determine whether there was
15 any localized clay lens beneath the
16 station?
17     A.   I don't believe so, no.
18     Q.   With regard to your
19 professional experience, do you have
20 experience in investigating service
21 station sites in the Borough of Queens?
22     A.   Not in the Borough of
23 Queens, no.
24     Q.   Do you have experience in

17 (Pages 62 to 65)

Page 138

1  small universes of data with less than
2  20 data points?
3      A.  There may be.
4      Q.  Do you know if the
5  R-squared calculation you performed here
6  is generally accepted by statisticians
7  for small universe calculations?
8      A.  I don't know.
9      Q.  With regard to the analysis
10 that you did in this case, apart from
11 looking at these points, were there any
12 other points, any other data points,
13 which were looked at for calibration
14 purposes for the MT3D model between 2004
15 to 2008 other than those identified in
16 Exhibit No. 3?
17     A.  I don't believe so.  Most
18 of the other points that we wanted to or
19 we considered looking at didn't have
20 sufficient data to do this.
21     Q.  And who made the
22 determination it didn't have sufficient
23 data?
24     A.  Well, we had a table of

Page 139

1  data.  Our team decided that.
2      Q.  And the table of data, did
3  you review the data for each one of
4  these sites to determine whether or not
5  it was appropriate to use them?
6      A.  I have seen this table of
7  data.  I reviewed it, yes.
8      Q.  And the table of data that
9  you have seen, it's an Excel
10 spreadsheet?
11     A.  I believe so.
12     Q.  And there's an Excel
13 spreadsheet for every service station
14 site?
15     A.  I can't recall.
16     Q.  With respect to the
17 analysis that was performed, what number
18 of observations or data points was
19 considered to be adequate?
20     A.  Well, there are some on
21 here where we just have two
22 observations.
23     Q.  And I'm saying -- let's go
24 back.  You are looking at all 17 of the

Page 140

1  service station sites on Figure 2.  How
2  many data points in 2008 were considered
3  to be adequate for purposes of
4  calibration?
5      A.  I don't know that.
6      Q.  What criteria were used to
7  determine whether you had adequate
8  number of observations in 2008 to
9  calibrate the model?
10     A.  We were just looking for
11 the universe of data we had available in
12 our database.
13     Q.  And with respect to the
14 universe of data in your database, what
15 method did you use to determine whether
16 you had an adequate number of data
17 points?
18     A.  Well, the points that we're
19 showing here, we had at least two
20 observations, so we tried to include
21 those.  But if we just had one
22 observation in that period, that was not
23 sufficient.
24     Q.  One observation in which

Page 141

1  period, 2008?
2      A.  2004-2008 period.
3      Q.  And if there were multiple
4  observations, you would use them?
5      A.  We would try to use them.
6      Q.  And with respect to the
7  actual Excel spreadsheet, is that
8  something that was generated by the
9  Connecticut office?
10     A.  Yes.
11     Q.  And the Connecticut office
12 took all the data that was available
13 from the service station files and laid
14 them out in an Excel spreadsheet?
15     A.  I don't know if it was done
16 quite that way.
17     Q.  Can you explain to us, as
18 you sit here today, how the data was
19 summarized for purposes of an analysis
20 to determine if a station was an
21 appropriate calibration target for
22 calibrating the Analysis 1 for
23 Station 6?
24     A.  Well, we reviewed the data

Page 142

1  that we had in the database that we
2  received for data between the 2004-2008
3  period. Where we had data available, we
4  examined that data to see if there were
5  multiple data points that we could use
6  for calibration targets.
7      Q.  When you say between 2004-
8  2008, you are not saying for every year
9  or you are saying for every year in that
10 intervening period?
11     A.  Any time within that
12 interval.
13     Q.  When you did the
14 calibration target, the calibration
15 targets that we're looking at here,
16 we're looking at a predicted value using
17 2004 inputs and we're comparing it to
18 observed values in 2008; correct?
19     A.  No. We're comparing the
20 modeled result to the actual result on
21 the date that the actual result occurred
22 or thereabouts.
23     Q.  So we're taking the modeled
24 result using 2004 data inputs and

Page 143

1  comparing it to observed condition in
2  2008 as of what date?
3      A.  Well, there's multiple
4  dates in -- throughout the 2004-2008
5  period.
6      Q.  And how are those being
7  aggregated statistically?
8      A.  Well, they are just being
9  taken from the model output.
10     Q.  And with respect to the
11 model output, did the model generate
12 from the MT3D transport a value for the
13 2004 inputs for every year for the
14 period 2004 to 2008?
15     A.  I believe so.
16     Q.  How many stress periods?
17     A.  There was a stress
18 period -- well, I guess -- I think 2004
19 to 2008 was really a single stress
20 period with multiple steps inside of
21 it.
22     Q.  So as far as you
23 understand --
24     A.  I don't know. Let me back

Page 144

1  up on that. 2004-2008 is, I think,
2  separate stress periods because we had
3  different stresses, pumping stresses,
4  during that period. Other times in the
5  model there were longer than annual
6  stress periods.
7      Q.  And as far as you
8  understand it, it was an annual stress
9  period for this particular analysis?
10     A.  Yes.
11     Q.  Prior to your work on this
12 case did you personally run the
13 ATRANS model for analysis of fate and
14 transport of MTBE?
15     A.  I don't think that I have
16 used it for MTBE before.
17     Q.  What applications, if any,
18 have you used ATRANS for?
19     A.  Just generally getting an
20 understanding of the timing and
21 concentration of contaminant movement
22 along a flow path.
23     Q.  Is the ATRANS model a
24 deterministic model?

Page 145

1      A.  Yes.
2      Q.  Is the ATRANS model a
3  screening model?
4      A.  It could be used that way,
5  sure.
6      Q.  And with respect to the
7  ATRANS model, what version did you run
8  in this case?
9      A.  I don't remember the exact
10 number.
11     Q.  With respect to the ATRANS
12 model that you ran in this case, can you
13 describe for us the source of the ATRANS
14 modeling files you used?
15     A.  Source of the modeling
16 files would have come from
17 S. S. Papadopulos.
18     Q.  Did you buy it or download
19 it?
20     A.  Download it.
21     Q.  And with respect the
22 download of the files, do you know which
23 version it was that you downloaded
24 that's on the web?

Page 146

1  A.  I'm sure we know what
2  version; I just -- sitting here I don't
3  know off the top of my head.
4  Q.  And with respect to the
5  ATRANS analyses that were run in this
6  case, how many did you run personally?
7  A.  Well, I mean, I ran some
8  analyses while we were developing our
9  approach to the case, and then
10 ultimately the files themselves were
11 executed by one of my staff members.
12 Q.  With regard to the ATRANS
13 modeling for each of the service station
14 sites for which ATRANS modeling was
15 performed, were those model runs
16 executed by yourself or someone on your
17 staff?
18 A.  Someone -- I believe, if I
19 understand the question correctly, the
20 final runs were executed by someone on
21 my staff.
22 Q.  You did some ATRANS
23 modeling in an effort to determine what
24 approach should be used for this case?

Page 147

1  A.  Right.
2  Q.  And the final executed runs
3  that were performed for the service
4  stations for which ATRANS modeling was
5  conducted, they were actually run by
6  which person or persons on your staff?
7  A.  Well, Zach Tyczka did a lot
8  of that, those runs.
9  Q.  And with respect to the
10 MT3D model, prior to your work on this
11 case, have you personally run MT3D to
12 model for fate and transport of MTBE?
13 A.  Not for MTBE, no.
14 Q.  Have you any experience in
15 running the MT3D model to model the fate
16 and transport of any contaminants?
17 A.  Yes.
18 Q.  What contaminant?
19 A.  Chlorinated solvents,
20 primarily, and some hydrocarbons, also.
21 Q.  Which hydrocarbons?
22 A.  Benzene, the BTEX-related
23 compounds.
24 Q.  Prior to your work on this

Page 148

1  case have you ever run Groundwater
2  Vistas to perform any modeling for MTBE?
3  A.  No.
4  Q.  Prior to your work on this
5  case have you ever used a BIOSCREEN
6  model from S. S. Papadopulos to do a
7  fate and transport analysis for MTBE?
8  A.  For MTBE, no, I have not.
9  Q.  Have you ever used
10 BIOSCREEN prior to your work on this
11 case for any purpose?
12 A.  Yes.
13 Q.  And what purposes have you
14 used BIOSCREEN?
15 A.  Just in investigating a
16 hydrocarbon site to get a handle on fate
17 and transport issues.
18 Q.  With respect to your
19 professional work, have you been
20 retained as a consultant to testify in
21 litigation in which you have not been
22 deposed but have performed work
23 analyzing the fate and transport of MTBE
24 in groundwater?

Page 149

1  A.  I don't think I understand
2  that question.
3  Q.  You testified previously
4  there are some instances, two, where you
5  have been identified as a consultant or
6  expert and testified in a deposition; am
7  I correct?
8  A.  Correct, yes.
9  Q.  With respect to your
10 professional work, apart from those two
11 instances, are there other instances
12 where you have been retained as a
13 consultant to testify about the fate and
14 transport of MTBE in groundwater but
15 weren't deposed or didn't testify at
16 trial?
17 A.  Where I was in -- now, if I
18 understand the question, you are saying
19 that I was retained to ultimately
20 testify but then did not testify. Is
21 that the question?
22 Q.  Correct.
23 A.  Yeah. No, I have not.
24 Q.  Prior to your work on this

38 (Pages 146 to 149)

Confidential - Per 2004 MDL 1358 Order

Page 150

1  case, have you ever been retained in any
2  other litigation matter to testify about
3  the fate and transport of MTBE in
4  groundwater?
5      A.  No.
6      Q.  Prior to your work on this
7  case, have you ever been retained in any
8  consultancy to analyze the fate and
9  transport of MTBE in groundwater?
10     A.  Yes.
11     Q.  In which cases or
12 incidents?
13     A.  Well, there's a number of
14 them. A lot of gasoline station work
15 involves MTBE fate and transport, so a
16 number of clients that we've had that
17 have gasoline tank leaks, MTBE has been
18 a component of them. So in some of
19 those cases we've used a fate and
20 transport model to determine the likely
21 scope of the contamination extent in
22 groundwater.
23     Q.  And with regard to those
24 instances where you've been retained to

Page 151

1  do fate and transport modeling, was that
2  for purposes of undertaking remedial
3  design?
4      A.  Sometimes.
5      Q.  Was it for purposes of
6  conducting fate and transport modeling
7  of MTBE to determine whether there would
8  be impacts to nearby sensitive
9  receptors?
10     A.  Sometimes.
11     Q.  And are there other
12 instances where you've done fate and
13 transport modeling of MTBE in
14 groundwater in support of risk-based
15 closure of sites?
16     A.  No, generally not for risk-
17 based.
18     Q.  With respect to site
19 closure, have you done any fate and
20 transport modeling to support site
21 closure for service station sites for
22 your clients?
23     A.  "To support site closure,"
24 not exactly sure what you mean by that.

Page 152

1      Q.  Have you sought a "no
2  further action" letter or anything
3  similar and supported that with any fate
4  and transport modeling of MTBE in
5  groundwater?
6      A.  No, I have not done that.
7      Q.  With regard to your
8  professional work, you indicate on
9  page 2 of your report that you have
10 performed groundwater transport in the
11 Upper Glacial Aquifer?
12     A.  Yes.
13     Q.  Where have you performed
14 groundwater contaminant transport
15 numerical modeling assessments in the
16 Upper Glacial Aquifer of Long Island?
17     A.  That would be the Sag
18 Harbor project I referenced earlier.
19     Q.  And the contaminant of
20 concern in Sag Harbor again? I
21 apologize.
22     A.  Those were chlorinated
23 VOCs.
24     Q.  And the chlorinated VOCs,

Page 153

1  were there dense non-aqueous phase
2  liquids present?
3      A.  Probably.
4      Q.  And the CVOCs at that site
5  included what parent compounds and what
6  daughter compounds?
7      A.  Primarily it was a PCE
8  site, a tetrachloroethylene.
9          THE COURT REPORTER: I'm
10 sorry?
11         THE WITNESS: Tetrachloro --
12         THE COURT REPORTER: No; the
13 first part.
14         THE WITNESS: PCE.
15 BY MR. STACK:
16     Q.  Have you ever performed any
17 groundwater transport analysis of MTBE
18 in the Upper Glacial Aquifer in Long
19 Island prior to this case?
20     A.  I'm sorry, I didn't hear
21 the beginning of that.
22     Q.  Yes, sir. Have you ever
23 performed any groundwater transport
24 analysis of MTBE in the Upper Glacial

39 (Pages 150 to 153)

## Page 154

1  Aquifer in Long Island prior to your
2  work on this case?
3      A.  No, I have not.
4      Q.  With respect to your
5  report, it indicates you have supervised
6  groundwater transport in the Upper
7  Glacial Aquifer in Long Island. And
8  what sites have you supervised? It says
9  "He has performed and supervised."
10     A.  No. What I intended to say
11 there was that sometimes I do modeling
12 myself and other times I supervise
13 people who do modeling for our company.
14 And one of the environments in which I
15 did a model was in the Upper Glacial
16 Aquifer of Long Island, as an example.
17     Q.  And with respect to that
18 site, that would be the Sag Harbor site?
19     A.  That's correct.
20     Q.  Have you ever supervised
21 Leggette, Brashears & Graham personnel
22 who have been performing groundwater
23 contaminant transport numerical modeling
24 assessments of MTBE in the Upper Glacial

## Page 155

1  Aquifer of Long Island?
2      A.  No, I have not.
3      Q.  With respect to your
4  professional work, what sites have you
5  modeled MTBE in groundwater for your
6  clients? And if you want to refer to
7  your CV and that helps you, go right are
8  ahead.
9      A.  What sites? Well,
10 there's -- I can't really -- I don't
11 know if I can give you an exhaustive
12 list of them, but at a number of
13 gasoline station discharge sites that --
14 where we were working on behalf of the
15 station operator or responsible party,
16 we've and I have conducted analyses to
17 predict or to establish what migration
18 of MTBE from that site might look like.
19     Q.  Are any of the service
20 station sites where you have conducted
21 modeling concerning migration of MTBE in
22 groundwater identified in Attachment --
23 let me make sure I get it right --
24 Attachment A to your report,

## Page 156

1  Exhibit No. 2, which is your CV?
2      A.  I don't believe so. I
3  mean, I don't -- I didn't intend to do
4  that or it wasn't a separate section of
5  this to identify such sites.
6      Q.  Well, there is a section
7  that says "Specific Experience in
8  Environmental Contamination" --
9      A.  Okay.
10     Q.  -- on page 3?
11     A.  Yes, there is.
12     Q.  Are any of those projects
13 service station sites where you have
14 modeled MTBE in groundwater?
15     A.  Well, on -- there's at
16 least one here on page 5.
17     Q.  Page 4?
18     A.  I was looking at page 5.
19     Q.  Page 5?
20     A.  Where it says "Ridgewood,
21 New Jersey."
22     Q.  And in Ridgewood, New
23 Jersey, is that the notation, third one
24 down, that says "Conducted an assessment

## Page 157

1  of the impact of gasoline additive MTBE
2  on public water supply well completed in
3  fractured bedrock aquifer"? Is that it?
4      A.  That's correct.
5      Q.  And in that particular case
6  that was approximately when when you did
7  the analysis?
8      A.  Well, we did analyses
9  during multiple spills at this location
10 during the time we were working on it,
11 so I would say it ranged between the
12 mid-'90s, probably, to around 2000 or
13 2001, something in that time frame.
14     Q.  And with respect to the
15 modeling that you performed in
16 Ridgewood, New Jersey, for MTBE, who was
17 the client for Leggette, Brashears?
18     A.  Ridgewood, the Village of
19 Ridgewood, New Jersey.
20     Q.  And with respect to the
21 site where MTBE was released, was that a
22 service station site?
23     A.  Yes, it was.
24     Q.  And who operated the

Page 162

1  aquifer primarily or was it some other
2  kind of aquifer?
3      A.  It's a glacial aquifer.
4      Q.  And by "glacial" you mean
5  unconsolidated materials, primarily?
6      A.  It is.
7      Q.  And with regard to the
8  release, how much was released into the
9  environment?
10     A.  I can't remember the exact
11 volume, but it was sort of a
12 catastrophic, fairly substantial volume
13 release.
14     Q.  And the release volume, was
15 that something that resulted in
16 non-aqueous phase liquids being present
17 on the sites?
18     A.  Yes, it was.
19     Q.  Did you know the precise
20 date of the release?
21     A.  I believe that the date was
22 known within a relatively small time
23 frame.
24     Q.  Did Leggette, Brashears &

Page 163

1  Graham conduct site investigation?
2      A.  Yes, we did.
3      Q.  Did Leggette, Brashears
4  also conduct a site remediation?
5      A.  Yes, we did.
6      Q.  As part of your site
7  evaluation, did you assess potential
8  impacts to off-site sensitive receptors?
9      A.  Not specifically.
10     Q.  With respect to the work in
11 Wareham, Massachusetts, was there any
12 Leggette, Brashears & Graham employee
13 engaged in that project who was a
14 licensed site professional?
15     A.  No, there was not.
16     Q.  Was there a licensed site
17 professional working with LBG?
18     A.  No. This was prior to the
19 licensed state professional law.
20     Q.  And with respect to this
21 release, it occurred approximately when?
22     A.  It was in the 1990s; I
23 just -- I can't recall the specific
24 date.

Page 164

1      Q.  With respect to the model
2  that you used in that case, can you
3  recall what kind of model you used?
4      A.  We used a two-dimensional
5  flow model. And I'm trying to remember
6  now whether it was MODFLOW or PLASM or
7  another -- I can't remember the specific
8  model that we used sitting here.
9      Q.  Prior to your work on this
10 case have you ever utilized any
11 numerical models like MT3D to predict
12 the impact of MTBE on public water
13 supply wells?
14     A.  No.
15     Q.  With respect to your
16 professional work, had you had occasion
17 to work for Leggette, Brashears & Graham
18 clients who were service station owners
19 or operators and had releases and you
20 conducted groundwater modeling for their
21 purposes?
22     A.  Well, we definitely have
23 done groundwater modeling in cases like
24 that. When you said "for their

Page 165

1  purposes," I'm not exactly sure --
2      Q.  For whatever the purpose
3  may be.
4      A.  Sure.
5      Q.  I didn't want to sit and
6  enumerate and bore you.
7      A.  Okay.
8      Q.  What companies have you
9  performed groundwater modeling for MTBE
10 at service station or fuel storage
11 release sites?
12     A.  You just said MTBE, and I'm
13 not sure if you had said MTBE in the
14 previous question or not.
15     Q.  I'm asking now
16 specifically --
17     A.  Oh, now specifically --
18     Q.  -- trying to narrow the
19 universe for you.
20     A.  I just want to make sure I
21 follow you.
22     Q.  Okay.
23     A.  Yeah; not for MTBE, I don't
24 believe so, no.

Confidential - Per 2004 MDL 1358 Order

Page 190

1  what type of meetings, as best you
2  recall?
3      A.  Okay.  They were sort of
4  status meetings, update meetings, on the
5  activities that were being taken by the
6  consultants for Northville to
7  investigate the extent of the massive
8  contamination there.
9      Q.  And did you as part of your
10 work confer with and work with other LBG
11 personnel?
12     A.  I reported to a Robert
13 Lamonica at my firm, who was the
14 principal contact between my firm and
15 Suffolk County Water Authority.
16     Q.  And with respect to
17 Mr. Lamonica, was he officed in the same
18 facility as you at that time?
19     A.  No.  He was in Wilton,
20 Connecticut, at the time.
21     Q.  In the course of your
22 professional work have you ever had any
23 occasion to undertake a service station
24 site remediation project where you have

Page 191

1  supervised people using the accelerated
2  response program of the New York DEC?
3      A.  No.
4      Q.  Okay.  Prior to your work
5  on this case have you ever published any
6  peer-reviewed articles in any scientific
7  or technical journals regarding modeling
8  of the fate and transport of MTBE using
9  ATRANS?
10     A.  No.
11     Q.  Have you ever prior to your
12 work on this case published any peer-
13 reviewed articles in a scientific or
14 technical journal regarding fate and
15 transport of MTBE using MT3D?
16     A.  I'm sorry, I -- you'll have
17 to repeat that one.
18     Q.  Prior to your work on this
19 case have you ever published a peer-
20 reviewed article in any scientific or
21 technical journal regarding the fate and
22 transport modeling of MTBE using the
23 MT3D model?
24     A.  No, I have not.

Page 192

1      Q.  Prior to your work on this
2  case have you ever published a peer-
3  reviewed article in any scientific or
4  technical journal regarding the
5  biodegradation of MTBE in soil or
6  groundwater?
7      A.  No.
8      Q.  Prior to your work in this
9  case have you ever published a peer-
10 reviewed article in any scientific or
11 technical journal regarding the isotopic
12 analysis of MTBE to assess its
13 biodegradation in groundwater?
14     A.  No.
15     Q.  Are you familiar with
16 isotopic analysis to assess
17 biodegradation of MTBE?
18     A.  Not intimately.
19     Q.  Have you used it?
20     A.  No.
21     Q.  Prior to your work in this
22 case, have you ever published a peer-
23 reviewed article in any scientific or
24 technical journal regarding the use of

Page 193

1  risk-based closure at sites where there
2  were releases of MTBE?
3      A.  I need the first part again
4  of the question.
5      Q.  Prior to your work in this
6  case, have you ever published a peer-
7  reviewed article in any scientific or
8  technical journal regarding risk-based
9  closure of sites with releases of
10 gasoline including MTBE?
11     A.  No.
12     Q.  With respect to your
13 professional work, have you ever
14 published any articles in any peer-
15 reviewed or scientific/technical
16 journals regarding computation of the
17 first-order decay rate for MTBE in
18 groundwater?
19     A.  No.
20     Q.  Have you ever calculated a
21 first-order decay rate for MTBE at any
22 of the sites that you've worked on?
23     A.  No.
24     Q.  With respect to your

49 (Pages 190 to 193)

Case 1:00-cv-01898-VSB-VF   Document 2612-5   Filed 07/14/09   Page 11 of 18
Confidential - Per 2004 MDL 1358 Order

Page 198

1   groundwater systems other than the
2   previously referred to publication in
3   2005, monitored natural attenuation for
4   MTBE sites through the EPA?
5       A.   Yeah, I believe I have read
6   some Wilson -- of Wilson's work.  I
7   don't know that I'd classify it as a
8   review.
9       Q.   When you say you read it,
10  did you read it and apply it in this
11  case?
12      A.   No.
13      Q.   Did you read and apply any
14  of Dr. Weaver's work in this case?
15      A.   I wouldn't say -- I don't
16  think I'd say I applied it, no.
17      Q.   With respect to your
18  professional work, have you ever
19  reviewed any of the peer-reviewed
20  publications by Dr. Hanadi Rifai
21  relative to biodegradation and decay of
22  MTBE in groundwater systems?
23      A.   No.
24      Q.   With respect to your

Page 199

1   professional work, have you ever
2   reviewed any of the publications in
3   peer-reviewed journals of Dr. Chuck
4   Newell relative to biodegradation and
5   decay of MTBE in groundwater systems?
6       A.   No, I don't believe so.
7       Q.   With respect to your
8   professional work, do you make a
9   distinction between biodegradation and
10  decay of contaminants in the -- in their
11  transport in groundwater systems?
12      A.   Sure.
13      Q.   And with regard to MTBE, do
14  you make a distinction between its
15  ability to biodegrade in groundwater
16  systems as contrasted with the
17  observation of its decay in transport in
18  groundwater systems?
19      A.   In other words, do I think
20  that its observation of decay and its
21  biodegradation are two different things?
22      Q.   Correct.
23      A.   Yes, I do.
24      Q.   And with regard to your

Page 200

1   professional work, have you had occasion
2   at any of the sites where you've worked
3   at where you've actually measured out
4   the decay rate for MTBE in groundwater
5   systems?
6       A.   No.
7       Q.   Do you know what decay rate
8   is specified by the New Jersey DEP
9   relative to MTBE in groundwater systems?
10      A.   No.  I don't think there is
11  one.
12      Q.   And with respect to the
13  sites you've worked at, have you ever
14  developed a decay rate for submittal to
15  the DEP for and on behalf of your
16  clients based on field data?
17      A.   I'm not sure I understood
18  the question.  Can you repeat it?
19      Q.   Have you ever utilized any
20  generally accepted method, like the
21  transect analysis method, to calculate
22  or compute a first-order decay rate for
23  MTBE in groundwater systems and use it
24  to support a submittal on behalf of your

Page 201

1   clients?
2       A.   No.
3           MR. STACK:  We have reached
4   12:30.  I think it might be an
5   appropriate time to take a break and
6   segue to different subjects after we eat
7   lunch.
8           THE WITNESS:  Okay.
9           MR. STACK:  I believe lunch
10  may be here.
11          THE VIDEOGRAPHER:  We are
12  now going off the record.  This is the
13  end of Videotape No. 2.  The time is
14  12:27.
15          (Luncheon recess from
16  12:27 p.m. to 1:27 p.m.)
17          (Mr. Garvey present in the
18  deposition room.)
19          (Ms. Cooper left the
20  telephone conference.)
21          THE VIDEOGRAPHER:  We are
22  now back on the record.  This is the
23  end -- this is the beginning of
24  Videotape No. 3.  The time is 1:27.

51 (Pages 198 to 201)

Page 258

1  goes into the groundwater system every
2  two years and it is half thereafter?
3      A.  Right.
4      Q.  And with respect to the
5  actual flux rate based on the
6  groundwater flow and flow velocity, what
7  was the flux rate that you calculated?
8      A.  Well, the ATRANS, in order
9  to generate a value to use for ATRANS,
10  we had to make calculations to assign to
11  the patch; and then as water passes
12  through the patch, that defines the
13  flux.
14      Q.  And did you determine for
15  each of these calculations what the flux
16  rate was?
17      A.  We determined what the
18  patch concentration was.
19      Q.  But did you actually go
20  back and figure out what the flux rate
21  was to determine whether it was
22  reflective of actual conditions
23  observed?
24      A.  Well, this analysis uses

Page 259

1  predetermined mass amounts, so we're not
2  using groundwater data from the site --
3      Q.  Okay.
4      A.  -- to do this analysis.
5      Q.  And with regard to the next
6  site down, s6-002, 1989, do you know in
7  1989 if there was a release of gasoline
8  resulting in any MTBE mass being
9  introduced into the subsurface at the
10  service station identified as 84-02
11  Parsons Boulevard?
12      A.  I believe this particular
13  site was -- there was a transposition
14  error in the table, so I'm not sure
15  about the number 30.  That's something
16  we addressed in our rebuttal report.
17      Q.  But my question is -- this
18  is 1989 -- do you know what grade of
19  gasoline was spilled at 84-02 Parsons
20  Boulevard at a service station there
21  when the spill report was provided to
22  the New York DEC?
23      A.  No, I do not.
24      Q.  With respect to the spill

Page 260

1  that occurred in 1989 at 84-02 Parsons
2  Boulevard, was it an above-ground spill?
3      A.  It may have been.
4      Q.  With respect to that spill,
5  was it a customer drive-off?
6      A.  I don't know.
7      Q.  With respect to the release
8  that occurred in 1989, do you have any
9  information that's been made available
10  to you that the grade of gasoline that
11  was the subject of that spill report
12  actually contained any MTBE?
13      A.  I do not.
14      Q.  With respect to the spill
15  that occurred in 1990, do you have any
16  information to indicate that the spill
17  which was the subject of the spill
18  report at 84-02 Parsons Boulevard in
19  1990 contained MTBE?
20      A.  Well, all we know is that
21  typical MTBE expected in gasoline at
22  that time, but we don't have specific
23  site information.
24      Q.  And with respect to the

Page 261

1  typical amount, the typical amount in
2  1990 is what, according to the sources
3  you looked at?
4      A.  Well, we're assigning the
5  value 2%.
6      Q.  And the 2% is based on the
7  EPA reports which have no field
8  measurements of gasoline being
9  distributed in Queens; correct?
10      A.  It is based on the EPA
11  report, that's true.
12      Q.  With no field measurements
13  of gasoline?
14      A.  I don't believe there are
15  field measurements to support it.
16      Q.  And with respect to this
17  particular station, do you know which
18  grades in 1990 of gasoline sold at the
19  service station located at 84-02 Parsons
20  Boulevard actually contained MTBE?
21      A.  Do I know which grades
22  actually did contain it?
23      Q.  Yes, sir.
24      A.  No, I do not.

Page 262

1   Q.  Do you know which grade was
2   spilled in 1990?
3   A.  No, I do not.
4   Q.  Did you understand that
5   certain grades of gasoline distributed
6   in New York prior to 1992 did not
7   contain MTBE?
8   A.  Prior to 1992?
9   Q.  Yes, sir.
10  A.  Certainly, yes.
11  Q.  And with respect to the
12  distribution product, did you also
13  understand, based on your experience,
14  that certain refiners had proprietary
15  distribution systems and distributed
16  their gasoline through their own system
17  prior to 1992?
18  A.  I don't know that.
19  Q.  With regard to the service
20  station at 93-05 168th Street, there are
21  spills reported in 1989 and 1991. Do
22  you know what grade of gasoline was
23  spilled in 1989?
24  A.  I do not know.

Page 263

1   Q.  Do you have any information
2   to indicate whether the gasoline spilled
3   in 1989 at 93-05 168th Street had MTBE?
4   A.  I don't know. I don't
5   have -- sitting here right now I do not
6   know.
7   Q.  With respect to the spill
8   that occurred in 1991 at 93-59 183rd
9   Street, do you know what grade of
10  gasoline was spilled at that location?
11  A.  No, I do not.
12  Q.  With respect to that
13  location, do you know whether every
14  grade of gasoline at that service
15  station contained MTBE?
16  A.  I do not know that.
17  Q.  With regard to the service
18  station further down, I believe s6-05
19  (sic), 162-35 North Conduit, that is a
20  1990 spill. And that 1990 spill has
21  three scenarios for the leakage, one of
22  50 gallons, one of 500, and one of 2,000
23  gallons; am I correct?
24  A.  Are you looking at 015 or

Page 264

1   05?
2   Q.  s6-015. I apologize if I
3   misspoke, Mr. Terry.
4   A.  I see two there, yes.
5   Q.  And one is in 1990?
6   A.  Correct.
7   Q.  And the one in 1990 you
8   have simulations of a 50-, 500-, and a
9   2,000-gallon release?
10  A.  I do.
11  Q.  And you have MTBE mass
12  loading into the ATRANS model ranging
13  from 2.76 up to 110.20 kilograms of
14  MTBE?
15  A.  Yes.
16  Q.  With respect to the
17  gasoline that was released at 162-35
18  North Conduit Avenue in 1990, do you
19  know what grade of gasoline that was?
20  A.  No, I do not.
21  Q.  Do you know with respect to
22  the gasoline spilled at 162-35 North
23  Conduit Avenue, if it contained MTBE
24  when it was spilled in 1990?

Page 265

1   A.  I do not know that.
2   Q.  With regard to the mass
3   being estimated and the volume released,
4   the 50-gallon release resulting in a
5   mass of 2.76 kilograms in the model for
6   162-35 North Conduit Avenue, is that a
7   hypothetical release for modeling
8   purposes?
9   A.  Which one are we referring
10  to now?
11  Q.  s6- --
12  A.  Yes.
13  Q.  -- 015 --
14  A.  Right.
15  Q.  -- 1990.
16  A.  Right.
17  Q.  Is the release of 50
18  gallons of gasoline resulting in a mass
19  of 2.76 kilograms of MTBE in groundwater
20  in the model, is that a hypothetical
21  release for purposes of modeling?
22  A.  Yes, it is.
23  Q.  And with respect to the
24  500-gallon release in 1990 resulting in

67 (Pages 262 to 265)

Page 266

1  27.55 kilograms of MTBE, is that also a
2  hypothetical release?
3      A.  Yes, it is.
4      Q.  With respect to the release
5  that occurred in 1990 of 2,000 gallons
6  at the station at 162-35 North Conduit
7  Avenue resulting in 110.20 kilograms of
8  MTBE in groundwater in the model, is
9  that also a hypothetical release?
10     A.  Yes, it is.
11     Q.  Are there any discharges or
12 releases which were simulated for the
13 sources identified in Table 4 which are
14 based on an actual, not a hypothetical,
15 release?
16     A.  Well, even though the
17 volumes involved are not -- are
18 prospective, for many of these sites we
19 know there was a release and we know
20 there was groundwater impact of -- with
21 MTBE from that release.  So I think they
22 are more than hypothetical; it's -- the
23 question is the mass.
24     Q.  With respect to the

Page 267

1  release, the actual volume released, is
2  there any evidence for any of the
3  service stations that you have
4  identified in Table 4 that there was
5  actually a release of the specific
6  volume that you've identified in the
7  given year which you've specified for
8  each site?
9      A.  No.
10     Q.  With respect to the mass
11 projected as being present in
12 groundwater for each of the sites
13 identified in Table No. 4, is there
14 site-specific data to confirm that there
15 actually was that mass of MTBE in that
16 year beneath that location?
17     A.  No, there is not.
18     Q.  With regard to the work
19 that you performed in this case, did you
20 at any point in time attempt to
21 calculate the specific mass that may
22 have been present beneath any of the
23 service stations which you were
24 reviewing for purposes of your opinions

Page 268

1  in this case?
2      A.  Well, in the beginning of
3  proceeding in this analysis we looked at
4  the information that was available
5  generally from sites within the
6  capture -- Station 6 capture zone.  And
7  what we found was that the kinds of
8  information we would need to estimate
9  the mass was not available.
10     Q.  And what kinds of
11 information would you need to estimate
12 the mass for release of gasoline
13 including MTBE at a service station?
14     A.  Well, there could be a
15 number of different sources.  For
16 example, a person could witness a
17 release and quantify it from
18 observation.  A person could -- if
19 you -- if an investigation was done at
20 the right time and to the right extent,
21 then environmental data might be able to
22 be used to estimate the mass loading
23 from that same event.  Those are two
24 methods I can think of.

Page 269

1      Q.  And with respect to the
2  issue of quantifying release, were there
3  any sites in the group of sites which
4  you reviewed for which you had
5  information pertaining to a volume
6  release into the environment at any
7  particular station?
8      A.  Yes.
9      Q.  And which station was that?
10     A.  Well, the stations that
11 have fixed numbers as opposed to 50,
12 500, 2,000, those volumes were typically
13 reported release volumes in the file.
14     Q.  And you are referring now
15 to Table 4 and you are referring to the
16 heading "Gasoline (gal)" where there is
17 a run there with a specified number?
18     A.  Correct.
19     Q.  And, for example, can you
20 identify for us any -- and I'm not being
21 flip here, I'm just asking for your
22 help, because there's -- I see a lot of
23 50, 500, and 2000.  The other numbers
24 you have been honest enough to say one

Page 286

1  did you produce to counsel to be
2  produced to the defendants in this case
3  all of the files with all of the
4  different scenarios, including the
5  ten-year and two-year degradations?
6      A.  We produced all the files
7  that we have, so -- but in order to
8  generate the input for the model,
9  sometimes you are varying numbers in the
10 spreadsheet; but all those spreadsheets
11 were provided.
12     Q.  All the spreadsheets were
13 input into ATRANS?
14     A.  All the spreadsheets that
15 we used were provided, right.
16     Q.  And those include all the
17 ones that have the degradation constants
18 that you referred to, a ten-year and a
19 two-year?
20     A.  No.  Well, you would vary
21 those over -- you know, in different
22 runs you would vary that number.
23     Q.  And did you produce the
24 output from all of those runs?

Page 287

1      A.  We produced all those
2  spreadsheets if that's what you mean.
3      Q.  Did you produce the output
4  from all of those runs?
5      A.  I believe so.  But as I
6  said, I think we varied -- we varied
7  inputs for various scenarios.  And
8  sometimes we did that in one
9  spreadsheet, and we provided that
10 spreadsheet.
11     Q.  I understand the inputs.
12 I'm talking about the other end --
13     A.  Yeah.
14     Q.  -- the outputs.
15     A.  The outputs of whatever run
16 we did are attached to that file, that's
17 right.
18     Q.  And as best you understand
19 it, all the outputs have been provided
20 that you have?
21     A.  Yes, all the files we have
22 have been provided to you.
23     Q.  With respect to the files
24 that you looked at, particularly those

Page 288

1  for Table 4, you have a 1988 spill at
2  177-90 South Conduit, that's s6-016.  Do
3  you know what grade of gasoline was
4  reportedly spilled at that location in
5  1988?
6      A.  No, I do not.
7      Q.  Do you know whether it
8  contained MTBE?
9      A.  No, I do not.
10     Q.  With respect to the spill
11 at s6-022 in 1991, do you know what
12 grade of gasoline was reportedly spilled
13 at that location in 1991?
14     A.  Ss6-002?
15     Q.  S6-022.
16     A.  22.
17     Q.  161-51 Baisley Boulevard.
18     A.  Okay.  Now we're looking at
19 1991?
20     Q.  Correct.  And my question
21 is, with respect to the release that
22 occurred at 161-51 Baisley Boulevard, do
23 you know in 1991 what grade of gasoline
24 was spilled?

Page 289

1      A.  No, I don't.
2      Q.  Do you know whether the
3  gasoline spilled at 161-51 Baisley
4  Boulevard in 1991 contained MTBE?
5      A.  No, I do not.
6      Q.  With respect to the work
7  that you did in this case, going back to
8  the text of your report, in Analysis 1,
9  looking at page 5, you looked at the
10 available water quality data information
11 for Station 6, and that data was used,
12 as you indicate, to develop a snapshot.
13 The snapshot was to represent the
14 conditions in 2008; am I correct?
15     A.  Right, 2004 and 2008.
16     Q.  And the information as it
17 was generated for 2008, that was the
18 data that was used as input conditions
19 for the transport model?
20     A.  Well, we -- 2004 data from
21 the table we examined earlier were used
22 as input and then a model was run
23 between 2004 and 2008.  And then a
24 couple of additional sites were added in

Confidential - Per 2004 MDL 1358 Order

Page 290

1  2008.
2  Q. And the model that was run,
3  we take the 2004 data --
4  A. Uh-huh.
5  Q. -- that's set forth in
6  Table 2 and we run that in MT3D; am I
7  correct?
8  A. That's correct.
9  Q. Then you added the data
10 from the additional 2008 sources that
11 you obtained, being s6-030 and s6-031;
12 am I correct?
13 A. Correct.
14 Q. And with respect to those
15 locations, you modeled the conditions to
16 represent what the groundwater looked
17 like in 2008; am I correct?
18 A. Correct.
19 Q. Now, when you did the
20 MT3Dmodeling --
21 A. Yes.
22 Q. -- you generated, first of
23 all, a 2004 groundwater condition; am I
24 correct?

Page 291

1  A. Yes.
2  Q. Looking at Figure I think
3  it's 3 -- yes, Figure 3 -- what program
4  was used to contour the groundwater
5  conditions depicted in Figure 3?
6  A. Well, it was done in
7  ArcGIS.
8  Q. And in ArcGIS by whom?
9  A. By myself and by
10 Mr. Tyczka.
11 Q. And the ArcGIS file that
12 you use, it projected the concentrations
13 of MTBE around areas where you have
14 reported contamination; am I correct?
15 A. Well, we constructed that.
16 We drew that manually in ArcGIS.
17 Q. With respect -- and you've
18 answered my question. Let's take a
19 source particularly, s6-002, right below
20 the heading in Figure 3 of Grand Central
21 Parkway. That particular site,
22 according to your report, had an input
23 value of 1,000 -- pardon me, 14,400
24 parts per billion of MTBE; am I correct?

Page 292

1  A. Yes.
2  Q. With respect to the
3  depiction on Figure 3, how was the area
4  of contamination in the vicinity of
5  s6-002 actually depicted? How was it
6  drawn? Was it drawn by hand? Was it
7  generated by the computer?
8  A. It was primarily drawn by
9  hand.
10 Q. Who draw it by hand?
11 A. Myself.
12 Q. And when you drew it by
13 hand, what data did you have to
14 illustrate the concentrations in
15 proximity to s6-002 as illustrated on
16 Figure 3?
17 A. Only the data that's shown
18 on this map.
19 Q. With regard to the data
20 shown on this map, so we're clear, there
21 is in the vicinity of the triangle
22 representing s6-002 an area of red or
23 light red showing a concentration of
24 MTBE above 10,000; am I correct?

Page 293

1  A. Yes.
2  Q. And in the area around that
3  there would appear to be a tan area for
4  concentrations of MTBE from 1,000 to
5  10,000 parts per billion; am I correct?
6  A. Correct.
7  Q. Did you at the time that
8  you drew the plume in the vicinity of
9  s6-002 have field data to confirm the
10 presence of MTBE at any location other
11 than the well with 14,400 parts per
12 billion?
13 A. Not that was used to draw
14 this contour, no.
15 Q. With respect to the
16 contours that are depicted in and around
17 s6-002, am I correct that that contour
18 area representing contamination with
19 MTBE in the aquifer was drawn with one
20 data point?
21 A. It is from one data point,
22 correct.
23 Q. Now, with regard to the
24 area in the vicinity of Q-3810, which is

74 (Pages 290 to 293)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 294

1  a light pink and it is a well which
2  appears to be in Table 2 a U.S.G.S.
3  well; am I correct --
4      A.   What's the number on it?
5      Q.   3810, Dave.
6      A.   Yes, I do see that.
7      Q.   -- and with respect to that
8  well, it has a concentration in 2004 of
9  0.2 parts per billion; am I correct?
10     A.   That's what it says, yes.
11     Q.   I picked it because it is
12 the last one in that chart --
13     A.   Okay.
14     Q.   -- in Table 2, it is a
15 little easier to find.
16          With regard to the area in
17 pink around Q-3810, that U.S.G.S. well,
18 that is an area that was drawn by hand
19 or was something that was projected by
20 the computer?
21     A.   I can't really make it out
22 on this copy.
23     Q.   Can I loan you mine --
24     A.   Sure.

Page 295

1      Q.   -- for what it's worth?  It
2  may give you a little better relief.
3      A.   Yes, that's correct.
4      Q.   Okay.  So with respect to
5  the areas of contamination depicted on
6  Figure 3, were any of them generated by
7  a computer program?
8      A.   No, they were not.
9      Q.   Were all of them delineated
10 using hand contouring?
11     A.   Yes, they were.
12     Q.   And with respect to the
13 area of concentration around a
14 particular well, did you have any other
15 data in proximity to the single data
16 point to show the presence of
17 contamination in the groundwater in
18 Layer No. 1?
19     A.   No.
20     Q.   With regard to areas where
21 there are multiple sites, looking at the
22 bottom of Figure 3 towards the southern
23 extreme as you go towards JFK Airport,
24 there are three service stations

Page 296

1  illustrated: S6-020, S6-015, S6-016.
2  For the area that is depicted, there is
3  a shaded area that includes all of those
4  three service station proximal sources;
5  am I correct?  And if you want to look
6  at mine again, Dave, go right ahead.
7      A.   That's correct.
8      Q.   And with regard to those
9  data points, that area was drafted and
10 hand-contoured based on the individual
11 and single data points at each of the
12 service stations?
13     A.   Correct.
14     Q.   Did you look at any
15 monitoring well data other than the
16 individual monitoring wells identified
17 in Table 2 and the concentrations for
18 those wells to determine whether there
19 was any contamination lying, for
20 example, between S6-015 and S6-020 at
21 the concentrations indicated in Figure
22 3?
23     A.   No, we did not.
24     Q.   With regard to the Figure 3

Page 297

1  depiction, the areas that are depicted,
2  they are areas of equal concentration in
3  Layer 1 over the entire depth of
4  Layer 1?
5      A.   Correct.
6      Q.   So the mass being
7  calculated is the concentration
8  indicated on Layer 3 for whatever the
9  depth interval is for water in Layer 1?
10     A.   I think I was with you to
11 the last bit there.
12     Q.   Okay.  If, for example --
13 let's take easy one.  Let's take Q-3810,
14 which is a stand-alone, single point.
15 If I want to figure out what mass of
16 MTBE is in the vicinity of that U.S.G.S.
17 well, I look at the concentration as
18 illustrated on Figure 3 and then I would
19 distribute that concentration equally in
20 all of the cells in the model in that
21 area for the entire thickness of
22 Layer 1; am I correct?
23     A.   That's true.
24     Q.   And in order to calculate

75 (Pages 294 to 297)

Page 310

1  release, that release, according to the
2  information you had, occurred when?
3      A.   Well, there were two at
4  that site.  One was in 1989 and one was
5  1990.
6      Q.   And with regard to those
7  releases, do you know whether they ever
8  extended off site?
9      A.   I don't know.
10     Q.   With respect to the work
11 that you performed in this case for the
12 service station marked s6-002, did you
13 prior to contouring the area of
14 contamination illustrated on Figure
15 No. 3 look at the data for that site and
16 determine if there actually was MTBE off
17 site of the service station?
18     A.   Well, we did look in
19 general for that kind of information.
20 And most sites we looked at there
21 weren't sufficient data to really
22 demonstrate that.
23     Q.   With respect to the site
24 s6-002, did you specifically look and

Page 311

1  see if there was off-site data to
2  indicate that there was contamination in
3  the form of MTBE in groundwater off the
4  site?
5      A.   Well, most of these -- I
6  can't specifically say about s6-002.
7  Most of these sites did not have
8  considerable off-site information.
9      Q.   When you contoured these
10 areas of contamination, did you have the
11 site remediation files available to you
12 that were produced by the defendants in
13 this case so you could look at the site
14 data and contour the areas?
15     A.   I don't know if we -- we
16 had what was provided to us.  I don't
17 have that in front of me now.
18     Q.   At the time that you
19 contoured the areas depicted on Figure
20 3, did you specifically look at the file
21 materials you had and the map that you
22 were drawing on to develop the contoured
23 areas that you depicted with hand
24 contouring on Figure 3?

Page 312

1      A.   We didn't use data from the
2  kind of information you are talking
3  about to construct these contours.
4      Q.   The data that you used was
5  a single data point from s6-002; am I
6  correct?
7      A.   Correct.
8      Q.   And that single data point
9  was then hand-contoured based on your
10 professional judgment?
11     A.   Yes.
12     Q.   And with respect to each of
13 the sites, service station sites, being
14 the designation S6 and then a three-
15 letter -- pardon me, three-number
16 suffix, for each of those sites did you
17 use one data point to contour the area
18 of contamination in the aquifer?
19     A.   These are based on a single
20 point.
21     Q.   And the single point was
22 based on the maximum concentration?
23     A.   That's correct.
24     Q.   Did you at any point in

Page 313

1  time look at the data for any of the
2  service stations and use any generally
3  accepted methods to average the
4  contamination across the site?
5      A.   No, we did not.
6      Q.   In your professional work
7  have you done any analyses in which you
8  employed generally accepted methods for
9  spatial averaging at sites?
10     A.   For groundwater data?
11     Q.   Correct.
12     A.   No.
13     Q.   With respect to the work
14 that you have performed professionally,
15 have you ever used any kriging
16 algorithms?
17     A.   I have.
18     Q.   And did you use any kriging
19 algorithms in this case to average the
20 concentration of observed conditions in
21 groundwater at any of these sites?
22     A.   No, we did not.
23     Q.   With respect to your work,
24 have you ever used polynomial equations