# EXHIBIT G



**FIGURE 3**
Map of 2004 Input Values Used in Analysis 1, Layer 1