# EXHIBIT J

Confidential - Per 2004 MDL 1358 Order

VOLUME II

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


IN RE:

Methyl Tertiary      :MDL NO. 1358 (SAS)
Butyl Ether ("MTBE"):
Products Liability  :
Litigation          :


        In Re:
            City of New York
            ------


CONFIDENTIAL (Per 2004 MDL 1358 Order)
            ------


        April 7, 2009
            ------
        Continued Videotaped
Deposition of DAVID B. TERRY, P.G., held
in the law offices of McDermott, Will &
Emery, 340 Madison Avenue in New York,
New York, beginning at approximately
9:14 a.m., before Ann V. Kaufmann, a
Registered Professional Reporter,
Certified Realtime Reporter, Approved
Reporter of the U.S. District Court, and
a Notary Public.


            ------



        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph|917.591.5672 fax
            deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 722

1    A.   I didn't analyze them
2  separately, but I am aware that there's
3  aspect ratio aspects to the model.
4    Q.   Do you know what -- the
5  highest aspect ratios that were used in
6  the model?
7    A.   I don't specifically know.
8  I know that some of the cells near the
9  boundary, for example, have probably
10 some of the higher aspect ratios.
11   Q.   Do you know what those are?
12   A.   What the cells are?
13   Q.   No.  What the aspect ratios
14 are.
15   A.   I don't know the numbers.
16   Q.   Okay.  Can the aspect ratio
17 affect the reliability of a model?
18   A.   It can.
19   Q.   Under what circumstances,
20 do you know?
21   A.   Well, for example, if one
22 is trying to conduct a particle tracking
23 exercise, then things like the aspect
24 ratio can influence the location of that

Page 723

1  particle, the relative confidence that
2  you would have in the extent of the
3  capture zone a particle moving through.
4    Q.   When you are doing modeling
5  with LBG, is there any type of company
6  or guidance that you use on this for
7  determining what the maximum size aspect
8  ratio of a cell should be?
9    A.   I don't think we have a
10 standard reference for that.
11   Q.   I would like you to look at
12 Table 4, the same table we were just
13 looking at, if you could, sir.  And
14 let's focus on the site at 84-02 Parsons
15 Boulevard that has a site designation of
16 s6-002.
17      Now, I'm going to ask you
18 for the release that occurred in 1990
19 for Analysis 2, what in your modeling
20 effort -- what was the time, the value
21 of the time, that the -- I'm not saying
22 that right.
23      How much time elapsed in
24 your modeling effort from the time that

Page 724

1  that release occurred to the point where
2  MTBE had reached the groundwater?
3    A.   Yeah.  In the way that we
4  did the modeling here, we assumed that
5  MTBE would be reaching the groundwater
6  in 1990.  And typically the spill
7  numbers, you know, occur -- are entered
8  at a date after the spill occurs,
9  especially for the unknown releases, the
10 subsurface releases.
11   Q.   So is it fair to say then
12 that the time would have been zero,
13 there would have been no time elapsed in
14 your model, it would have been
15 instantaneous with the release that the
16 MTBE reached the groundwater table?
17      MR. GREENE:  Objection.
18   A.   I'm not exactly saying
19 that.  What I'm saying is there is a
20 spill that occurred at some point in
21 time, and then in 1990 that spill --
22 evidence of that spill was discovered.
23 So there would be a time lapse there
24 that's no more than zero.

Page 725

1      And then what our modeling
2  did was assume it is entering the
3  groundwater beginning in that time.
4    Q.   Do you have any information
5  about that specific spill, as to when it
6  occurred?
7    A.   Not in front of me today.
8  All we used here, I believe -- what we
9  typically used here was the spill --
10 information and the spill number or
11 reported spill date in the file.
12   Q.   Okay.  But did you do an
13 evaluation to determine at least an
14 estimate of when the spill occurred as
15 opposed to the date that you have here
16 on Table 4?
17   A.   No.  One of the simplifying
18 aspects of this is that we assigned the
19 spill date to the case number date, the
20 spill report date.  That is a
21 simplifying assumption that we made.
22   Q.   Now, the unsaturated
23 thickness for this spill at this
24 location, 84-02, was 34 -- I'm sorry,

81 (Pages 722 to 725)

Confidential - Per 2004 MDL 1358 Order

Page 726

1    35.14 meters; is that correct, sir?
2        A.   That's correct.
3        Q.   Okay.  That is roughly,
4    I -- late in the day, but I think that's
5    roughly somewhere around 115 feet.
6        Now, in terms of your model,
7    you didn't consider that 150 feet -- 115
8    feet at all, is that correct, in
9    calculating how long it would take for
10   the release to move through that
11   unsaturated zone to the groundwater
12   table?
13       MR. GREENE:  Objection.
14       A.   The way that we conducted
15   the analysis, we're assuming that by
16   1990 this spill that occurred at some
17   unknown previous date would have reached
18   the water table then.
19       Q.   And that would be the same
20   for all of the releases or all of the
21   sites shown on this Table 4, isn't that
22   correct, independent of the unsaturated
23   thickness?
24       A.   That's correct.

Page 727

1        Q.   Just so I'm clear and that
2    the record is clear then, your model,
3    even though it lists the release having
4    occurred at a particular date, you did
5    not consider the time from that date at
6    all in determining how long it would
7    take for the release to reach the
8    groundwater table?  That was just an
9    instantaneous value at -- and it
10   occurred at the time when -- of the
11   release that you have on your second
12   column in Table 4?
13       A.   Well, what we used, we used
14   this date as the surrogate for when MTBE
15   from this spill would start to enter
16   groundwater.  But I wouldn't myself
17   characterize it as instantaneous,
18   because the spill typically occurred
19   before that date.  And also we did
20   simulate a rate of loading to
21   groundwater that was not instantaneous
22   even after that date.
23       Q.   I didn't mean to
24   characterize it that way.  It is

Page 728

1    instantaneous in your model, let's put
2    it that way?
3        A.   Well, it starts to enter
4    groundwater on that date, that's true.
5        Q.   Okay.  As I understand it,
6    your cells that you have in your
7    model -- and this had would be for
8    either -- for Analysis 1, and we can
9    focus for Analysis 1 -- the cells have
10   various dimensions, but the depth of the
11   cell is essentially the depth of the
12   water table?
13       A.   Well, the cell actually can
14   extend above the water table, but
15   effectively the part above the water
16   table doesn't really count.  So
17   essentially the thickness, the saturated
18   thickness is the depth, the effective
19   depth of the model.
20       Q.   If you have a sample from
21   some portion of that saturated
22   thickness, isn't it fair to say that you
23   assigned that result from that sample, to
24   that concentration from that sample, to

Page 729

1    the entire saturated thickness?
2        A.   Are you talking about a
3    specific analysis?
4        Q.   For Layer 1 in
5    Analysis 2 -- in Analysis 1, Layer 1.
6        A.   That's true, we did do
7    that.
8        Q.   When you looked at a
9    particular sampling location and you got
10   a value for that sampling location, did
11   you make any effort to try to determine
12   how far down vertically that sample
13   would represent?
14       A.   In other words, there's a
15   depth to a well, and so what you are
16   asking me did we look at the well depth
17   as part of what we did in the analysis?
18       Q.   A well depth or other wells
19   or any type of well clusters that may
20   have been in the area, anything.
21       A.   Well, for the purpose of
22   Analysis 1 where we really -- where is
23   the analysis where we used water quality
24   data, we just looked for maximum