UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION, | 1:00 CV 1898 (SAS)<br><br>MDL 1358 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## WITHDRAWAL OF APPEARANCE

Latham & Watkins LLP, counsel for Defendant ConocoPhillips Company, hereby informs the Court that Heather Foran is no longer associated with the firm, and requests that the Court withdraw the appearance of Ms. Foran as counsel in this matter.

Dated: Newark, New Jersey
July 14, 2009

LATHAM & WATKINS LLP

By: /s/ Paul A. Rosenthal
 John J. Lyons
 355 South Grand Ave.
 Los Angeles, CA 90071
 (213) 485-1234

 Alan E. Kraus
 Keena M. Hausmann (*pro hac vice*)
 Lauren K. Podesta
 Paul A. Rosenthal
 One Newark Center, 16th Floor
 Newark, New Jersey 07101
 (973) 639-1234

<u>Certificate of Service</u>

      This is to certify that on this 14th day of July 2009, the foregoing Withdrawal of Appearance was served on all counsel of record by LexisNexis File & Serve.

                                          <u>/s/ Paul A. Rosenthal</u>
                                          Paul A. Rosenthal, Esq.