# EXHIBIT A



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MtBE")

Products Liability Litigation

MDL No. 1358

Master File C.A. No.

1:00-1898 (SAS)

---

This document relates to the following cases:

*City of New York v. Amerada Hess Corp., et al.*

04 Civ. 3417

---

### EXPERT REBUTTAL REPORT OF David B. Terry, P.G.

### LEGGETTE, BRASHEARS & GRAHAM, INC.
6 Arrow Road
Ramsey, NJ 07446

_____

**Signature**

**March 23, 2009**

_____

**Date**

## TABLE 2
### Summary of Discharge Sources Used for Revised Analysis 2

| siteID | year | address | v(m/yr) | head(m) | satThick(m) | Gasoline(gal) run1 | run2 | run3 | MTBE % | MtBE(kg) run1 | run2 | run3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-001 | 1994 | 138-50 Hillside Ave | 53.15 | 5.30 | 29.15 | 150 | 150 | 150 | 11.90 | 49.18 | 49.18 | 49.18 |
| | 1998 | | 51.59 | | | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| | 2001 | | 50.53 | | | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
| s6-002 | 1989 | 84-02 (-04) Parsons Blvd | 20.70 | 5.60 | 20.40 | 30 | 30 | 30 | 2.00 | 1.65 | 1.65 | 1.65 |
| | 1990 | | 20.18 | | | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-003 | 1997 | 137-10 94th Ave | 68.32 | 4.98 | 32.39 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-005 | 2000 | 113-21 Merrick Blvd | 44.40 | 5.23 | 23.52 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| | 2001 | | 43.49 | | | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |
| s6-006 | 1998 | 144-10 Hillside Ave | 52.36 | 5.41 | 21.85 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-007 | 1989 | 93-05 168th St | 24.00 | 5.54 | 19.80 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-008 | 1991 | 93-59 183rd St | 59.60 | 5.30 | 24.19 | 10 | 10 | 10 | 2.00 | 0.55 | 0.55 | 0.55 |
| | 1992 | | 57.06 | | | 20 | 20 | 20 | 11.90 | 6.56 | 6.56 | 6.56 |
| | 1993 | | 55.64 | | | 15 | 15 | 15 | 11.90 | 4.92 | 4.92 | 4.92 |
| | 1994 | | 54.70 | | | 10 | 10 | 10 | 11.90 | 3.28 | 3.28 | 3.28 |
| s6-009 | 2000 | 165-25 Liberty Ave | 20.91 | 5.49 | 25.04 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-010 | 1996 | 105-15 Merrick Blvd | 13.47 | 5.48 | 24.38 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-011 | 1999 | 109-67 Sutphin Blvd | 69.61 | 4.97 | 29.81 | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| s6-012 | 1997 | 131-07 Merrick Blvd | 37.59 | 4.28 | 22.28 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| | 2000 | | 38.74 | | | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-013 | 1998 | 133-02 Jamaica Ave | 63.61 | 5.18 | 32.13 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-014 | 1994 | 116-60 Sutphin Blvd | 105.52 | 4.19 | 28.89 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-015 | 1990 | 162-35 N. Conduit Ave. | 54.75 | 2.74 | 21.65 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| | 2002 | | 158.84 | | | 50 | 500 | 2000 | 9.67 | 13.32 | 133.20 | 532.82 |
| s6-016 | 1988 | 177-90 S. Conduit Ave. | 107.74 | 2.99 | 21.68 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| | 1993 | | 117.84 | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-017 | 1997 | 108-01 Atlantic Ave. | 106.36 | 4.16 | 30.25 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-019 | 1993 | 148-12 Rockaway Blvd. | 116.20 | 3.00 | 29.56 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| | 1996 | | 121.38 | | | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |

**TABLE 2**

Summary of Discharge Sources Used for Revised Analysis 2

| ID | Year | Location | | | | 50 | 500 | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-020 | 1997 | 156-07 Rockaway Blvd. | 96.09 | 2.22 | 26.43 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| | 1987 | | 100.84 | | | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-021 | 1995 | 104-09 Atlantic Ave. | 88.02 | 4.11 | 31.71 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| | 1999 | | 77.67 | | | 50 | 500 | 2000 | 10.72 | 14.77 | 147.67 | 590.67 |
| | 1991 | | 115.76 | | | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-022 | 1992 | 161-51 Baisley Blvd | 117.85 | 3.93 | 26.43 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| | 1998 | | 114.68 | | | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-023 | 1996 | 148-27 Liberty Ave | 53.00 | 5.19 | 28.24 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-024 | 1997 | 107-17 178th St | 32.78 | 5.39 | 25.82 | 50 | 500 | 2000 | 11.52 | 15.87 | 158.69 | 634.75 |
| s6-025 | 2003 | 117-07 Guy Brewer Blvd | 75.92 | 4.67 | 25.80 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
| s6-026 | 1996 | 171-07 Baisley Blvd | 111.95 | 4.48 | 22.41 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-027 | 1998 | 162-16 Union Tpke | 72.37 | 5.33 | 24.06 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-028 | 2003 | 138-68 94th St | 54.09 | 5.12 | 29.93 | 50 | 500 | 2000 | 7.37 | 10.15 | 101.52 | 406.09 |
| s6-029 | 1996 | 244 Linden Blvd | 111.46 | 5.52 | 19.34 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-030 | 1988 | 108-46 Merrick Blvd | 30.87 | 5.45 | 23.73 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-031 | 1998 | 188-06 Hillside Ave | 105.75 | 5.10 | 23.69 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-032 | 1994 | 178-02 Union Tpke | 51.11 | 6.95 | 17.01 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-033 | 1993 | 82-48 Woodhaven Blvd | 57.02 | 5.52 | 38.40 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-034 | 1991 | 116-32 Merrick Blvd | 73.57 | 4.89 | 23.18 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-035 | 2000 | 153-95 Rockaway Blvd | 111.97 | 2.35 | 26.31 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |
| s6-036 | 1990 | 167-02 Baisley Blvd | 110.84 | 4.26 | 23.83 | 50 | 500 | 2000 | 2.00 | 2.76 | 27.55 | 110.20 |
| s6-037 | 2000 | 109-03 Liberty Ave | 103.96 | 3.51 | 33.90 | 50 | 500 | 2000 | 10.00 | 13.78 | 137.75 | 551.00 |

**TABLE 2**

Summary of Discharge Sources Used for Revised Analysis 2

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s6-038 | 1998 | 123-05 101st Ave | 111.56 | 4.34 | 29.03 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-039 | 1995 | 165-01 Hillside Ave | 38.72 | 5.71 | 22.03 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-040 | 1998 | 166-06 Hillside Ave | 39.67 | 5.68 | 21.53 | 50 | 500 | 2000 | 11.63 | 16.02 | 160.20 | 640.81 |
| s6-041 | 1995 | 168-02 91st Ave | 35.49 | 5.60 | 19.45 | 50 | 500 | 2000 | 11.90 | 16.39 | 163.92 | 655.69 |
| s6-042 | 2001 | 134-15 Rockaway Blvd | 117.98 | 3.18 | 32.48 | 50 | 500 | 2000 | 10.04 | 13.83 | 138.30 | 553.20 |