# EXHIBIT B

Confidential - Per 2004 MDL 1358 Order

VOLUME III

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------

IN RE:

Methyl Tertiary      :MDL NO. 1358 (SAS)
Butyl Ether ("MTBE"):
Products Liability   :
Litigation           :

        In Re:
             City of New York


CONFIDENTIAL (Per 2004 MDL 1358 Order)
------

July 1, 2009
------
        Continued CONFIDENTIAL
Videotaped Deposition of DAVID B. TERRY,
P.G., held in the law offices of
McDermott, Will & Emery, 340 Madison
Avenue in New York, New York, beginning
at approximately 9:34 a.m., before Ann
V. Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.


------


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 789

1    A.    Well, I mean, within
2    the level of precision that we are
3    talking about, they are in the same
4    range, both -- all these analyses are in
5    the same range, so that's really what
6    I'm talking about, most likely.
7        Q.    And the level of precision
8    is reflected by your projections in
9    scenarios 2A, 2B, and 2C?
10       A.    Well, those are just
11   different mass assumptions or mass
12   ranges that we used in conducting
13   Analysis 2.
14       Q.    I will ask the question
15   once again.  With respect to the various
16   scenarios that you've set forth in your
17   February 6 report, February 27 report,
18   March 23 report, and April 20 report,
19   which of the Analysis 2 scenarios in
20   your opinion to a reasonable degree of
21   scientific probability best represents
22   what you believe the concentration of
23   MTBE will be at Station 6 in the future?
24       A.    I'm not sure that any one

Page 790

1    of them is better than another.  I mean,
2    they are all roughly the same result,
3    and so that's what I'm really testifying
4    about.  Not so much specifically is the
5    number 17 or is it 18; that's not so
6    much my conclusion as it is the
7    generality of what we're seeing.
8        Q.    And the generality that you
9    are seeing is what?
10       A.    Is a peak concentration in
11   that range for Analysis 2 and then a
12   decline in concentration over time and
13   eventually a longer term, more fixed
14   concentration.
15       Q.    With regard to the
16   precision of your estimates using
17   Analysis 2, can you state to a
18   reasonable degree of scientific
19   probability what the confidence interval
20   is that bounds those estimates?
21       A.    I can't really state that
22   except there's a certain range of mass
23   that's been, you know, input into the
24   aquifer over time.  So depending on

Page 791

1    specifically what that range of mass is,
2    that's going to affect the ultimate
3    concentration.  What we used was
4    reasonable estimates of those masses,
5    but those masses aren't known.
6        Q.    With regard to
7    predictions of future concentrations of
8    MTBE in Station 6 using Analysis 2, did
9    you actually calculate a statistical
10   confidence interval bounding those
11   estimates?
12       A.    No, we did not.
13       Q.    With regard to the MT3D
14   modeling that was performed for
15   Analysis 2, do you know from your
16   experience or from the literature
17   whether or not these types of estimates
18   have a generally accepted error rate?
19       A.    No, I don't believe that
20   they do.
21       Q.    With respect to your work
22   as a professional, have you in your
23   professional work ever done a post-audit
24   analysis of any of your predictions of

Page 792

1    MTBE concentrations at any of the other
2    sites you've worked at?
3        A.    I don't know if I would
4    call it a post-audit analysis.  We've
5    certainly had situations where we have
6    projected sort of either the timing or
7    concentration of the arrival of a
8    contaminant and then, you know, lived to
9    see or experience what actually occurred
10   at those locations.
11       Q.    And did you ever document
12   any of those observations regarding
13   whether or not the predictions that you
14   made came to pass in a peer-reviewed
15   journal article?
16       A.    In a peer-reviewed journal
17   article?
18       Q.    Yes, sir.
19       A.    No, not in a peer-reviewed
20   journal article.
21       Q.    With respect to your
22   professional work for any of the
23   modeling that you have performed, have
24   you ever conducted a formal post-audit

6 (Pages 789 to 792)

Confidential - Per 2004 MDL 1358 Order

Page 793

1  analysis to determine whether predicted
2  concentrations using the model actually
3  occurred in reality?
4      A.   As I said, I don't think
5  I've done a formal post-audit analysis.
6  I have certainly, you know, seen results
7  post-projection in that sense, but that
8  wasn't a formal post-audit as you are
9  describing.
10      Q.   With respect to the
11  precision of the estimates that you have
12  made in this case, what precision do you
13  assign to the estimated future
14  concentration of MTBE using Analysis 2
15  for Station 6 wells?
16      A.   Well, I think what I'm
17  testifying about here is that the most
18  likely of the scenarios that we
19  developed in Analysis 2 is the 2,000-
20  gallon release scenario, that
21  Analysis 2C.
22          And the reason for that is
23  if you look at the area of capture zone
24  for Station 6, it is approximately 7

Page 794

1  miles.  And if you look at the multitude
2  of sources that are in that area, the
3  total sort of mass that's in the capture
4  zone associated with the C scenario is
5  more likely than the A or B scenarios.
6      Q.   And what is the precision
7  that bounds that estimate using the 2C
8  scenario?
9      A.   Yeah, I can't really
10  express it in that form because the
11  mass, the quantum of the mass is
12  unknown.
13      Q.   With regard to the quantum
14  of mass, can you tell the jury in this
15  case what the precision is regarding the
16  estimate of the quantum of mass?
17      MR. GREENE:  Object to form.
18      A.   I'm not -- what we did was
19  we looked at likely release scenarios at
20  these sites.  We looked at the total
21  mass that was in the capture zone for
22  these wells.  And those things represent
23  a reasonable scenario.  But beyond that,
24  we can't statistically bound that

Page 795

1  because we don't have the data that
2  would allow us to do that.
3      Q.   Can you tell the jury in
4  this case quantify the precision of your
5  estimates of the future concentration of
6  MTBE in Station 6 wells such that they
7  would know what the upper bound limit is
8  and what the lower bound limit is?
9      A.   Well, I think what we did
10  is a range of assessments.  We did --
11  and I would say that our Analysis 1
12  assessment represented more of an upper-
13  range estimate and our Analysis 2C was
14  more of a lower range.  But they are
15  both, you know, reasonable scenarios.
16  Certainly they're both -- in both cases
17  there could be more mass there than what
18  we've used.  But they are reasonable
19  scenarios, so I would use them as a
20  range.
21      Q.   With respect to the
22  Analysis 2 that you performed in this
23  case, and specifically the projections
24  in scenario 2C, can you quantify with

Page 796

1  any reasonable degree of scientific
2  probability what the precision is of
3  that estimate?
4      A.   I don't think I can express
5  that as a percent precision, no.
6      Q.   With regard to Analysis 1
7  for purposes of this case, can you
8  quantify for the jury to any reasonable
9  degree of scientific probability the
10  accuracy or precision of the estimates
11  of future MTBE concentrations using that
12  scenario?
13      A.   I don't think I could
14  express it that way.  All I'm saying is
15  that when we look at the total mass
16  that's in the capture zone for -- in
17  Analysis 1, that that represents a
18  reasonable estimate of the mass that's
19  in the capture zone.  If there's mass in
20  the capture zone, it is going to arrive
21  in the future at Station 6.
22      Q.   And I'll ask the question
23  again: Can you with any mathematical
24  precision quantify for the jury to any

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 797

1  reasonable degree of scientific
2  probability the precision of your
3  estimates of future MTBE concentrations
4  in Station 6 wells using Analysis 1?
5      A.   If you are looking for some
6  statistical measure of the precision, I
7  can't do that.
8      Q.   With regard to the method
9  that you employed in Analysis 1, based
10  on your review of peer-reviewed
11  engineering and scientific literature,
12  can you tell us whether there is a
13  generally accepted or known error rate
14  using that method to predict future
15  concentrations of contaminants in wells
16  like MTBE in Station 6?
17      A.   I mean, I think there's an
18  error rate inherent in the model; in
19  other words, there's a way to describe
20  whether the model can accurately
21  simulate the migration of MTBE. But the
22  other part of it is the mass that you
23  are putting into the model. And that's,
24  you know, classically in Long Island

Page 798

1  MTBE contamination cases, that's been
2  the great unknown.
3      So there's a paper, I think
4  it's by Weaver, Haas, and Sosik, that
5  describes the problem of trying to
6  quantify MTBE mass and understanding,
7  you know, where that MTBE mass is. The
8  approach that they are laying out is to
9  estimate, or if you have evidence of a
10  major discharge to calculate or estimate
11  the MTBE mass associated with that
12  discharge and then, you know, model that
13  forward or project forward where that
14  goes. So really that's the approach that
15  we took here.
16      Unfortunately, one of the
17  characteristics of MTBE that was
18  discovered later is that the ways that
19  it's been monitored at discharge station
20  sites, which was really developed for
21  some of the other gasoline contaminants,
22  has been inadequate to characterize
23  MTBE, especially MTBE mass. So there's
24  really no way with the data set that's

Page 799

1  available. And there is an
2  understandable reason why that data set
3  is not available. There's really no way
4  to, you know, accurately bound that in a
5  way that you could then statistically
6  test it.
7      So what we did is take the
8  same approach that they did. And, you
9  know, historically the problem was that
10  MTBE mass wouldn't really be discovered
11  until it impacted a supply well. So
12  we're now going back to sources saying
13  why aren't we able to see this before it
14  impacts a supply well.
15      And then, you know, the
16  development -- the method that they
17  developed was to say, you know, look for
18  evidence of the discharge, estimate the
19  mass associated with that discharge, and
20  then model that forward to see what
21  impacts that may have in the future. So
22  that's really the approach that we took
23  here.
24      Q.   With respect to Analysis 1,

Page 800

1  did you calculate a confidence interval
2  which represents to a reasonable degree
3  of scientific probability the accuracy
4  or precision of the predictions of
5  future MTBE impacts in Station 6 wells?
6      A.   Well, we did an analysis
7  that just used target calibration
8  points, and we found that the model was
9  able, over that period of 2004 to 2008
10  was able to accurately describe what
11  happened at those points within 1.8 ppb
12  or so. So that is sort of one measure
13  of that.
14      Q.   Did you for purposes of
15  your opinions in this case use any
16  generally accepted statistical method
17  and calculate a confidence interval
18  which would permit you to a reasonable
19  degree of scientific probability to tell
20  the jury what the accuracy or precision
21  is of the estimates of future MTBE
22  impacts in Station 6 wells using
23  Analysis 1?
24      A.   Yeah, I don't think it's

8 (Pages 797 to 800)

Confidential - Per 2004 MDL 1358 Order

Page 801

1  possible to do that with the data set
2  that we have on MTBE in this aquifer.
3      Q.   Can you quantify to any
4  reasonable degree of scientific
5  probability what the precision or
6  accuracy is using any generally accepted
7  statistical method for the future
8  impacts of MTBE in Station 6 using
9  Analysis 1?
10     A.   Well, I said, I think I
11 said we didn't use any statistical
12 analysis to do that kind of an estimate,
13 so....
14     Q.   You indicated that there
15 are known error factors using modeling.
16 You were referring to modeling using
17 MT3D?
18     A.   In any model.
19     Q.   And with regard to your
20 experience, what is the generally
21 accepted and known range of error using
22 deterministic models to predict the
23 concentration of a solute like MTBE in a
24 well in the future?

Page 802

1      A.   I'm not sure I understand
2  the question.
3      Q.   With respect to the models
4  that you've operated, particularly
5  MT3D --
6      A.   Uh-huh.
7      Q.   -- do you know what in the
8  literature is the generally accepted and
9  known error rate that bounds predictions
10 of future concentrations of a solute
11 like MTBE in a well in the future?
12     A.   Yeah, I don't think -- I
13 don't know of a generally accepted error
14 rate like that.
15     Q.   When you used the term
16 there there are some generally accepted
17 error rates, what were you referring to?
18     A.   I don't know if -- did I
19 say generally accepted error rates?
20     Q.   In response to the question
21 was there generally accepted, you said
22 you knew there were some error rates.
23     A.   Well, I mean, any model is
24 a approximation of reality. So I don't

Page 803

1  think there's a model that's ever been
2  created that has no error in it.
3  Really -- but error is, you know, an
4  interesting question because it really
5  depends on the problem that you are
6  using the model to address. So any
7  model has, you know, some kind of
8  difference in it compared to what
9  happens in reality.
10     Q.   With respect to the
11 question that was being addressed here,
12 was it your objective to predict
13 precisely what the concentration of MTBE
14 would be in Station 6 using the analysis
15 you employed?
16     A.   I don't know that
17 "precisely" is the word I would use.  I
18 mean, what we're looking to do is that
19 -- the objective of our study is that a
20 treatment plan needs to be designed for
21 Station 6.
22         And we know that there's
23 MTBE in the groundwater that's
24 intercepted by Station 6. So one of the

Page 804

1  questions that a design engineer has is
2  how much MTBE, in terms of
3  concentration, is going to occur at this
4  facility and how long is it going to
5  last?  Because either one of those
6  questions could influence the selection
7  of specific remedial technology that's
8  used at that facility.  To some extent
9  it has to be somewhat of a conservative
10 analysis when you do that.  Your goal is
11 that you are protecting the quality of,
12 you know, potable drinking water.
13         So that was really the goal
14 of this, was to say we know that there's
15 MTBE that has been discharged into the
16 aquifer within the capture zone of
17 Station 6.  So knowing what information
18 we do have, what's a reasonable estimate
19 of what those concentrations would be in
20 the future so that when we design our --
21 or select our treatment technology, it
22 is going to be adequately protective of
23 that drinking water source.
24     Q.   And with regard to the

9 (Pages 801 to 804)

Confidential - Per 2004 MDL 1358 Order

Page 845

1  Analysis 1, you know, I couldn't state
2  from Analysis 1 by itself any
3  information about when a discharge
4  occurred.
5      Q.   With regard to Analysis 2
6  for Station 6, can you state an opinion
7  to a reasonable degree of scientific
8  probability exactly when gasoline with
9  MTBE was first released into the
10 groundwater beneath each of those
11 stations?
12     A.   Well, for Analysis 2 we had
13 release dates or we had spill number
14 dates. So sometimes those spill number
15 dates are associated with when the
16 contamination was discovered. So they
17 may not exactly replicate the date that
18 the spill occurred. We used them as a
19 tool to estimate when spills occurred,
20 but there's some difference between some
21 of those dates and the actual spill
22 dates.
23     Q.   Fair to say that you used
24 the spill report date and that the

Page 846

1  actual release into groundwater occurred
2  prior to that date but you don't know
3  exactly when?
4      A.   I think it's fair to say
5  that if we are looking at a case
6  where -- especially the cases, as a lot
7  of them were, where the discovery was
8  related to tank closure and replacement,
9  so you are going in, you are replacing a
10 tank, there is no report of any
11 discharge at a site, you are digging
12 into the ground, you're removing tanks,
13 and you are seeing the tanks have holes
14 in them, which is often the case, or you
15 are seeing a substantial amount of soil
16 contamination, that it's fair to say
17 that the discharge that caused that
18 contamination occurred prior to that day
19 that you discovered it. That's fair to
20 say.
21     Q.   And with regard to those
22 stations where the date of release is
23 unknown, can you state with any
24 reasonable degree of scientific

Page 847

1  probability exactly when MTBE first
2  entered the groundwater system at those
3  locations?
4      MR. GREENE: Object to the
5  form.
6      You can answer.
7      A.   I'm sorry, I'm going to
8  have to have you repeat it, just because
9  I lost it.
10     MR. GREENE: I apologize,
11 too.
12     Q.   With respect to the
13 stations where the exact date of the
14 release may not be known because you are
15 working from the spill date and the
16 report of the contamination, are you
17 able to state an opinion to any
18 reasonable degree of scientific
19 probability exactly when MTBE was first
20 released into groundwater at that site?
21     A.   I don't think you can say
22 when MTBE absolutely first reached
23 groundwater. Some of the sites that we
24 looked at had multiple spill reports.

Page 848

1  So in some cases I think there was cases
2  where there was an investigation done
3  initially and then there was an
4  investigation done later.
5      Sometimes the later results
6  were different than the initial
7  results. So, you know, from that you
8  might conclude that the later spill
9  date -- that there was some kind of
10 discharge in between those two dates,
11 you can bound it. And in all the cases
12 I think you could bound the upper end
13 because you know when it was
14 discovered. But I don't -- in many
15 cases you can't bound the lower end
16 completely, that's true.
17     MR. STACK: The videographer
18 has told us we are about to run out of
19 tape, Mr. Terry. So we will take a
20 break and resume promptly, if we can.
21     MR. GREENE: Great. Thanks.
22     THE VIDEOGRAPHER: We're
23 going off the record. The time is
24 10:34 a.m. This is the end of tape 1 of

20  (Pages 845 to 848)

Confidential - Per 2004 MDL 1358 Order

Page 1025

1  MTBE being present at 113-40 Merrick
2  Boulevard; am I correct?
3      A.   Right.  Initially there's
4  an innermost area of contour that we had
5  assigned a value of 78,802, but that was
6  actually the total VOC concentration at
7  that location.  The MTBE component of
8  that was 65,900 ppb.  So we changed the
9  value of that in the model to reflect
10  the MTBE value.
11      Q.   And do you know with
12  respect to that particular value whether
13  it was a value that was observed in a
14  soil vapor extraction well?
15      A.   I don't recall.
16      MR. STACK:  The videographer
17  has indicated that we're about ready to
18  run out of tape, so we'll go off the
19  record and afford him an opportunity to
20  do so and give you a chance to stretch
21  your legs as we head into the home
22  stretch.
23      THE VIDEOGRAPHER:  We're
24  going off the record.  The time is

Page 1026

1  3:04 p.m.  This is the end of tape 4 of
2  the deposition of David Terry.
3      (Recess.)
4      THE VIDEOGRAPHER:  Back on
5  the record.  The time is 3:14 p.m.  This
6  is the start of tape 5 of the deposition
7  of David Terry.
8  BY MR. STACK:
9      Q.   Mr. Terry, with respect to
10  the Analysis 1 that you performed, you
11  made certain changes that you've
12  indicated on page 21 to vary the contour
13  line in proximity to well 6D and to
14  revise the maximum concentration contour
15  at the service station at 113-40 Merrick
16  Boulevard.
17      In looking at Figure 4,
18  there are areas within this depiction;
19  for example, the area going from S6-005
20  down to S6-002.  That area, according to
21  the scale on the map, is approximately a
22  mile and a half.
23      Do you have any monitoring
24  well data in that mile-and-a-half

Page 1027

1  interval to indicate that there is MTBE
2  present in the groundwater system at the
3  concentrations shown in Figure 4?
4      A.   I'll assume you mean
5  S6-022.  No, there's no specific
6  monitoring well data in between those
7  two points.
8      Q.   With regard to the distance
9  between S6-025 and S6-026, is there any
10  groundwater monitoring data between
11  those two points to indicate that the
12  concentration of MTBE reflected on
13  Figure 4 has actually been detected
14  through testing in the groundwater in
15  that particular transect?
16      A.   No, there is not.
17      Q.   With regard to other areas
18  on this map, there is a depiction which
19  you have background levels, and the
20  background levels for the area lying --
21  I'm going to the left side of the map,
22  Dave -- between 3651 down to 3161, that
23  would appear to be approximately 2.8
24  miles, and there is concentration of

Page 1028

1  MTBE that's illustrated as being present
2  there.
3      I don't want to try to
4  interpret the map because the color is
5  sometimes difficult.  What is the
6  concentration of MTBE that is
7  illustrated between well 3651 and 3161
8  on Figure 4 in your rebuttal report?
9      A.   I believe that's 0.1 ppb.
10      Q.   And is there any
11  groundwater monitoring well between
12  those points to indicate that there's
13  any contamination present in the
14  groundwater at those locations?
15      A.   Not depicted here, no.
16      Q.   With regard to the area in
17  the vicinity of S6-023, there is
18  contamination in the vicinity of that
19  location.  And there is a plume or area
20  of contamination which appears to be
21  lying north of the pyramid to show the
22  location.
23      Is there any evidence that
24  at the Service Station S6-023 that

65 (Pages 1025 to 1028)

Confidential - Per 2004 MDL 1358 Order

Page 1029

1   groundwater is moving northward and that
2   contamination at that site is moving
3   northward?
4       A.   I don't think so.
5       Q.   Is there any data in the
6   reddish-pink area surrounding S6-023 to
7   confirm that there is MTBE present in
8   the groundwater system at the
9   concentration shown on Figure 4?
10      A.   Well, in the middle,
11  S6-023, is where the data is.  That's
12  where we do have data.
13      Q.   And the only point is where
14  the one well is located at S6-023; am I
15  correct?
16      A.   Right.
17      Q.   Is there any data to
18  indicate anywhere else in that reddish
19  area surrounding S6-023 that there is a
20  monitoring well from which data obtained
21  from sampling in 2004 indicates the
22  concentration of MTBE in groundwater is
23  as it's reflected on Figure 4?
24      A.   Well, no.  I mean, it was

Page 1030

1   based on the 6023, but there's no
2   additional point just, you know, a short
3   distance from S6-023 in addition to
4   that, if that's what you're asking me.
5       Q.   In looking at S6-002, you
6   have a single point at that service
7   station which reflected a concentration
8   in 2004 that is reflected in the
9   tables.  And you've drawn an area around
10  that to indicate what the area of
11  contamination may be emanating from
12  S6-002, the station at 84-04 Parsons
13  Boulevard; am I correct?
14      A.   Yes.
15      Q.   Other than the well which
16  had 14,400 parts per billion of MTBE, is
17  there any other well downgradient or to
18  the southeast of that location to
19  confirm that there's MTBE present at
20  that site in the concentrations
21  indicated in the Figure 4 in your
22  rebuttal report?
23      A.   No.  This was just based on
24  the 6-002.

Page 1031

1       Q.   Now, with regard to the
2   S6-002, that one location, are there
3   other wells at that service station
4   indicating that there are lower
5   concentrations or no MTBE present in the
6   groundwater?
7       A.   There may be.
8       Q.   With regard to the areas
9   that are illustrated on Figure 4, did
10  you subsequent to your first report
11  utilize any computer assistance to
12  illustrate the areas of contamination
13  present in Layer 1 in the aquifer in
14  2004?
15      A.   So subsequent to the first
16  report that I did, did I use a computer
17  to do what?
18      Q.   To illustrate the areas of
19  contamination present in 2004 in Layer 1
20  which you used as input values.
21      A.   Did I use the computer
22  to -- I'm not sure what you're asking
23  about the computer.
24      Q.   Okay.  Looking at S6-002,

Page 1032

1   the area that is shaded around that red
2   and tan, for lack of a better term, that
3   area, did you use a computer graphics
4   package to illustrate that area for
5   purposes of your rebuttal model?
6       A.   Well, we just -- we created
7   this input contour map using a computer.
8       Q.   And what computer model did
9   you use?
10      A.   That's not a computer
11  model; it's just a -- it is a way of
12  drawing the contour.
13      Q.   And in terms of identifying
14  the area in which certain contours would
15  be located, did you do that by hand or
16  did you let the computer prepare the
17  illustration?
18      A.   No.  We looked at using a
19  computer to do this contouring, but the
20  areas involved -- the areas assigned by
21  the computer to these values were very
22  large, so we refined this -- you know,
23  we elected to use a hand-based
24  contouring method instead, which, you