# EXHIBIT H

Page 296

VOLUME II

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

In Re:  City Of New York

CONFIDENTIAL (Per 2004 MDL 1358 Order)

------

April 9, 2009

------

Contintued CONFIDENTIAL Videotaped Deposition of MARCEL G. MOREAU, held in the law offices of McDermott, Will & Emery, 340 Madison Avenue, New York, New York, beginning at approximately 8:59 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 413

1  of your report, Mr. Moreau.
2       A.   As best I can recall, the
3  instructions were to identify, insofar
4  as possible, any releases that may have
5  occurred at this facility. I don't
6  recall the specific instruction to
7  identify a release source, but that's
8  something that I usually try and
9  identify when I'm looking for releases.
10      Q.   And what I'm really
11 inquiring about is under the heading of
12 "Findings" you have a subheading of
13 "Release Source," a subheading of "How
14 Releases Were Discovered," "Volume
15 Released," and "Timing of Releases."
16      And my question really is,
17 with respect to those categories, was
18 there a specific request made of you
19 that when you were reviewing these
20 documents, you should identify, if
21 possible, the release source, how the
22 release was discovered, the volume of
23 the release, and the timing of the
24 release?

Page 414

1       A.   Just for the benefit of
2  anybody reading the record, when we say
3  "release source," we are talking about a
4  component of a storage system --
5       Q.   Correct.
6       A.   -- not a place in space and
7  time.
8       Again, as far as I recall,
9  the instruction was to identify
10 releases, and there may have been
11 instructions about volume and timing.
12 It was a very generic assignment.
13 That's all I can recall at the moment.
14      Q.   Now with regard to the
15 release volume, were you at any point in
16 time prior to preparing your report,
17 Exhibit 16, asked to identify release
18 sites at which you believe volumes of
19 2,000 gallons of gasoline with MTBE or
20 greater were released into the
21 environment and entered groundwater at
22 the site?
23      A.   As I indicated earlier, the
24 instructions were very generic. I did

Page 415

1  not receive any detailed instructions to
2  look for releases of 2,000 gallons or
3  greater or make that a focus of my
4  review.
5       Q.   With respect to the work
6  that you performed in your rebuttal
7  expert site-specific report, were you
8  asked at that time to determine which
9  sites, if any, had releases of greater
10 than 2,000 gallons of gasoline with MTBE
11 that entered groundwater beneath any of
12 the sites you reviewed?
13      A.   As best I can recall, the
14 rebuttal report came about or the
15 discussion in the rebuttal report about
16 releases of greater than 2,000 gallons
17 came about from a review of defendants'
18 experts' reports, one of which indicated
19 that release volumes used by other
20 experts were not consistent with release
21 volumes identified by my report. So --
22 and specifically that the release
23 volumes used in other experts' reports
24 were too large and that there were no

Page 416

1  releases of that magnitude identified.
2  So I don't know that I got an
3  instruction.
4       I think as part of the
5  conference call the question may have
6  been asked, who can address this
7  particular issue?
8       And I may have volunteered
9  and said, you know, that's -- you know,
10 I have some things that I can say about
11 that based on the site summaries that we
12 did. I don't recall a specific
13 instruction from counsel to do that.
14      MR. STACK:  With respect to
15 your work in this matter, I will ask the
16 court reporter to mark a document as
17 Exhibit 30. Exhibit 30 is labeled as
18 "Expert Site Specific Rebuttal Report of
19 Marcel Moreau, March 23, 2009."
20      (Above-described document
21 marked as Moreau Exhibit 30.)
22 BY MR. STACK:
23      Q.   I will provide a copy to
24 you. I will provide a copy to your

Page 441

1  Boulevard.
2      Q.  Okay.  And the 35 Junction
3  Boulevard station was branded as Getty;
4  am I correct?
5      A.  That's what the site
6  summary indicates, that's correct.
7      Q.  And with respect to this
8  particular location, the maximum
9  reported concentration of MTBE in
10 groundwater was 6.9 parts per billion;
11 am I correct?
12     A.  On specific date in 2001 --
13 or for the documentation dated 2001,
14 that was the indicated maximum amount in
15 whatever document that was.
16     Q.  Based on your review of the
17 documents that were available to you
18 pertaining to the service station at
19 35-25 Junction Boulevard in Corona, can
20 you state an opinion to a reasonable
21 degree of scientific or engineering
22 probability that a leak or spill at this
23 station resulted in a 2,000-gallon
24 release of gasoline with MTBE into

Page 442

1  groundwater in the regional aquifer
2  beneath the site?
3      A.  With the information
4  available, it's not possible to
5  determine the magnitude of any release
6  that may have occurred from this
7  facility, be it 10 gallons or 10,000
8  gallons.
9      Q.  With respect to the service
10 station that you next have in your text,
11 that would be which one?
12     A.  In Exhibit 16 the next
13 station is 49-04 College Point Boulevard
14 in Flushing.
15     Q.  And with regard to this
16 service station, it was branded as what
17 refiner's brand?
18     A.  The document indicates it
19 was branded BP Amoco.
20     Q.  Was there any data
21 reflecting testing of soil for the
22 presence of contamination at this site
23 in the materials that you reviewed?
24     A.  It appears this file, based

Page 443

1  on what I have here in the site summary,
2  did not include any site remediation
3  data.
4      Q.  The entry that appears on
5  the first line in the summary in the
6  boxes appearing below the text, it
7  indicates in '97 and 2002 there are
8  "Invoices for leak detection services,"
9  and it says "(Fire Department)." Do you
10 know what that is a reference to?
11     A.  I recall reading in the
12 Fire Department regulations that there
13 were fees associated with certain
14 activities and this may relate to that.
15 But as I sit here today, without
16 actually reviewing the source documents,
17 I can't give you a hard-and-fast answer.
18     Q.  Do you know if the Fire
19 Department of the City of New York
20 required that they were in attendance
21 during any tank testing activities at
22 service stations in Queens?
23     A.  That may relate to the fees
24 that were in the regulations; but,

Page 444

1  again, I don't have any definitive
2  opinion about that at this point in
3  time.
4      Q.  With regard to this service
5  station at 49-04 College Point Boulevard
6  in Flushing, can you state an opinion to
7  any reasonable degree of scientific or
8  engineering probability that a leak or
9  spill at this station resulted in a
10 2,000-gallon release of gasoline with
11 MTBE to groundwater in the regional
12 aquifer beneath the site?
13     A.  With the information at
14 hand, it's not possible to offer an
15 opinion about whether or not a release
16 of 2,000 gallons or any amount of
17 gallons occurred at this particular
18 site.
19     Q.  Is there anything, though,
20 to indicate for this site that there was
21 a release of 2,000 gallons?
22     A.  If you were to accumulate
23 the inventory losses which are
24 unaccounted-for losses and may be

Page 445

indicative of releases, you would come up with approximately 1,600 gallons of unaccounted-for product. Again, that is unaccounted-for product, not necessarily a release.

But other than that information, there is no other information that I can see here in this summary that would allow you to say whether a release of 10 gallons or 10,000 gallons occurred at this site.

Q. With regard to the inventory analysis that was reviewed for the site at 49-04 College Point Boulevard, are you able to state an opinion to a reasonable degree of scientific or engineering certainty that the unaccounted-for inventory was actually released into the environment?

A. Without corroborating evidence, all we can say is that there is an unaccounted-for loss of product over the periods indicated based on the inventory control records. Without the

Page 446

corroborating evidence, it is not possible to say whether that product was lost into the ground or was unaccounted for for other reasons.

Q. Now, what is the next service station which is identified in the materials which you reviewed in your site-specific report?

A. The next facility identified in Exhibit 16 is 65-07 Woodhaven Boulevard in Queens.

Q. And that is a station that would appear to be branded under what refiner's brand?

A. There are two listed, both Texaco and Chevron.

Q. And with respect to that location, do you have any environmental monitoring data to indicate the presence of contamination in soil or groundwater at that site?

A. There are documents in the file that would indicate there was some level of site remediation or site

Page 447

investigation conducted at this site.

Q. And with respect to those documents, they would indicate what in terms of the maximum concentration of MTBE that was detected in groundwater at the site?

A. From the site summary data, it doesn't appear that groundwater samples were analyzed for MTBE.

Q. And with respect to the site which is the Texaco site you are referring to, is there any indication that there was a release of 2,000 gallons of gasoline with MTBE at that site?

A. There's insufficient information in this site summary to determine the magnitude of any releases that may have occurred from this facility.

Q. And recognizing there is insufficient information, can you state definitively with any reasonable degree of scientific or engineering certainty,

Page 448

that there was leak of at least 2,000 gallons released at this station?

A. The information at hand, it is not possible to say whether there was or was not a release of 2,000 gallons from this facility at any point in time.

Q. I'd like to turn now to the service station which is identified as being a Mobil station at 84-04 Parsons Boulevard.

MS. GOAD: That's three stations ahead of where we were.

MR. STACK: Correct. There's actually a method to the madness.

A. Okay.

Q. This was a summary prepared by whom?

A. The initial summary was prepared by Christina Ferland.

Q. And with regard to the location of these records, the records that you reviewed for the site came from what source or sources? It looks like

Page 473

1  product is not correct.
2          The correct data is
3  presented in the site-specific rebuttal
4  report.
5  BY MR. STACK:
6      Q.   That data indicates what in
7  the site-specific rebuttal report?
8      A.   In the original -- in the
9  rebuttal report the number is -- the
10 cumulative amount of product loss is
11 4,317 gallons, and in the original
12 report the total amount of product lost
13 is listed as 2,823.
14     Q.   Okay.  With respect to the
15 Armory site, did you determine for
16 purposes of that location how many
17 gallons of fuel were released in the
18 various0 spill reports associated with
19 that location?
20     A.   Can I have that question
21 again, please?
22     Q.   Yes.  Did you determine for
23 the Armory location at 93-05 168th
24 Street, Jamaica, Queens for each of the

Page 474

1  spill events reported to the DEC how
2  many gallons of fuel were released?
3      A.   There are certain spill
4  events that are associated with certain
5  spill volumes that were reported to the
6  DEC.  Those numbers are cited in the
7  site summary, where they exist.  That's
8  the only information I have.  It's not
9  my opinion that that was the volume
10 released.  That was the volume recorded.
11     Q.   Do you have an opinion with
12 respect to the volume of gasoline with
13 MTBE that may have been released from
14 this facility?
15     A.   At this point in time,
16 based on the information that I have
17 here in the site summary, I do not have
18 an estimate of the volume of gasoline
19 that may have been released from this
20 facility.
21     Q.   Is there any evidence in
22 the materials that you reviewed that
23 there was a 2,000-gallon release of
24 gasoline at this site which resulted to

Page 475

1  contamination of the regional aquifer in
2  the area?
3      A.   From a review of the site
4  summary, I don't see that we have any
5  subsurface investigation data concerning
6  this facility.  So at this point in
7  time, I don't have any information on
8  which to state whether a release of
9  2,000 gallons did or did not occur at
10 this facility.
11     Q.   With regard to the sites
12 that you reviewed, you also reviewed a
13 Long Island Railroad Hillside Support
14 Facility site, the Upper Holban Yard at
15 93-59 183rd Street, Hollis, Queens.  Do
16 you have that in front of you?
17     A.   Yes, I do.
18     Q.   With respect to that
19 location, there was some contamination
20 noted at that location, am I correct,
21 soil contamination?
22     A.   It appears there was some
23 documented soil contamination present at
24 this site.

Page 476

1      Q.   With respect to this
2  location in -- I'm looking at the
3  corrected summary of releases attached
4  to your supplemental -- pardon me --
5  your rebuttal report, you have estimated
6  the gallons released in the spill events
7  that occurred at the 93-59 183rd Street,
8  Hollis, Queens facility; am I correct?
9      A.   I reported the numbers that
10 were stated in the spill reports in that
11 table.
12     Q.   With regard to this
13 facility, is there any groundwater data
14 that you reviewed and noted in your
15 summary to indicate any detection of
16 MTBE in the groundwater at this site?
17     A.   For this facility it
18 doesn't appear that MTBE was analyzed
19 for when groundwater samples were taken,
20 so we don't have any information as to
21 levels of MTBE that may or may not have
22 been present in the groundwater at the
23 site.
24     Q.   The next station I would

Page 477

1  like to turn your attention to is a Hess
2  station located at 104-09 Atlantic
3  Avenue and it is Hess station 32318.
4  With respect to that location you,
5  yourself, prepared the summary; am I
6  correct?
7      A.   That appears to be true,
8  yes.
9      Q.   With regard to this
10 location, is there any evidence of MTBE
11 contamination in groundwater in the
12 materials that you reviewed concerning
13 this site?
14     A.   The question was, is there
15 evidence for MTBE contamination in
16 groundwater?
17     Q.   At this site, yes, sir.
18     A.   At this site. Yes, there
19 are a few samples that were analyzed for
20 MTBE at this site.
21     Q.   And with regard to those
22 samples, am I correct that the maximum
23 groundwater level detected for MTBE was
24 128 parts per billion?

Page 478

1      A.   That's the maximum level
2  that we saw in the test results that we
3  were reviewing, that is correct.
4      Q.   And with respect to this
5  facility, is there any evidence to
6  indicate at this location that there was
7  a release of 2,000 gallons of gasoline
8  with MTBE that entered the groundwater
9  beneath the site?
10     A.   With the evidence at hand,
11 it's not possible to determine the
12 actual volume of any releases that may
13 have occurred from this site.
14     Q.   With respect to this
15 location, are you able to state an
16 opinion to a reasonable degree of
17 scientific or engineering certainty that
18 a leak or spill at this station resulted
19 in 2,000 gallons of gasoline entering
20 the regional groundwater aquifer beneath
21 this location?
22     A.   My assignment in this case
23 was to look at the timing and volume and
24 origin of releases and not the fate or

Page 479

1  transport of such releases. So I have
2  no opinion as to whether any releases
3  from this site may have reached the
4  regional groundwater aquifer beneath it.
5      Q.   And respect to this site,
6  do you have any opinion to a reasonable
7  degree of scientific or engineering
8  certainty as to whether there was a
9  release of 2,000 gallons of gasoline at
10 this location?
11     A.   With the evidence at hand,
12 it's not possible to determine whether
13 the volume of the releases that occurred
14 at this facility, whether they were 10
15 gallons or 10,000 gallons.
16     Q.   You do note here in your
17 summary that there was 192 tons of
18 contaminated soil removed in December of
19 2001 when the station did an upgrade; am
20 I correct?
21     A.   That's what the summary
22 report states, that's correct.
23     Q.   And with regard to the 192
24 tons of contaminated soil, did you see

Page 480

1  any soil sampling data to indicate
2  exactly how much contamination was
3  contained in those 192 tons?
4          MS. GOAD: Objection, vague
5  as to "how much contamination."
6      Q.   I will restate it. Did you
7  do any quantifiable analysis to
8  determine how much gasoline with MTBE
9  was present in the 192 tons of
10 contaminated soil removed?
11     A.   With the evidence contained
12 in the site summary, there is no
13 indication of the level of contamination
14 of the 192 tons of soil that were
15 removed in 2001, so it's not possible to
16 do any kind of an estimate of the volume
17 of gasoline that may have been removed
18 as part of that soil removal.
19     Q.   In other work that you've
20 done in your professional capacity, have
21 you had available to you information
22 concerning the concentration of
23 petroleum hydrocarbons in soils which
24 would permit you to estimate how much

Page 485

1  clean soil that's removed is not labeled
2  as contaminated. So in terms of how
3  much overexcavation, the term is not
4  used, as far as I can recall, with
5  regard to this facility.
6      Q.  Is there anything in the
7  records you reviewed to indicate that
8  MTBE was present in the 192 tons of soil
9  removed?
10     A.  All we know about the 192
11 tons is that it was contaminated soil.
12 There was no analysis conducted, as far
13 as I can tell, that would indicate the
14 exact nature of that contamination.
15     Q.  Can you state an opinion to
16 any reasonable degree of engineering or
17 scientific certainty based on the
18 documents you reviewed concerning the
19 Hess station at 104-09 Atlantic Avenue
20 as to whether or not the contaminated
21 soil removed contained any MTBE?
22     A.  With the information at
23 hand, which does not include any
24 analysis of the soil that was removed,

Page 486

1  contaminated soil that was removed, that
2  would indicate the nature of the
3  contamination, it's not possible to say
4  one way or the other whether MTBE was
5  present as a contaminant in those 192
6  tons of contaminated soil that were
7  removed.
8      Q.  With regard to the service
9  station at 104-09 Atlantic Avenue, was
10 there anything in the records to
11 indicate that it had a bay drain on-site
12 disposal system?
13     A.  Based on the site summary
14 that I have, the document is silent as
15 to whether or not there was a bay drain
16 on-site disposal system in place at this
17 facility.
18     Q.  With regard to the service
19 stations you reviewed, I would like to
20 turn our attention next to 105-15
21 Merrick Boulevard, Jamaica, Queens, a
22 CITGO station. Do you have that in
23 front of you?
24     A.  I do.

Page 487

1      Q.  With regard to the
2  documents you reviewed, the documents
3  indicate that MTBE was detected in
4  groundwater at 2,800 parts per billion;
5  is that correct?
6      A.  That's what the document
7  indicates, that's correct.
8      Q.  And with respect to the
9  information that you have reviewed here,
10 were you able to quantify how much
11 gasoline with MTBE may have been
12 released from this location?
13     A.  Based on the information
14 that we had available for this location,
15 we were not able to arrive at a volume
16 of product that may have been released
17 from this site.
18     Q.  With respect to this
19 location, can you state an opinion to a
20 reasonable degree of scientific or
21 engineering certainty that a leak or
22 spill at this site resulted in a
23 2,000-gallon release?
24     A.  The information that's

Page 488

1  available for this site relative to a
2  release indicates that a release did
3  occur, but the volume of the release
4  cannot be established.
5      Q.  With regard to the next
6  service station, and I believe it is the
7  next, but I could be wrong about that,
8  Mr. Moreau, at 108-01 Atlantic Avenue,
9  Richmond Hills, Shell station 138695, do
10 you have that in front of you?
11     A.  I do.
12     Q.  With respect to this
13 location, were you able to quantify how
14 much gasoline, if any, may have been
15 released at this site?
16     A.  There is documentation in
17 the record of a 10- to 15-gallon -- what
18 was reported as a 10- to 15-gallon spill
19 from a dispenser in the 1990 time
20 frame. There are other spill numbers in
21 the file. There's no other information
22 as to the total amount of product that
23 might have been released from this
24 facility.

Page 489

1  Q. With regard to this
2  facility, looking at the third page of
3  three pertaining to the summary, am I
4  correct that in September of 2000 in the
5  site status report January 1999 sampling
6  showed no BTEX or MTBE detected in
7  groundwater?
8  A. That's a correct reading of
9  the document. The abbreviation there is
10 January of '99 environmental site
11 assessment did not find BTEX or MTBE in
12 the groundwater in whatever samples were
13 taken at that time.
14 Q. And with respect to the
15 entry further down that page, there's an
16 entry that says April 2003, May 2004
17 GRASP report, "BTEX and MTBE in
18 groundwater not detected."
19    Am I correct that the
20 records indicated that sampling in 2003
21 and 2004 indicated no MTBE in the
22 groundwater at that site?
23 A. If that was a GRASP report,
24 it probably came from a small number of

Page 490

1  monitoring wells. But for whatever
2  wells were sampled at that time, the
3  results indicated that there was no BTEX
4  or MTBE in those particular samples.
5  Q. With regard to the
6  documentation you reviewed, did you
7  confirm that the spill report 04-11343
8  was a spill of heating oil from a
9  550-gallon tank?
10 A. I'm sorry. What was the
11 spill number again?
12 Q. Spill -- it's on the first
13 page, Marcel. It is Spill No.
14 04-11343. That was related to removal
15 of a 550-gallon heating oil tank. Did
16 you understand that?
17 A. That's what the site
18 summary indicates, that's correct.
19 Q. With respect to that site
20 summary, you note in the first item in
21 the table that it was a 550-gallon
22 heating oil uST closure and there were
23 no soil impacts or odors during the tank
24 removal, am I correct, at least in the

Page 491

1  reports that you reviewed?
2  A. Well, that's what was --
3  that's what's indicated in the site
4  summary, so that's what should be
5  indicated in the reports that are
6  associated with that particular tank
7  removal.
8  Q. With respect to the
9  investigation pertaining to the removal
10 of the 550-gallon heating oil UST
11 closure, was there any evidence to
12 indicate that there was any MTBE
13 detected in soil or groundwater as a
14 result of that tank removal?
15 A. I'm seeing indicated on the
16 summary that there was post-excavation
17 sampling conducted, but I don't see any
18 results of that sampling indicated. So
19 I can't really say whether or not MTBE
20 was present in the soil samples that may
21 have been taken as a result of the
22 removal of the 550-gallon heating oil
23 UST in December of 2004.
24 Q. With respect to the

Page 492

1  evidence that you've seen in this case,
2  is there anything to indicate in the
3  materials that you reviewed that there
4  was a 2,000-gallon release of any
5  petroleum products with MTBE at this
6  site?
7  A. The -- outside of that one
8  release incident involving 10 -- well, a
9  reported 10 to 15 gallons of gasoline,
10 there are no other records of spill
11 volumes indicated for this facility. I
12 think in the absence of any other
13 information, it's not possible to say
14 what the volume or total volume of
15 product released from this site might
16 have been.
17 Q. With respect to the service
18 stations you reviewed, I would like to
19 direct your attention next to the
20 service station at 113-21 Merrick
21 Boulevard, Jamaica. It's an ExxonMobil,
22 04318.
23    With respect to this
24 location, the first spill report, is

Confidential - Per 2004 MDL 1358 Order

**Page 509**

1  My question is, as part of
2  your work in this case, when they
3  excavated this site and removed 200 tons
4  of petroleum-contaminated soil, is there
5  any way to tell which source caused or
6  contributed to the contamination? Was
7  it the stormwater runoff from the Van
8  Wyck? Was it the leakage from the sewer
9  that's also referred to here as
10 affecting perturbations in the water
11 table? Is it the discharges? Is it
12 customer releases? Is it overfills by
13 truck drivers? Is it a release at the
14 dispenser where there was a filter
15 problem? Or was it the cesspool or the
16 French drain?
17      MS. GOAD: Objection,
18 compound, lacks foundation. Objection
19 to the form of the question.
20      You may answer, if you
21 understand it.
22   A.  Well, with the information
23 in front of me today, I don't think I
24 can address that question. I think if

**Page 510**

1  we had a site diagram, which may be
2  present in some of the original
3  documents, it might be possible to
4  isolate -- it could be that the cesspool
5  or dry well or whatever it was is over
6  here and the tanks were over here. I
7  don't know the relationship of any of
8  these features on this site. So with
9  the information that I have, I can't
10 point to the interrelationships of all
11 those variables that you mentioned in
12 your question.
13   Q.  Fair to say that based on
14 the information that you had available
15 to you, you would not be able to
16 allocate to any particular source of
17 petroleum hydrocarbons that may have
18 released material to soils or
19 groundwater at the site which may have
20 been responsible for what portion of the
21 contamination excavated in the form of
22 200 tons of petroleum-contaminated soil?
23      MS. GOAD: Objection, vague
24 as to "responsible."

**Page 511**

1   A.  With the information in
2  front of me today, I don't think I can
3  answer that question. I think it may be
4  possible to answer at least portions of
5  that question if we had the raw or the
6  full site file in front of me.
7      MR. STACK: The videographer
8  has informed me we are about to run out
9  of time, so we are going to take a
10 break, give him a chance to change his
11 tape and then resume.
12      THE VIDEOGRAPHER: We're
13 going off the record. The time is
14 2:40 p.m. This is the end of tape 4 of
15 the deposition of Marcel Moreau.
16      (Ms. Brillault left the
17 deposition room.)
18      (Recess.)
19      THE VIDEOGRAPHER: Back on
20 the record. The time is 2:57 p.m. This
21 is the start of tape 5 of the deposition
22 of Marcel Moreau.
23 BY MR. STACK:
24   Q.  With respect to the service

**Page 512**

1  station at 113-21 Merrick Boulevard, are
2  you able to state an opinion to a
3  reasonable degree of scientific or
4  engineering certainty that there was a
5  release of 2,000 gallons of gasoline
6  with MTBE which found its way into the
7  regional groundwater table beneath the
8  site?
9   A.  There's good evidence to
10 indicate there was a release from this
11 site. However, the volume of that
12 release -- it's not possible to
13 establish the volume of that release
14 with the information that I have
15 reviewed to date.
16   Q.  The next service station
17 site that I would like to review with
18 you is the service station at 118-02
19 Queens Boulevard, Forest Hills.
20   A.  118 --
21   Q.  118-02 Queens Boulevard,
22 Forest Hills, Chevron No. 121096.
23      MS. GOAD: It is about two
24 stations forward from our last

Page 513

1  discussion.
2      Q.  I'm sorry, because I may
3  have just gotten them out of order.  I
4  apologize.
5      A.  I found it.
6      Q.  With respect to this
7  service station, did you see any
8  information to indicate that there was a
9  release of gasoline resulting in
10 detectable quantities of MTBE in the
11 groundwater at the site?
12     A.  There is evidence of MTBE
13 contamination in groundwater beneath
14 this site.
15     Q.  And with respect to that
16 evidence, the evidence relates to
17 sampling from which well and at what
18 time?  And my confusion is that there's
19 a '94 result that's 38,700 and there's a
20 statement that there's a maximum
21 detection of 38,000 -- pardon me,
22 38,700, 38,000.  Is that one and the
23 same?
24         When you look at this page,

Page 514

1  you look at entry 55 at the top of
2  Page 2 of 3 --
3      A.  Correct.
4      Q.  -- is that the reference
5  for the concentration of MTBE in
6  groundwater which is also cross-
7  referenced in the summary paragraph at
8  38,000 parts per billion?
9      A.  Yes.  In the summary
10 paragraph it is listed as 38,000 and in
11 the table itself it is listed as
12 38,700.  I believe those are probably
13 the same number.  And so the date is
14 1994 and monitoring well number 1
15 apparently has a concentration of
16 approximately 38,000.  38-seven might be
17 the actual number that's reported.
18     Q.  With regard to the USTs
19 that were tested in 1986, they
20 apparently failed the tank tightness
21 testing criteria; am I correct?
22     A.  That's what's reported in
23 the summary, that's correct.
24     Q.  And with regard to the 12

Page 515

1  550-gallon USTs that were tested, do you
2  know if they were in -- 12 550-gallon
3  USTs tested, do you know if they were
4  encased in concrete?
5      A.  I don't see any
6  information -- excuse me just a minute
7  here.  I don't see any information in
8  the site summary in front of me that
9  would indicate whether or not the 12
10 tanks that were tested and failed in
11 1986 were encased in concrete.
12     Q.  With regard to this service
13 station site, can you estimate what
14 volume of gasoline may have been
15 released into the environment from any
16 of the vessels or conveyances for
17 gasoline at the site?
18     A.  Based on the information
19 that we have at hand, we were not able
20 to arrive at a volume for the amount of
21 product that may have been released from
22 this site.
23     Q.  And with regard to this
24 site, can you state an opinion to a

Page 516

1  reasonable degree of scientific or
2  engineering certainty that a release of
3  more than 2,000 gallons of gasoline with
4  MTBE occurred at this facility?
5      A.  There's evidence for a
6  release, but with the information at
7  hand, we're not able to put a number on
8  the volume of product that -- of product
9  that may have been released with or
10 without MTBE.
11     Q.  With regard to the gasoline
12 that was detected in the soil and the
13 gasoline components detected in
14 groundwater, do you know for this
15 facility at what time the release may
16 have occurred?
17     A.  I think we can state that
18 there was a release prior to 1994, but
19 the exact timing of the release I don't
20 believe can be established with the
21 information that we have at hand.
22     Q.  With regard to the service
23 stations which you reviewed for your
24 site-specific report, I would like to

Confidential - Per 2004 MDL 1358 Order

Page 517

1  turn next to the service station
2  identified as being located at 118-11
3  Atlantic Avenue, an Exxon station. This
4  location is a location where there is
5  some evidence of soil contamination in
6  1995; am I correct?
7      A.  I'm not seeing -- maybe I'm
8  missing it, but I'm not seeing any
9  indication that groundwater was ever
10 analyzed at this site, so it's not
11 possible to say whether or not MTBE
12 contamination of the groundwater might
13 be present.
14     Q.  With regard to the
15 excavation of USTs at this location, did
16 you review a report indicating that in
17 November of 1994 USTs for storage of
18 gasoline were removed at the location?
19     A.  Indications are -- the site
20 summary indicates that from November 9
21 to 11 of '94 six USTs were excavated.
22     Q.  And with regard to those
23 six USTs, were there soil samples
24 collected from the excavation to

Page 518

1  determine if there were any gasoline
2  compounds present in the soil?
3      A.  The summary states that
4  "Bottom soil samples were collected,"
5  and that "No VOCs (no MTBE)" was
6  "detected."
7      Q.  With regard to this site,
8  the groundwater is located, according to
9  the reports that you reviewed, 40 to 50
10 feet below the ground surface?
11     A.  That's the indication on
12 the site summary, that's correct.
13     Q.  And with regard to the work
14 that you performed in this case, did you
15 ever determine whether or not there was
16 a release at this location of 2,000
17 gallons of gasoline with MTBE?
18     A.  With the information at
19 hand, it's not possible to determine
20 whether or not a release of 2,000
21 gallons or more or less than that
22 occurred at this facility. There's no
23 sampling associated with the dispenser
24 islands or the piping runs that I can

Page 519

1  see. So we really don't have a complete
2  picture of the contamination at this
3  facility.
4      Q.  With respect to the
5  facility, do you know if the spill file
6  and spill number were closed by the DEC?
7      A.  The site summary indicates
8  that spill number 94-10736 -- is that
9  the spill in question?
10     Q.  Yes, sir.
11     A.  The spill number was closed
12 in a letter dated October 24, 1999, from
13 the DEC to Exxon.
14     Q.  With regard to the Exxon
15 service station at 118-11 Atlantic
16 Avenue, Richmond Hill, Queens, can you
17 state an opinion with respect to that
18 facility to some reasonable degree of
19 scientific or engineering certainty,
20 that a leak or spill at this station
21 resulted in a 2,000-gallon release of
22 gasoline with MTBE into groundwater in
23 the regional aquifer beneath the site?
24     A.  With the information at

Page 520

1  hand or, rather, the absence of
2  information associated with this site,
3  it is not possible to say what volume of
4  product might have been released from
5  this facility.
6      Q.  Is there anything that you
7  reviewed in this file that indicated
8  that the New York State DEC was
9  unsatisfied with the investigation that
10 was conducted and required Exxon to do
11 further investigation including place
12 borings into groundwater 40 to 50 feet
13 below grade at this site?
14         MS. GOAD:  Objection, vague.
15         You may answer if you can.
16     A.  I don't have the October
17 24, 1999, letter from DEC to Exxon that
18 indicated site closure for this -- for
19 that particular spill. So I don't -- I
20 really don't have any information
21 available to me to assess whether or not
22 the DEC was satisfied with that or
23 dissatisfied, I should say, with any
24 remedial actions that Exxon may have

57 (Pages 517 to 520)

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 525

1  releases from a storage system.
2  However, it was not part of my
3  investigation to determine what party or
4  parties may have owned these storage
5  systems at any particular point in time.
6      Q.  Were you provided with
7  copies of the tank registration for
8  every one of the stations that you
9  reviewed in your site-specific report by
10 counsel for the City of New York?
11     A.  I think some of the tank
12 registrations may have appeared in the
13 files provided with the FOIA request,
14 but I don't know that we had FOIA files
15 for every one of the facilities that we
16 looked at and are presented in my site-
17 specific report.
18     Q.  With respect to the work
19 that you performed in this case, did you
20 form any opinions to any reasonable
21 degree of scientific or engineering
22 certainty as to whether any owner or
23 operator of tanks in Queens for the
24 sites that you reviewed failed to comply

Page 526

1  with the customs, standards, and
2  practices of the industry at the
3  relevant time when leaks or releases
4  occurred?
5      A.  The focus of my
6  investigation was the volume and the
7  timing and then the origin of releases
8  from petroleum storage systems.  I did
9  not attempt to do a regulatory
10 compliance investigation for any of
11 these facilities.
12     Q.  Did you at any time
13 undertake to determine whether or not
14 any of the parties associated with the
15 operation of any of these service
16 stations failed to comply with the
17 standards and practices of the industry
18 and therefore were negligent in
19 operating the stations?
20         MS. GOAD:  Objection, calls
21 for a legal conclusion.
22     A.  My assignment in this case
23 was to look at the volume, timing, and
24 origin of releases, and I did not

Page 527

1  conduct a review specifically to
2  determine whether or not any of the
3  operating practices at any of these
4  facilities was consistent with industry
5  practices or local requirements.
6      Q.  With regard to the
7  facilities you reviewed, you did review
8  files pertaining to a service station at
9  118-29 Queens Boulevard, a Consolidated
10 Edison facility.  Do you have those
11 records before you?
12     A.  I have a site summary for
13 that facility in front of me.
14     Q.  And with respect to that
15 particular site, in looking at the
16 corrected version of Appendix C to your
17 report, which is now in a corrected form
18 appended to your rebuttal report, did
19 you for this location estimate the
20 volume of gasoline released at this
21 facility?  I believe it appears on page
22 4.
23         No, I misspoke.
24         Yes, it does.  It appears on

Page 528

1  page 4 of 8 under "Defendant Sites" and
2  I believe it's the third one down.
3      A.  For one particular spill,
4  Spill No. 96-14049, the spill report
5  indicated that 1 ounce of motor oil was
6  spilled and cleaned up.  So that number,
7  although it is indicated as -- well, it
8  is less than a gallon, I guess.  That
9  number is indicated for one of the spill
10 reports associated with 118-29 Queens
11 Boulevard.
12     Q.  And the other report
13 pertains to soil impacts at the time of
14 removal of gasoline tanks; am I correct?
15     A.  Well, no soil reports, no
16 soil impacts were identified at the time
17 of tank removal in 1997, but a site
18 investigation in 2001 discovered some
19 gasoline-contaminated soil.
20     Q.  With regard to the
21 facility, 118-29 Queens Boulevard, was
22 there evidence in the file to confirm
23 that there was a release of 2,000
24 gallons of gasoline at the site?

Page 529

1    A.  We have evidence of
2  gasoline contamination, but with the
3  evidence at hand, I don't think we can
4  determine the exact volume that was
5  released, whether that was 10 gallons,
6  2,000 gallons, or 20,000 gallons.
7    Q.  With respect to the work
8  that you performed in this case, at any
9  time in your work on the matter did
10 Mr. Terry come to you and solicit your
11 opinion as to whether or not modeling
12 50-, 500-, or 2,000-gallon spills was
13 reasonable for any of the sites that you
14 looked at?
15   A.  He did not come to me
16 personally.  I believe in the course of
17 one of our conference calls he
18 referenced that he was using volumes of
19 50, 500, and 2,000 gallons as release
20 volumes for those facilities where
21 release quantities were not known.
22   Q.  With respect to the work
23 that you performed in this case, did you
24 ever form an opinion to a reasonable

Page 530

1  degree of scientific or engineering
2  probability that selecting release
3  volumes of 50, 500, or 2,000 gallons for
4  releases at the service stations for
5  which you reviewed files was appropriate
6  or representative of the releases that
7  you observed in the records?
8    MS. GOAD:  Objection, vague
9  as to "representative."
10   You may answer.
11   A.  In the absence of other
12 information, I think that using volumes
13 of 50, 500, and 2,000 is a reasonable --
14 those are reasonable numbers to use,
15 given the information such as we have at
16 hand here in Queens.
17   Q.  And what do you base that
18 on?
19   A.  My general experience in
20 investigations, my review of inventory
21 records in a lot of cases.  Those are
22 indicative of a range of volumes that
23 seems reasonable to me, in fact,
24 probably a little bit conservative in

Page 531

1  some cases.
2    If we look at a time frame
3  of 12 years when MTBE was prevalent in
4  the New York City gasoline supply, a
5  volume of 2,000 gallons is less than a
6  gallon a day being released.  A system
7  leaking at that rate would have been
8  considered tight under the EPA
9  guidelines.
10   So I think that the
11 numbers, as far as I'm concerned, are --
12 would be appropriate numbers to use when
13 you don't have much of anything else to
14 go by.
15   Q.  With respect to the work
16 that you performed in this case, what
17 method did you use to determine that the
18 range of 50, 500, or 2,000 gallons was a
19 reasonable range to be used at each of
20 the sites that you reviewed as priority
21 sites?
22   A.  I didn't do a site-by-site
23 analysis of how those numbers might be
24 used at a site.  I was looking at a --

Page 532

1  from a global perspective, those are
2  reasonable numbers to use based on what
3  I've seen in terms of release volumes
4  from various kinds of facilities in my
5  last 25 years-plus of working in this
6  field.
7    Q.  With respect to the sites
8  that you looked at, can you tell us in
9  the list in your report which ones are
10 the priority sites?
11   A.  In which report?
12   Q.  In your site-specific
13 report, which of the service station
14 sites that you reviewed are the priority
15 sites?
16   A.  They are not identified as
17 priority or nonpriority sites in the
18 site-specific report.
19   Q.  With respect to the work
20 that you performed in this case --
21   A.  Except in Appendix C.  If
22 you look at the table for Appendix C, I
23 believe they are broken down by
24 plaintiff and defendant in terms of the

60 (Pages 529 to 532)