# EXHIBIT J

VOLUME II

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary        :MDL NO. 1358 (SAS)
Butyl Ether ("MTBE"):
Products Liability     :
Litigation             :

    In Re:
        City of New York
      ------

CONFIDENTIAL (Per 2004 MDL 1358 Order)
------

April 7, 2009
------

Continued Videotaped Deposition of DAVID B. TERRY, P.G., held in the law offices of McDermott, Will & Emery, 340 Madison Avenue in New York, New York, beginning at approximately 9:14 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Page 722

1    A.   I didn't analyze them
2  separately, but I am aware that there's
3  aspect ratio aspects to the model.
4    Q.   Do you know what -- the
5  highest aspect ratios that were used in
6  the model?
7    A.   I don't specifically know.
8  I know that some of the cells near the
9  boundary, for example, have probably
10 some of the higher aspect ratios.
11   Q.   Do you know what those are?
12   A.   What the cells are?
13   Q.   No.  What the aspect ratios
14 are.
15   A.   I don't know the numbers.
16   Q.   Okay.  Can the aspect ratio
17 affect the reliability of a model?
18   A.   It can.
19   Q.   Under what circumstances,
20 do you know?
21   A.   Well, for example, if one
22 is trying to conduct a particle tracking
23 exercise, then things like the aspect
24 ratio can influence the location of that

Page 723

1  particle, the relative confidence that
2  you would have in the extent of the
3  capture zone a particle moving through.
4    Q.   When you are doing modeling
5  with LBG, is there any type of company
6  or guidance that you use on this for
7  determining what the maximum size aspect
8  ratio of a cell should be?
9    A.   I don't think we have a
10 standard reference for that.
11   Q.   I would like you to look at
12 Table 4, the same table we were just
13 looking at, if you could, sir.  And
14 let's focus on the site at 84-02 Parsons
15 Boulevard that has a site designation of
16 s6-002.
17       Now, I'm going to ask you
18 for the release that occurred in 1990
19 for Analysis 2, what in your modeling
20 effort -- what was the time, the value
21 of the time, that the -- I'm not saying
22 that right.
23       How much time elapsed in
24 your modeling effort from the time that

Page 724

1  that release occurred to the point where
2  MTBE had reached the groundwater?
3    A.   Yeah.  In the way that we
4  did the modeling here, we assumed that
5  MTBE would be reaching the groundwater
6  in 1990.  And typically the spill
7  numbers, you know, occur -- are entered
8  at a date after the spill occurs,
9  especially for the unknown releases, the
10 subsurface releases.
11   Q.   So is it fair to say then
12 that the time would have been zero,
13 there would have been no time elapsed in
14 your model, it would have been
15 instantaneous with the release that the
16 MTBE reached the groundwater table?
17       MR. GREENE:  Objection.
18   A.   I'm not exactly saying
19 that.  What I'm saying is there is a
20 spill that occurred at some point in
21 time, and then in 1990 that spill --
22 evidence of that spill was discovered.
23 So there would be a time lapse there
24 that's no more than zero.

Page 725

1        And then what our modeling
2  did was assume it is entering the
3  groundwater beginning in that time.
4    Q.   Do you have any information
5  about that specific spill, as to when it
6  occurred?
7    A.   Not in front of me today.
8  All we used here, I believe -- what we
9  typically used here was the spill --
10 information and the spill number or
11 reported spill date in the file.
12   Q.   Okay.  But did you do an
13 evaluation to determine at least an
14 estimate of when the spill occurred as
15 opposed to the date that you have here
16 on Table 4?
17   A.   No.  One of the simplifying
18 aspects of this is that we assigned the
19 spill date to the case number date, the
20 spill report date.  That is a
21 simplifying assumption that we made.
22   Q.   Now, the unsaturated
23 thickness for this spill at this
24 location, 84-02, was 34 -- I'm sorry,

Page 726

1  35.14 meters; is that correct, sir?
2  A. That's correct.
3  Q. Okay. That is roughly,
4  I -- late in the day, but I think that's
5  roughly somewhere around 115 feet.
6  Now, in terms of your model,
7  you didn't consider that 150 feet -- 115
8  feet at all, is that correct, in
9  calculating how long it would take for
10 the release to move through that
11 unsaturated zone to the groundwater
12 table?
13 MR. GREENE: Objection.
14 A. The way that we conducted
15 the analysis, we're assuming that by
16 1990 this spill that occurred at some
17 unknown previous date would have reached
18 the water table then.
19 Q. And that would be the same
20 for all of the releases or all of the
21 sites shown on this Table 4, isn't that
22 correct, independent of the unsaturated
23 thickness?
24 A. That's correct.

Page 727

1  Q. Just so I'm clear and that
2  the record is clear then, your model,
3  even though it lists the release having
4  occurred at a particular date, you did
5  not consider the time from that date at
6  all in determining how long it would
7  take for the release to reach the
8  groundwater table? That was just an
9  instantaneous value at -- and it
10 occurred at the time when -- of the
11 release that you have on your second
12 column in Table 4?
13 A. Well, what we used, we used
14 this date as the surrogate for when MTBE
15 from this spill would start to enter
16 groundwater. But I wouldn't myself
17 characterize it as instantaneous,
18 because the spill typically occurred
19 before that date. And also we did
20 simulate a rate of loading to
21 groundwater that was not instantaneous
22 even after that date.
23 Q. I didn't mean to
24 characterize it that way. It is

Page 728

1  instantaneous in your model, let's put
2  it that way?
3  A. Well, it starts to enter
4  groundwater on that date, that's true.
5  Q. Okay. As I understand it,
6  your cells that you have in your
7  model -- and this had would be for
8  either -- for Analysis 1, and we can
9  focus for Analysis 1 -- the cells have
10 various dimensions, but the depth of the
11 cell is essentially the depth of the
12 water table?
13 A. Well, the cell actually can
14 extend above the water table, but
15 effectively the part above the water
16 table doesn't really count. So
17 essentially the thickness, the saturated
18 thickness is the depth, the effective
19 depth of the model.
20 Q. If you have a sample from
21 some portion of that saturated
22 thickness, isn't it fair to say that you
23 assigned that result from that sample,
24 that concentration from that sample, to

Page 729

1  the entire saturated thickness?
2  A. Are you talking about a
3  specific analysis?
4  Q. For Layer 1 in
5  Analysis 2 -- in Analysis 1, Layer 1.
6  A. That's true, we did do
7  that.
8  Q. When you looked at a
9  particular sampling location and you got
10 a value for that sampling location, did
11 you make any effort to try to determine
12 how far down vertically that sample
13 would represent?
14 A. In other words, there's a
15 depth to a well, and so what you are
16 asking me did we look at the well depth
17 as part of what we did in the analysis?
18 Q. A well depth or other wells
19 or any type of well clusters that may
20 have been in the area, anything.
21 A. Well, for the purpose of
22 Analysis 1 where we really -- where is
23 the analysis where we used water quality
24 data, we just looked for maximum