# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)

This Document relates to:

*City of New York v. Amerada Hess Corp., et al., 04 Civ. 3417*

# SUPPLEMENTAL EXPERT REPORT OF

## THOMAS F. MAGUIRE, PG, LSP, LEP

Forensic Environmental Services, Inc.

113 John Robert Thomas Drive

Exton, PA  19341

_____          6-1-09
**Signature**                                                **Date**

## TABLE 6
### Terry Rebuttal Analysis 1
### 2004-2008 Calibration Statistics

| Target ID | Observed | Simulated | Residual |
|---|---|---|---|
| Well 45 6/04 | <1 | 0.11 | 0.11 |
| Well 45 8/05 | 10 | 5.33 | -4.67 |
| Well 45 8/05 | <1 | 5.33 | 5.33 |
| Well 45 2/07 | <0.5 | 73.05 | 73.05 |
| Well 45 3/07 | 0.22 | 87.64 | 87.42 |
| Well 50 6/04 | 0.39 | 9.12 | 8.73 |
| Well 50 9/05 | 14.22 | 27.34 | 13.12 |
| Well 27 11/05 | 10 | 0.11 | -9.89 |
| Well 27 12/05 | <1 | 0.11 | 0.11 |
| Well 27 2/07 | <0.5 | 0.1 | 0.1 |
| Well 27 3/07 | 0.5 | 0.1 | -0.4 |
| Well 5 12/04 | 1.56 | 3.3 | 1.74 |
| Well 5 12/05 | 1.09 | 3.42 | 2.33 |
| Well 5 12/06 | 0.95 | 3.14 | 2.19 |
| Well 5 9/07 | <1 | 2.88 | 2.88 |
| Well 6 7/04 | <1 | 19.51 | 19.51 |
| Well 6 11/06 | 0.78 | 27.13 | 26.35 |
| Well 6A 6/04 | <0.22 | 4.94 | 4.94 |
| Well 6A 3/07 | <0.5 | 8.84 | 8.84 |
| Well 6B 6/04 | 4.8 | 1.06 | -3.74 |
| Well 6B 4/07 | 2.3 | 3.76 | 1.46 |
| Well 6D 7/04 | 118 | 67.79 | -50.21 |
| Well 6D 2/07 | 126 | 53.11 | -72.89 |
| Well 6D 2/07 (pumping) | 77 | 53.11 | -23.89 |
| Well 33 6/04 | 0.63J | 12.52 | 11.89 |
| Well 33 12/06 | <0.22 | 413.37 | 413.37 |
| Well 33 9/07 | <1 | 364.14 | 364.14 |
| Q-1840.1 4/04 | 0.50 | 0 | -0.5 |
| Q-3117.1 6/05 | 0.10 | 0 | -0.1 |
| Q-3160.1 4/04 | 0.10 | 0 | -0.1 |
| Q-3160.1 5/06 | 0.10 | 0 | -0.1 |
| Q-3163.2 3/04 | 0.50 | 0 | -0.5 |
| Q-3163.2 5/06 | 0.10 | 0 | -0.1 |
| Q-3165.1 4/04 | 0.3 | 208.2 | 207.9 |
| Q-3165.1 5/06 | 0.1 | 624.7 | 624.6 |
| Q-3165.1 7/08 | <0.1 | 496.6 | 496.6 |
| Q-3629.1 6/05 | 1.6 | 0 | -1.6 |
| Q-3629.1 7/08 | 0.6 | 96.1 | 95.5 |
| Q-3658.1 6/05 | <0.1 | 48 | 48 |
| Q-3811.1 3/04 | 1.3 | 0 | -1.3 |
| Q-3811.1 5/06 | <0.1 | 32 | 32 |
| Q-3813.1 3/04 | 0.4 | 0 | -0.4 |
| Q-3988.1 5/06 | 0.5 | 64 | 63.5 |
| Q-3988.1 8/08 | 0.1 | 32 | 31.9 |
| | | | |
| Residual Mean | | | 56.3 |
| Absolute Residual Mean | | | 64.0 |
| Residual Standard Deviation | | | 143.4 |
| Max Residual | | | 624.6 |
| Min. Residual | | | -72.89 |
| Observed Concentration Range | | | 126 |
| Mean Error (%) | | | 44.7 |

*Forensic Environmental Services, Inc.*

TABLE 7
Terry Rebuttal Analysis 2C
2004-2008 Calibration Statistics

| Target ID | Observed | Simulated | Residual |
|---|---|---|---|
| Well 45 6/04 | <1 | 171.44 | 171.44 |
| Well 45 8/05 | 10 | 85.7 | 75.7 |
| Well 45 8/05 | <1 | 85.7 | 85.7 |
| Well 45 2/07 | <0.5 | 75.21 | 75.21 |
| Well 45 3/07 | 0.22 | 78.45 | 78.23 |
| Well 50 6/04 | 0.39 | 20.46 | 20.07 |
| Well 50 9/05 | 14.22 | 28.91 | 14.69 |
| Well 27 11/05 | 10 | 117.24 | 107.24 |
| Well 27 12/05 | <1 | 102.49 | 102.49 |
| Well 27 2/07 | <0.5 | 72.9 | 72.9 |
| Well 27 3/07 | 0.5 | 70.05 | 69.55 |
| Well 5 12/04 | 1.56 | 90.44 | 88.88 |
| Well 5 12/05 | 1.09 | 99.28 | 98.19 |
| Well 5 12/06 | 0.95 | 99.5 | 98.55 |
| Well 5 9/07 | <1 | 96.59 | 96.59 |
| Well 6 7/04 | <1 | 10.65 | 10.65 |
| Well 6 11/06 | 0.78 | 48.41 | 47.63 |
| Well 6A 6/04 | <0.22 | 27.84 | 27.84 |
| Well 6A 3/07 | <0.5 | 27.23 | 27.23 |
| Well 6B 6/04 | 4.8 | 33.65 | 28.85 |
| Well 6B 4/07 | 2.3 | 23.47 | 21.17 |
| Well 6D 7/04 | 118 | 81.12 | -36.88 |
| Well 6D 2/07 | 126 | 70.59 | -55.41 |
| Well 6D 2/07 (pumping) | 77 | 70.59 | -6.41 |
| Well 33 6/04 | 0.63J | 203.12 | 202.49 |
| Well 33 12/06 | <0.22 | 412.42 | 412.42 |
| Well 33 9/07 | <1 | 318.22 | 318.22 |
| Q-1840.1 4/04 | 0.50 | 0 | -0.5 |
| Q-3117.1 6/05 | 0.10 | 112.13 | 112.03 |
| Q-3160.1 4/04 | 0.10 | 64.07 | 63.97 |
| Q-3160.1 5/06 | 0.10 | 48.06 | 47.96 |
| Q-3163.2 3/04 | 0.50 | 224.26 | 223.76 |
| Q-3163.2 5/06 | 0.10 | 128.15 | 128.05 |
| Q-3165.1 4/04 | 0.3 | 144.17 | 143.87 |
| Q-3165.1 5/06 | 0.1 | 128.15 | 128.05 |
| Q-3165.1 7/08 | <0.1 | 96.11 | 96.11 |
| Q-3629.1 6/05 | 1.6 | 0 | -1.6 |
| Q-3629.1 7/08 | 0.6 | 0 | -0.6 |
| Q-3658.1 6/05 | <0.1 | 128.15 | 128.15 |
| Q-3811.1 3/04 | 1.3 | 16.02 | 14.72 |
| Q-3811.1 5/06 | <0.1 | 176.2 | 176.2 |
| Q-3813.1 3/04 | 0.4 | 0 | -0.4 |
| Q-3988.1 5/06 | 0.5 | 336.39 | 335.89 |
| Q-3988.1 8/08 | 0.1 | 160.18 | 160.08 |
| Residual Mean | | | 91.1 |
| Absolute Residual Mean | | | 95.7 |
| Residual Standard Deviation | | | 96.2 |
| Max Residual | | | 412.42 |
| Min. Residual | | | -55.41 |
| Observed Concentration Range | | | 126 |
| Mean Error (%) | | | 72.3 |

*Forensic Environmental Services, Inc.*



Figure 12
Maximum Measured MTBE Concentrations in USGS Monitoring Wells (2008)
Queens County, New York