## CERTIFICATE OF SERVICE

Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 14th day of July, 2009, I caused to be served by electronic means upon counsel for plaintiff, a true and correct copy of the REVISED DECLARATION OF LISA GERSON IN SUPPORT OF DEFENDANT EXXON MOBIL CORPORATION'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DAVID TERRY.

*Lisa Gerson*

Lisa A. Gerson