**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**
**M21-88**

**This Document Relates to:**
*Town of Duxbury et al., v. Amerada Hess Corp.,*
*et al.,* **Case No. 04-CV-1725**

---

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GLOBAL COMPANIES LLC, GLOBAL MONTELLO GROUP LLC, CHELSEA SANDWICH LLC, GLOBAL REVCO DOCK LLC, AND GLOBAL PETROLEUM CORPORATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and

Defendants Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC,

Global Revco Dock LLC, and Global Petroleum Corporation, hereby request that the Court enter

this voluntary dismissal with prejudice of all claims against Global Companies LLC, Global

Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock LLC, and Global Petroleum

Corporation as set forth in Plaintiffs' Eighth Amended Complaint, filed on October 24, 2006.

The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with

each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights

as against all other defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/0 9

DATED: June 10, 2009

Robin L. Greenwald
WEITZ & LUXEMBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgreenwald@weitzlux.com

DATED: June 12, 2009

Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Global Companies LLC,*
*Global Montello Group LLC, Chelsea*
*Sandwich LLC, Global Revco Dock, LLC,*
*and Global Petroleum Corporation*

Cary L. McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiffs*

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

Dated:  7|14|09