UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

This Document Relates to:
*City of Lowell v. Amerada Hess Corp., et al.*,
Case No. 05 Civ. 04018

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GLOBAL COMPANIES LLC, GLOBAL MONTELLO GROUP LLC, CHELSEA SANDWICH LLC, GLOBAL REVCO DOCK LLC, AND GLOBAL PETROLEUM CORPORATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff City of Lowell and Defendants Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock LLC, and Global Petroleum Corporation, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock LLC, and Global Petroleum Corporation as set forth in Plaintiff's Third Amended Complaint, served on October 25, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09

LIBA/1995853.4

DATED: ~~May~~ June 10, 2009

/s/ Robin L. Greenwald
Robin L. Greenwald
WEITZ & LUXEMBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgreenwald@weitzlux.com

DATED: ~~May~~ June 12, 2009

/s/ Christopher J. Garvey
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendants Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock, LLC, and Global Petroleum Corporation*

/s/ Cary L. McDougal
Cary L. McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiff City of Lowell*

SO ORDERED:

/s/ Shira A. Scheindlin
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 7/14/09