UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ------------------------------------------------------------------- x | ECF Case |

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

## PLAINTIFF CITY OF NEW YORK'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST FOR PHASE IIII

Plaintiff the City of New York ("the City") hereby objects to Defendant's exhibit list for

Phase III as follows:

1. Attachment A lists the City's specific objections to Defendant's exhibit list for

Phase III.

2. The City does not waive (and expressly reserves) the right to make any additional

or further objections that may become evident at trial or after service of these objections.

Dated: San Francisco, California
July 17, 2009

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Plaintiff City of New York
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 788-1568


                                      /s/ *LESLEY E. WILLIAMS*
                                      VICTOR M. SHER *(pro hac vice)*
                                      TODD E. ROBINS *(pro hac vice)*

JOSHUA STEIN (*pro hac vice*)
LESLEY E. WILLIAMS (LW8392)
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE (*pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*