UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　Master File C.A. No. 1:00-1898
Products Liability Litigation　　　　　　　　　　　MDL 1358 (SAS)

-----------------------------------------------------------------X
This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial are set forth below.

Witness: Ligouri, Albert E.

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 1 | 38: 24 - 39: 20 | Overruled. |
| 2 | 92:21 - 93: 1 | Overruled. |
| 3 | 93: 2 - 6, 9 | Overruled. |
| 4 | 136: 25 - 137: 15 | Overruled. |
| 5 | 152: 10 - 16 | Overruled. |
| 6 | 154: 21 -24; 155: 8 | Overruled. |
| 7 | 167: 23 - 25 | Overruled. |
|  | 168: 10 - 12 | Overruled. |
| 8 | 214: 5 - 11 | Overruled. |
|  | 214: 12 - 24 | Overruled. |
| 9 | 217: 1 - 15 | Overruled. |
|  | 217: 16 - 20, 23 -24 | Sustained. |
|  | 217: 25 - 218:17 | Overruled. |
|  | 218: 18 - 23 | Overruled. |
| 10 | 218: 24- 219: 14 | Overruled. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___/__/09

| | | |
|---|---|---|
| 11 | 222: 2 - 21 | Overruled. |
| 12 | 226: 17 - 25 | Sustained |
| 13 | 227: 1 - 11 | Overruled. |
| 14 | 230: 17 - 21 | Overruled. |

SO ORDERED.

Dated: July 20, 2009
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge