UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File C.A. No. 1:00-1898
Products Liability Litigation  MDL 1358 (SAS)

-------------------------------------------------------------X
This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417
-------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial — except as to relevance* – are set forth below.

Witness: <u>Milton, Thomas M.</u>

| Tab | Page(s)/Lines | Ruling |
|---|---|---|
| 1 | 39:18 - 24 | Overruled. |
| 2 | 63: 3 - 12 | Overruled. |
| 3 | 64: 21 - 65:10 | Overruled. |
| 4 | 73:10-:21 | Overruled. |
| 5 | 78: 16-20, 78:23-79: 1 | Overruled. |
| 6 | No objections or explanations regarding testimony appear at this tab in the transcript. | |
| 7 | 81: 4-7, 9-13 | Overruled. |
| 8 | 85: 9-11, 13-23 | Overruled. |
| 9 | 88: 20 - 89: 3 | Ruling on relevance deferred. |
|  | 89: 6 - 11, 89:13 - 14 | Overruled. |
| 10 | 92: 10 - 16 | Overruled. |
| 11 | 98: 3 - 8 | Overruled. |

---

* Judge Scheindlin will determine objections as to relevance at the time testimony is offered at trial.

| | | |
|---|---|---|
| 12 | 105: 16 - 106: 18 | Overruled. |
| 13 | 107: 11 - 22 | Overruled. |
| 14 | 109: 22 - 110: 3 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 15 | 112: 14 - 20 | Overruled. |
| 16 | 113: 6 - 21 | Overruled. |
| 17 | 114: 10 - 115: 4 | Overruled. |
| 18 | 120: 20 - 121: 5 | Overruled. |

SO ORDERED.

Dated: July 20, 2009
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge