UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File C.A. No. 1:00-1898
Products Liability Litigation                 MDL 1358 (SAS)

-----------------------------------------------------------------X
This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial — except as to relevance[*] – are set forth below.

Witness: Nainan, Meena

| Tab | Pages/Lines | Ruling |
| --- | --- | --- |
| 1 | 48: 14 - 24 | Ruling on relevance deferred. |
| 2 | 49: 7 - 50: 11 | Ruling on relevance deferred. |
| 3 | 55: 11 - 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 4 | 61: 4 - 10 | Ruling on relevance deferred. |
|   | 61: 11 - 62: 4 | Overruled. |
| 5 | 62: 5 -8 | Ruling on relevance deferred. |
|   | 62: 9 - 21 | Ruling on relevance deferred. |
| 6 | 69: 4 - 17 | Overruled. |
|   | 69: 18 - 23 | Overruled. |
| 7 | 70: 18 - 71: 9 | Ruling on relevance deferred. |

---

[*] Judge Scheindlin will determine objections as to relevance at the time testimony is offered at trial.

1

| | | |
|---|---|---|
| 8 | 72: 2 - 19 | Ruling on relevance deferred. |
| | 72: 25 - 73: 10 | Ruling on relevance deferred. |
| 9 | 75: 3 - 8 | Ruling on relevance deferred. |
| 10 | 76: 1 - 4 | Ruling on relevance deferred. |
| 11 | 77: 2 - 9 | Ruling on relevance deferred. |
| 12 | 81: 8 - 17 | Ruling on relevance deferred. |
| 13 | 82: 6 - 8 | Ruling on relevance deferred. |
| 14 | 83: 13 - 21 | Ruling on relevance deferred. |
| | 83: 22 - 84: 4 | Ruling on relevance deferred. |
| 15 | 84: 12 - 19 | Ruling on relevance deferred. |
| 16 | 85: 4 - 86: 16 | Ruling on relevance deferred. |
| 17 | 92: 1 - 13 | Ruling on relevance deferred. |
| 18 | 94: 1 - 4 | Ruling on relevance deferred. |
| | 94: 14 - 23 | Ruling on relevance deferred. |
| | 94: 24 - 95:9 | Ruling on relevance deferred. |
| 19 | 97: 9 -13 | Ruling on relevance deferred. |
| 20 | 101: 20 - 102: 8 | Overruled. |
| | 102: 14 - 20 | Overruled. |
| 21 | 106: 8 - 25 | Sustained. |

| | | |
|---|---|---|
| 22 | 107: 1 - 3 | Overruled. |
| | 107: 4 - 11 | Overruled. |
| | 107: 12 - 14 | Overruled. |
| | 107: 15 - 17 | Overruled. |
| | 107: 23 - 108: 2 | Overruled. |
| | 108: 3 - 16 | Overruled. |
| 23 | 112: 2 - 15 | Overruled. |
| | 112: 16 - 25 | Overruled. |
| 24 | 113: 10 - 20 | Overruled. |
| 25 | 118: 10 - 14 | Overruled. |
| | 118: 24 - 119:10 | Overruled. |
| 26 | 120: 8 - 13 | Overruled. |
| | 120: 14 - 20 | Overruled. |
| 27 | 132: 6 - 15 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 132: 24 - 133:01 | Overruled. |
| 28 | 133: 20 - 25 | Overruled. |
| 29 | 134: 1 - 6 | Overruled. |
| | 134:19 - 24 | Overruled. |
| 30 | 141: 24 - 142: 11 | Sustained. |
| 31 | 143: 15 - 24 | Overruled. |
| 32 | 158: 11 - 22 | Overruled. |
| | 158: 23 - 159: 10 | Overruled. |

| | | |
|---|---|---|
| 33 | 160: 3 - 11 | Sustained. |
| | 160: 12 - 23 | Overruled. |
| | 161: 3 - 16 | Overruled. |
| | 161: 17 - 22 | Overruled. |
| 34 | 163: 20 - 24 | Overruled. |
| 35 | 173: 6 - 15 | Sustained (without the need to reach the issue of relevance). |
| 36 | 179: 24 - 180: 7 | Overruled. |
| 37 | 181: 10 - 182: 1 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 38 | 182: 2 - 10 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 182: 11 - 13 | Overruled. |
| | 182: 14 - 24 | Ruling on relevance deferred. |
| | 183: 2 - 4 | Ruling on relevance deferred. |
| | 183: 13 - 25 | Sustained |
| 39 | 188: 22 - 189: 12 | Ruling on relevance deferred. |
| | 189: 13 - 15 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 189: 16 - 24 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 189:25 - 190: 25 | Ruling on relevance deferred. |

| | | |
|---|---|---|
| 40 | 192: 16 - 19 | Ruling on relevance deferred. |
| | 192: 20 - 193: 2 | Ruling on relevance deferred |
| | 193: 9 - 13 | Overruled. |
| | 193: 14 - 25 | Ruling on relevance deferred. |
| 41 | 195: 7 - 12 | Ruling on relevance deferred. |
| | 195: 13 - 17 | Ruling on relevance deferred |
| | 195: 18 - 21 | Ruling on relevance deferred |
| | 195: 22 - 196: 4 | Ruling on relevance deferred |
| | 196: 5 - 13 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 196: 14 - 20 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 196: 21 - 197: 1 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 197: 2 - 6 | Ruling on relevance deferred. |
| | 197: 7 - 10 | Ruling on relevance deferred. |
| | 197: 11 - 12 | Ruling on relevance deferred. |
| | 197: 13 - 16 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 197: 17 - 20 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |

| | | |
|---|---|---|
| 42 | 198: 18 - 200: 4 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 200: 5 - 14 | Ruling on relevance deferred. |
| | 200: 15 - 24 | Ruling on relevance deferred. |
| | 200: 25 - 201: 7 | Ruling on relevance deferred. |
| 43 | 202: 18 - 24 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 44 | 205: 5 - 11 | Overruled. |
| | 205: 12 - 22 | Overruled. |
| | 205:23 - 206: 9 | Overruled. |
| 45 | 207: 11 - 19 | Overruled. |
| | 207: 20 - 22 | Overruled. |
| | 207: 23 - 208: 8 | Overruled. |
| | 208: 9 - 12 | Sustained. |
| 46 | 209: 1 - 8 | Overruled. |
| | 209: 19 - 210: 6 | Ruling on relevance deferred. |
| | 210: 7 - 15 | Ruling on relevance deferred. |
| 47 | 211: 8 - 11, 14-17 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 211: 18 - 212: 4 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 212: 5 - 10 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |

| | | |
|---|---|---|
| 48 | 213: 1 - 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 49 | 216: 2 - 9 | Overruled. |
| | 216: 10 - 15 | Overruled. |
| 50 | 218: 4 - 7 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 218: 8 - 18 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 218: 19 - 219: 1 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 51 | 220: 17 - 221: 7 | Ruling on relevance deferred. |
| | 221: 8 - 20 | Ruling on relevance deferred. |
| | 221: 21 - 222: 4 | Ruling on relevance deferred. |
| 52 | 223: 10 - 224: 4 | Overruled. |
| | 224: 5 - 10 | Overruled. |
| 53 | 227: 9 - 11 | Overruled. |
| | 227: 12 - 228: 18 | Overruled. |
| 54 | 230: 6 - 18 | Overruled. |

SO ORDERED.

Dated: July 20, 2009
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge