**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File No. 1:00-1898
Products Liability Litigation　　　　　　　　　　　　MDL 1358 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　　M21-88
------------------------------------------------------------------- x　ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

**DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF MOTION TO STRIKE DECLARATIONS OF MICHAEL ROMAN, GARY STUMPF, AND NORMAN NOVICK**

　　　　Nicholas G. Campins, an attorney duly admitted *pro hac vice* to appear in this case, hereby declares under penalty of perjury:

　　　　1.　　I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff the City of New York ("the City") in the above-captioned matter. I submit this Declaration in support of Plaintiff City of New York's Memorandum of Law in Support of Motion to Strike Declarations of Michael Roman, Gary Stumpf, And Norman Novick (the "Memorandum"). This declaration attaches copies of the defective declarations in question for the Court's convenience. This declaration in no way adopts or warrants the contents of such declarations.

　　　　2.　　Attached as Exhibit A is a true and correct copy of a document that purports to be the Declaration of Michael J. Roman, which was filed in Case No. 1:04-CV-03417, as Document No. 358-10 on July 16, 2009.

　　　　3.　　Attached as Exhibit B is a true and correct copy of a document that purports to be the Declaration of Gary Stumpf, which was filed in Case No. 1:04-CV-03417, as Document No.

358-13 on July 16, 2009.

4. Attached as Exhibit C is a true and correct copy of a document that purports to be the Declaration of Norman J. Novick, Ph.D, which was filed in Case No. 1:04-CV-03417, as Document No. 358-6 on July 16, 2009.

On this 20th day of July 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: San Francisco, CA
       July 20, 2009

/s/ *NICHOLAS G. CAMPINS*
NICHOLAS G. CAMPINS *(pro hac vice)*
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorney for Plaintiff City of New York*