# EXHIBIT A

EXHIBIT 4

PAGE 1/3 * RCVD AT 7/13/2009 2:27:02 PM [Eastern Daylight Time] * SVR:RF/3 * DNIS:500 * CSID:703 591 1559 * DURATION (mm-ss):01-40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

*This Document Relates to:*

*City of New York v. Amerada Hess Corp., et al.*
(No. 04-CIV-3417)

## DECLARATION OF MICHAEL J. ROMAN

Michael J. Roman hereby declares:

1. I am and have been employed in the position of Downstream Issues Coordinator Exxon Mobil Corporation 3225 Gallows Road in Fairfax, Virginia, and I have knowledge of the facts set forth herein.

2. I make this declaration in support of the Motion to Quash Plaintiffs' Trial Subpoenas in the above-captioned matter.

3. I live in Vienna, Virginia and work in Fairfax, Virginia. I conduct no regular business within 100 miles of New York City.

4. On or about August 31, 2006, Exxon Mobil Corporation was served with *Plaintiffs' Notice of Deposition of Mobil Corp. Defendants re: Warnings, with Production of Documents and Videotaping.* Copy attached at Exhibit A. This notice of deposition was served in all of the cases consolidated in MDL 1358, including the *City of New York* matter.

Case 1:04-cv-04198-SAS-VF Document 358-2 Filed 07/16/2009 Page 9 of 4

PAGE 2/3 * RCVD AT 7/13/2009 7:27:02 PM [Eastern Daylight Time] * SVR:RF/3 * DNIS:500 * CSID:703 591 1559 * DURATION (mm-ss):01-40

5. Thereafter, I was contacted by counsel for Exxon Mobil Corporation and asked to testify regarding the "Designated Issues" identified in the Notice of Deposition. It was explained to me at that time that I was not testifying as to my personal knowledge. Instead, I would be testifying on behalf of Exxon Mobil Corporation and that my answers would be binding on the corporation. With that understanding, I agreed to testify on behalf of Exxon Mobil Corporation.

6. My agreeing to testify was conditioned upon the deposition taking place in Washington, D.C. It was also conditioned on it being conducted around my Public Affairs work for Exxon Mobil Corporation.

7. Following my agreeing to testify on behalf of Exxon Mobil Corporation, I prepared to testify on behalf of the corporation.

8. On March 28, 2007, I appeared for the deposition at the offices of McDermott Will & Emery LLP, 600 13th Street, N.W., Washington, D.C. During the deposition plaintiffs' counsel confirmed that I was designated as the corporate representative and testifying on behalf of Heritage Mobil and Exxon Mobil Corporation. *March 28, 2007 Deposition of Michael J. Roman*, Tr. at 10:3 – 10:11. The deposition was completed on March 28, 2007.

9. For the more than two years following the deposition, I had not been contacted regarding my testimony in MDL 1358. Then, on or about June 26, 2009 I was informed by counsel for Exxon Mobil Corporation that the City of New York was going to serve a subpoena requiring me to appear in New York City to testify at trial in the *City of New York* matter.

10. Thereafter, on July 8, 2009, counsel for Exxon Mobil Corporation accepted service of the subpoena.

11. I was informed that the Court had ruled that because I had agreed to testify on behalf of Exxon Mobil Corporation in 2007, I was considered a "party" to the litigation for

Case 1:00-cv-01898-VSB-VF Document 2627-2 Filed 07/20/09 Page 5 of 5

PAGE 3/3 * RCVD AT 7/13/2009 7:27:02 PM [Eastern Daylight Time] * SVR:RF/3 * DNIS:500 * CSID:703 591 1559 * DURATION (mm-ss):01-40

purposes of being subpoenaed to testify at trial. I was also informed that because of the Court's ruling, I might be called to testify at trial in any of the other MTBE MDL cases that will be tried in different states across the country.

12. I never held the position of an officer or director of Exxon Mobil Corporation or any of the heritage companies.

13. I would not have agreed to testify on behalf of Exxon Mobil Corporation in 2007 if I had understood that I would be required to testify at trial in New York or in matters across the country. It was my understanding that my testimony was being provided in connection with the deposition only, and that I would not be required to testify thereafter.

July 13, 2009
Fairfax, Virginia

/s/ Michael J. Roman
Michael J. Roman

Jul 13 09 07:42p    Michael J. Roman    703 591 1559    p.3