# EXHIBIT 3

# Nick Campins

| | |
|---|---|
| **From:** | Nick Campins |
| **Sent:** | Thursday, July 09, 2009 7:31 AM |
| **To:** | jtully@fulbright.com |
| **Cc:** | Riccardulli, Stephen; Joshua Stein |
| **Subject:** | City of New York v. Amerada Hess, et al. Case No. 04-CIV-3417 (SAS) |

Mr. Tully:

The City writes to initiate a meet and confer conversation regarding the corporate representative subpoenas and specifically regarding Ms. Nainan.

In the interests of resolving this dispute, the City offers the following:  it will pay for Ms. Nainan's travel and accommodations in New York.  It will also work with you in an effort to minimize the amount of time she needs to be in New York prior to testifying.

In the interests of resolving any further disputes regarding the remaining corporate representatives (Roman, Novick, Stumpf, Milton, and Thomassen) the City will pay for travel and accommodations for them as well and will likewise work to minimize the amount of time the witnesses will need to be in New York.

Please let me know your clients' positions on the City's proposal at your earliest convenience.

Best regards,


Nick Campins

Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, CA  94105
(415) 348-8300 x202 (phone)
(415) 348-8333 (fax)


ncampins@sherleff.com


The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender. Thank you.