# EXHIBIT 5

Michael Roman

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

In Re:                          :   Master File No.

Methyl Tertiary Butyl Ether     :      1:00 - 1898

("MTBE") Products Liability     :   MDL No. 1358(SAS)

Litigation                      :   M21-88

- - - - - - - - - - - - - - - -X


Videotaped Deposition of MICHAEL ROMAN

Washington, D.C.

Wednesday, March 28, 2007

9:25 a.m.




Job No.:  1-100226

Pages 1 through 177

Reported by:  Cynthia R. Simmons Ott, RMR, CRR




Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Roman

Page 11

1    Q.  And in what position did you start when
2    you started with Mobil?
3    A.  I started a little over 30 years ago as a
4    marketing representative, actually going through
5    training and then starting out as a marketing
6    representative in Connecticut.
7         MR. BONGIORNO:  Sorry.  Counsel on the
8    phone, we have started, we have gotten through
9    nothing, but name, rank and serial number, and
10   this is Tony Bongiorno for ExxonMobil.  So my
11   apologies, maybe you could just identify yourself
12   for the record, and we'll keep going, whoever just
13   dialed in.  Going once --
14        MR. HARRINGTON:  -- Bleakley, Platt &
15   Schmidt for Getty Petroleum Marketing, Inc.
16   Sorry --
17        MS. SANCHEZ:  Can you state your name one
18   more time, please?
19        MR. HARRINGTON:  Sure.  Peter Harrington.
20   Can you hear me?
21        MS. SANCHEZ:  Yes, thank you.
22        MR. HARRINGTON:  Okay.  Thank you.
23   BY MS. SANCHEZ:
24   Q.  And what is your current position at

Michael Roman

Page 12

1  ExxonMobil?

2     A.  I am currently serving as the regulatory

3  and legal advisor for U.S. fuels marketing.

4     Q.  You said U.S. fuels marketing?

5     A.  U.S. fuels marketing, yes.

6     Q.  Thank you.  And what are your

7  responsibilities in your current position?

8     A.  In my current position, I have

9  responsibility for bringing the business

10 background to legislative, regulatory, and legal

11 issues.  I coordinate our activity relative to

12 legislative and regulatory issues that need to be

13 worked at a state and federal level, issues that

14 would impact our fuels marketing business

15 throughout the United States.

16      I also have responsibility for assisting

17 our legal staffs and both inside counsel and

18 outside counsel with response to various legal

19 issues that we're working, such as these types of

20 situations, and also looking at how we might

21 position ourselves as a company to avoid

22 litigation or instances of liability.

23    Q.  Let's go through how you prepared for this

24 deposition.