# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

In Re:                            :   Master File No.

Methyl Tertiary Butyl Ether       :      1:00 - 1898

("MTBE") Products Liability       :   MDL No. 1358(SAS)

Litigation                        :   M21-88

- - - - - - - - - - - - - - - -X



Videotaped Deposition of MICHAEL ROMAN

Washington, D.C.

Wednesday, March 28, 2007

9:25 a.m.




Job No.:   1-100226

Pages 1 through 177

Reported by:   Cynthia R. Simmons Ott, RMR, CRR

Michael Roman

Page 167

```
 1      Q.  And for ExxonMobil?
 2      A.  Same answer.
 3      Q.  Did Mobil provide any warnings relating to
 4   MTBE gasoline, to station owners and its
 5   customers, of MTBE's risk to the environment?
 6          MR. BONGIORNO:  Objection.  You can
 7   answer.
 8          THE WITNESS:  The answer is no.
 9   BY MS. SANCHEZ:
10      Q.  What warnings did ExxonMobil provide
11   relating to gasoline containing MTBE to station
12   owners and customers regarding MTBE's risks to the
13   environment?
14          MR. BONGIORNO:  Objection.
15          THE WITNESS:  There were no warnings,
16   other than the information contained in the MSDBs
17   for Mobil and the MSDSes for ExxonMobil.
18   BY MS. SANCHEZ:
19      Q.  Did Mobil ever warn station owners or its
20   customers of the need to install monitoring wells
21   near underground storage tanks to ensure no
22   releases from tanks without Mobil's knowledge?
23          MR. BONGIORNO:  Objection.  You can
24   answer.
```