# EXHIBIT 9



LEXISNEXIS FILE & SERVE
25865449
e-SERVICE
Jun 27 2009
12:01AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

**This Document Relates to:**

*City of New York v. Amerada Hess Corp., et al.*, Case Number 04-CIV-3417

### DEFENDANT EXXON MOBIL CORPORATION'S PHASE III TRIAL WITNESS LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, MCDERMOTT WILL & EMERY LLP, hereby make the following pre-trial disclosure of witnesses. ExxonMobil reserves its right to supplement this disclosure and call additional witnesses up to and including at the time of trial. ExxonMobil further reserves its right to supplement this list in light of any decision or order that subsequently may be issued by the Court.

ExxonMobil expects to call the following witnesses at Phase III of trial:

| Name | Address | Telephone |
|---|---|---|
| 1. Anderson, Elizabeth | Exponent<br>1800 Diagonal Road, Suite 300<br>Alexandria, VA 22314 | (571) 271-7200 |
| 2. Ashendorff, Arthur | Former NYCDEP<br>575 Ave. of the Americas<br>Apt 6A<br>New York, NY, 10011 | (212) 242-4727 |
| 3. Austin, Thomas | 1801 J Street<br>Sacramento, CA 95811 | (916) 444-6666 |

| | | | |
|---|---|---|---|
| 4. | Barnes, Venetia | NYCDEP<br>96-05 Horace Harding Expressway, 4th Fl.<br>Corona, NY 11368 | (718) 595-4771 |
| 5. | Bell, Marnie | Malcolm Pirnie<br>2701 Queens Plaza North<br>Suite 800<br>Long Island City, NY 11101 | (718) 446-0116 |
| 6. | Bettencourt, Paul | ExxonMobil Fuels Marketing<br>43330 Junction Plaza #160, PMB 174<br>Ashburn, VA 20147 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 7. | Biles, Robert | ExxonMobil Biomedical Sciences<br>800 Bell Street, Room 4111J<br>Houston, TX 77052 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 8. | Burke, Jim | 1422 Highland Drive<br>Silver Spring, MD 20910-1524 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 9. | Cohen, Donald | Malcolm Pirnie<br>2701 Queens Plaza North<br>Suite 800<br>Long Island City, NY 11101 | (718) 446-0116 |
| 10. | Curran, Sullivan | 14323 Heatherfield<br>Houston, TX  77079-7407 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 11. | Driscoll, Fletcher | Fletcher Driscoll & Associates LLC<br>28 Peninsula Road<br>White Bear Lake, MN 55110 | (651) 426-8315 |
| 12. | Dugan, Victor | ExxonMobil Refining & Supply Company<br>13501 Katy Freeway, CORP-EMCC-L3-536, Houston, TX 77079 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 13. | Dydland, John | NYCDEP<br>59-17 Junction Blvd.<br>Flushing, NY 11373 | (718) 353-0455 |

| | | |
|---|---|---|
| 14. Eizember, Thomas | ExxonMobil Corporation<br>5959 Las Colinas Boulevard<br>Irving, TX  75039 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 15. Gamache, Mathew | CDM<br>One Cambridge Place<br>50 Hampshire Street<br>Cambridge, MA 02139 | (617) 452-6000 |
| 16. Gardiner, Tracey | ExxonMobil Fuels Marketing Company<br>3225 Gallows Road<br>Room 6D0416<br>Fairfax, VA 22037-0001 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 17. Gardner, Wyn | ExxonMobil Fuels Marketing Company<br>3225 Gallows Road<br>Room 6D0416<br>Fairfax, VA 22037-0001 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 18. Gomez, Karen | New York State Department of Environmental Conservation<br>Region 1 Office<br>50 Circle Road<br>Stony Brook, NY 11790-3409 | (631) 444-0320 |
| 19. Hand, David | Michigan Technological University<br>Houghton, Michigan 49931 | (906) 487-2777 |
| 20. Harney, Brian | 3225 Gallows Rd<br>Fairfax, VA 22037 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 21. Hilchey, Richard | 3225 Gallows Rd<br>Fairfax, VA 22037 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 22. Hoffer, Mark | NYCDEP Port Authority of New York and New Jersey<br>225 Park Ave. South, 15th Floor<br>New York, NY 10003 | (212) 435-7276 |

| | | |
|---|---|---|
| 23. Hurley, Ian | NYCDEP<br>96-05 Horace Hrading Expressway, 4th Fl.<br>Corona, NY 11368 | (718) 595-4771 |
| 24. Hyman, Michael | NC State University<br>4625A Gardner Hall<br>Raleigh, NC 27695 | (919) 515-7814 |
| 25. Kroll, Gary | CDM<br>1375 Broadway Suite 1401<br>New York, NY 10018. | (212) 221-9462 |
| 26. Kunsch, Edward | Retired NYCDEP, former JWSC<br>145 Lowell Rd.<br>Sayville, NY 11368 | (631) 567-2489 |
| 27. Lang, David | Malcolm Pirnie<br>43 British American Blvd.<br>Latham, NY 12110 | (518) 782-2100 |
| 28. Larkins, Robert[1] | 140 Quail Creek<br>Houston, TX  77024 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 29. Lawitts, Steven W. | NYCDEP<br>59-17 Junction Boulevard<br>19th Floor<br>Flushing, NY 11373 | (718) 595 - 6600 |
| 30. Lloyd, Emily | Trinity Church Real Estate<br>75 Varick Street<br>2nd Floor<br>New York, NY 10013 | (212) 602-0867 |
| 31. Madden, Andrew | ExxonMobil Corporation<br>3225 Gallows Road, Suite 3B0240<br>Fairfax, Virginia 22037-0001 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 32. Maguire, Thomas | Forensic Environmental<br>113 John Robert Thomas Drive<br>Exton, PA  19341 | (610) 594-3940 |

---

[1] By Video

| | | |
|---|---|---|
| 33. Maimone, Mark | CDM<br>110 Crossways Park West<br>Woodbury, NY 11797 | (516) 496-8864 |
| 34. Mak, Florence | NYCDEP<br>96-05 Horace Harding Expressway<br>Corona, NY 11368 | (718) 595-5491 |
| 35. McGraw, Ray | ExxonMobil Refining and Supply Company<br>3225 Gallows Road<br>Fairfax, VA 22037-0001 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 36. McWilliams, David | ExxonMobil Corporation<br>RM 4C-0308<br>Fairfax, VA | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 37. Meakin, William | NYCDEP<br>96-05 Horace Hrading Expressway, 4th Fl.<br>Corona, NY 11368 | (718) 595-4771 |
| 38. Mickelson, Barbara | 5090 Robert J. Mathews Parkway, #4<br>El Dorado Hills, CA 95762 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 39. Mohr, Sandra | Environmental Medicine and Epidemiologic Consultants<br>110 Hickory Tavern Rd.<br>Meyersville, NJ 07933 | (908) 626- 9515 |
| 40. Montgomery, David | CRA International<br>1201 F. Street NW<br>Suite 700<br>Washington, DC 20004-1204 | (202) 662-3840 |
| 41. Murray, Virginia | NYCDEP<br>96-05 Horace Hrading Expressway, 4th Fl.<br>Corona, NY 11368 | (718) 595-4771 |
| 42. O'Brien, John | Baker & O'Brien, Inc.<br>12221 Merit Drive<br>Suite 1150<br>Dallas, TX 75251 | (214) 368-7626 |

| | | |
|---|---|---|
| 43. Peters, Richard | Hazen & Sawyer<br>498 7th Ave, 11th Floor<br>New York, NY 10018 | (212) 777-8400 |
| 44. Raabe, Gerry | 2215 Aquetong Road<br>New Hope, PA 18938-1129 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 45. Rizzo, Joyce | JD2 Environmental, Inc.<br>882 South Matlack St., Suite C<br>West Chester, PA 19382<br>(expert) | (610) 430-8151 |
| 46. Roberts, James | NYCDEP<br>Bureau of Water & Sewer Operations<br>59-17 Junction Blvd.<br>Flushing, NY 11373 | |
| 47. Rodricks, Robert | Environ Corporation<br>4350 Fairfax Dr # 300<br>Arlington, VA | (703) 516-2300 |
| 48. Rush, Paul V. | NYCDEP<br>Bureau of Water Supply<br>New York, NY | |
| 49. Scala, Robert | 12500 E. Cape Horn Drive<br>Tucson, AZ 85749 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 50. Schindler, Stephen | NYCDEP<br>71 Smith Ave<br>Kingston, NY 12401 | |
| 51. Schleyer, Charles | Paulsboro Research Lab<br>Mobil Technology Corp.<br>600 Billingsport<br>PO Box 480<br>Paulsboro, NJ 08066 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 52. Schmidt, Jeff | ExxonMobil<br>Refining & Supply Company<br>464 Doughty Boulevard<br>Inwood, NY 11096 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |

| | | |
|---|---|---|
| 53. Schultz, Judith | ExxonMobil (Retired)<br>Westport, CT | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 54. Stavins, Robert | 111 Huntington Avenue<br>Tenth Floor<br>Boston, MA 02199 | (617) 425-8000 |
| 55. Stone, William | 214 Carnegie Center<br>Princeton, NJ 08540 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 56. Stumpf, Gary | Global Remediation, 4D0213<br>3225 Gallows Road<br>Fairfax, VA 22037-0001 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 57. Suffet, Mel | Environmental Science and Engineering Program<br>Dept. of Environmental Health Sciences<br>School of Public Health<br>University of California Los Angeles<br>Los Angeles, CA 90095 | (310)-206-8230 |
| 58. Tallett, Martin | EnSys Energy<br>1775 Massachusetts Ave, Suite 3<br>Lexington, MA 02420 | (781) 274-8454 |
| 59. Taverni, Anthony | Atateka Consulting<br>826 Atateka Drive<br>Chestertown, NY 12817 | (518) 494-4558 |
| 60. Tengelsen, Tom | NYCDEP<br>164-21 110 Ave.<br>Jamaica, NY 11433 | |
| 61. Thornhill, Glen | 84 Putnam Park Rd<br>Bethel CT, 06801 | (203) 798-7332 |
| 62. Tierney, Susan | Analysis Group<br>111 Huntington Avenue<br>Tenth Floor<br>Boston, MA 02199 | (617)-425-8000 |
| 63. Tyers, George | Roux Associates<br>1377 Motor Parkway<br>Islandia, NY 11749 | (631) 232-2600 |

| | | |
|---|---|---|
| 64. Uhler, Al | NewFields Environmental Forensics<br>300 Ledgewood Place<br>Suite 305<br>Rockland, MA 02370 | (781)-681-5040 |
| 65. Walsh, Daniel | NYC Mayor's Office of Environmental Remediation<br>253 Broadway<br>New York, NY 10007 | |
| 66. Williams, Marcia | LECG, LLC<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067 | (310) 712-0151 |
| 67. Wilson, John | New Mexico Institute of Mining and Technology<br>Socorro, NM 87801 | (575) 835-5634 |
| 68. Wilson, Richard | 2600 Virginia Ave., N.W., Suite 600<br>Washington DC 20037 | (203) 333-2524 |
| 69. Winsor-Tacchino, Melissa | ExxonMobil Corporation<br>1900 East Linden Avenue<br>P.O. Box 730<br>Linden, NJ 07036 | C/O McDermott Will & Emery LLP<br>James A. Pardo<br>212-547-5353 |
| 70. Wolf, John | Geologic Services Corp.<br>20 Peachtree Ct. Ste. 201<br>Holbrook, NY 11741 | (631)-285-6684 |
| 71. Yulinsky, William | NYCDEP<br>164-21 110 Ave.<br>Jamaica, NY 11433 | |
| 72. "Custodian of Records" for Allied Environmental Services, Inc., d/b/a Clean Earth, Inc. | 2163 Merrick Avenue<br>Merrick, NY 11566 | (516) 867-6452 |
| 73. "Custodian of Records" for American Water Works Association | 6666 W. Quincy Avenue<br>Denver, CO, 80235 | (303) 794-7711 |

| | | |
|---|---|---|
| 74. "Custodian of Records" for Archer Daniels Midland Company | 4666 Faries Parkway Decatur, IL 92526 | (217) 424-5200 |
| 75. "Custodian of Records" for Aventine Renewable Energy, Inc. | c/o CT Corporation System 208 So. LaSalle Street, Suite 814 Chicago, IL 60604 | |
| 76. "Custodian of Records" for Baltec Associates, Inc. | 69 Fields Lane Brewster, NY 10509 | (845) 279-7448 |
| 77. "Custodian of Records" for Bhela, Inc. | 105-15 Merrick Boulevard Jamaica, NY 11433 | |
| 78. "Custodian of Records" for Black & Veatch Corporation | 295 Madison Avenue, Suite 1801 New York, NY 10017 | (212) 973-1339 |
| 79. "Custodian of Records" for Buckeye Partners LP | c/o John J. McAleese Esq. Morgan Lewis 701 Market Street Philadelphia, PA, 19103 | (215) 963-5000 |
| 80. "Custodian of Records" for Camp Dresser & McKee (CDM) | One Cambridge Place 50 Hampshire Street Cambridge, MA 02139 | (617) 452-6000 |
| 81. "Custodian of Records" for Colonial Pipeline Company | c/o Jared M. Lina, Esq. Arnall, Golden & Gregory LLP 171 17th Street NW, Suite 2100 Atlanta, GA 30363 | (404) 873-8500 |
| 82. "Custodian of Records" for Commander Oil Corp. | 5 Fairchild Court Plainview, NY 11803 | (516) 349-3200 |
| 83. "Custodian of Records" for Crompco, LLC | 1815 Gallagher Road Plymouth Meeting, PA 19462 | (610) 278-7203 |
| 84. "Custodian of Records" for Delta Environmental | 5910 Rice Creek Parkway Suite 100 St. Paul, MN 55126 | (800) 477-7411 |

|     |                                                                                      |                                                             |                  |
| --- | ------------------------------------------------------------------------------------ | ----------------------------------------------------------- | ---------------- |
|     | Consultants                                                                          |                                                             |                  |
| 85. | "Custodian of Records" for Enviroprobe Services, Inc.                                | 221 Haddon Ave<br>Collingswood, NJ 08108                    | (856) 858-8584   |
| 86. | "Custodian of Records" for EnviroTrac, Ltd.                                          | 5 Old Dock Road<br>Yaphank, NY 11980                        | (631) 586-1800   |
| 87. | "Custodian of Records" for Five Stock LLC                                            | 105-15 Merrick Boulevard<br>Jamaica, NY 11433               |                  |
| 88. | "Custodian of Records" for Geologic Services Corporation                             | 20 Peachtree Ct., #201<br>Holbrook, NY 11741                |                  |
| 89. | "Custodian of Records" for Greyhawk North America, LLC                               | 260 Crossways Park Drive<br>Woodbury, NY 11797              | (516) 921-1900   |
| 90. | "Custodian of Records" for Groundwater and Environmental Services, Inc.              | 1340 Campus Parkway<br>Building B<br>Neptune, NJ 07753      |                  |
| 91. | "Custodian of Records" for Handex Consulting and Remediation, LLC                    | 439 Lake Avenue<br>Colonia, NJ 07067                        | (732) 381-0820   |
| 92. | "Custodian of Records" for Hazen & Sawyer                                            | 498 Seventh Avenue<br>11th Floor<br>New York, NY 10018      | (212) 777-8400   |
| 93. | "Custodian of Records" for Helen Neuhaus & Associates                                | 460 Park Ave South<br>Suite 202<br>New York, NY 10016       | (212) 532-4175   |
| 94. | "Custodian of Records" for Kinder                                                    | 1100 Town and Country Road<br>Orange, CA 92868              | (714) 560-4400   |

|     |                                                                                          |                                                                      |                  |
|-----|------------------------------------------------------------------------------------------|----------------------------------------------------------------------|------------------|
|     | Morgan Energy Parnters                                                                   |                                                                      |                  |
| 95. | "Custodian of Records" for Leggette, Brashears & Graham, Inc.                            | 6 Arrow Road<br>Ramsey, NJ 07446                                     | (201) 818-0700   |
| 96. | "Custodian of Records" for LFR Inc.                                                      | 35 Columbia Road<br>Branchburg, NJ 08876                             | (908) 526-1000   |
| 97. | "Custodian of Records" for LiRo Group                                                    | 3 Aerial Way<br>Syosset, NY 11791                                    | (718) 782-0251   |
| 98. | "Custodian of Records" for Malcolm Pirnie, Inc.                                          | 27-01 Queens Plaza North<br>Suite 800<br>Long Island City, NY 11101  | (718) 446-0116   |
| 99. | "Custodian of Records" for MIG Environmental                                             | 241 Old Bridge Turnpike<br>East Brunswick, NJ 08816                  | (732) 390-5998   |
| 100.| "Custodian of Records" for National Ground Water Association                             | 601 Dempsey Road<br>Westerville, OH 43081                            | (614) 898-7791   |
| 101.| "Custodian of Records" for New York City Municipal Water Finance Authority               | 75 Park Place<br>6th Floor<br>New York, NY 10007                     | (212) 788-5889   |
| 102.| "Custodian of Records" for New York City Water Board                                     | 59-17 Junction Boulevard<br>8th Floor<br>Flushing, NY 11373          |                  |
| 103.| "Custodian of Records" for New York State Department of Environmental Conservation       | 625 Broadway<br>Albany, NY 12233-0001                                |                  |

| | | |
|---|---|---|
| 104. "Custodian of Records" for New York State Department of Health | Corning Tower Empire State Plaza Albany, NY 12237 | |
| 105. "Custodian of Records" for Northeast States for Coordinated Air Use Management | 101 Merrimac St. 10th Floor Boston, MA 02114 | (617) 259-2000 |
| 106. "Custodian of Records" for Northville Industries Corp. | 25 Melville Park Road Melville, NY 11747-3156 | (631) 293-4700 |
| 107. "Custodian of Records" for Owens Corning | 1 Owens Corning Parkway Toledo, OH 43659 | (419) 248-8000 |
| 108. "Custodian of Records" for Ozone Transport Commission | Hall of the States 444 North Capital St. Suite 638 Washington, DC 20001 | (202) 508-3840 |
| 109. "Custodian of Records" for Roux Associates Inc. | 209 Shafter Street Islandia, NY 11749 | (631) 232-2600 |
| 110. "Custodian of Records" for Sunoco Logistics Partners, LP | c/o Daniel M. Krainin Esq. Bevridge & Diamond 477 Madison Avenue 15th Floor New York, NY 10022 | (212) 702-5400 |
| 111. "Custodian of Records" for Tanknology/NDE International, Inc. & NDE Environmental Corporation | 8501 N. Mopac Expressway Suite 400 Austin, TX 78759 | (512) 380-7154 |
| 112. "Custodian of Records" for TDX Construction Corp. | 345 Seventh Avenue New York, NY 10001 | (212) 279-1981 |
| 113. "Custodian of Records" for the | Public Information Office Albany, NY | (518) 455-4218 |

|  |  |  |
|---|---|---|
| New York State Assembly |  |  |
| 114. "Custodian of Records" for the NYCDEP | 59-17 Junction Boulevard 19th Floor Flushing, NY 11373 |  |
| 115. "Custodian of Records" for the Regional Office of the NYSDEC | 1 Hunter's Point Plaza 47-40 21st Street Long Island City, NY 11101 |  |
| 116. "Custodian of Records" for The Shaw Group, Inc. | One Penn Plaza 250 West 34th St. 7th Floor New York, NY 10119 | (212) 279-3591 |
| 117. "Custodian of Records" for the St. Linden Terminal LLC | 4501 Tremley Point Road Linden, NJ 07036 | (908) 862-0360 |
| 118. "Custodian of Records" for Tyree Brothers Environmental Services | 547 50th Ave. Long Island City, NY 11101 | (718) 784-3241 |
| 119. "Custodian of Records" for Tyree Environmental Technologies | 208 Route 109 Farmingdale, NY 11735 | (631) 249-3150 |
| 120. "Custodian of Records" for UNICO Services Corp. | 777 Dedham Street Canton, MA 02021 |  |
| 121. "Custodian of Records" for United States EPA | Region 2 Office 290 Broadway New York, NY 10007 | (212) 637-3000 |
| 122. "Custodian of Records" for URS Corporation | One Penn Plaza 250 West 34th St. Suite 610 New York, NY 10119 | (212) 564-1254 |
| 123. "Custodian of Records" for Veeder Root Company | Box 2003 Simsbury, CT 06070 |  |

In addition, if the need arises, ExxonMobil may call the following witnesses:

1. Any witness identified on Plaintiff's or any other party's witness list or called by Plaintiff or another party to testify at trial.

2. Any witnesses who may be necessary to establish the authenticity and admissibility of documents, to the extent that such issues are not resolved by agreement of the parties.

June 26, 2009
New York, New York

*Peter John Sacripanti*
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-4613
(212) 547-5400

Jennifer Kalnins Temple (JK 3274)
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA  92612-7108

*Counsel for Exxon Mobil Corporation*