# EXHIBIT 10

Gary A. Stumpf

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

                                      :Master File No.

In re:   Methyl Tertiary Butyl Ether    :1:00-1891

("MTBE") Products Liability Litigation:Medical No. 1358

                                      :(SAS) M21-88

- - - - - - - - - - - - - - - - - - x

Washington, D.C.

March 22, 2007

Video Deposition of

GARY A. STUMPF

called for examination pursuant to notice of deposition, on Thursday, March 22, 2007, at the law offices of McDermott Will & Emery, 600 13th Street, NW, Washington, D.C., at 12:15 p.m., before DANIEL W. HAWKINS, a Notary Public within and for the District of Columbia, when were present on behalf of the respective parties:

Golkow Technologies, Inc. - 1.877.370.DEPS

Gary A. Stumpf

Page 17

1  of my time was supporting environmental claims and lawsuits.
2    Q    You indicated part of the job was providing
3  support to the field, and you used a variation on that,
4  providing tech support for the prior job.
5    When you're providing support to the field in
6  tech support, what did that typically involve?
7    A    It depends on the project, whether it's complex
8  hydrogeology; obviously I'm a hydrogeologist, and so I may
9  review, give a second opinion on a design critique,
10 remediation strategies suggested by a consultant.  So
11 assignments and responsibilities kind of ran the gamut,
12 because of the expertise.
13    Q    Okay.  Involved as well site remediation
14 associated with either terminals or service stations?
15    A    Correct.
16    Q    You indicated also part of the task in your
17 senior remediation consultant position was environmental
18 claims and litigation.
19    A    Yes.
20    Q    What did that involve?
21    MR. PARKER:  And I'll object on the basis of
22 attorney-client privilege, and instruct the witness not to
23 reveal any communications with counsel; also on the basis of
24 the attorney work product privilege to the extent there may

Gary A. Stumpf

Page 18

1  be work product type work that was done by the witness in
2  the course of that.
3          With that instruction, you can answer generally
4  as to what that task or what that job description entailed.
5          THE WITNESS:  Basically my job was to handle
6  environmental claims for roughly about three-quarters of the
7  country at the time, and work closely with counsel on
8  litigation matters to provide technical support.
9          BY MR. WALSH:
10     Q    When you indicate 'handle claims' what did that
11 entail?
12     A    As an environmental claim would come in, I would
13 analyze it from a technical standpoint, evaluate the claim,
14 and many times would negotiate the settlement with the
15 claimant.
16     Q    I think that probably gets into the obvious
17 follow up for one of your original -- you indicated before
18 that you had been deposed.  How many times have you been
19 deposed?
20     A    I don't remember the exact number; but my best
21 guess is roughly about 40 times.
22     Q    Was the first deposition which you, involved in
23 connection with this job as a senior remediation consultant?
24     A    No.