# EXHIBIT 14

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

IN RE:  METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

------------------------------------------x

This document relates to:  All Cases

------------------------------------------x

February 22, 2007
9:58 a.m.

Deposition of DR. NORMAN J. NOVICK, taken by Plaintiffs, pursuant to notice, at the offices of Weitz & Luxenberg, P.C., 180 Maiden Lane, New York, New York, before Douglas Winter, a Shorthand Reporter and Notary Public.

```
 1              MR. WALSH:  And I guess the
 2         further housekeeping, in conversations
 3         with McDermott Will & Emery, we
 4         received, I would like to say, over
 5         28,000 pages of documents in response to
 6         the investigation reporting a
 7         remediation notice last week.  Not
 8         counsel's fault in any way, I gather
 9         it's a production issue with their
10         copier vendor, none of those documents
11         were even stapled to designate which is
12         the documents together, so -- as well as
13         an ongoing document production.
14              This deposition at the end will be
15         concluded with an adjournment with
16         possibility that further documents may
17         require the bringing back of Dr. Novick.
18    BY MR. WALSH:
19         Q    Are you under any medication that
20    will impact your ability to testify today?
21         A    No, sir.
22         Q    Could you state the name of your
23    current employer and your position?
24         A    Yes.  Exxon Mobil Global
25    Remediation, which is part of the downstream
```

DR. NORMAN J. NOVICK

Page 10

1   Safety Health and Environmental Organization for
2   Exxon Mobil.  And I am a technical consultant
3   within Global Remediation.  We have a technical
4   support group.
5        Q    Okay.  When you indicate or
6   identify yourself as a technical consultant,
7   dose that mean you are an independent employ --
8   you work independently, or are you an Exxon
9   Mobil employee?
10       A    I am an Exxon Mobil employee.
11  It's simply in the context that we have project
12  managers out there that run projects, and then
13  we help them in different capacities as
14  technical consultants, but my employer is Exxon
15  Mobil.
16       Q    Okay.
17            MR. WALSH:  And we'll mark as
18       Novick Exhibit C, a paragraph biography
19       on the witness which we received
20       yesterday.
21            (Paragraph biography of Dr. Novick
22       marked Novick Exhibit C for
23       identification.)
24            MR. McGILL:  Counsel, for the
25       record, would you prefer to use the