# EXHIBIT 15

DR. NORMAN J. NOVICK

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

------------------------------------------x

This document relates to: All Cases

------------------------------------------x

February 22, 2007
9:58 a.m.

Deposition of DR. NORMAN J. NOVICK, taken by Plaintiffs, pursuant to notice, at the offices of Weitz & Luxenberg, P.C., 180 Maiden Lane, New York, New York, before Douglas Winter, a Shorthand Reporter and Notary Public.

DR. NORMAN J. NOVICK

Page 142

1      Q    Fair enough.
2           Did Mobil conduct a conference
3   specific to MTBE in 1998?
4      A    In --
5           MR. McGILL:  Objection to the
6       form.
7      A    In 1998 -- I am sorry.
8           THE WITNESS:  Repeat the question.
9      Q    Did Mobil Corporation conduct a or
10  hold a, I am not sure, a conference that focused
11  on MTBE in 1998?
12     A    There may have been a meeting
13  for -- of remediation folks, and MTBE issues may
14  have been discussed.  Whether it was a meeting
15  specific for MTBE, I don't recall.  But,
16  certainly, there could have been a meeting of
17  Global Remediation that -- in which information
18  on MTBE was presented.
19          MR. WALSH:  Mark as Exhibit O, a
20      document that has Bates Nos. M0010729
21      through 0010735.
22          (Document bearing Bates Nos.
23      M0010729 through 0735 marked Novick
24      Exhibit O for identification.)
25          (Witness reviews document)

Golkow Technologies, Incorporated - 1.877.370.DEPS

Page 143

 1      A     Okay.
 2      Q     Dr. Novick, do you recall giving
 3 this presentation that's reflected in Exhibit O?
 4      A     I don't recall giving it, but it's
 5 obviously my presentation.
 6      Q     Do you recall the conference --
 7      A     It says "Mobil Continuous
 8 Improvement Conference."  I only can assume that
 9 this was, again, Global Remediation folks would
10 get together and discuss -- you know, it would
11 be a meeting, and different subjects would be
12 presented.  This must have been one of the
13 subjects that was presented.  I am assuming
14 that.
15      Q     Having looked at pretty much all
16 the PowerPoints from that date, although I will
17 represent to you a fair amount of the discussion
18 was on MTBE, you do not recall a continuous
19 improvement conference that had MTBE as the
20 focus --
21           MR. McGILL:  Objection to the
22      form.
23      Q     -- in March of '98?
24           MR. McGILL:  Objection.
25      A     I am not sure.  Just because you