# EXHIBIT 17

DFT(S) _____ PIF(S) __1__ EXHIBIT FOR I.D.
TERRY R. BANKEY, CSR # 7442
DATE 8/11/00
WITNESS

1  SCOTT SUMMY, Texas State Bar No. 19507500
   R. BRENT COOPER, Texas State Bar No. 04783250
2  CELESTE EVANGELISTI, Texas State Bar No. 00793706
   COOPER & SCULLY, P.C.
3  900 Jackson Street, Suite 100
   Dallas, TX 75201
4  Telephone: (214) 712-9500
   Facsimile: (214) 712-9540
5
   EDWARD L. MASRY, California State Bar No. 31016
6  JOSEPH D. GONZALEZ, California State Bar No. 189947
   LAW OFFICES OF MASRY & VITITOE
7  5707 Corsa Avenue, Second Floor
   Westlake Village, CA 91362
8  Telephone: (818) 991-8900
   Facsimile: (818) 991-6200
9
   J. HAROLD SEAGLE, North Carolina State Bar No. 8017
10 GEORGE ROUNTREE, III, North Carolina State Bar No. 3784
   ROUNTREE & SEAGLE, L.L.P.
11 2419 Market Street
   Wilmington, NC 28403
12 Telephone: (910) 763-3404
   Facsimile: (910) 763-0320
13
   RICHARD TOSHIYUKI DRURY, California State Bar No. 163559
14 J. SCOTT KUHN, California State Bar No. 190517
   COMMUNITIES FOR A BETTER ENVIRONMENT
15 500 Howard Street, Suite 506
   San Francisco, CA 94105
16 Telephone: (415) 243-8373
   Facsimile: (415) 357-0257
17

18                      ATTORNEYS FOR PLAINTIFF
              SUPERIOR COURT OF THE STATE OF CALIFORNIA
19                    FOR THE COUNTY OF SAN FRANCISCO

20
   COMMUNITIES FOR A BETTER          §
21 ENVIRONMENT, a California         §
   Non-Profit Corporation, on behalf §
22 of the General Public,             §
                                     §        CIVIL NO. 997013
23         Plaintiff                 §
                                     §        SECOND AMENDED NOTICE
24 vs.                               §        OF DEPOSITION
                                     §
25                                   §
   UNOCAL CORPORATION, a Delaware    §
26 corporation, et al.,              §
                                     §
27         Defendants                §

28

D/337137                SECOND AMENDED NOTICE OF DEPOSITION - Page 1

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF a corporate representative of MOBIL OIL CORPORATION ("Mobil") will be taken at Howrey Simon Arnold & White, 550 S. Hope Street, Suite 1400, Los Angeles, California 90071-2604, at 10:00 a.m. on August 11, 2000, and continuing from day to day thereafter.

I.

## DEFINITIONS

A. As used herein, the words "YOU" or "YOUR" mean Defendant Mobil, its agents, representatives, employees, attorneys and/or any other individuals or entities acting for or on its behalf.

B. As used herein, the words "DOCUMENT" or "DOCUMENTS" are defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, and all photographs, pictures, plans, drawings, or other representation of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each Document Request, and the terms include, but without limitation,

1. papers, books, journals, ledgers, statements, memoranda, reports, invoices, worksheets, work papers, notes, transcription of notes, letters, correspondence, abstracts, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, lists, logs, publications, advertisements, instructions, minutes, orders, messages, resumés, summaries, agreements, contracts, telegrams, telexes, cables, recordings, electronic mail, audio tapes, transcriptions of tapes or recordings, or any other writings or tangible thing in which any forms of communications are recorded or reproduced, as well as all notations on the foregoing; and

2. original and all other copies not absolutely identical; and

3. all drafts and notes (whether typed or handwritten or otherwise) made or prepared in connection with each such DOCUMENT, whether used or not.

C. As used herein, the term "IDENTIFY," when used with reference to a DOCUMENT or DOCUMENTS, means to state for each such DOCUMENT:
1. its nature, e.g., letter, memorandum, photograph, etc.; and
2. its title or designation; and
3. the date it bears; and
4. the name, title, business affiliation and business address of the PERSON by whom the DOCUMENT was prepared; and
5. the name, title, business affiliation and business address of all PERSONS to whom the DOCUMENT was directed; and
6. the statement of the subject and substance of the DOCUMENT; and
7. a precise description of the place where such DOCUMENT is presently kept, including (I) the title or the description of the file on which such DOCUMENTS would be found; and (ii) the exact location of such file; and
8. the name, title, business affiliation and business address of each PERSON who presently has custody of such DOCUMENTS; and
9. whether you claim any privilege as to such DOCUMENT and, if so, a precise statement of the facts upon which said claim of privilege is based.

D. As used herein, the word "PERSON" shall be deemed to mean, in the plural as well as in the singular, any natural PERSON, firm, association, partnership, corporation, or other form of legal entity, as the case may be.

E. As used herein, the term "IDENTIFY" each "PERSON" means to state for each such PERSON:
1. his or her name; and
2. his or her current business affiliation and title; and
3. his or her current business address, or if that is unknown, the last known business address; and

4.     the business affiliation, business address and the correct title of such PERSON with respect to the business organization or entity with which he or she was associated.

F.   As used herein, the term "PLAINTIFF" means the PLAINTIFF Communities for a Better Environment, a California non-profit corporation.

G.   As used herein, the term "DEFENDANT" or "Mobil" means MOBIL OIL CORPORATION, its officers, employees, directors, agents, representatives, or anyone acting on its behalf.

H.   "COMPLAINT" refers to PLAINTIFF's last filed pleading which states its causes of action and seeks damages from Mobil.

I.   "MTBE" as used herein refers to the fuel additive known as methyl tert-butyl ether.

J.   As used herein, the term "REFINERY" or "REFINER" means a plant at which gasoline or diesel fuel is produced, as defined in 40 C.F.R. § 80.2(h).

K.   "Characteristics in groundwater" as used herein refers to any and all issues related to either the solubility, degradation, biodegradation, remediation issues and/or all other reference to how MTBE or gasoline containing MTBE reacts in groundwater.

L.   "UST Storage System", as used herein, refers to the underground storage tanks and related piping.

M.   "Site", as defined herein, refers to any refinery, bulk loading facility, terminal or retail gasoline station where MTBE or gasoline containing MTBE is stored in a UST Storage System owned by Mobil.

## II.

## DEPOSITION MATTERS

YOU ARE FURTHER NOTIFIED THAT:

The deponent is not a natural person. The matters on which the deponent will be examined are as follows:

1. Discuss generally by being able to identify the sites in California where MTBE has been detected in soil and/or groundwater where Mobil owns the UST Storage System.

2. Discuss the testing methods available for determining if MTBE is present in groundwater including whether these tests have ever been employed by or on behalf of Mobil and the approximate costs of each testing method.

3. Discuss the results of any surveys or studies conducted by or on behalf of Mobil at California sites where Mobil owns the UST Storage System where MTBE has been sampled for in either the soil and/or groundwater.

4. Discuss the method(s) by which Mobil has kept a list or inventory of which UST Storage Systems owned by Mobil in California have experienced a leak or are listed as likely to experience a leak. (The time period for this topic will be 1980 to the present. An example of this topic would be the company's Tank Integrity Program Survey, if any.)

5. Discuss the results of any surveys or studies conducted by or on behalf of Mobil that identified the UST Storage Systems owned by Mobil in California that have experienced a leak or are listed as likely to experience a leak. (The time period for this topic will be 1980 to the present. An example of this topic would be the company's Tank Integrity Program Survey, if any.)

Mobil is under a duty to designate and produce the officers or employees "most qualified" to testify on its behalf having knowledge of such matters.

## III.

## DOCUMENT REQUESTS

The deponent, who is a party to this action, is required to produce the following documents, records or other materials at said deposition:

1. Any and all DOCUMENTS, including lists, graphs, charts, surveys, studies, summaries or compilations, that set forth the sites in California where MTBE has been tested for and/or detected in soil and/or groundwater where Mobil owns the UST Storage System.

2. The results of any surveys or studies conducted by or on behalf of Mobil where MTBE was sampled for at sites in California where Mobil owns the UST Storage System.

3. From 1980 to the present, all Documents, including a list, summary sheet, chart, survey, study or inventory sheet, which identifies the UST Storage Systems owned by Mobil that have either experienced a leak or are listed as likely to experience a leak. This Requests includes, but is not limited to, any Mobil Tank Integrity Program Corrosion Survey Field Report or other similar document. (If such documents are kept on a state by state basis, then this Request is limited to California.)

4. The deponent's personal file regarding MTBE.

The deposing party intends to cause the proceedings to be recorded both stenographically and by videotape.

A list of all parties or attorneys for parties on whom this Notice of deposition is being served is shown on the accompanying Proof of Service.

Respectfully submitted,

COOPER & SCULLY, P.C.

_____

SCOTT SUMMY
State Bar No. 19507500
R. BRENT COOPER
State Bar No. 04783250
CELESTE EVANGELISTI
State Bar No. 00793706
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

LAW OFFICES OF MASRY & VITITOE

EDWARD L. MASRY
California State Bar No. 31016
JOSEPH D. GONZALEZ
California State Bar No. 189947
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362
Telephone: (818) 991-8900
Facsimile: (818) 991-6200

ROUNTREE & SEAGLE, L.L.P.

J. HAROLD SEAGLE
North Carolina State Bar No. 8017
GEORGE ROUNTREE, III
North Carolina State Bar No. 3784
2419 Market Street
Post Office Box 1409
Wilmington, North Carolina 28402-1409
Telephone: (910) 763-3404
Facsimile: (910) 763-0320

**ENGSTROM, LIPSCOMB & LACK**

WALTER J. LACK, ESQ.
California State Bar No. 57550
BRIAN LEINBACH
California State Bar No. 161739
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

**ATTORNEYS FOR PLAINTIFF CLASS**

**COMMUNITIES FOR A BETTER ENVIRONMENT**

RICHARD TOSHIYUKI DRURY
California State Bar No. 163559
J. SCOTT KUHN
California State Bar No. 190517

500 Howard Street, Suite 506
San Francisco, CA 94105
Telephone: (415) 243-8373
Facsimile: (415) 357-0257

**ATTORNEYS FOR PLAINTIFF CLASS**

## PROOF OF SERVICE

I am employed in the County of Dallas, Texas. I am over the age of 18 years and not a party to the within action; my business address is Founders Square, 900 Jackson Street, Suite 100, Dallas, Texas 75202.

On July 31, 2000, I served the foregoing document: SECOND AMENDED NOTICE OF DEPOSITION

[X]   By placing a true and correct copy thereof in a sealed envelope with postage affixed thereon fully prepaid in the United States mail at Dallas, Texas, addressed as follows:

### SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepaid at Dallas, Texas, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after date of deposit for mailing in the affidavit.

[ ]   I delivered a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

[X]   I declare under penalty of perjury, pursuant to the laws of the State of Texas, that the above is true and correct.

Executed on July 31, 2000 at Dallas, Texas.

_Pamela Salmon_
PAMELA SALMON, DECLARANT