# EXHIBIT 18

CERTIFIED COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, A CALIFORNIA NON-PROFIT CORPORATION, ON BEHALF OF THE GENERAL PUBLIC,<br><br>PLAINTIFF,<br><br>VS.<br><br>UNOCAL CORPORATION, ET AL.,<br><br>DEFENDANTS. | CASE NO. 997013 |

DEPOSITION OF MEENA NAINAN

FRIDAY, AUGUST 11, 2000

FILE NO. 000811TRB
REPORTED BY TERRY R. BANKEY, C.S.R. NO. 7442




Personal Court Reporters
Sylvia Becker & Associates
Rose Reporting Service
Clifton-Strickland Reporters
Reason Reporting

Van Nuys • (818) 988-1900 • Los Angeles • (323) 857-1010
Ventura (805) 654-1058 • Santa Barbara • (805) 966-0177



09:21 AM I'll go back and ask some questions about it.

A I've worked for a little over ten years for Mobil Oil.

Q You began just after graduation?

09:21 AM A In April of '90.

Q What was your position when you first started working for Mobil?

A I was a resale construction engineer in New Jersey.

09:21 AM Q Was that the construction of service stations as you discussed earlier?

A Yes.

Q For how long were you a resale construction engineer?

09:22 AM A For approximately two, two and a half years.

Q Until approximately 1992 or three?

A Yes.

Q And then how did your position change?

A I was then put into the environmental

09:22 AM remediation department.

Q Were you still located in New Jersey?

A Yes.

Q What was your position in the environmental remediation department?

09:22 AM A I was a field remediation engineer.

09:22 AM Q For how long were you a field remediation engineer for Mobil?

A For approximately two and a half years in New Jersey.

09:22 AM Q So in approximately 1995 you moved from New Jersey to another division?

A Yeah. I was then transferred to Fairfax, Virginia, which is Mobil's headquarters, and I was a remediation specialist.

09:23 AM Q I assume that your switch from field remediation engineer to a specialist was some sort of promotion?

A Yes.

Q Did your work as a remediation specialist 09:23 AM focus on remediation of contamination at service station sites?

A Service station sites as well as our larger bulk plants and terminals.

Q And for how long were you a remediation 09:23 AM specialist in Fairfax, Virginia?

A For a little over one year.

Q In 1996, approximately, you switched and went where?

A From -- for part of 1996 I was a field 09:23 AM remediation engineer stationed in Virginia for

09:23 AM Pennsylvania.

Q And what about -- is that the first part of 1996?

A Yeah, and then the latter half of 1996 I was

09:24 AM transferred to Los Angeles. I was a field engineer on the West Coast.

Q What caused your switch from a remediation specialist in Virginia back to a field remediation engineer?

09:24 AM A We went -- our company went through a reorganization and as a result I was placed in the field.

Q What type of reorganization are we talking about?

09:24 AM A A complete company reorganization.

Q Is that the Exxon, where it became --

A No. This is what we called the SRP, or the Staff Redesign Project, and it was internal to Mobil.

Q Are you still a field engineer in L.A.?

09:25 AM A No, I'm not.

Q Okay. What did you -- well, for how long were you a field engineer in L.A.?

A Until approximately April of this year.

Q Where have you been working since April of

09:25 AM this year?

09:25 AM A I am in San Juan, Puerto Rico. I am the environmental remediation Caribbean area manager.

Q You did that for Exxon Mobil?

A Yes.

09:25 AM Q I don't know how to describe it because I don't know about it yet, but when did Mobil switch to Exxon Mobil or whatever it was that -- that switched the name? When did that occur?

A In approximately December of 1999.

09:26 AM Q And what happened?

A It was a merger between Exxon Corporation and Mobil.

Q For those sites that were owned by Exxon in California -- and when I say sites, I mean service

09:26 AM stations.

A Uh-huh.

Q Who owns those today?

MS. WEAVER: Objection. The questions that you've been asking for the last couple are beyond the

09:26 AM scope of the issues set forth in the notice.

To the extent that you need to understand her employment, you know, we can go into that. To the extent you're asking this witness for as a representative of the corporation to explain

09:26 AM ownership of assets and how things may have been