# EXHIBIT 19

CERTIFIED COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, A CALIFORNIA NON-PROFIT CORPORATION, ON BEHALF OF THE GENERAL PUBLIC, ) ) ) ) ) | CASE NO. 997013 |
| PLAINTIFF, ) ) ) | |
| VS. ) ) | |
| UNOCAL CORPORATION, ET AL., ) ) | |
| DEFENDANTS. ) | |

DEPOSITION OF MEENA NAINAN

FRIDAY, AUGUST 11, 2000

FILE NO. 000811TRB
REPORTED BY TERRY R. BANKEY, C.S.R. NO. 7442



COURT REPORTERS, INC.

Personal Court Reporters
Sylvia Becker & Associates
Rose Reporting Service
Clifton-Strickland Reporters
Reason Reporting

Van Nuys • (818) 988-1900 • Los Angeles • (323) 857-1010
Ventura (805) 654-1058 • Santa Barbara • (805) 966-0177

```
11:50 AM            Do you know whether Mobil ever shared the
       2    results of its Sensitive Receptor Survey to any
       3    regulatory agencies?
       4        A    You mean the document itself?
11:50 AM    Q    The document itself or the results or
       6    anything like that.
       7        A    On a site-by-site basis that information
       8    would be given to a regulator as they're discussing
       9    the site with us.  But the document itself, I don't
11:50 AM    believe that's been given to a regulator.
      11        Q    Do you know whether any information other
      12    than on a site specific basis, bases, any information
      13    regarding, for example, X number of wells located
      14    within a quarter mile of a station was given to
11:50 AM    regulatory agencies or the federal government?
      16            MS. WEAVER:  Objection.  Asked and answered.
      17            THE WITNESS:  Yeah, I -- I don't know, but I
      18    don't believe so.
      19    BY MS. EVANGELISTI:
11:51 AM    Q    Other than reporting to the regulatory
      21    agencies their results of MTBE testing as required
      22    under the rules, do you know whether Mobil ever
      23    presented to the regulatory agencies the printouts of
      24    its -- of its surveys, for lack of a better word?
11:51 AM    A    Which surveys?
```

105

11:51 AM   Q   The ones -- I'm sorry.

Specifically testing for MTBE at its sites in California.

A   Are we referring back then to -- I just want

11:51 AM   to make sure I'm clear.  Like Exhibit 3?

Q   3 and Exhibit 5 and/or Exhibit 2.

A   To the best of my knowledge, with the exception of site by site, you know, giving that information to the regulators, I don't believe we've

11:52 AM   given these -- this type of analysis to them or this exhibit.

And when I say "this exhibit," referring to Exhibits 3, 2 or 5.

Q   4, isn't that?  No, 5?

A   Exhibit 5.

Q   That one that I can't get straight.  Sorry.

Okay.  Let's look at Exhibit 7 which should say "Service Station Tank Testing Program" at the top.

11:52 AM   A   Yes.

(The document referred to was

marked as Plaintiff's Exhibit 7 for

identification.)

BY MS. EVANGELISTI:

11:52 AM   Q   Do you recognize this document?

106