# EXHIBIT 20

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, A CALIFORNIA NON-PROFIT CORPORATION, ON BEHALF OF THE GENERAL PUBLIC, | ) CASE NO.<br>) 997013<br>)<br>) |
| PLAINTIFF, | ) |
| VS. | ) |
| UNOCAL CORPORATION, ET AL., | ) |
| DEFENDANTS. | ) |

DEPOSITION OF MEENA NAINAN

FRIDAY, AUGUST 11, 2000

FILE NO. 000811TRB
REPORTED BY TERRY R. BANKEY, C.S.R. NO. 7442



COURT REPORTERS, INC.

Personal Court Reporters
Sylvia Becker & Associates
Rose Reporting Service
Clifton-Strickland Reporters
Reason Reporting

Van Nuys • (818) 988-1900 • Los Angeles • (323) 857-1010
Ventura (805) 654-1058 • Santa Barbara • (805) 966-0177

| | | |
|---|---|---|
| 09:59 AM | A | No, I do not. |
| 2 | Q | When did you first hear about the gasoline |
| 3 | additive MTBE? | |
| 4 | A | While I was a field remediation engineer in |
| 10:00 AM | New Jersey. | |
| 6 | Q | And that was in between '90 and '92? |
| 7 | A | No, between '92 and -- |
| 8 | Q | '95? |
| 9 | A | '95. |
| 10 | Q | Okay. |
| 11 | A | Yeah. |
| 12 | Q | Sorry. |
| 13 | | Do you remember what year that was? |
| 14 | A | '92 or beginning of '93. |
| 10:00 AM | Q | What was the context of you first hearing |
| 16 | about MTBE? | |
| 17 | A | MTBE was a constituent that was tested for |
| 18 | at our facilities. | |
| 19 | Q | In New Jersey? |
| 10:01 AM | A | In New Jersey. |
| 21 | Q | And that was because the state required that |
| 22 | you test for MTBE? | |
| 23 | A | Yeah, local regulations required it. |
| 24 | Q | Do you know when New Jersey first began |
| 10:01 AM | requiring the testing for MTBE? | |

44

| | | |
|---|---|---|
| 10:01 AM | 1 | A    No, I don't. |
| | 2 | Q    But it had been required as of the day you |
| | 3 | began working there, as far as you know? |
| | 4 | A    Yes. |
| 10:01 AM | 5 | Q    When you say required testing of it, what |
| | 6 | specifically did that mean?  Did that mean testing |
| | 7 | for it at sites where there was currently being |
| | 8 | remediation going on? |
| | 9 | A    Sites where we had investigations they would |
| 10:01 AM | 10 | require us to test for MTBE. |
| | 11 | Q    So state regulations did not require that |
| | 12 | there be testing for MTBE at sites where there was no |
| | 13 | ongoing investigation? |
| | 14 | A    To the best of my knowledge, that is the |
| 10:02 AM | 15 | case. |
| | 16 | Q    At that time did Mobil nonetheless require |
| | 17 | testing at all sites for MTBE regardless of whether |
| | 18 | there was a known release? |
| | 19 | A    We tested for MTBE at sites where we had a |
| 10:02 AM | 20 | known release. |
| | 21 | Q    Does that mean they did not test at sites |
| | 22 | other than where there was a known release? |
| | 23 | A    As far as I know, during the time period |
| | 24 | that I was a field engineer we tested for MTBE at |
| 10:02 AM | 25 | sites where we had a known release. |

45

| | | |
|---|---|---|
| 10:02 AM | Q | Just those sites? |
| 2 | A | Yes. |
| 3 | | MS. EVANGELISTI: Okay. Let's take a break. |
| 4 | | THE VIDEOGRAPHER: Going off the record at |
| 10:02 AM | | 10:02 a.m. |
| 6 | | (Recess taken.) |
| 7 | | THE VIDEOGRAPHER: Going back on the record |
| 8 | | at 10:13 a.m. |
| 9 | | BY MS. EVANGELISTI: |
| 10:13 AM | Q | Before the break we were talking about |
| 11 | | testing for MTBE at sites in New Jersey. |
| 12 | A | I would like to actually clarify a short |
| 13 | | point. |
| 14 | Q | Sure. |
| 10:13 AM | A | We were referring to them as known releases. |
| 16 | Q | Yes. |
| 17 | A | And we also did this at suspected releases. |
| 18 | Q | Okay. |
| 19 | A | Release sites. |
| 10:13 AM | Q | As a general practice in New Jersey, Mobil |
| 21 | | tested for MTBE at those sites where there was either |
| 22 | | a known release or a suspected release? |
| 23 | A | Yes. |
| 24 | Q | Okay. While you were working in New Jersey, |
| 10:13 AM | | did Mobil have any sort of policy with respect to |

46

10:13 AM  1  putting groundwater monitoring wells in at every
         2  service station that it owned in New Jersey?
         3        MS. WEAVER:  Objection.  Lack of foundation,
         4  vague and ambiguous.
10:14 AM 5        THE WITNESS:  We installed wells at sites
         6  that we had suspected or known releases in New
         7  Jersey.
         8  BY MS. EVANGELISTI:
         9     Q   Only those sites were there were known or
10:14 AM 10 suspected releases?
         11    A   To the best of my knowledge.
         12    Q   If there was a known or suspected release
         13 and MTBE was tested for in accordance with state
         14 regulations, after there was remediation that dealt
10:14 AM 15 with the contamination was MTBE continued to be
         16 tested for afterwards?
         17       Do you understand my question?
         18    A   No, I'm sorry.
         19    Q   Okay.  You said the state regulations
10:14 AM 20 required that MTBE be tested for at a station where
         21 there was a known release and that it was also tested
         22 if there was a suspected release.
         23       Say that occurred and then there was
         24 remediation of the contamination.
10:15 AM     A   Okay.

47

10:15 AM  1   Q   After the end of the remediation process for
2   that service station site, did they continue to test
3   for MTBE at that site?
4   A   Well, we would test as the regulators
10:15 AM  5   required, and in some cases we may test for MTBE and
6   some we may have been relieved of that obligation.
7   It depended on what the agency required from us.
8   Until we received closure.
9   Q   Tell me what closure means because I've
10:15 AM 10   heard that in a number of different depositions and
11   in documents.  What does closure mean, is your
12   understanding?
13   A   Closure in the eyes of the agency is at the
14   time from which the -- and I'm going to use the word
10:15 AM 15   Mobil -- Mobil is no longer required to do any type
16   of remediation or monitoring on the site and the case
17   file is closed.
18   Q   When I asked earlier whether Mobil tested
19   for MTBE at those sites that were closed, as we've
10:16 AM 20   now defined it, you said under some situations the
21   regulatory agencies did require continued testing and
22   other times the regulatory agencies didn't.
23        My question is did Mobil ever endeavor to do
24   more than what was required by the regulatory
10:16 AM      agencies?

48

| | |
|---|---|
| 10:16 AM | MS. WEAVER: Objection. You've |
| 2 | mischaracterized her prior testimony, and the |
| 3 | question's vague and ambiguous. |
| 4 | You can answer it if you understand. |
| 10:16 AM | BY MS. EVANGELISTI: |
| 6 | Q   And clarify any mischaracterization I've |
| 7 | done because it was unintentional. |
| 8 | A   Yeah. With regards to -- when you were |
| 9 | talking about testing at sites after it was closed, I |
| 10:16 AM | mean, we test sites until it was closed -- |
| 11 | Q   Right. |
| 12 | A   And at that point the agency would grant us |
| 13 | closure. |
| 14 | Q   Right. And my question is at those sites |
| 10:16 AM | where they had obtained closure, meaning, under my |
| 16 | definition, remediation had occurred and the |
| 17 | regulatory agencies no longer required any sort of |
| 18 | testing, did Mobil ever endeavor to take it a step |
| 19 | further and continue to test nonetheless? |
| 10:17 AM | A   During my time in New Jersey that would have |
| 21 | been on a site specific case, you know, and it |
| 22 | depended upon the characteristics of the site. |
| 23 | To my knowledge, on the sites that I've |
| 24 | worked on that was not the case. |
| 10:17 AM | Q   In other words, they normally stopped |

49

```
10:17 AM   1   testing when they were no longer required to test?
           2       A    Yes, on the sites that I have worked on.
           3       Q    Okay.  We've been talking now about your
           4   knowledge with respect to New Jersey and testing, and
10:17 AM   5   my questions now are going to be focused on
           6   California.
           7            Do you know when/if Mobil began a regular
           8   practice of testing for MTBE at sites, meaning
           9   service stations, in California?
10:17 AM  10       A    My recollection is they started after April
          11   of '96 on a routine basis.
          12       Q    Do you know why they began testing for MTBE
          13   on a routine basis after April of '96?
          14       A    We were issued a directive letter from the
10:18 AM  15   agency, the State Board.
          16       Q    I'm sorry, from what board?
          17       A    The State Water Resources Board.
          18       Q    State Water Resources Control Board?
          19       A    Yes.
10:18 AM  20       Q    And when you say on a routine basis, what
          21   does that mean?
          22       A    I believe that the letter required us to
          23   begin testing for MTBE at all the sites where we had
          24   known or suspected releases or groundwater monitoring
10:19 AM  25   wells and so we did it on a routine basis from that
```

50

| | |
|---|---|
| 10:19 AM | point on. |
| 2 | Q    You said known or suspected releases and |
| 3 | groundwater monitoring wells.  Do you mean at those |
| 4 | sites where there were known or suspected releases |
| 10:19 AM | that had groundwater monitoring wells or did you mean |
| 6 | anyplace where there's a known or suspected release |
| 7 | and anyplace separate that had a groundwater |
| 8 | monitoring well? |
| 9 | A    Sites that we had groundwater wells we could |
| 10:19 AM | routinely and on a regular basis test for whatever |
| 11 | constituents we wished for -- |
| 12 | Q    Right. |
| 13 | A    -- because the wells are in place. |
| 14 | After April of '96, if we were doing any |
| 10:19 AM | type of assessments, so this would be new groundwater |
| 16 | wells or soil borings, at that time we started |
| 17 | testing for MTBE. |
| 18 | Q    I guess I'm still not clear.  What I |
| 19 | understood from what you said is that if there is a |
| 10:19 AM | groundwater monitoring well that has been installed |
| 21 | for whatever reason at a service station site -- |
| 22 | A    Uh-huh. |
| 23 | Q    -- the capability for testing for MTBE is |
| 24 | there because there's a well? |
| 10:20 AM | A    Exactly. |

51