# EXHIBIT 21

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, A CALIFORNIA NON-PROFIT CORPORATION, ON BEHALF OF THE GENERAL PUBLIC, | ) CASE NO.<br>) 997013<br>)<br>) |
| PLAINTIFF, | ) |
| VS. | ) |
| UNOCAL CORPORATION, ET AL., | ) |
| DEFENDANTS. | ) |

DEPOSITION OF MEENA NAINAN

FRIDAY, AUGUST 11, 2000

FILE NO. 000811TRB
REPORTED BY TERRY R. BANKEY, C.S.R. NO. 7442



COURT REPORTERS, INC.

Personal Court Reporters
Sylvia Becker & Associates
Rose Reporting Service
Clifton-Strickland Reporters
Reason Reporting

Van Nuys • (818) 988-1900 • Los Angeles • (323) 857-1010
Ventura (805) 654-1058 • Santa Barbara • (805) 966-0177



11:54 AM  words, the -- the integrity of the shell could be
2         compromised.
3             Q    The second paragraph of this document says:
4                  "In response to potential
11:54 AM           underground tank leakage, a
6                  five-year program (1979-1983) to
7                  test all tanks 14 years or older in
8                  the twenty resale districts with
9                  the highest soil corrosivity, was
11:55 AM           established in mid-year 1978."
11            My understanding from reading that paragraph
12        is that the testing program was only implemented with
13        respect to tanks older than 14 years and that were in
14        a high soil corrosivity area.  Is that accurate?
11:55 AM      A    That's what I would surmise from this as
16        well.
17            Q    Do you know whether Mobil ever implemented a
18        tank testing program to test tanks that may not have
19        been over 14 years old?
11:55 AM      A    At that time period, I don't know if they
21        initiated another program separate from this one.
22            Q    Do you know whether Mobil has ever done that
23        up through today?
24            A    My understanding is from at the time that
11:55 AM  our tanks went -- switched over from steel to

                                                              109

11:56 AM  1  fiberglass we were required by the regulators to test
2  those tanks once every five years unless we had a
3  continuous monitoring system. And if we did that
4  then they would be continuously monitored. And so
11:56 AM  5  that would be the program, I would say, from the late
6  '80s to the present.
7    Q    When you say regulators, who are you
8  referring to?
9    A    EPA, federal and state regulations.
11:56 AM  10   Q    And when you say state, are we specifically
11  referring to California?
12   A    It could be any state. But the state is
13  normally more stringent than the federal regulations,
14  and I believe it's the federal regulations that say
11:56 AM  15  we have to test once every five years. If the local
16  regulations, meaning the state, required something
17  more stringent or more often, we would have to comply
18  with that.
19   Q    Okay. I couldn't write fast enough. You
11:56 AM  20  said that the regulations that you believe began in
21  the late '80s --
22   A    Uh-huh.
23   Q    -- required that tanks be tested once every
24  five years unless it had a continuous monitoring
11:57 AM  system?

110

| | | |
|---|---|---|
| 11:57 AM | A | Yes. |
| 2 | Q | And that's every tank had to be tested once |
| 3 | every five years unless there was continuous | |
| 4 | monitoring? | |
| 11:57 AM | A | Yes. |
| 6 | Q | What would fall under the category of |
| 7 | continuous monitoring? | |
| 8 | A | An example of a continuous monitoring system |
| 9 | would be like the electronic Veeder Root system where | |
| 11:57 AM | you have a probe or a sensor that monitors the, you | |
| 11 | know, level of the product in the tank or if you have | |
| 12 | a double-wall tank, the interstitial space at the | |
| 13 | tank. That would be considered continuous | |
| 14 | monitoring. | |
| 11:57 AM | Q | That first one you mentioned, is that an |
| 16 | inventory control type test or is it something | |
| 17 | different? | |
| 18 | A | No, you can actually run a self test on |
| 19 | the -- on the tank to see that -- if you have | |
| 11:58 AM | integrity, if the tank is leaking. | |
| 21 | I mean, the tank gauging can be used as | |
| 22 | inventory reconciliation, I guess. | |
| 23 | Q | Other than complying with regulations set |
| 24 | down by the federal or state government regarding | |
| 11:58 AM | tank testing, do you know whether Mobil did any other | |

111

11:58 AM  type of routine testing for tank integrity since the
2         conclusion of the tank testing program that we're
3         discussing referred to in deposition 7?
4              A    You mean after this tank testing program had
11:58 AM  ended?
6              Q    Exactly.
7              A    No.  I mean, I believe that we did our tank
8         testing program in conjunction with the federal and
9         state regulations.
11:58 AM       Q    This tank testing program that we are
11        discussing as reflected in Exhibit 7, when do you
12        believe that concluded?
13             A    I would think that they ended somewhere
14        around the late '80s because at that time our tanks
11:59 AM  would have been switched over to single-wall
16        fiberglass tanks.
17                  But this program would have been in effect
18        for any steel tank we had in the ground that was
19        still operational.
11:59 AM       Q    Until they were all removed and replaced?
21             A    Exactly.
22             Q    Okay.  In the middle of the front page of
23        the document that's marked Exhibit 7, I'm assuming
24        that the tank testing was throughout the United
11:59 AM  States.  Is that your understanding?

112

11:59 AM       A     Yes.

2              Q     Okay.  It says in the second field over,

3        "1979 plan/actual."  And the second level down on the

4        left it says, "Tank failure rate."  The one

12:00 PM       underneath that, it says, "Line failure rate."  And

6        the one underneath that, it says, "Location failure

7        rate."

8                    My understanding is that this chart reflects

9        that for all the tanks tested up and through the time

12:00 PM       that this document was created, which is in 1979, 46

11       percent of those that were tested showed a failure

12       rate -- showed a failure of either the tank or the

13       line.  Is that accurate?

14             A     Yeah.  I would -- that's what I would

12:00 PM       conclude.

16             Q     The last, underneath where it says location

17       failure rate, it says, "Tank repair/replacement

18       ratio."  And, for example, for 1978 actual, it shows

19       75/25.

12:00 PM             Does that mean that for 1978 -- well, you

21       tell me what that means.

22                   What does that mean where it says "Tank

23       repair/replacement ratio," for example, for 1978

24       where it says 75/25?

25             A     I believe that after they tested the tanks

113

```
 1   they were --
 2              (Discussion held off the record.)
 3              MS. EVANGELISTI:  You want to go off the
 4   record?
 5              THE VIDEOGRAPHER:  Going off the record at
 6   12:01 p.m.
 7              (Discussion held off the record.)
 8              THE VIDEOGRAPHER:  Going back on the record
 9   at 12:05 p.m.
10              THE WITNESS:  Okay.  My understanding is
11   that when the tanks and lines were tested and then if
12   they failed we would then either repair or replace
13   the tanks.
14              So, for instance, under 1990 -- 1978 actual,
15   where it says tank repair versus replacement ratio,
16   we would have repaired 75 tanks versus replacing 25.
17   I think that's what they were trying to say.
18              Although, I take it back.  75 plus 25 is
19   100.  So I think it's maybe percentages, not actual
20   numbers.
21   BY MS. EVANGELISTI:
22        Q    It says ratio so I --
23        A    Yeah.
24        Q    -- assume 75 percent --
25        A    To 25 percent.
```

Timestamps in left margin: 12:05 PM (line 10), 12:05 PM (line 15), 12:05 PM (line 20), 12:06 PM (line 25)

114

| | | |
|---|---|---|
| 12:06 PM | 1 | Q   Okay.  So that means that this program, |
| | 2 | Mobil was testing steel tanks that were over 14 years |
| | 3 | old and were in an area of high soil corrosivity, |
| | 4 | that for those tanks that it found had failed, either |
| 12:06 PM | 5 | the tanks or the lines, 75 percent of them they chose |
| | 6 | to repair instead of replace; is that accurate? |
| | 7 | A   Yes. |
| | 8 | Q   What types of repairs might they have |
| | 9 | utilized? |
| 12:06 PM | 10 | A   It could be a variety of repairs depending |
| | 11 | on what the tank failure was, the tank and/or line |
| | 12 | failure. |
| | 13 | If it was just, for instance, a fitting or a |
| | 14 | bung was loose, that could be considered a repair. |
| 12:06 PM | 15 | So it would not warrant the need to actually replace |
| | 16 | the tank. |
| | 17 | Q   Do you know when Mobil started utilizing |
| | 18 | fiberglass tanks on all new installations? |
| | 19 | A   As a routine basis? |
| 12:06 PM | 20 | Q   Yes. |
| | 21 | A   It would be in the early '80s that they |
| | 22 | started it, but it would depend geographically, you |
| | 23 | know, when, what year they started the replacement |
| | 24 | program. |
| 12:07 PM | 25 | Q   Do you know when they started in California? |

115

| | | |
|---|---|---|
| 12:07 PM | 1 | And it might be reflected in one of these documents. |
| | 2 | A    Yeah.  I believe it was like the early '80s |
| | 3 | but -- and I'm -- I want to say like '82, '83. |
| | 4 | Somewhere in there. |
| 12:07 PM | 5 | Q    I might have asked this earlier, and I |
| | 6 | apologize if I did.  Do you know whether Mobil ever |
| | 7 | had a program to test all of its tanks in California? |
| | 8 | MS. WEAVER:  Objection.  Asked and answered. |
| | 9 | THE WITNESS:  And are we talking about from |
| 12:07 PM | 10 | 19 -- |
| | 11 | BY MS. EVANGELISTI: |
| | 12 | Q    Ever? |
| | 13 | A    -- 78 to the present? |
| | 14 | Q    Ever. |
| 12:07 PM | 15 | A    We have a program where the tanks have to be |
| | 16 | tested -- fiberglass tanks would have to be tested |
| | 17 | once every five years unless there was a continuous |
| | 18 | monitoring system.  And that's in accordance with the |
| | 19 | federal guidance. |
| 12:08 PM | 20 | Q    On the second page of this document, the |
| | 21 | last line, it says, "May we have your approval to |
| | 22 | adopt the above recommendations."  And the version |
| | 23 | that I've been given doesn't have any signatures. |
| | 24 | Do you know whether this document which |
| 12:08 PM | 25 | appears to be the results of the program for the |

116

| | | |
|---|---:|---|
| 12:08 PM | 1 | first 18 months as well as recommendations for the |
| | 2 | future was ever adopted and approved? |
| | 3 | A    You know, my understanding that this type of |
| | 4 | program was approved.  It may not cover all the years |
| 12:08 PM | 5 | because we've started the tank replacement program in |
| | 6 | the early '80s so it might have changed a little bit |
| | 7 | from what they have here, but my understanding is it |
| | 8 | was approved. |
| | 9 | Q    And it says on the second page, in the last |
| 12:09 PM | 10 | full paragraph, the second sentence says: |
| | 11 |       "Marketing's potential exposure |
| | 12 |       to underground tankage will |
| | 13 |       continue to be significant after |
| | 14 |       '83 as the majority of the tank |
| 12:09 PM | 15 |       population will continue to consist |
| | 16 |       of steel tanks in the critical |
| | 17 |       failure age range of 14 to 18 |
| | 18 |       years." |
| | 19 | So my understanding from this document, and |
| 12:09 PM | 20 | your testimony, is that as of the date of this |
| | 21 | document, 1979, Mobil anticipated that after '83 the |
| | 22 | majority of the tanks would be steel tanks older than |
| | 23 | 14 years but that in the early '80s they began to |
| | 24 | replace them? |
| 12:09 PM | | A    Yes, with fiberglass tanks. |

117

| | | |
|---|---|---|
| 12:09 PM | 1 | Q   Do you know why they began to replace them with fiberglass tanks in the early '80s? |
| | 2 | |
| | 3 | A   My understanding, you know, a couple of issues came into place.  Local regulations were changing in areas such as California and New York. And then secondly, industry standards was moving towards fiberglass tanks as the preferred installation method. |
| | 4 | |
| 12:09 PM | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | Q   Did California at some time start requiring the installation of fiberglass tanks in new installations? |
| 12:10 PM | 10 | |
| | 11 | |
| | 12 | A   Well, the federal requirement required it starting in 1988.  California, I'm not sure if they had a requirement earlier than '88.  They might have. But I'm not sure what year it would be. |
| | 13 | |
| | 14 | |
| 12:10 PM | 15 | |
| | 16 | Q   Let's move to Exhibit 8.  Can you identify this document for me?  It is a internal correspondence dated January 13, 1983, to a number of individuals from a J. V. Naughton, regarding the 1982 tank testing program. |
| | 17 | |
| | 18 | |
| | 19 | |
| 12:10 PM | 20 | |
| | 21 | A   Yes. |
| | 22 | (The document referred to was marked as Plaintiff's Exhibit 8 for identification.) |
| | 23 | |
| | 24 | |
| 12:11 PM | 25 | BY MS. EVANGELISTI: |

118