# EXHIBIT 23

Thomas M. Milton

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00-1898

MDL No. 1358 (SAS)

M21-88


In re:  Methyl Tertiary Butyl Ether,   )

("MTBE") Products Liability Litigation )

–   –   –   –   –

VIDEOTAPED DEPOSITION OF THOMAS M. MILTON

WASHINGTON, D.C.

March 30, 2007

The videotaped deposition of THOMAS M. MILTON

was convened on Thursday, March 30, 2007,

commencing at 9:01 a.m., at the offices of

McDermott Will & Emery, 600 Thirteenth Street,

N.W., 12th Floor, Washington, D.C. 20005, before

Paula G. Satkin, Registered Professional

Reporter and Notary Public.

Pages 1 – 127

Job No. 1-100234


–   –   –   –   –

Thomas M. Milton

Page 11

1        A.    I started in 1972.  I was a field

2   engineer.  My first field assignment was

3   Syracuse, New York.  And basically I was

4   involved in supervising construction and

5   maintenance at service stations in the Syracuse

6   area.

7        Q.    When you say "maintenance" can you

8   explain what -- the whole facility or was it

9   parts of the facility that you were --

10        A.    It was the whole facility, ma'am.

11        Q.    Would that include underground

12   storage tank systems?

13        A.    Yes, ma'am, it would.

14        Q.    As a field engineer responsible

15   for the construction and maintenance of the

16   service stations were you also involved in the

17   cleanup of facilities if there were accidents or

18   releases at those facilities?

19        A.    If we had cleanups required that

20   was part of the job requirement also.

21        Q.    You're no longer with Exxon Mobil;

22   is that correct?

23        A.    I retired in July 2005.

24        Q.    What was your position when you --

Thomas M. Milton

Page 12

1    prior to the merger with Exxon and Mobil?

2            A.     Prior to the merger?

3            Q.     Uh-huh.

4            A.     I was manager of the Superfund

5    Response Group for Heritage Mobil within the

6    United States.

7            Q.     And did you maintain that title

8    after the merger?

9            A.     For one year after the merger I

10   was the manager of the Superfund Response Group

11   for Exxon Mobil Corporation.

12           Q.     And what was your position when

13   you retired?

14           A.     I was the manager of Global

15   Remediation for major projects on a worldwide

16   basis.

17           Q.     What year did you become involved

18   with the remediation aspect at service stations?

19           A.     For a number of years the

20   engineering position or engineering

21   responsibilities comprehended all service

22   station or bulk storage facility activities.  It

23   could be construction, maintenance, remediation.

24   So basically when I first started with the

Thomas M. Milton

1   company I would say 1972 I was first involved in

2   remediation activities.

3              Now, later on as the remediation

4   issues became larger we formed a separate group

5   that only did remediation.

6        Q.    What year was that?

7        A.    1990.

8        Q.    Were you involved in that

9   department as well?

10       A.    In fact, I set up the department

11   for Heritage Mobil, established the framework

12   for it, the policies and procedures associated

13   with how the department was run.  And today that

14   model is still being utilized by Exxon Mobil

15   Corporation.

16       Q.    I'm sorry, did you say the name of

17   the department already?

18       A.    Remediation Engineering.

19             MR. BONGIORNO:  Can we maybe take

20   not a break, but a suspension of questioning to

21   get an appearance on the telephone?

22             Did someone just dial in.

23             MR. DiCHELLO:  Yes.  This is John

24   DiChello, D-I capital C-H-E-L-L-O, Blank Rome

Thomas M. Milton

Page 14

1    for Lyondell Chemical Company and Equistar

2    Chemicals, LP.

3              MR. BONGIORNO:  Maybe I could

4    respectfully suggest since we now have folks on

5    the phone that counsel and the witness maybe

6    speak up a tiny bit.  Otherwise we'll get

7    somewhat continual suggestions from people on

8    the phone that they can't hear us, so we'll try

9    to avoid that.

10   BY MS. SANCHEZ:

11        Q.    Were you the manager or the head

12   of the Remediation Engineering Department that

13   you established with Heritage Mobil?

14        A.    Yes, I was.

15        Q.    What was the function of the

16   Remediation Engineering Department and its

17   responsibilities?

18        A.    We managed and directed all

19   remediation activities at retail service

20   stations and distribution facilities in the

21   United States.

22        Q.    In your career at Heritage Mobil

23   were you also a manager for service stations in

24   the New York area?

Thomas M. Milton

1          A.     In terms of remediation?

2          Q.     Yes.

3          A.     Yes, I was.

4          Q.     Were you a manager of -- of

5    service stations in general in the New York area

6    at some point for Heritage Mobil?

7          A.     I was the manager in terms of

8    engineering activities at some point in time,

9    yes, I was.

10         Q.     Can you describe what you mean by

11   engineering activities?

12         A.     Well, it dealt with the

13   maintenance, service station improvements,

14   service station construction, service station

15   cleanup, those activities.

16         Q.     In your position as the

17   remediation engineering manager for Heritage

18   Mobil in the 1990s time frame did Mobil provide

19   training on the handling of gasoline containing

20   MTBE to its service stations?

21               MR. BONGIORNO:  Objection, you can

22   answer.

23               THE WITNESS:  Mobil provided

24   dealer training to all its dealers before you