# EXHIBIT 24

Thomas M. Milton

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00-1898

MDL No. 1358 (SAS)

M21-88


In re:  Methyl Tertiary Butyl Ether,   )

("MTBE") Products Liability Litigation )

-    -    -    -    -

VIDEOTAPED DEPOSITION OF THOMAS M. MILTON

WASHINGTON, D.C.

March 30, 2007

The videotaped deposition of THOMAS M. MILTON

was convened on Thursday, March 30, 2007,

commencing at 9:01 a.m., at the offices of

McDermott Will & Emery, 600 Thirteenth Street,

N.W., 12th Floor, Washington, D.C. 20005, before

Paula G. Satkin, Registered Professional

Reporter and Notary Public.

Pages 1 - 127

Job No. 1-100234


-    -    -    -    -

Thomas M. Milton

1    measured the amount of product you had in the

2    tank versus the amount of product that you sold

3    and reconciled it against the amount of product

4    that you bought.

5              Q.    Inventory reconciliation?

6              A.    Inventory reconciliation.

7              Q.    Did Mobil use any other method

8    with their underground storage tanks to

9    determine if tanks were leaking?

10             MR. BONGIORNO:  I won't call this

11   an objection, but if you could help the witness

12   with the time frame?

13   BY MS. SANCHEZ:

14             Q.    If you would like to go from the

15   early 1980s, if they changed do you want to do

16   it by time?  Would that be easier for you?

17             A.    Narrow it down a little bit for me

18   if you can.

19             Q.    Sure.  What methods of leak

20   detection did Mobil use in the early 1980s?

21             A.    In the early 1980s it was

22   primarily the inventory control.

23             Q.    You stated primarily.  Were there

24   other methods that they also used?

Thomas M. Milton

Page 20

1          A.     Let me restate that.  It was

2    inventory control in the early 1980s.

3          Q.     What type of methods did they use

4    for leak detection in the late 1980s?

5          A.     As the '80s progressed and the --

6    we started looking at the new equipment,

7    fiberglass tanks came into play in the early

8    '80s, late '70s.

9                 There was some new leak detection

10   equipment being produced, electronic leak

11   detection systems for lines.

12                There was some leak detection

13   equipment that was also developed for tanks.

14                None of it worked very well

15   initially because it was in the early stages of

16   it so we were still relying primarily on

17   inventory control, but we started to experiment

18   somewhat with some electronic systems.

19          Q.     Did Mobil use different methods of

20   leak detection devices in the early 1990s?

21          A.     It was still primary inventory

22   control and the electronic systems were getting

23   improved better, better developed by the

24   suppliers and we started using those in