# EXHIBIT 26

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl: MDL NO. 1358 (SAS)
Ether ("MTBE")       :
Products Liability   :
Litigation           :

------
January 16, 2007
------

Videotaped Oral Deposition of HENRY S. THOMASSEN, held in the law offices of Weitz & Luxenberg, 180 Maiden Lane, New York, New York, beginning at approximately 9:49 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW LITIGATION TECHNOLOGIES
1880 John F. Kennedy Boulevard
Suite 760
Philadelphia, Pennsylvania  19103
215.586.4220

 1   me and saying, well, I think you can ask
 2   that question a little better.
 3                I may agree; I may
 4   disagree.  Give me a moment to think
 5   about it.  If I -- I may reask the
 6   question or I'll just ask you to go
 7   ahead and answer the question as asked.
 8                You know, try to be
 9   reasonable on this and take reasonable
10   breaks, but if at any point you need a
11   break, please let us know and we will
12   work that in.
13                Any questions at this
14   point?
15        A.    None.
16        Q.    Are you on any medication
17   that will impact your ability to provide
18   testimony today?
19        A.    No.
20        Q.    What is your current -- or
21   who is your current employer?
22        A.    Exxon Mobil Corporation.
23        Q.    And what position do you
24   hold?

HENRY S. THOMASSEN

Page 9

```
 1        A.    My official title is
 2   section head.
 3        Q.    And section head of?
 4        A.    In the Office of the
 5   Secretary.
 6        Q.    Okay.  And how long have
 7   you been in that position?
 8        A.    Since January 1st of 2000.
 9        Q.    Where were you before that?
10        A.    I was also in Fairfax,
11   Virginia, working for Mobil Corporation.
12        Q.    Prior to 2000?
13        A.    Yes.
14        Q.    So --
15        A.    Well, the official title of
16   the corporation I was working for was
17   Mobil Business Resources Corporation.
18        Q.    Okay.  Mobil Business
19   Resources, a subsidiary of Mobil Corp.?
20        A.    Yes.
21              MR. WALSH:  Let me ask the
22   reporter to mark what was sent, and
23   because it was sent to counsel as one
24   document, I'm including this on a
```