# EXHIBIT 27

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*United Water New York, Inc. v. Amerada Hess Corp., et al.*, **04 Civ. 2389**<br><br>*City of New York v. Amerada Hess Corp., et al*, **04 Civ. 3417**<br><br>*County of Suffolk, et al. v. Amerada Hess Corp., et al.*, **04 Civ. 5424** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER NO. 19

This Case Management Order sets forth a schedule for discovery in the following cases, and the plans for a tentative trial date:

- *United Water New York, Inc. v. Amerada Hess Corp., et al.*, 04 Civ. 2389 ("*UWNY*")[1]

- *City of New York v. Amerada Hess Corp., et al.*, 04 Civ. 3417 ("*City*")

- *County of Suffolk, et al. v. Amerada Hess Corp., et al.*, 04 Civ. 5424 ("*Suffolk*")

**I.    SCOPE OF DISCOVERY**

Discovery in the *UWNY*, *Suffolk* and *City* cases may be taken by all parties on any and all relevant issues as of the date of this Case Management Order, subject to the usual provisions of the Federal Rules and the Rules of this Court. Prior restrictions on the scope of

---

[1] These cases are listed chronically by MDL case number without regard to whether the *UWNY* or *Suffolk* case should be tried first, because the parties disagree on this point and the Court has not yet decided which case will be tried first.

discovery contained in prior Case Management Orders and Pre-Trial Orders are hereby lifted in the *UWNY*, *Suffolk* and *City* cases, but shall remain effective for all other cases.

Discovery in the *UWNY*, *Suffolk* and *City* cases shall be applicable to and for use in other cases consolidated in MDL 1358 as well, and parties in the other cases consolidated in MDL 1358 shall be given notice and the opportunity to participate in this discovery. Discovery of any particular party on any given topic shall not be duplicated later by another party in a separate case except on good cause shown.[2]

## II. TENTATIVE SCHEDULE FOR INITIAL TRIAL

The Court intends to schedule a trial to begin in or around September 2007 in either the *UWNY* case or the *Suffolk* case. In whichever of those cases the Court selects for an initial trial, the Court will establish a schedule for the completion of fact and expert discovery, the filing of dispositive motions, the filing of pretrial motions, the exchange of deposition designations, the exchange of witness and exhibit lists, and other pretrial matters.

SO ORDERED:

Dated: New York, New York
July 2\_, 2006

Shira A. Scheindlin
U.S.D.J.

---

[2] Insofar as the State of New Hampshire and the People of California are concerned, CMO-16 remains in full force and effect.

2