# EXHIBIT 28

# Select Train

To use this page, first select the itinerary that best matches your travel needs by clicking on the option button in the left column. Then, if you want to change your seating or sleeping accommodations, click the 'View Upgrade Options' button. Next, if you qualify for a passenger discount, select from the options presented near the bottom of the page. You may also enter any valid Promotion Code here. Finally, click the 'View Fare' button to go to the next step.

The fare displayed is one-way and is based on the number and type of passengers you select. Fares are not guaranteed until we provide you with a reservation confirmation.

## Service Alerts

» Schedule Changes for Northeast Trains: *Acela Express, Northeast Regional, Adirondack, Empire Service, Ethan Allen Express, Maple Leaf, Keystone Service, Pennsylvanian and Vermonter*

## Station News

» Washington, DC Union Station — Ticket Sales and Boarding Gates Close Earlier

## Promotions

» *Acela Express* — Buy Early and Save. Including New York to Boston for $79; New York to Washington for $99 (14-day advance purchase, limited availability, non-refundable, exchanges permitted; see full terms and sample prices)

» *Northeast Regional* — Buy Early and Save: New York - Boston for $49; New York - Washington for $49 (14-day advance purchase, limited availability, non-refundable, exchanges permitted; see full terms and sample prices)

### SELECT A DEPARTING TRAIN

**Washington - Union Station, DC (WAS)   To   New York - Penn Station, NY (NYP)**

| Select | Service | Departs | Arrives | Duration | Amenities | Seats/Rooms |
|---|---|---|---|---|---|---|
| ◉ $49.00 | 190 Northeast Regional | **Washington, DC** - Union Station (WAS) **3:15 am** 13-JUL-09 | **New York, NY** - Penn Station (NYP) **6:44 am** 13-JUL-09 | 3h 29m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| ○ $49.00 | 110 Northeast Regional | **Washington, DC** - Union Station (WAS) **4:00 am** 13-JUL-09 | **New York, NY** - Penn Station (NYP) **7:21 am** 13-JUL-09 | 3h 21m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| ○ $99.00 | 2150 Acela Express | **Washington, DC** - Union Station (WAS) **5:00 am** 13-JUL-09 | **New York, NY** - Penn Station (NYP) **7:49 am** 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat [VIEW UPGRADE OPTIONS] |
| ○ $49.00 | 170 Northeast Regional | **Washington, DC** - Union Station (WAS) **5:02 am** 13-JUL-09 | **New York, NY** - Penn Station (NYP) **8:16 am** 13-JUL-09 | 3h 14m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| | 180 Northeast | **Washington, DC** - Union Station | **New York, NY** - Penn Station | 3h 16m | Snack car | 1 Reserved Coach Seat |

## AMTRAK.COM LOGIN

User ID

Password

☐ Remember Me

Register
Forgot Password?
Help

## RESERVATION OPTIONS

Fare Finder »
USA Rail Passes
Multi-Ride Tickets
Weekly Specials
Multi-City Tickets
Auto Train Tickets
Group Travel Request
Redeem Rewards Points
Hotels and Rental Cars

### Fare Finder

**Departs**
Washington - U    Station List

**Arrives**
New York - Per   Station List

◉ One-Way
○ Round-Trip

**Departure Date**
Jul  13

**Time** (optional)
Anytime

**Passengers** (Max. of 8)
Adults: 1  Children: 0  Infants: 0

[SUBMIT »]

| | | | | | | |
|---|---|---|---|---|---|---|
| ○ $49.00 | Regional | Washington, DC - Union Station (WAS) 5:30 am 13-JUL-09 | New York, NY - Penn Station (NYP) 8:39 am 13-JUL-09 | | | |
| ○ $99.00 | 2100 Acela Express | Washington, DC - Union Station (WAS) 6:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 8:54 am 13-JUL-09 | 2h 54m | Snack car | 1 Business Class Seat |
| ○ $49.00 | 130 Northeast Regional | Washington, DC - Union Station (WAS) 6:35 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:03 am 13-JUL-09 | 3h 28m | Snack car | 1 Reserved Coach Seat |
| ○ $155.00 | 2154 Acela Express | Washington, DC - Union Station (WAS) 7:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 9:49 am 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat |
| ○ $49.00 | 172 Northeast Regional | Washington, DC - Union Station (WAS) 7:25 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:47 am 13-JUL-09 | 3h 22m | Snack car | 1 Reserved Coach Seat |
| ○ $99.00 | 2104 Acela Express | Washington, DC - Union Station (WAS) 8:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:49 am 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat |

**PASSENGER DISCOUNTS**

Select a passenger type/discount for each traveler. Some passenger discounts are not valid on all trains and may not be used with some promotions. You will need to provide discount ID numbers during Step 4 of the reservation booking process.

▶ Passenger Type Comparison Chart
▶ Information for People with Disabilities

**Passenger Types**

- Adult
- AAA Adult
- Senior (62+)
- Military Adult
- NARP
- Veterans Advantage
- Student Advantage
- ISIC
- Child
- AAA Child
- Military Child
- Infant

**Passenger 1: Adult**

Select 

**PROMOTION CODE**

If you have a Promotion Code you would like to use with this reservation, please enter it in the box below. To learn more about Amtrak promotions, please click here.

**Promotion Code:**

VIEW FARE >>