UNITED STATES DISTRICT COURT　　　　　O R D E R　　　(ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
In Re: Methyl Tertiary Butyl Ether  : Master File C.A. No.
("MTBE") Products Liability         : 00 Civ. 1898 (SAS)
Litigation                          : MDL 1358
- - - - - - - - - - - - - - - - - - :
This document pertains to:          :
City of New York v. Amerada Hess,   :
et al.,                             :
No. 04 Civ. 3417                    :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/09

The Court having reviewed the objections to designated portions of the deposition of Robert F. Staab, the objections are determined as follows:

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 1 | 56:09<br>57:01 | Overruled; defense counsel stipulated that the exhibit was a business record, see 55:05-55:14. |
| 2 | 61:13-20<br>61:21-24 | Overruled as to 60:23-60:24, see ruling for Tab 1; otherwise sustained as the witness denies personal knowledge. |
| 3 | 63:09-63:17 | Overruled; see ruling for Tab 1. |
|   | 63:18-64:01 | Sustained; the witness denies personal knowledge. |
| 4 | 71:21-72:10 | Overruled; see ruling for Tab 1; the witness is qualified to give opinion testimony. |
| 5 | 75:11-75:19 | Overruled; the information is within the knowledge of this 30(b)(6) witness. |
| 6 | 77:11-77:15 | Overruled; in context, this inquiry is sufficiently specific. |
| 7 | 78:22-79:12<br>79:13-79:23 | Overruled; information about the defendant's retention of data about MTBE is relevant; the witness indicates sufficient personal knowledge. |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation　　　Doc. 2634

1

| | | |
|---|---|---|
| 8 | 82:02-82:11 | Overruled; see ruling for Tab 5. |
| 9 | 91:19-92:07<br>92:08-92:18 | Sustained; the witness denies personal knowledge. |
| 10 | 93:08-94:01 | Overruled; see ruling for Tab 5. |
| 11 | 116:08-116:11 | Sustained; speculation. |
| 12 | 120:21-121:04 | Sustained; speculation. |
| 13 | 122:18-123:25 | Overruled; see ruling for Tab 4. |
| 14 | 124:01-124:25 | Overruled; see ruling for Tab 4. |
| 15 | 125:01-125:09 | Overruled; authentication is not an issue because the witness is testifying concerning his own knowledge. |
| 16 | 127:15-129:21 | Overruled; see ruling for Tab 4; no hearsay is being offered for the truth of the matter. |
| 17 | 130:25-131:19 | Overruled; see ruling for Tab 4. |
| 18 | 143:04-143:14 | Overruled; the witness identifies the exhibit and offers a knowledgeable explanation of its context. |
| 19 | 147:04-147:14 | Overruled; the witness clarifies his earlier testimony. |
| 20 | 165:12-165:20 | Sustained; the witness denies knowledge; speculation. |
| 21 | 174:13-174:20 | Overruled; the witness was an author of the document referenced, see 175:14-175:19. |
| 22 | 177:05-177:23 | Overruled; see ruling for Tab 19. |
| 23 | 178:09-178:17 | Overruled; the testimony is sufficiently clear in the context of previous testimony. |

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 24 | 184:13-184:25 | Overruled, subject to connection, i.e., if there is evidence that Mobil used MTBE as an octane enhancer in the late 1980s. |

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
July 22, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252