```
UNITED STATES DISTRICT COURT          O R D E R      (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
In Re: Methyl Tertiary Butyl Ether : Master File C.A. No.
("MTBE") Products Liability         : 00 Civ. 1898 (SAS)
Litigation                          : MDL 1358
------------------------------------:
This document pertains to:          :
City of New York v. Amerada Hess,   :
et al.,                             :
No. 04 Civ. 3417                    :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/09

The Court having reviewed the objections to designated portions of the deposition of Curtis C. Stanley, Volume 1, the objections are determined as follows:

| Tab | Pages/Lines | Ruling |
|-----|-------------|--------|
| 1 | 9:16-9:25<br>10:01-10:02 | Overruled with respect to foundation; relevance objections reserved for trial. |
| 2 | 15:14-16:13 | Overruled as to foundation and hearsay; relevance objections reserved. |
| 3 | 18:16-18:25 | Overruled as to foundation, authentication, and hearsay; relevance objections reserved. |
| 4 | 20:06-20:15 | Overruled as to foundation and hearsay; relevance objections reserved. |
| 5 | 23:16-23:25<br>24:01-24:08<br>24:13-24:23 | Overruled; initially vague questions are clarified; hearsay not offered for truth of statement. |
| 6 | 27:19-28:01 | Overruled as to foundation and hearsay; relevance objections reserved. |
| 7 | 29:03-29:09 | Overruled as to foundation; relevance objections reserved. |
| 8 | 31:15-31:21 | Overruled as to foundation; relevance objections reserved. |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2635

1

| | | |
|---|---|---|
| 9 | 57:07-58:08 | Overruled; the exhibit is simply used as a predicate for eliciting the witness' opinion, 59:11-60:22. |
| 10 | 61:22-61:24 | Overruled; the testimony is appropriate foundation for subsequent exhibit. |
| 11 | 64:04-64:21 | Overruled as to foundation; relevance objections preserved. |
| 12 | 67:20-68:02 | Sustained; the witness denies knowledge of the handwritten notes. |
| 13 | 80:21-80:24<br>81:07-82:09 | Overruled as to foundation, authentication, and hearsay; relevance objections reserved. |
| 14 | 85:02-85:09 | Overruled except as to relevance objections, which are reserved. |
| 15 | 96:15-96:24 | Overruled except as to relevance objections which are reserved. |
| 16 | 101:04-102:04 | Overruled as to foundation, authentication, and hearsay, as the witness was the author of the exhibit; relevance objections reserved. |
| 17 | 104:24-105:12 | See ruling for Tab 16. |
| 18 | 110:25-111:13 | Overruled except as to relevance, as the witness is qualified to offer an opinion; relevance objections reserved. |
| 19 | 118:25-119:12 | Overruled as to authentication and foundation; relevance objections reserved. |
| 20 | 120:03-122:22 | Overruled except as to relevance; relevance objections reserved. |
| 21 | 125:21-128:04 | See ruling for Tab 20. |
| 22 | 155:09-155:16 | Overruled as to foundation and authentication as exhibit is witness' own work product; relevance objections reserved. |

SO ORDERED.

_James C. Francis IV_

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          July 22, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252

3