UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION**

-------------------------------------------------------------X

**This document relates to the following case:**
*Northampton Bucks County Municipal Authority v.
Amerada Hess Corp., et al.*, No. 04-cv-6993

-------------------------------------------------------------X

**Master File C.A. No. 1:00-1898
MDL 1358 (SAS)**
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar

Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court

that they have resolved the matters between them and agreed to the entry of this Stipulation and

Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of

the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be

entered with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.     This Court has jurisdiction over the Parties to this Stipulation and over the subject

matter of this action. The Parties to this Stipulation have advised the Court of their agreement to

settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of

Dismissal.

2.     The Parties to this Stipulation consent to the dismissal of this action as to the

Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3.     Each party shall bear its own costs and attorneys' fees.

014580.00690/11909723v.1

AGREED TO AND ACCEPTED BY:

Dated: June _15_, 2009

Dated: June _17_, 2009

Cary L. McDougal
Scott Summy
Carla M. Burke
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdouga@baronbudd.com
ssummy@baronbudd.com
cburke@baronbudd.com

Alan J. Hoffman
Jeffrey S. Moller
John J. DiChello
**BLANK ROME LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5505
hoffman@blankrome.com
moller@blankrome.com
dichello@blankrome.com

Robert J. Gordon
Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Defendants,*
*Lyondell Chemical Company and Equistar*
*Chemicals, LP*

*Attorneys for Plaintiff, Northampton Bucks*
*County Municipal Authority*

SO ORDERED:

Dated: _____ July 23, _____ 2009

The Honorable Shira A. Scheindlin
United States District Judge