## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**IN RE METHYL TERTIARY BUTYL ETHER**
**PRODUCTS LIABILITY LITIGATION**

-------------------------------------------------------------X

**This document relates to the following case:**
*City of Bel Aire v. Alon USA Energy, Inc., et al.,*
No. 04-cv-2062

-------------------------------------------------------------X

**Master File C.A. No. 1:00-1898**
**MDL 1358 (SAS)**
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/09

### STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.       This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2.       The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3.       Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Dated: June ___/__2009                Dated: June __17__, 2009


_____       _____
Cary L. McDougal                      Alan J. Hoffman
Scott Summy                           Jeffrey S. Moller
Carla M. Burke                        John J. DiChello
**BARON & BUDD, P.C.**                **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100      One Logan Square
Dallas, Texas 75219-4281             18th and Cherry Streets
Telephone: (214) 523-6267             Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181             Telephone: (215) 569-5500
cmcdouga@baronbudd.com                Facsimile: (215) 832-5505
ssummy@baronbudd.com                  hoffman@blankrome.com
cburke@baronbudd.com                  moller@blankrome.com
                                      dichello@blankrome.com

_____       *Attorneys for Defendants,*
Robert J. Gordon                      *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                    *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, City of Bel Aire*


SO ORDERED:

Dated: _____July 23_____ 2009       _____
                                      The Honorable Shira A. Scheindlin
                                      United States District Judge

-2-