UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

----------------------------------------------------------------X

**This document relates to the following case:**
*New Jersey American Water Co., et al. v. Amerada Hess Corp., et al.,* No. 04-cv-1726

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009　　　　　　　　　　　　Dated: June 17, 2009

*[signature]*　　　　　　　　　　　　　　　　*[signature]*

Cary L. McDougal　　　　　　　　　　　　　Alan J. Hoffman
Scott Summy　　　　　　　　　　　　　　　 Jeffrey S. Moller
Carla M. Burke　　　　　　　　　　　　　　 John J. DiChello
**BARON & BUDD, P.C.**　　　　　　　　　　**BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100　　　　　 One Logan Square
Dallas, Texas 75219-4281　　　　　　　　　　18th and Cherry Streets
Telephone: (214) 523-6267　　　　　　　　　 Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181　　　　　　　　　　Telephone: (215) 569-5500
cmcdouga@baronbudd.com　　　　　　　　　 Facsimile: (215) 832-5505
ssummy@baronbudd.com　　　　　　　　　　 hoffman@blankrome.com
cburke@baronbudd.com　　　　　　　　　　　moller@blankrome.com
　　　　　　　　　　　　　　　　　　　　　 dichello@blankrome.com

*[signature]*

Robert J. Gordon　　　　　　　　　　　　　*Attorneys for Defendants,*
Robin L. Greenwald　　　　　　　　　　　　*Lyondell Chemical Company and Equistar*
**WEITZ & LUXENBERG, P.C.**　　　　　　　*Chemicals, LP*
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs, New Jersey American Water Co., et al.*

SO ORDERED:

Dated: July 23, 2009　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　The Honorable Shira A. Scheindlin
　　　　　　　　　　　　　　　　　　　　　United States District Judge