UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------X

This document relates to the following case:
*Town of Billerica, et al. v. Amerada Hess Corp., et al.*, No. 06-cv-1381

---------------------------------------------------------------X

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 2676

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

014580.00690/11909748v.1

AGREED TO AND ACCEPTED BY:

Dated: June __15__ 2009                                Dated: June __17__, 2009

_____                              _____
Cary L. McDougal                                       Alan J. Hoffman
Scott Summy                                            Jeffrey S. Moller
Carla M. Burke                                         John J. DiChello
**BARON & BUDD, P.C.**                                 **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100                       One Logan Square
Dallas, Texas 75219-4281                               18th and Cherry Streets
Telephone: (214) 523-6267                              Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                              Telephone: (215) 569-5500
cmcdouga@baronbudd.com                                 Facsimile: (215) 832-5505
ssummy@baronbudd.com                                   hoffman@blankrome.com
cburke@baronbudd.com                                   moller@blankrome.com
                                                       dichello@blankrome.com

_____                              *Attorneys for Defendants,*
Robert J. Gordon                                       *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                                     *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs, Town of Billerica, et al.*

SO ORDERED:

Dated: ___July 23,___ 2009                             _____
                                                       The Honorable Shira A. Scheindlin
                                                       United States District Judge

-2-