UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER          Master File C.A. No. 1:00-1898
PRODUCTS LIABILITY LITIGATION              MDL 1358 (SAS)
----------------------------------------------------------------X  M21-88

**This document relates to the following case:**
*Town of Lakeville, et al. v. Atlantic Richfield Co., et al.*, No. 07-cv-8360

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                              Doc. 2677

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

014580.00690/11909778v.1

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009              Dated: June 17, 2009


_____   _____
Cary L. McDougal                  Alan J. Hoffman
Scott Summy                       Jeffrey S. Moller
Carla M. Burke                    John J. DiChello
**BARON & BUDD, P.C.**            **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100  One Logan Square
Dallas, Texas 75219-4281          18th and Cherry Streets
Telephone: (214) 523-6267         Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181         Telephone: (215) 569-5500
cmcdouga@baronbudd.com            Facsimile: (215) 832-5505
ssummy@baronbudd.com              hoffman@blankrome.com
cburke@baronbudd.com              moller@blankrome.com
                                  dichello@blankrome.com

_____   *Attorneys for Defendants,*
Robert J. Gordon                  *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs, Town of Lakeville, et al.*


SO ORDERED:

Dated: July 23, 2009

_____
The Honorable Shira A. Scheindlin
United States District Judge