UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER          Master File C.A. No. 1:00-1898
PRODUCTS LIABILITY LITIGATION              MDL 1358 (SAS)

-----------------------------------------------------------X  M21-88

**This document relates to the following case:**
*Town of Freedom v. Amerada Hess Corp., et al.,*
No. 06-cv-3754

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/24/09
```

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                    Doc. 2686

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009                                        Dated: June 17, 2009

*(signature)*                                                          *(signature)*

Cary L. McDougal                                           Alan J. Hoffman
Scott Summy                                                  Jeffrey S. Moller
Carla M. Burke                                                John J. DiChello
**BARON & BUDD, P.C.**                            **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100           One Logan Square
Dallas, Texas 75219-4281                            18th and Cherry Streets
Telephone: (214) 523-6267                         Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                          Telephone: (215) 569-5500
cmcdouga@baronbudd.com                     Facsimile: (215) 832-5505
ssummy@baronbudd.com                        hoffman@blankrome.com
cburke@baronbudd.com                           moller@blankrome.com
                                                                      dichello@blankrome.com

*(signature)*

Robert J. Gordon                                            *Attorneys for Defendants,*
Robin L. Greenwald                                     *Lyondell Chemical Company and Equistar*
**WEITZ & LUXENBERG, P.C.**               *Chemicals, LP*
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, Town of Freedom*

SO ORDERED:

Dated: _____July 23,_____ 2009            *(signature)*

The Honorable Shira A. Scheindlin
United States District Judge

-2-