# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**IN RE METHYL TERTIARY BUTYL ETHER**
**PRODUCTS LIABILITY LITIGATION**

-------------------------------------------------------------X

**This document relates to the following case:**
*People of the State of California, et al. v.*
*Atlantic Richfield Co., et al.*, No. 04-cv-4972

-------------------------------------------------------------X

**Master File C.A. No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.       This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2.       The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3.       Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Dated: June __15__, 2009                    Dated: June __17__, 2009

_____            _____
Cary L. McDougal                            Alan J. Hoffman
Scott Summy                                 Jeffrey S. Moller
Carla M. Burke                              John J. DiChello
**BARON & BUDD, P.C.**                      **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100            One Logan Square
Dallas, Texas 75219-4281                    18th and Cherry Streets
Telephone: (214) 523-6267                   Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                   Telephone: (215) 569-5500
cmcdouga@baronbudd.com                      Facsimile: (215) 832-5505
ssummy@baronbudd.com                        hoffman@blankrome.com
cburke@baronbudd.com                        moller@blankrome.com
                                            dichello@blankrome.com

_____
Victor M. Sher                              *Attorneys for Defendants,*
**SHER LEFF LLP**                           *Lyondell Chemical Company and Equistar*
450 Mission Street, Suite 400               *Chemicals, LP*
San Francisco, California 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333
vsher@sherleff.com

*Attorneys for Plaintiffs*


SO ORDERED:

Dated: _____July 23_____, 2009              _____
                                            The Honorable Shira A. Scheindlin
                                            United States District Judge

014580.00690/11909768v.1