UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------X

**This document relates to the following case:**
*Roslyn Water District v. Amerada Hess Corp., et al.,*
No. 04-cv-5422

------------------------------------------------------------X

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff and the Settling Defendants Lyondell Chemical Company and Equistar Chemicals, LP (the "Lyondell Defendants") (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Lyondell Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement, a Release, and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Lyondell Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

014580.00690/11909775v.1

AGREED TO AND ACCEPTED BY:

Dated: June 15, 2009                                Dated: June 17, 2009

_____                         _____
Cary L. McDougal                                    Alan J. Hoffman
Scott Summy                                         Jeffrey S. Moller
Carla M. Burke                                      John J. DiChello
**BARON & BUDD, P.C.**                              **BLANK ROME LLP**
3102 Oak Lawn Avenue, Suite 1100                    One Logan Square
Dallas, Texas 75219-4281                            18th and Cherry Streets
Telephone: (214) 523-6267                           Philadelphia, Pennsylvania 19103
Facsimile: (214) 520-1181                           Telephone: (215) 569-5500
cmcdouga@baronbudd.com                              Facsimile: (215) 832-5505
ssummy@baronbudd.com                                hoffman@blankrome.com
cburke@baronbudd.com                                moller@blankrome.com
                                                    dichello@blankrome.com

_____                         *Attorneys for Defendants,*
Robert J. Gordon                                    *Lyondell Chemical Company and Equistar*
Robin L. Greenwald                                  *Chemicals, LP*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgordon@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiff, Roslyn Water District*

SO ORDERED:

Dated: _____July 23,_____ 2009                      _____
                                                    The Honorable Shira A. Scheindlin
                                                    United States District Judge