```
UNITED STATES DISTRICT COURT              O R D E R      (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
In Re: Methyl Tertiary Butyl Ether      : Master File C.A. No.
("MTBE") Products Liability             : 00 Civ. 1898 (SAS)
Litigation                              : MDL 1358
- - - - - - - - - - - - - - - - - - - -:
This document pertains to:              :
City of New York v. Amerada Hess,       :
et al.,                                 :
No. 04 Civ. 3417                        :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09

The Court having reviewed the objections to designated portions of the deposition of Curtis C. Stanley, Volume 2, the objections are determined as follows, except insofar as any relevance objections not explicitly ruled on are reserved for trial:

| Tab | Pages/Lines | Ruling |
| --- | --- | --- |
| 23 | 184:24-185:03<br>185:15-185:19 | Overruled; the witness authenticates the document and is qualified to offer his opinion; foundation objections waived. |
| 24 | 186:18-186:25<br>187:01-187:07 | Overruled; see ruling for Tab 23; evidence of the witness' opinion in 1990 is not expert testimony, but evidence of industry knowledge at the time; foundation objections waived. |
| 25 | 188:04-188:11 | Overruled; see ruling for Tab 24. |
| 26 | 189:11-189:15 | Overruled; see rulings for Tabs 23 & 24. |
| 27 | 193:01-193:08 | Overruled; see ruling for Tab 24. |
| 28 | 198:05-198:10 | Overruled; see ruling for Tab 24. |
| 29 | 210:07-210:11 | Overruled; see ruling for Tab 24. |
| 30 | 218:14-218:17<br>218:24-219:16 | Overruled; see rulings for Tabs 23 & 24. |

|    |                                  |                                                                                                   |
|----|----------------------------------|---------------------------------------------------------------------------------------------------|
|    | 225:01-225:13                    | 17, statements of third parties not offered for their truth.                                      |
| 32 | 228:15-229:11                    | Overruled; see rulings for Tab 31.                                                                |
| 33 | 243:04-243:08                    | Overruled; the witness is qualified to offer his opinion; foundation objections waived.           |
| 34 | 255:16-255:24                    | Sustained; the witness has no recollection of the document; see 255:23-257:19.                    |
| 35 | 258:05-258:13                    | Sustained; this is contemporary expert testimony not previously disclosed.                        |
| 36 | 306:18-306:25<br>307:06-307:09   | Sustained; see ruling for Tab 35.                                                                 |
| 37 | 309:08-309:11                    | Sustained; see ruling for Tab 35.                                                                 |
| 38 | 311:22-311:25<br>312:04-312:05   | Overruled; witness testifies as to personal knowledge.                                            |
| 39 | 314:19-315:01                    | Overruled; see ruling for Tab 38.                                                                 |
| 40 | 316:15-316:25                    | Sustained; see ruling for Tab 35.                                                                 |
| 41 | 322:23-323:10                    | Overruled; the witness authenticates the document; foundation objections waived.                  |
| 42 | 330:20-331:05                    | Sustained; no authentication.                                                                     |
| 43 | 334:04-334:08                    | Overruled; the witness authored the document; see 334:16.                                         |
| 44 | 335:17-335:25                    | Sustained; see ruling for Tab 35.                                                                 |

SO ORDERED.

*[Signature]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 27, 2009

2

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252