UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### FIRST SUPPLEMENT TO PLAINTIFF CITY OF NEW YORK'S PHASE II TRIAL EXHIBIT LIST

Plaintiff the City of New York filed its Phase II exhibit list on June 15, 2009. *See* No. 1:00-CV-1898, Dkt. # 2552 (S.D.N.Y. Jun. 15, 2009) ("City Exhibit List"). In doing so, the City expressly reserved the right to supplement or amend its exhibits. *See* City Exhibit List at p. 1. Accordingly, the City hereby notifies ExxonMobil that in addition to the exhibits on the City Exhibit List, the City will add the two exhibits listed in Attachment A for its case-in-chief for the Trial of Phase II.

Dated: New York, New York
　　　　July 27, 2009

　　　　　　　　　　　　　　　　　　　　MICHAEL A. CARDOZO
　　　　　　　　　　　　　　　　　　　　Corporation Counsel of the City of New York
　　　　　　　　　　　　　　　　　　　　100 Church Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　(212) 788-1578

　　　　　　　　　　　　　　　　　　　　*/s/ JOSHUA G. STEIN*
　　　　　　　　　　　　　　　　　　　　VICTOR M. SHER *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　TODD E. ROBINS *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　JOSHUA G. STEIN *(pro hac vice)*

NICHOLAS G. CAMPINS *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*