# Attachment A

Plaintiff City of New York's First Supplemental PHASE II Exhibit List

| Plaintiffs' Trial Exhibit Number | Bates Begin | Bates End | Date | Subject/Title | Author(s) |
|---|---|---|---|---|---|
| **Additions to Phase II List** | | | | | |
| PL-5487 | NYC-124504 | NYC-124643 | 3/1/2009 | West Side Corporation Operable Unit No. 2 Final Offsite Plume Delineation and Investigation Report | Malcolm Pirnie |
| PL-5488 | NYC2-0124447 | NYC2-0124491 | 5/1/2009 | West Side Corporation Operable Unit No. 2 Offsite Plume Delineation and Investigation Report Addendum #1 | Malcolm Pirnie |