UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER    Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION        MDL 1358 (SAS)
                                     M21-88
This document pertains to:

*This Document Related to All Cases*

---------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF COUNSEL
TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT KHARA COLEMAN is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants through their attorney(s) Peter A. Bellacosa, Wendy L. Bloom, Christopher Esbrook and J. Andrew Langan and all future correspondence and papers in this action should continue to be directed to them.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2699

Dated: July 8, 2009

                                            _____
                                            J. Andrew Langan
                                            Wendy L. Bloom
                                            Khara Coleman
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, Illinois 60654
                                            Telephone (312) 862-2000
                                            Fax (312) 862-2200

SO ORDERED:

Dated: New York, New York
       July 27, 2009

_____
United State District Court Judge

7/27/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09