UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*This Document Related to All Cases*

---------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF COUNSEL
TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT KHARA COLEMAN is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants through their attorney(s) Peter A. Bellacosa, Wendy L. Bloom, Christopher Esbrook and J. Andrew Langan and all future correspondence and papers in this action should continue to be directed to them.

Dated: July 8, 2009

_____
J. Andrew Langan
Wendy L. Bloom
Khara Coleman
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone (312) 862-2000
Fax (312) 862-2200

SO ORDERED:

Dated: New York, New York
       July 27, 2009

_____
United State District Court Judge
7/27/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09