UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------X

This Document Relates To:

*American Distilling and Mfg. Co. Inc. v. Amerada Hess Corp.*, O4 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc. v. Amerada Hess Corp.*, 04 Civ. 1721

------------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

NOTICE AND ORDER OF RULE 41(a)(2) DISMISSAL OF DEFENDANT PHIBRO, INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned matters hereby move to dismiss without prejudice Phibro, Inc. from the above referenced causes of action, with each party to bear its own costs. Plaintiffs reserve all other rights as against all other defendants.

Pursuant to the Court's directive at the October 30, 2008 Status Conference, any party opposing Plaintiffs' dismissal of Phibro, Inc. shall have 14 days to file its objection. Plaintiffs respectfully move this Court for an Order dismissing Phibro, Inc. without prejudice from each of the above causes of action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2700

Dockets.Justia.com

DATED: July 24th, 2009

                                                                     /s/ Stephen Johnston
                                        Stephen Johnston (Texas Bar No. 00796839)
                                        Scott Summy (Texas Bar No. 19507500)
                                        BARON & BUDD, P.C.
                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, Texas 75219-4281
                                        Telephone: (214) 521-3605
                                        Facsimile: (214) 520-1181

                                        Robert J. Gordon
                                        Robin Greenwald
                                        WEITZ & LUXENBERG, P.C.
                                        180 Maiden Lane, 17th Floor
                                        New York, New York 10038-4925
                                        Telephone: (212) 558-5500
                                        Facsimile: (212) 558-5506

                                        *Attorneys for Plaintiffs*


**SO ORDERED:**

_____
THE HONORABLE JUDGE SCHEINDLIN
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the ___24th___ day of July 2009, I filed the foregoing

**NOTICE AND ORDER OF RULE 41(a)(2)
DISMISSAL OF DEFENDANT PHIBRO, INC.**

electronically through the CM/ECF system of this Court, which causes the parties or counsel to be served by electronic means. In addition, on this same day, the above document was served via e-mail upon liaison counsel and via LexisNexis File & Service to all other counsel of record. A copy was provided to the Clerk, Seth Ard, via email, and the original and one copy were served via Federal Express to the Clerk of the Court.

_Shelly Shetler_
SHELLY SHETLER