# EXHIBIT D




25197463
May 14 2009
7:40PM

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

phone: (212) 788-1568
fax: (212) 788-1619
email: dgreene@law.nyc.gov

May 14, 2009

James Pardo, Esq.
McDermott Will & Emery LLP
Defendants' Liaison Counsel
340 Madison Avenue
New York, NY 10173

      Re:   <u>In Re: Methyl-Tertiary Butyl Ether ("MTBE") Products Liability Litigation</u>
             MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)
             *Corrected Analysis 2*

Dear Jim:

      Please find enclosed a supplemental memorandum from David Terry documenting five minor corrections made to the "Original Analysis 2" modeling run and a breakthrough curve documenting the modeling results. The five corrections documented in Mr. Terry's memo were previously disclosed to defendants and the Court in Mr. Terry's Rebuttal Report and/or his April 17, 2009 Declaration.

      At the April 24, 2009 conference, the City stated, and we believe the Court agreed, that Mr. Terry had a right and obligation under Rule 26(e) to correct minor factual or typographical discrepancies contained in his original expert report. *See* Transcript from April 24, 2009 Conference, p. 34 – 36. Because these minor corrections regard modeling inputs, Mr. Terry must actually run the model to ensure that these minor corrections have no bearing on his opinions. The five minor corrections are <u>the only changes</u> contained in this run of the Original Analysis 2 as contained in Mr. Terry's February 6, 2009 expert report. As documented on the breakthrough curve annexed to the technical memorandum, please note that the result of the corrected Analysis 2 is an approximately 1 ppb <u>reduction</u> in MTBE concentrations in the Station 6 wells from 2016 through the mid-2020s, with the remainder of the results being essentially identical.

Finally, we note that Mr. Terry's technical memo documenting Original Analysis 2 and the associated modeling files are being produced seven weeks before trial, and two weeks before defendants plan on disclosing their opinions regarding the Drought Simulation, which was also discussed on April 24. The corrections are also being submitted at least several weeks before the third-day of Mr. Terry's deposition.

If you have any questions regarding the corrected Analysis 2, please call me and we can arrange a meet and confer.

Sincerely yours,

Daniel Greene<br>
Senior Counsel

cc:   All counsel (via LN/FS)

2