**EXHIBIT E**

```
                                                                  1
    94ormtbc
01: UNITED STATES DISTRICT COURT
01: SOUTHERN DISTRICT OF NEW YORK
02: ------------------------------x
02:
03: IN RE:  METHYL TERTIARY BUTYL        00 MDL 1358
03: ETHER ("MTBE") PRODUCTS              Master File C.A.
04: LIABILITY LITIGATION                 No. 1:00 00-1898 (SAS)
04:
05: ------------------------------x
05:
06:                                      New York, N.Y.
06:                                      April 24, 2009
07:                                      10:30 a.m.
07:
08: Before:
08:
09:       HON. SHIRA A. SCHEINDLIN
09:
10:                                      District Judge
10:
11:
11:
12:          APPEARANCES
12:
13:
13: SHER LEF LLP
14:      Co-lead Counsel for Plaintiffs
14: BY:  VICTOR M. SHER
15:
15:
16: MICHAEL A. CARDOZO
16:      Corporation Counsel for the City of New York
17:      Attorney for City Plaintiffs
17: SUSAN E. AMRON
18: DANIEL GREENE
18:      Assistant Corporation Counsel
19:
```

## Status Conference, 04/24/2009

63

94ormtbc

01: back off.
02:          THE COURT:  In some ways I am troubled, I was
03: troubled.  We haven't even talked about change in capture
04: zones.  That's why I keep trying to pin Mr. Greene down as to
05: what in the world is the report.  There are so many changes
06: with respect to the new analysis of 5 and 22 that you need to
07: commit.  If you're saying we are abandoning the initial report
08: and this rebuttal report is now our report, I have to think
09: about that.  It's very different than the initial.
10:          MR. GREENE:  We are not saying that, your Honor.  This
11: is confusing from reading their chart.  The only analysis for 5
12: and 22 that was done is the drought simulation.  He didn't
13: rerun ATRANS.
14:          THE COURT:  I know he didn't rerun ATRANS.  You're
15: saying all the other things I pointed out, such as the change
16: in capture zone, the additional sites, eliminating sites,
17: that's all part of the drought analysis?
18:          MR. GREENE:  Yes, that's correct, it's all part of the
19: drought analysis.
20:          THE COURT:  How about the changing of the data inputs,
21: like unsaturated thickness, velocity, heads, saturated
22: thickness, MTBE percentage values, MTBE contaminants?  These
23: seem changed too.
24:          MR. GREENE:  I can take those one at a time.
25:          THE COURT:  Just tell me whether those changes are

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94ormtbc

01: part of the drought.
02:          MR. GREENE:  Part of the drought.  Everything for 5
03: and 22 was part of the drought stimulation, everything.  The
04: original analysis, the ATRANS analysis.  If you read his
05: conclusion in his rebuttal, his recommendation for 5 and 22 is
06: still based on the ATRANS analysis.  The drought simulation
07: is --
08:          THE COURT:  Wait.  All these changes that I have on
09: this quick list, all those different things, the additional
10: sites, the eliminating sites, the change in the capture zone,
11: all the rest of it only relates to the drought analysis?
12:          MR. GREENE:  Yes.  And the capture zone changes
13: because it is a different pumping scenario.  If its a steady-
14: state, there is more of a circular --
15:          THE COURT:  You're saying there is no change, in
16: essence, to the initial opinion and initial model under ATRANS;
17: it's just that if you change completely to the intermittent
18: pumping drought analysis, everything changes, it's a different
19: way of looking at things?
20:          MR. GREENE:  I think that's correct.  Yes, that's
21: correct.  The only thing I would say is this gets a little bit
22: scrambled because there are certain corrections, errata
23: corrections to be made.
24:          THE COURT:  That's true.
25:          MR. GREENE:  We would like him to have the opportunity

                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300