**EXHIBIT F**

```
                                                             1
    962UMTBEC
01: UNITED STATES DISTRICT COURT
01: SOUTHERN DISTRICT OF NEW YORK
02: ------------------------------x
02:
03: IN RE:  METHYL TERTIARY BUTYL          00 MDL 1358
03: ETHER ("MTBE") PRODUCTS                Master File C.A.
04: LIABILITY LITIGATION                   No. 1:00-1898(SAS)
04:
05: ------------------------------x
05:
06:                                        June 2, 2009
06:                                        5:40 p.m.
07:
07: Before:
08:
08:                HON. SHIRA A. SCHEINDLIN
09:
09:                                        District Judge
10:
10:                       APPEARANCES
11:
11:
12: MICHAEL A. CARDOZO
12:      Corporation Counsel of the
13:      City of New York
13:      Attorney for City Plaintiffs
14: BY:  SUSAN E. AMRON
14:      -and-
15: SHER LEFF LLP
15: BY:  VICTOR M. SHER
16:
16: GREENBERG GLUSKER
17:      Attorneys for Plaintiffs
17: BY:  ROBERT S. CHAPMAN
18:
18: McDERMOTT, WILL & EMERY
19:      Attorneys for Defendants Exxon Mobil Corp.
```

```
962UMTBEC
01: that I would expect.
02:          MR. SACRIPANTI:  Thanks so much.
03:          THE COURT:  But we don't have a date.
04:          MR. SACRIPANTI:  To come back?
05:          THE COURT:  I think that we are going to have to meet
06: regularly.  I cannot say goodbye until July 13.
07:          MR. SACRIPANTI:  I brought my calendar, written
08: calendar.
09:          THE COURT:  I always feel terribly story for the
10: California people, but you chose to take on this case.
11:          Don't you think that we should meet again somewhere in
12: the vicinity of the 22nd.  If we are staging these 1, 2, 3 we
13: could see what has come in.  I don't have any hope that you are
14: going to get along all that well, that there are going to be
15: disputes.
16:          On the jury interrogatories, I expect some disputes.
17: I would expect some disputes on the prepared charge, the way
18: that the question is phrased to the jury and the way you would
19: charge on some of these issues, not to mention the standard of
20: proof.  So these submissions on the 8th, 15th, the 22nd.  I
21: think that I could see you the week of the 22nd.
22:          MR. SHER:  I don't have my laptop or my BlackBerry
23: with my calendar in.  I know that I am back here that week.  I
24: have one day that I am, unless your Honor orders me to be here,
25: I have one day on which I know I have a conflict and I don't
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300