UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

------------------------------------------------------------------- x    ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

**DECLARATION OF MARNIE E. RIDDLE WITH EXHIBITS IN OPPOSITION TO DEFENDANT EXXON MOBIL CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF CITY OF NEW YORK'S CLAIMS RELATED TO STATION 6 BASED ON THE STATUTE OF LIMITATIONS**

Marnie E. Riddle, an attorney duly admitted to appear in this case, hereby declares under penalty of perjury:

      1.     I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff City of New York ("the City") in the above-captioned matter. I respectfully submit this Declaration in opposition to Defendants' Motion for Summary Judgment of Plaintiff City of New York's Claims Related to Station 6 Based on the Statute of Limitations (hereinafter "Motion"). This Declaration authenticates the exhibits attached hereto and relied on in the City's Opposition to Defendants' Motion. In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of each of the exhibits appended hereto were made at my direction on or around July 29, 2009.

      2.     Attached as Exhibit 1 is a true and correct copy of the Declaration of William A. Yulinsky, submitted in the above-captioned case on February 22, 2006.

3. Attached as Exhibit 2 is a true and correct copy of the Declaration of Michael A. Principe, submitted in the above-captioned case on February 21, 2006.

4. Attached as Exhibit 3 is a true and correct copy of Exhibit 6 to the Deposition of William A. Yulinsky in the above-captioned case on March 13, 2007.

5. Attached as Exhibit 4 are true and correct copies of the relevant pages from the Expert Report of Donald K. Cohen, CPG and Marnie A. Bell, P.E. (Malcolm Pirnie, Inc.), served in this matter on February 10, 2009.

6. Attached as Exhibit 5 are true and correct copies of the relevant pages from the Deposition of Donald K. Cohen in the above-captioned case on January 13, 2009.

7. Attached as Exhibit 6 are true and correct copies of the relevant pages from the Deposition of William A. Yulinsky in the above-captioned case on March 13, 2007.

On this 29th day of July 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.


Dated: San Francisco, CA      /s/ Marnie E. Riddle
       July 29, 2009      Marnie E. Riddle
       Sher Leff LLP
       450 Mission Street, Suite 400
       San Francisco, CA 94105
       Telephone: (415) 348-8300
       Facsimile: (415) 348-8333
       E-Mail: mriddle@sherleff.com

*Attorney for Plaintiff City of New York*