**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                                    MDL 1358 (SAS)
                                                                           M21-88
-------------------------------------------------------------------- x    ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

-------------------------------------------------------------------- x

**DECLARATION OF MARNIE E. RIDDLE WITH EXHIBITS IN OPPOSITION
TO DEFENDANT EXXON MOBIL CORPORATION'S MOTION FOR
SUMMARY JUDGMENT OF PLAINTIFF CITY OF NEW YORK'S CLAIMS
RELATED TO STATION 6 BASED ON THE STATUTE OF LIMITATIONS**

Marnie E. Riddle, an attorney duly admitted to appear in this case, hereby declares under

penalty of perjury:

1.       I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff

City of New York ("the City") in the above-captioned matter.  I respectfully submit this

Declaration in opposition to Defendants' Motion for Summary Judgment of Plaintiff City

of New York's Claims Related to Station 6 Based on the Statute of Limitations

(hereinafter "Motion").  This Declaration authenticates the exhibits attached hereto and

relied on in the City's Opposition to Defendants' Motion.  In accordance with this

Court's Individual Rules and Procedures, the exhibits have been excerpted to include

only the relevant material.  Copies of each of the exhibits appended hereto were made at

my direction on or around July 29, 2009.

2.       Attached as Exhibit 1 is a true and correct copy of the Declaration of

William A. Yulinsky, submitted in the above-captioned case on February 22, 2006.

3.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Michael A. Principe, submitted in the above-captioned case on February 21, 2006.

4.      Attached as Exhibit 3 is a true and correct copy of Exhibit 6 to the Deposition of William A. Yulinsky in the above-captioned case on March 13, 2007.

5.      Attached as Exhibit 4 are true and correct copies of the relevant pages from the Expert Report of Donald K. Cohen, CPG and Marnie A. Bell, P.E. (Malcolm Pirnie, Inc.), served in this matter on February 10, 2009.

6.      Attached as Exhibit 5 are true and correct copies of the relevant pages from the Deposition of Donald K. Cohen in the above-captioned case on January 13, 2009.

7.      Attached as Exhibit 6 are true and correct copies of the relevant pages from the Deposition of William A. Yulinsky in the above-captioned case on March 13, 2007.

On this 29th day of July 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.


Dated:  San Francisco, CA           /s/ Marnie E. Riddle
        July 29, 2009               Marnie E. Riddle
                                    Sher Leff LLP
                                    450 Mission Street, Suite 400
                                    San Francisco, CA 94105
                                    Telephone:  (415) 348-8300
                                    Facsimile:  (415) 348-8333
                                    E-Mail:  mriddle@sherleff.com

                                    *Attorney for Plaintiff City of New York*