# EXHIBIT 3

*City of New York v. Amerada Hess, et al.*, 04-CV-3417 (SDNY):
Compilation of earliest and latest confirmed MTBE contamination hits
of City of New York groundwater wells provided pursuant to Court ruling
of June 9, 2005, for Defendants' reference in preparing motion pertaining
to the statute of limitations

| Well Number NYC 1 to NYC 7 | Well Address (NYC 5033 to NYC 7585) | Longitude/Latitude Coordinates (X,Y) | | Date of First MTBE Positive Result | First MTBE Positive Result | | Date of Latest MTBE Positive Result | Latest MTBE Positive Result | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Conc. (µg/L) | Bates No. | | Conc. (µg/L) | Bates No. |
| 5 | 93-02 199 St, Hollis 11423 | -73.76 | 40.71 | 01/23/1997 | 0.5 | NYC 279 | 05/09/2004 | 1.1 | NYC 1 to NYC 7 |
| 5A | 9-02 199 St, Hollis 11423 | -73.76 | 40.71 | 05/20/1997 | 2.4 | NYC 279 | 06/09/2004 | 1.2 | NYC 1 to NYC 7 |
| 6 | 164-21 110 Av, South Jamaica 11433 | -73.79 | 40.70 | 08/28/2002 | 1.0 | NYC 1 to NYC 7 | 07/01/2004 | 0.51 | NYC 1 to NYC 7 |
| 6A | 164-21 110 Av, South Jamaica 11433 | -73.79 | 40.70 | 06/04/2002 | 8.9 | NYC 1 to NYC 7 | 06/29/2004 | 1.3 | NYC 1 to NYC 7 |
| 6B | 164-21 110 Av, South Jamaica 11433 | -73.79 | 40.69 | 03/26/2002 | 2.0 | NYC 1 to NYC 7 | 06/29/2004 | 4.8 | NYC 1 to NYC 7 |
| 6D | 164-21 110 Av, South Jamaica 11433 | -73.79 | 40.70 | 04/18/2000 | 1.5 | NYC 1 to NYC 7 | 07/01/2004 | 118.0 | NYC 1 to NYC 7 |
| 10 | 118-32 224 St, Cambria Heights 11411 | -73.74 | 40.69 | 09/23/1997 | 0.8 | NYC 311 | 01/28/2003 | 0.6 | NYC 307 |
| 10A | 118-32 224 St, Cambria Heights 11411 | -73.74 | 40.69 | 01/29/1997 | 3.9 | NYC 311 | 01/29/1997 | 3.9 | NYC 311 |
| 13 | 214-01 89 Av, Holliswood 11427 | -73.75 | 40.73 | 05/14/1997 | 0.8 | NYC 279 | 03/13/2002 | 1.3 | NYC 303 |
| 23 | 114-36 224 St, Cambria Heights 11411 | -73.73 | 40.70 | 06/08/2004 | 1.2 | NYC 1 to NYC 7 | 06/08/2004 | 1.2 | NYC 1 to NYC 7 |
| 26 | 113-30 Frances Lewis Bl, St. Albans 11412 | -73.75 | 40.70 | 07/01/2004 | 1.6 | NYC 1 to NYC 7 | 07/01/2004 | 1.6 | NYC 1 to NYC 7 |
| 27 | Dunton St n/o Keno Av, Jamaica Estates 11423 | -73.76 | 40.72 | 01/07/1998 | 0.8 | NYC 282 | 09/15/1999 | 1.7 | NYC 1 to NYC 7 |
| 32 | 126-15 111 Av, South Ozone Park 11420 | -73.81 | 40.68 | 02/24/1998 | 0.8 | NYC 1 to NYC 7 | 06/08/2004 | 0.48 | NYC 1 to NYC 7 |
| 33 | 160-25 108th Ave, South Jamaica 11433 | -73.79 | 40.70 | 04/18/2000 | 0.73 | NYC 1 to NYC 7 | 06/28/2004 | 0.63 | NYC 1 to NYC 7 |
| 36 | 129 Av e/o Brookville Bl, Rosedale 11422 | -73.73 | 40.68 | 04/04/2001 | 0.8 | NYC 299 | 04/04/2001 | 0.8 | NYC 299 |
| 38 | 90-35 193rd St, Hollis 11423 | -73.77 | 40.71 | 06/18/1996 | 48.5 | NYC 4630 | 06/28/2004 | 0.45 | NYC 1 to NYC 7 |
| 38A | 90-35 193rd St, Hollis 11423 | -73.77 | 40.71 | 06/18/1996 | 6.0 | NYC 4830 | 01/06/2004 | 61.0 | NYC 1 to NYC 7 |
| 39 | 90-42 Springfield Blvd, Queens Village 11428 | -73.74 | 40.73 | 06/22/2004 | 0.5 | NYC 1 to NYC 7 | 06/22/2004 | 0.5 | NYC 1 to NYC 7 |
| 39A | 90-42 Springfield Blvd, Queens Village 11428 | -73.74 | 40.73 | 01/07/1998 | 1.1 | NYC 1 to NYC 7 | 06/28/2004 | 0.46 | NYC 1 to NYC 7 |
| 42 | swc Murdock Av & 198 St, St. Albans 11412 | -73.76 | 40.70 | 07/01/2004 | 1.2 | NYC 1 to NYC 7 | 07/01/2004 | 1.2 | NYC 1 to NYC 7 |
| 43 | 118 St n/o Hillside Av, Richmond Hill 11418 | -73.83 | 40.70 | 04/09/2002 | 580.0 | NYC 1 to NYC 7 | 04/02/2002 | 660.0 | NYC 1 to NYC 7 |
| 45 | 120 St s/o 101 Av, Richmond Hill 11419 | -73.82 | 40.69 | 01/15/1998 | 0.6 | NYC 283 | 12/16/1999 | 0.9 | NYC 1 to NYC 7 |
| 47 | 112 Rd e/o Springfield Bl, Queens Village 11429 | -73.74 | 40.70 | 09/03/1998 | 1.1 | NYC 287 | 06/08/2004 | 1.1 | NYC 1 to NYC 7 |
| 48 | 109-77 Francis Lewis Blvd, Hollis 11429 | -73.75 | 40.71 | 05/06/1998 | 0.7 | NYC 285 | 06/28/2004 | 0.98 | NYC 1 to NYC 7 |
| 50 | Parsons Bl s/o 77 Av, Flushing 11466 | -73.81 | 40.72 | 01/07/1997 | 1.9 | NYC 279 | 06/08/2004 | 0.39 | NYC 1 to NYC 7 |
| 50A | Parsons Bl s/o 77 Av, Flushing 11466 | -73.81 | 40.72 | 04/23/1997 | 10.7 | NYC 1 to NYC 7 | 06/08/2004 | 0.41 | NYC 1 to NYC 7 |
| 52 | 161 St n/o 72 Av, Flushing 11466 | -73.81 | 40.73 | 12/30/2003 | 1.0 | NYC 1 to NYC 7 | 06/10/2004 | 2.0 | NYC 1 to NYC 7 |
| 53 | 76 Rd e/o 160 St, Flushing 11466 | -73.81 | 40.73 | 09/26/1996 | 7.8 | NYC 318 | 06/08/2004 | 0.36 | NYC 1 to NYC 7 |
| 53A | 76 Rd e/o 160 St, Flushing 11466 | -73.81 | 40.73 | 09/26/1996 | 7.1 | NYC 318 | 08/08/2004 | 1.1 | NYC 1 to NYC 7 |
| 54 | nwc 228 St & Linden Bl, Cambria Heights 11411 | -73.73 | 40.69 | 06/10/2004 | 0.48 | NYC 1 to NYC 7 | 06/10/2004 | 0.48 | NYC 1 to NYC 7 |
| 58 | S Grand Central e/o Midland Pky, Jamaica 11432 | -73.78 | 40.72 | 04/23/1997 | 11.3 | NYC 1 to NYC 7 | 03/24/1998 | 1.5 | NYC 1 to NYC 7 |


EXHIBIT
Jlinsky
6
3-13-07

CONFIDENITAL (per 2004 MDL 1358 Order)

NYC-12053