# EXHIBIT 4



**New York City Law Department**
100 Church Street • Room 6-140 • New York, NY 10007

# MTBE Expert Report

February 2009



Report Prepared By:

**Malcolm Pirnie, Inc.**

27-01 Queens Plaza North
Suite 800
Long Island City, NY 11101
718-446-0116



### 7.2.1.1. MTBE Detection in Well 6

As shown in **Figure 7-3**, MTBE was first detected in Well 6 on August 8, 2002[1] at 1 µg/L and the highest detected MTBE result was on September 5, 2002 at 2.3 µg/L. In total, of the 10 samples taken, 8 had detectable concentrations of MTBE. **Figure 7-3** shows that the detection of MTBE coincided with the two periods when Well 6 was pumped for pilot testing from 2002 to 2003 and for three subsequent sampling events.

**Figure 7-3: Well 6 Pumping and MTBE Detection History 1987 to 2008**



Source: See **Appendix A** for pumping history and water quality data.

---

[1] The dates referenced for detections of MTBE in a well are the dates that the samples were collected.

  New York City Law Department
MTBE Expert Report      7-6

### 7.2.1.2. MTBE Detection in Well 6A

As presented in **Figure 7-4**, MTBE was initially detected in Well 6A on March 4, 2002 at 8.9 µg/L, which is also the maximum concentration detected, and was last detected on June 29, 2004 at 1.3 µg/L. The MTBE concentrations spiked when Well 6A was pumped between 2002 and 2003 as part of the pilot test. Subsequent sampling events detected a decreasing concentration of MTBE as Well 6A was no longer being pumped on a regular basis. Of the 7 groundwater samples taken from Well 6A, MTBE was detected in 5 samples.

**Figure 7-4: Well 6A Pumping and MTBE Detection History 1987 to 2008**



Source: See **Appendix A** for pumping history and water quality data.

### 7.2.1.3. MTBE Detection in Well 6B

Figure 7-5 shows that MTBE was first detected in Well 6B on March 26, 2002 at 2 µg/L when Well 6B was beginning to be used for the pilot test. Well 6B was heavily pumped during the year-long pilot and MTBE concentrations were consistently detected between 2 and 6.5 ppb. The highest detected MTBE concentration of 6.5 µg/L occurred on August 12, 2002. MTBE was last detected on April 10, 2007 at 2.3 µg/L when Well 6B was activated for a sampling purposes. MTBE was detected in all of the 40 groundwater samples collected from Well 6B, again indicating the persistence of MTBE as a contaminant.

**Figure 7-5: Well 6B Pumping and MTBE Detection History 1987 to 2008**



Source: See **Appendix A** for pumping history and water quality data.



### 7.2.1.4. MTBE Detection in Well 6D

As presented in **Figure 7-6**, MTBE was first detected in Well 6D on April 18, 2000 at 1.5 µg/L and was last measured on February 28, 2007 at 77 µg/L. The highest MTBE concentration detected was 350 µg/L on 1/28/2003 when Well 6D was being used to supply groundwater for the pilot testing. Most recently, when Well 6D was pumped for a sampling event at the end of 2007, MTBE was once again detected at levels between 75 and 125 µg/L.

The persistence of MTBE as a contaminant in this well and the rapid increase in MTBE concentration to the peak of 350 ppb indicates the presence of a plume of MTBE contaminated groundwater located at a relatively close distance. The decrease in concentration after pumping of Well 6D was stopped further indicates that the MTBE plume was moving away from or was at least no longer being pulled into Well 6D.

**Figure 7-6: Well 6D Pumping and MTBE Detection History 1987 to 2008**

Source: See **Appendix A** for pumping history and water quality data.

### 7.2.1.5. MTBE Detection in Well 33

Since 2000, Well 33 has only been pumped during sampling events. **Figure 7-7** shows that MTBE was first detected in Well 33 on April 18, 2000 at 0.73 µg/L. The highest MTBE concentration detected in Well 33 was 2.1 µg/L on April 21, 2000.

**Figure 7-7: Well 33 Pumping and MTBE Detection History 1976 to 2008**



Source: See **Appendix A** for pumping history and water quality data.

### 7.2.2. Modeling of Capture Zones

A refined 6-layer model based on the original USGS groundwater flow model for the Brooklyn Queens Aquifer Study was used to evaluate potential sources of MTBE detected in the Station 6 production wells (full model documentation is contained in **Appendix B**). Since pumping in the Groundwater System has historically been highly variable, transient groundwater flow simulations were developed to simulate the changing hydraulic gradients and flow patterns that have historically occurred throughout the system.

Reverse particle tracking methods were used to delineate areas up-gradient from the Station 6 wells that have historically contributed flow to the wells. Since MTBE travels at approximately the same velocity as groundwater, the contribution areas are also areas where MTBE entering the wells could have been located. Water quality data from each of the Station 6 wells was evaluated to estimate the dates over which MTBE was entering

Table A-2.

## Samples Analyzed for MTBE at Well 6

| Sample Date | Result (ug/L) | MTBE Detected | Type | Lab | Lab Sample Code | Reference |
|---|---|---|---|---|---|---|
| 8/28/2002 | 1.00 | TRUE | Raw Water | CAS | BQA-L-00000-008490 | Columbia Analytical Services (2002, September 19). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213435). |
| 9/3/2002 | 2.00 | TRUE | Raw Water | CAS | BQA-L-00000-008579 | Columbia Analytical Services (2002, September 19). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213435). |
| 9/5/2002 | 2.30 | TRUE | Raw Water | CAS | BQA-L-00000-008668 | Columbia Analytical Services (2002, September 19). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213435). |
| 7/1/2004 | -1.00 | FALSE | Raw Water | CAS | 739730 | Columbia Analytical Services (2004, August 3). *Analytical Test Report for MWH Laboratories* (Lab Submission # R2421956). |
| 7/1/2004 | 0.51 | TRUE | Raw Water | MWH | 2407020143 | MWH Laboratories (2004, July 6). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 129860). |
| 3/21/2006 | 0.99 | TRUE | Raw Water | STL NEWB | 255229-004 | STL (2006, June 27). *Sample Data Summary Package* (STL Lab # 255229). |
| 3/28/2006 | 0.69 | TRUE | Raw Water | STL NEWB | 255291-004 | STL (2006, June 27). *Sample Data Summary Package* (STL Lab # 255291). |
| 4/4/2006 | 0.84 | TRUE | Raw Water | MWH | 2604050406 | MWH Laboratories (2006, May 5). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 171165). |
| 10/30/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214063-002 | STL (2006, November 10). *Analytical Report for Malcolm Pirnie, Inc.* (STL Report: 214063). |
| 11/9/2006 | 0.78 | TRUE | Raw Water | STL CONN | 214131-001 | STL (2006, November 27). *Analytical Report for Malcolm Pirnie, Inc.* (STL Report: 214131). |



Table A-3.

## Samples Analyzed for MTBE at Well 6A

| Sample Date | Result (ug/L) | MTBE Detected | Type | Lab | Lab Sample Code | Reference |
|---|---|---|---|---|---|---|
| 3/4/2002 | 8.90 | TRUE | Raw Water | CAS | BQA-L-00000-005518 | Columbia Analytical Services (2002, March 21). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2210948). |
| 9/9/2002 | 4.50 | TRUE | Raw Water | CAS | BQA-L-00000-009547 | Columbia Analytical Services (2002, October 17). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213586). |
| 9/12/2002 | 4.30 | TRUE | Raw Water | CAS | BQA-L-00000-009535 | Columbia Analytical Services (2002, October 17). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213586). |
| 6/29/2004 | 1.30 | TRUE | Raw Water | CAS | 739724 | Columbia Analytical Services. *Analytical Test Report for MWH Laboratories* (Report No. 129706). |
| 6/29/2004 | 1.30 | TRUE | Raw Water | MWH | 2406300207 | MWH Laboratories (2004, July 6). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 129706). |
| 3/13/2007 | -0.50 | FALSE | Raw Water | MWH | 2703140316 | MWH Laboratories (2007, April 3). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 198646). |
| 3/13/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1051-1 | STL (2007, April 2). *Analytical Report for Malcolm Pirnie, Inc.* (SDG Number 220-1051). |

Appendix A
Water Quality

### Table A-4.
### Samples Analyzed for MTBE at Well 6B

| Sample Date | Result (ug/L) | MTBE Detected | Type | Lab | Lab Sample Code | Reference |
|---|---|---|---|---|---|---|
| 8/1/2002 | 5.90 | TRUE | Raw Water | CAS | BQA-L-00000-009450 | Columbia Analytical Services (2002 August 1). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2212846). |
| 3/26/2002 | 2.00 | TRUE | Raw Water | CAS | BQA-L-00000-005616 | Columbia Analytical Services (2002 April 10). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211283). |
| 4/4/2002 | 2.50 | TRUE | Raw Water | CAS | BQA-L-00000-001175 | Columbia Analytical Services (2002 April 24). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211395). |
| 4/11/2002 | 3.20 | TRUE | Raw Water | CAS | BQA-L-00000-005962 | Columbia Analytical Services (2002 April 24). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211487). |
| 4/18/2002 | 3.30 | TRUE | Raw Water | CAS | BQA-L-00000-006197 | Columbia Analytical Services (2002 May 17). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211567). |
| 4/25/2002 | 3.80 | TRUE | Raw Water | CAS | BQA-L-00000-009541 | Columbia Analytical Services (2002 May 15). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211708). |
| 5/9/2002 | 5.10 | TRUE | Raw Water | CAS | BQA-L-00000-006353 | Columbia Analytical Services (2002 May 29). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2211932). |
| 5/16/2002 | 5.00 | TRUE | Raw Water | CAS | BQA-L-00000-007760 | Columbia Analytical Services (2002 June 4). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2212029). |
| 5/23/2002 | 5.10 | TRUE | Raw Water | CAS | BQA-L-00000-001589 | Columbia Analytical Services (2002 December 5). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2212138). |



Appendix A
Water Quality

| Date | Value | Flag | Type | Lab | ID | Reference |
|---|---|---|---|---|---|---|
| 7/31/2002 | 5.90 | TRUE | Raw Water | CAS | BQA-L-00000-006910 | Columbia Analytical Services (2002 August 16). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2212848). |
| 8/12/2002 | 6.50 | TRUE | Raw Water | CAS | BQA-L-00000-007590 | Columbia Analytical Services (2002 September 4). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Report No. R2212849). |
| 8/19/2002 | 5.90 | TRUE | Raw Water | CAS | BQA-L-00000-008222 | Columbia Analytical Services (2002, October 17). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213586). |
| 8/20/2002 | 5.90 | TRUE | Raw Water | CAS | BQA-L-00000-008313 | Columbia Analytical Services (2002, October 17). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213586). |
| 1/2/2003 | 4.60 | TRUE | Raw Water | CAS | BQA-L-00000-009603 | Columbia Analytical Services (2003 January 13). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2315067). |
| 6/29/2004 | 4.80 | TRUE | Raw Water | CAS | 739725 | Columbia Analytical Services. *Analytical Test Report for MWH Laboratories* (Report No. 129706). |
| 10/2/2002 | 4.20 | TRUE | Raw Water | MWH | BQA-L-00000-009537 | Columbia Analytical Services (2002, October 11). *Analytical Test Report for Tucker, Young, Jackson, Tull Inc.* (Lab Submission # R2213975). |
| 10/24/2002 | 3.90 | TRUE | Raw Water | MWH | BQA-L-00000-009574 | MWH Laboratories (2002 November 8). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 102143). |
| 10/30/2002 | 4.00 | TRUE | Raw Water | MWH | BQA-L-00000-009559 | MWH Laboratories (2002 November 20). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 102339). |
| 11/20/2002 | 3.90 | TRUE | Raw Water | MWH | BQA-L-00000-009563 | MWH Laboratories (2002 December 17). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 103273). |

MALCOLM PIRNIE

New York City Law Department
MTBE Expert Report



A-6

| Date | Value | Flag | Type | Lab | Sample ID | Reference |
|---|---|---|---|---|---|---|
| 11/25/2002 | 4.10 | TRUE | Raw Water | MWH | BQA-L-00000-009568 | MWH Laboratories (2002 December 27). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 103406). |
| 11/26/2002 | 4.30 | TRUE | Raw Water | MWH | BQA-L-00000-009582 | MWH Laboratories (2003 January 2). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 103520). |
| 12/18/2002 | 4.00 | TRUE | Raw Water | MWH | BQA-L-00000-009584 | MWH Laboratories (2003 January 9). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 104265). |
| 12/26/2002 | 4.20 | TRUE | Raw Water | MWH | BQA-L-00000-009594 | MWH Laboratories (2003 January 21). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 104455). |
| 1/9/2003 | 5.50 | TRUE | Raw Water | MWH | BQA-L-00000-009612 | MWH Laboratories (2003 February). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 104583). |
| 6/29/2004 | 4.70 | TRUE | Raw Water | MWH | 2406300209 | Columbia Analytical Services. *Analytical Test Report for MWH Laboratories* (Report No. 129706). |
| 3/20/2007 | 2.60 | TRUE | Raw Water | MWH | 2703210469 | MWH Laboratories (2007, April 17). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 199284). |
| 3/27/2007 | 2.80 | TRUE | Raw Water | MWH | 2703280066 | MWH Laboratories (2007, April 18). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 199826). |
| 4/10/2007 | 2.30 | TRUE | Raw Water | MWH | 2704120416 | MWH Laboratories (2007, April 21). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 201463). |
| 3/20/2007 | 2.10 | TRUE | Raw Water | STL CT | 220-1122-1 | STL (2007, April 5). *Analytical Report for Malcolm Pirnie, Inc.* (SDG Number 220-1122). |
| 3/27/2007 | 2.50 | TRUE | Raw Water | STL CT | 220-1213-7 | STL (2007, April 11). *Analytical Report for Malcolm Pirnie, Inc.* (SDG Number 220-1213). |
| 4/3/2007 | 2.40 | TRUE | Raw Water | STL CT | 220-1269-1 | STL (2007, April 18). *Analytical Report for Malcolm Pirnie, Inc.* (SDG Number 220-1269). |



### Table A-5.
### Samples Analyzed for MTBE at Well 6D

| Sample Date | Result (ug/L) | MTBE Detected | Type | Lab | Lab Sample Code | Reference |
|---|---|---|---|---|---|---|
| 4/18/2000 | 1.50 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services. (2000 May 12) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2001609). |
| 4/19/2000 | 1.60 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services. (2000 May 12) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2001609). |
| 4/20/2000 | 1.60 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services. (2000 May 12) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2001609). |
| 4/21/2000 | 1.60 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services. (2000 May 12) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2001609). |
| 2/15/2002 | 76.00 | TRUE | Raw Water | CAS | BQA-L-00000-000185 | Columbia Analytical Services. (2002 February 27) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2210714). |
| 9/17/2002 | 140.00 | TRUE | Raw Water | CAS | BQA-L-00000-008786 | Columbia Analytical Services. (2002 October 8) *Analytical Test Report for Malcolm Pirnie Engineers* (Report No. R2213668). |
| 7/1/2004 | 110.00 | TRUE | Raw Water | CAS | 739729 | Columbia Analytical Services. *Analytical Test Report for MWH Laboratories* (Report No. 129860). |
| 9/19/2002 | 140.00 | TRUE | Raw Water | MWH | BQA-L-00000-008812 | MWH Laboratories (2002, October 1). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 100888). |
| 1/28/2003 | 350.00 | TRUE | Raw Water | MWH | BQA-L-00000-009621 | MWH Laboratories (2003 February 27). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 105150). |
| 7/1/2004 | 118.00 | TRUE | Raw Water | MWH | 2407020142 | MWH Laboratories (2004, July 6). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 129860). |



| Date | Value | Flag | Sample | Lab | ID | Reference |
|---|---|---|---|---|---|---|
| 2/7/2007 | 126.00 | TRUE | Raw Water | MWH | 2702080181 | MWH Laboratories (2007, March 1). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 195558). |
| 2/13/2007 | 88.00 | TRUE | Raw Water | MWH | 2702140512 | MWH Laboratories (2007, February 22). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 196170). |
| 2/20/2007 | 85.00 | TRUE | Raw Water | MWH | 2702210106 | MWH Laboratories (2007, March 13). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 196714). |
| 2/28/2007 | 77.00 | TRUE | Raw Water | MWH | 2703010124 | MWH Laboratories (2007, March 7). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 3175029). |
| 2/7/2007 | 120.00 | TRUE | Raw Water | STL CT | 220-754-1 | STL (2007, February 20). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-754-1). |
| 2/13/2007 | 98.00 | TRUE | Raw Water | STL CT | 220-811-1 | STL (2007, March 2). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-811-1). |
| 2/20/2007 | 96.00 | TRUE | Raw Water | STL CT | 220-864-2 | STL (2007, March 9). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-864-1). |
| 2/28/2007 | 91.00 | TRUE | Raw Water | STL CT | 220-943-1 | STL (2007, March 22). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-943-1). |



| | | | | | | |
|---|---|---|---|---|---|---|
| 12/13/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214437-001 | STL (2007, January 2). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214437). |
| 12/6/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214354-001 | STL (2006, December 14). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214354). |
| 11/21/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214193-001 | STL (2006, December 12). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214193). |
| 11/17/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214167-001 | STL (2006, December 12). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214167). |
| 11/29/2006 | 0.22 | FALSE | Raw Water | STL CONN | 214262-001 | STL (2006, December 8). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214262). |
| 3/21/2006 | 5.00 | FALSE | Raw Water | STL NEWB | 255229-002 | STL (2006, June 27). *Sample Data Summary Package* (STL Lab # 255229). |
| 3/28/2006 | 5.00 | FALSE | Raw Water | STL NEWB | 255291-002 | STL (2006, June 22). *Sample Data Summary Package* (STL Lab # 255291). |
| 6/28/2004 | -1.00 | FALSE | Raw Water | CAS | 739310 | Columbia Analytical Services (2004, August 3). *Analytical Test Report for MWH Laboratories* (Lab Submission # R2421956). |
| 6/28/2004 | 0.63 | TRUE | Raw Water | MWH | 2406290101 | MWH Laboratories (2004, July 6). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 129598). |
| 1/2/2007 | 0.22 | FALSE | Raw Water | STL CONN | 214529-001 | STL (2007, January 15). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 214529). |
| 5/29/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1703-1 | STL (2007, June 7). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1703-1). |
| 4/21/2000 | 2.10 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services (2000, May 12). *Analytical Test Report for Malcolm Pirnie Engineers* (Lab Submission # R2001609). |
| 4/20/2000 | 1.60 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services (2000, May 12). *Analytical Test Report for Malcolm Pirnie Engineers* (Lab Submission # R2001609). |



Appendix A
Water Quality

| Date | Value | Flag | Type | Lab | ID | Source |
|---|---|---|---|---|---|---|
| 4/19/2000 | 1.00 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services (2000, May 12). *Analytical Test Report for Malcolm Pirnie Engineers* (Lab Submission # R2001609). |
| 4/18/2000 | 0.73 | TRUE | Raw Water | CAS | R2001609 | Columbia Analytical Services (2000, May 12). *Analytical Test Report for Malcolm Pirnie Engineers* (Lab Submission # R2001609). |
| 6/19/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1872-3 | STL (2007, June 28). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1872-1). |
| 3/6/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-984-1 | STL (2007, March 26). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-984-1). |
| 7/12/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-2122-1 | STL (2007, July 25). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-2122-1). |
| 6/26/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1959-3 | STL (2007, July 6). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1959-1). |
| 1/30/2007 | 5.00 | FALSE | Raw Water | STL CT | 220-694-1 | STL (2007, February 9). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-694-1). |
| 3/13/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1051-2 | STL (2007, April 2). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1051-1). |
| 6/5/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1759-1 | STL (2007, June 20). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1759-1). |
| 4/4/2006 | -0.50 | FALSE | Raw Water | MWH | 2604050397 | MWH Laboratories (2005, May 5). *Laboratory Report for Malcolm Pirnie - NYCDEP Project* (Report No. 171165). |
| 5/22/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1647-1 | STL (2007, June 4). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1644-1). |
| 5/15/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1604-1 | STL (2007, May 30). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1604-1). |
| 4/26/2007 | 0.22 | FALSE | Raw Water | STL CT | 220-1453-5 | STL (2007, May 14). *Analytical Report for Malcolm Pirnie, Inc.* (Job Number 220-1453-1). |

MALCOLM PIRNIE    New York City Law Department
MTBE Expert Report                                  A-12