# EXHIBIT 5

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

    In Re:
        City of New York
        ------

    CONFIDENTIAL (Per 2004 MDL 1358 Order)

        ------

        January 13, 2009

        ------

        Videotaped Deposition of
DONALD K. COHEN, CPG, 30(b)(6) witness
for the City of New York, held in the law
offices of McDermott, Will & Emery, 340
Madison Avenue, New York, New York 10173,
beginning at approximately 10:22 a.m.,
before Ann V. Kaufmann, a Registered
Professional Reporter, Certified Realtime
Reporter, Approved Reporter of the U.S.
District Court, and a Notary Public.

        ------

        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph|917.591.5672 fax
            deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 2

```
 1   APPEARANCES:
 2      SHER LEFF, LLP
        VICTOR M. SHER, ESQUIRE
 3      vsher@sherleff.com
        450 Mission Street, Suite 400
 4      San Francisco, CA  94105
        (414) 348.8300
 5      Counsel for City of New York
 6
        NEW YORK CITY LAW DEPARTMENT
 7      OFFICE OF THE CORPORATE COUNSEL
        AMANDA C. GOAD, ESQUIRE
 8      agoad@law.nyc.gov
        SARAH KOGEL-SMUCKER, ESQUIRE
 9      100 Church Street
        New York, NY  10007
10      (212) 676-8517
        Counsel for the City of New York and the witness
11
        HUNTON & WILLIAMS
12      GEORGE P. SIBLEY, III, ESQUIRE
        gsibley@hunton.com
13      Riverfront Plaza, East Tower
        951 East Byrd Street
14      Richmond, VA  23219
        (804) 788-8200
15      Counsel for Flint Hills Resources
16
        WALLACE KING DOMIKE & REISKIN, PLLC
17      PETER C. CONDRON, ESQUIRE
        pcondron@wallaceking.com
18      1050 Thomas Jefferson Street, N.W.
        Washington, DC  20007
19      (202) 204-1000
        Counsel for Shell and Chevron
20
        BLANK ROME, LLP
21      SANDRA J. DOYLE, ESQUIRE
        doyle@blankrome.com
22      One Logan Square
        130 North 18th Street
23      Philadelphia, PA  19103
        (215) 569-5500
24      Counsel for Lyondell Chemical Co.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 3

```
 1    APPEARANCES (continued):
 2       McDERMOTT WILL & EMERY, LLP
         MALINDA MORAIN, ESQUIRE
 3       mmorain@mwe.com
         340 Madison Avenue
 4       New York, NY  10173
         (212) 547-5400
 5       Counsel for Exxon Mobil
 6
         EIMER, STAHL, KLEVORN & SOLBERG, LLP
 7       PAMELA R. HANEBUTT, ESQUIRE
         phanebutt@eimerstahl.com
 8       224 S. Michigan Avenue, Suite 1100
         Chicago, IL  60604
 9       (312) 660-7625
         Counsel for CITGO
10
         KING & SPALDING, LLP
11       RUSSELL D. WORKMAN, ESQUIRE
         rworkman@kslaw.com
12       1100 Louisiana, Suite 4000
         Houston, TX  7702-5213
13       (713) 751.3200
         Counsel for the Chevron Defendants
14
      APPEARANCES:  (via telephone)
15
         BLEAKLEY PLATT & SCHMIDT, LLP
16       JOHN A. RISI, ESQUIRE
         jrisi@bpslaw.com
17       One North Lexington Avenue
         White Plains, NY  10601
18       (914) 287-6104
         Counsel for Getty Petroleum Marketing, Inc.
19
20       BRACEWELL & GIULIANI, LLP
         BENJAMIN PATTON, ESQUIRE
21       ben.patton@bgllp.com
         711 Louisiana Street, Suite 2300
22       Houston, TX  77002
         (713) 221-1404
23       Counsel for Valero Energy Corporation
         and Total Petrochemicals USA
24
```

```
 1   APPEARANCES:  (Via telephone Continued)
 2      GOODWIN PROCTOR
        NICOLE L. PICARD, ESQUIRE
 3      npicard@goodwinproctor.com
        Exchange Place
 4      53 State Street
        Boston, MA  02109
 5      (617)570-1900
        Counsel for Gulf Oil Limited Partnership
 6
 7      BEVERIDGE & DIAMOND, P.C.
        PATRICK R. JACOBI, ESQUIRE
 8      pjacobi@bdlaw.com
        1350 I Street NW - Suite 700
 9      Washington, DC  20005-3311
        (202) 789-6000
10      Counsel for Sunoco
11
     PRESENT:
12
        Larry Moskowitz, Videographer
13      Golkow Technologies, Inc.
14
15
16
17
18
19
20
21
22
23
24
```

```
 1              DEPOSITION SUPPORT INDEX
 2
 3      DIRECTION TO WITNESS NOT TO ANSWER
 4
 5                        PAGE
 6                         30
                           71
 7                         72
                          281
 8                        283
                          288
 9
10
11          REQUEST FOR PRODUCTION OF
12             INFORMATION/DOCUMENTS
13                      [NONE]
14
15                   STIPULATIONS
16      Page        Line
17
                 QUESTIONS MARKED
18
                      [none]
19
20
21
22
23
24
```

Confidential - Per 2004 MDL 1358 Order

Page 10

1          THE VIDEOGRAPHER:  Good
2  morning.  We're now on the record.  My
3  name is Larry Moskowitz and I'm a
4  videographer for Golkow Technologies,
5  Inc. Today's date is January 13, 2009,
6  and the time is 10:22 a.m. This video
7  deposition is being held at McDermott,
8  Will & Emery, 340 Madison Avenue, New
9  York, New York, in the matter of In
10  Re: MTBE for the United States District
11  Court, Southern District of New York.
12  The deponent today is Donald Cohen.
13          Will counsel and those
14  present please identify themselves for
15  the record.
16          MR. CONDRON:  Peter Condron,
17  Wallace, King, Domike & Branson --
18  Reiskin, excuse me, for Shell and
19  Chevron.
20          MR. SIBLEY:  Trey Sibley,
21  Hunton & Williams, for Flint Hills
22  Resources, LLP.
23          MR. WORKMAN:  Rusty Workman,
24  King & Spalding, for the Chevron

1   defendants.

2           MS. MORAIN:  Malinda Morain
3   with McDermott, Will & Emery for Exxon
4   Mobil.

5           MS. HANEBUTT:  Pamela
6   Hanebutt, Eimer Stahl, for CITGO
7   Petroleum Corporation.

8           MS. DOYLE:  Sandra Doyle of
9   Blank Rome for Lyondell.

10           MR. SHER:  Why don't we have
11   defense counsel on the phone identify
12   themselves.

13           MR. PATTON:  Ben Patton with
14   Bracewell & Guiliani, for Valero.

15           MS. PICARD:  Nicole Picard
16   from Goodwin Proctor, LLC, for Gulf Oil
17   Limited Partnership.

18           MR. JACOBI:  Patrick Jacobi
19   from Beveridge & Diamond for Sunoco.

20           MR. RISI:  John Risi,
21   Bleakley, Platt & Schmidt, Getty
22   Petroleum Marketing, Incorporated.

23           MR. SHER:  Anybody else on
24   the phone?

Confidential - Per 2004 MDL 1358 Order

Page 12

```
 1            Vic Sher for the City and
 2   the witness and with me is Amanda Goad
 3   and Sarah --
 4            MS. KOGEL-SMUCKER:  Kogel-
 5   Smucker.
 6            MR. CONDRON:  Good morning,
 7   Mr. Cohen -- I'm sorry.  Please swear
 8   him in.
 9            DONALD K. COHEN, CPG,
10   30(b)(6) 75-20 Astoria Boulevard, Suite
11   350, Jackson Heights, New York, NY
12   11370 having been duly sworn, was
13   examined and testified as follows:
14                  EXAMINATION
15   BY MR. CONDRON:
16       Q.    Good morning, Mr. Cohen.
17   My name is Pete Condron.  I represent
18   Shell and Chevron in this action.
19            Could you state your name
20   for the record, please?
21       A.    Donald K. Cohen.
22       Q.    Could we get your business
23   address as well?
24       A.    It is -- I work for Malcolm
```

Page 13

1  Pirnie, Incorporated, 75-20 Astoria
2  Boulevard, Suite 350, Jackson Heights,
3  New York.  ZIP code is 11370.
4        Q.    Very good.  What is your
5  position with Malcolm Pirnie, sir?
6        A.    I'm a senior associate with
7  the firm.
8        Q.    And we're here to take your
9  testimony in this matter pursuant to a
10 deposition notice that the defendants
11 served on the City of New York,
12 requesting a representative to testify
13 about certain topics.  Do you understand
14 that you are here as a representative of
15 the City today?
16       A.    Yes, I do.
17       Q.    I know you have had your
18 deposition taken before, you provided us
19 with a list of your previous testimony,
20 and I appreciate that.  Just a couple of
21 ground rules to go over before we get
22 started.
23             We're here to take your
24 testimony today, as I said.  I'd ask

```
 1    that you give us your best testimony,
 2    that you not speculate; but if you need
 3    to estimate something, we are entitled
 4    to your best estimate of something as
 5    opposed to a guess.  Do you understand
 6    the difference between an estimate and a
 7    guess?
 8         A.    Yes, I do.
 9         Q.    Okay.  Also today there's a
10    number of counsel in the room.  From
11    time to time your counsel may object.  I
12    will be asking questions.  I just ask
13    that you not speak over either myself or
14    your own counsel while we're trying to
15    take your testimony.  The court reporter
16    has a difficult time taking down more
17    than one person talking at once, despite
18    how good she actually is.  And I would
19    just ask that you wait for my question
20    to finish, perhaps your counsel may
21    object, and then when you answer, just
22    make sure that you are the only one
23    speaking.  Is that okay?
24         A.    That's okay.
```

Confidential - Per 2004 MDL 1358 Order

Page 15

```
 1      Q.    In addition, when we talk
 2   in normal conversation, we tend
 3   sometimes to nod our heads or say uh-huh
 4   or unh-unh, and unfortunately when you
 5   are trying to create a record, that
 6   doesn't come through.  So I may prompt
 7   you from time to time with something
 8   like, Is that a yes or is that a no?
 9   I'm not trying to be rude or
10   disrespectful; I just want to make sure
11   that it is clear for the record that you
12   are saying yes or no.  Is that okay?
13      A.    That's okay, yes.
14      Q.    Very good.  If we could get
15   this marked as your -- the first
16   exhibit.  It is a copy of the deposition
17   notice in this matter.
18            I have a copy for counsel.
19   Here is a couple extras.  I didn't bring
20   enough for everybody.
21            (Below-described document
22   marked Cohen Exhibit 1.)
23   BY MR. CONDRON:
24      Q.    Mr. Cohen, you have been
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 156

1      A.      Yes, there are.
2      Q.      What plans exist for doing
3   that?
4      A.      It is included in the scope
5   of work for the -- when the design for
6   Station 6 restarts.
7      Q.      And that's sometime in
8   2011?
9      A.      Correct, although the DEC
10  through its work on Westside has been
11  working through our same community group
12  and that's ongoing.
13     Q.      With regard to Station 6,
14  Mr. Cohen, how many wells will be part
15  of the Station 6 project?
16     A.      In total there will be six
17  wells.
18     Q.      And that's including well
19  6C?
20     A.      That's correct.
21     Q.      And that's screened in the
22  Lloyd Aquifer; correct?
23     A.      That's correct.
24     Q.      The other wells are all

Confidential - Per 2004 MDL 1358 Order

Page 252

1   are being pumped, and these are the
2   calculated blended water quality
3   criteria.
4        Q.   Okay.  But why does the PCE
5   level stay the same while the MTBE level
6   declines?
7        A.   I believe it's because as
8   we increase pumping rates from the
9   various shallow wells, we see, in this
10  case, the flow-weighted averaging would
11  have higher concentrations of PCE,
12  whereas the use of well 6C would be
13  fairly constant in adding that, and
14  that, of course, has no MTBE or PCE.  So
15  it has to do with the flow-weighted
16  average between the various wells and
17  the changing flow rates at the various
18  wells.
19       Q.   Now, in selecting the VOC
20  removal treatment for Station 6 in
21  December of 2004, did you use any kind
22  of computer design tool or software in
23  order to determine what the most
24  effective treatment would be?