# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW YORK

IN RE:

ETHYL TERTIARY BUTYL
ETHER ("MTBE")

PRODUCTS LIABILITY
LITIGATION

_____)

VIDEOTAPED DEPOSITION OF

WILLIAM YULINSKY

New York, New York

— — —

Tuesday, March 13, 2007

(10:30 a.m. - 4:34 p.m.)

BEFORE:  MERCEDES MARNEY, RPR
Notary Public of the State of New York

— — —

GOLKOW TECHNOLOGIES, INC.
1880 John F. Kennedy Boulevard
Suite 760
Philadelphia, Pennsylvania 19103

```
                                                              Page 2
 1
 2
 3
 4
 5
 6
 7
 8
 9                                      MARCH 13, 2007
                                         10:30 A.M.
10
11
12
13        Videotaped Deposition of WILLIAM YULINSKY,
14   held at the offices of MCDERMOTT, WILL & EMERY,
15   340 MADISON AVENUE, New York, New York,
16   pursuant to Notice, before MERCEDES MARNEY,
17   RPR, a Notary Public of the State of New York.
18
19
20
21
22
23
24
25
```

William Yulinsky

Page 3

 1            A P P E A R A N C E S:

 2

 3    EXXON MOBIL CORPORATION

 4        5959 Las Colinas Boulevard

 5        Irving, Texas 75039

 6        BY:  WILLIAM J. STACK, ESQUIRE

 7        (713) 656-2583

 8

 9    MCDERMOTT, WILL & EMERY

10        340 Madison Avenue

11        New York, New York 10173

12        BY:  JENNIFER KALNINS TEMPLE, ESQ.

13        (212) 547-5400

14    Attorneys for ExxonMobil

15

16    BRACEWELL & GIULIANI LLP

17         111 Congress Avenue, Suite 2300

18         Austin, Texas 78701

19         BY:  ANDREW M TAYLOR, ESQUIRE

20         (512) 472-7800

21     Attorneys for Valero Defendants

22

23

24

25

```
 1      NEW YORK CITY LAW DEPARTMENT
 2          100 Church Street
 3          New York, New York 10007
 4          BY:  DANIEL GREENE, ESQUIRE
 5          (212) 788-1568
 6       Attorney for the Witness
 7
 8      BLEAKLEY PLATT & SCHMIDT, LLP
 9          One North Lexington Avenue
10          White Plains, New York 10601
11          BY:  PETER F. HARRINGTON, ESQ.
12          (914) 287-6154
13        Attorneys for Getty
14
15      KING & SPALDING LLC
16          1100 Louisiana, Suite 4000
17          Houston, Texas 77002
18     BY: RUSSELL D. WORKMAN, ESQ.
19          (713) 751-3292
20        Attorneys for Chevron
21
22
23
24
25
```

William Yulinsky

Page 5

```
 1    BLANK ROME LLP
 2        130 North 18th Street
 3        Philadelphia, Pennsylvania 19103
 4        BY:  BETH L. HAAS, ESQUIRE
 5        (215) 569-5610
 6    Attorneys for Lyondell
 7
 8    BEVERIDGE & DIAMOND
 9        477 Madison Avenue, 15th Floor
10        New York, New York 10022
11        BY:  DANIEL M. KRAININ, ESQUIRE
12        (212) 702-5417
13    Attorneys for Sunoco
14
15    WALLACE KING DOMIKE & BRANSON
16        1050 Thomas Jefferson St., N.W.
17        Washington, D.C. 20007
18        BY:  ROBERT LINDO, ESQUIRE
19        (202) 204-1000
20    Attorneys for Shell and Chevron
21
22
23    ALSO PRESENT:
24        ILYA TALEYSNIK, Legal Videographer
25
```

```
 1
 2            IT IS HEREBY STIPULATED AND AGREED by
 3   and between counsel for the respective parties
 4   herein, that filing, sealing and certification
 5   be and the same are hereby waived.
 6
 7            IT IS FURTHER STIPULATED AND AGREED
 8   that all objections, except as to the form of
 9   the question, are reserved to the time of
10   trial.
11
12            IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be sworn to and
14   signed before any officer authorized to
15   administer an oath, with the same force and
16   effect as if signed and sworn to before the
17   Court.
18
19                      * * *
20
21
22
23
24
25
```

Page 7

```
 1            THE VIDEOGRAPHER:  This is Ilya
 2     Taleysnik.  Member of the National Legal
 3     Association for Golkow Litigation
 4     Technologies.
 5            We're on record at 10:30 a.m. on
 6     March 13, 2007.  We're here for the case
 7     of the MTBE Products Liability litigation.
 8     The witness today is William Yulinsky.
 9            We're at the location of
10     340 Madison Avenue in New York City.
11            Will the attorneys please state their
12     appearances for the record.
13            MR. STACK:  William Stack for Exxon
14     Mobil Corp.
15            MS. KALNINS TEMPLE:  Jennifer kalnins Temple
16     from McDermott, Will & Emery, for Exxon Mobil
17     Corporation.
18            MR. TAYLOR:  Andy Taylor for Valero
19     Marketing and Supply Company, and other
20     affiliated defendants.
21            MR. GREENE:  Daniel Greene from the
22     City of New York, representing the
23     deponent.
24            THE VIDEOGRAPHER:  Counselors on the
25     phone.
```

```
                                                      Page 8
 1            MR. LINDO:  Robert Lindo, on behalf
 2      of Shell and Chevron, defendants.
 3            MR. WORKMAN:  Rusty Workman,
 4      King & Spalding, for Chevron
 5      Corporation.
 6            MS. HAAS:  Beth Haas, Blank, Rome,
 7      for Lyondell.
 8            MR. HARRINGTON:  Pete Harrington,
 9      Bleakley, Platt & Schmidt, Getty Petroleum
10      Marketing, Inc.
11            MR. KRAININ :  Dan Krainin from
12      Beveridge & Diamond, for Sunoco.
13            THE VIDEOGRAPHER:  Will the court
14      reporter please swear in the witness.
15   W I L L I A M   Y U L I N S K Y, called as a
16      witness, having been duly sworn by a
17      Notary Public, was examined and testified
18      as follows:
19                DIRECT EXAMINATION
20   BY MR. STACK:
21      Q    Please state your full name for the
22   record?
23      A    William Allen Yulinsky.
24      Q    And, Mr. Yulinsky, what is your
25   current business address?
```

1    A    5917 Junction Boulevard, Flushing,
2  New York.  I work for the New York City
3  Department of Environmental Protection.
4    Q    With regard to your position with the
5  New York City Department of Environmental
6  Protection, what is the current job title you
7  hold?
8    A    I'm the director of environmental
9  health and safety with the Bureau of Waste
10 Water Treatment.
11   Q    I know having taken your deposition
12 before, that you've been deposed.  I would just
13 like to review some ground rules with respect
14 to today's proceeding to hopefully make the
15 proceeding go as quickly as possible and to
16 assist the court reporter.
17        You recognize that all the answers that
18 you give to questions must be verbal?
19   A    Yes.
20   Q    And if I prompt you for a verbal
21 answer of, yes or no, it's simply to assist the
22 court reporter and I apologize in advance.
23 Understood?
24   A    Yes.
25   Q    If I ask you a question you don't

1  understand, stop me, I will clarify it, and
2  we'll make sure it's clear on the record, clear
3  in your mind, and we don't waste your time.
4  Understood?
5      A   Yes.
6      Q   If objections are imposed by any
7  counsel, Mr. Greene, or anyone else, the only
8  request I would make is that you withhold
9  answering while the attorneys are speaking so
10 that the court reporter can record, hopefully,
11 just one or two rather than two or three people
12 all trying to speak at once.  Understood?
13     A   Yes.
14     Q   You recognize from our prior
15 proceedings that you're free at any time to ask
16 for a break and we'll accommodate you.
17 Understood?
18     A   Yes.
19     Q   Is there any condition you currently
20 have today, a physical impairment, that would
21 make it difficult for you to sit for long
22 periods or concentrate?
23     A   No.
24     Q   With regard to today's proceedings,
25 you're here in a capacity as a person most

1   knowledgeable on certain subjects; you
2   understand that?
3       A    Yes, I do.
4       Q    And with respect to the deposition,
5   I'm going to mark as Exhibit Number 1, a Notice
6   of Deposition issued to the City of New York
7   relating to damages, and it articulates several
8   topics, beginning on the third text page.  I
9   will provide a copy to you, Mr. Yulinsky.  I
10  previously provided a copy to your counsel.
11      A    Yulinsky.
12      Q    Yulinsky; I apologize.
13      A    It's all right.
14           (Exhibit Number 1 marked for
15           identification, as of this date.)
16      Q    Mr. Yulinksy, have you seen
17  the document we have marked as Exhibit 1
18  prior to your deposition here
19  today?
20      A    Yes, I have.
21      Q    And with respect to the designated
22  issues articulated on the third, fourth, fifth,
23  and I believe sixth page of that Notice,
24  numbering 1 to 14, are you prepared to testify
25  about all of those topics?

Page 92

1   confirmed MTBE contamination hits, as Ordered
2   by the Court on June 9, 2005.  And I will
3   provide you with a copy of this version, and I
4   will submit that it is the only version that I
5   had to look at, certainly that my colleague
6   addressed the question of whether this was
7   supplemented, but on this particular version,
8   there does not appear to be an entry for
9   Well 22.  And I will let you look at that,
10  we'll clarify it, and then we'll also clarify
11  if that was supplemented.
12          (Exhibit Number 6 marked for
13      identification, as of this date.)
14          THE WITNESS:  Okay.
15  BY MR. STACK:
16      Q    In looking at what now has been
17  marked as Exhibit 6, does it appear as though
18  there is any entry for Well 22?
19      A    There does not appear to be.
20      Q    And, Dan, I will tell you, over
21  lunch, I know my colleague looked at it, but I
22  won't speak for her or for Mr. Taylor, but I
23  believe we made an effort to...
24          MS. KALNINS TEMPLE:  Yes.  And Dan
25      said he would e-mail it to us tonight.

```
 1        Q    With regard to the replacement of
 2   Wells 6, 6A, B, D, and 33, were those
 3   activities undertaken because of the presence
 4   of MTBE contamination in the aquifer?
 5        A    No, they were not.
 6        Q    Why were the wells at Station 6;
 7   that's 6 and 6A, B, and D, replaced?
 8        A    As in preparation of the Station 6
 9   plant and pilot plant.
10        Q    And perhaps, I apologize, that
11   question may have been inartful.  Let's focus
12   first on Well 6.
13        Was Well 6 replaced, due to the condition
14   of the existing Well Number 6 that was
15   installed, as of November 2001 -- back up.
16        Well -- Station 6.  Prior to any
17   consideration of upgrading it, how many wells
18   were physically located at Station 6 before any
19   work was done?
20        A    There were three wells on Station 6
21   proper.
22        Q    And those were identified as what?
23        A    6A, 6B, 6C.
24        Q    With respect to Well 6C, was that
25   well abandoned?
```

William Yulinsky

Page 150

1    A    No.  6C was a Lloyd well, which is a
2    very deep well.
3    Q    And with respect to Well 6C, was its
4    continued use prohibited due to the moratorium
5    on pumping water from the Lloyd's aquifer?
6    A    No, it was not.
7    Q    6C, does it still exist today?
8    A    Yes, it does.
9    Q    And with respect to Well 6C, is it
10   part of the overall Station 6 project?
11   A    Yes, it is.
12   Q    And is it intended that the water
13   from Well 6C will be treated in the Station 6
14   treatment facility?
15   A    Yes, it could be.
16   Q    With regard to Well 6A, as it existed
17   prior to the Station 6 project, was that well
18   replaced -- did they redrill Well 6A?
19   A    Yes.  The existing Well 6A was sealed
20   in place, and a well within 15 feet was drilled
21   at the same depth and diameter and capacity.
22   Q    With respect to Well 6B, was Well 6B
23   sealed and redrilled?
24   A    Yes, it was.
25   Q    At the time that Well 6A was sealed,