```
UNITED STATES DISTRICT COURT              O R D E R      (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
In Re: Methyl Tertiary Butyl Ether    : Master File C.A. No.
("MTBE") Products Liability           : 00 Civ. 1898 (SAS)
Litigation                            : MDL 1358
- - - - - - - - - - - - - - - - - - - :
This document pertains to:            :
City of New York v. Amerada Hess,     :
et al.,                               :
No. 04 Civ. 3417                      :
- - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

The Court having reviewed the objections to designated portions of the deposition of Curtis C. Stanley, February 8, 2000, August 2, 2000, and October 3, 2000, the objections are determined as follows, except insofar as any relevance objections not explicitly ruled on are reserved for trial:

| Tab | Pages/Lines | Ruling |
|---|---|---|
| (2/8/00) | | |
| 1 | 128:14-128:24 | Relevance objection reserved for trial. |
| (8/2/00) | | |
| 1 | 65:17-66:16 | Overruled; the document is offered not for the truth but as evidence of information available in the industry. |
| 2 | 70:18-70:19 | Reserved for trial. |
| 3 | 72:19-73:07 | Overruled; the witness authored the document and is qualified to offer his opinion. |
| 4 | 117:04-118:14 | Sustained; the witness is simply reading from a document he does not appear to be familiar with. |
| 5 | 119:22-121:02 | Overruled; the document is authenticated and a foundation is provided after the witness' recollection is refreshed, see 123:05-125:12. |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2707

1

| | | |
|---|---|---|
| 6 | 121:03-121:16 | Overruled; see ruling for Tab 5. |
| 7 | 123:05-125:12 | Overruled; see ruling for Tab 5. |
| 8 | 128:07-131:08 | Overruled; the witness authored the document, which reflects information within his personal knowledge. |
| 9 | 143:14-145:11 | Overruled; see ruling for Tab 8. |

(10/3/00)

| | | |
|---|---|---|
| 1 | 367:16-368:06 | Sustained; vague, ambiguous, and lacks foundation. |
| 2 | 368:14-368:23 | Overruled; the witness is testifying from his personal knowledge. |
| 3 | 374:15-374:25 | Reserved for trial. |
| 4 | 380:04-380:07 | Overruled; see ruling for Tab 2. |
| 5 | 460:10-460:12<br>460:19-461:04 | Overruled; the witness received the document which is admissible as a business record. |
| 6 | 461:11-461:22 | Overruled; see ruling for Tab 5. |
| 7 | 471:01-471:21 | Overruled; see ruling for Tab 5; in addition, part of document was authored by the witness. |
| 8 | 486:03-486:20 | Overruled; see ruling for Tab 7; the witness is testifying from personal knowledge regarding information available in the industry. |
| 9 | 489:03-489:12 | Sustained; no foundation. |
| 10 | 495:11-495:20 | Overruled; the witness authored the document and had sufficient personal knowledge of the subject discussed. |
| 11 | 496:04-497:14 | Overruled; see ruling for Tab 10. |
| 12 | 507:16-508:09 | Overruled; the witness is qualified to offer an opinion and is indicating his historical view based on information then known to him. |
| 13 | 533:11-533:13 | Overruled; the witness is offering general information within his experience. |

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 31, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105


Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252