```
UNITED STATES DISTRICT COURT              O R D E R        (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
In Re: Methyl Tertiary Butyl Ether  : Master File C.A. No.
("MTBE") Products Liability         : 00 Civ. 1898 (SAS)
Litigation                          : MDL 1358
- - - - - - - - - - - - - - - - - - -:
This document pertains to:          :
City of New York v. Amerada Hess,   :
et al.,                             :
No. 04 Civ. 3417                    :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

The Court having reviewed the objections to designated portions of the testimony of Curtis C. Stanley dated October 2 and 3, 2001, the objections are determined as follows, except insofar as any relevance objections not explicitly ruled on are reserved for trial:

| Tab | Pages/Lines | Ruling |
|---|---|---|
| (10/2/01) | | |
| 1 | 678:25-679:06 | Overruled; the witness is testifying from his personal knowledge while employed by Shell as a hydrogeologist. |
| 2 | 679:156-679:20 | Overruled; see ruling for Tab 1. |
| 3 | 682:17-682:28 | Overruled; the fact that a witness provides some but not all possible examples is not a basis for objection. |
| 4 | 683:18-683:28 | Overruled; the witness is testifying from personal knowledge. |
| 5 | 690:12-690:26 | Overruled; the witness is qualified to provide this general opinion. |
| 6 | 691:11-691:19 | Sustained; the specifics of the study incorporated in the answer are hearsay. |
| 7 | 692:15-693:02 | Overruled; see ruling for Tab 5. |
| 8 | 693:15-693:21 | Overruled; see ruling for Tab 5. |

| 9 | 701:05-702:12 | Overruled; see rulings for Tabs 4 and 5. |
| 10 | 702:21-703:03 | Overruled; see ruling for Tab 5. |

(10/3/01)

| 1 | 713:09-713:15 | Sustained; vague, requests expert opinion. |
| 2 | 725:22-727:07 | Overruled; the plaintiff is qualified to provide this type of general opinion. |
| 4[sic] | 731:12-731:25 | Overruled; see ruling for Tab 2. |
| 5 | 735:22-735:26 | Overruled; the witness authored the document. |
| 6 | 746:14-746:16 | Overruled; the witness is testifying from personal knowledge. |
| 7 | 790:17-790:23 | Reserved for trial. |
| 8 | 791:13-791:17 | Reserved for trial. |
| 9 | 800:09-800:20 | Overruled; the witness authored the document, and the information is not offered for the truth. |
| 10 | 801:09-801:24 | Overruled; see ruling for Tab 9. |
| 11 | 803:22-804:01 | Overruled; see ruling for Tab 9. |
| 12 | 819:03-820:01 | Overruled; the witness has established a foundation for the document to the extent that he can testify that API reviewed and discussed it. |

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
August 3, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252