# EXHIBIT 3



**New York State Department of Environmental Conservation**
625 Broadway • Albany, NY 12233

## WEST SIDE CORPORATION OPERABLE UNIT No.2

# Final Offsite Plume Delineation and Investigation Report

Work Assignment No. D00443-10.1

March 2009



Report Prepared By:

**Malcolm Pirnie, Inc.**

27-01 Queens Boulevard North
Suite 800
Long Island City, NY 11101
718-446-0116



TABLE 7-1
WESTSIDE OU-1, OU-2: GROUNDWATER PDB SAMPLE DATA
1st ROUND: October 06, 2008

| Well No. | PCE | TCE | THF | MTBE | Toluene | Acetone | Vinyl Chloride | 1-1-1 trichloro ethane | 1-1 dichloro ethane | 1-1 dichloro ethene | cis 1-2 dichloro ethene |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MW 24-1S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-1I | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-1D | 130 | ND | ND | ND | ND | ND | ND | 7.3 | 7.7 | 7.1 | ND |
| MW 24-2S | 15 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-2I | 32 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-2D | ND | ND | ND | ND | ND | ND | ND | ND | 11 | ND | ND |
| MW 24-4S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-4I | 6.8 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-4D | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-5S | 14 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-5I | 1700 | 12 | ND | ND | ND | ND | ND | ND | ND | ND | 25 |
| MW 24-5D | 55 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-6S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-6I | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 24-6D | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-01S | 28 | 7.2 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-01I | 1500 | 35 | ND | ND | ND | 100 | ND | ND | ND | ND | 120 |
| W-01D | 7.4 UC | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-02S | 32 UC | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-02I | 910 | 32 | ND | ND | ND | ND | ND | ND | ND | ND | 32 |
| W-02D | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 63 |
| W-03S | 18 UC | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-03I | 460 | 14 | ND | ND | ND | ND | ND | ND | ND | ND | 15 |
| W-03D | 28 UC | ND | 20 | ND | ND | ND | ND | ND | ND | ND | ND |
| W-04S | 1200 | 15 | ND | ND | ND | ND | ND | ND | ND | ND | 7.8 |
| W-04I | 330 | 110 | ND | ND | ND | ND | ND | ND | ND | ND | 42 |
| W-04D | 380 | 55 | ND | ND | ND | ND | ND | ND | ND | ND | 16 |
| W-06S | 7.7 UC | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-06I | 120 | ND | 23 | ND | ND | ND | ND | ND | ND | ND | ND |
| W-06D | 620 | 16 | 18 | ND | ND | ND | ND | ND | ND | ND | 11 |
| W-07S | 470 | 62 | ND | ND | ND | ND | ND | ND | ND | ND | 90 |
| W-07I | 1100 | 9.7 | ND | ND | ND | ND | ND | ND | ND | ND | 16 |
| W-07D | 73 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-08S | 1100 | 180 | ND | ND | ND | ND | ND | ND | ND | ND | 800 |
| W-08I | 290 | 150 | ND | ND | ND | ND | ND | ND | ND | ND | 500 |
| W-08D | 270 | 120 | ND | ND | ND | ND | ND | ND | ND | ND | 290 |
| W-09S | 66 | 16 | ND | ND | ND | ND | 6.3 | ND | ND | ND | 61 |
| W-09I | 1700 | 350 | ND | ND | ND | ND | ND | ND | ND | ND | 190 |
| W-09D | 110 UC | 21 | ND | ND | ND | ND | ND | ND | ND | ND | 32 |
| W-10S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-10I | 170 | 27 | ND | ND | ND | ND | ND | ND | ND | ND | 32 |
| W-10D | 47 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 11 |
| W-11S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-11I | 470 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-11D | 560 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Notes:
All values in parts-per-billion (ppb)
'ND' denotes 'non-detect', or absence of compound from sample

Qualifiers:
UC: Compound detected, may be due to carry-over.
Concentration below reported value is unknown

TABLE 7-1
WESTSIDE OU-1, OU-2: GROUNDWATER PDB SAMPLE DATA
1st ROUND: October 06, 2008

| Well | PARAMETERS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PCE | TCE | THF | MTBE | Toluene | Acetone | Vinyl Chloride | 1-1-1 trichloro ethane | 1-1 dichloro ethane | 1-1 dichloro ethene | cis 1-2 dichloro ethene |
| W-12S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-12I | 17 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-12D | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-13S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-13I | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-13D | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-14S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-14I | 680 | 8.3 | ND | ND | ND | ND | ND | ND | ND | ND | 21 |
| W-14D | 56 UC | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-15S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| W-15I | ND | ND | ND | 490 | ND | ND | ND | ND | ND | ND | ND |
| W-15D | 16 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW-05 | 9 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 22S | 16 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 3D | 22 | ND | ND | ND | 7.3 | ND | ND | ND | ND | ND | ND |
| MW 55D | 49 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 12 |
| MW 6S | 12 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 7S | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW 77D | 330 | 170 | ND | ND | ND | ND | ND | ND | ND | ND | 300 |
| MW-07 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| MW-08 | 97 | 10 | ND | ND | ND | ND | ND | ND | ND | ND | 18 |

Notes:
All values in parts-per-billion (ppb)
'ND' denotes 'non-detect', or absence of compound from sample

Qualifiers:
UC: Compound detected, may be due to carry-over.
Concentration below reported value is unknown