UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------X

This Document Relates To:

*American Distilling and Mfg. Co. Inc. v. Amerada Hess Corp.*, O4 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc. v. Amerada Hess Corp.*, 04 Civ. 1721

------------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

AMENDED NOTICE AND
ORDER OF RULE 41(a)(2)
DISMISSAL OF
DEFENDANT PHIBRO LLC

On July 30, 2009, Plaintiffs in the above-captioned matters filed a Notice And Order of Rule 41(a)(2) Dismissal of Defendant Phibro, Inc. In order to reflect its current legal name, Plaintiffs hereby file this amended notice to dismiss Phibro LLC, named in the above-captioned matters as Phibro, Inc. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned matters hereby move to dismiss without prejudice Phibro LLC from the above referenced causes of action, with each party to bear its own costs. Plaintiffs reserve all other rights as against all other defendants.

Pursuant to the Court's directive at the October 30, 2008 Status Conference, any party opposing Plaintiffs' dismissal of Phibro LLC shall have 14 days to file its objection. Plaintiffs

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2716

Dockets.Justia.com

respectfully move this Court for an Order dismissing Phibro LLC (named in the above-captioned matters as Phibro, Inc.) without prejudice from each of the above causes of action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

DATED: August 6th, 2009

                                              Stephen Johnston (Texas Bar No. 00796839)
                                              Scott Summy (Texas Bar No. 19507500)
                                              BARON & BUDD, P.C.
                                              3102 Oak Lawn Avenue, Suite 1100
                                              Dallas, Texas 75219-4281
                                              Telephone: (214) 521-3605
                                              Facsimile: (214) 520-1181

                                              Robert J. Gordon
                                              Robin Greenwald
                                              WEITZ & LUXENBERG, P.C.
                                              180 Maiden Lane, 17th Floor
                                              New York, New York 10038-4925
                                              Telephone: (212) 558-5500
                                              Facsimile: (212) 558-5506

                                              *Attorneys for Plaintiffs*

**SO ORDERED:**

_____
THE HONORABLE JUDGE SCHEINDLIN
United States District Judge

Dated: _____

# CERTIFICATE OF SERVICE

I hereby certify that on the ____6th____ day of August 2009, I filed the foregoing

**AMENDED NOTICE AND ORDER OF RULE**
**41(a)(2) DISMISSAL OF DEFENDANT PHIBRO LLC**

electronically through the CM/ECF system of this Court, which causes the parties or counsel to be served by electronic means. In addition, on this same day, the above document was served via e-mail upon liaison counsel and via LexisNexis File & Service to all other counsel of record. A copy was provided to the Clerk, Seth Ard, via email, and the original and one copy were served via Federal Express to the Clerk of the Court.

*Shelly Shetler*
SHELLY SHETLER