*Scheindlin, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

*This Document Relates to:*

*City of New York v. Amerada Hess Corp., et al.*
(No. 04-CIV-3417)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

---

### STIPULATION REGARDING PLAINTIFF'S TRIAL SUBPOENAS SERVED ON MEENA NAINAN, THOMAS MILTON, NORMAN NOVICK, MICHAEL ROMAN, GARY STUMPF, AND HENRY THOMASSEN AND THE RELATED MOTION TO QUASH

WHEREAS, Plaintiff served Trial Subpoenas on Meena Nainan, Thomas Milton, Norman Novick, Michael Roman, Gary Stumpf, and Henry Thomassen;

WHEREAS, Meena Nainan, Thomas Milton, Norman Novick, Michael Roman, Gary Stumpf, and Henry Thomassen moved to quash Plaintiff's Trial Subpoenas on the basis of Federal Rules of Civil Procedure 45(c)(3)(A)(ii);

WHEREAS, the parties have agreed that this Stipulation is a limited negotiated agreement and is solely applicable to the present litigation. The Stipulation has no legal effect and is not binding with regard to any future litigation; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. Plaintiff hereby withdraws the Trial Subpoenas served on Meena Nainan, Thomas Milton, and Henry Thomassen; and

2. Gary Stumpf, Michael Roman and Norman Novick agree to voluntarily appear at the trial; and

- 1 -

3. The Motion to Quash the subpoenas on Gary Stumpf, Michael Roman and Norman Novick is hereby withdrawn as moot; and

4. For the avoidance of doubt, this stipulation in no way prejudices Plaintiff's ability to move to compel the attendance of Gary Stumpf, Michael Roman and Norman Novick in the event they do not voluntarily appear at trial as agreed.

Dated: August 6, 2009

SHER LEFF, L.L.P.

By: _____
Victor M. Sher (*pro hac vice*)
Todd E. Robbins (*pro hac vice*)
Joshua G. Stein (*pro hac vice*)
Lesley E. Williams (*pro hac vice*)
Nicholas G. Campins (*pro hac vice*)
Marnie E. Riddle (*pro hac vice*)
450 Mission Street, Suite 400
San Francisco, CA 94105
Tel.: (415) 348-8300
ncampins@sherleff.com

Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
Tel.: (212) 788-1568

*Attorneys for Plaintiff City of New York*

FULBRIGHT & JAWORSKI, L.L.P.

By: _____
Linda L. Addison
John F. Tully
Erica A. Reed
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel.: (212) 318-3000
laddison@fulbright.com
jtully@fulbright.com
ereed@fulbright.com

*Attorneys for Meena Nainan, Thomas Milton, Norman Novick, Michael Roman, Gary Stumpf, and Henry Thomassen*

SO ORDERED:

_____
U.S.D.J.   8/7/09

- 2 -