UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ------------------------------------------------------------------ x | ECF Case |

**This document relates to the following case:**

*City of New York, et al., v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------ x

## PLAINTIFFS' AMENDED PHASE TWO TRIAL EXHIBIT LIST

Plaintiffs, by and through their attorneys, SHER LEFF LLP, hereby disclose their Amended Phase Two Trial Exhibit List.

The City has pared its main Phase Two exhibit list from over 2000 exhibits to approximately 800. The main list contains no new exhibits.

Please note that the exhibit list still includes two appendices of the original three, which relate to site remediation files for contamination sites in the RGA and water quality testing data. While both appendices are voluminous, the parties have discussed the notion of substituting stipulated charts of the water quality data in Appendix C. Even if the parties fail to agree on stipulated summaries, we anticipate that only a small fraction (if any) of the documents in either appendix will be sought to be admitted by the parties (hence their inclusion on appendices). Appendix A includes some documents added in response to the recent production by

ExxonMobil of documents relating to the contamination site at 117-07 Guy R. Brewer Blvd as well as several documents added to previous sites.

With this filing the City does not waive any right it may otherwise have to amend its exhibit lists.

Dated: New York, NY
August 10, 2009

          MICHAEL A. CARDOZO
          Corporation Counsel of the City of New York
          Attorney for Plaintiff City of New York
          100 Church Street
          New York, New York 10007
          (212) 788-1568

          */s/ JOSHUA STEIN*
          VICTOR M. SHER *(pro hac vice)*
          JOSHUA G. STEIN *(pro hac vice)*
          NICHOLAS G. CAMPINS *(pro hac vice)*
          LESLEY E. WILLIAMS (LW8392)

          SHER LEFF LLP
          450 Mission Street, Suite 400
          San Francisco, CA 94105
          (415) 348-8300

          *Attorneys for Plaintiffs*