# APPENDIX A

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| | **171-07 Baisley Boulevard (Getty)** | | | |
| PL-10001 | P-011273 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00405 | N/A |
| PL-10002 | P-009425 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00691 | N/A |
| PL-10003 | P-008265 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00774 | N/A |
| PL-10004 | P-007980 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00831 | N/A |
| PL-10005 | P-007290 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00892 | N/A |
| PL-10006 | P-006572 | GPMI Site Remediation files (171-07 Baisley Boulevard) | GPMI-REM-00979 | N/A |
| PL-10007 | P-010699 | GPC Site Remediation file (171-07 Baisley Boulevard) | GPC-NYCREM-000428 | GPC-NYCREM-000438 |
| | **177-90 South Conduit Avenue (ExxonMobil)** | | | |
| PL-10009 | P-025010 | Lancaster Laboratories Analytical Report;Sample Number: WW3298568 | XOM-NYC-REM-006722 | XOM-NYC-REM-006810 |
| PL-10030 | P-009468 | Fax from Frank DeVita to Gail Helfrick transmitting Quarterly Monitoring Report | XOM-NYC-REM-006876 | XOM-NYC-REM-006893 |
| PL-10166 | P-013193 | Community Air Monitoring Plan | XOM-NYC-REM-007681 | XOM-NYC-REM-007686 |
| PL-10305 | P-010611 | Mobile Service Station 177-90 South Conduit Blvd Queens | XOM-NYC-REM-008675 | XOM-NYC-REM-008680 |
| PL-10318 | P-011356 | Spill Investigation Number 9312565 Mobil S/S 177-90 South Conduit Ave Springfield Gardens New York N.Y. (The Site) - Petroleum Bulk Storage (PBS) Number 2-156957 | XOM-NYC-REM-008730 | XOM-NYC-REM-008735 |
| PL-10403 | P-016047 | Site Status Update Report, Mobil Station 17-G90; PS Form 3811; Domestic Return Receipt | XOM-NYC-REM-009491 | XOM-NYC-REM-009758 |
| PL-10405 | P-014788 | Mobil Service Station 17-G90 177-90 South Conduit Ave Springfield Gardens New York | XOM-NYC-REM-009760 | XOM-NYC-REM-009762 |
| PL-10453 | P-023180 | Corrective Action Plan, 177-90 South Conduit | XOM-NYC-REM-010848 | XOM-NYC-REM-010946 |
| PL-10455 | P-023181 | Addendum 1 to 08/29/2002 Revised Corrective Action Plan, 177-90 South Conduit | XOM-NYC-REM-010948 | XOM-NYC-REM-010948 |
| PL-10458 | P-011868 | Off-Site Remediation System Design Report (Interim Remedial Measure) | XOM-NYC-REM-011011 | XOM-NYC-REM-011113 |
| PL-10459 | P-010843 | Remedial Feasibility Summary, 177-90 South Conduit | XOM-NYC-REM-011114 | XOM-NYC-REM-011158 |
| PL-10461 | P-011938 | The Source For Environmental Risk Mgmt Data | XOM-NYC-REM-011164 | XOM-NYC-REM-011250 |
| PL-10466 | P-012973 | Mobil SS# 17-G90 177-90 South Conduit Ave Springfield Gardens New York NYSDEC Spill #8807862 9312565 0110430 And 0205068 | XOM-NYC-REM-011259 | XOM-NYC-REM-011332 |
| PL-10468 | P-011996 | Site Investigation And Monitoring Activities Drywell Removal And Remediation Activities | XOM-NYC-REM-011337 | XOM-NYC-REM-011356 |
| PL-10475 | P-012575 | Subsurface Investigation Report | XOM-NYC-REM-011455 | XOM-NYC-REM-011619 |
| PL-10479 | P-005302 | Mobil Station #17-G90 177-90 South Conduit Ave Springfield Gardens New York | XOM-NYC-REM-011880 | XOM-NYC-REM-011952 |
| PL-10615 | P-012975 | Design Report For Permanent Remediation Systems; 177-90 South Conduit | XOM-NYC-REM-013426 | XOM-NYC-REM-013532 |
| PL-10616 | P-012311 | Final Corrective Action Plan; 177-90 South Conduit | XOM-NYC-REM-013533 | XOM-NYC-REM-013844 |
| PL-10617 | P-024732 | Closure Report For The Excavation Of One (1) 1000 Gallon Underground Storage Tank At Mobil Service Station #17-G90 | XOM-NYC-REM-013845 | XOM-NYC-REM-013881 |
| PL-10640 | P-013093 | Letter from Anthony Sigona to Melissa Winsor RE Comments on Design Report for Permanent Remediation Systems | XOM-NYC-REM-014049 | XOM-NYC-REM-014050 |
| PL-10681 | P-012651 | 177-90 South Conduit Order On Consent | XOM-NYC-REM-014225 | XOM-NYC-REM-014245 |
| PL-10685 | P-012315 | Springfield Gardens New York DEC Order On Consent | XOM-NYC-REM-014274 | XOM-NYC-REM-014297 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-10700 | P-010570 | DEC Letter providing comments on off-site work RE Spill Investigation Number 9312565 Mobil S/S 177-90 South Conduit Ave Springfield Gardens New York N.Y. (The Site) - Petroleum Bulk Storage (PBS) Number 2-156957 | XOM-NYC-REM-014376 | XOM-NYC-REM-014383 |
| PL-10795 | P-013454 | Monitoring Well Installation And Groundwater Flow Investigation Report -- 177-90 South Conduit | XOM-NYC-REM-015587 | XOM-NYC-REM-015890 |
| PL-10797 | P-016035 | Fax and letter from GES RE Drywell Activity at 177-90 South Conduit | XOM-NYC-REM-015892 | XOM-NYC-REM-015974 |
| PL-10801 | | Corrective Action Plan For Mobil Service Station Number 17-G90 | XOM-NYC-REM-016031 | XOM-NYC-REM-016037 |
| PL-10802 | P-005824 | Stipulation Pursuant To Section 17-0303 Of The Environmental Conservation Law And Section 176 Of The Navigation Law By: Mobil Bus. Res. Corporations | XOM-NYC-REM-016038 | XOM-NYC-REM-016046 |
| PL-10822 | P-012153 | Spill Investigation Number 8807862 9312565 0110430 And 0205068 - Project Identification Number (PIN) 02421 - Mobil S/S 177-90 South Conduit Ave Springfield Gardens New York N.Y. (The Site) - Petroleum Bulk Storage (PBS) Number 2-156957 | XOM-NYC-REM-016145 | XOM-NYC-REM-016152 |
| PL-10881 | | Supplemental Site Remediation Files: Temporary Systems Shut Down Request (177-90 South Conduit Ave) | XOM-NYC-SUPP-SRF-0016539 | XOM-NYC-SUPP-SRF-0016539 |
| PL-10987 | P-005438 | NYSDEC Spill Report Form;Spill Number 9604204 | XOM-NYC-REM-074265 | XOM-NYC-REM-074268 |
| PL-10991 | P-004051 | NYSDEC Spill Report Form;Spill Number 9313596 | XOM-NYC-REM-074278 | XOM-NYC-REM-074279 |
| PL-10993 | P-002966 | NYSDEC Spill Report Form;Spill Number 9206408 | XOM-NYC-REM-074281 | XOM-NYC-REM-074282 |
| PL-10994 | P-001409 | NYSDEC Spill Report Form;Spill Number 8804365 | XOM-NYC-REM-074283 | XOM-NYC-REM-074283 |
| PL-10996 | P-006175 | Exxon RAS #3-1583 178-02 Union Turnpike/Flushing 550 Gallon Tanks / Disposition | XOM-NYC-REM-074286 | XOM-NYC-REM-074287 |
| PL-10997 | P-006604 | Exxon RAS #3-1583 178-02 Union Turnpike/Flushing DEC# 97-04251 | XOM-NYC-REM-074288 | XOM-NYC-REM-074290 |
| PL-11020 | P-005460 | Facility Information Report | XOM-NYC-REM-074526 | XOM-NYC-REM-074534 |
| PL-11021 | P-011571 | Branded Exxon RAS Number 3-1583 178-02 Union Turnpike Flushing New York NYSDEC Case Numbers 94-11551 97-04251 | XOM-NYC-REM-074535 | XOM-NYC-REM-074564 |
| PL-11024 | P-005531 | Exxon Service Station RAS #3-1583 178-02 Union Turnpike Flushing New York Flushing New York NYSDEC #9411551 | XOM-NYC-REM-074569 | XOM-NYC-REM-074571 |
| PL-11062 | P-005944 | Facility Information Report | XOM-NYC-REM-074949 | XOM-NYC-REM-074967 |
| PL-11066 | P-002208 | Results Of The Sensitive Receptor Survey At Exxon Service Station Number 3-1583 | XOM-NYC-REM-074971 | XOM-NYC-REM-074991 |
| | **188-06 Hillside Ave Sunoco** | | | |
| PL-11078 | P-001827 | Letter from Carl Borkland to New York City Fire Department | SUN-MDL-013250 | SUN-MDL-013273 |
| PL-11079 | P-001673 | Analysis Report - EPA 602 - SW-846 8020 | SUN-MDL-013274 | SUN-MDL-013281 |
| | **244 Linden Boulevard** | | | |
| PL-11080 | P-025216 | Sunoco Site Remediation Files | SUN-MDL-015708 | N/A |
| PL-11081 | P-024510 | Project Status Report January 2005 - June 2005;NYSDEC Spill # 96-01355 | SUN-MDL-015727 | SUN-MDL-015738 |
| PL-11085 | P-024830 | Project Status Report July 2004 - December 2004;NYSDEC Spill # 99-100659 | SUN-MDL-015745 | SUN-MDL-015764 |
| PL-11102 | P-005882 | Subsurface Investigation Results Linden Blvd Elmont New York | SUN-MDL-015853 | SUN-MDL-015879 |
| PL-11104 | P-005869 | Ka-Pa Holding Corp. 244 Linden Blvd Elmont NY | SUN-MDL-015880 | SUN-MDL-015881 |
| | **82-48 Woodhaven Boulevard** | | | |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-11114 | P-006033 | Status Update Exxon Facility RAS Number 3-7084 82-48 Woodhaven Blvd Glendale New York NYSDEC Case Number 93-09178 | 2MDLCP00488634 | 2MDLCP0488641 |
| PL-11117 | P-001984 | Tankfield Excavation Assessment | 2MDLCP00488921 | 2MDLCP0488948 |
| PL-11118 | P-005836 | Soil Sampling And Well Installation Report Exxon Service Station RAS Number 3-7084 82-48 Woodhaven Blvd Glendale New York NYSDEC Case Number 93-09178 | 2MDLCP00488949 | 2MDLCP0488979 |
| PL-11120 | P-018399 | Exhibit E; Underground Storage Tank Information | 2MDLCP00488982 | 2MDLCP0488982 |
| PL-11121 | P-008711 | Simplicity Monthly Compliance Report For Tosco Mktg Co Inc | 2MDLCP00488983 | 2MDLCP0488985 |
| PL-11122 | P-008300 | Certificate Of Tightness;Work Order #: 121082 | 2MDLCP00488986 | 2MDLCP0488987 |
| PL-11137 | P-012950 | Branded Exxon RAS Number 3-7084 82-48 Woodhaven Blvd Glendale New York NYSDEC Case Number 93-09178 | 2MDLCP00489006 | 2MDLCP0489021 |
| PL-11140 | P-013986 | Site Status Update Report Branded Exxon RAS Number 3-7084 82-48 Woodhaven Blvd Glendale New York NYSDEC Case Number 93-09178 | 2MDLCP00489061 | 2MDLCP0489075 |
| PL-11141 | P-004044 | Tank - Field Excavation Assessment | 2MDLCP00489076 | 2MDLCP0489171 |
| PL-11144 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075100 | |
| PL-11145 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075103 | |
| PL-11153 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075497 | |
| PL-11154 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075599 | |
| PL-11157 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075667 | |
| PL-11162 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-075837 | |
| PL-11184 | | Site Remediation Documents (84-48 Woodhaven Boulevard) | XOM-NYC-REM-087199 | |
| | **138-50 Hillside Avenue** | | | |
| PL-11233 | P-018011 | Exxon Site Remediation File 138-50 Hillside Avenue: Letter from NYSDEC to Kleinfelder discussing review of supplememtal subsurface investigation | XOM-NYC-SUPP-SRF-0000504 | N/A |
| PL-11234 | P-018018 | Exxon Site Remediation File 138-50 Hillside Avenue: Letter from Kleinfelder to NYSDEC summarizing reported release | XOM-NYC-SUPP-SRF-0000510 | N/A |
| PL-11235 | P-017420 | Exxon Site Remediation File 138-50 Hillside Avenue: NYSDEC Letter to Kleinfelder | XOM-NYC-SUPP-SRF-0000519 | N/A |
| PL-11255 | P-018088 | Exxon Site Remediation File 138-50 Hillside Avenue: Supplemental Subsurface Investigation Report | XOM-NYC-SUPP-SRF-0000608 | XOM-NYC-SUPP-SRF-0000694 |
| PL-11257 | P-017926 | Exxon Site Remediation File 138-50 Hillside Avenue: Station Upgrade Activity Report | XOM-NYC-SUPP-SRF-0000726 | XOM-NYC-SUPP-SRF-0000773 |
| PL-11260 | P-017725 | Exxon Site Remediation File 138-50 Hillside Avenue: Site Status Update Report | XOM-NYC-SUPP-SRF-0000828 | N/A |
| PL-11261 | P-017543 | Exxon Site Remediation File 138-50 Hillside Avenue: Site Status Update Report | XOM-NYC-SUPP-SRF-0000850 | N/A |
| PL-11273 | na | Exxon Site Remediation File 138-50 Hillside Avenue, DEC Spill Report | XOM-NYC-SUPP-SRF-0038156 | XOM-NYC-SUPP-SRF-0038159 |
| PL-11301 | P-001618 | Annual Rent Verification | XOM-NYC-REM-039942 | XOM-NYC-REM-039962 |
| PL-11337 | P-004182 | NYSDEC Spill Report Form;Spill Number 9402398 | XOM-NYC-REM-040848 | XOM-NYC-REM-040849 |
| PL-11338 | P-006698 | NYSDEC Spill Report Form;Spill Number 9801762 | XOM-NYC-REM-040850 | XOM-NYC-REM-040851 |
| PL-11339 | P-004458 | NYSDEC Spill Report Form;Spill Number 9409159 | XOM-NYC-REM-040852 | XOM-NYC-REM-040852 |
| PL-11340 | P-010736 | NYSDEC Spill Report Form;Spill Number 0109472 | XOM-NYC-REM-040853 | XOM-NYC-REM-040854 |
| PL-11341 | P-010023 | NYSDEC Spill Report Form;Spill Number 0101410 | XOM-NYC-REM-040855 | XOM-NYC-REM-040856 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-11346 | P-007745 | FDNY Violation Order E 22432, 138-50 Hillside Boulevard | XOM-NYC-REM-040865 | XOM-NYC-REM-040867 |
| PL-11357 | P-023566 | Letter from NYSDEC to Mobil evaluating Tank(s) Status | XOM-NYC-REM-040897 | XOM-NYC-REM-040898 |
| PL-11361 | P-005583 | Petroleum Bulk Storage Inspection Report 09/30/96;Inspection Number 2648 | XOM-NYC-REM-040905 | XOM-NYC-REM-040907 |
| PL-11369 | P-004911 | Environmental Quick Hit List Corrective Action Plan (CAP) Form 1 Of 2 | XOM-NYC-REM-040931 | XOM-NYC-REM-040935 |
| PL-11386 | P-013601 | Certificate Of Underground Storage Tank System Testing | XOM-NYC-REM-041033 | XOM-NYC-REM-041041 |
| PL-11388 | P-007756 | TANKOLOGY Service Request to replace lightulbs on Veeder Root 250 | XOM-NYC-REM-041051 | XOM-NYC-REM-041053 |
| PL-11392 | P-005919 | Invoice 206656; Tankology Tank Testing, 138-50 Hillside Ave. | XOM-NYC-REM-041071 | XOM-NYC-REM-041077 |
| PL-11413 | P-011398 | Email dated 05/22/2003 RE Resolution of Summons Concerning 178-02 Union turnpike (E111-22 Re: G2T GWK HMB) | XOM-NYC-REM-041160 | XOM-NYC-REM-041161 |
| PL-11414 | P-011310 | FDNY Violation Order, 138-50 Hillside Boulevard | XOM-NYC-REM-041162 | XOM-NYC-REM-041190 |
| PL-11415 | P-011376 | Various email correspondence between Exxon and Veeder Root | XOM-NYC-REM-041191 | XOM-NYC-REM-041224 |
| PL-11429 | P-002151 | Notice Of Violation | XOM-NYC-REM-041275 | XOM-NYC-REM-041276 |
| | **144-10 Hillside Blvd** | | | |
| PL-11439 | P-012512 | Hess Site Remediation File, 144-10 Hillside Avenue: Spill Closure Report | HESS100688 | N/A |
| PL-11443 | | Hess Site Remediation File, 144-10 Hillside Avenue: | HESS 113522 | N/A |
| PL-11447 | P-025082 | Hess Site Remediation File, 144-10 Hillside Avenue: Spill Closure Report | HESS115868 | N/A |
| PL-11461 | P-007509 | Hess Site Remediation File, 144-10 Hillside Avenue: Site Assesment Report | HESS335931 | N/A |
| PL-11463 | P-007163 | Hess Site Remediation File, 144-10 Hillside Avenue: UST Closure Report | HESS336131 | N/A |
| PL-11465 | P-012926 | Hess Site Remediation File, 144-10 Hillside Avenue: Spill Report and No Further Remediation Letter from DEC | HESS336172 | N/A |
| PL-11466 | P-012890 | Hess Site Remediation File, 144-10 Hillside Avenue: Spill Report and No Further Remediation Letter from DEC | HESS336175 | N/A |
| PL-11475 | P-010488 | Hess Site Remediation File, 144-10 Hillside Avenue: Triannual Groundwater Status Report | HESS336244 | N/A |
| PL-11477 | P-009156 | Hess Site Remediation File, 144-10 Hillside Avenue: Site Status Update Report | HESS336260 | N/A |
| PL-11480 | P-008211 | Hess Site Remediation File, 144-10 Hillside Avenue: Volatile Organic Analysis Data | HESS336288 | N/A |
| PL-11484 | P-007212 | Hess Site Remediation File, 144-10 Hillside Avenue: Volatile Organic Analysis Data | HESS336298 | N/A |
| PL-11489 | P-019113 | Hess Site Remediation File, 144-10 Hillside Avenue | HESS336316 | N/A |
| PL-11510 | P-020427 | 138-50 Jamaica Avenue, DEC Spill Report (also XOM-NYC-REM-040848 to 040857) | XOM-NYC-REM-040848 | XOM-NYC-REM-040857 |
| | **84-02 (84-04) Parsons Boulevard** | | | |
| PL-11673 | P-021991 | Site Remediation file, 84-04 Parsons Blvd, DEC Correspondence | NYC-MPEXP-E0275456 | NYC-MPEXP-E0275457 |
| PL-11689 | P-023255 | Quarterly Monitoring Information: July through September 2002 | XOM-NYC-REM-018749 | XOM-NYC-REM-018751 |
| PL-11700 | P-023257 | Personnel Record of Mark Fuessinger: Invetory Records | XOM-NYC-REM-018778 | XOM-NYC-REM-018784 |
| PL-11704 | P-010689 | NYSDEC Spill Report Form; Spill No. 89-12458 | XOM-NYC-REM-018792 | XOM-NYC-REM-018794 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-11705 | P-003733 | NYSDEC Spill Report Form;Spill Number 9306830 | XOM-NYC-REM-018795 | XOM-NYC-REM-018796 |
| PL-11706 | P-001935 | NYSDEC Spill Report Form;Spill Number 9007892 | XOM-NYC-REM-018797 | XOM-NYC-REM-018798 |
| PL-11707 | P-001526 | NYSDEC Spill Report Form;Spill Number 8900535 | XOM-NYC-REM-018799 | XOM-NYC-REM-018800 |
| PL-11708 | P-001725 | NYSDEC Spill Report Form;Spill Number 8912458 | XOM-NYC-REM-018801 | XOM-NYC-REM-018802 |
| PL-11728 | P-025042 | Site Investigation: Tyree | XOM-NYC-REM-018912 | XOM-NYC-REM-018942 |
| PL-11734 | P-024448 | Soil Gas Survey: Tyree | XOM-NYC-REM-019089 | XOM-NYC-REM-019131 |
| PL-11758 | P-024447 | Tyree Site Assessment With Sensitive Receptor Data | XOM-NYC-REM-019938 | XOM-NYC-REM-019992 |
| PL-11760 | P-024879 | Site status update report; includes Domestic Mailing Receipt | XOM-NYC-REM-020001 | XOM-NYC-REM-020041 |
| PL-11762 | P-013781 | Quarterly Monitoring Report April Through June 2003 | XOM-NYC-REM-020082 | XOM-NYC-REM-020119 |
| PL-11865 | P-004724 | Mobil Service Station Number 17-GD9 84-04 Parsons Blvd Jamaica New York NYSDEC Spill Number 89-12458 | XOM-NYC-REM-020890 | XOM-NYC-REM-020901 |
| PL-11930 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Letter from NYSDEC to Kleinfelder Approving Soil Vapor Extraction/Air Sparge feasibility Study Work Plan | XOM-NYC-SUPP-SRF-0027223 | XOM-NYC-SUPP-SRF-0027234 |
| PL-11934 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Letter from Mobil Oil Company to Marley Pumu Company RE 80-04 Parsons Leak | XOM-NYC-SUPP-SRF-0027293 | XOM-NYC-SUPP-SRF-0027294 |
| PL-11936 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Letter from Mobil Oil Corporation to Marley Pump Company RE 84-04 Parsons Leak | XOM-NYC-SUPP-SRF-0027308 | XOM-NYC-SUPP-SRF-0027308 |
| PL-11939 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Letter from Groundwater Technology to Mobil RE Site Status | XOM-NYC-SUPP-SRF-0027349 | XOM-NYC-SUPP-SRF-0027350 |
| PL-11962 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Geological services Corporation Letter to NYSDEC | XOM-NYC-SUPP-SRF-0027482 | XOM-NYC-SUPP-SRF-0027486 |
| PL-12007 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Site Status Update Report | XOM-NYC-SUPP-SRF-0028677 | XOM-NYC-SUPP-SRF-0028715 |
| PL-12018 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Revised investigation Work Plan with Domestic Registered Mail Return Receipt | XOM-NYC-SUPP-SRF-0029344 | XOM-NYC-SUPP-SRF-0029352 |
| PL-12019 | NA | 84-04 Parsons Blvd, Exxon Supplemental Site Remediation Files: Remedial Feasibilty Summary | XOM-NYC-SUPP-SRF-0029353 | XOM-NYC-SUPP-SRF-0029359 |
| | 165-25 Liberty Avenue | | | |
| PL-12068 | P-017677 | Quarterly Monitoring Report First Quarter 2007;NYSDEC Spill Number 99-13468 | BPCITYNY0000001 | BPCITYNY0000016 |
| PL-12070 | P-017845 | Ground Water Monitoring Report - Third Quarter 2007 NYSDEC Spill Number 99-13468 Former Amoco BP Service Station Number 11009 165-25 Liberty Ave St. Albans Queens County New York | BPCITYNY0000082 | BPCITYNY0000121 |
| PL-12075 | P-009818 | Remedial Action Plan: 165-25 Liberty Ave., Spill No. 99-13468 | BPCNY0038402 | BPCNY0038491 |
| PL-12079 | P-018603 | Subsurface Hydrocarbon Assessment Report for Amoco Station No. 11009; NYSDEC Spill No. 99-13468  (245 pages) March 23, 2000; BPCNY0038617 | BPCNY0038617 | BPCNY0038861 |
| PL-12085 | P-018730 | correspondence to FDNY from BP re: BP Service Station 110009; WRA Monthly Statistical Inventory Reconciliation Reports, multiple dates 2002-2004 | BPII000364920 | BPII000364987 |

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-12089 | NA | 165-25 Liberty Avenue BP Site Remediation Files: Natural Work Team Meeting, Delta Environmental | BPCNY0038993 | BPCNY0039005 |
| PL-12097 | NA | 165-25 Liberty Avenue BP Site Remediation Files: April 2004 Monthly Remediation Operation and Maintenencae Report | BPCNY0039135 | BPCNY0039149 |
| PL-12100 | NA | 165-25 Liberty Avenue BP Site Remediation Files: Quarterly Monitoring Report, 1Q 2003 | BPCNY0039227 | BPCNY0039242 |
| | **165-01 Hillside Avenue** | | | |
| PL-12194 | P-018060 | Exxon site Remediation Files: Letter from DEC to Ken Drake, Exxon | XOM-NYC-SUPP-SRF-0001125 | XOM-NYC-SUPP-SRF-0001126 |
| PL-12195 | P-018017 | Exxon site Remediation Files: Letter from DEC to Ken Drake, Exxon | XOM-NYC-SUPP-SRF-0001127 | XOM-NYC-SUPP-SRF-0001128 |
| PL-12196 | P-017883 | Exxon site Remediation Files: DEC Letter to Kleinfelder | XOM-NYC-SUPP-SRF-0001129 | XOM-NYC-SUPP-SRF-0001130 |
| PL-12197 | P-017808 | Exxon site Remediation Files: Kleinfelder FOIL Correspondence with DEP | XOM-NYC-SUPP-SRF-0001133 | XOM-NYC-SUPP-SRF-0001138 |
| PL-12198 | P-018151 | Exxon site Remediation Files: | XOM-NYC-SUPP-SRF-0001162 | XOM-NYC-SUPP-SRF-0001187 |
| PL-12199 | P-018145 | Exxon site Remediation Files: Supplemental subsurface Investigation Plan | XOM-NYC-SUPP-SRF-0001188 | XOM-NYC-SUPP-SRF-0001197 |
| PL-12200 | P-018054 | Exxon site Remediation Files: Kleinfelder Letter to NYSDEC | XOM-NYC-SUPP-SRF-0001198 | XOM-NYC-SUPP-SRF-0001224 |
| | **162-35 North Conduit Avenue** | | | |
| PL-12239 | P-009596 | PBS #2-482498 NYSDEC #90-07853 Mobil Service Station #17-JH5 162-35 North Conduit Ave Springfield Gardens New York | XOM-NYC-REM-044401 | XOM-NYC-REM-044420 |
| PL-12240 | P-009597 | PBS #2-482498 NYSDEC #90-07853 Mobil Service Station #17-JH5 162-35 North Conduit Ave Springfield Gardens New York | XOM-NYC-REM-044421 | XOM-NYC-REM-044456 |
| PL-12252 | P-015888 | Mobil Services Station Number 17-JH5 162-35 North Conduit Ave Springfield Gardens New York NYSDEC Case Number 90-07853 PBS Number 2-482498 | XOM-NYC-REM-043704 | XOM-NYC-REM-043705 |
| PL-12253 | P-015747 | Domestic Return Receipt and Remedial Action Plan | XOM-NYC-REM-043851 | XOM-NYC-REM-043904 |
| PL-12260 | | Executive Summary from Hydrogeological Assessment | XOM-NYC-REM-043165 | XOM-NYC-REM-043167 |
| PL-12278 | P-023580 | Site Status Report with Domestic Return Receipt | XOM-NYC-REM-043234 | XOM-NYC-REM-043277 |
| PL-12281 | P-010008 | Project Initiation Form with Monthly Monitoring Report | XOM-NYC-REM-043287 | XOM-NYC-REM-043292 |
| PL-12295 | P-003080 | Carbon Installation Cost Estimate Mobil Station # 17-JH5 162-35 North Conduit Ave Springfield Gardens New York | XOM-NYC-REM-043369 | XOM-NYC-REM-043380 |
| PL-12300 | P-023589 | Relevant Site History | XOM-NYC-REM-043398 | XOM-NYC-REM-043399 |
| PL-12372 | P-015438 | ExxonMobil Service Station 10/1/03 Site Visits/Project Reviews | XOM-NYC-REM-043708 | XOM-NYC-REM-043714 |
| PL-12374 | P-014473 | Mobil Service Station #17-JH5 162-35 North Conduit Ave Springfield Gardens New York NYSDEC Spill #90-07853 | XOM-NYC-REM-043720 | XOM-NYC-REM-043723 |
| PL-12377 | P-008874 | Mobil Station #17-JH5 162-35 North Conduit Ave Springfield Gardens NYSDEC Spill #90-07853 | XOM-NYC-REM-043727 | XOM-NYC-REM-043728 |
| PL-12390 | P-015747 | Hydrogeological Assessment | XOM-NYC-REM-043905 | XOM-NYC-REM-043947 |
| PL-12397 | P-016022 | Remedial Action Plan with Domestic Return Receipt | XOM-NYC-REM-044106 | XOM-NYC-REM-044148 |
| PL-12398 | P-016302 | Quarterly Monitoring Reports 2002 | XOM-NYC-REM-044149 | XOM-NYC-REM-044149 |
| PL-12405 | P-010868 | Mobil Service Station #17-JH5 162-35 North Conduit Ave Springfield Gardens New Yor PBS #2-482498 | XOM-NYC-REM-044236 | XOM-NYC-REM-044250 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST
APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-12462 | P-023637 | July - September 1993 Status Report Period Covering: July 1 - September 30 1993 | XOM-NYC-REM-047455 | XOM-NYC-REM-047458 |
| PL-12479 | P-003027 | August 1992 Status Report Mobil Station # 17-JH5 162-35 North Conduit Ave Springfield Gardens New York | XOM-NYC-REM-047558 | XOM-NYC-REM-047560 |
| PL-12504 | P-009521 | Non-Hazardous Waste Manifest Document Number NHZ 09130 | XOM-NYC-REM-047804 | XOM-NYC-REM-047806 |
| PL-12506 | P-004396 | Uniform Hazardous Waste Manifest;State Manifest Document Number NJA 1301696 | XOM-NYC-REM-047810 | XOM-NYC-REM-047821 |
| PL-12507 | P-005993 | Uniform Hazardous Waste Manifest;State Manifest Document Number 91336 | XOM-NYC-REM-047822 | XOM-NYC-REM-047823 |
| PL-12738 | NA | Exxon Supplemental Site Remediation Files: Leak/Pollution incident Report | XOM-NYC-SUPP-SRF-0040049 | XOM-NYC-SUPP-SRF-0040050 |
| | 162-16 Union Turnpike | | | |
| PL-12869 | P-012876 | Correspondence between shell/Consultants/DEC re: Spill # 9613464, 9808828 2000-2003 | BQSJMS02708 | BQSJMS02719 |
| PL-12879 | P-007790 | Shell Site Remediation files- environmental site assesment | BQSJMS03278 | BQSJMS03309 |
| PL-12883 | N/A | Shell Site Remediation File- Well Installation Report | BW-IS-GES000800 | BW-IS-GES000829 |
| PL-12884 | N/A | Shell Site Remediation File- Corrective Action Plan Extension Request | BW-IS-GES000860 | BW-IS-GES000898 |
| | 108-01 Atlantic Avenue | | | |
| PL-12927 | | Envirotrac letter to M. Mulqueen w/ Environmental Site Assessment attached | BQ-CN-DK-00001 | BQ-CN-DK-00022 |
| PL-12929 | | Shell Incident Notification to NYSDEC | BQ-CN-DK-00075 | BQ-CN-DK-00080 |
| PL-12931 | | Site Remediation materials -- 108-01 Atlantic Avenue | BQSJMS07435 | BQSJMS07435 |
| PL-12933 | | Site Status Report | BQSJMS07438 | BQSJMS07450 |
| PL-12940 | | Site Plans -- 108-01 Atlantic Avenue | BQSJMS07468 | BQSJMS07472 |
| PL-12947 | | Soil Disposal information | BQSJMS07531 | BQSJMS07532 |
| PL-12948 | | Field Work Request | BQSJMS07533 | BQSJMS07534 |
| PL-12949 | | Field Work Request | BQSJMS07535 | BQSJMS07536 |
| PL-12958 | | Letter to Kerry Foley, NYSDEC, attaching GRASP information | BQSJMS07611 | BQSJMS07628 |
| PL-12962 | P-016438 | 550-Gallon Heating Oil Underground Storage Tank (UST) Closure NYSDEC Spill #: 04-11343 Shell Service Station # 138695 108-1 Atlantic Ave Richmond Hill NY | N/A | N/A |
| PL-12963 | P-001711 | Tank closure report, 108-01 Atlantic Avenue | BQ-CN-DK00216 | BQ-CN-DK00240 |
| PL-12964 | P-018742 | Site remediation materials, 108-01 Atlantic Avenue | BQ-IS-GES000023 | BQ-IS-GES000023 |
| PL-12965 | P-018743 | Site remediation materials, 108-01 Atlantic Avenue | BQ-IS-GES000024 | BQ-IS-GES000042 |
| PL-12969 | P-009095 | Site remediation materials 108-01 Atlantic Avenue | BQSJMS07644 | BQSJMS07682 |
| PL-12971 | P-005902 | UST Removal Report, 108-01 Atlantic Avenue | BQSJMS07709 | BQSJMS07757 |
| | 104-09 Atlantic Avenue | | | |
| PL-12973 | | Tank testing results w/ J. Howard transmittal letter | HESS 94467 | HESS 94510 |
| PL-12979 | | R. Ehrlich to E. Harden intra-Hess memo with response | HESS 94640 | HESS 94641 |
| PL-12980 | | S. Tyree letter to NYC Fire Dep't with attachments | HESS 94643 | HESS 94654 |
| PL-12983 | | Monitoring well abandonment report | HESS 94664 | HESS 94667 |
| PL-12987 | | Environmental inspection reports | HESS 94681 | HESS 94694 |
| PL-12988 | | Tank testing results | HESS 94695 | HESS 94714 |
| PL-12992 | | Tank testing results w/ S. Germann transmittal letter | HESS 94740 | HESS 94745 |
| PL-12995 | | Tank testing results w/ S. Germann transmittal letter | HESS 94788 | HESS 94830 |
| PL-12997 | | Tank testing results w/ J. Howard transmittal letter | HESS 94847 | HESS 94855 |

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-13062 | P-010992 | D.Lee (Hess) letter to S. Sangesland (NYSDEC) attaching Station Upgrade Report, 104-09 Atlantic Avenue | HESS094409 | HESS094443 |
| PL-13064 | P-013031 | Notice of Site Closure w/ DEC correspondence | HESS094511 | HESS094513 |
| PL-13067 | P-002143 | M. Mengel (Hess) letter to K. Tang (NYSDEC) with attachments | HESS094558 | HESS094565 |
| PL-13068 | P-002058 | M. Mengel (Hess) letter to E. Sullivan (NYSDEC) with attachments | HESS094566 | HESS094574 |
| PL-13069 | P-005337 | D. Johnson (Hess) letter to C. Tomasello (NYSDEC) with attached Environmental Assessment Report | HESS094575 | HESS094622 |
| PL-13073 | P-004941 | Site Remediation File, 104-09 Atlantic Avenue | HESS113522 | HESS113551 |
| | 105-15 Merrick Boulevard | | | |
| PL-13075 | P-017922 | Letter from T. Festa to G. Singh re: Spill Number 96-05038 Citgo Service Station 105-15 Merrick Blvd Jamaica New York Remedial Investigation Report And Supplemental Ground-Water Investigation Report | NYC-MOREAU-N-00003031 | N/A |
| PL-13080 | P-020611 | Letter from T. Festa (NYSDEC) to G. Singh re: 105-15 Merrick Blvd | NYC-LBG-E0034657 | NYC-LBG-E0034658 |
| PL-13081 | P-020612 | Letter from T. Festa (NYSDEC) to G. Singh re: 105-15 Merrick Blvd | NYC-LBG-E0034659 | NYC-LBG-E0034660 |
| PL-13086 | P-020617 | Letter from M. Moulik (MIG Environmental) to T. Festa (NYSDEC) with Groundwater Investigation Report, 105-15 Merrick Boulevard | NYC-LBG-E0034730 | NYC-LBG-E0034813 |
| PL-13087 | P-020618 | Limited Subsurface Investigation for 105-15 Merrick Blvd., prepared by EMI | NYC-LBG-E0034814 | NYC-LBG-E0034865 |
| PL-13088 | P-020619 | Site Investigation Report for 105-15 Merrick Boulevard, prepared by MIG | NYC-LBG-E0034866 | NYC-LBG-E0034938 |
| PL-13089 | P-020620 | Letter from V. Pucciarrello to T. Festa (NYSDEC) re 105-15 Merrick Blvd with Remedial Investigation Report | NYC-LBG-E0034939 | NYC-LBG-E0034991 |
| | 108-46 Merrick Boulevard | | | |
| PL-13149 | P-020582 | Letter from T. Festa (NYSDEC) to Meir Adry (Orna), 108-46 Merrick Blvd. | NYC-LBG-E0034450 | NYC-LBG-E0034450 |
| PL-13158 | P-020591 | Letter from J. DeMartinis (JR Holzmacher) to T. Festa (NYSDEC) w/attachments, re 108-46 Merrick Blvd. | NYC-LBG-E0034514 | NYC-LBG-E0034540 |
| PL-13176 | P-021952 | Site Remediation File, 108-46 Merrick Blvd dated 11/22/2006 | NYC-MPEXP-E0275202 | NYC-MPEXP-E0275204 |
| PL-13187 | P-021963 | Site Remediation File, 108-46 Merrick Blvd. | NYC-MPEXP-E0275255 | NYC-MPEXP-E0275255 |
| PL-13192 | P-021968 | Site Remediation File, 108-46 Merrick Blvd dated 5/10/2005 | NYC-MPEXP-E0275274 | NYC-MPEXP-E0275274 |
| PL-13203 | P-021979 | Site Remediation File, 108-46 Merrick Blvd dated 3/1/2006 | NYC-MPEXP-E0275367 | NYC-MPEXP-E0275378 |
| PL-13207 | P-021983 | Site Remediation File, 108-46 Merrick Blvd dated 5/16/2008 | NYC-MPEXP-E0275423 | NYC-MPEXP-E0275438 |
| | 113-21 Merrick Boulevard | | | |
| PL-13208 | | Letter from M. Haggerty (NYSDEC) to R. Caputo (Kleinfelder) | XOM-NYC-SUPP-SRF-0019992 | XOM-NYC-SUPP-SRF-0020002 |
| PL-13219 | | Service Request/Service Completed Notice from IPT to GSC | XOM-NYC-SUPP-SRF-0020047 | XOM-NYC-SUPP-SRF-0020048 |
| PL-13219A | | FOIL Response letter from John Dyland of NYCDEP | XOM-NYC-SUPP-SRF-0020049 | XOM-NYC-SUPP-SRF-0020050 |
| PL-13271 | | Site Status Update from Kleinfelder to M. Haggerty (NYSDEC) | XOM-NYC-SUPP-SRF-0020574 | XOM-NYC-SUPP-SRF-0020604 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-13363 | P-013801 | ExxonMobil Service Station 113-21 Merrick Blvd Jamaica NY - Spill Investigation Number 9814185 - Petroleum Bulk Storage (PBS) Facility Number 2-156922 | XOM-NYC-REM-028855 | XOM-NYC-REM-028857 |
| PL-13365 | P-005380 | Mobil Service Station SS# 17-GVE 113-21 Merrick Rd St. Albans New York NYSDEC Spill #: 96-01682 | XOM-NYC-REM-028861 | XOM-NYC-REM-028863 |
| PL-13369 | P-010353 | POR - Complete | XOM-NYC-REM-028876 | XOM-NYC-REM-028879 |
| PL-13382 | P-013870 | GES Field Log; Boring: MW-1 | XOM-NYC-REM-028946 | XOM-NYC-REM-028949 |
| PL-13389 | P-005346 | NYSDEC Spill Report Form;Spill Number 9601682 | XOM-NYC-REM-028993 | XOM-NYC-REM-028994 |
| PL-13390 | P-023430 | NYSDEC Spill Report Form;Spill Number 0012866 | XOM-NYC-REM-029004 | XOM-NYC-REM-029004 |
| PL-13391 | P-001612 | NYSDEC Spill Report Form;Spill Number 8906399 | XOM-NYC-REM-029005 | XOM-NYC-REM-029011 |
| PL-13391A | P-001612 | NYSDEC Spill Report Form;Spill Number 0012866 as printedon 06/25/2001 | XOM-NYC-REM-029009 | XOM-NYC-REM-029010 |
| PL-13391B | P-001612 | FAX RE: "Incoming Shipments" | XOM-NYC-REM-029011 | XOM-NYC-REM-029011 |
| PL-13392 | P-009747 | Daily Log 3/9/01 | XOM-NYC-REM-029012 | XOM-NYC-REM-029016 |
| PL-13442 | P-015132 | GSC Site Summary And Work Scope | XOM-NYC-REM-029572 | XOM-NYC-REM-029574 |
| PL-13443 | P-011077 | Mobil Service Station #17-GVE 113-21 Merrick Blvd Jamaica New York NYSDEC # 0012866 | XOM-NYC-REM-029575 | XOM-NYC-REM-029576 |
| PL-13444 | P-010483 | UNTITLED Site Remediation Narrative as produced by XOM | XOM-NYC-REM-029577 | XOM-NYC-REM-029584 |
| PL-13446 | P-014555 | Mobil Service Station #17-GVE 113-21 Merrick Blvd Jamaica New York NYSDEC Spill #00-12866 | XOM-NYC-REM-029678 | XOM-NYC-REM-029711 |
| PL-13447 | P-010279 | Mobil Service Station #17-GVE 113-21 Merrick Blvd Jamaica New York NYSDEC # 0012866 | XOM-NYC-REM-029712 | XOM-NYC-REM-029802 |
| PL-13449 | P-016065 | Site Status Update Report to J. Rommel with Domestic Return Receipt | XOM-NYC-REM-029806 | XOM-NYC-REM-029828 |
| | **166-60 Sutphin Blvd (Citgo)** | | | |
| PL-13457 | P-017351 | Gettty Site Remediation Files 116-60 Sutphin Blvd: Quarterly Monitoring Report | GPC-NYCREM-000442 | GPC-NYCREM-000459 |
| PL-13466 | P-011598 | Gettty Site Remediation Files 116-60 Sutphin Blvd: Quarterly Monitoring Report w/ cover letter from Delta to Scott Hanley | GPC-NYCREM-000614 | GPC-NYCREM-000623 |
| PL-13467 | P-012286 | Gettty Site Remediation Files 116-60 Sutphin Blvd: w/ cover letter from Delta to Scott Hanley | GPC-NYCREM-000624 | GPC-NYCREM-000632 |
| PL-13471 | P-015585 | 116-60 Sutphin Blvd: Gettty Site Remediation Files | GPMI-NYC-000982 | N/A |
| | **137-10 94th Ave. (BP-Amoco)** | | | |
| PL-13489 | P-017929 | Ground Water Monitoring Report - First Quarter 2008 NYSDEC Spill Number 97-09661 Former Amoco BP Service Station Number 00560 137-10 94th Ave Jamaica Queens County New York | BPCITYNY0002480 | BPCITYNY0002513 |
| PL-13533 | P-007345 | Fax from K. Kleaka to Eric Lismanis; Letter from Impact Environmental Consulting RE Phase I for 137-10 94th Avenue | BPCNY0004913 | BPCNY0004916 |
| PL-13536 | P-006632 | Fax from Gene Schmidt to Andra Puris | BPCNY0004921 | BPCNY0004931 |
| PL-13537 | P-006211 | Email from AMOCO to Baltec RE 137-10 94th Ave. Jamaica NY | BPCNY0004932 | BPCNY0004932 |
| PL-13538 | P-007822 | Spill Number 97-09661 Amoco S/S 560 137-10 94th Ave Jamaica New York, Quarterly Activity Report | BPCNY0004933 | BPCNY0004951 |
| PL-13543 | P-009172 | Email chain regarding SS# 560 Abandonment | BPCNY0004959 | BPCNY0004962 |
| PL-13544 | P-008125 | NYSDEC Letter to BP Amoco RE 137-10 94th Avenue, Jamaica. NY | BPCNY0004963 | BPCNY0004965 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-13546 | P-008347 | Monitoring Well Installation At Amoco S/S Located At 137-10 94th Ave Queens Spill #: 9709661 And 9909107 | BPCNY0004966 | BPCNY0004967 |
| PL-13550 | P-008181 | Spill Number 97-09661 Amoco S/S 560 137-10 94th Ave Jamaica New York; Summary of Sensitive Receptor Survey | BPCNY0004975 | BPCNY0004979 |
| PL-13694 | P-007419 | Waste Material Profile | BPCNY0005562 | BPCNY0005564 |
| PL-13698 | P-009239 | Incoming Load Ticket # 13327; 137-10 94th Avenue | BPCNY0005572 | BPCNY0005575 |
| PL-13724 | P-006967 | Spill Number 97-09661 Amoco S/S 560 137 - 10 94th Ave Jamaica New York | BPCNY0005868 | BPCNY0006014 |
| PL-13754 | P-016043 | Report Tracking Sheet;Service Station #560 Quarterly Monitoring Report, 3Q 2004 | BPCNY0006933 | BPCNY0006948 |
| PL-13757 | P-006885 | John F. Kennedy Airport Light Rail System Project Amoco Service Station 137-10 94th Ave Jamaica NY 11435 Block 9990 Lot 5 | BPCNY0006956 | BPCNY0007084 |
| PL-13758 | P-009357 | Underground Storage Tank Excavation Assessment Report November 10 2000 | BPCNY0007085 | BPCNY0007094 |
| PL-13761 | P-010080 | Letter from Delta to NYSDEC RE 137-10 94th Avenue, Jamaica NY | BPCNY0007106 | BPCNY0007107 |
| PL-13763 | P-009300 | Letter from Michael Gomez to Aaron Lapine | BPCNY0007108 | BPCNY0007115 |
| PL-13772 | P-007036 | Environmental Site Assessment Phase I Investigation: 137-10 94th Avenue, September 25 1998 | BPCNY0007249 | BPCNY0007326 |
| | 148-12 Rockaway Blvd (Sunoco) | | | |
| PL-14185 | | Hess Site File: Letter from Merit Oil to DEC | HESS333048 | HESS333049 |
| PL-14225 | P-017455 | Hess Site Remediation File: No Further Action Letter | HESS890078 | HESS890081 |
| PL-14227 | P-017870 | Hess Site Remediation File: Update Report and Site Closure Request for 148-27 Liberty Avenue | HESS890084 | HESS890117 |
| PL-14244 | P-017355 | Hess Site Remediation File: Tri-Annual Monitoring Report with GW Data from November 1996-2007 | HESS890289 | HESS890324 |
| PL-14249 | | Hess Site File: Letter from Amerada Hess to DEC | HESS627532 | HESS627533 |
| PL-14251 | | Hess Site File: NYSDEC - Region 2 Site Summary | HESS628347 | HESS628381 |
| PL-14261 | | Hess Site File: NYSDEC - Region 2 Site Summary | HESS799701 | HESS799734 |
| PL-14280 | P-016197 | Second Tri-Annual 2004 Update Report Hess Station 32521 - Liberty 148-27 Liberty Ave Jamaica New York NYSDEC Spill #96-06415 | HESS97269 | HESS97305 |
| | 154-10 Rockaway Blvd. | | | |
| PL-14281 | P-017285 | Shell Site Remediation Files | BQ-IS-GES000063 | N/A |
| PL-14282 | P-016918 | Shell Site Remediation Files | BQ-IS-GES000084 | N/A |
| PL-14283 | P-017021 | Shell Site Remediation Files | BQ-IS-GES000102 | N/A |
| PL-14284 | P-017165 | Shell Site Remediation Files | BQ-IS-GES000120 | N/A |
| PL-14285 | P-025193 | Shell Site Remediation Files | BQ-IS-GES000141 | N/A |
| PL-14286 | P-020458 | Shell Site Remediation Files | NYC-LBG-03324 | N/A |
| PL-14287 | P-020459 | Shell Site Remediation Files | NYC-LBG-03341 | N/A |
| PL-14288 | P-007017 | Shell Site Remediation Files | BQ/CO/PS000413 | BQ/CO/PS000434 |
| | 156-07 Rockaway Blvd (Getty 343) | | | |
| PL-14306 | P-012601 | Getty Properties site remediation files: 156-07 Rockaway Blvd.; DEC Letter to Getty with attached materials | GPMI-REM-03869 | N/A |
| PL-14307 | P-010464 | Getty Properties site remediation files: Email(s) from Ewald to Asehirli with attached materials | GPMI-REM-04174 | N/A |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-14308 | P-009009 | Getty Properties site remediation files: FAX re Getty Geoprobe Proposal | GPMI-REM-04304 | N/A |
| PL-14310 | P-006610 | Getty Properties site remediation files: Tyree Tank Upgrade/Status Report | GPMI-REM-04595 | GPMI-REM-04691 |
| PL-14311 | P-012389 | Getty Properties site remediation files: Email(s) from Lindell to Ewald and other materials | GPMI-REM-05739 | N/A |
| | **161-51 Baisley Blvd** | | | |
| PL-14313 | P-016332 | Getty Properties Site Remediation files: 2004 Site file | GPMI-REM-01080 | N/A |
| PL-14314 | P-014894 | Getty Properties Site Remediation files: 2003 Site File | GPMI-REM-01253 | N/A |
| PL-14315 | P-011187 | Getty Properties Site Remediation files: 2002 Site File | GPMI-REM-01407 | N/A |
| PL-14316 | P-010103 | Getty Properties Site Remediation files: 2001 Site File | GPMI-REM-01534 | N/A |
| PL-14317 | P-008612 | Getty Properties Site Remediation files: 2000 Site File | GPMI-REM-01656 | N/A |
| PL-14318 | P-007470 | Getty Properties Site Remediation files: 1999 Site File | GPMI-REM-01744 | N/A |
| PL-14319 | P-007022 | Getty Properties Site Remediation files: 1998 Site File | GPMI-REM-01954 | N/A |
| PL-14319A | | GPMI Field Notes for 161-51 Baisley Boulevard | GPMI-REM-02027 | GPMI-REM-02028 |
| PL-14689 | | 165-25 Liberty Avenue, Site Work Order History | BPCNY0040555 | BPCNY0040570 |
| PL-14690 | | Site Remediation and Tank Closure Report, 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00013 | CNY-FOIL-GB-00057 |
| PL-14691 | | Spill Report Form and PBS Certificate for 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00224 | CNY-FOIL-GB-00232 |
| PL-14692 | | DEC letter attaching stipulation and corrective action plan for 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00001 | CNY-FOIL-GB-00004 |
| PL-14693 | | DEC letter attaching stipulation and corrective action plan for 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00005 | CNY-FOIL-GB-00008 |
| PL-14694 | | Letter from DEC regarding Monitoring Well Installation at 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00009 | CNY-FOIL-GB-00009 |
| PL-14695 | | Letter from DEC regarding Monitoring Well Installation at 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00010 | CNY-FOIL-GB-00010 |
| PL-14696 | | Letter from DEC requesting submission of RAP for 117-07 Guy Brewer Blvd. | CNY-FOIL-GB-00011 | CNY-FOIL-GB-00011 |
| PL-14697 | | Letter from DEC approving RAP for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00012 | CNY-FOIL-GB-00012 |
| PL-14698 | | Site Plan and Analytical Results for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00058 | CNY-FOIL-GB-00068 |
| PL-14699 | | Site Plan and Analytical Results for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00069 | CNY-FOIL-GB-00091 |
| PL-14700 | | Site Plan and Analytical Results for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00092 | CNY-FOIL-GB-00114 |
| PL-14701 | | Site Plan and Analytical Results for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00114 | CNY-FOIL-GB-00135 |
| PL-14702 | | Site Investigation and Remediation Update for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00136 | CNY-FOIL-GB-00223 |
| PL-14703 | | Site Investigation and Remediation Update for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00233 | CNY-FOIL-GB-00251 |
| PL-14704 | | Site Investigation and Remediation Update for 117-07 Guy Brewer Blvd | CNY-FOIL-GB-00252 | CNY-FOIL-GB-00271 |
| PL-14705 | | Record of Converstaion at 84-04 Parsons Boulevard | XOM-NYC-REM-019133 | XOM-NYC-REM-019141 |
| PL-14706 | | Amerada Hess: Site Summary for 148-27 Liberty Avenue | HESS97847 | HESS97883 |
| PL-14707 | | DEC Databse Extract(s): 84-04 Parsons Boulevard -- Spill Nos. 8900535, 8912458 & 9007892 | N/A | N/A |
| PL-14708 | | NYSDEC Bulk Storage Database Search Details: 84-04 Parsons Blvd. | | |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-14709 | | DEC Databse Extract(s): 177-90 South Conduit Avenue -- Spill Nos. 8807862, 9312565, 9414767, 0205068, 0205081, 0210154, 0210416, 0507321 & 0507321 | | |
| PL-14710 | | NYSDEC Bulk Storage Database Search Details: 177-90 South Conduit Avenue | | |
| PL-14711 | | DEC Databse Extract(s): 148-27 Liberty Avenue -- Spill No. 9606415 | | |
| PL-14712 | | NYSDEC Bulk Storage Database Search Details: 148-27 Liberty Avenue | | |
| PL-14713 | | DEC Databse Extract(s): 117-07 Guy R. Brewer Boulevard -- Spill Nos. | | |
| PL-14714 | | NYSDEC Bulk Storage Database Search Details: 117-07 Guy R. Brewer Boulevard | | |
| PL-14715 | | DEC Databse Extract(s): 113-21 Merrick Boulevard -- Spill Nos. 9814185, 0012866, 8906399 & 9601682 | | |
| PL-14716 | | NYSDEC Bulk Storage Database Search Details: 113-21 Merrick Boulevard | | |
| PL-14717 | | DEC Databse Extract(s): 138-50 Hillside Avenue -- Spill Nos. 0101410, 9402398, 9409159 & 9801762 | | |
| PL-14718 | | NYSDEC Bulk Storage Database Search Details: 138-50 Hillside Avenue | | |
| PL-14719 | | 138-50 Hillside Avenue | XOM-NYC-SUPP-SRF-0000630 | |
| PL-14720 | | Letter from DEC to Hess w/ Attached Stipulation | HESS 97707 | HESS 97715 |
| PL-14721 | | DEC - Region 2 Site Summary | HESS 97847 | HESS 97848 |
| PL-14722 | | Letter from DEC to Hess s/ executed stipulation | HESS 97699 | HESS 97703 |
| PL-14723 | | Internal Memorandum Summarizing History of this Site | HESS 97740 | HESS 97746 |
| PL-14724 | | Letter from Hess to DEC re: Tri-Annual 2003 Update Report | HESS 97778 | HESS 97817 |
| PL-14725 | | Invoice from Summit Drilling Company | HESS 97752 | HESS 97756 |
| PL-14726 | | Letter from Hess to DEC re: Tri-Annual 2004 Update Report | HESS 97269 | HESS 97305 |
| PL-14727 | | UST Closure Report | BQ-IS-GES000607 | BQ-IS-GES000627 |
| PL-14728 | | Site Status Update Report | BQ-IS-GES000899 | BQ-IS-GES000946 |
| PL-14729 | | UST and Hydraulic Lift Closure w/ cover letter | BQ-IS-GES000632 | BQ-IS-GES000799 |
| PL-14730 | | Rob Rule email | BQSJMS02683 | BQSJMS02683 |
| PL-14731 | | Subsurface Investigation Report with cover letter | XOM-NYC-REM-046189 | XOM-NYC-REM-046260 |
| PL-14732 | | Site Status Update and Closure Request | XOM-NYC-SUPP-SRF-0039103 | XOM-NYC-SUPP-SRF-0039112 |
| PL-14733 | | Sensitive Receptor Survey with mailing receipt | XOM-NYC-SUPP-SRF-0039152 | XOM-NYC-SUPP-SRF-0039178 |
| PL-14734 | | Letter from W. Gorman to FDNY | XOM-NYC-SUPP-M&C-000060 | XOM-NYC-SUPP-M&C-000064 |
| PL-14735 | | Station Upgrade Activity Report | XOM-NYC-SUPP-SRF-0001316 | XOM-NYC-SUPP-SRF-0001401 |
| PL-14736 | | Kleinfelder waste monitoring program | XOM-NYC-SUPP-SRF-0001412 | XOM-NYC-SUPP-SRF-0001416 |
| PL-14737 | | Waste Shipment Documentation Form | XOM-NYC-SUPP-SRF-0001417 | XOM-NYC-SUPP-SRF-0001423 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST
APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description | Beginning Bates No. | End Bates No. |
|---|---|---|---|---|
| PL-14738 | | 165-25 Liberty Avenue, Hazardous Waste Manifest | BPCNY0040398 | BPCNY0040398 |
| PL-14739 | | 165-25 Liberty Avenue, Site Work Order History | BPCNY0040555 | BPCNY0040570 |
| PL-14740 | | Spill Response Report | SUN-MDL-013292 | SUN-MDL-013293 |
| PL-14741 | | FDNY NOV for 188-06 Hillside | SUN-MDL-013284 | |
| PL-14742 | | Correspondence from Sun to NYSDEC and FDNY re Spill 890301 | SUN-MDL-013282 | SUN-MDL-013283 |
| PL-14743 | | Letter from Sun re. pollution claims at 188-06 Hillside | SUN-MDL-013287 | SUN-MDL-013289 |
| PL-14744 | | multiple docs, inlcuding PBS application for 188-06 Hillside Avenue | SUN-MDL-022957 | SUN-MDL-022974 |
| PL-14745 | | DEP application for registration for gasoline dispensing site | SUN-MDL-022931 | SUN-MDL-022934 |
| PL-14746 | | NYSDEC multi site Spill report forms, including 188-06 Hillside | NYC-LBG-E0050442 | NYC-LBG-E0050456 |
| PL-14747 | | UST closure report for 188-06 Hillside Avenue | NYC-MP-EXP-E0002904 | NYC-MP-EXP-E0002996 |
| PL-14748 | | DEC letter to Sunoco attaching remediation stipulation agreement | NYC-MP-EXP-E0002884 | NYC-MP-EXP-E0002888 |
| PL-14749 | | analytical data for 188-06 Hillside Avenue | NYC-MP-EXP-E00056767 | NYC-MP-EXP-E00056772 |
| PL-14750 | | Remedial Action Plan w/ Cover Letter | NYC-MP-EXP-E0003030 | NYC-MP-EXP-E0003067 |
| PL-14751 | | 244 Linden Site Remediation Files | SUN-MDL-022827 | SUN-MDL-022847 |
| PL-14752 | | Branded Marketing Retail Facilities System Update; November 2000 emails concerning inventory variances | SUN-MDL-022587 | SUN-MDL-022588 |
| PL-14753 | | Environmental Incident Report informing NYSDEC of gasoline spill associated with a tank overfill | SUN-MDL-022710 | SUN-MDL-022727 |
| PL-14754 | | Tank Testing Reports | SUN-MDL-015939 | SUN-MDL-015941 |
| PL-14755 | | UST Upgrade Project Status Report, multisites | NYC2_0109122 | NYC2_0109187 |
| PL-14756 | | Preliminary Corrective Action Plan, 167-02 Baisley Blvd | NYC2_0110061 | NYC2_0110087 |
| PL-14757 | | Bi-Monthly Status Report, DEC UST Order of Consent, multisite, including 167-02 Baisley Blvd. | NYC2_0069368 | NYC2_0069530 |
| PL-14758 | | Stipulation of Agreement for the 113th Precinct Remedial Action | NYC2_0121166 | NYC2_0121177 |
| PL-14759 | | UST Updgrade Project Status Report, multisites, including 113th Precinct | NYC2_0114243 | NYC2_0114277 |
| PL-14760 | | Activities Summary Report, UST Closures, 113th Precinct | NYC-0057287 | NYC-0057304 |
| PL-14761 | | Affidavit of Tank Removal, 113th Precinct | NYC-0059232 | NYC-0059232 |
| PL-14762 | | Evaluation of Remediation System Removal, Results and Recommendation after Data Collection, 113th Precinct | NYC-0043058 | NYC-0043179 |
| PL-14763 | | Evlauation of Remediation System Performance | NYC-0043040 | NYC-0043057 |
| PL-14764 | | NYCDDC UST Program System Performance data for 113th precinct period through June 2001 | NYC-0043420 | NYC-0043462 |
| PL-14765 | | Site Specific Investigation and Remedial Plan Report- Phase 1 (168-02 91st Avenue) | NYC2_0109308 | NYC2_0109601 |
| PL-14766 | | Design Analysis Report (168-02 91st Avenue) | NYC2_0109644 | NYC2_0109765 |
| PL-14767 | | Site Specific Investigation and Remedial Plan Report- Phase 2 (168-02 91st Avenue) | NYC2_0109188 | NYC2_0109307 |
| PL-14768 | | DEC Letter approving SSIR | NYC2_0109770 | NYC2_0109770 |
| | | DEC Spill Report Form- 95-11826 | NYC_MP_EXP_003682 | NYC_MP_EXP_003683 |