UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** ) | MDL NO. 1358 (SAS)<br>Master File No. 1:00-1898 |
| ) | |
| ) | Transferred from:<br>United States District Court<br>N.D. California,<br>C.A. No. 3:09-529-MEJ |
| ) | |
| ) | Removed from:<br>Superior Court of California<br>County of Contra Costa<br>Case No. C 08-03214 |
| This Document Relates To: ) | |
| *City of Pomona v. Chevron USA, Inc., et al.*, 09 Civ. 3739 ) | |

*This Document Relates to All Cases in MDL No. 1358*

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm identified below represents Defendant SOUTHERN COUNTIES OIL CO., a California corporation ("SCOC") in all matters transferred to MDL 1358 and, in accordance with JPML Rule 5.2(c), the following attorneys are designated to receive service of all pleadings, notices, orders and other papers relating to this matter:

>David Wood
>WOOD, SMITH, HENNING & BERMAN
>10960 Wilshire Boulevard, 18th Floor
>Los Angeles, CA 90024
>Telephone: (310) 481-7600
>Facsimile: (310) 481-7650
>dwood@wshblaw.com

LEGAL:5971-030/1261879.1    1
|S025|478670.DOC;1|

Alan Greenberg
WOOD, SMITH, HENNING & BERMAN
501 W. Broadway, Suite 1050
San Diego, CA 92010
Telephone: (619) 849-4900
Facsimile: (619) 849-4950
*agreenberg@wshblaw.com*

Dated: August 4, 2009                    WOOD, SMITH, HENNING & BERMAN

By: _____
Alan E. Greenberg
*Attorneys for Defendant SOUTHERN
COUNTIES OIL CO.*

# DECLARATION OF SERVICE

    I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 501 W. Broadway, Suite 1050, San Diego, California 92101.

    On August 10, 2009, I served the document described as:

## NOTICE OF APPEARANCE

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[ ]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**[XX]**    **VIA ELECTRONIC FILING/SERVICE**: By causing such document(s) to be electronically served through the CM/ECF system for the above-entitled case to those parties on the Service List maintained by CM/ECF. The file transmission was reported as complete and a copy of the Filing/Service Receipt will be maintained with the original document(s) in this office.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    EXECUTED on August 10, 2009 at San Diego, California.

_____
Ericka Elms

# SERVICE LIST
### *City of Pomona v. Chevron USA, Inc.*
### MDL No. 1358
### Master File No. 1:00-1898

Arnold M. Alvarez-Glasman, Esq.
City Attorney, City Of Pomona
Alvarez-Glasman & Colvin
13181 Crossroads Parkkway North
Suite 400 – West Tower
City of Industry, CA 91746
Tel: (562) 699-5500 / Fax: (562) 692-2244
aglasman@agclawfirm.com
**Attorneys for Plaintiff CITY OF POMONA**

Scott Summy, Esq.
Carla M. Burke, Esq.
Celeste A. Evangelisti, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
Tel: (214) 523-6267 / Fax: (214) 520-1181
ssummy@baronbudd.com
**Attorneys for Plaintiff CITY OF POMONA**

Patrick J. Cafferty, Jr., Esq.
Munger, Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Tel: (415) 512-4000 / Fax: (415) 512-4077
Patrick.Cafferty@mto.com
**Attorneys for Defendants SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, EQUILON ENTERPRISES LLC and TMR COMPANY**

Victor M. Sher, Esq.
Nicholas G. Campins, Esq.
Sher Leff LLP
450 Mission Street
Suite 400
San Francisco, CA 94105
Tel: (415) 348-8300 / Fax: (415) 348-8333
vsher@sherleff.com
**Attorneys for Plaintiff CITY OF POMONA**

William D. Temko, Esq.
Wesley T. Shih, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100 / Fax: (213) 687-3702
William.Temko@mto.com
Wesley.Shih@mto.com
**Attorneys for Defendants SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, EQUILON ENTERPRISES LLC and TMR COMPANY**

Peter A. Strotz, Esq.
Filice Brown Eassa & Mcleod, LLP
1999 Harrison Streetm
18th Floor
Oakland, CA 94612-0850
Tel:(510) 444-3131 / Fax: (510) 839-7940
**Attorneys for Defendants CHEVRON USA, INC.; CHEVRON CORPORATION; UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA**

Charles C. Correll, Jr., Esq.
King & Spalding LLP
1100 Louisiana
Suite 4000
Houston, TX 77002-5213
Tel: (713) 751-3200 / Fax: (713) 751-3290
**Attorneys for Defendants CHEVRON USA, INC.; CHEVRON CORPORATION; UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA**

Colleen P. Doyle, Esq.
Diana Pfeffer Martin, Esq.
Bingham McCutchen lLLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071-3106
Tel: (213) 680-6400 / Fax: (213) 680-6499
**Attorneys for Defendants TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY**

J. Clifford Gunter III, Esq.
M. Coy Connelly, Esq.
Bracewell & Giuliani LLP
Penzoil Place – South Tower
711 Louisiana Street
Suite 2300
Houston, TX 77002-7281
Tel: (713) 233-2300 / Fax: (713) 221-1212
**Attorneys for Defendants ULTRAMAR, INC.; VALERO ENERGY CORPORATION; VALERO MARKETING AND SUPPLY COMPANY; VALERO REFINING COMPANY - CALIFORNIA**

Brian Ledger, Esq.
Gordon & Rees LLP
101 W. Broadway
Suite 1600
San Diego, CA 92101
Tel: (619) 696-6700 / Fax: (619) 696-7124
**Attorneys for Defendants KERN OIL AND REFINING COMPANY**

Jeffery J. Parker, Esq.
Whitney Roy, Esq.
Sheppard Mullin, Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
Tel: (213) 620-1780 / Fax: (213) 620-1398
**Attorneys for Defendants EXXON MOBIL CORPORATION; EXXON MOBIL OIL CORPORATION**

John D. Anderson, Esq.
Eric Katz, Esq.
Latham & Watkins LLP
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235 / Fax: (714) 755-8290
**Attorneys for Defendants CONOCOPHILLIPS CORPORATION**

Jennifer Ramsden, Esq.
Cummins & White, LLP
2424 S.E. Bristol
Suite 300
Newport Beach, CA 92660
Tel: (949) 852-1800 / Fax: (949) 852-8510
**Attorneys for Defendants SOUTHERN COUNTIES OIL COMPANY**

Brent H. Allen, Esq.
Arden Levy, Esq.
Howrey LLP
1299 Pennsylvania Avenue, North West
Washington, DC 2004
Tel: (202) 383-6875 / Fax: (202) 383-6610
**Attorneys for Defendants EL PASO MERCHANT ENERGY – PETROLEUM COMPANY**

Stephanie Stroup, Esq.
Howrey LLP
550 South Hope Street
Suite 1100
Los Angeles, CA 90071
Tel: (213) 892-1829 / Fax: (213) 892-2300
**Attorneys for Defendants EL PASO MERCHANT ENERGY – PETROLEUM COMPANY**

Mathew T. Heartney, Esq.
James J. Finsten, Esq.
Arnold & Porter LLP
777 South Figeuroa Street
44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000 / Fax: (213) 243-4199
**Attorneys for Defendants ATLANTIC RICHFIELD COMPANY; BP PRODUCTS NORTH AMERICA INC.; BP WEST COAST PRODUCTS LLC**

Stephanie B. Weirick, Esq.
Arnold & Porter LLP
555 Twelfth Street, North West
Washington, DC 20004-1206
Tel: (202) 942-5000 / Fax: (202) 942-5999
**Attorneys for Defendants ATLANTIC RICHFIELD COMPANY; BP PRODUCTS NORTH AMERICA INC.; BP WEST COAST PRODUCTS LLC**

Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
md11358@weitzlux.com
**Liaison Counsel for Plaintiff**

Peter J. Sacripanti, Esq.
McDermott, Will, & Emery LLP
340 Madison Avenue
New York, NY 10173
md11358@mwe.com
**Liaison Counsel for Defendants**