UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### FIRST SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE TWO TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase two exhibits. ExxonMobil reserves its right to supplement this list up to and included at the time of trial.

August 10, 2009
New York, New York

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -