Attachment A				Defendant Exxon Mobil Corporation's First Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12305 | CNY-FOIL-GB-00001 | CNY-FOIL-GB-00004 | 9/7/2006 | Letter re 117-07 Guy Brewer Stipulations Agreement | Letter | Stephen Kraszewski (NYSDEC) | Alexander Spivak |
| 12306 | CNY-FOIL-GB-00005 | CNY-FOIL-GB-00008 | 10/6/2006 | Letter re 117-07 Guy Brewer Stipulations Agreement | Letter | Stephen Kraszewski (NYSDEC) | Simcho Aranbayez |
| 12307 | CNY-FOIL-GB-00010 | CNY-FOIL-GB-00010 | 2/12/2007 | Letter re Monitoring Well Installation in the Vicinity of 117-07 Guy Brewer Blvd. | Letter | Joe Sun (NYSDEC) | J.R. Holzmacher, P.E. LLC |
| 12308 | CNY-FOIL-GB-00011 | CNY-FOIL-GB-00011 | 2/10/2009 | Letter regarding NYSDEC Spill # 0507363, 117-07 Guy Brewer | Letter | Jonathan Kolleeny (NYSDEC) | David Koptiev (CSREM) |
| 12309 | CNY-FOIL-GB-00012 | CNY-FOIL-GB-00012 | 4/2/2009 | Letter regarding NYSDEC Spill # 0507363, 117-07 Guy Brewer, Approving RAP | Letter | Jonathan Kolleeny (NYSDEC) | David Koptiev (CSREM) |
| 12310 | CNY-FOIL-GB-00013 | CNY-FOIL-GB-00057 | 5/2/2006 | Summary Report, Spill # 0507363, 117-07 Guy Brewer | Letter | James M. DeMartinis | Stephen Kraszewski (NYSDEC) |
| 12311 | CNY-FOIL-GB-00058 | CNY-FOIL-GB-00068 | | Site Map and Tables with Jan. 2008 Data, 117-07 Guy Brewer | Other | J.R. Holzmacher, P.E. LLC | |
| 12312 | CNY-FOIL-GB-00069 | CNY-FOIL-GB-00091 | | Site Map and Tables with July 2008 Data, 117-07 Guy Brewer | Other | J.R. Holzmacher, P.E. LLC | |
| 12313 | CNY-FOIL-GB-00092 | CNY-FOIL-GB-00113 | | Site Map and Tables with Oct. 2008 Data, 117-07 Guy Brewer | Other | J.R. Holzmacher, P.E. LLC | |
| 12314 | CNY-FOIL-GB-00114 | CNY-FOIL-GB-00135 | | Site Map and Tables with Jan. 2009 Data, 117-07 Guy Brewer | Other | J.R. Holzmacher, P.E. LLC | |
| 12315 | CNY-FOIL-GB-00136 | CNY-FOIL-GB-00223 | 6/2/2009 | Letter with attachments regarding NYSDEC Spill # 0507363, 117-07 Guy Brewer | Letter | James M. DeMartinis | Kathleen Green (NYSDEC) |
| 12316 | CNY-FOIL-GB-00225 | CNY-FOIL-GB-00232 | 9/19/2005 | NYSDEC Spill Report with Notes & PBS Facility Information Report | Other | NYSDEC | |

Attachment A  Defendant Exxon Mobil Corporation's First Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12317 | CNY-FOIL-GB-00233 | CNY-FOIL-GB-00251 | 3/31/2009 | Letter with attachments regarding NYSDEC Spill # 0507363, 117-07 Guy Brewer | Letter | James M. DeMartinis | Kathleen Green (NYSDEC) |
| 12318 | CNY-FOIL-GB-00252 | CNY-FOIL-GB-00271 | 3/31/2009 | Letter with attachments regarding NYSDEC Spill # 0507363, 117-07 Guy Brewer | Letter | James M. DeMartinis | Kathleen Green (NYSDEC) |
| 12319 | XOM-NYC-SUPP-SRF-0063051 | XOM-NYC-SUPP-SRF-0063054 | 4/3/2009 | 177-90 S. Conduit - Email re: Birch School Air Sampling Report Follow Up | Email | Kleinfelder | Robert Filkins (NYSDEC) |
| 12320 | XOM-NYC-SUPP-SRF-0063058 | XOM-NYC-SUPP-SRF-0063059 | 6/11/2009 | 177-90 S. Conduit - Letter re: Permanent Off Site SVE and GWPT Shutdown Request | Letter | Robert Filkins (NYSDEC) | Dennis Shin (Kleinfelder) |
| 12321 | XOM-NYC-SUPP-SRF-0063060 | XOM-NYC-SUPP-SRF-0063284 | 5/14/2009 | 177-90 S. Conduit - Site Status Update Report | Report | Kleinfelder | Robert Filkins (NYSDEC) |
| 12322 | NYC-LBG-E0033218 | NYC-LBG-E0033220 | 9/1/2005 | Jamaica Water Supply Station 24 No Further Action Approval | Letter | Imadadul Islam (NYSDEC) | Afsar Samani (NYCDDC) |