## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, August 11, 2009, I served the accompanying First Supplement to Defendant Exxon Mobil Corporation's Phase Two Trial Exhibit List upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
      August 11, 2009

                                                          Amelia J. Crowley

NYK 1184415-1.009900.0011