**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### FIRST SUPPLEMENT TO PLAINTIFFS' AMENDED
### PHASE II TRIAL EXHIBIT LIST

Plaintiffs filed their Phase II exhibit list on June 15, 2009. *See* No. 1:00-CV-1898, Dkt. #

2552 (S.D.N.Y. Jun. 15, 2009). Plaintiffs further filed an Amended Phase II Exhibit List on

August 10, 2009. *See* No. 1:00-CV-1898, Dkt. # 2721 (S.D.N.Y. Aug. 10, 2009) ("Amended

Exhibit List"). In doing so, Plaintiffs expressly reserved the right to supplement or amend its

exhibits. *See* Amended Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in

addition to the exhibits on the Amended Exhibit List, Plaintiffs will add the following Exhibit

which was listed on their original Exhibit List dated April 13, 2009:

| PL-14833 | P-7381 | 1/24/1999 | E-mail Subject: FW: MTBE Cost-Reduction Considerations From White Christine B To Meyers Otto O; Boschetto Brad H; Kornyio Barbara A; Tovar Dora O; Gallagher Michael P; Dedoes Robert E; Michalak James L; Stanley Curtis CC; 1/22/1999 E-mail Subject MTBE Cost-Reduction Considerations From Stanley Curtis CC To White Christine B; Gallagher Michael P; Hsu EH (Ed); Michalak James L CC: Benton F | SH 033365 | SH 033385 |
|---|---|---|---|---|---|

| | | | R; Hansen EE (Erik); Draft Cost Savings Considerations for MTBE and Other Oxygenates in California | | |
|---|---|---|---|---|---|

Plaintiffs are emailing such exhibit to counsel for ExxonMobil concurrently with this Exhibit List.

Dated: New York, New York
      August 12, 2009

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the City of New York
                        100 Church Street
                        New York, New York 10007
                        (212) 788-1578

                        */s/ NICHOLAS G. CAMPINS*
                        VICTOR M. SHER *(pro hac vice)*
                        TODD E. ROBINS *(pro hac vice)*
                        JOSHUA G. STEIN *(pro hac vice)*
                        NICHOLAS G. CAMPINS *(pro hac vice)*
                        LESLEY E. WILLIAMS (LW8392)

                        SHER LEFF LLP
                        450 Mission Street, Suite 400
                        San Francisco, CA 94105
                        (415) 348-8300

                        *Attorneys for Plaintiffs*