## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

------------------------------------------------------------------- x

ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

## SECOND SUPPLEMENT TO PLAINTIFFS' AMENDED PHASE II TRIAL EXHIBIT LIST

Plaintiffs filed their Phase II exhibit list on June 15, 2009. *See* No. 1:00-CV-1898, Dkt. # 2552 (S.D.N.Y. Jun. 15, 2009). Plaintiffs further filed an Amended Phase II Exhibit List on August 10, 2009. *See* No. 1:00-CV-1898, Dkt. # 2721 (S.D.N.Y. Aug. 10, 2009) ("Amended Exhibit List"). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Amended Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Amended Exhibit List, Plaintiffs will add the Exhibits listed in Attachment A, which are recent photographs of certain remediation sites.

Plaintiffs emailed such exhibits to counsel for ExxonMobil on August 11, 2009.

Dated: New York, New York
August 12, 2009

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel of the City of New York
                                         100 Church Street
                                         New York, New York 10007
                                         (212) 788-1578

                                         */s/ NICHOLAS G. CAMPINS*
                                         VICTOR M. SHER *(pro hac vice)*

TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN (*pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice*)
LESLEY E. WILLIAMS (LW8392)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*