# Attachment A

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description |
|---|---|---|
| PL-14770 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 1 of 11 |
| PL-14771 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 2 of 11 |
| PL-14772 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 3 of 11 |
| PL-14773 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 4 of 11 |
| PL-14774 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 5 of 11 |
| PL-14775 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 6 of 11 |
| PL-14776 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 7 of 11 |
| PL-14777 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 8 of 11 |
| PL-14778 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 9 of 11 |
| PL-14779 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 10 of 11 |
| PL-14780 | | SITE PHOTOGRAPH -- 84-04/84-02  Parsons Boulevard: Photo 11 of 11 |
| PL-14781 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 1 of 6 |
| PL-14782 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 2 of 6 |
| PL-14783 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 3 of 6 |
| PL-14784 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 4 of 6 |
| PL-14785 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 5 of 6 |
| PL-14786 | | SITE PHOTOGRAPH -- 105-15 Merrick Avenue: Photo 6 of 6 |
| PL-14787 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 1 of 9 |
| PL-14788 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 2 of 9 |
| PL-14789 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 3 of 9 |
| PL-14790 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 4 of 9 |
| PL-14791 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 5 of 9 |
| PL-14792 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 6 of 9 |
| PL-14793 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 7 of 9 |
| PL-14794 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 8 of 9 |
| PL-14795 | | SITE PHOTOGRAPH -- 113-21 Merrick Avenue: Photo 9 of 9 |
| PL-14796 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 1 of 4 |
| PL-14797 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 2 of 4 |
| PL-14798 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 3 of 4 |
| PL-14799 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 1 of 4 |
| PL-14800 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 2 of 4 |
| PL-14801 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 3 of 4 |
| PL-14802 | | SITE PHOTOGRAPH -- 137-10 94th Avenue: Photo 4 of 4 |
| PL-14803 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 1 of |
| PL-14804 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 1 of 9 |
| PL-14805 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 2 of 9 |

PLAINTIFF CITY OF NEW YORK'S AMENDED PHASE TWO TRIAL EXHIBIT LIST

APPENDIX A

| PLAINTIFF'S TRIAL EXHIBIT NO. | | Description |
|---|---|---|
| PL-14806 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 3 of 9 |
| PL-14807 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 4 of 9 |
| PL-14808 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 5 of 9 |
| PL-14809 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 6 of 9 |
| PL-14810 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 7 of 9 |
| PL-14811 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 8 of 9 |
| PL-14812 | | SITE PHOTOGRAPH -- 138-50 Hillside Avenue: Photo 9 of 9 |
| PL-14813 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 1 of 7 |
| PL-14814 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 2 of 7 |
| PL-14815 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 3 of 7 |
| PL-14816 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 4 of 7 |
| PL-14817 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 5 of 7 |
| PL-14818 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 6 of 7 |
| PL-14819 | | SITE PHOTOGRAPH -- 148-27 Liberty Avenue: Photo 7 of 7 |
| PL-14820 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 1 of 6 |
| PL-14821 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 2 of 6 |
| PL-14822 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 3 of 6 |
| PL-14823 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 4 of 6 |
| PL-14824 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 5 of 6 |
| PL-14825 | | SITE PHOTOGRAPH -- 162-35 North Conduit: Photo 6 of 6 |
| PL-14826 | | SITE PHOTOGRAPH -- 165-25 Liberty Avenue: Photo 1 of 3 |
| PL-14827 | | SITE PHOTOGRAPH -- 165-25 Liberty Avenue: Photo 2 of 3 |
| PL-14828 | | SITE PHOTOGRAPH -- 165-25 Liberty Avenue: Photo 3 of 3 |
| PL-14829 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 1 of 7 |
| PL-14830 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 2 of 7 |
| PL-14831 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 3 of 7 |
| PL-14832 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 4 of 7 |
| PL-14833A | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 5 of 7 |
| PL-14834 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 6 of 7 |
| PL-14835 | | SITE PHOTOGRAPH -- 177-90 South Conduit: Photo 7 of 7 |