UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

# THIRD SUPPLEMENT TO PLAINTIFFS' AMENDED
# PHASE II TRIAL EXHIBIT LIST

Plaintiffs filed their Phase II exhibit list on June 15, 2009. *See* No. 1:00-CV-1898, Dkt. # 2552 (S.D.N.Y. Jun. 15, 2009). Plaintiffs further filed an Amended Phase II Exhibit List on August 10, 2009. *See* No. 1:00-CV-1898, Dkt. # 2721 (S.D.N.Y. Aug. 10, 2009) ("Amended Exhibit List"). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Amended Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Amended Exhibit List, Plaintiffs will add the following Exhibits which were listed on their original Exhibit List dated April 13, 2009:

| | | | | | |
|---|---|---|---|---|---|
| PL-14836 | P-17785 | 7/31/2007 | NYSDEC Spill Number 03-08006 Supplemental Underground Storage Tank Excavation And Remedial Excavation Assessment Report BP Service Station Number 4318 113-40 Merrick Blvd St. Albans New York | BPCITYNY0000812 | BPCITYNY0000892 |

| | | | | | |
|---|---|---|---|---|---|
| PL-14837 | P-17678 | 5/3/2007 | Quarterly Monitoring Report First Quarter 2007 | BPCITYNY0001197 | BPCITYNY0001210 |
| PL-14838 | P-17840 | 10/22/2007 | Ground Water Monitoring Report - Third Quarter 2007 NYSDEC Spill Number 03-08006 Former Amoco BP Service Station Number 4318 113-40 Merrick Blvd St. Albans Queens County New York | BPCITYNY0001211 | BPCITYNY0001237 |
| PL-14839 | P-17896 | 12/12/2007 | Ground Water Monitoring Report - Fourth Quarter 2007 NYSDEC Spill Number 03-08006 Former Amoco BP Service Station Number 4318 113-40 Merrick Blvd St. Albans Queens County New York | BPCITYNY0001238 | BPCITYNY0001264 |
| PL-14840 | P-16433 | 2/9/2005 | Site Investigation Summary Report February 9 2005 | BPII 000361677 | BPII 000361769 |
| PL-14841 | P-15563 | 4/15/2004 | Subsurface Hydrocarbon Assessment Report | BPII 000361572 | BPII 000361676 |

Dated: New York, New York
August 12, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578

*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
LESLEY E. WILLIAMS (LW8392)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*
