**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                        MDL 1358 (SAS)
                                                     M21-88
-------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

-------------------------------------------------------------------- x

## PLAINTIFF CITY OF NEW YORK'S NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE SUBSTITUTE EXPERT WITNESS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a schedule to be set at the convenience of at the

United States Courthouse at 500 Pearl Street, New York, New York 10007, before the Hon.

Shira A. Scheindlin, United States District Judge, Plaintiff the City of New York hereby moves

this Court to enter an Order as follows:

> To grant the City leave to designate Dr. Kenneth M. Rudo in place of Dr. Kathleen
>
> Burns as a testifying expert witness.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the

relief set forth in this Motion.  In support of its Motion, Plaintiff relies upon the Memorandum of

Law, Declaration of Nicholas G. Campins, Declaration of Susan E. Amron, Declaration of

Robert S. Chapman, and Declaration of Kenneth M. Rudo filed concurrently herewith, and the

pleadings, records and files in this action.

Dated: San Francisco, California
       August 13, 2009                      Respectfully submitted,


MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Plaintiff City of New York
100 Church Street
New York, New York 10007
(212) 788-1568


 /s/ *MARNIE E. RIDDLE*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
LESLEY E. WILLIAMS (LW8392)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*