Exhibit 2

Confidential - Kenneth Rudo, Ph.D.

CIRCUIT COURT OF THE STATE OF MARYLAND
COUNTY OF BALTIMORE

JEFF ALBAN, et al.,       )
                          )
           Plaintiffs, )
                          )County Case No.
       vs.                )03-C-06-010932
                          )OT
EXXONMOBIL CORPORATION,)
et al.,                   )
                          )
         Defendants. )

------

January 31, 2008

------

CONFIDENTIAL Videotaped
Deposition of KENNETH RUDO, Ph.D., held
in the law offices of Venable, LLP, 210
Allegheny Avenue, Towson, Maryland
21285-517, beginning at approximately
9:47 a.m., before Ann V. Kaufmann, a
Registered Professional Reporter,
Certified Realtime Reporter, Approved
Reporter of the U.S. District Court, and
a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st FLoor
Philadelphia, Pennsylvania 19103
877.370.3377

Confidential - Kenneth Rudo, Ph.D.

```
                                                    Page 2
  1   APPEARANCES:
  2      SNYDER, WELTCHEK & SNYDER
         ROBERT J. WELTCHEK, ESQUIRE
  3      rweltchek@litigationteam.com
         1829 Reisterstown Road, Suite 100
  4      Baltimore, MD  21208
         (410) 653-3700
  5      Counsel for Plaintiffs
  6      EXXON MOBIL CORPORATION
         WILLIAM J. STACK, ESQUIRE
  7      william.j.stack@verizon.net
         P.O. Box 2180
  8      Houston, TX  77252
         (713) 656-2583
  9      Counsel for Exxon Mobil Corporation
 10   PRESENT:
 11      SCOTT PICKERING, Videographer
         Golkow Technologies, Inc.
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
```

Confidential - Kenneth Rudo, Ph.D.

```
 1              EXAMINATION INDEX
 2
     KENNETH RUDO, Ph.D.
 3
          BY MR. STACK . . . . . . . . . .10
 4
 5                EXHIBIT INDEX
 6                                  MARKED
     Rudo
 7
      1     Three-page invoice of        45
 8          Kenneth Rudo
 9    2     Preliminary Expert Report    55
            and CV of Kenneth M. Rudo
10          Ph.D., with attachments
11    3     Expert report              150
            of Ira L. Whitman, Ph.D.
12          June 2007
13    4     Chart                      175
14    5     Article entitled "The Risk  207
            of MTBE Relative to Other
15          VOCs in Public Drinking
            Water in California," 2004
16
      6     Document entitled "A        219
17          Probabilistic Assessment of
            Household Exposures to MTBE
18          from Drinking Water," 2000
19    7     Article entitled "Overview  220
            of MTBE and TBA Exposures
20          and Human Health Risk in
            the U.S.," 2002
21
      8     Article entitled "Dermal,   242
22          Oral, and Inhalation
            Pharmacokinetics of Methyl
23          Tertiary Butyl Ether (MTBE)
            in Human Volunteers," 2003
24
```

Confidential - Kenneth Rudo, Ph.D.

1           THE VIDEOGRAPHER:  We're now

2    on the record.  My name is Scott

3    Pickering.  I'm a videographer from

4    Golkow Technologies, Inc., One Liberty

5    Place, 1650 Market Street, 51st floor,

6    Philadelphia, Pennsylvania.  Today's

7    date, January 31, the year 2008, and the

8    time is now 9:47 a.m.

9           This video deposition is

10   being held at Venable, LLP, at 210

11   Allegheny Avenue, Towson, Maryland, in

12   the matter of Jeff Alban, et al., versus

13   Exxon Mobil Corporation, et al., for the

14   Circuit Court of the state of Maryland,

15   County of Baltimore.  The deponent is

16   Kenneth Rudo.

17           Will counsel please identify

18   themselves for the record.

19           MR. WELTCHEK:  Bob Weltchek

20   here on behalf of the plaintiffs and on

21   behalf of Dr. Rudo.

22           MR. STACK:  Bill Stack on

23   behalf of Exxon Mobil.

24           THE VIDEOGRAPHER:  The court

Confidential - Kenneth Rudo, Ph.D.

Page 10

```
 1   reporter today is Ann Kaufmann, and she
 2   will now swear in the witness.
 3                   ------
 4                   ...KENNETH RUDO, Ph.D., 5505
 5   Six Forks Road, Raleigh, NC 27609,
 6   having been duly sworn, was examined and
 7   testified as follows:
 8                   EXAMINATION
 9   BY MR. STACK:
10        Q.    Please state your full name
11   for the record.
12        A.    Kenneth Mark Rudo.
13        Q.    And what is your current
14   business address?
15        A.    Oh, I have a lot of trouble
16   memorizing the Zip code, so if you'll
17   forgive the Zip part of it.  But it's --
18   I believe it's 5505 Six Forks Road,
19   Raleigh, North Carolina, and it would be
20   the North Carolina Division of Public
21   Health.
22        Q.    And your employer is the
23   State of North Carolina?
24        A.    Yes, sir.
```

Confidential - Kenneth Rudo, Ph.D.

1          A.     Correct.

2          Q.     And did you ever attempt to

3   quantify that risk?

4          A.     Once again, I haven't been

5   tasked to do it.  That would be up to

6   the law firm.

7          Q.     And with respect to

8   exposure to MTBE, do you know if any of

9   the plaintiffs have a statistically

10  significant increase in their likelihood

11  of contracting cancer as a result of

12  exposure to MTBE in this case?

13         A.     Yes.

14         Q.     And what is your opinion?

15         A.     Well, it's essentially what

16  I say in here.  I mean qualitatively, to

17  begin with, you know, as a toxicologist

18  working with a mutagenic carcinogen, you

19  know, at any level, there is no

20  threshold for safety for a mutagenic

21  carcinogen, so any level poses an

22  increased risk.  So anybody that has

23  it in their -- has MTBE is at an

24  increased risk.  And that's pretty much,

Confidential - Kenneth Rudo, Ph.D.

Page 160

1   you know, as far as -- you know, that's

2   basically what I'm stating here.

3        Q.    And in the course of

4   developing that qualitative opinion, you

5   base that on the fact that the exposure

6   to MTBE, in your opinion, that's

7   appropriate is zero; am I correct?

8        A.    Yes.  Well, for -- in terms

9   of saying what is a safe level, zero

10  would be it.

11           And you would find, I think,

12  also when EPA sets their maximum

13  contaminant levels for public water

14  systems, they have what's called a

15  maximum contaminant level goal, MCLG,

16  and they set that as zero for

17  carcinogens because that's the -- we're

18  basically working off the same piece of

19  paper here in that a mutagenic

20  carcinogen, in theory, has no safe

21  level.

22       Q.    Now, with regard to

23  MCLGs -- and you anticipated my next

24  question -- does the EPA designate MTBE