# Exhibit 3

Oct 21 Russ Bowen and Ken Rudo.txt

                                                            1

 1                 IN THE CIRCUIT COURT
 2            FOR BALTIMORE COUNTY, MARYLAND
 3   JEFF ALBAN, et al,
 4   Plaintiffs
 5    VERSUS                    CASE No.   03-C-06-010932
 6
 7   EXXONMOBIL CORPORATION, et al,
 8        Defendant
 9                   * * * * * * *
10                  October 21, 2008
11     REPORTER'S OFFICIAL TRANSCRIPT OF PROCEEDINGS
12              DAILY COPY - NOT PROOF READ
13
14   BEFORE:
15     HONORABLE MAURICE W. BALDWIN, JR., ASSOCIATE JUDGE
16
17
18
19
20   REPORTED BY:
21   MARINA COYLE (PM Session)
22   Official Court Reporter
23   401 Bosley Ave., M-08
24   Towson, Maryland 21204
25   (410) 887-2635

                                                            2


 1   APPEARANCES:
 2

```
                  Oct 21 Russ Bowen and Ken Rudo.txt
     3   ON BEHALF OF THE PLAINTIFFS:

     4

     5              STEPHEN SNYDER, ESQUIRE

     6              ROBERT J. WELTCHEK, ESQUIRE

     7              SCOTT SNYDER, ESQUIRE

     8              MICHAEL SNYDER, ESQUIRE

     9              TOMEKA CHURCH, ESQUIRE

    10              JASON A. L. TIMOLL, ESQUIRE

    11

    12   ON BEHALF OF THE DEFENDANTS:

    13

    14              JAMES F. SANDERS, ESQUIRE

    15              THOMAS DUNDON, ESQUIRE

    16              WILLIAM STACK, ESQUIRE

    17              CARLOS BOLLAR, ESQUIRE

    18              ANDREW GENDRON, ESQUIRE

    19              C. CAREY DEELEY, ESQUIRE

    20

    21

    22

    23

    24

    25
                                                                       3



     1                             I N D E X

     2

     3   WITNESS                                            PAGE

     4

     5   RUSSEL BOWEN

     6        Direct examination by Mr. S. Snyder            4

     7        Cross-examination by Mr. Sanders              35
                                   Page 2
```

```
                  Oct 21 Russ Bowen and Ken Rudo.txt
 8        Redirect examination by Mr. S. Snyder        69
 9
10
11   DR. KENNETH RUDO
12        Voir Dire examination by Mr. Weltchek        76
13        Direct examination by Mr. Weltchek          109
14
15
16
17
18
19
20
21
22
23
24
25
                                                                  4


 1                     *     *     *     *     *
 2              (Whereupon, the jury entered the courtroom,
 3   with Mr. Russell Bowen resuming the witness stand.)
 4              THE COURT:  Be seated, please.
 5              The jury and counsel, we apologize for the
 6   late start.
 7              Mr. Snyder?
 8              MR. STEVEN SNYDER:  May I continue, sir?
 9              THE COURT:  Yes, sir.
10      Q.  (Mr. Steven Snyder) Mr. Bowen, I'm not going to
11   be too much longer.
                              Page 3
```

Oct 21 Russ Bowen and Ken Rudo.txt
12  Q.  When did you first get involved in MTBE in
13  researching its potential hazards to the environment and
14  to people?
15  A.  Well, it goes back literally to the day I came
16  here in April of 1989.  Some of the first wells that
17  were brought to my attention to evaluate had this
18  chemical in there that was a component of gasoline.  And
19  Dr. Taylor had told me that the year before, he had seen
20  this chemical in private wells for the first time.  He
21  had never seen it in a private well before 1988.
22      And then we went to the EPA, and we talked to
23  them.  Have you seen this in private wells before 1989?
24  And we talked to some people in other states,
25  toxicologists in other states, and everybody drew a

96

1  blank.  Well, we don't know anything about could it be
2  in the water.  The EPA may have had data, but they
3  didn't acknowledge to us that they had seen this in the
4  water.  So from our standpoint, we were maybe the first
5  or one of the first states to identify this chemical in
6  drinking water.
7  Q.  So in terms of the universe of knowledge, because
8  we talked about how knowledge evolves, the knowledge
9  regarding MTBE is less than 20 years old in terms of it
10 as a health hazard.
11 A.  It's been -- I think it's been in a place where
12 we could be exposed to it since about 1979, which is
13 when it was added to gasoline to replace lead and to
14 make sure that you kept the octane levels up.  I'm sure
15 there are engineers and scientists that know a lot more
16 about that aspect of it than I do, but they put it in in

```
                Oct 21 Russ Bowen and Ken Rudo.txt
21   correct?
22       A.   Yes.
23       Q.   Okay.
24       A.   I don't know the history of it before 1979, if it
25   was ever made and used for anything else, but my

                                                             98


 1   knowledge is as of '79 forward.
 2       Q.   Okay.  So as of at least the time period of '79,
 3   early '80s, the only source of MTBE was in gasoline.
 4       A.   To my knowledge.
 5       Q.   Okay.  And you said that -- I don't want to spend
 6   lot of detail at this moment in time, but around this
 7   1988, '89 time frame, you became aware of MTBE, as it
 8   relates to people's drinking water, in North Carolina?
 9       A.   Yes.
10       Q.   And you began your research, which probably has
11   continued to the present.
12       A.   Yes, it has.
13       Q.   Without bragging, and I don't want you to brag,
14   where would you consider yourself, in terms of people in
15   the United States that have devoted their careers to
16   studying MTBE, where would you rate yourself in say the
17   top ten or top five?
18            And I don't want to be pompous, but I believe
19   it's important for the jury to understand the time and
20   attention you've given to this subject over the past 20
21   years.
22       A.   I'm not going to rank myself because I don't
23   think that's fair to people that work on it.  But I am
24   the only persona that I know of who has worked with the
25   chemical in terms of people being exposed to it
                              Page 84
```

Oct 21 Russ Bowen and Ken Rudo.txt
21            And you try to use statistics to try to see
22  what kind of tumors are formed.  Are they high enough
23  from a statistical standpoint so you can say this
24  chemical can cause cancer in animals.  And in the world
25  of toxicology, it says -- also says that that is

                                                        105


1   information that we can use to say that it can probably
2   cause chemicals -- cause cancer in humans.  So that's
3   the information that we primarily rely on in order to
4   know what a chemical can do from a cancer standpoint.
5   That is why those studies are so important.
6       Q.  And specifically in the area of studies of MTBE,
7   has the petroleum industry or any scientist to date done
8   any research on humans with regard to cancer?
9       A.  In terms of MTBE, that is the, I think, the one
10  thing that really truly needs to be done to, you know,
11  we -- we -- we understand that MTBE is a carcinogen.  We
12  understand that it's a probable human carcinogen, that,
13  you know, more likely than not, it's going to cause
14  cancer in humans.  We understand that it causes
15  mutations.  So because it changes the DNA, in -- in the
16  studies that have been done, and some of the studies
17  that have done, it changes the DNA, it implies that
18  there's no safe level.  So any level of this chemical we
19  consider to be too much of a risk from an exposure
20  standpoint.  And we have to base it on the mutation data
21  that we have, changes in DNA, and the animal studies
22  that show that it causes cancer in different animals,
23  different doses, different tumors, males and females.
24  All the requirements to say that it probably causes
25  cancer in humans have been met.
                          Page 90

Oct 21 Russ Bowen and Ken Rudo.txt

106

1    In order for us to actually sit down and say
2  here's what the risk actually is, we have to have the
3  human studies on top of this where they look the
4  occupational exposures that may have occurred from the
5  '70s and '80s, and they follow those populations
6  forward.  And I think along the Texas coast and
7  Louisiana coast where they have the MTBE facilities
8  would be probably be where they have to do these
9  studies.  And to my knowledge, and I may get corrected
10  tomorrow by Mr. Stack.  But to my knowledge, they
11  haven't done any studies, and I haven't seen any
12  indication that the industry plans to do these things.
13    So that question may not get answered for us for
14  many, many years.
15  Q.  So we have, in the specific area, if you want to
16  delve and inquire into whether MTBE poses risks to
17  humans, what we have are animals studies?
18  A.  Yes.
19  Q.  Have there been any animal studies that
20  demonstrate, whether they were done by the industry or
21  whomever, that have demonstrated in animals that MTBE
22  does not cause cancer?
23  A.  I have not seen any studies that were done
24  where -- that were published that at the end of the day,
25  all the results were negative.  I haven't seen a cancer

107

1  study like that.  All the studies -- there are three
2  studies that have been done, that have been published,

```
                         Oct 21 Russ Bowen and Ken Rudo.txt
 3   and all those studies, to some degree, show some kind of
 4   cancer in animals in every one of those.
 5       Q.   With regard to the studies that are done with
 6   regard to the mutinogenic -- that the right way to say
 7   it?
 8       A.   That's good.
 9       Q.   Mutinogenic potential of MTBE, how recent are
10   some of those studies?
11       A.   I think they go back to 2005 I think is the most
12   recent one that I've seen.
13       Q.   Okay.  So there's a much more recent body of
14   knowledge regarding mutinogenic ability of MTBE than the
15   cancer studies that go back to 1995?
16       A.   Yes.  That factored significantly in my thinking
17   of this chemical in terms of what it can do to people
18   that are exposed to drinking water.  The fact that I
19   have so many more studies that show mutations and
20   changes in DNA has changed my thinking in terms of -- of
21   is there a safe level or is -- is there not?  And
22   because there are so many studies now that show
23   mutations, and because mutations do not have a safe
24   level, to me that implies that MTBE essentially does not
25   have a save level.
                                                            108


 1       Q.   And we'll get into that in greater detail.  You
 2   sort of foreshadow days.  Let's not scare the jury.
 3   You'll be out of here tomorrow, hopefully tomorrow
 4   morning.
 5       A.   Well, I'll -- hey, I'm here all day for you and
 6   Mr. Stack.
 7       Q.   Sounds a little scary there.  They think that you
                                 Page 92
```

Oct 21 Russ Bowen and Ken Rudo.txt

8   might be here a few days.  I don't think Mr. Stack is
9   going to be that long on cross-examination.
10       The -- the only other area that I want to ask you
11  about, then I'll move on to start some of your opinions
12  in this case, your work in this case in this -- you're
13  not here as the toxicologist from North Carolina.
14  You're here as a paid toxicologist.  Our firm has hired
15  you to investigate MTBE and benzene and its effects on
16  my clients in this case, correct?
17       A.   Yes.
18       Q.   Okay.  And you've done that in other cases
19  before, correct?
20       A.   Yes, sir.
21       Q.   And I believe this is the first time, even though
22  you've done a fair amount of it in the past and you've
23  given a number of depositions, you've never actually
24  testified in a case that went to court.
25       A.   As an outside expert, no.

                                                      109


1    Q.   In an MTBE case.
2    A.   Yes.
3    Q.   You've testified regarding other toxic substances
4   in other cases in court, but never in an MTBE case.
5    A.   Right.  But in North Carolina, I have testified
6   as a fact witness in a MTBE case.
7    Q.   On behalf of the State of North Carolina?
8    A.   Yes.
9    Q.   Sort of try to draw that distinction.
10       And you, in fact, have run into Mr. Stack in
11  other cases, correct?

Page 93

Oct 21 Russ Bowen and Ken Rudo.txt

12   A.   Yes.  We have spoken on occasion.

13   Q.   You've run into Exxon on other cases, correct?

14   A.   Yes, I have.

15         MR. WELTCHEK:  Your Honor, at this time, I

16 would offer Dr. Rudo as an expert in the field of

17 environmental toxicology.

18         MR. STACK:  No objection, Your Honor.  We'll

19 take any issues on in cross-examination.

20         THE COURT:  Very well.

21         You may proceed.

22         MR. WELTCHEK:  Thank you, Your Honor.

23                DIRECT EXAMINATION

24 BY MR. WELTCHEK:

25   Q.   Now, I briefly touched upon this, but I think

                                             110

1 it's really important, this evolution of information

2 that occurs, particularly in your field of toxicology.

3 And I just want to understand, hope the jury will

4 understand, the process of the evolution of knowledge.

5 And this -- ther's somethings in the real world.

6         For example, 50 years ago, we thought cigarettes

7 were safe, correct?  We thought, the citizens of the

8 United States, not the manufacturers.

9   A.   To some degree, yes.

10   Q.   I mean, women smoked when they were pregnant,

11 right?

12   A.   Yes.

13   Q.   And the body of knowledge, with regard to

14 nicotine and the cigarette industry, has -- it's

15 exploded in the last 20 years, correct?

16   A.   Yes.

Oct 21 Russ Bowen and Ken Rudo.txt

17   Q.   I mean, there's litigation against cigarette
18   companies for smokers.  There's also cases involving
19   second-hand smoke.
20   A.   Yes.
21   Q.   We now understand the hazards of sitting in the
22   room or driving in the car or on the airplane -- you
23   used to sit on the airplane, and the non-smoking seats
24   were the last two rows in the plane.
25        Remember those days?

                                                         111


1    A.   Yes.
2    Q.   Everybody else was smoking, and you're breathing
3    their smoke.
4         And we didn't know that that smoke was hazardous.
5    A.   We've done a lot of work in North Carolina
6    reviewing these studies.
7    Q.   Okay.  I'm just saying just in our -- in the
8    juror's life time, we've had real experience, common
9    sense, real life experience where things that we thought
10   were safe were proven to be cancer-causing.
11   A.   Yes.
12   Q.   And that's a good example.
13   A.   And -- and even more important, if I can expand
14   on that briefly, is we got a lot more knowledge on
15   chemicals like lead, which you brought up earlier, and
16   arsenic that -- that which we once thought might be
17   toxic at higher doses, has turned out to be a very, very
18   low dose toxin.  And that's the evolution of information
19   is that not only can it harm you, but at what level can
20   it harm you.

Page 95

Oct 21 Russ Bowen and Ken Rudo.txt

21  Q. Right. I mean, there are legions of examples.
22      But some of the most notorious and that really
23  burdened the court systems, asbestos is an example.
24  People thought that you put it on pipes and you put it
25  the insulation and the brake linings and whatever. No

112

1   one thought it was going to cause this epidemic of
2   litigation and the cancer and mesothelioma.
3       A. Mesothelioma, yes.
4       Q. And I mentioned lead. I mean, we -- we know as
5   citizens of Maryland, lead paint has become an
6   epidemic --
7       A. Absolutely.
8       Q. -- particularly in Baltimore City. Young
9   children have had their neurologic systems devistated
10  from lead paint, right?
11      A. We have a very vigorous lead program to protect
12  children in North Carolina in terms of analyzing it and
13  abating it and sampling for it and making sure we are
14  very proactive in doing that.
15      Q. But my point is that 40 or 50 years ago, that
16  these houses were being painted with lead paint and no
17  one thought it was hazardous.
18      A. Right. And even when we did, it not until 1979
19  when a man named Needleman did some lead studies in
20  children and showed it was a low dose toxin, changed
21  completely how we thought about it.
22      Q. As far as it -- you made a good point, the levels
23  that are considered to be toxic or hazardous in humans,
24  and in the case of lead in children, that level that
25  dramatically gotten lower, and lower, and lower over the

Oct 21 Russ Bowen and Ken Rudo.txt

113

```
 1   course of time.
 2              MR. STACK:  Objection, Your Honor.  If we're
 3   going to talk about lead, maybe we ought to revise the
 4   complaint in this case.
 5              THE COURT:  Okay.  Let's focus --
 6              MR. WELTCHEK:  If you want my to -- if
 7   there's lead in your gasoline, let me know. Seriously --
 8              MR. STACK:  That's not the point.  Objection
 9   to relevance, Your Honor.
10              MR. WELTCHEK:  -- point of toxicology, I
11   don't accuse Exxon of cigarette smoking or lead.  I'm
12   just trying to use it as an example.
13              If that's not fair to you, Mr. Stack.  It's
14   just an example.  We'll stipulate that this case is not
15   about second-hand smoke and not about lead.  I'm trying
16   to go through the process of how toxicology has evolved
17   over the past 40 or 50 years.
18     Q.  (Mr. Weltchek) And I think -- do you not think
19   that's important for the jury to understand as it
20   relates to MTBE, which we have a very small body of
21   knowledge in the area of MTBE, correct?
22     A.  Yes.
23     Q.  And the knowledge, the articles are being
24   published fairly frequently in the area.
25              If you go on some of these scientific web sites,
```

114

```
 1   there's a lots of articles be published currently on
 2   MTBE.
```

Page 97

Oct 21 Russ Bowen and Ken Rudo.txt
3    A.   Yes, but the amount of new science that is coming
4    out is very slow.
5    Q.   Okay.
6    A.   So there's a lot of opinions coming out in the
7    the peer-reviewed literature, but not that much new
8    science.
9    Q.   Okay.  But the time period that MTBE has been on
10   the market where people, humans can be exposed to it,
11   has has been a rather small snapshot in this time.
12   A.   Yes.
13   Q.   Roughly 20 to 30 years.
14   A.   Yes.
15   Q.   Okay.  Now, with regard to -- let's start out and
16   see if we can get through the first of the areas that I
17   want to talk to you about over the next day, half day,
18   whatever.  And Mr. Stack's always good at putting up a
19   summary.  I'll verbalize because I didn't put it
20   together.
21        But one of the areas that I want you to talk
22   about and will be talking about, is whether or not in
23   you're opinion MTBE is a probable human carcinogen?
24   A.   Yes.
25   Q.   We're also going to talk about whether it's a

                                                         115


1    probable human mutagen.
2    A.   Yes.
3    Q.   We're going to talk about whether in this case
4    you have an opinion that my clients who potentially were
5    exposed to contaminated drinking water by way of
6    showering, cooking, bathing, drinking, any other ways
7    they might be exposed, whether as a result of their

Oct 21 Russ Bowen and Ken Rudo.txt

```
 8    actually exposures, whether they're at increased risk
 9    for a variety of cancers in the future, correct.
10        A.   Yes.
11        Q.   We're also going to talk about as a result of
12    your opinions with regard to their possible exposures to
13    what you believe to be a cancer-causing substance,
14    whether they should be provided by this jury, as a
15    result of they're verdict, medical monitoring programs
16    so they can be more vigilantly watched in the future, so
17    if they're going to get cancer, pick it up sooner rather
18    than later.
19        A.   Yes.
20        Q.   And lastly, I'm just hitting the larger areas,
21    we're going to be discussing whether or not my clients
22    should be, by this jury provided money so that each and
23    every one of them -- currently there are five plaintiffs
24    that have been provided, out of the 90, there have been
25    five provided what's called POET systems by Exxon.
                                                          116


 1             And I'm going to ask you, over the course of the
 2    next half a day or so, whether you're opinion is that
 3    Exxon should provide the other 85 with POET systems.
 4    We're going to talk about that, correct?
 5        A.   Yes.
 6        Q.   All right.  Let's start out -- and I don't think
 7    I missed any major areas.  Let's first start out with
 8    somethings that the jury heard in opening statement by
 9    Mr. Sanders.
10             There was some reference -- MTBE, the letter E in
11    MTBE standing for ether, correct?
```

Page 99