UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")        Master File No. 1:00-1898
Products Liability Litigation                                   MDL 1358 (SAS)
                                                                        M21-88
--------------------------------------------------------------------- x  ECF Case

**This document relates to the following case:**

*City of New York, et al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

--------------------------------------------------------------------- x

## DECLARATION OF NICHOLAS G. CAMPINS

Nicholas G. Campins hereby declares:

1. I am one of the attorneys representing Plaintiffs in this matter and I have been admitted *pro hac vice* by this Court. I am an attorney at Sher Leff LLP in San Francisco, California. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently testify thereto under oath.

2. On Thursday, August 13, I spoke on the telephone with Brian McGill and Stephen Riccardulli, counsel for ExxonMobil, and requested that ExxonMobil consent to the Plaintiffs' request to substitute Dr. Kenneth M. Rudo for Dr. Kathleen Burns as Plaintiffs' testifying expert on toxicological issues.

3. Attached to this Declaration as Exhibit A is a true and correct copy of the email I received from Brian McGill stating that ExxonMobil will not consent to the substitution request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: this the 13th day of August, 2009
New York, New York

_____
NICHOLAS G. CAMPINS *(pro hac vice)*
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorney for Plaintiffs*

# EXHIBIT A

🛈 You replied on 8/13/2009 5:21 PM.

**Nick Campins**

| | | | |
|---|---|---|---|
| **From:** | McGill, Brian [bmcgill@mwe.com] | **Sent:** | Thu 8/13/2009 5:07 PM |
| **To:** | Nick Campins | | |
| **Cc:** | Pardo, James; Sacripanti, Peter; Riccardulli, Stephen | | |
| **Subject:** | Kathleen Burns | | |
| **Attachments:** | | | |

Mr. Campins,

We have discussed your request to substitute Mr. Rudo for Ms. Burns and cannot consent to it in light of the significant time, effort, and expense that we have already committed to rebut Ms. Burns' opinions and anticipated testimony in this case.

Brian A. McGill
McDermott Will & Emery LLP
600 Thirteenth Street, Northwest
Washington, DC 20005-3096
Phone: 202.756.8109
Mobile: 202.294.4475
Fax:    202.756.8087

*******************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.