USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Village of Hempstead v. AGIP Inc.*, 03 CV 10055; and
*West Hempstead Water Dist. v. AGIP Inc.*, 03 CV 10052

ORDER
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

RONALD J. HEDGES, SPECIAL MASTER:

## CASE MANAGEMENT ORDER # 54
(Interim Discovery Schedule)

On August 11, 2009, Defendants and Plaintiffs participated in a status conference before Special Master Ronald J. Hedges. The following represents certain dates and deadlines that the parties agreed upon in the above-referenced matters at the status conference:

| FACT DISCOVERY[1] | |
|---|---|
| **Supplemental Document Production**<br>All Outstanding Supplemental Document Productions and Interrogatory Responses, including:<br>• Plaintiffs to produce H2M Lab documents<br>• Plaintiffs to produce documents identified in 7/31/09 Letter from Christopher J. Garvey to Robert Gitelman<br>• Plaintiffs to produce all taste and odor complaint documents or, if previously produced, to identify each document by Bates number<br>• Plaintiffs to provide sample redacted Granger documents for which privilege is claimed<br>• Plaintiffs to identify any issues with Defendants' privilege logs<br>• Defendants' to produce all outstanding discovery documents<br>• Defendants to produce all outstanding privilege logs | September 11, 2009 |

---

[1] The discovery schedule is contingent upon resolving all outstanding document production issues by September 11, 2009. *Any dispute to be raised with undersigned immediately.*

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2741

| | |
|---|---|
| **Interim Deadlines for Depositions**<br><br>The following depositions should be completed by October 16, 2009:<br><br>West Hempstead Water District | |
| H2M Lab Depositions (Tentative) | September 18, 2009 |
| West Hempstead Water District Rule 30(b)(6) on Preservation Issues | By October 16, 2009 |
| Continuation of Frederick Kurz | By October 16, 2009 |
| Continuation of Robert York | By October 16, 2009 |
| Commissioner John Sparacio | By October 16, 2009 |
| Village of Hempstead | |
| Village of Hempstead Rule 30(b)(6) on Preservation Issues | By October 16, 2009 |
| Continuation of Michael Taylor | By October 16, 2009 |
| Trustee Don Ryan | By October 16, 2009 |
| Village of Hempstead & West Hempstead | |
| Plaintiffs' Depositions Defendants' and Third Party Witnesses | By November 20, 2009 |
| **Deadline to Complete Fact Depositions[2]** | November 20, 2009 |
| **FACT DISCOVERY CLOSES[3]** | December 31, 2009 |

---

[2] The parties will have seven days from the close of a deposition to respond to requests for documents resulting from the deposition.

[3] As was done in *SCWA*, the parties are amenable to limited fact discovery after this date for fact issues that arise in expert discovery.

| EXPERTS | |
|---|---|
| **Non Case-Specific Expert Disclosures** | |
| Plaintiffs' Non Case-Specific Expert Reports Produced | October 19, 2009 |
| Defendants' Non Case-Specific Expert Reports Produced | November 19, 2009 |
| Parties Complete Depositions of Plaintiffs' Non-Case Specific Experts | December 23, 2009 |
| Parties Complete Depositions of Defendants' Non-Case Specific Experts | January 29, 2010 |
| **Site-Specific Expert Reports** | |
| Plaintiff Site-Specific Expert Reports Produced | January 29, 2010 |
| Defendants Affirmative Expert Reports | January 29, 2010 |
| Rebuttal Reports | March 1, 2010 |
| **MOTIONS PRACTICE** | |
| **Dispositive Motions and Motions *In Limine* regarding Trial Phasing**, bifurcation, and the like | April 2, 2010 |
| ***Daubert* Motions** | 10 days after the close of each expert's deposition |

**SO ORDERED** this 14th day of August 2009.

_____
Special Master Ronald J. Hedges

So ordered
/s/ Judge USDJ
8/17/09

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was served upon counsel for Plaintiffs and all other counsel of record via LexisNexis File & Serve on the 14th day of August, 2009.

*/s/ **Christopher J. Garvey***
Christopher J. Garvey