```
UNITED STATES DISTRICT COURT          O R D E R        (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
In Re: Methyl Tertiary Butyl Ether    : Master File C.A. No.
("MTBE") Products Liability           : 00 Civ. 1898 (SAS)
Litigation                            : MDL 1358
- - - - - - - - - - - - - - - - - - - -:
This document pertains to:            :
City of New York v. Amerada Hess,     :
et al.,                               :
No. 04 Civ. 3417                      :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09

The Court having reviewed the objections to designated portions of the deposition of Duane Bordvick dated November 5, 2001, the objections are determined as follows, except insofar as any relevance objections not explicitly ruled on are reserved for trial:

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 1 | 2923:09-2923:17 | Sustained; irrelevant. |
| 2 | 2924:13-2925:05 | Overruled; the witness' background is relevant to the jury's evaluation of his testimony. |
| 3 | 2928:06-2929:21 | Overruled; the witness is testifying to his own knowledge; relevance objection reserved. |
| 4 | 2938:25-2939:14 | Overruled; the witness is qualified to provide this testimony. |
| 5 | 2968:01-2969:01 | Sustained; improper lay opinion. |
| 6 | 2978:14-2978:17 | Reserved for trial. |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2744

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          August 18, 2009

1

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252