UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This document pertains to:**

City of New York v. Amerada Hess Corp., et al.
Case No. 04 Civ. 3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## SECOND SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE TWO TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase two exhibits. ExxonMobil reserves its right to supplement this list up to and included at the time of trial.

August 19, 2009
New York, New York

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA  92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## **CERTIFICATE OF SERVICE**

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 19th day of August, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the SECOND SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE TWO TRIAL EXHIBIT LIST.

_____
Lisa Gerson