Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12323 | | | 00/00/2005 | South Tahoe Public Utility District 2005 Consumer Confidence Report | Report | South Tahoe Public Utility District | |
| 12324 | | | 00/00/2006 | South Tahoe Public Utility District 2006 Consumer Confidence Report | Report | South Tahoe Public Utility District | |
| 12325 | | | 00/00/2007 | South Tahoe Public Utility District 2007 Consumer Confidence Report | Report | South Tahoe Public Utility District | |
| 12326 | | | 10/10/2005 | Morro Bay MTBE Plume Update, Presentation to Morro Bay City Council | Presentation | C. Stanley and G. Beckett | |
| 12327 | | | 8/26/2008 | Letter from G. Hinshalwood to R. Jun Feng regarding Groundwater Monitoring Report - Second Quarter 2008, NYSDEC Spill Number 99-13468 | Letter | G. Hinshalwood | R. Jun Feng |
| 12328 | | | 10/8/2008 | Phase I Environmental Database Report, Section 120, Queens, NY | Report | Toxics Targeting | |
| 12329 | | | | Application of Ground Water Fate and Transport Models to Evaluate Contaminant Mass Flux and Remedial Options for a MTBE Plume on Long Island, NY | Article | J. Thuma, G. Hinshalwood, V. Kremesec, and R. Kolhatkar | |
| 12331 | | | 3/9/2009 | Report of Fletcher G. Driscoll, Ph.D. | Report | F. Driscoll | |
| 12332 | | | 2/6/2009 | Expert Site Specific Report of Marcel Moreau | Report | M. Moreau | |
| 12333 | | | 00/00/2008 | Morro Bay Monitoring Well Closure Appeal | Report | California Coastal Commission | |
| 12334 | CNY-DEC-000722 | CNY-DEC-000722 | 6/13/2000 | Table 3 - 102nd Precinct Groundwater Analytical Results | | | |
| 12335 | HESS 113522 | HESS 113548 | 12/00/2002 | Spill Closure Report, December 2002, Hess Station #32318 | Report | | |
| 12336 | | | 11/7/2003 | Letter from J. Dydland to J. Mausner regarding Requested Municipal Well Information | Letter | J. Dydland | J. Mausner |
| 12337 | CNY-DEC-000450 | CNY-DEC-000451 | | 113th Precinct, Groundwater Extraction and Treatment System, Monitoring Period October 2001 to December 2001 | | | |

Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12338 | CNY-DEC-000387 | CNY-DEC-000388 | 3/23/1998 | Letter from J. Krimgold to A. Marino re 113th Precinct, 167-02 Baisley Blvd., Queens, NY | Letter | J. Krimgold | A. Marino |
| 12339 | CNY-DEC-000385 | CNY-DEC-000386 | 3/8/1999 | Letter from J. Krimgold to A. Marino re ERSP/113th Precinct, 167-02 Baisley Blvd., Queens, NY | Letter | J. Krimgold | A. Marino |
| 12340 | CNY-DEC-000469 | CNY-DEC-000479 | 1/17/2002 | Table 3 - 113th Precinct Groundwater Analytical Results | | | |
| 12341 | CNY-DEC-001045 | CNY-DEC-001045 | 9/25/1997 | Letter from D. Weissman to A. Marino re ESRP/112th Precinct, 68-40 Austin Street, Queens, NY | Letter | D. Weissman | A. Marino |
| 12342 | CNY-DEC-000384 | CNY-DEC-000384 | 3/10/1999 | Letter from A. Marino to A. Zhitomirsky re authorization of additional work in Rochdale Village Shopping Center | Letter | A. Marino | A. Zhitomirsky |
| 12343 | CNY-DEC-000480 | CNY-DEC-000480 | | Table 4 - Summary of IRM Work Completed, Product Removal with a Bailer or Vacuum Truck, 113th Precinct, 167-02 Baisley Blvd. | | | |
| 12344 | | | 2/6/2009 | Expert Site Specific Report of Marcel Moreau | Report | M. Moreau | |
| 12345 | | | Dec-03 | Pesticides and Breast Cancer Risk: An Evaluation of Dibromochloropropane (DBCP) | | | |
| 12346 | | | | Consumer Fact Sheet on Dibromochloropropane | | EPA | |
| 12347 | | | Sep-92 | Toxicological Profile for 1,2 - Dibromo - 3- Chloropropane | | ATSDR | |
| 12348 | | | 8/21/2008 | Groundwater Information Sheet, Dibromochloropropane (DBCP) | | State Water Resources Control Board | |
| 12349 | FOG MDL 1358 006043 | FOG MDL 1358 006048 | 00/00/1995 | Photocatalytic Degradation of Methyl Tert Butyl Ether in TiO2 Slurries: A Proposed Reaction Scheme | Article | R. Barreto, K. Gray, and K. Anders | |
| 12350 | FOG MDL 1358 0070251 | FOG MDL 1358 0070256 | Dec-99 | Carbon Isotope Fractionation during Abiotic Reductive Dehalogenation of Trichloroethene (TCE) | Article | M. Bill, C. Schuth, J. Barth and R. Kalin | |
| 12351 | FOG MDL 1358 011691 | FOG MDL 1358 011694 | Dec-99 | Determination of the Ecological Risk Associated with a Plume of MTBE at NCBC, Port Hueneme, California | Article | MTBE2000 Team | |

Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12352 | | | 00/00/2004 | South Tahoe Public Utility District 2004 Consumer Confidence Report | Report | South Tahoe Public Utility District | |
| 12353 | | | 00/00/2003 | South Tahoe Public Utility District 2003 Consumer Confidence Report | Report | South Tahoe Public Utility District | |
| 12354 | XOM-NYC-SUPP-SRF-0063285 | XOM-NYC-SUPP-SRF-0063291 | 1/22/2009 | Letter from J. Lohr and R. Caputo to R. Filkins regarding Supplementary Soil Vapor Extraction /Air Sparge Feasibility Study Work Plan | Letter | J. Lohr and R. Caputo | R. Filkins |
| 12355 | XOM-NYC-SUPP-SRF-0063292 | XOM-NYC-SUPP-SRF-0063548 | 12/5/2008 | Letter from J. Lohr and R. Caputo to M. Haggerty re Microbial Injection Feasibility Study Report | Letter | J. Lohr and R. Caputo | M. Haggerty |
| 12356 | XOM-NYC-SUPP-SRF-0063549 | XOM-NYC-SUPP-SRF-0063584 | 5/23/2008 | Letter from J. Martin and R. Caputo to M. Haggerty re Site Status Update Report, Mobil Service Station No. 11815 | Letter | J. Martin and R. Caputo | M. Haggerty |
| 12357 | XOM-NYC-SUPP-SRF-0063585 | XOM-NYC-SUPP-SRF-0063613 | 2/19/2009 | Letter from J. Lohr and R. Caputo to M. Haggerty re Site Status Update Report, Mobil Service Station No. 11815 | Letter | J. Lohr and R. Caputo | M. Haggerty |
| 12358 | XOM-NYC-SUPP-SRF-0063614 | XOM-NYC-SUPP-SRF-0063641 | 11/25/2008 | Letter from J. Lohr and R. Caputo to M. Haggerty re Site Status Update Report, Mobil Service Station No. 11815 | Letter | J. Lohr and R. Caputo | M. Haggerty |
| 12359 | XOM-NYC-SUPP-SRF-0063642 | XOM-NYC-SUPP-SRF-0063684 | 4/30/2009 | Letter from J. Lohr and R. Caputo to M. Haggerty re Site Status Update Report, Mobil Service Station No. 11612 | Letter | J. Lohr and R. Caputo | M. Haggerty |
| 12360 | XOM-NYC-SUPP-SRF-0063685 | XOM-NYC-SUPP-SRF-0063726 | 2/16/2009 | Letter from J. Gallo and J. Freeland to M. MacCabe re Site Status Update Report, Mobil Service Station No. 10954 | Letter | J. Gallo and J. Freeland | M. MacCabe |
| 12361 | | | | MTBE Migration, Pilot Testing, Treatment, and Related Litigation for the South Tahoe Public Utility District | Article | M. Reitz, F. Redlin, N. Zaninovich, R. Hydrick and S. Adams | |
| 12362 | NYC-FOGG-001893 | NYC-FOGG-001893 | 11/13/2008 | Email from A. Fajans to G. Fogg, S. Moriber and D. Greene re execution copy of modification of contract with Graham Fogg & Associates | Email | A. Fajans | G. Fogg, S. Moriber, and D. Greene |

3

Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12363 | | | 12/25/2002 | Draft DER Technical Guidance for Site Investigation and Remediation | | NYSDEC | |
| 12364 | FOG_FV_02013 | FOG_FV_02017 | | South Tahoe Data | Table | | |
| 12365 | XOM-NYC-SUPP-SRF-0039113 | XOM-NYC-SUPP-SRF-0039151 | 7/29/2008 | Table 1 - Monitoring Well Gauging and Groundwater Analytical Data , Former Mobil Service Station No. 10585 | Table | | |
| 12366 | | | | Characteristics of Gasoline Releases in the Water Table Aquifer of Long Island | Article | J. Weaver, J. Haas, and C. Sosik | |
| 12367 | | | 2/6/2009 | Expert Report of David B. Terry, P.G. | Report | D. Terry | |
| 12368 | | | 2/27/2009 | Errata to February 6, 2008 Expert Report of Daavid B. Terry, P.G. | Report | D. Terry | |
| 12369 | | | 4/20/2009 | Second Errata to February 6, 2008 Expert Report of David B. Terry, P.G. | Report | D. Terry | |
| 12370 | | | 3/23/2009 | Expert Rebuttal Report of David B. Terry, P.G. | Report | D. Terry | |
| 12371 | | | 5/14/2009 | Memorandum Documenting Corrections to Original Analysis 2 | Report | D. Terry | |
| 12372 | | | 7/27/2009 | Declaration of David B. Terry, P.G. | | D. Terry | |
| 12373 | | | | Applied Flow and Solute Transport Modeling in Aquifers, Fundamental Principles and Analytical and Numerical Methods, pg. 320 | | V. Batu | |
| 12374 | | | | Statistics for Environmental Engineers, Chapter 23 - "Correlation Coefficients" | | P. M. Berthouex, and L. Brown | |
| 12375 | | | Sep-00 | Report - 1999 RI Monitoring Well Sampling, San Fernando Valley, Los Angeles, California | | CH2M Hill, Inc. | |
| 12376 | | | Jan-03 | A Validation Process for the Groundwater Flow and Transport Model of the Faultless Nuclear Test at Central Nevada Test Area | | A. Hassan | |
| 12377 | | | 6/2/2009 | Letter from J. Holzmacher to K. Green regarding NYSDEC Spill #0507363, 117-07 Guy R. Brewer, Jamaica, New York | Letter | J. Holzmacher | K. Green |

Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12378 | | | | Sustainable groundwater management - problems and scientific tools | Article | W. Kinzelbach, P. Bauer, T. Siegfried and P. Brunner | |
| 12379 | | | 00/00/1998 | Implications of MTBE for Intrinsic Remediation of Underground Fuel Tank Sites | | J. Odencranz | |
| 12380 | | | | Groundwater Research and Issues | | W. Porter and C. Bennington | |
| 12381 | | | Dec-06 | Modeling Integrated Decisions for a Municipal Water System with Recourse and Uncertainties: Amman, Jordan | | D. Rosenberg and J. Lund | |
| 12382 | | | Jan-96 | Fact Sheet: Documenting Ground-Water Modeling at Sites Contaminated with Radioactive Substances | | US EPA | |
| 12383 | | | 00/00/2005 | Contaminant Transport Models Under Random Sources | | P. Wang and C. Zheng | |
| 12384 | | | | Diving Plumes and Vertical Migration at Petroleum Hydrocarbo Release Sites | | J. Weaver and J. Wilson | |
| 12385 | | | | Good Model-Bad Model, Understanding the Flow Modeling Process | | W. Woessner and M. Anderson | |
| 12386 | | | | Malcolm Pirnie Zone of Capture 2006 (Slide #44 from Phase 2 Opening) | | | |
| 12387 | | | | Malcolm Pirnie's Capture Zone 2006 (Slide #45 from Phase 2 Opening) | | | |
| 12388 | | | | David Terry's Capture Zone 2009 (Slide #46 from Phase 2 Opening) | | | |
| 12389 | | | | David Terry's Capture Zone 2009 (Slide #47 from Phase 2 Opening) | | | |
| 12390 | | | | David Terry's Capture Zone 2009 (Slide #48 from Phase 2 Opening) | | | |
| 12391 | | | | David Terry's Capture Zone 2009 (Slide #50 from Phase 2 Opening) | | | |
| 12392 | | | | Areas with No Data (Slide #59 from Phase 2 Opening) | | | |

Attachment A -
Exxon Mobil Corporation's Second Supplemental Phase 2 Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12393 | | | | Areas with No Data (Slide #60 from Phase 2 Opening) | | | |
| 12394 | | | | Areas with No Data (Slide #61 from Phase 2 Opening) | | | |
| 12395 | | | | Numerical Model Output Comparison All Wells - Station 6 (Slide #74 from Phase 2 Opening) | | | |
| 12396 | | | | The Evidence will show for Terry's Model (Slide #75 from Phase 2 Opening) | | | |
| 12400 | | | 10/1/2005 | Operation and Improvement of the U.S. Geological Survey's Cooperative Hydrologic-DataCollection Network In the Five Boroughs of New York City | | Busciolano and Misut | |
| 12401 | NYC-DS-003864 | NYC-DS-003916 | 10/24/2008 | Spectrum Analytical Inc. - Well 21 | | | |
| 12402 | NYC-DS-003932 | NYC-DS-003991 | 10/24/2008 | Spectrum Analytical Inc. - Well 22 | | | |
| 12403 | NYC-DS-068757 | NYC-DS-68782 | 5/21/2009 | Spectrum Analytical Inc. - Well 23 | | | |
| 12404 | NYC-DS-063834 | NYC-DS-063849 | 11/26/2008 | Spectrum Analytical Inc. - Well 26 | | | |
| 12405 | NYC-DS-004292 | NYC-DS-004311 | 4/28/2008 | MWH Laboratories Sampling Report - Well 27 | | | |
| 12406 | NYC-DS-068783 | NYC-DS-068794 | 5/21/2009 | Spectrum Analytical Inc. - Well 38 | | | |
| 12407 | NYC-DS-063850 | NYC-DS-063865 | 11/26/2008 | Spectrum Analytical Inc. - Well 39A | | | |
| 12408 | NYC-DS-063866 | NYC-DS-063880 | 11/5/2008 | Spectrum Analytical Inc. - Well 42A | | | |
| 12409 | NYC-DS-004036 | NYC-DS-004109 | 10/28/2008 | Spectrum Analytical Inc. - Well 43 | | | |
| 12410 | NYC-DS-004414 | NYC-DS-004439 | 10/10/2008 | Spectrum Analytical Inc. - Well 47 | | | |
| 12411 | NYC-DS-068702 | NYC-DS-068730 | 3/5/2009 | Spectrum Analytical Inc. - Well 50 | | | |
| 12412 | NYC-DS-068670 | NYC-DS-068701 | 2/2/2009 | Spectrum Analytical Inc. - Well 50A | | | |
| 12413 | NYC-DS-068795 | NYC-DS-068826 | 5/22/2009 | Spectrum Analytical Inc. - Well 53 | | | |
| 12414 | NYC-DS-004332 | NYC-DS-004355 | 4/28/2008 | MWH Laboratories Sampling Report - Well 55 | | | |
| 12415 | NYC-DS-004520 | NYC-DS-004543 | 10/29/2008 | Spectrum Analytical Inc. - Well 60 | | | |
| 12416 | BWT-SPDES Start-Up Sample Results.xls | | | BWT-SPDES Start-Up Sample Results.xls | | | |
| 12417 | | | | USGS Well Construction Data | | | |