```
UNITED STATES DISTRICT COURT              O R D E R        (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
In Re: Methyl Tertiary Butyl Ether     : Master File C.A. No.
("MTBE") Products Liability            : 00 Civ. 1898 (SAS)
Litigation                             : MDL 1358
- - - - - - - - - - - - - - - - - - - -:
This document pertains to:             :
City of New York v. Amerada Hess,      :
et al.,                                :
No. 04 Civ. 3417                       :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

The Court having reviewed the objections to designated portions of the deposition of Timothy E. Buscheck dated November 15, 2006, the objections are determined as follows, except insofar as any relevance objections not explicitly ruled on are reserved for trial:

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 1 | 10:14-10:23 | Overruled; the witness' background is relevant to the jury's evaluation of his testimony. |
| 2 | 13:5-13:7 | Overruled; see ruling for Tab 1. |
| 3 | 49:13-49:18 | Overruled as to foundation; relevance objection reserved. |
| 4 | 50:8-50:11 | See ruling for Tab 3. |
| 5 | 87:7-87:12<br>87:16-88:2 | Overruled; the witness has laid an adequate foundation and has authenticated the document he authored. |
| 6 | 120:3-120:21 | Overruled; see ruling for Tab 5; admissible as a business record. |
| 7 | 164:19-165:5 | Overruled; no authentication required because testimony is independent of document. |

1

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          August 19, 2009

Copies mailed this date:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
450 Mission Street, #400
San Francisco, CA 94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Jennifer Kalnins Temple, Esq.
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

William Stack, Esq.
Exxon Mobile Corporation
P.O. Box 2180
Houston, TX 77252