USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)

-----------------------------------------------------------------X
This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial — except as to relevance[*] – are set forth below.

Witness: <u>Broddle, Bill 5/3/2007</u>

| <u>Tab</u> | <u>Pages/Lines</u> | <u>Ruling</u> |
|---|---|---|
| 1 | 324: 16 - 325: 14 | Sustained. |
|   | 325: 15 - 325: 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
|   | 325: 24 - 327: 9 | Sustained. |
|   | 327: 10 - 328: 3 | Overruled. |
|   | 328: 5 - 328: 18 | Overruled. |
|   | 328: 20 - 329: 16 | Sustained. |
| 2 | 451: 20 - 452: 15 | Overruled. |

---

[*] Judge Scheindlin will determine objections as to relevance at the time testimony is offered at trial.

| | | |
|---|---|---|
| 3 | 546: 22 - 547: 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 547: 24 - 549: 10 | Sustained (without the need to reach the issue of relevance) |

SO ORDERED.

Dated: August 20, 2009
      New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge