UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No. 1:00-1898

MDL 1358 (SAS)

------------------------------------------------------------X

This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417

------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial — except as to relevance[*] – are set forth below.

Witness: Broddle, Bill 5/3/2007

| Tab | Pages/Lines | Ruling |
|---|---|---|
| 1 | 324: 16 - 325: 14 | Sustained. |
| | 325: 15 - 325: 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 325: 24 - 327: 9 | Sustained. |
| | 327: 10 - 328: 3 | Overruled. |
| | 328: 5 - 328: 18 | Overruled. |
| | 328: 20 - 329: 16 | Sustained. |
| 2 | 451: 20 - 452: 15 | Overruled. |

---

    [*] Judge Scheindlin will determine objections as to relevance at the time testimony is offered at trial.

1

| | | |
|---|---|---|
| 3 | 546: 22 - 547: 23 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| | 547: 24 - 549: 10 | Sustained (without the need to reach the issue of relevance) |

SO ORDERED.

Dated: August 20, 2009
New York, New York

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge