UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File C.A. No. 1:00-1898
Products Liability Litigation      MDL 1358 (SAS)

-----------------------------------------------------------------X
This document pertains to:
City of New York v. Amerada Hess, et al.,
No. 04 Civ. 3417
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

     The rulings on the parties' objections to the deposition excerpts that have been designated for use at trial — except as to relevance* – are set forth below.

Witness: Rutowski, John 11/29/2005

| Tab | Pages/Lines | Ruling |
| --- | --- | --- |
| 1 | 66: 15 - 67: 1 | Sustained. |
| 2 | 68: 12 - 69: 12 | Overruled. |
| 3 | 71: 7 - 72: 2 | Overruled. |
| 4 | 85: 17 - 86: 15 | Overruled. |
| 5 | 96: 22 - 99: 3 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |

---

   * Judge Scheindlin will determine objections as to relevance at the time testimony is offered at trial.

| 6 | 105: 6 - 106: 16 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 7 | 148: 20 - 150: 11 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |
| 8 | 222: 24 - 223: 14 | Sustained. |
| 9 | 224: 10 - 225: 15 | Overruled with respect to any objection not based on relevance; ruling on relevance deferred. |

SO ORDERED.

Dated: August 20, 2009
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge