UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
Products Liability Litigation
This document pertains to:
*City of New York, et al.  v. Amerada Hess
Corp., et al.*, Case Civil Action No. 04-CV-
3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs City of New York,

New York City Municipal Finance Water Authority, and New York City Water Board and

Defendant Getty Properties Corp. ("Getty Properties"), hereby move the Court to enter the

attached Stipulation and Order dismissing all claims against Getty Properties as set forth in the

Plaintiff's Fourth Amended Complaint, filed on March 9, 2007 with prejudice.  The parties have

agreed to a Settlement Agreement and Release and final resolution of all matters in controversy

between them and have executed a Stipulation and Order of Dismissal.  The parties have agreed

to bear their own attorneys' fees and costs.

Dated: ____8/20____, 2009

Respectfully submitted,

_____
Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York
New York City Municipal Finance Water
Authority, and New York City Water Board*

_____
John C. McMeekin II, Esq.
RAWLE & HENDERSON LLP
One South Penn Square.
Philadelphia, PA  19107
(215) 575-4324
jmcmeekin@rawle.com

*Attorneys for Defendant Getty Properties Corp.*