```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

In Re: Methyl Tertiary            :
Butyl Ether ("MTBE")                  Master File C.A. No.
Products Liability Litigation     :   1:00-1898
                                      MDL 1358 (SAS)
                                  :
-----------------------------------X

This document pertains to:        :

City of New York v.               :
Amerada Hess, et al.,
                                  :
No. 04 Civ. 3417
                                  :
-----------------------------------X
```

        PITMAN, United States Magistrate Judge:

        The following constitutes my rulings on the objections, other than relevance, to the excerpts of the deposition testimony of Steven R. Berlin, David R. Hayward, Eugene R. Mancini, James A. Mixter, Paul Naro, Barbara Price, Bob Simonson, M.W. Sprigg, Gary A. Stumpf and Ben Thomas designated by the parties to be offered in this matter.  All relevance objections will be resolved by Judge Scheindlin at trial.  Defendants' Joint Motion in Limine to Preclude Plaintiff from Introducing Evidence or Argument (1) Relating to Non-Parties against Defendants; or (2) Relating Only to One Defendants against Multiple Defendants raises a relevance objection, and, therefore, will be addressed by Judge Scheindlin at trial.

This Order constitutes my rulings on <u>all</u> objections asserted in response to the designated testimony, regardless of whether an objection is referenced in the explanations provided.

**Berlin, Steven R.**

*01-31-07 Session*

| | |
|---|---|
| 11:23 - 12:3 | Overruled. |
| 78:19 - 79:18 | Overruled. |
| 225:24 - 226:06 | Overruled. |
| 229:2-10 | Overruled except for relevance objection which is reserved for Judge Scheindlin. |
| 272:19 - 273:05 | Reserved for Judge Scheindlin. |
| 273:06-15 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 281:19 - 282:13 | Sustained as to 281:23 - 282:3; counsel cannot testify.  Objection to the balance of the testimony overruled except to the relevance objection which is reserved for Judge Scheindlin. |
| 297:7-10 | Sustained as to 297:7-10; counsel cannot testify.  Objection to the balance of the testimony overruled except to the relevance objection which is reserved for Judge Scheindlin. |

*02-02-07 Session*

| | |
|---|---|
| 631:24 - 632:13 | Sustained as to 632:1-05; counsel cannot testify.  Objection to the balance of the testimony overruled except to the relevance objection which is reserved for Judge Scheindlin. |

**Hayward, David R.**

*08-28-07 Session*

| | |
|---|---|
| 32:16 - 33:02 | Sustained. |
| 52:01-10 | Sustained. |
| 58:04-13 | Sustained. |
| 65:01-10 | Sustained. |
| 70:12-16 | Sustained. |
| 76:02-12 | Overruled. |
| 95:10-15 | Sustained. |
| 110:10-18 | Reserved for Judge Scheindlin. |
| 111:21-24 | Reserved for Judge Scheindlin. |
| 112:05-10 | Sustained. |
| 112:11-16 | Sustained. |
| 113:10-14 | Sustained. |
| 148:10-22 | Sustained. |
| 151:24 | Sustained. |

**Mancini, Eugene R.**

*06-28-00 Session*

| | |
|---|---|
| 14:9 - 16:15 | Overruled. |
| 17:1-8 | Overruled. |
| 18:12 - 19:11 | Overruled. |
| 20:4-21 | Sustained. |
| 21:12-24 | Sustained. |

| | |
|---|---|
| 55:08-14 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 56:14-25 | Overruled except for relevance objection which is reserved for Judge Scheindlin. |
| 57:08-22 | Overruled except for relevance objection which is reserved for Judge Scheindlin. |
| 67:04-16 | Overruled. |
| 68:1-5 | Overruled. |
| 80:13-21 | Sustained. |
| 83:9-20 | Overruled. |
| 83:22 - 84:17 | Overruled. |
| 88:7-15 | Reserved for Judge Scheindlin. |
| 97:17 - 98:6 | Overruled except for relevance objection which is reserved for Judge Scheindlin. |
| 99:08 - 99:19 | Overruled. |
| 99:20 - 100:25 | Overruled. |
| 101:17 - 103:10 | Sustained. |
| 103:12 - 103:21 | Overruled. |
| 108:17-23 | Sustained. |
| 121:10-15 | Overruled. |
| 121:17 - 122:16 | Overruled. |
| 123:1-7 | Sustained. |
| 132:17-133:5 | Overruled. |
| 134:18-25 | Sustained. |
| 137:9-21 | Overruled. |

| | |
|---|---|
| 165:8 155:4 | Overruled as 165:8-12; sustained as to the balance of the designated testimony. |
| 184:6-17 | Sustained. |

### *03-20-01 Session*

| | |
|---|---|
| 20:15 - 21:03 | Sustained. |
| 32:21 - 33:03 | Sustained. |
| 33:4-14 | Reserved for Judge Scheindlin. |
| 48:21 - 49:14 | Sustained. |
| 118:05 - 119-20 | Sustained; counsel is attempting to testify. |
| 119:21 - 120:21 | Overruled. |

### *10-25-01 Session* (Trial Transcript)

| | |
|---|---|
| 2289:27 - 2291:4 | Overruled. |
| 2305:9-20 | Overruled. |
| 2307:2-18 | Overruled. |
| 2315:1 - 2316:11 | Sustained; counsel is merely reading a document and asking the witness to affirm that counsel's reading is accurate. This is <u>not</u> intended as a ruling on the admissibility of the document. |
| 2320:24 - 2321:7 | Overruled. |

### *06-30-09 Session*

| | |
|---|---|
| 209:12 - 210:15 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 213:04-10 | Sustained. |
| 214:7018 | Overruled. |
| 219:10-19 | Overruled. |

| | |
|---|---|
| 220:3-21 | Sustained.  This is <u>not</u> intended as a ruling on the admissibility of the document. |
| 225:10 - 226:7 | Overruled except sustained as to counsel's colloquy. |
| 226:8-17 | Overruled except sustained as to counsel's colloquy. |
| 226:19-22 | Overruled except sustained as to counsel's colloquy. |
| 246:24 - 247:7 | Overruled. |
| 247:16 - 248:17 | Overruled except sustained as to counsel's colloquy. |
| 282:10-22 | Overruled except sustained as to counsel's colloquy. |
| 282:24 - 283:10 | Overruled. |
| 310:23 - 311:19 | Overruled. |

**Mixter, James A.**

*09-21-00 Session*

| | |
|---|---|
| 21:1-12 | Overruled. |
| 43:2-12 | Plaintiff's objection sustained as to everything after "correct" in line 2. |
| 52:19 - 53:21 | Sustained. |
| 65:22 - 66:4 | Sustained. |

**Naro, Paul**

*08-09-00 Session*

| | |
|---|---|
| 23:11 - 24:10 | Sustained. |
| 25:2-6 | Overruled. |
| 26:11-20 | Sustained. |
| 27:3 - 28:8 | Sustained except as to 28:5-8. |

| | |
|---|---|
| 29:6-9 | Sustained. |
| 30:6-8 | Sustained. |
| 30:9-12 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 30:13-15 | Sustained. |
| 30:16-19 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 30:20-22 | Sustained. |
| 34:18-23 | Overruled. |
| 40:25 - 41:11 | Sustained. |
| 42:1-5 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 42:6-8 | Sustained. |
| 49:14-17 | Overruled. |
| 49:18-22 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 49:23 - 50:4 | Sustained. |

**Price, Barbara**

*08-09-06 Session*

| | |
|---|---|
| 63:16 - 64:5 | Overruled. |
| 66:22 - 67:10 | Overruled. |
| 69:17-19 | Sustained. |
| 71:17 - 72:8 | Overruled. |
| 106:22 - 107:17 | Sustained. |

| | |
|---|---|
| 108:12 - 109:12 | Overruled. |
| 126:1-8 | Reserved for Judge Scheindlin. |
| 140:24 - 141:19 | Overruled; relevance objection reserved for Judge Scheindlin. |
| 159:15 - 160:15 | Overruled; relevance objection reserved for Judge Scheindlin. |
| 185:14 - 186:5 | Overruled; relevance objection reserved for Judge Scheindlin. |
| 195:6-15 | Overruled; relevance objection reserved for Judge Scheindlin. |
| 195:16 - 196:6 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 196:7 - 196:18 | Sustained; asking the witness to acknowledge that certain words are set forth in a document has no probative value. |
| 213:14 - 214:6 | Overruled. |
| 233:12 - 233:18 | Overruled; relevance objection reserved for Judge Scheindlin. |
| 236:3-21 | Overruled. |
| 279:1-11 | Overruled. |
| 279:12-17 | Sustained. |

**Simonson, Bob**

*07-22-99 Session*

| | |
|---|---|
| 7:22 - 8:4 | Sustained. |

**Sprigg, M.W.**

*11-17-00 Session*

| | |
|---|---|
| 45:18-25 | Overruled. |

```
36:01-16            Sustained; asking the witness to acknowledge
                    that certain words are set forth in a
                    document has no probative value.

51:12 - 52:01       Sustained; asking the witness to acknowledge
                    that certain words are set forth in a
                    document has no probative value.

59:10 - 59:25       Sustained; asking the witness to acknowledge
                    that certain words are set forth in a
                    document has no probative value.

67:24 - 68:06       Overruled.

72:05 - 73:01       Sustained; asking the witness to acknowledge
                    that certain words are set forth in a
                    document has no probative value.

73:12 - 73:22       Sustained; asking the witness to acknowledge
                    that certain words are set forth in a
                    document has no probative value.


73:23 - 75:13       Sustained.

75:14 - 75:21       Sustained.
```

**Stumpf, Gary A.**

*03-22-07 Session*

```
50:15-19            Overruled.

51:20 - 52:05       Overruled.

53:13-17            Overruled.

53:24 - 54:02       Overruled.

105:24 - 106:16     Overruled.

110:23 - 111:2      Overruled.

113:05 - 113:12     Overruled.

119:14 - 120:03     Overruled.

120:05-12           Overruled.
```

| | |
|---|---|
| 120:17-24 | Sustained. |
| 121:05-12 | Sustained. |
| 122:01-07 | Overruled. |
| 122:09-13 | Overruled. |
| 124:17-21 | Overruled. |
| 125:21 - 126:02 | Overruled. |
| 126:08-24 | Overruled. |
| 129:17 - 130:09 | Overruled. |
| 130:10-15 | Overruled. |
| 131:09-16 | Overruled. |
| 134:10-16 | Overruled. |
| 34:18-23 | Overruled. |
| 138:01-16 | Overruled. |
| 138:19-22 | Overruled. |
| 139:20 - 140:05 | Overruled. |

**Thomas, Ben**

*11-15-00 Session*

| | |
|---|---|
| 22:23 - 23:9 | Overruled except for relevance objection which is reserved for Judge Scheindlin. |
| 23:22-24 | Overruled. |
| 56:8-14 | Sustained |
| 56:21 - 59:16 | Overruled. |
| 62:18-21 | Overruled. |
| 70:11 - 71:8 | Overruled. |
| 74:4 - 75:18 | Overruled. |

```
78:4-13              Overruled.

79:14 - 80:8         Overruled.

92:8-15              Overruled.

113:1-8              Sustained; asking the witness to acknowledge
                     that certain words are set forth in a
                     document has no probative value.

113:21 - 114:7       Sustained; asking the witness to acknowledge
                     that certain words are set forth in a
                     document has no probative value.

117:21 - 119:1       Sustained as to 117:21 - 118:3; asking the
                     witness to acknowledge that certain words are
                     set forth in a document has no probative
                     value.  Objection to the remaining testimony
                     overruled.

128:20 - 129:19      Sustained as to 128:20-24 and 129:8-19; ask-
                     ing the witness to acknowledge that certain
                     words are set forth in a document has no
                     probative value.  Objection to the remaining
                     testimony overruled.
```

*10-09-01 Session*

```
1082:27 - 1083:10    Overruled.

1086:15-19           Overruled.

1086:20-21           Overruled.

1090:25 - 1091:2     Overruled.
```

*10-10-01 Session*

```
1139:4-10            Overruled.

1158:4 - 1159:3      Sustained as to 1158:4-21 and 1158:27 -
                     1159:3; asking the witness to acknowledge
                     that certain words are set forth in a
                     document has no probative value.  Objection
                     to the remaining testimony overruled.
```

```
1165:20 - 1165:23    Sustained; asking the witness to acknowledge
                     that certain words are set forth in a
                     document has no probative value.
```

Dated: New York, New York
       August 20, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Susan E. Amron, Esq.
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York  10007

Victor M. Sher, Esq.
Joshua Stein, Esq.
Sher Leff LLP
No. 400
340 Mission Street
San Francisco, California  94105

Robert S. Chapman, Esq.
Greenberg Glusker LLP
21st Floor
1900 Avenue of the Stars
Los Angeles, California  90067

Peter J. Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173

Anthony A. Bongiorno, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109

Jenifer K. Temple, Esq.
McDermott Will & Emery LLP
Suite 500
18191 Von Karman Avenue
Irvine, California   92612-7108

William Stack, Edq.
Exxon Mobil Corporation
P.O. Box 2180
Houston, Texas   77252