UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
Docket No. M21-88

This document relates to:

*Tonneson, et al. v. Sunoco, Inc., et al., 03 Civ. 8248*

**ORDER OF DISMISSAL
WITH PREJUDICE**

Third-Party Plaintiffs Favre Bros. Land, Inc., LeRoy Favre and David Favre and Third-Party Defendants, Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal, have advised the Court that they have resolved the matters between them and have agreed to the entry of this agreed-upon dismissal of all cross-claims and counterclaims pending between Favre Bros. Land, Inc., LeRoy Favre, David Favre and Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal in this litigation as indicated by the signatures of the respective counsel below. The Court finds that dismissal of the cross-claims and counterclaims between Favre Bros. Land, Inc., LeRoy Favre, David Favre, and Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal with prejudice should be entered and that:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. Favre Bros. Land, Inc., LeRoy Favre and David Favre Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal have advised the Court that they have resolved the matters between them.

2. The parties consent to the dismissal with prejudice of the cross-claims and counterclaims between Favre Bros. Land, Inc., LeRoy Favre and David Favre Chestnut Petroleum Dist.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2756

Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal.

3. No other parties have objected to the dismissal of the above-entitled cross-claims and counterclaims with prejudice as to Favre Bros. Land, Inc., LeRoy Favre, David Favre and Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal only.

4. Therefore, all cross-claims and counterclaims are hereby dismissed with prejudice as to Favre Bros. Land, Inc., LeRoy Favre, David Favre and Chestnut Petroleum Dist. Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal.

ENTERED this ___ day of _____, 2009:

_____
Honorable Shira A. Scheindlin


RAPPORT, MEYERS, WHITBECK, SHAW &
RODENHAUSEN, LLP

By: _____    Date: 6/11/09
Kerri L. Yamashita
35 Main Street, Suite 541
Poughkeepsie, New York 12601
(845) 473-7766
Attorneys for Third-Party Plaintiffs Favre Bros. Land, Inc.,
LeRoy Favre and David Favre

LAW OFFICES OF ERIC SCHNEIDER

By: _____  Date: 6/9/09
Eric Schneider
41 Pearl Street
Kingston, New York 12402
Attorneys for Third-Party Defendants Chestnut Petroleum Dist.
Inc., Chestnut Mart of Newburgh, Inc., and Saleh El Jamal