UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------X

This Document Relates To:

*American Distilling and Mfg. Co. Inc. v. Amerada Hess Corp.*, 04 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc. v. Amerada Hess Corp.*, 04 Civ. 1721

-------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

AMENDED NOTICE AND
ORDER OF RULE 41(a)(2)
DISMISSAL OF
DEFENDANT PHIBRO LLC



In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation  Doc. 2759

On July 30, 2009, Plaintiffs in the above-captioned matters filed a Notice And Order of Rule 41(a)(2) Dismissal of Defendant Phibro, Inc. In order to reflect its current legal name, Plaintiffs hereby file this amended notice to dismiss Phibro LLC, named in the above-captioned matters as Phibro, Inc. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned matters hereby move to dismiss without prejudice Phibro LLC from the above referenced causes of action, with each party to bear its own costs. Plaintiffs reserve all other rights as against all other defendants.

Pursuant to the Court's directive at the October 30, 2008 Status Conference, any party opposing Plaintiffs' dismissal of Phibro LLC shall have 14 days to file its objection. Plaintiffs

respectfully move this Court for an Order dismissing Phibro LLC (named in the above-captioned matters as Phibro, Inc.) without prejudice from each of the above causes of action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

DATED: August 6th, 2009

Stephen Johnston (Texas Bar No. 00796839)
Scott Summy (Texas Bar No. 19507500)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Robert J. Gordon
Robin Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Telephone: (212) 558-5500
Facsimile: (212) 558-5506

*Attorneys for Plaintiffs*

**SO ORDERED:**

THE HONORABLE JUDGE SCHEINDLIN
United States District Judge

Dated: Aug 24, 2009