

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/09

AUG 24 2009

Aug 20 2009
2:26PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
Products Liability Litigation
This document pertains to:
*City of New York, et al. v. Amerada Hess Corp., et al.*, Case Civil Action No. 04-CV-3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT GETTY PROPERTIES CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs City of New York, New York City Municipal Finance Water Authority, and New York City Water Board and Defendant Getty Properties Corp. ("Getty Properties"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Getty Properties as set forth in the Plaintiff's Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own attorneys' fees and costs. Plaintiffs reserve all other rights as against all other defendants.

Dated: 8/20, 2009

_____
Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York New York City Municipal Finance Water Authority, and New York City Water Board*

Dated: Aug. 18, 2009

_____
John C. McMeekin II, Esq.
RAWLE & HENDERSON LLP
One South Penn Square
Philadelphia, PA 19107
(215) 575-4324
jmcmeekin@rawle.com

*Attorneys for Defendant Getty Properties Corp.*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____8/24/09_____