```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
IN RE: METHYL TERTIARY BUTYL                      :
ETHER ("MTBE") PRODUCTS                           :     ORDER
LIABILITY LITIGATION                              :
                                                  :
-------------------------------------------------   :     Master File No. 1:00-1898
                                                  :     MDL 1358 (SAS)
This document relates to:                         :     M21-88
                                                  :
All cases.                                        :
                                                  :
                                                  :
-------------------------------------------------   :
                                                  X
```



SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of Court is directed to close the following motions on the master docket for MDL 1358, No. 00 Civ. 1898:

- # 2266, withdrawn.
- # 2322, withdrawn.
- # 2359, terminated as moot.
- # 2362, withdrawn.
- # 2364, decided in open court on 7/29/09.
- # 2366, decided in open court on 7/31/09.
- # 2367, decided in open court on 7/22/09.
- # 2371, decided in open court on 7/22/09.
- # 2374, decided in open court on 7/29/09.
- # 2378, withdrawn.
- # 2380, dismissed as moot without prejudice, parties may refile.
- # 2383, dismissed as moot without prejudice, parties may refile.
- # 2386, decided in open court on 7/29/09.
- # 2389, decided in open court on 7/22/09.
- # 2395, decided in an opinion published on 7/6/09.
- # 2398, decided in open court on 7/15/09.
- # 2401, decided in open court on 7/29/09.
- # 2403, mooted by decision in #2401.

- # 2404, decided in open court on 7/15/09.
- # 2408, mooted by decision in #2404.
- # 2410, decided in open court on 7/22/09.
- # 2411, decided in open court on 7/29/09.
- # 2416, decided in open court on 7/29/09.
- # 2418, decided in open court on 7/29/09.
- # 2420, decided in open court on 7/22/09.
- # 2422, mooted by decision in #2420.
- # 2577 - joint motion to dismiss; granted on 7/18/09.
- # 2611, decided in open court on 8/11/09.
- # 2732, decided in open court on 8/14/09.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
August 25, 2009