UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE: METHYL TERTIARY BUTYL         : ORDER
ETHER ("MTBE") PRODUCTS              :
LIABILITY LITIGATION                 : 00 MDL 1898 (SAS)
------------------------------------------------------- X   00 Civ. 1898
                                     :
This Document Relates to:            :
------------------------------------------------------- X
CITY OF NEW YORK, et al.,            :
                                     :
                Plaintiffs,          :
                                     : 04 Civ. 3417 (SAS)
-against-                            :
                                     :
EXXON MOBIL CORPORATION,             :
                                     :
                Defendant.           :
                                     :
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of Court is directed to close the following motions on the docket for No. 04 Civ. 3417:

- # 107, withdrawn.
- # 127, terminated as moot.
- # 133, terminated as moot.
- # 136, withdrawn.
- # 138, decided in open court on 7/29/09.
- # 140, decided in open court on 7/31/09.
- # 141, decided in open court on 7/22/09.
- # 145, decided in open court on 7/22/09.
- # 148, decided in open court on 7/29/09.
- # 152, withdrawn.

- # 154, dismissed as moot without prejudice, parties may refile.
- # 157, dismissed as moot without prejudice, parties may refile.
- # 160, decided in open court on 7/29/09.
- # 163, decided in open court on 7/22/09.
- # 169, decided in an opinion published on 7/6/09.
- # 172, decided in open court on 7/15/09.
- # 177, mooted by decision in #172.
- # 175, decided in open court on 7/29/09.
- # 178, decided in open court on 7/15/09.
- # 182, mooted by decision in #178.
- # 183, decided in open court on 7/29/09.
- # 185, decided in open court on 7/22/09.
- # 186, decided in open court on 7/29/09.
- # 189, mooted by decision in # 183.
- # 192, decided in open court on 7/29/09.
- # 194, decided in open court on 7/29/09.
- # 196, decided in open court on 7/22/09.
- # 198, mooted by decision in #196.
- # 211, decided in an opinion published on 7/21/09.
- # 348, decided in open court on 8/11/09.
- # 353, decided in open court on 8/11/09.
- # 416, decided in open court on 8/14/09.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
August 25, 2009