UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL      :   ORDER
ETHER ("MTBE") PRODUCTS            :
LIABILITY LITIGATION                       :   00 MDL 1898 (SAS)
------------------------------------------------------- X   00 Civ. 1898
:
This Document Relates to:                   :
------------------------------------------------------- X
CITY OF NEW YORK, et al.,                  :
:
Plaintiffs,           :
:   04 Civ. 3417 (SAS)
-against-                                              :
:
EXXON MOBIL CORPORATION,      :
:
Defendant.          :
:
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Clerk of Court is directed to close the following motions on the docket for No. 04 Civ. 3417:

- # 107, withdrawn.
- # 127, terminated as moot.
- # 133, terminated as moot.
- # 136, withdrawn.
- # 138, decided in open court on 7/29/09.
- # 140, decided in open court on 7/31/09.
- # 141, decided in open court on 7/22/09.
- # 145, decided in open court on 7/22/09.
- # 148, decided in open court on 7/29/09.
- # 152, withdrawn.

- # 154, dismissed as moot without prejudice, parties may refile.
- # 157, dismissed as moot without prejudice, parties may refile.
- # 160, decided in open court on 7/29/09.
- # 163, decided in open court on 7/22/09.
- # 169, decided in an opinion published on 7/6/09.
- # 172, decided in open court on 7/15/09.
- # 177, mooted by decision in #172.
- # 175, decided in open court on 7/29/09.
- # 178, decided in open court on 7/15/09.
- # 182, mooted by decision in #178.
- # 183, decided in open court on 7/29/09.
- # 185, decided in open court on 7/22/09.
- # 186, decided in open court on 7/29/09.
- # 189, mooted by decision in # 183.
- # 192, decided in open court on 7/29/09.
- # 194, decided in open court on 7/29/09.
- # 196, decided in open court on 7/22/09.
- # 198, mooted by decision in #196.
- # 211, decided in an opinion published on 7/21/09.
- # 348, decided in open court on 8/11/09.
- # 353, decided in open court on 8/11/09.
- # 416, decided in open court on 8/14/09.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        August 25, 2009