USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　Master File No. 1:00-1898
Products Liability Litigation　　　MDL No. 1358 (SAS)
　　　M21-88

This Document Relates to:
*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp., et al.,* Case No. 04-CV-1719

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff American Distilling & Mfg. Co., Inc. and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Eighth Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation　　　Doc. 2764

LIBA/1997724.1

DATED: May __, 2009                              DATED: ~~May~~ June 12, 2009

_____                        _____
Robin L. Greenwald                               Christopher J. Garvey
Robert Gordon    *by permission*                 GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                          The New York Times Building
180 Maiden Lane, 17th Floor                      620 Eighth Avenue
New York, NY 10038-4925                          New York, NY 10018-1405
Telephone: (212) 558-5505                        Telephone: (212) 459-7413
Facsimile: (212) 558-5500                        Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*


_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff American Distilling & Mfg. Co., Inc.*


SO ORDERED:

_____ 8/25/09
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____ AUG 25 2009

2