

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

This Document Relates to:
*Chisholm Creek Utility Auth v. Alon USA Energy, Inc. et al.*, Case No. 04-CV-2061

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Chisholm Creek Utility Authority and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Sixth Amended Complaint, filed on October 24, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as

DATED: May __, 2009					DATED: ~~May~~ Jun 12, 2009

_____				_____
Robin L. Greenwald						Christopher J. Garvey
Robert J. Gordon		By permission			GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.						The New York Times Building
180 Maiden Lane, 17th Floor					620 Eighth Avenue
New York, NY 10038-4925						New York, NY 10018-1405
Telephone: (212) 558-5505					Telephone: (212) 459-7413
Facsimile: (212) 558-5500					Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*


_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Chisholm Creek Utility Authority*


SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: AUG 27 2009

2

LIBA/1997747.1