

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates to:
*City of Galva, et al. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1723

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and

Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary

dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in

Plaintiffs' Seventh Amended Complaint, filed on October 26, 2006. The Parties agree to the

dismissal and further agree that such dismissal is with prejudice, with each party bearing its own

costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other

defendants.

DATED: May __, 2009                    DATED: May 12, 2009

_____                _____
Robin L. Greenwald                     Christopher J. Garvey
Robert Gordon                          GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                The New York Times Building
180 Maiden Lane, 17th Floor            620 Eighth Avenue
New York, NY 10038-4925                New York, NY 10018-1405
Telephone: (212) 558-5505              Telephone: (212) 459-7413
Facsimile: (212) 558-5500              Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff City of Glava, et al.*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____