USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates to:
*County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp., et al.,* Case No. 04-CV-5424

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff County of Suffolk and Suffolk County Water Authority and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Sixth Amended Complaint, filed on October 16, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

DATED: May __, 2009                                    DATED: ~~May~~ Jun 12, 2009

*[signature]*                                          *[signature]*
Robin L. Greenwald                                     Christopher J. Garvey
Robert J. Gordon *[by permission]*                     GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                                The New York Times Building
180 Maiden Lane, 17th Floor                 620 Eighth Avenue
New York, NY 10038-4925                                New York, NY 10018-1405
Telephone: (212) 558-5505                              Telephone: (212) 459-7413
Facsimile: (212) 558-5500                              Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

*[signature]*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff County of
Suffolk and Suffolk County Water
Authority*


SO ORDERED:

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____