UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

This Document Relates to:
*Craftsbury Fire District #2 v. Amerada Hess Corp., et al.*, Case No. 04-CV-3419

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Craftsbury Fire District #2 and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Fifth Amended Complaint, filed on October 25, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2779

LIBA/1998129.1

DATED: May __, 2009    DATED: Jun 12, 2009

*(signature)*
Robin L. Greenwald
Robert J. Gordon  *by permission*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

*(signature)*
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

*(signature)*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Craftsbury Fire District #2*

SO ORDERED:

*(signature)*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2