USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

This Document Relates to:
*Greensville County Water and Sewer Auth. and County of Greensville v. Amerada Hess Corp., et al.*, Case No. 05-CV-01310

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs Greensville County Water and Sewer Authority and County of Greensville and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiffs' Third Amended Complaint, filed on October 25, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation        Doc. 2781

DATED: May __, 2009                          DATED: May /2, 2009

_____                  _____
Robin L. Greenwald                           Christopher J. Garvey
Robert J. Gordon                             GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                      The New York Times Building
180 Maiden Lane, 17th Floor                  620 Eighth Avenue
New York, NY 10038-4925                      New York, NY 10018-1405
Telephone: (212) 558-5505                    Telephone: (212) 459-7413
Facsimile: (212) 558-5500                    Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs Greensville County Water and Sewer Auth. and County of Greensville*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2