

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　Master File No. 1:00-1898
Products Liability Litigation　　MDL No. 1358 (SAS)
　　M21-88

This Document Relates to:
*Hicksville Water District., v. Amerada Hess Corp., et al.,* Case No. 04-CV-05421

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Hicksville Water District and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Fourth Amended Complaint, filed on October 20, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation　　　　Doc. 2782

LIBA/1998116.2

DATED: May __, 2009

*signature*

Robin L. Greenwald
Robert J. Gordon *by permission*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

DATED: June 12, 2009

*signature*

Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

*signature*

Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Hicksville Water District*

SO ORDERED:

*signature*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2