UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.*, Case No. 04-CV-1718 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Our Lady of the Rosary Chapel and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Seventh Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation   Doc. 2787

DATED: May __, 2009                          DATED: May 12, 2009

*signature*                                  *signature*
Robin L. Greenwald                           Christopher J. Garvey
Robert Gordon  *by permission*               GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                      The New York Times Building
180 Maiden Lane, 17th Floor                  620 Eighth Avenue
New York, NY 10038-4925                      New York, NY 10018-1405
Telephone: (212) 558-5505                    Telephone: (212) 459-7413
Facsimile: (212) 558-5500                    Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

*signature*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Our Lady of the Rosary Chapel*

SO ORDERED:

*signature*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2