

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates to:<br>*The City of Vineland Water-Sewer Utility v. Amerada Hess Corp., et al.,* Case No. 05-CV-9070 | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff City of Vineland Water-Sewer Utility and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's First Amended Complaint, filed on November 6, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

LIBA/1998092.1

DATED: May __, 2009　　　　　　　　　　DATED: ~~May~~ June 12, 2009

_(signature)_　　　　　　　　　　　　　_(signature)_
Robin L. Greenwald　　　　　　　　　Christopher J. Garvey
Robert J. Gordon _by permission_　　GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.　　　　　The New York Times Building
180 Maiden Lane, 17th Floor　　　　 620 Eighth Avenue
New York, NY 10038-4925　　　　　　New York, NY 10018-1405
Telephone: (212) 558-5505　　　　　Telephone: (212) 459-7413
Facsimile: (212) 558-5500　　　　　　Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_(signature)_
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff City of Vineland Water-Sewer Utility*

SO ORDERED:

_(signature)_

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2