USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*New Jersey American Water Company, Inc., et al. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1726 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiffs' Tenth Amended Complaint, filed on November 2, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2791

LIBA/1998089.1

DATED: May __, 2009　　　　　　　　　　DATED: ~~May~~ June 12, 2009

*(signature)* "w/ permission"　　　　*(signature)*
Robin L. Greenwald　　　　　　　　　　Christopher J. Garvey
Robert J. Gordon　　　　　　　　　　　GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.　　　　　　　The New York Times Building
180 Maiden Lane, 17th Floor　　　　　620 Eighth Avenue
New York, NY 10038-4925　　　　　　　New York, NY 10018-1405
Telephone: (212) 558-5505　　　　　　Telephone: (212) 459-7413
Facsimile: (212) 558-5500　　　　　　Facsimile: (212) 355-3333
rgreenwald@weitzlux.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Gulf Oil Limited*
　　　　　　　　　　　　　　　　　　*Partnership*

*(signature)*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiffs*

SO ORDERED,

*(signature)*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____