In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2794

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09
```

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*Town of Duxbury, et al. v. Amerada Hess Corp., et al.*, Case No. 04-CV-1725 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CUMBERLAND FARMS, INC. AND GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Cumberland Farms, Inc. and Gulf Oil Limited Partnership as set forth in Plaintiffs' Eighth Amended Complaint, filed on October 24, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other defendants.

LIBA/1997817.1

DATED: May ___, 2009                                    DATED: May 12, 2009

_____                         _____
Robin L. Greenwald                                      Christopher J. Garvey
Robert J. Gordon                                        GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                                 The New York Times Building
180 Maiden Lane, 17th Floor                             620 Eighth Avenue
New York, NY 10038-4925                                 New York, NY 10018-1405
Telephone: (212) 558-5505                               Telephone: (212) 459-7413
Facsimile: (212) 558-5500                               Facsimile: (212) 355-3333

*Attorneys for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs*

SO ORDERED.

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2