

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")       Master File No. 1:00-1898
Products Liability Litigation                      MDL No. 1358 (SAS)
                                                   M21-88

This Document Relates to:
*Town of Hartland, County of Windsor, Vermont*
*v. Amerada Hess Corp., et al.,* Case No. 04-CV-
2072

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Town of

Hartland, County of Windsor, Vermont and Defendant Gulf Oil Limited Partnership, hereby

request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil

Limited Partnership as set forth in Plaintiff's Seventh Amended Complaint, filed on October 25,

2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice,

with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other

rights as against all other defendants.

DATED: May ___, 2009

DATED: ~~May~~ *June* ___, 2009

_____
Robin L. Greenwald
Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

_____
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited
Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Town of
Hartland, County of Windsor,
Vermont*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2