USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*Town of Wappinger v. Amerada Hess Corp., et al.,* Case No. 04-CV-2388 | |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Town of Wappinger and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Fifth Amended Complaint, filed on October 19, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other

DATED: May __, 2009                    DATED: June 12, 2009

_[signature]_                          _[signature]_
Robin L. Greenwald                      Christopher J. Garvey
Robert J. Gordon _by permission_        GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                 The New York Times Building
180 Maiden Lane, 17th Floor             620 Eighth Avenue
New York, NY 10038-4925                 New York, NY 10018-1405
Telephone: (212) 558-5505               Telephone: (212) 459-7413
Facsimile: (212) 558-5500               Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_[signature]_
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff Town of Wappinger*

SO ORDERED:

_[signature]_
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2