USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation  MDL No. 1358 (SAS)
  M21-88

This Document Relates to:
*United Water New York, Inc. v. Amerada Hess Corp., et al.,* Case No. 04-CV-2389

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff United Water New York, Inc. and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Fifth Amended Complaint, filed on October 16, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other

LIBA/1998101.1

DATED: May __, 2009                                  DATED: ~~May~~ June 12, 2009

_____            _____
Robin L. Greenwald                                   Christopher J. Garvey
Robert J. Gordon  by permission              GOODWIN PROCTER LLP
WEITZ & LUXENBERG, P.C.                      The New York Times Building
180 Maiden Lane, 17th Floor                   620 Eighth Avenue
New York, NY 10038-4925                      New York, NY 10018-1405
Telephone: (212) 558-5505                     Telephone: (212) 459-7413
Facsimile: (212) 558-5500                     Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiff United Water New York, Inc.*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____

2