USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates to:
*Town of Duxbury et al., v. Amerada Hess Corp., et al.*, Case No. 04-CV-1725

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GLOBAL COMPANIES LLC, GLOBAL MONTELLO GROUP LLC, CHELSEA SANDWICH LLC, GLOBAL REVCO DOCK LLC, AND GLOBAL PETROLEUM CORPORATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock LLC, and Global Petroleum Corporation, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Global Companies LLC, Global Montello Group LLC, Chelsea Sandwich LLC, Global Revco Dock LLC, and Global Petroleum Corporation as set forth in Plaintiffs' Eighth Amended Complaint, filed on October 24, 2006. The Parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiffs reserve all other rights as against all other defendants.

DATED: June 10, 2009

*(signature)*
Robin L. Greenwald
WEITZ & LUXEMBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500
rgreenwald@weitzlux.com

DATED: June 12, 2009

*(signature)*
Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Global Companies LLC,
Global Montello Group LLC, Chelsea
Sandwich LLC, Global Revco Dock, LLC,
and Global Petroleum Corporation*

*(signature)*
Cary L. McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181
cmcdougal@baronbudd.com

*Attorneys for Plaintiffs*

SO ORDERED:

*(signature)*
The Honorable Shira A. Scheindlin
United States District Judge

Dated: Aug 27, 2009

2