UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: METHYL TERTIARY BUTYL : ORDER
ETHER ("MTBE") PRODUCTS :
LIABILITY LITIGATION : 00 MDL 1898 (SAS)
------------------------------------------------------- X

This Document Relates to: :
------------------------------------------------------- X
CITY OF NEW YORK, *et al.*, :

Plaintiffs, :
: 04 Civ. 3417 (SAS)
-against- :
:
EXXON MOBIL CORPORATION, :
:
Defendant. :
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of Court is directed to close motion # 362 on the docket

for No. 04 Civ. 3417. The motion was withdrawn as moot.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
August 25, 2009