UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER**
LIABILITY LITIGATION :
:
------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
This document relates to: : M21-88
:
*All cases.* :
:
:
------------------------------------------------- :
X



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to close motion # 2625 on the master docket for MDL 1358, No. 00 Civ. 1898. The motion was withdrawn as moot.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2808

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 25, 2009