**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

# FIRST SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5489 | 05/14/2009 | Declaration of Andrew E. Schulman, Ph.D. in Opposition to Defendants' Joint Motion to Exclude the Opinion of Plaintiff's Expert Harry T. Lawless | N/A | N/A |
| PL-5490 | 06/00/2005 | Curriculum Vitae: Andrew E. Schulman | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5491 | 08/00/2001 | United States Environmental Protection Agency Publication EPA-815-R-024: Statistical Analysis of MTBE Odor Detection Thresholds in Drinking Water | N/A | N/A |
| PL-5492 | 06/12/2000 | MANUSCRIPT TITLE: "Implications of a MTBE Consumer Threshold Odor Study for Drinking Water Standard Setting" by Andrew J. Stocking, et al. | N/A | N/A |
| PL-5493 | 03/00/2001 | ARTICLE: Stocking, Andrew J., et al. "Implications of an MtBE Odor Study for Setting Drinking Water Standards" Journal of the American Waterworks Association, March 2001.  pp. 95-105 | NYC-SUFFET-000417 | NYC-SUFFET-000427 |

Plaintiffs are emailing such exhibits to counsel for ExxonMobil concurrently with this Exhibit List.

Dated: New York, New York
August 30, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578

*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*