UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

## FIRST SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009.  *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009).  In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits.  *See* Exhibit List.  Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5489 | 05/14/2009 | Declaration of Andrew E. Schulman, Ph.D. in Opposition to Defendants' Joint Motion to Exclude the Opinion of Plaintiff's Expert Harry T. Lawless | N/A | N/A |
| PL-5490 | 06/00/2005 | Curriculum Vitae: Andrew E. Schulman | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5491 | 08/00/2001 | United States Environmental Protection Agency Publication EPA-815-R-024: Statistical Analysis of MTBE Odor Detection Thresholds in Drinking Water | N/A | N/A |
| PL-5492 | 06/12/2000 | MANUSCRIPT TITLE: "Implications of a MTBE Consumer Threshold Odor Study for Drinking Water Standard Setting" by Andrew J. Stocking, et al. | N/A | N/A |
| PL-5493 | 03/00/2001 | ARTICLE: Stocking, Andrew J., et al. "Implications of an MtBE Odor Study for Setting Drinking Water Standards" Journal of the American Waterworks Association, March 2001.  pp. 95-105 | NYC-SUFFET-000417 | NYC-SUFFET-000427 |

Plaintiffs are emailing such exhibits to counsel for ExxonMobil concurrently with this Exhibit List.

Dated: New York, New York
August 30, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*