**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

------------------------------------------------------------------- x

## SECOND SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiff filed its Phase III exhibit list on June 26, 2009.  *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009).  In doing so, Plaintiff expressly reserved the right to supplement or amend its exhibits.  *See* Exhibit List.  Accordingly, Plaintiff hereby notifies ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiff will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5494 | 11/14/1986 | Nineteenth Report of the Interagency Testing Committee to the Administrator; Receipt and Request for Comments Regarding Priority List of Chemicals. Federal Register, Vol. 51, No. 220.  Pp. 41417-41432 | N/A | N/A |
| PL-5495 | 2009 | North Carolina Administrative Code Title 15A.  Department of Environment and Natural Resources.  Chapter 2. Environmental Management, Subchapter 2L.  Groundwater Classification and Standards.  Section.0200. Classifications and Groundwater Standards | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5496 | | Illinois Administrative Code Title 35: Environmental Protection. Chapter I(6): Pollution Control Board, Part 620. Groundwater Quality, Subpart D. Groundwater Quality Standards | N/A | N/A |
| PL-5497 | | WEBPAGE: U.S. Department of Health and Human Services, U.S. Food and Drug Administration<br><br>"FDA Public Health Advisory: Safety of Vioxx"<br><br>http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm106274.htm<br><br>Accessed 08/31/2009 | N/A | N/A |
| PL-5498 | | WEBPAGE: U.S. Department of Health and Human Services, U.S. Food and Drug Administration<br><br>"Access to Investigational Drugs"<br><br>http://www.fda.gov/ForConsumers/ByAudience/ForPatientAdvocates/AccesstoInvestigationalDrugs/default.htm<br><br>Accessed 08/31/09 | N/A | N/A |

Plaintiffs are emailing such exhibits to counsel for ExxonMobil concurrently with this Exhibit List.

Dated: New York, New York
August 31, 2009

    MICHAEL A. CARDOZO
    Corporation Counsel of the City of New York
    100 Church Street

        New York, New York 10007
        (212) 788-1578


        <u>*/s/ MARNIE E. RIDDLE*</u>
        VICTOR M. SHER *(pro hac vice)*
        TODD E. ROBINS *(pro hac vice)*
        JOSHUA G. STEIN *(pro hac vice)*
        LESLEY E. WILLIAMS (LW8392)
        NICHOLAS G. CAMPINS *(pro hac vice)*
        MARNIE E. RIDDLE *(pro hac vice)*

        SHER LEFF LLP
        450 Mission Street, Suite 400
        San Francisco, CA 94105
        (415) 348-8300

        *Attorneys for Plaintiffs*