# EXHIBIT 2



35 IL ADC 620.420                                                                                                          Page 1
35 Ill. Adm. Code 620.420


Ill. Admin. Code tit. 35, § 620.420




```
              WEST'S ILLINOIS ADMINISTRATIVE CODE
               TITLE 35: ENVIRONMENTAL PROTECTION
              CHAPTER I(6): POLLUTION CONTROL BOARD
                   PART 620. GROUNDWATER QUALITY
              SUBPART D. GROUNDWATER QUALITY STANDARDS
```
This document is current through August 28, 2009

620.420 Groundwater Quality Standards for Class II: General Resource Groundwater

  a) Inorganic Chemical Constituents

  1) Except due to natural causes or as provided in Section 620.450 or subsection (a)(3) or (d) of this Section, concentrations of the following chemical constituents must not be exceeded in Class II groundwater:

| Constituent   | Standard (mg/L) |
|---------------|-----------------|
| Antimony      | 0.024           |
| Arsenic       | 0.2             |
| Barium        | 2.0             |
| Beryllium     | 0.5             |
| Cadmium       | 0.05            |
| Chromium      | 1.0             |
| Cobalt        | 1.0             |
| Cyanide       | 0.6             |
| Fluoride      | 4.0             |
| Lead          | 0.1             |
| Mercury       | 0.01            |
| Nitrate as N  | 100.0           |
| Thallium      | 0.02            |

  2) Except as provided in Section 620.450 or subsection (a)(3) or (d) of this Section, concentrations of the following chemical constituents must not be exceeded in Class II groundwater:

| Constituent | Standard (mg/L) |
|-------------|-----------------|
| Boron       | 2.0             |
| Chloride    | 200.0           |
| Copper      | 0.65            |
| Iron        | 5.0             |
| Manganese   | 10.0            |
| Nickel      | 2.0             |
| Selenium    | 0.05            |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Ill. Admin. Code tit. 35, § 620.420

```
Total Dissolved Solids (TDS)  1,200.0
Sulfate                         400.0
Zinc                             10.0
```

   3) The standard for any inorganic chemical constituent listed in subsection (a)(2) of this Section, for barium, or for pH does not apply to groundwater within fill material or within the upper 10 feet of parent material under such fill material on a site not within the rural property class for which:

     A) Prior to November 25, 1991, surficial characteristics have been altered by the placement of such fill material so as to impact the concentration of the parameters listed in subsection (a)(3) of this Section, and any on-site groundwater monitoring of such parameters is available for review by the Agency.

     B) On November 25, 1991, surficial characteristics are in the process of being altered by the placement of such fill material, that proceeds in a reasonably continuous manner to completion, so as to impact the concentration of the parameters listed in subsection (a)(3) of this Section, and any on-site groundwater monitoring of such parameters is available for review by the Agency.

   4) For purposes of subsection (a)(3) of this Section, the term "fill material" means clean earthen materials, slag, ash, clean demolition debris, or other similar materials.

  b) Organic Chemical Constituents

   1) Except due to natural causes or as provided in Section 620.450 or subsection (b)(2) or (d) of this Section, concentrations of the following organic chemical constituents must not be exceeded in Class II groundwater:

```
 Constituent                         Standard
                                      (mg/L)
Alachlor*                             0.010
Aldicarb                              0.015
Atrazine                              0.015
Benzene*                              0.025
Benzo(a)pyrene*                       0.002
Carbofuran                            0.2
Carbon Tetrachloride*                 0.025
Chlordane*                            0.01
Dalapon                               2.0
Dichloromethane*                      0.05
Di(2-ethylhexyl)phthalate*            0.06
Dinoseb                               0.07
Endothall                             0.1
Endrin                                0.01
Ethylene Dibromide*                   0.0005
Heptachlor*                           0.002
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Ill. Admin. Code tit. 35, § 620.420

```
Heptachlor Epoxide*                          0.001
Hexachlorocyclopentadiene                    0.5
Lindane (Gamma-Hexachlorocyclohexane)        0.001
2,4-D                                        0.35
ortho-Dichlorobenze                          1.5
para-Dichlorobenzene                         0.375
1,2-Dibromo-3-Chloropropane*                 0.002
1,2-Dichloroethane*                          0.025
1,1-Dichloroethylene                         0.035
cis-1,2-Dichloroethylene                     0.2
trans-1,2-Dichloroethylene                   0.5
1,2-Dichloropropane*                         0.025
Ethylbenzene                                 1.0
Methoxychlor                                 0.2
Methyl Tertiary-Butyl Ether (MTBE)           0.07
Monochlorobenzene                            0.5
Pentachlorophenol*                           0.005
Phenols                                      0.1
Picloram                                     5.0
Polychlorinated Biphenyls (PCBs)
  (as decachlorobiphenyl)*                   0.0025
Simazine                                     0.04
Styrene                                      0.5
2,4,5-TP                                     0.25
Tetrachloroethylene*                         0.025
Toluene                                      2.5
Toxaphene*                                   0.015
1,1,1-Trichloroethane                        1.0
1,2,4-Trichlorobenzene                       0.7
1,1,2-Trichloroethane                        0.05
Trichloroethylene*                           0.025
Vinyl Chloride*                              0.01
Xylenes                                      10.0
```

   *Denotes a carcinogen.

  2) The standards for pesticide chemical constituents listed in subsection
     (b)(1) of this Section do not apply to groundwater within 10 feet of the land
     surface, provided that the concentrations of such constituents result from the
     application of pesticides in a manner consistent with the requirements of the
     Federal Insecticide, Fungicide and Rodenticide Act (7 USC 136 et seq.) and the
     Illinois Pesticide Act [415 ILCS 60].

  c) Complex Organic Chemical Mixtures

  Concentrations of the following organic chemical constituents of gasoline, diesel fuel, or heating fuel must not be exceeded in Class II groundwater:

```
Constituent                     Standard
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

```
 35 IL ADC 620.420                                                      Page 4
35 Ill. Adm. Code 620.420
```

Ill. Admin. Code tit. 35, § 620.420

```
                                   (mg/L)
Benzene*                           0.025
BETX                              13.525

     *Denotes a carcinogen.

  d) pH

  Except due to natural causes, a pH range of 6.5 - 9.0 units must not be exceeded
  in Class II groundwater that is within 5 feet of the land surface.

(Source: Amended at 26 Ill. Reg. 2662, effective February 5, 2002)

          <General Materials (GM) - References, Annotations, or Tables>

35 ILAC § 620.420, 35 IL ADC 620.420

 35 IL ADC 620.420
END OF DOCUMENT
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.