UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### CORRECTED SECOND SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 1, 2009
New York, New York

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 1st day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the CORRECTED SECOND SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

_____
Lisa Gerson

CORRECTED Second Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12421 | | | 3/17/2009 | Lawless Deposition Exhibit 1 - Deposition Notice | | | |
| 12422 | | | 2/5/2009 | Lawless Deposition Exhibit 2 - Lawless Expert Report | | | |
| 12423 | | | 3/20/2009 | Lawless Deposition Exhibit 3 - Lawless Expert Rebuttal Report | | | |
| 12424 | | | | Lawless Deposition Exhibit 4 - Chapter 6: Measurement of Sensory Thresholds | | | |
| 12425 | NYC-LAWLESS-000142 | NYC-LAWLESS-000142 | | Lawless Deposition Exhibit 5 - List of Expert Testimony | | | |
| 12426 | NYC-LAWLESS-000042 | NYC-LAWLESS-000046 | | Lawless Deposition Exhibit 6 - Estimating a "consumer rejection threshold" for cork taint in white wine. | | | |
| 12427 | | | 1997 | Lawless Deposition Exhibit 7 - ASTM E 679 - 91, "Determination of Odor and Taste Thresholds By a Forced-Choice Concentratoin Series Method of Limits | | | |
| 12428 | | | 4/1/2004 | Lawless Deposition Exhibit 8 - ASTM E 1432 - 04, "Defining and Calculating Individual and Group Sensory Thresholds from Forced-Choice Data Sets of Intermediate Size" | | | |
| 12429 | | | 4/1/2004 | Lawless Deposition Exhibit 9 - ASTM E 679 - 04, "Determination of Odor and Taste Thresholds By a Forced-Choice Concentratoin Series Method of Limits | | | |
| 12430 | LAN0018722 | LAN0018734 | 11/9/1997 | Lawless Deposition Exhibit 10 - MTBE: Taste-and-Odor Threshold Determinations Using the Flavor Profile Method | | | |
| 12431 | NYC-LAWLESS-000340 | NYC-LAWLESS-000353 | 11/9/1997 | Lawless Deposition Exhibit 11 - MTBE: Taste-and-Odor Threshold Determinations Using the Flavor Profile Method | | | |
| 12432 | NYC-LAWLESS-000354 | NYC-LAWLESS-000373 | 11/9/1997 | Lawless Deposition Exhibit 12 - MTBE: Taste-and-Odor Threshold Determinations Using the Flavor Profile Method | | | |
| 12433 | NYC-LAWLESS-001025 | NYC-LAWLESS-001031 | 4/1/2009 | Lawless Deposition Exhibit 13 - Email from Lawless to T. Robins | | | |
| 12434 | | | | Lawless Deposition Exhibit 14 - Threshold odor Concentrations of MTBE and Other Fuel Oxygenates | | | |

CORRECTED Second Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12435 | OCWD-MTBE-001-088000 | OCWD-MTBE-001-088020 | | Lawless Deposition Exhibit 15 - Effect of Residual Chlorine on the Threshold Odor Concentrations of MTBE in Drinking Water | | | |
| 12436 | | | | Lawless Deposition Exhibit 16 - Chapter 1: Introduction and Overview | | | |
| 12437 | NYC-LAWLESS-000002 | NYC-LAWLESS-000005 | | Lawless Deposition Exhibit 17 - Calculations by Hand | | | |
| 12438 | NYC-LAWLESS-000054 | NYC-LAWLESS-000056 | | Lawless Deposition Exhibit 18 - Stocking Data Curve Fits | | | |
| 12439 | NYC-LAWLESS-000006 | NYC-LAWLESS-000006 | | Lawless Deposition Exhibit 19 - Well Sampling Data | | | |
| 12440 | NYC-LAWLESS-000086 | NYC-LAWLESS-000087 | 1991 | Lawless Deposition Exhibit 20 - Detection Theory: A User's Guide | | | |
| 12441 | NYC-LAWLESS-000107 | NYC-LAWLESS-000108 | 1947 | Lawless Deposition Exhibit 21 - Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve | | | |
| 12442 | NYC-LAWLESS-000578 | NYC-LAWLESS-000581 | | Lawless Deposition Exhibit 22 - Sensory Evaluation Techniques | | | |
| 12443 | NYC-LAWLESS-000660 | NYC-LAWLESS-000670 | 3/22/1993 | Lawless Deposition Exhibit 23 - Risk Tables For Discrimination Tests | | | |
| 12444 | NYC-LAWLESS-000983 | NYC-LAWLESS-001018 | | Lawless Deposition Exhibit 24 - Testing data | | | |
| 12445 | NYC-LAWLESS-000007 | NYC-LAWLESS-000025 | | Lawless Deposition Exhibit 25 - Note Cards | | | |
| 12446 | NYC-LAWLESS-000601 | NYC-LAWLESS-000654 | 2009 | Lawless Deposition Exhibit 26 - Chapter 6: Measurement of Sensory Thresholds | | | |
| 12447 | | | 3/9/2009 | Expert Report of I.H. Suffet | | | |
| 12448 | | | | EPA Website - Regulating Public Water Systems and Contaminants Under the Safe Drinking Water Act | | | |
| 12449 | | | | EPA Website - Basic Information about Tetrachloroethylene in Drinking Water | | | |
| 12450 | | | | EPA Fact Sheet - Drinking Water Advisory: Consumer Acceptability Advice and Health Effects Analysis on MTBE | | | |
| 12451 | | | 2/6/2009 | Expert Report of Kathleen M. Burns | Report | K. Burns | |
| 12452 | DAH MDL 1358 007939 | DAH MDL 1358 008112 | Aug 2000 | Toxicological Review and Criteria for Evaluation of Exposure to Methyl Tert-Butyl Ether in Drinking Water | Report | NYSDOH | |

CORRECTED Second Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12453 | | | 9/24/2007 | Email from K. Bogdan to K. Burns re: MTBE | | K. Bogdan (NYSDOH) | K. Burns |
| 12454 | | | | K. Burns CV | | | |
| 12455 | | | 3/27/2009 | Expert Rebuttal Report of Kathleen M. Burns | | | |
| 12456 | | | 9/8/1987 | Letter from NJDEP to Substitutes/ DWPL Comment Clerk | | NJDEP | EPA |
| 12457 | | | | Comment Letters Received During the December 1998 to February 1999 Comments Period on the Toxic Air Contaminant List Update Report | | | |
| 12458 | | | 8/7/2009 | CalEPA Chemicals Known to the State to Cause Cancer or Reproductive Toxicity | | California Environmental Protection Agency | |
| 12459 | | | 11/10/1998 | CalEPA Prop 65 Scientific Review Panels Conclude MTBE is Neither a Reproductive or Developmental Toxicant nor a Carcinogen | | California Environmental Protection Agency | |
| 12460 | | | 1999 | New York City 2007 Drinking Water Supply and Quality Report | Report | New York City Department of Enviornmental Protection | |
| 12461 | | | 1999 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans - Volume 73 | Report | World Health Organization International Agency for Research on Cancer | |
| 12462 | | | 2002 | European Union Risk Assessment Report - Tert-Butyl Methyl Ether | Report | European Union - Institute for Health and Consumer Protection | |
| 12463 | | | 11/29/07 | Workshop on Environmental Health, Energy, and Transportation: Bringing Health to the Fuel Mixture | Power Point | Dr. Fiorella Belpoggi | |
| 12464 | BEL MDL 1358 001191 | BEL MDL 1358 001214 | 2002 | Results of Long-Term Experimental Studies on the Carcinogenicity of Methyl Alcohol and Ethyl Alcohol in Rats | Report | M. Soffritti, F. Belpoggi, et al. | |
| 12465 | | | 1987 | Methyl Tertiary Butyl Ether Inhalation in Rats: A Single Generation Reproduction Study | | R. Biles, R. Schroeder, C. Holdsworth | |
| 12466 | | | 3/9/2009 | Expert Report of Sandra N. Mohr, MD, MPH | | S. Mohr | |

CORRECTED Second Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12467 | EX1 012038 | EX1 012099 | 12/16/87 | Testing Consent Order for Methyl tert-Butyl Ether | | Elizabeth L. Anderson | MTBE Committee Members and Interested Parties |
| 12468 | | | | EPA Website - Integrated Risk Information System - MTBE | Report | Technology Planning and Mangement Corporation | US. DHHS |
| 12469 | | | 12/2/98 | Final Report on Carcinogens Background Dcoument for Methyl tertiary-Butyl Ether | | | |
| 12470 | | | 5/13/09 | Declaration of Steven C. Schindler in Opposition to Defendants' Motion to Exlude the Testimony of Harry T. Lawless | Declaration | | |
| 12471 | NYC_DS2-0067646 | NYC_DS2-0067650 | 6/11/07 | Email re: PERC Press Release | Email | S. Schindler | A. Canty, E. Lloyd, S. Lawitts, J. Roberts, K. Garcia, M. Hoffer |
| 12472 | NYC_DS2-0081023 | NYC_DS2-0081024 | 5/11/07 | Press Release - DEP Investigating a Potential PERC Source: All New Water Samples Meet Regulatory Standards | | New York City Department of Enviornmental Protection | |
| 12473 | NYC_DS2-0037012 | NYC_DS2-0037015 | 10/27/05 | Email re: Water Quality and Treatment Subcommittee, Meeting Minutes | Email | CDM/Hazen and Sawyer | |
| 12474 | | | | Schindler Exhibit 5 - NYCDEP Water Quality Goals | | | |
| 12475 | MDL 1358hM-0364554 | MDL 1358hM-0364591 | Nov 1987 | Installation of Underground Petroleum Storage Systems | Report | | |
| 12476 | EX 040362 | EX 040364 | 8/15/1986 | Memo re: Minutes of the July 25, 1986 OEL Committee Meeting | Memo | S.A. Lerman | OEL Committee Members |
| 12477 | MOHR-CONY MDL 1358 0008030 | MOHR-CONY MDL 1358 0008032 | 2/12/2008 | Consultant Report on Dr. Mehlman's Expert Report Regarding MTBE | | J. Swenberg | |
| 12478 | EX 018219 | EX 018228 | 4/24/1978 | Notification of Substantial Risk Under Section 8(a) - Toxic Substances Control Act | Memo | H. Snyder | R. Meyer |
| 12479 | XOM-MT01507-000709 | XOM-MT01507-000710 | 12/15/1989 | MTBE Exposures | | R. Scala | |
| 12480 | MDL 1358hM-1103915 | | 6/27/1983 | EPA Presentation - June 22, 1983 | | P.H. Craig | R.E. Crosthwait, C.J. DiPerna, C.R. Mackerer, M.A. Mehlman, A.E. Mekitarian, C.A. Schreiner, E.J. Singer |

CORRECTED Second Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| 12481 | NYC-BURNS-000890 | NYC-BURNS-000895 | 2007 | Adduction of DNA with MTBE and TBA in Mice Studied by Accelerator Mass Spectrometry | | Y. Yuan | |
| 12482 | | | 2005 | Formation of MTBE-DNA Adducts in Mice Measured with Accelerator Mass Spectrometry | | H.F. Du | |
| 12483 | BEL MDL 1358 000574 | BEL MDL 1358 000579 | 1998 | Pathological Characterization of Testicular Tumours and Lymphomas-Keukaemias, and of Their Precursors observed in Sprague-Dawley Rats Exposed to MTBE | | F. Belpoggi, M. Soffritti and C. Maltoni | |
| 12484 | MOHR-CONY MDL 1358 0004725 | MOHR-CONY MDL 1358 0004732 | | Methyl Tertiary Butyl Ether in Human Blood after Exposure to Oxygenated Fuel in Fairbanks, Alaska | | R. Moolenaar | |
| 12485 | MOHR-CONY MDL 1358 0006343 | MOHR-CONY MDL 1358 0006376 | 9/14/1993 | An Investigation of Exposure to MTBE in Oxygenated Fuel in Fairbanks, Alaska | | CDC | |
| 12486 | MOHR-CONY MDL 1358 0006596 | MOHR-CONY MDL 1358 0006608 | 10/15/1992 | MTBE: Vapor Inhalation Oncogenicity Study in CD-1 Mice | | H.D. Burleigh-Flayer, J.S. Chun, W.J. Kintigh | |