UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

# THIRD SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5500 | 12/17/1986 | Minutes for the Public Focus Meeting For Methyl tert-Butyl Ether (MTBE)<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 2 | N/A | N/A |
| PL-5501 | September 1987 | MTBE COMMITTEE BY-LAWS<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 7 | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5502 | 05/12/1987 | Conoco Correspondence from R.G. Bruce to I.F. Wagner Subject: MTBE COMMITTEE<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 8 | N/A | N/A |
| PL-5503 | August 1987 | MTBE Health Effects Task Force Participation Agreement<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 9 | N/A | N/A |
| PL-5504 | 02/12/1987 | Correspondence to Beth Anderson (USEPA) from W.J. Kilmartin (ARCO) re MTBE Focus Meeting on 12/17/1986 with attachments<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 12 | N/A | N/A |
| PL-5505 | 02/12/1987 | Correspondence to Beth Anderson (USEPA) from W.J. Kilmartin (ARCO) re MTBE Focus Meeting on 12/17/1986 with attachments<br><br>GEORGE DOMINGUEZ DEPOSITION EXHIBIT 13 | N/A | N/A |

Dated: New York, New York
      September 3, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ MARNIE E. RIDDLE*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE (*pro hac vice*)

                                  SHER LEFF LLP
                                  450 Mission Street, Suite 400
                                  San Francisco, CA 94105
                                  (415) 348-8300

*Attorneys for Plaintiffs*