**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>ECF Case |

---------------------------------------------------------------------- x

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

# FOURTH SUPPLEMENT TO PLAINTIFFS' PHASE III
# TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL – 5508 | 10/1/1987 | Memo from T.J. Scott to R.N. Atherton and others re Bill of Sale for Continued Use | HOU2001108.0001 | HOU2001108.0004 |
| PL-5509 | Undated | Exxon Company USA Divestment Territory Manager Position Manual | MDL 1358 EM0010004 | MDL 1358 EM0010259 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL - 5510 | 11/26/1991 | Sensitive Receptor Survey | MDL 1358 EM0017240 | MDL 1358 EM0017240 |
| PL – 5511 | 11/18/1991 | Memo from R. D. Dattoll to All District Managers, All Retail Support Managers, All Retail Practice Specialists, All Operations Specialists, and Mr. F.D. Royder re: Divestment Program Forms "Retail Store Divestment Proposal" and Construction & Maintenance Workscope" | MDL 1358 EM0016783 | MDL 1358 EM0016785 |
| PL – 5516 | 4/14/1993 | Memo from Dick Reid to Bob Atherton and others re Compatibility of Fuel Delivery System with Oxygenated Fuels | EM0000443 | EM0000443 |
| PL – 5521 | 1/20/1987 | Memo from W. B. Matney to Ms. J.C. Cumpton and others re 1986 Accomplishments/ 1987 Goals and Objectives | LCBE 750328 | GEN00026559 |
| PL-5522 | 07/01/2008 | ENVIRONMENTAL PROTECTION AGENCY CODE OF FEDERAL REGULATIONS TITLE 40, PART 280: TECHNICAL STANDARDS AND CORRECTIVE ACTION REQUIREMENTS FOR OWNERS AND OPERATORS OF UNDERGROUND STORAGE TANKS (UST) | N/A | N/A |
| PL-5523 | 04/17/1987 | FEDERAL REGISTER: Volume 52, No. 74 Friday, April 17, 1987 Pages 12511-12896 | N/A | N/A |
| PL-5524 | 09/23/1988 | FEDERAL REGISTER: Volume 53, No. 185 Friday, September 23, 1988 Pages 12511-12896 | N/A | N/A |

Dated: New York, New York
September 8, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*