991dcit1

1  UNITED STATES DISTRICT COURT
1  SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------x
2  THE CITY OF NEW YORK, et al,
3
3                              Plaintiffs,
4            -v-                              04 CV 3417
5  EXXON MOBIL CORPORATION, et al,
6                              Defendants.
6  ------------------------------------x
7                                    New York, N.Y.
7                                    September 1, 2009
8                                    10:05 a.m.
8
9  Before:
9
10                  HON. SHIRA A. SCHEINDLIN,
10
11                                      District Judge
11
12                  APPEARANCES
12
13  MICHAEL A. CARDOZO
13       Corporation Counsel of the City of New York
14       Attorneys for City Plaintiffs
14  BY   SUSAN E. AMRON
15
15  SHER LEFF LLP
16  BY: VICTOR M. SHER
16       JOSHUA STEIN
17
17  GREENBERG GLUSKER
18       Attorneys for Plaintiffs
18  BY: ROBERT S. CHAPMAN
19
19  MCDERMOTT, WILL & EMERY
20       Attorneys for Defendant Exxon Mobil
20  BY:  PETER JOHN SACRIPANTI
21       JAMES PARDO
21       WILLIAM STACK
22       JENNIFER KALNINS TEMPLE
22       ANTHONY BONGIORNO
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

1  have carcinogenic effects.
2  Q.  With regard to that classification system, you reviewed
3  documents as to whether or not MTBE has been classified?
4  A.  Yes, I have.
5  Q.  With respect to the EPA, has it formally classified MTBE in
6  any of those categories?
7  A.  The U.S. EPA has not classified MTBE as a human carcinogen.
8  Q.  With respect to MTBE, the jury's heard testimony about
9  levels of exposure.  In your opinion to a reasonable degree of
10  scientific and medical certainty, is there such a thing as a
11  safe level of exposure to MTBE in drinking water?
12  A.  Yes, there is.
13  Q.  Can you tell the jury why.
14  A.  There is no human data that MTBE is a carcinogen, and there
15  is very limited animal data.  We don't really think it's much
16  of a carcinogen, if at all.  There are some noncarcinogenic
17  effects --
18          MR. CHAPMAN:  Your Honor, is this the witness's
19  testimony?  If it is, it should be "I."
20          THE COURT:  Yes, I agree.  I was worried about the
21  "we."  Let's rephrase that.  Can you give your opinion?
22          THE WITNESS:  Yes.
23  Q.  With respect to your opinion --
24          THE COURT:  Hold on.
25          MR. STACK:  I apologize.

991rcit4                    Mohr - direct

1    Q.  With regard to the method that is being used, do you know
2    where that method for dissolving gallstones was developed?
3    A.  I believe it was developed by a Dr. Fischel.  I'm not
4    exactly sure -- Mayo Clinic.  I could be wrong on that.
5    Q.  With regard to this particular method, have you actually
6    reviewed the literature regarding the procedure that is used to
7    dissolve gallstones?
8    A.  MTBE has received experimental approval from the Federal
9    Drug Administration to use as a medication, as a medication to
10   dissolve gallstones.  In Connecticut they used this procedure
11   for quite a while.  They have used it in Europe for quite a
12   while for people who could not tolerate surgery.  I don't
13   really mean the little laproscopic surgery that they do now.
14   But in the old days, the old days being 20 years ago, when you
15   had gallbladder surgery, sometimes they would make a big scar
16   and you would be off work for six weeks or more.
17          For people who could not tolerate having gallbladder
18   surgery, another way to get rid of the gallstones is to
19   dissolve them.  MTBE was used to dissolve gallstones.  There
20   are a couple of different methods.  The most common is
21   percutaneous infusion.
22   Q.  What does that mean?
23   A.  You take a needle with a little tube on it, you stick it
24   in, into the gallbladder, and you run the MTBE through in small
25   amounts over a period of a couple hours until the gallstones

991rcit4                    Mohr - direct

1   A.  I have an opinion that MTBE is not carcinogenic in humans.
2   Q.  With regard to the work that you have done, did you review
3   the studies that were performed on animals using inhalation?
4   A.  Yes, I have.
5   Q.  Can you tell the jury what the inhalation studies that you
6   reviewed showed.
7   A.  There are two animal inhalation studies looking at cancer
8   as end points.  One by Dr. Chung and also Dr. Berg used rats.
9   The rats were exposed to levels of MTBE at zero -- that's the
10  control group, they didn't get any MTBE -- at 400 parts per
11  million, 3,000 parts per million, and 8,000 parts per million.
12  In those rats that were exposed at 8,000 parts per million --
13  you have to add three more zeros to get parts per billion.  At
14  the highest doses they found an increase -- well, at both doses
15  they found an increase in nephropathy, in kidney disease.  But
16  they did find an increase in kidney tumors in male rats at the
17  high doses.
18  Q.  With regard to the other study that was done by Burleigh
19  Flayer, did you review that as well?
20  A.  Yes.
21  Q.  What did that show?
22  A.  The Burleigh Flayer study was done on mice instead of on
23  rats.  The mice were exposed to the exact same levels that the
24  rats were exposed to.  For 18 months they were exposed to zero,
25  400, 3,000, or 8,000 parts per million.  The mice showed an

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

991rcit4                    Mohr - direct
1   due to chance alone.  But statistically significant in this
2   case means they are 95 percent sure that there was an increase
3   in the hepatocellular adenomas, noncancerous liver tumors, or
4   cancerous liver tumors added together in female mice.
5   Q.  In your opinion, do the mice and rat studies using the
6   inhalation mode demonstrate that MTBE is a potent carcinogen
7   which may be carcinogenic to humans?
8   A.  No.
9   Q.  Why not?
10  A.  The levels that were given to the mice and rats, the
11  highest levels are astronomical.  They are a huge amount, far
12  more than a human would be ever exposed to.  Also, we know that
13  there are some chemicals that are carcinogenic in animals that
14  just aren't carcinogenic in humans.  So when we see animal
15  studies, you have to take that sort of in context of what the
16  other data are showing.
17  Q.  In the course of your work on this matter, did you also
18  review studies where animals were exposed to MTBE through
19  ingestion?
20  A.  Yes, I have.
21  Q.  Were those rats or mice in the ingestion study.
22  A.  They were rats.
23  Q.  Who performed that work?
24  A.  The work was done in Italy.  The first author on the paper
25  is Balpoggi, or Belpoggi, I guess.  They took Sprague Dawley
                  SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

991rcit4                    Mohr - direct
1   rats and exposed them to either no MTBE, 250 milligrams per
2   kilogram of MTBE, or 1,000 milligrams per kilogram of MTBE.
3   They did it by nasal gavage.  That means that the rats weren't
4   about to eat that stuff, so they put a tube down in the rat's
5   stomach and force-fed it to them in olive oil.
6   Q.  With regard to the Belpoggi study, have you as part of your
7   professional work assessed that study and its findings?
8   A.  Yes, I have.
9   Q.  What did you find?
10  A.  It's a little hard to know exactly what to make of that
11  paper.  If you look at all tumors, clearly in the Belpoggi
12  study the rats that got olive oil alone had lots more tumors
13  than the rats that got MTBE.  If you look at just noncancer
14  tumors or cancer tumors.  The rats that got the 250 milligrams
15  per kilogram of MTBE had a few less tumors and the rats that
16  got 1,000 milligrams per kilogram of MTBE had lots fewer
17  tumors.
18          THE COURT:  Had what?
19          THE WITNESS:  Fewer tumors, lots fewer tumors.
20  A.  Well, that seems a little odd.  But Belpoggi said that
21  female rats had an increase when they added together leukemia
22  and lymphoma, statistically significant increase in leukemia
23  and lymphoma.  So you look at the male rats.  Leukemia and
24  lymphoma clearly went down in the male rats.  The people who
25  got -- people -- the rats that got olive oil alone had the
                  SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

3096

991rcit4                    Mohr - direct
1  also look at government agencies and standard-setting agencies
2  in the health area to see if they had ever determined that MTBE
3  was classified as a human carcinogen?
4  A.  Yes, I have.
5  Q.  Did you look at the work that was done by the Agency for
6  Research on Cancer associated with the World Health
7  Organization, IARC?
8  A.  I have looked at the IARC document.
9  Q.  Tell the jury, has IARC classified MTBE as a human
10 carcinogen?
11 A.  IARC says that MTBE is not a human carcinogen.  They do not
12 classify it as a probable human carcinogen.
13 Q.  Have you looked at any of the work that was done by the
14 European Union in determining for European countries whether or
15 not MTBE is a carcinogen?
16 A.  Yes.  The European Union also has a group that looks into
17 these kinds of things, and they issued a report.  The European
18 Union also says that MTBE is not a probable human carcinogen.
19 Q.  Can you tell the jury what the National Toxicology Program
20 is.
21 A.  The National Toxicology Program is an interagency program
22 within the U.S. federal government consisting of
23 representatives from NIOSH, National Institute of Occupational
24 Safety and Health, NIEHS, the National institute of
25 Environmental Health Sciences, and the toxicology program
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

3097

991rcit4                    Mohr - direct
1  located within the FDA, the Federal Drug Administration.  Those
2  three bodies come together and issued a report.
3  Q.  Did the National Toxicology Program in its report classify
4  MTBE as a human carcinogen?
5  A.  The National Toxicology Program did not classify MTBE as a
6  probable human carcinogen.
7  Q.  Is there any standard-setting agency that you've seen in
8  the health field that's classified MTBE as a human carcinogen?
9  A.  No, not that I've seen.
10 Q.  With regard to your opinions in this case based on your
11 research and review of the literature, have you formed an
12 opinion to a reasonable degree of scientific or medical
13 certainty regarding the carcinogenicity of MTBE in humans?
14 A.  Yes, I have.
15 Q.  What is your opinion?
16 A.  My opinion is that MTBE is not a human carcinogen.
17 Q.  In your field as a health professional, can you tell the
18 jury what the phrase "weight of the evidence" means to you.
19 A.  "Weight of the evidence" means how much credibility you
20 give to different kinds of evidence.  When I teach my
21 environmental epidemiology class, and we're talking about
22 carcinogenesis, I teach them that mutagenic studies have almost
23 little to no relevance in human disease.  The next rung are
24 animal studies.  We give some credence to animal studies,
25 although we know that there are some chemicals that cause
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

991rcit4                    Mohr - direct
1   me.
2            THE WITNESS:  I've got it here.
3            THE COURT:  OK.
4            THE WITNESS:  "More recently, 25 genotoxic assays were
5   reviewed, with the author finding the data indicative of
6   genotoxicity are very weak, with none of the studies indicating
7   significant activity having been independently verified except
8   for the mutagenicity in mouse lymphoma cells."
9            THE COURT:  Thank you.  The author of that is
10  McGregor?
11           THE WITNESS:  Yes, it is.
12           THE COURT:  Do you know him, by the way?
13           THE WITNESS:  I do not.  He is in England.
14  BY MR. STACK:
15  Q.  In the course of your work, you reviewed the Toxicological
16  Review for the establishment of State of New York's MCL, am I
17  correct?
18  A.  Yes, I have.
19  Q.  If I could direct your attention to tab 6, page 29, table E
20  as in echo.  Do you have that table in front of you?
21  A.  Yes, I do.
22  Q.  Did the State of New York, in developing its MCL, also look
23  at and report on the results of testing for genetic effects of
24  MTBE?
25  A.  Yes, it did.

991rcit4                    Mohr - direct
1   Q.  What did they report in their MCL support document?
2            MR. CHAPMAN:  Your Honor, the document speaks for
3   itself.
4            THE COURT:  Yes, I know.  He is asking this expert to
5   summarize it.  It may speak for itself, but the jury aren't
6   scientists and neither am I.  She is, and we'll hear her
7   explain it.
8   A.  Similarly, the MCL document from the State of New York says
9   the results of 21 of 25 tests to date are negative.  That was
10  regarding assays for mutagenicity.
11  Q.  With regard to the weight of the evidence here, what does
12  the weight of the evidence show to you --
13           THE COURT:  It does say on the other hand 4 tests
14  showed positive results, right?
15           THE WITNESS:  Yes, it does.
16           THE COURT:  Go ahead.
17  Q.  As an epidemiologist and a professional in this area, what
18  does the weight of the evidence show concerning the testing
19  results of the mutagenicity of MTBE?
20  A.  The results show that MTBE is at best a weak mutagen and
21  may not be particularly mutagenic at all.
22  Q.  In the context of evaluating the carcinogenicity of MTBE,
23  is it your opinion that the mutagenicity of a substance like
24  MTBE is even a factor in humans?
25  A.  As I think I mentioned, in my environmental epi class,

1  Q.  Can you tell the jury what the two studies were that you
2  looked at in Chinese.  You actually read these reports,
3  correct?
4  A.  I read these two studies.  One is by Dr. Du and the other
5  one is by Dr. Yeung, I think.  Dr. Du is the fourth author I
6  think on the Dr. Yeung study, so I assume that they did the
7  work in collaboration.
8          Dr. Du reported from his laboratory in China that he
9  had discovered an MTBE DNA adduct.  They had looked under it
10  under mass spectroscopy and in the Yeung paper they had done
11  the same thing with a different type of mass spectroscopy.
12          MR. CHAPMAN:  Your Honor, once again, this is beyond
13  the scope.  If your Honor looks at page 18, all it says --
14          THE COURT:  Right, I'm going back to it.
15          MR. CHAPMAN:  All that says is she is reporting what
16  other people said but not coming to an opinion.  Just for her
17  to parrot what other people say is not going to --
18          THE COURT:  You are digging a hole here for yourself.
19  I allowed your expert to do precisely that.  I'm sure if you
20  read the transcript you will recall that I let her summarize
21  many other studies, and she said that was the basis for her
22  opinion.
23          MR. CHAPMAN:  That is an appropriate testimony.  But
24  that's not what was done in her expert report.
25          THE COURT:  It is.  She is criticizing Dr. Burns's

1  study.  She said Dr. Burns relies upon Du, the person she is
2  talking about, citing that MTBE causes DNA adducts.  Then she
3  says why this study has been criticized.  She doesn't have to
4  come out and say, therefore I criticize Dr. Burns's report.
5  That's what the opinion is.  That's obviously the opinion.  She
6  is explaining why she criticizes it, that's all.  She can't
7  reach her own opinion that she didn't tell you about with
8  respect to mutagenicity, but she can tell you why she
9  criticizes Dr. Burns's approach.  It's right there.
10          MR. CHAPMAN:  Thank you, your Honor.
11          THE COURT:  If you would phrase it that way, I'd
12  appreciate it, Mr. Stack.
13  Q.  In the course of your work on this matter, did you
14  critically analyze some of the findings of Dr. Burns relative
15  to her reliance on the Du study?
16  A.  Yes, I did.
17  Q.  What did you do?  No pun intended.
18  A.  I had read and reread the papers by Dr. Du, and I think
19  that was the first time that I read the one by Dr. Yeung.  They
20  find that MTBE may cause an MTBE adduct.  DNA adducts are sort
21  of an old-hat idea that we have had in medicine that you don't
22  have to wait for disease.  You can find these markers of
23  disease, predisease if you will, and those are the people that
24  you would spend time screening.  It just hasn't panned out.
25          I think that Dr. Burns said in her testimony that

991rcit4                          Mohr - direct

1    there have been hundreds of reports with DNA adducts.  So on
2    Sunday I went to the --
3              THE COURT:  You mean this past Sunday?
4              THE WITNESS:  This past Sunday.
5              THE COURT:  I can't allow that.
6    A.  All right.  I have never seen a single study that shows
7    that DNA adducts are a marker for disease.  There are several
8    studies out there looking at DNA adducts, and they do not
9    correlate with disease, which is why for the most part we don't
10   spend much time doing them in medicine anymore.  Everything is
11   genomics and snips.  I guess now the big thing is single
12   nucleotide polymorphism.  We are always trying to find what
13   causes cancer, why does one person get cancer and the other
14   person doesn't, what makes them different.  We thought maybe it
15   was DNA adducts, but they just plain haven't panned out.
16   Q.  With regard to DNA adducts and damage to cells in the human
17   body, as a medical doctor, based on your training, tell the
18   jury, what does the human body do with damaged cells.
19   A.  If you have damage to your DNA from any cause, any cause at
20   all, if the cell dies, nothing happens.  Cells die all the
21   time.  I lose skin cells and hair cells and all kinds of cells
22   all the time.  So if damage happens to a cell that's going to
23   die, nothing happens.
24             If damage happens to a cell that doesn't divide,
25   nothing happens.  You increase brain cells until you're about
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

91dcit5                    Mohr - cross
1  Q.  Now, you prepared an expert report in this case, correct?
2  A.  Yes.
3  Q.  Now, in your expert report -- it is in the notebook -- you
4  said -- it is on page 5 of the report.  You say there "MTBE has
5  received FDA approval for use as a human medication to dissolve
6  gallstones."  Do you see that?
7  A.  Yes, I do.
8  Q.  And then on page 8 of your report, you summarize.  You say,
9  "MTBE has received FDA approval for use as a human medication
10 to dissolve gallstones."
11          Now, those statements really aren't accurate, are
12 they?
13 A.  In what way?
14 Q.  The FDA did not approve MTBE for use as a human medication
15 to dissolve gallstones, did it?
16 A.  The FDA gave approval for experimental use of MTBE, but
17 it's not patentable so nobody would ever do all the studies to
18 get full approval.
19 Q.  And you said there in your report that the FDA gave
20 approval.  So let's see what the FDA says about it.
21          Can we go to the next one, please.
22          Now, here in the Federal Register, which is Tab 1, and
23 it's page 41 of 426, it says:  "The Food and Drug
24 Administration has classified MTBE as an investigational new
25 drug."  Do you see that?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

91dcit5                    Mohr - cross
1  A.  Yes, I do.
2  Q.  In the Federal Register.
3          And now let's go to see what the Federal Register says
4  about that.
5          Can we have the next one, please?
6          MR. STACK:  Your Honor, this is not from the Federal
7  Register.
8          MR. CHAPMAN:  No.  Did I say that?  It is from the
9  FDA.
10         MR. STACK:  I object.  This is not from any federal
11 document.
12         MR. CHAPMAN:  It is from the FDA Web site, your Honor,
13 and therefore it comes in as a government document.
14         THE COURT:  He is representing, he is calling it the
15 FDA's Web site.  Mr. Stack, do you want --
16         MR. STACK:  Your Honor, it does indicate it has an
17 FDA.gov and it is a consumer information statement.  So I
18 withdraw that.
19         THE COURT:  It is OK.
20         MR. STACK:  It is just not from the Federal Register.
21 It is OK.
22         THE COURT:  Thank you.  I appreciate that.
23 BY MR. CHAPMAN:
24 Q.  Here is what the FDA says:  "Investigational or
25 experimental drugs are new drugs that have not yet been
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

91dcit5                    Mohr - cross
1  approved by the FDA."  Do you see that, Dr. Mohr?
2  A.  Yes.
3  Q.  Now, you are the medical director for an insurance company?
4  A.  Yes, I am.
5  Q.  Are you aware that Aetna Insurance Company does not cover
6  treatment for gallstones because MTBE is not FDA approved?  Are
7  you aware of that?
8  A.  You said as a medical director at New York Life?
9  Q.  Yes.
10  A.  No, I am not aware that Aetna doesn't pay for gallstones
11  with MTBE, but I think I did say that it had received
12  experimental approval --
13  Q.  Yes.
14  A.  -- here in court.
15  Q.  Right.  But what you said in your report is that it had
16  received FDA approval, and that's not true?
17  A.  I should have said experimental, like I did here in court.
18  I apologize.
19  Q.  You said it twice in your report that it was FDA approved,
20  right?
21  A.  Well, twice but it is cut and pasted.  It is the same
22  thing.
23  Q.  It is a different type.  Do you want to see it again?
24  A.  Of course it is a different type.  All of the things on the
25  conclusion page are cut and pasted from the text.  So it's
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

91dcit5                    Mohr - cross

1  says; do you see that?
2  A.  All right.
3  Q.  Let's go to the next page.
4         And this study included people from the National
5  Institute of Environmental Health Sciences.  Do you know what
6  that is?
7  A.  Yes, I do.
8  Q.  What is it?
9  A.  If you've heard of the National Institutes of Health, there
10 are lots of different National Institutes of Health, like there
11 is a Cancer Institutes of Health, and NIEHS, the National
12 Institute for Environmental Health Sciences, is one of those
13 institutes.
14 Q.  And you testified that you knew what the Centers for
15 Disease Control and Prevention is, right?
16 A.  Yes, I do.
17 Q.  That is a national public health organization?
18 A.  Yes, it is.
19 Q.  And you know what the United States Environmental
20 Protection Agency is?
21 A.  Yes.
22 Q.  Let's go to the next page.
23         And here is what representatives of all of those
24 organizations had to say.  They say there "We believe the
25 weight of evidence supports regarding MTBE as having a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

91dcit5                    Mohr - cross

1  carcinogenic hazard potential for humans."
2         Do you see that?
3  A.  Yes, I do.
4  Q.  And you disagree with that?
5  A.  In 1997 I might have agreed with that; but now that I know
6  about the problems with the Belpoggi study and the Belpoggi
7  labs, I do not agree with that.
8  Q.  So because you think there are problems with one of those
9  three studies, you have changed your opinion?
10 A.  Yes, I have.
11 Q.  OK.  And so if there were just two inhalation studies that
12 came out the way they did, that would be not enough evidence to
13 reach the conclusion that's in yellow; you needed three, is
14 that right?
15 A.  Well, because the tumors in male rats occur with any kind
16 of branch chain hydrocarbon, including those that we know are
17 noncarcinogenic, it's hard to put too much faith in that
18 particular tumor.  And because the hepatocellular adenomas are
19 noncarcinogenic, yeah, I think that you needed a little bit
20 more weight of evidence.  And the weight of evidence in '97 --
21 Mary White came to this conclusion.  I know her.  We are
22 friends.  I respect her.  In '97 she might have been able to
23 get me to agree with that statement, but now that we know, we
24 have more information, I do not.
25 Q.  And how many more of these cancer studies has the petroleum

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300