EPA/630/P-03/001F
March 2005

# Guidelines for Carcinogen Risk Assessment

Risk Assessment Forum
U.S. Environmental Protection Agency
Washington, DC

## DISCLAIMER

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

## CONTENTS

1. INTRODUCTION ................................................................. 1-1
   1.1. PURPOSE AND SCOPE OF THE GUIDELINES ........................... 1-1
   1.2. ORGANIZATION AND APPLICATION OF THE GUIDELINES .......... 1-3
      1.2.1. Organization ........................................................ 1-3
      1.2.2. Application .......................................................... 1-5
   1.3. KEY FEATURES OF THE CANCER GUIDELINES ........................ 1-7
      1.3.1. Critical Analysis of Available Information as the Starting Point for
            Evaluation ............................................................. 1-7
      1.3.2. Mode of Action .................................................... 1-10
      1.3.3. Weight of Evidence Narrative ................................ 1-11
      1.3.4. Dose-response Assessment .................................... 1-12
      1.3.5. Susceptible Populations and Lifestages .................... 1-13
      1.3.6. Evaluating Risks from Childhood Exposures .............. 1-15
      1.3.7. Emphasis on Characterization ................................ 1-21

2. HAZARD ASSESSMENT ....................................................... 2-1
   2.1. OVERVIEW OF HAZARD ASSESSMENT AND CHARACTERIZATION ... 2-1
      2.1.1. Analyses of Data .................................................. 2-1
      2.1.2. Presentation of Results .......................................... 2-1
   2.2. ANALYSIS OF TUMOR DATA ........................................... 2-2
      2.2.1. Human Data ........................................................ 2-3
           2.2.1.1. Assessment of evidence of carcinogenicity from human data   2-4
           2.2.1.2. Types of studies .......................................... 2-5
           2.2.1.3. Exposure issues ........................................... 2-6
           2.2.1.4. Biological markers ...................................... 2-7
           2.2.1.5. Confounding actors ...................................... 2-8
           2.2.1.6. Statistical considerations. ............................. 2-9
               2.2.1.6.1. Likelihood of observing an effect ........... 2-9
               2.2.1.6.2. Sampling and other bias issues ............. 2-10
               2.2.1.6.3. Combining statistical evidence across studies .... 2-11
           2.2.1.7. Evidence for Causality ................................. 2-11
      2.2.2. Animal Data ....................................................... 2-15
           2.2.2.1. Long-term Carcinogenicity Studies ................. 2-15
               2.2.2.1.1. Dosing issues ..................................... 2-16
               2.2.2.1.2. Statistical considerations ..................... 2-19
               2.2.2.1.3. Concurrent and historical controls ......... 2-20
               2.2.2.1.4. Assessment of evidence of carcinogenicity from long-
                      term animal studies .............................. 2-21
               2.2.2.1.5. Site concordance ................................ 2-22
           2.2.2.2. Perinatal Carcinogenicity Studies .................... 2-22
           2.2.2.3. Other Studies ............................................ 2-24
      2.2.3. Structural Analogue Data ..................................... 2-25
   2.3. ANALYSIS OF OTHER KEY DATA .................................... 2-25

      2.3.1. Physicochemical Properties .................................. 2-25
      2.3.2. Structure-Activity Relationships .............................. 2-26
      2.3.3. Comparative Metabolism and Toxicokinetics .................... 2-27
      2.3.4. Toxicological and Clinical Findings ........................... 2-29
      2.3.5. Events Relevant to Mode of Carcinogenic Action ................ 2-30
           2.3.5.1. Direct DNA-Reactive Effects ....................... 2-31
           2.3.5.2. Indirect DNA Effects or Other Effects on Genes/Gene Expression
                                                                 2-32
           2.3.5.3. Precursor Events and Biomarker Information ........... 2-34
           2.3.5.4. Judging Data .................................... 2-36
  2.4. MODE OF ACTION—GENERAL CONSIDERATIONS AND FRAMEWORK
      FOR ANALYSIS ...................................................... 2-36
      2.4.1. General Considerations ...................................... 2-36
      2.4.2. Evaluating a Hypothesized Mode of Action ..................... 2-40
           2.4.2.1. Peer Review ..................................... 2-40
           2.4.2.2. Use of the Framework ............................. 2-40
      2.4.3. Framework for Evaluating Each Hypothesized Carcinogenic Mode of
           Action ..................................................... 2-41
           2.4.3.1. Description of the Hypothesized Mode of Action ........ 2-43
           2.4.3.2. Discussion of the Experimental Support for the Hypothesized
                  Mode of Action .................................. 2-44
           2.4.3.3. Consideration of the Possibility of Other Modes of Action . 2-46
           2.4.3.4. Conclusions About the Hypothesized Mode of Action ..... 2-47
      2.4.4. Evolution with Experience ................................... 2-49
  2.5. WEIGHT OF EVIDENCE NARRATIVE .................................. 2-49
  2.6. HAZARD CHARACTERIZATION ....................................... 2-59

3. DOSE-RESPONSE ASSESSMENT ................................................ 3-1
  3.1. ANALYSIS OF DOSE .................................................. 3-3
      3.1.1. Standardizing Different Experimental Dosing Regimens ........... 3-4
      3.1.2. Toxicokinetic Data and Modeling .............................. 3-5
      3.1.3. Cross-species Scaling Procedures .............................. 3-6
           3.1.3.1. Oral Exposures ................................... 3-6
           3.1.3.2. Inhalation Exposures .............................. 3-8
      3.1.4. Route Extrapolation ......................................... 3-9
  3.2. ANALYSIS IN THE RANGE OF OBSERVATION ........................... 3-11
      3.2.1. Epidemiologic Studies ....................................... 3-11
      3.2.2. Toxicodynamic ("Biologically Based") Modeling ................ 3-13
      3.2.3. Empirical Modeling ("Curve Fitting") ......................... 3-14
      3.2.4. Point of Departure (POD) .................................... 3-16
      3.2.5. Characterizing the POD: The POD Narrative .................... 3-18
      3.2.6. Relative Potency Factors ..................................... 3-20
  3.3. EXTRAPOLATION TO LOWER DOSES .................................. 3-20
      3.3.1. Choosing an Extrapolation Approach ........................... 3-21
      3.3.2. Extrapolation Using a Toxicodynamic Model .................... 3-21

    3.3.3. Extrapolation Using a Low-dose Linear Model ................. 3-23
    3.3.4. Nonlinear Extrapolation to Lower Doses ..................... 3-23
    3.3.5. Comparing and Combining Multiple Extrapolations ............... 3-24
  3.4. EXTRAPOLATION TO DIFFERENT HUMAN EXPOSURE SCENARIOS
    .................................................... 3-26
  3.5. EXTRAPOLATION TO SUSCEPTIBLE POPULATIONS
    AND LIFESTAGES ................................................ 3-29
  3.6. UNCERTAINTY ................................................... 3-29
  3.7. DOSE-RESPONSE CHARACTERIZATION ............................ 3-32

4. EXPOSURE ASSESSMENT .................................................. 4-1
  4.1. DEFINING THE ASSESSMENT QUESTIONS ........................... 4-1
  4.2. SELECTING OR DEVELOPING THE CONCEPTUAL AND MATHEMATICAL
    MODELS ....................................................... 4-3
  4.3. COLLECTING DATA OR SELECTING AND EVALUATING AVAILABLE
    DATA ......................................................... 4-3
    4.3.1. Adjusting Unit Risks for Highly Exposed Populations and Lifestages . 4-4
  4.4. EXPOSURE CHARACTERIZATION ................................... 4-5

5. RISK CHARACTERIZATION ................................................ 5-1
  5.1. PURPOSE ....................................................... 5-1
  5.2. APPLICATION ................................................... 5-4
  5.3. PRESENTATION OF THE RISK CHARACTERIZATION SUMMARY ...... 5-5
  5.4. CONTENT OF THE RISK CHARACTERIZATION SUMMARY ........... 5-6

APPENDIX: MAJOR DEFAULT OPTIONS ..................................... A-1

APPENDIX B: EPA's GUIDANCE FOR DATA QUALITY ASSESSMENT ........... B-1

REFERENCES ............................................................ R-1

## LIST OF FIGURES

Figure 1-1. Flow chart for early-life risk assessment using mode of action framework .... 1-23
Figure 3-1. Compatibility of Alternative Points of Departure with Observed and Modeled
    Tumor Incidences ................................................. 3-35
Figure 3-2. Crossing between 10% and 1% Dose-Response Curves for Bladder Carcinomas and
    Liver Carcinomas Induced by 2-AAF ................................ 3-35

profiles, physicochemical properties, and structure-activity relationship (SAR) analyses in a weight-of-evidence approach (Dearfield et al., 1991; U.S. EPA, 1986b; Waters et al., 1999). Key data for a mutagenic mode of action may be evidence that the carcinogen or a metabolite is DNA-reactive and/or has the ability to bind to DNA. Also, mutagenic carcinogens usually produce positive effects in multiple test systems for different genetic endpoints, particularly gene mutations and structural chromosome aberrations, and in tests performed *in vivo* which generally are supported by positive tests *in vitro*. Additionally, carcinogens may be identified as operating via a mutagenic mode of action if they have similar properties and SAR to mutagenic carcinogens. Endpoints that provide insight into an agent's ability to alter gene products and gene expression, together with other features of an agent's potential mode of carcinogenic action, are discussed below.

### 2.3.5.1. *Direct DNA-Reactive Effects*

It is well known that many carcinogens are electrophiles that interact with DNA, resulting in DNA adducts and breakage (referred to in these cancer guidelines as direct DNA effects). Usually during the process of DNA replication, these DNA lesions can be converted into and fixed as mutations and chromosomal alterations that then may initiate and otherwise contribute to the carcinogenic process (Shelby and Zeiger, 1990; Tinwell and Ashby, 1991; IARC, 1999). Thus, studies of mutations and other genetic lesions continue to inform the assessment of potential human cancer hazard and in the understanding of an agent's mode of carcinogenic action.

EPA has published testing guidelines for detecting the ability of an agent to damage DNA and produce mutations and chromosomal alterations (as discussed in Dearfield et al., 1991). Briefly, standard tests for gene mutations in bacteria and mammalian cells *in vitro* and *in vivo* and for structural chromosomal aberrations *in vitro* and *in vivo* are important examples of relevant methods. New molecular approaches, such as mouse mutations and cancer transgenic models, are providing a means to examine mutation at tissue sites where the tumor response is observed (Heddle and Swiger, 1996; Tennant et al., 1999). Additionally, continued improvements in fluorescent-based chromosome staining methods (fluorescent *in situ*