```
          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
             IN AND FOR THE COUNTY OF SAN FRANCISCO
                             --oOo--
SOUTH TAHOE PUBLIC UTILITY      )
DISTRICT,                       )
                                )
              Plaintiff,        )
                                )
         vs                     )    No.  999128
                                )
ATLANTIC RICHFIELD COMPANY      )
("ARCO"); ARCO CHEMICAL COMPANY;)
SHELL OIL COMPANY; CHEVRON      )
U.S.A., INC.; EXXON CORPORATION;)
B.P. AMERICA, INC.; TOSCO       )
CORPORATION; ULTRAMAR, INC.;    )
BEACON OIL CO.; USA GASOLINE    )
CORPORATION; SHELL OIL PRODUCTS )
CO.; TERRIBLE HERBST, INC.;     )
ROTTEN ROBBIE; J.E. TVETEN      )
CORP.; TAHOE TOM'S GAS STATION; )
THE SOUTHLAND CORP.; PARADISE   )
CHEVRON; and DOES 1 through 600,)
inclusive,                      )
                                )
              Defendants.       )
_____)
                             --oOo--
                    FRIDAY, JANUARY 26, 2001
                            9:47 A.M.
                             --oOo--
                         DEPOSITION OF
                  SANDRA N. MOHR, M.D., M.P.H.
                             --oOo--
DORIS M. BAILEY, CSR, RPR, CRR
Certified Shorthand Reporter
License No. 8751
PETERS SHORTHAND REPORTING CORPORATION   (916) 362-2345
                                                              ii
                             COUNSEL
     For the Plaintiff:
             MILLER, SHER & SAWYER
             BY:  DUANE C. MILLER, ESQ.
             100 Howe Avenue, Suite S-120
             Sacramento, California 95825-8201
     For the Defendants Exxon Corporation and Tesoro
     Petroleum Corporation:
             McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
             BY:  COLLEEN P. DOYLE, ESQ.
             355 South Grand Avenue, Suite 4400
             Los Angeles, California 90071
     For the Defendants Shell Oil Company, Shell Oil
     Products Company, Equilon Enterprises, LLC, and
     Texaco:
             SEDGWICK, DETERT, MORAN & ARNOLD
             BY:  ALEXANDER H. TYNBERG, ESQ.
             One Embarcadero Center, Sixteenth Floor
             San Francisco, California 94111
     For the Defendant ARCO Chemical Company, now known
```

as Lyondell Chemical Worldwide, Inc.:
    STEPTOE & JOHNSON, LLP
    BY:  KEVIN C. MAYER, ESQ.
    633 West Fifth Street, Suite 700
    Los Angeles, California 90071

--oOo--

# INDEX

| EXAMINATION | Page |
|---|---|
| By Mr. Miller | 2 |
| Afternoon Session | 70 |
| Reporter's Certificate | 141 |

--oOo--

# EXHIBITS

| Plaintiff's | | Page |
|---|---|---|
| 1 | Notice of Taking Deposition | 3 |
| 2 | Exxon Supplemental Expert Witness Designation | 3 |
| 3 | Curriculum Vitae of Dr. Mohr | 3 |
| 4 | Environmental Health Perspectives Volume 108, Number 8 Excerpt Via Internet | 19 |
| 5 | Environmental Health Perspectives Volume 107, Number 8 Pgs 753-763 | 29 |
| 6 | Occupational Medicine 1999, Jul-Sept Excerpt via Internet | 68 |
| 7 | MTBE:  Mouse Carcinogenicity Outline | 70 |
| 8 | Potential Health Effects of Oxygenated Gasoline | 109 |
| 9 | Water Quality Data 01-08-01 | 117 |
| 10 | Water Quality Data 01-09-01 | 117 |
| 11 | Changes in Disease Rates in Philadelphia Following Intro of Oxygenated Gasoline | 118 |

--oOo--

```
 1   with that clause as well.
 2            "However, estimates of human risk from MTBE
 3   contain large uncertainties in both human exposure and
 4   cancer potency."  I actually think we have characterized
 5   fairly well human exposure, there are uncertainties in
 6   cancer potency.
 7   Q    Why are there uncertainties in cancer potency?
 8   A    I already said for the record that I agreed that
 9   there had been no studies on the carcinogenicity of MTBE
10   in humans.  And while it does look like MTBE is a rodent
11   carcinogen, how that's going to translate into potency
12   for humans remains to be seen.
13            I suspect, like my former boss, that MTBE is not
14   going to be a major human carcinogen, but the study is
15   yet to be done.
16   Q    Are you currently a consultant to Conoco?
17   A    No, I'm not.
18   Q    Were you in the past?
19   A    Yes.
20   Q    Is it your understanding, what is your understanding
21   of their principal business?
22   A    When I was a consultant to Conoco I had just gotten
23   out of residency and in solo private practice in a town
24   called Ponca City, Oklahoma.
25            As it turns out, Conoco had a hard time keeping
```