Scheindlin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
Products Liability Litigation
This document pertains to:
*City of New York, et al. v. Amerada Hess Corp., et al.*, Case Civil Action No. 04-CV-3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT GPMI

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs City of New York, New York City Municipal Finance Water Authority, and New York City Water Board and Defendant Getty Petroleum Marketing Inc. ("GPMI"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against GPMI as set forth in the Plaintiffs' Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own attorneys' fees and costs. Plaintiffs reserve all other rights as against all other defendants.

Dated: 9/4/09 , 2009

/s/ Victor M. Sher
Victor M. Sher (*Admitted Pro Hac Vice*)
Todd E. Robins (*Admitted Pro Hac Vice*)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiff City of New York
New York City Municipal Finance Water
Authority, and New York City Water Board*

Dated: 8/5/09 , 2009

/s/ William P. Harrington
William P. Harrington
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601-5056
(914) 287-6104
wpharrington@bpslaw.com

*Attorneys for Defendant Getty Petroleum
Marketing Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 9/8/09