UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## FIFTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 11, 2009
New York, New York

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 11th day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the FIFTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

_____
Lisa Gerson

Fifth Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12493 | | | | Selected Provisions, New York Codes, Rules and Regulations Title 6, Parts 612-614 | | | | 24 |
| 12494 | | | | Selected Provisions, New York Navigation Law, Article 12 | | | | 6 |
| 12495 | SCWA000090749 | SCWA000090772 | 12/23/1987 | Moreau 24 - Northville Terminal Gasoline Spill, East Setauket, Long Island | | Robert Lamonica, LBG | William J. Schickler | 24 |
| 12496 | BUCK00000001 | BUCK00000001 | Jul-05 | Scandola 47 - Buckeye Partners, L.P. - System Map | | | | 1 |
| 12497 | | | 12/15/1999 | Letter from Govenor Gray Davis to Honorable Carol M. Browner | | | | 2 |
| 12498 | | | 3/14/2002 | California Executive Order D-52-02 | | | | 1 |
| 12499 | CHEVMDL13580000029 4306 | CHEVMDL13580000029 4313 | 9/21/1983 | Memorandum - Ethanol Benefits | | P.H. Fisher | G.S. Kent | 8 |
| 12500 | CHEVMDL13580000029 4316 | CHEVMDL13580000029 4319 | 2/27/1984 | Memorandum - Gasoline with Ethanol Market Expansion - Kentucky | | M.M. Smith | W.J. Price | 4 |
| 12501 | | | 12/19/2008 | Expert Report of Bruce F. Burke | | | | 90 |
| 12502 | | | 2/6/2009 | Expert Rebuttal Report of Bruce F. Burke | | | | 77 |
| 12503 | | | 5/6/2009 | Corrected Expert Second Rebuttal Report of Bruce F. Burke | | | | 147 |
| 12504 | | | 6/12/2001 | Statement by Governor Gray Davis on Bush Administration Denial of California's Oxygenate Waiver Request | | | | 1 |
| 12505 | | | 1/23/2009 | Expert Report of John B. O'Brien | | | | 105 |
| 12506 | | | 2/2/2009 | Expert Report of Robert Reynolds | | | | 5 |
| 12507 | | | 3/22/2007 | Expert Report of Robert Reynolds - Attachment A - Suffolk County v. Amerada Hess Expert Report of Robert Reynolds | | | | 81 |
| 12508 | | | 6/15/2007 | Expert Report of Robert Reynolds - Attachment B - Suffolk County v. Amerada Hess Expert Rebuttal Report and Response to Defendants' Expert Rebuttal Reports | | | | 28 |
| 12509 | NYC-REYNOLDS-00002 | NYC-REYNOLDS-00024 | | Reynolds March 2009 Deposition Exhibit #7 - SAE Technical Paper Series, The Total Effect of a Reformulated Gasoline on Vehicle Emissions by Technology (1973 to 1989) | | Gary A. Schoonveld; William F. Marshall | | 23 |

Fifth Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12510 | | | 2/25/1991 | Reynolds March 2009 Deposition Exhibit #8 - SAE Technical Paper Series, The Total Effect of a Reformulated Gasoline on Vehicle Emissions by Technology (1973 to 1989), International Congress and Exposition, Detroit, Michigan, February 25-March 1, 1991 | | Gary A. Schoonveld; William F. Marshall | | 27 |
| 12511 | EX 033474 | EX 033487 | 1/26/1988 | API Letter to General Committee of Refining attaching background paper on oxygenated fuel mandating. | | Ronald L. Jones | Members of the General Committee of Refining | 14 |
| 12512 | | | 3/27/1985 | The Marketplace After EPA's Lead and Du Pont Decisions | | Robert E. Reynolds | | 17 |
| 12513 | | | 9/13/1984 | The Logistics of Sub-Octane Blending on a Large Scale | | Robert E. Reynolds | Presented to: The 1984 Washington Conference on Fuel Ethanol | 10 |
| 12514 | | | 3/26/1986 | Practical Experience with Alcohol Blends and Oxygenate Marketing | | Robert E. Reynolds | Presented to: The 1986 National Conference on Alcohol and Octane | 10 |
| 12515 | | | Apr-09 | The Impact of Ethanol Use on Food Prices and Greenhouse-Gas Emissions | | U.S. Congressional Budget Office | | 26 |
| 12516 | | | Jun-91 | Petroleum Refining in the 1990s: Meeting the Challenges of the Clean Air Act | | National Petroleum Council | | 222 |
| 12517 | | | Aug-93 | U.S. Petroleum Refining: Meeting Requirements for Cleaner Fuels and Refineries | | National Petroleum Council | | 74 |
| 12518 | | | Feb-94 | Working Draft, DOE Report on Costs and Effects of Alternative RFG Formulations | | U.S. Department of Energy | | 164 |
| 12519 | | | Mar-86 | Popular Science article, "Bad Gas" | | | | 4 |
| 12520 | | | | R. Larkins Deposition Transcript | | | | |

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12521 | NYC-0016907 | NYC-0016907 | 5/21/1998 | Email re: Station 10 MTBE | Email | E. Kunsch | M. Principe, A. Ashendorff, J. Dydland | 1 |
| 12522 | NYC-0012093 | NYC-0012094 | 5/21/2001 | Email re: Plan for Return of Well 10 and 10A to Service | Email | E. Kunsch | Principe, Ashendorff, Greeley, Dydland, Yulinksy | 2 |
| 12523 | NYC-0016488 | NYC-0016488 | 8/7/2001 | Letter re: Reactiviation of Well # 10, Jamaica Groundwater System | Letter | James A. Luke, NYC Department of Health | J. Dydland | 1 |
| 12524 | GPMI_LIA_008202 | GPMI_LIA_008208 | 9/23/1999 | Minutes of the Regular Meeting of the Board of Directors of Getty Petroleum Marketing Inc., September 23, 1999 | | Samuel M. Jones | | 8 |
| 12525 | GPMI_LIA_008209 | GPMI_LIA_008213 | 6/17/1999 | Minutes of the Regular Meeting of the Board of Directors of Getty Petroleum Marketing Inc., June 17, 1999 | | Samuel M. Jones | | 5 |
| 12526 | GPMI_LIA_008200 | GPMI_LIA_008201 | | Getty Frequently Asked Questions | | | | 2 |
| 12527 | GPMI_LIA_009587 | GPMI_LIA_009587 | | Article: Getty Petroleum Seeks Year-Round Ethanol Use in Northeastern States | | | | 1 |
| 12528 | GPMI_LIA_008214 | GPMI_LIA_008216 | 3/25/2004 | RFA Letter to P. Stendardi re: "Just the Facts" | Letter | B. Dinneen | P. Stendardi | 3 |
| 12529 | | | Oct-03 | Preparations for Meeting New York and Connecticut MTBE Bans | | Office of Oil and Gas, EIA, US DOE | | 52 |
| 12530 | GPMI_LIA_009678 | GPMI_LIA_009684 | 3/22/2004 | Lukoil Letter to B. Dinneen | Letter | P. Stendardi | B. Dinneen | 7 |