UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                       :
IN RE: METHYL TERTIARY BUTYL                           :
ETHER ("MTBE") PRODUCTS                                :         ORDER
LIABILITY LITIGATION                                   :
                                                       :    Master File No. 1:00-1898
------------------------------------------------------ :    MDL 1358 (SAS)
                                                       :    M21-88
This document relates to:                              :
                                                       :
*Manhasset-Lakeville Water District v.*                :
*Amerada Hess Corp. et al*, No. 1:08-cv-               :
07764 (SAS)                                            :
                                                       :
*Riverhead Water District v. Amerada Hess*             :
*Corp. et al*, No. 1:08-cv-07766 (SAS)                 :
------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is directed to close the following motion on

the docket for 00-CV-1898:

- Motion numbered 2247, entitled "Motion to Dismiss the complaints with

  prejudice and awarding Yorktown its costs and attorney's fees," which has

  been withdrawn.

-1-

Dated:   New York, New York            SO ORDERED:
         September 11, 2009

         _____
         Shira A. Scheindlin
         U.S.D.J.