USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE: METHYL TERTIARY BUTYL         :      ORDER
ETHER ("MTBE") PRODUCTS              :
LIABILITY LITIGATION                 :
                                     :
------------------------------------------------------------ :   Master File No. 1:00-1898
                                     :   MDL 1358 (SAS)
This document relates to:            :   M21-88
                                     :
Manhasset-Lakeville Water District v.:   No. 1:08-cv-07764
Amerada Hess Corp. et al, No. 1:08-cv-:
07764 (SAS)                          :
                                     :
------------------------------------------------------------ X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of the Court is directed to close the following motion on the docket for 08-CV-7764:

- Motion numbered 27, entitled "Motion to Dismiss the complaints with prejudice and awarding Yorktown its costs and attorney's fees," which has been withdrawn.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           September 11, 2009

-1-