UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : ORDER
LIABILITY LITIGATION :
:
------------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
This document relates to: : M21-88
:
Riverhead Water District v. Amerada Hess : No. 1:08-cv-07766
Corp. et al, No. 1:08-cv-07766 (SAS) :
:
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of the Court is directed to close the following motion on the docket for 08-CV-7766:

- Motion numbered 26, entitled "Motion to Dismiss the complaints with prejudice and awarding Yorktown its costs and attorney's fees," which has been withdrawn.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
September 11, 2009

-1-