**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

# FIFTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL -5525 | 09/13/2009 | TABLE: Prime Supplier & Exxon's 782a & 782c data compared to Montgomery's analysis | N/A | N/A |
| PL-5526 | 2004 | Act of the General Assembly of Vermont No. 26: An Act Relating to Prohibiting the Sale and Storage of Fuel Products Containing the Additive MTBE | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL – 5527 | 1999 | EXECUTIVE ORDER D-5-99 by the Governor of the State of California | N/A | N/A |
| PL – 5528 | 2000 | Colorado Senate Bill 00-190: AN ACT CONCERNING METHYL TERTIARY BUTYL ETHER. Chapter 183, Health and Environment | N/A | N/A |
| PL – 5529 | 2002 | Act of the General Assembly of the Commonwealth of Kentucky: AN ACT Relating to MTBE and Ethanol | N/A | N/A |
| PL – 5530 | 12/19/2008 | Expert Report of Martin R. Tallett | N/A | N/A |
| PL-5531 | 02/06/2009 | Expert Rebuttal Report of Martin R. Tallett | N/A | N/A |
| PL-5532 | 03/16/2009 | Expert Market Share Report of Martin R. Tallett | N/A | N/A |
| PL-5533 | 05/27/2009 | Declaration of Martin R. Tallett in Opposition to Defendant Exxon Mobil Corporation's motion to Exclude Testimony and opinion of Martin R. Tallett | N/A | N/A |
| PL-5534 | 12/19/2008 | Expert Report of W. Ed Whitelaw, Ph.D. | N/A | N/A |
| PL-5535 | 02/06/2009 | Expert Rebuttal Report of W. Ed Whitelaw, Ph.D. | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5536 | 03/27/2009 | Supplemental Expert Report of W. Ed Whitelaw | N/A | N/A |
| PL-5537 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration in Response to Case Management Order No. 4 | N/A | N/A |
| PL-5538 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration on Behalf of the Former Mobil Corporation in Response to Case Management Order No. 4 | N/A | N/A |

Dated: New York, New York
September 13, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*