UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### FIFTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009.  *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009).  In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits.  *See* Exhibit List.  Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL -5525 | 09/13/2009 | TABLE: Prime Supplier & Exxon's 782a & 782c data compared to Montgomery's analysis | N/A | N/A |
| PL-5526 | 2004 | Act of the General Assembly of Vermont No. 26: An Act Relating to Prohibiting the Sale and Storage of Fuel Products Containing the Additive MTBE | N/A | N/A |

- 2 -

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL – 5527 | 1999 | EXECUTIVE ORDER D-5-99 by the Governor of the State of California | N/A | N/A |
| PL – 5528 | 2000 | Colorado Senate Bill 00-190: AN ACT CONCERNING METHYL TERTIARY BUTYL ETHER.  Chapter 183, Health and Environment | N/A | N/A |
| PL – 5529 | 2002 | Act of the General Assembly of the Commonwealth of Kentucky: AN ACT Relating to MTBE and Ethanol | N/A | N/A |
| PL – 5530 | 12/19/2008 | Expert Report of Martin R. Tallett | N/A | N/A |
| PL-5531 | 02/06/2009 | Expert Rebuttal Report of Martin R. Tallett | N/A | N/A |
| PL-5532 | 03/16/2009 | Expert Market Share Report of Martin R. Tallett | N/A | N/A |
| PL-5533 | 05/27/2009 | Declaration of Martin R. Tallett in Opposition to Defendant Exxon Mobil Corporation's motion to Exclude Testimony and opinion of Martin R. Tallett | N/A | N/A |
| PL-5534 | 12/19/2008 | Expert Report of W. Ed Whitelaw, Ph.D. | N/A | N/A |
| PL-5535 | 02/06/2009 | Expert Rebuttal Report of W. Ed Whitelaw, Ph.D. | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5536 | 03/27/2009 | Supplemental Expert Report of W. Ed Whitelaw | N/A | N/A |
| PL-5537 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration in Response to Case Management Order No. 4 | N/A | N/A |
| PL-5538 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration on Behalf of the Former Mobil Corporation in Response to Case Management Order No. 4 | N/A | N/A |

Dated: New York, New York
September 13, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


/s/ NICHOLAS G. CAMPINS
VICTOR M. SHER (pro hac vice)
TODD E. ROBINS (pro hac vice)
JOSHUA G. STEIN (pro hac vice)
NICHOLAS G. CAMPINS (pro hac vice)
MARNIE E. RIDDLE (pro hac vice)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*