UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## SIXTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 14, 2009
New York, New York

/s/ Peter John Sacripanti
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA  92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## **CERTIFICATE OF SERVICE**

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 14th day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the SIXTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

_____
Lisa Gerson

Sixth Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12531 | GPMI_LIA_009688 | GPMI_LIA_009689 | 2/3/1999 | Letter to Hon. John H. Chaffee, United States Senate | Letter | | | 2 |
| 12532 | | | 4/26/1993 | Getty Petroleum Corp. v. Thomas Jorling - Verified Complaint | | | | 16 |
| 12533 | | | 5/14/1993 | Getty Petroleum Corp. v. Thomas Jorling - Affidavit in Support of Defendants' Motion to Dismiss | | | | 13 |
| 12534 | | | 4/29/1993 | Getty Petroleum Corp. v. Thomas Jorling - Affidavit of Anthony MC Mahon | | | | 3 |
| 12535 | BILES-003442 | BILES-003443 | 6/15/1979 | Letter to Patrick S. Bryne | Letter | Gerard F. Egan, Ph.D. | Patrick S. Bryne | 2 |
| 12536 | XOM-MT01698-000022 | XOM-MT01698-000026 | 12/11/1979 | API Medicine and Biological Sceince Department Ad Hoc Steering Committee on Methyl-T-Butyl Ether | | | | 5 |
| 12537 | 2MDLCP00516123 | 2MDLCP00516197 | 2/27/1987 | MTBE Committee Statement on MTBE | | | | 75 |
| 12538 | | | 12/19/2008 | Expert Report of Martin R. Tallett | | | | 17 |
| 12539 | | | 3/16/2009 | Expert Market Share Report of Martin R. Tallett | | | | 25 |
| 12540 | | | 5/28/2009 | Declaration of Martin R. Tallett in Opposition to Defendant Exxon Mobil Corporation's Motion to Exclude Testimony and Opinion of Martin R. Tallett (and Exhibit C-E) | | | | 85 |
| 12541 | | | 5/1/2007 | Regulation of Fuels and Fuel Additives: Renewable Fuel Standard Program | | | | 74 |
| 12542 | | | May-09 | EPA Lifecycle Analysis of Greenhouse Gas Emissions from Renewable Fuels | | | | 5 |
| 12543 | | | 6/8/2007 | SCWA Expert Report of Martin R. Tallett | | | | 129 |
| 12544 | | | 10/8/2007 | SCWA Revised Expert Rebuttal Report of Martin R. Tallett | | | | 30 |
| 12545 | | | Jan-06 | Methyl Tertiary Butyl Ether (MTBE) and Clean Gasoline Alternatives: Report to the Senate Education, Health and Environmental Affairs Committee and the House Environmental Matters Committee, MDE | | | | 74 |
| 12546 | | | 2/2/2004 | CalEPA Letter to USEPA Administrator Michael O. Leavitt | | Terry Tamminen, CalEPA Secretary | Honorable Michael O. Leavitt, EPA | 3 |

1 of 2

Sixth Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12547 | | | 5/26/2005 | Potential Delaware Air Emission Impacts of Switching From MTBE to Ethanol in the Reformulated Gasoline Program | | Air Improvement Resource, Inc. | | 22 |
| 12548 | | | Jun-05 | Analysis of and Action on New York State Department of Environmental Conservation's Request for a Waiver of the Oxygen Content Requirement in Federal Reformulated Gasoline | | EPA | | 8 |
| 12549 | | | 6/22/2005 | Potential Massachusetts Air Emission Impacts of Switching From MTBE to Ethanol in the Reformulated Gasoline Program | | Air Improvement Resource, Inc. | | 22 |
| 12550 | | | 10/18/2005 | Potential Maryland Air Emission Impacts of a Ban on MTBE in the Reformulated Gasoline Program | | Air Improvement Resource, Inc. | | 32 |
| 12551 | | | Jun-03 | Ethanol Fuels: Energy Balance, Economics and Environmental Impacts are Negative | Article | D. Pimentel | | 8 |
| 12552 | MDL1358hM-1088963 | MDL1358hM-1089042 | 1/29/1993 | MTBE Search Introduction | | | | 80 |
| 12553 | EXLIGUC 03069 | EXLIGUC 03088 | | Exxon Occupational Exposure Limit: Methyl Tert-Butyl Ether | | | | 20 |
| 12554 | | | | Tallet Deposition Exhibit 4: NYMEX New York Harbor Ethanol Contract | | | | 11 |
| 12555 | | | 12/19/2008 | Expert Report of Ed Whitelaw | | | | 21 |
| 12556 | | | 2/6/2009 | Expert Rebuttal Report of Ed Whitelaw | | | | 21 |
| 12557 | | | 3/27/2009 | Supplemental Expert Report of Ed Whitelaw | | | | 18 |
| 12558 | NYC-WHITELAW-001241 | NYC-WHITELAW-001285 | Jul-90 | Alochol Fuels: Impacts From Increased Use of Ethanol Blended Fuels | | U.S. General Accounting Office | | 45 |
| 12559 | | | 1/23/2009 | Expert Report of John B. O'Brien | | | | 173 |
| 12560 | | | 3/30/2009 | Rebuttal Report of John B. O'Brien | | | | 17 |
| 12561 | | | 2/13/2009 | Supplemental Expert Report of John B. O'Brien | | | | 29 |