**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

## SIXTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL -5539 | 08/06/1992 | Memorandum "From the Desk" of T.D. Davis to T.R. Waldron, cc: J.M. Kenna, G.L. Kohlenberger, R.D. McGraw and J.H. Medley Subject: HDT vs.MGH Economics | XOM-DTU-00034358 | XOM-DTU-00034374 |
| PL-5540 | 05/06/1997 | Correspondence from Sean Allen of Cargill Ethanol to Tom Martenak, Clean Fuels Manager, Mobil Oil Corporation RE Follow-up to meeting to "discuss ethanol opportunities both old and new." | EM0005467 | EM0005470 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5541 | April 1995 | USEPA Web Page: "Origin of the Reformulated Gasoline Program" EPA 420-F-95-001, EPA Office of Mobile Services | N/A | N/A |
| PL-5542 | August 2003 | Summary Report on a Survey of State Experiences with Oxygenate Contamination at LUST Sites A Project of the New England Interstate Water Pollution Control Commission (NEIWPCC) | FOG MDL 1358 005516 | FOG MDL 1358 005545 |
| PL-5543 | 2006 | Zhang, Yi, et al. Transport and degradation of ethanol in groundwater. *Journal of Contaminant Hydrology,* 82. pp. 183-194 (2006) | FOG MDL 1358 | FOG MDL 1358 |
| PL-5544 | 01/23/2009 | EXPERT REPORT OF THOMAS C. AUSTIN | N/A | N/A |
| PL-5545 | 02/23/2001 | Estimating Potential Cancer Cases Averted Due to CaRFG Following CARB/OEHA Methodology | Austin 00163 | Austin 00170 |
| PL-5546 | 04/21/2009 | United States Environmental Protection Agency Technology Transfer Network – About Air Toxics | N/A | N/A |
| PL-5547 | 11/12/2008 | United States Environmental Protection Agency Technology Transfer Network Air Toxics Website | N/A | N/A |
| PL-5548 | June 2001 | VOLUME I: Well-to-Wheel Energy Use and Greenhouse Gas Emissions of Advanced Fuel/Vehicle Systems – North American Analysis - EXECUTIVE SUMMARY REPORT | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5549 | 02/26/193 | ENVIRONMENTAL PROTECTION AGENCY 40 CFR Part 80 Regulation of Fuels and Fuel Additives: Standards for Reformulated gasoline; Proposed Rule | N/A | N/A |
| PL-5550 | November 1998 | HEALTH & ENVIRONMENTAL ASSESSMENT OF MTBE: Report to the Governor and Legislature of the State of California as Sponsored by SB 521<br>Volume I – SUMMARY & RECOMMENDATIONS<br>[Austin Deposition Exhibit (South Tahoe)] | N/A | N/A |
| PL-5551 | December 1999 | California Environmental Protection Agency Air Resources Board<br>Air Quality Impacts of the Use of Ethanol in California Reformulated Gasoline: Final Report to the Environmental policy Council | GRA FV 0616 | GRA FV 0688 |
| PL-5552 | 06/29/1984 | Final Regulatory Impact Analysis and Summary Analysis of Comment For: Renewable Oxygenate Requirement for Reformulated Gasoline | N/A | N/A |
| PL-5553 | 2007 | Attachment 2 FINAL REGULATION ORDER 2007 Amendments to the California Phase 3 Reformulated Gasoline Regulations California Code of Regulations, Title 13, Division 3, Chapter 5. Standards for Motor Vehicle Fuels Article 1. Standards for Gasoline | N/A | N/A |
| PL-5554 | 00/00/0000 | Evaluation of MTBE Combustion Byproducts in California Reformulated Gasoline: Report to California State Legislature under S.B. 521: Effects of MTBE | SIERRA 005839 | SIERRA 005891 |
| PL-5555 | 11/18/1991 | Report No. SR91-11-01 Cost-Effectiveness Analysis of CARB's Proposed Phase 2 Gasoline Regulations prepared for: Western States Petroleum Association (WSPA) | SIERRA 004835 | SIERRA 004884 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5556 | July 2002 | United States Department of Agriculture (USDA) Agricultural Economic Report Number 614: The Energy Balance of Corn Ethanol: An update by Hosein Shapouri, et al. | N/A | N/A |

Dated: New York, New York
      September 14, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ MARNIE E. RIDDLE*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*