UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------------ x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

------------------------------------------------------------------------ x

## SIXTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5539 | 08/06/1992 | Memorandum "From the Desk" of T.D. Davis to T.R. Waldron, cc: J.M. Kenna, G.L. Kohlenberger, R.D. McGraw and J.H. Medley Subject: HDT vs.MGH Economics | XOM-DTU-00034358 | XOM-DTU-00034374 |
| PL-5540 | 05/06/1997 | Correspondence from Sean Allen of Cargill Ethanol to Tom Martenak, Clean Fuels Manager, Mobil Oil Corporation RE Follow-up to meeting to "discuss ethanol opportunities both old and new." | EM0005467 | EM0005470 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5541 | April 1995 | USEPA Web Page: "Origin of the Reformulated Gasoline Program" EPA 420-F-95-001, EPA Office of Mobile Services | N/A | N/A |
| PL-5542 | August 2003 | Summary Report on a Survey of State Experiences with Oxygenate Contamination at LUST Sites A Project of the New England Interstate Water Pollution Control Commission (NEIWPCC) | FOG MDL 1358 005516 | FOG MDL 1358 005545 |
| PL-5543 | 2006 | Zhang, Yi, et al.  Transport and degradation of ethanol in groundwater. *Journal of Contaminant Hydrology,* 82.  pp. 183-194 (2006) | FOG MDL 1358 | FOG MDL 1358 |
| PL-5544 | 01/23/2009 | EXPERT REPORT OF THOMAS C. AUSTIN | N/A | N/A |
| PL-5545 | 02/23/2001 | Estimating Potential Cancer Cases Averted Due to CaRFG Following CARB/OEHA Methodology | Austin 00163 | Austin 00170 |
| PL-5546 | 04/21/2009 | United States Environmental Protection Agency Technology Transfer Network – About Air Toxics | N/A | N/A |
| PL-5547 | 11/12/2008 | United States Environmental Protection Agency Technology Transfer Network Air Toxics Website | N/A | N/A |
| PL-5548 | June 2001 | VOLUME I: Well-to-Wheel Energy Use and Greenhouse Gas Emissions of Advanced Fuel/Vehicle Systems – North American Analysis - EXECUTIVE SUMMARY REPORT | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5549 | 02/26/193 | ENVIRONMENTAL PROTECTION AGENCY 40 CFR Part 80 Regulation of Fuels and Fuel Additives: Standards for Reformulated gasoline; Proposed Rule | N/A | N/A |
| PL-5550 | November 1998 | HEALTH & ENVIRONMENTAL ASSESSMENT OF MTBE: Report to the Governor and Legislature of the State of California as Sponsored by SB 521 Volume I – SUMMARY & RECOMMENDATIONS [Austin Deposition Exhibit (South Tahoe)] | N/A | N/A |
| PL-5551 | December 1999 | California Environmental Protection Agency Air Resources Board Air Quality Impacts of the Use of Ethanol in California Reformulated Gasoline: Final Report to the Environmental policy Council | GRA FV 0616 | GRA FV 0688 |
| PL-5552 | 06/29/1984 | Final Regulatory Impact Analysis and Summary Analysis of Comment For: Renewable Oxygenate Requirement for Reformulated Gasoline | N/A | N/A |
| PL-5553 | 2007 | Attachment 2 FINAL REGULATION ORDER 2007 Amendments to the California Phase 3 Reformulated Gasoline Regulations California Code of Regulations, Title 13, Division 3, Chapter 5. Standards for Motor Vehicle Fuels Article 1. Standards for Gasoline | N/A | N/A |
| PL-5554 | 00/00/0000 | Evaluation of MTBE Combustion Byproducts in California Reformulated Gasoline: Report to California State Legislature under S.B. 521: Effects of MTBE | SIERRA 005839 | SIERRA 005891 |
| PL-5555 | 11/18/1991 | Report No. SR91-11-01 Cost-Effectiveness Analysis of CARB's Proposed Phase 2 Gasoline Regulations prepared for: Western States Petroleum Association (WSPA) | SIERRA 004835 | SIERRA 004884 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5556 | July 2002 | United States Department of Agriculture (USDA) Agricultural Economic Report Number 614: The Energy Balance of Corn Ethanol: An update by Hosein Shapouri, et al. | N/A | N/A |

Dated: New York, New York
September 14, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


/s/ MARNIE E. RIDDLE
VICTOR M. SHER (pro hac vice)
TODD E. ROBINS (pro hac vice)
JOSHUA G. STEIN (pro hac vice)
NICHOLAS G. CAMPINS (pro hac vice)
MARNIE E. RIDDLE (pro hac vice)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*