UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This document pertains to:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## EIGHTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 15, 2009
New York, New York

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA  92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 15th day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the EIGHTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

Lisa Gerson

8th Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12563 | XOM-DTU-00052497 | XOM-DTU-00052498 | | Oxygenate Study Update | | D.M. Sherman | | 2 |
| 12564 | XOM-F32-000264 | XOM-F32-000268 | | 1982 - 1984 No MTBE Input to Refineries - Beaumont, Joliet, Paulsboro, Torrance | | | | 5 |
| 12565 | MDL1358hM-0114580 | MDL1358hM-0114583 | 6/29/1983 | Feasibility and Economics of Using Oxygenate Components | | W.A. Kennedy | D.R. Hayward, W.D. Manz, R.P. Medlin | 4 |
| 12566 | MDL1358hM-0101572 | MDL1358hM-0101578 | 1/28/1987 | Note attaching memo on MTBE Technology Endorsement | | J.V. D'Ambrisi | E.A. Renna | 7 |
| 12567 | MDL1358hM-0975590 | MDL1358hM-0975605 | 8/30/1991 | Long Term MTBE Contract Purchase | | E.A. Renna | A.E. Murray | 16 |
| 12568 | MDL1358hM-0054750 | MDL1358hM-0054752 | 6/21/1991 | Long-Term MTBE Contract Purchase | | | | 3 |

1 of 1