UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |// 

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

## SEVENTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL -5557 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration in Response to Case Management Order No. 4 | N/A | N/A |
| PL-5558 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration on Behalf of the Former Mobil Corporation in Response to Case Management Order No. 4 | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5559 | N/A | ABSTRACT FROM: Defendant ExxonMobil's Declaration on Behalf of the Former Exxon Corporation in Response to Case Management Order No. 4 | N/A | N/A |
| PL-5560 | 06/19/2006 | Correspondence from GSC/Kleinfelder to David K. Harrington of NYSDEC attaching June 19, 2006 Subsurface Investigation Report (SIR) prepared on behalf of ExxonMobil Corporation Re: Mobil Service Station No. 17-GVE (11815) 113-21 Merrick Boulevard, Jamaica, New York | XOM-NYC-SUPP-SRF-0021305 | XOM-NYC-SUPP-SRF-0021377 |
| PL-5561 | 07/28/2008 | Correspondence from Kleinfelder to Michael Haggerty, NYSDEC attaching Site Status Update Report and Closure Request prepared on behalf of ExxonMobil Corporation Re: Former Mobil Service Station No. 10585 162-35 North Conduit Avenue, Springfield Gardens, New York | XOM-NYC-SUPP-SRF-0039103 | XOM-NYC-SUPP-SRF-0039151 |

Dated: New York, New York
September 16, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ MARNIE E. RIDDLE*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*