UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### NINTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 16, 2009
New York, New York

                                                                   /s/ Lisa A. Gerson
                                                             Peter John Sacripanti
                                                             James A. Pardo
                                                             Stephen J. Riccardulli
                                                             Lisa A. Gerson
                                                             McDermott Will & Emery LLP
                                                             340 Madison Avenue
                                                             New York, NY 10017-4613
                                                             (212) 547-5400

                                                             Jennifer Kalnins Temple
                                                             McDermott Will & Emery LLP
                                                             18191 Von Karman Avenue
                                                             Suite 500
                                                             Irvine, CA 92612-7108

                                                             *Counsel for Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

     Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 16th day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the NINTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

                                                             _____
                                                                    Lisa Gerson

9th Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12569 | | | 1/23/2009 | Expert Report of Thomas C. Austin | | | | 68 |
| 12570 | | | Nov-99 | EPA Phase II Reformulated Gasoline: The Next Major Step Toward Cleaner Air | | U.S. EPA | | 2 |
| 12571 | | | | EPA Air Quality Trends, http://www.epa.gov/aqspubl1/annual_summary.html | | U.S. EPA | | 1 |
| 12572 | | | | Demonstrative Figure: Fueling the Future: Transportation Energy in California | | | | 1 |
| 12573 | | | 1/12/2009 | Detailed California-Modified GREET Pathway for California Reformulated Gasoline (CaRFG) | | California EPA, Air Resources Board | | 11 |
| 12574 | | | 2/27/2009 | Detailed CA-GREET Pathway for California Reformulated Gasoline Blendstock for Oxygenated Blending (CARBOB) from Average Crude Refined in California | | California EPA, Air Resources Board | | 52 |
| 12575 | | | Sep-04 | Final Report: Fuel Permeation From Automotive Systems, CRC Project No. E-65 | | H.M. Haskew, T.F. Liberty, D. McClement | California EPA | 2 |
| 12576 | | | Aug-06 | Fuel Permeation From Automotive Systems: E0, E6, E10 and E85, Interim Report, CRC Project No. E-65-3 | | | Coordinating Research Council, Inc. | 45 |
| 12577 | | | 1/9/1995 | EPA RFG/Anti-Dumping Questions and Answers | | U.S. EPA, Fuels and Energy Division | | 16 |
| 12578 | | | | Resume of Thomas C. Austin | | | | 11 |

1 of 1