

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Dusseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington  D C

Strategic alliance with MWE China Law Offices (Shanghai)

James A. Pardo
Attorney at Law
jpardo@mwe com
+1 212 547 5353



September 15, 2009

**BY HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York  10007-1312

> Re:  In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation,
> Case No. 00 MDL 1898 (SAS);
>
> This Document Relates to:  City of New York v. Amerada Hess Corp, et al.,
> Case No. 04-Civ. 3417
>
> *ExxonMobil's Request That Correspondence to be Added to Court Record*

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Products Liability Litigation                                      Doc. 2836

Dear Judge Scheindlin:

As discussed with the Court a few weeks ago, and as we have done in the past, on behalf of Exxon Mobil Corporation ("ExxonMobil") I am writing to ask that certain correspondence be made part of the Court Record in the above-referenced case.  I understand that the Clerk's Office requires an Order from the Court to do this, and my recollection is that we previously have done such an Order by letter.  Accordingly, I have included a "So Ordered" line at the end of this letter.

The correspondence that ExxonMobil wishes be added to the Court Record in this case are as follows:

| | **From:** | **To:** | **Date:** |
|---|---|---|---|
| 1. | James A. Pardo | Court | 09/09/09 |
| 2. | James A. Pardo | Court | 09/08/09 |
| 3. | James A. Pardo | Court | 08/24/09 |
| 4. | James A. Pardo | Court | 08/08/09 |

| 5. | Peter J. Sacripanti | Court | 07/27/09 |
|----|---------------------|-------|----------|
| 6. | Peter J. Sacripanti | Court | 07/27/09 |
| 7. | Peter J. Sacripanit | Court | 07/20/09 |
| 8. | Peter J. Sacripanit | Court | 07/13/09 |
| 9. | James A. Pardo | Court | 07/01/09 |
| 10. | Peter J. Sacripanti | Court | 07/01/09 |
| 11. | Peter J. Sacripanti | Court | 06/30/09 |
| 12. | Peter J. Sacripanti | Court | 06/23/09 |
| 13. | Peter J. Sacripanti | Court | 06/23/09 |
| 14. | Peter J. Sacripanti | Court | 06/22/09 |
| 15. | James A. Pardo | Court | 06/16/09 |
| 16. | Peter J. Sacripanti | Court | 06/04/09 |
| 17. | Peter J. Sacripanti | Court | 05/07/09 |
| 18. | James A. Pardo | Court | 04/23/09 |
| 19. | James A. Pardo | Court | 04/09/09 |
| 20. | Peter J. Sacripanti | Court | 03/30/09 |
| 21. | Peter J. Sacripanti | Court | 03/25/09 |
| 22. | J. Andrew Langman, PC | Court | 03/12/09 |
| 23. | Peter J. Sacripanti | Court | 02/19/09 |
| 24. | Peter J. Sacripanti | Court | 02/18/09 |
| 25. | Peter J. Sacripanti | Court | 01/14/09 |
| 26. | Peter J. Sacripanti | Court | 01/12/09 |

Copies of each correspondence are included with this letter, for forwarding to the Clerk.

As always, we appreciate the Court's time and attention to this matter.

Respectfully submitted,

*James A. Pardo*

James A. Pardo

Attachments

cc:     Vic Sher (by electronic mail; w/o attachments)
        Susan Amron (by electronic mail; w/o attachments)

SO ORDERED

_____

Shira A. Scheindlin, U.S.D.J.

Date: Sept 17, 2009