UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** ) | MDL NO. 1358 (SAS)<br>Master File No. 1:00-1898 |
| ) | |
| ) | Transferred from:<br>United States District Court<br>N.D. California,<br>C.A. No. 3:09-529-MEJ |
| ) | |
| ) | Removed from:<br>Superior Court of California<br>County of Contra Costa<br>Case No. C 08-03214 |
| This Document Relates To: ) | |
| *City of Pomona v. Chevron USA, Inc., et al.*, 09 Civ. 3739 ) | |

*This Document Relates to All Cases in MDL No. 1358*

## MOTION TO ADMIT DAVID F. WOOD ASCOUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Alan Edward Greenberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice of*:

David F. Wood
Wood, Smith, Henning & Berman
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Telephone: (310) 481-7600
Facsimile: (310) 481-7650
*dwood@wshblaw.com*

Dockets.Justia.com

David F. Wood is a member in good standing with the Bar of the State of California.

There is no pending disciplinary proceeding against David F. Wood in any State or Federal court.

Dated: September 17, 2009                    Respectfully Submitted,


WOOD, SMITH, HENNING & BERMAN

By: _____
Alan E. Greenberg
*Attorneys for Defendant SOUTHERN COUNTIES OIL CO.*
WOOD, SMITH, HENNING & BERMAN
501 W. Broadway, Suite 1050
San Diego, CA 92010
Telephone: (619) 849-4900
Facsimile: (619) 849-4950
*agreenberg@wshblaw.com*