UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** ) ) ) ) ) ) ) ) ) ) | MDL NO. 1358 (SAS) <br> Master File No. 1:00-1898 <br><br> Transferred from: <br> United States District Court <br> N.D. California, <br> C.A. No. 3:09-529-MEJ <br><br> Removed from: <br> Superior Court of California <br> County of Contra Costa <br> Case No. C 08-03214 |

---

| | |
|---|---|
| This Document Relates To: <br><br> *City of Pomona v. Chevron USA, Inc., et al.*, 09 Civ. 3739 | ) <br><br> ) |

This Document Relates to All Cases in MDL No. 1358

### AFFIDAVIT OF ALAN E. GREENBERG IN SUPPORT OF MOTION TO ADMIT DAVID F. WOOD AS COUNSEL *PRO HAC VICE*

Alan E. Greenberg, being duly sworn, hereby deposes and says as follows:

1. I am Senior Counsel at Wood, Smith, Henning & Berman, counsel for Southern Counties Oil Company ("Defendant"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit David F. Wood as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing with the bar of the State of New York, and was admitted to practice law in 1978. My New York State bar number is 1499417. I am

also admitted to the bar of the United States District Court of the Southern District of New York, and am in good standing with this court.

3. I have known David F. Wood since October 13, 2008.

4. Mr. Wood is a Partner at Wood, Smith, Henning & Berman, in Los Angeles, California.

5. I have found Mr. Wood to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of David F. Wood, *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of David F. Wood, *pro hac vice,* which is attached hereto.

WHEREFORE it is respectfully requested that the motion to David F. Wood, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: September 17, 2009     Respectfully Submitted,

WOOD, SMITH, HENNING & BERMAN

By: _____
Alan E. Greenberg
*Attorneys for Defendant SOUTHERN COUNTIES OIL CO.*
501 W. Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 849-4900
Facsimile: (619) 849-4950