UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** ) ) ) ) ) ) ) ) ) ) | MDL NO. 1358 (SAS)<br>Master File No. 1:00-1898<br><br>Transferred from:<br>United States District Court<br>N.D. California,<br>C.A. No. 3:09-529-MEJ<br><br>Removed from:<br>Superior Court of California<br>County of Contra Costa<br>Case No. C 08-03214 |
| This Document Relates To: )<br><br>*City of Pomona v. Chevron USA, Inc., et al.*, 09 Civ. 3739 ) | |

*This Document Relates to All Cases in MDL No. 1358*

### [PROPOSED] ORDER TO ADMIT DAVID F. WOOD AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Defendant, Southern Counties Oil Company, for the *pro hac vice* admission of David F. Wood of Wood, Smith, Henning & Berman, 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024, and the request is hereby **GRANTED**.

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that David F. Wood is admitted to practice before this Court *pro hac vice* on behalf of the above named Defendant in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: _____

 

_____
HON. SHIRA A SCHEINDLIN
UNITED STATES DISTRICT JUDGE