UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
: 
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER**
LIABILITY LITIGATION :
: 
---------------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
This document relates to: : M21-88
: 
*Orange County Water District v. Unocal* : No. 1:04-cv-04968
*Corp.*, No. 1:04-cv-04968 (SAS) :
: 
: 
---------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is directed to close the following motion on the docket for 04-CV-4968:

- Motion numbered 66, entitled "Motion for Entry of Default as to G & M Oil Company." Default was entered by the clerk of the court on Sept. 12, 2009.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
September 17, 2009

-1-