USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER**
LIABILITY LITIGATION :
------------------------------------------------------- : **Master File No. 1:00-1898**
: **MDL 1358 (SAS)**
**This document relates to:** : **M21-88**
:
*In re MTBE,* No. 1:00-cv-1898 (SAS) : No. 1:04-cv-04968
:
------------------------------------------------------- :
X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is directed to close the following motion on

the docket for 00-CV-1898:

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                                    Doc. 2839

- Motion numbered 2065, entitled "Motion for Entry of Default as to G & M

    Oil Company." Default was entered by the clerk of the court on Sept. 12,

    2009.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         September 17, 2009

-1-