# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et. al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

## EIGHTH SUPPLEMENT TO PLAINTIFFS' PHASE III TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5562 | 05/12/1998 | DOCUMENT: Emerging Product Quality Issues Meeting Agenda and Presentation Materials | EX 029299 | EX 029317 |
| PL-5563 | 02/26/1999 | Email Correspondence from V.M. Dugan forwarding email from A.B. Zustovich Subject: Hearing on UC Health and Environmental Study of MTBE | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5564 | 06/12/2009 | Kleinfelder Correspondence to Veronica Zhune of New York State Department of Environmental Conservation (NYSDEC) attaching Site Status Update Report (SSUR) prepared on behalf of ExxonMobil Environmental Services Company for Mobil Service Station No. 13147 (17-G2T), 165-01 Hillside Avenue, Jamaica, New York | TBD | TBD |
| PL-5565 | 02/27/2006 | Correspondence from James A. Pardo to Susan Amron Re: Site Remediation Files for Present of Former Service Stations within the Relevant Geographic Area (RGA) | N/A | N/A |
| PL-5566 | 03/17/2006 | Correspondence from James A. Pardo to Susan Amron Re: ExxonMobil Corporation's Response under PTO-19 related to the identification of current ExxonMobil branded service stations that are "otherwise independently operated" | N/A | N/A |
| PL-5567 | 01/18/2007 | ABSTRACT: ExxonMobil Corporation's Objections and Responses to Plaintiff City of New York's Second Set of Interrogatories and Production of Documents to All Defendants [INTERROGATORY NO. 18] | N/A | N/A |
| PL-5568 | 01/18/2007 | ABSTRACT: ExxonMobil Corporation's Objections and Responses to Plaintiff City of New York's Second Set of Interrogatories and Production of Documents to All Defendants [INTERROGATORY NO. 21] | N/A | N/A |
| PL-5569 | 08/25/2008 | ABSTRACT: ExxonMobil Corporation's Objections and Responses to Plaintiff City of New York's Third Set of Revised Interrogatories and Production of Documents to All Defendants [INTERROGATORY NO. 2] | N/A | N/A |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5570 | | ABSTRACT: ExxonMobil Corporation's Objections and Responses to Plaintiff City of New York's Third Set of Revised Interrogatories and Production of Documents to All Defendants [INTERROGATORY NO. 7] | N/A | N/A |

Dated: New York, New York
September 20, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
JOSHUA G. STEIN *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*