UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## TENTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST

Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil"), by and through their attorneys, McDermott Will & Emery LLP, hereby make the following disclosure of supplemental Phase three exhibits. ExxonMobil reserves its right to supplement this list up to and including the time of trial.

September 20, 2009
New York, New York

*[signature]*
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10017-4613
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA  92612-7108

*Counsel for Exxon Mobil Corporation*

- 1 -

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 20th day of September, 2009, I caused to be served by electronic means upon counsel for Plaintiff, a true and correct copy of the TENTH SUPPLEMENT TO DEFENDANT EXXON MOBIL CORPORATION'S PHASE THREE TRIAL EXHIBIT LIST.

_____
Lisa Gerson

10th Supplement to Exxon Mobil Corporation's Phase 3 Trial Exhibit List

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | Pages |
|---|---|---|---|---|---|---|---|---|
| 12579 | | | 9/9/2009 | Supplemental Expert Report of Marnie Bell | | | | 31 |
| 12580 | XOM-NYC-SUPP-SRF-0001162 | XOM-NYC-SUPP-SRF-0001187 | 9/8/2008 | Mobil Service Station No. 13147 Site Status Update Report | Letter | Jesse Gallo, Christopher Crum | Veronica Zhune, Ken Drake, | 26 |
| 12581 | | | 4/7/2009 | Rebuttal Report of Marnie Bell | | | | 184 |
| 12582 | | | 4/1/2009 | Revised Report of David Hand - Treatment of MTBE in Selected Wells | | | | 68 |
| 12583 | XOM-MDL1358hExxonDTU-0030669 | XOM-MDL1358hExxonDTU-0030669 | 8/16/1990 | Clean Air Act Reformulated Mogas Requirement - 1990 Company Plan Projection | Letter | T.R. Eizember | | 8 |
| 12584 | XOM-MTO1917-000755 | XOM-MTO1917-000758 | 10/22/1992 | EUSA TAME Projects | Memo | T.R. Eizember | W.B. Lewis | 4 |
| 12585 | | | 6/12/2009 | Mobil Service Station No. 13147 Site Status Update Report | Letter | Jesse Gallo, Jeremy Freeland | Veronica Zhune, Kenneth Drake, | 32 |
| 12586 | | | 1/25/2007 | EPA Factsheet - Bromodichloromethane | | | | 5 |
| 12587 | | | 6/29/2007 | EPA Factsheet - Bromoform | | | | 5 |
| 12588 | | | 6/29/2007 | EPA Factsheet - Carbon Tetrachloride | | | | 6 |
| 12589 | | | | Consumer Factsheet on: 1, 2-Dichloroethylene | | | | 3 |
| 12590 | | | 6/29/2007 | EPA Factsheet - Chloroform | | | | 5 |