UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88
----------------------------------------------------------------------- x     ECF Case

This document relates to the following case:

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

----------------------------------------------------------------------- x

# PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF EXXON MOBIL CORPORATION'S 2008 FORM 10-K

Plaintiffs respectfully request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following:

1. The United States Securities and Exchange Commission Form 10-K filed by Exxon Mobil Corporation for the fiscal year ended December 31, 2008 (the "2008 Form 10-K"). A true and correct copy of Exxon Mobil Corporation's 2008 Form 10-K is attached hereto as Exhibit "A."

Dated: New York, New York
September 21, 2009

Respectfully submitted,

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Plaintiff City of New York
100 Church Street
New York, New York 10007
(212) 788-1568

/s/ *VICTOR M. SHER*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
JOSHUA C. COHEN *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiff City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFFS REQUEST FOR JUDICIAL NOTICE OF EXXON MOBIL CORPORATION'S 2008 FORM 10-K** was served on Counsel via Electronic Mail, and on all counsel of record by posting it directly to LexisNexis File & Serve on the 21st day of September, 2009.

Seth M. Tuman