UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

------------------------------------------------------------------------ x   ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------------ x

# NINTH SUPPLEMENT TO PLAINTIFFS' PHASE III
# TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009.  *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009).  In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits.  *See* Exhibit List.  Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5571 | March 1997 | Bayway Refining Company/Exxon Company, U.S.A. Exchange Agreement Bayway No. _____/Exxon No. BRP600 | MTBE_EXX023549 | MTBE_EXX023575 |
| PL-5572 | December 1994 | Bayway Refining Company/Exxon Company, U.S.A. Exchange Agreement Bayway No. _____/Exxon No. BRP600 | MTBE_EXX023869 | MTBE_EXX023 |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5573 | 1995 | PURCHASE AGREEMENT between Exxon Company U.S.A. and Bayway Refining Co. under Exxon Contract No. BRP190 | MTBE_EXX023305 | MTBE_EXX023306 |
| PL-5574 | 1997 | PURCHASE AGREEMENT between Exxon Company U.S.A. and Bayway Refining Co. under Exxon Contract No. BRP103 | MTBE_EXX022767 | MTBE_EXX022770 |

Dated: New York, New York
September 23, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*