USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/09

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1358 (SAS)<br>Master File No. 1:00-1898<br><br>Transferred from:<br>United States District Court<br>N.D. California,<br>C.A. No. 3:09-529-MEJ<br><br>Removed from:<br>Superior Court of California<br>County of Contra Costa<br>Case No. C 08-03214 |

---

This Document Relates To: )

*City of Pomona v. Chevron USA, Inc., et al.*, 09 Civ. 3739 )

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation   Doc. 2845

This Document Relates to All Cases in MDL No. 1358

## [PROPOSED] ORDER TO ADMIT DAVID F. WOOD AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Defendant, Southern Counties Oil Company, for the *pro hac vice* admission of David F. Wood of Wood, Smith, Henning & Berman, 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024, and the request is hereby **GRANTED**.

/ / /

/ / /

/ / /

LEGAL:5971-030/1276789.1    1
|S025|478670.DOC;1|

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that David F. Wood is admitted to practice before this Court *pro hac vice* on behalf of the above named Defendant in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: September 23, 2009

/s/ Shira A. Scheindlin
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE