# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>ECF Case |

------------------------------------------------------------------------ x

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------------ x

## TENTH SUPPLEMENT TO PLAINTIFFS' PHASE III
## TRIAL EXHIBIT LIST

Plaintiffs filed their Phase III exhibit list on June 26, 2009. *See* No. 1:04-CV-3417, Dkt. # 328 (S.D.N.Y. Jun. 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement or amend its exhibits. *See* Exhibit List. Accordingly, Plaintiffs hereby notify ExxonMobil that in addition to the exhibits on the Exhibit List, Plaintiffs will add the following Exhibits:

| EXHIBIT | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5575 | January 2009 | Malcolm Pirnie Construction Estimate Summary – Project Name: Station 6 Alternate 1 – Air Stripping Prepared for NYC Department of Environmental Protection | NYC-MPEXP-E0008011 | NYC-MPEXP-E0008150 |
| PL-5576 | January 2009 | Malcolm Pirnie Construction Estimate Summary – Project Name: Station 6 Alternate 2 – GAC Prepared for NYC Department of Environmental Protection | NYC-MPEXP-E0007826 | NYC-MPEXP-E00078265 |

| EXHIBIT | DATE | DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5577 | N/A | Email from Ed Kunsch Subject: Plan for Retunn [sic] of Wells 10 and 10A to Service | NYC00064288 | -- |
| PL-5578 | 08/07/01 | Correspondence from James A. Luke of The City of New York Department of Health to John E. Dyland RE Reactivation of Well # 10, Jamaica Groundwater System | NYC0000250 | -- |
| PL-5579 | 2003 | Recommended Standards For Water Works -- Table of Contents and Policy Statements, 2003 Edition [Hand Deposition Exhibit 11] | N/A | N/A |
| PL-5580 | 2003 | Recommended Standards For Water Works – Section 4: Treatment, 2003 Edition [Hand Deposition Exhibit 12] | N/A | N/A |
| PL-5581 | December 2001 | Treating MTBE-Impacted Water Using Granular Activated Carbon Report Written for: The California MTBE Research Partnership December 2001 [Hand Deposition Exhibit 14] | N/A | N/A |

Dated: New York, New York
September 24, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ MARNIE E. RIDDLE*
VICTOR M. SHER (*pro hac vice*)
TODD E. ROBINS (*pro hac vice*)
JOSHUA G. STEIN (*pro hac vice*)
NICHOLAS G. CAMPINS (*pro hac vice*)
MARNIE E. RIDDLE (*pro hac vice*)

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*