UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/09
```

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 01898
MDL 1358 (SAS)
(M21-88)

This Document Relates To: All Cases

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Defendant Gulf Oil Limited Partnership to admit *pro hac vice* Anthony A. Orlandi, Esq., of Goodwin Procter LLP, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Anthony A. Orlandi, Esq. is hereby admitted to practice before this Court *pro hac vice* on behalf of the above named Defendant and in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of Court.

Dated: 9/25/09

_____
The Honorable Shira A. Scheindlin
United States District Judge

LIBA/2025543.1