# EXHIBIT F

Dockets.Justia.com

Case Clip(s) Detailed Report

# Robert Larkins Deposition

Tuesday, September 08, 2009, 12:55:49 AM

```
                05   recommendation we see.
                06   BY MS. EVANGELISTI:
                07        Q.   Are you saying Exxon didn't
                08   have the resources to follow that
                09   recommendation as described by Barbara
                10   Mickelson?
```

21. PAGE 439:14 TO 439:14 (RUNNING 00:00:01.677)

```
                14        A.   No, I'm not saying that.
```

22. PAGE 439:24 TO 440:09 (RUNNING 00:00:25.100)

```
                24        A.   I don't know that she
          00440:01   recommended a nationwide assessment.  She
                02   said in order to provide one, she would have
                03   to get contract help.  Nationwide meant
                04   everywhere.  We were considering addition in
                05   limited areas.  So I don't see a
                06   recommendation necessarily that we needed to
                07   start right away a nationwide assessment
                08   because we were making the decision to
                09   introduce it in a limited area.
```

23. PAGE 461:14 TO 461:21 (RUNNING 00:00:22.633)

```
                14        Q.   At the time that you approved
                15   the use of MTBE in Exxon gasoline, you were
                16   aware that that gasoline was going to be sold
                17   to and stored by entities that owned stations
                18   that did not have the resources that Exxon
                19   had in terms of addressing underground
                20   storage tanks and things of that nature; is
                21   that right?
```

24. PAGE 461:24 TO 462:02 (RUNNING 00:00:05.604)

```
                24        A.   I certainly knew that some of
          00462:01   them had less resources than Exxon.  Exxon is
                02   a very large corporation.
```

25. PAGE 467:23 TO 468:04 (RUNNING 00:00:13.247)

```
                23   BY MS. EVANGELISTI:
                24        Q.   And Exxon at that time made no
          00468:01   effort to even inform station owners that
                02   MTBE was in the gas; is that right?
                03        A.   I don't -- we didn't uninform
                04   them.  They -- MTBE was in -- in the
```

26. PAGE 477:04 TO 477:15 (RUNNING 00:00:26.565)

```
                04        Q.   So to be clear, Exxon had a
                05   choice when deciding how to address the
                06   octane issue in their gasoline as a result of
                07   the phaseout of lead, they could have used
                08   ethanol MTBE or they could have changed the
                09   base gasoline in terms of how they refined
                10   it; is that right?
                11        A.   Those are the broad
                12   alternatives, I would agree.
                13        Q.   And at that time frame, others
                14   chose to use ethanol; is that right?
                15        A.   Some.  Some did.
```