# EXHIBIT F

Case Clip(s) Detailed Report

# Robert Larkins Deposition

Tuesday, September 08, 2009, 12:55:49 AM

```
            05  recommendation we see.
            06  BY MS. EVANGELISTI:
            07       Q.   Are you saying Exxon didn't
            08  have the resources to follow that
            09  recommendation as described by Barbara
            10  Mickelson?
```

### 21. PAGE 439:14 TO 439:14 (RUNNING 00:00:01.677)

```
            14       A.   No, I'm not saying that.
```

### 22. PAGE 439:24 TO 440:09 (RUNNING 00:00:25.100)

```
            24       A.   I don't know that she
       00440:01  recommended a nationwide assessment.  She
            02  said in order to provide one, she would have
            03  to get contract help.  Nationwide meant
            04  everywhere.  We were considering addition in
            05  limited areas.  So I don't see a
            06  recommendation necessarily that we needed to
            07  start right away a nationwide assessment
            08  because we were making the decision to
            09  introduce it in a limited area.
```

### 23. PAGE 461:14 TO 461:21 (RUNNING 00:00:22.633)

```
            14       Q.   At the time that you approved
            15  the use of MTBE in Exxon gasoline, you were
            16  aware that that gasoline was going to be sold
            17  to and stored by entities that owned stations
            18  that did not have the resources that Exxon
            19  had in terms of addressing underground
            20  storage tanks and things of that nature; is
            21  that right?
```

### 24. PAGE 461:24 TO 462:02 (RUNNING 00:00:05.604)

```
            24       A.   I certainly knew that some of
       00462:01  them had less resources than Exxon.  Exxon is
            02  a very large corporation.
```

### 25. PAGE 467:23 TO 468:04 (RUNNING 00:00:13.247)

```
            23  BY MS. EVANGELISTI:
            24       Q.   And Exxon at that time made no
       00468:01  effort to even inform station owners that
            02  MTBE was in the gas; is that right?
            03       A.   I don't -- we didn't uninform
            04  them.  They -- MTBE was in -- in the
```

### 26. PAGE 477:04 TO 477:15 (RUNNING 00:00:26.565)

```
            04       Q.   So to be clear, Exxon had a
            05  choice when deciding how to address the
            06  octane issue in their gasoline as a result of
            07  the phaseout of lead, they could have used
            08  ethanol MTBE or they could have changed the
            09  base gasoline in terms of how they refined
            10  it; is that right?
            11       A.   Those are the broad
            12  alternatives, I would agree.
            13       Q.   And at that time frame, others
            14  chose to use ethanol; is that right?
            15       A.   Some.  Some did.
```