UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File No. 1:00 - 01898
Products Liability Litigation　　　　　　　　　　　MDL 1358 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　(M21-88)

---

**This Document Relates To: All Cases**

---

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Defendant Gulf Oil Limited Partnership to admit *pro hac vice* Anthony A. Orlandi, Esq., of Goodwin Procter LLP, and the request is hereby **GRANTED**.

*Exchange Place*
*Boston MA 02109*
*617-570-1000*

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Anthony A. Orlandi, Esq. is hereby admitted to practice before this Court *pro hac vice* on behalf of the above named Defendant and in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of Court.

Dated: __10/1/09__

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　The Honorable Shira A. Scheindlin
　　　　　　　　　　　　　　　　　　　　United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

In Re: Methyl Tertiary Butyl Ether ( MTBE ) Products Liability Litigation　　Doc. 2850