UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 - 01898
MDL 1358 (SAS)
(M21-88)

---

**This Document Relates To: All Cases**

---

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Defendant Gulf Oil Limited Partnership to admit *pro hac vice* Anthony A. Orlandi, Esq., of Goodwin Procter LLP, and the request is hereby **GRANTED**.   Exchange Place
                                                                                                    Boston MA 02109
                                                                                                    617-570-1000

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Anthony A. Orlandi, Esq. is hereby admitted to practice before this Court *pro hac vice* on behalf of the above named Defendant and in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of Court.

Dated: 10/1/09

*[signature]*
The Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09