# CERTIFICATE OF SERVICE

Robert J. Candella, pursuant to 28 U.S.C 1746, hereby declares under of perjury, that on the 1st day of October, 2009, I caused to be served by electronic means upon counsel for plaintiff, a true and correct copy of Exxon Mobil Defendants' Motion for Judgment as a Matter of Law, along with the Declaration, exhibits, and Memorandum in support thereof.

_____