# EXHIBIT A – Part 3

Dockets.Justia.com

# APPENDIX B

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL

| CITY OF NEW YORK | | | | |
|---|---|---|---|---|
| (24 of 31 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb)[1] | Reference in Evidentiary Record |
| 5 | 10/24/1996 | | 50 | NYC-0016847 |
| 5A | 1/23/1997 | | 50 | NYC-0016441 |
| 6 | 07/23/2003 | | 50 | NYC-0001158 |
| 6A | 06/04/2002 | | 50 | NYC-0000001 |
| 6B | 08/12/2002 | | 50 | NYC-0000001 |
| 10A | 01/29/1997 | | 50 | NYC-0000513 |
| 13 | 07/30/1996 | | 50 | NYC-0016438 |
| 23 | 06/08/2004 | | 10 | NYC-0000003 |
| 26 | 07/01/2004 | | 10 | NYC-0000003 |
| 27 | 09/15/1999 | | 50 | NYC-0000001 |
| 32 | 02/24/1998 | | 50 | NYC-0000001 |
| 33 | 04/21/2000 | | 50 | NYC-0000001 |
| 36 | 06/08/2004 | | 10 | NYC-0000003 |
| 39 | 06/29/2004 | | 10 | NYC-0000003 |
| 42 | 07/01/2004 | | 10 | NYC-0012395 |
| 45 | 06/1999 | | 50 | NYC-0012109 |
| 47 | 04/26/2000 | | 50 | NYC-0000526 |
| 48 | 02/09/1999 | | 50 | NYC-0000290 |

---

[1] Prior to December 24, 2003, the applicable MCL for MTBE was 50 ppb. Since December 24, 2003, the applicable MCL for MTBE has been 10 ppb. N.Y. COMP. CODES R. & REGS. tit. 10 § 5-1.52, Table 3 (April 2003) (amended December 24, 2003).

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| City of New York (24 of 31 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| 50 | 04/23/1997 | | 50 | NYC-0000002 |
| 50A | 09/26/1996 | | 50 | NYC-0016440 |
| 52 | 06/10/2004 | | 10 | NYC-0015337 |
| 53A | 04/23/1997 | | 50 | NYC 0000001-7 |
| 54 | 06/24/2002 | | 50 | NYC-0012077 |
| 58 | 01/23/1997 | | 50 | NYC-0000268 |

| United Water New York, Inc. (9 of 9 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| Elmwood 66 | 09/30/99 | | 50 | NY-UWNY-LAB-499 |
| Monsey 31 | 09/20/02 | | 50 | NY-UWNY-ATCH-17 |
| New City 23 | 07/15/02 | | 50 | NY-UWNY-ATCH-8 |
| Piermont 25 | 07/23/02 | | 50 | NY-UWNY-ATCH-12 |
| Pinebrook 69 | 03/13/03 | | 50 | NY-UWNY-ATCH-48 |
| Ramapo 84 | 12/26/00 | | 50 | NY-UWNY-LAB-497 |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| UNITED WATER NEW YORK, INC. (9 of 9 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| Ramapo 85 | 06/18/01 | | 50 | NY-UWNY-LAB-619 |
| Sparkill 8 | 11/16/89 | | 50 | NY-UWNY-LAB-179 |
| Tallman 26 | 02/04/99 | | 50 | NY-UWNY-LAB-51 |

| SUFFOLK COUNTY WATER AUTHORITY (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| ACKERLY POND LANE #1 | 8/7/03 | | 50 | mtbeDataAll2000To2003.xls |
| ACKERLY POND LANE #2 | 2/11/03 | | 50 | mtbeDataAll2000To2003.xls |
| ACKERLY POND LANE #3 | 7/4/03 | | 50 | mtbeDataAll2000To2003.xls |
| BANANA ST #5 | 9/23/95 | | 50 | MTBEpre2000_1.xls |
| BARTON AVE #1 | 3/21/03 | | 50 | mtbeDataAll2000To2003.xls |
| BARTON AVE #2 | 2/16/99 | | 50 | MTBEpre2000_1.xls |
| BARTON AVE #2A | 3/17/99 | | 50 | MTBEpre2000_1.xls |
| BEECHNUT AVE #1 | 10/21/96 | | 50 | MTBEpre2000_1.xls |
| BELLE ROSE AVE #1 | 7/29/02 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
|---|---|---|---|---|
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| BELLE TERRE RD #2 | 5/14/99 | | 50 | MTBEpre2000_1.xls |
| BELLMORE AVE #1 | 7/25/95 | | 50 | MTBEpre2000_1.xls |
| BELLMORE AVE #2 | 5/25/99 | | 50 | MTBEpre2000_1.xls |
| BELLMORE AVE #3 | 3/23/95 | | 50 | MTBEpre2000_1.xls |
| BELLMORE AVE #4 | 8/18/01 | | 50 | mtbeDataAll2000To2003.xls |
| BICYCLE PATH #1 | 6/8/01 | | 50 | mtbeDataAll2000To2003.xls |
| BLUE PT RD #1 | 9/20/97 | | 50 | MTBEpre2000_1.xls |
| BLUE PT RD #4 | 5/18/01 | | 50 | mtbeDataAll2000To2003.xls |
| BLUE SPRUCE LA #2A | 12/28/02 | | 50 | mtbeDataAll2000To2003.xls |
| BLUE SPRUCE LA #2B | 12/24/02 | | 50 | mtbeDataAll2000To2003.xls |
| BOYLE RD (NO) #1 | 8/9/01 | | 50 | mtbeDataAll2000To2003.xls |
| BOYLE RD (PJ) #2 | 7/29/04 | | 10 | mtbeFeb04_Mar05.xls |
| BRECKNOCK HALL #1 | 1/8/02 | | 50 | mtbeDataAll2000To2003.xls |
| BRECKNOCK HALL #2 | 5/3/02 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
| --- | --- | --- | --- | --- |
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| BRIDGEHAMPTON RD #2 | | | | |
| BRIDGEHAMPTON RD #2A | 7/1/00 | | 50 | mtbeDataAll2000To2003.xls |
| BRIDGEHAMPTON RD #3 | 7/12/89 | | 50 | MTBEpre2000_1.xls |
| BRIDGEHAMPTON RD #3A | 12/16/03 | | 50 | mtbeDataAll2000To2003.xls |
| BRIDGEHAMPTON RD #4 | 5/10/95 | | 50 | MTBEpre2000_1.xls |
| BRIDGEHAMPTON RD #5 | 7/6/00 | | 50 | mtbeDataAll2000To2003.xls |
| BROADWAY #2 | 2/23/04 | | 10 | mtbeFeb04_Mar05.xls |
| BROADWAY #3 | 2/03/00 | | 50 | mtbeDataAll2000To2003.xls |
| CEDAR CT #1 | 4/9/96 | | 50 | MTBEpre2000_1.xls |
| CHURCH ST (BHMA) #1 | 10/10/89 | | 50 | MTBEpre2000_1.xls |
| CHURCH ST (BHMA) #2 | 2/9/93 | | 50 | MTBEpre2000_1.xls |
| CHURCH ST (HLBK) #1A | 8/5/03 | | 50 | mtbeDataAll2000To2003.xls |
| CHURCH ST (HLBK) #1 | 6/6/91 | | 50 | MTBEpre2000_1.xls |
| CHURCH ST (HLBK) #2 | 6/19/91 | | 50 | MTBEpre2000_1.xls |
| COLLEGE RD #1 | 4/22/04 | | 10 | mtbeFeb04_Mar05.xls |
| COLLEGE RD #2 | 3/9/00 | | 50 | mtbeDataAll2000To2003.xls |