# EXHIBIT A –
# Part 4

Dockets.Justia.com

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
| --- | --- | --- | --- | --- |
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| COLLEGE RD #3 | 4/3/01 | | 50 | mtbeDataAll2000To2003.xls |
| COMMERCIAL BLVD #1 | 1/8/03 | | 50 | mtbeDataAll2000To2003.xls |
| COMMERCIAL BLVD #2 | 4/16/03 | | 50 | mtbeDataAll2000To2003.xls |
| COMMERCIAL BLVD #3 | 9/1/04 | | 10 | mtbeFeb04_Mar05.xls |
| COUNTY RD 31 #2 | 8/12/03 | | 50 | mtbeDataAll2000To2003.xls |
| CRYSTAL BROOK HLW #1 | 8/3/04 | | 10 | mtbeFeb04_Mar05.xls |
| CRYSTAL BROOK HLW #2 | 9/6/04 | | 10 | mtbeFeb04_Mar05.xls |
| CRYSTAL BROOK HLW #3 | 8/4/04 | | 10 | mtbeFeb04_Mar05.xls |
| DARE RD #1 | 8/24/04 | | 10 | mtbeFeb04_Mar05.xls |
| DARE RD #3 | 12/13/04 | | 10 | mtbeFeb04_Mar05.xls |
| DIVISION ST #2 | 1/4/03 | | 50 | mtbeDataAll2000To2003.xls |
| DOUGLAS AVE #1 | 5/18/02 | | 50 | mtbeDataAll2000To2003.xls |
| EAST FORKS RD #4 | 12/24/02 | | 50 | mtbeDataAll2000To2003.xls |
| EAST FORKS RD #5 | 4/25/00 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| EASTON ST #2 | 12/14/97 | | 50 | MTBEpre2000_1.xls |
| EASTWOOD BLVD #1A | 3/25/98 | | 50 | MTBEpre2000_1.xls |
| EDGEMERE ST #1B | 6/22/03 | | 50 | mtbeDataAll2000To2003.xls |
| FAIRMONT AVE #1A | 7/1/04 | | 10 | mtbeFeb04_Mar05.xls |
| FAIRMOUNT AVE #1 | 10/11/04 | | 10 | mtbeFeb04_Mar05.xls |
| FAIRMOUNT AVE #3 | 1/6/02 | | 50 | mtbeDataAll2000To2003.xls |
| FALCON DR #1 | 1/1/03 | | 50 | mtbeDataAll2000To2003.xls |
| FALCON DR #2A | 5/16/02 | | 50 | mtbeDataAll2000To2003.xls |
| FALCON DR #2B | 5/17/02 | | 50 | mtbeDataAll2000To2003.xls |
| FARRINGTON RD #18 | 11/22/01 | | 50 | mtbeDataAll2000To2003.xls |
| FARRINGTON RD #1A | 12/6/03 | | 50 | mtbeDataAll2000To2003.xls |
| FARRINGTON RD #2 | 2/7/05 | | 10 | mtbeFeb04_Mar05.xls |
| FARRINGTON RD #3 | 7/22/02 | | 50 | mtbeDataAll2000To2003.xls |
| FIREMANS PARK #1 | 10/5/02 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| Suffolk County Water Authority (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| FLINT LA #1 | 12/5/00 | | 50 | mtbeDataAll2000To2003.xls |
| FLINT LA #2 | 2/13/01 | | 50 | mtbeDataAll2000To2003.xls |
| FLOWER HILL RD #2 | 8/9/96 | | 50 | MTBEpre2000_1.xls |
| FOXCROFT LA #1 | 6/4/02 | | 50 | mtbeDataAll2000To2003.xls |
| FOXCROFT LA #2 | 5/16/02 | | 50 | mtbeDataAll2000To2003.xls |
| GREENBELT PKWY #1 | 7/8/99 | | 50 | MTBEpre2000_1.xls |
| GUN CLUB RD #3 | 12/19/01 | | 50 | mtbeDataAll2000To2003.xls |
| HALLOCK AVE #2 | 4/8/03 | | 50 | mtbeDataAll2000To2003.xls |
| HAWKINS RD #2 | 4/14/01 | | 50 | mtbeDataAll2000To2003.xls |
| HAWKINS RD #3 | 2/7/00 | | 50 | mtbeDataAll2000To2003.xls |
| HEAD OF NECK RD #1 | 4/8/92 | | 50 | MTBEpre2000_1.xls |
| HEAD OF NECK RD #2 | 2/1/91 | | 50 | MTBEpre2000_1.xls |
| HENRY CLAY DR #1 | 11/13/93 | | 50 | MTBEpre2000_1.xls |
| HENRY CLAY DR #2 | 12/6/93 | | 50 | MTBEpre2000_1.xls |
| HOLLYWOOD PL #1 | 5/18/02 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
|---|---|---|---|---|
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| HORSEBLOCK RD #1 | 5/25/00 | | 50 | mtbeDataAll2000To2003.xls |
| HORSEBLOCK RD #2 | 1/16/95 | | 50 | MTBEpre2000_1.xls |
| HURTIN BLVD #3 | 12/24/02 | | 50 | mtbeDataAll2000To2003.xls |
| INLET DR #1A | 8/10/04 | | 10 | mtbeFeb04_Mar05.xls |
| INLET DR #2 | 7/15/95 | | 50 | MTBEpre2000_1.xls |
| INLET DR #2A | 1/18/05 | | 10 | mtbeFeb04_Mar05.xls |
| ISLANDS END #8 | 6/12/01 | | 50 | mtbeDataAll2000To2003.xls |
| JAYNE BLVD #1 | 5/15/02 | | 50 | mtbeDataAll2000To2003.xls |
| JAYNE BLVD #3 | 10/02/01 | | 50 | mtbeDataAll2000To2003.xls |
| KAYRON DR #1 | 10/28/02 | | 50 | mtbeDataAll2000To2003.xls |
| KAYRON DR #1A | 9/4/02 | | 50 | mtbeDataAll2000To2003.xls |
| KINGS PARK #1A | 3/14/05 | | 10 | mtbeFeb04_Mar05.xls |
| KINGS PARK #2 | 1/1/03 | | 50 | mtbeDataAll2000To2003.xls |
| KNIGHT ST #6 | 9/12/04 | | 10 | mtbeFeb04_Mar05.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| LAKEVIEW AVE #1 | 5/17/02 | | 50 | mtbeDataAll2000To2003.xls |
| LAKEVIEW AVE #2 | 9/14/01 | | 50 | mtbeDataAll2000To2003.xls |
| LAUREL LAKE #3 | 7/12/02 | | 50 | mtbeDataAll2000To2003.xls |
| LAWRENCE RD #1 | 3/12/97 | | 50 | MTBEpre2000_1.xls |
| LIBERTY ST #1 | 5/8/01 | | 50 | mtbeDataAll2000To2003.xls |
| LIBERTY ST #2 | 9/4/93 | | 50 | MTBEpre2000_1.xls |
| LIBERTY ST #3 | 5/10/00 | | 50 | mtbeDataAll2000To2003.xls |
| LINCOLN AVE #1 | 6/25/01 | | 50 | mtbeDataAll2000To2003.xls |
| LINCOLN AVE #3 | 6/13/02 | | 50 | mtbeDataAll2000To2003.xls |
| LOCUST AVE #2 | 5/22/01 | | 50 | mtbeDataAll2000To2003.xls |
| LOCUST AVE #3 | 9/2/93 | | 50 | MTBEpre2000_1.xls |
| LOCUST DR #1 | 10/5/96 | | 50 | MTBEpre2000_1.xls |
| LOCUST DR #2 | 8/28/01 | | 50 | mtbeDataAll2000To2003.xls |
| LONG SPRINGS RD #1 | 9/15/96 | | 50 | MTBEpre2000_1.xls |
| LONG SPRINGS RD #1A | 3/14/01 | | 50 | mtbeDataAll2000To2003.xls |