# EXHIBIT A – Part 5

Dockets.Justia.com

# APPENDIX B

## NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| Suffolk County Water Authority (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| MAIN BAYVIEW RD #1 | 4/17/00 | | 50 | mtbeDataAll2000To2003.xls |
| MAIN BAYVIEW RD #2 | 7/13/00 | | 50 | mtbeDataAll2000To2003.xls |
| MAIN BAYVIEW RD #3 | 5/14/00 | | 50 | mtbeDataAll2000To2003.xls |
| MAPLE AVE #1 | 1/5/03 | | 50 | mtbeDataAll2000To2003.xls |
| MAPLE AVE #2 | | | | |
| MCKAY RD #1 | 5/19/02 | | 50 | mtbeDataAll2000To2003.xls |
| MEEHAN LA #1 | 2/13/03 | | 50 | mtbeDataAll2000To2003.xls |
| MEEHAN LA #1A | 12/18/04 | | 10 | mtbeFeb04_Mar05.xls |
| MEEHAN LA #2 | 5/13/02 | | 50 | mtbeDataAll2000To2003.xls |
| MIDDLE RD (SOUTHOLD) #1 | 7/13/01 | | 50 | mtbeDataAll2000To2003.xls |
| MIDDLEVILLE RD #2 | 11/5/00 | | 50 | mtbeDataAll2000To2003.xls |
| MOFFITT BLVD #1 | 8/24/99 | | 50 | MTBEpre2000_1.xls |
| MOFFITT BLVD #2 | 1/12/95 | | 50 | MTBEpre2000_2.xls |
| MONTAUK HWY #1A | 6/15/00 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
|---|---|---|---|---|
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| MONTAUK PT ST BLVD #1 | 6/6/02 | | 50 | mtbeDataAll2000To2003.xls |
| MONTAUK PT ST BLVD #1A | 7/15/04 | | 10 | mtbeFeb04_Mar05.xls |
| MORRIS AVE #1 | 5/15/99 | | 50 | MTBEpre2000_1.xls |
| MORRIS AVE #2 | 7/17/99 | | 50 | MTBEpre2000_1.xls |
| MORRIS AVE #3 | 11/17/98 | | 50 | MTBEpre2000_1.xls |
| MORRIS AVE #4 | 7/23/02 | | 50 | mtbeDataAll2000To2003.xls |
| MT SINAI-CORAM RD #1 | 8/8/02 | | 50 | mtbeDataAll2000To2003.xls |
| NEW YORK AVE #3 | 12/27/00 | | 50 | mtbeDataAll2000To2003.xls |
| NICOLLS RD #1 | 9/19/03 | | 50 | mtbeDataAll2000To2003.xls |
| NICOLLS RD #2 | 5/12/98 | | 50 | MTBEpre2000_1.xls |
| NICOLLS RD #3 | 7/21/01 | | 50 | mtbeDataAll2000To2003.xls |
| NORTH COUNTRY RD #3 | 11/11/01 | | 50 | mtbeDataAll2000To2003.xls |
| NORTH FLAMINGO AVE #1 | 8/5/03 | | 50 | mtbeDataAll2000To2003.xls |
| NORTH MAGEE ST #1 | 10/6/01 | | 50 | mtbeDataAll2000To2003.xls |
| NORTH MAGEE ST #2 | 4/7/02 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY | | | | |
|---|---|---|---|---|
| (213 of 219 wells) | | | | |
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| NORTH MAGEE ST #3 | 2/1/02 | | 50 | mtbeDataAll2000To2003.xls |
| NORTH RD #1 | 8/28/98 | | 50 | MTBEpre2000_1.xls |
| OAK ST #1 | 5/19/02 | | 50 | mtbeDataAll2000To2003.xls |
| OAK ST #2 | 9/1/04 | | 10 | mtbeFeb04_Mar05.xls |
| OAK ST #3 | 5/14/02 | | 50 | mtbeDataAll2000To2003.xls |
| OLD COUNTRY RD #1 | 7/15/94 | | 50 | MTBEpre2000_1.xls |
| OLD COUNTRY RD #1A | 6/14/99 | | 50 | MTBEpre2000_1.xls |
| OLD COUNTRY RD #2 | 1/15/97 | | 50 | MTBEpre2000_1.xls |
| OLD COUNTRY RD #3 | 9/17/96 | | 50 | MTBEpre2000_1.xls |
| OLD COUNTRY RD #4 | 11/21/97 | | 50 | MTBEpre2000_1.xls |
| OLD NECK RD #2 | 10/20/04 | | 10 | mtbeFeb04_Mar05.xls |
| OLD NORTH RD #2 | 4/3/04 | | 10 | mtbeFeb04_Mar05.xls |
| OVAL DR #1 | 8/8/99 | | 50 | MTBEpre2000_1.xls |
| OVAL DR #2 | 4/16/99 | | 50 | MTBEpre2000_1.xls |
| OVAL DR #3 | 3/24/95 | | 50 | MTBEpre2000_1.xls |
| OVAL DR #4 | 1/25/04 | | 10 | mtbeFeb04_Mar05.xls |
| OXHEAD RD #1A | 9/5/03 | | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| Suffolk County Water Authority (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| PATCHOGUE YAPHANK RD #1 | 5/20/97 | | 50 | MTBEpre2000_1.xls |
| PATCHOGUE YAPHANK RD #2 | 6/21/97 | | 50 | MTBEpre2000_1.xls |
| PIERSON ST #1 | 5/15/01 | | 50 | mtbeDataAll2000To2003.xls |
| PIERSON ST #2 | 1/20/01 | | 50 | mtbeDataAll2000To2003.xls |
| PLEASANT AVE #1 | 5/18/02 | | 50 | mtbeDataAll2000To2003.xls |
| PLEASANT AVE #2 | 10/26/96 | | 50 | MTBEpre2000_1.xls |
| PLYMOUTH ST #1 | 1/31/03 | | 50 | mtbeDataAll2000To2003.xls |
| PLYMOUTH ST #1A | 8/15/04 | | 10 | mtbeFeb04_Mar05.xls |
| PLYMOUTH ST #2A | 1/6/03 | | 50 | mtbeDataAll2000To2003.xls |
| PRINCE ST #2 | 6/28/96 | | 50 | MTBEpre2000_1.xls |
| RACE AVE #1 | 8/7/02 | | 50 | mtbeDataAll2000To2003.xls |
| RACE AVE #2 | 6/23/01 | | 50 | MTBEpre2000_1.xls |
| RADIO AVE #1 | 2/15/03 | | 50 | mtbeDataAll2000To2003.xls |
| SAMUEL ST #3 | 5/23/89 | | 50 | MTBEpre2000_1.xls |
| SCHUYLER DR #1 | 5/19/02 | | 50 | mtbeDataAll2000To2003.xls |