# EXHIBIT A – Part 6

Dockets.Justia.com

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| SCHUYLER DR #2 | 5/19/02 | | 50 | mtbeDataAll2000To2003.xls |
| SHERRY DR #1 | 11/12/03 | | 50 | mtbeDataAll2000To2003.xls |
| SOUTH FULTON DR #1 | 8/7/03 | | 50 | mtbeDataAll2000To2003.xls |
| SPRING CLOSE HWY #1 | 4/6/02 | | 50 | mtbeDataAll2000To2003.xls |
| SPRING CLOSE HWY #1A | 1/4/03 | | 50 | mtbeDataAll2000To2003.xls |
| STATION RD #1A | 1/3/03 | | 50 | mtbeDataAll2000To2003.xls |
| STATION RD #2 | 8/30/97 | | 50 | MTBEpre2000_1.xls |
| STATION RD #2A | 10/07/97 | | 50 | MTBEpre2000_1.xls |
| STATION RD #3 | 9/26/94 | | 50 | MTBEpre2000_1.xls |
| STATION RD #3A | 1/6/03 | | 50 | mtbeDataAll2000To2003.xls |
| STEM LA #1 | 12/9/02 | | 50 | mtbeDataAll2000To2003.xls |
| STRATHMORE CT #1 | 5/16/02 | | 50 | mtbeDataAll2000To2003.xls |
| STRATHMORE CT #2 | 6/15/04 | | 10 | mtbeFeb04_Mar05.xls |
| STRATHMORE CT #3 | 1/25/05 | | 10 | mtbeFeb04_Mar05.xls |
| SY CT #3 | 2/2/94 | | 50 | MTBEpre2000_1.xls |

| Suffolk County Water Authority (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| SY CT #4 | 7/26/04 | | 10 | mtbeFeb04_Mar05.xls |
| TENETY AVE #1 | 2/8/90 | | 50 | MTBEpre2000_1.xls |
| TOWER HILL RD #3 | 7/9/02 | | 50 | mtbeDataAll2000To2003.xls |
| TOWN LINE RD #1 | 5/19/02 | | 50 | mtbeDataAll2000To2003.xls |
| TOWN LINE RD #2 | 6/13/03 | | 50 | mtbeDataAll2000To2003.xls |
| TOWN LINE RD (EH) #1 | 10/24/03 | | 50 | mtbeDataAll2000To2003.xls |
| TOWN LINE RD (EH) #2 | 12/2/03 | | 50 | mtbeDataAll2000To2003.xls |
| VIRGINIA AVE #1 | 1/9/03 | | 50 | mtbeDataAll2000To2003.xls |
| VIRGINIA AVE #2 | 2/23/02 | | 50 | mtbeDataAll2000To2003.xls |
| WASHINGTON ST #2A | 6/24/99 | | 50 | MTBEpre2000_1.xls |
| WATER RD #1 | 6/22/94 | | 50 | MTBEpre2000_1.xls |
| WATER RD #3 | 3/13/03 | | 50 | mtbeDataAll2000To2003.xls |
| WATERSIDE RD #1 | 7/30/02 | | 50 | mtbeDataAll2000To2003.xls |
| WATERSIDE RD #2 | 5/28/00 | | 50 | mtbeDataAll2000To2003.xls |
| WEST BROADWAY #3 | 6/14/97 | | 50 | MTBEpre2000_1.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| SUFFOLK COUNTY WATER AUTHORITY (213 of 219 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| WEST PROSPECT ST #1 | 12/20/02 | [redacted] | 50 | mtbeDataAll2000To2003.xls |
| WHEAT PATH #1 | 3/12/01 | [redacted] | 50 | mtbeDataAll2000To2003.xls |
| WHEAT PATH #2 | 4/27/04 | [redacted] | 10 | mtbeFeb04_Mar05.xls |
| WHEAT PATH #3 | 9/7/04 | [redacted] | 10 | mtbeFeb04_Mar05.xls |
| WHEELER RD #2 | 8/5/96 | [redacted] | 50 | MTBEpre2000_1.xls |
| WHEELER RD #3 | 9/12/99 | [redacted] | 50 | MTBEpre2000_1.xls |
| WHEELER RD #4 | 7/14/97 | [redacted] | 50 | MTBEpre2000_1.xls |
| WICKS RD #1 | 10/13/00 | [redacted] | 50 | mtbeDataAll2000To2003.xls |
| WICKS RD #3 | 7/27/01 | [redacted] | 50 | mtbeDataAll2000To2003.xls |
| WOODCHUCK HOLLOW RD #1 | 7/1/97 | [redacted] | 50 | MTBEpre2000_1.xls |
| WOODCHUCK HOLLOW RD #1A | 4/22/03 | [redacted] | 50 | mtbeDataAll2000To2003.xls |

# APPENDIX B

# NO MTBE DETECTION EVER ABOVE THE APPLICABLE MCL
*(continued)*

| COUNTY OF SUFFOLK (5 of 5 wells) | | | | |
|---|---|---|---|---|
| Well | Date of Highest Reported Detection | Highest Reported Detection (ppb) | Applicable MCL (ppb) | Reference in Evidentiary Record |
| Cathedral Pines County Park | 4/28/04 | | 10 | Database of other Contaminants – County of Suffolk |
| Cedar Point County Park | 5/24/00 | | 50 | Database of other Contaminants – County of Suffolk |
| South Haven County Park | 5/28/96 | | 50 | Database of other Contaminants – County of Suffolk |
| Theodore Roosevelt County Park | 5/4/04 | | 10 | Database of other Contaminants – County of Suffolk |
| Prosser Pines County Park | | | | Database of other Contaminants – County of Suffolk |