

CONFIDENTIAL SETTLEMENT DOCUMENT
SUBJECT TO FEDERAL RULE OF EVIDENCE 408

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to: | ORDER OF DISMISSAL WITH PREJUDICE |
| *Basso, et al. v. Sunoco, Inc., et al.*, 03 Civ. 9050 ; and<br><br>*Tonneson, et al. v. Sunoco, Inc., et al.*, 03 Civ. 8248 | |

Defendants Mobil Corporation and Exxon Mobil Corporation f/k/a Exxon Corporation (collectively, "ExxonMobil") and Favre Bros. Land, Inc., LeRoy Favre and David Favre have advised the Court that they have resolved the matters between them and now move without opposition for the entry of this agreed upon dismissal of all claims in the above-entitled matters, between Favre Bros. Land, Inc., LeRoy Favre, David Favre and ExxonMobil with prejudice.

The Court finds that the motion for dismissal should be granted and that:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. ExxonMobil and Favre Bros. Land, Inc., LeRoy Favre and David Favre have advised the Court that they have resolved the matters between them.

2. No other parties have objected to the dismissal of the above-referenced claims.

4. Therefore, all claims in the above-entitled matters, between Favre Bros. Land, Inc., LeRoy Favre, David Favre and ExxonMobil are hereby dismissed with prejudice.



ENTERED this __1__ day of __Oct__, 2009:

_____

Honorable Shira A. Scheindlin