USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE")<br><br>This document relates to:<br><br>Basso, et al. v. Sunoco, Inc., et al., 03 Civ. 9050; and<br>Tonneson, et al. v. Sunoco, Inc., et al., 03 Civ. 8248 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

Exxon Mobil Corporation and Defendants Favre Bros. Land, Inc., LeRoy Favre and David Favre in the above-captioned actions hereby advise the Court that they have resolved the matters between them and have agreed to the entry of the attached Orders of Dismissal of any and all claims between Favre Bros. Land, Inc., LeRoy Favre, David Favre and Exxon Mobil Corporation, as indicated by the signatures of the respective counsel below. The Parties further agree and stipulate that a facsimile copy of this Stipulation shall have the same force and effect as an original.

McDERMOTT WILL & EMERY LLP

By: _____ Date 3/24/09
Stephen Riccardulli
340 Madison Avenue
New York, New York 10173
(212) 547-5392
Attorneys for Defendants
Mobil Corporation, Exxon Mobil Corporation f/k/a
Exxon Corporation, and Exxon Mobil Corporation

So Ordered.
[signature]
USDJ
10/1/09

RAPPORT, MEYERS, WHITBECK, SHAW
& RODENHAUSEN, LLP

By: _____ Date: 7/20/09
      Kerri L. Yamashita
      35 Main Street, Suite 541
      Poughkeepsie, New York 12601
      (845) 473-7766
      Attorneys for Favre Bros. Land, Inc., LeRoy Favre
      and David Favre