**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

---------------------------------------------------------------------- x

# DECLARATION OF MARNIE E. RIDDLE WITH EXHIBITS IN OPPOSITION TO EXXONMOBIL DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Marnie E. Riddle, an attorney duly admitted to appear in this case, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff City of New York ("the City") in the above-captioned matter. I respectfully submit this Declaration in opposition to ExxonMobil Defendants' Motion for Judgment as a Matter of Law (hereinafter "Motion"). This Declaration authenticates the exhibit attached hereto and relied on in the City's Opposition to Defendants' Motion. Copies of the exhibit appended hereto were made at my direction on or around October 6, 2009.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the most recent version of the Amended Jury Charge, Phase III in the above-captioned case.

On this 6th day of October, 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: New York, NY  
       October 6, 2009

/s/ *Marnie E. Riddle*  
Marnie E. Riddle  
Sher Leff LLP  
450 Mission Street, Suite 400  
San Francisco, CA 94105  
Telephone: (415) 348-8300  
Facsimile: (415) 348-8333  
E-Mail: mriddle@sherleff.com

*Attorney for Plaintiff City of New York*