**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |

**This document relates to the following case:**

*City of New York v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

**DECLARATION OF MARNIE E. RIDDLE WITH EXHIBITS IN OPPOSITION TO EXXONMOBIL DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Marnie E. Riddle, an attorney duly admitted to appear in this case, hereby declares under penalty of perjury:

1.  I am an attorney with the law firm of Sher Leff LLP, counsel for Plaintiff City of New York ("the City") in the above-captioned matter. I respectfully submit this Declaration in opposition to ExxonMobil Defendants' Motion for Judgment as a Matter of Law (hereinafter "Motion"). This Declaration authenticates the exhibit attached hereto and relied on in the City's Opposition to Defendants' Motion. Copies of the exhibit appended hereto were made at my direction on or around October 6, 2009.

2.  Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the most recent version of the Amended Jury Charge, Phase III in the above-captioned case.

On this 6th day of October, 2009, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated:  New York, NY  　　　　　　　　/s/ *Marnie E. Riddle*
　　　　October 6, 2009　　　　　　　　Marnie E. Riddle
　　　　　　　　　　　　　　　　　　　　Sher Leff LLP
　　　　　　　　　　　　　　　　　　　　450 Mission Street, Suite 400
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　Telephone:  (415) 348-8300
　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 348-8333
　　　　　　　　　　　　　　　　　　　　E-Mail:  mriddle@sherleff.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff City of New York*