UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*City of New York v. Amerada Hess Corp., et al.*<br>Case No. 04 Civ. 3417 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### NOTICE OF EXXON MOBIL CORPORATION'S MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF MR. BURKE IN PHASE IV

PLEASE TAKE NOTICE that Exxon Mobil Corporation hereby moves before the Honorable Shira A. Scheindlin, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for a ruling precluding Mr. Bruce Burke from testifying in Phase IV. The motion is based upon the Memorandum of Law filed concurrently herewith, and any reply brief or oral argument that may be submitted or made in support of this motion.

October 13, 2009
New York, New York

*[signature]*
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lauren E. Handel
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5400

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108

*Counsel for Exxon Mobil Corporation*