# Attachment A – Part 2

Confidential - Per 2004 MDL 1358 Order

Page 46

1  time discuss or disclose any opinions
2  relative to the shipment of product on
3  the Kinder Morgan pipeline system for
4  northern California?
5       A. No, I did not.
6       Q. At any point in time did
7  you disclose in the reports you prepared
8  in this case, Exhibits 5, 6, and 7, any
9  opinions relative to the distribution of
10 petroleum products, including gasoline
11 with MTBE, on the Kinder Morgan pipeline
12 system for southern California?
13      A. No, I did not.
14      Q. With respect to the work
15 that you've done in this case and the
16 reports that you've prepared, Exhibits
17 5, 6, and 7, did you ever disclose any
18 opinions relative to the relative rank
19 of Exxon and Mobil in sales of motor
20 fuels in the United States for the
21 period 1985 to 2003 in those reports?
22      A. No, I did not.
23      Q. With regard to the opinions
24 that you expressed in this case, did you

Page 47

1  at any time express any opinions about
2  the refining and distribution of
3  gasoline in California by Exxon and
4  Mobil during the period 1985 to 2003?
5       MS. AMRON: I'm just -- I'm
6  going to object on the grounds of
7  vague. Are you talking about the
8  opinions in his reports?
9       MR. STACK: I will rephrase
10 it.
11 BY MR. STACK:
12      Q. With regard to the reports
13 that you authored, Exhibits 5, 6, and 7,
14 did you express any opinions in those
15 reports relative to the refining of
16 gasoline by Exxon and Mobil in
17 California, including the period 1985
18 through 2003?
19      A. No, I did not.
20      Q. Now, prior to the year
21 2000, were Exxon and Mobil competitors
22 in the sale of motor fuels?
23      A. I would agree with that,
24 yes.

Page 48

1       Q. And with regard to the
2  ranking of Mobil during the period from
3  1985 to 2000, can you tell us what the
4  rank was for Mobil for sales of
5  petroleum products including gasoline?
6       MS. AMRON: Objection. Are
7  you talking national or some other area?
8       MR. STACK: I will rephrase
9  the question.
10 BY MR. STACK:
11      Q. You have provided national
12 ranking in the testimony you have given
13 here for certain statistics. With
14 regard to national ranking of Mobil Oil
15 prior to 2000, can you tell the jury in
16 this case what their ranking was?
17      A. For just Mobil during that
18 time period, Mobil would have been in, I
19 would say, the top five.
20      Q. Can you tell us
21 specifically what their rank was?
22      A. I could not.
23      Q. Can you tell us how much
24 gasoline Mobil marketed from 1985 to

Page 49

1  2000 which was reformulated gasoline?
2       A. Again, nationally?
3       Q. Yes, sir.
4       A. No, I could not.
5       Q. Can you tell the jury in
6  this case how Mobil stacked up against
7  its competitors for refining gasoline
8  with RFG when compared to other refining
9  companies?
10      A. Sorry. How do you mean
11 "stacked up"?
12      Q. Yes, sir. When you compare
13 Mobil as a refiner of reformulated
14 gasoline to other refiners, can you tell
15 us how they were ranked, how they
16 stacked up against their competition?
17      A. From a volume point of
18 view, you mean?
19      Q. Whatever. Percentage of
20 market, volume, whatever you choose.
21      MS. AMRON: Objection, vague
22 and compound.
23      A. I cannot give a specific
24 percentage or market share for them, no.

13 (Pages 46 to 49)

Confidential - Per 2004 MDL 1358 Order

Page 50

1    Q. With regard to the refining
2 of reformulated gasoline, can you tell
3 the jury how Exxon was ranked in
4 refining gasoline for reformulated fuel
5 blends when compared to its competitors
6 in the period from 1985 up through 2000?
7    A. Well, I would say Exxon,
8 similar to Mobil during that time
9 period, would generally have been ranked
10 in the top five for total --
11   Q. Can you tell us
12 specifically what the rank is?
13       MS. AMRON: Mr. Stack, can
14 you let the witness finish?
15       MR. STACK: I thought he was
16 finished. I'm sorry. There's a delay
17 on the phone. I apologize.
18       THE WITNESS: No problem. I
19 was saying that during that time period
20 Exxon, similar to Mobil, would have been
21 ranked typically in the top five in the
22 country for total gasoline sales.
23       I cannot tell you what each
24 year the ranking was because they would

Page 51

1 move around a bit for both companies and
2 they are competitors.
3       As far as the reformulated
4 gasoline share, I cannot specifically
5 tell you what the ranking was.
6    Q. With respect to your
7 professional work, have you ever worked
8 directly for Exxon pertaining to its
9 refining operations in California?
10   A. Not that I recall.
11   Q. Have you ever worked
12 directly for Mobil pertaining to its
13 refining operations in California?
14   A. No.
15   Q. With respect to pipeline
16 companies, you indicated that you worked
17 as a consultant for some pipeline
18 companies. Have you worked directly for
19 Kinder Morgan?
20   A. I have not.
21   Q. Have you worked directly
22 for the Santa Fe pipeline company?
23   A. No.
24   Q. Have you ever worked as a

Page 52

1 consultant directly for the Yellowstone
2 pipeline company?
3    A. I have not.
4    Q. Have you ever worked
5 directly for the LaSal, capital L-A,
6 capital S-A-L, pipeline company?
7    A. I have not.
8    Q. Have you ever done any work
9 relative to the Mobil southern
10 California proprietary pipeline system?
11   A. Directly for that system,
12 no. No.
13   Q. Have you ever done any work
14 for the Mobil proprietary New England
15 pipeline system?
16   A. No.
17   Q. Have you ever done any work
18 as a consultant directly for the Exxon
19 Texas proprietary pipeline system?
20   A. I have not.
21   Q. Have you ever done any work
22 for Mobil in working as a consultant on
23 its Mid-Atlantic proprietary pipeline
24 system?

Page 53

1    A. I have not.
2    Q. Have you ever worked as a
3 consultant for the Wolverine pipeline
4 system?
5    A. I have not.
6    Q. Have you ever worked as a
7 consultant for the Badger pipeline
8 system?
9    A. I have not.
10   Q. Did you ever work as a
11 consultant directly for the Explorer
12 pipeline system?
13   A. I have not.
14   Q. Have you ever worked
15 directly for the TEPPCO pipeline system?
16   A. I have not.
17   Q. Did you ever work for
18 its -- TEPPCO's predecessor, the Texas
19 Eastern Petroleum Products Company?
20   A. I have not.
21   Q. Did you ever work for the
22 Magellan pipeline company system?
23   A. No, I have not.
24   Q. Have you ever worked as a

14 (Pages 50 to 53)

Confidential - Per 2004 MDL 1358 Order

Page 54

1  consultant directly for the William
2  Brothers pipeline system?
3      A.  No, I have not.
4      Q.  Can you tell the jury where
5  the Santa Fe pipeline system ships
6  product in the United States?
7      A.  Well, the Santa Fe pipeline
8  system you are referring to what is now
9  owned by Kinder Morgan?
10     Q.  If that's your
11 understanding, sir, yes. Can you tell
12 the jury where the Santa Fe pipeline
13 system ships product in the United
14 States?
15     A.  Well, there's two branches
16 within the Kinder Morgan California
17 common carrier system. In the northern
18 branch there's a Santa Fe pipeline
19 system, which runs from, really, San
20 Francisco across, I believe, right to
21 Reno.
22     Q.  And with regard to the
23 Santa Fe pipeline system, can you tell
24 the jury what the years of operation

Page 55

1  were for Santa Fe?
2      A.  I cannot, no.
3      Q.  With respect to the
4  Santa Fe pipeline system, can you
5  describe any other components of that
6  pipeline system other than the line that
7  extends from the San Francisco Bay area
8  to Reno?
9      A.  Well, there's a component
10 of the Santa Fe pipeline system in the
11 Kinder Morgan southern common carrier
12 system, which runs, I believe, from Los
13 Angeles through -- I can't say
14 specifically where it ends, but it is
15 basically heading eastward on that
16 system. You know, it's been
17 incorporated into those common carrier
18 systems.
19     Q.  Do you know -- and prior to
20 being incorporated into the common
21 carrier systems, do you know whether the
22 Santa Fe northern spur you described for
23 San Francisco to Reno was a common
24 carrier pipeline?

Page 56

1      A.  It was.
2      Q.  And with regard to the
3  southern spur from Los Angeles eastward,
4  do you know if that was a common carrier
5  pipeline?
6      A.  It was.
7      Q.  And do you know when Kinder
8  Morgan acquired the northern spur of the
9  Santa Fe system?
10     A.  I don't recall.
11     Q.  Can you tell the jury in
12 this case when Kinder Morgan acquired
13 the southern portion of the Santa Fe
14 system from Los Angeles to points east?
15     A.  No. Kinder Morgan has been
16 acquiring assets around the country for
17 some time. I don't recall that specific
18 date.
19     Q.  Do you know specifically
20 when Kinder Morgan took over the
21 southern spur for the Santa Fe system
22 going from Los Angeles east to Barstow
23 and thence to Phoenix?
24     A.  No, I don't.

Page 57

1      Q.  With regard to the Santa Fe
2  system, do you know what the minimum
3  batch size was for Santa Fe?
4      A.  No, I don't.
5      Q.  Do you know what the
6  practice and protocol was for tendering
7  product of specific grades to the
8  Santa Fe system?
9          MS. AMRON: Object on
10 relevance.
11     A.  I would have to look, like
12 for most pipeline systems, look at the
13 tariff information for that system where
14 it is defined. That level of detail
15 is -- that's what tariffs are for.
16     Q.  Did you review the tariffs
17 for the Santa Fe pipeline systems before
18 you appeared here to testify today?
19     A.  No.
20     Q.  Can you tell the jury in
21 this case at what locations along the
22 Santa Fe pipeline Exxon had proprietary
23 tankage for its products?
24         MS. AMRON: Objection,

15 (Pages 54 to 57)

Page 58

1 relevance.
2   A. No, I cannot say that.
3   Q. With respect to the
4 southern spur, can you tell the jury in
5 this case at what locations on the
6 Santa Fe system Mobil had proprietary
7 tankage?
8   MS. AMRON: Objection,
9 relevance.
10   A. No, I cannot say.
11   Q. With regard to the Santa Fe
12 system, do you know whether Santa Fe had
13 a distinction in its rates for shipping
14 segregated or commingled product?
15   A. Again, I have to look at
16 the tariffs where that detailed
17 information is kept, but the answer is
18 no, I don't know that.
19   Q. With regard to the LaSal
20 pipeline system, can you tell the jury
21 whether the LaSal pipeline system ships
22 motor fuels in the country?
23   A. I've not worked with the
24 LaSal pipeline system, so I cannot say.

Page 59

1   Q. With regard to the
2 Yellowstone pipeline system, can you
3 describe for the jury in what geographic
4 areas of the United States the
5 Yellowstone pipeline system ships
6 product?
7   A. It is in Montana,
8 primarily.
9   Q. And do you know with
10 respect to the Yellowstone system what
11 refineries place product into that
12 system?
13   MS. AMRON: Objection,
14 relevance.
15   A. Just trying to think. I
16 would say -- I suspect the Exxon Mobil
17 Billings refinery does. But beyond
18 that, basically I would have to look at
19 the details of the refineries which are
20 connected to them.
21   Q. In the course of your work
22 in California on a variety of
23 assignments, did you ever learn what the
24 right-of-way was for the Mobil southern

Page 60

1 California proprietary pipeline system?
2   A. No, I never -- that was
3 never a requirement, to learn that kind
4 of level of detail.
5   Q. And with regard to the
6 Torrance refinery, do you know, for the
7 years 1985 to 2000, how much product out
8 of Torrance was shipped on the Mobil
9 southern California proprietary system?
10   A. No. There's -- that's not
11 publicly available information and I
12 certainly do not have it.
13   Q. With regard to the Mobil
14 southern California proprietary system,
15 do you know if that system accepted
16 deliveries from any refinery other than
17 the Mobil Torrance refinery?
18   A. My understanding is that
19 system does act as a common carrier
20 pipeline system.
21   Q. And what do you base your
22 understanding that it's a common
23 carrier?
24   A. I think in looking at the

Page 61

1 system in the past. It was a fairly
2 high-level look. As I recall, that
3 system was common carrier.
4   Q. And can you identify for us
5 any document that shows that the Mobil
6 proprietary pipeline system in southern
7 California is a common carrier?
8   A. I cannot produce a document
9 right here, no.
10   MR. STACK: I understand
11 we're about to run out of tape, so let's
12 take a break to permit Larry to change
13 out the tape.
14   THE VIDEOGRAPHER: We're
15 going off the record. The time is
16 3:14 p.m. This is the end of tape 1 of
17 the deposition of Bruce F. Burke.
18   (Recess.)
19   THE VIDEOGRAPHER: We're
20 back on the record. The time is
21 3:17 p.m. This is the start of tape 2
22 of the deposition of Bruce F. Burke.
23 BY MR. STACK:
24   Q. Mr. Burke, have you ever

16 (Pages 58 to 61)

Confidential - Per 2004 MDL 1358 Order

Page 62

1  seen any posted tariffs for shipment of
2  product on the Mobil southern California
3  pipeline system for other parties other
4  than Mobil to ship?
5    A. I don't recall. You know,
6  I haven't looked in detail at that
7  system.
8    As I said, you know, I
9  reviewed the general shipping and
10 movement of gasoline in California. But
11 the answer is no, I can't recall the
12 specifics of the -- that system's
13 tariffs.
14   Q. With respect to Mobil's
15 proprietary pipelines, have you ever
16 reviewed any information pertaining to
17 the Mobil New England proprietary
18 pipeline system?
19   A. No, I have not.
20   Q. Do you know to what
21 geographic areas the Mobil proprietary
22 New England system distributes petroleum
23 products including gasoline?
24   A. No. I mean, I just know

Page 63

1  that it's basically a fairly limited
2  system, relatively -- maybe not from
3  Mobil's perspective, but relatively
4  minor system from a national point of
5  view. But, no, I cannot give you the
6  specific details of that system.
7    Q. And do you know whether
8  anyone other than Mobil has shipped
9  product on the Mobil New England
10 pipeline system?
11   A. I do not.
12   Q. With respect to the Mobil
13 Mid-Atlantic pipeline system, do you
14 know to what geographic areas that
15 pipeline delivers product?
16   A. No. Again, that's -- you
17 know, I have tended to focus on the
18 major common carrier systems as opposed
19 to the proprietary systems, so I cannot
20 answer that.
21   Q. With regard to the TEPPCO
22 system, do you know what geographic area
23 TEPPCO supplies product to?
24   A. It supplies up to the upper

Page 64

1  Midwest from the Gulf Coast.
2    Q. And with regard to TEPPCO,
3  do you know what, if any, of the Exxon
4  Mobil refineries you've identified ship
5  product on TEPPCO?
6    A. I would say that the Exxon
7  Mobil pipelines at the Gulf Coast, maybe
8  not directly, but through transfers on
9  either their proprietary pipelines and
10 then through to the TEPPCO pipeline,
11 would generally be shipping some product
12 on TEPPCO. However, I do not have
13 access to Exxon Mobil proprietary
14 shipping data.
15   Q. With regard to the work
16 that you did in this case, can you
17 describe which of the Exxon Mobil
18 refineries in the Gulf Coast are
19 connected to the Magellan system?
20   A. No, I did not look at that.
21   Q. And with regard to the
22 Magellan system, can you identify for
23 the jury in this case what states
24 receive petroleum products including

Page 65

1  gasoline on the Magellan system?
2    A. No, I haven't really looked
3  at the Magellan system.
4    Q. With regard to the Williams
5  Brothers pipeline system, can you
6  describe for the jury which of the Gulf
7  Coast refineries identified in your
8  reports provide product to the Williams
9  Brothers system?
10   A. No. No.
11   Q. With regard to the Williams
12 Brothers systems, can you tell the jury
13 in this case to what states it delivers
14 product?
15   A. No, I cannot say which
16 states.
17   Q. With respect to the
18 Wolverine pipeline system, can you tell
19 the jury in this case what refineries
20 operated by Exxon or Mobil may have
21 shipped product on Wolverine?
22   A. I would except that the
23 Joliet refinery would have.
24   Q. And with regard to the

17 (Pages 62 to 65)

Confidential - Per 2004 MDL 1358 Order

Page 66

1  Badger pipeline system, can you tell the
2  jury what refineries operated by Exxon
3  or Mobil may have shipped on Badger?
4      A.  No, I could not.
5      Q.  With regard to the
6  Wolverine system, do you know if the
7  Wolverine system ever shipped product
8  with MTBE?
9      A.  Well, the Wolverine system
10 is a big system.  It ships plenty of
11 gasoline and it's been in existence
12 certainly back into -- well into the
13 '90s when quite a bit of MTBE gasoline
14 was shipped around the country.  I can't
15 say for sure that it shipped MTBE
16 gasoline.  I would say that I would
17 expect that it did, though.
18     Q.  With regard to the
19 Wolverine system, can you tell the jury
20 in this case in what year they
21 established --
22         (Interruption by
23 teleconference operator.)
24         MS. AMRON: Bill?

Page 67

1         MR. STACK: Are you still
2  there?
3         MS. AMRON: Yes.
4  BY MR. STACK:
5      Q.  I will repeat the
6  question.  With regard to the Wolverine
7  system, can you tell the jury in this
8  case in what year they established
9  tariffs for reformulated blendstock
10 gasoline and eliminated any shipment of
11 MTBE?
12     A.  I cannot give you the
13 specific information.  I would assume it
14 would be in the early '90s at some point
15 when MTBE was being phased out in
16 general.
17     Q.  And with regard to the
18 pipeline systems in the Midwest, can you
19 tell the jury what Exxon Mobil
20 refineries ship on Explorer?
21     A.  I'm sorry, which ones?
22     Q.  Yes.
23     A.  Again, I would say in
24 general I would expect that the Exxon

Page 68

1  Mobil refineries at the Gulf Coast would
2  have access and would have shipped on
3  the Explorer pipeline, but, again, I
4  don't have access to those shipping
5  records.  They are proprietary and so I
6  cannot say definitively.
7      Q.  With regard to your
8  experience in the industry, can you tell
9  us whether or not Exxon ever shipped
10 gasoline with MTBE on the Santa Fe
11 pipeline?
12     A.  The Santa Fe as part of the
13 Kinder Morgan pipeline system?
14     Q.  I'm talking about the
15 Santa Fe as the Santa Fe system.  Can
16 you tell the jury in this case whether
17 Exxon in northern California shipped
18 gasoline out of Benicia on the Santa Fe
19 pipeline system which was blended with
20 MTBE?
21     A.  Well, I have said that I
22 don't know the precise date that Kinder
23 Morgan took over the Santa Fe pipeline
24 system.  The Benicia refinery was

Page 69

1  connected into the Kinder Morgan common
2  carrier -- northern common carrier
3  pipeline system and was producing MTBE
4  gasoline for distribution starting in
5  the early '90s.
6         So I can't tell you
7  specifically for the Santa Fe system
8  before it was taken over by the Kinder
9  Morgan.  I just don't have that date.
10     Q.  With regard to southern
11 California, can you tell the jury in
12 this case whether Mobil ever shipped
13 gasoline blended with MTBE on the
14 Santa Fe pipeline system?
15     A.  Again, it would be the same
16 answer.  I don't know the date when
17 ownership changed hands on the Santa Fe
18 pipeline system.  The Torrance refinery
19 was producing MTBE gasoline from the
20 early '90s, so -- and that refinery is
21 certainly tied into the Kinder Morgan
22 common carrier pipeline system.  So it
23 depends when that transfer of ownership
24 took place.  I believe Kinder Morgan

18 (Pages 66 to 69)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 70

1  bought up those pipelines in the not too
2  distant past.
3      So if -- so basically
4  subject to knowing when that transaction
5  took place, I cannot specifically answer
6  you.
7      Q. Fair to say you don't know
8  when Kinder Morgan purchased the
9  Santa Fe pipeline system?
10     A. I think I had said that,
11 yes.
12     Q. Now, with regard to the
13 Kinder Morgan system in northern
14 California, do you know for Kinder
15 Morgan what the minimum batch size is?
16     A. I would have to check their
17 tariffs. I don't.
18     Q. With regard to shipments
19 out of Benicia, do you know what the
20 minimum size was for batching tenders
21 out of this refinery to the Kinder
22 Morgan system?
23     A. No.
24     Q. Do you know where the

Page 71

1  gathering points were in the Bay area
2  for product being shipped into Kinder
3  Morgan?
4      A. Gathering points such as
5  terminals? How do you mean?
6      Q. Yes, sir. Do you know --
7  with respect to your knowledge of the
8  Kinder Morgan system, can you identify
9  for the jury in this case what are the
10 specific gathering points for
11 accumulation of product for shipment on
12 the system?
13     A. No, that wasn't required
14 for me to know that level of detail, so
15 I couldn't tell you.
16     Q. Do you know with regard to
17 the Benicia refinery if it directly
18 injects product into the pipeline for
19 batching and shipments on Kinder Morgan?
20     A. I don't know.
21     Q. With regard to the Kinder
22 Morgan pipeline system, do you know if
23 Exxon is the sole shipper on the Chico
24 to Reno line?

Page 72

1      A. I do not know. No, I don't
2  know.
3      Q. With regard to shipping
4  logistics, have you ever done any
5  research specifically with regard to
6  shipping logistics to determine that all
7  the product shipped on Kinder Morgan's
8  northern system is commingled?
9          MS. AMRON: Objection,
10 vague.
11     A. No, I have not.
12     Q. With regard to the Kinder
13 Morgan system, do you know -- has Exxon
14 maintained proprietary tankage along the
15 Kinder Morgan system in the period from
16 1992 to 2003?
17         MS. AMRON: Objection. Any
18 Kinder Morgan system?
19 BY MR. STACK:
20     Q. With regard to northern
21 California, for those of us who don't
22 follow the line of questioning -- with
23 regard to northern California, do you
24 know if Exxon maintains proprietary

Page 73

1  terminals and tankage along the Kinder
2  Morgan northern system?
3          MS. AMRON: Objection,
4  argumentative.
5      A. I don't know the specific
6  details of Exxon Mobil's terminaling
7  assets --
8      Q. With regard to --
9      A. -- along that system.
10     Q. With regard to the Kinder
11 Morgan system in Southern California,
12 can you tell the jury in this case what
13 the minimum batch size is?
14     A. No. Again, I would need to
15 check the tariffs for that.
16     Q. With regard to the
17 shipments onto the Kinder Morgan system
18 in southern California, can you tell the
19 jury where the gathering points are?
20         MS. AMRON: Objection,
21 vague.
22     A. No, I would not be able to
23 name them directly.
24     Q. With regard to the Kinder

19 (Pages 70 to 73)

Page 74

1  Morgan system in southern California, do
2  you know if the Torrance refinery has
3  direct injection into the system?
4      A.  Could you explain what you
5  mean by "direct injection"? You mean
6  pipeline to pipeline? How do you mean?
7      Q.  With respect to your
8  understanding and your work in the
9  industry, do you have an understanding
10 of what the term "direct injection"
11 means when referring to product being
12 shipped from a refinery into a pipeline
13 system?
14     MS. AMRON: Objection, vague
15 and argumentative.
16     A.  I don't know if Torrance
17 has that capability.
18     Q.  With respect to direct
19 injection, what do you understand that
20 term to mean relative to shipment of
21 gasoline from a refinery to a pipeline?
22     MS. AMRON: Objection, vague
23 and argumentative.
24     A.  Direct injection would be a

Page 75

1  pipeline basically directly connected up
2  to the receiving common carrier pipeline
3  as opposed to going into a -- into
4  tankage prior to being put into the
5  common carrier pipeline.
6      Q.  With respect to the Kinder
7  Morgan southern California system, did
8  you conduct an analysis of that system
9  at any point in your career relative to
10 shipping logistics to determine what
11 percentage of gasoline product shipped
12 on Kinder Morgan was commingled?
13     A.  I have not, but when I have
14 looked at it, I've established that
15 commingling is the common mode of
16 shipping on there.
17     Q.  With respect to the
18 specific pipeline we're talking about,
19 the southern California Kinder Morgan
20 system, have you ever undertaken any
21 analysis in your professional experience
22 to determine what percentage of gasoline
23 shipments on that system are commingled?
24     MS. AMRON: Objection, asked

Page 76

1  and answered.
2      A.  No, I have not.
3      Q.  With regard to the
4  refineries that you identified in the
5  Exxon Mobil refinery system, with
6  respect to the refineries you indicated
7  that they each, I believe the term you
8  used, had specific refining output
9  depending upon the configuration of the
10 refinery; am I correct?
11     A.  I'm not sure I follow the
12 question. Sorry.
13     Q.  In answering a question
14 about capacity which was objected to,
15 you answered saying each refinery has
16 specific production of barrels of
17 gasoline per barrels of crude
18 processed. Do you recall that
19 testimony?
20     A.  Right. That was in
21 reference to is capacity a good
22 indicator of relative production of
23 gasoline.
24     Q.  Now, let's start with the

Page 77

1  Benicia refinery. The Benicia
2  refinery -- first of all, do the
3  products produced at Benicia vary
4  seasonally?
5      A.  I'm sure they do.
6      MS. AMRON: Objection, for
7  lack of time frame.
8      Q.  And with regard to the
9  Benicia refinery during the period it
10 was owned by Exxon, can you tell the
11 jury how the seasonal output of the
12 refinery varied?
13     A.  Well, I cannot say
14 specifically for Benicia because I've
15 not looked specifically at the records
16 for Benicia, but I can give you the sort
17 of common trend for the refineries in
18 the U.S. in terms of the seasonal shifts
19 in output.
20     Q.  Can you, specifically with
21 regard to Benicia, tell the jury how the
22 seasonal production changed to meet
23 demand for different products?
24     MS. AMRON: Asked and

Page 78

1  answered.
2     A.  Specifically to Benicia I
3  cannot.
4     Q.  Can you tell the jury in
5  this case what percentage of product
6  produced at Benicia was motor fuels?
7     A.  No. Again, I do not have
8  access to that kind of what is commonly
9  proprietary information for every
10 refinery in the U.S.
11    Q.  Can you tell the jury with
12 regard to the Benicia refinery what
13 percentage of crude oil processed was
14 manufactured into middle distillate or
15 distillate products?
16    A.  No. It's the same answer.
17 I don't have access to that proprietary
18 information.
19    Q.  With regard to the Benicia
20 refinery, do you know if they made
21 petrochemical feedstocks?
22    A.  Can you be specific? What
23 types of feedstocks?
24    Q.  Yes, sir. Did they

Page 79

1  specifically make chemicals for use in
2  petrochemical manufacturing of products
3  other than motor fuels or engine fuels?
4     A.  I mean, can you say
5  specifically what products?
6     Q.  Well, let me back it up and
7  ask you because you are the expert.
8  What are the streams which are
9  manufactured at refineries which are
10 used as petrochemical feedstocks for
11 manufacturing chemicals?
12         MS. AMRON: I'm just going
13 to object that Mr. Burke is not here as
14 an expert witness. He is here as a
15 percipient witness. And so for you to
16 be asking him questions in a expert
17 capacity is inappropriate.
18 BY MR. STACK:
19    Q.  You can answer the question
20 if you can, Mr. Burke.
21    A.  Sure. A number of streams
22 are processed into petrochemicals:
23 different types of naphthas, light and
24 heavy naphthas with different qualities;

Page 80

1  LPG; propane; and butanes. Sometimes
2  light ends from refineries including
3  ethane will also be commonly utilized to
4  produce petrochemicals.
5     Q.  How about aromatics?
6     A.  Absolutely.
7     Q.  And with regard to the
8  refinery operations at the Benicia
9  refinery, do you know what percentage of
10 production went to production of
11 aromatics, naphthas, LPG, butanes, or
12 ethane for petrochemical manufacturing
13 operation?
14         MS. AMRON: Objection,
15 compound.
16    A.  No. Again, I don't have
17 access to any of the yield data for the
18 Benicia refinery. So I -- I could
19 estimate it, I suppose, but I cannot
20 tell you the actual numbers.
21    Q.  When you talked about
22 ranking the capacity of Exxon and Mobil
23 refineries, first of all, you combined
24 those for the period 1985 to 2003; am I

Page 81

1  correct?
2          MS. AMRON: I think that
3  mischaracterizes his testimony.
4     A.   I'd have to look -- I think
5  I was asked what was the combined
6  capacity.
7     Q.   Yes, sir. I don't mean to
8  mischaracterize your testimony. But as
9  I recall, during the period 1985 to 2003
10 you were asked to consider the combined
11 refining capacity of Exxon and Mobil and
12 determine what their ranking was
13 together in terms of thousands of
14 barrels per day production; am I
15 correct?
16         MS. AMRON: Again, I think
17 that mischaracterizes the testimony.
18 The question was combining them before
19 the merger. After the merger they were
20 combined.
21    A.   So you are asking if that
22 was correct? Yes, I was asked to give
23 my view of the relative capacity share
24 of the Exxon/Mobil combined facilities

21 (Pages 78 to 81)

Confidential - Per 2004 MDL 1358 Order

Page 82

1  prior to the merger.
2       Q.  And with regard to the
3  analysis that you did of refining
4  capacity, did you -- as part of your
5  work and based on your experience, did
6  you identify what percentage of
7  throughput of the various refineries you
8  looked at was ultimately produced in the
9  form of gasoline or motor fuels?
10          MS. AMRON: I'm going to
11 object as vague.
12      A.  You are talking about with
13 respect to Exxon/Mobil facilities?
14      Q.  Yes, sir. For example, in
15 a particular year if Exxon was ranked
16 number one and was producing something
17 on the order of, you know, 1,955,000
18 barrels per day, can you tell us what
19 percentage of that throughput was made
20 into clean products or motor fuels?
21          MS. AMRON: I'm going to
22 object to asking this witness a
23 hypothetical when he is here --
24          MR. STACK: It is not a

Page 83

1  hypothetical at all. I'm asking him if
2  he specifically calculated how much of
3  the production, when he ranked it as
4  number one, was gasoline as opposed to
5  throughput for production of other
6  products.
7           MS. AMRON: If that's the
8  question you want to ask, that's fine.
9  That's not the question you asked.
10      A.  I did the ranking based
11 simply on crude oil processing capacity.
12      Q.  And with regard to the
13 refineries you looked at, we take them
14 one by one. Billings, do you know what
15 percentage of throughput of total
16 capacity was manufactured into motor
17 fuels at Billings?
18      A.  No. The answer is going to
19 be no for each one of these because I --
20 that information is proprietary and is
21 not available, basically.
22      Q.  With respect to the work
23 that you've done in your professional
24 career, is it fair to say that there are

Page 84

1  a variety of products manufactured by
2  refineries other than just motor fuels?
3       A.  Absolutely, yes.
4       Q.  And with regard to
5  petrochemical feedstocks, did you look
6  to see how Mobil ranked during the
7  period 1985 to 2000 for production of
8  petrochemical feedstocks?
9       A.  No. I didn't look at all
10 at petrochemical feedstocks, no.
11      Q.  Did you look for Exxon
12 Mobil -- pardon me, for Exxon during the
13 same period 1985 to 2000 as to the
14 production of petrochemical feedstocks
15 at its refineries?
16          MS. AMRON: Objection,
17 relevance.
18      A.  No, I did not.
19          MR. STACK: I would concur
20 with that, but we will have to go
21 further nonetheless.
22          THE WITNESS: The answer is
23 no, I did not.
24 BY MR. STACK:

Page 85

1       Q.  So when you testified and
2  said that the combined refining capacity
3  from 1985 to 2000 for Exxon/Mobil ranked
4  number one, you were talking about total
5  throughput, not specifically gasoline
6  production; am I correct?
7       A.  That's correct.
8       Q.  And with regard to the
9  period from 1985 to 2000, Mobil was a
10 competitor of Exxon; am I correct?
11      A.  Yes, you are correct.
12      Q.  And fair to say based on
13 your prior testimony you didn't develop
14 statistics to specifically rank Exxon or
15 Mobil for its individual refining
16 capacity in the years 1985 to 2000? Am
17 I correct?
18      A.  Well, I haven't ranked any
19 of them. It is based on my general
20 knowledge of -- as I recall, over the
21 years Exxon and Mobil individually have
22 consistently been in the top five
23 rankings on crude oil throughput
24 capacity. So in a combined basis, which

22 (Pages 82 to 85)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 86

1  is what I was asked, and based on my
2  general knowledge of those two
3  corporations, if you combine those two
4  very large market shares on a capacity
5  basis, I'm comfortable saying that the
6  combined was number one during
7  essentially that entire period.
8       MR. STACK: Move to strike
9  as nonresponsive.
10 BY MR. STACK:
11      Q.  The question is, did you
12 specifically come up with a numerical
13 rank for Mobil refining 1985 to 2000?
14      MS. AMRON: Object as asked
15 and answered.
16      A.  No, I did not.
17      Q.  With regard to Exxon, did
18 you specifically come up with a
19 numerical rank for Exxon for the period
20 1985 to 2000?
21      A.  No, I did not.
22      Q.  With regard to the opinions
23 that you expressed in your reports, At
24 any point in time did you express any

Page 87

1  opinions about retail market share for
2  Exxon or Mobil?
3       MS. AMRON: I'm just going
4  to object, vague. You are talking about
5  his -- the three reports you've marked
6  as exhibits here?
7  BY MR. STACK:
8       Q.  With regard to the three
9  reports we've marked as exhibits,
10 Exhibits 5, 6, and 7, setting forth your
11 opinions in this case, at any point in
12 time did you express any opinions in any
13 of those reports or otherwise in your
14 testimony in depositions relative to the
15 retail market share of Exxon or Mobil?
16      A.  Well, I did touch on retail
17 market share for Exxon and Mobil in
18 Queens, but that's the only area that I
19 did touch on it, where I reported some
20 statistics on market share in Queens
21 County.
22      Q.  And did you at any point in
23 time in the reports identified as
24 Exhibits 5, 6, and 7 ever develop any

Page 88

1  statistics concerning national market
2  share?
3       A.  No, I did not.
4       Q.  With regard to the National
5  Petroleum News, can you tell the jury in
6  this case how the National Petroleum
7  News gathers its statistics to identify
8  market share for different branded
9  operations?
10      A.  I don't know specifically.
11 I know that they have done it for a long
12 time. It's -- their information and
13 data is quoted and utilized pretty
14 extensively. I can't tell you offhand
15 exactly how they gather all that
16 information. It's....
17      Q.  With regard to ranking
18 Exxon and Mobil, either combined or as
19 Exxon Mobil, for refining capacity, you
20 base that on your company's proprietary
21 database?
22      A.  This is primarily based on
23 annual listings that come out of the Oil
24 and Gas Journal. We also track --

Page 89

1  there's a similar listing that's put
2  together annually by the EIA, Energy
3  Information Administration. I think the
4  NPRA also puts out a listing which --
5  they are all quite similar. So it is
6  based on sort of those -- combination of
7  those.
8       Q.  And with regard to the
9  testimony you gave here relative to
10 establishing a rank for refining
11 capacity, you are basing that on your
12 database or upon EIA, NPRA, and the
13 Petroleum News or Oil and Gas Journal?
14 Which is it?
15      MS. AMRON: Objection,
16 compound and argumentative.
17      MR. STACK: Hardly.
18      A.  I would say it is based on
19 Oil and Gas Journal.
20      Q.  And do you know how the Oil
21 and Gas Journal obtains information
22 concerning refining capacity in the
23 period of time that you were looking at?
24      A.  I'm not precisely sure if

23 (Pages 86 to 89)

Confidential - Per 2004 MDL 1358 Order

Page 90

1  they survey the individual refiners or
2  precisely how they get it. I know their
3  survey has been around for decades. It
4  is certainly a resource used in the
5  industry and is reasonable, I think, for
6  tracking a macro level ranking of
7  overall capacity for the industry.
8      Q.  And with regard to tracking
9  overall macro level capacity in the
10 industry, do you know how the Oil and
11 Gas Journal gathers the information that
12 you relied on in offering testimony in
13 this case?
14     MS. AMRON:  Asked and
15 answered.
16     A.  No, I don't.
17     Q.  With regard to the work
18 that you have done in this case, did you
19 at any point in time speak to any other
20 experts retained by the plaintiffs in
21 this case before appearing to testify
22 here today?
23     A.  No.
24     Q.  With respect to the

Page 91

1  testimony that you gave here today, what
2  documents did you review, if any, to
3  testify in this deposition?
4      A.  Basically none. I was told
5  not to prepare for this deposition, that
6  basically it had to be based on my
7  general knowledge of the industry and
8  that's what I'm drawing upon.
9      Q.  At any point in time did
10 you assist counsel in preparing a
11 stipulation, proposed stipulation to be
12 entered into between Exxon Mobil and the
13 City of New York?
14     A.  Could you explain what that
15 is? I'm sorry. I'm not following what
16 that is.
17     Q.  Yes, sir. At any point in
18 time did you provide information to
19 counsel setting forth the average
20 refining capacity per day for Exxon
21 Mobil for the period 1985 to 2003 for
22 use in a stipulation?
23     A.  Sorry. Could you explain
24 what a stipulation is? I just don't

Page 92

1  know what it is.
2      Q.  Yes, sir. It's an
3  agreement between the parties as to what
4  facts are that are not in dispute. What
5  I'm asking you is, did you prepare a
6  table setting forth Exxon Mobil's
7  ranking among refiners in the United
8  States from 1985 through 2003, including
9  the number of barrels per day refined,
10 for use by counsel in this case?
11     A.  I did prepare a table like
12 that. I was asked to do so.
13     But prior to starting -- to
14 going ahead with this deposition I was
15 told that I could not rely on that
16 information that was gathered. So I've,
17 to the best of my ability, not relied on
18 that and relied on my knowledge of --
19 gathered over the course of my career.
20     Q.  And with respect to the
21 source of information, what information
22 did you look at to develop a table
23 setting forth Exxon Mobil's ranking
24 among refiners in the United States from

Page 93

1  1985 to 2003?
2      A.  I used the Oil and Gas
3  Journal. Their annual refining listing
4  comes out --
5      Q.  And when you expressed your
6  position relative to the ranking of
7  Exxon Mobil as a refiner based on
8  capacity from 1985 to 2003 in this
9  deposition, were you relying upon the
10 work that you did in reviewing the Oil
11 and Gas Journal?
12     MS. AMRON:  Objection, asked
13 and answered.
14     A.  Not the current work of
15 putting that specific table together.
16 Over the years that's -- the Oil and Gas
17 Journal publishes its annual analysis
18 every year. As I mentioned, we take
19 that information that's part of our
20 input into our database system. I know
21 from reviewing that over the years that
22 Exxon and Mobil have consistently
23 ranked, you know, high on the national
24 rankings as far as crude oil capacity.

24 (Pages 90 to 93)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 94

1  So that's what I'm basing my statement
2  on today.
3      Q.  So you are basing your
4  testimony in this deposition on the
5  annual review of refining capacity
6  that's compiled by the Oil and Gas
7  Journal; am I correct?
8      MS. AMRON:  Objection,
9  mischaracterizes his testimony and asked
10 and answered.
11     A.  I would say that's one
12 input that I have used over the years.
13 I mentioned the EIA puts together a
14 similar type of capacity listing.  It is
15 quite similar in terms of the results
16 of -- that the Oil and Gas Journal puts
17 out.  The NPRA also puts out a similar
18 type of master listing.  I think the
19 NPRA largely draws on the EIA data.  So
20 it's -- yes, it's based on the Oil and
21 Gas Journal annual reports over the
22 years as well as these other sources.
23     Q.  With regard to the work
24 that you did in this case, did you at

Page 95

1  any point in time do any analysis to
2  determine to what terminals Mobil
3  shipped product in southern California?
4      A.  You are referring with
5  respect to the exhibits?
6      Q.  No, sir.  At any point in
7  time did you do any work for counsel
8  prior to this deposition in which you
9  identified to what terminals product
10 from the Torrance refinery would be
11 shipped in southern California?
12     MS. AMRON:  I'm going to
13 object to that as getting -- as attorney
14 work product.
15 BY MR. STACK:
16     Q.  You can answer it if you
17 can, sir.
18     MS. AMRON:  No, you can't.
19     MR. STACK:  Are you
20 directing him not to answer?
21     MS. AMRON:  You're coming
22 into -- you know, you are asking about a
23 privileged area, and so you don't just
24 get to --

Page 96

1      MR. STACK:  What privilege
2  are you asserting?
3      MS. AMRON:  Hang on a second
4  and let me go off the record for a
5  second.
6      MR. STACK:  There's a
7  pending question I would like an answer
8  to.
9      MS. AMRON:  Well, I have
10 directed him not to answer that question
11 on the grounds of privilege.  So if you
12 want to talk about the privilege for a
13 second, let's go off the record.
14     MR. STACK:  I just want you
15 to identify what privilege attaches to
16 your communications to Mr. Burke.
17     MS. AMRON:  The one I
18 identified already was attorney work
19 product.  If you want me to give that a
20 minute's more thought and talk about it,
21 I'm happy to do that off the record.
22     MR. STACK:  Well, the
23 pending question is not asking for work
24 product.

Page 97

1  BY MR. STACK:
2      Q.  It is:  At any point in
3  time Mr. Burke, did you identify or list
4  out terminals which would receive
5  product from the Torrance refinery
6  operated by Mobil during the period from
7  1985 to 2000?
8      MS. AMRON:  I'm sorry.  Can
9  you read back the question?
10     (The court reporter read the
11 record as follows:
12     "QUESTION:  It is:  At any
13 point in time Mr. Burke, did you
14 identify or list out terminals which
15 would receive product from the Torrance
16 refinery operated by Mobil during the
17 period from 1985 to 2000?")
18     MS. AMRON:  In the course of
19 this litigation?
20     MR. STACK:  Yes.
21     MS. AMRON:  I am going to
22 object and I will let the witness answer
23 the question.
24     THE WITNESS:  Well, similar

25 (Pages 94 to 97)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

Page 98

1  to preparing a table of Exxon Mobil
2  capacities and the ranking, I began the
3  preparation of looking at Exxon Mobil's
4  facilities outside of the East Coast,
5  but then I was told that that work could
6  not be utilized for this deposition and
7  it has not been used for this
8  deposition. So I have not drawn on any
9  information which would have been
10 specific to Exxon Mobil's facilities
11 outside of the East Coast, which I
12 already testified to.
13 BY MR. STACK:
14     Q.  And with regard to the work
15 that you did in preparing a list of
16 terminals, what information did you
17 review to prepare a list of terminals
18 which would have received product from
19 Mobil's Torrance refinery during the
20 period 1985 to 2000?
21     A.  Well, I didn't specifically
22 try to tie in terminals to individual
23 refineries. I just felt that that
24 was -- would be too much of a challenge,

Page 99

1  not enough available information to do
2  that. But -- so to that extent, I
3  really didn't try to attempt that.
4      Q.  Did you at any point in
5  time identify the Atwood terminal in
6  Anaheim, California as a terminal which
7  would receive product and gasoline from
8  Mobil storage refinery during the period
9  1985 to 2000?
10     A.  I believe Atwood came up as
11 a Exxon or Mobil terminal.
12     Q.  With regard to the work
13 that you have done on this case, what
14 information did you review to determine
15 that the Atwood terminal in Anaheim,
16 California received product from Mobil's
17 storage refinery?
18     A.  Well, again, I didn't feel
19 I would be able to directly link those.
20 The source of the information for the
21 listing of terminals was from the same
22 source I had used in previous testimony,
23 which is an OPIS terminal listing book
24 or manual, which basically lists

Page 100

1  terminals around the country.
2      MS. AMRON: Bill, before
3  you -- I'm going to interpose an
4  objection to this line of questioning,
5  that you are asking a witness about a
6  document that counsel sent to you in a
7  effort to resolve a dispute between us
8  and I think it is inappropriate for you
9  to be using that document as a basis for
10 asking this witness questions. So I'm
11 going to object to the line of this
12 entire questioning as also outside the
13 scope of his direct testimony.
14     MR. STACK: Well, it is
15 actually not outside the scope of his
16 direct testimony and I think it is
17 directly relevant in this respect: If
18 the witness was asked as an expert to
19 assemble technical, specialized, and
20 otherwise scientific information not
21 normally within the understanding of a
22 lay witness or lay juror, and he was
23 asked to do so and prior to his
24 deposition did in fact assemble

Page 101

1  information of a specialized nature
2  concerning the refining capacity of
3  Exxon and Mobil during the years '85 to
4  2003, the location of certain refineries
5  operated by Exxon and Mobil, and the
6  time period in which they were operated,
7  the distribution of product from the
8  Torrance refinery, the distribution of
9  product from the Benicia refinery in
10 California, and then information
11 concerning the retail sales of gasoline
12 by Exxon and Mobil during the period
13 from 1990 to 2002 and he did so as an
14 expert and did so relying upon
15 technical, specialized information, then
16 appears here to testify after assisting
17 counsel in that capacity and attempts to
18 testify as a percipient witness
19 pertaining to the same subjects, I think
20 that's highly relevant. Not only do I
21 think it's highly relevant, I think it
22 is directly relevant to whether or not
23 he is really testifying as a percipient
24 witness. We, of course, have had a

26 (Pages 98 to 101)

Golkow Technologies, Inc. - 1.877.370.DEPS