# Attachment A – Part 3

Dockets.Justia.com

Page 102

standing objection, which has been stated to numerous questions, about the relevance of this entire line of questioning and also the foundation of the witness as a percipient witness to testify to these facts.

It is readily apparent that the work that he did in assisting counsel in developing a proposed stipulation as an expert is in fact the same information that he is testifying to today as a percipient witness, and that in developing that information as a witness in an expert capacity, it is impossible for him to divorce what he learned and developed as an expert and try to then proffer it as percipient testimony here in a deposition where he is supposedly testifying as a fact witness.

I think we can eliminate the mystery. And what I will do is ask my colleague to mark as Exhibit No. 8 the proposed stipulation which was provided

Page 103

to defendant Exxon by the City of New York, setting forth in essence the same information which the witness is now attempting to testify as a fact witness on matters of technical or specialized knowledge.

So if we can mark that as Exhibit No. 8 and then we can ask some questions about it and proceed forward.

MS. AMRON: I object to your marking it. I object to you asking questions of the witness about it. It was a document that was sent to you by counsel in an effort to resolve a dispute between the two of us and I think it is inappropriate. We can obviously argue it in front of the Court, and I will have a standing objection to it. I don't think the witness has ever seen this document. You know, I'm not going to object to each question. I will just object now for this entire line of questioning.

MR. STACK: Understood.

Page 104

(Above-described document marked as Burke Exhibit 8.)

MR. STACK: You can tell me when Exhibit 8 has been marked.

THE COURT REPORTER: It has been marked.

MS. AMRON: And I'm going to object not only to you using this document in this way, but also to the relevance of this line of questioning and the use of the document.

MR. STACK: Does the witness have a copy of Exhibit No. 8?

THE COURT REPORTER: Yes.

THE WITNESS: I do.

BY MR. STACK:

Q. I would like to direct your attention to the second page of the document marked as Exhibit No. 8, specifically paragraph 2. There is a table that says "Profile of Exxon Mobil Refining Capacity 1985 to 2003."

Did you develop that table which is included in Exhibit No. 8?

Page 105

MS. AMRON: Object as to relevance and my standing objection.

A. It looks like the table I put together, yes.

Q. And with regard to that table, you developed that table based on your review of technical and specialized information compiled concerning national petroleum refining capacity in the United States; am I correct?

MS. AMRON: I'm going to object again as to relevance. Object as argumentative and repeat my standing objection.

A. Yeah. This is based on Oil and Gas Journal reported capacities for Exxon Mobil facilities over this time period.

Q. And with regard to this information, is this information taken from the database that's maintained by your company relative to ranking refiners in the United States?

A. No.

Page 106

1    MS. AMRON: Sorry.
2 Objection as to relevance.
3    A. No, this came directly from
4 the Oil and Gas Journal, reviewing
5 annual reports.
6    Q. And with regard to the
7 years 1985 to 2000, in those years you
8 added together the refining capacity of
9 Exxon Company USA and Mobil Oil and
10 Refining; am I correct?
11    A. That's correct.
12    Q. And with regard to the
13 information compiled for the years 1985
14 to 2003, did you, as part of your work
15 on this case, make an inquiry to the Oil
16 and Gas Journal to determine how they
17 compiled these statistics?
18    MS. AMRON: Objection on
19 relevance grounds and standing
20 objection.
21    A. No, I did not contact the
22 Oil and Gas Journal for that.
23    Q. Have you ever responded to
24 any survey conducted by the Oil and Gas

Page 107

1 Journal relative to the refining
2 capacity of any of your clients?
3    MS. AMRON: Objection, the
4 grounds of relevance and my standing
5 objection.
6    A. No. No, I have not.
7    Q. Have you ever had any
8 contact with anyone from the Oil and Gas
9 Journal relative to the manner in which
10 they compile the information published
11 in their annual report concerning
12 refining capacity in the United States?
13    MS. AMRON: Objection on the
14 ground of relevance and my standing
15 objection.
16    A. No, I have not.
17    Q. With regard to the document
18 marked as Exhibit No. 8, I would like to
19 direct your attention to paragraph
20 No. 5. Prior to 1992 do you know if the
21 Benicia refinery operated by Exxon
22 company ever blended MTBE into any grade
23 of gasoline produced at that refinery?
24    MS. AMRON: Objection on the

Page 108

1 grounds of relevance with reference to
2 the document and I repeat my standing
3 objection.
4    A. I'm sorry, prior to which
5 year?
6    Q. Do you know, sir, if prior
7 to 1992 Exxon blended MTBE into any of
8 the grades of gasoline produced at its
9 Benicia, California refinery?
10    MS. AMRON: Same objection.
11    A. No, I do not.
12    Q. With regard to the Torrance
13 refinery operated by Mobil, do you know
14 if the Torrance refinery blended MTBE
15 into any of the grades of gasoline it
16 refined at that location?
17    MS. AMRON: Objection on the
18 grounds of vague -- well, vagueness,
19 relevance with respect to the documents,
20 and repeat my standing objection.
21    A. No, I do not.
22    Q. In the course of your work
23 in California, in a variety of
24 consulting assignments that you have

Page 109

1 had, did you ever learn that Exxon never
2 blended MTBE into any gasoline refined
3 at the Torrance refinery -- pardon me,
4 at the Benicia refinery until an
5 oxygenate was required in 1992?
6    A. No. I think that's what I
7 had said earlier, that with the CEC
8 reporting of MTBE blending by refinery,
9 I believe that started right around '92.
10    Q. And is it your
11 understanding that prior to 1992 Exxon
12 never blended MTBE into any grade of
13 gasoline at the Benicia refinery?
14    MS. AMRON: Objection,
15 mischaracterizes prior testimony.
16    A. No, that's not my
17 understanding. I simply don't know if
18 they did or not.
19    Q. And likewise with regard to
20 Mobil's refining operation in Torrance,
21 did you ever learn in the course of your
22 consulting assignments in California
23 that Mobil never blended any MTBE into
24 any grades of its gasoline prior to

Page 110

1 1992?
2    A.   Again, I did not know
3 either way, so I did not learn that.
4    Q.   With regard to gasoline
5 produced at the Torrance refinery, can
6 you describe what the tributary area is
7 that's serviced by Torrance?
8         MS. AMRON:  Objection,
9 vague.
10   A.   Could you define the
11 "tributary area"?
12   Q.   Yes, sir.  Do you know what
13 the phrase "tributary area" means in
14 relation to refining distribution?
15   A.   No.  That's a new term to
16 me.
17   Q.   With regard to the Torrance
18 refinery, do you know what percentage of
19 gasoline that was refined at Torrance
20 went into the proprietary Mobil pipeline
21 system?
22   A.   No, I do not.
23   Q.   With regard to the Torrance
24 refinery, do you know what percentage of

Page 111

1 gasoline refined at Torrance went into
2 the Southwestern Terminal?
3    A.   No.  That information is
4 proprietary.  It would not be
5 available.  I do not have it.
6    Q.   Prior to testifying here
7 today, did you review any records from
8 the Kinder Morgan southern California
9 pipeline system so you could tell the
10 jury how much, if any, reformulated
11 gasoline refined at the Mobil Torrance
12 refinery was shipped by Kinder Morgan?
13        MS. AMRON:  Objection, asked
14 and answered.
15   A.   I did not.
16   Q.   With regard to the Mobil
17 Torrance refinery, do you know how it
18 procured MTBE that may have been used to
19 add to oxygenated or reformulated
20 fuels?
21        MS. AMRON:  Is there a time
22 frame?
23 BY MR. STACK:
24   Q.   At any time when oxygenated

Page 112

1 and reformulated fuels were required to
2 be sold.
3    A.   No, I do not.
4    Q.   With regard to the other
5 refiners you referred to, do you know --
6 the Billings refinery in Billings,
7 Montana, do you know if they ever used
8 MTBE?
9    A.   No, I do not.
10   Q.   With regard to the Mobil
11 refinery in Joliet, Illinois, do you
12 know if they ever used MTBE?
13   A.   I don't.
14   Q.   Do you know what percentage
15 of the gasoline refined at Paulsboro
16 during the period 1985 to 1997 by Mobil
17 was conventional gasoline, did not
18 contain MTBE?
19   A.   No, I do not.
20   Q.   Do you know what grades of
21 gasoline, if any, refined at Paulsboro
22 may have contained MTBE as an octane
23 enhancer?
24        MS. AMRON:  Object as beyond

Page 113

1 the scope of direct.
2    A.   I don't believe I ever saw
3 information about that, so, no.
4    Q.   With regard to the
5 Paulsboro refinery, do you know how much
6 reformulated gasoline was refined at
7 that location during the years from 1992
8 to 1997?
9         MS. AMRON:  Object as beyond
10 the scope of direct.
11   A.   I do not.
12   Q.   With regard to the Bayway
13 Refinery in the year 1992-'93, do you
14 know how much reformulated or oxygenated
15 fuel may have been manufactured by Exxon
16 before that refinery was sold to Tosco?
17        MS. AMRON:  Objection,
18 beyond the scope of direct.
19   A.   No, I do not know.
20   Q.   In looking at Exhibit No.
21 8, Exhibit No. 8 includes a paragraph
22 No. 13.  And on page 5 there is a
23 chart.  Did you prepare the chart which
24 appears on page 5 of Exhibit No. 8

**Page 114**

setting forth the number of branded retail outlets and market share for Exxon Mobil?
  MS. AMRON: Objection to relevance. My standing objection to asking this witness about this document or using this document at all in this deposition.
  A. Yes, I did prepare this.
  Q. And with regard to the column that says "Exxon Mobil Total Number of Branded Retail Outlets," what source of information did you rely on for that?
  MS. AMRON: Objection as to relevance and my same standing objection to use of this document.
  A. Everything in this table came from the same source. It was the National Petroleum News annual reports.
  Q. With regard to this specific data point, being the number of branded retail outlets, do you know how the National Petroleum News gathers that

**Page 115**

data?
  MS. AMRON: Objection as to relevance and my standing objection to use of this document.
  A. Well, they do a survey, but the details of how they do that survey -- I don't have the details.
  Q. Do you know, Mr. Burke, in conducting the survey if the National Petroleum News directs the survey to Exxon Mobil Corporation or to other parties engaged in the petroleum business?
  MS. AMRON: Objection as to relevance and repeat my standing objection to this line of questioning.
  A. I do not know.
  Q. With regard to the next column, it says "Exxon Stations as a Percentage of Total in the United States." Is that information that you obtained from the National Petroleum News?
  MS. AMRON: Objection as to

**Page 116**

relevance and repeat my standing objection to this line of testimony or questioning.
  A. Well, this column is calculated, so it is basically taking the reported total number of retail outlets, which is in the National Petroleum News, and then taking the first column in this table, the Exxon Mobil branded retail outlets, and dividing the Exxon Mobil by -- taking the Exxon Mobil as a percent of the total. So it's a calculated column.
  Q. And did you actually conduct the calculations?
  MS. AMRON: Objection as to relevance and I will repeat my standing objection to this line of questioning.
  A. I did.
  Q. And with respect to the information that is in this table setting forth the number of branded outlets and market share and the table that we looked at previously about Exxon

**Page 117**

Mobil refining capacity, were you asked to prepare this information as part of a supplemental expert report?
  MS. AMRON: Objection as to relevance and I repeat my standing objection to this line of questioning.
  A. I was.
  MR. STACK: I'm told now that we have about a minute left on the tape so we will go off the record and we will allow the videographer to change the tape.
  THE VIDEOGRAPHER: We're going off the record. The time is 4:16 p.m. This is the end of tape 2 of the deposition of Bruce F. Burke.
  (Recess.)
  THE VIDEOGRAPHER: We're back on the record. The time is 4:24 p.m. This is the start of tape 3 of the deposition of Bruce F. Burke.
BY MR. STACK:
  Q. Mr. Burke, during the break, did you speak to counsel?

### Page 118

1  A. No.
2  Q. With regard to the
3  testimony you have given here today, did
4  you have any discussions with counsel
5  before appearing to testify?
6      MS. AMRON: It's a yes or no
7  question.
8  A. Yes.
9  Q. And with regard to your
10 appearance here today, before appearing
11 to testify, did you meet with counsel to
12 discuss your testimony?
13 A. I did prior to meeting
14 here.
15 Q. And who did you meet with?
16 A. With, primarily, Susan
17 here.
18 Q. And was Mr. Campins present
19 at any time?
20 A. He was.
21 Q. And what did you discuss?
22     MS. AMRON: I'm going to
23 object on the ground of privilege.
24     MR. STACK: And what

### Page 119

1  privilege are you asserting?
2      MS. AMRON: Attorney-client,
3  attorney work product.
4      MR. STACK: Okay. Are you
5  directing the witness not to answer?
6      MS. AMRON: Yes.
7  BY MR. STACK:
8  Q. With regard to giving
9  testimony here today, did you discuss
10 with counsel the subjects that you would
11 testify to in your direct testimony?
12     MS. AMRON: That's also a
13 yes or no question.
14 A. Yes.
15 Q. And what subjects were
16 identified as topics that you would be
17 asked questions about in your direct
18 testimony?
19 A. The discussion or to talk
20 about the -- I'm sorry.
21     MS. AMRON: That's all
22 right. You can answer this question
23 very generally.
24     THE WITNESS: Sure.

### Page 120

1      MS. AMRON: About very
2  general topics. Anything more than that
3  I'm going to object and direct the
4  witness not to answer.
5      THE WITNESS: Okay. So I
6  was asked to talk about Exxon Mobil's
7  refining capacity on a national basis;
8  to talk about the Exxon Mobil
9  refineries, their location around the
10 country; to talk, to the extent I could,
11 about operations in California of the
12 Exxon Mobil refineries. What else? And
13 also to talk about the Exxon Mobil
14 retail market share. I think that's the
15 general areas.
16 Q. And what else were you told
17 by counsel would be the subject of your
18 testimony relative to the Exxon Mobil
19 refining capacity?
20     MS. AMRON: I'm going to
21 object. Bill, if you want to continue
22 to go down this line of questioning, I'm
23 going to object and direct the witness
24 not to answer.

### Page 121

1      If you want to go to another
2  line of questioning and then we can
3  break for a second and we can -- the
4  City people can discuss this internally,
5  it might move more smoothly.
6      MR. STACK: And you are
7  objecting and directing him not to
8  answer on what basis?
9      MS. AMRON: Privilege.
10     MR. STACK: Which
11 privilege?
12     MS. AMRON: He is here as a
13 percipient witness. You are asking
14 about questions, detailed questions
15 about our conversations with him.
16     MR. STACK: And the
17 privilege that you are asserting is
18 which privilege?
19     MS. AMRON: I'm not going to
20 have this conversation with you on the
21 record repeatedly. Do you want --
22     MR. STACK: I'm simply
23 asking for you to establish the basis of
24 your assertion of a privilege. It is

**Page 122**

1  not a conversation. It is just state
2  the basis of the privilege and
3  specifically which privilege it is that
4  you are relying on to direct him not to
5  answer a question.
6         MS. AMRON: Work product.
7  BY MR. STACK:
8      Q. At any point in time,
9  Mr. Burke, have you ever retained Sher
10 Leff as your counsel?
11        MS. AMRON: Objection,
12 irrelevant.
13     A. As my counsel? No.
14     Q. And at any point in time
15 have you ever engaged counsel for the
16 City of New York as your counsel to
17 represent you in this matter?
18        MS. AMRON: Objection,
19 irrelevant.
20     A. No.
21     Q. With regard to the subject
22 of the distribution of petroleum product
23 in California, what else did counsel
24 talk to you about in terms of preparing

**Page 123**

1  to testify here today?
2         MS. AMRON: Objection. I'm
3  directing the witness not to answer on
4  the ground of privilege.
5         MR. STACK: That would be
6  which privilege?
7         MS. AMRON: This is all
8  going to be work product.
9  BY MR. STACK:
10     Q. With regard to the
11 testimony that you were asked to give
12 about the ranking of Exxon in terms of
13 its share of the U.S. gasoline market,
14 what other information was provided to
15 you by counsel before coming to testify
16 here today in your deposition?
17        MS. AMRON: Objection. I'm
18 directing the witness not to answer on
19 the grounds of work product.
20        I also want to go off the
21 record a second and talk to Mr. Campins
22 off the record.
23        MR. STACK: That's
24 agreeable. Go right ahead.

**Page 124**

1         THE VIDEOGRAPHER: We're
2  going off the record. The time is
3  4:30 p.m.
4         (Recess.)
5         THE VIDEOGRAPHER: We're
6  back on the record. The time is
7  4:32 p.m.
8         MS. AMRON: Okay.
9  Mr. Stack, we're going to take a
10 continuing objection to this line of
11 questioning. As you know, the witness
12 is going out of town for business and
13 will not be available here, so we will
14 let him answer the questions. We will
15 not direct him not to answer the
16 questions and we will leave the issue up
17 to the judge to decide whether all of
18 the answers should be stricken and our
19 objection upheld should the issue become
20 relevant.
21        MR. STACK: Okay.
22 BY MR. STACK:
23     Q. With respect to
24 establishing the refining capacity of

**Page 125**

1  Exxon Mobil, what were you told by
2  counsel as to why you should do that?
3         MS. AMRON: I'm going to --
4  same objection, ground of privilege.
5      A. I can't say they told me
6  why to present that.
7      Q. Based on your conversations
8  with counsel, what was your
9  understanding of the purpose in
10 compiling the refining capacity of Exxon
11 Mobil and ranking it?
12        MS. AMRON: Same objection.
13     A. Well, my understanding was
14 that in general the reason for me to be
15 here today was to talk about Exxon
16 Mobil's overall sort of scale of
17 operations on a national basis from a
18 refining capacity point of view.
19     Q. And in profiling Exxon
20 Mobil's refining capacity for the years
21 1985 to 2003, were you ever asked to
22 identify what percentage of its refining
23 capacity was engaged in producing
24 gasoline blended with MTBE?

Page 126

1  MS. AMRON: Same -- sorry.
2  Same objection and also object on the
3  ground of vagueness.
4  A. No, I was not asked to do
5  that.
6  Q. Do you know with regard to
7  Exxon Mobil how the company ranked in
8  terms of refining capacity relative to
9  its competitors for refining product
10 that was blended with MTBE?
11 MS. AMRON: Objection on the
12 ground of vagueness.
13 A. No, I don't because I don't
14 have similar data on the production of
15 reformulated gasoline at the individual
16 refining levels, so the answer is no.
17 Q. With regard to Exxon,
18 during the years 1985 to 2000, do you
19 know what percentage of the gasoline
20 consumed in California was refined by
21 Exxon?
22 A. Of the gasoline, no, I do
23 not.
24 Q. With regard to Mobil, for

Page 127

1  the years 1985 to 2000, do you know what
2  percentage of the gasoline consumed in
3  California was refined by Mobil?
4  A. I do not.
5  Q. With regard to Exxon Mobil,
6  for the years 2000 to 2003, do you know
7  what percentage of the gasoline consumed
8  in California was refined by Exxon
9  Mobil?
10 A. I'm sorry. What percentage
11 of the MTBE gasoline or total gasoline?
12 Q. Total gasoline.
13 A. No, I don't know that
14 percentage.
15 Q. With respect to the state
16 of California, have you ever heard it
17 referred to as being an island market
18 for gasoline distribution?
19 A. Yes. Yes.
20 Q. And can you explain to the
21 jury what it means for the state of
22 California to be an island market?
23 A. Well, basically it means
24 that the California distribution system

Page 128

1  and market is not entirely but largely
2  isolated from the rest of the country.
3  Q. And with regard to the Gulf
4  Coast refineries that you looked at in
5  your reports marked Exhibits 5, 6, and
6  7, is there any gasoline refined at the
7  Gulf Coast facilities in Baton Rouge,
8  Beaumont, Baytown or Chalmette that are
9  shipped to California on a pipeline?
10 A. To my knowledge, no.
11 Q. With regard to your
12 experience in the industry and your
13 knowledge in the industry, are you aware
14 of any instances where refined gasoline
15 product was shipped by Exxon or Mobil
16 from its Gulf Coast facilities to ports
17 in California?
18 A. I don't know specifically.
19 I wouldn't rule it out, but I don't have
20 the -- that specific information.
21 Q. With regard to refiners in
22 California, what company is the largest
23 refiner of gasoline in California?
24 MS. AMRON: Objection, vague

Page 129

1  as to time.
2  A. Based on crude oil
3  capacity, I would say probably currently
4  Chevron.
5  Q. And Chevron, Standard Oil
6  Company California, has how many
7  refineries in the state of California
8  today?
9  MS. AMRON: Objection,
10 relevance.
11 A. I believe they have two.
12 Q. And historically during the
13 period from 1985 through 2003, how many
14 refineries did Chevron operate that
15 refined gasoline?
16 MS. AMRON: In California?
17 MR. STACK: In California.
18 A. You know, I would have to
19 go back and check. There's been a lot
20 of ownership changes in the refining
21 system in California over the years. So
22 I could not say definitively how many
23 year by year that Chevron operated.
24 Q. And based on your

33 (Pages 126 to 129)

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 130

1 experience in the industry, after
2 Chevron, what company was the number two
3 refiner of gasoline in the period 1985
4 to 2000 in California?
5     A. I couldn't say. I couldn't
6 say. I have not looked at that. Yeah,
7 on a supply basis, it would be difficult
8 to estimate what that was.
9     Q. Can you tell the jury how
10 many refineries Shell operates in
11 California?
12     MS. AMRON: Objection,
13 relevance.
14     A. I believe two at this
15 point.
16     Q. Two at this point. They
17 previously operated three; am I correct?
18     A. That's correct.
19     Q. So they had a refinery
20 known as Shell Martinez in northern
21 California; am I correct?
22     A. That's correct.
23     Q. They have one in southern
24 California at what location?

Page 131

1     A. It's in the LA area.
2     Q. And they also had one
3 historically in Bakersfield; am I
4 correct?
5     A. That's correct.
6     Q. Conoco Phillips, they have
7 how many refineries operating in
8 California?
9     MS. AMRON: Objection,
10 relevance.
11     A. Two. One in the San
12 Francisco area and one in the LA area.
13     Q. And historically do you
14 know how many refineries Conoco Phillips
15 and the companies which it purchased has
16 operated in California in the period
17 1985 to 2000?
18     A. No. Again, ownership has
19 changed. I think I would have to go
20 back and compile that data.
21     Q. With regard to Conoco
22 Phillips, do you know if it's the number
23 two refiner of products during the
24 period 1985 to 2003 in California?

Page 132

1     A. I do not.
2     Q. With regard to BP Amoco, do
3 you know how many refineries BP Amoco
4 has operated in California in the period
5 1985 to 2003?
6     A. No. Again, there is a lot
7 of shifting ownership there with the
8 acquisition of ARCO had facilities. BP
9 at this point, I think, is down to one
10 refinery in California.
11     Q. And that location that you
12 are aware of is located where?
13     A. It is in the LA basin area.
14     Q. With regard to Exxon's
15 Benicia refinery based on your
16 experience, is there any evidence that
17 you can point us to that indicates that
18 Exxon refined gasoline in the period
19 1985 to 2000 was distributed to markets
20 in southern California?
21     A. Just my general
22 knowledge that -- I'm sorry. This was
23 Benicia?
24     Q. Correct.

Page 133

1     A. General knowledge that the
2 Benicia refinery was connected into the
3 Kinder Morgan common carrier pipeline
4 system or its predecessors and that, you
5 know, I would expect that they would
6 have been distributing gasoline along
7 those systems.
8     Q. And is it fair to say that
9 the northern California Kinder Morgan
10 system does not connect to any terminals
11 in the Los Angeles, Orange County, San
12 Diego area?
13     A. That's correct. The
14 northern and the southern systems are
15 not connected.
16     Q. Have you seen, in the
17 course of your work as a consultant in
18 this industry, any evidence to indicate
19 that there were shipments by barge or
20 tanker out of the Benicia refinery into
21 the Los Angeles basin?
22     A. I know that there have been
23 limited shipments between San Francisco
24 and LA. I'm not sure that it's always

**Page 134**

1 been in one direction. But to be
2 specific, I don't know specifically if
3 Benicia has shipped to LA.
4  Q. With respect to your
5 knowledge of the industry, do you know
6 in what year Exxon announced a market
7 withdrawal under the Petroleum Marketing
8 Practices Act for marketing of gasoline
9 in southern California?
10  A. I do not.
11  Q. With regard to your
12 knowledge in the industry, do you know
13 if Exxon marketed gasoline in southern
14 California after 1993?
15  A. I'm sorry. If Exxon --
16  Q. Yes. Or to rephrase it, do
17 you know if in 1993 Exxon terminated
18 operations in southern California under
19 the Petroleum Marketing Practices Act
20 and formally withdrew from distributing
21 Exxon product as Exxon?
22  A. No, I can't say that --
23  Q. Do you know in what year
24 Mobil terminated its relationships with

**Page 135**

1 distributors and marketers in central
2 and northern California and withdrew
3 from the market under the Petroleum
4 Marketing Practices Act?
5  A. No.
6  Q. With respect to the
7 operations at the Mobil Torrance
8 refinery, in your experience did you
9 ever learn anything about Mobil's
10 natural business unit management
11 philosophy as it related to refining
12 product at Torrance and distributing
13 product from Torrance?
14  A. No, I'm not familiar with
15 that system. That's an internal Mobil
16 program?
17  Q. With respect to Mobil, do
18 you know what the Mobil refining
19 operations' objectives were in terms of
20 how much gasoline they would produce for
21 distribution from a refinery like the
22 Torrance refinery in California?
23  MS. AMRON: Objection,
24 vague.

**Page 136**

1  A. No. I mean, historically
2 the general objective of refiners in the
3 States has been to maximize gasoline
4 production, but I cannot say
5 specifically what Mobil's objective was.
6  Q. With respect to Mobil, do
7 you know if they had any unbranded sales
8 of gasoline at racks at any of their
9 proprietary terminals in the period 1985
10 to 2000?
11  MS. AMRON: Objection,
12 beyond the scope of direct.
13  A. I do not.
14  Q. With regard to Mobil, do
15 you know whether or not their philosophy
16 and approach to producing gasoline was
17 to refine as much gasoline as was
18 necessary to meet demands of its branded
19 outlets?
20  A. I do not.
21  Q. With regard to the work
22 that you did to appear here today, did
23 you look at any materials other than the
24 Oil and Gas Journal annual surveys?

**Page 137**

1  A. Yes. The National
2 Petroleum News annual volumes for retail
3 sales.
4  Q. And what years did you look
5 at from the National Petroleum News for
6 annual volumes of retail sales?
7  A. Well, '85 to 2003.
8  Q. And did you keep copies of
9 the annual survey information you looked
10 at from the National Petroleum News for
11 the years 1985 to 2003?
12  A. We had actually -- we have
13 quite a number in our library which we
14 maintain. I believe for the older data,
15 and I can't tell you exactly which of
16 the oldest years, but back in the '80s I
17 ended up using an API, it is called a
18 basic data book, which references the
19 NP, National Petroleum News annual
20 reports. So, sorry, I misspoke. It was
21 not every year the annuals because
22 unfortunately we're not keeping all the
23 paper copies anymore.
24  Q. And with regard to the

**Page 138**

1 basic book maintained by API, do you
2 know what method was used to transfer
3 information from NP, National Petroleum
4 News, to the form you looked at?
5    A. All I know is that they
6 reference the National Petroleum News as
7 the source. And there was some overlap
8 with the National Petroleum News volumes
9 that we do have and it checked out, so
10 it seemed like they were accurately
11 transferring the data.
12    MR. STACK: Counsel, we
13 would request copies of whatever
14 National Petroleum News volumes the
15 witness may have reviewed for purposes
16 of giving testimony here today and
17 whatever volumes of the API basic
18 information that were referred to and
19 reviewed by the witness and testify --
20 in preparing to testify here today. And
21 we request that those be provided to us
22 before any of the videotape be shown at
23 trial, if indeed the Court permits it.
24 BY MR. STACK:

**Page 139**

1    Q. Turning now to the Oil and
2 Gas Journal, what volumes of the Oil and
3 Gas Journal did you review to appear --
4 prior to appearing here today?
5    MS. AMRON: I'm sorry.
6 Vague and ambiguous. Are you asking
7 about what he reviewed to prepare for
8 today or just prior to showing up today?
9 BY MR. STACK:
10    Q. In preparing to give
11 testimony here today, sir, what Oil and
12 Gas Journals did you look at to assist
13 you in giving testimony?
14    A. Well, I mean, it is kind of
15 a tricky question because I was told
16 fairly recently that I could not depend
17 on any analysis I have done to testify
18 today. So, you know, the tables which I
19 put together which are in Exhibit 8
20 confirmed my understanding of ranking
21 for Exxon Mobil and capacity and
22 retail. Now, I have tried, as I said,
23 since I was instructed not to use that
24 analysis, basically not to rely on that,

**Page 140**

1 and, you know, I'm comfortable relying
2 on my general knowledge over the years
3 of the high position of Exxon Mobil in
4 terms of both capacity share and retail
5 share.
6    MR. STACK: Move to strike
7 as nonresponsive.
8 BY MR. STACK:
9    Q. Specifically, Mr. Burke,
10 what years of the Oil and Gas Journal
11 did you look at in preparing to give
12 testimony here today, notwithstanding
13 the fact that you may have been told
14 that you shouldn't rely on that?
15    A. Okay.
16    MS. AMRON: I object to that
17 as asked and answered and as
18 mischaracterizing the witness'
19 testimony. He said he didn't rely on
20 that in testifying here today.
21 BY MR. STACK:
22    Q. Can you tell us which
23 years, Mr. Burke, you looked at?
24    A. Yeah.

**Page 141**

1    MS. AMRON: Object. Wait.
2 I'm going object to that as vague.
3    THE WITNESS: Sorry.
4    I cannot tell you
5 specifically which years. I used every
6 year that we have, either physical or
7 electronic copies, of the annual Oil and
8 Gas Journal issue, which generally comes
9 out in December of each year as the
10 basis for the table.
11    For the older data where we
12 did not have the detailed information,
13 again, that source was out of the API
14 Basic Data Book, I believe is the name
15 of it.
16    MR. STACK: With regard to
17 the Oil and Gas Journals that may have
18 been reviewed by the witness or the API
19 basic information book that was referred
20 to, we would request copies of those and
21 request that they be produced prior to
22 the Court permitting the plaintiff to
23 show any of the videotape we've prepared
24 today.

Page 142

BY MR. STACK:
Q. Other than the National Petroleum News and the API basic book and the Oil and Gas Journal, were there any other materials that you reviewed to prepare to give testimony here today?
MS. AMRON: I'm going to object to that as mischaracterizing the witness' testimony about what he reviewed in preparing for giving testimony today.
A. Based on the fact that I'm relying on my industry knowledge to respond to the various questions, those two are the sources that I had used to prepare these tables in Exhibit 8. I'm not sure if that exactly answers your question.
Q. Well, in preparing Exhibit No. 8, other than the National Petroleum News database and/or the Oil and Gas Journal or the API basic database, were there any other materials that you relied upon to prepare any of

Page 143

the tables or other information --
(Interruption by teleconference operator.)
MR. STACK: I think we're there. Pardon the interruption.
BY MR. STACK:
Q. The question that I was getting ready to pose to you was, in preparing the tables and other information you conveyed to counsel for preparation of Exhibit No. 8, the proposed stipulations, apart from the National Petroleum News and the Oil and Gas Journal and the API basic information source book, what other data did you look at or review to assist in preparing Exhibit No. 8?
MS. AMRON: I'm going to object to that, excuse me, on the grounds of relevance and on the grounds that it is inappropriate to use Exhibit No. 8 in this deposition as it was a document prepared by counsel for counsel in an effort to resolve a

Page 144

dispute between the parties.
A. Yeah. I did not prepare this document, first off.
But those three sources are the sources used to prepare the tables.
Q. If I can direct your attention to Exhibit No. 1, the graphic that says "ExxonMobil Refineries - 1985-2003" --
MS. AMRON: That's actually Exhibit No. 2, Bill.
MR. STACK: Pardon me, Exhibit No. 2, correct. It is the notice.
BY MR. STACK:
Q. Exhibit No. 2, did you prepare Exhibit No. 2, Mr. Burke?
A. No.
Q. With respect to Exhibit No. 3, the "Kinder Morgan Pipeline System, Northern California," did you prepare that exhibit?
A. No.
Q. With respect to the

Page 145

Exhibit No. 4, "Kinder Morgan Pipeline System, Southern California," did you prepare that exhibit?
A. I did not.
Q. Did you download Exhibit No. 3 from the Kinder Morgan pipeline system Web site?
A. I have downloaded it. You are talking about specific for this exhibit?
Q. Yes.
A. No, I did not.
Q. And so the question is clear, with respect to the preparation of Exhibit No. 3, did you specifically undertake to prepare it by downloading a map from the Kinder Morgan pipeline system Web site?
A. I did not.
Q. With regard to Exhibit No. 4 and its preparation, did you download a map from the Kinder Morgan pipeline system to prepare that exhibit?

**Page 146**

1  A. I did not.
2  MR. STACK: I have no
3  further questions at this time.
4  MR. CAMPINS: This is
5  Mr. Campins. I just want to make sure
6  the record is clear here, Bill. If you
7  have any questions that you asked that
8  we directed the witness not to answer
9  and you would like to reask those now,
10 reask them and we'll make our
11 objections. But because the witness is
12 going to be out of the United States, we
13 want to make sure you have a full
14 opportunity to ask those questions. So
15 go ahead, go forward.
16 MR. STACK: Under the
17 circumstances I think I made my record.
18 I cannot at this point in time recall
19 those questions which may have been
20 asked and to which counsel posed an
21 objection and directed the witness not
22 to answer.
23 I would prefer to conclude
24 now and take up those issues later with

**Page 147**

1  the Court.
2  MR. CAMPINS: Well, Bill,
3  this is Nick again. Why don't we ask
4  the court reporter to find those places
5  and have her reread each question then
6  if you're going to make an issue of this
7  with the Court.
8  MR. STACK: I may make an
9  issue of it with the Court; I may not.
10 I don't know that it would be
11 particularly profitable to have each of
12 those questions reread. It appears to
13 be rather laborious and time-consuming.
14 You've made your record. I've made
15 mine. And I think we can conclude
16 and/or you can go forward and ask the
17 witness questions yourself.
18 MS. AMRON: I think there
19 were only two or three questions. It is
20 not a lot of questions. If you don't
21 want to ask the court reporter to do
22 that, then -- you know, you have the
23 opportunity to do it and if you don't
24 want to take it, that's okay.

**Page 148**

1  MR. STACK: Fine. If you
2  put it that way, then I will ask the
3  court reporter to find the instances
4  where you have directed the witness not
5  to answer and we will revisit every one
6  of those. Take a moment to go off the
7  record.
8  Ann, if you would be so kind
9  and accommodate us. Let's identify
10 them, read them off the record and then
11 read them on the record.
12 THE VIDEOGRAPHER: We're
13 going off the record. The time is
14 4:58 p.m.
15 (Recess.)
16 THE VIDEOGRAPHER: We're
17 back on the record. The time is
18 5:02 p.m.
19 BY MR. STACK:
20 Q. Mr. Burke, in an attempt to
21 try to do this as succinctly as
22 possible, I'm going to ask you a series
23 of questions relative to the work that
24 you performed in advance of this

**Page 149**

1  deposition and also the sessions that
2  you may have spent with counsel.
3  Counsel may have to, in
4  order to preserve the record, object.
5  We will try to do it as quickly as
6  possible.
7  In advance of appearing
8  here to testify, did you meet with
9  counsel to discuss the nature of your
10 testimony in these proceedings?
11 A. I did.
12 Q. And when did you meet with
13 counsel?
14 A. Immediately before coming
15 over to the deposition.
16 Q. And that would be sometime
17 this morning, the morning of Saturday,
18 October 10?
19 A. That's correct.
20 Q. And how long did that
21 meeting take place with counsel?
22 A. Probably started 10:30 --
23 I'm looking for a little guidance here.
24 10:30.

Confidential - Per 2004 MDL 1358 Order

Page 150

1 THE WITNESS: I'm not sure
2 when you left, Susan.
3 10:30 to probably 12:30.
4 BY MR. STACK:
5 Q. And in the course of that
6 meeting, you were in the company of
7 Ms. Amron and Mr. Campins; am I correct?
8 A. That's correct.
9 Q. And where did the meeting
10 take place this morning?
11 THE WITNESS: You guys know
12 the address. It's --
13 A few blocks from here. I
14 will need some help on the address, to
15 tell you the truth.
16 MS. AMRON: 15 Park Row.
17 THE WITNESS: There you go.
18 BY MR. STACK:
19 Q. Prior to meeting this morning, had
20 you had conversations with counsel
21 relative to providing them with
22 information for the proposed
23 stipulation, Exhibit No. 8?
24 MS. AMRON: I'm going to

Page 151

1 object to that question on the grounds
2 that the stipulation is an inappropriate
3 topic for this deposition for all the
4 reasons I stated already.
5 You may answer.
6 MR. STACK: Are you
7 permitting the witness to answer, Susan.
8 MS. AMRON: Yes. In fact I
9 just very quietly told him he may
10 answer.
11 MR. STACK: Okay.
12 THE WITNESS: Yes, I had
13 phone conversations.
14 BY MR. STACK:
15 Q. And apart from phone
16 conversations, did you have any face-to-
17 face meetings with counsel relative to
18 information that was requested of you
19 for inclusion in Exhibit No. 8?
20 MS. AMRON: Again, object on
21 the grounds of relevance and also to
22 the -- standing objection to the
23 questioning about that document.
24 A. No, I did not.

Page 152

1 Q. How many times did you
2 speak to counsel relative to information
3 to be provided to them for inclusion in
4 Exhibit No. 8?
5 MS. AMRON: Objection to
6 relevance and standing objection to the
7 document.
8 A. Probably two or three
9 times.
10 Q. When were you first
11 contacted to provide information to
12 counsel for inclusion in Exhibit No. 8?
13 MS. AMRON: Objection as to
14 relevance. Same objection as to the
15 questions about that document. I
16 believe it mischaracterizes the witness'
17 testimony.
18 A. Probably three weeks ago,
19 something like that.
20 Q. And in the three-week
21 period, did you work with your
22 colleagues to develop a list profiling
23 Exxon Mobil's refining capacity 1985 to
24 2003?

Page 153

1 MS. AMRON: Objection as to
2 relevance and to the use of Exhibit 8 or
3 questions about Exhibit 8.
4 A. Yes, I did.
5 Q. Who else did you work with?
6 MS. AMRON: Same objection.
7 A. I had an analyst, Michelle
8 Guterrez, work on it.
9 Q. And with regard to the
10 information pertaining to Exxon Mobil
11 market share and ranking for market
12 share and sales of gasoline, did you
13 have anyone assist you in pulling that
14 information today?
15 MS. AMRON: Objection as to
16 relevance and to the use of the
17 questions about Exhibit 8.
18 A. The answer is yes, and it
19 was, again, Michelle Guterrez.
20 Q. Approximately how much time
21 did you spend in assembling information
22 relative to profiling Exxon Mobil's rank
23 and refining capacity and Exxon Mobil's
24 rank and market share in the United