## CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on October 13, 2009, I caused to be served by electronic means upon all parties via Lexis Nexis File and Serve, a true and correct copy of the Notice Of Exxon Mobil Corporation's Motion *In Limine* To Preclude The Testimony Of Mr. Burke In Phase IV and the supporting Memorandum of Law.

*Lauren Handel*
Lauren Handel