# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE") :
Products Liability :
Litigation :

In Re:
City of New York v. Amerada Hess, et al.
No. 04 Civ. 3417
------
CONFIDENTIAL (Per 2004 MDL 1358 Order)
------
October 10, 2009
------

Videotaped Deposition of BRUCE F. BURKE, held at the New York City Law Department, 100 Church Street, 6th Floor, New York, New York, beginning at approximately 2:10 p.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
(P) 877.370.3377  (F) 917.591.5672
deps@golkow.com

                                                    13
 1   for an expert opinion.  Relevance.
 2       A.    I have.
 3             (Below-described document
 4   marked as Burke Exhibit 2.)
 5   BY MS. AMRON:
 6       Q.    Then let me show you
 7   what we have marked as Exhibit 2, which
 8   is a graphic entitled "ExxonMobil
 9   Refineries - 1985-2003," and ask you to
10   explain what this graphic shows.
11             MR. STACK:  Again, objection
12   to relevance.  Also objection on the
13   grounds that this calls for a legal
14   opinion and as the testimony of
15   percipient witness, it is hearsay and we
16   would argue that with respect to this
17   witness, his purported percipient
18   witness testimony is nothing more than a
19   conduit for hearsay.  And a substitute
20   for an expert opinion, which was not
21   proffered in a timely manner.
22       Q.    You can answer.
23       A.    Okay.  So this exhibit
24   presents the location of ten refineries

                                                    14
 1   in the United States, each of which was
 2   owned by Exxon or Mobil up to 1999, and
 3   then several of them were sold between
 4   1985 and 2003.  There's four at the Gulf
 5   Coast, and these were presented in my
 6   prior testimony where I looked at the
 7   refineries in Beaumont, Baton Rouge,
 8   Baytown, and Chalmette.
 9             Also the two refineries in
10   New Jersey which were also covered in my
11   prior testimony at Bayway, which was
12   sold by Exxon in 1993, and Paulsboro,
13   which was sold in 1997.
14             The additional refineries
15   include Joliet in Illinois; Billings,
16   Montana; and two refineries in
17   California at Benicia and Torrance.  The
18   Benicia refinery was sold in 2000.
19       Q.    And prior to its sale, who
20   owned the Benicia refinery?
21       A.    Exxon.
22       Q.    And who owned the Torrance,
23   California, refinery between 1985 and
24   2003?

                                                    15
 1       A.    Mobil.
 2       Q.    And after the merger, was
 3   that then owned by Exxon Mobil?
 4       A.    It was.
 5       Q.    Now, as part of your work
 6   at Nexant, have you become familiar with
 7   the capacity of refineries in the United
 8   States?
 9             MR. STACK:  Objection,
10   relevance.  Calls for an expert opinion,
11   hearsay.
12       A.    Yes, I have.  I mentioned
13   the database where we keep track of
14   characteristics of all refineries in the
15   U.S.  That includes capacities of each
16   of those refineries.
17       Q.    And can you explain what
18   the capacity of a refinery means?
19             MR. STACK:  Objection,
20   relevance and calls for an expert
21   opinion.
22       A.    Yes.  Capacity is -- for
23   refining is a measure of how much crude
24   oil can be processed by that facility.

                                                    16
 1   It is measured in barrels per day, is
 2   the unit of capacity.
 3       Q.    And is refining capacity an
 4   indication of the actual amount of
 5   gasoline produced by a refinery?
 6             MR. STACK:  Objection,
 7   relevance.  Calls for an expert
 8   opinion.  Lack of foundation and also
 9   this would be hearsay.
10       A.    It's -- capacity is a good
11   indication of relative production of
12   gasoline.  Each refinery, of course, is
13   specific in terms of how much gasoline
14   it produces per barrel of crude oil, but
15   on a sort of national comparative basis,
16   a larger refinery, with clearly some
17   exceptions, would produce more gasoline
18   than a smaller refinery, unless we're
19   talking about a specialized non-fuel
20   type refinery.  We're basically talking
21   here about -- at least I'm talking about
22   fuel-focused refineries that are
23   primarily making gasoline and diesel and
24   jet fuel.

**Page 17**

Q. From 1985 until the merger of Exxon Mobil in 1999, if you considered Exxon and Mobil together, where did they rank in terms of refining capacity in the United States?

MR. STACK: Objection, relevance. Calls for an expert opinion, lacks foundation, and is hearsay.

A. I would rank the combined capacity of Exxon and Mobil during that time period as number one, perhaps number two, but nothing below that.

Q. And is that, the relative size of refineries and the relative capacity, something that you use in the course of your work?

MR. STACK: Objection, relevance. Calls for an expert opinion, lacks foundation. Calls for hearsay.

A. It is. As I mentioned, we maintain records, databases, and models of refineries throughout the United States. Capacity is a key factor in terms of determining production of

**Page 18**

products, including gasoline. So absolutely, knowing what capacity is is a fundamental characteristic of refining.

Q. Now, after the merger of Exxon and Mobil in 1999, where did the new company, Exxon Mobil, rank in terms of refining capacity in the United States?

MR. STACK: Objection, relevance.

A. It was --

MR. STACK: Calls for an expert opinion. Lacks foundation. And also calls for hearsay testimony from a percipient witness.

A. Exxon Mobil would still be in certainly the top one or two refiners in the U.S. based on capacity.

Q. Did Exxon Mobil manufacture MTBE at either of its California refineries?

MR. STACK: Objection, relevance, and calls for an expert

**Page 19**

opinion.

A. Well, Exxon manufactured MTBE at the Benicia refinery. They did not have a manufacturing facility for MTBE at Torrance. Both of them, however, produced MTBE gasoline at those two refineries. Torrance purchased MTBE from other sources, including imports.

Q. Let me turn to -- well, let me go back to that for a second. What is the basis of your knowledge about MTBE use at the two California refineries?

MR. STACK: Objection, relevance.

A. Well, in California the California Energy Commission, the CEC, from the early '90s through to the phaseout of MTBE in California monitored the production of MTBE gasoline at each California refinery, and that was a series of reports that were put out on a quarterly basis. And that was, again, something that I monitored as an ongoing

**Page 20**

part of my activities in the industry and it certainly demonstrated that both Benicia and Torrance produced MTBE gasoline from the early '90s forward.

Q. And how do you use these CEC reports in the course of your business?

MR. STACK: Objection, relevance, and calls for an expert opinion.

A. Well, let me give you a specific example. I did work for the Department of State looking at the phaseout of MTBE in California. And part of that work was to review how refineries had used MTBE, which ones had used them, how much, and when they ended up phasing it out, its use. I also looked at which refineries had within the refineries MTBE production facilities as opposed to those who did not. So that was a specific case.

But generally, again, it's part of the general monitoring of key

**Page 21**

1 elements of the industry. And since
2 California is a very big market, that
3 was a market that I would keep track of.
4     Q. Well, let me then turn to
5 pipelines. In the course of your work
6 at Nexant, have you become familiar with
7 the common carrier pipeline systems used
8 to transport gasoline in the United
9 States?
10     A. I have. I have. I think,
11 as mentioned in my prior testimony, the
12 common carrier pipelines are critical to
13 the movement of fuel and supply of fuel
14 around the United States. The -- a very
15 large amount of gasoline and other fuels
16 is produced at the Gulf Coast, more than
17 can be consumed there, and it needs to
18 be moved to market, and the majority of
19 that is done using pipelines, common
20 carrier pipelines. And I had talked
21 about the use of the Colonial and the
22 Plantation pipelines in prior testimony,
23 which run from the Gulf Coast up to the
24 East Coast.

**Page 22**

1     There are several major
2 pipeline systems which run up from the
3 Gulf Coast to the center of the country,
4 pipelines like the Explorer pipeline and
5 TEPPCO.
6     In California there's
7 basically two common carrier pipeline
8 systems, primary ones. Both are owned
9 by Kinder Morgan, one in the north of
10 California, one in the south.
11     Q. Could you remind the jury
12 what a common carrier pipeline is?
13     MR. STACK: Objection,
14 relevance. Calls for an expert
15 opinion. Lacks foundation.
16     A. Well, as I had reviewed in
17 my prior testimony, common carrier
18 pipelines are -- well, first, all
19 pipelines which cross states, interstate
20 pipelines, which carry petroleum
21 products are common carrier pipelines.
22 And what that means is that the pipeline
23 is required to carry refined products
24 from any supplier that meets the

**Page 23**

1 product -- primarily the product
2 specifications of that pipeline.
3     Essentially all of those
4 common carrier pipelines operate in a
5 commingled fashion, though they
6 certainly have the capability to operate
7 in a segregated fashion, similar to what
8 I had reviewed for the Colonial and
9 Plantation pipelines and Buckeye
10 pipelines.
11     Q. And how are common carrier
12 pipelines used in California?
13     MR. STACK: Guys, I don't
14 know what's going on, but the signal, we
15 can't hear you on this end. There's a
16 loud buzzing noise. It sounds like some
17 kind of electronic interference with the
18 phone in your room. It just kicked in.
19 It sounds like a roar. I don't know how
20 else to describe it.
21     MS. AMRON: Hang on a
22 second. We're trying to see what it
23 could be.
24     MR. STACK: Thanks, Susan.

**Page 24**

1     MS. AMRON: We can go off
2 the record for a second.
3     THE VIDEOGRAPHER: We're
4 going off the record. The time is
5 2:31 p.m.
6     (Recess.)
7     THE VIDEOGRAPHER: We're
8 back on the record. The time is
9 2:33 p.m.
10 BY MS. AMRON:
11     Q. Mr. Burke, can you explain
12 how common carrier pipelines are used in
13 California?
14     MR. STACK: Objection,
15 relevance. Lacks foundation. Calls for
16 an expert opinion.
17     A. Sure. The common carriers
18 in California basically work the same
19 way that they work in other parts of the
20 country. The pipelines themselves do
21 not produce product. So what they do is
22 they take in product from refineries or
23 to a certain extent from imports and
24 they transport them. As I mentioned,

25
1 common carrier pipelines, including in
2 California, operate in a commingled
3 fashion, though there is the -- there
4 certainly is some segregated shipping
5 that goes on. So fairly similar to the
6 description that I discussed in prior
7 testimony for the Colonial and
8 Plantation.
9  Q. From the period from 1985
10 through 2003, what was the major common
11 carrier pipeline in California?
12  MR. STACK: Objection,
13 relevance. Lacks foundation. Calls for
14 an expert opinion. Also vague and
15 ambiguous. We don't know what part of
16 California.
17 BY MS. AMRON:
18  Q. For the -- let me then
19 rephrase the question. From 1985 to
20 2003, was there a single major common
21 carrier pipeline that operated in
22 California?
23  MR. STACK: Objection,
24 relevance, foundation. Calls for an

26
1 expert opinion. For a percipient
2 witness, this would be hearsay
3 testimony.
4  A. There are two major common
5 carrier pipelines in California. They
6 are currently both owned by Kinder
7 Morgan. There's a pipeline system which
8 is based in San Francisco, it is their
9 northern system; and then a southern
10 system, which is based in Los Angeles.
11  Q. And what is the basis for
12 your knowledge about the pipeline system
13 in California?
14  A. Well, I have periodically
15 over the years looked at the
16 distribution and shipping of products in
17 California. Several years ago I was
18 involved in looking at the Kinder Morgan
19 assets, including product pipelines. So
20 during the course of doing that, that
21 included looking at the California
22 assets and the pipeline systems there.
23 During my Department of State work, the
24 movement of gasoline in California was

27
1 part of the sort of overall scope, so,
2 again, I became familiar with how
3 gasoline is moved in California through
4 the Kinder Morgan pipelines and prior
5 versions of those since Kinder Morgan
6 has bought up assets over the years.
7  Q. Let me ask you to look at a
8 graphic that has been marked as
9 Exhibit 3.
10  (Above-described document
11 marked as Burke Exhibit 3.)
12 BY MS. AMRON:
13  Q. And, first, are you
14 familiar with the pipeline depicted in
15 that graphic?
16  A. I am.
17  Q. And could you explain what
18 this graphic shows?
19  MR. STACK: Objection,
20 relevance, foundation. It calls for an
21 expert opinion and it's hearsay, or more
22 properly this witness is a conduit for
23 hearsay relative to describing what has
24 been identified as Exhibit No. 3.

28
1  A. Yeah. This exhibit is off
2 of the Kinder Morgan pipeline Web site,
3 I believe. It certainly looks familiar.
4  It shows the routes that
5 the Kinder -- the northern California
6 Kinder Morgan pipeline system covers,
7 and there are a number of different legs
8 to that system. So there's -- centered
9 around the San Francisco Bay area, which
10 is where these legs basically come out
11 from, gasoline is gathered in from the
12 various refineries in the San Francisco
13 Bay. There's a leg which supplies to
14 the south down to San Jose, another leg
15 which supplies over to Fresno south and
16 east, and then there is a run of pipe
17 which goes to Sacramento and then on
18 across to Reno, Nevada, and then also a
19 run which heads north when you get past
20 Sacramento up to Chico, California, so
21 serving some of those markets.
22 Basically this is an overview of the
23 Kinder Morgan northern California
24 pipeline system.

Page 29

1  Q. Is this depiction of the
2  pipeline system consistent with your
3  knowledge of how the Kinder Morgan
4  pipeline system operates in northern
5  California?
6       MR. STACK: Objection,
7  relevance. Foundation as to operation
8  of the system. It calls for an expert
9  opinion and hearsay.
10      A. It is consistent. Several
11 years ago I was involved in an analysis
12 looking at the supply, how gasoline was
13 supplied to Reno, Nevada, and as part of
14 that I reviewed gasoline coming over on
15 the Kinder Morgan system, which is one
16 of the primary supply sources, and this
17 is consistent with that.
18      Q. Now, Kinder Morgan pipeline
19 in northern California, is that a common
20 carrier system?
21      A. Yes, it is.
22      Q. And from 1985 through the
23 period 2003, to your knowledge was
24 gasoline shipped on the Kinder Morgan

Page 30

1  pipeline in northern California a
2  commingled gasoline product?
3       MR. STACK: Objection,
4  relevant. Lacks foundation. Calls for
5  hearsay testimony and/or an expert
6  opinion.
7       A. Yes, it was.
8       Q. And during the period from
9  1985 to 2003, to your knowledge did the
10 commingled gasoline product shipped on
11 the Kinder Morgan pipeline in northern
12 California contain MTBE?
13      MR. STACK: Objection,
14 relevance. Lacks foundation. Calls for
15 a hearsay and/or calls for an expert
16 opinion.
17      A. Well, I can comment from
18 the early '90s because from the early
19 '90s onward I would say it certainly
20 carried MTBE gasoline. Prior to the
21 early '90s the records for tracking MTBE
22 gasoline in California were not being
23 kept. As I mentioned, the California
24 Energy Commission, the CEC, began

Page 31

1  keeping those quarterly records in the
2  early '90s and that documented the use
3  of MTBE at that point.
4       So I would say early '90s
5  forward, certainly.
6       Q. And based on your
7  experience and work with Kinder Morgan,
8  did the Exxon Benicia refinery
9  distribute gasoline in California
10 through the Kinder Morgan pipeline in
11 northern California?
12      MR. STACK: Objection,
13 relevance. Lacks foundation. Calls for
14 hearsay or calls for an expert opinion.
15      A. The answer is yes, the
16 Benicia refinery was connected to the
17 Kinder Morgan common carrier system, and
18 the basis for knowing that is that all
19 the refineries in the San Francisco area
20 were connected to that system, which I
21 had learned over the course of reviewing
22 the Kinder Morgan system on several
23 engagements.
24      Q. Let's turn then to the --

Page 32

1  southern California. Are you familiar
2  with the Kinder Morgan pipeline system
3  in southern California?
4       MR. STACK: Objection,
5  relevance.
6       A. I am.
7       Q. And, again, can you explain
8  the basis for your familiarity with the
9  pipeline system in southern California?
10      A. Sure. During the -- I had
11 mentioned the work on the Department of
12 State, which looked at the production
13 and use of MTBE gasoline in the state of
14 California leading up to the phaseout of
15 MTBE gasoline, and so during the course
16 of that, I became familiar with the
17 Kinder Morgan pipeline operations in
18 both north and south.
19      (Below-described document
20 marked as Burke Exhibit 4.)
21 BY MS. AMRON:
22      Q. Let me show you what has
23 been marked as Exhibit 4, which is a
24 graphic entitled "Kinder Morgan pipeline

**Page 33**

1 system, Southern California."
2    **A.**   I got it.
3    **Q.**   And ask you whether the
4 system that is depicted on this graphic
5 is familiar to you.
6       MR. STACK: Objection,
7 relevance. Lacks foundation. Calls for
8 hearsay.
9    **A.**   Yes. This -- I am familiar
10 with this. Again, this, I believe, is
11 from the Kinder Morgan Web site.
12    **Q.**   To your knowledge is this
13 an accurate depiction of the Kinder
14 Morgan pipeline in southern California
15 into Arizona?
16       MR. STACK: Objection,
17 relevant. Lacks foundation. Calls for
18 hearsay or calls for an expert opinion.
19    **A.**   It is accurate. It is
20 showing the major characteristics of
21 this southern pipeline system. There's
22 a line supplying down to San Diego, a
23 line out to Phoenix, Arizona, and then
24 also supply up to Las Vegas. And that's

**Page 34**

1 all consistent with my understanding of
2 the Kinder Morgan system.
3    **Q.**   And from the period from
4 1985 to 2003, was gasoline that was
5 shipped on the Kinder Morgan pipeline
6 system in southern California a
7 commingled product?
8       MR. STACK: Objection,
9 relevance. Lacks foundation. Calls for
10 hearsay of a percipient witness or calls
11 for an expert opinion.
12    **A.**   Similar to the northern,
13 the answer I gave for the northern
14 system, from the early 1990s forward,
15 MTBE gasoline was being shipped on this
16 commin -- this common carrier pipeline
17 system. And it is possible it was being
18 shipped before that; we just don't have
19 the records for that. But the CEC
20 documented its production and sale
21 within California from the early '90s
22 forward.
23    **Q.**   During that same time
24 period, 1985 to 2003, did the commingled

**Page 35**

1 gasoline product that was shipped on the
2 southern pipeline system, the southern
3 Kinder Morgan pipeline system, contain
4 MTBE?
5       MR. STACK: Objection,
6 relevance. Lacks foundation. Calls for
7 hearsay testimony from a percipient
8 witness or otherwise calls for an expert
9 opinion.
10    **A.**   Well -- I'm sorry. From
11 the early 1990s forward, I would say it
12 did contain MTBE.
13    **Q.**   Now, you identified one of
14 the Exxon Mobil refineries as being in
15 Torrance, California. Did the Torrance
16 refinery distribute gasoline in
17 California using the Kinder Morgan
18 pipeline between 1985 and 2003, to your
19 knowledge?
20       MR. STACK: Objection,
21 relevance. Objection on the basis of
22 lack of foundation. Calls for hearsay
23 from a percipient witness or otherwise
24 calls for an expert opinion.

**Page 36**

1    **A.**   Well, the Torrance refinery
2 is connected into the Kinder Morgan
3 common carrier pipeline system, so it
4 certainly was supplying into that. And
5 gasoline supplied by it or produced by
6 it, including from the early 1990s
7 onward, MTBE gasoline would have been
8 distributed on that system.
9    **Q.**   Let me turn to retail sales
10 of gasoline.
11       Now, as part of your work
12 at Nexant, are you familiar with
13 nationwide gasoline retail sales figures
14 from the period from 1985 to 2003?
15       MR. STACK: Objection,
16 relevance. Calls for an expert opinion.
17    **A.**   I am.
18    **Q.**   And why are you familiar
19 with those figures?
20    **A.**   Well, retail is an
21 important part of the overall supply
22 chain and the overall operations of oil
23 companies and petroleum companies in the
24 United States. So as part of tracking

**37**

what individual companies are doing, developments in the industry, it is important to know who is -- who are the leaders, changes in -- who have top shares, who have sold facilities and so forth. So as part of that, I have monitored retail market share certainly at the national level based on annual statistics which are produced by the National Petroleum News, which is, you know, readily available and widely circulated within the industry.

Q. And are those figures something that you rely on in your work?

MR. STACK: Objection, relevance. Objection, foundation. This clearly calls for hearsay testimony and otherwise calls for an undisclosed expert opinion.

A. I do rely on them to the extent that when I'm profiling companies, looking at their activities, sometimes their strategies for where to do investments, I need to know their

**38**

role and position in the retail end of the business. So, yes, I do keep track of that

Q. Now, before the merger of Exxon and Mobil in 1999, if you take Exxon and Mobil together, where did their combined retail sales rank in comparison to other retail companies, gasoline retail companies?

MR. STACK: Objection, relevance. Objection, foundation -- lacks foundation. It calls for hearsay testimony from a percipient witness or otherwise calls for an undisclosed expert opinion from Mr. Burke.

A. I would say that the combined Exxon/Mobil during that entire period would have had -- would have been the number one -- would have had the number one market share in retail sales of gasoline for essentially every year. It is possible toward the end of that -- you said 2003?

Q. No, before the merger.

**39**

A. Before the merger. I would say they were probably number one essentially every year.

Q. Well, then after the merger, based on your familiarity with nationwide gasoline retail sales, where did Exxon Mobil, the merged company, rank with respect to other companies for retail market sales?

MR. STACK: Objection, relevance. Lacks foundation. Calls for hearsay testimony from a percipient witness or otherwise calls for expression of an undisclosed expert opinion by Mr. Burke.

A. The combined Exxon/Mobil share would have remained, I would say, number one or number two.

Q. Are you familiar with retail sales of gasoline stations in California?

A. I don't specifically track that data. It is not as readily available.

**40**

MS. AMRON: Can we go off the record for one second and let me consult with Mr. Campins.

THE VIDEOGRAPHER: We're going off the record. The time is 2:49 p.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record. The time is 2:51 p.m.

BY MS. AMRON:

Q. Mr. Burke, can you, based on your experience and work with Kinder Morgan, describe generally where the northern Kinder Morgan -- northern California Kinder Morgan pipeline serves?

MR. STACK: Objection, relevance. Lacks foundation. Calls for hearsay testimony from a percipient witness or otherwise calls for an undisclosed expert opinion from Mr. Burke regarding specialized and technical knowledge.

                                                41
 1      A.   Well, the northern system
 2  basically serves all the communities
 3  around where the pipelines -- the
 4  pipeline system goes, so that includes
 5  San Francisco, though there is a fair
 6  amount that is supplied directly from
 7  refinery terminals there.  But as you
 8  get further away from San Francisco
 9  where the refineries can reach, the
10  product is moving, gasoline is moving on
11  the pipelines.
12           So really the northern part
13  of California across to, say, Lake
14  Tahoe, the pipeline goes through to
15  Reno, Nevada.  So there's some supply
16  into Nevada.  So it's basically those
17  areas.
18      Q.   And with respect to the
19  southern California Kinder Morgan
20  pipeline, could you describe what area
21  that pipeline serves?
22           MR. STACK:  Objection,
23  relevance.  Lacks foundation.  Calls for
24  hearsay testimony from a percipient

                                                42
 1  witness or otherwise calls for Mr. Burke
 2  to express an undisclosed expert opinion
 3  of specialized and technical knowledge.
 4      A.   Well, in southern
 5  California, again, the Kinder Morgan
 6  pipeline system would supply communities
 7  and areas around where the pipelines
 8  go.  There are terminals located along
 9  the various legs of the pipeline.  So
10  the pipeline will supply down to San
11  Diego, across basically through southern
12  California over to Las Vegas across to
13  Phoenix.  So basically it is like any
14  pipeline; it supplies along its route.
15      Q.   And did the route of the
16  two pipelines remain basically the same
17  between 1985 and 2003?
18           MR. STACK:  Objection,
19  relevance.  Lacks foundation.  Calls for
20  hearsay testimony from a percipient
21  witness or otherwise calls for an
22  undisclosed expert opinion from
23  Mr. Burke.
24      A.   There have been incremental

                                                43
 1  investments and so forth, which is
 2  normal in a -- big systems like this.
 3  But essentially the answer is yes, the
 4  primary distribution system and pipeline
 5  routes have been the same.
 6           MS. AMRON:  I have no
 7  further questions.
 8           MR. STACK:  I will ask my
 9  colleague to mark the reports prepared
10  by Mr. Burke.  His December 19, 2008,
11  report should be marked Exhibit 5.  His
12  February 6, 2009, report should be
13  marked as Exhibit 6.  And his March 16,
14  2009, report should be marked as
15  Exhibit No. 7.  If we can take a moment
16  to do that and we will proceed further.
17           (Above-described documents
18  marked as Burke Exhibit 5, Burke Exhibit
19  6, and Burke Exhibit 7.)
20           CROSS EXAMINATION
21  BY MR. STACK:
22      Q.   Good afternoon, Mr. Burke.
23  How are you?
24      A.   Fine.  Good afternoon.

                                                44
 1      Q.   With regard to the
 2  documents we have marked, Exhibit No. 5,
 3  is that an expert report that you
 4  prepared in the New York City versus
 5  Amerada Hess case?
 6      A.   Yes, it is.
 7      Q.   Exhibit No. 6 dated
 8  February 6, 2009, is that a rebuttal
 9  expert report that you prepared in the
10  City of New York versus Amerada Hess
11  case?
12      A.   Yes, it is.
13      Q.   And Exhibit No. 7 dated
14  March 16, 2009, is that a second expert
15  rebuttal report that you prepared in the
16  case captioned City of New York versus
17  Amerada Hess?
18      A.   Yes, it is.
19      Q.   Now, in the context of
20  preparing those reports, you were
21  providing expert opinions concerning
22  specialized and technical knowledge that
23  you have about the refining and
24  distribution of petroleum products into