# EXHIBIT 1

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

In Re:
City of New York v. Amerada Hess, et al.
No. 04 Civ. 3417
------
CONFIDENTIAL (Per 2004 MDL 1358 Order)
------
October 10, 2009
------

Videotaped Deposition of BRUCE F. BURKE, held at the New York City Law Department, 100 Church Street, 6th Floor, New York, New York, beginning at approximately 2:10 p.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
(P) 877.370.3377   (F) 917.591.5672
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Per 2004 MDL 1358 Order

### 13

1   for an expert opinion.  Relevance.
2       A.   I have.
3            (Below-described document
4   marked as Burke Exhibit 2.)
5   BY MS. AMRON:
6       Q.   Then let me show you
7   what we have marked as Exhibit 2, which
8   is a graphic entitled "ExxonMobil
9   Refineries - 1985-2003," and ask you to
10  explain what this graphic shows.
11           MR. STACK:  Again, objection
12  to relevance.  Also objection on the
13  grounds that this calls for a legal
14  opinion and as the testimony of
15  percipient witness, it is hearsay and we
16  would argue that with respect to this
17  witness, his purported percipient
18  witness testimony is nothing more than a
19  conduit for hearsay.  And a substitute
20  for an expert opinion, which was not
21  proffered in a timely manner.
22      Q.   You can answer.
23      A.   Okay.  So this exhibit
24  presents the location of ten refineries

### 14

1   in the United States, each of which was
2   owned by Exxon or Mobil up to 1999, and
3   then several of them were sold between
4   1985 and 2003.  There's four at the Gulf
5   Coast, and these were presented in my
6   prior testimony where I looked at the
7   refineries in Beaumont, Baton Rouge,
8   Baytown, and Chalmette.
9            Also the two refineries in
10  New Jersey which were also covered in my
11  prior testimony at Bayway, which was
12  sold by Exxon in 1993, and Paulsboro,
13  which was sold in 1997.
14           The additional refineries
15  include Joliet in Illinois; Billings,
16  Montana; and two refineries in
17  California at Benicia and Torrance.  The
18  Benicia refinery was sold in 2000.
19      Q.   And prior to its sale, who
20  owned the Benicia refinery?
21      A.   Exxon.
22      Q.   And who owned the Torrance,
23  California, refinery between 1985 and
24  2003?

### 15

1       A.   Mobil.
2       Q.   And after the merger, was
3   that then owned by Exxon Mobil?
4       A.   It was.
5       Q.   Now, as part of your work
6   at Nexant, have you become familiar with
7   the capacity of refineries in the United
8   States?
9            MR. STACK:  Objection,
10  relevance.  Calls for an expert opinion,
11  hearsay.
12      A.   Yes, I have.  I mentioned
13  the database where we keep track of
14  characteristics of all refineries in the
15  U.S.  That includes capacities of each
16  of those refineries.
17      Q.   And can you explain what
18  the capacity of a refinery means?
19           MR. STACK:  Objection,
20  relevance and calls for an expert
21  opinion.
22      A.   Yes.  Capacity is -- for
23  refining is a measure of how much crude
24  oil can be processed by that facility.

### 16

1   It is measured in barrels per day, is
2   the unit of capacity.
3       Q.   And is refining capacity an
4   indication of the actual amount of
5   gasoline produced by a refinery?
6            MR. STACK:  Objection,
7   relevance.  Calls for an expert
8   opinion.  Lack of foundation and also
9   this would be hearsay.
10      A.   It's -- capacity is a good
11  indication of relative production of
12  gasoline.  Each refinery, of course, is
13  specific in terms of how much gasoline
14  it produces per barrel of crude oil, but
15  on a sort of national comparative basis,
16  a larger refinery, with clearly some
17  exceptions, would produce more gasoline
18  than a smaller refinery, unless we're
19  talking about a specialized non-fuel
20  type refinery.  We're basically talking
21  here about -- at least I'm talking about
22  fuel-focused refineries that are
23  primarily making gasoline and diesel and
24  jet fuel.

Confidential - Per 2004 MDL 1358 Order

17

1  Q. From 1985 until the merger
2  of Exxon Mobil in 1999, if you
3  considered Exxon and Mobil together,
4  where did they rank in terms of refining
5  capacity in the United States?
6      MR. STACK: Objection,
7  relevance. Calls for an expert opinion,
8  lacks foundation, and is hearsay.
9      A. I would rank the combined
10 capacity of Exxon and Mobil during that
11 time period as number one, perhaps
12 number two, but nothing below that.
13     Q. And is that, the relative
14 size of refineries and the relative
15 capacity, something that you use in the
16 course of your work?
17     MR. STACK: Objection,
18 relevance. Calls for an expert opinion,
19 lacks foundation. Calls for hearsay.
20     A. It is. As I mentioned, we
21 maintain records, databases, and models
22 of refineries throughout the United
23 States. Capacity is a key factor in
24 terms of determining production of

18

1  products, including gasoline. So
2  absolutely, knowing what capacity is is
3  a fundamental characteristic of
4  refining.
5      Q. Now, after the merger of
6  Exxon and Mobil in 1999, where did the
7  new company, Exxon Mobil, rank in terms
8  of refining capacity in the United
9  States?
10     MR. STACK: Objection,
11 relevance.
12     A. It was --
13     MR. STACK: Calls for an
14 expert opinion. Lacks foundation. And
15 also calls for hearsay testimony from a
16 percipient witness.
17     A. Exxon Mobil would still be
18 in certainly the top one or two refiners
19 in the U.S. based on capacity.
20     Q. Did Exxon Mobil manufacture
21 MTBE at either of its California
22 refineries?
23     MR. STACK: Objection,
24 relevance, and calls for an expert

19

1  opinion.
2      A. Well, Exxon manufactured
3  MTBE at the Benicia refinery. They did
4  not have a manufacturing facility for
5  MTBE at Torrance. Both of them,
6  however, produced MTBE gasoline at those
7  two refineries. Torrance purchased MTBE
8  from other sources, including imports.
9      Q. Let me turn to -- well, let
10 me go back to that for a second. What
11 is the basis of your knowledge about
12 MTBE use at the two California
13 refineries?
14     MR. STACK: Objection,
15 relevance.
16     A. Well, in California the
17 California Energy Commission, the CEC,
18 from the early '90s through to the
19 phaseout of MTBE in California monitored
20 the production of MTBE gasoline at each
21 California refinery, and that was a
22 series of reports that were put out on a
23 quarterly basis. And that was, again,
24 something that I monitored as an ongoing

20

1  part of my activities in the industry
2  and it certainly demonstrated that both
3  Benicia and Torrance produced MTBE
4  gasoline from the early '90s forward.
5      Q. And how do you use these
6  CEC reports in the course of your
7  business?
8      MR. STACK: Objection,
9  relevance, and calls for an expert
10 opinion.
11     A. Well, let me give you a
12 specific example. I did work for the
13 Department of State looking at the
14 phaseout of MTBE in California. And
15 part of that work was to review how
16 refineries had used MTBE, which ones had
17 used them, how much, and when they ended
18 up phasing it out, its use. I also
19 looked at which refineries had within
20 the refineries MTBE production
21 facilities as opposed to those who did
22 not. So that was a specific case.
23     But generally, again, it's
24 part of the general monitoring of key

21
1  elements of the industry.  And since
2  California is a very big market, that
3  was a market that I would keep track of.
4       Q.    Well, let me then turn to
5  pipelines.  In the course of your work
6  at Nexant, have you become familiar with
7  the common carrier pipeline systems used
8  to transport gasoline in the United
9  States?
10      A.    I have.  I have.  I think,
11 as mentioned in my prior testimony, the
12 common carrier pipelines are critical to
13 the movement of fuel and supply of fuel
14 around the United States.  The -- a very
15 large amount of gasoline and other fuels
16 is produced at the Gulf Coast, more than
17 can be consumed there, and it needs to
18 be moved to market, and the majority of
19 that is done using pipelines, common
20 carrier pipelines.  And I had talked
21 about the use of the Colonial and the
22 Plantation pipelines in prior testimony,
23 which run from the Gulf Coast up to the
24 East Coast.

22
1       There are several major
2  pipeline systems which run up from the
3  Gulf Coast to the center of the country,
4  pipelines like the Explorer pipeline and
5  TEPPCO.
6       In California there's
7  basically two common carrier pipeline
8  systems, primary ones.  Both are owned
9  by Kinder Morgan, one in the north of
10 California, one in the south.
11      Q.    Could you remind the jury
12 what a common carrier pipeline is?
13      MR. STACK:  Objection,
14 relevance.  Calls for an expert
15 opinion.  Lacks foundation.
16      A.    Well, as I had reviewed in
17 my prior testimony, common carrier
18 pipelines are -- well, first, all
19 pipelines which cross states, interstate
20 pipelines, which carry petroleum
21 products are common carrier pipelines.
22 And what that means is that the pipeline
23 is required to carry refined products
24 from any supplier that meets the

23
1  product -- primarily the product
2  specifications of that pipeline.
3       Essentially all of those
4  common carrier pipelines operate in a
5  commingled fashion, though they
6  certainly have the capability to operate
7  in a segregated fashion, similar to what
8  I had reviewed for the Colonial and
9  Plantation pipelines and Buckeye
10 pipelines.
11      Q.    And how are common carrier
12 pipelines used in California?
13      MR. STACK:  Guys, I don't
14 know what's going on, but the signal, we
15 can't hear you on this end.  There's a
16 loud buzzing noise.  It sounds like some
17 kind of electronic interference with the
18 phone in your room.  It just kicked in.
19 It sounds like a roar.  I don't know how
20 else to describe it.
21      MS. AMRON:  Hang on a
22 second.  We're trying to see what it
23 could be.
24      MR. STACK:  Thanks, Susan.

24
1       MS. AMRON:  We can go off
2  the record for a second.
3       THE VIDEOGRAPHER:  We're
4  going off the record.  The time is
5  2:31 p.m.
6       (Recess.)
7       THE VIDEOGRAPHER:  We're
8  back on the record.  The time is
9  2:33 p.m.
10 BY MS. AMRON:
11      Q.    Mr. Burke, can you explain
12 how common carrier pipelines are used in
13 California?
14      MR. STACK:  Objection,
15 relevance.  Lacks foundation.  Calls for
16 an expert opinion.
17      A.    Sure.  The common carriers
18 in California basically work the same
19 way that they work in other parts of the
20 country.  The pipelines themselves do
21 not produce product.  So what they do is
22 they take in product from refineries or
23 to a certain extent from imports and
24 they transport them.  As I mentioned,

Confidential - Per 2004 MDL 1358 Order

25

1  common carrier pipelines, including in
2  California, operate in a commingled
3  fashion, though there is the -- there
4  certainly is some segregated shipping
5  that goes on.  So fairly similar to the
6  description that I discussed in prior
7  testimony for the Colonial and
8  Plantation.
9       Q.   From the period from 1985
10 through 2003, what was the major common
11 carrier pipeline in California?
12           MR. STACK:  Objection,
13 relevance.  Lacks foundation.  Calls for
14 an expert opinion.  Also vague and
15 ambiguous.  We don't know what part of
16 California.
17 BY MS. AMRON:
18      Q.   For the -- let me then
19 rephrase the question.  From 1985 to
20 2003, was there a single major common
21 carrier pipeline that operated in
22 California?
23           MR. STACK:  Objection,
24 relevance, foundation.  Calls for an

26

1  expert opinion.  For a percipient
2  witness, this would be hearsay
3  testimony.
4       A.   There are two major common
5  carrier pipelines in California.  They
6  are currently both owned by Kinder
7  Morgan.  There's a pipeline system which
8  is based in San Francisco, it is their
9  northern system; and then a southern
10 system, which is based in Los Angeles.
11      Q.   And what is the basis for
12 your knowledge about the pipeline system
13 in California?
14      A.   Well, I have periodically
15 over the years looked at the
16 distribution and shipping of products in
17 California.  Several years ago I was
18 involved in looking at the Kinder Morgan
19 assets, including product pipelines.  So
20 during the course of doing that, that
21 included looking at the California
22 assets and the pipeline systems there.
23 During my Department of State work, the
24 movement of gasoline in California was

27

1  part of the sort of overall scope, so,
2  again, I became familiar with how
3  gasoline is moved in California through
4  the Kinder Morgan pipelines and prior
5  versions of those since Kinder Morgan
6  has bought up assets over the years.
7       Q.   Let me ask you to look at a
8  graphic that has been marked as
9  Exhibit 3.
10           (Above-described document
11 marked as Burke Exhibit 3.)
12 BY MS. AMRON:
13      Q.   And, first, are you
14 familiar with the pipeline depicted in
15 that graphic?
16      A.   I am.
17      Q.   And could you explain what
18 this graphic shows?
19           MR. STACK:  Objection,
20 relevance, foundation.  It calls for an
21 expert opinion and it's hearsay, or more
22 properly this witness is a conduit for
23 hearsay relative to describing what has
24 been identified as Exhibit No. 3.

28

1       A.   Yeah.  This exhibit is off
2  of the Kinder Morgan pipeline Web site,
3  I believe.  It certainly looks familiar.
4            It shows the routes that
5  the Kinder -- the northern California
6  Kinder Morgan pipeline system covers,
7  and there are a number of different legs
8  to that system.  So there's -- centered
9  around the San Francisco Bay area, which
10 is where these legs basically come out
11 from, gasoline is gathered in from the
12 various refineries in the San Francisco
13 Bay.  There's a leg which supplies to
14 the south down to San Jose, another leg
15 which supplies over to Fresno south and
16 east, and then there is a run of pipe
17 which goes to Sacramento and then on
18 across to Reno, Nevada, and then also a
19 run which heads north when you get past
20 Sacramento up to Chico, California, so
21 serving some of those markets.
22 Basically this is an overview of the
23 Kinder Morgan northern California
24 pipeline system.

29

1  Q.  Is this depiction of the
2  pipeline system consistent with your
3  knowledge of how the Kinder Morgan
4  pipeline system operates in northern
5  California?
6       MR. STACK:  Objection,
7  relevance.  Foundation as to operation
8  of the system.  It calls for an expert
9  opinion and hearsay.
10  A.  It is consistent.  Several
11  years ago I was involved in an analysis
12  looking at the supply, how gasoline was
13  supplied to Reno, Nevada, and as part of
14  that I reviewed gasoline coming over on
15  the Kinder Morgan system, which is one
16  of the primary supply sources, and this
17  is consistent with that.
18  Q.  Now, Kinder Morgan pipeline
19  in northern California, is that a common
20  carrier system?
21  A.  Yes, it is.
22  Q.  And from 1985 through the
23  period 2003, to your knowledge was
24  gasoline shipped on the Kinder Morgan

30

1  pipeline in northern California a
2  commingled gasoline product?
3       MR. STACK:  Objection,
4  relevant.  Lacks foundation.  Calls for
5  hearsay testimony and/or an expert
6  opinion.
7  A.  Yes, it was.
8  Q.  And during the period from
9  1985 to 2003, to your knowledge did the
10  commingled gasoline product shipped on
11  the Kinder Morgan pipeline in northern
12  California contain MTBE?
13       MR. STACK:  Objection,
14  relevance.  Lacks foundation.  Calls for
15  a hearsay and/or calls for an expert
16  opinion.
17  A.  Well, I can comment from
18  the early '90s because from the early
19  '90s onward I would say it certainly
20  carried MTBE gasoline.  Prior to the
21  early '90s the records for tracking MTBE
22  gasoline in California were not being
23  kept.  As I mentioned, the California
24  Energy Commission, the CEC, began

31

1  keeping those quarterly records in the
2  early '90s and that documented the use
3  of MTBE at that point.
4       So I would say early '90s
5  forward, certainly.
6  Q.  And based on your
7  experience and work with Kinder Morgan,
8  did the Exxon Benicia refinery
9  distribute gasoline in California
10  through the Kinder Morgan pipeline in
11  northern California?
12       MR. STACK:  Objection,
13  relevance.  Lacks foundation.  Calls for
14  hearsay or calls for an expert opinion.
15  A.  The answer is yes, the
16  Benicia refinery was connected to the
17  Kinder Morgan common carrier system, and
18  the basis for knowing that is that all
19  the refineries in the San Francisco area
20  were connected to that system, which I
21  had learned over the course of reviewing
22  the Kinder Morgan system on several
23  engagements.
24  Q.  Let's turn then to the --

32

1  southern California.  Are you familiar
2  with the Kinder Morgan pipeline system
3  in southern California?
4       MR. STACK:  Objection,
5  relevance.
6  A.  I am.
7  Q.  And, again, can you explain
8  the basis for your familiarity with the
9  pipeline system in southern California?
10  A.  Sure.  During the -- I had
11  mentioned the work on the Department of
12  State, which looked at the production
13  and use of MTBE gasoline in the state of
14  California leading up to the phaseout of
15  MTBE gasoline, and so during the course
16  of that, I became familiar with the
17  Kinder Morgan pipeline operations in
18  both north and south.
19       (Below-described document
20  marked as Burke Exhibit 4.)
21  BY MS. AMRON:
22  Q.  Let me show you what has
23  been marked as Exhibit 4, which is a
24  graphic entitled "Kinder Morgan pipeline

```
                                       33
 1   system, Southern California."
 2        A.   I got it.
 3        Q.   And ask you whether the
 4   system that is depicted on this graphic
 5   is familiar to you.
 6             MR. STACK:  Objection,
 7   relevance.  Lacks foundation.  Calls for
 8   hearsay.
 9        A.   Yes.  This -- I am familiar
10   with this.  Again, this, I believe, is
11   from the Kinder Morgan Web site.
12        Q.   To your knowledge is this
13   an accurate depiction of the Kinder
14   Morgan pipeline in southern California
15   into Arizona?
16             MR. STACK:  Objection,
17   relevant.  Lacks foundation.  Calls for
18   hearsay or calls for an expert opinion.
19        A.   It is accurate.  It is
20   showing the major characteristics of
21   this southern pipeline system.  There's
22   a line supplying down to San Diego, a
23   line out to Phoenix, Arizona, and then
24   also supply up to Las Vegas.  And that's
```

```
                                       34
 1   all consistent with my understanding of
 2   the Kinder Morgan system.
 3        Q.   And from the period from
 4   1985 to 2003, was gasoline that was
 5   shipped on the Kinder Morgan pipeline
 6   system in southern California a
 7   commingled product?
 8             MR. STACK:  Objection,
 9   relevance.  Lacks foundation.  Calls for
10   hearsay of a percipient witness or calls
11   for an expert opinion.
12        A.   Similar to the northern,
13   the answer I gave for the northern
14   system, from the early 1990s forward,
15   MTBE gasoline was being shipped on this
16   commin -- this common carrier pipeline
17   system.  And it is possible it was being
18   shipped before that; we just don't have
19   the records for that.  But the CEC
20   documented its production and sale
21   within California from the early '90s
22   forward.
23        Q.   During that same time
24   period, 1985 to 2003, did the commingled
```

```
                                       35
 1   gasoline product that was shipped on the
 2   southern pipeline system, the southern
 3   Kinder Morgan pipeline system, contain
 4   MTBE?
 5             MR. STACK:  Objection,
 6   relevance.  Lacks foundation.  Calls for
 7   hearsay testimony from a percipient
 8   witness or otherwise calls for an expert
 9   opinion.
10        A.   Well -- I'm sorry.  From
11   the early 1990s forward, I would say it
12   did contain MTBE.
13        Q.   Now, you identified one of
14   the Exxon Mobil refineries as being in
15   Torrance, California.  Did the Torrance
16   refinery distribute gasoline in
17   California using the Kinder Morgan
18   pipeline between 1985 and 2003, to your
19   knowledge?
20             MR. STACK:  Objection,
21   relevance.  Objection on the basis of
22   lack of foundation.  Calls for hearsay
23   from a percipient witness or otherwise
24   calls for an expert opinion.
```

```
                                       36
 1        A.   Well, the Torrance refinery
 2   is connected into the Kinder Morgan
 3   common carrier pipeline system, so it
 4   certainly was supplying into that.  And
 5   gasoline supplied by it or produced by
 6   it, including from the early 1990s
 7   onward, MTBE gasoline would have been
 8   distributed on that system.
 9        Q.   Let me turn to retail sales
10   of gasoline.
11             Now, as part of your work
12   at Nexant, are you familiar with
13   nationwide gasoline retail sales figures
14   from the period from 1985 to 2003?
15             MR. STACK:  Objection,
16   relevance.  Calls for an expert opinion.
17        A.   I am.
18        Q.   And why are you familiar
19   with those figures?
20        A.   Well, retail is an
21   important part of the overall supply
22   chain and the overall operations of oil
23   companies and petroleum companies in the
24   United States.  So as part of tracking
```

**37**

1  what individual companies are doing,
2  developments in the industry, it is
3  important to know who is -- who are the
4  leaders, changes in -- who have top
5  shares, who have sold facilities and so
6  forth. So as part of that, I have
7  monitored retail market share certainly
8  at the national level based on annual
9  statistics which are produced by the
10 National Petroleum News, which is, you
11 know, readily available and widely
12 circulated within the industry.
13      Q.   And are those figures
14 something that you rely on in your work?
15      MR. STACK:   Objection,
16 relevance. Objection, foundation. This
17 clearly calls for hearsay testimony and
18 otherwise calls for an undisclosed
19 expert opinion.
20      A.   I do rely on them to the
21 extent that when I'm profiling
22 companies, looking at their activities,
23 sometimes their strategies for where to
24 do investments, I need to know their

**38**

1  role and position in the retail end of
2  the business. So, yes, I do keep track
3  of that
4       Q.   Now, before the merger of
5  Exxon and Mobil in 1999, if you take
6  Exxon and Mobil together, where did
7  their combined retail sales rank in
8  comparison to other retail companies,
9  gasoline retail companies?
10      MR. STACK:   Objection,
11 relevance. Objection, foundation --
12 lacks foundation. It calls for hearsay
13 testimony from a percipient witness or
14 otherwise calls for an undisclosed
15 expert opinion from Mr. Burke.
16      A.   I would say that the
17 combined Exxon/Mobil during that entire
18 period would have had -- would have been
19 the number one -- would have had the
20 number one market share in retail sales
21 of gasoline for essentially every year.
22 It is possible toward the end of that --
23 you said 2003?
24      Q.   No, before the merger.

**39**

1       A.   Before the merger. I would
2  say they were probably number one
3  essentially every year.
4       Q.   Well, then after the
5  merger, based on your familiarity with
6  nationwide gasoline retail sales, where
7  did Exxon Mobil, the merged company,
8  rank with respect to other companies for
9  retail market sales?
10      MR. STACK:   Objection,
11 relevance. Lacks foundation. Calls for
12 hearsay testimony from a percipient
13 witness or otherwise calls for
14 expression of an undisclosed expert
15 opinion by Mr. Burke.
16      A.   The combined Exxon/Mobil
17 share would have remained, I would say,
18 number one or number two.
19      Q.   Are you familiar with
20 retail sales of gasoline stations in
21 California?
22      A.   I don't specifically track
23 that data. It is not as readily
24 available.

**40**

1       MS. AMRON:   Can we go off
2  the record for one second and let me
3  consult with Mr. Campins.
4       THE VIDEOGRAPHER:   We're
5  going off the record. The time is
6  2:49 p.m.
7       (Recess.)
8       THE VIDEOGRAPHER:   We're
9  back on the record. The time is
10 2:51 p.m.
11 BY MS. AMRON:
12      Q.   Mr. Burke, can you, based
13 on your experience and work with Kinder
14 Morgan, describe generally where the
15 northern Kinder Morgan -- northern
16 California Kinder Morgan pipeline
17 serves?
18      MR. STACK:   Objection,
19 relevance. Lacks foundation. Calls for
20 hearsay testimony from a percipient
21 witness or otherwise calls for an
22 undisclosed expert opinion from
23 Mr. Burke regarding specialized and
24 technical knowledge.

Confidential - Per 2004 MDL 1358 Order

```
                                                                          41
 1        A.     Well, the northern system
 2   basically serves all the communities
 3   around where the pipelines -- the
 4   pipeline system goes, so that includes
 5   San Francisco, though there is a fair
 6   amount that is supplied directly from
 7   refinery terminals there.  But as you
 8   get further away from San Francisco
 9   where the refineries can reach, the
10   product is moving, gasoline is moving on
11   the pipelines.
12              So really the northern part
13   of California across to, say, Lake
14   Tahoe, the pipeline goes through to
15   Reno, Nevada.  So there's some supply
16   into Nevada.  So it's basically those
17   areas.
18        Q.     And with respect to the
19   southern California Kinder Morgan
20   pipeline, could you describe what area
21   that pipeline serves?
22              MR. STACK:  Objection,
23   relevance.  Lacks foundation.  Calls for
24   hearsay testimony from a percipient
```

```
                                                                          42
 1   witness or otherwise calls for Mr. Burke
 2   to express an undisclosed expert opinion
 3   of specialized and technical knowledge.
 4        A.     Well, in southern
 5   California, again, the Kinder Morgan
 6   pipeline system would supply communities
 7   and areas around where the pipelines
 8   go.  There are terminals located along
 9   the various legs of the pipeline.  So
10   the pipeline will supply down to San
11   Diego, across basically through southern
12   California over to Las Vegas across to
13   Phoenix.  So basically it is like any
14   pipeline; it supplies along its route.
15        Q.     And did the route of the
16   two pipelines remain basically the same
17   between 1985 and 2003?
18              MR. STACK:  Objection,
19   relevance.  Lacks foundation.  Calls for
20   hearsay testimony from a percipient
21   witness or otherwise calls for an
22   undisclosed expert opinion from
23   Mr. Burke.
24        A.     There have been incremental
```

```
                                                                          43
 1   investments and so forth, which is
 2   normal in a -- big systems like this.
 3   But essentially the answer is yes, the
 4   primary distribution system and pipeline
 5   routes have been the same.
 6              MS. AMRON:  I have no
 7   further questions.
 8              MR. STACK:  I will ask my
 9   colleague to mark the reports prepared
10   by Mr. Burke.  His December 19, 2008,
11   report should be marked Exhibit 5.  His
12   February 6, 2009, report should be
13   marked as Exhibit 6.  And his March 16,
14   2009, report should be marked as
15   Exhibit No. 7.  If we can take a moment
16   to do that and we will proceed further.
17              (Above-described documents
18   marked as Burke Exhibit 5, Burke Exhibit
19   6, and Burke Exhibit 7.)
20              CROSS EXAMINATION
21   BY MR. STACK:
22        Q.     Good afternoon, Mr. Burke.
23   How are you?
24        A.     Fine.  Good afternoon.
```

```
                                                                          44
 1        Q.     With regard to the
 2   documents we have marked, Exhibit No. 5,
 3   is that an expert report that you
 4   prepared in the New York City versus
 5   Amerada Hess case?
 6        A.     Yes, it is.
 7        Q.     Exhibit No. 6 dated
 8   February 6, 2009, is that a rebuttal
 9   expert report that you prepared in the
10   City of New York versus Amerada Hess
11   case?
12        A.     Yes, it is.
13        Q.     And Exhibit No. 7 dated
14   March 16, 2009, is that a second expert
15   rebuttal report that you prepared in the
16   case captioned City of New York versus
17   Amerada Hess?
18        A.     Yes, it is.
19        Q.     Now, in the context of
20   preparing those reports, you were
21   providing expert opinions concerning
22   specialized and technical knowledge that
23   you have about the refining and
24   distribution of petroleum products into
```