# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl:MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability   :
Litigation           :

        In Re:
City of New York v. Amerada Hess, et al.
          No. 04 Civ. 3417
                ------
    CONFIDENTIAL (Per 2004 MDL 1358 Order)
                ------
              October 10, 2009
                ------
            Videotaped Deposition of
BRUCE F. BURKE, held at the New York
City Law Department, 100 Church Street,
6th Floor, New York, New York, beginning
at approximately 2:10 p.m., before Ann
V. Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.


                ------



        GOLKOW TECHNOLOGIES, INC.
    (P) 877.370.3377  (F) 917.591.5672
            deps@golkow.com

169

1   further questions.
2         MS. AMRON: I do. Just a
3   few questions.
4         REDIRECT EXAMINATION
5   BY MS. AMRON:
6       **Q.**   Referring to Exhibit 8
7   which you have in front or you,
8   Mr. Burke, have you ever seen that
9   document before counsel handed it to you
10  today?
11      **A.**   No, I have not.
12      **Q.**   I don't have a copy of it.
13  It is a document called a stipulation.
14  Do you have an understanding -- before
15  counsel explained it to you today, did
16  you have an understanding of what a
17  stipulation is?
18      **A.**   Unfortunately, no. I'm not
19  a lawyer. So I did not.
20      **Q.**   Was your direct testimony
21  today based on the information that you
22  gained and knowledge that you have
23  gained during your 30 years of
24  experience in your current position?

170

1      **A.**   Yes.
2         MR. STACK: Objection.
3         THE WITNESS: Yes, it was
4   based on that.
5   BY MS. AMRON:
6      **Q.**   Did you review documents in
7   preparation for preparing -- in
8   preparation for testimony today?
9         MR. STACK: Objection.
10      **A.**   Well, I -- as I've stated,
11  I reviewed these documents which we've
12  talked about, the National Petroleum
13  News, the Oil and Gas Journal, and a
14  list of terminals from the OPIS terminal
15  directory listing. So I have reviewed
16  some documents, yes.
17      **Q.**   Did you review those
18  documents that you've just mentioned to
19  prepare for your testimony today or
20  for -- to put together the charts in
21  Exhibit 8?
22         MR. STACK: Objection.
23      **A.**   It was put together, the
24  charts.

171

1      **Q.**   Did you review any
2   documents specifically in preparation
3   just for your testimony today?
4         MR. STACK: Objection.
5      **A.**   No. I've relied on my
6   experience over time.
7      **Q.**   Did you do any research
8   specifically for your -- in preparing
9   for your testimony today?
10         MR. STACK: Objection.
11      **A.**   I really did not. I was
12  told to rely on my knowledge that I've
13  gained over 30 years. I have mentioned
14  a number of specific engagements that
15  were relevant to how gasoline is
16  distributed, transported in California,
17  so I reviewed those really for memory.
18  I did not dig up the original reports or
19  analyses.
20      **Q.**   Now, you were asked by
21  Mr. Stack fairly early in his
22  questioning of you a series of questions
23  about working for individual pipelines.
24  Do you recall that series of questions?

172

1      **A.**   Yes.
2      **Q.**   And you answered that you
3   had not worked for the various pipeline
4   systems that he mentioned to you?
5      **A.**   That's correct.
6      **Q.**   If you didn't work for
7   those systems, how is it that you are
8   familiar with common carrier pipelines
9   in the United States?
10         MR. STACK: Objection.
11      **A.**   Well, I'm familiar from the
12  point of view of their relationship to
13  refining and moving product to market.
14  So typically my engagements have been
15  with refiners themselves or preparing
16  analyses for the, in this case, the
17  overall U.S. market or regional parts of
18  the U.S. market. And to do that, you
19  need to have a knowledge of how
20  pipelines work, common carrier pipelines
21  work and the big systems. But in
22  general, you know, I have not worked
23  directly for pipeline systems.
24      **Q.**   You were also asked a