# EXHIBIT 2

Confidential - Per 2004 MDL 1358 Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Methyl Tertiary Butyl : MDL NO. 1358 (SAS)
Ether ("MTBE")        :
Products Liability    :
Litigation            :

In Re:
City of New York v. Amerada Hess, et al.
No. 04 Civ. 3417
------
CONFIDENTIAL (Per 2004 MDL 1358 Order)
------
October 10, 2009
------

Videotaped Deposition of BRUCE F. BURKE, held at the New York City Law Department, 100 Church Street, 6th Floor, New York, New York, beginning at approximately 2:10 p.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
(P) 877.370.3377   (F) 917.591.5672
deps@golkow.com

169

1  further questions.
2         MS. AMRON:  I do.  Just a
3  few questions.
4         REDIRECT EXAMINATION
5  BY MS. AMRON:
6     Q.    Referring to Exhibit 8
7  which you have in front or you,
8  Mr. Burke, have you ever seen that
9  document before counsel handed it to you
10 today?
11    A.    No, I have not.
12    Q.    I don't have a copy of it.
13 It is a document called a stipulation.
14 Do you have an understanding -- before
15 counsel explained it to you today, did
16 you have an understanding of what a
17 stipulation is?
18    A.    Unfortunately, no.  I'm not
19 a lawyer.  So I did not.
20    Q.    Was your direct testimony
21 today based on the information that you
22 gained and knowledge that you have
23 gained during your 30 years of
24 experience in your current position?

170

1     A.    Yes.
2         MR. STACK:  Objection.
3         THE WITNESS:  Yes, it was
4  based on that.
5  BY MS. AMRON:
6     Q.    Did you review documents in
7  preparation for preparing -- in
8  preparation for testimony today?
9         MR. STACK:  Objection.
10    A.    Well, I -- as I've stated,
11 I reviewed these documents which we've
12 talked about, the National Petroleum
13 News, the Oil and Gas Journal, and a
14 list of terminals from the OPIS terminal
15 directory listing.  So I have reviewed
16 some documents, yes.
17    Q.    Did you review those
18 documents that you've just mentioned to
19 prepare for your testimony today or
20 for -- to put together the charts in
21 Exhibit 8?
22        MR. STACK:  Objection.
23    A.    It was put together, the
24 charts.

171

1     Q.    Did you review any
2  documents specifically in preparation
3  just for your testimony today?
4         MR. STACK:  Objection.
5     A.    No.  I've relied on my
6  experience over time.
7     Q.    Did you do any research
8  specifically for your -- in preparing
9  for your testimony today?
10        MR. STACK:  Objection.
11    A.    I really did not.  I was
12 told to rely on my knowledge that I've
13 gained over 30 years.  I have mentioned
14 a number of specific engagements that
15 were relevant to how gasoline is
16 distributed, transported in California,
17 so I reviewed those really for memory.
18 I did not dig up the original reports or
19 analyses.
20    Q.    Now, you were asked by
21 Mr. Stack fairly early in his
22 questioning of you a series of questions
23 about working for individual pipelines.
24 Do you recall that series of questions?

172

1     A.    Yes.
2     Q.    And you answered that you
3  had not worked for the various pipeline
4  systems that he mentioned to you?
5     A.    That's correct.
6     Q.    If you didn't work for
7  those systems, how is it that you are
8  familiar with common carrier pipelines
9  in the United States?
10        MR. STACK:  Objection.
11    A.    Well, I'm familiar from the
12 point of view of their relationship to
13 refining and moving product to market.
14 So typically my engagements have been
15 with refiners themselves or preparing
16 analyses for the, in this case, the
17 overall U.S. market or regional parts of
18 the U.S. market.  And to do that, you
19 need to have a knowledge of how
20 pipelines work, common carrier pipelines
21 work and the big systems.  But in
22 general, you know, I have not worked
23 directly for pipeline systems.
24    Q.    You were also asked a