# EXHIBIT 3

Confidential - Per 2004 MDL 1358 Order

**5**

1  THE VIDEOGRAPHER: Good
2  afternoon. We're now on the record. My
3  name is Larry Moskowitz and I'm a
4  videographer for Golkow Technologies,
5  Inc. Today's date is October 10, 2009,
6  and the time is 2:10 p.m. This video
7  deposition is being held at the New York
8  Law Department, 100 Church Street, New
9  York, New York in the matter of In Re
10  MTBE for the United States District
11  Court, Southern District of New York.
12  The deponent is Bruce F. Burke.
13  Will counsel please identify
14  themselves for the record.
15  MS. AMRON: Susan Amron from
16  the New York City Law Department for
17  plaintiffs.
18  MR. CAMPINS: Nicholas
19  Campins from Sher Leff for plaintiffs.
20  MS. HANDEL: Lauren Handel,
21  McDermott, Will & Emery for Exxon Mobil
22  defendants.
23  MR. STACK: William Stack
24  for Exxon Mobil.

**6**

1  THE VIDEOGRAPHER: The court
2  reporter is Ann Kaufmann and she will
3  now swear in the witness.
4  BRUCE F. BURKE, having been
5  duly sworn, was examined and testified
6  as follows:
7  DIRECT EXAMINATION
8  BY MS. AMRON:
9  Q. Okay. Just for the record,
10  this is a deposition being held pursuant
11  to the notice de bene esse deposition
12  that the City sent out on November 9
13  which we've marked as Exhibit 1.
14  (Above-described document
15  marked as Burke Exhibit 1.)
16  BY MS. AMRON:
17  Q. Mr. Burke, welcome back.
18  A. Thank you.
19  Q. Can you please remind the
20  jury where you are employed?
21  A. I work for Nexant based in
22  White Plains, New York.
23  Q. And to refresh everyone's
24  recollection, what is Nexant?

**7**

1  A. Nexant is a consulting
2  firm. We work for the United States
3  refining and chemical industries as well
4  as the international assets of those
5  industries. And as part of our work, we
6  look at the facilities up and down the
7  supply chain, so we look at refining
8  operations, new investment requirements,
9  changes in specifications on products.
10  We review the distribution system, so
11  how products get from refineries to the
12  consumer. And we also evaluate the
13  retail end of the business.
14  Q. Okay. And during your work
15  at Nexant, have you become familiar with
16  location and ownership of refineries
17  throughout the country?
18  A. I have, yes.
19  Q. And how have you become
20  familiar with refineries in the United
21  States?
22  A. Well, it's part of my job
23  to be familiar with the assets of my
24  clients. So during the course of

**8**

1  monitoring the industry and working for
2  clients, I'm either working with
3  specific facilities or I need to keep
4  track of what refiners are doing to make
5  changes. So during the course of
6  monitoring the industry, I have become
7  aware of the locations and relative
8  capabilities of most of the refineries
9  in the States.
10  Q. Have the number of
11  refineries in the United States changed
12  since 1979?
13  A. They have. They have
14  dramatically declined since '79. About
15  half of them have shut down since that
16  time period. So there were about 300
17  refineries in 1979. There's about 150
18  right now.
19  Q. And have new refineries
20  been built in the United states since
21  that time?
22  A. No.
23  Q. Now, are you familiar with
24  the oil refineries owned by Exxon Mobil