# EXHIBIT 4

**Page 9**

1  for the period from 1985 through 2003 in
2  the United States?
3       A.   I am.
4            MR. STACK:  Objection,
5  relevance and objection, foundation.
6  With respect to any refineries that do
7  not serve the Queens market, we would
8  object on the grounds of relevance.  And
9  with respect to the location of these
10 refineries outside of those discussed in
11 Mr. Burke's report, we would object on
12 the grounds there's no adequate
13 foundation that's been laid with respect
14 to his personal knowledge of the facts
15 or circumstances relating to the
16 location or operation of any of those
17 facilities.
18 BY MS. AMRON:
19      Q.   Let me see if I can lay
20 some foundation for your knowledge.
21           What is the basis for your
22 knowledge of the location of Exxon Mobil
23 refineries in the United States since
24 the period -- since 1985?

**Page 10**

1       A.   Well, in the course of
2  doing business and working with the
3  industry, one of the tools which I
4  maintain and my company maintains is our
5  databases, which include listings of all
6  refineries in the U.S., their locations,
7  their characteristics.  During the
8  course of specific engagements, where
9  appropriate, if they require looking at
10 competitive situations of, say, the
11 relative size and complexity of
12 refineries of the Gulf Coast, Exxon
13 Mobil refineries would come up in that
14 kind of situation.  So over the course
15 of my career, I have become familiar
16 with where Exxon's facilities are
17 located and generally their
18 characteristics.
19      Q.   And have you had the
20 opportunity to look at Exxon Mobil
21 refineries specifically in the United
22 States?
23           MR. STACK:  Objection,
24 again, relevance, and also objection on

**Page 11**

1  the grounds that any of the testimony
2  relative to the refineries would call
3  for really the expression of an expert
4  opinion embodying specialized and
5  technical knowledge, and it is certainly
6  beyond the understanding of lay
7  witnesses and certainly beyond the
8  understanding of the percipient witness,
9  the apparent proffer for this witness
10 here.  You are calling for an expert
11 opinion.  We would object.
12           You can proceed to answer.
13      Q.   You can proceed to answer.
14      A.   I have -- the answer is,
15 yes, I have looked at specific Exxon
16 Mobil facilities from the point of view
17 of where they are located; work I've
18 done in California, for instance, where
19 I looked at each of the refineries in
20 California, their characteristics, in
21 particular their gasoline production and
22 use of MTBE, and that included the two
23 Exxon Mobil refineries during this time
24 period.

**Page 12**

1       Q.   And you mentioned a
2  database that your company keeps with
3  information about refineries.  What do
4  you use that database for?
5            MR. STACK:  Objection,
6  relevance.  Calls for an expert opinion.
7       A.   Well, it is a database
8  which is used for a variety of
9  activities.  We -- I often will look at
10 market trends in the U.S., so that
11 includes supply and demand of refined
12 products including gasoline.  So in
13 doing that, I need to look at the
14 underlying supply and refinery
15 capacities that exist in different parts
16 of the country.  So there's a case where
17 the database would come into use.
18      Q.   And in the course of the
19 work that you've described, have you
20 become familiar with the refineries
21 owned by Exxon Mobil in the United
22 States from the period from 1985 to
23 2003?
24           MR. STACK:  Objection, calls