# EXHIBIT 5

165
1  Exhibit 8. So I think, as I recall,
2  that's basically it.
3      Q.    And what efforts did you
4  undertake before appearing to testify
5  here today to in any way expunge your
6  knowledge of the work that was done in
7  preparing Exhibit No. 8 from your
8  general experience and background so you
9  could testify otherwise on the topics
10 you were going to be asked about in your
11 direct?
12          MS. AMRON:    Objection on the
13 grounds that it mischaracterizes the
14 witness' testimony and is argumentative.
15          MR. STACK:    I certainly
16 would dispute it is argumentative.
17 BY MR. STACK:
18     Q.    Let me rephrase the
19 question. Mr. Burke, what did you do in
20 appearing to testify here today to
21 expunge, remove everything you learned
22 from your experience in assembling the
23 information with your colleague to
24 assist counsel in putting together

166
1  Exhibit No. 8?
2          MS. AMRON:    And I will
3  object that it mischaracterizes the
4  witness' testimony.
5      A.    Well, I guess it is a
6  little hard to expunge things. But I
7  reviewed in my mind the -- my experience
8  in these areas in terms of, you know,
9  over the course of this time period,
10 what I have done in terms of working
11 with the industry, you know. Over this
12 time period Exxon Mobil repeatedly, as
13 I've checked it through the years, has
14 always ranked at the top in both
15 refining capacity and retail market
16 share. So, I mean, it wasn't too hard.
17 The tables in Exhibit 8 largely
18 confirmed what I had already known. It
19 just put some numbers behind it.
20     Q.    And with regard to the
21 information that's in Exhibit No. 8 in
22 the tables, those materials were
23 assembled within the last two to three
24 weeks?

167
1           MS. AMRON:    Objection on the
2  grounds of relevance and repeat my
3  standing objection to questions about
4  Exhibit 8?
5      A.    Yes, they were.
6      Q.    With respect to your
7  appearance here today, are you being
8  compensated for your time?
9      A.    Yes, I am.
10     Q.    Were you compensated for
11 your travel expenses to appear in New
12 York while en route to China?
13          MS. AMRON:    Objection,
14 mischaracterizes his testimony.
15     A.    I have not been en route to
16 China. Sorry.
17     Q.    Are you going to China next
18 week?
19     A.    I am.
20     Q.    And did you fly in from
21 London to appear here today?
22     A.    Yes. Well, no, no, no.
23 Well, I was coming back anyway so I was
24 not compensated by counsel for flying

168
1  back.
2      Q.    Did you stay in New York
3  last night?
4      A.    No.
5      Q.    Pardon me?
6      A.    No, I did not.
7      Q.    Okay. And with regard to
8  your transit from -- you did travel from
9  London-New York; am I correct?
10     A.    That's correct.
11     Q.    With regard to the transit,
12 were you paid for travel time to appear
13 here today?
14     A.    No.
15     Q.    But you are being
16 compensated for the time that you spent
17 to prepare for and appear at your
18 deposition here today?
19     A.    Yes, I am.
20     Q.    And at what rate are you
21 being compensated?
22     A.    I believe it is $460 an
23 hour.
24          MR. STACK:    I have no