# EXHIBIT 6

### Page 157

1  prepared ranking Exxon Mobil in terms of
2  its refining capacity; am I correct?
3        MS. AMRON:  Objection as to
4  relevance and to the use of questions
5  about the document.
6     A.   That's correct.
7     Q.   You also had on your
8  computer information that you had
9  assembled about ranking Exxon Mobil in
10 terms of its refining capacity; am I
11 correct?
12       MS. AMRON:  Objection as to
13 relevance and to questions about the
14 document.
15    A.   That's correct.
16    Q.   You also had information
17 relative to ranking Exxon Mobil in terms
18 of its retail market share nationwide
19 for gasoline sales?
20       MS. AMRON:  Objection as to
21 relevance and to questions about
22 Exhibit 8.
23    A.   That's correct.
24    Q.   Did you also have

### Page 158

1  information on your computer relative to
2  the distribution of gasoline from the
3  Torrance refinery to terminals in
4  southern California?
5        MS. AMRON:  Objection as to
6  relevance and also vagueness as to
7  information.
8     A.   No, I don't believe I do
9  have information on that.  I don't
10 really have direct -- as I mentioned
11 earlier, I really don't have direct
12 information of where gasoline goes
13 directly from the Torrance refinery.
14    Q.   And with regard to Exxon's
15 Benicia refinery, do you have any
16 information based on your experience in
17 the industry that would link refining of
18 product at Exxon's Benicia refinery to
19 releases of gasoline in California that
20 have contaminated public water supply
21 wells?
22       MS. AMRON:  Objection as
23 going beyond the scope of direct.
24    A.   Based on my experience?

### Page 159

1     Q.   Yes.
2     A.   Only to the extent that
3  Benicia supplied MTBE gasoline into the
4  common carrier pipeline system, northern
5  California, on a commingled basis.  And
6  similar to how I had testified on the
7  East Coast with the commingling, that
8  supplies in this case from Benicia would
9  be spread throughout that system.  To
10 the extent there were leaks that were
11 supplied by that system, I would say
12 that it is my opinion that it's
13 reasonable to assume that some gasoline
14 produced by Benicia got into those
15 service stations and into those leaks.
16    Q.   And can you identify for us
17 any specific release from a service
18 station in northern California supplied
19 by that system which you believe had an
20 impact on a public water supply well
21 resulting in a well being closed or
22 having to be treated?
23       MS. AMRON:  Objection as
24 beyond the scope of direct.

### Page 160

1     A.   No.  As I said, that
2  gasoline commingled in that system.  To
3  the extent it was supplied to locations
4  that had leaks, then Benicia-produced
5  MTBE gasoline over time would have
6  gotten into those leaks.
7        I have not reviewed or
8  assessed specific locations for where
9  leaks have occurred.
10    Q.   In the course of doing work
11 for counsel, were you ever asked to
12 trace the movement of product on the
13 northern California Kinder Morgan
14 system?
15    A.   I was asked on -- I was
16 asked to understand how gasoline is
17 distributed in the California market.
18 So to the extent that that includes that
19 system, yes.
20    Q.   Were you asked, though, to
21 specifically trace batches of gasoline
22 moving on the northern California Kinder
23 Morgan system?
24       MS. AMRON:  Objection on the