UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                           :

IN RE METHYL TERTIARY BUTYL ETHER  :
PRODUCTS LIABILITY LITIGATION

                           :   Master File No. 1:00-1898
---------------------------------------------------------- X   MDL 1358 (SAS), M21-88
                           :

This document relates to:          :

*Village of Island Lake v. Amerada Hess Corp., et*  :
*al. (f/k/a City of Crystal Lake, et al.), Case No. 04-*  :
*CV-02053*

                           :
---------------------------------------------------------- X

## CERTAIN DEFENDANTS' NOTICE OF MOTION FOR
## DETERMINATION OF A GOOD FAITH SETTLEMENT

PLEASE TAKE NOTICE that the following Settling Defendants who are defendants in

one or more of the cases captioned above: (1) Exxon Mobil Corporation, f/k/a Exxon

Corporation; (2) Exxon Mobil Corporation, d/b/a ExxonMobil Refining and Supply Company,

Exxon Chemical U.S.A., ExxonMobil Chemical Corporation and/or ExxonMobil Chemical

U.S.A.; (3) Exxon Mobil Chemical Company; ExxonMobil Oil Corporation; (4) ExxonMobil

Pipeline Company; (5) ExxonMobil Chemical Company, Inc. (individually and f/k/a Mobil

Chemical Company); and (6) Mobil Corporation (each including and on behalf of all parents,

subsidiaries, affiliates, shareholders, former shareholders, officers, former officers, directors,

former directors, principals, former principals, employees, former employees, representatives,

former representatives, assignees, successors, predecessors, and assigns of the above), will move

this Court at a date and time to be determined at the Courthouse located at 500 Pearl Street, New

York, New York 10007, for an order (1) determining that the Settlement Agreement dated as of

September 1, 2009 by the Plaintiffs and the Settling Defendants (Exhibit A to the Declaration of

Dockets.Justia.com

Peter John Sacripanti) is a good faith settlement in the aggregate and as applied to these Plaintiffs under applicable law, (2) for entry of judgment under Fed. R. Civ. P. 54(b), and (3) for such other, different, or additional relief that the Court deems just and proper.

Dated: New York, New York
      October 26, 2009

Respectfully submitted on behalf of the
Settling Defendants,

Peter J. Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Tel: (212) 547-5400
Fax: (212) 547-5444

Attorneys for Exxon Mobil Corporation