# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, October 27, 2009, I served the accompanying Certain Defendants' Notice of Motion for Determination of a Good Faith Settlement, Proposed Order Determining That Settlement is a Good Faith Settlement, Declaration of Robert Gordon, Declaration of Peter John Sacripanti in Support of Settling Defendants' Motion for Determination of a Good Faith Settlement, and Memorandum of Law in Support of Settling Defendants' Motion for Determination of Good Faith Settlement upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
     October 27, 2009

                                     Amelia J. Crowley

Dockets.Justia.com