# EXHIBIT A –

# Settlement Agreement on file with Chambers

Dockets.Justia.com