S/HEINACIN S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Albertson Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9618
*Carle Place Water District v. Amerada Hess Corp., et al.*, Case No. 03-CIV-10053
*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CIV-0120
*City of Glen Cove Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9622
*City of Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9619
*City of Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CIV-0113
*City of Inverness Water District v. Amerada Hess Corp., et al.*, Case No. 07-CIV-0114
*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-11056
*Village of Mineola TBE/GTP, Inc. et al.* Case No. 03-CIV-10051
*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-7764
*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9994
*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9667
*Riverhead Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-7766
*South Huntington Water District v. AGIP Inc., et al.*, Case No. 08-CIV-9621
*Tampa Bay Water District v. Amerada Hess Corp., et al.*, Case No. 07-CIV-516
*Town of East Hampton v. Amerada Hess Corp., et al.*, Case No. 03-CIV-10056
*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, Case No. 08-CIV-9620
*Town of Southampton v. AGIP Inc., et al.*, Case No. 03-CIV-10054

Master File No. 1:00-1898
MDL 1358 (SAS), M21-88

STIPULATION AND ORDER OF
DISMISSAL OF CHEVRON
CORPORATION ONLY,
PURSUANT TO F.R.C.P. 41(a)(2)

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2879

*Village of Hempstead v. AGIP Inc., et al.* Case No. 03-CIV-10055
*Westbury Water District v. AGIP Inc., et al.,* Case No. 03-CIV-10057
*West Hempstead Water District v. Amerada Hess Corp., et al.,* Case No. 03-CIV- 10052

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned cases ("Plaintiffs") and defendant Chevron Corporation (f/k/a ChevronTexaco Corporation) hereby request that the Court enter this voluntary dismissal, without prejudice, of all claims against Chevron Corporation in the above-captioned cases. The Parties agree to this dismissal, without prejudice, pursuant to the terms of a Stipulation entered into between Plaintiffs and Chevron Corporation on October 29, 2009, and further agree that each party shall bear its own costs and attorneys' fees in these actions.

Plaintiffs reserve all rights as against all other defendants including Chevron U.S.A. Inc., which is not subject to this Order of Dismissal.

DATED: October 29, 2009

_____
William F. Hughes
WALLACE KING DOMIKE & REISKIN, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, D.C. 20007
Tel. No. (202) 204-1000
Fax No. (202) 204-1001

Counsel for Chevron Corporation

DATED: October 29, 2009

_____
Robert Gitelman
NAPOLI BERN RIPKA & ASSOCIATES, LLP
3500 Sunrise Hwy, Suite T-207
Great River, New York 11739
Tel. No. (212) 267-3700
Fax No. (212) 587-0031

Counsel for Plaintiffs

**SO ORDERED:**

/s/ Shira A. Scheindlin
_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: Nov 5, 2009

## DECLARATION OF SERVICE

I, Alexander G. Mesmer, hereby declare under perjury of law that a true copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL OF CHEVRON CORPORATION ONLY, PURSUTANT TO FRCP 41(a)(2)** was served via electronic service upon Honorable Shira A. Scheindlin and Robin Greenwald in her capacity as liaison counsel in this matter on this 4th day of November, 2009.

_____
Alexander G. Mesmer