# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To All Cases | ) <br>) MDL NO. 1358<br>) C.A. No. 1:00-1898 (SAS)<br>) M21-88<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

To: The Clerk of Court and All Parties of Record

PLEASE TAKE NOTE THAT JEFFREY A. LAMKEN is no longer associated with Baker Botts LLP and should be removed from the service list. Baker Botts LLP continues to serve as counsel for the Marathon and Ashland Defendants through their attorney Steven L. Leifer and all future correspondence and papers in MDL No. 1358 should continue to be directed to him.

Dated: November 6, 2009

_____
Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402
(202) 639-7723

SO ORDERED:

Dated: New York, New York
       November __, 2009

_____
United States District Judge

- 1 -

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, a true and correct copy of Notice of Withdrawal of Counsel was electronically served on counsel of record for all parties in MDL No. 1358 via LexisNexis File & Serve.

_____
Christopher Danley