# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)



James A. Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

November 12, 2009

**BY HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

   Re: In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation,
      Case No. 00 MDL 1898 (SAS);

      This Document Relates to: City of New York v. Amerada Hess Corp, et al.,
      Case No. 04-Civ. 3417

     *Parties' Joint Request That Correspondence be Added to Court Record*

Dear Judge Scheindlin:

  On behalf of the parties in the above-captioned case, I am writing to ask that certain correspondence be made part of the Court Record for *City of New York v. Amerada Hess Corp, et al.* I understand that the Clerk's Office requires an Order from the Court to do this. Accordingly I have included a "So Ordered" line at the end of this letter.

  A list of the correspondence that Plaintiff City of New York wishes be added to the Court Record in this case is attached at Exhibit A, and a list of correspondence that Defendant Exxon Mobil Corporation wishes be added to the Court Record in this case is attached at Exhibit B. Copies of each correspondence will be provided by the parties for forwarding to the Clerk.

  As always, we appreciate the Court's time and attention to this matter.

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York New York 10173-1922 Telephone: +1 212 547 5400 Facsimile: +1 212 547 5444 www.mwe.com

Respectfully submitted,

*James A. Pardo*

James A. Pardo

Attachments

cc:    Vic Sher (by electronic mail; w/o attachments)
       Susan Amron (by electronic mail; w/o attachments)


SO ORDERED

_____
Shira A. Scheindlin, U.S.D.J.

Date: Nov 13, 2009

# EXHIBIT A

Plaintiff's Submissions

# Correspondence to Judge Scheindlin since August 2008
## Master Index

| Date | From | To |
|---|---|---|
| 08/04/08 | Robin Greenwald | Court |
| 08/07/08 | Robin Greenwald | Court |
| 9/24/08 | Robin Greenwald/Curt Marshall | Court |
| 9/29/08 | Robin Greenwald | Court |
| 10/22/08 | Robin Greenwald | Court |
| 10/27/08 | Robin Greenwald | Court |
| 11/26/08 | Susan Amron | Court |
| 12/4/08 | Robin Greenwald | Court |
| 12/8/08 | Robin Greenwald | Court |
| 12/16/08 | Susan Amron | Court |
| 1/7/09 | Amanda Goad | Court |
| 1/8/09 | Robin Greenwald | Court |
| 1/12/09 | Robin Greenwald | Court |
| 1/14/09 | Scott Pasternack | Court |
| 1/29/09 | Vic Sher | Court |
| 2/18/09 | Robin Greenwald | Court |
| 2/23/09 | Robin Greenwald | Court |
| 3/10/09 | Nick Campins | Court |
| 3/13/09 | Susan Amron | Court |
| 3/13/09 | Nick Campins | Court |
| 3/25/09 | Robin Greenwald | Court |
| 3/26/09 | Amanda Goad | Court |
| 3/30/09 | Robin Greenwald | Court |
| 4/16/09 | Daniel Greene | Court |
| 5/12/09 | Susan Amron | Court |
| 5/14/09 | Vic Sher | Court |
| 5/15/09 | Susan Amron | Court |
| 5/27/09 | Vic Sher | Court |
| 6/1/09 | Daniel Greene | Court |
| 6/3/09 | Daniel Greene | Court |
| 6/3/09 | Susan Amron | Court |
| 6/5/09 | Vic Sher | Court |
| 6/8/09 | Vic Sher | Court |
| 6/15/09 | Nick Campins | Court |
| 6/16/09 | Susan Amron | Court |
| 6/17/09 | Vic Sher | Court |
| 6/24/09 | Susan Amron | Court |

| | | |
|---|---|---|
| 6/24/09 | William Plache | Court |
| 6/26/09 | Susan Amron | Court |
| 6/27/09 | Susan Amron | Court |
| 6/29/09 | Vic Sher | Court |
| 6/29/09 | William Plache | Court |
| 6/30/09 | Vic Sher | Court |
| 6/30/09 | William Plache | Court |
| 7/1/09 | William Plache | Court |
| 7/13/09 | Vic Sher | Court |
| 7/13/09 | Stephen Riccardulli (e-mail) | Court |
| 7/31/09 | Vic Sher | Court |
| 8/5/09 | Amanda Goad | Court |
| 8/9/09 | Vic Sher | Court |
| 8/20/09 | Nick Campins | Court |
| 9/2/09 | Nick Campins | Court |
| 9/5/09 | Vic Sher | Court |
| 9/5/09 | Vic Sher | Court |
| 9/6/09 | Nick Campins | Court |
| 9/7/09 | Vic Sher | Court |
| 9/9/09 | Vic Sher/Robert Chapman | Court |
| 9/9/09 | Vic Sher | Court |
| 9/11/09 | Robert Chapman | Court |
| 9/12/09 | Robert Chapman | Court |
| 9/14/09 | Robert Chapman | Court |
| 9/15/09 | Vic Sher/Robert Chapman | Court |
| 9/18/09 | Vic Sher | Court |
| 9/21/09 | Vic Sher | Court |
| 9/23/09 | Robert Chapman | Court |
| 9/30/09 | Vic Sher | Court |
| 10/1/09 | Robert Chapman | Court |
| 10/1/09 | Robert Chapman | Court |
| 10/6/09 | Vic Sher | Court |
| 10/6/09 | Robert Chapman | Court |
| 10/6/09 | Vic Sher | Court |
| 10/8/09 | Vic Sher | Court |
| 10/9/09 | Vic Sher | Court |
| 10/12/09 | Vic Sher | Court |
| 10/14/09 | Vic Sher | Court |
| 10/15/09 | Vic Sher | Court |
| 11/3/09 | Vic Sher | Court |

# EXHIBIT B

Defendant's Submissions

# Defendant Exxon Mobil Corporation's Index of Correspondence Submissions

|     | From:                       | To:                   | Date:    |
| --- | --------------------------- | --------------------- | -------- |
| 1.  | James A. Pardo (by e-mail)  | Court                 | 10/15/09 |
| 2.  | Peter J. Sacripanti         | Court                 | 10/13/09 |
| 3.  | Peter J. Sacripanti         | Court                 | 10/12/09 |
| 4.  | Peter J. Sacripanti         | Court                 | 10/11/09 |
| 5.  | Peter J. Sacripanti         | Court                 | 10/09/09 |
| 6.  | Peter J. Sacripanti         | Court                 | 10/06/09 |
| 7.  | Peter J. Sacripanti         | Court                 | 10/06/09 |
| 8.  | Peter J. Sacripanti         | Court                 | 10/02/09 |
| 9.  | Peter J. Sacripanti         | Court                 | 09/28/09 |
| 10. | Peter J. Sacripanti         | Court                 | 09/28/09 |
| 11. | James A. Pardo              | Court                 | 09/24/09 |
| 12. | James A. Pardo              | Court                 | 09/20/09 |
| 13. | James A. Pardo              | Court                 | 09/17/09 |
| 14. | James A. Pardo              | Court                 | 09/16/09 |
| 15. | James A. Pardo              | Court                 | 09/15/09 |
| 16. | Peter J. Sacripanti         | Court                 | 09/13/09 |
| 17. | Brian A. McGill             | Court                 | 09/11/09 |
| 18. | James A. Pardo              | Court                 | 09/09/09 |
| 19. | James A. Pardo              | Court                 | 09/08/09 |
| 20. | James A. Pardo              | Court                 | 09/07/09 |
| 21. | Peter J. Sacripanti         | Court                 | 09/02/09 |
| 22. | James A. Pardo              | Court                 | 08/24/09 |
| 23. | James A. Pardo              | Court                 | 08/08/09 |
| 24. | Stephen J. Riccardulli      | Court                 | 08/07/09 |
| 25. | James A. Pardo (by e-mail)  | Court                 | 07/31/09 |
| 26. | Stephen J. Riccardulli      | Special Master Hedges | 07/31/09 |
| 27. | Peter J. Sacripanti         | Court                 | 07/27/09 |
| 28. | Peter J. Sacripanti         | Court                 | 07/27/09 |
| 29. | Peter J. Sacripanit         | Court                 | 07/20/09 |
| 30. | Peter J. Sacripanit         | Court                 | 07/13/09 |
| 31. | James A. Pardo              | Court                 | 07/01/09 |
| 32. | Peter J. Sacripanti         | Court                 | 07/01/09 |

| 33. | Peter J. Sacripanti | Court | 06/30/09 |
|---|---|---|---|
| 34. | Peter J. Sacripanti | Court | 06/29/09 |
| 35. | Peter J. Sacripanti | Court | 06/23/09 |
| 36. | Peter J. Sacripanti | Court | 06/23/09 |
| 37. | Peter J. Sacripanti | Court | 06/22/09 |
| 38. | James A. Pardo | Court | 06/16/09 |
| 39. | Peter J. Sacripanti | Court | 06/04/09 |
| 40. | James A. Pardo (by e-mail) | Court | 05/27/09 |
| 41. | Peter J. Sacripanti | Court | 05/07/09 |
| 42. | James A. Pardo | Court | 04/23/09 |
| 43. | James A. Pardo | Court | 04/09/09 |
| 44. | Peter J. Sacripanti | Court | 03/30/09 |
| 45. | Peter J. Sacripanti | Court | 03/25/09 |
| 46. | J. Andrew Langman, PC | Court | 03/12/09 |
| 47. | Peter J. Sacripanti | Court | 02/19/09 |
| 48. | Peter J. Sacripanti | Court | 02/18/09 |
| 49. | Peter J. Sacripanti | Court | 01/14/09 |
| 50. | Peter J. Sacripanti | Court | 01/12/09 |
| 51. | Peter J. Sacripanti | Court | 01/08/09[1] |
| 52. | Peter J. Sacripanti | Court | 12/03/08 |
| 53. | Peter J. Sacripanti | Court | 10/22/08 |
| 54. | Peter J. Sacripanti | Court | 09/29/08 |
| 55. | Peter J. Sacripanti | Court | 09/24/08 |
| 56. | Peter J. Sacripanti | Court | 08/04/08 |

---

[1] Letter misdated January 8, 2008.