USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
------------------------------------------------------X

**This document relates to:**

Village of Island Lake v. Amerada Hess Corp., et al.,
04 Civ. 2053
------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**RULE 54(b) JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on November 13, 2009, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), directing entry of judgment on the issue of the determination that the Settlement Agreement dated September 1, 2009 is a good faith settlement under applicable laws and that Settling Defendants are protected from joint tortfeasor claims as set forth in the Order dated November 13, 2009, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 13, 2009, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered on the issue of the determination that the Settlement Agreement dated September 1, 2009 is a good faith settlement under applicable laws and that Settling Defendants are protected from joint tortfeasor claims as set forth in the Order dated November 13, 2009.

**Dated:** New York, New York
  November 21, 2009

J. MICHAEL McMAHON

**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____