**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　Master File No. 1:00-1898
Products Liability Litigation　　　　　　　　　　　MDL 1358 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　M21-88
------------------------------------------------------------------- x　ECF Case

**This document relates to the following case:**

*City of New York, et. al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### FIRST SUPPLEMENT TO PLAINTIFFS' TRIAL EXHIBIT LISTS REGARDING TSCA

Plaintiffs filed their initial trial exhibit lists in April 2009 and June 2009. *See* Case No. 1:04-cv-03417, DKT # 122 (S.D.N.Y. April 29, 2009); Case No. 1:00-CV-1898, Dkt. # 2542 (S.D.N.Y. June 8, 2009); Case No. 1:00-CV-1898, Dkt. # 2552 (S.D.N.Y. June 15, 2009); Case No. 1:04-cv-03417, DKT # 328 (S.D.N.Y. June 26, 2009). In doing so, Plaintiffs expressly reserved the right to supplement and amend the exhibit lists. *See id.*

Plaintiffs hereby notify ExxonMobil that in addition to the exhibits listed in the Exhibit Lists and all supplements and amendments thereto; Plaintiffs will add the following Exhibits:

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5582 | 01/20/1999 | PRESENTATION: MTBE RELEASE SOURCE IDENTIFICATION; EUSA/ER&E Environmental Technology Symposium, Clear Lake, TX. ER&E/EBSI Site Remediation Partnership. Presented by Jim Higinbotham and Al Liguori. January 20, 1999 | XOM-BE06-001429 | XOM-BE06-001449 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5583 | 10/11/2002 | Correspondence from Fred Barilla of Groundwater & Environmental Services, Inc. (GES) to Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) enclosing the Subsurface Investigation Report for field work completed on May 2, 2002 at Former Exxon Service Station 3-5192, 105-02 Rockaway Blvd., Ozone Park, New York | 2MDLCP0048 8298 | 2MDLCP0048 8355 |
| PL-5584 | 04/28/2003 | ConocoPhillips Fax enclosing ExxonMobil Refining & Supply correspondence from Melissa K. Winsor, Territory Manager, Global Remediation U.S> Retail Stations RE Notice of No Further Action: Former Exxon SS # 3-7068, 105-02 Rockaway Blvd., Ozone Park, New York | 2MDLCP0048 8519 | 2MDLCP0048 8522 |
| PL-5585 | Various | New York State Department of Environmental Conservation (NYSDEC) Spill Reports -- 154-02 Horace Harding Expressway, Queens New York | XOM-NYC-REM-042173 | XOM-NYC-REM-042184 |
| PL-5586 | 02/23/2003 | Correspondence from Seth Platt & Michael Casazza of Groundwater & Environmental Services, Inc. (GES) to Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) Requesting Inactivation of Spill nos. 97-04855 & 99-12790 related to Exxon Service Station (Former S/S #3-0016) 154-11 Horace Harding Boulevard, Flushing, New York | 2MDLCP0048 7931 | 2MDLCP0048 8007 |
| PL-5587 | 04/30/2003 | Correspondence from Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) to Melissa Winsor of ExxonMobil Corporation RE Site Investigation Reports of July and October 2002 prepared by ATC Associates and Groundwater & Environmental Servicces, Inc. (GES) at 154-11 Horace Harding Boulevard, Flushing, New York | 2MDLCP0048 8010 | 2MDLCP0048 8011 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5588 | 03/26/2004 | Correspondence from John E. Wolf & Christine Camardella of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Subsurface Investigation Work Plan – Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-005326 | XOM-NYC-REM-005335 |
| PL-5589 | 06/30/2004 | Correspondence from John E. Wolf & Christine Camardella of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Revised Subsurface Investigation Work Plan Addendum – Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-005336 | XOM-NYC-REM-005345 |
| PL-5590 | 06/14/2004 | Correspondence from John E. Wolf & Victoria Creteur of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Sensitive Receptor Survey Addendum – Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-05365 | XOM-NYC-REM-005398 |
| PL-5591 | 06/21/2004 | Correspondence from John E. Wolf & Christine Camardella of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Site Status Update Report -- Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-005399 | XOM-NYC-REM-005455 |
| PL-5592 | 10/24/2003 | Correspondence from Brian Hoashi of Groundwater & Environmental Services, Inc. (GES) to Jim Drumm of New York State Department of Environmental Conservation (NYSDEC) enclosing the Subsurface Investigation Report & Site Status Update Report prepared by GES for Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-005456 | XOM-NYC-REM-005492 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5593 | 07/15/2004 | Correspondence from John E. Wolf & Christine Camardella of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Revised Site Status Update Report – Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-005862 | XOM-NYC-REM-005912 |
| PL-5594 | 06/30/2004 | Correspondence from James Quinn of New York State Department of Environmental Conservation (NYSDEC) to Melissa Winsor of ExxonMobil Corporation RE Site # S241067, Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004236 | XOM-NYC-REM-004240 |
| PL-5595 | 10/10/2000 | Correspondence from Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) to ExxonMobil Corporation RE Spill Investigation Nos. 8602656, 9006576, 9610302, 0007503 Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004241 | XOM-NYC-REM-004247 |
| PL-5596 | 10/10/2000 | Correspondence from Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) to ExxonMobil Corporation RE Spill Investigation Nos. 8602656, 9006576, 9610302, 0007503 Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004248 | XOM-NYC-REM-004254 |
| PL-5597 | 09/10/2002 | Correspondence from Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) to Paul Betencourt ExxonMobil Corporation RE Petroleum Bulk Storage (PBS) Program Site Inspection, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004267 | XOM-NYC-REM-004282 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5598 | 10/02/2000 | Correspondence from Anthony Sigona of New York State Department of Environmental Conservation (NYSDEC) to Michael Meola of ExxonMobil Corporation RE Spill Investigation Nos. 8602656, 9006576, 9610302, 0007503 Mobil Service Station, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004306 | XOM-NYC-REM-004309 |
| PL-5599 | 06/03/2003 | Correspondence from Michael T. Redmond of Groundwater & Environmental Services, Inc. (GES) to Anthony Sigona of NYSDEC, Region 2 RE Proposal to Install Three Montoring Wells, Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004402 | XOM-NYC-REM-004405 |
| PL-5600 | 06/14/2004 | Correspondence from John E. Wolf & Victoria Creteur of Geologic Services Corporation (GSC) to James Drumm of NYSDEC, Region 2 RE Sensitive Receptor Survey (SRS) – Mobil Service Station No. 17-G9P, 164-05 Union Turnpike, Flushing, New York | XOM-NYC-REM-004629 | XOM-NYC-REM-004660 |
| PL-5601 | 02/24/2004 | City of New York Department of Environmental Protection (NYCDEP) correspondence to Victoria Creteur of Geologic Services Corporation (GSC) RE Requested Municipal Well Information | XOM-NYC-REM-004663 | XOM-NYC-REM-004665 |
| PL-5602 | 06/15/2000 | Email from Vikki DeVoe of Handex Environmental to Gail Helfrick cc Mike Meola, Albert Tinn, Carol Carp and Robert O'Donahue Subject: 17-G9P, flushing site meeting | XOM-NYC-REM-006641 | XOM-NYC-REM-006642 |
| PL-5603 | 1996 | Handwritten Notes and NYCDEC Spill Report Form, Spill Number 9610302 -- 164-17 Union Turnpike, Queens, New York | XOM-NYC-REM-004211 | XOM-NYC-REM-004214 |
| PL-5604 | 12/03/2003 | Printouts from New York State Department of Environmental Conservation Spill Incidents Database for 164-05 Union Turnpike, Queens, New York | XOM-NYC-REM-004255 | XOM-NYC-REM-004266 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5605 | various | NYCDEC Spill Report Forms, Spill Numbers 8602656 and 9008576 -- 164-17 Union Turnpike, Queens, New York | XOM-NYC-REM-004325 | XOM-NYC-REM-004327 |
| PL-5606 | 11/18/1996 | NYCDEC Spill Report Form, Spill Number 9610302 -- 164-17 Union Turnpike, Queens, New York | XOM-NYC-REM-006682 | |
| PL-5607 | 09/16/2004 | NYSDEC Correspondence from David Harington to Melissa Winsor of ExxonMobil Corporation RE NYSDEC Spill # 95-12565, 177-90 South Conduit Avenue, Springfield Gardens | XOM-NYC-REM-008670 | XOM-NYC-REM-008671 |
| PL-5608 | 11/08/2001 | NYSDEC Correspondence from Louise Munster to Krista Morisen of GES RE FOIL Request – Mobil Service Station, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-008675 | XOM-NYC-REM-008680 |
| PL-5609 | 9/16/2004 | NYSDEC Correspondence from David Harington to Melissa Winsor of ExxonMobil Corporation RE NYSDEC Spill # 95-12565, 177-90 South Conduit Avenue, Springfield Gardens with attachments | XOM-NYC-REM-008736 | XOM-NYC-REM-008743 |
| PL-5610 | 10/29/2004 | Correspondence from David Shin and Brendan Mooney of Geologic Services Corporation (GSC) to NYSDEC attaching results RE Air Sampling Activities/Monitoring at Herbert G. Birch School – Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-009347 | |
| PL-5611 | 07/27/2004 | Correspondence from David Shin and Jennifer Martin of Geologic Services Corporation (GSC) to David Harrington of NYSDEC RE Site Status Update Report – Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-009491 | |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5612 | 01/16/2003 | Correspondence from Brian Hoashi of Groundwater & Environmental Services (GES) to Anthony Sigona of NYSDEC enclosing Quarterly Monitoring Report RE NYSDEC #88-07862, 93-12565, 01-10430 and 02-050068 -- Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-009995 | |
| PL-5613 | 12/03/2002 | Subsurface Investigation Report, Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens Spill #88-07862, 93-12565, 01-10430 and 02-050068 | XOM-NYC-REM-011455 | |
| PL-5614 | 03/26/2004 | Correspondence from Dennis Shin and Brendan Mooney of Geologic Services Corporation (GSC) to NYSDEC and NYSDOH attaching results from February 2004 Air Sampling Activities/Monitoring at Herbert G. Birch School – Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-011620 | |
| PL-5615 | 09/29/2004 | Correspondence from Dennis Shin and Jennifer Martin of Geologic Services Corporation (GSC) to David Harrington of NYSDEC attaching Site Status Update Report – Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-013019 | |
| PL-5616 | 11/14/2001 | Site Access Agreement between Christ the King roman Catholic Church and ExxonMobil Corporation to conduct soil and groundwater sampling | XOM-NYC-REM-014335 | XOM-NYC-REM-014339 |
| PL-5617 | 12/24/2002 | Correspondence from Brian Hoashi of Groundwater & Environmental Services (GES) to Achebe Hope of ExxonMobil RE Miller Environmental Group invoices for Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-016132 | |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5618 | 01/16/2003 | Correspondence from Anthony Sigona of NYSDEC to Achebe Hope of ExxonMobil RE Spill Investigation Nos. 8807862, 9312565, 0110430 & 0205068 -- Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-016136 | XOM-NYC-REM-016139 |
| PL-5619 | 10/30/2001 | Correspondence from Anthony Sigona of NYSDEC to Achebe Hope of ExxonMobil RE Spill Investigation Nos. 9312565 -- Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens | XOM-NYC-REM-016284 | XOM-NYC-REM-016291 |
| PL-5620 | 10/11/2007 | Correspondence from Dennis Shin and Pamela Villarreal of Kleinfelder East to Robert Filkins of NYSDEC RE Temporary System Shutdown Request -- Mobil Service Station No. 17-G90, 177-90 South Conduit Avenue, Queens, New York | XOM-NYC-SUPP-SRF-0016539 | XOM-NYC-SUPP-SRF-0016696 |
| PL-5621 | 03/09/2001 | Handwritten Notes: Daily log, Job Number : 05-00033, Mobil 17-GVE; 113-21 Merrick Boulevard, Queens. Prepared by Ray Rivera | XOM-NYC-REM-029012 | XOM-NYC-REM-029016 |
| PL-5622 | 02/03/2004 | Printouts from New York State Department of Environmental Conservation Spill Incidents Database for 113-21 Merrick Boulevard, Queens, New York | XOM-NYC-REM-029429 | XOM-NYC-REM-029431 |
| PL-5623 | 01/02/2004 | Site Summary and Work Scope; Mobil Service Station No. 17-GVE 113-21 Merrick Boulevard, Jamaica Queens, New York. Prepared by Geologic Services Corporation (GSC) | XOM-NYC-REM-029572 | |
| PL-5624 | 03/22/2002 | Reprint of Correspondence from Howard G. Dorner of Groundwater & Environmental Services, Inc. (GES) to Anthony Sigona of NYSDEC – Region 2 RE Mobil Service Station No. 17-GVE 113-21 Merrick Boulevard, Jamaica Queens, New York. Includes handwritten note: "Reprinted from Electronic Copy – Orig. not Found." | XOM-NYC-REM-029575 | |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5625 | Undated | Reprint of Subsurface Investigation Report by of Groundwater & Environmental Services, Inc. (GES) RE Mobil Service Station No. 17-GVE , 113-21 Merrick Boulevard, Jamaica Queens, New York.  Includes handwritten note: "Reprinted from Electronic Copy – Orig. not Found (only page 1 not found)" | XOM-NYC-REM-029577 | |
| PL-5626 | 07/24/2001 | Product Piping upgrade and UST Closure Report Report by of Groundwater & Environmental Services, Inc. (GES) RE Mobil Service Station No. 17-GVE , 113-21 Merrick Boulevard, Jamaica Queens, New York. | XOM-NYC-REM-0029712 | |
| PL-5627 | 05/31/2001 | ExxonMobil Global Remediation PURCHASE ORDER REQUEST for work to be conducted by vendor GES at Location ID 17-GVE,  113-21 Merrick Boulevard, Jamaica Queens, New York | XOM-NYC-SUPP-SRF-020044 | XOM-NYC-SUPP-SRF-020045 |
| PL-5628 | 09/05/2008 | Correspondence from Richard Caputo and Jennifer Martin to Michael Haggerty of NYSDEC attaching Site Status Update Report for Mobil Service Station No. 17-GVE , 113-21 Merrick Boulevard, Jamaica Queens, New York. Prepared by Kleinfelder East, Inc. | XOM-NYC-SUPP-SRF-020574 | XOM-NYC-SUPP-SRF-020604 |
| PL-5629 | 07/07/2004 | Subsurface Investigation Report – Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York. Prepared by Geologic Services Corporation (GSC) for ExxonMobil Corporation | XOM-NYC-REM-038479 | |
| PL-5630 | 03/04/2004 | Correspondence from John Wolf and Christine Camardella of Geologic Services Corporation (GSC) to Jennifer Rommel of NYSDEC RE Investigation - Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York | XOM-NYC-REM-038294 | |
| PL-5631 | April 2004 | Chain of Custody Record and Analytical Report(s) for Monitoring Well sampling performed by Test America at  Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York | XOM-NYC-REM-038370 | |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5632 | 08/16/2004 | Correspondence from John Wolf and Jennifer Martin of Geologic Services Corporation (GSC) to Jennifer Rommel of NYSDEC attaching Site Status Update Report, Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York | XOM-NYC-REM-038412 | |
| PL-5633 | 07/01/2004 | Correspondence from John Wolf and Victoria Creteur of Geologic Services Corporation (GSC) to Jennifer Rommel of NYSDEC attaching Sensitive Receptor Survey, Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York | XOM-NYC-REM-038437 | |
| PL-5634 | 07/07/2004 | Correspondence from John Wolf and Christine Camardella of Geologic Services Corporation (GSC) to Jennifer Rommel of NYSDEC RE Subsurface Investigation Report, Mobil Service Station No. 17-HBA, 211-60 Hillside Avenue, Hollis, New York | XOM-NYC-REM-038475 | |
| PL-5635 | 09/01/2004 | Printouts from New York State Department of Environmental Conservation Spill Incidents Database for 211-60 Hillside Avenue, Queens Village, Queens, New York | XOM-NYC-REM-038561 | |
| PL-5636 | Undated | Printout from New York State Department of Environmental Conservation Spill Incidents Database: Spill Number 0212002 at 211-60 Hillside Avenue, Queens Village, Queens, New York | XOM-NYC-REM-038582 | |
| PL-5637 | 11/30/1999 | Federal Trade Commission Press Release "Exxon/mobil Agree to Largest Divestiture Ever in Order to Settle Antitrust Charges; Settlement Requires Extensive Restructuring and Prevents Merger of Significant Competing U.S. Assets" http://www.ftc.gov/opa/1999/11/exxonmobil.shtm | NYC-BURKE-N-00009850 | NYC-BURKE-N-00009854 |

| EXHIBIT | DATE | DECSCRIPTION | BEG. BATES | END BATES |
|---|---|---|---|---|
| PL-5638 | 08/04/2000 | Ikon Office Solutions Document Services Box Label: Client/Firm: Exxon, Box 40 of 41.<br>[FRED ANDERSON DEPOSITION EXHIBIT 15] | N/A | N/A |

Dated: San Francisco, California
December 1, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578


*/s/ NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
TODD E. ROBINS *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*
MARNIE E. RIDDLE *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs*