USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------- X

This Document Relates To:

-------------------------------------------------------- X

*Brenda Abrahamson, et al. vs. Amerada Hess
Corporation, et al.*, 06 Civ. 3753

-------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

[PROPOSED] ORDER
APPROVING PETITION
FOR APPROVAL OF
SETTLEMENT FOR
MINOR CHILDREN

The Court has considered the Petition for Court Approval of Settlements[1] for Minor

Children identified in Exhibit "A" in the above-entitled action.

Therefore, the Court finds that the settlement funds for the minor children are in the best

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation interests of the minor children and are fair and reasonable, and are approved. <span>Doc. 2891</span>

**WHEREFORE, IT IS ORDERED** that the Petition for Court Approval of Settlements

for Minor Children identified in Exhibit "A" is hereby approved.

DATED:   _Dec. 8_____, 2009.

IT IS SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN

---

[1] These settlements were negotiated with Defendant Exxon.  This defendant did not
contribute to the settlements for minor children that this Court previously approved on June 3,
2008 and September 25, 2008.