USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X
            :

IN RE: METHYL TERTIARY BUTYL   :
ETHER ("MTBE") PRODUCTS      : CASE MANAGEMENT
LIABILITY LITIGATION          : ORDER #56

-------------------------------------------------- :
            : Master File No. 1:00-1898

This document relates to:      : MDL 1358 (SAS)
            : M21-88

*Crescenta Valley Water District v. Mobil*   :
*Corporation, et al.*, 07 Civ. 9453     :
*(SAS)*               :

-------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Case Management Order sets forth the schedule for the

completion of fact and expert discovery in *Crescenta Valley Water District*

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 2893

*v. Mobil Corporation, et al.*, 07 Civ. 9453.

| Date | Item |
|---|---|
| December 15, 2009 | Plaintiff Crescenta Valley Water District ("CVWD") will identify each well for which it is seeking damages in this case. CVWD will also identify the stations from which it alleges MTBE was released that are causing or will cause injury to one or more wells. |
| April 1, 2010 | CVWD will identify subject areas in which it plans to offer expert reports. |
| May 3, 2010 | CVWD will identify the experts who will be submitting reports. |
| June 3, 2010 | CVWD will serve expert reports. |
| June 3, 2010 | Defendants will identify the experts who will be submitting reports. |
| June 30, 2010 | Fact discovery closes. |

| August 3, 2010 | Defendants will serve expert reports. |
| September 3, 2010 | CVWD will serve reply expert reports. |
| September 13, 2010 | Expert depositions may commence. |
| November 12, 2010 | Expert discovery is completed. |

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 10, 2009

## -Appearances-

### Counsel for Crescenta Valley Water District:

Duane C. Miller, Esq.
Thomas S. Bunn, III, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825
Tel: (916) 488-6688
Fax: (916) 488-4288

### Counsel for Defendants:

Robert E. Meadows, Esq.
Charles C. Correll, Jr., Esq.
David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (212) 751-3290