USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**ORDER**
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

------------------------------------------------------X
This Document Relates To:

*West Hempstead Water District v. AGIP Inc., et al.*,
03 CV 10052
*Village of Hempstead v. Amerada Hess Corp., et al.*,
03-CV-10055

------------------------------------------------------X

KENNETH E. WARNER, SPECIAL MASTER:

## CASE MANAGEMENT ORDER # 54A
(Interim Discovery Schedule)

| FACT DISCOVERY | |
|---|---|
| **Supplemental Document Production**<br><br>All Outstanding Supplemental Document Productions and Interrogatory Responses, including:<br><br>• Plaintiffs to produce H2M Lab documents<br>• Plaintiffs to produce documents identified in 7/31/09 Letter from Christopher J. Garvey to Robert Gitelman<br>• Plaintiffs to produce all taste and odor complaint documents, or, if previously produced, to identify each document by Bates number<br>• Plaintiffs to provide sample redacted Granger documents for which privilege is claimed<br>• Plaintiffs to identify any issues with Defendants' privilege logs<br>• Defendants' to produce all outstanding discovery documents<br>• Defendants to produce all outstanding privilege logs | September 11, 2009 |
| **Interim Deadlines for Depositions**<br><br>The following depositions should be completed by October | |

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                           Doc. 2894

| | |
|---|---|
| 16, 2009:<br><br>- West Hempstead Water District<br>  o H2M Lab Depositions (Tentative)<br><br>  o West Hempstead Water District Rule 30(b)(6) on Preservation Issues<br><br>  o Continuation of Frederick Kurtz<br><br>  o Continuation of Robert York<br><br>  o Commissioner John Sparacio<br><br>- Village of Hempstead<br>  o Village of Hempstead Rule 30(b)(6) on Preservation Issues<br><br>  o Continuation of Michael Taylor<br><br>  o Trustee Don Ryan<br><br>- Village of Hempstead & West Hempstead<br>  o Plaintiffs' Depositions Defendants' and Third Party Witnesses | September 18, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By October 16, 2009<br><br>By November 20, 2009 |
| **Deadline to Complete Fact Depositions**[1] | November 20, 2009 |
| **FACT DISCOVERY CLOSES**[2] | December 31, 2009 |

---

[1] The parties will have seven days from the close of a deposition to respond to requests for documents resulting from the deposition.
[2] As was done in *SCWA*, the parties are amenable to limited fact discovery after this date for fact issues that arise in expert discovery.

| EXPERTS | |
|---|---|
| **Non Case-Specific Expert Disclosures** | |
| • Plaintiffs' Non-Case Specific Expert Reports Produced | November 20, 2009 |
| • Defendants' Non-Case Specific Expert Reports Produced | December 21, 2009 |
| • Parties Complete Depositions of Plaintiffs' Non-Case Specific Experts | February 1, 2010 |
| • Parties Complete Depositions of Defendants' Non-Case Specific Experts | February 15, 2010 |
| **Site-Specific Expert Reports** | |
| • Plaintiff Site-Specific Expert Reports Produced | February 15, 2010 |
| • Defendants Affirmative Expert Reports | February 15, 2010 |
| • Rebuttal Reports | March 15, 2010 |
| **MOTIONS PRACTICE** | |
| **Dispositive Motions and Motions *In Limine* regarding Trial Phasing** | April 15, 2010 |
| ***Daubert* Motions** | 10 days after the close of each expert's deposition |

SO ORDERED this 30 day of November 2009.

_____
Special Master Kenneth E. Warner

So Ordered.

[signature] USDJ
12/10/09