Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
M21-88
MDL 1358 (SAS)

This document refers to:

Quincy Community Services District

Case No. 04 Civ. 4970 (SAS)

v.

Atlantic Richfield Company, et al.

## [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41 (A)(2)

The Court, having considered Plaintiff Quincy Community Services District ("Plaintiff") and Defendant Fuel Star, Inc.'s Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendant Fuel Star, Inc., with each party to bear its own costs.

Dated: 12/10/09

Hon. Shira A. Scheindlin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09