# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE   •   NEW YORK, NY 10038-4925
TEL. 212-558-5500      FAX 212-344-5461
WWW.WEITZLUX.COM

August 4, 2008

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

         Re:    In re: Methyl –Tertiary Butyl Ether (MTBE) Products Liability Litigation
                 MDL No. 1358, Master File No. 1:00-1898 (SAS)
                 *Plaintiffs' Pre-Conference Letter*

Dear Judge Scheindlin:

      Plaintiffs respectfully submit this initial pre-conference letter in advance of the August 12, 2008, status conference.

      **I.     Settlement of remaining MDL cases**

      The Miller Axline and Napoli Bern plaintiffs request the appointment of a special settlement master for their cases. The recent settlements by certain defendants in a number of the MDL cases were aided by the appointment of a special master. Since the initial settlement process began, the Court has decided a number of additional dispositive and pretrial motions that provide further context for settlement discussions. Accordingly, the Miller Axline and Napoli Bern plaintiffs respectfully request the Court's guidance at the August 12th status conference with respect to options for addressing settlement in the above-referenced cases, including the appointment of one or more additional settlement masters.

      **II.     New Focus Cases**

      Although not all of the initial focus cases have been fully resolved, half of them have been, and the parties in *Tonneson* have scheduled a mediation session that may lead to resolution of that case. Because there is a realistic possibility that most of the current focus cases will be resolved short of trial, some of the plaintiffs respectfully request the opportunity to identify additional cases that can be brought to trial relatively quickly to ensure continuity and progress

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7515 • FAX 817-882-8585

Dockets.Justia.com

in the MDL proceedings. Accordingly, plaintiffs will be prepared to discuss at the August 12th conference the identification of additional focus cases that might be prepared for trial in relatively short order.

Respectfully submitted,

By: Robin L. Greenwald (RG-9205)
*Plaintiff's Liaison Counsel*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038