

**WEITZ & LUXENBERG**

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500  FAX 212-344-5461
WWW.WEITZLUX.COM

September 24, 2008

**VIA HAND DELIVERY &
ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street — Room 1620
New York, New York 10007

Dear Judge Scheindlin:

Plaintiffs respectfully submit this pre-conference letter in advance of the October 2, 2008, status conference.

**Trial Date and Pre-Trial Schedule in *City of New York* case**

The City and defendants are continuing to discuss a trial date and pre-trial schedule. The parties expect either to have a joint proposal to submit to the Court, or if they cannot agree, to seek the Court's assistance in establishing a schedule.

**Plaintiffs' Designation of Focus Cases**

Miller Axline & Sawyer propose *The State of New Jersey* as a focus case. Weitz & Luxenberg is in the process of selecting potential new focus cases and anticipates having suggestions by the time of the October 2 conference.

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By: _____
Robin Greenwald (RG-9205)
Curt D. Marshall (CM- 9692)
*Plaintiffs' Liaison Counsel*
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500

cc: All Counsel of Record

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585