


22945652

Dec 16 2008
5:55PM

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SUSAN E. AMRON<br>Phone: (212) 788-1578<br>Fax: (212) 788-1619<br>E-mail: samron@law.nyc.gov |

December 16, 2008

By Hand

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re: *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation*,
           MDL No. 1358, Master File No. 1:00-1898 (SAS)
           This document relates to:
           *City of New York v. Amerada Hess*, et al., 04 CV 3417 (SDNY)
           Proposed Case Management Order Establishing Pre-Trial Schedule

Dear Judge Scheindlin:

      At the conference on December 11, the parties informed the Court that they had reached agreement on a proposed pre-trial schedule in the City of New York's case. I enclose a proposed Case Management Order reflecting that agreed-upon schedule. The parties are available at the Court's convenience if the Court would like to discuss the schedule.

                                          Respectfully yours,

                                          Susan E. Amron

                                          Susan E. Amron
                                          Deputy Chief
                                          Environmental Law Division

Digitally signed by Susan E. Amron
DN: cn=Susan E. Amron, c=US, o=New York City Law Department, ou=Environmental Law Division, email=samron@law.nyc.gov
Date: 2008.12.16 17:20:40 -05'00'

  c:     Seth Ard (via email)
           All Counsel (via LNFS)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                         MDL 1358 (SAS)
                                                      M21-88

---------------------------------------------------------x

**This document relates to:**

City of New York v. Amerada Hess Corp.,
et al., 04 Civ 3417

---------------------------------------------------------x

**SHIRA A. SCHEINDLIN, U.S.D.J.**

# CASE MANAGEMENT ORDER NO. [____]

By agreement of the parties, the Court enters the following deadlines relating to the City of New York trial scheduled to begin on June 22, 2009:

| **Event** | **Deadline** |
|---|---|
| Plaintiff identifies expert topics and groupings for timing of disclosures (Group 1 or Group 2). The majority of topics will be in Group 1. | November 7, 2008 |
| Defendants identify expert topics | November 21, 2008 |
| Defendants choose five wells for bellwether trial | November 26, 2008 |
| Deadline for completing all fact discovery that was timely served such it could have been completed by December 19, 2008, **except** a party may seek limited fact discovery after this deadline on issues of fact that arise for the first time in reports submitted by an adverse parties' expert or at the expert's deposition. | January 19, 2009 |
| Motions for Summary Judgment not requiring expert evidence | January 19, 2009 |

| | |
|---|---|
| Plaintiff's deposition designations for fact witnesses due | February 27, 2009 |
|     Defendants' objections to Plaintiff's designations and Defendants' counter-designations for depositions of fact witnesses due | March 27, 2009 |
|     Plaintiff's objections to Defendants' designations and Plaintiff's counter-designations for depositions of fact witnesses due | April 24, 2009 |
| Plaintiff serves reports by experts in Group 1 | December 19, 2008 |
|     Defendants serve reports by experts on similar topics as Plaintiff's Group 1 experts | January 23, 2009 |
|     Plaintiff serves rebuttal reports by experts in Group 1 | February 6, 2009 |
| Plaintiff serves reports by experts in Group 2; Defendants serve "market share" expert report(s) | February 6, 2009 |
|     Defendants serve reports by experts on similar topics as Plaintiff's Group 2 experts; Plaintiff serves response report(s) on "market share" issue | March 9, 2009 |
|     Plaintiff serves rebuttal reports by experts in Group 2; Defendants serve rebuttal report(s) on "market share" issue | March 23, 2009 |
| Deadline for completing all expert discovery[1] | April 13, 2009 |
| All remaining dispositive motions to be filed | April 20, 2009 |
|     Response briefs on remaining dispositive motions | May 4, 2009 |
|     Reply briefs on remaining dispositive motions | May 11, 2009 |
| Plaintiff's witness[2] and exhibit lists due | April 13, 2009 |

---

[1] Daubert motions to be filed within 10 business days of the completion of the expert's deposition; responses to be filed in 10 business days and replies to be filed in 5 business days.

[2] Plaintiff shall produce for deposition before trial any of the following persons previously noticed for deposition by Defendants, if such person(s) appear on Plaintiff's trial witness list and were not already deposed as percipient

| Defendants' witness and exhibit lists due | April 27, 2009 |
|---|---|
| Motions *in Limine* to be filed<br><br>    Response briefs on Motions *in Limine*<br><br>      Reply briefs on Motions *in Limine* | May 11, 2009<br><br>May 25, 2009<br><br>June 1, 2009 |
| Parties exchange draft Pre-Trial Orders | May 8, 2009 |
| Parties file Joint Proposed Pre-Trial Order | June 1, 2009 |
| Parties file jury questionnaires | June 12, 2009 |

SO ORDERED:

_____

Dated: New York, New York            Shira A. Scheindlin
       December \_\_\_, 2008                U.S.D.J.

---

    or 30(b)(6) witnesses: Gary Kroll; William Cesanek; William Davis; Tracy Liberi; Mark Maimone; William Becker; Susan Melamud; Richard Peters; Harry Singh; Venetia Barnes; Florence Mak; William Meakin; Andrew Kuchynsky; Nicole Brown Williams; Maryanne Dioquino; Mark Lenz; Nabeel Mishalani; or any representative of the City of New York's Office of Management and Budget, Fire Department, or Department of Health and Mental Hygiene, who shall be made available only in a percipient capacity.