

**WEITZ & LUXENBERG**

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

January 8, 2009

**VIA HAND DELIVERY &
ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street — Room 1620
New York, New York 10007

        Re: *Plaintiffs' Pre-Conference Letter*

Dear Judge Scheindlin:

    Plaintiffs respectfully submit this reply letter in advance of the January 15, 2009, status conference.

**Plaintiffs' Agenda Items:**

1) **City of New York's Challenge to Shell Defendants' most recent privilege logs**

    Plaintiff City of New York seeks the Court's assistance in resolving ongoing problems with the Shell privilege log, which continue to impair the City's ability to prosecute fully its case against the Shell Defendants. The City has elected not to appeal PTO 42, but rather to evaluate on their own merits the claims of privilege contained in Shell's most recent set of privilege logs, as briefly noted at the December court conference. The City has identified among the documents listed on Shell's most recent set of privilege logs materials that Shell previously produced to the plaintiffs in prior MTBE litigations. In addition to noting the facial impropriety of claiming privilege for documents that have already been produced, counsel for the City has compared these documents with the privilege log entries purporting to describe them, and has determined that Shell is grossly misrepresenting the documents in question, for which no valid privilege claim exists. Accordingly, the City seeks *in camera* review of a subset of the documents Shell currently claims as privileged, and an order compelling production of these documents as warranted by the results of the *in camera* review. These issues, and the City's specific request for relief, are described in further detail in a separate letter to Your Honor, served yesterday.

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

Honorable Shira A. Scheindlin
January 8, 2009

**2)  Certain Defendants' Responses to the City's Pipeline Discovery**

The City has been meeting and conferring with certain defendants regarding their responses to the City's Fourth Set of Interrogatories Regarding Pipelines and Requests for Admissions to all Defendants regarding Pipelines (collectively, "Pipeline Discovery Requests") served November 12, 2008. The Pipeline Discovery Requests seek admissions and information concerning defendants' placement of gasoline containing MTBE into the Colonial, Sun, Harbor, and Buckeye Pipelines. The City is concerned about, among other things, the reasonableness of certain defendants' investigation of potentially responsive information. While many defendants either have provided adequate responses or have agreed to amend their responses a few defendants still have not. The City expects to resolve these issues with these remaining defendants before the conference but, if unsuccessful, plans to seek the Court's assistance.

Similarly, the City is in the process of confirming with those defendants that have agreed to provide amended responses a deadline for responses that will not delay completion of the City's expert rebuttal covering these pipeline issues (due February 6, 2009). Again, the City expects to resolve this matter before the conference but, if unsuccessful, plans to seek the Court's assistance to avoid any significant disruption of the expert discovery schedule.

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By: *Robin L. Greenwald/av*

Robin Greenwald (RG-9205)
*Plaintiffs' Liaison Counsel*
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500

cc:  All Counsel of Record