*City of New York v. Amerada Hess, et al.,*
Case No. 04-CV-3417 (SDNY)
*In re MTBE Products Liability Litigation*, MDL 1358

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| **A** | **Contention Discovery** | |
| A1 | Certain Defendants' First Set of Interrogatories and Document Requests Regarding Punitive Damages | 11/18/08 |
| A2 | Citgo Defendants' First Set of Company-Specific Interrogatories and Document Requests | 11/18/08 |
| A3 | Defendants' Contention Interrogatories and Document Requests on Causation, Theories of Liability and Apportionment of Damages | 11/19/08 |
| A4 | Atlantic Richfield Company's First Set of Interrogatories and Requests for Production of Documents to Plaintiff City of New York | 11/19/08 |
| A5 | BP Products of North America Inc.'s First Set of Interrogatories and Requests for Production of Documents to Plaintiff City of New York | 11/19/08 |
| A6 | Defendants El Paso Merchant Energy-Petroleum Company's and Coastal Eagle Point Oil Company's First Set of Company-Specific Interrogatories and Document Requests | 11/19/08 |
| A7 | Defendant Gulf Oil Limited Partnership's Requests for Admission, Interrogatories and Requests for Production to Plaintiff City of New York | 11/19/08 |
| A8 | The Premcor Refining Group Inc.'s First Set of Interrogatories and Requests for Production of Documents to Plaintiff City of New York | 11/19/08 |
| A9 | Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)'s First Set of Company-Specific Interrogatories and Document Requests | 11/19/08 |
| A10 | Total Petrochemicals USA, Inc's First Set of Interrogatories and Requests for Production of Documents to Plaintiff City of New York | 11/19/08 |

| A11 | Valero Defendants and Ultramar Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff City of New York | 11/19/08 |
|---|---|---|
| **B** | **Responses and Objections** | |
| B1 | Plaintiff City of New York's Responses and Objections to Certain Defendants' First Set of Interrogatories and Document Requests Regarding Punitive Damages | 12/18/08 |
| B2 | Plaintiff City New York's Responses and Objections to Citgo Defendants' First Set of Company-Specific Interrogatories and Document Requests | 12/18/08 |
| B3 | Plaintiff City of New York's Responses and Objections to Defendants' Contention Interrogatories and Document Requests on Causation, Theories of Liability and Apportionment of Damages | 12/19/08 |
| B4 | Plaintiff City of New York's Responses and Objections to Atlantic Richfield Company's First Set of Interrogatories and Requests for Production of Documents | 12/19/08 |
| B5 | Plaintiff City of New York's Responses and Objections to BP Products North America Inc.'s First Set of Interrogatories and Requests for Production of Documents | 12/19/08 |
| B6 | Plaintiff City of New York's Responses and Objections to Defendants El Paso Merchant Energy-Petroleum Company and Coastal Eagle Point Oil Company's First Set of Company-Specific Interrogatories and Document Requests | 12/19/08 |
| B7 | Plaintiff City of New York's Responses and Objections to Defendant Gulf Oil Limited Partnership's Requests for Admission, Interrogatories and Requests for Production | 12/19/08 |
| B8 | Plaintiff City of New York's Responses and Objections to the Premcor Refining Group Inc.'s First Set of Interrogatories and Requests for Production of Documents | 12/19/08 |
| B9 | Plaintiff City of New York's Responses and Objections to Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)'s First Set of Company-Specific Interrogatories and Document Requests | 12/19/08 |
| B10 | Plaintiff City of New York's Responses and Objections to Total Petrochemicals USA, Inc.'s First Set of Interrogatories and Requests for Production of Documents | 12/19/08 |

| B11 | Plaintiff City of New York's Responses and Objections to Valero Defendants and Ultramar Defendants' First Set of Interrogatories and Requests for Production of Documents | 12/19/08 |
|---|---|---|
| **C** | **Meet and Confer Correspondence** | |
| C1 | Email from N. Campins to Counsel Re: Request for Extension for the City's Response to Contention Interrogatories | 12/15/08 |
| C2 | Email from J. Pardo to N. Campins Re: Request for Extension | 12/16/08 |
| C3 | Email from N. Campins to J. Pardo Re: Request for Extension | 12/17/08 |
| C4 | Letter from J. A. Langan to S. Amron Re: Encl. List of Discovery Responses | 3/3/09 |
| C5 | Letter from N. Campins to J.A. Langan Re: Contention Discovery | 3/4/09 |
| C6 | Letter from J. A. Langan to N. Campins Re: Contention Discovery | 3/6/09 |
| **D** | **Excerpt from October 31, 2007 MDL Status Conference** | |
| **E** | **Case Management Order # 31** | 11/6/07 |
| **F** | **Letter from G. Weintraub to S. Amron Re: Encl. Citgo's Second Amended Responses and Objections to City of New York's Fourth Set of Interrogatories** | 3/4/09 |
| **G** | **Examples of Specific Objections** | 12/18/08 12/19/08 |
| G1 | Example of Objection to Request as Based on Invalid Legal Assumptions | |
| G2 | Example of Objection to Request as Seeking Attorney Work Product | |
| G3 | Example of Objection to Request as Seeking information within the Control of Defendants | |
| G4 | Example of Objection to Definitions as Vague and Ambiguous | |