

MICHAEL A. CARDOZO
Corporation Counsel

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

phone: (212) 788-1578
fax: (212) 788-1619
email: samron@law.nyc.gov

May 15, 2009

By Hand

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re:    *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation*,
             MDL No. 1358, Master File No. 1:00-1898 (SAS)
             This document relates to:
             *City of New York v. Amerada Hess*, et al., 04 CV 3417 (SDNY)

Dear Judge Scheindlin:

      Enclosed is a binder with a copy of the City of New York's opposition to Defendants' Joint Motion and Motion in Limine to Exclude the Opinion of the City's Expert Harry T. Lawless. The binder contains the following documents:

The City's Memorandum of Law in Opposition to the Joint Motion;

Declaration of Todd E. Robins in Opposition to the Joint Motion, with Exhibits 1–2;

Declaration of Harry T. Lawless, Ph.D. in Opposition to the Joint Motion, with Exhibits 1–8;

Declaration of Andrew E. Schulman, Ph.D. in Opposition to the Joint Motion, with Exhibits 1–3;

Declaration of Steven C. Schindler in Opposition to the Joint Motion.

Respectfully yours,

Susan E. Amron
Deputy Chief
Environmental Law Division

c: All Counsel (via LNFS)