

Victor M. Sher
vsher@sherleff.com
415.348.8300 x100

June 5, 2009

*Via Hand-Delivery and Email*

The Honorable Shira A. Scheindlin
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

　　　　Re:　*In re MTBE Products Liability Litigation*, MDL 1358
　　　　　　*City of New York v. Amerada Hess Corp., et al.,* Case No. 04 CV 3417
　　　　　　Letter from Peter Sacripanti Concerning Commingled Product

Dear Judge Scheindlin:

I received late yesterday a copy of Mr. Sacripanti's June 4 letter to Your Honor concerning the application of "Commingled Product" liability in this case. The City would appreciate a chance to respond briefly to several points. We anticipate submitting a letter on Monday, June 8.

Respectfully submitted,

*(signature)*

Victor M. Sher

　　Cc:　All Counsel (via LNFS)
　　　　Defendants' Liaison Counsel (via Email)

450 Mission Street, Suite 400 • San Francisco, California 94105　**tel** (415) 348-8300　**fax** (415) 348-8333