## Nick Campins

| | |
|---|---|
| **From:** | Nick Campins |
| **Sent:** | Saturday, June 13, 2009 12:07 PM |
| **To:** | Bongiorno, Anthony |
| **Cc:** | Gerson, Lisa; Joshua Stein; Pardo, James; Kalnins Temple, Jennifer; Riccardulli, Stephen; Handel, Lauren |
| **Subject:** | RE: City of NY: Trial Subpoenas |

Mr. Bongiorno:

The City disagrees wholeheartedly with your assessment of the state of the law. In addition, I have not "admitted" anything. For example, a party or a party's officer can be forced to travel more than 100 miles.

Nevertheless, in the interests of avoiding further incivility (your threat of sanctions is both uncalled for and legally specious), the City will direct its process server to withhold service to witnesses located more than 100 miles from the Court and who are not parties or officers of parties. The City will then raise this issue with the Court early next week for resolution.

The City trusts that you will not object that you have a lack of notice of such subpoenas pending resolution by the Court.

Sincerely,


Nick Campins

Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300 x202 (phone)
(415) 348-8333 (fax)


ncampins@sherleff.com


The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender. Thank you.

---

**From:** Bongiorno, Anthony [mailto:abongiorno@mwe.com]
**Sent:** Saturday, June 13, 2009 11:08 AM
**To:** Nick Campins
**Cc:** Gerson, Lisa; Joshua Stein; Pardo, James; Kalnins Temple, Jennifer; Riccardulli, Stephen; Handel, Lauren
**Subject:** Re: City of NY: Trial Subpoenas


Mr. Campins: I have read Rule 43a, and you are comparing apples to oranges. Your subpoenas seek to compel attendance live in NY by those outside the subpoena power of the court. The rule talks about "contemporaneous transmission from a different location." In all events, there are certainly no "compelling circumstances" here nor is there "good cause." Everyone's deposition has been taken, or you have had the opportunity to do so. Also, just to clarify, you keep mentioning our potential motion to quash. Please be advised it is likely to be a motion for sanctions. You have just

1

admitted that you cannot subpoena someone to come to NY from outside the subpoena power of the court. Yet the subpoenas you sent to us purport to do just that. If you attempt to serve them, we will move for sanctions. If you want the court to "permit testimony in open court by contemporaneous transmission from a different location," you would have to file a motion first and show good cause and compelling circumstance. Then, at the very least, we will oppose, as there will be no subpoenas to quash. We will show that there is no good cause and/or that there are no compelling circumstances. I hope this clarifies our position. Feel free to proceed as you wish.

---

**From:** Nick Campins
**To:** Bongiorno, Anthony
**Cc:** Gerson, Lisa; Joshua Stein
**Sent:** Sat Jun 13 12:34:09 2009
**Subject:** RE: City of NY: Letter from A. Bongiorno re Notice of Trial Subpoenas

If memory serves, the Court noted on the record at an MDL status conference or on a teleconference that live testimony by contemporaneous transmission may be appropriate in this case.

I would also direct you to FRCP 43(a) which expressly provides for such testimony. As I said, when the time comes to oppose your motions to quash, we will brief it and let the Court decide.



Nick Campins

Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300 x202 (phone)
(415) 348-8333 (fax)


ncampins@sherleff.com


The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender. Thank you.

---

**From:** Bongiorno, Anthony [mailto:abongiorno@mwe.com]
**Sent:** Friday, June 12, 2009 5:45 PM
**To:** Nick Campins
**Cc:** Gerson, Lisa; Joshua Stein
**Subject:** Re: City of NY: Letter from A. Bongiorno re Notice of Trial Subpoenas


Nick: we can and will disagree. To what are you referring when you say the "as the court has noted on the record,the court has authority to subpoena witnesses to appear remotely." What court, what record and when?

---

**From:** Nick Campins
**To:** Bongiorno, Anthony
**Cc:** Gerson, Lisa; Joshua Stein
**Sent:** Fri Jun 12 16:47:15 2009
**Subject:** RE: City of NY: Letter from A. Bongiorno re Notice of Trial Subpoenas

Of course the City does not intend to impose an undue burden on any witness. You are incorrect with regard to the extent of the Court's subpoena power. As the Court has noted on the record, the Court has the authority to subpoena witnesses to appear remotely nationwide.

The City will save any further response for its opposition to your motion to quash once service is established.

Nick Campins

Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300 x202 (phone)
(415) 348-8333 (fax)


ncampins@sherleff.com


The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender. Thank you.

---

**From:** Joshua Stein
**Sent:** Friday, June 12, 2009 2:20 PM
**To:** Anthony A. Bongiorno (abongiorno@mwe.com)
**Cc:** Nick Campins; Lisa Gerson (lgerson@mwe.com)
**Subject:** RE: City of NY: Letter from A. Bongiorno re Notice of Trial Subpoenas

Tony –

I received your letter, thank you for your correspondence. As you noted in your letter, Nick Campins is coordinating the service of process for the City of New York. I have forwarded your letter to him for response as necessary.

Have a great weekend,

Josh


Joshua Stein
Attorney, Sher Leff LLP
450 Mission St. Suite 400
San Francisco, CA 94105
Tel. (415) 348-8300 x107

**CONFIDENTIAL**: This email may implicate **ATTORNEY-CLIENT PRIVILEGE** and **ATTORNEY WORK PRODUCT** protections. If you received this email in error, please notify me immediately and delete it. Thank you.


NY-MTBE 1041

---

**From:** Gerson, Lisa [mailto:LGerson@mwe.com]
**Sent:** Friday, June 12, 2009 2:16 PM
**To:** Joshua Stein

Cc: MDL1358; mdl1358@weitzlux.com
Subject: City of NY: Letter from A. Bongiorno re Notice of Trial Subpoenas

Mr. Stein,

Please see the attached letter from Tony Bongiorno.

Regards,

Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
T: (212) 547-5769
F: (212) 547-5444
Email: lgerson@mwe.com

*******************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

# EXHIBIT B