

**AMTRAK**

Español  Deutsch    Home  Help  Contact Us  Search  [go!]

Reservations | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak | Earn Rewards

**AMTRAK.COM LOGIN**

User ID
Password
☐ Remember Me  [go!]
Register
Forgot Password?
Help

**RESERVATION OPTIONS**
- Fare Finder »
- USA Rail Passes
- Multi-Ride Tickets
- Weekly Specials
- Multi-City Tickets
- Auto Train Tickets
- Group Travel Request
- Redeem Rewards Points
- Hotels and Rental Cars



**Fare Finder**

**Departs**
Washington - U  | Station List

**Arrives**
New York - Per | Station List

◉ One-Way
○ Round-Trip

**Departure Date**
Jul  13

**Time** (optional)
Anytime

**Passengers** (Max. of 8)
Adults  Children  Infants
1       0         0

[SUBMIT »]

---

**1** Fare Finder — **2** Select Train — **3** View Fare — **4** Passenger Info — **5** Payment — **6** Confirmation

## 2 Select Train

To use this page, first select the itinerary that best matches your travel needs by clicking on the option button in the left column. Then, if you want to change your seating or sleeping accommodations, click the 'View Upgrade Options' button. Next, if you qualify for a passenger discount, select from the options presented near the bottom of the page. You may also enter any valid Promotion Code here. Finally, click the 'View Fare' button to go to the next step.

The fare displayed is one-way and is based on the number and type of passengers you select. Fares are not guaranteed until we provide you with a reservation confirmation.

### Service Alerts
» Schedule Changes for Northeast Trains: *Acela Express, Northeast Regional, Adirondack, Empire Service, Ethan Allen Express, Maple Leaf, Keystone Service, Pennsylvanian and Vermonter*

### Station News
» Washington, DC Union Station — Ticket Sales and Boarding Gates Close Earlier

### Promotions
» Acela Express — Buy Early and Save. Including New York to Boston for $79; New York to Washington for $99 (14-day advance purchase, limited availability, non-refundable, exchanges permitted; see full terms and sample prices)
» Northeast Regional — Buy Early and Save: New York - Boston for $49; New York - Washington for $49 (14-day advance purchase, limited availability, non-refundable, exchanges permitted; see full terms and sample prices)

### SELECT A DEPARTING TRAIN

**Washington - Union Station, DC (WAS) To New York - Penn Station, NY (NYP)**

| Select | Service | Departs | Arrives | Duration | Amenities | Seats/Rooms |
|---|---|---|---|---|---|---|
| ◉ $49.00 | 190 Northeast Regional | Washington, DC - Union Station (WAS) 3:15 am 13-JUL-09 | New York, NY - Penn Station (NYP) 6:44 am 13-JUL-09 | 3h 29m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| ○ $49.00 | 110 Northeast Regional | Washington, DC - Union Station (WAS) 4:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 7:21 am 13-JUL-09 | 3h 21m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| ○ $99.00 | 2150 Acela Express | Washington, DC - Union Station (WAS) 5:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 7:49 am 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat [VIEW UPGRADE OPTIONS] |
| ○ $49.00 | 170 Northeast Regional | Washington, DC - Union Station (WAS) 5:02 am 13-JUL-09 | New York, NY - Penn Station (NYP) 8:16 am 13-JUL-09 | 3h 14m | Snack car | 1 Reserved Coach Seat [VIEW UPGRADE OPTIONS] |
| | 180 Northeast | Washington, DC - Union Station | New York, NY - Penn Station | 3h 16m | Snack car | 1 Reserved Coach Seat |

| | | | | | | |
|---|---|---|---|---|---|---|
| ○ $49.00 | Regional | (WAS) 5:30 am 13-JUL-09 | (NYP) 8:46 am 13-JUL-09 | | | VIEW UPGRADE OPTIONS |
| ○ $99.00 | 2100 Acela Express | Washington, DC - Union Station (WAS) 6:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 8:54 am 13-JUL-09 | 2h 54m | Snack car | 1 Business Class Seat  VIEW UPGRADE OPTIONS |
| ○ $49.00 | 130 Northeast Regional | Washington, DC - Union Station (WAS) 6:35 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:03 am 13-JUL-09 | 3h 28m | Snack car | 1 Reserved Coach Seat  VIEW UPGRADE OPTIONS |
| ○ $155.00 | 2154 Acela Express | Washington, DC - Union Station (WAS) 7:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 9:49 am 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat  VIEW UPGRADE OPTIONS |
| ○ $49.00 | 172 Northeast Regional | Washington, DC - Union Station (WAS) 7:25 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:47 am 13-JUL-09 | 3h 22m | Snack car | 1 Reserved Coach Seat  VIEW UPGRADE OPTIONS |
| ○ $99.00 | 2104 Acela Express | Washington, DC - Union Station (WAS) 8:00 am 13-JUL-09 | New York, NY - Penn Station (NYP) 10:49 am 13-JUL-09 | 2h 49m | Snack car | 1 Business Class Seat  VIEW UPGRADE OPTIONS |

## PASSENGER DISCOUNTS

Select a passenger type/discount for each traveler. Some passenger discounts are not valid on all trains and may not be used with some promotions. You will need to provide discount ID numbers during Step 4 of the reservation booking process.

► **Passenger Type Comparison Chart**
► **Information for People with Disabilities**

**Passenger Types**

- Adult
- AAA Adult
- Senior (62+)
- Military Adult
- NARP
- Veterans Advantage
- Student Advantage
- ISIC
- Child
- AAA Child
- Military Child
- Infant

**Passenger 1: Adult**
Select 

## PROMOTION CODE

If you have a Promotion Code you would like to use with this reservation, please enter it in the box below. To learn more about Amtrak promotions, please click here.

**Promotion Code:**

VIEW FARE >>

# EXHIBIT C

**Nick Campins**

**Subject:** FW: SDNY Technology Officer

**From:** Kalnins Temple, Jennifer [mailto:jkalnins@mwe.com]
**Sent:** Wednesday, June 03, 2009 11:28 AM
**To:** Seth Ard
**Cc:** Pardo, James; Sacripanti, Peter; Vic Sher; Susan Amron
**Subject:** RE: SDNY Technology Officer

Seth,

Our technology consultants for the *City of New York* trial have been in touch with the Court's technology officer Mr. Blum and the company that provides connectivity to the SDNY -- Courtroom Connect. In order to proceed with any further logistics, Courtroom Connect has indicated that they need a written Order from Judge Scheindlin stating that connectivity can be run to her courtroom. Do you know if there is a form or standing order that applies to this particular request, or should we submit a proposed order to you?

Thanks in advance,

Jennifer Kalnins Temple
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612-7108
Telephone: 949.757.7128
Facsimile: 949.851.9348

 *Please consider the environment before printing this email.*

*******************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.