


25687657

Jun 16 2009
10:04PM

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

phone: (212) 788-1578
fax: (212) 788-1619
email: samron@law.nyc.gov

June 16, 2009

By Hand

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re:    *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation*,
             MDL No. 1358, Master File No. 1:00-1898 (SAS)
             This document relates to:
             *City of New York v. Amerada Hess, et al.*, 04 CV 3417 (SDNY)

Dear Judge Scheindlin:

      Enclosed are three binders with copies for the Court of 1) the Proposed Joint Pretrial Order for Phase II submitted by the parties and the City of New York's exhibits to that Proposed Joint Pretrial Order, and 2) the City's objections to certain of defendants' exhibits to the Proposed Joint Pretrial Order for Phase I, as follows:

Binder 1
Proposed Joint Pretrial Order for Phase II of the Trial
Exhibit 1:  City of New York's Witness List for Phase II
Exhibit 3:  City of New York's Exhibit List for Phase II (excluding the appendices)
Exhibit 5:  City of New York's Proposed Jury Instructions for Phase II
Exhibit 9:  City of New York's Proposed Jury Question Form for Phase II

Binder 2
Appendices to the City of New York's Exhibit List for Phase II

www.nyc.gov

<u>Binder 3</u>
Exhibit 1: City of New York's Objections to ExxonMobil's Proposed Phase I Jury Instructions
Exhibit 2: City of New York's Objections to Defendants' Trial Memorandum for Phase One
Exhibit 3: City of New York's Objections to ExxonMobil's Proposed Phase I Verdict Form

                                            Respectfully yours,

                                            Susan E. Amron
                                            Deputy Chief
                                            Environmental Law Division

c:   James Pardo
     All Counsel (via LNFS)