


25883118

Jun 29 2009
5:51PM

**THE CITY OF NEW YORK**

| MICHAEL A. CARDOZO | LAW DEPARTMENT | William Plache |
|---|---|---|
| *Corporation Counsel* | 100 CHURCH STREET | Phone: (212) 788-1574 |
| | NEW YORK, NY 10007 | Fax: (212) 788-1619 |
| | | E-mail: wplache@law.nyc.gov |

June 29, 2009

By E-Mail and Hand Delivery

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re:   *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation*,
            MDL No. 1358, Master File No. 1:00-1898 (SAS)
            *City of New York v. Amerada Hess, et al.*, 04 CV 3417 (SDNY)

Dear Judge Scheindlin:

      In accordance with your instructions at the June 25 conference in this matter, I have enclosed a declaration on behalf of the New York City Water Board. We also intend to submit a comparable declaration from the New York City Municipal Water Finance Authority. The two people best suited to speak for the Finance Authority on the relevant issues, however, have been out of the office, and will not return until tomorrow.

      The City, therefore, respectfully requests that it be permitted to submit the declaration from the Finance Authority tomorrow. Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        *William S. Plache*

                                        William Plache
                                        Senior Counsel
                                        Environmental Law Division

c: Peter Sacripanti, via email
all parties, via LNFS