



26441928

Aug 5 2009
11:53AM

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

AMANDA C. GOAD
phone: (212) 788-1145
fax: (212) 788-1619
email: agoad@law.nyc.gov

August 5, 2009

*Via E-mail and Hand Delivery*

The Honorable Shira A. Scheindlin
U.S. District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: *City of New York et al. v. Hess Corp. et al.*
Case No. 1:04-CV-3417 (SAS)

Dear Judge Scheindlin:

On behalf of the City of New York (the "City"), I write to object to a recent decision by Special Master Hedges concerning the admissibility of certain reports prepared by Toxics Targeting, Inc. ("Toxics Targeting"). As a preliminary note, this issue does not impact trial Phase I, as the City seeks to introduce this evidence during Phase II.

Toxics Targeting is a company whose primary business consists of collecting, organizing, and supplying to its clients public records concerning environmental hazards in New York State. Toxics Targeting uses Geographic Information Systems ("GIS") technology to assign mapping coordinates to such public records, stores the records and their coordinates in a proprietary master database, and thereafter generates customized reports based on the information categories and geographic parameters its clients specify. Toxics Targeting's typical clients include prospective homeowners performing research in advance of real estate transactions and environmental engineers working on behalf of public agencies. Clients rely on the company's reports, generated on an ongoing basis in the course of the company's business, just as they would the underlying public record documents. Clients also rely on Toxics Targeting mapping coordinates in order to understand the locations of reported facilities and incidents and to integrate this information with other data contained in maps or stored in GIS formats.

Dockets.Justia.com

Consultants on behalf of the City of New York in 2008 ordered from Toxics Targeting a range of publicly available environmental data, including petroleum spill reports and underground petroleum storage tank registration information (both maintained by the New York State Department of Environmental Conservation ("NYSDEC")) for southeast Queens. Toxics Targeting then supplied the City's consultants with this data both as .pdf "reports" and as "shapefiles," conveying each data point's geographic coordinates, for use in GIS software. Several of the City's experts relied on these reports and shapefiles in developing their opinions regarding future MTBE contamination in the City's groundwater wells.

The City now seeks to ensure that the jury will have an opportunity during its deliberations to review the Toxics Targeting reports, which provide public record information about reported petroleum spills and about registered underground storage tanks in a convenient and intelligible format. The City also seeks to ensure that the jury will have an opportunity during its deliberations to review maps that were generated by City experts using coordinates provided by Toxics Targeting. Accordingly, we object to Special Master Hedges' July 23 decision to exclude the Toxics Targeting reports and coordinates.

## I.    Procedural Background and Standard of Review

The City listed various Toxics Targeting reports on its Phase II Trial Exhibit List. A copy of the relevant portion of the City's exhibit list is annexed as Exhibit 1. Defendants also listed various Toxics Targeting documents on its Phase II Trial Exhibit List. A copy of the relevant portion of defendants' exhibit list is annexed as Exhibit 2. Defendant ExxonMobil nonetheless subsequently objected to admission of the Toxics Targeting reports into evidence.

On July 22, the City submitted to Special Master Hedges a declaration from David Jorgensen, an employee of Toxics Targeting, explaining its report compilation process. A copy of this declaration, along with the three exhibits cited therein, is annexed as Exhibit 3. ExxonMobil submitted a letter brief in opposition, a copy of which is annexed as Exhibit 4. On July 23, Special Master Hedges heard argument on this issue and determined that the Toxics Targeting materials are not admissible under FRE 806 and 808. A copy of the rough draft of the transcript of this argument is annexed as Exhibit 5.

Under the Court's Order dated July 8, 2009, this decision from Special Master Hedges concerning a "conclusion of law" is subject to *de novo* review by the Court.

## II.    Toxics Targeting Reports are Admissible Under FRE 803(6) and (8)[1]

The City respectfully contests Special Master Hedges' determination that the Toxics Targeting reports are not properly admissible under the business records and public

---

[1]    Special Master Hedges alluded to the possibility that the Toxics Targeting materials could be admissible as summaries of voluminous records under FRE 1006, pending additional argument. *See* Exh. 5, 28:13-17. The City has not pursued this given its belief that the records are more properly admissible as complete public records maintained in the course of a business's regular activities, under FRE 803, but notes that FRE 1006 provides a potential alternative basis for admissibility.

records exceptions to the hearsay rule. Toxics Targeting gathers environmental information from NYSDEC and other state, local, and federal agencies in and as the normal course of its business.[2] Toxics Targeting routinely generates reports for public and private clients, including environmental professionals performing due diligence in advance of real estate transactions and assisting public entities with compliance and monitoring work, as described further in Section IV. Staff members of Toxics Targeting regularly secure updates to publicly available information from federal, state, and local government agencies so as to ensure that the company's master database is current. *See* Exh. 3 (Jorgensen Decl.), ¶ 5. In addition, Toxics Targeting staff routinely search their master database for records falling within the temporal, geographic, and/or content specifications their clients request, and thus generate new reports. *See id.*, ¶ 9. Accordingly, both the data stored in Toxics Targeting's master database and the reports it generates based on searches of that master database are data compilations made as a regular practice, shortly after the reflected downloads of public database information. Both constitute business records that should be deemed admissible under FRE 803(6).

ExxonMobil has argued that Toxics Targeting reports do not qualify as business records eligible for the FRE 803(6) exemption because they do not entail the "systematic checking" and "actual experience of business in relying upon" business record information contemplated by the Advisory Committee Notes to FRE 803(6). However, the monthly, quarterly, and annual database updates Toxics Targeting performs constitute systematic checking of the information at issue. Further, given that the primary service Toxics Targeting offers is the provision of reliable information about environmental hazards, Toxics Targeting has decades of experience in relying upon business records of the sort at issue here, and has strong incentives to monitor and maintain the accuracy of its database information. ExxonMobil's argument seems rooted in an anachronistic understanding of what constitutes regularly conducted activity, and ignores the reality that Toxics Targeting, like many other modern firms, is in the business of collecting, organizing, and dispensing information. Each of the hundreds of thousands of database items Toxics Targeting maintains in its master database is a business record, obtained in the course of the company's regular commercial activities. These records retain their integrity and admissibility as they are electronically copied and incorporated into reports whose format and extent are specified by individual clients. *Contra Potamkin Cadillac Corp. v. B.R.I. Coverage Corp.*, 38 F.3d 627, 633 (2d Cir. 1994) (upholding exclusion of electronic billing history document whose creation "required significant selection and interpretation of data, not simply a downloading of information previously computerized in the regular course of business.")

The principles underlying FRE 803(8), regarding public records, also support a determination that the Toxics Targeting database records are admissible under an exception to the hearsay rule. Toxics Targeting is not a public agency, and thus materials produced by Toxics Targeting are not directly subject to the public records doctrine. However, practically speaking, the database records at issue were downloaded verbatim by Toxics Targeting from Internet sites

---

[2] Some of the reports Toxics Targeting provided to City consultants in 2008 also contained information from a non-public database reflecting the records of utility companies, but the City does *not* seek to admit any information derived from private utility records into evidence; the utility database records are discrete and easily identifiable, and will be omitted or redacted from the Toxics Targeting materials introduced at trial.

maintained by NYSDEC and other government agencies, or in some cases transmitted directly to Toxics Targeting by agency staff. These records contain public agencies' factual findings from spill investigations made pursuant to their statutory authority to investigate petroleum discharges, public agencies' observations pursuant to their statutory duty to keep records of spills, tank registrations, and so forth, and public agencies' records of their own activities with regard to spill investigations and related enforcement work. *See* FRE 803(8)(C), (B), (A). Annexed as Exhibit 6 is a chart prepared by Toxics Targeting that clarifies the limited instances in which any changes were made to records from the primary public database at issue for the 65 confirmed gasoline releases primarily at issue in this case. Toxics Targeting does not modify the content of such records, which thus retain their public record character and should be admissible for the same reasons that records produced directly by a public agency are admissible under an exception to the hearsay rule.

The City's ability to make its case clearly and efficiently to the jury would be impaired if the City were permitted only to introduce underlying individual records from public databases into evidence, rather than the formatted reports supplied by Toxics Targeting. Toxics Targeting's reports bring together information from dozens of public databases in a readable configuration. Because they are organized geographically, the Toxics Targeting reports allow readers to view consolidated information about the same site from multiple sources (such as, for example, the NYSDEC Spills Information Database, the NYSDEC Petroleum Bulk Storage Registration Database, and a separate tank information database maintained by the City's Fire Department). Where public agencies' databases rely on codes (such as the use of a number to indicate the "material spilled" in the NYSDEC Spills Information Database), Toxics Targeting spells out the associated values, making the Toxics Targeting edition of the same records much more accessible to people without technical training. Toxics Targeting also retains in its master database and conveys in newly ordered reports information that was previously available in public databases but has been removed (such as petroleum bulk storage registration records for certain transportation facilities, which NYSDEC ceased to make available after 9/11) – thus, no single temporal snapshot of underlying public databases could convey as much information as the equivalent Toxics Targeting report. Finally, as described further below, Toxics Targeting shapefiles apply geographic coordinates to public database records, so that the locations of the facilities and incidents addressed in the public databases records may be mapped, modeled, and otherwise utilized in expert analysis.

### III. Geographic Coordinate Information is Reliable and Admissible

Separate and apart from the database records reprinted in its reports, the mapping information generated by Toxics Targeting should also be admissible into evidence. Toxics Targeting typically maps each site referenced in a public database by matching the address provided in that record to longitude and latitude data provided by public entities, in this instance the New York City Department of City Planning and Nassau County GIS Department. In some instances, where an address provided in the public database record is incomplete or unusable, Toxics Targeting staff corrects the address used to generate mapping coordinates through a manual verification process. This process typically involves cross-referencing with other publicly available GIS information sources, such as the New York City Department of Buildings and the U.S. Census. The address verification process can also involve the application of common sense to the addresses recorded in database records, such as the substitution of "North Conduit Avenue" for locally nonexistent "North Conduit Boulevard". As an example, the

second column of the chart annexed as Exhibit 6 explains address changes made by Toxics Targeting in order to facilitate accurate mapping for the 65 records from the NYSDEC Spills Information Database primarily at issue in this litigation.

Special Master Hedges expressed confusion over the idea that Toxics Targeting staff members added information to the public records conveyed in the company's reports (*see* Exh. 5, July 23 Transcript, at 9:16-10:9), but this may simply reflect the shortage of information before him at that time. The assignment of GIS coordinates to addresses provided in public records is a business activity Toxics Targeting carries out regularly and suitable for admission under FRE 803(6) as discussed above. While mapping of some addresses incorporates subjective judgment, review of the specific changes made here confirms that these changes are of a common-sense nature and help, not hurt, the precision of the associated geographic data. If a mapping discrepancy does exist, ExxonMobil (which received the Toxics Targeting reports and shapefiles in discovery months ago) could easily raise this on cross-examination at trial. *See U.S. v. Catanbran*, 856 F.2d 453 (9th Cir. 1988) (allegation of inaccuracy in computerized record goes to weight of evidence, not admissibility of record).

### III. ExxonMobil's Primary Argument Rests on a Factual Misunderstanding

ExxonMobil's letter brief in opposition to the admission of Toxics Targeting reports into evidence, as well as its statements in opposition at oral argument, focused heavily on dissection of the Toxics Targeting report excerpt and accompanying print-out of a spill report (Spill # 9804275) as maintained in NYSDEC's Spills Information Database, which the City provided to Special Master Hedges as Exhibits B and C, respectively, to the Jorgensen Declaration, as illustrations of the types of information at issue. The database record comprising Exhibit B was downloaded from an NYSDEC public internet site by Toxics Targeting in February 2008, while the database record comprising Exhibit C was printed directly from an NYSDEC computer in 2003, and eventually produced by then-defendant Hess to plaintiffs in this MDL. ExxonMobil focused its arguments against the admissibility of these records on purported discrepancies between Exhibit B and Exhibit C, such as the classification of a named potentially responsible party as "spiller" versus "potential spiller." *See* Exh. 4 (ExxonMobil letter brief), at 2-3; Exh. 5 (July 23 Transcript), at 13:9-15:23. However, the differences between the 2003 DEC print-out and the 2008 Toxics Targeting record reflect not edits made by Toxics Targeting, but changes made by NYSDEC to its own Spills Information Database between 2003 and 2008. *See* Exh. 3 (Jorgensen Decl.), ¶ 8.

Since Special Master Hedges decided this issue, the City has obtained and has produced to ExxonMobil electronic replicas of the February 2008 and July 2008 editions of the NYSDEC Spills Information Database, as downloaded at those times by Toxics Targeting from NYSDEC's public Internet site and used to prepare the reports Toxics Targeting supplied to City consultants in 2008. A printed copy of the database record for Spill # 9804275, printed directly from the database as NYSDEC made it available in February 2008, is annexed as Exhibit 7. Exhibit 7 matches Exhibit B, thus addressing ExxonMobil's concerns and demonstrating the accuracy of Toxics Targeting's reproduction of database content.

## IV. The Purposes for Which Toxics Targeting Reports Are Used Support Admissibility

The City asks that the admissibility of the Toxics Targeting reports be evaluated in light of the purposes for which Toxics Targeting maintains its databases and generates such reports. Toxics Targeting often prepares reports on behalf of prospective purchasers and mortgage lenders concerned about environmental hazards on or near a piece of real property. *See* Exh 3 (Jorgensen Decl.), ¶¶ 2-3, 9. The scope of Toxics Targeting's master database was developed to comply with ASTM E1527-05, such that obtaining and reviewing a Toxics Targeting report can constitute compliance with the federal "all appropriate inquiries" standard for environmental due diligence and provide a defense to subsequent liability under CERCLA. *See* 40 CFR § 312. Reports prepared by Toxics Targeting and its consultants are also commonly relied upon by environmental professionals in both the public and private sector who need to access public database information in a convenient and mappable format. Each report, while generated on a one-time basis on behalf of a specific client, reflects records previously obtained by Toxics Targeting from applicable public agencies, and thus is a properly admissible record of Toxics Targeting's regular information-gathering activity.

The Toxics Targeting reports at issue here were not prepared with the intent to support litigation; Toxics Targeting staff were not even aware that the City of New York was the client on whose behalf the reports at issue were ordered, or that litigation was involved, until months after the reports' production. Toxics Targeting had every incentive to provide reports that accurately mirrored the underlying database records made available by NYSDEC and other public agencies, and to map the sites referenced in those records as accurately as possible using publicly available GIS data sources and, where necessary, manual verification. The reports closely track underlying public records, reflect data compilation performed in the normal course of Toxics Targeting's business, prove accurate when subjected to individualized scrutiny, and enhance the jury's ability to grasp the extensive and highly technical underlying information. They should be admissible under the Federal Rules of Evidence as well as under a rule of reason.

Thank you for your time and consideration.

Respectfully,

*Amanda C. Goad*

Amanda C. Goad
Assistant Corporation Counsel
Environmental Law Division


Cc (via e-mail):     Stephen Riccardulli, Esq., counsel for defendant ExxonMobil
                     Special Master Ronald J. Hedges


26441928
Aug 5 2009
11:53AM

# PLAINTIFF CITY OF NEW YORK'S PHASE 2 TRIAL EXHIBIT LIST
## APPENDIX A

| | | | |
|---|---|---|---|
| PL-14663 | srf, 202-06 hillside 3/9/2006 | NYC-LBG-E0033771 | NYC-LBG-E0033788 |
| PL-14664 | srf, 202-06 hillside, 4/98 | NYC-MPEXP-E0056781 | NYC-MPEXP-E0056781 |
| PL-14665 | srf, 202-06 hillside, 10/6/98 | NYC-MPEXP-E0056782 | NYC-MPEXP-E0056782 |
| PL-14666 | srf, 202-06 hillside avenue, undated | NYC-MPEXP-E0056783 | NYC-MPEXP-E0056785 |
| PL-14667 | srf, 202-06 hillside, 7/00 | NYC-MPEXP-E0069219 | NYC-MPEXP-E0069219 |
| PL-14668 | srf, 202-06 hillside | NYC-MPEXP-E0069220 | NYC-MPEXP-E0069220 |
| PL-14669 | srf, 202-06 hillside, 4/21/00 | NYC-MPEXP-E0069221 | NYC-MPEXP-E0069221 |
| PL-14670 | srf, 202-06 hillside, 8/13/03 | NYC-MPEXP-E0069223 | NYC-MPEXP-E0069223 |
| PL-14671 | srf, 202-06 hillside, 8/4/03 | NYC-MPEXP-E0069224 | NYC-MPEXP-E0069225 |
| PL-14672 | srf, 202-06 hillside, 10/25/00 | NYC-MPEXP-E0069226 | NYC-MPEXP-E0069226 |
| PL-14673 | srf, 202-06 hillside ave, 2/15/2008 | NYC-MPEXP-E0275079 | NYC-MPEXP-E0275080 |
| PL-14674 | srf, 202-06 hillside ave, 2/15/2008 | NYC-MPEXP-E0275083 | NYC-MPEXP-E0275084 |
| PL-14675 | srf, 202-06 hillside ave, 4/10/2008 | NYC-MPEXP-E0275085 | NYC-MPEXP-E0275086 |
| PL-14676 | srf, 202-06 hillside ave, 5/18/2008 | NYC-MPEXP-E0275087 | NYC-MPEXP-E0275088 |
| PL-14677 | srf, 202-06 hillside ave 8/5/2008, | NYC-MPEXP-E0275089 | NYC-MPEXP-E0275090 |
| **Toxics Targeting, Inc. Reports** | | | |
| PL-14678 | March 2008 Toxic Targeting Reports | Various | |
| | October 2008 Toxic Targeting Reports | Various | |
| PL-14679 | Toxics Targeting report -- Queens Section 91 | NYC-MPEXP-E0084134 | NYC-MPEXP-E0084281 |
| PL-14680 | Toxics Targeting report -- Queens Section 92 | NYC-MPEXP-E0084282 | NYC-MPEXP-E0084429 |
| PL-14681 | Toxics Targeting report -- Queens Section 106 | NYC-MPEXP-E0084430 | NYC-MPEXP-E0084656 |
| PL-14682 | Toxics Targeting report -- Queens Section 107 | NYC-MPEXP-E0084657 | NYC-MPEXP-E0084821 |
| PL-14683 | Toxics Targeting report -- Queens Section 108 | NYC-MPEXP-E0084822 | NYC-MPEXP-E0084905 |
| PL-14684 | Toxics Targeting report -- Queens Section 121 | NYC-MPEXP-E0084906 | NYC-MPEXP-E0085067 |
| PL-14685 | Toxics Targeting report -- Queens Section 122 | NYC-MPEXP-E0085068 | NYC-MPEXP-E0085236 |
| PL-14686 | Toxics Targeting report -- Queens Section 123 | NYC-MPEXP-E0085237 | NYC-MPEXP-E0085334 |
| PL-14687 | Toxics Targeting report -- Queens Section 124 | NYC-MPEXP-E0085335 | NYC-MPEXP-E0085414 |
| PL-14688 | Toxics Targeting report -- Queens Section 138 | NYC-MPEXP-E0085415 | NYC-MPEXP-E0085510 |

**ATTACHMENT A**
**DEFENDANTS' JOINT EXHIBIT LIST**

LEXISNEXIS® FILE & SERVE
26441928
E-SERVICE
Aug 5 2009
11:53AM

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | PAGES |
|---|---|---|---|---|---|---|---|---|
| 3975 | URSNYC-003408 | URSNYC-003423 | Apr-93 | Site Specific Work Plan for the Corrective Action Investigation - Precinct No. 113 | | URS Consultants, Inc. | O'Brien-Kreitzberg Associates, Inc. | |
| 3976 | URSNYC-003424 | URSNYC-003437 | Apr-93 | Site Specific Work Plan for the Remedial Investigation NYPD Precinct No. 113 | | URS Consultants, Inc. | O'Brien-Kreitzberg Associates, Inc. | |
| 3977 | URSNYC-003438 | URSNYC-003449 | May-93 | Preliminary Predesign Investigation Report Tank Tightness Testing - Precinct No. 113 | | URS Consultants, Inc. | O'Brien-Kreitzberg Associates, Inc. | |
| 3978 | URSNYC-003487 | URSNYC-003489 | | Groundwater Sampling Results 113th Precinct - Table 10 | | | | |
| 3979 | URSNYC-003490 | URSNYC-003500 | | 113th Precinct Station House Maps | | | | |
| 3980 | URSNYC-003517 | URSNYC-003523 | | 113th Precinct Maps | | | | |
| 3981 | URSNYC-003585 | URSNYC-003713 | Aug-95 | Corrective Action Investigation Report for the NYPD Precinct No. 113 | | URS Consultants, Inc. | O'Briend-Kreitzberg Associates | |
| 3982 | URSNYC-003792 | URSNYC-003816 | 4/14/1995 | NyCDDC Corrective Action System Status Report - 113th Precinct | | | | |
| 3983 | URSNYC-004015 | URSNYC-004041 | 4/14/1995 | NYDDC Corrective Action System Status Report | | | | |
| 3984 | URSNYC-004219 | URSNYC-004246 | 4/14/1995 | NYCDDC Corrective Action System Status Report - 113th Precinct | | | | |
| 3985 | URSNYC-004562 | URSNYC-004745 | May-01 | Quarterly Groundwater Monitoring Report January to March 2001 for the NYCDDC | | URS Greiner Woodward Clyde | O'Brien-Kreitzberg, Inc. | |
| 3986 | URSNYC-004747 | URSNYC-004870 | Jan-01 | Design Analysis Report for Soil Remediation | | URS Greiner Woodward Clyde | O'Brien-Kreitzberg, Inc. | |
| 3987 | URSNYC-005075 | URSNYC-005512 | May-01 | Soil/Groundwater Remediation System Installation, Operation and Maintenance | | URS Greiner Woodward Clyde | O'Brien-Kritzberg, Inc. | |
| 3988 | URSNYC-005515 | URSNYC-005539 | | 103rd Precinct Site Report | | | | |
| 3989 | URSNYC-005719 | URSNYC-005733 | 6/14/2005 | System Performance Monitoring Report for the 103rd Precinct Monitoring Period February through May 2005 | Letter | Jane Staten | Alexander Zhitomirsky; T. Ahmad | |
| 3990 | URSNYC-005733 | URSNYC-005755 | 4/21/2005 | 103rd Police Precinct Confirmation Soil Sampling - Second Round | Letter | Jane Staten | Alexander Zhitomirsky; T. Ahmad | |
| 3991 | URSNYC-005756 | URSNYC-005796 | 11/18/2004 | System Performance Monitoring Report for teh 103rd Precinct Monitoring Period August through October 2004 | Letter | Jane Staten | H. Roberts; Jonathan Kolleeny; T. Ahmad | |
| 3992 | URSNYC-005838 | URSNYC-005839 | 7/26/2001 | NYC Police Department - 103rd Precinct | Letter | Randall Austin | Afsar Samani; Harvey Roberts; James Back; Jane Staten | |
| 3993 | URSNYC-005840 | URSNYC-005854 | 6/27/2001 | NYCDDC UST Program - No Further Action for Groundwater | Letter | Jane Staten | A. Samani; H. Roberts; Jonathan Kolleeny | |
| 3994 | URSNYC-005855 | URSNYC-005873 | 8/25/2000 | NYCDDC UST Program | Letter | Jane Staten | A. Taherzadeh; H. Roberts; Jonathan Kolleeny | |
| 3995 | URSNYC-006210 | URSNYC-006219 | | 112th Precinct Report | | | | |
| 3996 | URSNYC-006256 | URSNYC-006592 | Aug-96 | Predesign Investigation Report for Department of General Services Transportation Program Unit Petroleum Storage Tanks Sites: Capital Project - PW348 | | URS Consultants, Inc. | TDX Construction Corporation | |
| 3997 | URSNYC-006393 | URSNYC-006543 | Aug-96 | Predesign Investigation Report for Department of General Services Transportation Program Unit Petroleum Storage Tank Sites: Capital Project - PW348 | | TDX Construction Corporation | URS Consultants, Inc. | |
| 3998 | URSNYC-006945 | URSNYC-006945 | 5/26/1998 | Investigation Summary and Remedial Plan | Letter | Jonathan Kolleeny | Anthony Marino; Peter Feldman; Robert Murphy | |
| 3999 | URSNYC-007295 | URSNYC-007298 | 3/17/1997 | Addendum #1 to Contract Documents | | | | |
| 4000 | URSNYC-007363 | URSNYC-007378 | | Independent Technical Review Report - Exhibits | | | | |
| 4001 | URSNYC-007455 | URSNYC-007592 | Aug-96 | Predesign Investigation Report for Dept. of General Services Transportation Program Unit Petroleum Storage Tank Sites: Capital Project - PW348 | | URS Consultants, Inc. | TDX Construction Corporation | |
| 4002 | URSNYC-007593 | URSNYC-007746 | Aug-96 | Predesign Investigation Report for Dept. of General Services Transportation Program Unit Petroleu Storage Tank Sites: Capital Project - PW348 | | | | |
| 4003 | URSNYC-007747 | URSNYC-007960 | Mar-97 | Closure and Upgrade of Petroleum Storage Tank Systems for the NYC Fire Department | | URS Consultants, Inc. | TDX Construction Corp. | |

**ATTACHMENT A**
**DEFENDANTS JOINT EXHIBIT LIST**

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | PAGES |
|---|---|---|---|---|---|---|---|---|
| 6193 | | | 10/11/2007 | Groundwater Investigation Report, 105-15 Merrick Blvd., Jamaica, NY | | Mairy Roy Moulik | | |
| 6194 | | | 10/11/2007 | Groundwater Investigation Report | | MTG Environmental | | |
| 6195 | | | 10/24/2007 | E-mail re: Station 6 DEP Contact | | Chiusano, David | | |
| 6196 | | | 10/31/2007 | Utilization of the carbon and hydrogen isotopic composition of individual compounds in refined hydrocarbon products to monitor their fate in the environment. (10-31-07) | | Philp, R. Paul and Tomasz Kuder, | | |
| 6197 | | | Nov-07 | VOC Removal Alternatives Analysis Technical Memorandum, Station 6 Demonstration Plant Interim Activities, November 2007. | | Malcolm-Pirnie, Inc. | | |
| 6198 | | | Nov-07 | Cohen Exhibit #5: VOC Removal Alternatives Analysis Technical Memorandum | | NYSDEC | | |
| 6199 | | | 12/17/2007 | New York State Department of Environmental Conservation, Spill Response, Region 2, Payment Package Transmittal | | D. Chiusano | | |
| 6200 | | | 12/19/2007 | Letter | | William Dee | | |
| 6201 | | | 1/1/2008 | USEPA MTBE Pilot Project – Objective 2, Investigate Potential Sources of MTBE Contamination on Long Island that Could Impact Water Supplies or Environmentally Sensitive Areas (January 2008) | | New York State Department of Environmental Conservation | | |
| 6202 | | | 1/24/2008 | Letter from NYSDEC to Mr. Singh of Bhela, Inc. regarding the Revised Remedial Investigation Report and Supplemental Groundwater Investigation Report for Spill No. 96-05038 | Letter | NYSDEC | Gurnam Singh | |
| 6203 | | | 1/24/2008 | Letter re: Spill No. 96-05038 | | Thomas Festa | | |
| 6204 | | | 1/24/2008 | Letter re 105-15 Merrick Blvd., Jamaica, Queens, Spill No. 96-05038, Revised Remedial Investigation Report & Supplemental Groundwater Report | | Thomas Festa | | |
| 6205 | | | 1/24/2008 | E-mail: Update on Merrick Blvd Gas Station | | Donald K. Cohen | | |
| 6206 | | | 2/4/2008 | Ground water monitoring report - First quarter 2008, Former Amoco BP Service Station Number 00560, 137-10 94th Ave, Jamaica, Queens County, New York. | | Delta Environmental Consultants, Inc. | | |
| 6207 | | | 2/11/2008 | Transmittal Letter attaching "First and Last Hit Chart" for MTBE in wells | | Daniel Greene | | |
| 6208 | | | 2/12/2008 | Memorandum Re: "Preliminary Scenarios to Alleviate Flooding in Groundwater Flood Control Target Zones within Brooklyn and Queens", 2/12/08 | | CDM/Hazen & Sawyer | | |
| 6209 | | | 2/14/2008 | New York City Underground Storage Tank Fast Sheet | | US EPA | | |
| 6210 | | | 3/2008 | Site status update report, Newburgh, NY | | Kleinfelder East | | |
| 6211 | | | Mar-08 | March 2008 Well Status Table. | | NYCDEP | | |
| 6212 | | | 3/6/2008 | Ground Water Monitoring Report - First Quarter 2008, NYSDEC Spill Number 03-08006, Former Amoco BP Service (sic) Station Number 4318, 113-40 Merrick Boulevard, St. Albans, Queens County, New York, March 6, 2008. | | Delta | | |
| 6213 | | | 3/11/2008 | Annual Remediation Status Report for 2007 | | URS Corporation | | |
| 6214 | | | 3/30/2008 | Toxics Targeting Database | | | | |
| 6215 | | | 3/30/2008 | Toxics Targeting environmental report, Section 122 Queens, NY | | Toxics Targeting | | |
| 6216 | | | 3/30/2008 | Toxics Targeting Environmental Report - Station 106 | | | | |
| 6217 | | | 4/1/2008 | Invoice | | Veritech | | |
| 6218 | | | 4/17/2008 | Table 1 | | MTG Environmental | | |
| 6219 | | | May-08 | Draft NYC Water System Dependability Program Conceptual Plan and Results of Evaluation, prepared for NYCDEP, May 2008. | | Joint Venture | | |

| No. | Bates Begin | Bates End | Subject/Title | Date | Doc. Type | Author(s) | Recipient(s) | PAGES |
|---|---|---|---|---|---|---|---|---|
| | 6220 | | Figure 5 - Ground Water Elevation Contour Map. Ground Water Monitoring Report - Second Quarter for Former Amoco Service Station No. 11009, 165-25 Liberty Avenue, St. Albans, New York | 5/14/2008 | | Delta Environmental Consultants, Inc. | | 15 |
| | 6221 | | Quarterly report, NYSDEC Permit # 26399-00050001 | 5/14/2008 | | Robin M. Levine | | |
| | 6222 | | Cost Estimates and Market Conditions Guidance | 5/19/2008 | Letter | J. Mueller | Distribution | |
| | 6223 | | Proposed Remedial Plan, Spill # 88-06289, Atlas Service Station, 108-46 Merrick Boulevard, Jamaica, New York, May 30 2008. | 5/30/2008 | | J.R. Holzmacher P.E., LLC | | |
| | 6224 | | Cost estimating manual | 6/1/2008 | | NYCDEP | Bureau of Engineering Design and Construction | |
| | 6225 | | Isotopic fractionation by diffusion in groundwater | 7/8/2008 | Article | Eric M. LaBolle, Graham E. Fogg, Juann B. Eweis, Janko Gravner | | |
| | 6226 | | Letter report on installation of new monitoring wells and ground water sampling activity for all existing and new wells | 7/22/2008 | | MIG Environmental | | |
| | 6227 | | Letter of Transmittal enclosing CD with toxics Targeting Data | 7/24/2008 | Letter | Malcolm Pirnie | Eric LaBolle | 2 |
| | 6228 | | Letter report, 105-15 Merrick Boulevard, July 28, 2008. | 7/28/2008 | Letter | MIG Environmental | | |
| | 6229 | | 105-15 Merrick Blvd., Jamaica, Queens, Spill No. 96-05038, Report on Monitoring Well Installation Activity and Laboratory results of the quarterly groundwater sampling event | 7/28/2008 | | Mairy Roy Moulik | | |
| | 6230 | | Letter report on installation of new monitoring wells and ground water sampling activity for all existing and new wells | 7/28/2008 | | MIG Environmental | | |
| | 6231 | | Ground water monitoring report - Second quarter 2008, Former Amoco BP Service Station Number 11009, 165-25 Liberty Avenue, St. Albans, New York | 8/1/2008 | | Delta Environmental Consultants, Inc. | | |
| | 6232 | | New York City Water Supply Dependability Strategy In-City Groundwater Project Groundwater Sampling Plan, August 4, 2008. | 8/4/2008 | | Joint Venture | | |
| | 6233 | | Ground Water Monitoring Report - Second Quarter 2008; Former Amoco BP Service Station Number 11009, 165-25 Liberty Avenue, August 26, 2008. | 8/26/2008 | | Delta | | |
| | 6234 | | Monthly status report - New York City Transit remediation sites and monthly monitoring sites - period covering July 2008 | 9/1/2008 | | URS Corporation | | |
| | 6235 | | Walsh Exhibit #11: Bi-Monthly Report - Project PW38-42, prepared by Greyhawk North America | Sep-08 | | | | |
| | 6236 | | Memorandum, Outreach to NYSDEC for review and compilation | 9/19/2008 | | Dependability JV | | |
| | 6237 | | Plaintiff City of New York's Supplemental Responses and Objections to Interrogatories One and Two of Defendants' Second Set of Two of Defendants Second Set of Interrogatories to Plaintiff City of New York | 9/26/2008 | | City of New York | | |
| | 6238 | | Monthly status report - New York City Transit remediation sites and monthly monitoring sites - period covering August 2008 | 10/1/2008 | | URS Corporation | | |
| | 6239 | | Plaintiff City of New York's Collective Responses and Objections to Defendants' August 2008 Well Specific Discovery Requests | 10/1/2008 | | City of New York | | |
| | 6240 | | Joint Venture Technical Memorandum T02-04-TM02, Review of Groundwater Management Plan Flood Control Zones, October 3, 2008. | 10/3/2008 | | Dependability JV | | |
| | 6241 | | Letter to Mr. Abdelsadek | 10/6/2008 | | | | |
| | 6242 | | Toxics Targeting Phase I Environmental Database Report, Section 122, October 8, 2008, page 14. | 10/8/2008 | | Toxics Targeting, Inc. | | |
| | 6243 | | Toxics Targeting Phase I Environmental Database Report, Section 139, October 8, 2008, page 15. | 10/8/2008 | | Toxics Targeting, Inc. | | |
| | 6244 | | Phase I Environmental Database Report, Section 122 Queens, NY | 10/8/2008 | | Toxics Targeting, Inc. | | |

ATTACHMENT A
DEFENDANTS JOINT EXHIBIT LIST

| No. | Bates Begin | Bates End | Date | Subject/Title | Doc. Type | Author(s) | Recipient(s) | PAGES |
|---|---|---|---|---|---|---|---|---|
| 6245 | | | 10/8/2008 | Toxics Targeting Report, Phase I Environmental Database Report - Station 106 | | | | |
| 6246 | | | 10/19/2008 | Water Supply Dependability Program Executive Summary Report, October 19, 2008. | | Joint Venture | | |
| 6247 | | | 10/30/2008 | Memorandum on NYCDEP, In-City Groundwater Project: Summary of Groundwater Sampling Program Events, October 30, 2008 | Memo | Dependability JV | NYCDEP | |
| 6248 | | | 11/2008 | US Monthly Surface Data - John F. Kennedy International Airport - Total Precipitation | | NOAA | U.S. Department of Commerce NOAA National Data Centers | |
| 6249 | | | 11/8/2008 | Overview of the Federal UST Program, http://www.epa.gov/swerust/overview.htm, last updated November 8, 2008. | | USEPA | | |
| 6250 | | | 11/12/2008 | Letter re: Spill No. 96-05038 | | Thomas Festa | | |
| 6251 | | | 11/12/2008 | Letter, 105-15 Merrick Blvd., Jamaica, Queens, Spill No. 96-05038, Quarterly Groundwater Monitoring Report | | Thomas Festa | | |
| 6252 | | | 12/1/2008 | Monthly status report - New York City Transit remediation sites and monthly monitoring sites - period covering October 2008 | | URS Corporation | | |
| 6253 | | | 12/1/2008 | September plan approved budget FY-09 to FY-12 for funded projects | | NYCDEP | New York | |
| 6254 | | | 12/1/2008 | September plan approved budget FY-09 to FY-12 for unfunded projects | | NYCDEP | New York | |
| 6255 | | | 12/2008 | UST Program Facts, Data about the Underground Storage Tank Program | | USEPA | | |
| 6256 | | | 12/1/2008 | Monthly status report - New York City Transit remediation sites and monthly monitoring sites - period covering October 2008 | | URS Corporation | | |
| 6257 | | | 12/9/2008 | Supplement Data Required with Application for Remediation Well Permits | | New York City Transit | | |
| 6258 | | | 12/11/2008 | Compilation of notes, meeting minutes, and correspondence (location - p. 7-26) | | Citizen's Advisory Committee | | |
| 6259 | | | 12/11/2008 | Spills Incident Database Report, 88-06289, December 11, 2008. | | NYSDEC | | |
| 6260 | | | 12/17/2008 | Subpoena Response from Five Stock LLC and Bhela Inc. letter | | Jacqueline DiCrescio | | |
| 6261 | | | 1/2009 | Groundwater System Water Supply Permit 2008 | | NYCDEP | | |
| 6262 | | | 1/6/2009 | Methodology for Incorporating Water Quality Data into Groundwater Modeling | | Dependability JV | | |
| 6263 | | | 1/9/2009 | Expert Opinion of John A. Connor, P.E., P.G., B.C.E.E., Concerning MTBE in Groundwater in Queens County, New York, in the case City of New York v. Amerada Hess Corp., et al | | Connor, J.A. | | |
| 6264 | | | 1/23/2009 | Expert Report of Thomas F. Maguire, P.G, LSP, LEP in the matter of City of New York v. Amerada Hess Corp., et al | | Maguire, T.F. | | |
| 6265 | | | 1/30/2009 | National Resources Conservation Service (http://www.economics.nrcs.usda.gov/cost/priceindexes/index.html) | | NRCS | | |
| 6266 | | | 2/6/2009 | Walsh Exhibit #1: Letter from S. Amron to J. Pardo re testimony by City employees | | | | |
| 6267 | | | Mar-09 | Council for Regulatory Environmental Modeling, Guidance on the Development, Evaluation, and Application of Environmental Models, EPA/100/K-09/003 - March 2009 | | USEPA | | |
| 6268 | | | 3/4/2009 | Petroleum Bulk Storage Underground Tank Tightness Testing FAQ's, accessed March 4, 2009 | | NYSDEC | | |
| 6269 | | | 3/9/2009 | Beckett Exhibit #6: Expert Report of Thomas Maguire, 3/9/09 | | | | 150 |
| 6270 | | | 3/9/2009 | Evaluation of Getty Petroleum Marketing, Inc. as a Potential Source of MTBE to New York City Groundwater Focus Wells, in support of: MTBE Products Liability Litigation, City of New York v. Amerada Hess Corp., et al | | Russell, K.T. | | |
| 6271 | | | 3/18/2009 | http://enr.construction.com/Default.asp | | Engineering News Record (ENR) | | |


26441928

Aug 5 2009
11:53AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IN RE:  METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

**DECLARATION OF DAVID JORGENSEN**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This documents relates to:

City of New York v. Amerada Hess Corp., *et al.*,
No. 04 Civ. 3417

------------------------------------------------------------------------ x

I, DAVID JORGENSEN, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, that the following is true and correct:

1.      I am a Data Manager with Toxics Targeting, Inc. ("Toxics Targeting").  Toxics Targeting is based in Ithaca, New York and has been operating since 1980.  I have been employed by Toxics Targeting for 15 years.  I am the appropriate custodian of records for reports and similar business records provided by Toxics Targeting.

2.      Toxics Targeting is a full-service Geographic Information System ("GIS") firm whose business consists of locating, organizing, and supplying to its customers environmental information obtained from public records which is then organized geographically and provided in readable, useful reports showing publicly known environmental hazards within the requested geographic area.  Our most common clients are engineers and environmental consultants checking on properties in the course of a real estate transaction, such as a potential purchase of property or a mortgage application.  The most common type of report provided by Toxics Targeting is centered on a single address and provides the owner or prospective purchaser maps

and site profiles of known and potential environmental hazards on or within one mile of the subject property address. See Exhibit A for an example of this type of report.

3.    Many of the reports Toxics Targeting supplies are incorporated into Phase I Environmental Site Assessments performed in accordance with ASTM E1527-05[1] and intended to constitute "all appropriate inquiries," as defined in federal regulations, into the property's environmental history. The information contained in Toxics Targeting's GIS database exceeds the scope of historical public records a prospective purchaser is required to review in order to comply with ASTM E1527-05. These reports also are used to meet Fannie Mae due diligence requirements.

4.    Toxics Targeting regularly queries 27 public databases maintained by local, state, and federal agencies and compiles them into its own internal master GIS database.[2] For example, Toxics Targeting regularly compiles information from the Comprehensive Environmental Response, Compensation, and Liability Information System ("CERCLIS") database maintained by the United States Environmental Protection Agency and the Spills Information Database maintained by the New York State Department of Environmental Conservation ("NYSDEC").

5.    Toxics Targeting maintains a high degree of confidence in the quality of the data in its GIS database by, among other things, periodically synchronizing its master database with the underlying governmental databases of public records. Depending on the frequency with

---

[1] American Society for Testing and Materials Standard #E1527-05, a national technical standard that defines appropriate due diligence by an environmental professional with regard to the identification of potential environmental hazards on or near a piece of property.

[2] Toxics Targeting also maintains and provides limited information from one database compiled from private business records which is a historic utility site database compiled from utility company records and historic maps which provides a limited amount of information, i.e. what utility company assets were historically located at that site.

which underlying active databases are updated, Toxics Targeting updates specific categories of information in its master database as often as on a quarterly basis.   Toxics Targeting also maintains a high degree of confidence in the quality of its data by performing all data transfers electronically, with one historical database excepted, thus eliminating any potential for manual transcription errors.[3]

6.       All of this publicly available information from governmental agencies which we compile are records, reports, statements, and data compilations setting forth (A) the activities of the public office or agency which provided the information or (B) matters observed pursuant to duty imposed by law as to which matters there was a duty to report or (C) factual findings resulting from an investigation made pursuant to authority granted by law.

7.       Once Toxics Targeting receives this publicly available information, it is a part of our regularly conducted business activities (and in fact the main mission of our company) to then organize these public records by geographic location.   For the minority of these records that contain incomplete or erroneous geographic data, we supplement, but do not change, the geographic information already contained in these public records by a variety of methods, such as cross-referencing the public records in our database with each other, cross-referencing public geographic databases (e.g. the NYC City Planning Department's parcel and streets databases), or verifying locations using field observations.   Wherever Toxics Targeting augments original record site location information, it identifies both the original and the Toxics Targeting revised location information in its reports, clearly delineating the public information from the supplemental geographic information generated by Toxics Targeting through its business processes.

---

[3] Toxics Targeting master GIS database contains information from one public database – a 1934

8.      An excerpt of a report provided by Toxics Targeting in this case is at Exhibit B, provided in March 2008.  It reflects DEC's report on Spill #98-04275, which was reported to NYSDEC on July 6, 1998.   For comparison, a copy of NYSDEC's report on Spill #98-04275 in the format employed by NYSDEC itself is annexed as Exhibit C.   Note that the minor differences between Exhibit B and Exhibit C (such as the change in "resource affected" from "land" to "soil") were apparently made by NYSDEC between the 2003 date of printing for Exhibit C and the 2008 date of generation for Exhibit B; the change resulted from our normal business process of electronically updating our database with the latest information from NYSDEC.  Toxics Targeting did not make these minor edits.

[Continued Next Page]

list of New York City solid waste disposal sites – that was not obtained in electronic format.

9. We generate reports such as that found in Exhibits A and B in the normal course of our business and they are often relied upon by other professionals in the course of their activities, such as environmental engineers inspecting land on behalf of a potential purchaser in a real estate transaction. I hereby certify that the records provided by Toxics Targeting – from publicly available information which we have compiled, organized, formatted, and supplemented with additional geographic information generated in the normal course of our business by our employees – are (A) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) kept in the course of regularly conducted activity; and (C) made by the regularly conducted activity as a regular practice.

Dated:      July 20, 2009
              Ithaca, New York

_____
DAVID JORGENSEN


26441928

Aug 5 2009
11:53AM

# Toxics Targeting

## Onsite

# Environmental Database Report

### 138-50 Hillside Ave
### Queens, NY 11435

JULY 07, 2009

Privileged and Confidential.

# LIMITED WARRANTY AND DISCLAIMER OF LIABILITY

## Who is Covered

This limited warranty is extended by Toxics Targeting, Inc. only to the original purchaser of the accompanying Environmental Report ("Report").  It may not be assigned to any other person.

## What is Warranted

Toxics Targeting, Inc. warrants that it uses reasonable care to accurately transcribe the information contained in this Report from the sources from which it is obtained.  This limited warranty is in lieu of all other express warranties which might otherwise arise with respect to the Report.  No one is authorized to change or add to this limited warranty.

## What We Will Do

If during the warranty period there is shown to be a material error in the transcription of the information contained in this Report from the sources from which it was obtained, Toxics Targeting, Inc. shall refund to the original purchaser the full purchase price paid for the Report.  The remedy stated above is the exclusive remedy extended to the Purchaser by Toxics Targeting, Inc. for any failure of the Report to conform with this Warranty, or otherwise for breach of this Warranty or any other warranty, whether expressed or implied.

## What We Won't Cover

Toxics Targeting, Inc. has not and can not verify the accuracy, correctness or completion of the information contained in this Report.  Information is obtained from government agencies, site owners, and other sources, and errors are common in such information.  Because Toxics Targeting, Inc. can not control the accuracy of the information contained in this Report, or the uses which may be made of the information, TOXICS TARGETING, INC. DISCLAIMS LIABILITY TO ANYONE FOR ANY EVENTS ARISING OUT OF THE USE OF THE INFORMATION.  TOXICS TARGETING, INC. SHALL NOT BE LIABLE FOR ANY DAMAGE CAUSED BY THIS REPORT, WHETHER DIRECT OR INDIRECT, AND WHETHER OR NOT TOXICS TARGETING, INC. HAS BEEN ADVISED OF OR HAS KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES.  TOXICS TARGETING, INC. EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE.  Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above exclusion or limitation may not apply to you.

## Period of Warranty

The period of warranty coverage is ninety days from the date of purchase of this Report.  There shall be no warranty after the period of coverage.  ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PARTICULAR USE SHALL HAVE NO GREATER DURATION THAN THE PERIOD OF WARRANTY STATED HERE, AND SHALL TERMINATE AUTOMATICALLY UPON THE EXPIRATION OF SUCH PERIOD.  Some jurisdictions do not allow limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you.

**PLEASE REFER TO PAGES ONE AND FOUR FOR A DESCRIPTION OF SOME OF THE LIMITATIONS OF THIS ENVIRONMENTAL REPORT.**

# Table of Contents

Introduction..............................……………………………….......………………..  1

    • *The Three Sections of Your Report*

    • *How to Use Your Report*

    • *Toxic Site Databases Analyzed In Your Report*

    • *Limitations Of the Information In Your Report*

Section One: Your Report Summary...............……………………..…....………………  6

    • *Table One:*     *Number of Identified Toxic Sites By Distance Interval*

    • *Table Two:*     *Identified Toxic Sites By Direction*

    • *Table Three:*     *Identified Toxic Sites By Category*

    • *Table Four:*     *Identified Toxic Sites By Proximity*

    • *Map One:*     *On-Site Radius Close-up Map*

    • *Map Five:*     *Tax Parcel Map*

    • *Table Five:*     *Tax Parcel Map Information Table*

Section Two: Toxic Site Profiles

Section Three: Appendices

    • *USEPA ERNS Check*

    • *Unmappable Sites*

    • *Hazardous Waste Codes*

    • *How Toxic Sites Are Mapped*

    • *Information Source Guide*

© Toxics Targeting, Inc. 2009

# Introduction

*Toxics Targeting* has combined environmental database searches, extensive regulatory analysis and sophisticated mapping techniques to produce your *Environmental Report.* It checks for the presence of 25 categories of government-reported toxic sites and provides detailed, up-to-date information on each identified site. The findings of your report are presented in an easy-to-understand format that:

1. *Maps* the approximate locations of selected government-reported toxic sites identified on or near a specified target address.

2. *Estimates* the distance and direction between the target address and each identified toxic site.

3. *Reports* air and water permit non-compliance and other regulatory violations.

4. *Profiles* some aspects of the usage, manufacture, storage, handling, transport or disposal of toxic chemicals at individual sites.

5. *Summarizes* some potential health effect information and drinking water standards for selected chemicals reported at individual sites.

# The Three Sections Of Your Report

The first section highlights your report's findings by summarizing identified sites according to: **a)** distance intervals, **b)** direction, **c)** proximity to the target address and **d)** individual site categories. In addition, the locations of all identified toxic sites are illustrated on individual maps for each radius search distance used in your report. A close-up map illustrates the locations of all identified toxic sites, at the shortest radius search distance used in your report. Finally, a map of tax parcels and a table of selected information about those parcels are included.

The second section of your report contains *Toxic Site Profiles* that provide detailed information on each identified toxic site. The information in each *Toxic Site Profile* varies according to its source. Some toxic site categories have extensive information and some have limited information. All the information is updated on a regular basis.

The third section of the report contains appendices that identify: **1)** On-site tank data provided by the NYC Fire Marshall, **2)** on-site spills reported to the national Emergency Response Notification System (ERNS), **3)** various toxic sites that cannot be mapped due to incomplete or erroneous addresses or other mapping problems, **4)** codes that characterize hazardous wastes reported at various facilities, **5)** methods used to map toxic sites identified in your report and **6)** information sources used in your report.

# How to Use Your Report

- Check Table One to see the number of <u>identified sites by distance intervals</u>.

- Check Table Two to see identified sites sorted by <u>direction</u>.

- Check Table Three to see identified sites <u>sorted by site categories</u>.

- Check Table Four to see identified sites ranked by <u>proximity to the target address</u>.

- Use Table Five to get info for the subject parcel and every parcel found on the Tax Parcel Map
- Refer to the various maps to see the locations of identified toxic sites. Refer to the *Toxic Site Profile* and *Appendix* sections for additional information.

# *Toxic Site Databases Analyzed In Your Report*

**Search Radius**

On-Site  1) ***National Priority List for Federal Superfund Cleanup***: a listing of sites known to pose environmental or health hazards that are being investigated or cleaned up under the Federal Superfund program.

On-Site  2) ***Delisted National Priority List Sites:*** a listing of NPL sites that have been removed from the National Priority List.

On-Site  3) ***New York Inactive Hazardous Waste Disposal Site Registry***: a state listing of sites that can pose environmental or public health hazards requiring investigation or clean up.

On-Site  4) ***New York Inactive Hazardous Waste Disposal Site Registry Qualifying***: a state listing of sites that qualify for possible inclusion to the NYDEC Inactive Haz. Waste Disposal Site Registry.

On-Site  5) ***RCRA Corrective Action Activity (CORRACTS):*** waste facilities with RCRA corrective action activity reported by the USEPA.

On-Site  6) ***CERCLIS*** (Comprehensive Environmental Response, Compensation and Liability Information System): a federal listing of Non-NFRAP sites that can pose environmental or public health hazards requiring investigation or clean up.

On-Site  7) ***CERCLIS NFRAP:*** a federal listing of CERCLIS sites that have no further remedial action planned.

On-Site  8) ***New York State Brownfield Cleanup Sites***: a listing of sites that are abandoned, idled or under-used industrial and commercial sites where expansion or redevelopment is complicated by real or perceived environmental contamination.

On-Site  9) ***New York Solid Waste Facilities Registry***: active and inactive landfills, incinerators, transfer stations or other solid waste management facilities.

On-Site  10) ***New York City 1934 Solid Waste Sites:*** a listing of solid waste disposal sites operated by New York City municipal authorities circa 1934.

On-Site  11) ***New York and Federal Hazardous Waste Treatment, Storage or Disposal Facilities***: sites reported by the NYS manifest system and the USEPA's Resource Conservation and Recovery Act Information System (RCRIS). Also includes the following database:

- ***RCRA violations:*** waste facilities with violations reported by the USEPA pursuant to the Resource Conservation and Recovery Act.

On-Site  12) **Toxic Spills: active and inactive or closed** spills reported to state environmental authorities, including *remediated* and *unremediated* leaking underground storage tanks.  This database includes the following categories:

- Tank Failures
- Tank Test Failures
- Unknown Spill Cause or Other Spill Causes
- Miscellaneous Spill Causes

On-Site  13) **New York State Major Oil Storage Facilities:** sites with more than a 400,000 gallon capacity for storing petroleum products.

On-Site  14) **New York and Local Petroleum Bulk Storage Facilities:** sites with more than an 1,100 gallon capacity for storing petroleum products.

On-Site  15) **New York City Fire Marshall Tanks:** tank data.

On-Site  16) **New York and Federal Hazardous Waste Generators and Transporters:** sites reported by the NYS manifest system and the USEPA's Resource Conservation and Recovery Act Information System (RCRA).  Also includes the following database:

- **RCRA violations:** waste facilities with violations reported by the USEPA pursuant to the Resource Conservation and Recovery Act.

On-Site  17) **New York Chemical Bulk Storage Facilities:** sites storing hazardous substances listed in 6 NYCRR Part 597 in aboveground tanks with capacities of 185 gallons or more and/or underground tanks of any size

On-Site  18) **Historic New York City Utility Sites (1890's to 1940's):** power generating stations, manufactured gas plants, gas storage facilities, maintenance yards and other gas and electric utility sites.

On-Site  19) **New York Hazardous Substance Disposal Site Draft Study:** a state listing of sites contaminated with toxic substances that can pose environmental or public health hazards.  These sites were not eligible for state clean up funding programs.

On-Site  20) **Federal Toxic Release Inventory Facilities:** discharges of selected toxic chemicals to air, land, water or treatment facilities.

On-Site  21) **Federal Air Discharges:** air pollution point sources monitored by U.S. EPA and/or state and local air regulatory agencies.

On-Site  22) ***Federal Permit Compliance System Toxic Wastewater Discharges:*** permitted toxic wastewater discharges.

On-Site  23) ***Federal Civil and Administrative Enforcement Docket:*** judiciary cases filed on behalf of the U. S. Environmental Protection Agency by the Department of Justice.

On-site  24) ***New York City Environmental Quality Review (CEQR) – E Designation Sites:*** parcels assigned a special environmental ("E") designation under the CEQR process. E designation requires specific protocols that must be followed.

Property only  25) ***ERNS: Federal Emergency Response Notification System Spills:*** a listing of federally reported spills.

# *Limitations Of The Information In Your Report*

The information presented in your *Environmental Report* has been obtained from various local, state and federal government agencies. Please be aware that: **1)** additional information on individual sites may be available, **2)** newly discovered sites are continually reported and **3)** all map locations are approximate. As a result, this report is intended to be the FIRST STEP in the process of identifying and evaluating possible environmental threats to specific properties and can only serve as a guide for conducting on-site visits or additional, more detailed toxic hazard research.

*Toxics Targeting* tries to ensure that the information in your report is presented accurately and with minimal alteration. The only systematic changes that are made correct obvious address errors in order to allow sites to be mapped. Any address changes that are made are noted in the map information section at the top of each corresponding *Toxic Site Profile*. Since the information presented in your report is not edited, please be aware that it can contain reporting errors or typographical mistakes made by the site owners/operators or government agencies that produced the information. Please be aware of some other limitations of the information in your report:

- The map used by *Toxics Targeting* is the same one used by the U. S. Census. While the map is generally accurate, no map is perfect. In addition, *Toxics Targeting's* mapping methods estimate where toxic site addresses are located if the address is not specifically designated on the Census map. FOR THESE REASONS, ALL MAP LOCATIONS OF ADDRESSES AND REPORTED TOXIC SITES SHOULD BE CONSIDERED APPROXIMATE AND SHOULD BE VERIFIED BY ON-SITE VISITS;

- UNDISCOVERED, UNREPORTED OR UNMAPPABLE TOXIC SITES MIGHT NOT BE IDENTIFIED BY THIS REPORT'S CHECK OF 25 TOXIC SITE CATEGORIES. TOXIC SITES REPORTED IN OTHER GOVERNMENT DATABASES MIGHT ALSO EXIST. FOR THESE REASONS, YOUR REPORT MIGHT NOT IDENTIFY ALL THE TOXIC SITES THAT EXIST IN THE AREA IT SEARCHES;

- The appendix of your report contains a listing of sites that could not be mapped due to incomplete or erroneous address information or other mapping problems. This listing includes unmappable toxic sites in zip code areas within one mile of the target address as well as toxic sites without zip codes reported in the same county. IF YOU WOULD LIKE INFORMATION ON ANY OF THE LISTED SITES, PLEASE CONTACT *TOXICS TARGETING AND REFER TO THE SITE ID NUMBER.*

- Some toxic sites identified in your report may be classified as **known hazards**. Most of the toxic sites identified in your report involve **potential hazards** related to the on-site use, manufacture, handling, storage, transport or disposal of toxic chemicals. Some of the toxic sites identified in your report may be the addresses of parties responsible for toxic sites located elsewhere. YOU SHOULD ONLY CONCLUDE THAT TOXIC HAZARDS ACTUALLY EXIST AT A SPECIFIC SITE WHEN GOVERNMENT AUTHORITIES MAKE THAT DETERMINATION OR WHEN THAT CONCLUSION IS FULLY DOCUMENTED BY THE FINDINGS OF AN APPROPRIATE SITE INVESTIGATION UNDERTAKEN BY LICENSED PROFESSIONALS;

- Compass directions and distances are approximate. Compass directions are calculated from the subject property address to the mapped location of each identified toxic site. The compass direction does not necessarily refer to the closest property boundary of an identified toxic site. The compass direction also can vary substantially for toxic sites that are located very close to the subject property address.

- The information presented in your report is a summary of the information that *Toxics Targeting* obtains from government agencies on reported toxic sites. YOU MAY BE ABLE TO OBTAIN ADDITIONAL INFORMATION ABOUT REPORTED SITES WITH THE FREEDOM OF INFORMATION REQUEST FORM LETTERS THAT ARE PROVIDED ON THE INSIDE OF THE BACK COVER.

# Section One:

## Report Summary

- Table One: *Number of Identified Toxic Sites By Distance Interval*

- Table Two: *Identified Toxic Sites By Direction*

- Table Four: *Identified Toxic Sites By Category*

- Table Three: *Identified Toxic Sites By Proximity*

- Map One: *On-Site Radius Close-up Map*

- Map Two: *Tax Parcel Map*

- Table Five: *Tax Parcel Map Information Table*

# NUMBER OF IDENTIFIED SITES BY DISTANCE INTERVAL

| Database Searched | 0 - 100 ft | 100 ft - 1/8 mi | 1/8 mi - 1/4 mi | 1/4 mi - 1/2 mi | 1/2 mi - 1 mi | Site Category Totals |
|---|---|---|---|---|---|---|
| **ASTM-Required Databases** | | | | | | |
| National Priority List (NPL) Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| NYS Inactive Hazardous Waste Disposal Site Registry | 0 | 0 | 0 | 0 | 0 | 0 |
| NYS Inactive Haz Waste Disposal Site Registry Qualifying | 0 | 0 | 0 | 0 | 0 | 0 |
| RCRA Corrective Action (CORRACTS) Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| Delisted National Priority List (NPL) Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| CERCLIS Superfund Non-NFRAP Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| CERCLIS Superfund NFRAP Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| Brownfields Sites | | | | | | |
| Voluntary Cleanup Program | 0 | 0 | 0 | 0 | 0 | 0 |
| Environmental Restoration Program | 0 | 0 | 0 | 0 | 0 | 0 |
| Brownfield Cleanup Program | 0 | 0 | 0 | 0 | 0 | 0 |
| NYSDEC Solid Waste Facilities / Landfills | 0 | 0 | 0 | 0 | 0 | 0 |
| RCRA Hazardous Waste Treatment, Storage, Disposal Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| NYS Toxic Spills | | | | | | |
| Active Tank Failures | 0 | 0 | 0 | 0 | 0 | 0 |
| Active Tank Test Failures | 1 | 0 | 0 | 0 | 0 | 1 |
| Active Spills - Unknown / Other Causes | 1 | 0 | 0 | 0 | 0 | 1 |
| Active Spills - Miscellaneous Causes | 0 | 0 | 0 | 0 | 0 | 0 |
| Closed Tank Failures | 1 | 0 | 0 | 0 | 0 | 1 |
| Closed Tank Test Failures | 1 | 0 | 0 | 0 | 0 | 1 |
| Closed Spills - Unknown / Other Causes | 2 | 0 | 0 | 0 | 0 | 2 |
| Closed Spills - Miscellaneous Causes | 5 | 0 | 0 | 0 | 0 | 5 |
| NYS Major Oil Storage Facilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Local & State Petroleum Bulk Storage Sites | 1 | 0 | 0 | 0 | 0 | 1 |
| RCRA Hazardous Waste Generators & Transporters | 1 | 0 | 0 | 0 | 0 | 1 |
| NYS Chemical Bulk Storage Sites | 0 | 0 | 0 | 0 | 0 | 0 |
| Historic Utility Facilities | 0 | 0 | 0 | 0 | 0 | 0 |
| NYC Environmental Quality Review Requirements ("E") Sites* | 1 | 0 | Not searched | Not searched | Not searched | 1 |
| Emergency Response Notification System (ERNS) | 2 | Not searched | Not searched | Not searched | Not searched | 2 |
| Institutional Controls / Engineering Controls (IC/EC) | See databases for NPL, CERCLIS, Inactive Hazardous Waste Disposal Site Registry and Brownfield Sites. | | | | | |
| **ASTM-Required Databases Distance Interval Totals** | **15** | **0** | **0** | **0** | **0** | **15(0)** |

Numbers in ( ) indicate spills not mapped and profiled in this report, and are listed at the end of the active and closed spills sections.  See these lists for a description of the parameters involved with identifying these spills.

* NYC Environmental Quality Review Requirements ("E") Sites were searched at 250 feet.

NOTE:  Table continues on next page.

**Non-ASTM Databases On-Site Only Search**

| | | | | |
|---|---|---|---|---|
| 1934 NYC Municipal Waste Landfills | 0 | Not searched | Not searched | 0 |
| Hazardous Substance Waste Disposal Sites | 0 | Not searched | Not searched | 0 |
| Toxic Release Inventory Sites (TRI) | 0 | Not searched | Not searched | 0 |
| Permit Compliance System (PCS) Toxic Wastewater Discharges | 0 | Not searched | Not searched | 0 |
| Air Discharges | 1 | Not searched | Not searched | 1 |
| Civil & Administrative Enforcement Docket Facilities | 0 | Not searched | Not searched | 0 |
| **Non-ASTM Databases Distance Interval Totals** | **1** | **0** | **0** | **1** |
| *Distance Interval Totals* | *16* | *0* | *0* | *16(0)* |

Numbers in ( ) indicate spills not mapped and profiled in this report, and are listed at the end of the active and closed spills sections. See these lists for a description of the parameters involved with identifying these spills.

# Identified Toxic Sites by Direction

## 138-50 Hillside Ave.
## Queens, NY 11435

* Compass directions can vary substantially for sites located very close to the subject property address.

## Sites less than 100 feet from subject property sorted by distance

| Map Id# | Site Name | Site Street | Approximate Distance & Direction From Property | Toxic Site Category |
|---|---|---|---|---|
| 1 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Active Haz Spill (Unknown/Other Cause) |
| 2 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Active Haz Spill (Misc. Spill Cause) |
| 3 | EXXON MOBILE#10954 | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Tank Test Failure |
| 4 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Unk/Other Cause) |
| 5 | EXXON MOBILE | 13850 HILLSIDE AVE | 0 feet | Closed Status Spill (Unk/Other Cause) |
| 6 | MOBIL GASOLINE (ZORBAS) | QUEENS BLVD | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 7 | MOBIL SERVICE STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 8 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 9 | MOBIL | 138-50 HILLSIDE AVE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 10 | MOBIL SERVICE 17-HMB | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 11 | EXXONMOBIL R/S 10954 | 138-50 HILLSIDE AVENUE | 0 feet | Petroleum Bulk Storage Site |
| 12 | QUEEN HILL SERVICE | 138-50 HILLSIDE AVENUE | 0 feet | Hazardous Waste Generator/Transporter |
| 13 | MOBIL | 138-50 HILLSIDE AVE | 0 feet | Air Discharge Site |
| 14 | BLOCK: 9620  LOT: 1 | 138-50 HILLSIDE AVENUE | 0 feet | NYC Env. Qual. Review-"E" Designation |

## Sites between 100 ft and 660 ft from the subject property sorted by direction and distance

| Map Id# | Site Name | Site Street | Approximate Distance & Direction From Property | Toxic Site Category |
|---|---|---|---|---|

No sites found between 100 feet and 660 feet

## Sites equal to or greater than 660 ft from subject property sorted by direction and distance

| Map Id# | Site Name | Site Street | Approximate Distance & Direction From Property | Toxic Site Category |
|---|---|---|---|---|

No sites found equal to or greater than 660 ft from subject property

# Identified Toxic Sites by Category

## 138-50 Hillside Ave
## Queens, NY 11435

* Compass directions can vary substantially for sites located very close to the subject property address.

**Active Haz Spills (Unknown Causes & Other Causes) -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: 1/2 Mile

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 1 | 0504048 | MOBIL GAS STATION | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

**Active Haz Spills (Miscellaneous Spill Causes) -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: 1/2 Mile

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 2 | 0101410 | MOBIL GAS STATION | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

**Closed Status Tank Test Failures -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: 1/2 Mile

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 3 | 0612291 | EXXON MOBILE#10954 | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

**Closed Status Spills (Unknown Causes & Other Causes) -- Total Sites - 2**

Database searched at Onsite - ASTM required search distance: 1/2 Mile

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 4 | 9801762 | MOBIL GAS STATION | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |
| 5 | 0712393 | EXXON MOBILE | 13850 HILLSIDE AVE — 0 feet |

**Closed Status Spills (Miscellaneous Spill Causes) -- Total Sites - 5**

Database searched at Onsite - ASTM required search distance: 1/2 Mile

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 6 | 9807097 | MOBIL GASOLINE (ZORBAS) | QUEENS BLVD — 0 feet |
| 7 | 9409159 | MOBIL SERVICE STATION | 138-50 HILLSIDE AVENUE — 0 feet |
| 8 | 9402398 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE — 0 feet |
| 9 | 0809073 | MOBIL | 138-50 HILLSIDE AVE — 0 feet |
| 10 | 0109472 | MOBIL SERVICE 17-HMB | 138-50 HILLSIDE AVENUE — 0 feet |

**Petroleum Bulk Storage Sites -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: Property & Adjacent

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 11 | 2-157228 | EXXONMOBIL R/S 10954 | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

**Hazardous Waste Generators, Transporters -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: Property & Adjacent

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 12 | NYD986956340 | QUEEN HILL SERVICE | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

**Air Discharge Sites -- Total Sites - 1**

Database searched at Onsite - Non-ASTM Database

| MAP ID | FACILITY ID | FACILITY NAME | DISTANCE & DIRECTION |
|---|---|---|---|
| 13 | 3608100171 | MOBIL | FACILITY STREET — 138-50 HILLSIDE AVE — 0 feet |

**NYC Env. Quality Review - Env. Designation Sites -- Total Sites - 1**

Database searched at Onsite - ASTM required search distance: Onsite Only

| MAP ID | FACILITY ID | | DISTANCE & DIRECTION |
|---|---|---|---|
| 14 | E-175 | BLOCK: 9620 LOT: 1 | FACILITY STREET — 138-50 HILLSIDE AVENUE — 0 feet |

# Identified Toxic Sites by Proximity
## 138-50 Hillside Ave, Queens, NY 11435

* Compass directions can vary substantially for sites located very close to the subject property address.

| Map Id# | Site Name | Site Street | Approximate Distance From Property | Toxic Site Category |
|---|---|---|---|---|
| 1 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Active Haz Spill (Unknown/Other Cause) |
| 2 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Active Haz Spill (Misc. Spill Cause) |
| 3 | EXXON MOBILE#10954 | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Tank Test Failure |
| 4 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Unk/Other Cause) |
| 5 | EXXON MOBILE | 13850 HILLSIDE AVE | 0 feet | Closed Status Spill (Unk/Other Cause) |
| 6 | MOBIL GASOLINE (ZORBAS) | QUEENS BLVD | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 7 | MOBIL SERVICE STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 8 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 9 | MOBIL | 138-50 HILLSIDE AVE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 10 | MOBIL SERVICE 17-HMB | 138-50 HILLSIDE AVENUE | 0 feet | Closed Status Spill (Misc. Spill Cause) |
| 11 | EXXONMOBIL R/S 10954 | 138-50 HILLSIDE AVENUE | 0 feet | Petroleum Bulk Storage Site |
| 12 | QUEEN HILL SERVICE | 138-50 HILLSIDE AVENUE | 0 feet | Hazardous Waste Generator/Transporter |
| 13 | MOBIL | 138-50 HILLSIDE AVE | 0 feet | Air Discharge Site |
| 14 | BLOCK: 9620 LOT: 1 | 138-50 HILLSIDE AVENUE | 0 feet | NYC Env. Qual. Review-"E" Designation |





# Toxics Targeting
# Onsite Area Map

138-50 Hillside Ave

Queens, NY 11435

Scale: 1 inch = 36 feet

Queens County

National Priority List (NPL)

Delisted NPL Site

CERCLIS Superfund Non-NFRAP Site

CERCLIS Superfund NFRAP Site

Inactive Hazardous Waste Disposal Registry Site

Inact. Haz Waste Disp. Registry Qualifying

Hazardous Waste Treater, Storer, Disposer

RCRA Corrective Action Facility

Hazardous Substance Waste Disposal Site

Solid Waste Facility

Major Oil Storage Facility

Brownfields Site

Chemical Storage Facility

Hazardous Material Spill

Toxic Release

Wastewater Discharge

Petroleum Bulk Storage Facility

Hazardous Waste Generator, Transp.

Historic Utility Site

Enforcement Docket Facility

Air Release

Subject Area

Waterbody

County Border

Railroad Tracks

# Toxics Targeting
## Tax Parcel Map
138-50 Hillside Ave
Queens, NY 11435

Queens County

○ Delisted NPL Site

⊞ CERCLIS Superfund NFRAP Site

⊞ Inact. Haz Waste Disp. Registry Qualifying

▣ RCRA Corrective Action Facility

☒ Solid Waste Facility

◎ Brownfields Site

✦ Hazardous Material Spill

◆ Petroleum Bulk Storage Facility

⚡ Historic Utility Site

△ Air Release

☼ National Priority List (NPL)

⊞ CERCLIS Superfund Non-NFRAP Site

⊞ Inactive Hazardous Waste Disposal Registry Site

⊞ Hazardous Waste Treater, Storer, Disposer

⊕ Hazardous Substance Waste Disposal Site

◇ Major Oil Storage Facility

△ Chemical Storage Facility

✳ Toxic Release

▷ Wastewater Discharge

⊠ Hazardous Waste Generator, Transp.

⊡ Enforcement Docket Facility

Ⓔ Env Qual Review E Designation

Waterbody

╂ Railroad Tracks

Subject Area

- - County Border

Scale: 1 inch = 36 feet

139TH ST

HILLSIDE AVE

QUEENS BLVD

138-50 Hillside Ave Ⓔ

4-09820-0011

4-09820-0012

4-09820-0013

4-09820-0008

4-09820-0011

# Tax Parcel Information Table

## 138-50 Hillside Ave
## Queens, NY 11435

### Subject Parcel or Parcels

| BBL # | Address | Owner | Zoning District(s) | Building Class | # of Buildings | Year Built | Assessment | Lot Area |
|-------|---------|-------|--------------------|----------------|----------------|-----------|-----------|----------|
| 4-09620-0001 | 138-50 HILLSIDE AVENUE | EXXON MOBIL CORPORATI | C8-1 | G4 | 1 | 1968 | 545400 | 21710 |

### Other Parcels Found On The Tax Parcel Map

| BBL # | Address | Owner | Zoning District(s) | Building Class | # of Buildings | Year Built | Assessment | Lot Area |
|-------|---------|-------|--------------------|----------------|----------------|-----------|-----------|----------|
| 4-09620-0011 | 87-84 139 STREET | ROOSEVELT FRANCIS | C8-1 R6 | A5 | 1 | 1905 | 14929 | 2000 |
| 4-09620-0012 | 87-86 139 STREET | WILLIAMS, NATHANIEL | R6 C8-1 | A5 | 1 | 1905 | 15136 | 2000 |
| 4-09620-0013 | 87-88 139 STREET | PROTOPAPAS, GEORGE | R6 | B3 | 1 | 1905 | 16800 | 2000 |
| 4-09620-0061 | 140-15 QUEENS BOULEVARD | SINGER EQUITIES INC | C8-1 | V1 | 0 | | 70200 | 3900 |

# Section Two: Toxic Site Profiles

The heading of each *Toxic Site Profile* refers to the site's map location and details:

- The facility name, address, city, state, and zip code (This information does not appear in the headings for Inactive Hazardous Waste Disposal Sites).
- Any changes that were made to a site's address in order to map its location.
- The site mapping method that was used (see *How Sites are Located*, at the end of this section for more information).

*Toxic Site Profiles* summarize information provided by site owners or operators and government agencies regarding various toxic chemical activities reported at each site, such as:

- Whether chemicals were stored, produced, transported, discharged or disposed of.
- The name of chemicals and their Chemical Abstract Series (CAS) numbers;
- The amount of chemicals and the units (gallons/pounds) the chemical was measured in.
- Whether the site or storage tanks at the site are currently active or inactive.
- Special codes used by government agencies to regulate hazardous waste activities at some sites
  (A complete description of the codes follows the profiles section).

For selected individual chemicals reported at various toxic sites, some potential health effect summary information appears below the site profile. Each potential health effect summary information identifies chemicals by name and by Chemical Abstract Series (CAS) Number. An "x" under each potential health effect heading indicates positive toxicity testing results reported by the National Institute of Occupational Safety and Health's Registry of Toxic Effects of Chemical Substances (RTECS). Some chemicals (mostly appearing in profiles of Hazardous Waste facilities), are reported as mixtures, and RTECS health effect information is only available for individual chemicals. In addition, RTECS only provides information on approximately 100,000 common chemicals. Consequently, the absence of potential health effect summary information for a particular chemical identified in a Toxic Site Profile does not necessarily mean that the chemical does not pose potential health effects.

The Maximum Contaminant Level (MCL) in drinking water allowed for selected chemicals is also noted. In most cases, the only applicable MCL has been set by the New York State Department of Health (NYSDOH). Where NYSDOH has not set an MCL, the federal standard, if one exists, is listed and is marked by an asterisk.

Presented below are column headings that describe the health effect definitions used in RTECS and applicable New York State and federal drinking water standards. Reference sources for information presented in this section are also provided.

ACUTE TOX:    **Acute Toxicity**: Short-term exposure to this chemical can cause lethal and non-lethal toxicity effects not included in the following four categories.

TUMOR TOX:    **Tumorigenic Toxicity**: The chemical can cause an increase in the incidence of tumors.

MUTAG TOX:    **Mutagenic Toxicity**: The chemical can cause genetic alterations that are passed from one generation to the next.

**REPRO TOX:** **Reproductive toxicity**: May signify one of the following effects: maternal effects, paternal effects, effects on the embryo or fetus, specific developmental abnormalities, tumorigenic effects, or effects on the newborn (only positive reproductive effects data for mammalian species are referenced)

**IRRIT TOX:** **Primary Irritant**: The chemical can cause eye or skin irritation

**MCL:** **Drinking Water Standard - Maximum Contaminant Level (MCL)** listed under Drinking Water Supplies, 10 NYCRR Part 5, Subparts 1.51(f),(g), and (h) for NYDOH MCL's and under the Safe Drinking Water Act, 40 CFR 141, Subparts B and G, (* indicates value for total trihalomethanes) for federal MCL's.

**Reference Source for Toxicity Information:** Registry of Toxic Effects of Chemical Substances (RTECS), NIOSH (on-line database); For further information, contact: NIOSH, 4676 Columbia Parkway, Cincinnati, OH, 45226, 800/35-NIOSH.

**Reference Source for Drinking Water Standards:** New York State Department of Health, Bureau of Toxic Substances Assessment, 2 University Place, Room 240, Albany, NY 12203, 518/458-6373.

U.S. Environmental Protection Agency, Office of Drinking Water, 401 M St SW, Mailstop WH-556, Washington, DC, 20460, 202/260-5700.

**Inactive Hazardous Waste Disposal Site Classifications:** 1 -- Causing or presenting an imminent danger of causing irreversible or irreparable damage to the public health or the environment -- immediate action required;

2 -- Significant threat to the public health or environment -- action required;

3 -- Does not Present a significant threat to the environment or public health -- action may be deferred;

4 -- Site properly closed --requires continued management;

5 -- Site properly closed, no evidence of present or potential adverse impact -- no further action required;

2a -- This temporary classification has been assigned to sites where there is inadequate data to assign them to the five classifications specified by law.

D1, 2, 3 -- Delisted Site (1: hazardous waste not found; 2: remediated; 3: consolidated site or site incorrectly listed)

*NO NATIONAL PRIORITIES LIST (NPL) SITES IDENTIFIED WITHIN THE SEARCH AREA*



*NO INACTIVE HAZARDOUS WASTE DISPOSAL REGISTRY OR REGISTRY-QUALIFYING SITES IDENTIFIED WITHIN THE SEARCH AREA*





*NO RCRA CORRECTIVE ACTION SITES IDENTIFIED WITHIN THE SEARCH AREA*

*NO CERCLIS SUPERFUND SITES IDENTIFIED WITHIN THE SEARCH AREA*



138-50 Hillside Ave

*NO BROWNFIELDS SITES IDENTIFIED WITHIN THE SEARCH AREA*






*NO SOLID WASTE FACILITIES IDENTIFIED WITHIN THE SEARCH AREA*





*NO HAZARDOUS WASTE TREATMENT/STORAGE/DISPOSERS IDENTIFIED WITHIN THE SEARCH AREA*



# HAZARDOUS MATERIAL SPILLS INTRODUCTION

The Hazardous Material Spills in this section are divided into eight spill cause groupings.  These include:

Active Spills Section:  Spills with incomplete paperwork that may or may not be cleaned up (See Date Cleanup Ceased)
1) Tank Failures
2) Tank Test Failures
3) Unknown Spill Cause or Other Spill Cause Hazardous Spills
4) Miscellanous Spill Causes:  Equipment Failure, Human Error, Tank Overfill, Deliberate Spill, Traffic Accidents, Housekeeping, Abandoned Drum, and Vandalism.

Closed Status Spills Section:  Spills with completed paperwork that may or may not be cleaned up (See Date Cleanup Ceased)
5) Tank Failures
6) Tank Test Failures
7) Unknown Spill Cause or Other Spill Cause Hazardous Spills
8) Miscellanous Spill Causes:  Equipment Failure, Human Error, Tank Overfill, Deliberate Spill, Traffic Accidents, Housekeeping, Abandoned Drum, and Vandalism.

All spills within each spill cause category are presented in order of proximity to the subject site address.

**Please note that spills reported within 0.25 mile (or one-eighth mile in New York City) are mapped and profiled.**

**Between 0.25 mile (or one-eighth mile in New York City) and 0.5 mile, only the following spills are mapped and profiled:**

* Tank Failures;

* Tank Test Failures;

* Unknown Spill Cause or Other Spill Cause;

* Spills greater than 100 units of quantity; and

* Spills reported in the NYSDEC Fall 1998 MTBE Survey.

A table at the end of each section presents a listing of reported Miscellanous Spills with less than 100 units located between 0.25 mile (or one-eighth mile in Manhattan) and 0.5 mile.  These spills are neither mapped nor profiled.



*NO ACTIVE TANK FAILURES IDENTIFIED WITHIN THE SEARCH AREA*



*NO ACTIVE TANK TEST FAILURES IDENTIFIED WITHIN THE SEARCH AREA*



## ACTIVE UNKNOWN CAUSE SPILLS AND OTHER CAUSE SPILLS IDENTIFIED WITHIN THE SEARCH AREA

Please Note: * - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 1**      JAMAICA, NY      **Spill Number: 0504048**      **Close Date:**
TT-Id: 520A-0135-244

**MOBIL GAS STATION**
138-50 HILLSIDE AVENUE

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: INSTITUTIONAL, EDUC, GOV, OTHER
Notifier Type: Other
Caller Name: STEVE GORDON
DEC Investigator: MDMACCAB

Spiller: STEVE GORDON - HILLSIDE AVE &
Notifier Name: STEVE GORDON
Caller Agency: AMERICAN SITE RESTORATION
Contact for more spill info: STEVE GORDON

Spiller Phone: (631) 833-0022
Notifier Phone: (631) 833-0022
Caller Phone: (631) 833-0022
Contact Person Phone: (631) 833-0022

Spill Class: KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
|---|---|---|---|---|
| 07/06/2005 | | OTHER | NO | NO |

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units |
|---|---|---|---|---|---|
| GASOLINE | PETROLEUM | 0 | GALLONS | 0 | GALLONS |

Resource(s) Affected

GROUNDWATER

Caller Remarks:

DURING DIGGING CAME UPON SOIL CONTAMINATION:

DEC Investigator Remarks:

7/7/05 - Austin - Spoke with Steve Gordon - He said that he was drilling on a Brownsfield site (Dura-spec, under Iona Munteanu's supervision), when he encountered floating gasoline product on the water table. He suspects a Mobil gas station at 138-50 Hillside Ave. (spill #0101410, assigned to Mike MacCabe in Albany). I gave him MacCabe's number, and told him to keep Ioana informed of this matter. - end



***ACTIVE HAZARDOUS SPILLS - MISC. SPILL CAUSES - EQUIPMENT FAILURE, HUMAN ERROR, TANK OVERFILL, DELIBERATE SPILL, TRAFFIC ACCIDENT, HOUSEKEEPING, ABANDONED DRUM, AND VANDALISM - IDENTIFIED WITHIN THE SEARCH AREA.***
All spills mapped and profiled within 1/4 mile. Between 1/4 mile and the search area, spills reported to be greater than 100 units and spills reported in the NYSDEC Fall 1998 MTBE Survey are mapped and profiled. Spills reported to be less than 100 units are listed in a table at the end of this section.

Please Note: * - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 2**      **MOBIL GAS STATION**      JAMAICA, NY      **Spill Number: 0101410**      **Close Date:**
138-50 HILLSIDE AVENUE      TT-Id: 520A-0136-529

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: TANK TRUCK      Spiller: MELISSA WINSOR - EXXONMOBIL      Spiller Phone: (908) 474-3613
Notifier Type: Responsible Party      Notifier Name: ROBERT GRAY      Notifier Phone:
Caller Name: BARRON ANDREWS      Caller Agency: MOBIL OIL      Caller Phone: (516) 239-8200
DEC Investigator: MDMACCAB      Contact for more spill info:      Contact Person Phone:

Spill Class: KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

Spill Date      Date Cleanup Ceased      Cause of Spill      Meets Cleanup Standards      Penalty Recommended

05/06/2001      TANK OVERFILL      NO      NO

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|
| GASOLINE | PETROLEUM | 0 | GALLONS | 0 | GALLONS | SOIL |

Caller Remarks:

TANK OVERFILL - FIRE DEPT ON SCENE CLEANING UP SPILL

DEC Investigator Remarks:      NO DEC INVESTIGATOR REMARKS GIVEN FOR THIS SPILL.

THE FOLLOWING ACTIVE SPILLS FOR THIS CATEGORY WERE REPORTED BETWEEN 1/4 MILE AND THE SEARCH AREA FROM THE SUBJECT ADDRESS. THESE SPILLS WERE REPORTED TO BE LESS THAN 100 UNITS IN QUANTITY AND CAUSED BY: EQUIPMENT FAILURE, HUMAN ERROR, TANK OVERFILL, DELIBERATE SPILL, TRAFFIC ACCIDENT, HOUSEKEEPING, ABANDONED DRUM, OR VANDALISM. THESE SPILLS ARE NEITHER MAPPED NOR PROFILED IN THIS REPORT.

FACILITY ID      FACILITY NAME      STREET      CITY
No dropped spills found for this category

*NO CLOSED STATUS TANK FAILURES IDENTIFIED WITHIN THE SEARCH AREA*





# *CLOSED STATUS TANK TEST FAILURES IDENTIFIED WITHIN THE SEARCH AREA*

Please Note: * - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 3**     **EXXON MOBILE#10954**     **Spill Number: 0612291**     **Close Date: 05/15/2007**
138-50 HILLSIDE AVENUE     JAMAICA, NY     TT-Id: 520A-0136-528

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

| | | |
|---|---|---|
| Source of Spill: | GASOLINE STATION | Spiller: SARA ALBERT - EXXON MOBILE#10954 |
| Notifier Type: | Other | Notifier Name: |
| Caller Name: | | Caller Agency: |
| DEC Investigator: BKFALVEY | | Contact for more spill info: SARA ALBERT |

Spiller Phone: (860) 466-7571
Notifier Phone:
Caller Phone:
Contact Person Phone: (860) 466-7571

Spill Class:     KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
|---|---|---|---|---|
| 02/08/2007 | | TANK TEST FAILURE | NO | NO |

| Material Spilled | | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|---|
| GASOLINE | | PETROLEUM | 0 | GALLONS | 0 | GALLONS | SOIL |

TANK TEST INFORMATION

| Tank Number | Tank Size | Tank Test Method | Leak Rate | | |
|---|---|---|---|---|---|
| 3 | 4000 | Horner EZ Check I or II | 0.00 | Gross Leak or Failure | UNKNOWN |

Caller Remarks:

Tank Test Failure. Fuel will be removed by Island Pump and Tank. Kleinfelder will be sent to investigate the tank.

DEC Investigator Remarks:

2/9/07 bf: sent ttf letter to:
John Saturley
Exxonmobil Oil Corp.
12596 Bayaud Ave.
Lakewood, CO 80228

4/20/07 Received letter from Anthony Soricelli of Kleinfelder.  Tank was tested on 2/8/07 by Crompco.  20 gal. of gasoline detected in the uinterstitial space of 4K tank.  Inner tank failed.  Island Pump and tank was on-site to remove the product in the interstitial space.  No gasoline was detected in monitor wells or tank field wells.  Outer wall was tested and found to be tight.  Tank test results attached to letter.  bf

5/15/07 No release of product, so no further action is required at this time.  bf



# CLOSED STATUS UNKNOWN CAUSE SPILLS AND OTHER CAUSE SPILLS IDENTIFIED WITHIN THE SEARCH AREA

Please Note: * - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 4**

**MOBIL GAS STATION**
138-50 HILLSIDE AVENUE

JAMAICA, NY

**Spill Number: 9801762**

**Close Date: 05/11/1998**
TT-Id: 520A-0136-533

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: UNKNOWN
Notifier Type: Responsible Party
Caller Name: MR PERODEAU
DEC Investigator: SMMARTIN

Spiller: MR PERODEAU - MOBIL GAS
Notifier Name: EMPLOYEE
Caller Agency: MOBIL OIL
Contact for more spill info:

Spiller Phone: (516) 239-0575
Notifier Phone:
Caller Phone: (516) 239-0675
Contact Person Phone: (718) 297-2177

Spill Class: KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended | | |
|---|---|---|---|---|---|---|
| 05/11/1998 | | UNKNOWN | NO | NO | | |

| Material Spilled | | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|---|
| GASOLINE | | PETROLEUM | 5.00 | GALLONS | 0.00 | GALLONS | SOIL |

Caller Remarks:

DELIVERY TRUCK WAS MAKING A DELIVERY THERE AND UNK HOW SPILL OCC'D

DEC Investigator Remarks:

Prior to Sept, 2004 data translation this spill Lead_DEC Field was "MARTINKAT"
SEE ALSO 9801767

**Map Identification Number 5**    **EXXON MOBILE**
13850 HILLSIDE AVE

**Spill Number: 0712393**

**Close Date: 02/26/2008**
TT-Id: 520A-0214-358

JAMACIA, NY

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: GASOLINE STATION
Notifier Type: Responsible Party
Caller Name:
DEC Investigator: smsanges

Spiller: TED ZORBES - EXXON MOBILE
Notifier Name:
Caller Agency:
Contact for more spill info: TED ZORBES

Spiller Phone:
Notifier Phone:
Caller Phone:
Contact Person Phone: (718) 465-5656

Spill Class:    KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
|---|---|---|---|---|
| 02/22/2008 | | UNKNOWN | NO | NO |

| Material Spilled | | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|---|
| #2 FUEL OIL | | PETROLEUM | 5.00 | GALLONS | 5.00 | GALLONS | SOIL |

Caller Remarks:

ALL CLEANED UP

DEC Investigator Remarks:

minor spill - all cleaned

*CLOSED STATUS HAZARDOUS SPILLS - MISC. SPILL CAUSES - EQUIPMENT FAILURE, HUMAN ERROR, TANK OVERFILL, DELIBERATE SPILL, TRAFFIC ACCIDENT, HOUSEKEEPING, ABANDONED DRUM, AND VANDALISM - IDENTIFIED WITHIN THE SEARCH AREA.*
**All spills mapped and profiled within 1/4 mile. Between 1/4 mile and the search area, spills reported to be greater than 100 units and spills reported in the NYSDEC Fall 1998 MTBE Survey are mapped and profiled.  Spills reported to be less than 100 units are listed in a table at the end of this section.**

Please Note:  *  - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 6**       **MOBIL GASOLINE (ZORBAS)**              QUEENS, NY                    **Spill Number: 9807097**                **Close Date: 09/10/1998**
                                       QUEENS BLVD                                                                                                       TT-Id: 520A-0136-534

MAP LOCATION INFORMATION
Site location mapped by:  MANUAL MAPPING (3)                        ADDRESS CHANGE INFORMATION
Approximate distance from property:   0 feet                        Revised street: 138-50 HILLSIDE AVENUE
                                                                   Revised zip code: 11435

Source of Spill:   GASOLINE STATION                   Spiller:  MOBIL GASOLINE (ZORBAS)                            Spiller Phone:
Notifier Type:     Citizen                        Notifier Name:  MICHELE SALERNO                              Notifier Phone: (516) 737-1296
Caller Name:       MICHELE SALERNO                 Caller Agency:  CITIZEN                                       Caller Phone: (516) 737-1296
DEC Investigator:  SMMARTIN              Contact for more spill info:  CALLER                           Contact Person Phone: (516) 737-1296

Spill Class:       KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

Spill Date          Date Cleanup Ceased            Cause of Spill              Meets Cleanup Standards      Penalty Recommended

09/10/1998                                         EQUIPMENT FAILURE          NO                           NO

Material                                           Material                   Quantity          Quantity                          Resource(s)
Spilled                                            Class                      Spilled    Units  Recovered   Units                 Affected

GASOLINE                                           PETROLEUM                  0          GALLONS 0          GALLONS                SOIL

Caller Remarks:

CALLER REPORTED USING NOZZEL AT STATION AND NOZZEL WOULD NOT SHUT OFF. SHE NOTIFIED THE ATTENDANT & MANAGER. MANAGERS RESPONSE
WAS THAT IT WAS THE CALLERS FAULT. NO CLEANUP WAS DONE. CALLER WOULD ESTIMATE SPILL AT ABOUT 3 GALLONS. SPILLED GAS ALSO GOT ON
CALLERS CLOTHING.

DEC Investigator Remarks:



Prior to Sept, 2004 data translation this spill Lead_DEC Field was "MARTINKAT"
CALLER'S WORK # IS (718)526-4139 UNTIL 3PM.

SHE SAID THEY WOULD ONLY FIX IT IF IT HAPPENED AGAIN.

138-50 HILLSIDE AVENUE.MANAGER : RAMISH DERSAUD.

CUSTOMER PUMPING GAS - $3 WAS REFUNDED - THEY SAY LESS THAN $1 GAS WAS SPILLED ON GROUND. PUT SPEEDY DRY + SWEEP IT UP THEN
WASHED IT DOWN WITH WATER.REMESH.

FAX TO ECS

| Map Identification Number 7 | MOBIL SERVICE STATION | Spill Number: 9409159 | Close Date: 03/29/1995 |
| | 138-50 HILLSIDE AVENUE | | TT-Id: 520A-0136-532 |

JAMAICA, NY

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: TANK TRUCK
Notifier Type: Fire Department
Caller Name: TOM BYRES
DEC Investigator: O'DOWD

Spiller: MOBIL
Notifier Name:
Caller Agency: NYCFD
Contact for more spill info:

Spiller Phone: (718) 297-2177
Notifier Phone:
Caller Phone: (718) 476-6244
Contact Person Phone:

Spill Class: KNOWN RELEASE THAT CREATES A FIRE OR HAZARD;DEC RESPONSE;UNKNOWN RESPONSIBLE PARTY;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
| 10/10/1994 | 03/29/1995 | EQUIPMENT FAILURE | UNKNOWN | NO |

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
| GASOLINE | PETROLEUM | 150.00 | GALLONS | 0.00 | GALLONS | SEWER |

Caller Remarks:

FILLING TANK OVERFILLED INTO STREET & SEWER NYCFD ON SCENE. CONTACTING A CONTRACTOR. WOULD LIKE A CALL BACK. 10/10/94 FD
REPRESENTATIVES, MOBIL REP & DEP. MOBIL REP ON SCENE. FD LEFT SCENE.

DEC Investigator Remarks:    NO DEC INVESTIGATOR REMARKS GIVEN FOR THIS SPILL.

**Map Identification Number 8**     **MOBIL GAS STATION**
138-50 HILLSIDE AVENUE

           JAMAICA, NY

**Spill Number: 9402398**     **Close Date: 02/11/2003**
TT-Id: 520A-0136-531

MAP LOCATION INFORMATION
Site location mapped by:  MANUAL MAPPING (3)
Approximate distance from property:   0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill:    GASOLINE STATION
Notifier Type:      Other
Caller Name:      KIETH YOCIS
DEC Investigator: SULLIVAN

Spiller:   JAY KIRK
Notifier Name:
Caller Agency:   LEGGETTE BRASHEARST & GRA
Contact for more spill info:

Spiller Phone: (516) 371-1527
Notifier Phone:
Caller Phone: (203) 762-1207
Contact Person Phone:

Spill Class:     KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended | | Resource(s) Affected |
|---|---|---|---|---|---|---|
| 05/17/1994 | | TANK OVERFILL | NO | NO | | SOIL |

| Material Spilled | | Material Class | Quantity Spilled | Units | Quantity Recovered | Units |
|---|---|---|---|---|---|---|
| GASOLINE | | PETROLEUM | -1.00 | POUNDS | 0.00 | POUNDS |

Caller Remarks:

DISCOVERED SOIL IN EXCAVATION FOR NEW CANOPE.

DEC Investigator Remarks:  DEC INVESTIGATOR REMARKS NOT AVAILABLE FOR THIS SPILL ACCORDING TO THE LAST UPDATE.

**The following DEC Investigator Remarks were available prior to 1/1/2002:**

10/10/95: This is additional information about material spilled from the translation of the old spill file: POSS. HISTORICAL SPI.

**Map Identification Number 9**     **MOBIL**
138-50 HILLSIDE AVE

           JAMAICA, NY

**Spill Number: 0809073**     **Close Date: 11/11/2008**
TT-Id: 520A-0224-068

MAP LOCATION INFORMATION
Site location mapped by:  MANUAL MAPPING (3)
Approximate distance from property:   0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: GASOLINE STATION
Notifier Type: Other
Caller Name:
DEC Investigator: smsanges
Contact for more spill info:

Spiller: TED ZORBAS - TED ZORBAS
Notifier Name:
Caller Agency:

Spiller Phone:
Notifier Phone:
Caller Phone:
Contact Person Phone: (800) 997-7725

Spill Class: KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
| --- | --- | --- | --- |
| 11/10/2008 | EQUIPMENT FAILURE | NO | NO |

Date Cleanup Ceased

KERRY MILTON

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
| --- | --- | --- | --- | --- | --- | --- |
| GASOLINE | PETROLEUM | 5.00 | GALLONS | 0.00 | GALLONS | |

Caller Remarks:

CALLER STATES THAT THERE WAS ABOUT 5 GALLONS OF GASOLINE IN THE SUMP. PRODUCT WAS PUMPED OUT BY LORCO PETROLEUM.

DEC Investigator Remarks:

Minor spill in sump - dealt with by Lorco Petroleum

---

**Map Identification Number 10**   **MOBIL SERVICE 17-HMB**
138-50 HILLSIDE AVENUE

JAMAICA, NY

**Spill Number: 0109472**

**Close Date: 03/10/2003**
TT-Id: 520A-0136-530

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: NO CHANGE
Revised zip code: NO CHANGE

Source of Spill: GASOLINE STATION
Notifier Type:
Caller Name: JOHN WOLF
DEC Investigator: EXROSSAN
Contact for more spill info:

Spiller: UNKNOWN
Notifier Name: AL SHOEN
Caller Agency: GEOLOGIC SERVICES CO

Local Agency: JOHN WOLF

JOHN WOLF

Spiller Phone:
Notifier Phone: (908) 874-4938
Caller Phone: (631) 285-6684
Contact Person Phone: (631) 285-6684

Spill Class: KNOWN RELEASE THAT CREATES POTENTIAL FOR FIRE OR HAZARD;DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
| --- | --- | --- | --- | --- |
| 12/27/2001 | | EQUIPMENT FAILURE | NO | NO |

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
| --- | --- | --- | --- | --- | --- | --- |
| MOTOR OIL | PETROLEUM | 0 | GALLONS | 0 | GALLONS | SOIL |

Caller Remarks:

caller states while replacing the spill contament bucket and found contaminated soil - clean up tomorrow

DEC Investigator Remarks:

Prior to Sept, 2004 data translation this spill Lead_DEC Field was "ROSSAN"
    Called Jhon Wolf 12/27/01, Who Confirmed That Contractor Will Remove Contaminated Soil On 12/28/01.03/10/2003- Closed Due
To The Nature / Extent Of The Spill Report.

**THE FOLLOWING CLOSED SPILLS FOR THIS CATEGORY WERE REPORTED BETWEEN 1/4 MILE AND THE    FROM THE SUBJECT ADDRESS. THESE SPILLS
WERE REPORTED TO BE LESS THAN 100 UNITS IN QUANTITY AND CAUSED BY:  EQUIPMENT FAILURE, HUMAN ERROR, TANK OVERFILL, DELIBERATE
SPILL, TRAFFIC ACCIDENT, HOUSEKEEPING, ABANDONED DRUM, OR VANDALISM.  THESE SPILLS ARE NEITHER MAPPED NOR PROFILED IN THIS REPORT.**

FACILITY ID     FACILITY NAME                          STREET                                              CITY
No dropped spills found for this category



*NO OIL STORAGE FACILITIES LARGER THAN 400,000 GALLONS IDENTIFIED WITHIN THE SEARCH AREA*



## *PETROLEUM BULK STORAGE FACILITIES LESS THAN 400,000 GALLONS IDENTIFIED WITHIN THE SEARCH AREA*

PLEASE NOTE: * Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 11**

**EXXONMOBIL R/S 10954**
138-50 HILLSIDE AVENUE

JAMAICA, 11435

**Facility Id: 2-157228**

**Source: NYS DEC**
TT-Id: 640A-0048-480

MAP LOCATION INFORMATION
Site location mapped by:  MANUAL MAPPING (3)
Approximate distance from property:    0 feet

ADDRESS CHANGE INFORMATION
Revised street: 13850 HILLSIDE AVENUE
Revised zip code: NO CHANGE

Facility Type:      Retail Gasoline Sales
Site Status:        Active
Expiration Date of the facility's registration certificate:    10/29/2012
Operator Name:    STATION MANAGER
Owner Name:       HEATHER GILMORE - AGENT
Owner Company:   EXXONMOBIL OIL CORPORATION
Owner Address:    3225 GALLOWS RD, FAIRFAX, VA 22037

Operator Phone #: (718) 297-2180

Owner Type:       Corporate or Commercial

| TANK NUMBER | TANK STATUS | TANK CONTENT | CAPACITY GALLONS | TANK LOCATION | INSTALL DATE | TEST DATE | CLOSE DATE |
|---|---|---|---|---|---|---|---|
| 001 | Closed Prior to Micro Conversion, 03/91 | #2 Fuel Oil | 1000 | Underground | 12/01/1975 | | |
| 002 | Closed Prior to Micro Conversion, 03/91 | Other | 550 | Underground | 12/01/1975 | | |
| 003 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 4000 | Underground | 12/01/1972 | | |
| 004 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 005 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 006 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 007 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 008 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 009 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 010 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 011 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 012 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 013 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 014 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 015 | Closed Prior to Micro Conversion, 03/91 | Gasoline | 550 | Underground | 12/01/1968 | | |
| 016 | In Service | Gasoline | 4000 | Underground | 09/01/1989 | | |
| 017 | In Service | Gasoline | 4000 | Underground | 09/01/1989 | 09/01/1996 | |
| 018 | In Service | Gasoline | 4000 | Underground | 09/01/1989 | 09/01/1996 | |
| 019 | In Service | Gasoline | 4000 | Underground | 09/01/1989 | 09/01/1996 | |

**** TANK INFO CONTINUES ON NEXT PAGE ****

```
020     In Service
021     In Service
022     Closed - Removed
021A    Administratively Closed
023     In Service

Gasoline            4000   Underground                         09/01/1989
#2 Fuel Oil         1000   Underground                         09/01/1989
Waste Oil/Used Oil  1000   Underground                         11/01/1989
Other               1000   Underground                         09/01/1989
Waste Oil/Used Oil  250    Aboveground on crib, rack, or cradle 03/01/2007     03/14/2007   09/01/1996
```

```
TANK NUMBER:          001
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          002
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          003
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          004
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          005
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          006
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
PIPING TYPE:          Galvanized Steel   PIPING LEAK DETECTN:  None               PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:  None        PIPING LOCATION:      No Piping
                                  SPILL PREVENTION:                               DISPENSER METHOD:    Suction

TANK NUMBER:          007
TANK EXT. PROTECTION: None        TANK TYPE:            Steel/Carbon Steel/Iron   TK INT. PROTECTION:  None
PIPING EXT. PROTECTN: None        TANK LEAK DETECTN:    None                      TK SEC. CONTAINMNT:  None
                                  PIPING LEAK DETECTN:                            PIPE SEC. CONTAINMNT:
```

**** TANK INFO FOR THIS SITE CONTINUES ON NEXT PAGE ****

PIPING TYPE:              Galvanized Steel      PIPING LOCATION:          No Piping           DISPENSER METHOD:      Suction
OVERFILL PROTECTION:      None                  SPILL PREVENTION:

TANK NUMBER:              008
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              009
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              010
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              011
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              012
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              013
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

TANK NUMBER:              014
TANK EXT. PROTECTION:     None                  TANK TYPE:                Steel/Carbon Steel/Iron   TK INT. PROTECTION:      None
PIPING EXT. PROTECTN:     None                  TANK LEAK DETECTN:        None                      TK SEC. CONTAINMNT:      None
PIPING TYPE:              Galvanized Steel      PIPING LEAK DETECTN:      None                      PIPE SEC. CONTAINMNT:
OVERFILL PROTECTION:      None                  PIPING LOCATION:          No Piping
                                                SPILL PREVENTION:                                   DISPENSER METHOD:      Suction

**** TANK INFO FOR THIS SITE CONTINUES ON NEXT PAGE ****

TANK NUMBER: 015
TANK EXT. PROTECTION: None
PIPING EXT. PROTECTN: None
PIPING TYPE:
OVERFILL PROTECTION: None    Galvanized Steel

TANK TYPE: Steel/Carbon Steel/Iron
TANK LEAK DETECTN: None
PIPING LEAK DETECTN: No Piping
PIPING LOCATION:
SPILL PREVENTION:

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: None
PIPE SEC. CONTAINMNT:

DISPENSER METHOD: Suction

---

TANK NUMBER: 016
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: Automatic Shut-Off

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Pressurized Piping Leak Detector
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Submersible

---

TANK NUMBER: 017
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: Automatic Shut-Off

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Pressurized Piping Leak Detector
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Submersible

---

TANK NUMBER: 018
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: High Level Alarm

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Pressurized Piping Leak Detector
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Submersible

---

TANK NUMBER: 019
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: High Level Alarm

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Pressurized Piping Leak Detector
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Submersible

---

TANK NUMBER: 020
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: High Level Alarm

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Pressurized Piping Leak Detector
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Submersible

---

TANK NUMBER: 021
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: Fiberglass
PIPING TYPE: Fiberglss Reinforcd Plastic(FRP)
OVERFILL PROTECTION: Automatic Shut-Off

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring
PIPING LEAK DETECTN: Exempt Suction Piping
PIPING LOCATION: Underground/On-ground
SPILL PREVENTION: Catch Basin

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT: Double-Walled (Underground)

DISPENSER METHOD: Suction

---

TANK NUMBER: 022
TANK EXT. PROTECTION: Fiberglass
PIPING EXT. PROTECTN: None
PIPING LEAK DETECTN: None

TANK TYPE: Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN: Interstitial - Electronic Monitoring

TK INT. PROTECTION: None
TK SEC. CONTAINMNT: Double-Walled (Underground)
PIPE SEC. CONTAINMNT:

**** TANK INFO FOR THIS SITE CONTINUES ON NEXT PAGE ****

PIPING TYPE:                    No Piping
OVERFILL PROTECTION:  High Level Alarm

PIPING LOCATION:      No Piping
SPILL PREVENTION:     Catch Basin

DISPENSER METHOD:

TANK NUMBER:                 021A
TANK EXT. PROTECTION:  Fiberglass
PIPING EXT. PROTECTN:  Original Sacrificial Anode
PIPING TYPE:                    Galvanized Steel
OVERFILL PROTECTION:  None

TANK TYPE:                     Fiberglass Reinforced Plastic (FRP)
TANK LEAK DETECTN:      Interstitial - Electronic Monitoring
PIPING LEAK DETECTN:  Exempt Suction Piping
PIPING LOCATION:          Underground/On-ground
SPILL PREVENTION:        None

TK INT. PROTECTION:        None
TK SEC. CONTAINMNT:      Double-Walled (Underground)
PIPE SEC. CONTAINMNT:

DISPENSER METHOD:       Suction

TANK NUMBER:                 023
TANK EXT. PROTECTION:  None
PIPING EXT. PROTECTN:  None
PIPING TYPE:                    No Piping
OVERFILL PROTECTION:  Vent Whistle

TANK TYPE:                     Steel/Carbon Steel/Iron
TANK LEAK DETECTN:      Interstitial - Electronic Monitoring
PIPING LEAK DETECTN:  None
PIPING LOCATION:          No Piping
SPILL PREVENTION:        Catch Basin

TK INT. PROTECTION:        None
TK SEC. CONTAINMNT:      Modified Dbl-Walled (Abovegrd)
PIPE SEC. CONTAINMNT:  None

DISPENSER METHOD:       Suction

# HAZARDOUS WASTE GENERATORS/TRANSPORTERS IDENTIFIED WITHIN THE SEARCH AREA

PLEASE NOTE: * Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 12**

**Facility Id: NYD986956340**
TT-Id: 740A-0040-556

**NYSDEC Name:** QUEEN HILL SERVICE
NYSDEC Address: 138-50 HILLSIDE AVENUE    QUEENS, NY 11435
EPA (RCRA) Name: MOBIL OIL CORP SS HMB
EPA (RCRA) Address: 138-50 HILLSIDE AVE    JAMAICA, NY 114352924

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property:   0 feet

ADDRESS CHANGE INFORMATION
Revised street: 13850 HILLSIDE AVENUE
Revised zip code: NO CHANGE

US EPA RCRA Type:   GENERATOR TYPE NOT GIVEN
Land Disposal:     Receives offsite waste:
Storer:          Treatment facility:

Notification date: 04/10/1991
Incinerator:
Transporter:

Historically listed as the following USEPA RCRA Generator Size(s) as well:
    SMALL QUANTITY GENERATOR

NYS DEC Manifested Waste Summary:
Waste Codes, Waste Units, and Transaction Types are only shown for the most recently reported year.

| WASTE CODE | WASTE DESCRIPTION | WASTE AMOUNT | WASTE UNITS | TRANSACTION TYPE | YEAR |
|---|---|---|---|---|---|
| D008 | Lead | 50 | GALLONS | GENERATED | 1992 |

Toxicity Information Summary

| CHEMICAL NAME | CAS-NO | ACUTE TOX | TUMOR TOX | MUTAG TOX | REPRO TOX | IRRIT TOX | MCL |
|---|---|---|---|---|---|---|---|
| Lead | 7439921 | X | X | X | X | X | 0.05mg/L * |





*NO CHEMICAL STORAGE FACILITIES IDENTIFIED WITHIN THE SEARCH AREA*

*NO HISTORIC UTILITY SITES IDENTIFIED WITHIN THE SEARCH AREA*



*NO HAZARDOUS SUBSTANCE WASTE DISPOSAL SITES IDENTIFIED WITHIN THE SEARCH AREA*





*NO TOXIC AIR, LAND AND WATER RELEASES IDENTIFIED WITHIN THE SEARCH AREA*





*NO WASTEWATER DISCHARGES IDENTIFIED WITHIN THE SEARCH AREA*



# AIR DISCHARGE FACILITIES IDENTIFIED WITHIN THE SEARCH AREA

PLEASE NOTE: * Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 13**

**MOBIL**
138-50 HILLSIDE AVE
EPA (FINDS) Name: MOBIL
EPA (FINDS) Address: 138-50 HILLSIDE AVE

**Facility Id: 3608100171**

JAMAICA, NY 11435

JAMAICA 11435

**State-county CDS Id: 3608100171**
State-county NED id:
TT-ID: 900A-0006-031

MAP LOCATION INFORMATION
Site location mapped by: MANUAL MAPPING (3)
Approximate distance from property: 0 feet

ADDRESS CHANGE INFORMATION
Revised street: 13850 HILLSIDE AVE
Revised zip code: NO CHANGE

CDS-ID: 00171
Plant Phone #1: None Given
Operating Status: OPERATING
EPA Classification:
State Classification: POTENTIAL UNCONTROLLED EMISSIONS < 100 TONS/YEAR
EPA Plant Compliance Status:
State Plant Compliance Status: IN COMPLIANCE - INSPECTION

NED-ID: None Given
Plant Phone #2: None Given

EPA-ID: NYD986956340

FINDS-ID: NYD986956340

AIR PROGRAM INFORMATION
Regulatory Air Program: SIP SOURCE

Program Status: OPERATING

POLLUTANT INFORMATION
Pollutant: VOLATILE ORGANIC COMPOUNDS
State Pollutant Compliance for this pollutant: IN COMPLIANCE - INSPECTION



*NO CIVIL & ADMINISTRATIVE ENFORCEMENT DOCKET FACILITIES IDENTIFIED WITHIN THE SEARCH AREA*

# NYC ENVIRONMENTAL QUALITY REVIEW REQUIREMENTS - "E" DESIGNATION SITES IDENTIFIED WITHIN THE SEARCH AREA

**TT-Id: 820A-0003-878**

PLEASE NOTE: * Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 14**      **BLOCK: 9620  LOT: 1**
138-50 HILLSIDE AVENUE

MAP LOCATION INFORMATION
Site location mapped by: MAP COORDINATE (1)
Approximate distance from property:  0 feet

ADDRESS CHANGE INFORMATION
Revised street:  No Change
Revised zip code: No Change

| BBL # | E No. | CEQR No. | ULURP No. | NYC Zoning Maps | Effective Date | Lot Remediation Date | Description |
|-------|-------|----------|-----------|-----------------|----------------|----------------------|-------------|
| 4-09620-0001 | E-175 | 05DCP081Q | 0703142MQ | 14d | 09/10/2007 | ------------ | Underground Gasoline Storage Tanks Testing Protocol Window Wall Attenuation & Alternate Ventilation |



```
U.S. EPA EMERGENCY RESPONSE NOTIFICATION SYSTEM (ERNS) SPILLS
          AT THE LOCATION OR POTENTIALLY AT THE LOCATION OF
                          138-50 Hillside Ave
                           Queens, NY 11435

            * Any ERNS Spills listed below are NOT mapped in this report *

ONSITE ERNS (A count of these spills can be found in the distance interval table):

****************************************************************************

Spill Number (ID): 396638                              Spill Date: 10/10/1994

Location:     138-50 HILLSIDE AVE
Spill City:   JAMAICA                    NY

Material                Quantity        Units    Pounds     Quantity Released   Units   Casno
Spilled                 Spilled                             in Water

GASOLINE: AUTOMOTIVE (UNLEADED)  150.00   GAL     0.00       0.00                UNK

Potentially Responsible Party (Discharger): MOBILE OIL CORP
Discharger Address: 464 DOUGHTY BLVD
                    INWOOD                  NY    11096
Dun and Bradstreet Number:                  Organization Type: PRIVATE ENTERPRISE

Medium(s) Affected:
Air: F   Land: F   Water: F   Groundwater: F   Contained within Fixed Facility: F   Other: T
Waterway Affected:
Damages Incurred: F   Estimated Cost of Property Damage: $0.00

Cause(s):
Transportation Accident: F    Equipment Failure:    F
Operator Error:          F    Natural Phenomenon:   F
Dumping:                 F    Other Cause:          F
Unknown:                 F
Cause of the incident:                              Source of Release:
Type of Transportation Involved: UNKNOWN (NRC)

Action:       FIRE DEPT ON SCENE

Description:  UNKNOWN/UNKNOWN/MATERIAL SPILLED DURING TRANSFER TO SERVICE STATION

Miscellaneous: WILL NOTIFY DEP/DEC/EPA

****************************************************************************

Spill Number (ID): 580096                              Spill Date: 05/11/1998

Location:     138-50 HILLSIDE AVE
Spill City:   JAMAICA                    NY

Material                Quantity        Units    Pounds     Quantity Released   Units   Casno
```

```
Spilled                    Spilled                          in Water

GASOLINE: AUTOMOTIVE (UNLEADED)    5.00    GAL    33.00    0.00    UNK    95952645

Potentially Responsible Party (Discharger):  MOBIL OIL
Discharger Address: 464 DOUGHTY BLVD
            INWOOD                          NY  11696
Dun and Bradstreet Number:                  Organization Type:  PRIVATE ENTERPRISE

Medium(s) Affected:
Air: F   Land: T   Water: F   Groundwater: F   Contained within Fixed Facility: F   Other: F
Waterway Affected:
Damages Incurred: F   Estimated Cost of Property Damage: $0.00

Cause(s):
Transportation Accident: F     Equipment Failure:     F
Operator Error:          F     Natural Phenomenon:    F
Dumping:                 F     Other Cause:           F
Unknown:                 T
Cause of the incident: UNKNOWN                  Source of Release: GASOLINE STATION
Type of Transportation Involved: FIXED FACILITY

Action:        ABSORBENTS / CONTRACTOR EN ROUTE

Description:   SERVICE STATION DELIVERY HOSE SERVICE STATION DELIVERY HOSE (HOLDS 7 GAL IN HOSE) / CAUSE UNKNOWN

Miscellaneous: AREA AFFECTED: UNKNOWN / RELEASE IS SECURE NYSDEC CASE# 98-01762

************************************************************************************
```

Unmappable facilities for 'Queens' County

## Solid Waste Facilities

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 41D01 | NY NEWS GRAVURE PLANT | | | UNKNOWN |
| 41D03 | CAPITAL PROJECT    SE-43A | | | UNKNOWN |
| 41D04 | MTA DEMO SITE | | | UNKNOWN |
| 41D09 | HARRY M GREENFIELD | | | UNKNOWN |
| 41T43 | SALVATORE RUSSO INC. | | | UNKNOWN |
| 41T58 | BERLIN WRECKING | | | 11412 |
| 41T63 | LIZZA, LIZZA, HOCHREITER | | | UNKNOWN |
| 41W94 | ST JOHN ENTERPRISES INC | | | UNKNOWN |
| 41W96 | FAR ROCKAWAY EQUIPMENT CO | | | UNKNOWN |

## Hazardous Spills - UNKNOWN CAUSE OR OTHER CAUSES - Active

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 0811777 | VARIOUS SITES | VARIOUS SITES | | UNKNOWN |

## Hazardous Spills - TANK FAILURES - Closed

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 8801577 | SCORE GAS STATION | 34 STATE RD | NEW YORK CITY | UNKNOWN |

## Hazardous Spills - UNKNOWN CAUSE OR OTHER CAUSES - Closed

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 8606300 | | MISC. | BRONX/QUEENS/MANHATTAN | UNKNOWN |
| 0209904 | VARIOUS DEP -BWSO SITES | LIRR - DUNTON & JAY TOWER | JAMAICA | UNKNOWN |
| 9415338 | LIRR | DUNTON & JAY TOWER | JAMAICA | UNKNOWN |
| 9415337 | LIRR | JAMAICA STA. TRACK #8 | JAMAICA | 11435 |
| 9407276 | LIRR | #2 TRACK-RICHMOND HILL | NEW YORK CITY | UNKNOWN |
| 0310131 | LOWER LAYEL BLVD | LOWER LAYEL BLVD | QUEENS | UNKNOWN |
| 9905090 | JAMAICA SUB STATION | VALLEY STREAM SUB STATION | QUEENS | UNKNOWN |
| 9502637 | UNK | 7 MIDLAND GARDEN | QUEENS | UNKNOWN |
| 8503726 | QUEENS | QUEENS | QUEENS | UNKNOWN |
| 8000260 | | | QUEENS | UNKNOWN |
| 7801404 | MIDLAND TAXI,SBWY-MIDLAND. | MIDLAND TAXI,SBWY-MIDLAND. | QUEENS | UNKNOWN |
| 7800519 | DREDGE PENNSYLVANIA | DREDGE PENNSYLVANIA | QUEENS | UNKNOWN |
| 0803582 | RAIN CAUSED DRIP PAN TO OVERFLOW | CORONA SUBSTATIONS 1&2. | QUEENS | UNKNOWN |
| 0604991 | CLEARVIEW PUMP STATION | CLEARVIEW PUMP STATION | QUEENS | UNKNOWN |
| 0311434 | VANWICK EXPRESSWAY | BOX #2918 | QUEENS | UNKNOWN |
| 0305680 | MH 1254 | QUEENS BOULEVARD | QUEENS | UNKNOWN |

## Hazardous Spills - MISC. SPILL CAUSES - Closed

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 0307966 | | QUEENS CO. HOSPITAL | BROOKLYN | UNKNOWN |
| 9310641 | CR. OF HILLSIDE AVENUE | CR. OF HILLSIDE AVENUE | HILLSIDE | UNKNOWN |
| 9608922 | LIRR | JAMAICA STATION | JAMAICA | 11435 |
| 9513952 | LIRR | TRACK 10 JAMAICA STATION | JAMAICA | 11435 |
| 9502438 | LIRR | #2 TRACK-RICHMOND HILL | JAMAICA | UNKNOWN |
| 9403980 | LIRR | LIRR JAMAICA STATION | JAMAICA | 11435 |
| 9707611 | LIRR | 5505 E OF 37 SIGNAL BRIDG | NEW YORK CITY | UNKNOWN |
| 9312483 | RUNWAY CHANNEL | RUNWAY CHANNEL | QUEENS | UNKNOWN |
| 9311790 | 1/4 NORTH SUBWAY BR IN | 1/4 NORTH SUBWAY BR IN | QUEENS | UNKNOWN |
| 0412927 | ON A BOAT OFF OF DAVIS IS | UNKNOWN STREET | QUEENS | UNKNOWN |
| 0402734 | DRUM RUN | 1111-02 QUEENS BLVD | QUEENS | UNKNOWN |
| 0107518 | LIRR | JAMAICA STATION | QUEENS | 11435 |
| 0008411 | POTHEAD TRANSFORMER | ROCKAWAY SUB STATION | QUEENS | UNKNOWN |

## Hazardous Waste Generation or Transport Facilities

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| NYP000007120 | CONSOLIDATED EDISON CO | BUS SEC 4WFARRAJAT S/S | | UNKNOWN |
| NYP004001582 | CONSOLIDATED EDISON CO | 176 JAMAICA    8909 | | UNKNOWN |
| NYP004001798 | CONSOLIDATED EDISON CO | BOWY    V5925 | | UNKNOWN |
| NYP004018982 | CONSOLIDATED EDISON CO | MH9627 HARRISON STA | | UNKNOWN |
| NYP004019048 | CONSOLIDATED EDISON CO | TRANS#1 HARRISON S/S | | UNKNOWN |
| NYP004019275 | CONSOLIDATED EDISON CO | MH51217 | | UNKNOWN |
| NYP004019683 | CONSOLIDATED EDISON CO | 124-153 CAVE | | UNKNOWN |
| NYP004019899 | CONSOLIDATED EDISON CO | V909 VARL & JACKSON | | UNKNOWN |
| NYP004020129 | CONSOLIDATED EDISON CO | MAIN BODY - OAKWOOD S/S | | UNKNOWN |
| NYP004022067 | CONSOLIDATED EDISON CO | MH22404 VAN | | UNKNOWN |
| NYP004024139 | CONSOLIDATED EDISON CO | V8469 | | UNKNOWN |
| NYP004024576 | CONSOLIDATED EDISON CO | OPEN EXCAVATION22-3441 ST | | UNKNOWN |
| NYP004025342 | CONSOLIDATED EDISON CO | VS7865 | | UNKNOWN |
| NYP004026019 | CONSOLIDATED EDISON CO | MH22446 | | UNKNOWN |
| NYP004026845 | CONSOLIDATED EDISON CO | MH155520 | | UNKNOWN |
| NYD000818427 | LONG ISLAND RAIL ROAD | JAMAICA STATION FREIGHT TRANSP | JAMAICA | 11435 |
| NYP000921932 | NYNEX | (NO STREET ADDRESS IN CONVERSION) | JAMAICA | UNKNOWN |
| NYP004074571 | CONSOLIDATED EDISON | MH4078 | JAMAICA | 11400 |
| NYD000053108 | LONG ISLAND RAILROAD    CONT #25-0-008 | DB BRIDGE | LONG ISLAND CITY | UNKNOWN |
| NYD000103363 | NYSOT | N/S | N/S N/A | UNKNOWN |
| NYP004021945 | CONSOLIDATED EDISON | #4694545 WILLY | NEW YORK | UNKNOWN |
| NYP004020826 | CONSOLIDATED EDISON | TRANSF #1 - JAMAICA | QUEENS | UNKNOWN |
| NYP004093321 | CONSOLIDATED EDISON | N/S | QUEENS | UNKNOWN |
| NYP004004634 | CONSOLIDATED EDISON | V7176-WEST HILL APARTMENTS | QUEENS | UNKNOWN |
| NYP004004677 | CONSOLIDATED EDISON | N/S | QUEENS | UNKNOWN |
| NYP004004925 | CONSOLIDATED EDISON | VAULT #0442 - 1548 | QUEENS | UNKNOWN |
| NYP004006318 | CONSOLIDATED EDISON | V5014 - W.F. ADMIN BLDG | QUEENS | UNKNOWN |
| NYP004006763 | CONSOLIDATED EDISON | V9736 - SO. MOYER & BRITTON | QUEENS | UNKNOWN |
| NYP004006904 | CONSOLIDATED EDISON | V1903 - ALLINGTON | QUEENS | UNKNOWN |
| NYP004007308 | CONSOLIDATED EDISON | MH 3924 - PALMER FERN. TER | QUEENS | UNKNOWN |
| NYP004007910 | CONSOLIDATED EDISON | V 1296C - PASCAP | QUEENS | UNKNOWN |
| NYP004008248 | CONSOLIDATED EDISON | N/S | QUEENS | UNKNOWN |
| NYP004008603 | CONSOLIDATED EDISON | V 2113 - CLINTON 17051 | QUEENS | UNKNOWN |
| NYP004008785 | CONSOLIDATED EDISON | MH 2631 | QUEENS | UNKNOWN |
| NYP004009775 | CONSOLIDATED EDISON | MH 12060 | QUEENS | UNKNOWN |
| NYP004012514 | CONSOLIDATED EDISON | 16 - SHERWOOD PARK | QUEENS | UNKNOWN |
| NYP004015848 | CONOLIDATED EDISON | 116-02 KAVE | QUEENS | UNKNOWN |
| NYP004023016 | CONSOLIDATED EDISON | MH184490- | QUEENS | UNKNOWN |
| NYP004023156 | CONSOLIDATED EDISON | V4073957TH AVE | QUEENS | UNKNOWN |
| NYP004024428 | CONOLIDATED EDISON | MH 16165 | QUEENS | UNKNOWN |
| NYP004024642 | CONSOLIDATED EDISON | MH35319 | QUEENS | UNKNOWN |
| NYP004024758 | CONSOLIDATED EDISON | MH156 435 SO CITYLINE ST | QUEENS | UNKNOWN |
| NYP004026407 | CONOLIDATED EDISON | MH56240 | QUEENS | UNKNOWN |
| NYP004092276 | CONSOLIDATED EDISON | 150 & FORD VS5005 | QUEENS | UNKNOWN |
| NYP004130340 | CONSOLIDATED EDISON | GROUND SMITH DOUGLASTON #1 | QUEENS | 11435 |
| NYR000022756 | LONG ISLAND RAILROAD | JAMAICA STATION PLATFORM | QUEENS | UNKNOWN |
| NYP004002709 | CONSOLIDATED EDISON | | T/A450 | UNKNOWN |

## Wastewater Discharges

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| NYU000079 | BEST CONCRETE MIX CORP. | | | UNKNOWN |
| NYU900062 | FEDERAL EXPRESS | | | UNKNOWN |
| NYU900079 | BEST CONCRETE MIX CORP | | | UNKNOWN |

## Air Releases

| FACILITY ID | FACILITY NAME | STREET | CITY | ZIP |
|---|---|---|---|---|
| 3688800011 | USCG-LIGHT STATION | AMBROSE | NEW YORK | UNKNOWN |
| NY081XL15 | CRYDER ASSOCIATES LTD | NO STREET ADDRESS | NO CITY NAME | UNKNOWN |

| | | | | | |
|---|---|---|---|---|---|
| NY081X4KU | COSMOPOLITAN ASSOC | QUEENS | NO STREET ADDRESS | NO CITY NAME | UNKNOWN |
| NY081X72J | A & K REALTY | QUEENS | NO STREET ADDRESS | NO CITY NAME | UNKNOWN |
| 3608100139 | NY JOB CORPS CENTER | | NO STREET ADDRESS | QUEENS | UNKNOWN |
| 3608100140 | NAVY RESRVE TRAINING | | NO STREET ADDRESS | QUEENS | UNKNOWN |
| 3608100693 | ASTORIA AL & BR | | NO STREET ADDRESS | QUEENS | UNKNOWN |
| NY0813893 | NEWTOWN REFINING CO INC | | 1 | QUEENS | UNKNOWN |

**Hazardous waste codes presented in individual Toxic Information Profiles are defined below.**

D008    Lead

Source: U. S. Environmental Protection Agency

# How Toxic Site Locations Are Mapped

*Toxics Targeting* maps toxic site locations on a computerized version of the U. S. Census map using addresses and map coordinates provided by site owners/operators or government agencies. In order to allow site locations to be verified independently, the information used to map each site is presented in the first section of each *Toxic Site Profile*, along with a description of the mapping technique used and any address corrections that were made in order to locate toxic sites with incomplete or inadequate site location information. The mapping process is explained below.

Map Identification Number: 12      Site Name: Acme World Manufacturing, Inc.

Site Address: 55 Main Street      Anytown, NY 11797

## MAP LOCATION INFORMATION

## ADDRESS CHANGE INFORMATION

Site location mapped by:

Revised Street:    NO CHANGE

Revised zip code: NO CHANGE

**Address Matching**

**4)** Site addresses are sometimes corrected to eliminate obvious errors that prevent sites from being mapped. All address corrections are noted here.

**1)** Most toxic sites are mapped by matching addresses provided by site owners/operators or government agencies with locations on a computerized version of the U. S. Census map. These site locations are identified "address-matched."

*Note: Some sites have an address match location and a map coordinate location. Both locations are mapped because they can be equally correct.*

**or Map Coordinate**

**2)** Some toxic sites are located using map coordinates provided by site owners/operators or government agencies. These site locations are identified "map coordinate." Map coordinates for Toxics Wastewater Discharges, Toxic Release Inventory sites and Major Oil Storage Facilities should be considered suspect .

**or Manual Mapping**

**or Site Visit**

**3)** Incomplete addresses or map coordinates require some site locations to be determined by commercial street maps (manual mapping), site visits, map coordinates from other databases and address location services. Application of any of these methods is identified accordingly.

# Information Source Guide

*Toxics Targeting's Environmental Reports* contain government and other information compiled on 21 categories of reported known or potential toxic sites. Each toxic site database is described below with information detailing a) the source of the information, b) the date when each database is covered to and c) when *Toxics Targeting* obtained the information..

1) **National Priority List for Federal Superfund Cleanup:** Toxic sites nominated for cleanup under the Federal Superfund program. Annual compilation of special two-page detailed profiles of NPL sites. Also includes delisted NPL sites.

| | | |
|---|---|---|
| ASTM required.* | | Source: U. S. Environmental Protection Agency.[1] |
| Data attributes updated from: | 2/3/2009. | Data obtained by Toxics Targeting: 2/3/2009. |
| New Facilities updated through: | 2/3/2009. | Data obtained by Toxics Targeting: 2/3/2009. |

2) **Inactive Hazardous Waste Disposal Site Registry**: New York State database that maintains information and aids decision making regarding the investigation and cleanup of toxic sites. The Registry's data includes two-page profiles noting site name, ID number, description, classification, cleanup status, types of cleanup, owner information, types and quantities of contaminants, and assessment of health and environmental problems. Also included are sites that qualify for possible inclusion on the Registry. These Registry Qualifying sites may or may not be on the Site Registry.

| | | |
|---|---|---|
| ASTM required.* Fannie Mae required.** | | Source: New York State Department of Environmental Conservation.[2] |
| Data attributes updated through: | 6/01/2009. | Data obtained by Toxics Targeting: 6/01/2009. |
| New Facilities updated to: | 6/01/2009. | Data obtained by Toxics Targeting: 6/01/2009. |

3) **Corrective Action Activity (CORRACTS):** U. S. Environmental Protection Agency database of hazardous facilities regulated pursuant to the Resource Conservation and Recovery Act (RCRA).

| | | |
|---|---|---|
| ASTM required.* Fannie Mae required.** | | Source: U. S. Environmental Protection Agency[1] |
| Data attributes updated through: | 11/10/2008. | Data obtained by Toxics Targeting: 3/07/2009. |
| New facilities updated through: | 11/10/2008. | Data obtained by Toxics Targeting: 3/07/2009. |

4) **CERCLIS**: Toxic sites listed in the Federal Comprehensive Environmental Response, Compensation and Liability Information System. No Further Remedial Action Planned (NFRAP) sites are also included.

| | | |
|---|---|---|
| ASTM required.* Fannie Mae required.** | | Source: U. S. Environmental Protection Agency.[1] |
| Data attributes updated through: | 1/09/2008. | Data obtained by Toxics Targeting: 3/12/2008. |
| New Facilities updated through: | 1/09/2008. | Data obtained by Toxics Targeting: 3/12/2008. |

5) **Brownfield Programs:** NYS programs for sites that are abandoned, idled or under-used industrial and/or commercial sites where expansion or redevelopment is complicated by real or perceived environmental contamination.

| | | |
|---|---|---|
| ASTM required.* | | Source: New York State Department of Environmental Conservation.[2] |
| Data attributes updated through: | 6/01/2009. | Data obtained by Toxics Targeting: 6/01/2009. |
| New Facilities updated to: | 6/01/2009. | Data obtained by Toxics Targeting: 6/01/2009. |

    (a) Brownfield Cleanup Program (BCP)
    (b) Voluntary Cleanup Program (VCP)
    (c) Environmental Restoration Program (ERP)

6) **Solid Waste Facilities:** NYS database of solid waste facilities, including, but not limited to, landfills, incinerators, transfer stations, recycling centers.

| | |
|---|---|
| ASTM required.* Fannie Mae required.** | Source: New York State Department of Environmental Conservation.[2] |
| Data updated to: 12/31/2001. | Data obtained by Toxics Targeting: 3/16/2002. |

Also includes a listing of solid waste disposal sites operated by New York City municipal authorities circa 1934.
Source: City of New York Department of Sanitation (1984). The Waste Disposal Problem in New York City: A Proposal For Action.

7) **RCRA Hazardous Waste Treatment, Storage or Disposal Facility Databases:**

    (a) **Manifest Information:** New York State database of hazardous waste facilities and shipments regulated by the DEC's Bureau of Hazardous Waste Facility Compliance pursuant to NYS Law and the Resource Conservation and Recovery Act (RCRA).

    ASTM required.* Fannie Mae required.**      Source: New York State Department of Environmental Conservation.[2]

| | | | |
|---|---|---|---|
| New facilities updated through: | 2/24/2009. | New facilities obtained by Toxics Targeting: | 3/16/2009. |
| Manifest transactions data updated to: | 2/24/2009. | Manifest transactions data obtained by Toxics Targeting: | 3/16/2009. |

(b) **RCRA Notifier & Violations Information:** U. S. Environmental Protection Agency database of hazardous facilities regulated pursuant to the Resource Conservation and Recovery Act (RCRA).

ASTM required.* Fannie Mae required.**      Source: U. S. Environmental Protection Agency[1]
New facilities updated through:      11/10/2008.      Data obtained by Toxics Targeting:    3/07/2009.
Data attributes updated through:      11/10/2008.      Data obtained by Toxics Targeting:    3/07/2009.

8) **Spills Information Database**: Spills reported to the DEC as required by one or more of the following: Article 12 of the Navigation Law, 6 NYCRR Section 613.8 (from Petroleum Bulk Storage Regulations) or 6 NYCRR Section 595.2 (from Chemical Bulk Storage Regulations). The database includes *active* and *closed* spills reported on or before 5/7/2009.
ASTM required.* Fannie Mae.**      Source: NYS Department of Environmental Conservation.[2]

Spill attribute data through: 5/7/2009      Spill attribute data obtained by Toxics Targeting: 5/12/2009
New spills through:      5/7/2009      New spills data obtained by Toxics Targeting:    5/12/2009

Active spills: paperwork <u>not</u> completed.      Closed spills: paperwork completed.
Both active and closed spills may or may not have been cleaned up (see Date Cleanup Ceased in spill profiles).

9) **Major Oil Storage Facilities:** NYS database of facilities licensed pursuant The to Article 12 of the Navigation Law, 6NYCRR Parts 610 and 17NYCRR Part 30, such as onshore facilities or vessels, with petroleum storage capacities equal to or greater than four hundred thousand gallons.      **Tank & other data withheld by NYSDEC as of 4/1/2002.**
ASTM required.* Fannie Mae required.**      Source: New York State Department of Environmental Conservation.[2]

Data updated through: 11/21/2008.      Data obtained by Toxics Targeting: 11/21/2008.

10) **Petroleum Bulk Storage Facilities:** Local and State databases of aboveground and underground petroleum storage facilities with a combined storage capacity over 1,100 gallons.
ASTM required.* Fannie Mae required.**      Source: NYS Department of Environmental Conservation.[2]

All New York Counties except Cortland, Nassau, Rockland, Suffolk, and Westchester:
New facilities updated through:    2/22/2009.      Data obtained by Toxics Targeting: 2/22/2009.
Tank data updated through:      2/22/2009.      Data obtained by Toxics Targeting: 2/22/2009.

11) **RCRA Hazardous Waste Generators and/or Transporters Databases:**

(a) **Manifest Information:** New York State database of hazardous waste facilities and shipments regulated by the NYS Department of Environmental Conservation's Bureau of Hazardous Waste Facility Compliance pursuant to New York State Law.
ASTM required.* Fannie Mae required.**      Source: New York State Department of Environmental Conservation.[2]

New facilities updated through:      2/24/2009.      New facilities obtained by Toxics Targeting: 3/16/2009.
Manifest transactions data updated to: 2/24/2009.    Manifest transactions data obtained by Toxics Targeting: 3/16/2009.

(b) **RCRA Notifier & Violations Information:** U. S. Environmental Protection Agency database of hazardous facilities regulated pursuant to the Resource Conservation and Recovery Act (RCRA).
ASTM required.* Fannie Mae required.**      Source: U. S. Environmental Protection Agency[1]

New facilities updated through:      11/10/2008.      Data obtained by Toxics Targeting: 3/07/2009.
Data attributes updated through:      11/10/2008.      Data obtained by Toxics Targeting: 3/07/2009.

12) **Chemical Bulk Storage Facilities**: New York State database of facilities compiled pursuant to 6NYCRR Part 596 that store regulated substances listed in 6NYCRR Part 597 in aboveground tanks with capacities greater than 185 gallons and /or in underground tanks of any size.      **Tank & other data withheld by NYSDEC as of 4/1/2002.**
ASTM required.* Fannie Mae required.**      Source: New York State Department of Environmental Conservation.[2]
Data updated through: 11/21/2008.      Data obtained by Toxics Targeting: 11/21/2008.

13) **Historic New York City Utility Facilities (1898 to 1950)**: An inventory of selected power generating stations, manufactured gas plants, gas storage facilities, maintenance yards and other gas and electric utility sites identified in various historic documents, maps and annual reports of New York utility companies, including: Sanborn Fire Insurance Maps of NYC (1898-1950); Consolidated Edison Co. Annual Reports (1922-1939); Consolidated Edison Co. Map: "Boroughs of Manhattan and the Bronx Showing Distribution Mains of the New York Edison Co.," (1922); and Consolidated Edison document: "Generating and Annex Stations," (1911).

14) **Hazardous Substance Waste Disposal Site Study:** NYS database of waste disposal sites that may pose threats to public health or the environment, but could not be remediated using monies from the Hazardous Waste Remedial Fund.
Source: New York State Department of Environmental Conservation.[2]
Data updated to:  5/16/2000.                              Data obtained by Toxics Targeting: 5/16/2000.

15) **Toxic Release Inventory (TRI)**: Federal database of manufacturing facilities required under Section 313 of the Federal Emergency Planning and Community Right-to-Know Act to report releases to the air, water and land of any specifically listed toxic chemical.  See Fannie Mae requirement** below.
Source: U. S. Environmental Protection Agency.[1] / NYS Department of Environmental Conservation[2]
Data updated through: 3/8/2004.                          Data obtained by Toxics Targeting: 3/25/2004

16) **Toxic Wastewater Discharges (Permit Compliance System)**:  Federal database of discharges of wastewater to surface waters and groundwaters.  See Fannie Mae requirement** below.   Source:  U. S. Environmental Protection Agency.[1]
Data updated through:  6/17/2004.                        Data obtained by Toxics Targeting: 7/19/2004.

17) **Air Discharge Facilities**: EPA AIRS database containing address information on each air emission facility and the type of air pollutant emission it is.  Compliance information is also provided on each pollutant as well as the facility itself.
See Fannie Mae requirement** below.                  Source: U. S. Environmental Protection Agency[1]
Data updated through: 11/24/1999.                        Data obtained by Toxics Targeting: 1/6/2000

18) **Civil Enforcement & Administrative Docket**: This database is the U. S. EPA's system for tracking administrative and civil judiciary cases filed on behalf of the agency by the Department of Justice.  Fannie Mae required.**
Source: U. S. Environmental Protection Agency.[1]
New Sites through:     10/14/1999.
Data updated through:  10/14/1999.                       Data obtained by Toxics Targeting: 11/18/1999.

19) **New York City Environmental Quality Review (CEQR) – E Designation Sites:**  These sites are parcels assigned a special environmental ("E") designation under the CEQR process.  E designation requires specific protocols that must be followed.                                                                Source:  New York City Department of Planning[3]
Data updated through: 5/22/2009.                         Data obtained by Toxics Targeting: 6/15/2009

20) **New York City Fire Department Tank Data**.            Database no longer provided to the public.
Source: New York City Fire Department.                  Data obtained by Toxics Targeting: 2/13/1997

21) **Emergency Response Notification System (ERNS)**: Federal database of spills compiled by the Emergency Response Notification System.  On-site searches only.
ASTM required.*  See Fannie Mae requirement** below.   Source: U. S. Environmental Protection Agency.[1]
Data updated through: 1/31/2000.                         Data obtained by Toxics Targeting: 2/15/2000

* American Society of Testing Materials:  Standard Practice on Environmental Site Assessments:  Phase I Environmental Site Assessment Process (E1527-05).
** Fannie Mae's Part X Environmental Hazards Management Procedures specify 1.0 mile searches for "any state or Federal list of hazardous waste sites (e.g. CERCLIS, HWDMS etc.)." Searches for the property and adjacent properties are specified for "chemical manufacturing plants," "obvious high risk neighbors engaging in storing or transporting hazardous waste, chemicals or substances" and "...any documented or visible evidence of dangerous waste handling... (e.g. stressed vegetation, stained soil, open or leaking containers, foul fumes or smells, oily ponds, etc." Searches for property and adjacent properties can include sites up to a quarter mile away (W. Hayward, Director, Multi-Family Business Planning and Control, Fannie Mae, personal communication, 5/94).
[1] U. S. Environmental Protection Agency, 290 Broadway, NY, NY 10007-1866.
[2] NYS Department of Environmental Conservation, 625 Broadway, Albany, NY 12233.
[3] New York City Department of City Planning, 22 Reade St, New York, NY 10007-1216

...leged and Confidential. Copyright 2008 Toxics Targeting, Inc. March 30, 2008





# CLOSED STATUS UNKNOWN CAUSE SPILLS AND OTHER CAUSE SPILLS IDENTIFIED WITHIN THE SEARCH AREA

Please Note:  * - Compass directions can vary substantially for sites located very close to the subject property address.

**Map Identification Number 21**  **MERIT GAS STATION**
144-10 HILLSIDE AVE

| | |
|---|---|
| **MAP LOCATION INFORMATION** | |
| Site location mapped by: | PARCEL MAPPING (2) |
| Approximate distance from property: | 0 feet |

| | | | |
|---|---|---|---|
| Source of Spill: | GASOLINE STATION | **Spill Number: 9804275** | **Close Date: 02/28/2003** |
| | | | TT-Id: 520A-0136-535 |

**ADDRESS CHANGE INFORMATION**
Revised street: 14410 HILLSIDE AV
Revised zip code: NO CHANGE

| | | |
|---|---|---|
| Notifier Type: | Other | Spiller: SCOTT CULLINAN - MERIT GAS STATION | Spiller Phone: (610) 527-7900 |
| Caller Name: | SAUL ASH | Notifier Name: SAUL ASH | Notifier Phone: (516) 753-1260 |
| DEC Investigator | SMSANGES | Caller Agency: GROUND WATER ENVIRO | Caller Phone: (516) 753-1260 |
| | | Contact for more spill info: SCOTT CULLINAN | Contact Person Phone: (610) 527-7900 |

Spill Class: KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
|---|---|---|---|---|
| 07/06/1998 | UNKNOWN | UNKNOWN | NO | NO |

JAMAICA, NY  NO ZIP PROVIDED

| Material | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|
| GASOLINE | PETROLEUM | 0 | GALLONS | 0 | GALLONS | SOIL |

Caller Remarks:

DURING TANK REMOVAL CONTAMINATED SOIL WAS LOCATED. SOIL WILL BE STOCK PILED AND TANK WILL BE REMOVED AND INVESTIGATION WILL
CONTINUE.

DEC Investigator Remarks:

Prior to Sept. 2004 data translation this spill Lead. DEC Field was "SANGESLAND"
Former station, now a car dealership. Some wells have not been accessible.

1 MW has MTBE above GW standards, but sampling indicates MTBE meets GW stds before leaving the property.

Hess completed a remediation at this site.

Spill Closed

## Map Identification Number 22

**MOBIL**
138-50 JAMAICA AVENUE                                    JAMAICA, NY, NO ZIP PROVIDED

**Spill Number: 9801767**          **Close Date: 05/11/1998**
                                                        TT-Id: 520A-0130-792

### MAP LOCATION INFORMATION
Site location mapped by:  PARCEL MAPPING (2)
Approximate distance from property:   0 feet

**ADDRESS CHANGE INFORMATION**
Revised street:  13850 JAMAICA AVE
Revised zip code:  NO CHANGE

Source of Spill:  GASOLINE STATION
Notifier Type:  Federal Government
Caller Name:  PETTY OFFICER NAUSS
DEC Investigator: SMMARTIN

Spiller:  UNK                    Spiller Phone:
Notifier Name:  NRC              Notifier Phone:
Caller Agency:  US COAST GUARD   Caller Phone: (718) 354-4136
Contact for more spill info:  BOB PERODEAU    Contact Person Phone: (516) 239-0575

Spill Class:  KNOWN RELEASE WITH MINIMAL POTENTIAL FOR FIRE OR HAZARD;NO DEC RESPONSE;WILLING RP;CORRECTIVE ACTION TAKEN

| Spill Date | Date Cleanup Ceased | Cause of Spill | Meets Cleanup Standards | Penalty Recommended |
|---|---|---|---|---|
| 05/11/1998 |  | OTHER | NO | NO |

| Material Spilled | Material Class | Quantity Spilled | Units | Quantity Recovered | Units | Resource(s) Affected |
|---|---|---|---|---|---|---|
| GASOLINE | PETROLEUM | 5.00 | GALLONS | 0.00 | GALLONS | SOIL |

Caller Remarks:

during delivery of fuel spill of 5 gal from hose occurred - fire dept on scene

DEC Investigator Remarks:

Prior to Sept, 2004 data translation this spill Lead_DEC Field was "MARTINKAT" REFER TO FD

26441928
LEXISNEXIS® FILE & SERVE
E-SERVICE
Aug 5 2009
11:53AM

# NYSDEC SPILL REPORT FORM

**DEC REGION#** 2 (Long Island City)       **SPILL NUMBER** 9804275
**SPILL NAME:** MERIT GAS STATION          **DEC LEAD:** SANGESLAND
**CALLER'S NAME:** SAUL ASH                **NOTIFIER'S NAME:** SAUL ASH
**CALLER'S AGENCY:** GROUND WATER ENVIRO.   **NOTIFIER'S AGENCY:** GROUND WATER ENV. SERVICE
**CALLER'S PHONE:** (516) 753-1260  EXT.    **NOTIFIER'S PHONE:** (516) 753-1260  EXT.

**SPILL DATE:** 07/06/1998       **TIME:** 09:30
**CALL RECEIVED DATE:** 07/06/1998  **TIME:** 11:10  **RECEIVED BY CID #:** 323

| Material Spilled | Mat. Class | Am't Spilled | Units | Am't Recovered |
|---|---|---|---|---|
| 1) GASOLINE | Pet-Haz-Other-Unk. | Unknown | Gal - Lbs | 0 |
| 2) _____ | Pet-Haz-Other-Unk. | _____ | Gal - Lbs | _____ |
| 3) _____ | Pet-Haz-Other-Unk. | _____ | Gal - Lbs | _____ |
| 4) _____ | Pet-Haz-Other-Unk. | _____ | Gal - Lbs | _____ |

**SPILL LOCATION**                          **POTENTIAL SPILLER**
**PLACE:** MERIT GAS STATION                **NAME:** MERIT GAS STATION
                                            **STREET:** 144-10 HILLSIDE AV
**STREET:** 144-10 HILLSIDE AV              **CITY:** JAMICA
**T/C/V:** JAMICA   **CO:** QUEENS          **STATE:**         **ZIP:**
**CONTACT:** SCOTT CULLINAN                 **CONTACT:** SCOTT CULLINAN
**PHONE:** (610) 527-7900  EXT.             **PHONE:** (610) 527-7900  EXT.

### SPILL CAUSE
| | | |
|---|---|---|
| Human Error | Tank Test Failure | Tank Failure |
| Traffic Accident | Housekeeping | Tank Overfill |
| Equipment Failure | Deliberate | Other |
| Vandalism | Abandoned Drums | (Unknown) |

### SPILL SOURCE
| | | |
|---|---|---|
| (Gas Station) | Private Dwelling | Non-Maj Facility |
| Passenger Vehicle | Vessel | Comm/Indust |
| Comm. Vehicle | Railroad Car | Non-Comm/Instit |
| Tank Truck | Major Facility | Unknown |

### RESOURCE AFFECTED
| | | |
|---|---|---|
| (On Land) | Groundwater | Air |
| In Sewer | Surface Water | |

### SPILL REPORTED BY
| | | |
|---|---|---|
| Responsible Party | Tank Tester | Local Agency |
| Affected Persons | DEC | Federal Gov't |
| Police Department | Citizen | (Other) |
| Fire Department | Health Dept. | |

**WATERBODY:** _____

**CALLER REMARKS:** DURING TANK REMOVAL CONTAMINATED SOIL WAS LOCATED. SOIL WILL BE STOCK PILED AND TANK WILL BE REMOVED AND INVESTIGATION WILL CONTINUE.

| PBS Number | Tank Number | Tank Size | Test Method | Leak Rate |
|---|---|---|---|---|
| | | | | |
| | | | | |

**PRIMARY CONTACT CALLED DATE:** _____  **TIME:** ____ hrs. **REACHED DATE:** _____  **TIME:** ____ hrs.
**SECONDARY CONT. CALLED DATE:** _____  **TIME:** ____ hrs. **FAXED BY CID#:** _____

| PIN # | T & A | Cost Center | | SR to Central Office |
|---|---|---|---|---|
| Cleanup Ceased | | Meets St'ds  NO | Last Inspection | Penalty  NO |
| RP-CUI | ENF-INIT | | INVES-COM | CAP |
| UST Trust Eligible  NO | Site: A B (C) D E | | Resp. Party 1 2 (3) 4 5 6 | Reg Close Date  02/28/2003 |

**Created on** 07/06/1998  **Last Updated on** 02/28/2003  **Is Updated? YES**  EDO  **DATA INPUT** [ ]
**Date Printed:** 02/28/2003

CONFIDENTIAL
(Per 2004 MDL 1358 order)

HESS 799008

## DEC REMARKS

Former station, now a car dealership.  Some wells have not been accessible.

1 MW has MTBE above GW standards, but sampling indicates MTBE meets GW stds before leaving the property.

Hess completed a remediation at this site.

Spill Closed

** TOTAL PAGE.04 **

CONFIDENTIAL
(Per 2004 MDL 1358 order)

HESS 799009



26441928

Aug 5 2009
11:53AM

# McDermott
# Will&Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Stephen J. Riccardulli
Attorney at Law
sriccardulli@mwe.com
+1 212 547 5579

July 22, 2009

<u>**VIA ELECTRONIC MAIL**</u>

Special Master Ronald J. Hedges
484 Washington Avenue
Hackensack, New Jersey 07601

     Re:    <u>Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358</u>
            City of New York v. Amerada Hess Corp, et al.
            *ExxonMobil's Objections to Admissibility of Toxic Targeting Reports*

Dear Special Master Hedges:

      I write on behalf of Exxon Mobil Corporation ("ExxonMobil") in advance of tomorrow's conference.

      Plaintiffs will seek to introduce into evidence at trial reports generated by Toxic Targeting, Inc. (the "Report"). As an exemplar for purposes of tomorrow's conference, Plaintiffs produced a July 20, 2009 report for the property located at 138-50 Hillside Avenue, Queens, New York 11435.[1] Based on conversations with counsel, it is ExxonMobil's understanding that Plaintiffs will argue the Report is admissible as a record of regularly conducted activity pursuant to Federal Rule of Evidence ("FRE") 803(6). Further, Plaintiffs will argue that the underlying data summarized in the Report is admissible under FRE 803(8). For the reasons stated below, the Report is not admissible.

      The Report itself – other than certain introductory information – purports to summarize various underlying data contained in 27 public databases maintained by local, state, and federal agencies. Jorgensen Declaration at ¶ 4. Further, the Reports contain "limited information" from a database compiled from unidentified "private business records." Id. at fn. 2.

---

[1] Plaintiffs have indicated that they have asked Toxic Targeting to prepare updated reports for various sites in Queens, New York. ExxonMobil reserves the right to object to any additional reports generated by Toxic Targeting, if Plaintiffs attempt to introduce them into evidence.

U.S. practice conducted through McDermott Will & Emery LLP.

**340 Madison Avenue New York New York 10173-1922 Telephone: +1 212 547 5400 Facsimile: +1 212 547 5444 www.mwe.com**

The business records exception is premised upon the "unusual reliability" of business records "supplied by systematic checking, by regularity and continuity which produce habits of precision, by actual experience of business in relying upon" the records. FRE 803(6) Advisory Committee Notes. This indicia of reliability is given to such records because they are made in the normal course of business operations. Here, Toxic Targeting produces specific reports only when ordered by a customer. Further, the content of the reports is not based on Toxic Targeting's business activities. Instead, the content of the report is Toxic Targeting's summary of publicly available data. Such reports are not the conventional business records contemplated by the Federal Rules of Evidence.

However, even if the Report is deemed a business record under FRE 803(6), the Report is inadmissible because of "a lack of trustworthiness." FRE 803(6); *U.S. v. Zapata*, 356 F. Supp. 2d 323 (S.D.N.Y. 2005). The Report on its face is not entitled to the same presumption of reliability. Indeed, while it purports to summarize certain data maintained by various governmental entities, Toxic Targeting supplements that data from various sources, including "field observations" presumably performed by Toxic Targeting itself. *See Declaration of David Jorgensen*, ¶ 7. Further, Toxic Targeting disclaims the ability to "verify the accuracy, correctness or completion [sic] of the information contained in this Report." *Report, § Limited Warranty and Disclaimer of Liability*. This lack of trustworthiness requires that the Report be excluded as inadmissible hearsay.

The underlying data contained in the report is also inadmissible hearsay. Indeed, despite the Plaintiffs' contentions, the underlying data summarized in the report is not a "public record" under FRE 803(8). Public records exception is justified on the assumption that a public official will perform his duty properly and the unlikelihood that he will remember details independently of the report. FRE 803(8) Advisory Committee Notes. This assumption of reliability is attached the to public records themselves, not summaries of that data.

The lack of reliability is evidenced by the Declaration of David Jorgensen. Indeed, a comparison of Exhibits B and C demonstrate the lack of reliability. Exhibit C to the Jorgensen Declaration includes a NYSDEC Spill Report Form (a public record) bates labeled HESS 799008. The report includes the address for the Merit Gas Station under the heading "Potential Spiller." The NYSDEC Spill Report also identifies the name of the contact at the Merit Gas Station – Mr. Scott Cullinan. When compared to the Toxic Targeting Report for this station, it is clear that certain changes to the data maintained by the NYSDEC have been made.

        Exhibit B to the Jorgensen Declaration includes the purported summary of the NYSDEC Spill Report Form. The Toxic Targeting Report identifies the "spiller" as "Scott Cullinan – Merit Gas Station." While not at issue here, the difference between "potential spiller" and "spiller" in the context of the New York State Department of Environmental Conservation's governmental function is legally significant. Further, the Report would suggest that the NYSDEC has concluded that the Merit Gas Station was the "responsible party" for the spill. However, it is unclear from the NYSDEC Spill Report Form whether the NYSDEC ever reached such a conclusion. Indeed, a the NYSDEC file indicates that "Hess completed a remediation at this site." *Jorgensen Declaration*, Ex. C.

        These inaccuracies make clear that the Report should not be admitted into evidence. The Report and the underlying data are not reliable as evidenced above. Further, the underlying data are not public records. Indeed, the best evidence rule would require that the public records themselves (e.g., the NYSDEC Spill Report Form) be used at trial.[2]

        We look forward to discussing this issue with Your Honor tomorrow.

Respectfully submitted,

*Stephen J. Riccardulli*

Stephen J. Riccardulli

cc:     Joshua Stein, Esq.
        Nick Campins, Esq.

---

[2] At best, the Toxic Targeting Report is a summary of public data under FRE 1006. However, the Plaintiffs have made no attempt to authenticate the purported summaries, including making the underlying documents available to ExxonMobil for review and inspection. ExxonMobil reserves the right to object to any such summary if and when the Plaintiffs attempt to proffer a summary under FRE 1006.

26441928

0001
 1        THE SPECIAL MASTER:  Good
 2   afternoon, counsel.  Let's have
 3   your appearances for the record
 4   please.
 5        MR. STEIN:  Joshua Stein
 6   with Sher Leff on behalf of the
 7   City of New York, your Honor.
 8        MR. CAMPINS:  Nicholas
 9   Campins with Shef Leff on behalf
10   of the city of New York.
11        MR. RICCARDULLI:  Stephen
12   Riccardulli with McDermott Will &
13   Emery on on behalf of Exxon Mobil
14   corporation.
15        THE SPECIAL MASTER:  Just
16   for the record, Mr. Riccardulli
17   who is sitting with us today.
18        MR. RICCARDULLI:  Ms. Laura
19   who is a summer associate.
20        THE SPECIAL MASTER:  Where
21   you are going to school?
22        MS. OLCH:   Boston
23   University.
24        THE SPECIAL MASTER:  So you
0002
 1   are here for a few more weeks I
 2   take it.
 3        MS. OLCH:   Yes.
 4        THE SPECIAL MASTER:
 5   Gentlemen, we've had an
 6   opportunity to talk off the
 7   record.  I indicated to you
 8   preliminary rulings number one
 9   with regard to the so-called
10   ancient document.  It appears to
11   me that the second circuit has
12   spoken on the issue, subject to
13   any arguments you may have Exxon
14   about reliability or authenticity
15   I think the document goes in as an
16   ancient record and you can argue
17   what you want to argue about it.
18        I said off the record it's a
19   little difficult to accept that
20   assuming the defendant has never
21   seen the document, never been
22   involved in the document is
23   admissible, but as I said the
24   second circuit seems to have
0003
 1   spoken on the definition of an
 2   ancient document.  I don't think
 3   there's anything to do in that
 4   regard.
 5        With regard to the reports
 6   that are subject of another matter

```
 7   before me, and these are the Toxic
 8   Targeting reports, I understand
 9   having reviewed the record subject
10   to argument that these reports are
11   effectively a compilation of
12   information that comes from a
13   number of public sources totaling
14   27.  In addition, as I understand
15   the declaration that went along
16   with the reports there is some
17   private information that's
18   contained in the reports.  It's
19   also obvious that the reports are
20   augmented or modified or
21   supplemented in the course of
22   preparation.  There also appear to
23   be some type of field tests or
24   field studies involved in the
0004
 1   reports.  Again, subject to
 2   argument by the city, I appreciate
 3   the purpose of the reports, I
 4   understand they may be probative.
 5   On the other hand I just don't see
 6   how they fall within hearsay
 7   definition.  So subject to
 8   argument, gentlemen, or some
 9   argument you intend to advance
10   that these can be somehow be
11   introduced as a summary, which
12   means that the 27 sources and the
13   like are going to be made
14   available and we can argue about
15   that at another time, I just don't
16   see how these reports go in.  So,
17   gentlemen, argument, please on
18   behalf of the city with those
19   tentative rulings in mind.
20        MR. STEIN:  Yes, Judge.  In
21   regards to Toxic Targeting reports
22   I think we can address the Court's
23   concern.  One is that the original
24   public records are available for
0005
 1   inspection in fact given over to
 2   Exxon Mobil.  The Toxic Targeting
 3   gets this in electronic format,
 4   either down loaded from the web
 5   site of the public agency or the
 6   public agency turns it over in an
 7   electronic format, subject to a
 8   foil request freedom of
 9   information log request.  The
10   Toxic Targeting archives that data
11   in the electronic form, so it is
12   the public record they have
13   archived and saved and Exxon can
```

14 use to compare it to the Toxic
15 Targeting reports to confirm their
16 accuracy as required under 1006.
17          THE SPECIAL MASTER:  Let me
18 ask you a question, let's go back
19 to the hearsay question.  The city
20 is not arguing is it that these
21 somehow fall the within the public
22 records exception to the hearsay
23 rule.
24          MR. STEIN:  It's a hearsay
0006
 1 within hearsay issue, your Honor.
 2 So there's two there's actually
 3 three types of data that reside in
 4 the database.  And let me tease
 5 those out a bit.  One is the
 6 public records that are taken and
 7 are verbatim put in that database.
 8 There's no manual transcription
 9 involved.  The original electronic
10 records are put in and they're
11 there verbatim.  There's also one
12 limited database of private
13 records and those we're not
14 contending those are admissible
15 because we haven't laid the
16 foundation for them.  And they can
17 can be easily redacted out and
18 that just lists what utility
19 services were at the site.  And
20 just simply one record that says
21 this was the utility provider,
22 utility facilities on the site
23 that can be easily retacted.  So
24 we have the public records which
0007
 1 go in verbatim.
 2          And what Toxic Targeting
 3 does what their specialty in the
 4 business is to cross reference all
 5 the geo location information.  So
 6 some public records have an
 7 address.  10350 hillside.  Other
 8 public records go by tax personal
 9 information or have latitude
10 longitude or other GIS
11 coordinates.  And so the question
12 is putting all those together and
13 that's the real service they
14 provided you can get a full set of
15 public records co located to one
16 location.
17          THE SPECIAL MASTER:  I
18 understand in the normal course of
19 business, in the normal course of
20 the companies business, they

21 prepare compilations that are used
22 for environmental site associates
23 and the like.  I have no problem
24 what they do as an environmental
0008
 1 consultant.  The question is
 2 whether based on the source of the
 3 information and their compilation
 4 of it, these documents are somehow
 5 coming in as a business record.
 6        And I have mentioned to you
 7 both off the record and on the
 8 record I have a problem with these
 9 documents coming in from so many
10 different sources that they
11 somehow constitute the normal
12 course of business, if you will
13 for the purposes of getting in at
14 a trial as opposed to being used
15 at some type of environmental site
16 assessment or the like either for
17 a government agency or for that
18 matter for some type of an
19 administrative hearing.
20        MR. STEIN:   The only
21 information that's added by toxic
22 targeting is that additional
23 address information.  Nothing in
24 the original public records has
0009
 1 changed.  So the information
 2 coming from the public records are
 3 admissible as a public record in
 4 summary format, then there's that
 5 information that geo location
 6 information and that is generated
 7 in the normal course of business.
 8 They are not generating the geo
 9 location information just for that
10 report or just for purposes of
11 litigation.  That's geo location
12 that's generated as part of their
13 business, they tag all the records
14 and the same for the whoever asks
15 for them.
16        THE SPECIAL MASTER:   I
17 understand that one of the reasons
18 for the business records except
19 there's some type of reliability
20 in the record being made and
21 basically what you are telling me
22 and reading between the lines in
23 the jergenson declaration, that we
24 have compilation of records from a
0010
 1 third party, the company simply
 2 takes the records, incorporates

```
 3   them in to something that it
 4   prepares and generates a report
 5   based on the public records on the
 6   private record, the utility
 7   records as you mentioned before,
 8   and in addition, something and I'm
 9   not quite sure what, the company
10   itself does with regard to a site.
11   And I just have problems with
12   reliability when an organization
13   just compiling records from third
14   sources.  And as you yourself say
15   they simply take the public
16   records, throw them in to a report
17   or the like, and publish it.
18   That's my concern about where this
19   other information is coming from
20   and whether that makes these
21   reports something that falls
22   within the business record
23   exception.  And I understand you
24   to say that you are not arguing
0011
 1   this is a public record.  It can't
 2   be because it's not generated by a
 3   public agency in the normal course
 4   of the public agency business.
 5   And in any event even if you were
 6   to say I took the records for
 7   example of the City of New York
 8   and compiled them I have serious
 9   questions whether private party
10   taking a public record somehow
11   gets to translate the private
12   parties production in to being
13   quote public unquote.
14        So let's talk about business
15   records again.  I understand the
16   argument your advancing.  I
17   appreciate the argument you
18   advance and let me here from
19   Exxon.
20        MR. RICCARDULLI:  The
21   argument it's a two part objection
22   to us coming in as a business
23   record and both to go reliability.
24   The first is in looking at
0012
 1   exhibits B and C to the
 2   declaration that was provided
 3   along with the Toxic Targeting
 4   report.
 5        THE SPECIAL MASTER:  This is
 6   Mr. Jergenson's declaration.
 7        MR. RICARDULLI:  Yes your
 8   Honor.  There are some differences
 9   between the public record itself
```

```
10   which was attached as Exhibit C to
11   this report and it was Bates
12   labeled with a Hess prefix 799008.
13   That is the New York State
14   department of environmental
15   conservation spill report form.
16   This itself is a public record
17   which Toxic Targeting then
18   purports to summarize in one of
19   the first page of attachment B.
20        THE SPECIAL MASTER:  For the
21   record, we're looking at the
22   declaration of David jarring son,
23   Exhibit C to the declaration, is a
24   document that has a header N Y S
0013
 1   DEC spill report form and then
 2   your referring to the first page
 3   of Exhibit B to the certification,
 4   which was apparently prepared by
 5   Toxic Targeting Inc., on March 30,
 6   2008.  It's part of a larger
 7   report and the document I have in
 8   front of me is page 33.
 9        MR. RICCARDULLI:  That's
10   correct.  When you compare page 33
11   of the Toxic Targeting report
12   against the DEC spill report form,
13   the spill report form is a form
14   filed or filled out by the
15   department of conservation at the
16   time a spill is reported to the
17   agency.  The caller takes the
18   information down and fills out
19   this form.  If you notice when
20   they changed the header on the
21   middle of the form spill report
22   form on the right-hand side says
23   potential spiller.
24        THE SPECIAL MASTER:  Okay.
0014
 1        MR. RICCARDULLI:  When you
 2   look and that indicates it's a
 3   merit gas station at 1044 hillside
 4   avenue and indicates the name of a
 5   contact there as a Scott Cullen,
 6   when compared to the toxic
 7   targeting report potential has
 8   been dropped from the name of the
 9   station there and it says just
10   spiller and identifies the spiller
11   as a Scott Cullen and at merit gas
12   station.
13        Without understanding the
14   purpose of why this report would
15   come in the cities use of the
16   Toxic Targeting report, the
```

17  changing of these records from
18  potential spiller to spiller would
19  suggest that the DEC, if this is
20  described a public agency has made
21  some sort of determination as to
22  who the spiller is and the terms
23  potential spiller or potential
24  responsible parties have legal
0015
 1  significance in terms of the DEC's
 2  regulatory function.  The Toxic
 3  Targeting report at least suggests
 4  that merit gas station was
 5  identified as the spiller and/or
 6  the responsibility party by the
 7  agency, but also indicated in the
 8  files which is that second page of
 9  Exhibit C which is also part of
10  the public file maintained by the
11  DEC and I'll submit this was
12  actually captured by the Toxic
13  Targeting and it is verbatim in
14  this sense, but indicates that
15  Hess completed the remediation at
16  the site and not merit gas
17  station.
18        So, in terms of the
19  reliability of the report itself,
20  identifying the merit gas station
21  as the spiller causes concerns
22  when you compare it versus the DEC
23  spill files themselves.
24        THE SPECIAL MASTER:  Is Mr.
0016
 1  Jorgensen listed as a witness.
 2        MR. STEIN:   The custodian
 3  of records for Toxic Targeting is
 4  your honor I don't know by name
 5  but by position.
 6        THE SPECIAL MASTER:  I
 7  suppose he is being offered at the
 8  time of trial to move these
 9  documents in to evidence, is that
10  correct.
11        MR. STEIN:  Yes your Honor.
12        THE SPECIAL MASTER:  Will he
13  have any independent knowledge as
14  to what happened at a particular
15  spill site or the like.
16        MR. STEIN:   No.  He will
17  have knowledge as to how these
18  records are taken from the public
19  agency and the electronic way in
20  they're pulled in to it.
21        THE SPECIAL MASTER:  So I
22  assume Mr. Jorgensen's declaration
23  is essentially what the testimony

24  of this individual is expected to
 1  be.
 2       MR. STEIN:  Yes your Honor,
 3  although I think he can be more
 4  detailed.  And I think there's
 5  also I don't want to cut off your
 6  inquiry here but at an appropriate
 7  time there's another aspect to
 8  this.
 9       THE SPECIAL MASTER:  I
10  understand.  Anything else for
11  from the defendant?
12       MR. RICCARDULLI:  Yes your
13  Honor.  In terms of why this
14  document is being used I would
15  assume that the city wants to be
16  able to point to a certain
17  location identify.
18       THE SPECIAL MASTER:  That
19  was my next question for the city.
20  Let's leave the relevance aside
21  for a minute.  Anything else.
22       MR. RICCARDULLI:  Nothing
23  else your Honor.
24       THE SPECIAL MASTER: First
 1  gentlemen, a question.  What is
 2  the purpose of this exhibit.
 3       MR. STEIN:   The purpose of
 4  this exhibit and these reports is
 5  to actually show remediation
 6  action, the actions taken at
 7  sites, the volumes of releases,
 8  and those things associated with
 9  spills at the site.  And I note
10  your Honor these Toxic Targeting
11  reports were relied upon not by
12  our experts the three of them but
13  also relied upon defendants
14  experts.  And I have this morning
15  I thing we'll able to find some
16  excerpts from their expert reports
17  and it's listed on their exhibit
18  list as well.  This is not
19  something just us relying upon but
20  they're relying upon for the
21  accuracy of this purpose.
22       THE SPECIAL MASTER:  I'm
23  assuming that the experts for both
24  sides may reference these reports,
 1  but am I not right under the
 2  Federal Rule of Evidence that the
 3  expert can rely on something that
 4  cannot be admissible.
 5       MR. STEIN:  He can, your

6  Honor but also under rule 703, the
7  probativenesss of the information
8  substantially outweighs the risk
9  of undo prejudge.  That data is
10  admissible.  So while the printed
11  record itself would not come in
12  the expert could testify to the
13  specific data contained there in
14  under rule 703.
15        THE SPECIAL MASTER:  What is
16  your expert going to use this
17  report or these reports for other
18  than to say that there was a spill
19  in a certain date and there was or
20  was not a remediation.
21        MR. STEIN:   That's exactly
22  what our experts and their experts
23  your Honor use them for and I
24  believe that would be why they

0020
1  listed it on their exhibit list.
2  They not only listed the entire
3  Toxic Targeting database, they
4  listed toxic targeting reports for
5  specific sites that our experts
6  did not address but there's
7  experts did.  Presumably that
8  would be so their experts could
9  talk about the characteristics of
10  spills or remediation action at
11  those locations.  Their expert,
12  doctor Fletcher Driscoll numerous
13  times throughout his report relies
14  on those Toxic Targeting reports
15  precisely for those reasons, to
16  describe spills and contamination
17  at a certain site.
18        THE SPECIAL MASTER:  Am I
19  right that there's nothing in
20  these reports from Toxic Targeting
21  that specify MTBE.
22        MR. STEIN: Yes, there is.
23        THE SPECIAL MASTER:  Can you
24  point one to me in Exhibit A to

0021
1  the Jorgensen declaration because
2  I guess I missed it.
3        MR. STEIN:  It's not in
4  there, your Honor.  The entire
5  volume of reports is quite
6  voluminous but I can if I can
7  provide a copy of the expert
8  report.
9        THE SPECIAL MASTER:  No, not
10  the expert report.  In the Toxic
11  Targeting documents, what in there
12  specifically references or

```
13   pertains to the contaminant that's
14   the subject matter of this
15   litigation.
16        MR. STEIN:  The example
17   provided does not list MTBE on it
18   but gasoline at that time being
19   used contained MTBE and there are
20   other toxic targeting reports.
21   This is just an exemplar, there
22   are Toxic targeting reports that
23   will have actual reading of
24   contaminant levels of MTBE.  But
0022
 1   this is important for the modelers
 2   and the people examining the
 3   modeling both on our side and
 4   Exxon side they're trying to
 5   predict concentrations of MTBE in
 6   ground water in the future, they
 7   need to know how much gasoline
 8   with MTBE was spilled at a
 9   specific site.
10        THE SPECIAL MASTER:  Is
11   there a dispute that New York
12   department of environmental
13   conservation had a report of a
14   spill on a certain date or is that
15   effectively agreed to by the
16   parties here.
17        MR. RICCARDULLI:  So long as
18   we have seen it with -- I don't t
19   believe we have gone in to the
20   dispute over a spill being
21   reported to the DEC.  There is a
22   dispute, however, regarding
23   quote/unquote a spill being
24   reported and how that term is
0023
 1   used.  The report that's attached
 2   here, I believe, at B and C will
 3   indicate there were no gallons
 4   spilled.  It says quantity
 5   spilled zero quantity recovered,
 6   zero.  So and but there was
 7   remediation at the site performed.
 8   So, there is you know the context
 9   of the word spill may -- it
10   depends on a site by site
11   evaluation.  That would be the
12   dispute.  I don't think we dispute
13   that the DEC received a call or a
14   reported release on July 6, 1998
15   as reported in the DEC spill
16   report.
17        THE SPECIAL MASTER:  Exhibit
18   C to the declaration in the second
19   page where DEC remarks are made,
```

```
20   does say one M W has MTBE above G
21   W standards.
22        MR. STEIN:   Yes your Honor,
23   I missed that.  It's actually in
24   the toxic targeting report as well
0024
 1   your Honor.
 2        THE SPECIAL MASTER:  In the
 3   one that's attached.
 4        MR. STEIN:  Yes your Honor.
 5   It's on the second page.  And I
 6   apologize I overlooked it, had a
 7   brain cramp.  If you follow to it
 8   the second page the remarks that
 9   are exactly the same because
10   they're transmitted
11   electronically.
12        THE SPECIAL MASTER:  The
13   second page has a header, toxic
14   site database as analyzed in your
15   report.
16        MR. RICCARDULLI:  Second
17   page of B.
18        MR. STEIN:  So Exhibit C is
19   in New York State one and Exhibit
20   B is the Toxic Targeting report.
21   If you flip the page over.
22        THE SPECIAL MASTER:  I
23   understand that it's the same
24   thing that's what counsel talked
0025
 1   about before.  I guess I'm a
 2   little curious why it has a big
 3   line through it but that's another
 4   issue.
 5        MR. STEIN:  That's a second
 6   report on the bottom for a second
 7   site, we were trying to show one
 8   site.  These pages one in to one
 9   another, your Honor when the
10   production was originally made one
11   report ran in to another, so
12   obviously they have to redact it
13   but it was an example of one.  So
14   those comments were translated
15   exactly.
16        THE SPECIAL MASTER:
17   Gentlemen I appreciate the
18   argument being made.  Do you have
19   anything else you want to argue
20   with regard to the admissibility
21   of this report or these reports.
22        MR. STEIN:   No your Honor.
23   Other than the basis we have
24   answered under 1006 and 703.
0026
 1        THE SPECIAL MASTER:  That's
```

2    a different issue.  The question
3    before me is whether there's a
4    hearsay exception for this
5    document to come in or these
6    reports to come in.  It is not a
7    public record because there was
8    not generated by a public agency.
9    Anything else counsel.
10        MR. CAMPINS:  Yes your
11   Honor.  I would take the position
12   under rule 801 D-2 C that by
13   listing the entire toxic targeting
14   database Exxon Mobil has is an
15   adoptive admission.  And Mr. Stein
16   can provide you with a copy of
17   their exhibit list.  But they have
18   actually listed the entire
19   database on their exhibit list so
20   they are attesting to it's
21   veracity and reliability.  So it's
22   essentially an adoptive admission
23   under 801 D-2 C.
24        MR. RICARDULLI:  Can I
0027
1    respond when you're ready?
2        THE SPECIAL MASTER:  You
3    might as well do it now.
4        MR. RICCARDULLI:  Our expert
5    Fletcher Driscoll reliance on a
6    document that I can unless the
7    city has evidence otherwise
8    believe that toxic targeting
9    information that relied on was
10   produced to defendants at that
11   time including Exxon by
12   plaintiff's experts themselves,
13   that Mr. Driscoll did not contact
14   Toxic Targeting and order
15   additional reports.  He considered
16   the evidence that the materials
17   were relied on.
18        THE SPECIAL MASTER:
19   Gentlemen, I appreciate the
20   argument being advanced by
21   everyone.  I also appreciate the
22   argument being advanced that this
23   is an adoptive admission somehow
24   by having listed this document or
0028
1    one of the documents on the
2    defendants trial exhibit list.
3    However, having listened to what
4    you say, gentlemen, I appreciate
5    the argument.  I just don't see
6    this as a public record as I
7    mentioned before.  I don't think
8    it has sufficient end dimensional

```
 9   shall of reliability given the
10   source and changes that are made
11   to demonstrate this should come in
12   as a business records exception.
13   It may come in for another
14   purpose, perhaps there's
15   summaries, it can be argued as a
16   summary.  I don't that in front of
17   me to deal with.  I don't know
18   it's the obligation of the
19   defendant to go to 27 different
20   databases and find things.  So if
21   you gentlemen want to try to get
22   this in some other way it's your
23   obligation to get all this
24   information to the defendant for
0029
 1   the defendant to see it.  And if
 2   you were going to try to make an
 3   argument this could come in as
 4   some type of a summary, I would
 5   think that the summary is going to
 6   be a public records only, not of
 7   any kind of records even from
 8   utility.  And in addition to that
 9   anything that was added by Toxic
10   Targeting as it prepared these
11   reports would have to come out
12   too.
13        So, if you can get all the
14   underlying documentation to the
15   defendant, if you can have some
16   discussion about it, maybe a true
17   summary of those exhibits would be
18   admissible.  Frankly given the
19   discussions we have been having I
20   have a problem with a lot of being
21   admissible but we'll leave that
22   for another day.
23        Okay.  We've talked about
24   the so-called ancient record.
0030
 1        I've dealt with these reports.
 2        What else do we need to do on the
 3        record?
 4           MR. RICCARDULLI:  I don't
 5        think there's anything else.
 6           THE SPECIAL MASTER:  All
 7        right.  We're done, subject to
 8        3:30.  We have people coming at
 9        3:30.  We can go off the record.
10
11
12
13
14
15
```

```
16
17
18
19
20
21
22
23
24
```

Comparison of 65 Original NYSDEC Spill Reports to Toxics Targeting Equivalents

LEXISNEXIS® FILE & SERVE
26441928
E-SERVICE
Aug 5 2009
11:53AM

| TT Section # | SPILL NO. | FACILITY NAME | FACILITY STREET | Spill Reported date | Changes to Address/Location | Other data issues |
|---|---|---|---|---|---|---|
| 103 | 9402398 | MOBIL GAS STATION | 138-50 HILLSIDE AVENUE | 5/17/1994 | | Investigator remarks were null (empty) for this spill based on the 2008 data used for the report. However, the database included remarks obtained in 2002. Toxics Targeting displays these redacted remarks under the heading "The following DEC Investigator Remarks were available prior to 1/1/2002." |
| 103 | 9409159 | MOBIL SERVICE STATION | 138-50 HILLSIDE AVENUE | 10/10/1994 | | The DEC data field in the current spills database describing whether a spill meets cleanup standards is "Yes," but based on the data dictionary Toxics Targeting shows these as "Unknown." The 1998 Spills Database data dictionary defines the MEETS_ST field as: "Does the cleanup meet standards and/or guidance values? This is unknown for spills closed prior to September 1995, but was defaulted to true." Personal communication with the DEC staff indicate that when the field was added, they did not know whether standards were met for spills closed before that time. |
| 88 | 8900535 | EXXONMOBIL S/S | 84-04 PARSONS BLVD | 4/17/1989 | | See 9409159 above |
| 88 | 9007892 | EXXONMOBIL | 84-04 PARSONS BLVD | 10/19/1990 | | See 9409159 above |
| 139 | 9814185 | MOBIL S/S #17-GVE | 113-21 MERRICK BLVD | 2/24/1999 | Address is not referenced in parcel database. The NYC Buildings Department online database shows both the 113-21 Merrick Blvd and 171-01 Linden Blvd are associated with block 10287 lot 1, where it was mapped. | |
| 139 | 9601682 | EXXONMOBIL | 113-21 MERRICK RD | 5/2/1996 | See 9814185 above | See 9402398 above |
| 140 | 8906399 | EXXONMOBIL | 113-21 MERRICK BLVD | 9/26/1989 | See 9814185 above | See 9409159 above |
| 139 | 0012866 | EXXONMOBIL | 113-21 MERRICK BLVD | 3/6/2001 | See 9814185 above | See 9402398 above |
| 106 | 8907847 | NY ARMORY OMS-41 | 93005 168 STREET | 11/7/1989 | Extra "0" occasionally found in Queens-style addresses removed and "th" added to "168." | |
| 107 | 9412008 | 93-59 183RD ST | 93-59 183RD ST | 12/8/1994 | Address is not referenced in streets database. Address matches to streets database between 2 large parcels owned by LIRR. Mapped as a "large facility" in the parcel on side of street indicated by streets database. Other spills and database sites reference the address to the Hoban Yard. | See 9409159 above |
| 107 | 9212854 | 93-59 183RD ST | 93-59 183RD STREET | 2/15/1993 | See 9412008 above | |
| 107 | 9109919 | LIRR | LIBERTY AVE & 183RD ST | 12/18/1991 | The DEC's DER_ID matches that of 9201875, identified as being at the Hoban Yard (see 9201875 below). The DER_ID references spills that are at the same location. Mapped at the parcel identified as the Hoban Yard (see 9412008 above). | See 9409159 above |
| 107 | 9201875 | LIRR | LIBERTY AVE & 183RD ST | 5/15/1992 | The DEC's investigator remarks reference the Hoban Yard. Mapped at the parcel identified as the Hoban Yard (see 9412008 above). | See 9409159 above |

| TT Section # | SPILL NO. | FACILITY NAME | FACILITY STREET | Spill Reported date | Changes to Address/Location | Other data issues |
|---|---|---|---|---|---|---|
| 157 | 9512911 | CITGO SERVICE STATION | 131-07 MERRICK BLVD | 1/17/1996 | | Toxics Targeting obtained the Fall 1998 MTBE Survey database from the DEC. This data did not include addresses, but did include spill numbers. This data is retrieved and selected fields are shown in the report's data profile for the referenced spill number. |
| 188 | 9007853 | MOBIL S/S #17-JHS | 162-35 NORTH CONDUIT BLVD | 10/18/1990 | North Conduit Blvd in the borough of Kings continues as North Conduit Ave in the borough Queens. It is common that spills are given incorrect street names when near municipal borders, where they often change. The address number is invalid in Kings. Another spill for Mobil was reported at this location for 162-35 North Conduit Ave. | |
| 188 | 0611640 | EXXON MOBILE | 162-35 NORTH CONDUIT BLVD | 1/19/2007 | See 9007583 above | |
| 188 | 8807862 | MOBIL S/S | 177-96 SO. CONDUIT AVENUE | 12/22/1988 | See 9402398 above | |
| 171 | 9012814 | 161-51 BAISLEY BLV/QUEENS | 161-51 BAISLEY BLVD | 3/14/1991 | See 9409159 above | |
| 171 | 9206726 | 161-51 BAISLEY BLVD | 161-51 BAISLEY BLVD | 9/10/1992 | See 9409159 above | |
| 107 | 9709592 | JAMAICA WATER SUPPLY STN. R2 DEP -DDC | 107-17 178TH STREET | 11/18/1997 | Address is not referenced in parcel database. Extrapolation of streets database road segment ending at 10901 is a group of parcels. Three of these have Jamaica Water Supply listed as the owner. Cross-reference with the USGS wells database shows 3 Jamaica Water Supply wells on or near these parcels. The spill was mapped in the middle of the three parcels. | |
| 107 | 9710478 | JAMAICA WATER SUPPLY DEP -DDC | 107-17 178TH STREET | 12/12/1997 | See 9709592 above | |
| 155 | 0300640 | CARMICHAEL'S | 117-07 GUY BREWER BLVD | 4/17/2003 | The actual street name is Guy R. Brewer Blvd., and the spill matches a parcel found for that address. | |
| 72 | 9808828 | SHELL SERVICE | 162-16 UNION TURNPIKE | 10/15/1998 | Address is not referenced in parcel database. The NYC Buildings Department online database shows both the 162-16 and 162-20 address numbers are associated with block 6857 lot 53, where it was mapped. | |
| 89 | 9501232 | 165-01 HILLSIDE AVE | 165-01 HILLSIDE AVE | 4/28/1995 | | See 9409159 above |
| 105 | 9511826 | 103 PRECINCT NYPD -DDC | 168-02 91ST AVENUE | 12/18/1995 | | See 9512911 above |
| 187 | 9111240 | 154-10 ROCKAWAY BVD/SHELL | 154-10 ROCKAWAY BLVD | 1/30/1992 | | See 9409159 above |
| Remainder of 65 reports had no address changes or data issues. | | | | | | |



26441928

Aug  5 2009
11:53AM

| SPILLNO | SITEID | PROGTYPE | PROGFACNAM | ADDRESS1 | ADDRESS2 | LOCALITY | COUNTY | ZIPCODE |
|---------|--------|----------|------------|----------|----------|----------|--------|---------|
| 9804275 | 75582 | ER | MERIT GAS STA | 144-10 HILLSID | | JAMAICA | Queens | |

| SWISCODE | REGION | LEADDEC | REFERREDTO | SPILLDATE | RCVDDATE | CID | CONTRIBUTI | WATERBODY |
|----------|--------|---------|------------|-----------|----------|-----|------------|-----------|
| 4101 | 2 | SMSANGES | | 7/6/1998 | 7/6/1998 | 323 | Unknown | |

| SOURCE | REPORTEDBY | CALLERREMA | CACDATE | MEETSSTD | INSPDATE | PENALTY | USTTRUST | CLASS |
|---|---|---|---|---|---|---|---|---|
| Gasoline Statio | Other | | | 0 | | 0 | 0 | C3 |

| CLOSEDATE | REMEDPHASE | DECREMARK | CREATEDATE | UPDATEDATE | SPILLERNAM | SPILLERCOM | SPILLERPHO | SPILLEREXT |
|---|---|---|---|---|---|---|---|---|
| 2/28/2003 | 0 | | 7/6/1998 | 2/28/2003 | SCOTT CULLINA | MERIT GAS STA | (610) 527-7900 | |

| SPILLERADD | SPILLERCIT | SPILLERSTA | SPILLERZIP | SPILLERCOU | CONTACTNAM | CONTACTPHO | CONTACTEXT | DECREGION |
|---|---|---|---|---|---|---|---|---|
| 144-10 HILLSID | JAMICA | ZZ | | 001 | SCOTT CULLINA | (610) 527-7900 | | 2 |

| PROGNO | DERFACID | AFTERHOURS | EDOCSPATH |
|---------|----------|------------|-----------|
| 9804275 | 70738 | 0 | \\cs1-data3\da |