

Victor M. Sher
vsher@sherleff.com
415.348.8300 x100

September 5, 2009

**_Via Email and Hand Delivery_**

Hon. Shira A. Scheindlin
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *City of New York v. ExxonMobil*, 04 CV 3417 (SDNY)
>  **Dominguez Deposition**

Dear Judge Scheindlin:

Plaintiff City of New York would like to play selected portions of the September 12, 2000 deposition of Mr. George S. Dominguez during the week of trial starting on September 8. The selection originally sent to ExxonMobil to provide an opportunity for counter-designation and objection is attached to this letter as Exhibit 1. Counsel for ExxonMobil "object[s] to the entirety of this deposition as irrelevant to any issue to be presented to the jury," and claims that "[t]he only possible relevance of Mr. Dominguez's testimony is to Plaintiff's TSCA claim." *See* Exhibit 2 (email correspondence from Lauren Handel to Marnie Riddle).

But Mr. Dominguez's testimony is relevant to the City's non-TSCA claims in at least two ways. First, the City is arguing to the jury in Phase 3B that ExxonMobil failed to warn the public and the government about the hazards of gasoline containing MTBE. Second, ExxonMobil has stated several times, including in their opening argument on Phase 3B, that the EPA was fully informed of all the relevant information about MTBE.

Mr. Dominguez, however, testifies that the MTBE Committee was aware that the EPA wanted information about "the presence and persistence of MTBE in ground water," that Mr. Dominguez would have transmitted any such information to the EPA had he received it, and that the only reason he did not provide such information to the EPA was that the members of the MTBE Committee, including Exxon, did not provide it to him. (Exhibit 1, pages 25-26, Clips 89-90.) This means that Exxon failed to warn the EPA, and through the EPA both the government and the public, about the hazards of MTBE in ground water. This information is not merely relevant to the City's TSCA claim, but also *plainly* relevant to the City's failure to warn claim.

Mr. Dominguez's testimony about TSCA in the earlier portion of his deposition serves to lay a foundation for understanding that ExxonMobil was obliged to respond to EPA's requests for "health-related information and environmental information," and the MTBE Committee, of which Exxon was a member, served *in part* to provide responses to those requests. *See* Exhibit 1, page 2, Clip 6; page 15, Clip 53; page 14, Clip 52. In that context, Mr. Dominguez testifies that the MTBE Committee was created in order to provide information *to the government and the public* (Exhibit 1, page 12, Clip 44; page 14, Clip 52), not merely to provide TSCA compliance information to the EPA.

Before playing the video recording of Mr. Dominguez's testimony, the City would like to show, using documentary evidence, that Exxon was a member of the MTBE Committee between 1988 and 1995 (Exhibit 3) and that Exxon identified Mr. Dominguez and the MTBE Committee as a contact to the EPA for "all proceedings and developments concerning MTBE testing." (Exhibit 4 (PL-2590)). The City would also like to read into the record a portion of the testimony of Dr. Robert W. Biles (Exhibit 5) who states that "[t]he OFA [of which the MTBE Committee was a part] was chartered to represent Exxon in submissions" to the EPA. *See* Exhibit 5 (February 8, 2007 Deposition of Robert W. Biles, Ph.D., p. 199, lines 20-21).

In sum, Exxon's membership in the MTBE Committee, the fact that the MTBE Committee was created to serve as an information clearinghouse between MTBE gasoline producers and the public and government, and the fact that the MTBE Committee did not receive full information about the dangers to groundwater posed by MTBE are all highly relevant to the City's failure to warn claim, and Mr. Dominguez's testimony should be presented to the jury as part of Phase 3B of this trial. Accordingly, this Court should overrule Exxon's relevance objection and allow the testimony at issue to be shown.

Respectfully submitted,

Victor M. Sher

Cc:  All Counsel via LNFS & Email

# EXHIBIT 1

# MTBE - Phase 3

---

 **Dominguez, George (Vol. 01) - 09/12/2000**     1 CLIP  (RUNNING 01:12:10.097)

 Dominguez 09.01.09 Trial Clip

GDO-002              99 SEGMENTS  (RUNNING 01:12:10.097)       

### 1. PAGE 10:03 TO 10:20  (RUNNING 00:00:47.967)

```
03          Q.     Could you state your full
04     name for the record please, sir?
05          A.     Certainly.  George, S, which
06     is Steven, Dominguez.
07          Q.     Can you provide us a brief
08     history of your educational background?
09          A.     Certainly.  I attended the
10     City College of New York, Fairleigh
11     Dickinson University.  Obtained a BS and
12     an MBA from Kentucky Christian, and much
13     later on a Ph.D. from Sheffield
14     University in Sheffield England.
15          Q.     What did you obtain your
16     Ph.D. in?
17          A.     Oh, environmental health
18     sciences, which was a concentration in
19     material safety data sheets and hazard
20     communication.
```

### 2. PAGE 13:10 TO 14:20  (RUNNING 00:01:46.134)

```
10          Q.     If you could give us a brief
11     description of your employment
12     background?
13          A.     Certainly.  I was employed
14     briefly, as I mentioned earlier, as a
15     medical technician.  That was at
16     Maimonides Hospital in Brooklyn, New
17     York.
18               Then I left them to join
19     Ciba-Geigy Corporation in 1953.  And I
20     was employed at Ciba-Geigy until 1981.
21     And I had various jobs therein.
22               I left Ciba-Geigy in '81 to
23     take on the presidency of Springborn
24     Regulatory Services in Enfield,
00014:01 Connecticut.  And that was from '81 to
02     '84.
03               Then I joined SOCMA,
04     Synthetic Organic Chemical Manufacturers
05     Association, in 1984.  I was employed by
06     them until approximately 1990.  I say
07     approximately because in the latter part
08     of my work with them, I became a
09     part-time employee as opposed to a
10     full-time employee, and then eventually I
11     was just a consultant to them.  And on an
12     hourly rated basis.
13               So, it was a transitional
14     period there, but I left them in 1990.
15     And then I started and still maintain my
16     own business.
17          Q.     What's the name of your own
18     business?
19          A.     Regulatory Assistance
```

```
          20    Corporation.
```

**3. PAGE 15:04 TO 15:15  (RUNNING 00:00:27.766)**

```
          04          Q.     And then in 1953 you went to
          05    work for Ciba-Geigy?
          06          A.     Yes.
          07          Q.     What kind of company is
          08    that?
          09          A.     Ciba-Geigy is a diversified
          10    chemical company.  At the time I was
          11    employed by them we had four major
          12    divisions; an agricultural chemical
          13    division, a dyes and chemical division, a
          14    plastics and additives division, and a
          15    pharmaceutical division.
```

**4. PAGE 18:18 TO 19:04  (RUNNING 00:00:29.400)**

```
          18          Q.     When you were with
          19    Ciba-Geigy, did you ever have an
          20    opportunity or a situation where you
          21    assisted that company in dealings with
          22    the EPA under TSCA, the Toxic Substances
          23    Control Act?
          24          A.     Many times.
    00019:01          Q.     And in those instances,
          02    would that be related to the introduction
          03    of a chemical into the marketplace?
          04          A.     Among other things.  Yes.
```

**5. PAGE 20:10 TO 20:20  (RUNNING 00:00:25.100)**

```
          10          Q.     What is TSCA?
          11          A.     Toxic Substances Control Act
          12    enacted October 26th, 1976.
          13          Q.     What does it provide?
          14          A.     It provides for the
          15    regulation of the introduction of new
          16    chemicals as well as the control of
          17    existing chemicals through a series of
          18    specifics contained in the fundamental
          19    statute and subsequent regulations
          20    promulgated by EPA.
```

**6. PAGE 22:21 TO 23:03  (RUNNING 00:00:13.567)**

```
          21          Q.     Okay.  In mid 1980's did the
          22    EPA under TSCA have the authority to
          23    request health related information and
          24    environmental information from
    00023:01    manufacturers of particular products?
          02          A.     I think they did at that
          03    time.
```

**7. PAGE 24:07 TO 24:13  (RUNNING 00:00:11.000)**

```
          07          Q.     Sir, based on your
          08    experience at Ciba-Geigy when you've
          09    testified that you dealt with the EPA
          10    under TSCA on hundreds of chemicals;
          11    correct?
          12          A.     I beg your pardon.  What did
          13    you say I did?
```

**8. PAGE 24:14 TO 24:19  (RUNNING 00:00:07.100)**

```
          14          Q.     You dealt with the EPA or
          15    oversaw the communications with the EPA
          16    under TSCA for hundreds of chemicals;
```

```
17   correct?
18        A.   Yes.
19        Q.   Correct?
```

**9. PAGE 27:01 TO 27:18  (RUNNING 00:00:58.967)**

```
00027:01        Q.   Okay.  Under Section 8,
02   based on your understanding of TSCA, is
03   there a provision that deals with
04   supplementation of information?
05        A.   There are rules issued under
06   Section 8 applicable to specific chemical
07   substances.  Those applicable rules
08   require the submission of safety and
09   health studies.  And I believe there is a
10   provision, I haven't visited that in a
11   long time, to require the submission of
12   any subsequently developed data, again,
13   for those specific chemicals cited in the
14   regulation.
15        Q.   Okay.  Now, in 1984, you
16   joined SOCMA; correct?
17        A.   Yes.
18        Q.   Tell me again what SOCMA is.
```

**10. PAGE 28:02 TO 28:09  (RUNNING 00:00:21.066)**

```
02        A.   Synthetic Organic Chemical
03   Manufacturers Association.
04        Q.   Okay.  What purpose does it
05   serve?
06        A.   It was a trade association
07   representing the interests of its
08   membership in connection with a whole
09   variety of activities.
```

**11. PAGE 28:10 TO 29:05  (RUNNING 00:01:01.600)**

```
10        Q.   What is the OFA?
11        A.   Well, the OFA, I assume it
12   still is, I don't know, was the
13   Oxygenated Fuels Association.
14        Q.   Do you know when the
15   Oxygenated Fuels Association first began?
16        A.   I don't know precisely.  It
17   was probably 1982 or thereabouts.  It was
18   prior to my joining SOCMA.
19        Q.   What was the OFA's
20   relationship with SOCMA back when you
21   began employment at SOCMA?
22        A.   The easiest way to visualize
23   SOCMA is as in a sense two separate
24   businesses, if will you.
00029:01        The Synthetic Organic
02   Chemical Manufacturer itself, per se,
03   represented several, probably in the
04   order of 100 chemical companies that
05   belonged to the association.  It was the
```

**12. PAGE 30:07 TO 30:22  (RUNNING 00:00:37.300)**

```
07        was that SOCMA is a trade
08        association on the one hand, but
09        it was also a management
10        organization providing
11        infrastructural support and staff
12        to what we refer to as special
13        projects.
14   BY MR. SUMMY:
```

```
15        Q.    Now, did SOCMA provide a
16    trade association for hundreds of
17    chemical manufacturers?
18        A.    Yes.  Well, I don't know
19    about hundreds.  Circa 100.
20        Q.    Okay.  Was OFA a special
21    project of SOCMA?
22        A.    Yes.
```

**13. PAGE 33:01 TO 33:16 (RUNNING 00:00:57.367)**

```
00033:01      Q.    Now in 1984, did you have
02    any dealings with OFA?
03        A.    Yes.
04        Q.    Describe those.
05        A.    I was assigned by SOCMA to
06    be a staff representative for OFA,
07    provide staff support services to OFA.
08        Q.    And how would you do that?
09        A.    Convene meetings, provide
10    minutes of meetings, make arrangements
11    for any discussions that the members
12    might wish to have with either our
13    internal support staff or any external
14    support, provide a newsletter for the
15    association members, and assist in the
16    recruitment of new members.
```

**14. PAGE 34:04 TO 34:07 (RUNNING 00:00:17.100)**

```
04        Q.    What type of companies back
05    in 1984 were members of OFA?
06        A.    Producers of fuel oxygenates
07    and users of fuel oxygenates.
```

**15. PAGE 34:08 TO 34:21 (RUNNING 00:00:51.533)**

```
08        Q.    Back in 1984 when you joined
09    SOCMA, were major oil and gas companies
10    members of OFA?
11        A.    Some as members of OFA.
12        Q.    At some point in time while
13    serving as a staff representative with
14    the OFA, did the OFA become interested in
15    a chemical by the name of MTBE,
16    Methyl-Tertiary Butyl Ether?
17        A.    Yes, they did.
18        Q.    Do you recall approximately
19    when that was?
20        A.    That would have been
21    basically from the 1985/1986 period.
```

**16. PAGE 34:22 TO 34:24 (RUNNING 00:00:10.333)**

```
22        Q.    What is your first
23    recollection of monitoring MTBE as a
24    staff representative with OFA?
```

**17. PAGE 35:01 TO 35:06 (RUNNING 00:00:14.000)**

```
00035:01      A.    I'm not sure I understand
02    the question.  What does monitoring mean
03    in that context?
04        Q.    As a staff representative,
05    keeping up with a topic of interest to
06    your members.
```

**18. PAGE 35:07 TO 35:11 (RUNNING 00:00:18.600)**

```
07        A.    Definitely from '84/'85
```

```
        08   onwards because we were interested in all
        09   oxygenates.  So perhaps I should clarify
        10   and say as a staff representative, we
        11   were interested in all oxygenates.
```

**19. PAGE 37:11 TO 39:03  (RUNNING 00:02:17.267)**

```
        11          Q.    Back in 1984/1985 when you
        12   were a staff representative for OFA, do
        13   you recall when you first learned that
        14   MTBE was more soluble in ground water
        15   than let's say the BTEX chemicals,
        16   benzene, toluene, ethyl benzene, and
        17   xylene?
        18          A.    I don't believe I ever
        19   learned that.  I'm not sure that's
        20   scientifically true.
        21          Q.    So your testimony is, is
        22   that as you sit here today, you don't
        23   recall ever knowing that MTBE was more
        24   soluble in ground water than the BTEX
00038:01   chemicals?
        02          A.    No, I don't.
        03          Q.    Do you recall any member of
        04   OFA ever informing you of that fact?
        05          A.    No.  I recall discussions
        06   about MTBE, but not differential
        07   solubility.
        08          Q.    Back in the 1984/'85 time
        09   frame when you were a staff
        10   representative at OFA, do you recall
        11   learning that MTBE, when released to
        12   ground water, was more mobile and
        13   traveled faster than the BTEX chemicals?
        14          A.    I recall that was stated by
        15   some individuals, agencies, whatever.  I
        16   don't recall that being documented.
        17          Q.    Sir, do you recall, as you
        18   sit here today, any member companies of
        19   OFA informing you of the fact that once
        20   MTBE was released into ground water, that
        21   it would travel faster and further than
        22   the BTEX chemicals of gasoline?
        23          A.    No, I don't recall that.
        24                I recall, as indicated,
00039:01   discussions about MTBE and differential
        02   solubility, but not that specifically.
        03   No.
```

**20. PAGE 39:05 TO 39:11  (RUNNING 00:00:24.000)**

```
        05                Sir, as you sit here today,
        06   do you recall any of the member companies
        07   of OFA informing you that MTBE was much
        08   more resistant to biodegradation than
        09   let's say the BTEX chemicals?
        10          A.    No, I don't recall any
        11   discussions about biodegradation per se.
```

**21. PAGE 39:12 TO 40:15  (RUNNING 00:01:20.300)**

```
        12          Q.    Sir, do you recall a time
        13   back in the mid 1980's when the EPA
        14   designated MTBE under TSCA?
        15          A.    Yes.  I do.
        16          Q.    What did it mean when the
        17   EPA placed that designation under TSCA on
        18   a chemical?
```

```
19          A.    It meant that it was going
20   to be considered by the agency for
21   potential testing.
22          Q.    What type of testing?
23          A.    I don't think that was at
24   that time specified.  I think it was to
00040:01   be determined subsequently.
02          Q.    Sir, do you recall MTBE
03   being designated by EPA under TSCA?
04          A.    Yes.
05          Q.    Do you recall approximately
06   when that was?
07          A.    No.  It would have been in
08   the '80s, but I don't recall the precise
09   date.
10          Q.    Okay.  Do you recall at that
11   time in the mid 1980's, after EPA
12   designated MTBE under TSCA, that you were
13   involved in the formation of what has
14   become known as the MTBE Committee?
15          A.    Yes.
```

## 22. PAGE 40:16 TO 40:19  (RUNNING 00:00:16.233)

```
16          Q.    Sir, do you recall when you
17   began representing the industry as the
18   executive director of the MTBE Committee
19   in communications with the EPA?
```

## 23. PAGE 40:24 TO 41:03  (RUNNING 00:00:10.166)

```
24          THE WITNESS:  Approximately
00041:01   1986, I believe, was when the task
02          force was created.  I don't recall
03          the exact date.
```

## 24. PAGE 41:18 TO 41:21  (RUNNING 00:00:11.366)

```
18          Q.    Whose idea was it to form
19   the MTBE Committee to deal with the EPA
20   on the TSCA issue?
21          A.    Members of OFA.
```

## 25. PAGE 43:22 TO 44:02  (RUNNING 00:00:15.033)

```
22          Q.    At some point in time, was
23   there a decision made by someone to
24   include you in communications with the
00044:01   EPA related to MTBE?
02          A.    Yes.
```

## 26. PAGE 45:13 TO 46:04  (RUNNING 00:00:48.300)

```
13          Q.    Okay.  At the time that the
14   OFA made the decision to oversee the
15   representation of MTBE with the EPA, was
16   the MTBE Committee formulated at that
17   time?
18          A.    No.  I think it was as a
19   result of that.
20          Q.    Okay.  Who at the OFA made
21   the decision to oversee the
22   communications with the EPA related MTBE?
23          A.    The OFA management
24   committee, steering committee, whatever
00046:01   its proper term was at the time.
02          Q.    Would that have been
03   comprised of members of the OFA?
04          A.    Yes.
```

**27. PAGE 46:05 TO 46:11 (RUNNING 00:00:25.500)**

```
05          Q.    Do you recall who the
06  members of the OFA were that made the
07  decision for the OFA to oversee
08  communications with the EPA related to
09  MTBE?
10          A.    No, I do not recall all of
11  them.
```

**28. PAGE 46:18 TO 46:20 (RUNNING 00:00:07.633)**

```
18          Q.    Do you recall Exxon?
19          A.    Now that you mention them,
20  yes.
```

**29. PAGE 47:17 TO 48:07 (RUNNING 00:00:21.900)**

```
17          Q.    Well, if you take a look at
18  Exhibit 2.
19          A.    Okay.
20          Q.    The title is Minutes for the
21  Public Focus Meeting for MTBE December
22  17th, 1986; correct?
23          A.    Yes.
24          Q.    And if you take a look at
00048:01  about the third page, you'll see a
02  sign-in sheet?
03          A.    Right.
04          Q.    And I believe if you look at
05  the third name down, that is you;
06  correct?
07          A.    Mm-hmm.
```

**30. PAGE 48:18 TO 49:01 (RUNNING 00:00:29.933)**

```
18              So initially you began
19  showing up at the meetings with the EPA
20  in your capacity with OFA?
21          A.    Yes.
22          Q.    Okay.  Now, if you take a
23  look at the minutes and you take a look
24  at the first paragraph on Deposition
00049:01  Exhibit Number 2, and if you look at
```

**31. PAGE 49:06 TO 50:12 (RUNNING 00:01:10.100)**

```
06          Q.    That one right there.  And
07  if you take a look at the last two
08  sentences of the first paragraph, it
09  begins "an additional concern?"
10          A.    Mm-hmm.  Yes.
11          Q.    It says, An additional
12  concern brought out by TRDB research was
13  the contamination of ground water
14  supplies by MTBE.  There are over 700,000
15  underground storage tanks for petroleum
16  products in the US and about 30 percent
17  of these tanks leak.
18              Do you see that entry?
19          A.    Yes.
20          Q.    Now, you were at this
21  meeting of December 17th, 1986; correct?
22          A.    Yes.
23          Q.    And at this meeting, the EPA
24  brought out an additional concern over
00050:01  MTBE's contamination of ground water;
02  correct?
03          A.    Yes.
```

```
04          Q.    And if you look down at the
05    last paragraph of that document, on the
06    first page, it says, The industry
07    representatives were encouraged to submit
08    supplemental information and the
09    mandatory 8(a) and 8(d) information for
10    the Agency's course setting process.
11          Do you see that?
12          A.    Yes.
```

**32. PAGE 57:02 TO 57:06 (RUNNING 00:00:11.033)**

```
02          Q.    Well, isn't it important
03    that companies like ARCO Chemical
04    Company, who do provide information to
05    the EPA under TSCA, that that information
06    be forthcoming and accurate?
```

**33. PAGE 58:13 TO 58:13 (RUNNING 00:00:02.400)**

```
13          I would have such an expectation.
```

**34. PAGE 61:05 TO 61:19 (RUNNING 00:00:35.133)**

```
05          Q.    Have you had the opportunity
06    to take a look at Deposition Exhibit
07    Number 5?
08          A.    I have.
09          Q.    Deposition Exhibit Number 5
10    is a -- the first page is a letter dated
11    January 9th, 1987, from ARCO Chemical
12    Company, W. J. Kilmartin to Mr. J. A. Del
13    Pup at Texaco.  And it says, Dear John:
14    As discussed, attached is the proposal
15    that George Dominguez from OFA made.
16    I've included the proposed agenda for the
17    January 16, 1987, meeting.
18          Do you see that?
19          A.    Yes.
```

**35. PAGE 61:20 TO 62:01 (RUNNING 00:00:19.000)**

```
20          Q.    And then attached to it,
21    beginning with the second page, is a
22    document entitled Proposal and Rationale
23    for the Formation of an MTBE Group dated
24    January 16th, 1986.  Do you see that?
00062:01          A.    Yes.
```

**36. PAGE 62:02 TO 62:14 (RUNNING 00:00:37.267)**

```
02          Q.    My question is, who drafted
03    the proposal and rationale for the
04    formation of an MTBE group?
05          A.    I did.
06          Q.    So you would have drafted
07    the  -- beginning with the second page of
08    Deposition Exhibit Number 4, going all
09    the way through the agenda.  And I
10    realize those may not be your handwritten
11    notes on the agenda at the back of the
12    exhibit, but would you have drafted the
13    agenda as well?
14          A.    Yes.
```

**37. PAGE 62:20 TO 63:02 (RUNNING 00:00:10.833)**

```
20          Q.    Correct.  I believe that on
21    the second January 16th, 1986, it should
22    read 1987; correct?
```

```
          23           A.     (Gesturing.)
          24           Q.     Is that your understanding
00063:01  Mr. Dominguez?
          02           A.     Yes.
```

**38. PAGE 63:07 TO 63:12 (RUNNING 00:00:19.000)**

```
          07           Q.     What prompted you to prepare
          08    this document?
          09           A.     The premise of initiating an
          10    MTBE task force necessitated inclusion of
          11    other companies that were not members of
          12    OFA.
```

**39. PAGE 63:19 TO 63:24 (RUNNING 00:00:21.000)**

```
          19           Q.     After you prepared the
          20    document, what did you do with it?
          21           A.     As far as I recall, we sent
          22    it to OFA member companies and others
          23    that we thought might be interested in
          24    joining an MTBE organization.
```

**40. PAGE 66:18 TO 68:20 (RUNNING 00:01:54.433)**

```
          18           Q.     When we went off the record
          19    I was reading from the first paragraph of
          20    Deposition Exhibit Number 5 on the fourth
          21    page.  It says, It is well recognized
          22    that MTBE is growing in importance.  Its
          23    use in gasoline is becoming more widely
          24    accepted with a commensurate increase in
00067:01  the volume being used.
          02           And then you say, From the
          03    perspective of its existing market share
          04    as well as to provide for additional
          05    market development, the establishment of
          06    a discrete group that could represent
          07    MTBE interests is logical at this time.
          08    In fact, the logic of establishing an
          09    MTBE group in the very near future is
          10    further reinforced by some recent
          11    developments.
          12           And the first development
          13    you state is, The potential need for
          14    testing MTBE pursuant to potential EPA
          15    actions on health hazards of MTBE and
          16    gasoline containing MTBE. Do you see
          17    that?
          18           A.     Yes.
          19           Q.     And then if you look down at
          20    the third bullet point you have, Possible
          21    representation with the state of Maine
          22    regarding contention that MTBE is a
          23    ground water contaminate. Do you see
          24    that?
00068:01           A.     Yes.
          02           Q.     Sir, do you recall at the
          03    time that you wrote the -- this document
          04    that has a heading, The Need for
          05    Establishing an MTBE Task Force,that some
          06    regulators in the state of Maine had come
          07    out and documented a number of sites
          08    where MTBE had contaminated ground water
          09    in the state of Maine?
          10           A.     I don't remember specific
          11    citations, but I, in principle, recall
          12    that.
```

```
13          Q.    If you take a look at down
14   below there is a section called The Need
15   for an MTBE Task Force.
16          A.    Mm-hmm.
17          Q.    And you basically document
18   two recent issues of considerable
19   importance to the future of MTBE.  Do you
20   see that?
```

**41. PAGE 69:03 TO 73:02 (RUNNING 00:03:38.033)**

```
03                THE WITNESS:  Yeah, right.
04   BY MR. SUMMY:
05          Q.    And you state there had been
06   two recent issues of considerable
07   importance to the future of MTBE.
08          A.    Yes.
09          Q.    Do you see that?
10          A.    Yes.
11          Q.    And one of them is EPA's
12   examination of MTBE under TSCA; correct?
13          A.    Yes.
14          Q.    There is also a section on
15   fuel contamination.  Do you see that?
16          A.    Yes.
17          Q.    You cite that as a reason to
18   prepare or formulate an MTBE group;
19   correct?
20          A.    Yes.
21          Q.    And then the last issue is
22   the Maine ground water contaminant issue.
23   Do you see that?
24          A.    Yes.
00070:01          Q.    And you state that The state
02   of Maine has established a maximum
03   contaminant level of 50 parts per billion
04   for MTBE.  According to recent reports,
05   concentrations of 690 parts per billion
06   were found in drinking water.  The Maine
07   Department of Environmental Protection
08   has issued a report on the hazards of
09   MTBE as a ground water contaminant and
10   has recommended that MTBE should be
11   banned as a gasoline blending component
12   or at a minimum stored in extra-secured
13   tanks. Do you see that?
14          A.    Yes.
15          Q.    Why was the Maine ground
16   water contaminant issue a development
17   that you believe should lead to the
18   formation of an MTBE group?
19          A.    I believe that it was part
20   of enumerating concerns relative to MTBE.
21          Q.    What do you mean?
22          A.    I mean that in the context
23   of forming an MTBE group, people are
24   naturally interested in why should such
00071:01   an institution be formed.  On that
02   premise you enumerate areas of actual or
03   potential concern.
04          Q.    And why was the Maine ground
05   water contaminant issue a concern?
06          A.    Well, clearly it imposed a
07   potential for disruption of MTBE use,
08   whether it be in Maine or elsewhere.
09          Q.    After that you lay out the
10   objective of an MTBE task force.  Do you
```

```
11   see that?
12           A.    Yes.
13           Q.    And you state some of the
14   things that the MTBE Committee would do
15   under your view of things; correct?
16           A.    Could do.
17           Q.    Okay.  And then you list out
18   specific activities that the task force
19   could undertake; correct?
20           A.    Yes.  Correct.
21           Q.    And among those would be to
22   liaison with the EPA regarding the ITC
23   listing of MTBE; correct?
24           A.    Correct.
00072:01         Q.    And then on the next page
02   you continue with the various activities
03   the specific committee could undertake.
04   And among those would be the development
05   of environmental impact analysis.  Do you
06   see that?
07           A.    Yes.
08           Q.    Sir, do you know if anyone,
09   including the MTBE Committee, ever
10   developed an environmental impact
11   analysis on MTBE?
12           A.    Not that I recall.
13           Q.    You also have down that one
14   of the activities that the committee
15   could do would be to represent MTBE
16   interests in Maine; correct?
17           A.    Yes.
18           Q.    Also, after that would be to
19   evaluate potential ground water
20   contamination?
21           A.    Yes.
22           Q.    Develop market for MTBE?
23           A.    Yes.
24           Q.    And act as an informational
00073:01   resource for MTBE; correct?
02           A.    Yes.
```

**42. PAGE 75:05 TO 75:21  (RUNNING 00:00:50.600)**

```
05           Q.    Sir, have you had the
06   opportunity to review Deposition Exhibit
07   Number 6?
08           A.    Yes.
09           Q.    And it is a document on OFA
10   letterhead entitled Oxygenated Fuels
11   Association MTBE Technical Committee
12   Meeting Minutes, dated Friday, January
13   23rd, 1987.  The meeting having taken
14   place in Washington, DC.  Do you see
15   that?
16           A.    Yes.
17           Q.    Now, what was the purpose of
18   this meeting?
19           A.    That was essentially an
20   organizational meeting in connection with
21   forming an MTBE association.
```

**43. PAGE 76:04 TO 76:20  (RUNNING 00:00:38.234)**

```
04           Q.    Okay.  And the minutes are
05   dated January 23rd, 1987, but it appears
06   that the meeting took place on Friday,
07   January 16th, 1987; correct?  And I'm
08   looking at that in the first paragraph.
```

```
09          A.    That is what it says.  I
10  can't account for the discrepancy.
11          Q.    And then it provides a list
12  of those who were in attendance at the
13  meeting; correct?  And it's the first
14  subheading.
15          A.    In the first page, yes.
16          Q.    Okay.  And certainly you
17  were present at this meeting?
18          A.    Yes.
19          Q.    Correct?
20          A.    Yes.
```

**44. PAGE 78:09 TO 80:08 (RUNNING 00:01:34.367)**

```
09          Q.    And what it describes there
10  is Mr. Ed Guetens of ARCO began to
11  explain the reasons behind establishing
12  the group.  Do you see that?
13          A.    Yes.
14          Q.    And if you go to the second
15  page, page 2, in the first full
16  paragraph, it says in this context,
17  Mr. Guetens reviewed the information
18  contained in the letter of invitation of
19  the meeting, and in specific the paper
20  prepared by Mr. Dominguez, executive
21  director of OFA.  Do you see that?
22          A.    Yes.
23          Q.    And there he's talking about
24  your paper which we identified as part of
00079:01  Deposition Exhibit Number 5, which was
02  entitled Proposal and Rationale for the
03  Formation of an MTBE Group; correct?
04          A.    Yes.
05          Q.    And after that, Mr. Guetens
06  then outlined numerous objectives that
07  the organization might have.  Do you see
08  those?
09          A.    Yes.
10          Q.    Number 1 is represent MTBE
11  interest to EPA regarding ITC action.
12          Number 2, provide a form in
13  which MTBE producers, importers and users
14  could provide a basis for responding to
15  environmental concerns that have been
16  raised in a number of states regarding
17  ground water contamination.
18          Number 3 is prepare
19  technical literature.
20          And number 4, assist in
21  market development by providing an
22  organization which would be able to
23  provide information to the government and
24  public.  Do you see that?
00080:01          A.    Yes.
02          Q.    And the next paragraph
03  Mr. Guetens summarizes.  He says, in
04  summary, he indicated that serious
05  consideration should be given to the
06  establishment of the group.  Do you see
07  that?
08          A.    Yes.
```

**45. PAGE 80:20 TO 81:05 (RUNNING 00:00:19.133)**

```
20          Q.    Sir, at this point in time,
21  did you feel that it was important that
```

```
         22   such a group be established?
         23        A.   Yes.
         24        Q.   And why is that?
00081:01        A.   I felt that in the same
         02   context that we needed representation for
         03   oxygenated fuels, it would be
         04   appropriate, given the importance of
         05   MTBE, to have an organization for MTBE.
```

**46. PAGE 81:06 TO 81:15 (RUNNING 00:00:21.000)**

```
         06        Q.   Did you also feel it was
         07   important to establish a group because of
         08   the Maine, state of Maine ground water
         09   issue that had arisen?
         10        A.   I believe all the points
         11   that we considered to be the
         12   justification for the group were
         13   enumerated in the rationale for the
         14   paper, I mean the rationale paper that we
         15   presented.
```

**47. PAGE 81:21 TO 81:24 (RUNNING 00:00:05.000)**

```
         21        Q.   And the state of Maine
         22   ground water issue was certainly one of
         23   those points; correct?
         24        A.   Yes, it was.
```

**48. PAGE 83:10 TO 84:05 (RUNNING 00:00:41.000)**

```
         10        Q.   Now, if you look at page 3,
         11   there is a review of the ground water
         12   contamination issue.  Do you see that?
         13        A.   Yes.
         14        Q.   And a Mr. James D. DeJovine
         15   with ARCO, it states, he reviewed the
         16   question of ground water contamination
         17   highlighting the study conducted in the
         18   state of Maine and distributed a copy of
         19   the paper entitled MTBE as a ground water
         20   Contaminant prepared by Dr. Peter
         21   Garrette, Marcel Moreau, and Jerry Lowry
         22   of the University of Maine.  Do you see
         23   that?
         24        A.   Yes.
00084:01        Q.   Certainly the Maine ground
         02   water issue was one of the issues that
         03   was giving rise to the need to formulate
         04   the MTBE Committee; correct?
         05        A.   Yes.
```

**49. PAGE 84:20 TO 85:08 (RUNNING 00:00:28.000)**

```
         20        Q.   If you look at the next
         21   paragraph, it says, Mr. DeJovine
         22   indicated that other states such as North
         23   Carolina have also raised this question,
         24   and that while it was not a concern
00085:01   raised by the ITC in their recommendation
         02   to EPA, that EPA in their December 16th,
         03   1986, focus meeting had indicated that
         04   they intended to address the
         05   environmental issue as well as the
         06   toxicological concerns raised by ITC in
         07   their review.  Do you see that?
         08        A.   Yes.
```

**50. PAGE 89:21 TO 90:03  (RUNNING 00:00:16.000)**

```
        21         Q.    What I would like to ask you
        22  about is, what happened after this
        23  meeting?  In other words, was a committee
        24  established?
00090:01         A.    An MTBE Committee?
        02         Q.    Yes.
        03         A.    Yes.
```

**51. PAGE 92:02 TO 92:18  (RUNNING 00:00:43.000)**

```
        02         Q.    Sir, have you had a chance
        03  to review Deposition Exhibit Number 7?
        04         A.    Yes, I have.
        05         Q.    Can you identify this
        06  document?
        07         A.    MTBE Committee bylaws.
        08         Q.    Sir, was this the bylaws of
        09  the MTBE Committee that was established?
        10         A.    They are the proposed
        11  bylaws.  I don't recall if they are
        12  exactly what was finally established.
        13         Q.    Did the MTBE Committee after
        14  it was formed adopt bylaws?
        15         A.    Yes, they did.
        16         Q.    Do these appear to be a
        17  draft of those bylaws?
        18         A.    Yes.
```

**52. PAGE 93:15 TO 95:09  (RUNNING 00:01:32.000)**

```
        15         Q.    Okay.  Now, if you look at
        16  the bylaws, Deposition Exhibit Number 7,
        17  under paragraph 1.02, the objectives.  Do
        18  you see that?
        19         A.    Yes.
        20         Q.    And the last sentence in
        21  that paragraph says, In particular, the
        22  Committee will:  A.  Address
        23  environmental, health and safety issues
        24  relating to MTBE by (i) collecting data
00094:01  from member companies and other sources
        02  and (ii) sponsoring programs to develop
        03  data unavailable from other sources.
        04         Next page, B.  Address
        05  federal and state regulatory issues
        06  relating to MTBE by (i) providing
        07  technical data to appropriate regulatory
        08  agencies and legislative bodies and (ii)
        09  meeting with appropriate governmental
        10  officials to develop acceptable
        11  solutions.
        12         C.  Assist in the formation
        13  of the task force to be named the MTBE
        14  Health Effects Testing Task Force
        15  specifically for the purpose of
        16  conducting and funding testing of MTBE
        17  required under a Toxic Substances Control
        18  Act ("TSCA") Section 4 Consent Order or
        19  Test Rule.
        20         D.  Make available to
        21  interested parties and the general public
        22  technical and scientific information
        23  relating to the use of MTBE in fuel.
        24         And E.  Provide a form for
00095:01  the exchange of information appropriate
        02  to the objectives stated herein above
```

```
      03   between producers and users of MTBE.  Do
      04   you see that?
      05        A.   Yes.
      06        Q.   Is it your recollection that
      07   the bylaws that were adopted had these
      08   goals in it as well?
      09        A.   Yes.
```

**53.  PAGE 100:05 TO 100:07 (RUNNING 00:00:05.000)**

```
      05        Q.   Do you recall Exxon being a
      06   member of the MTBE Committee?
      07        A.   Yes.
```

**54.  PAGE 101:10 TO 101:16 (RUNNING 00:00:07.000)**

```
      10        Q.   Do you recall Texaco being a
      11   member of the MTBE Committee?
      12        A.   Yes.
      13        Q.   Do you recall Texas
      14   Petrochemical being a member of the MTBE
      15   Committee?
      16        A.   Yes.
```

**55.  PAGE 101:20 TO 102:02 (RUNNING 00:00:19.000)**

```
      20        Q.   Also attached to Deposition
      21   Exhibit Number 8 is a copy of the charter
      22   of the MTBE Committee.  Do you see that?
      23        A.   Yes.
      24        Q.   To your recollection, is
00102:01   that a correct statement of the charter
      02   of the MTBE Committee?
```

**56.  PAGE 102:03 TO 102:07 (RUNNING 00:00:16.000)**

```
      03        A.   Yes.
      04        Q.   In fact, does it appear to
      05   be very much the same as the objectives
      06   that are set forth in the bylaws, in
      07   Deposition Exhibit Number 7?
```

**57.  PAGE 102:08 TO 102:13 (RUNNING 00:00:09.000)**

```
      08        A.   Yes.
      09        Q.   I think in the bylaws, C,
      10   the establishment of the Health Effects
      11   Testing Task Force is the only thing
      12   that's an addition thereto; correct?
      13        A.   It would so appear.
```

**58.  PAGE 102:22 TO 103:13 (RUNNING 00:00:34.000)**

```
      22        Q.   Do you recall, sir, if the
      23   companies that were members of the
      24   committee, in fact, agreed to the charter
00103:01   of the committee and the objectives that
      02   are stated in the bylaws?
      03        A.   That was the condition of
      04   membership.
      05        Q.   In fact, the charter and the
      06   objectives were agreed upon by each
      07   member company; correct?
      08        A.   Insofar as I know.
      09        Q.   Do you know of any company
      10   that was a member who disagreed with the
      11   charter or the objectives of the MTBE
      12   Committee?
      13        A.   No, I do not.
```

**59. PAGE 107:02 TO 107:05 (RUNNING 00:00:15.000)**

```
02          Q.    Now, to your understanding
03    was the final bylaws signed by each of
04    the member companies?
05          A.    I believe they were.
```

**60. PAGE 107:06 TO 107:06 (RUNNING 00:00:00.000)**

```
06          Q.    Okay.
```

**61. PAGE 108:03 TO 108:07 (RUNNING 00:00:13.000)**

```
03          Q.    Sir, Deposition Exhibit
04    Number 9 is entitled MTBE Health Effects
05    Task Force Participation Agreement dated
06    August, 1987.  Do you see that?
07          A.    Yes.
```

**62. PAGE 109:08 TO 109:24 (RUNNING 00:00:42.000)**

```
08          Q.    Now, what does the -- how
09    does the Health Effects Task Force differ
10    from the MTBE Committee?
11          A.    The Health Effects Task
12    Force had a specific purpose which was to
13    undertake the testing that might be
14    required of MTBE as a result of the EPA
15    actions.
16          Q.    Okay.  And did this
17    agreement also take into account how the
18    cost of such testing that the EPA may
19    require, how that would be split up among
20    the member companies?
21          A.    It did.
22          Q.    And in fact, that was based
23    upon the amount of MTBE that you
24    produced.  Correct?
```

**63. PAGE 110:05 TO 110:05 (RUNNING 00:00:00.000)**

```
05          A.    Yes.
```

**64. PAGE 111:03 TO 113:02 (RUNNING 00:01:58.000)**

```
03          Q.    Sir, Deposition Exhibit
04    Number 10 is a telephone account, or it's
05    an account of a telephone conversation
06    between Beth Anderson of EPA and yourself
07    regarding MTBE dated February 2nd, 1987;
08    correct?
09          A.    Yes.
10          Q.    And it says, George
11    Dominguez of Oxygenated Fuels Association
12    (they are methanol producers) has formed
13    an MTBE coalition.  He said their MTBE
14    Committee involves manufacturers,
15    importers, engineering and technology.  I
16    asked if he knew of any importers (I
17    thought we were exporting) he said they
18    didn't have any importers at this time.
19          And it says Dominguez is
20    requesting all 8(a) & 8(d) information be
21    sent to his office and EPA.  He is
22    working with manufacturers to see the
23    February 12th deadline is met.  Their
24    MTBE Committee has 3 task forces: 1)
00112:01  Health Effects - Steve Ridlon, ARCO,
02    chair.  2) Exposure (includes ground
```

```
03    water).  3) Economic impact.
04              These task forces will
05    review information and have their
06    analysis ready by the end of February.
07    Do you see that?
08         A.    Yes.
09         Q.    Now, at this date, February
10    1987, is it your understanding that the
11    MTBE Committee had already been formed?
12         A.    It had been formed in
13    principle.  I'm not sure it had been
14    formed in the legal sense of formed.
15         Q.    In other words, the
16    agreements that we looked at which were
17    Deposition Exhibit Numbers 7 and 9, those
18    might not have been signed, but certainly
19    there was an agreement to have a group
20    that would communicate with the EPA;
21    correct?
22         A.    Yes.
23         Q.    And you were going to be the
24    primary person responsible for that
00113:01    communication; correct?
02         A.    Yes.
```

**65. PAGE 113:24 TO 114:11 (RUNNING 00:00:25.000)**

```
24         Q.    Sir, I have handed you
00114:01    what's been marked as Deposition Exhibit
02    Number 11 which is a February 12th, 1987
03    letter from you to Dr. Beth Anderson;
04    correct?
05         A.    Yes.
06         Q.    And the top of the left hand
07    of the letter says MTBE Committee on it?
08         A.    Correct.
09         Q.    So did the MTBE Committee
10    have its own letterhead?
11         A.    Eventually it did.
```

**66. PAGE 115:02 TO 115:12 (RUNNING 00:00:19.000)**

```
02         Q.    Okay.  It says, Dear Dr.
03    Anderson:  As you know from our
04    conversation last week, we have formed an
05    MTBE Committee.  In order to provide you
06    with some additional information, I am
07    pleased to attach a copy of the
08    Committee's charter.  Do you see that?
09         A.    Yes.
10         Q.    Attached to this document is
11    a charter of the MTBE Committee; correct?
12         A.    Yes.
```

**67. PAGE 116:10 TO 117:01 (RUNNING 00:00:27.000)**

```
10         Q.    Okay.  And the second
11    paragraph of this letter says, As you can
12    see, one of our objectives is to work
13    cooperatively with appropriate government
14    agencies and, in that context, I am
15    pleased to confirm that we are preparing
16    an integrated response on behalf of the
17    MTBE Committee to the questions raised at
18    your December 16th focus meeting on MTBE;
19    correct?
20         A.    Yes.
21         Q.    And at that focus meeting
```

```
        22   the EPA had raised the issue of ground
        23   water contamination related to MTBE;
        24   correct?
00117:01        A.    Yes.
```

**68. PAGE 118:06 TO 118:21 (RUNNING 00:00:51.000)**

```
        06              Sir, at the time that you
        07   were working with the MTBE Committee, do
        08   you recall what your title was?
        09        A.    I think it was executive
        10   director.
        11        Q.    Okay.  What were your duties
        12   and responsibilities as executive
        13   director of the MTBE Committee?
        14        A.    Arranging meetings, hosting
        15   the meetings at our offices or other
        16   locations, in concert with the chairman
        17   of the committee preparing agendas,
        18   preparing minutes of the meetings,
        19   arranging for meetings with third
        20   parties, EPA.  Participating to the
        21   extent possible in those meetings.
```

**69. PAGE 118:22 TO 119:22 (RUNNING 00:01:04.000)**

```
        22   Receiving the information on production
        23   in relationship to calculation of funds.
        24        Q.    Did you also assist the
00119:01   member companies in collating information
        02   that would be sent to the EPA by the MTBE
        03   Committee?
        04        A.    Yes.  We collected data that
        05   was submitted to us from the member
        06   companies and transmitted some of that
        07   data to EPA.
        08        Q.    Now, the data that was
        09   collected by you, was all of that
        10   information provided to you, the MTBE
        11   Committee and yourself being the
        12   executive director by member companies?
        13        A.    I'm not sure I understand
        14   the question.
        15        Q.    Well, did you or the OFA
        16   independently prepare information to send
        17   to the EPA?
        18        A.    No.
        19        Q.    In other words, you had to
        20   rely on that information to come from
        21   your member companies; correct?
        22        A.    Yes.
```

**70. PAGE 123:05 TO 124:03 (RUNNING 00:00:52.000)**

```
        05              And then if you take a look
        06   at the second page, Item D, it says, Item
        07   D requests more information on the
        08   presence and persistence of MTBE in
        09   ground water.  Do you see that?
        10        A.    Yes.
        11        Q.    Do you recall that being one
        12   of the data gaps that was identified at
        13   the focus meeting that you attended?
        14        A.    I recall ground water being
        15   one of the concerns raised.  I don't
        16   recall the specific data gaps enumerated
        17   by EPA as such.
        18        Q.    Okay.  And if you look at
```

```
        19    page 3 of this exhibit, there is an
        20    attachment one, Roman Numeral III, data
        21    gaps?
        22          A.    Yes.
        23          Q.    And if you look down at D,
        24    it says, TRDB needs more information on
00124:01    the presence and persistence of MTBE in
        02    ground water.  Do you see that?
        03          A.    Yes.
```

**71.  PAGE 124:17 TO 127:06  (RUNNING 00:02:44.000)**

```
        17          Q.    At any time when you were
        18    executive director of the MTBE Committee,
        19    did any member company inform you of
        20    specific ground water problems they had
        21    encountered related to MTBE?
        22          A.    The only references that I
        23    recall were to citations in the
        24    literature or papers, for example, the
00125:01    Garrette paper that was mentioned
        02    earlier.
        03          I don't recall any specific
        04    indications of individual companies such
        05    as cited here.
        06          Q.    Do you recall any member
        07    company of the MTBE Committee
        08    specifically informing you of a
        09    particular problem that they may have had
        10    related to ground water contamination by
        11    the chemical MTBE at one of their service
        12    stations?
        13          A.    No.
        14          Q.    Do you recall any other
        15    gasoline company that may not have been a
        16    member of the MTBE Committee providing
        17    you any information related to their
        18    experience of ground water contamination
        19    with MTBE at particular sites?
        20          A.    No.
        21          Q.    Do you recall as part of
        22    your role as executive director of MTBE
        23    Committee inquiring into the area of
        24    ground water contamination with respect
00126:01    to your member companies?
        02          A.    Yes, in the context of
        03    gathering data to be submitted in
        04    fulfillment of this data gap or in the
        05    context of the ITC requirement.
        06          Q.    And how did you do that?
        07          A.    We surveyed the members in
        08    terms of providing us as indicated in
        09    that telephone conversation that was
        10    summarized before with Beth Anderson.  We
        11    requested the companies to provide us
        12    with data.
        13          Q.    And did you contact each of
        14    the member companies to request that
        15    data?
        16          A.    Not personally.  If I
        17    recall, by mail.
        18          Q.    Okay.  And what do you
        19    recall receiving in return from the
        20    member companies by way of information
        21    related to ground water contamination?
        22          A.    I just recall various
        23    studies that had been undertaken by the
```

```
        24    companies which were in turn collated and
00127:01    submitted to the agency.
        02        Q.    Do you recall any of the
        03    companies informing you of specific
        04    examples of ground water contamination by
        05    MTBE that they may have experienced at
        06    service stations?
```

**72. PAGE 127:11 TO 127:20 (RUNNING 00:00:20.000)**

```
        11            THE WITNESS:  No, I don't
        12        recall.
        13    BY MR. SUMMY:
        14        Q.    Do you recall any of the
        15    member companies informing you that they
        16    had conducted internal studies related to
        17    MTBE and had determined that MTBE was
        18    more soluble than other gasoline
        19    components and it did not biodegrade like
        20    other gasoline components?
```

**73. PAGE 128:13 TO 128:16 (RUNNING 00:00:02.000)**

```
        13            THE WITNESS:  No.
        14    BY MR. SUMMY:
        15        Q.    They did not provide you
        16    that information?
```

**74. PAGE 129:03 TO 129:03 (RUNNING 00:00:00.000)**

```
        03            THE WITNESS:  No.
```

**75. PAGE 131:11 TO 131:20 (RUNNING 00:00:32.000)**

```
        11        Q.    Did any of the member
        12    companies inform you that they had been
        13    members of an MTBE task force associated
        14    with API, and that as a result of that
        15    membership, they had learned that at
        16    numerous service stations there had been
        17    releases of gasoline containing MTBE, and
        18    that MTBE migrated faster and further
        19    than other chemicals of gasoline?
        20        A.    No, I don't recall that.
```

**76. PAGE 133:11 TO 135:08 (RUNNING 00:02:03.000)**

```
        11        Q.    Did anyone at Exxon inform
        12    you in 1987 that they had learned from
        13    experiences in the early 1980 from a site
        14    in Thurmont, Maryland and another site in
        15    Jacksonville, Maryland that MTBE migrated
        16    faster and further than any other
        17    gasoline chemicals?
        18        A.    No.
        19        Q.    Did anyone at Exxon inform
        20    you that they had learned from their
        21    experiences in the early 1980's from
        22    releases from underground storage tanks
        23    that when the gasoline contained MTBE, it
        24    had a very low odor and taste threshold
00134:01    much more so than the BTEX chemicals?
        02        A.    No, I don't recall.
        03        Q.    Did anyone at Exxon inform
        04    you that they had learned from the early
        05    1980's from their leaking underground
        06    storage tanks that MTBE cannot be removed
        07    from water by carbon absorption?
        08        A.    No.
```

```
        09          Q.    Did anyone at Exxon inform
        10    you that based on an internal analysis
        11    that they had done that they estimated
        12    that if MTBE were placed in the stream of
        13    commerce, that it would contaminate three
        14    times as many ground water wells in the
        15    country?
        16          A.    No.
        17          Q.    Did anyone at Exxon ever
        18    inform you that based on an internal
        19    analysis they had conducted that they
        20    estimated that if MTBE were introduced
        21    into gasoline, that their number of
        22    leaking underground storage tank
        23    incidents would double or triple?
        24          A.    No.
  00135:01          Q.    Did anyone at Exxon inform
        02    you that they had conducted an internal
        03    analysis wherein an environmental
        04    committee recommended to the management
        05    of the company that MTBE not be placed in
        06    gasoline that would be delivered along
        07    the east coast?
        08          A.    No.
```

**77. PAGE 136:10 TO 137:10 (RUNNING 00:01:08.000)**

```
        10          Q.    Deposition Exhibit Number 13
        11    is a letter with an attachment.  The
        12    letter is from you, George Dominguez,
        13    executive director of the MTBE Committee
        14    to Dr. Beth Anderson with the EPA dated
        15    February 27th, 1987; correct?
        16          A.    Yes.
        17          Q.    And it says, As you know
        18    from our earlier conversations, the MTBE
        19    Committee has recently been formed and I
        20    am pleased to submit the attached
        21    statement on behalf of the Committee
        22    relative to the Federal Register
        23    announcement of the ITC's intention to
        24    designate MTBE for priority testing
  00137:01    consideration under the Toxic Substances
        02    Control Act (51 Federal Register 41417,
        03    November 14th, 1986).
        04          The submission is also
        05    intended to be responsive to discussions
        06    held at the December 16th focus meeting.
        07    Do you see that?
        08          A.    Yes.
        09          Q.    Who prepared the attachment
        10    that has a title of Comments of the MTBE
```

**78. PAGE 137:11 TO 137:13 (RUNNING 00:00:04.000)**

```
        11    Committee on the Interagency Testing
        12    Committee's Recommendations Concerning
        13    Methyl Tertiary Butyl Ether.
```

**79. PAGE 138:23 TO 140:14 (RUNNING 00:01:47.000)**

```
        23          THE WITNESS:  To the best of
        24    my recollection, that was prepared
  00139:01    by the committee, that is the MTBE
        02    testing task force
        03    representatives.  And then, I
        04    believe, it was finalized by
        05    counsel
```

```
        06   BY MR. SUMMY:
        07        Q.   By legal counsel?
        08        A.   Yes.
        09        Q.   Now, when you say it was
        10   prepared by the MTBE Committee, how would
        11   that have occurred?
        12        A.   They would have had a
        13   meeting and reviewed the various
        14   documents referred to in the appendices
        15   and drafted a summary conclusion
        16   predicated on that review.
        17        Q.   Now, this particular
        18   document was intended to answer the -- or
        19   respond to the concerns that were brought
        20   out by the EPA in the December 16th focus
        21   meeting related to MTBE ground water
        22   contamination; correct?
        23        A.   In part.  Yes.
        24        Q.   And is it your recollection
 00140:01   that the members of the MTBE Committee
        02   had the opportunity to review this
        03   document and make any changes they saw
        04   fit prior to it being sent to the EPA?
        05        A.   That is my recollection.
        06        Q.   Did you draft any portions
        07   of the comments?
        08        A.   I certainly drafted, as I
        09   recall, the cover letter, but I don't
        10   recall drafting the comments per se.  No.
        11        Q.   Now, if you look at the
        12   comments, I believe, Section II is
        13   entitled Occupational and Environmental
        14   Exposure.
```

**80. PAGE 141:04 TO 141:05 (RUNNING 00:00:08.000)**

```
        04        Q.   And if you look at page 12,
        05   13, and 14 of the comments.
```

**81. PAGE 142:01 TO 143:12 (RUNNING 00:01:08.000)**

```
 00142:01        Q.   Okay.  There is a section
        02   called MTBE in ground water?
        03        A.   Yes.
        04        Q.   Do you see that?
        05        A.   Yes.
        06        Q.   Who would have drafted that
        07   section?
        08        A.   I don't know specifically.
        09        Q.   Would it have been members
        10   of the MTBE Committee?
        11        A.   Oh, yes.  It would have been
        12   a member of the -- either the committee
        13   or the task force.  Yes.
        14        Q.   Okay.  And then on page 13,
        15   page 78, fax page up top, there's a
        16   section that goes from pages 13 to 14
        17   that deals with
        18   Biodegradation/Persistence.  Do you see
        19   that?
        20        A.   Yes.
        21        Q.   Who would have drafted that
        22   section of the paper?
        23        A.   Same answer.  It would have
        24   been a member of the task force.
 00143:01        Q.   Would you have had the
        02   expertise to draft those sections of the
        03   comments?
```

```
04            A.    No.  That's not my area of
05      expertise.
06            Q.    Would you have expected
07      members of the MTBE Committee in
08      preparing this document to respond to the
09      EPA's concerns to be forthcoming with
10      information and as accurate as possible?
11            A.    That would certainly be my
12      expectation.
```

**82. PAGE 145:04 TO 146:04  (RUNNING 00:01:25.000)**

```
04            Q.    After the comments that are
05      listed in Deposition Exhibit Number 13
06      were finalized by the MTBE Committee, you
07      would then take those comments, prepare
08      this cover letter and send it on to the
09      EPA?
10            A.    Yes.
11            Q.    Would the members of MTBE
12      Committee also get a copy of what you
13      sent to the EPA?
14            A.    Absolutely.
15            Q.    Now, after this document was
16      sent to the EPA on February 27th, 1987,
17      do you recall providing any other
18      information that related to the ground
19      water issue to the EPA?
20            A.    Not specifically, no.
21            Q.    Sir, based on your
22      recollection as to the final consent
23      agreement that was entered into by the
24      member companies and the EPA, did the EPA
00146:01      require any environmental monitoring or
02      testing of MTBE at manufacturing sites,
03      terminals, or service station sites?
04            A.    Not that I recall.
```

**83. PAGE 148:17 TO 149:02  (RUNNING 00:00:20.000)**

```
17            Q.    Do you recall any occasions
18      where any member of the committee
19      objected to the content of a document
20      being submitted to the EPA concerning
21      MTBE?
22            A.    No, I do not.
23            Q.    So, as best you can recall,
24      the industry was of one mind, at least
00149:01      concerning the documents that were
02      submitted to the EPA?
```

**84. PAGE 150:08 TO 150:19  (RUNNING 00:00:22.000)**

```
08                  THE WITNESS:  Well, it
09            represented the conclusions of
10            those who were members.  Beyond
11            that, I have none.
12      BY MR. MILLER:
13            Q.    Those are the companies that
14      you identified earlier in this
15      deposition; is that correct?
16            A.    Those are the companies that
17      I enumerated and were on the list that I
18      was shown from those that I could not
19      recall.
```

**85.  PAGE 153:21 TO 154:04  (RUNNING 00:00:14.000)**

```
          21          Q.    Sir, would the companies on
          22    this list on Exhibit 8 have been given
          23    the opportunity to attend the meeting and
          24    make any comments they wished?
00154:01          A.    Yes.
          02          Q.    And certainly several of
          03    them did attend and participate?
          04          A.    Yes.
```

**86.  PAGE 154:16 TO 155:20  (RUNNING 00:00:57.000)**

```
          16          Q.    Was it your practice to
          17    circulate a copy of the document that was
          18    being considered for submission to the
          19    EPA before it was submitted to that group
          20    to get any comments, corrections, or
          21    additions from committee members that
          22    were interested in participating?
          23          A.    Yes.
          24          Q.    Was it also your practice to
00155:01    circulate the final document that was
          02    sent to the EPA in to each of those
          03    members?
          04          A.    Yes.
          05          Q.    And do you recall any
          06    occasions where someone who failed to
          07    attend a meeting received a final version
          08    of a document and said we need to submit
          09    a correction?
          10          A.    No.  I have no recollection
          11    of that occurring.
          12          Q.    All right.  And at the time
          13    these documents were prepared, is it fair
          14    to say Exxon was the committee, sir?
          15          A.    Yes.
          16          Q.    ARCO?
          17          A.    Yes.
          18          Q.    Texaco?
          19          A.    Yes.
          20          Q.    Shell?
```

**87.  PAGE 155:21 TO 156:02  (RUNNING 00:00:10.000)**

```
          21          A.    Yes.
          22          Q.    And do you recall any of
          23    them objecting to the reports that were
          24    submitted to the EPA, any of the four
00156:01    companies I just mentioned?
          02          A.    No.
```

**88.  PAGE 156:19 TO 158:04  (RUNNING 00:01:12.000)**

```
          19          Q.    Do you have Exhibit 12
          20    before you?
          21          A.    Yes.
          22          Q.    And just so the record is
          23    clear, this is a submission to the EPA
          24    with a cover letter signed by
00157:01    Mr. Kilmartin; is that correct?
          02          A.    Yes.
          03          Q.    And he's from ARCO?
          04          A.    Yes.
          05          Q.    Was he an active participant
          06    in these committee meetings that we're
          07    talking about on behalf of his employer?
          08          A.    I don't remember him being
```

```
09   present at all the meetings.  He was
10   present at some.
11        Q.    Okay.  The third page of the
12   exhibit, if you could turn to that.
13        A.    Yes.
14        Q.    It has a list of data gaps?
15        A.    Yes.
16        Q.    Now, from your experience in
17   working with the EPA over the years,
18   could you explain what a data gap is?
19        A.    A data gap is information
20   which the agency feels is necessary for
21   them to assess the properties and
22   characteristics of the substance in
23   question.
24        Q.    This is a specific written
00158:01   request for information to fill a gap in
02   the information available to the EPA; is
03   that correct?
04        A.    Well, it can take that form.
```

**89.  PAGE 158:22 TO 159:15  (RUNNING 00:00:31.000)**

```
22        Q.    Do you see the list of data
23   gaps that's part of the exhibit?
24        A.    I do.
00159:01   Q.    Do you see one of the items
02   that concerns ground water?
03        A.    Yes.
04        Q.    Could you read it for the
05   record and then I'm going to ask you a
06   question about it, please?
07        A.    Certainly.
08              It's Item D, TRDB needs more
09   information on the presence and
10   persistence of MTBE in ground water.
11        Q.    Now, is that consistent with
12   your memory that when you interacted with
13   representatives of the EPA on MTBE, they
14   were asking for more information on
15   ground water?
```

**90.  PAGE 159:18 TO 162:04  (RUNNING 00:02:08.000)**

```
18              THE WITNESS:  Yes.
19   BY MR. MILLER:
20        Q.    And did you attempt through
21   contacts with committee members to obtain
22   any information they had on that subject?
23        A.    Yes.
24        Q.    And is it your understanding
00160:01   that from their participation, members of
02   the committee were aware that the EPA
03   wanted information on that subject?
04        A.    Yes.
05        Q.    Do you recall at any point
06   in time any representative of the EPA
07   saying that they had enough information
08   on the subject of MTBE in ground water
09   and didn't want any more?
10        A.    No.
11        Q.    Is it fair to say that
12   throughout the time that you worked with
13   the EPA, they were still seeking any
14   information that the committee had
15   available to it concerning MTBE and its
16   potential impacts on ground water?
17        A.    Yes.
```

```
18          Q.    Is it also fair to say that
19   if you had received data showing that
20   MTBE would adversely impact ground water,
21   you would have known that it would be
22   responsive to EPA request for information
23   that you had received?
24          A.    Yes.
00161:01        Q.    And you would have provided
02   that information had it been given to
03   you?
04          A.    I certainly would, on my own
05   behalf.
06          Q.    And the only reason you
07   didn't provide information of that type
08   is that you didn't have it; is that
09   correct?
10          A.    Yes.
11          Q.    Now, you were relying on
12   members of the committee to furnish you
13   with accurate information on that
14   subject; is that correct?
15          A.    Yes.
16          Q.    I want to contrast two
17   things.  I'm going to call gasoline
18   without MTBE conventional gasoline.  Are
19   you comfortable with that?
20          A.    Yes.
21          Q.    And I'm going to call
22   gasoline with MTBE, MTBE gas.  Okay?
23          A.    Clear.
24          Q.    Do you recall anyone who was
00162:01   a member of the committee advising you at
02   any time that MTBE gasoline created more
03   of a ground water contamination problem
04   than conventional gasoline?
```

**91.  PAGE 162:08 TO 165:02  (RUNNING 00:03:10.000)**

```
08          THE WITNESS:  No, I don't
09   have a recollection.
10   BY MR. MILLER:
11          Q.    Okay.  Let me show you
12   Exhibit 2, which is dated December 17,
13   1986.
14          A.    Okay.
15          Q.    Just so the record is clear,
16   could you identify the document, since we
17   haven't mentioned it in a while?
18          A.    Minutes for the Public Focus
19   Meeting for Methyl Tert-Butyl Ether
20   (MTBE) dated December 17, 1986.
21          Q.    If you look at the bottom of
22   the page of these minutes, it states --
23          A.    Yes?
24          Q.    "The industry
00163:01   representatives were encouraged to submit
02   supplemental information and the
03   mandatory 8(a) and 8(d) information for
04   the Agency's course setting process."
05          Do you see that?
06          A.    Yes.
07          Q.    Now, you're familiar with
08   the Toxic Substances Control Act from
09   your years of interaction with the EPA?
10          A.    Yes.
11          Q.    What does 8(a) and 8(d)
12   refer to?
```

```
13          A.    They refer to Section 8 of
14   the Toxic Substances Control Act.
15          Q.    And basically it's your
16   understanding that provides the EPA with
17   the legal authority to require companies
18   that have a particular product that
19   they're interested in to submit data?
20          A.    Yes.
21          Q.    Was it your understanding
22   that the submissions that we've talked
23   about in this deposition by the committee
24   were in part submissions under the Toxic
00164:01   Substances Control Act?
02          A.    Yes.
03          Q.    And is it your understanding
04   that any submissions about ground water
05   would be included within that particular
06   request for information I just quoted?
07          A.    Yes.
08          Q.    Now, if we turn to the
09   persons who attended that meeting, do you
10   see the sign-in sheet for the December
11   17, 1986, meeting?
12          A.    I do.
13          Q.    The first person listed as
14   signing in was Mr. Art Lington of Exxon
15   Corporation; correct?
16          A.    Yes.
17          Q.    The next person is Mr. James
18   DeJovine of ARCO Chemical; correct?
19          A.    Yes.
20          Q.    And then you're the third
21   person who signed, listing yourself as a
22   representative of the Oxygenated Fuels
23   Association?
24          A.    Yes.
00165:01          Q.    So you were present?
02          A.    Yes.
```

**92. PAGE 165:14 TO 166:01 (RUNNING 00:00:20.000)**

```
14          Q.    Does this appear to be a
15   sign-in sheet that you were asked to sign
16   at the time the meeting occurred?
17          A.    Yes.
18          Q.    And do you have any reason
19   to believe that anyone who signed in
20   didn't attend?
21          A.    No.
22          Q.    And that would include the
23   individuals we just went over; is that
24   correct?
00166:01          A.    Insofar as I know.
```

**93. PAGE 172:23 TO 173:04 (RUNNING 00:00:18.000)**

```
23          Q.    Do you recall that the task
24   force in its communications with the EPA
00173:01   took the position that MTBE was not a
02   persistent chemical in ground water?
03          A.    That's essentially the
04   position.  Yes.
```

**94. PAGE 178:14 TO 179:10 (RUNNING 00:01:00.000)**

```
14          Q.    Do you recall that it was
15   the MTBE's committee's position that MTBE
16   was not a serious threat to ground water
```

```
17   in the meetings with the EPA?
18        A.   Yes, in the context of its
19   not constituting a health or
20   environmental hazard.
21        Q.   All right.  Now, we've
22   previously gone over a document in the
23   form that the EPA apparently received it.
24   I want to return to that exhibit.  And I
00179:01  want to mark what may be an earlier draft
02   of at least part of the document as an
03   exhibit.
04            This document that I'm about
05   to mark is entitled Statement of MTBE
06   Committee Submitted to EPA, dated
07   February 27th, 1987.  It was produced to
08   us by Exxon in this form.  And it bears
09   your signature at the end, or at least
10   what appears to be your signature.
```

**95. PAGE 180:02 TO 183:13  (RUNNING 00:03:02.000)**

```
02        Q.   And just so the record is
03   clear, I provided you with an A version
04   of which exhibit?
05        A.   13.
06        Q.   So you have before you
07   Exhibit 13 and another exhibit marked
08   13a; is that correct?
09        A.   I do.
10        Q.   13a is new.  Can you tell me
11   if it appears to bear your signature at
12   the end?
13        A.   That is not my signature.
14   It was signed on my behalf.  It is not my
15   signature.
16        Q.   Does it look like your
17   secretary's version of your signature?
18        A.   Probably.
19        Q.   Okay.  Does this appear to
20   be an earlier version of the documents
21   submitted to the EPA since your secretary
22   signed it on your behalf and since the
23   version submitted to the EPA appears to
24   bear your signature, that is, Exhibit 13?
00181:01       A.   Yes.
02        Q.   Now, in this Exhibit 13a, if
03   you could turn to the conclusion.
04        A.   (Witness complies with
05   request.)
06        Q.   It states, "The following
07   discussion establishes --
08        A.   We're looking at 13 at this
09   juncture?
10            MR. THALER:  No.  13a versus
11   13.
12            THE WITNESS:  Okay.
13            MR. MILLER:  Yes.
14   BY MR. MILLER:
15        Q.   The following discussion
16   establishes that there is no evidence
17   that MTBE poses any significant risk of
18   harm to health or the environment.
19            Do you see that statement?
20        A.   I do.
21        Q.   And was that draft that we
22   just went over prepared for the purpose
23   of circulating it to members of the
```

```
        24   committee?
00182:01        A.    It was.
     02         Q.    And it would have been sent
     03   to them; is that correct?
     04         A.    Yes.
     05         Q.    This particular version was
     06   produced by Exxon.  Do you have any
     07   reason to believe they would not have
     08   received this draft version?
     09         A.    No reason to believe.
     10         Q.    All right.  Now, if we go to
     11   the final version submitted to the EPA,
     12   Exhibit 13, it also has a conclusion?
     13         A.    It does.
     14         Q.    And does it contain that
     15   same quoted statement, that MTBE does not
     16   pose any significant risk of harm to the
     17   environment?
     18         A.    It does.
     19         Q.    So no one asked you to
     20   change that sentence; is that correct?
     21         A.    Yes.
     22         Q.    It goes on to state in the
     23   same paragraph, Sufficient data exists to
     24   reasonably determine or predict that
00183:01   manufacture, processing, distribution,
     02   use and disposal of MTBE will not have an
     03   adverse affect on health or the
     04   environment, and that testing is
     05   therefore not needed to develop such
     06   data.
     07              Do you see that quote in
     08   13a, the draft?
     09         A.    Yes.
     10         Q.    And after you submitted it
     11   to members of the committee, did you make
     12   any change to that portion of the
     13   conclusion?
```

**96. PAGE 183:14 TO 184:06  (RUNNING 00:00:22.000)**

```
        14         A.    It appears to read the same.
     15   No changes.
     16         Q.    Okay.  So the version you
     17   submitted to the EPA contained the same
     18   statement; correct?
     19         A.    Yes.
     20         Q.    In the conclusion you start
     21   out with, the following discussion
     22   establishes that there is no evidence, et
     23   cetera.  Were you referring to the
     24   attachments?
00184:01        A.    Yes.
     02         Q.    And they were supplied by
     03   the committee?
     04         A.    Yes.
     05         Q.    Now, if we could turn to
     06   Exhibit 13b, please.  This version --
```

**97. PAGE 184:10 TO 184:12  (RUNNING 00:00:08.000)**

```
        10         Q.    This version has some of the
     11   attachments, apparently.  Is that your
     12   understanding?
```

**98. PAGE 184:13 TO 185:12  (RUNNING 00:00:54.000)**

```
        13         A.    But this isn't the same
```

14  document.  This is a transmittal of
15  studies.  It's not an earlier draft of 13
16  and 13a.
17      Q.    Okay.  Let's just take it a
18  step at a time then.  Look at 13b, on the
19  first page it's dated February 27, 1987;
20  correct?
21      A.    Yes.
22      Q.    And at the bottom there's a
23  signature.  Is that your signature or is
24  that your secretary's assistance?
00185:01      A.    That is my secretary's
02  assistance signature.
03      Q.    And does it appear therefore
04  that this version of the document would
05  have been generated by your office?
06      A.    Yes.
07      Q.    And then attached to it is
08  entitled Comments of the MTBE on the
09  Interagency Testing Committee's
10  Recommendations Concerning MTBE dated
11  February 27, 1987; correct?
12      A.    Yes.

**99.  PAGE 186:04 TO 189:02  (RUNNING 00:02:55.000)**

04      Q.    What I'm trying to find out
05  is if the attachments, the pages that
06  follow the word comments of the MTBE
07  Committee on the interagency testing
08  committee's recommendations concerning
09  MTBE within Exhibit 13b, whether or not
10  the pages that appear to come from have
11  come from the committee.
12      A.    The answer to that is yes.
13      Q.    And if you could turn --
14  you'll notice at the bottom of each page
15  there's a numbering system.  It begins
16  with TX for Texaco because it was
17  produced on their behalf.  And then the
18  number that I'm going to refer you to is
19  page number 048941.
20           Could you turn to that,
21  please?
22      A.    (Witness complies with
23  request.)
24           Yes.
00187:01      Q.    This document has two
02  bullets or points that are made; correct?
03      A.    Yes.
04      Q.    And the second one states,
05  MTBE/gasoline spill - excellent aerobic
06  biodegradability?
07      A.    Yes.
08      Q.    Did that come from you, that
09  statement or representation?
10      A.    No.
11      Q.    Is it your understanding it
12  came from the committee?
13      A.    Yes.
14      Q.    Now, what does that mean,
15  excellent aerobic biodegradability?
16      A.    It means, according to this
17  statement, that MTBE degrades readily --
18      Q.    So it --
19      A.    -- under aerobic conditions.
20      Q.    Okay.  So it wouldn't be a

```
21    persistent chemical, it would be one that
22    would break down?
23          A.    Yes.
24          Q.    And was it your
00188:01    understanding at the time that if a
02    chemical was persistent, it would
03    represent more of a threat to ground
04    water than one that was readily
05    biodegraded?
06          A.    Potentially.
07          Q.    Is it fair to say, sir, that
08    the communications by the industry group
09    that we've been calling the MTBE
10    Committee, that you were the executive
11    director of, in total assured the EPA
12    that based on information available to
13    industry, MTBE would not represent a
14    significant threat to ground water?
15          A.    The reason I hesitate in
16    that answer is I'm not sure what does
17    industry mean again in that context.  The
18    members of the association?
19          Q.    Yes.
20          A.    Yes.
21          Q.    So, in terms of the total
22    information that was provided through
23    that committee, it was represented that
24    MTBE would not pose a significant threat
00189:01    to ground water?
02          A.    Yes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:12:10.097)**

# EXHIBIT 2

Reply | Reply to all | Forward | | × | | Close | Help

| From: | Handel, Lauren [lhandel@mwe.com] | Sent: Thu 9/3/2009 7:19 PM |
|---|---|---|
| To: | Marnie Riddle | |
| Cc: | Vic Sher; Nick Campins; wstack@tmo.blackberry.net; Sacripanti, Peter; Pardo, James; Bongiorno, Anthony; Riccardulli, Stephen; Kalnins Temple, Jennifer | |
| Subject: | RE: City of NY v. Exxon: Dominguez deposition | |
| Attachments: | | |

View As Web Page

We object to the entirety of this deposition as irrelevant to any issue to be presented to the jury. The only possible relevance of Mr. Dominguez′s testimony is to Plaintiff′s TSCA claim. As the Court has decided, TSCA issues will be tried separately to the Court, not the jury.

In the event that the Court allows the testimony to be played to the jury, we note the additional objection at 131:11 - 131:20 was sustained by Special Master Hedges, subject to Plaintiff establishing a connection to relevant facts under Rule 104(b).

Also, if the Court allows the testimony to be played, the following counter-designations should be added for completeness:

75:22 - 76:3
80:9 - 80:19
101:17-19
119:23 - 120:2
120:21-22

Thank you.


* * * * * * * * * * * * * * * * * * * *
Lauren E. Handel
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Tel: 212.547.5631
Fax: 212.547.5444


-----Original Message-----
From: Marnie Riddle [mailto:mriddle@sherleff.com]
Sent: Thursday, September 03, 2009 12:50 PM
To: Handel, Lauren
Subject: City of NY v. Exxon: Dominguez deposition

Lauren,

Does Exxon have any counterdesignations to add to Mr. Dominguez′s testimony? Please let me know so I can convey that information to our video editor. Thank you.

Regards,
Marnie

*********************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private

communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
**********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

# EXHIBIT 3


6709476

Sep 15 2005
4:26PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re: Methyl Tertiary Butyl Ether ("MTBE")        MDL No. 1358
Products Liability Litigation                      Docket No. M21-88
                                                   Master File C.A. No.
                                                   1:00-1898 (SAS)

_____

**This document relates to the following cases:**

*American Distilling & Manufacturing Co., Inc. v. Amerada Hess Corp., et al.*, 04 Civ. 1719
*City of Galva, et al. v. Amerada Hess Corp., et al.*, 04 Civ. 1723
*City of New York v. Amerada Hess Corp., et al.*, 04-CV-03417
*Columbia Board of Education, et al. v. Amerada Hess Corp., et al.*, 04 Civ. 1716
*County of Suffolk v. Amerada Hess Corp., et al.*, 04 Civ. 5424
*Orange County Water District v. Unocal Corp., et al.*, No. 04 Civ. 4968
*Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.*, 04 Civ. 1718
*Town of East Hampton v. Amerada Hess Corp., et al.*, 04 Civ. 1720
*United Water Connecticut, Inc. v. Amerada Hess Corp., et al.*, 04 Civ. 1721
*United Water New York, Inc. v. Amerada Hess Corp., et al.*, 04-CV-2389

_____

## DEFENDANT EXXON MOBIL CORPORATION'S RESPONSE
## TO MEMBERSHIP CHART

Pursuant to the Court's directives at the hearing on August 12, 2005, Exxon Mobil Corporation ("ExxonMobil"), having made a good faith and diligent effort to ascertain the necessary information, hereby submits the following Response to the Membership Chart prepared by plaintiffs.

American Petroleum Institute ("API")

Exxon Company USA[1]          1975-1999
Exxon Mobil Corporation       2000-present
Mobil Oil Corporation[2]      1966-1999

---

[1] Exxon Company USA was an unincorporated division of Exxon Corporation.

[2] Although Mobil Corporation was identified on defendants' May 20, 2005 Disclosure Pursuant to April, 20, 2005 Order, ExxonMobil has been unable to identify any information regarding the dates Mobil Corporation was an official member of API.

Oxygenated Fuels Association ("OFA")

ExxonMobil (including its related entities) is not, nor has ever been, a member of OFA.

MTBE Committee

Exxon Chemical Company    1988-1995

Dated: New York, New York
       September 15, 2005

By: _____
    Peter John Sacripanti (PS 8968)
    James A. Pardo (JP 9018)
    Stephen J. Riccardulli (SR 7784)
    Jennifer N. Kalnins (JK 3274)
    **McDERMOTT WILL & EMERY LLP**
    50 Rockefeller Plaza
    New York, New York 10020
    (212) 547-5400
    (212) 547-5444 (Fax)

    *Attorneys for Exxon Mobil Corporation*

TO:    All Counsel via LexisNexis File and Serve

# EXHIBIT 4

# EXXON CHEMICAL AMERICAS



ENVIRONMENTAL AFFAIRS DEPARTMENT
C.T. SEAY
Manager

February 20, 1987

TSCA Public Information Office (TS-793)
Office of Pesticides and Toxic Substances
US Environmental Protection Agency
Room NE-G004
401 M Street, SW
Washington, D. C. 20460

<u>OPTS-41023A</u>

Dear Sir:

This letter is in reponse to the notice (52FR3343, February 3, 1987) on solicitation of parties interested in negotiations for testing of Methyl tert-butyl ether (CASRN 1634-04-4).

Exxon Chemical Americas is a member of the MTBE Committee which is affiliated with the Oxygenated Fuels Association. We are interested in developments related to the process, but in the spirit of simplicity, we will look to the MTBE Committee for keeping us informed. We therefore wish to ensure that Mr. George Dominquez of the MTBE Committee be kept apprised of all proceedings and developments concerning MTBE testing.

Very truly yours,

H. L. Hunter, Jr.

HLH:skm
cc: Dr. E. L. Anderson
bcc: R. A. Ganz
     J. A. Zboray
     D. D. Sigman

CHEMICALS-TSCA-00328

HLH:87(1)



# EXHIBIT 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————————————————— X

In re:  Methyl Tertiary Butyl Ether

("MTBE") Products Liability Litigation

————————————————————————————— X

Master File No. 1:00-1898

MDL No. 1358 (SAS)

M21-88

————————————————————————————— X

February 8th, 2007

** MAY CONTAIN CONFIDENTIAL TESTIMONY **


Oral deposition of ROBERT W.

BILES, Ph.D., AS 30(B)(6) REPRESENTATIVE OF

EXXONMOBIL CORPORATION, RE: TSCA, held in the

offices of ExxonMobil Corporation, 800 Bell

Street Houston, Texas, commencing at

10:08 a.m., on the above date, before

Michael E. Miller, Registered Merit Reporter

and Certified Realtime Reporter.

GOLKOW LITIGATION TECHNOLOGIES
1880 John F. Kennedy Boulevard
Suite 760
Philadelphia, Pennsylvania 19103
888.465.5698

1      Q.     Do you --

2      A.     Counselor, I'm going to

3  frustrate you, I'm sure, but this document

4  does not appear to be -- it has the

5  February 27th letter that does look familiar,

6  but the rest of this document doesn't look to

7  be a document that I remember reviewing after

8  trying to find it in our files.  Checking

9  with Information Services, they did not have

10  it.

11             MS. EVANGELISTI:  Let's go off

12         the record for a minute.

13             THE VIDEOGRAPHER:  Going off

14         the record.  The time is approximately

15         2:15.

16             (Discussion off the record.)

17             THE VIDEOGRAPHER:  Please stand

18         by.  We're back on the record.  The

19         time is approximately 2:17.

20  BY MS. EVANGELISTI:

21      Q.     Dr. Biles, we've established

22  that on or about September -- I'm sorry,

23  February 27th, 1987, a submission was made to

24  the EPA by George Dominguez on behalf of the

1    MTBE Committee.  We know that, right?

2         A.    Correct.

3         Q.    And you did your best to try to

4    track down the full copy of that submission,

5    but for whatever reason, you were unable to;

6    is that a fair?

7         A.    That is correct.

8         Q.    So we obtained this from the

9    EPA, "this" being Exhibit 21.  Reviewing this

10   document now -- I understand you haven't seen

11   the whole thing for the first time.  Flipping

12   through, would you agree with me that this is

13   likely the submission that we've been

14   referring to that was made to the EPA on

15   behalf of the members of the MTBE Committee

16   in the February 1987 time frame?

17        A.    The EPA has it.  It's likely

18   that it came -- Dr. Dominguez is apparently

19   communicating it, but I haven't read this.  I

20   haven't read it in detail.  It looks like

21   it's an extensive summary.

22             It's a written summary of

23   information that I know Dr. Lington had

24   already presented in the December 17, '86

1    meeting with the EPA, and I think

2    subsequently in the March 5th meeting with

3    EPA.

4         Q.    You have no reason to doubt

5    that this is not the MTBE submission that

6    we've been talking about, though, right?

7         A.    Well, I have no reason to doubt

8    that this was not a submission by

9    Mr. Dominguez to the EPA discussing the

10   health effects of MTBE with respect to the --

11   it says the ITC, I think.  I looked at the

12   top of it.  I might not be right.

13              "I'm pleased to submit the

14   attached statement on behalf of the Committee

15   relative to the Federal Register announcement

16   of the ITC's intention to designate MTBE for

17   priority testing."

18        Q.    And the last sentence of that

19   paragraph says, quote, "The submission is

20   also intended to be responsive to discussions

21   held at the December 16 focus meeting,"

22   correct?

23        A.    Yes.

24        Q.    So he's representing, on behalf

1    of the MTBE Committee, to the EPA that not

2    only are they going to make a statement on

3    behalf of the committee relative to the

4    Federal Register announcement, but

5    specifically that the submission is intended

6    to be responsive to the questions raised by

7    the EPA on the --

8         A.    At that meeting.

9         Q.    Okay.

10        A.    That is what it says, and it

11   also says that "We'd like to meet with your

12   staff on March 5th," and I do know of a

13   March 5th meeting that occurred.

14             So this does look to be written

15   detail -- and, again, I haven't seen it or

16   read it or judged the veracity, but that's

17   what it appears to be.

18        Q.    If you'll turn to the fourth

19   page of that document.

20        A.    Is the number at the bottom 725

21   or --

22        Q.    724.

23        A.    724?  Okay.

24        Q.    Sorry.

1          A.      Okay.

2          Q.      Under "Introduction," reviewing

3    that, would you agree that the MTBE Committee

4    in this statement is again reiterating that

5    it would "address environmental issues

6    relating to MTBE by collecting data from

7    member companies and other sources and

8    sponsoring programs to develop data

9    unavailable from other sources," and that it

10   would "make available" -- this is the third

11   bullet -- "to interested parties and the

12   general public technical and scientific

13   information relating to the use of MTBE in

14   fuel"?

15         A.      I -- I see that that's the

16   third bullet that you read.  I answered that

17   question earlier when we discussed this

18   portion, that the committee was dedicated to

19   working cooperatively with the government and

20   the public and be a source of information, so

21   yes.

22         Q.      If you'll look at the next

23   page, which ends in the Bates number 724 --

24         A.      724.  Okay.  Same page.

1          Q.     Second -- I'm sorry, 725.

2          A.     Okay.

3          Q.     The second paragraph states,

4     "In addition, Section III provides

5     information on the positive effects of air

6     quality of using MTBE as a fuel component, as

7     well as an analysis of the level at which

8     MTBE would be detected as a groundwater

9     contaminant in the event of an accidental

10    spill or leakage.

11                "We believe that the

12    information provided supports the conclusion

13    that MTBE does not represent a drinking water

14    hazard."  Do you see that?

15         A.     I do.

16         Q.     Would you agree -- sorry.

17         A.     With the exception you -- I

18    think you said Section III, but I think you

19    meant Section II.

20         Q.     Thank you for making that

21    clarification.

22         A.     Okay.  Minor.

23         Q.     Would you agree that in here,

24    he's representing to the EPA that in

1  Section II they would provide an analysis of

2  the level at which MTBE would be detected as

3  a groundwater contaminant in the event of an

4  accidental spill or leakage?

5      A.    It says "as well as an analysis

6  of the level at which MTBE would be detected

7  as a groundwater contaminant in the event of

8  an accidental spill or leakage."  It does say

9  that.

10     Q.    And would you also agree that

11 he, on behalf of the MTBE Committee and its

12 members, was representing to the EPA in

13 February of 1987 that MTBE does not represent

14 a drinking water hazard?

15     A.    The sentence in this letter

16 says that.  I did not have this letter to

17 review, to rebut or challenge that.

18           I personally might state that

19 that was too strong of wording.  It is in the

20 document.  The OFA was chartered to represent

21 Exxon in submissions.

22           I think this is possibly an

23 example of letters by committee or whatever

24 that may have been too strong, but it does

1    say, "We believe that the information

2    provided supports the conclusion that MTBE

3    does not represent a drinking water hazard."

4    Trying to decipher the intent and the depth

5    of that right now is speculation on my part.

6         Q.    What do you mean, "too strong

7    of a word"?  Which word?

8         A.    "Drinking water hazard."

9    "Hazard," we go into toxicology now and

10   industrial hygiene and epidemiology and

11   safety.  "Hazard" is a word that means

12   something that's harmful, potentially

13   harmful, depending on the exposure and the

14   amount.

15              I think everybody in this room

16   would agree that too much MTBE in drinking

17   water could be a hazard, so this sentence

18   is -- is not clear enough.

19              It's not -- it seems to -- you

20   know, without -- without reading the

21   document, I'd have to know what the document

22   was, and I'd have to -- I was not present at

23   the meetings with the EPA, so I cannot tell

24   you if OFA or whoever was present at the

1    meeting said, "We don't believe MTBE can be

2    considered a hazard in drinking water."  I

3    personally wouldn't have supported that.  I

4    don't believe Exxon or ExxonMobil would

5    support that.

6          Q.      How would you have phrased it?

7          A.      At the time, or in this letter?

8          Q.      Yes.

9          A.      Well, again, I haven't read the

10   document to know what is being said in here,

11   but I think if I was just looking at this

12   kind of a sentence, I would say, "We believe

13   the information provided should be sufficient

14   to support a conclusion that the hazard to

15   humans from drinking water contamination with

16   MTBE should be minimal."

17                 But, see, then I'd have to

18   qualify that based on all the organoleptic

19   properties of MTBE making drinking water

20   undrinkable at a high enough concentration,

21   and that concentration, that high enough

22   concentration, is still lower, much lower,

23   than the health effects levels that we know

24   of from our studies.

1          So I'm just saying I -- that's

2     what's written there, and all I can do is let

3     you know that that is written in the

4     document.

5          Q.     But you agree that this was

6     written and it was a statement made on behalf

7     of the members of the MTBE Committee,

8     including Exxon at that time?

9          A.     I would have to say that it was

10    represented by the Oxygenated Fuels

11    Association, and Exxon, we've established

12    Exxon was a member.

13         Q.     If you'll look at the next page

14    of that exhibit, which ends in Bates

15    number 726.  And so the record is clear and

16    since you've just seen this for the first

17    time, if you'll look at the following page,

18    there's a conclusion with some typing and a

19    signature.  That was the actual original page

20    of the submission.

21              And so the record is clear, the

22    page before that was actually put in, I

23    believe, by EPA because that next page was

24    not especially clear.  I can't --

1      A.      In other words, they retyped

2  this page.

3      Q.      Right.  So you can go off

4  whatever page you want to, but --

5      A.      Can you tell me if it's an

6  accurate --

7      Q.      I -- it's accurate, in my

8  opinion.  And I think you can actually read

9  it.  I can read it.  You can look along with

10  me, if you want to go on page 727.  If you

11  want to look at the actual page --

12      A.      Right, it's this one.

13      Q.      -- and then read along with me,

14  I think it's clear enough that you can read

15  along with me.

16      A.      Okay.

17      Q.      It says, "Conclusion:  The

18  following discussion establishes that there

19  is no evidence that MTBE poses any

20  significant risk of harm to health or the

21  environment, that human exposure to MTBE and

22  release of MTBE to the environment is

23  negligible, that sufficient data exists to

24  reasonably determine or protect -- predict

1    that manufacturing, processing, distribution,

2    use, and disposal of MTBE will not have an

3    adverse health effect" -- "health" -- I'm

4    sorry -- "not have an adverse effect on

5    health or the environment, and that testing

6    is therefore not needed to develop such data.

7                "Furthermore, issuance of a

8    test rule requiring long-term chronic testing

9    will have a significant adverse environmental

10   and economic impact."  Do you see that?

11        A.    I see that.

12        Q.    Aside from my tripping up, did

13   I read that accurately?

14        A.    You read it accurately.

15        Q.    At that time, being 1987,

16   February of 1987, did you agree that at that

17   time there was no evidence that MTBE posed

18   any significant risk of harm to health or the

19   environment?

20        A.    Counselor, again, we didn't --

21   I have not seen this document.  I believe, in

22   reading this right now, it overstates.  It

23   would not be -- that was certainly the way I

24   would communicate it.  I cannot tell you if

1    Dr. Lington reviewed this and agreed to this.

2              This does -- this does not

3    communicate what the record continues to say

4    subsequent to this.  It seems to be a -- it

5    seems to be an overstatement, in my opinion.

6         Q.    And likewise, at that time --

7    and we're looking only in February of 1987,

8    because that's when this was created.  Would

9    you agree that at that time, the members of

10   industry that did work on MTBE believed that

11   human exposure to MTBE and release of MTBE to

12   the environment was negligible?

13             THE WITNESS:  May I ask you to

14        restate that or say it again?

15             MS. EVANGELISTI:  I'll have him

16        read it.

17             (The following portion of the

18        record was read.)

19             "QUESTION:  And likewise, at

20        that time -- and we're looking only in

21        February of 1987, because that's when

22        this was created.  Would you agree

23        that at that time, the members of

24        industry that did work on MTBE

Robert W. Biles, Ph.D.

1        believed that human exposure to MTBE

2        and release of MTBE to the environment

3        was negligible?"

4        A.      You're asking a question about

5    release and exposure, and at this time, the

6    EPA was still asking us for information on

7    that subject, and trying to answer in that

8    time frame, I -- honestly, Counselor, I'd

9    have to read this document to see what the

10   basis is for making this statement and

11   talking about releases to the environment and

12   that being negligible.

13               And I need to quickly follow

14   up.  By me saying this and saying that this

15   statement may be a -- may be overly stated or

16   different than I would state it myself,

17   exposure information and documentation of

18   health effects, specifically documentation of

19   health effects with the exposure information

20   that's available, our industry clearly did

21   the testing in a negotiated manner with EPA

22   to develop it and came to conclusions of

23   safety to human workers -- to workers, sorry,

24   and the general public.

1            So without reading the text

2    here to back up what it says here, I'm just

3    not able to critique it.

4    BY MS. EVANGELISTI:

5        Q.    Would you agree that, first of

6    all, this conclusion is a summary of the

7    submission, that if one wanted to figure out

8    the crux of the submission as you would look

9    in an abstract for a scientific article, if

10   you're going to look at the crux of this

11   submission, you'd read the conclusion?  Is

12   that your understanding of this paragraph

13   here that we're reading?

14       A.    For me, I would read the

15   document.  I'd want to know -- as I read

16   this, I'd want to know what was the thinking

17   and all the supporting information that would

18   have drawn this kind of a statement.

19       Q.    But you would expect that the

20   conclusion would summarize the data

21   accurately?

22       A.    Well, again, I'm looking at

23   this in 2007 eyes, so I just cannot -- I

24   cannot answer that question.