

**Robert S. Chapman**

D: 310.201.7493
F: 310.201.2393
RChapman@GreenbergGlusker.com

September 11, 2009

<u>*Via Email and Hand Delivery*</u>

Hon. Shira A. Scheindlin
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *City of New York v. ExxonMobil*, 04 CV 3417 (SDNY)
             Limitations on Permissible Evidence Under Joint Pretrial Order

Dear Judge Scheindlin:

As we mentioned to counsel for ExxonMobil last week and as recently as yesterday, the City believes that there are limitations on the statute of limitations evidence given the stipulation of the parties in the Joint Pretrial Order concerning dates and levels of MTBE detections in the City's wells. Only two of the wells had detections outside of the statute of limitations period, as set forth in paragraphs 102, 105, 108, 111, 112, and 119 of the June 26, 2009 stipulation.

Respectfully Submitted,

*[signature: Robert Chapman by SMT]*

Robert S. Chapman

cc: Counsel for ExxonMobil via email

Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067
T: 310.553.3610 | F: 310.553.0687

GreenbergGlusker.com