

27464166
Oct  8 2009
11:23AM

# EXHIBIT 2

Dockets.Justia.com

# OXYGENATE STRATEGY REVIEW
## May 19, 1995

- Oxygenate Use Overview
- Health Effects
- Groundwater concerns
- Fuel Performance Issues

EXXON PROPRIETARY

Maddox
Exhibit No. 12
8.22.07 C. PERKS

EX1 011225

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001686

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001687

EX1 011226

# BACKGROUND OF OXYGENATE USE

MTBE has been used for octane enhancement since the late 1970s; Ethanol is also widely used in gasoline

### Annual Average Oxygenate Component Use (kB/D)

| Year | MTBE | Ethanol | TAME | ETBE |
|------|------|---------|------|------|
| '94 | 139 | 79 | 9 | 1 |
| '95 (Est.) | 208 | 75 | 18 | 3 |

EPA Clean Air Act "substantially similar" waiver allows up to 2.7 wt% ethers and 3.5 wt% ethanol

The 1990 CAA Amendments added two provisions requiring oxygenate use

- In 38 carbon monoxide nonattainment areas, fuel containing 2.7% oxygen is mandated for wintertime use [*handwritten: 4.2 originally, 28 met CO reqt, List winter*] [*handwritten: .5% vol % mtbe*]
  + Engine data showed lower CO when oxygen is added to the fuel; 2.7% requirement was a political compromise
  + Nearly three-fourths of the areas have reached attainment; anticipate that the number of CO nonattainment areas will continue to drop
- In nine areas of severe ozone nonattainment, reformulated gasoline containing 2.0% oxygen was required for year-round use
  + Oxygenate does provide octane benefits and marginal help in meeting other RFG requirements [*handwritten: e.g. toxics, .12 ppm ozone*]

# BACKGROUND OF OXYGENATE USE (CONT'D)

Oxygenated gasolines account for about 35% of 1995 estimated demand

### ANNUAL AVERAGE GASOLINE USE (kBD)

|      | Conventional |         | RFG          |              |
|------|--------------|---------|--------------|--------------|
|      |              | With $O_2$ | With 2.7% $O_2$ | With 2.0% $O_2$ |
| '94  | 6600         | 1000    | --           | --           |
| '95  | 5000         | 400     | 600          | 1700         |

2.7 -> 2.0% (winter)

EUSA Strategy
- Oppose any use-bans; emphasize importance of flexibility to use oxygenates
- Do not oppose wintertime oxygenate program at 2.0% for CO nonattainment areas

-2-

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001689

EX1 011228

# HEALTH EFFECTS OF OXYGENATES



Handwritten notes in box:
- MTBE
- Ethanol
- DiPE
- TAME
- ETBE
- oxidational

Other handwritten: "140 - organics", "testing cost $100k", "5 yrs. exhaust vapors"

- MTBE is the most extensively tested oxygenate
  - Limited data is available on other oxygenates
  - Ethanol oral exposure data exists
  - Other ethers expected to have similar effects to MTBE

- Extensive MTBE inhalation testing generally found low toxicity
  - EPA currently classifies MTBE as a possible human carcinogen
  - An oral study in Italy found unexpected results--leukemia, etc.
    + Received much press coverage and support from MTBE opponents
    + Since study has not been peer reviewed, scientific community has been reluctant to accept its conclusions

- Oxygenated Fuels Association (OFA) planning 2M$ program to resolve remaining chronic effects questions     [handwritten: EPSI - XOM will participate]
    + Relevance of kidney tumors to humans
    + Significance of mouse liver and testicular tumors

- EPA is seeking additional chronic effects testing
  - Ethanol, MTBE, TAME, ETBE, DIPE, TBA in fuel will be tested as part of CAA 211(b) exhaust and evaporative emissions testing requirements
  - Consortium formed at API to conduct limited TAME testing ($2M) under negotiated consent agreement. During negotiations, EPA agreed carcinogenicity study not needed. EPA now indicating that they may require this study. API views EPA's desire as "box checking"

# HEALTH EFFECTS OF OXYGENATES (CONT'D)

- While EPA is planning a TSCA test rule for ETBE, plans for testing other oxygenates are uncertain

- Complaints associated with MTBE have been related to effects, such as headaches, dizziness, nausea, not addressed in animal studies
  - Exposures of employees and consumers to the oxygenates are generally low
    + API has a fairly good data base on MTBE exposures with conventional fuel and oxygenated fuel; data is limited for RFG
    + The data on the other oxygenates is limited due to their low use
    + Exposures frequently above the odor thresholds for the oxygenates

- Controlled human exposure studies have been conducted on MTBE at low concentrations
  + Generally found no acute effects
  + Study population limited to young, healthy volunteers; may not be representative of sensitive subpopulations
  + EPA considering conducting additional chamber studies of MTBE at various operating conditions
  + Studies of other oxygenates are unlikely due to lack of toxicity data

- EPA is developing a plan for an epidemiology study of communities using MTBE/oxygenated fuel; API has provided some input to the design but thus far is unwilling to participate further.

-2-

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

EX1 011229

XOM-MT01732-001690

XOM-MT01732-001691

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

# HEALTH EFFECTS OF OXYGENATES (CONT'D)

- OFA (led by ARCO Chemicals) continues to be willing to conduct studies necessary to defend MTBE

  - Both API and OFA consider oxygenates safe at the exposures the public and employees see
  - API is working with OFA to ensure a coordinated public response on carcinogenicity questions but maintains resolution is manufacturers' responsibility
  - API may conduct additional exposure studies on oxygenated fuels as part of their product stewardship program

EUSA Strategy

- Continue to support API/OFA in dealing with the public
- Support additional human chamber studies to determine whether sensitive subpopulations exist and whether odor or other biological effects are cause of complaints
- Consider participation in necessary studies to understand the risks of exposure to oxygenates that we manufacture, consistent with our Toxics Ethics policy. This includes:
  + Resolving MTBE carcinogenicity questions via participation in OFA study.
  + Continuing participation in TAME testing consortium.
  + Review existing employee exposure data and conduct additional exposure assessments if appropriate.
- Resist participation in studies that are merely "box checking" exercises for EPA, such as the TAME carcinogenicity studies

# GROUNDWATER ISSUES WITH OXYGENATES

US Geological Service recently released report identifying MTBE as the second most common groundwater contaminant in their recent study

- 23 of 29 wells in the Denver area had some level of MTBE
- MTBE also found in snow pack

Questions raised by USGS report

- What is the source of MTBE in groundwater?
- What is the source of MTBE in snowpack?
- Does this data raise new health concerns?

Little data available on extent of other oxygenates in groundwater

Natural degradation of ethers in groundwater is slow

- Typical groundwater treatment is currently air stripping
- Enhanced biodegradation may be feasible

EUSA strategy

- Continue to monitor data on MTBE in groundwater
- Seek API review of existing documentation on fate and effects of MTBE in the environment

XOM-MT01732-001692

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

# FUEL PERFORMANCE ISSUES

- Recent consumer concerns about excessive fuel economy loss (up to 20%) and small engine performance have been resolved
    - Recent independent fleet measurements by API and EPA confirm 2-4% loss in economy; equal to predicted value
    - Operating small engines at full throttle may increase operating temperatures
    - ECA Paramins chain saw tests with MTBE fuel identified no problems. Ethanol blends had some increased tendency for phase separation in two-cycle engines
    - Portable Power Equipment Manufacturers Association recent press releases in Wisconsin support RFG as an acceptable fuel

- Materials compatibility questions for the most part have been or can be resolved
    - Claims by Nissan indicated that there may be fuel injector component problems in older vehicles with high mileage attributable to MTBE
    - Chevron indicated that there were possible materials problems with the use of RFG
    - Use of MTBE in gasoline for approximately ten years and at high concentrations (around 2%) for about five years have not led to any significant findings to support any claims. 10% MTBE Denver - Winter 10.
    - API surveyed member companies to identify experience with elastomers and polymers used in pipelines and terminals with oxy fuels
    - Exhaustive review of available materials compatibility data by EUSA/ERE does not indicate any product stewardship concerns that need to be addressed

- EUSA/ERE will continue to monitor developments in this area

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001693

EX1 011232