

27464166
Oct  8 2009
11:23AM

# EXHIBIT 6

```
From: MKTCP1   --HOURCCI                  Date and time    11/21/97 08:32:51
To:   JSCARTE  --AMERICAS CARTER, J.S.
cc:   LMFREZZ  --AMERICAS FREZZA, L.M.    RRPALME --AMERICAS PALMER, R.R.
      CDSTEVE  --AMERICAS STEVENS, C.D.   MKTWDD  --HOURCCI  DERMOTT, W.D.
```

From: Craig Knoeller              PH: 656-2880  FAX:656-2179
Mktg L&RA State/Environmental     Exxon Building RM 2659F
Subject: Emerging Product Quality Issues - MTBE

Results of 2Q/3Q97 work by Santa Clara (San Jose) Water District indicate that 88% of contaminated (existing cases) sites that look for MTBE find it.

Average cost to cleanup this MTBE is estimated at $250K (5-8 yrs work; 35ppb). We point out that even at an existing site the MTBE plume is often very different from the BTEX plume and will probably involve a new investigation, CAP and implementation plan, in short, it is like opening another case at the same site.

We have about 2300 active case sites. If we expect the California rules to spread across the nation requiring us to look for MTBE at all these sites (and we do) a very rough cost estimate for cleanup is:

2300 * .88 * $.25MM = $500MM

This does not include any estimate for potential litigation - which in the case of water supplies (worst case - class action type) could be very substantial.

Thanx, Craig

CONFIDENTIAL

MDL1358  EM0015064