

27464166

Oct 8 2009
11:23AM

# EXHIBIT 15

Dockets.Justia.com

April 19, 1985

TO:    Mr. J. M. M. Mixter

FROM:  B. J. Mickelson *B.J. Mickelson*

SUBJECT: Introduction of Methyl Tertiary Butyl Ether (MTBE) in the Texas
Eastern Transmission, Jacksonville, Florida; Charlston, South
Carolina; and Wilmington, North Carolina Areas

As stated in previous memos dated February 22, 1985, and August 23, 1984,
(attached) the inclusion of MTBE in Exxon gasoline is of concern as an
incremental environmental risk for four reasons.

- MTBE has a much higher aqueous solubility than other soluble gasoline
  components, such as Benzene;

- MTBE has a lower taste and odor threshold than other soluble gasoline
  components;

- MTBE has a higher differential transport rate than other soluble gasoline
  components;

- MTBE unlike Benzene, Toluene and Xylene cannot be removed from solution to
  below detectable levels by carbon adsorbtion and must be treated by more
  complicated and expensive air stripping columns.

As a result we recommend that from an environmental risk point of view MTBE
not be considered as an additive to Exxon gasolines on a blanket basis
throughout the United States.

However, on an area-by-area basis the risks to the environment differ. As
stated previously, in the Texas Pipeline system, we have experienced no known
drinking water contamination incidents. This favorable incident record is a
result of geohydrologic factors such as depth to potable aquifers, overlying
confining layers, and cultural factors such as public utility districts
supplying drinking water limiting the number of wells which could be impacted
by a spill. Therefore, we saw no overriding reason to and did not recommend
against the addition of MTBE in the Texas Pipeline system.

The mitigating factors which reduce the risks associated with the addition of
MTBE in the Texas Pipeline System do not exist in other areas of the country
where we market. From an environmental risk point of view we recommend
against introducing MTBE into the Texas Eastern Transmission system and the
South East Atlantic Coast.

As we have previously discussed we cannot estimate incremental cost
associated with the introduction of MTBE without a contamination impact study
on the proposed markets for possible MTBE usage. Real Estate and
Engineering, Environmental Engineering does not have sufficient technical
manpower in-house to complete a nationwide risk assessment by year-end 1985.



EX EnFI 0005¢
CONFIDENTIAL - FOR USE IN LITIGATION SOLELY



Dugan (warnings)
Exhibit 9
3-8-07
Susan Perry Miller, RDR, CRR, CBC

In order to provide a nationwide risk assessment it would be necessary to contract with an outside consulting firm or an affiliate such as Exxon Production Research Company. Completion of a nationwide risk assessment would require at least six months.

BJH-4664g

c: A. L. Decker
   R. R. Eaton
   W. E. Gattis

EX EnFI 0005?
CONFIDENTIAL - FOR USE IN LITIGATION SOLELY