

27464166
Oct 8 2009
11:23AM

# EXHIBIT 17

| From: | W.B. (Buford) Lewis |
|---|---|
| Sent: | 12/14/2000 10:22:00 PM |
| To: | Brian M Harney |
| Cc: | John H Medley; Norman J Novick; J.A.(Jim) Burton; Tom R. Eizember |
| Subject: | RE: By-Product Ethers |
| Folder: | MTBE 040115 |

Brian, I cannot say it better or add anything to what Tom has said.
Regards,
Buford Lewis
ExxonMobil

R&S Global Planning Support
3225 Gallows Road, Fairfax VA 22037-0001
Phone: (703) 846-3313, Fax (703) 846-7345
E-Mail; Buford.Lewis@exxon.com

-----Original Message-----
From:
Eizember, Tom R.
Sent:
Thursday, December 14, 2000 1:44 PM
To:
Harney, Brian M
Cc:
Medley, John H; Novick, Norman J; Lewis, W.B. (Buford); Burton, J.A.(Jim)
Subject:
RE: By-Product Ethers

At this point, Americas Refining has no plans to voluntarily eliminate MTBE or other ethers from domestic gasoline production. Rather, elimination is expected to be driven by legal requirements, such as California's ban effective YE 2002. California has specified a de minimus level of MTBE as 500 ppm; as I recall, the ECA byproducts at Baton Rouge would yield an oxygenate level above this. An alternative regulatory approach that might be taken would be the "no intentional addition" requirement like that imposed for lead or heavy metals in federal/EPA requirements. Grandfathering historical addition is not consistent with the regulators' concept of eliminating ethers from gasoline.

As for the rest of the country, politics are in turmoil, and guessing when federal ether ban legislation might be enacted would be exactly that - guessing. We doubt (but do not guarantee) that any federal ban legislation would take effect before 2004. Some areas of the northeast may adopt regional bans effective 2003-4.

-----Original Message-----
From:
Harney, Brian M
Sent:
Monday, December 11, 2000 10:18 AM
To:
Lewis, W.B. (Buford); Eizember, Tom R.
Cc:
Medley, John H; Novick, Norman J
Subject:
By-Product Ethers

Buford/Tom
See Jim Burton's comments below on ethers in the BR mogas pool, esp the grandfathering item.
As you know, the MTBE Task Force has been looking at this issue since Chemicals has been seeking



MDL1358-XOM-DTU-0020553

guidance on this.

While theTF can provide its views, this may not be a TF issue, but a Refining issue since up to Refining to comply with the MTBE position and guidance that has been endorsed by R&S Management. I guess my view is that Refining Planning should be providing guidance to Chemicals on when the return stream is to be reduced/eliminated.

Your thoughts?

In the meanwhile, we're looking at how states define the max MTBE concentrations that are allowed when they "ban" MTBE.

Brian

---------------------

Forwarded by Brian M Harney/Fairfax/Mobil-Notes on 12/11/2000 09:56 AM

---------------------

From: J.A.(Jim) Burton/jaburto/Americas/Exxon@c-Americas2 on 12/04/2000 10:33 AM CST

To:
Brian M Harney/Fairfax/Mobil-Notes@Mobil

cc:
J.A.(Jim) Burton/jaburto/Americas/Exxon@c-Americas2, J.W.(John) Gunter/jwgunte/Americas/Exxon@c-Americas4

Subject:
By-Product Ethers

Brian - wanted to give you a quick update on our efforts around by-product ethers into mogas at Baton Rouge. Have used the attached in internal discussions as a summary of current regulatory status and of what our actions should be in the business. we are planning on a business framing session in January to identify key boundaries around options for getting ethers out of mogas. As you and your group continue discussions around regulations, timing, and other aspects, please keep me posted. We will also get plugged into what is happening on the refining side at Baton Rouge.

It looks like we have cost-effective options for removing the by-product ether of IPA production from mogas. However, the by-product from MEK production (which is composed of a mix of secondary-butyl-ether [SBE] and a di-C4-olefin [ie, a C8 olefin]) is a tougher beast to deal with. My business will identify options for dealing with the MEK by-product as well, but I would like to test more vigorously the possibility of grandfathering the MEK by-product in mogas. Grandfathering was not given much of a possibility during the conference call with your group that I participated in. How can we pursue this option? What's the process?

<< File: EtherDisposition1.doc >>