

27464166
Oct 8 2009
11:23AM

# EXHIBIT 18

ExxonMobil Proprietary

Refining & Supply Planning
02/02/2001

CA ban by 2005 12/31/02
NY ban by 2004 1/1/04
CT 10/1/2003

# USGC MTBE PHASE OUT ASSESSMENT

&

# SCOPING OF POTENTIAL ETHANOL LEGISLATIVE PROPOSALS

Exhibit No. 31
8-22-67 C. PERKS

CONFIDENTIAL MATERIALS
per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038713

# USGC MTBE PHASE OUT ASSESSMENT
## KEY OUTCOMES

- MTBE removal from mogas would be costly for XOM
  - Total USGC margin impact (3 refineries) estimated at 50-100 M$/YR primarily due to octane loss

- Options to minimize/mitigate octane/margin impact of MTBE phase out identified
  - Ethanol blending, with continued oxygen mandate, reduces octane shortfall; RVP impact manageable
  - Conversion of MTBE units to isooctene would further reduce/eliminate octane shortfall
  - Ethanol/isooctene complimentary steps -- not necessarily in competition

- In all cases examined, MTBE ban without oxygenate mandate is better for XOM

- Producibility of mogas in USGC refineries can be maintained at roughly current rates with MTBE ban through ethanol/isooctene steps

- With no oxygenate or ethanol mandate, ethanol is rarely imported into the USGC gasoline blending pool in summer

- 3 vol % ethanol mandate on total corporate mogas results in USGC margin loss
  - 2 vol% ethanol mandate can probably be contained at Joliet/Torrance without major debits

- Any potential ethanol/oxygenate mandate should provide maximum flexibility (annual balancing, no specific location, etc.)

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038714

**ExxonMobil Proprietary**

Refining & Supply Planning
02/02/2001

**Backup Data**

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038715

# USGC MTBE PHASE OUT ASSESSMENT
## BUSINESS STRATEGY STUDY APPROACH

- Assessed potential scenarios for gasoline blending.
  1. Oxygen mandate with no ether ban (Base Case).
  2. Oxygen mandate with ether ban (ethanol assumed to be the only viable oxygenate).
  3. No oxygen mandate with ether ban.

- Basis assumptions
  - Low Sulfur Mogas (30 ppm) in place.
  - Flexible raw material/product slates and unit rates.
  - 2000 COP Prices for 2005 (UR $20.3/B, Octane $0.35/OIB, RFG Premium 1.8 cpg).
  - Ethanol blending assumed to be downstream of refineries; economics evaluated using subsidized price.
  - MTBE unit conversion for Isooctene production using Snamprogetti technology.

- In a separate assessment evaluated potential scenarios for ethanol gasoline blends.
  1. Ethanol mandate of 3.3% of total corporate mogas pool, with no oxygenate mandate
  2. Oxygen mandate with different amounts of ethanol blended into mogas, volumes per tax regulations

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038716

# USGC MTBE PHASE OUT ASSESSMENT
## BAYTOWN SCOPING RESULTS

| Scenario | 1 | 2 | | | | 3 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current | Ether Ban/O2 Mandate | | | | Ether Ban/No O2 Mandate | | | |
| | Base | No Inv./No RFG | EtOH Only | Isooctene | Alky Exp. | No Inv. | Isooctene | Alky Exp. |
| Mogas, kBD | 249 | 231 | 236 | 239 | 243 | 233 | 240 | 240 |
| % RFG | 45 | 0 | 36 | 36 | 35 | 48 | 50 | 50 |
| % UP | 19 | 10 | 14 | 20 | 19 | 11 | 15 | 16 |
| Components, kBD | | | | | | | | |
| MTBE | 13 | -- | -- | -- | -- | -- | -- | -- |
| Ethanol | -- | -- | 5 | 5 | 5 | -- | -- | -- |
| Isooctene | -- | -- | -- | 6 | -- | -- | 6 | -- |
| Alkylate | 33 | 35 | 36 | 35 | 47 | 36 | 35 | 47 |
| Investment, $M | Base | Base | 5 | 30 | 135 | Base | 25 | 130 |
| Net Cash Margin, $M/Y | | | | | | | | |
| vs Base | Base | (31) | (34) | (12) | (12) | (18) | 11 | 10 |
| vs No Investment | -- | Base | (3) | 19 | 19 | Base | 29 | 28 |
| vs Lower Cost Option | -- | -- | (3) | 22 | 0 | -- | 29 | (1) |
| Indicative DCF, % | | | | | | | | |
| vs No Investment | -- | -- | 0 | 45 | 5 | -- | 80 | 15 |
| vs Lower Cost Option | -- | -- | 0 | 55 | 0 | -- | 80 | 0 |
| Cost vs Base, cpg | -- | 0.9 | 1.0 | 0.6 | 1.4 | 0.5 | (0.1) | 0.8 |

- All cases able to economically maintain base crude/cat rates and aromatics sales.
- Isooctene purchase, to increase UP producibility, breakeven price ~$31/B; toluene uneconomic/blending limited.
- Grassroots alky expansion unattractive vs isooctene; low cost alky debottleneck potentially economic.
- Ethanol price/RFG premium parity an issue.

Refining & Supply Planning
02/02/2001

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038717

# USGC MTBE PHASE OUT ASSESSMENT
## BATON ROUGE SCOPING RESULTS

ExxonMobil Proprietary

| Scenario | 1 Current | 2 Ether Ban/O2 Mandate | | | | 3 Ether Ban/No O2 Mandate | | |
|---|---|---|---|---|---|---|---|---|
| | Base | No Inv./No RFG | EtOH Only | Isooctene | Alky Exp | No Inv. | Isooctene | Alky Exp. |
| Mogas, kBD | 220 | 220 | 220 | 218 | 224 | 215 | 214 | 221 |
| % RFG | 45 | 0 | 45 | 46 | 45 | 46 | 47 | 45 |
| % UP | 25 | 5 | 17 | 25 | 22 | 7 | 16 | 13 |
| Components, kBD | | | | | | | | |
| MTBE | 12 | -- | -- | -- | -- | -- | -- | -- |
| Ethanol | -- | -- | 5 | 5 | 5 | -- | -- | -- |
| Isooctene | -- | -- | -- | 6 | -- | -- | 6 | -- |
| Alkylate | 35 | 35 | 35 | 34 | 45 | 35 | 34 | 45 |
| Investment, $M | Base | Base | 5 | 30 | 130 | Base | 25 | 125 |
| Net Cash Margin, $M/Y | | | | | | | | |
| vs Base | Base | (62) | (45) | (13) | (18) | (38) | (7) | (12) |
| vs No Investment | -- | Base | 17 | 49 | 44 | Base | 31 | 26 |
| vs Lower Cost Option | -- | -- | 17 | 32 | (5) | -- | 31 | (5) |
| Indicative DCF, % | | | | | | | | |
| vs No Investment | -- | -- | 100+ | 100+ | 25 | -- | 80 | 15 |
| vs Lower Cost Option | -- | -- | 100+ | 85 | 0 | -- | 80 | 0 |
| Cost vs Base, cpg | -- | 1.8 | 1.4 | 0.7 | 1.7 | 1.2 | 0.5 | 1.5 |

- All cases able to economically maintain base crude/cat rates and aromatics sales.
- Isooctene purchase, to increase UP producibility, breakeven price ~$27/B; toluene uneconomic/blending limited.
- Grassroots alky expansion unattractive vs Isooctene; low cost alky debottleneck potentially economic.
- Ethanol price/RFG premium parity an issue.

Refining & Supply Planning
02/02/2001

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038718

# USGC MTBE PHASE OUT ASSESSMENT
## BEAUMONT SCOPING RESULTS

| Scenario | 1 Current | 2 Ether Ban/O2 Mandate | | | | 3 Ether Ban/No O2 Mandate | | |
|---|---|---|---|---|---|---|---|---|
| | Base | No Inv./No RFG | EtOH Only | Isooctene | Alky Exp | No Inv. | Isooctene | Alky Exp |
| Mogas, kBD | 205 | 208 | 206 | 206 | 208 | 211 | 209 | 212 |
| % RFG | 26 | 0 | 23 | 23 | 23 | 11 | 11 | 11 |
| % UP | 58 | 30 | 27 | 36 | 30 | 25 | 34 | 28 |
| Components, kBD | | | | | | | | |
| MTBE | 14 | -- | -- | -- | -- | -- | -- | -- |
| Ethanol | -- | -- | 3 | 3 | 3 | -- | -- | -- |
| Isooctene | -- | -- | -- | 3 | -- | -- | 3 | -- |
| Alkylate | 15 | 15 | 16 | 14 | 18 | 15 | 13 | 18 |
| Investment, $M | Base | Base | 5 | 20 | 65 | Base | 15 | 60 |
| Net Cash Margin, $M/Y | | | | | | | | |
| vs Base | Base | (24) | (26) | (14) | (14) | (19) | (8) | (11) |
| vs No Investment | -- | Base | (2) | 10 | 10 | Base | 11 | 8 |
| vs Lower Cost Option | -- | -- | (2) | 12 | 0 | -- | 11 | (3) |
| Indicative DCF, % | | | | | | | | |
| vs No Investment | -- | -- | 0 | 35 | 5 | -- | 50 | 5 |
| vs Lower Cost Option | -- | -- | 0 | 55 | 0 | -- | 50 | 0 |
| Cost vs Base, cpg | -- | 0.8 | 0.9 | 0.6 | 1.1 | 0.6 | 0.4 | 0.9 |

- All cases able to economically maintain base crude/cat rates and aromatics sales; mogas producibility increase by imported natural gasoline to increase UP producibility, breakeven price ~$30/B; toluene uneconomic/blending limited.
- Isooctene purchase, to increase UP producibility, breakeven price ~$30/B; toluene uneconomic/blending limited.
- Grassroots alky expansion unattractive vs Isooctene; low cost alky debottleneck potentially economic.
- Ethanol price/RFG premium parity an issue.

Refining & Supply Planning
02/02/2001

CONFIDENTIAL MATERIALS
(per 2004 MDL 1358 Order) -- FOR OUTSIDE COUNSEL ONLY

XOM-MDL1358hExxonDTU-0038719