

27464166
Oct 8 2009
11:23AM

# EXHIBIT 1

South Tahoe PUD Litigation
# Exxon Site/MTBE Mitigation



| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| None Listed, NJ | 415 Kennedy Mem | 1990 | N | EX 4S 004859 - 4867 | 2 |
| Absecon, NJ | Route 9 & White Horse Pike (Route 30) | 1989 | Y | EX 4S 000616 - 714 | 1 |
| Ahoskie, NC | None Listed | 1987 | N | EX 4S 009174 - 9192 | 5 |
| Allandale, NJ | Myrtle Ave. | 1983 | Y | EX 4S 009852 - 9866 | 6 |
| Allendale, NJ | 41 Myrtle Avenue | 1983 | N | EX 4S 000536 - 615 | 1 |
| Allendale, NJ | 41 Myrtle Avenue | 1989 | Y | EX 4S 013063 - 13083 | 8 |
| Asheville, NC | 1129 Patton Avenue | 1988 | N | EX 4S 008989 - 9173 | 5 |
| Ashville, NC | 2939 The Plaza | 1988 | N | EX 4S 007103 - 7513 | 4 |
| Auburn, ME | 484 Center Street | 1990 | N | EX 4S 004841 - 4858 | 2 |
| Augusta, ME | Civic Center Drive | 1988 | Y | EX 4S 004784 - 4798 | 2 |
| Augusta, ME | 262 Western Ave. | 1988 | N | EX 4S 004828 - 4840 | 2 |
| Avenel, NJ | None Listed | 1989 | N | EX 4S 009351 - 9353 | 6 |
| Avenel, NJ | 2540 Randolph Ave. | 1988 | Y | EX 4S 009884 - 9894 | 6 |
| Avenel, NJ | 2540 Randolph Avenue | 1989 | Y | EX 4S 011091 - 11152 | 7 |
| Basking Ridge (Millington), NJ | Route I-78 & King George Road | 1990 | Y | EX 4S 001398 - 1449 | 1 |
| Basking Ridge, NJ | 10 East Henry Street | 1985 | N | EX 4S 103950 - 14957 | 10 |
| Bayonne, NJ | 1194 Kennedy Boulevard | 1990 | N | EX 4S 010724 - 10738 | 7 |
| Bayonne, NJ | 1194 Kennedy Boulevard | 1990 | N | EX 4S 103891 - 14923 | 10 |
| Bedminster, NJ | Rt. 206 & Lamington Road | 1989 | N | EX 4S 007931 - 7993 | 5 |
| Belmont, NC | U.S. Hwy. 74 & N. Main St. | 1989 | N | EX 4S 004385 - 4452 | 2 |
| Belmont, NC | None Listed | 1989 | N | EX 4S 005956 - 6070 | 3 |
| Belmont, NC | North Main Street and U.S. Highway 74 | 1989 | N | EX 4S 006107 - 6155 | 3 |
| Belmont, NC | U.S. Highway 74 and North Main Street | 1989 | N | EX 4S 006156 - 6162 | 3 |
| Belmont, NC | 300 East Wilkerson Blvd. | 1989 | N | EX 4S 006373 - 6380 | 4 |
| Belmont, NC | 300 E. Wilkerson Blvd. | 1989 | N | EX 4S 006381 - 6392 | 4 |
| Belmont, NC | N. Main St. & U.S. Hwy 74 | 1989 | N | EX 4S 008403 - 8529 | 5 |
| Belmont, NC | N. Main St. & U.S. Hwy 74 | 1989 | N | EX 4S 008668 - 8668 | 5 |
| Bloomfield, NJ | None Listed | 1990 | N | EX 4S 004250 - 4252 | 2 |
| Bloomfield, NJ | None Listed | 1991 | N | EX 4S 008972 - 8988 | 5 |
| Bloomfield, NJ | 75 Bellville Avenue | 1990 | N | EX 4s 013401 - 13410 | 9 |
| Bloomingdale, NJ | 43 Main Street | 1990 | Y | EX 4S 003908 - 3961 | 2 |
| Borough of Closter, NJ | 681 Piermont Road | 1988 | N | EX 4S 001937 - 1942 | 1 |
| Bound Brook, NJ | Route 28 & Vosseller Ave. | 1987 | N | EX 4S 009987 - 9999 | 6 |
| Bound Brook, NJ | Route 28 & Vosseller Ave. | 1989 | Y | EX 4S 010079 - 10164 | 6 |
| Bound Brook, NJ | 310 West Union Avenue | 1990 | N | EX 4S 010376 - 10379 | 7 |
| Branchburg, NJ | None Listed | 1989 | Y | EX 4S 011854 - 11881 | 8 |
| Brielle, NJ | None Listed | 1986 | Y | EX 4S 004673 - 4675 | 2 |
| Budd Lake, NJ | Route 46 East | 1990 | Y | EX 4S 004676 - 4716 | 2 |
| Burlington, N.C. | 2160 Alamance Road | 1990 | N | EX 4S 006874 - 6978 | 4 |
| Burlington, NC | 2160 Alamance Road | 1987 | N | EX 4S 006519 - 6528 | 4 |
| Burlington, NC | 2160 Alamance Road | 1988 | N | EX 4S 006529 - 6537 | 4 |
| Burlington, NC | 2415 Maple Avenue | 1990 | N | EX 4S 009237 - 9261 | 5 |
| Burlington, NC | 351 S. Church Street | 1991 | N | EX 4S 013614 - 13631 | 9 |
| Burlington, NC | 351 South Church Street | 1990 | N | EX 4S 013648 - 13712 | 9 |
| Burlington, NJ | Salen and Sunset Roads | 1990 | Y | EX 4S 005170 - 5220 | 3 |
| Camden, NJ | 254 Marlton Pike | 1989 | N | EX 4S 010643 - 10680 | 7 |

<mark>South Tahoe PUD Litigation</mark>

# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Camden, NJ | 245 Marlton Pike & Baird Bvd | 1999 | N | EX 4S 012076 - 12093 | 8 |
| Chapel Hill, NC | 126 West Franklin Street | 1989 | N | EX 4S 008388 - 8398 | 5 |
| Charlotte, NC | 4511 Randolph Rd. | 1989 | N | EX 4S 004453 - 4460 | 2 |
| Charlotte, NC | Intersection of I-85 and Little Rock Road | 1990 | N | EX 4S 005824 - 5829 | 3 |
| Charlotte, NC | 3416 Freedom Drive | 1989 | N | EX 4S 006071 - 6106 | 3 |
| Charlotte, NC | 3721 Freedom Drive | 1991 | N | EX 4S 007732 - 7735 | 5 |
| Charlotte, NC | 6800 Freedom Drive | 1989 | N | EX 4S 008530 - 8667 | 5 |
| Charlotte, NC | 6800 Freedom Drive | 1989 | N | EX 4S 008669 - 8795 | 5 |
| Charlotte, NC | Freedom Drive & Old Mount Holly Road | 1989 | N | EX 4S 008796 - 8878 | 5 |
| Charlotte, NC | 1635 East 4th Street | 1989 | N | EX 4S 008879 - 8971 | 5 |
| Charlotte, NC | Paw Creek Terminal | 1990 | N | EX 4S 009507 - 9525 | 6 |
| Charlotte, NC | None Listed | 1989 | N | EX 4S 010410 - 10446 | 7 |
| Charlotte, NC | 6800 Freedom Drive | 1989 | N | EX 4S 010953 - 10976 | 7 |
| Charlotte, NC | None Listed | None Listed | | EX 4S 012414 - 12434 | |
| Charlotte, NC | I-77 and Woodlawn Road | 1991 | N | EX 4S 013328 - 13371 | 9 |
| Charlotte, NC | | 1989 | N | EX 4S 013640 - 13641 | 9 |
| Charlotte, NC | 2939 The Plaza | 1989 | N | EX 4S 013734 - 13779 | 9 |
| Charlotte, NC | 6801 Freedom Drive | 1991 | N | EX 4S 014398 - 14463 | 10 |
| Charlotte, NC | 6800 Freedom Drive | 1989 | N | EX 4S 103924 - 14944 | 10 |
| Chatham, NJ | Main Street (Route 24) & Hillside Avenue | 1990 | N | EX 4S 010350 - 10364 | 7 |
| Chatham, NJ | Main St. & Hillside Ave. | 1998 | N | EX 4S 011805 - 11809 | 8 |
| Cherry Hill, NJ | Route 70 and Marlkress Rd. | 1988 | N | EX 4S 002529 - 2554 | 2 |
| Cherry Hill, NJ | 1701 Marlton Pike | 1987 | Y | EX 4S 004239 - 4249 | 2 |
| Cherry Hill, NJ | 1434 Brace Road | 1989 | Y | Ex 4S 006393 - 6504 | 4 |
| Cherry Hill, NJ | Rte 70 & Marlkress Rd. | 1999 | N | EX 4S 012063 - 12075 | 8 |
| Cherry Hill, NJ | Rte 70 & Springdale Road | 1998 | N | EX 4S 013117 - 13127 | 8 |
| Cinnaminson, NJ | Route 130 & Cinnaminson Ave. | 1990 | N | EX 4S 004253 - 4266 | 2 |
| Clarksburg, NJ | Routes 537 & 526 | 1989 | Y | EX 4S 009916 - 9986 | 6 |
| Clarksburg, NJ | Routes 537 & 526 | 1989 | Y | EX 4S 012020 - 12041 | 8 |
| Clarksburg, NJ | Rtes 526 & 537 | 1989 | Y | EX 4S 012200 - 12263 | 8 |
| Clarksburg, NJ | Rtes 526 & 537 | 1997 | N | EX 4S 012849 - 12863 | 8 |
| Clementon, NJ | Whitehorse Pike & Gibbsboro Rd. | 1989 | N | EX 4S 004364 - 4373 | 2 |
| Clementon, NJ | U.S. Route 30 - White Horse pike | 1989 | Y | EX 4S 006610 - 6673 | 4 |
| Cliffwood, NJ | Rt. 35 and Cliffwood Ave. | 1989 | N | EX 4S 006505 - 6508 | 4 |
| Cliffwood, NJ | Rt. 35 and Cliffwood Ave. | 1988 | Y | EX 4S 006509 - 6518 | 4 |
| Cliffwood, NJ | | 1986 | N | EX 4S 006538 - 6539 | 4 |
| Clifton, NJ | Grove Street | 1990 | Y | EX 4S 012494 - 12513 | 8 |
| Clifton, NJ | 872 Grove St. | 1982 | Y | EX 4S 003171 - 3197 | 2 |
| Clinton, NJ | 53 Old Highway 22 | 1989 | Y | EX 4S 005260 - 5288 | 3 |
| Closter, NJ | Closter Dock & Piermont Roads | 1988 | N | EX 4S 010891 - 10901 | 7 |
| Collingswood, NJ | 1150 Haddon Ave. | 1986 | Y | EX 4S 004374 - 4384 | 2 |
| Columbus, NJ | Route 206 & Route 68 | 1987 | Y | EX 4S 000002 - 151 | 1 |
| Columbus, NJ | None Listed | 1987 | N | EX 4S 000299 - 307 | 1 |
| Columbus, NJ | Route 206 & Old York Road | 1987 | N | EX 4S 011058 - 11063 | 7 |

<mark>294346_1.xls</mark>

<mark>(2)</mark>

<mark>Updated: 08/04/2000</mark>

# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Cranford, NJ | Lehigh & Centennial Avenues | 1989 | Y | EX 4S 001525 - 1588 | 1 |
| Cranford, NJ | 310 Centennial Avenue | 1999 | N | EX 4S 011891 - 11898 | 8 |
| Culvers Lake, NJ | Route 206 | 1990 | N | EX 4S 005289 - 5294 | 3 |
| Denville, NJ | Route 10 & Franklin Road | 1990 | Y | EX 4S 001450 - 1524 | 1 |
| Denville, NJ | Route 10 & Franklin Ave. | 1990 | Y | EX 4S 009483 - 9492 | 6 |
| Denville, NJ | 30 West Main Street | 1995 | N | EX 4S 011270 - 11280 | 7 |
| Denville, NJ | West Main & Hinchman Ave. | 1990 | N | EX 4S 012563 - 12591 | 8 |
| Durham, NC | 3458 Hillsborough Road | 1995 | N | EX 4S 013713 - 13733 | 9 |
| Durham, NC | 3458 Hillsboro Road | 1989 | N | EX 4S 006272 - 6301 | 4 |
| Durham, NC | 2516 Guess Road | 1989 | N | EX 4S 013469 - 13568 | 9 |
| East Orange, NJ | 516 William Street | 1989 | Y | EX 4S 011281 - 11316 | 7 |
| East Orange, NJ | 516 William Street | 1989 | Y | EX 4S 011392 -11463 | 7 |
| East Orange, NJ | 2 North Oraton Parkway | 1990 | Y | EX 4S 011785 - 11804 | 8 |
| East Orange, NJ | 2 North Oraton Parkway | 1990 | N | EX 4S 012541 - 12562 | 8 |
| Easton, NJ | Routes 35 & 36 | 1989 | N | EX 4S 010767 - 10795 | 7 |
| Eatontown, NJ | Routes 35 & 36 | 1989 | Y | EX 4S 010000 - 10027 | 6 |
| Edison, NJ | 3115 Woodbridge Avenue | 1988 | Y | EX 4S 002404 - 2473 | 1 |
| Edison, NJ | Route 27 and Wood Ave. | 1989 | N | EX 4S 003788 - 3792 | 2 |
| Edison, NJ | Route 27 and Wood Ave. | 1989 | Y | EX 4S 003793 - 3802 | 2 |
| Edison, NJ | Route 27 and Wood Ave. | 1989 | Y | EX 4S 003803 - 3858 | 2 |
| Edison, NJ | Route 1 & Parsonage Road | 1987 | N | EX 4S 010796 - 10800 | 7 |
| Edison, NJ | 3115 Woodbridge Avenue | 1988 | N | EX 4S 011067 - 11073 | 7 |
| Edison, NJ | Route 1 & Parsonage Road | 1989 | Y | EX 4S 013976 - 14011 | 10 |
| Elizabeth, NJ | Routes 1 & 9 @ Hetfield Avenue | 1989 | Y | EX 4S 001854 - 1936 | 1 |
| Elizabeth, NJ | 312 Atlantic Street | 1988 | Y | EX 4S 002212 - 2267 | 1 |
| Elizabeth, NJ | 556 Westfield & Elmora Aves. | 1985 | Y | EX 4S 003287 - 3330 | 2 |
| Elizabeth, NJ | Routes 1&9 @ Hetfield Ave. | 1989 | Y | EX 4S 009370 - 9380 | 6 |
| Elizabeth, NJ | Bayway & Brunswick Aves. | 1988 | N | EX 4S 009501 - 9506 | 6 |
| Elizabeth, NJ | 312 Atlantic Avenue | 1998 | N | EX 4S 013084 - 13089 | 8 |
| Elizabeth, NJ | Westfield & Elmora Aves. | 1998 | N | EX 4S 013090 - 13109 | 8 |
| Elizabeth, NJ | Rte 1 & 9 & Hetfield Ave. | 1998 | N | EX 4S 013110 - 13116 | 8 |
| Elmwood Park, NJ | 210 Route 46 & Mill Street | 1986 | N | EX 4S 014057 - 14066 | 10 |
| Englewood, NJ | Orchard Street & Hudson Avenue | 1983 | N | EX 4S 000983 - 1062 | 1 |
| Englewood, NJ | 120 Route 4 East | 1989 | N | EX 4S 002634 - 2667 | 2 |
| Englewood, NJ | 120 Route 4 East | 1990 | N | EX 4S 002668 - 2689 | 2 |
| Englewood, NJ | 426 Grand Ave. | 1990 | N | EX 4S 003670 - 3715 | 2 |
| Englewood, NJ | 484 Route 4 East | 1989 | Y | EX 4S 004267 - 4299 | 2 |
| Englewood, NJ | 484 Route 4 East | 1989 | N | EX 4S 004300 - 4363 | 2 |
| Englewood, NJ | Orchard St. & Hudson Ave. | 1983 | Y | EX 4S 009647 - 9670 | 6 |
| Englewood, NJ | 476 Grand Ave & Rockwood Place | 1994 | N | EX 4S 012107 - 12133 | 8 |
| Englishtown, NJ | Route 9 & Taylors Mill Road | 1990 | N | EX 4S 001228 - 1276 | 1 |
| Englishtown, NJ | Route 527 and Gordons Corner Road | 1990 | Y | EX 4S 005516 - 5584 | 3 |
| Englishtown, NJ | Route 527 and Gordons Corner Road | 1990 | N | EX 4S 005585 - 5602 | 3 |
| Englishtown, NJ | Route 527 and Gordons Corner Road | 1998 | N | EX 4S 005603 - 5612 | 3 |
| Englishtown, NJ | None Listed | 1990 | N | EX 4S 009345 - 9347 | 6 |

South Tahoe PUD Litigation
# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Fairlawn, NJ | 22 - 02 Fairlawn Ave. | 1987 | N | EX 4S 002989 - 3004 | 2 |
| Fairlawn, NJ | 22 - 02 Fairlawn Ave. | 1989 | N | EX 4S 003005 - 3042 | 2 |
| Fairlawn, NJ | 22 - 02 Fairlawn Ave. | 1990 | Y | EX 4S 003043 - 3170 | 2 |
| Fairlawn, NJ | Plaza Road and Morlot Avenue | 1994 | N | EX 4S 006163 - 6174 | 3 |
| Fairlawn, NJ | 22-02 Fairlawn Avenue | 1990 | Y | EX 4S 007654 - 7731 | 5 |
| Fairlawn, NJ | Fairlawn Ave. & Plaza Rd. | 1987 | Y | EX 4S 011465 - 11541 | 8 |
| Fanwood, NJ | Route 28 & Terrill Road | 1988 | Y | EX 4S 000308 - 403 | 1 |
| Fanwood, NJ | Terril Road & South Avenue | 1988 | N | EX 4S 011252 - 11263 | 7 |
| Farmingdale, NJ | Routes 33 & 34 | 1990 | N | EX 4S 009328 - 9338 | 6 |
| Farmingdale, NJ | Routes 33 & 34 | 1990 | N | EX 4S 010028 - 10062 | 6 |
| Fayetteville, N.C. | 552 McPherson Church Rd. | 1989 | N | EX 4S 006674 - 6779 | 4 |
| Fayetteville, NC | 6489 Yadkin Road | 1989 | N | EX 4S 005830 - 5840 | 3 |
| Fayetteville, NC | 2302 Gillespie Street | 1990 | N | EX 4S 005841 - 5915 | 3 |
| Fayetteville, NC | 2302 Gillespie Street | 1989 | N | EX 4S 005916 - 5933 | 3 |
| Fayetteville, NC | 2302 Gillespie Street | 1990 | N | EX 4S 013131 - 13263 | 9 |
| Fayetteville, NC | Cliffdale Road and Highway 401 By-Pass | 1990 | N | EX 4S 013264 - 13327 | 9 |
| Flemington, NJ | Rtes 202 & 31 | 1989 | N | EX 4S 012156 - 12199 | 8 |
| Flemington, NJ | Rtes 202 & 31 | 1990 | N | EX 4S 012523 - 12540 | 8 |
| Flemington, NJ | Rtes 202 & 31 | 1991 | N | EX 4S 012614 - 12667 | 8 |
| Flemington, NJ | Rtes 202 & 31 | 1995 | N | EX 4S 012769 - 12794 | 8 |
| Forked River, NJ | None Listed | 1987 | N | EX 4S 003863 - 3907 | 2 |
| Forked River, NJ | None Listed | 1987 | N | EX 4S 012689 - 12721 | 8 |
| Fort Lee, NJ | 2336 Route 4 West | 1988 | N | EX 4S 001183 - 1198 | 1 |
| Fort Lee, NJ | 2143 Route 4 East | 1989 | Y | EX 4S 001804 - 1853 | 1 |
| Fort Lee, NJ | 1175 Palisade Avenue & Route 5 | 1989 | Y | EX 4S 010174 - 10212 | 7 |
| Fort Lee, NJ | 2336 Route 4 West | 1990 | Y | EX 4S 011601 - 11636 | 8 |
| Fort Lee, NJ | 1175 Palisades Ave & Rte 5 | 1998 | N | EX 4S 012134 - 12155 | 8 |
| Fort Lee, NJ | 2143 Route 4 East | 1990 | N | EX 4S 013128 - 13134 | 8 |
| Fort Lee, NJ | 2336 Route 4 West | 1988 | N | EX 4S 014306 - 14364 | 10 |
| Franklin Park, NJ | Route 27 & Henderson Road | 1989 | Y | EX 4S 001105 - 1182 | 1 |
| Franklin Park, NJ | Route 27 and Henderson Road | 1989 | Y | EX 4S 007515 - 7653 | 5 |
| Franklin Park, NJ | Route 27 & Henderson Rd. | 1989 | Y | EX 4S 009348 - 9350 | 6 |
| Franklin, NJ | Route 23 North | 1989 | Y | EX 4S 001589 - 1670 | 1 |
| Freehold, NJ | Routes 9 & 524 | 1989 | N | EX 4S 009397 - 9408 | 6 |
| Freehold, NJ | Main & Spring Streets | 1988 | N | EX 4S 010842 - 10860 | 7 |
| Freehold, NJ | Route 9 & Adelphia Road | 1990 | N | EX 4S 011048 - 11052 | 7 |
| Freehold, NJ | Route 9 & Schank Rd. | 1991 | N | EX 4S 011940 - 11955 | 8 |
| Freehold, NJ | Rte 9 & Adelphi Road | 1999 | N | EX 4S 011995 - 12003 | 8 |
| Freehold, NJ | None Listed | 1998 | N | EX 4S 012466 - 12475 | 8 |
| Frelinghuysen Township, NJ | Allamuchy-Johnsonburg Road & Rte 519 | 1993 | N | EX 4S 012050 - 12062 | 8 |
| Glassboro, NJ | Route 553 and College Ave. | 1987 | Y | EX 4S 002555 - 2633 | 2 |
| Gloucester, NJ | Blackwood-Clementon & LittleGloucester Roads | 1987 | Y | EX 4S 002125 - 2211 | 1 |
| Greensboro, NC | 4408 Groometown Road | 1994 | N | EX 4S 007736 - 7744 | 5 |
| Greensboro, NC | 3701 High Point Road | 1991 | N | EX 4S 007994 - 8023 | 5 |
| Greensboro, NC | 3011 High Point Road | 1988 | N | EX 4S 008265 - 8387 | 5 |

# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Greensboro, NC | 3701 High Point Road | 1994 | N | EX 4S 008399 - 8402 | 5 |
| Greensboro, NC | 6907 West Market Street | 1988 | Y | EX 4S 011956 - 11976 | 8 |
| Hackensack, NJ | 495 Hudson Street | 1989 | Y | EX 4S 002012 - 2037 | 1 |
| Hackensack, NJ | 495 Hudson Street | 1989 | N | EX 4S 014039 - 14048 | 10 |
| Haddonfiled, NJ | One Centennial Square | 1989 | N | EX 4S 013590 - 13613 | 9 |
| Haledon, NJ | 478 Haledon Ave. | 1989 | Y | EX 4S 003331 - 3401 | 2 |
| Haledon, NJ | 478 Haledon Avenue | 1988 | Y | EX 4S 010739 - 10765 | 7 |
| Hamilton, NJ | New Jersey Turnpike Richard Stockton Service Area 6S | 1988 | N | EX 4S 010887 - 10890 | 7 |
| Hammonton, NJ | Route 54 and Route 30 | 1989 | N | EX 4S 002513 - 2528 | 2 |
| Hammonton, NJ | White Horse Pike and Bellevue Avenue | 1991 | Y | EX 4S 008163 - 8234 | 5 |
| Hammonton, NJ | Rte 54 & Rte 30 | 1999 | N | EX 4S 012094 - 12106 | 8 |
| Hasbrouck Heights, NJ | None Listed | 1990 | N | EX 4S 000173 - 242 | 1 |
| Hasbrouck Heights, NJ | 180 Grandview Blvd. | 1990 | Y | EX 4S 009671 - 9689 | 6 |
| Hazlet, NJ | Route 35 & Holmdel Road | 1994 | N | EX 4S 004897 - 4908 | 3 |
| Hazlet, NJ | Route 35 & Holmdel Road | 1990 | Y | EX 4S 004909 - 4969 | 3 |
| Hazlet, NJ | Route 35 & Holmdel Road | 1990 | Y | EX 4S 005664 - 5718 | 3 |
| Hillsborough, NJ | Route 206 & Triangle Road | 1990 | N | EX 4S 013585 - 13589 | 9 |
| Hopewell, NJ | None Listed | 1990 | Y | EX 4S 000243 - 298 | 1 |
| Hopewell, NJ | 71 East Broad Street | 1990 | N | EX 4S 010395 - 10406 | 7 |
| Kearny, NJ | None Listed | 1990 | N | EX 4S 010380 - 10384 | 7 |
| Kendall Park, NJ | Route 27 & New Road | 1989 | Y | EX 4S 002268 - 2318 | 1 |
| Kendall Park, NJ | Route 27 & New Road | 1990 | N | EX 4S 011043 - 11045 | 7 |
| Lakehurst, NJ | Rt. 70 & Eisenhower Circle | 1987 | N | EX 4S 008109 - 8162 | 5 |
| Lawrenceville, NJ | 2551 Brunswick Avenue | 1987 | N | EX 4S 010229 - 10257 | 7 |
| Lawrenceville, NJ | Route 1A and Johnson Road | 1987 | Y | EX 4S 010548 - 10634 | 7 |
| Ledgewood, NJ | None Listed | 1990 | N | EX 4S 005507 - 5515 | 3 |
| Linden, N.J. | 636 East Elizabeth Ave. | 1989 | Y | EX 4S 006780 - 6873 | 4 |
| Linden, NJ | 110 U.S. Highway | 1989 | N | EX 4S 005948 - 5955 | 3 |
| Little Ferry, NJ | 319 Route 46 | 1991 | N | EX 4S 006302 - 6305 | 4 |
| Little Ferry, NJ | 319 Route 46 | 1988 | N | EX 4S 006306 - 6314 | 4 |
| Lodi, NJ | 460 North Main Street | 1990 | N | EX 4S 000159 - 172 | 1 |
| Lodi, NJ | 460 North Main Street | 1990 | N | EX 4S 007773 - 7802 | 5 |
| Lodi, NJ | 460 Main Street | 1990 | N | EX 4S 014067 - 14071 | 10 |
| Lyndhurst Township, NJ | 555 Riverside Avenue | 1990 | N | EX 4S 014050 - 14056 | 10 |
| Lyndhurst, NJ | 555 Riverside Avenue | 1990 | N | EX 4S 010681 - 10718 | 7 |
| Madison, NJ | 122 Main Street | 1989 | Y | EX 4S 003402 - 3569 | 2 |
| Madison, NJ | None Listed | 1999 | N | EX 4S 011977 - 11994 | 8 |
| Maple Shade, NJ | None Listed | 1989 | N | EX 4S 004877 - 4896 | 3 |
| Marlton, NJ | Main Street and Evans Road | 1989 | Y | EX 4S 05363 - 5378 | 3 |
| Marlton, NJ | Rte 70 & Old Marlton Road | 1991 | N | EX 4S 012744 - 12768 | 8 |
| Marlton, NJ | None Listed | 1988 | N | EX 4S 013870 - 14877 | 10 |
| Matawan, NJ | Route 34 & Lloyd Rd. | 1990 | N | EX 4S 003226 - 3253 | 2 |
| Matawan, NJ | 339 Matawan Road and Laurence Harbor Road | 1985 | N | EX 4S 010635 - 10642 | 7 |
| Mattawan, NJ | Rte 34 & Lloyd Road | 1993 | N | EX 4S 012004 - 12008 | 8 |

South Tahoe PUD Litigation
# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Medford, NJ | Taunton Road & Tuckerton Road | 1989 | N | EX 4S 014365 - 14397 | 10 |
| Medford, NJ | None Listed | 1989 | N | EX 4S 013878 - 14884 | 10 |
| Mendham, NJ | East Main Street (Route 24) & Orchard Street | 1989 | Y | EX 4S 000865 - 970 | 1 |
| Mendham, NJ | Main Street & Orchard | 1983 | Y | EX 4S 011317 - 11341 | 7 |
| Mercerville, NJ | None Listed | 1988 | Y | EX 4S 011153 - 11228 | 7 |
| Millburn, NJ | 345 Essex Street | 1990 | N | EX 4S 005295 - 5313 | 3 |
| Millburn, NJ | 26 Main Street |  | N | EX 4S 013584 | 9 |
| Monmouth Junction, NJ | Route 1 & New Road | 1990 | N | EX 4S 001063 - 1071 | 1 |
| Monmouth Junction, NJ | New Road and U.S. Route 1 | 1988 | N | EX 4S 002895 - 2899 | 2 |
| Monmouth Junction, NJ | New Road and U.S. Route 1 | 1988 | Y | EX 4S 002900 - 2950 | 2 |
| Monmouth Junction, NJ | Route 1 and New Road | 1988 | N | EX 4S 013958 - 14975 | 10 |
| Montclair, NJ | 264 Bloomfiels Avenue | 1989 | N | EX 4S 010513 - 10520 | 7 |
| Morganville, NJ | Route 9 North & Texas Road | 1983 | N | EX 4S 001708 - 1738 | 1 |
| Morganville, NJ | Route 9 & Texas Road | 1989 | Y | EX 4S 014085 - 14198 | 10 |
| Mount Holly, NJ | Route 38 & Lumbeton Road | 1987 | N | EX 4S 000404 - 439 | 1 |
| Mount Holly, NJ | Route 571 & Woodlane Road | 1988 | Y | EX 4S 002319 - 2340 | 1 |
| Mount Holly, NJ | None Listed | 1988 | N | EX 4S 013864 - 869 | 10 |
| Mount Laurel, NJ | Route 73 & Church Road | 1983 | N | EX 4S 010213 - 10228 | 7 |
| Mount Laurel, NJ | New Jersey Turnpike James F. Cooper Service Area 4N | 1989 | N | EX 4S 010875 - 10886 | 7 |
| Mount Laurel, NJ | Rte 73 & Church Road | 1989 | Y | EX 4S 012987 - 13062 | 8 |
| Neptune City, NJ | Sylvania & Brighton Avenues | None Listed | N | EX 4S 012042 - 12044 | 8 |
| Neptune City, NJ | Sylvania & Brighton Avenues | 1990 | Y | EX 4S 012795 - 12848 | 8 |
| Neptune, NJ | Route 33 & Route 35 | 1989 | N | EX 4S 010719 - 10723 | 7 |
| Neptune, NJ | Rtes 33 & 35 | 1991 | N | EX 4S 012435 - 12465 | 8 |
| Neptune, NJ | Route 35 & Corlies Avenue | 1990 | N | EX 4S 014020 - 14038 | 10 |
| Neptune, NJ | Sylvania & Brighton Avenues | 1989 | N | EX 4S 014012 - 14019 | 10 |
| New Brunswick, NJ | Commercial Avenue and George Street | 1991 | Y | EX 4S 005314 - 5357 | 3 |
| New Brunswick, NJ | 163 George Street | 1990 | Y | EX 4S 005358 - 5362 | 3 |
| New Brunswick, NJ | New Jersey Turnpike Service Areas | 1988 | N | EX 4S 009271 - 9327 | 6 |
| New Brunswick, NJ | New Jersey Turnpike Service Area | 1988 | N | EX 4S 010074 - 10078 | 6 |
| Newark, NJ | 1129 South Orange Avenue | 1989 | Y | EX 4S 001199 - 1212 | 1 |
| Newark, NJ | 263 Heller Parkway | 1990 | Y | EX 4S 005077 - 5169 | 3 |
| Newark, NJ | 387 Springfield Avenue | 1989 | Y | EX 4S 005613 - 5640 | 3 |
| Newark, NJ | None Listed | 1989 | N | EX 4S 010165 - 10173 | 7 |
| Newark, NJ | 1129 South Orange Avenue | 1989 | N | EX 4S 010521 - 10547 | 7 |
| Newark, NJ | 625 McCarter Highway | 1990 | N | EX 4S 013373 - 13400 | 9 |
| None Listed | Woodrow Wilson Service Area | 1991 | N | EX 4S 011637 - 11781 | 8 |
| None Listed | Woodrow Wilson Service Area | 1989 | N | EX 4S 012592 - 12613 | 8 |
| North Bergen, NJ | 8133 Bergenline Avenue | 1988 | Y | EX 4S 010340 - 10349 | 7 |
| North Bergen, NJ | 8133 Bergenline Avenue | 1997 | N | EX 4S 012045 - 12049 | 8 |

# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| North Caldwell, NJ | Grandview Avenue and Fairfield Road | 1988 | Y | EX 4S 005719 - 5823 | 3 |
| North Cape May, NJ | 3731 Bayshore Road | 1989 | N | EX 4S 010941 - 10944 | 7 |
| North Cape May, NJ | 3731 Bayshore & Town Bank Rd. | 1989 | Y | EX 4S 012899 - 12986 | 8 |
| North Monmouth, ME | Route 202 | 1990 | Y | EX 4S 005379 - 5506 | 3 |
| Northvale, NJ | 264 Livingston Avenue | 1989 | Y | EX 4S 001943 - 2011 | 1 |
| Northvale, NJ | 264 Livingston Ave | 1990 | Y | EX 4S 011542 - 11593 | 8 |
| Nutley, Essex County, NJ | 259 Centre Street and Brookline Avenue | 1990 | Y | EX 4S 013411 - 13468 | 9 |
| Oakhurst, NJ | Monmouth Road & Roosevelt Avenue | 1990 | N | EX 4S 001213 - 1227 | 1 |
| Oakhurst, NJ | 203 Monmouth Road | 1990 | N | EX 4S 010977 - 10982 | 7 |
| Oakhurst, NJ | 203 Monmouth Road | 1990 | N | EX 4S 011046 - 11047 | 7 |
| Ocean City, NJ | 9th Street & Bay Ave. | 1989 | Y | EX 4S 009357 - 9369 | 6 |
| Ocean City, NJ | 9th Street & Bay Avenue | 1989 | Y | EX 4S 011342 - 11370 | 7 |
| Ocean City, NJ | None Listed | 1986 | N | EX 4S 012668 - 12688 | 8 |
| Ocean City, NJ | None Listed | 1986 | N | EX 4S 012722 - 12743 | 8 |
| Ocean County, NJ | None Listed | 1985 | N | EX 4S 003859 - 3862 | 2 |
| Old Bridge, NJ | 2203 Route 9 | 1988 | Y | EX 4S 002831 - 2888 | 2 |
| Old Bridge, NJ | 2203 Route 9 | 1989 | N | EX 4S 002889 - 2894 | 2 |
| Old Bridge, NJ | Route 9 and Perrine Rd. | 1990 | N | EX 4S 003716 - 3787 | 2 |
| Old Bridge, NJ | Route 9 | 1988 | Y | EX 4S 010801 - 10841 | 7 |
| Old Bridge, NJ | Route 9 North & Arcadia Lane | 1988 | N | EX 4S 011074 - 11090 | 7 |
| Orange, NJ | Essex Avenue & Freeway Drive West | 1990 | Y | EX 4S 011378 - 11391 | 7 |
| Orange, NJ | Essex Ave & Freeway Dr. W. | 1999 | N | EX 4S 012269 - 12273 | 8 |
| Paulsboro, NJ | None Listed | 1995 | N | EX 4S 012274 - 12413 | 8 |
| Paw Creek, NC | None Listed | 1990 | N | EX 4S 010870 - 10874 | 7 |
| Pennsauken, NJ | Mapple Avenue and Haddonfield Road | 1991 | Y | EX 4S 013633 - 13636 | 9 |
| Pequannock, NJ | None Listed | 1989 | Y | EX 4S 004204 - 4238 | 2 |
| Petaluma, CA | 532 East Washington Street | 1997 | N | EX 4S 013539 - 13569 | 9 |
| Point Pleasant, NJ | Route 88 & Bay Ave. | 1988 | N | EX 4S 010063 - 10066 | 6 |
| Point Pleasant, NJ | Route 88 and Bay Ave. | 1990 | Y | EX 4S 014199 - 14305 | 10 |
| Pomona, NJ | 2032 White Horse Pike | 1991 | Y | EX 4X 006175 - 6202 | 3 |
| Pomona, NJ |  | 1990 | N | EX 4S 006204 - 6206 | 4 |
| Pomona, NJ | 2032 White Horse Pike | 1989 | Y | EX 4S 007803 - 7930 | 5 |
| Pomona, NJ | 2032 White Horse Pike | 1987 | Y | Ex 4S 013780 - 13862 | 9 |
| Portland, ME | Brighton Ave. at Riverside St. | 1986 | N | EX 4S 004799 - 4827 | 2 |
| Princeton, NJ | 3713 Brunswick Pike | 1987 | N | EX 4S 014464 - 14484 | 10 |
| Princeton, NJ | None Listed | 1989 | N | EX 4S 013885 - 14890 | 10 |
| Raleigh, NC | 600 West Peace Street | 1989 | N | EX 4S 008024 - 8076 | 5 |
| Raleigh, NC | 2601 Glenwood Avenue | 1990 | N | EX 4S 008077 - 8108 | 5 |
| Red Bank, NJ | Route 520 & Shrewsbury Avenue | 1990 | N | EX 4S 000971 - 982 | 1 |
| Red Bank, NJ | None Listed | 1990 | Y | EX 4S 002690 - 2734 | 2 |
| Red Bank, NJ | Route 35 and Rector Place | 1990 | N | EX 4S 002735 - 2738 | 2 |
| Red Bank, NJ | Route 35 & Rector Place | 1990 | N | EX 4S 009339 - 9344 | 6 |
| Ridgefield, NJ | Vincent Lombardi Service Plaza | 1988 |  | EX 4S 014485 - 14511 | 10 |

South Tahoe PUD Litigation
# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Ridgewood, NJ | 260 Franklin Avenue | 1990 | Y | EX 4S 002341 - 2366 | 1 |
| Ridgewood, NJ | 260 Franklin Ave. | 1989 | N | EX 4S 009354 - 9356 | 6 |
| Ridgewood, NJ | 260 Franklin Avenue | 1989 | N | EX 4S 010369 - 10375 | 7 |
| Ridgewood, NJ | 260 Franklin Avenue | 1989 | Y | EX 4S 010505 - 10512 | 7 |
| Ringwood, NJ | 60 Skyline Drive | 1990 | Y | EX 4S 010407 - 10409 | 7 |
| Ringwood, NJ | 60 Skyline Drive | 1990 | N | EX 4S 011229 - 11248 | 7 |
| Rio Grande, NJ | Routes 9 & 47 | 1988 | N | EX 4S 010945 - 10952 | 7 |
| Rio Grande, NJ | Route 47 & Route 9 | 1987 | Y | EX 4S 014512 - 14542 | 10 |
| River Edge, NJ | 2 Route No. 4 Westbound | 1990 | Y | EX 4S 009526 - 9544 | 6 |
| Rochelle Park, NJ | Route 17 North | 1989 | Y | EX 4S 004003 - 4090 | 2 |
| Rockaway, NJ | None Listed | circa 1984 | Y | EX 4S 010447 - 10504 | 7 |
| Roseland, NJ | Eisenhower Pkwy. & Eagle Rock Rd. | 1988 | Y | EX 4S 009445 - 9482 | 6 |
| Roseland, NJ | 550 Eagle Rock Avenue | 1996 | N | EX 4S 011782 - 11784 | 8 |
| Roselle Park, NJ | Rte 28 & Filbert Ave. | 1989 | Y | EX 4S 011832 - 11853 | 8 |
| Runnemede, NJ | Routes 168 & 41 | 1988 | N | EX 4S 009690 - 9693 | 6 |
| Runnemede, NJ | Black Horse Pike & Clements Bridge Rd. | 1988 | Y | EX 4S 009708 - 9802 | 6 |
| Saddle River, NJ | 31 Woodcliff Lake Road | 1989 | Y | EX 4S 000440 - 535 | 1 |
| Saddle River, NJ | 31 Woodcliff Lake Rd. | 1989 | Y | EX 4S 009694 - 9706 | 6 |
| San Francisco, CA | N/A | 1999 | N | EX 4S 002474 | 3 |
| San Francisco, CA | N/A | 1999 | N | EX 4S 000476 | 3 |
| San Francisco, CA | 3445 Geary Boulevard | 1997 | N | EX 4S 013570 - 13577 | 9 |
| Sanford, NC | 307 Carthage Street | 1990 | N | EX 4S 009193 - 9236 | 5 |
| Sanford, NC | 307 Carthage Street | 1989 | N | EX 4S 009262 - 9269 | 5 |
| Sayreville, NJ | 350 Main Street | 1991 | Y | EX 4S 005221 - 5259 | 3 |
| Sayreville, NJ | 350 Main Street | 1990 | N | EX 4S 010385 - 10394 | 7 |
| Scotch Plains, NJ | 2360 South Avenue | 1987 | Y | EX 4S 006540 - 6609 | 4 |
| Sea Isle City, NJ | 4400 Landis Ave. | 1989 | Y | EX 4S 003570 - 3669 | 2 |
| Sea Isle City, NJ | 4400 Landis Avenue | 1989 | Y | EX 4S 010365 - 10368 | 7 |
| Sea Isle City, NJ | 44th Street & Landis Avenue | 1989 | N | EX 4S 010902 - 10914 | 7 |
| Secaucus, NJ | Service Area 12S and Maintenance District 6 | 1995 | N | EX 4S 011899 - 11906 | 8 |
| Shrewsbury, NJ | 479 Broad Street (Route 35) | 1984 | N | EX 4S 010861 - 10869 | 7 |
| Shrewsbury, NJ | 479 Broad Street | None Listed | N | EX 4S 012015 - 12019 | 8 |
| Sicklerville, NJ | Route 42 & Cross Keys Rd. | 1989 | Y | EX 4S 004461 - 4557 | 2 |
| Sicklerville, NJ | Route 42 & Cross Keys Rd. | 1990 | Y | EX 4S 004558 - 4568 | 2 |
| Sicklerville, NJ | Route 42 & Cross Keys Rd. | 1990 | N | EX 4S 004868 - 4875 | 2 |
| Skyland, NC | U.S. Highway 25 and U.S. Highway 280 | 1990 | N | EX 4S 006353 - 6372 | 4 |
| Somerville, NJ | Union & Roosevelt Avenues | 1989 | Y | EX 4S 001739 - 1803 | 1 |
| Somerville, NJ | Route 206 & Somerset St. | 1988 | N | EX 4S 010067 - 10073 | 6 |
| Somerville, NJ | Route 206 & Somerset Street | 1988 | Y | EX 4S 010983 - 11042 | 7 |
| Somerville, NJ | 1 Union Avenue | 1989 | N | EX 4S 013945 - 14949 | 10 |
| South Bound Brook, NJ | 267 Main Street | 1989 | Y | EX 4S 006979 - 7102 | 4 |
| South Orange, NJ | Irvington Ave. & Waverly Dr. | 1990 | N | EX 4S 009493 - 9500 | 6 |
| South Orange, NJ | Irvington Avenue & Waverly Drive | 1990 | N | EX 4S 010258 - 10339 | 7 |
| Springfield, NJ | 500 Campus Drive P.O. Box 451 | 1990 | N | EX 4S 005641 - 5663 | 3 |

South Tahoe PUD Litigation
# Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Springfield, NJ | None Listed | 1990 | Y | EX 4S 009545 - 9599 | 6 |
| Springfield, NJ | Morris Ave. & Caldwell Pl. | 1990 | Y | EX 4S 011882 - 11890 | 8 |
| Stockton, NJ | Bridge & Railroad Streets | 1988 | Y | EX 4S 004569 - 4672 | 2 |
| Stratford, NJ | Route 30 and Laurel Ave. | 1986 | N | EX 4S 002739 - 2742 | 2 |
| Stratford, NJ | Route 30 and Laurel Ave. | 1989 | Y | EX 4S 002743 - 2830 | 2 |
| Stratford, NJ | Route 30 & Laurel Rd. | 1986 | N | EX 4S 009867 - 9883 | 6 |
| Stratford, NJ | Route 30 & Laurel Road | 1986 | N | EX 4S 010922 - 10929 | 7 |
| Succasunna, NJ | 108 Route 10 West & South Street | 1989 | Y | EX 4S 001072 - 1104 | 1 |
| Succasunna, NJ | 108 Rte 10 & South St. | 1990 | Y | EX 4S 011810 - 11821 | 8 |
| Summit, NJ | 36 River Road | 1989 | Y | EX 4S 000715 - 864 | 1 |
| Summit, NJ | Morris & Springfield Aves. | 1988 | Y | EX 4S 002951 - 2988 | 2 |
| Summit, NJ | 795 Old Springfield Ave. | 1990 | Y | EX 4S 009600 - 9646 | 6 |
| Summit, NJ | 795 Old Springfield Rd. | 1997 | N | EX 4S 011822 - 11826 | 8 |
| Teaneck, NJ | 468 Teaneck Road | 1990 | N | EX 4S 000152 - 158 | 1 |
| Teaneck, NJ | 215 Teaneck Rd. | 1990 | N | EX 4S 009381 - 9396 | 6 |
| Teaneck, NJ | Teaneck Road & Oakdene Ave. | 1990 | N | EX 4S 014072 - 14084 | 10 |
| Tenafly, NJ | County Rd. & Jay St. | 1998 | N | EX 4S 011594 - 11600 | 8 |
| Toms River, NJ | Hooper Avenue & Church Road | 1985 | Y | EX 4S 001277 - 1397 | 1 |
| Trenton, NJ | 144 Sanhican Drive | 1989 | Y | EX 4S 002367 - 2403 | 1 |
| Trenton, NJ | Route 31 & Olden Ave. | 1989 | Y | EX 4S 009803 - 9851 | 6 |
| Trenton, NJ | 144 Sanhican Drive | 1989 | N | EX 4S 011064 - 11066 | 7 |
| Union County | William Halsey Service Area 11N | 1992 | N | EX 4S 011907 - 11926 | 8 |
| Union, NJ | 2449 1/2 Morris Ave. | 1999 | N | EX 4S 011827 - 11831 | 8 |
| Upper Montclair, NJ | 572 Valley Road | 1988 | N | EX 4S 011264 - 11269 | 7 |
| Upper Montclair, NJ | 572 Valley Road | 1990 | N | EX 4S 011371 - 11377 | 7 |
| Upper Montclair, NJ | None Listed | 1999 | N | EX 4S 012264 - 12268 | 8 |
| Ventnor, NJ | 317-319 Dorset Avenue | 1989 | Y | EX 4S 005934 - 5947 | 3 |
| Vernon, NJ | None Listed | 1990 | Y | EX 4S 007745 - 7772 | 5 |
| Vineland, NJ | Route 47 & Park Ave. | 1988 | Y | EX 4S 009409 - 9433 | 6 |
| Vineland, NJ | Route 47 North & Park Avenue | 1988 | N | EX 4S 010930 - 10940 | 7 |
| Vista, CA | 210 South Melrose Drive | 1988 | N | EX 4S 013578 - 13583 | 9 |
| Waldwick, NJ | 137 Franklin Turnpike | 1990 | Y | EX 4S 004970 - 4994 | 3 |
| Waldwick, NJ | 137 Franklin Turnpike | 1991 | Y | EX 4S 004995 - 5076 | 3 |
| Wayne, NJ | Paterson - Hamburg Turnpike & Ratzer Rd. | 1990 | N | EX 4S 003198 - 3225 | 2 |
| Wayne, NJ | 63 Rt. 23 South | 1990 | Y | EX 4S 006207 - 6271 | 4 |
| Wayne, NJ | Paterson-Hamburg Tpke & Ratzer Road | 1994 | N | EX 4S 012514 - 12522 | 8 |
| Weehawken, NJ | 2816 Palisades Ave. | 1988 | Y | EX 4S 002475 - 2512 | 2 |
| Weehawken, NJ | 979 Boulevard East | 1988 | Y | EX 4S 006315 - 6352 | 4 |
| Weehawkin, NJ | None Listed | 1989 | Y | EX 4S 010766 - 10766 | 7 |
| Weehawkin, NJ | 1836 Park Avenue | 1990 | Y | EX 4S 011927 - 11939 | 8 |
| Weehawkin, NJ | 1836 Park Avenue | 1997 | N | | |
| West New York, NJ | 165 60th Street | 1985 | Y | EX 4S 003254 - 3286 | 2 |
| West New York, NJ | 165 60th Street | 1997 | N | EX 4S 012009 - 12014 | 8 |
| West Trenton, NJ | 53 Grand Avenue | 1990 | Y | EX 4S 002038 - 2124 | 1 |
| Westfield, NJ | 421 Central Avenue | 1990 | N | EX 4S 011249 - 11251 | 7 |

South Tahoe PUD Litigation
## Exxon Site/MTBE Mitigation

| Location | Address | Year | Anderson Document(s) (Y/N) | Bates Range | Box No. |
|---|---|---|---|---|---|
| Whippany, NJ | Route 10 East | 1989 | Y | EX 4S 004717 - 4783 | 2 |
| Whitehouse Station, NJ | Route 22 West Oldwick Road | 1990 | Y | EX 4S 001671 - 1707 | 1 |
| Whitehouse Station, NJ | Route 22 West | 1990 | N | EX 4S 011053 - 11057 | 7 |
| Wildwood, NJ | 5th & New Jersey Avenues | 1989 | N | EX 4S 010915 - 10921 | 7 |
| Wildwood, NJ | Rio Grande Ave. & Park Blvd. | 1987 | Y | EX 4S 014543 - 14649 | 10 |
| Wilmington, NC | 3502 Oleander Drive | 1989 | N | EX 4S 003962 - 4002 | 2 |
| Wilmington, NC | 2606 Carolina Beach Rd. | 1989 | N | EX 4S 004091 - 4143 | 2 |
| Wilmington, NC | 2606 Carolina Beach Rd. | 1989 | N | EX 4S 004144 - 4193 | 2 |
| Wilmington, NC | 2606 Carolina Beach Rd. | 1989 | N | EX 4S 004194 - 4203 | 2 |
| Wilmington, NC | 315 Wooster Street | 1996 | N | EX 4S 013637 - 13639 | 9 |
| Wilmington, NC | 315 Wooster Street | 1995 | N | EX 4S 013642 - 13647 | 9 |
| Winston-Salem, NC | 4996 Country Club Road | 1996 | N | EX 4S 008235 - 8264 | 5 |
| Woodbridge, NJ | Thomas Edison Service Area 10S | 1992 | N | EX 4S 012864 - 12898 | 8 |
| | | | | EX 4S 012476 - 12493 | 8 |