

# EXHIBIT 2

XOM-MT01732-001686

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

EX1 011225

EXXON PROPRIETARY

# OXYGENATE STRATEGY REVIEW
## May 19, 1995

- Oxygenate Use Overview
- Health Effects
- Groundwater concerns
- Fuel Performance Issues



# BACKGROUND OF OXYGENATE USE

MTBE has been used for octane enhancement since the late 1970s; Ethanol is also widely used in gasoline

### Annual Average Oxygenate Component Use (kB/D)

| Year | MTBE | Ethanol | TAME | ETBE |
|---|---|---|---|---|
| '94 | 139 | 79 | 9 | 1 |
| '95 (Est.) | 208 | 75 | 18 | 3 |

EPA Clean Air Act "substantially similar" waiver allows up to 2.7 wt% ethers and 3.5 wt% ethanol

The 1990 CAA Amendments added two provisions requiring oxygenate use

- In 38 carbon monoxide nonattainment areas, fuel containing 2.7% oxygen is mandated for wintertime use [*originally 42, met CO reqt, 2B met CO reqt wintertime, .5% vol % mtbe, ...declaration for*]
  + Engine data showed lower CO when oxygen is added to the fuel; 2.7% requirement was a political compromise
  + Nearly three-fourths of the areas have reached attainment; anticipate that the number of CO nonattainment areas will continue to drop

- In nine areas of severe ozone nonattainment, reformulated gasoline containing 2.0% oxygen was required for year-round use
  + Oxygenate does provide octane benefits and marginal help in meeting other RFG requirements [*e.g. toxics, .15 ppm - ol/gr*]

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001687
EX1 011226

XOM-MT01732-001688

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

EX1 011227

# BACKGROUND OF OXYGENATE USE (CONT'D)

Oxygenated gasolines account for about 35% of 1995 estimated demand

### ANNUAL AVERAGE GASOLINE USE (kBD)

|  | Conventional |  | RFG |  |
|---|---|---|---|---|
|  |  | With $O_2$ | With 2.7% $O_2$ | With 2.0% $O_2$ |
| '94 | 6600 | 1000 | -- | -- |
| '95 | 5000 | 400 | 600 | 1700 |

EUSA Strategy
- Oppose any use-bans; emphasize importance of flexibility to use oxygenates
- Do not oppose wintertime oxygenate program at 2.0% for CO nonattainment areas

2.7 -> 2.0% (winter)

-2-

EX1 011228

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001689

# HEALTH EFFECTS OF OXYGENATES



handwritten notes:
- MTBE
- Ethanol
- DIPE / TAME / ETBE
- conventional
- 140 - organics
- testing
- list
- flook?
- 5 yrs. exhaust vapors.

- MTBE is the most extensively tested oxygenate
  - Limited data is available on other oxygenates
  - Ethanol oral exposure data exists
  - Other ethers expected to have similar effects to MTBE

- Extensive MTBE inhalation testing generally found low toxicity
  - EPA currently classifies MTBE as a possible human carcinogen

- An oral study in Italy found unexpected results--leukemia, etc.
  + Received much press coverage and support from MTBE opponents
  + Since study has not been peer reviewed, scientific community has been reluctant to accept its conclusions

- Oxygenated Fuels Association (OFA) planning 2M$ program to resolve remaining chronic effects questions       cost - Xon will participate
  + Relevance of kidney tumors to humans
  + Significance of mouse liver and testicular tumors

- EPA is seeking additional chronic effects testing
  - Ethanol, MTBE, TAME, ETBE, DIPE, TBA in fuel will be tested as part of CAA 211(b) exhaust and evaporative emissions testing requirements
  - Consortium formed at API to conduct limited TAME testing ($2M) under negotiated consent agreement. During negotiations, EPA agreed carcinogenicity study not needed. EPA now indicating that they may require this study. API views EPA's desire as "box checking"

# HEALTH EFFECTS OF OXYGENATES (CONT'D)

- While EPA is planning a TSCA test rule for ETBE, plans for testing other oxygenates are uncertain

- Complaints associated with MTBE have been related to effects, such as headaches, dizziness, nausea, not addressed in animal studies

- Exposures of employees and consumers to the oxygenates are generally low
  + API has a fairly good data base on MTBE exposures with conventional fuel and oxygenated fuel; data is limited for RFG
  + The data on the other oxygenates is limited due to their low use
  + Exposures frequently above the odor thresholds for the oxygenates

- Controlled human exposure studies have been conducted on MTBE at low concentrations
  + Generally found no acute effects
  + Study population limited to young, healthy volunteers; may not be representative of sensitive subpopulations
  + EPA considering conducting additional chamber studies of MTBE at various operating conditions
  + Studies of other oxygenates are unlikely due to lack of toxicity data

- EPA is developing a plan for an epidemiology study of communities using MTBE/oxygenated fuel; API has provided some input to the design but thus far is unwilling to participate further.

-2-

EX1 011229

XOM-MT01732-001690

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

# HEALTH EFFECTS OF OXYGENATES (CONT'D)

- OFA (led by ARCO Chemicals) continues to be willing to conduct studies necessary to defend MTBE
  - Both API and OFA consider oxygenates safe at the exposures the public and employees see
  - API is working with OFA to ensure a coordinated public response on carcinogenicity questions but maintains resolution is manufacturers' responsibility
  - API may conduct additional exposure studies on oxygenated fuels as part of their product stewardship program

EUSA Strategy

- Continue to support API/OFA in dealing with the public
- Support additional human chamber studies to determine whether sensitive subpopulations exist and whether odor or other biological effects are cause of complaints
- Consider participation in necessary studies to understand the risks of exposure to oxygenates that we manufacture, consistent with our Toxics Ethics policy. This includes:
  + Resolving MTBE carcinogenicity questions via participation in OFA study.
  + Continuing participation in TAME testing consortium.
  + Review existing employee exposure data and conduct additional exposure assessments if appropriate.
- Resist participation in studies that are merely "box checking" exercises for EPA, such as the TAME carcinogenicity studies

EX1 011230

XOM-MT01732-001691

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

# GROUNDWATER ISSUES WITH OXYGENATES

US Geological Service recently released report identifying MTBE as the second most common groundwater contaminant in their recent study

- 23 of 29 wells in the Denver area had some level of MTBE
- MTBE also found in snow pack

Questions raised by USGS report

- What is the source of MTBE in groundwater?
- What is the source of MTBE in snowpack?
- Does this data raise new health concerns?

Little data available on extent of other oxygenates in groundwater

Natural degradation of ethers in groundwater is slow

- Typical groundwater treatment is currently air stripping
- Enhanced biodegradation may be feasible

EUSA strategy

- Continue to monitor data on MTBE in groundwater
- Seek API review of existing documentation on fate and effects of MTBE in the environment

XOM-MT01732-001692

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

# FUEL PERFORMANCE ISSUES

- Recent consumer concerns about excessive fuel economy loss (up to 20%) and small engine performance have been resolved
  - Recent independent fleet measurements by API and EPA confirm 2-4% loss in economy; equal to predicted value
  - Operating small engines at full throttle may increase operating temperatures
  - ECA Paramins chain saw tests with MTBE fuel identified no problems. Ethanol blends had some increased tendency for phase separation in two-cycle engines
  - Portable Power Equipment Manufacturers Association recent press releases in Wisconsin support RFG as an acceptable fuel

- Materials compatibility questions for the most part have been or can be resolved
  - Claims by Nissan indicated that there may be fuel injector component problems in older vehicles with high mileage attributable to MTBE
  - Chevron indicated that there were possible materials problems with the use of RFG
  - Use of MTBE in gasoline for approximately ten years and at high concentrations (around 2%) for about five years have not led to any significant findings to support any claims. 10% MTBE Denver - Winter 10.
  - API surveyed member companies to identify experience with elastomers and polymers used in pipelines and terminals with oxy fuels
  - Exhaustive review of available materials compatibility data by EUSA/ERE does not indicate any product stewardship concerns that need to be addressed

- EUSA/ERE will continue to monitor developments in this area

CONFIDENTIAL: This document is subject to the September 21, 1999 Stipulated Protective Order entered by the San Francisco Superior Court, Case No. 999128.

XOM-MT01732-001693

EX1 011232