

27464166
Oct 8 2009
11:23AM

# EXHIBIT 10

*RTP* — Haven't you built MTBE use into your projections? If so, shouldn't we initiate JES' proposed study now?

April 3, 1984   DWD
4/4

TO: J.S. Dick
R.T. Peters — Rm 3675

c: JES
JST

RECEIVED
APR 6 1984

FROM: J.E. Spell

SUBJECT: Use of MTBE in Exxon Mogas
File: 205.0105
205.0708

In response to JSD's and JGH's comments, the following additional info. is provided. Copies are attached.

I think that it is understood that any move by an Exxon refinery from hydrocarbon only mogas to an oxygenate-containing mogas would have to have management review up through the Exec. in Charge; e.g. EJH. In addition to the historic technical concerns of being able to deliver "clean" on-spec. mogas to our service station customers, we have the ethical and environmental concerns that are not too well defined at this point; e.g. (1) possible leakage of s/s tanks into underground water systems of a gasoline component that is soluble in water to a much greater extent, (2) potential necessity of treating water bottoms as a "hazardous waste",

CONFIDENTIAL
Use in S. Tahoe
Litigation Only

EXSPELL 00011
CONFIDENTIAL - FOR USE IN LITIGATION SOLELY



EXHIBIT 2
CASE #

and (3) delivery of a fuel to our customers that potentially may provide poorer fuel economy, and (4) potential effects on U.S. petroleum self-sufficiency and balance of payments position.

The 1980 test on the Texas P/L system demonstrated that it appeared feasible to deliver on-spec. product to our customers only.

Therefore, at such time as Refining begins to see strong economic incentives to use MTBE, a study should be started to thoroughly review the issue with management. Consequently, I have used "not precisely stated" in defining the lead time for initiation of the use of MTBE at Exxon refineries.

JSS

cc: V. M. Dugan - Rm 2254B
Mr. J. L. Fernald - Rm 290
J. S. Trout - Rm 2246

CONFIDENTIAL
Use in S. Tahoe
Litigation Only

EXSPELL 00012
CONFIDENTIAL - FOR USE IN LITIGATION SOLELY