

27464166
Oct 8 2009
11:23AM

# EXHIBIT 14



May 29, 1986

TO: Mr. R. J. Landry

FROM: S. D. Curran

SUBJECT: Exxon Underground Tank Leak Experience

This is in response to the subject data request as back up for Mr. Meyer's API - Committee on Public Issues meeting.

Following is recent data on EUSA Marketing tank leak experience derived from field investigation reports:

| Year | Number of Exxon Owned Tanks | Number of Tank Leaks | % Leaks |
|------|------------------------------|----------------------|---------|
| 1982 | 28,500 | 730 | 2.6 |
| 1983 | 26,300 | 540 | 2.1 |
| 1984 | 24,300 | 235 | 1.0 |
| 1985 | 22,000 | 239 | 1.1 |

Additional data was added to the leak classification matrix in 1986. Only those systems where both a tank system was tested not to be tight and an actual unauthorized discharge occured are listed as leaks. As a result, where previous data included tank tightness failures that did not result in a discharge (e.g. vent line vapor leaks), excavation or observation well investigation results are now listed when the suspected unauthorized discharge actually occurred. Data to date indicates a tank leak rate of 0.7% may be expected in 1986.

SDC:alj
8952c

cc: A. L. Decker
R. R. Eaton
H. E. Gattis
H. B. Matney
M. E. Rollins

LCBE 42 0475



UNDERGROUND TANK PROGRAM
TANK UPGRADING STATUS

REMAINING: 26,261 (YE 1983) → 7,003 (implied) → 4,924 (YE 1985)

COMPLETED YE 1983: 18,600
- NUMBER OF TANKS:
  - 2,000
  - 10,500
  - 6,100

YE 1983: 4,945
- NUMBER OF STORES:
  - 521
  - 2,764
  - 1,660

YE 1985: 4,924
- NUMBER OF STORES:
  - 550
  - 2,624
  - 1,750

TREATMENT:
INTERIOR LINE
CATHODIC PROTECT
FIBERGLASS TANKS

PROGRAM COSTS: THRU 1983 = $102 MILLION
THRU 1985 = $172 MILLION

LCBE 42 0476



EUSA MARKETING
Underground Storage Tank Systems
Leak Experience

| Year | Number of Exxon-Owned Tanks | | | Percentage of Leaks | |
|------|---------|---------|---------|---------|---------|
|      | Two-Point Average | Tested for Leaks | Tank Leaks | To Total | To Tanks Tested |
| 1982 | 31,200 | NA  | 730 | 2.3 | NA |
| 1983 | 27,400 | NA  | 540 | 2.0 | NA |
| 1984 | 25,300 | 891 | 235 | 0.9 | 26 |
| 1985 | 23,100 | 948 | 240 | 1.0 | 25 |

Exxon's leak detection program relies mainly on mandatory daily, weekly, and monthly operator inventory reconcilation for early leak detection. Tank testing is triggered whenever the variation exceeds one-half of one percent of the thruput per month. In addition, product inventory verification over a test period--usually one month--is required to be performed annually by the operator and company representative. Monitoring wells to detect leaks through drawoff of samples have been installed at most stations constructed over the last few years, and at some older facilities in high-risk locations. When unexplained inventory variations are reported or detected through these methods, Exxon does a hydrostatic tank tightness test that will detect leaks as small as .05 gallons per hour. Finally, leaks may be discovered in pipes that are under pressure by line leak detectors which continuously monitor line pressure.

In addition to tank testing because of suspected leaks, Exxon also tests tanks for other reasons; e.g., local ordinances, planned acquisitions, or as part of the surplussing program. In 1985, the leak rate for tanks tested for suspected leaks was 44% and for those tested for other reasons, 13%.

There is no standard definition of an underground storage tank system leak. Prior to 1986, Exxon classified as a leaker any tank that failed the tank tightness test. Beginning in 1986, tanks were classified as leakers only if a product leak--as opposed to an air or vapor line leak--was subsequently verified. Early 1986 data indicate a tank leak rate of 0.7%.

PJL:slw:kc
6/86

LCBE 42 0478

## EXXON UNDERGROUND TANK TIGHTNESS TESTING EXPERIENCE

### 1985

| Reason for Tightness Test | Number Tested | Failed | % Failure |
|---|---|---|---|
| Suspected Leaks (e.g., inventory control variations, line leak detectors, other) | 376 | 164 | 44 |
| Other Programs (e.g., surplussing, acquisitions, local regulations, other) | 572 | 76 | 13 |
| Total | 948 | 240 | 25 |

PJL:kc
6/6/86

LCBE 42 0479

## Exxon Underground Tank Tightness Tests
## 1985

| Reason for Tightness Test | Number Tested | Number Failed | Percent Failed |
|---|---|---|---|
| Suspected Leaks (dealer complaint, in-ventory reconciliation, etc.) *water in tank, visible product, slow pumping, unusual dipstick readings* | 320 | 124 | 38.8 |
| Annual Inventory Verification | 56 | 40 | 71.4 |
| Planned Divestiture | 269 ³⁷⁶ | 48 ¹⁶⁴ | 17.8 |
| Planned Acquisitions | 92 | 0 | 0.0 |
| Tank Upgrading Program (for tanks slated for cathodic protection) | 126 | 23 | 18.3 |
| Requirement of Local Regulation | 62 | 5 | 8.1 |
| Other Reasons | 23 | 0 | 0.0 |
| Total | 948 | 240 | 25.3 |

*Handwritten calculations:*
130 failed –
9 – ?

240
164
―――
76

948
376
―――
672

PJL:kc
6/4/86

LCBE 42 0480



UNDERGROUND TANK LEAKER EXPERIENCE
1979 – 1983

LCBE 42 0481

## EXXON UNDERGROUND TANK TIGHTNESS TESTING EXPERIENCE

### 1985

| Reason for Tightness Test | Number Tested | Number Failed | % Failure |
|---|---|---|---|
| Suspected Leaks (e.g. inventory control variations, line leak detectors, other) | 376 | 164 | 44 |
| Other Programs (e.g. surplussing, acquisitions, local regulations, other) | 572 | 76 | 13 |
| Total | 948 | 240 | 25 |

2520d

LCBE 42 0482

EUSA MARKETING
Underground Storage Tank Systems                GSG-5987
Leak Experience

|      | Number of Exxon-Owned Tanks | | | Percentage of Leaks | |
|------|-------|------------------|------------|----------|----------------|
| Year | Total | Tested for Leaks | Tank Leaks | To Total | To Tanks Tested |
| 1982 | 28,500 ~~32,953~~ >34,200  >27,400 | NA  | 730 | ~~2.6~~ 2.3 | NA |
| 1983 | 25,300  >25,300 | NA  | 540 | ~~2.1~~ 2.0 | NA |
| 1984 | 24,300  >23,100 | 891 | 235 | ~~1.0~~ 0.9 | 26.X |
| 1985 | 22,000 | 948 | 240 | ~~1.1~~ 1.0 | 25.X |

Exxon's leak detection program relies mainly on mandatory daily, weekly, and monthly operator inventory reconcilation for early leak detection. Tank testing is triggered whenever the variation exceeds one-half of one percent of the thruput per month. In addition, product inventory verification over a test period--usually one month--is required to be performed annually by the operator and company representative. Monitoring wells to detect leaks through drawoff of samples have been installed at most stations constructed over the last few years, and at some older facilities in high-risk locations. When unexplained inventory variations are reported or detected through these methods, Exxon does a hydrostatic tank tightness test that will detect leaks as small as .05 gallons per hour. Finally, leaks may be discovered in pipes that are under pressure by line leak detectors which continuously monitor line pressure.

In addition to tank testing because of suspected leaks, Exxon also tests tanks for other reasons; e.g., local ordinances and planned acquisitions or as part of the supplementary program ~~divestiture~~. In 1985, the leak rate for tanks tested for suspected leaks was 44% and for those tested for other reasons, 13%.

There is no standard definition of an underground storage tank system leak. Prior to 1986, Exxon classified as a leaker any tank that failed the tank tightness test. Beginning in 1986, tanks were classified as leakers only if in addition to failing the tightness test, a ~~leak was~~ discharge from the tank subsequently verified ~~that resulted in a significant discharge, and was not attributable to other factors such as the vent line or loose fittings~~. Data to date indicates a tank leak rate of 0.7% in 1986.

PJL:slw:kc

May 29, 1986

TO: Mr. R. J. Landry

FROM: S. D. Curran

SUBJECT: Exxon Underground Tank Leak Experience

This is in response to the subject data request as back up for Mr. Meyer's API - Committee on Public Issues meeting.

Following is recent data on EUSA Marketing tank leak experience derived from field investigation reports:

1979    47,610      800

| Year | Number of Exxon Owned Tanks | Number of Tank Leaks | % Leaks |
|------|------|------|------|
| 1981 | 33,453 *stores | | 25 |
| 1982 | 28,500 454 | 1,280 1165 | 2.6 3.4 |
| 1983 | *Tk 26,300 261 | 730 | 2.1 |
| 1984 | 6,312 (4.16) 24,300 326 | 540 | 2.1 |
| 1985 | 5,296 facts 22,000 034 | 235 | 1.0 |
| 1986 | 4,506  18,745 | 239 130 | 1.1 0.7 |

Additional data was added to the leak classification matrix in 1986. Only those systems where both a tank system was tested not to be tight and an actual unauthorized discharge occured are listed as leaks. As a result, where previous data included tank tightness failures that did not result in a discharge (e.g. vent line vapor leaks), excavation or observation well investigation results are now listed when the suspected unauthorized discharge actually occurred. Data to date indicates a tank leak rate of 0.7% may be expected in 1986.

SDC:alj
8952c

cc: A. L. Decker
    R. R. Eaton
    H. E. Gattis
    W. B. Matney
    M. E. Rollins

LCBE 42 0484

# API RECOMMENDED PRACTICE FOR UNDERGROUND PETROLEUM PRODUCT STORAGE SYSTEMS AT MARKETING AND DISTRIBUTION FACILITIES

## Foreword

The prevention and detection of product leakage from petroleum storage and dispensing systems is important to both industry and the public. This recommended practice is offered as a guide for voluntary use by architects, engineers, marketers, jobbers and contractors in the design, use and maintenance of such systems.

Federal, state and municipal codes or laws may have specific restrictions or requirements which must be taken into account prior to the installation of the underground tanks and piping.

The American Petroleum Institute takes no position as to whether any procedure, method device or product mentioned in this publication is covered by existing patent or copyright or as to the validity of such coverage. This publication does not grant the right, by implication or otherwise, to manufacture, sell, or use such procedures, methods, devices, or products so covered, nor does it insure anyone against liability for infringement of such patents or copyrights.

This publication is available for general use by those interested, but the American Petroleum Institute shall not be responsible or liable in any way for loss or damage resulting from such use or for the violation of any federal, state, or municipal regulation with which it may conflict.

LCBE 42 0485