


Oct 9 2009
11:10AM

# EXHIBIT 3

Dockets.Justia.com




Duane C. Miller, # 57812
A. Curtis Sawyer, Jr. #101324
MILLER & SAWYER
A Professional Corporation
1651 Response Road, Second Floor
Sacramento, CA 95815
Telephone: (916) 927-8600
Facsimile: (916) 927-9267

Fred Baron (Admitted in Texas)
Ann Cole (Admitted in Texas)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Facsimile: (214) 523-9159

[Other Counsel Listed on Signature Page]

Attorneys for Plaintiff
City of Santa Monica

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| CITY OF SANTA MONICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; ATLANTIC RICHFIELD COMPANY; MOBIL OIL CORPORATION; EXXON MOBIL CORPORATION; TOSCO CORPORATION; ULTRAMAR, INC.; TEXACO REFINING AND MARKETING, INC.; EQUILON ENTERPRISES LLC; ARCO CHEMICAL COMPANY; LYONDELL CHEMICAL COMPANY; EXXON CORPORATION; UNOCAL CORPORATION; EQUILON PIPELINE COMPANY LLC; and DOES 1 through 600, inclusive,<br><br>Defendants. | CASE NO. 01CC04331<br><br>(Assigned to Judge Sundvold)<br><br>**NOTICE OF ENTRY OF AMENDED ORDER**<br><br>[FILED BY FACSIMILE]<br><br>Complaint Filed: June 19, 2000<br>Transfer Date: April 2, 2001<br>Trial Date: None<br>Discovery Cutoff: None<br><br>Hearing Date: December 19, 2003<br>Time: 9:30 a.m.<br>Dept: CX - 105<br>Judge: Honorable Stephen J. Sundvold |




TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 9, 2004, the above-referenced court granted the motion for determination of good faith settlement of ChevronTexaco Corporation, Chevron U.S.A. Inc., and Chevron Products Company, ExxonMobil Corporation; Shell Oil Company, Shell Oil Products Company, Shell Pipeline Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC, and Texaco Refining and Marketing Inc.; Thrifty Oil Co. and Best California Gas, Ltd.

A true and correct copy of the Order is attached hereto as Exhibit 1.

Dated: January 14, 2004

**MILLER & SAWYER**
A Professional Corporation

By ______________________
A. CURTIS SAWYER, JR.
Attorneys for Plaintiff

*Other Counsel:*
Marsha Jones Moutrie, #69711
City Attorney
Joseph Lawrence, #99039
Assistant City Attorney
CITY OF SANTA MONICA
1685 Main Street
Santa Monica, CA 90401-3295
Telephone: (310) 458-8336
Facsimile: (310) 395-6727

Victor M. Sher, Esq.
SHER & LEFF
450 Mission Street, 5th Floor
San Francisco, CA 94105
Telephone: (415) 982-0468
Facsimile: (415) 348-8333

E-SERVED
01/14/04
06:40 PM ET
01-CC-04331

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
JAN - 9 2004
ALAN SLATER, Clerk of the Court
BY N. PARKER

DAVID L. SCHRADER, State Bar No. 149638
JOHN J. WASILCZYK, State Bar No. 78506
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

WILLIAM K. DIAL, State Bar No. 41310
CHEVRON PRODUCTS COMPANY LAW DEPARTMENT
6001 Bollinger Canyon Road
San Ramon, California 94583-2398
Telephone: (925) 842-2642
Facsimile: (925) 842-3365
Attorneys for Defendants ChevronTexaco Corporation, Chevron U.S.A. Inc. and Chevron Products Company

[Additional Counsel for Moving PartiesOn Following Page]

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| CITY OF SANTA MONICA,<br>Plaintiff,<br>vs.<br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; ATLANTIC RICHFIELD COMPANY; MOBIL OIL CORPORATION; EXXONMOBIL CORPORATION; TOSCO CORPORATION; ULTRAMAR INC.; TEXACO REFINING AND MARKETING INC.; EQUILON ENTERPRISES LLC; ARCO CHEMICAL COMPANY; LYONDELL CHEMICAL COMPANY; EXXON CORPORATION; UNOCAL CORPORATION; EQUILON PIPELINE COMPANY LLC; and DOES 1 through 600, inclusive,<br>Defendants | Case No. 01CC04331<br>[Assigned for all purposes to the Honorable Stephen J. Sundvold]<br>**[PROPOSED] AMENDED ORDER ON MOTION BY CHEVRONTEXACO CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; EXXONMOBIL CORPORATION; THRIFTY OIL CO.; BEST CALIFORNIA GAS, LTD.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION, EQUILON ENTERPRISES LLC; EQUILON PIPELINE COMPANY LLC; AND TEXACO REFINING AND MARKETING INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br>Complaint Filed: June 19, 2000<br>Trial Date: None Set<br>Hearing Date: December 19, 2003<br>Time: 9:30 a.m.<br>Dept: CX-105<br>Judge: Honorable Stephen J. Sundvold |
| AND OTHER CROSS-COMPLAINTS | |



EXHIBIT 1




ROY G. WUCHITECH, State Bar No. 54846
JEFFREY J. PARKER, State Bar No. 155377
LORI OSMUNDSEN, State Bar No. 211964
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620.1398
Attorneys for Defendants ExxonMobil Corporation, successor by merger to Exxon Corporation, and Mobil Oil Corporation

MARK B. GILMARTIN, State Bar No. 98384
LAW OFFICES OF MARK B. GILMARTIN
233 Wilshire Boulevard, Suite 350
Santa Monica, California 90401
Telephone: (310) 395-7333
Facsimile: (310) 395-7573
Attorneys for Cross-Defendants
Thrifty Oil Co. and Best California Gas, Ltd.

RONALD L. OLSON, State Bar No. 044597
STEPHEN M. KRISTOVICH, State Bar No. 082164
CYNTHIA L. BURCH, State Bar No. 086020
MICHAEL R. BARSA, State Bar No. 190643
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Attorneys for Defendant Shell Oil Company, Shell Oil Products Company, Shell Pipeline Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC and Texaco Refining and Marketing Inc.

E-SERVED 01/14/04 06:40 PM ET 0 01-CC-04331 01-CC-04331

The Motion for Determination of Good Faith Settlement of ChevronTexaco Corporation (formerly Chevron Corporation), Chevron U.S.A. Inc., and Chevron Products Company, ExxonMobil Corporation; Shell Oil Company, Shell Oil Products Company, Shell Pipeline Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC and Texaco Refining And Marketing Inc.; Thrifty Oil Co. and Best California Gas, Ltd. (collectively, "Settling Parties"), came on regularly for hearing by the Court on December 19, 2003. The matters having been argued and submitted, and good cause being shown,

IT IS HEREBY ORDERED that:

In accordance with the Court's prior written ruling granting the Settling Parties' Motion, the Court finds that the Settlement entered into between Plaintiff City of Santa Monica and Settling Parties is in good faith pursuant to California Code of Civil Procedure sections 877 and 877.6 and that Settling Parties, and each of them, are entitled to protection from contribution and equitable indemnity claims as provided in California Code of Civil Procedure sections 876 and 877.6. The Court further finds that the settlement value agreed upon by the Settling Parties and the City of Santa Monica is reasonable and, accordingly, assigns a value of three hundred twelve million, eight hundred and fifty thousand dollars ($312,850,000) to the Settlement.

DATED: JAN 9 - 2004

Honorable Stephen J. Sundvold

Honorable Stephen J. Sundvold




## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On January 7, 2004, I caused to be served the following documents in this action: **[PROPOSED] AMENDED ORDER ON MOTION BY CHEVRONTEXACO CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; EXXONMOBIL CORPORATION; THRIFTY OIL CO.; BEST CALIFORNIA GAS, LTD.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION, EQUILON ENTERPRISES LLC; EQUILON PIPELINE COMPANY LLC; AND TEXACO REFINING AND MARKETING INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

**BY VERILAW:** True and correct copies of the foregoing documents were electronically served on counsel of record on January 7, 2004, by means of transmitting the documents to Verilaw in accordance with the Court's Case Management Order for Electronic Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 7, 2004, at Los Angeles, California.

Victoria L. Rader
Victoria L. Rader




**PROOF OF SERVICE**

I am employed in the County of Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On January 14, 2004, I caused to be served the following documents in this action: **AMENDED ORDER ON MOTION BY CHEVRONTEXACO CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; EXXONMOBIL CORPORATION; THRIFTY OIL CO.; BEST CALIFORNIA GAS, LTD.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION, EQUILON ENTERPRISES LLC; EQUILON PIPELINE COMPANY LLC; AND TEXACO REFINING AND MARKETING INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

**BY VERILAW:** True and correct copies of the foregoing documents were electronically served on counsel of record on January 14, 2004, by means of transmitting the documents to Verilaw in accordance with the Court's Case Management Order for Electronic Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 14, 2004, at Los Angeles, California.

Victoria L. Rader

Victoria L. Rader




**PROOF OF SERVICE**

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1651 Response Road, Second Floor, Sacramento, CA 95815, which is located in the county in which this mailing occurred.

On January 14, 2004, I served: **NOTICE OF ENTRY OF AMENDED ORDER** on the following persons or parties by placing a true copy thereof in a sealed envelope, showing the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

______ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

______ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

______ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

______ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

__**X**__ BY ELECTRONIC SERVICE SYSTEM VIA VERILAW TECHNOLOGIES
I caused the above-described document to be served by having a copy of the same posted on the Verilaw website, in accordance with the Court's Order governing electronic service of filings in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 14, 2004, at Sacramento, California.

CHRISTINA HISE




Fred Baron, Esq.
Scott Summy, Esq.
Ann Cole, Esq.
Celeste Evangeliste, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281

Marsha Jones Moutrie, Esq.
Joseph Lawrence, Esq.
CITY OF SANTA MONICA
1685 Main Street
Santa Monica, CA 90401-3295

Victor M. Sher, Esq.
Sher & Leff
450 Mission Street, 5th Floor
San Francisco, CA 94105

Ronald L. Olson, Esq.
Stephen M. Kristovich, Esq.
Munger, Tolles & Olson LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560

Attorneys for Defendants Shell Oil Co., Shell Oil Products Co., Shell Pipeline Corp., Equilon Enterprises LLC, and Equilon Pipeline Company LLC

Roy G. Wuchitech, Esq.
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Attorneys for Defendants Exxon Mobil Corporation, Exxon and Mobil

Elizabeth J. Haegelin, Esq.
Howrey, Simon, Arnold & White
550 South Hope Street, Suite 1400
Los Angeles, CA 90071-2604

Attorneys for Defendants Mobil Oil Corp., Exxon Mobil Corp. and Exxon Corp.

David Richman, Esq.
Stephan, Oringher, Richman & Theodora
2029 Century Park East, 6th Fl.
Los Angeles, CA 90067

Attorneys for Defendant Ultramar, Inc.

Tracie Renfroe, Esq.
Bracewell & Patterson
711 Louisiana Street, Suite 2900
Houston, TX 77002

Attorney for Defendant Ultramar, Inc.

Ward L. Benshoof, Esq.
Peter A. Nyquist, Esq.
Weston, Benshoof, Rochefort, et al.
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

Attorneys for Defendant Unocal Corporation (Union Oil Company of California)




| | |
|---|---|
| Marc M. Seltzer, Esq.<br>David C. Marcus, Esq.<br>Susman Godfrey, LLP<br>1901 Avenue of the Stars, Ste. 950<br>Los Angeles, CA 90067 | Attorneys for Defendants<br>ARCO Chemical Company<br>and Lyondell Chemical Co. |
| H. Lee Godfrey, Esq.<br>Vineet Bhatia<br>Susman Godfrey, LLP<br>1000 Louisiana, Ste. 5100<br>Houston, TX 77002-5096 | Attorneys for Defendants<br>ARCO Chemical Company<br>and Lyondell Chemical Co. |
| Alan J. Hoffman, Esq.<br>Blank, Rome, Comsiky & McCauley<br>One Logan Square<br>Eighteenth and Cherry Street<br>Philadelphia, Pennsylvania 19103-6998 | Attorneys for Defendant<br>ARCO Chemical Co. |
| David Schrader, Esq.<br>Andrea Ordin, Esq.<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 | |
| D. Terrell Sherman, Esq.<br>Chevron Products Co. Law Dept.<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583-2398 | Attorneys for Defendants<br>Chevron Corp., Chevron USA,<br>Inc. and Chevron Products<br>Company |
| Matthew T. Heartney, Esq.<br>Stephanie M. Bonnett, Esq.<br>Arnold & Porter<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | Attorneys for Defendant<br>Atlantic Richfield Co. |
| Beth S. Dorris, Esq.<br>McKenna & Cuneo LLP<br>444 South Flower Street, Suite 749<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>Atlantic Richfield Co. |
| Jon D. Anderson, Esq.<br>Gregory M. Saylin, Esq.<br>Latham & Watkins<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626-1925 | Attorneys for Defendant<br>Tosco Corporation |
| Jon Tisdale, Esq.<br>Samantha M. Ball, Esq.<br>Gilbert, Kelly, Crowley & Jennett LLP<br>1200 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90017-1908 | Attorneys for Defendant<br>Tosco Corporation |




| | |
|---|---|
| John F. Cermak, Jr.<br>Sonja A. Inglin, Esq.<br>Jenkens & Gilchrist LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90025-7120 | Attorneys for Cross-Defendant HLW Corporation |
| Mark B. Gilmartin, Esq.<br>Law Offices of Mark B. Gilmartin<br>233 Wilshire Boulevard, Suite 350<br>Santa Monica, CA 90401 | Attorneys for Defendant Thrifty Oil Co. And Best California Gas Ltd. |
| Kenneth A. Ehrlich, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Attorneys for Winall Oil Company |
| J. Sheila Welch, Esq.<br>Law Offices of J. Sheila Welch<br>6510 Alondra Boulevard<br>Paramount, CA 90723 | Attorneys for Great West Car Wash |
| Steven L. Hoch, Esq.<br>Hatch & Parent<br>11911 San Vicente Blvd., Ste. 350<br>Los Angeles, CA 90049 | Attorneys for Cross-Defendant Southern Cal. Water Company |
| Robert J. Saperstein, Esq.<br>Hatch & Parent<br>21 East Carrillo Street<br>Santa Barbara, CA 93101-2782 | Attorneys for Cross-Defendant Southern Cal. Water Company |
| Clement L. Glynn, Esq.<br>Adam Friedenberg, Esq.<br>Glynn & Finley<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596 | Attorneys for Cross-Defendant and Cross-Complainants, Conoco, Inc., Kayo Oil Co., And Douglas Oil Co. |
| Ralph F. Hirschmann, Esq.<br>Law Offices of Ralph F. Hirschmann<br>707 Wilshire Blvd., Suite 4910<br>Los Angeles, CA 90017 | Attorneys for Defendants Shell Oil Co., Shell Oil Products Co., Shell Pipeline Corp., Equilon Enterprises, Equilon Pipeline Co., as to cross-defendants Atlantic Richfield Co., Union Oil Co. of CA, BP USA,and B.P. Amoco |