

**EXHIBIT 1:  PLAINTIFF CITY OF NEW YORK'S PHASE THREE TRIAL TESTIMONY**

| DATE | TR. at [PAGE:LINE] | WITNESS |
|---|---|---|
| 08/27/09 | 2808:15 - 2809:9 | Burns |
| 08/27/09 | 2813:1 - 2814:14 | Burns |
| 08/27/09 | 2816:11 - 2818:1 | Burns |
| 08/27/09 | 2825:2-10 | Burns |
| 08/27/09 | 2876:8-13 | Burns |
| 09/02/09 | 3211:4 - 8 | Scala |
| 09/02/09 | 3221:4 -3222:1 | Scala |
| 09/02/09 | 3222:25 - 3223:15 | Scala |
| 09/02/09 | 3227:5-3228:7 | Scala |
| 09/02/09 | 3229:12-3230:7 | Scala |
| 09/02/09 | 3236:16-3239:25 | Scala |
| 09/02/09 | 3243: 1 - 6 | Scala |
| 09/02/09 | 3261:18 - 3263:5 | Rudo |
| 09/02/09 | 3270:7 - 21 | Rudo |
| 09/02/09 | 3306:10-3309:5 | Moreau |
| 09/02/09 | 3310:1-3310:14 | Moreau |
| 09/02/09 | 3311:11-3312:25 | Moreau |
| 09/02/09 | 3313:1-3315:7 | Moreau |
| 09/02/09 | 3333:17-3334:19 | Moreau |
| 09/02/09 | 3376:15-3376:22 | Moreau |
| 09/03/09 | 3483:1-3483:19 | Roman |
| 09/03/09 | 3483:22-3484:25 | Roman |
| 09/03/09 | 3485:9-3486:6 | Roman |
| 09/03/09 | 3487:24-3489:3 | Roman |
| 09/03/09 | 3497:11-3497:15 | Roman |
| 09/04/09 | 3545:17-3546:18 | Mickelson |
| 09/04/09 | 3549:23 - 3553:1 | Mickelson |
| 09/04/09 | 3553:23 - 3560:9 | Mickelson |
| 09/04/09 | 3560:10-3562:10 | Mickelson |
| 09/04/09 | 3563:7-3564:23 | Mickelson |
| 09/04/09 | 3567:4-3568:7 | Mickelson |
| 09/04/09 | 3570:4-3573:19 | Mickelson |
| 09/04/09 | 3571:3-3572:18 | Mickelson |
| 09/04/09 | 3574:24-3575:14 | Mickelson |
| 09/04/09 | 3579:18-3581:15 | Mickelson |
| 09/04/09 | 3584:24-3585:13 | Mickelson |
| 09/04/09 | 3587:15-3588:9 | Mickelson |
| 09/04/09 | 3592:10-3592:24 | Mickelson |
| 09/04/09 | 3616:3 - 3617:11 | Mickelson |
| 09/04/09 | 3652:11-3653:11 | Dugan |
| 09/04/09 | 3659:6-3660:1 | Dugan |
| 09/04/09 | 3661:4-3661:12 | Dugan |
| 09/04/09 | 3662:13-3663:22 | Dugan |
| 09/04/09 | 3673:14-3674:2 | Dugan |

| Date | Citation | Witness | Notes |
|---|---|---|---|
| 09/08/09 | Larkins Depo (7/11/00) 024:24-25:12 | Larkins | SEE CLIP REPORT IN EX. 2 |
| 09/08/09 | Larkins Depo (7/11/00) 026:11-27:05 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 058:12-59:4 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 059:10-60:16 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 101:15-102:14 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 168:7-168:24 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 169:23-171:4 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 185:4-188:11 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 208:02-208:22 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 209:08-210:2 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 267:13-20 | Larkins | |
| 09/08/09 | Larkins Depo (3/06/08) 275:14-24 | Larkins | |
| 09/08/09 | Larkins Depo (3/07/08) 341:23 - 342:5 | Larkins | |
| 09/08/09 | Larkins Depo (3/07/08) 428:8 - 429:2 | Larkins | |
| 09/08/09 | Larkins Depo (3/07/08) 461:14-462:02 | Larkins | |
| 09/08/09 | Larkins Depo (3/07/08) 467:23-468:4 | Larkins | |
| 09/08/09 | Larkins Depo (3/07/08) 477:04-15 | Larkins | |
| 09/08/09 | Spell Depo (4/13/00) 012:07-13:09 | Spell | SEE CLIP REPORT IN EX. 2 |
| 09/08/09 | Spell Depo (4/13/00) 013:21-14:16 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 015:07-16:02 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 017:18-18:04 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 021:05-09 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 032:21-33:10 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 021:10 - 23:04 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 027:22 - 28:1 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 028:13 - 31:07 | Spell | |
| 09/08/09 | Spell Depo (4/13/00) 100:23-101:19 | Spell | |
| 09/09/09 | 3820:2-3821:5 | Curran | |
| 09/09/09 | 3844:3-22 | Curran | |
| 09/09/09 | 3867:20-3869:20 | Curran | |
| 09/09/09 | 3896:24 - 3897:11 | Curran | |
| 09/09/09 | 3898:24-3899:20 | Curran | |
| 09/09/09 | 3899:21-3905:14 | Curran | |
| 09/09/09 | 3909:7-3910:23 | Curran | |
| 09/09/09 | 3918:20-3919:23 | Curran | |
| 09/09/09 | 3922:24-3923:11 | Curran | |
| 09/09/09 | 3924:12-13, 3925:18-3928:3 | Curran | |
| 09/10/09 | 3999:25 - 4001:13 | Stone | |
| 09/10/09 | 3986:18 - 3987:22 | Stone | |
| 09/10/09 | 3998:1 - 19 | Stone | |
| 09/10/09 | Dominguez Depo (9/12/2000) 48:22-50:03 | Dominguez | SEE CLIP REPORT IN EX. 2 |
| 09/14/09 | 4272:15-20 | Tallett | |
| 09/15/09 | 4554:4 - 20 | Biles | |
| 09/15/09 | 4588:15 - 4591:4 | Biles | |
| 09/15/09 | 4601:22 - 4606:16 | Biles | |
| 09/17/09 | 4835:4 - 4837:18 | McGraw | |
| 09/23/09 | 5641:13-5646:22 | Eizember | |

| Date | Reference | Name |
|---|---|---|
| 09/23/09 | 5648:2 - 5649:7 | Eizember |
| 09/23/09 | 5649:9-20 | Eizember |
| 09/23/09 | 5652:3 - 16 | Eizember |