27528981
Oct 13 2009
3:01PM

# EXHIBIT 2: PLAINTIFF CITY OF NEW YORK'S PHASE THREE TRIAL EXHIBITS

| TAB | PLAINTIFF'S TRIAL EXHIBIT NO. | DESCRIPTION | BEGINNING BATES NO. | END BATES NO. | WITNESS(ES) | DATE ENTERED INTO EVIDENCE |
|---|---|---|---|---|---|---|
| 1 | PL-2436 | 01/11/1984 American Petroleum Institute (API) Medicine and Biological Science Department Toxicology Committee Meeting Minutes | ARC 0176020 | ARC 0176026 | KATHLEEN BURNS ROBERT SCALA | 8/27/2009 |
| 2 | PL-3339 | Final Report of the National Science & Technology Council, Committee on Environment and Natural Resources, "Interagency Assessment of Oxygenated Fuels," dated June 1997 | MDL1358hM-0621817 | MDL1358hM-0621866 | KATHLEEN BURNS SANDRA MOHR | 8/27/2009 |
| 3 | PL-2606 | 02/27/1987 Statement of MTBE Committee Submitted to EPA signed by George S. Dominguez, Executive Director | EX EPA 00094 | EX EPA 00097 | MARCEL MOREAU | 9/2/2009 |
| 4 | PL-3652 | 06/13/1984 API Memorandum From S.T. Cragg, PhD To Task Force On The Toxicity Of Gasoline In Groundwater Re: Overview Statement: Hydrocarbon Contamination of Groundwater (Draft of 6/10/1984) | TX1070005 | TX1 070017 | ROBERT SCALA | 9/2/2009 |
| 5 | PL-1026 | Mobil Presentation Slides: "Management Strategies for MTBE Remediation Liabilities | M0059769 | M0059780 | MARCEL MOREAU | 9/2/2009 |
| 6 | PL-3074 | 04/24/1998 Memorandum to Carol Fairbrother from Vic Dugan Subject: EUSA Marketing Environmental Engineering MTBE Survey -- Retail Stations | ExxonWarningsSupp(5-15-07)00001 | ExxonWarningsSupp(5-15-07)00032 | MARCEL MOREAU | 9/2/2009 |
| 7 | PL-782 | OUTLINE: Underground Tank Program | LCBE - 321524 | LCBE - 321530 | MARCEL MOREAU | 9/2/2009 |
| 8 | PL-473B | 11/02/1978 Exxon Memorandum to Randall Meyer to C.R. Sitter Re: Underground Leak Detection, Prevention Program | various | various | MARCEL MOREAU | 9/2/2009 |
| 9 | PL-228 | Exxon Underground Tank Failure Report, 1982 Year End Summary | LCBE - 151425; EXAN - 1 | LCBE - 151429; EXAN - 26 | MARCEL MOREAU | 9/2/2009 |
| 10 | PL-473A | DOCUMENT: Underground Leak Prevention/Detection at Service Stations | CUR000050 | CUR000052 | MARCEL MOREAU | 9/2/2009 |
| 11 | PL-394 | 07/31/1987 Letter from R. Scala to R. Campion; cc L Bernstein, J. Taunton Re: API document - Oxygenates as Fuel Components | EBSIndex 000369 | EBSIndex 000372 | ROBERT SCALA | 9/2/2009 |
| 12 | PL-2636 | May 6, 1987 Technical Service Laboratories Correspondence To: C.L. Hagan From: S.S. Hetrick'Cc: W.R. Beck, C.B. Hood Re: "MTBE in Water" | XOM-NC0299-00047, XOM-WARN-00018726 | XOM-NC0299-00050, XOM-WARN-00018729 | MICHAEL ROMAN | 9/3/2009 |
| 13 | PL-5506 | Clip Report from 04/13/2000 Videotaped Deposition of Jack Spell and Certain Exhibits | N/A | N/A | JACK SPELL | 9/3/2009 |
| 14 | PL-5506 EXHIBIT | **SPELL EXHIBIT 17**: January 1987 Handwritten note from J.E. Spell to G.N. Shah attaching December 30, 1986 Memo from R.T. Harvin | EX HEI 00135 | EX HEI 00137 | JACK SPELL | 9/3/2009 |
| 15 | PL-3087 | Exxon Interoffice Correspondence dated 12/28/1998 To: Don Englert, Glenn Sparks, Bruce Underkoffler cc: Jim Marum, Vince | XOM-NC0073-00624, XOM-WARN-00001639 | XOM-NC0073-00643, XOM-WARN-00001658 | MICHAEL ROMAN | 9/3/2009 |
| 16 | PL-272 | Letter dated 08/23/1984 from V.M. Dugan to B.J. Mickelson re MtBE Contamination of Groundwater | EX EnFI00048 | EX EnFI00049 | BARBARA MICKELSON | 9/4/2009 |
| 17 | PL-247 | Handwritten memorandum dated 04/03/1984 from: JE Spell To: JS Dick; RT Peters RM 3675 cc: VM Dugan Rm. 2254B; Ms. JL Fernand Rm. 29D; JS Trout Rm. 2246 Subject: Use of MTBE in Exxon Mogas | EXSPELL 00011 | EXSPELL 00012 | BARBARA MICKELSON | 9/4/2009 |

EXHIBIT 2: PLAINTIFF CITY OF NEW YORK'S PHASE THREE TRIAL EXHIBITS

| TAB | PLAINTIFF'S TRIAL EXHIBIT NO. | DESCRIPTION | BEGINNING BATES NO. | END BATES NO. | WITNESS(ES) | DATE ENTERED INTO EVIDENCE |
|---|---|---|---|---|---|---|
| 18 | PL-270 | Correspondence dated 08/23/1984 from B.J. Mickelson to V.M. Dugan re: MTBE Contamination of Groundwater | EM-762; EX-HEI-19 | EM-763; EX-HEI-20 | BARBARA MICKELSON | 9/4/2009 |
| 19 | PL-292 | 04/19/1985 Memorandum from B. Mickelson to J. Mixter cc A. Decker, R. Eaton, W. Gattis Re Introduction of Methyl Tertiary | EX EnFI 00056 | EX EnFI 00057 | BARBARA MICKELSON | 9/4/2009 |
| 20 | PL-268 | Correspondence dated 08/08/1984 from V.M. Dugan to S.D. Curran re: Methyl Tertiary Butyl Ether (MTBE) | EXEnFI - 47 | EXEnFI - 47 | BARBARA MICKELSON | 9/4/2009 |
| 21 | PL-477 | Exxon Powerpoint Presentation: Oxygenate Strategy Review, May 19, 1995 | EX1 011225 | EX1 011232 | VICTOR DUGAN | 9/8/2009 |
| 22 | PL-5524 | FEDERAL REGISTER: Volume 53, No. 185 Friday, September 23, 1988 | N/A | N/A | SULLIVAN CURRAN | 9/8/2009 |
| 23 | PL-323 | Memorandum dated 5/29/1986 from S.D. Curran to R.J. Landry Re Exxon Underground tank Leak Experience | LCBE 42 0475 | LCBE 42 0485 | VICTOR DUGAN SULLIVAN CURRAN | 9/8/2009 |
| 24 | LARKINS DEPOSITION CLIP | Detailed Clip Report from 03/06/2008 Videotaped Deposition of Robert Larkins and Certain Exhibits | N/A | N/A | ROBERT LARKINS | 9/8/2009 |
| 25 | LARKINS DEPOSITION CLIP [EXHIBIT NO. 7] | June 10, 1985 Memorandum from C.B. Raglin to S.M. Pearman and R.P. Larkins SUBJECT: MTBE Use in Baytown Refinery Unleaded Premium | EXLAR100026 | EXLAR100037 | ROBERT LARKINS | 9/8/2009 |
| 26 | LARKINS DEPOSITION CLIP [EXHIBIT NO. 7A] | June 10, 1985 Memorandum from C.B. Raglin to S.M. Pearman and R.P. Larkins SUBJECT: MTBE Use in Baytown Refinery Unleaded Premium | N/A | N/A | ROBERT LARKINS | 9/8/2009 |
| 27 | LARKINS DEPOSITION CLIP [EXHIBIT NO. 8] | June 25, 1985 Memorandum from R.P. Larkins to E.J. Hess SUBJECT: MTBE Use in Baytown Unleaded Premium | EXLAR100038 | EXLAR100038 | ROBERT LARKINS | 9/8/2009 |
| 28 | LARKINS DEPOSITION CLIP [EXHIBIT NO. 29] | Exxon Company, USA Correspondence from R.L. Larkins to Hon. Robert L. Stafford attaching Statement of Exxon Company, USA on the potential ththreat to groundwater from leaking underground storage tanks | N/A | N/A | ROBERT LARKINS | 9/8/2009 |
| 29 | LARKINS DEPOSITION CLIP [EXHIBIT NO. 39] | December 17, 1985 Memorandum from D.D. Muehl to Mr. J.L Stanislaus Subject:: Anti-Alcohol Advertising | EM0007064 | EM0007064 | ROBERT LARKINS | 9/8/2009 |
| 30 | LARKINS IMPEACHMENT DEPOSITION CLIP | Detailed Clip Report from 07/11/2000 Videotaped Deposition of Robert Larkins | N/A | N/A | ROBERT LARKINS | 9/9/2009 |

# EXHIBIT 2: PLAINTIFF CITY OF NEW YORK'S PHASE THREE TRIAL EXHIBITS

| TAB | PLAINTIFF'S TRIAL EXHIBIT NO. | DESCRIPTION | BEGINNING BATES NO. | END BATES NO. | WITNESS(ES) | DATE ENTERED INTO EVIDENCE |
|---|---|---|---|---|---|---|
| 31 | PL-221 | Correspondence re: the Underground Tank Program including Inventory Verifications and Tankage Installation Procedures | LCBE - 420755 | LCBE - 420460 | SULLIVAN CURRAN | 9/9/2009 |
| 32 | D-9914 | July 30, 1987 Memorandum from Carl B. Raglin to R.P. Larkins RE Briefing Material - Oxygenated Fuels | MDL1358hM-1081399 | MDL1358hM-1081409 | SULLIVAN CURRAN | 9/9/2009 |
| 33 | PL-5507 | Clip Report from 09/12/2000 Videotaped Deposition of George Dominguez and Certain Exhibits | N/A | N/A | GEORGE DOMINGUEZ | 9/10/2009 |
| 34 | PL-5507 EXHIBIT [PL-5500] | DOMINGUEZ EXHIBIT 2: December 17, 1986 Minutes for the Public Focus Meeting for methyl tert-butyl Ether (MTBE) | N/A | N/A | GEORGE DOMINGUEZ | 9/10/2009 |
| 35 | PL-5507 EXHIBIT [PL-5505] | DOMINGUEZ EXHIBIT 13: February 27, 1987 Correspondence to Beth Anderson (USEPA) from George Dominguez Re: MTBE Committee Statement on MTBE | N/A | N/A | GEORGE DOMINGUEZ | 9/10/2009 |
| 36 | PL-5507 EXHIBIT [PL-372] | DOMINGUEZ EXHIBIT 13a: February 27, 1987 Statement of the MTBE Committee Submitted to EPA | EX EPA 00094 | EX EPA 00097 | GEORGE DOMINGUEZ | 9/10/2009 |
| 37 | D-9306 | Meeting Minutes: American Petroleum Institute Groundwater Technical Task Force, January 20 and 21, 1987 | EQ-SH156 0002 | EQ-SH156 0035 | WILLIAM STONE | 9/10/2009 |
| 38 | PL-2373 | Minutes of the MTBE Meeting in API Conference Room, February 5, 1980 | EX1 017959 | EX1 017963 | ROBERT BILES | 9/15/2009 |
| 39 | PL-2382 | 10/7/1980 Correspondence from Texaco to MTBE Ad Hoc Committee Representative re: MTBE testing | Ex-14117 | Ex-14117 | ROBERT BILES | 9/15/2009 |
| 40 | PL-2929 | Correspondence from Bob Biles to Frank Panebianco re: Ad Hoc Group Request for Funding Studies | XOM-MT891-1 | XOM-MT891-1 | ROBERT BILES | 9/15/2009 |
| 41 | PL-3650 | American Petroleum Institute Medicine and Biological Science Department, Methyl tertiary-Butyl Ether Meeting Notes dated June 12, 1984 by Steven T. Cragg, Ph.D. | 2MDLCP00336172 | 2MDLCP00336174 | ROBERT BILES | 9/15/2009 |
| 42 | D-9817 | June 20, 1979 Letter from Alfred Vanderpoleg of Texaco to S.C. Lews of Exxon Corporation RE: Methyl T Butyl Ether Toxicological Testing | Lewisdep-000003 | Lewisdep-000004 | ROBERT BILES | 9/15/2009 |
| 43 | D-9820 | July 30, 1979 Inter-Office Correspondence from R.J. Staab/R.W. Biles to R.A. Scala Subject: Texaco MtBE Toxicology Testig Planning Meeting | Lewisdep-000007 | Lewisdep-000016 | ROBERT BILES | 9/15/2009 |
| 44 | PL-614 | Federal Register - EPA - 40 CFR Park 755 - MTBE; Advance Notice of Intent to Initiate Rulemaking Under the Toxic Substances Control Act to Eliminate or Limit the Use of MTBE Fuel Additive in Gasoline; Advance Notice of Proposed Rulemaking | WP 005546 | WP 005562 | RAY McGRAW | 9/16/2009 |
| 45 | PL-12195 | Kleinfelder letter from DEC to Ken Drake, ExxonMobil Corporation Re: Spill # 0701360, Mobil Station # 13147, 165-01 Hillside Avenue, Jamaica NY. | XOM-NYC-SUPP-SRF-0001127 | XOM-NYC-SUPP-SRF-0001128 | THOMAS MAGUIRE | 9/21/2009 |
| 46 | PL-5562 | DOCUMENT: Emerging Product Quality Issues Meeting Agenda and Presentation Materials | EX 029299 | EX 029317 | TOM EIZEMBER | 9/23/2009 |
| 47 | PL-3999 | E-mail dated 12/14/2000 from WB Lewis to B Harney cc J Medley, N Novick, J Burton, T Eizember re By-product Ethers, forwarding 12/11/00 e-mail chain from B Harney to WB Lewis, T Eizember,cc J Medley, N Novick re same | MDL1358 XOM DTU 0020553 | MDL1358 XOM DTU 0020554 | TOM EIZEMBER | 9/23/2009 |

# EXHIBIT 2: PLAINTIFF CITY OF NEW YORK'S PHASE THREE TRIAL EXHIBITS

| TAB | PLAINTIFF'S TRIAL EXHIBIT NO. | DESCRIPTION | BEGINNING BATES NO. | END BATES NO. | WITNESS(ES) | DATE ENTERED INTO EVIDENCE |
|---|---|---|---|---|---|---|
| 48 | PL-631 | ExxonMobil powerpoint presentation, USGC MTBE Phase Out Assessment & Scoping of Potential Ethanol Legislative Proposals dated 02/02/2001 | XOM MDL1358hExxonDTU 0038713 | XOM MDL1358hExxonDTU 0038719 | TOM EIZEMBER | 9/23/2009 |
| 49 | PL-4015 | ExxonMobil Powerpoint Presentation: US MTBE Phase Down Refining/Chemicals dated 12/13/2005 | MDL1385 XOM DTU 0026213 | MDL1385 XOM DTU 0026230 | TOM EIZEMBER | 9/23/2009 |
| 50 | PL-287 | March 18, 1985 Memorandum from C.B. Raglin to S.M. Pearman and R.P. Larkins Subject: MTBE Use in EUSEA Proprietary Texas Pipline Served Areas | EX1 010914; MDL1358 EM0014036 | EX1 010914; MDL1358 EM0014036 | VICTOR DUGAN | 9/4/2009 |
|   |   |   |   |   |   |   |