

**SHER·LEFF** LLP
LAWYERS PROTECTING WATER

Victor M. Sher
vsher@sherleff.com
415.348.8300 x100

November 3, 2009

*Via Email & Hand Delivery*

Hon. Shira A. Scheindlin
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Re:  *City of New York, et al. v. Amerada Hess, et al.,* 04 CV 3417 (SAS)
           *In re MTBE Products Liability Litigation*, MDL 1358
           TSCA Claim

Dear Judge Scheindlin:

The City proposes to present its case in chief in support of its claim under the Toxic Substances Control Act – and perhaps the entire trial – by written submissions pursuant to FRCP 52.

The City can file its case in chief by November 20, 2009. We suggest that an appropriate response period would have Exxon Mobil file its response case in chief by December 20, with the City to file its rebuttal January 11, 2010. If the Court wants to hear oral argument – or if there is any need for live testimony (which the City does not anticipate at this time) – it could be scheduled at the Court's convenience thereafter. We do not see how oral argument, with or without live testimony, could take longer than one day.

Respectfully submitted,

*/s/ Victor M. Sher*

Victor M. Sher

Cc:    All Counsel via LNFS & Email

450 Mission Street, Suite 400 • San Francisco, California 94105  **tel** (415) 348-8300  **fax** (415) 348-8333