UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation                MDL 1358 (SAS)
                                             M21-88
------------------------------------------------------------------- x   ECF Case

**This document relates to the following case:**

*City of New York, et al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------- x

### STIPULATION AND ORDER DISMISSING
### ALL CLAIMS AGAINST LYONDELL CHEMICAL CO.
### AND EQUISTAR CHEMICALS, LP

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiffs City of New York, New York City Municipal Water Finance Authority, and New York City Water Board and Defendant Total Petrochemicals USA, Inc. ("Total") hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Lyondell Chemical Co. and Equistar Chemicals, LP (collectively "Lyondell") as set forth in the Plaintiffs' Fourth Amended Complaint, filed on March 9, 2007. The parties agree to the dismissal and further agree that such dismissal is with prejudice, with each party bearing its own attorneys' fees and costs. Plaintiffs reserve all other rights as against all other defendants.

1

Dated: 31 AUG, 2009

_____
Victor M. Sher (Admitted Pro Hac Vice)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300
vsher@sherleff.com

*Attorneys for Plaintiffs City of New York,
New York City Municipal Water Finance
Authority, and New York City Water Board*

Dated: 31 AVG, 2009

_____
Jeffrey S. Møller (JM0711)
BLANK ROME LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 569-5500
moller@blankrome.com

*Attorneys for Lyondell Chemical
Co. and Equistar Chemicals, LP*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 12/21/09