UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :     **ORDER**
LIABILITY LITIGATION                                    :
                                                        :     **Master File No. 1:00-1898**
-------------------------------------------------------  :     **MDL 1358 (SAS)**
                                                        :     **M21-88**
**This document relates to:**                           :
                                                        :
*City of New York v. Amerada Hess                       :
Corp., et al.*, 04 Civ 3417                             :
                                                        :
-------------------------------------------------------  :
                                                        X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On August 13, 2009, ExxonMobil moved for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a) before the action was submitted to the jury. The jury subsequently found for the City of New York and ExxonMobil has indicated its intent to file a Renewed Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b). Because this Court did not rule on the motion, it is considered to have reserved judgment on the legal issues raised in that motion. *See* Fed. R. Civ. P. 50(b) ("If the Court does not grant a motion for judgment as a matter of law made under Rule 50(a), the court is considered to have submitted the action to the jury subject to the court's later deciding the legal question s raised by the motion."). Accordingly, the Clerk of Court is directed to close this motion (04

1

Civ. 3417, Docket No. 450; 00 Civ. 1898, Docket No. 2851).

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
December 22, 2009

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500

**Counsel for Plaintiff City of New York:**

Victor M. Sher, Esq.
Todd E. Robins, Esq.
Joshua G. Stein, Esq.
Nicholas G. Campins, Esq.
Marnie E. Riddle, Esq.
Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, California 94105
Tel: (415) 348-1568

Susan Amron
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
Tel: (212) 788-1568

**Liaison Counsel for Defendants and Counsel for ExxonMobil:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5583