UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------- X

**In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

-------------------------------------------------------------- X

**This Document Relates To:**

-------------------------------------------------------------- X

*Our Lady of the Rosary Chapel v. Amerada Hess
Corp. et al.*, Case No. 04-CV-1718

*American Distilling & Mfg. Co., Inc. v. Amerada
Hess Corp. et al.*, Case No. 04-CV-1719

*Town of East Hampton v. Amerada Hess Corp.
et al.*, Case No. 04-CV-1720

*United Water Connecticut, Inc. v. Amerada Hess
Corp. et al.*, Case No. 04-CV-1721

-------------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation      Doc. 2982

## ORDER GRANTING MOTION FOR VOLUNTARY
### DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiffs ("Plaintiffs") and Defendant Santa Energy

Corporation's (f/k/a Santa Holding Company) Joint Motion for Voluntary Dismissal Without

Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the

motion and dismisses without prejudice Plaintiffs' action as to Defendant Santa Energy

Corporation (f/k/a Santa Holding Company), with each party to bear its own costs.

**DATED:** __12/28/09__

_____
**HON. SHIRA A. SCHEINDLIN**