**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 01898 MDL 1358 (SAS) |

_____

This Document Relates To:

*City of Merced Redevelopment Agency v. Exxon Mobil Corp.*, 08 Civ. 06306 (SAS)

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned party of Goodwin Procter LLP hereby appears in the above-captioned proceedings as counsel on behalf of defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P., in addition to Reed Smith LLP; such counsel hereby enters its appearance pursuant to the Federal Rules of Civil Procedure, and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned.

LIBNY/4879718.1

Dated: December 30, 2009
      Boston, Massachusetts

Respectfully submitted,

*/s/ Anthony A. Orlandi*
Anthony A. Orlandi
Chad W. Higgins
Goodwin|Procter LLP
Exchange Place
Boston, Massachusetts 02109-2802
(617) 570-1000 (tel.)
(617) 523-1231 (fax)
Aorlandi@goodwinprocter.com
CHiggins@goodwinprocter.com

Christopher J. Garvey
Goodwin|Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800 (tel)
(212) 355-3333 (fax)
CGarvey@goodwinprocter.com

*Attorneys for Defendants*
*Kinder Morgan Energy Partners, L.P. and*
*SFPP, L.P.*

## CERTIFICATE OF SERVICE

I, Anthony A. Orlandi, hereby certify that on December 30, 2009, a true copy of the foregoing Notice of Appearance was served on all counsel of record via Lexis Nexis File and Serve.

Dated: December 30, 2009

/s/ **Anthony A. Orlandi**
Anthony A. Orlandi

2