# EXHIBIT A

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2984 Att. 1

Dockets.Justia.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X   MDL NO. 1358 (SAS)

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------- X

This Document Relates To:

*State of New Mexico vs. Amerada Hess Corp., et al.*
*Civil Action No.: 04-CV-1726*

------------------------------------------------------------- X

## PETITION FOR ATTORNEYS' FEES

### I. INTRODUCTION

To prosecute the State of New Mexico's MTBE claims, the New Mexico Office of the Attorney General entered into a Professional Services Agreement with Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP. The Agreement does not specify an exact fee percentage to be paid to the Firms out of the State's recovery; rather, the Agreement requires the three Firms to petition the Court for a determination of reasonable fees and costs to be awarded out of a successful recovery for the State.

On behalf of the State, the Firms negotiated settlements totaling $3,767,734.66. This figure represents the State's recovery against all Defendants except ExxonMobil (and a few smaller defendants).

The Firms submit this petition and ask the Court to award the Firms a fee in the amount of 33 ⅓ % of the total settlement figure of $3,767,734.66. In addition, the Firms ask the Court to award the Firms their litigation costs and expenses.

The Attorney General approves the Firms' request.

## II. AGREEMENT WITH THE STATE REGARDING ATTORNEYS FEES

The Professional Services Agreement executed by the Office of the Attorney General of New Mexico provides that with respect to compensation for Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP, the Firms must petition the Court for a determination of (1) "reasonable attorneys fees" to be paid and (2) the "necessary and reasonable costs and expenses" of the litigation to be reimbursed to the Firms.

### A. The Agreement Lists Certain Factors to Be Considered in Setting the Fee.

The Agreement contemplates that the determination of an appropriate fee percentage would include the following factors:

(a) the time and labor required, the novelty and difficulty of the questions involved, and the skill required to pursue the litigation properly;

(b) the likelihood that the representation of the State precluded the Firms from accepting other employment;

(c) the fees customarily charged in complex litigation where the lawyers must prevail before they are entitled to any fee;

(d) the financial amount involved and the result obtained for the State;

(e) the time limitations imposed by the litigation;

(f) the nature and length of the professional representation;

(g) the experience, reputation, and ability of the Firms representing the State including their experience in environmental tort matters; and

(h) the uncertainty and risk assumed by the law Firms.

These factors support a finding that a fee of 33⅓ is reasonable and appropriate.

1. **Factor (a): the time and labor required, the novelty and difficulty of the questions involved, and the skill required to pursue the litigation properly.**

As the Court is well aware, this litigation involved enormous investments of time and labor, requiring the parties to address a series of complex and difficult legal and factual questions. The briefing and argument of the preemption issue alone required hundreds of hours of attorney-time (and this was only one of the many substantive motions in these cases). The "behind the scenes" work to conduct discovery and develop expert reports and deposition testimony consumed even more time and considerable expense. And each phase of the litigation raised novel and difficult questions that required sophisticated legal understanding and extraordinary skill.

The Court addressed many case-dispositive motions — including those arguing preemption, primary jurisdiction, federal question, and justiciability — that would have disposed of all the cases in the MDL, including the State's. In addition, the Court addressed certain issues specific to the focus cases (*e.g.*, causation) that gave the parties insight into how those issues would be determined in the remaining cases, including the State's. The Firms collaborated in the preparation, briefing, and argument of all of the case-dispositive motions and in many that applied to focus cases.

2. **Factor (b): the likelihood that the representation of the State precluded the Firms from accepting other employment.**

Any case of this magnitude and complexity detracts from lawyers' ability to handle other matters, and this case is no exception. Among the Firms, approximately twenty attorneys and at least as many staff were dedicated to these cases and were precluded from working on other matters for years.

3

3. **Factor (c): the fees customarily charged in complex litigation where the lawyers must prevail before they are entitled to any fee.**

The one-third fee percentage is a customary fee for contingent fee work. In fact, it is the standard fee in tort cases and complex mass tort cases.

4. **Factor (d): the financial amount involved and the result obtained for the State.**

The settlement provides an extraordinary benefit to the State of New Mexico. In addition to $3,767,734.66 in cash, the State enjoys the benefit of the thirty-year Treatment Protocol for 1,089 wells statewide. *See* List of Wells Covered by Treatment Protocol, attached as Exhibit A. That protects the entire population of the State — approximately 2 million people — for at least thirty years. Such a result was made possible by the Firms' experience, ability, and reputation in environmental litigation and negotiation of complex mass torts. It is only fitting that the State bear its fair share of attorneys fees for the work that achieved such a remarkable result.

The proposed 33⅓ % fee is also reasonable in light of the Firms' decision to collect a fee on only the cash portion of the State's settlement and to forgo a fee on the value of the future treatment component of the settlement. The Agreement with the State allows the Firms to collect a fee on both cash and non-cash recoveries, so the Firms are entitled to collect a fee anytime in the future if the State exercises its right to treatment for the 1,089 wells covered by the Treatment Protocol. But the Firms have informed the State of their intention to waive any future fee that would be owed for the value of treatment. Thus, the Firms will collect only the 33⅓% fee on the cash amount of $3,767,734.66 and will collect <u>no additional fees</u> if the State exercises its right to treatment under the Protocol.

4

5. **Factor (e): the time limitations imposed by the litigation.**

Although the State is a single client, its case involves more than 1,100 wells and hundreds of water providers — more water providers, in fact, than in the rest of the MDL combined. Determining which of the State's wells were contaminated (and which were not) and how communities might be affected required an enormous amount of work. Data had to be gathered and analyzed, and experts consulted to determine the scope of the State's problem. Scott Summy and Erin McIntosh from Baron & Budd spent several hours working with State employees and consulting experts to determine which wells were contaminated and which would be covered by the well-protection program, and to develop a damages model. All of this work was necessary and time-consuming even though the State was not a focus case.

6. **Factor (f): the nature and length of the professional representation.**

The Firms began their relationship with the State of New Mexico just over three years ago. After several preliminary discussions with the Office of the Attorney General, the Firms submitted a formal Proposal in the fall of 2005. After the Firms were hired, attorneys traveled several times to both the Santa Fe and Albuquerque Offices for presentations and meetings regarding the course of the litigation. Only two weeks ago, Scott Summy and Carla Burke met in Albuquerque with Assistant Attorney General Steve Farris to discuss the settlement and remaining issues. And the Firms have collaborated with State staff at every stage of the case from drafting the complaint to working with State agencies and private experts to determine the scope of the contamination. The Firms expect to continue to represent the State in this case because ExxonMobil remains as a nonsettling defendant.

7. **Factor (g): the experience, reputation, and ability of the Firms representing the State including their experience in environmental tort matters.**

Each Firm focuses extensively on environmental tort cases. Baron & Budd, P.C. first began water contamination litigation in the 1980s when it discovered that an entire community near Tucson, Arizona had been contaminated by industrial solvents. Over a twenty-year period, Baron & Budd represented 1,600 individuals from that community who had been affected by their exposure to these chemicals. And that work continues today, whether the plaintiffs are individuals who live in lead-contaminated neighborhoods or cities whose water is contaminated with pesticides.

Sher Leff LLP likewise focuses its practice on significant environmental issues. Since the mid-1980s, Vic Sher has worked to shape environmental policy nationwide. To that end, he has litigated many cases to protect communities from toxic chemicals, preserve endangered ecosystems and species, conserve public lands, and improve air and water quality. And Sher Leff is regularly consulted by government agencies and law firms throughout the country regarding groundwater contamination and toxic torts.

Weitz & Luxenberg, P.C. is also a leader in environmental litigation. Its Environmental Law Division represents clients affected by lead, fluoride, chromium, and PCE, and other toxins in addition to MTBE.

The Firms all have extensive experience with MTBE litigation. Past experience with this type of litigation has benefitted each plaintiff in the current MDL including the State of New Mexico.

- Scott Summy of B&B was involved in the first MTBE case ever tried to a jury in the United States in North Carolina in 1997. He also successfully represented Communities

6

for a Better Environment (CBE) in a private attorney general type action focused solely on MTBE contamination at over 1,000 sites in the state of California. Statewide relief was obtained against the oil industry with an estimated value of $200 million. For their service to the state, Mr. Summy and his legal team were awarded the California Lawyer Attorney(s) of the Year Award in 2001. Mr. Summy has successfully settled many individual MTBE cases.

- Mr. Summy and Vic Sher of SL were members of the outside legal team for the City of Santa Monica, California, in its MTBE lawsuit; in 2004 the City achieved a landmark settlement valued by the court at $312 million.

- Mr. Summy and Rob Gordon of W&L were heavily involved in the original MDL 1358, which was established in New York in 2001. In that earlier round of MTBE lawsuits, Mr. Gordon served as co-lead counsel, and Mr. Summy served on the Plaintiffs' Steering Committee.

- Vic Sher was a senior member of the team that tried the South Tahoe Public Utility District's MTBE case and obtained a special verdict in 2002 finding MTBE and gasoline containing MTBE defective products, as well as that certain defendants acted with "malice."

The Firms have made environmental litigation a key focus of their practices — not a sideline — and that dedication is borne out in the outstanding result achieved for the State of New Mexico.

8. **Factor (h): the uncertainty and risk assumed by the law Firms.**

Finally, the Firms shouldered the enormous financial risk of the litigation. All of the Firms' cases were taken on a contingent fee basis. This means that although the Firms were required to risk time and money to develop the cases, the clients were not obligated to pay any fee unless the Firms secured a favorable outcome. It is difficult to describe the overwhelming sense of risk experienced by a plaintiffs' firm and its lawyers when the firm commits to investing millions of dollars in time and out-of-pocket expenses knowing that payment hinges on achieving a positive result.

The State's case is no less stressful. Each of the Firms invested time and money in this

7

case for years even though compensation was anything but certain. The Firms gathered data about all affected water resources statewide, consulted with experts, worked with the Office of the Attorney General to learn about contamination sources, and prepared damages calculations based on the available information. And, of course, the Firms negotiated an extraordinary settlement on behalf of the State. But the risk was similarly remarkable.

B.  **The Firms' Leadership Roles Should Also Be Considered in Setting the Fee.**

Another factor to consider is the Firms' unique experience with MTBE litigation and their leadership roles in the MDL. The Court appointed Scott Summy of B&B, Rob Gordon of W&L, and Vic Sher of SL as co-lead counsel for all plaintiffs in MDL 1358. In addition, Robin Greenwald of W&L is the plaintiffs' liaison counsel, and the Firms represent a majority of the Plaintiffs' Steering Committee. The Firms thus make decisions that affect all the cases in the MDL: we focus and coordinate discovery, determine litigation strategy, shape legal arguments, draft legal briefs, represent the MDL plaintiffs at court hearings, and oversee cooperation among all plaintiffs' counsel.

## III.  AGREEMENT REGARDING COSTS AND EXPENSES

The Agreement also provides that the State will reimburse the Firms for necessary and reasonable costs and expenses advanced by the Firms. The Firms ask the Court to order the State to pay its specific expenses and its *pro rata* share of the general MDL expenses. As of this filing, the total of those specific and general expenses is estimated at $58,000.00. As we complete the calculations of the general expenses, however, that figure may change. We do not expect the final total to vary dramatically, however. The Firms ask the Court to order the State to pay its specific expenses and its *pro rata* share of the general MDL expenses in addition to the fee requested above.

## IV. AGREEMENT AMONG THE FIRMS

Whatever fee the Court awards will be shared among the three Firms pursuant to an agreement among those Firms. The Attorney General understood and specifically agreed to the division of fees among Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP.

## V. CONCLUSION

The Firms respectfully ask the Court to enter an Order awarding them a fee of 33⅓% and its specific expenses and its *pro rata* share of the general MDL expenses.

September 5th, 2008

Respectfully submitted,

*/s/ Carla M. Burke*

Carla M. Burke
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181

Rob Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
Telephone: (212) 558-5500

Victor M. Sher
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300

# DECLARATION OF SERVICE

I, Amelia B. Wilson, hereby declare under perjury of law that a true copy of the foregoing

**PETITION FOR ATTORNEYS' FEES**

was served via LexisNexis File & Serve in MDL No. 1358 and upon Peter J. Sacripanti in his capacity as liaison counsel in this matter on this, the 5th day of September, 2008.

*/s/ Amelia B. Wilson*
AMELIA B. WILSON

# EXHIBIT A

# 1089 Active CWS Wells Defined As Serving Water To 25 Individuals All Year Long
## (Minus Home Owner Associations, Mobile Homes, Prisons, Schools)

| PWS ID | PWS System Name | City Served | Population | Status | Well ID | Well Name | Well Count |
|---|---|---|---|---|---|---|---|
| NM3500107 | LA MESA MDWCA | LA MESA | 980 | A | 00107001 | WELL #1 | 1 |
| NM3500112 | VIRDEN WATER SYSTEM | LORDSBURG | 146 | A | 00112001 | WELL #1 | 2 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113007 | ENTRY POINT # 1 | 3 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113008 | WELL #10 | 4 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113001 | WELL #3 | 5 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113002 | WELL #4 | 6 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113003 | WELL #6 | 7 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113004 | WELL #7 | 8 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113005 | WELL #8 | 9 |
| NM3500113 | MOR-WEST CORPORATION | ARTESIA | 120 | A | 00113006 | WELL #9 | 10 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115021 | EP GUAJE BOOSTER 2 | 11 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115030 | EP OTOWI BOOSTER # 2 | 12 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115023 | EP PAJARITO BOOSTER 2 | 13 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115024 | GUAJE WELL #2A | 14 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115026 | GUAJE WELL #3A | 15 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115027 | GUAJE WELL #4A | 16 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115020 | OTOWI WELL #4 | 17 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115014 | PAJARITO MESA WELL #1 | 18 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115015 | PAJARITO MESA WELL #2 | 19 |
| NM3500115 | LOS ALAMOS MUNICIPAL WATER SYSTEM | LOS ALAMOS | 25000 | A | 00115018 | PAJARITO MESA WELL #5 | 20 |
| NM3500117 | WHITE CLIFFS MUTUAL DOMESTIC WATER USERS | GALLUP | 204 | A | 00117004 | ENTRY POINT #1 | 21 |
| NM3500117 | WHITE CLIFFS MUTUAL DOMESTIC WATER USERS | GALLUP | 204 | A | 00117003 | WELL #3 | 22 |
| NM3500121 | CHAMITA MDWCA | CHAMITA | 1200 | A | 00121001 | WELL #1 | 23 |
| NM3500123 | LA MESA WATER COOP | PLACITAS | 500 | A | 00123001 | WELL #1 | 24 |
| NM3500123 | LA MESA WATER COOP | PLACITAS | 500 | A | 00123002 | WELL #2 | 25 |
| NM3500123 | LA MESA WATER COOP | PLACITAS | 500 | A | 00123003 | WELL #3 | 26 |
| NM3500125 | ILFELD MDWCA | ILFELD | 400 | A | 00125002 | WELL #1 (OLD WELL) | 27 |
| NM3500125 | ILFELD MDWCA | ILFELD | 400 | A | 00125001 | WELL #2 (NEW WELL) | 28 |
| NM3500129 | BMG TRAILER PARK | RANCHOS DE TAOS | 30 | A | 00129002 | WELL #2 | 29 |
| NM3500130 | MELODY RANCH WATER CO | MORIARTY | 188 | A | 00130003 | BOOSTER PUMPS (EP #1) | 30 |
| NM3500130 | MELODY RANCH WATER CO | MORIARTY | 188 | A | 00130001 | WELL #1 (SOUTH) | 31 |
| NM3500130 | MELODY RANCH WATER CO | MORIARTY | 188 | A | 00130002 | WELL # 2 (NORTH) | 32 |
| NM3500201 | JUAN ROAD WATER SYSTEM | ALBUQUERQUE | 34 | A | 00201003 | ENTRY POINT # 1 | 33 |
| NM3500201 | JUAN ROAD WATER SYSTEM | ALBUQUERQUE | 34 | A | 00201002 | WELL # 2 | 34 |
| NM3500201 | JUAN ROAD WATER SYSTEM | ALBUQUERQUE | 34 | A | 00201001 | WELL #1 (TRES PISTOLAS) | 35 |
| NM3500202 | QUEMADO MUNICIPAL WATER & SWA | QUEMADO | 300 | A | 00202001 | WELL #1 | 36 |
| NM3500202 | QUEMADO MUNICIPAL WATER & SWA | QUEMADO | 300 | A | 00202002 | WELL #2 | 37 |
| NM3500210 | UPPER DILIA MDWCA | LA LOMA | 42 | A | 00210001 | WELL #1 | 38 |
| NM3500219 | KARR CANYON ESTATES | HIGH ROLLS | 75 | A | 00219001 | SPRING # 1 | 39 |
| NM3500221 | ABIQUIU MDWCA | ABIQUIU | 400 | A | 00221001 | SPRING #1 | 40 |
| NM3500224 | LA VIDA MISSION COMMUNITY WATER SUPPLY | FARMINGTON | 53 | A | 00224001 | WELL #1 | 41 |
| NM3500232 | HI MESA ESTATES WATER COOP | LOS LUNAS | 150 | A | 00232001 | WELL #1 | 42 |
| NM3500233 | CANDY KITCHEN WATER COOP | RAMAH | 45 | A | 00233001 | WELL #1 | 43 |
| NM3500323 | OVERLOOK WATER CO-OP INC | PLACITAS | 108 | A | 00323001 | WELL #2 | 44 |
| NM3500324 | ROSA JOINT VENTURES WATER SYSTEM | AZTEC | 210 | A | 00324001 | WELL #1 | 45 |
| NM3500324 | ROSA JOINT VENTURES WATER SYSTEM | AZTEC | 210 | A | 00324004 | WELL # 6 | 46 |
| NM3500324 | ROSA JOINT VENTURES WATER SYSTEM | AZTEC | 210 | A | 00324003 | WELL HOUSE | 47 |
| NM3500326 | NM AMERICAN WATER CO EDGEWOOD DISTRICT | EDGEWOOD | 5018 | A | 00326001 | WELL # 1 (QUAIL) | 48 |
| NM3500326 | NM AMERICAN WATER CO EDGEWOOD DISTRICT | EDGEWOOD | 5018 | A | 00326002 | WELL # 2 (DINKLE) | 49 |
| NM3500326 | NM AMERICAN WATER CO EDGEWOOD DISTRICT | EDGEWOOD | 5018 | A | 00326008 | WELL # 5 (BACHELOR) | 50 |
| NM3500326 | NM AMERICAN WATER CO EDGEWOOD DISTRICT | EDGEWOOD | 5018 | A | 00326003 | WELL 3 (HOMESTEAD) | 51 |
| NM3500329 | EAGLE ROCK VILLAGE | QUESTA | 81 | A | 00329001 | WELL #1 | 52 |
| NM3500330 | CASSANDRA WATER SYSTEM | MORIARTY | 54 | A | 00330001 | WELL #2 | 53 |
| NM3500418 | NORTH CLEVELAND MDWCA | CLEVELAND | 70 | A | 00418003 | WELL # 2 | 54 |
| NM3500421 | CANON PLAZA MDWCA | VALLECITOS | 60 | A | 00421001 | WELL #1 | 55 |
| NM3500423 | CEDAR CREEK WATER COOPERATIVE INC | PLACITAS | 105 | A | 00423001 | WELL #1 | 56 |
| NM3500423 | CEDAR CREEK WATER COOPERATIVE INC | PLACITAS | 105 | A | 00423005 | WELL #2 | 57 |
| NM3500430 | SUNSET ACRES WATER COMPANY | MORIARTY | 400 | A | 00430001 | WELL #1 | 58 |
| NM3500501 | VENTURA ESTATES HOA | ALBUQUERQUE | 100 | A | 00501002 | ENTRY POINT 1 | 59 |

# 1089 Active CWS Wells Defined As Serving Water To 25 Individuals All Year Long
## (Minus Home Owner Associations, Mobile Homes, Prisons, Schools)

| PWS ID | PWS System Name | City Served | Population | Status | Well ID | Well Name | Well Count |
|---|---|---|---|---|---|---|---|
| NM3500501 | VENTURA ESTATES HOA | ALBUQUERQUE | 100 | A | 00501001 | WELL #1 | 60 |
| NM3500521 | CANJILON WATER SYSTEM | CANJILON | 400 | A | 00521004 | SPRING #3 | 61 |
| NM3500526 | RANCHITOS DE GALISTEO WUA | GALISTEO | 70 | A | 00526001 | WELL #1 (NORTH) | 62 |
| NM3500526 | RANCHITOS DE GALISTEO WUA | GALISTEO | 70 | A | 00526002 | WELL #2 (SOUTH) | 63 |
| NM3500601 | TIJERAS (VILLAGE OF) | TIJERAS | 1200 | A | 00601002 | WELL #2 | 64 |
| NM3500601 | TIJERAS (VILLAGE OF) | TIJERAS | 1200 | A | 00601004 | WELL #3 | 65 |
| NM3500621 | CANONES MDWCA | CANONES | 165 | A | 00621001 | WELL #1 | 66 |
| NM3500623 | VISTA DE ORO DE PLACITAS WATER USERS COO | PLACITAS | 72 | A | 00623001 | WELL #1 | 67 |
| NM3500623 | VISTA DE ORO DE PLACITAS WATER USERS COO | PLACITAS | 72 | A | 00623002 | WELL #2 | 68 |
| NM3500624 | LEE/HAMMOND WATER TREATMENT PLANT | BLOOMFIELD | 9000 | A | 00624002 | TREATMENT PLANT | 69 |
| NM3500701 | FOX HILLS WATER USERS ASSOC | SANDIA PARK | 69 | A | 00701001 | WELL #1 | 70 |
| NM3500707 | LA UNION MDWCA | ANTHONY | 418 | A | 00707001 | WELL #1 | 71 |
| NM3500721 | UPPER CANONCITO MDWCA | DIXON | 80 | A | 00721003 | WELL #1 | 72 |
| NM3500721 | UPPER CANONCITO MDWCA | DIXON | 80 | A | 00721004 | WELL #2 | 73 |
| NM3500721 | UPPER CANONCITO MDWCA | DIXON | 80 | A | 00721005 | WELL #3 | 74 |
| NM3500821 | CAPULIN MDWCA | CAPULIN | 200 | A | 00821001 | WELL #1 | 75 |
| NM3500901 | VISTA BONITA WATER COOP | ALBUQUERQUE | 45 | A | 00901001 | WELL #1 | 76 |
| NM3500921 | CEBOLLA MDWCA | CEBOLLA | 300 | A | 00921006 | WELL #1 | 77 |
| NM3500923 | ORCHARD ESTATES FLMDWC & SW | CORRALES | 30 | A | 00923001 | WELL # 1 | 78 |
| NM3501001 | SUNSET HILLS ESTATES HOA | ALBUQUERQUE | 75 | A | 01001001 | WELL #1 (WEST) | 79 |
| NM3501001 | SUNSET HILLS ESTATES HOA | ALBUQUERQUE | 75 | A | 01001003 | WELL #3 | 80 |
| NM3501021 | CHAMA WATER SYSTEM | CHAMA | 1250 | A | 01021005 | TREATMENT PLANT #3 | 81 |
| NM3501024 | PINE RIVER SUBDIVISION WATER USERS ASSN | NAVAJO DAM | 25 | A | 01024001 | WELL #1 | 82 |
| NM3501201 | VISTA DE MANANA | CEDAR CREST | 80 | A | 01201001 | WELL #1 | 83 |
| NM3501201 | VISTA DE MANANA | CEDAR CREST | 80 | A | 01201002 | WELL #1 | 84 |
| NM3501221 | CORDOVA MDWCA | CORDOVA | 325 | A | 01221001 | WELL #1 | 85 |
| NM3501221 | CORDOVA MDWCA | CORDOVA | 325 | A | 01221002 | WELL #2 | 86 |
| NM3501223 | DESERT SKY MOUNTAIN WATER COOPERATIVE | PLACITAS | 114 | A | 01223002 | WELL #1 (EAST) | 87 |
| NM3501223 | DESERT SKY MOUNTAIN WATER COOPERATIVE | PLACITAS | 114 | A | 01223001 | WELL #2 WEST | 88 |
| NM3501232 | HIGHLAND MEADOWS ESTATES MDWCA | LOS LUNAS | 61 | A | 01232008 | WELL #3 (MILLS) | 89 |
| NM3501232 | HIGHLAND MEADOWS ESTATES MDWCA | LOS LUNAS | 61 | A | 01232010 | WELL #4 (JERSEY) | 90 |
| NM3501232 | HIGHLAND MEADOWS ESTATES MDWCA | LOS LUNAS | 61 | A | 01232012 | WELL #5 (BRANDON) | 91 |
| NM3501321 | COYOTE MDWCA | COYOTE | 53 | A | 01321005 | WELL #3 | 92 |
| NM3501421 | DIXON MDWCA | DIXON | 531 | A | 01421002 | WELL #3 | 93 |
| NM3501521 | CHRIST IN THE DESERT MONASTERY | ABIQUIU | 52 | A | 01521001 | INFILTRATION GALLERY #1 | 94 |
| NM3501621 | EL LLANO MDWCA | ESPANOLA | 105 | A | 01621002 | WELL #2 | 95 |
| NM3501721 | EL RITO MDWCA | EL RITO | 363 | A | 01721001 | WELL #1 | 96 |
| NM3501821 | ENSENADA MDWCA | TIERRA AMARILLA | 150 | A | 01821001 | WELL #1 | 97 |
| NM3501821 | ENSENADA MDWCA | TIERRA AMARILLA | 150 | A | 01821005 | WELL #2 | 98 |
| NM3501901 | PAAKWEREE VILLAGE WATER CO-OP ASSOC, INC | ALBUQUERQUE | 46 | A | 01901001 | WELL #1 | 99 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921036 | CARTER WELL #8 | 100 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921001 | DISTRIBUTION SYSTEM | 101 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921010 | ENTRY POINT # 2 (SOUTH INDUST WELL) | 102 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921018 | MCCURDY WELL # 6 | 103 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921002 | MEADOW ACRES WELL | 104 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921003 | NORTH WELL INDUSTRIAL PARK | 105 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921005 | SOUTH WELL INDUSTRIAL PARK | 106 |
| NM3501921 | ESPANOLA WATER SYSTEM | ESPANOLA | 10065 | A | 01921007 | WEST WELL | 107 |
| NM3502021 | GALLINA WATER SYSTEM | GALLINA | 100 | A | 02021004 | WELL #2 | 108 |
| NM3502121 | LA MADERA MDWCA | LA MADERA | 36 | A | 02121005 | EP WELLS 1 & 2 | 109 |
| NM3502121 | LA MADERA MDWCA | LA MADERA | 36 | A | 02121001 | WELL #1 | 110 |
| NM3502321 | LINDRITH COMMUNITY WATER COOP INC | LINDRITH | 130 | A | 02321001 | WELL #1 | 111 |
| NM3502521 | LLANO CHIMAYO MDWCA | CHIMAYO | 30 | A | 02521001 | WELL #1 | 112 |
| NM3502621 | APODACA MDWCA | DIXON | 200 | A | 02621001 | WELL #1 | 113 |
| NM3502721 | LUMBERTON MDWCA | LUMBERTON | 172 | A | 02721002 | INFILTRATION GALLERY #2 | 114 |
| NM3502721 | LUMBERTON MDWCA | LUMBERTON | 172 | A | 02721003 | SAMPLING STATION #1 | 115 |
| NM3502921 | LOS OJOS MDWCA | LOS OJOS | 500 | A | 02921002 | WELL #2 | 116 |
| NM3502921 | LOS OJOS MDWCA | LOS OJOS | 500 | A | 02921003 | WELL #3 | 117 |
| NM3503121 | PLACITAS MDWCA | EL RITO | 252 | A | 03121002 | ENTRY POINT #1 | 118 |
| NM3503121 | PLACITAS MDWCA | EL RITO | 252 | A | 03121001 | WELL #1 | 119 |

# 1089 Active CWS Wells Defined As Serving Water To 25 Individuals All Year Long
## (Minus Home Owner Associations, Mobile Homes, Prisons, Schools)

| PWS ID | PWS System Name | City Served | Population | Status | Well ID | Well Name | Well Count |
|---|---|---|---|---|---|---|---|
| NM3503121 | PLACITAS MDWCA | EL RITO | 252 | A | 03121002 | WELL #2 | 120 |
| NM3503221 | DURANES Y GAVILANES MDWCA | OJO CALIENTE | 225 | A | 03221001 | WELL #1 | 121 |
| NM3503321 | TIERRA AMARILLA MDWCA | TIERRA AMARILLA | 470 | A | 03321001 | WELL #1 | 122 |
| NM3503321 | TIERRA AMARILLA MDWCA | TIERRA AMARILLA | 470 | A | 03321002 | WELL #2 | 123 |
| NM3503321 | TIERRA AMARILLA MDWCA | TIERRA AMARILLA | 470 | A | 03321003 | WELL #3 | 124 |
| NM3503421 | TRUCHAS MDWCA | TRUCHAS | 1000 | A | 03421003 | WELL #3 | 125 |
| NM3503521 | VALLECITOS MDWCA | VALLECITOS | 96 | A | 03521001 | INFILTRATION GALLERY #1 | 126 |
| NM3503621 | VALLEY ESTATES WATER AND SEWER ASSOCIATI | ESPANOLA | 185 | A | 03621002 | WELL #2 | 127 |
| NM3503621 | VALLEY ESTATES WATER AND SEWER ASSOCIATI | ESPANOLA | 185 | A | 03621003 | WELL #3 | 128 |
| NM3503721 | YOUNGSVILLE MDWCA | YOUNGSVILLE | 40 | A | 03721002 | WELL #2 | 129 |
| NM3504026 | CANADA DE LOS ALAMOS MDWCA | SANTA FE | 70 | A | 04026001 | INFILTRATION GALLERY (WELL #1) | 130 |
| NM3504126 | EL VADITO DE LOS CERRILLOS WATER ASSOC | CERRILLOS | 350 | A | 04126001 | INFILTRATION GALLERY #1 | 131 |
| NM3504226 | CUNDIYO MDWCA | | 65 | A | 04226002 | WELL #1 | 132 |
| NM3504326 | GLORIETA EAST WATER SUPPLY | GLORIETA | 60 | A | 04326002 | WELL #3 | 133 |
| NM3504426 | GALISTEO MDWCA | GALISTEO | 150 | A | 04426001 | WELL #1 | 134 |
| NM3504526 | GLORIETA MDWCA | GLORIETA | 200 | A | 04526002 | WELL #2 | 135 |
| NM3504626 | LIFEWAY GLORIETA CONFERENCE CENTER | GLORIETA | 2500 | A | 04626002 | WELL #5 | 136 |
| NM3504626 | LIFEWAY GLORIETA CONFERENCE CENTER | GLORIETA | 2500 | A | 04626003 | WELL #8 | 137 |
| NM3504826 | MADRID VILLAGE WATER CO-OP | CERRILLOS | 300 | A | 04826003 | WELL #3 | 138 |
| NM3504926 | RIO CHIQUITO WATER SUPPLY | CHIMAYO | 200 | A | 04926003 | WELL #3 | 139 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126001 | AGUA FRIA WELL | 140 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126002 | ALTO WELL | 141 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126003 | BUCKMAN #1 | 142 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126004 | BUCKMAN #2 | 143 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126005 | BUCKMAN #3 | 144 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126019 | BUCKMAN #3A | 145 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126006 | BUCKMAN #4 | 146 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126007 | BUCKMAN #5 | 147 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126008 | BUCKMAN #6 | 148 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126009 | BUCKMAN #7 | 149 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126017 | BUCKMAN #8 | 150 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126043 | BUCKMAN #9 | 151 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126044 | BUCKMAN WELL #10 | 152 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126045 | BUCKMAN WELL #11 | 153 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126046 | BUCKMAN WELL #12 | 154 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126047 | BUCKMAN WELL #13 | 155 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126038 | EP 10 MG STORAGE TANK | 156 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126040 | EP 2 MG STORAGE TANK | 157 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126031 | EP AGUA FRIA WELL | 158 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126030 | EP ALTO AND FERGERSON WELLS | 159 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126032 | EP SANTA FE WELL | 160 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126035 | EP TORREON WELL | 161 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126010 | FERGUSON WELL | 162 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126011 | SANTA FE WELL | 163 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126012 | ST MICHAELS WELL | 164 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126013 | SURFACE INTAKE | 165 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126015 | SURFACE WATER TREATMENT PLANT | 166 |
| NM3505126 | SANTA FE WATER SYSTEM (CITY OF) | SANTA FE | 70001 | A | 05126014 | TORREON WELL | 167 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226001 | WELL #1 (RG-18340) | 168 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226002 | WELL #2 (RG-18340-S) | 169 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226004 | WELL #4 (RG-18340-S-3) | 170 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226005 | WELL #5 (RG-18340-S-4) | 171 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226006 | WELL #6 (RG-18340-S-5) | 172 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226008 | WELL #8 (RG-18340-S-8) | 173 |
| NM3505226 | SUNLIT HILLS WATER SYSTEM | SANTA FE | 990 | A | 05226010 | WELL #9 (RG-18430-S-9) | 174 |
| NM3505326 | TESUQUE MDWCA | TESUQUE | 370 | A | 05326001 | WELL #1 | 175 |
| NM3505429 | LOWER ARROYO HONDO MDWCA | ARROYO HONDO | 250 | A | 05429001 | WELL #1 | 176 |
| NM3505529 | ARROYO SECO MDWCA | ARROYO SECO | 546 | A | 05529001 | WELL #1 | 177 |
| NM3505529 | ARROYO SECO MDWCA | ARROYO SECO | 546 | A | 05529002 | WELL #2 | 178 |
| NM3505629 | CANON MDWCA | CANON | 591 | A | 05629001 | WELL #1 | 179 |

## 1089 Active CWS Wells Defined As Serving Water To 25 Individuals All Year Long
(Minus Home Owner Associations, Mobile Homes, Prisons, Schools)

| PWS ID | PWS System Name | City Served | Population | Status | Well ID | Well Name | Well Count |
|---|---|---|---|---|---|---|---|
| NM3505629 | CANON MDWCA | CANON | 591 | A | 05629002 | WELL #2 | 180 |
| NM3505829 | CHAMISAL MDWCA | CHAMISAL | 500 | A | 05829001 | WELL #1 | 181 |
| NM3505929 | COSTILLA MDWCA | COSTILLA | 300 | A | 05929002 | WELL #2 | 182 |
| NM3505929 | COSTILLA MDWCA | COSTILLA | 300 | A | 05929006 | WELL #3 | 183 |
| NM3506329 | LLANO QUEMADO MDWCA | RANCHOS DE TAOS | 850 | A | 06329001 | WELL #1 (INTERSECTION) | 184 |
| NM3506329 | LLANO QUEMADO MDWCA | RANCHOS DE TAOS | 850 | A | 06329002 | WELL #2 (SCHOOL) | 185 |
| NM3506429 | LLANO SAN JUAN MDWCA | LLANO | 84 | A | 06429001 | WELL #1 | 186 |
| NM3506621 | OJO CALIENTE MDWCA | OJO CALIENTE | 350 | A | 06621001 | WELL #1 | 187 |
| NM3506621 | OJO CALIENTE MDWCA | OJO CALIENTE | 350 | A | 06621002 | WELL #2 | 188 |
| NM3506729 | PENASCO MDWCA | PENASCO | 513 | A | 06729001 | WELL #1 | 189 |
| NM3506729 | PENASCO MDWCA | PENASCO | 513 | A | 06729002 | WELL #2 | 190 |
| NM3506829 | QUESTA WATER SYSTEM | QUESTA | 1820 | A | 06829001 | WELL #1 | 191 |
| NM3506829 | QUESTA WATER SYSTEM | QUESTA | 1820 | A | 06829002 | WELL #2 | 192 |
| NM3507029 | RANCHOS DE TAOS MDWCA | RANCHOS DE TAOS | 900 | A | 07029001 | WELL #1 | 193 |
| NM3507029 | RANCHOS DE TAOS MDWCA | RANCHOS DE TAOS | 900 | A | 07029002 | WELL #2 | 194 |
| NM3507029 | RANCHOS DE TAOS MDWCA | RANCHOS DE TAOS | 900 | A | 07029003 | WELL #3 | 195 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129009 | EP WELL # 5 | 196 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129007 | PIONEER FIELD ENTRY POINT | 197 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129002 | WELL #2 | 198 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129003 | WELL #3 | 199 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129004 | WELL #4 | 200 |
| NM3507129 | RED RIVER WATER SYSTEM | RED RIVER | 500 | A | 07129005 | WELL #5 | 201 |
| NM3507229 | RIO LUCIO MDWCA | PENASCO | 500 | A | 07229001 | WELL #1 | 202 |
| NM3507229 | RIO LUCIO MDWCA | PENASCO | 500 | A | 07229002 | WELL #2 | 203 |
| NM3507329 | RODARTE MDWCA | RODARTE | 75 | A | 07329001 | WELL #1 | 204 |
| NM3507429 | TALPA MDWCA | TAOS | 1100 | A | 07429001 | WELL # 1 (VALERIO) | 205 |
| NM3507429 | TALPA MDWCA | TAOS | 1100 | A | 07429002 | WELL # 2 (TORRES) | 206 |
| NM3507429 | TALPA MDWCA | TAOS | 1100 | A | 07429004 | WELL # 3 (OJO ROAD) | 207 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529009 | ENTRY POINT 1 | 208 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529002 | WELL #1 | 209 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529003 | WELL #2 | 210 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529004 | WELL #3 (OLD) | 211 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529008 | WELL #3A (NEW) | 212 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529005 | WELL #4 | 213 |
| NM3507529 | TAOS MUNICIPAL WATER SYSTEM | TAOS | 4901 | A | 07529006 | WELL #5 | 214 |
| NM3507629 | TRAMPAS MDWCA | TRAMPAS | 200 | A | 07629000 | DISTRIBUTION SYSTEM | 215 |
| NM3507629 | TRAMPAS MDWCA | TRAMPAS | 200 | A | 07629002 | WELL #1S | 216 |
| NM3507729 | TRES PIEDRAS MDWCA | TRES PIEDRAS | 315 | A | 07729001 | WELL #2 (ELDER) | 217 |
| NM3507729 | TRES PIEDRAS MDWCA | TRES PIEDRAS | 315 | A | 07729002 | WELL #3 (MILLER) | 218 |
| NM3507829 | UPPER ARROYO HONDO MDWCA | ARROYO HONDO | 150 | A | 07829001 | WELL #1 | 219 |
| NM3507829 | UPPER ARROYO HONDO MDWCA | ARROYO HONDO | 150 | A | 07829002 | WELL #2 | 220 |
| NM3507929 | VADITO MDWCA | VADITO | 180 | A | 07929001 | WELL #1 | 221 |
| NM3508029 | VALDEZ MDWCA | VALDEZ | 100 | A | 08029001 | WELL #1 | 222 |
| NM3508129 | HACIENDA SUBDIVISION WATER SYSTEM | TAOS | 72 | A | 08129001 | WELL #1 (UPPER/EAST) | 223 |
| NM3508129 | HACIENDA SUBDIVISION WATER SYSTEM | TAOS | 72 | A | 08129002 | WELL #2 (LOWER/WEST) | 224 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317015 | COLAIANNI | 225 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317000 | DISTRIBUTION SYSTEM | 226 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317001 | ERWIN WELL | 227 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317019 | GALANIS WELL | 228 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317003 | JUNKER #2 | 229 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317004 | LEWIS # 1 | 230 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317005 | MUNOZ WELL | 231 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317006 | RAY # 1 | 232 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317018 | SANTA FE PUMP STATION | 233 |
| NM3508317 | GALLUP WATER SYSTEM | GALLUP | 22000 | A | 08317020 | WELL # 17 | 234 |