UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
---------------------------------------------------------- X
This Document Relates To:

*State of New Mexico vs. Amerada Hess Corp., et al.*
*Civil Action No.: 04-CV-1726*
---------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/10

## PROPOSED ORDER GRANTING PETITION FOR ATTORNEYS' FEES

The Court finds that an attorneys fee percentage of 25 % is reasonable in light of the experience, reputation, and ability of the Firms representing the State of New Mexico, the time and labor required, the novelty and difficulty of the questions involved, the skill required to pursue the litigation properly, the uncertainty and financial risks assumed by the law Firms, and the result obtained for the State.

The Court also finds that the expenses allocated to the State are necessary and reasonable to be reasonable and should be paid to the law Firms.

It is therefore ORDERED that an attorneys fee percentage of 25 % of the cash recovery of $331,990.37 be awarded to Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP.

It is further ORDERED that the final allocation costs and expenses of $199.01 be paid to Baron & Budd, P.C., Weitz & Luxenberg, P.C., and Sher Leff LLP.

**IT IS SO ORDERED.**

DATED: Dec 31, 2009.

_____
THE HONORABLE SHIRA A. SCHEINDLIN

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2985