UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER  :    CASE MANAGEMENT
PRODUCTS LIABILITY LITIGATION    :    ORDER # 56
       :
------------------------------------------------------------------X
       :    Master File No.  1:00-1898
This document pertains to:    :    MDL 1358 (SAS)
       :    M 21-88
*Redwood Center Ltd. Partnership v.*    :
*Chevron U.S.A. Inc., et al.*    :
Case No. 09 Civ. 3739    :
------------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.

By agreement of the parties, the Court enters the following fact and expert discovery

deadlines in the above referenced matter:

| Date | Item |
| --- | --- |
| Apr. 1, 2010 | Redwood Center will identify areas of expert testimony and will identify experts that will issue reports. |
| May 3, 2010 | Redwood Center will serve expert reports. |
| May 3, 2010 | Chevron will identify experts that will issue reports. |
| May 30, 2010 | Fact discovery closes; however, limited fact discovery needed arising out of or related to issues raised in expert reports or third-party discovery that cannot be completed by this date can be conducted through September 12, 2010. |
| June 3, 2010 | Chevron will serve expert reports. |
| July 3, 2010 | Redwood Center will serve reply expert reports. |
| July 13, 2010 | Expert depositions may commence. |
| Sept. 12, 2010 | Expert discovery is completed. |

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
     January 6, 2010

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 2987