DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10

JAN 14 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Productions Liability Litigation

------------------------------------------------------------X

This document relates to:

MDL 1358 (SAS)
00 cv 1898 (SAS)

**AGREED ORDER OF DISMISSAL OF GETTY PETROLEUM MARKETING INC. AND LUKOIL AMERICAS CORP.**

*Homosassa Water District v. Amerada Hess Corp., et al. (M.D. Fla.) 07-cv-113*

*City of Inverness Water District v. Amerada Hess Corp., et al. (M.D. Fla.) 07-cv-114*

*City of Crystal River v. Amerada Hess Corp., et al. (M.D. Fla.) 07-cv-120*

*City of Tampa Bay Water District v. Amerada Hess Corp., et al. (M.D. Fla.) 07-cv-516*

------------------------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs in each of the actions referenced above, by counsel, hereby dismiss without prejudice, Getty Petroleum Marketing, Inc. ("GPMI") and Lukoil Americas Corp. ("Lukoil") from each of the above-referenced actions, with each party to bear its own costs. The dismissal is based upon the Affidavit of Paul J. Stendardi ("Stendardi Affidavit," copy attached as Exhibit A) and representations of counsel for defendants GPMI and Lukoil (Exhibit B). Plaintiffs reserve all other rights against all other defendants.

Should Plaintiffs discover any inaccuracies in the Stendardi Affidavit and/or becomes aware of information that conflicts with the Standardi Affidavit, defendants GPMI and Lukoil agree to permit Plaintiffs to reinstate defendants GPMI and Lukoil back into the above-captioned actions.

Should Plaintiffs to reinstate defendants GPMI and Lukoil back into the above-captioned actions, defendants GPMI and Lukoil agree that the statute of limitations is tolled between the

respective dates of filing of the Summons and Complaints in each of the above-captioned actions and the date of such reinstatement.

Should Plaintiffs reinstate defendants GPMI and Lukoil back into the above-captioned actions, defendants GPMI and Lukoil waive all rights to move the Court to dismiss the respective actions as against defendants GPMI and Lukoil on grounds of insufficient process and/or insufficient service of process. Defendants GPMI and Lukoil do not waive any other rights not specifically set forth herein.

Dated: New York, NY
August 14, 2007
October

_____
William J. Dubanevich (WD-5769 )
NAPOLI BERN & ASSOCIATES, LLP
*Attorneys for Plaintiffs*
115 Broadway, 12th Floor
New York, NY 10006
Tel: (212) 267-3700
Fax: (212) 587-0031

C. Richard Newsome
NEWSOME LAW FIRM
Florida Bar No.: 827258
20 North Orange Avenue, Suite 800
Orlando, FL 32801
Tel: (407) 648-5977
Fax: (407) 648-5282

Dated: White Plains, NY
August ____, 2007
November 1

_____
John A. Risi (JR-6475)
BLEAKLEY PLATT & SCHMIDT, LLP
*Attorneys for Defendants GPMI and Lukoil*
One North Lexington Avenue
P.O. Box 5056
White Plains, NY 10602-5056
Tel: (914) 949-2700
Fax: (914) 683-6956

SO ORDERED: _____
1/14/10