UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                           :

IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS          :    **CASE MANAGEMENT**
LIABILITY LITIGATION                :    **ORDER #58**
----------------------------------------------------  :
                                           :    Master File No. 1:00-1898
This document relates to:               :    MDL 1358 (SAS)
                                           :    M21-88
*Getty Properties Corp. Cases*        :
-------------------------------------------------------X


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       This Order memorializes the rulings made during the status conference held on January 15, 2010.

1.     With respect to the Suffolk County Water Authority ("SCWA") data set, Getty Properties is directed to identify, no later than February 16, 2010, all Getty Properties owned stations within two (2) miles of the wells that are in issue, and to produce all spill records that are within the possession of Getty Properties. Getty Properties shall have an additional twenty-one (21) days to produce any spill records that must be gathered from the New York State Department of Conservation ("DEC").

2.     With respect to the non-SCWA Long Island data sets, Getty Properties is directed to identify, no later than January 29, 2010, all Getty Properties owned stations that are within two (2) miles of the wells that are in issue, and to produce all spill records that are within the possession of Getty

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation   Doc. 2994

Properties. Getty Properties shall have an additional twenty-one (21) days to produce any spill records that must be gathered from the DEC.

3. Getty Properties is directed to answer all outstanding interrogatories, subject to all timely objections, in all twenty-seven (27) cases where Getty Properties is the sole or one of the few remaining defendants within ten (10) days.

4. Getty Properties may re-serve its formal discovery requests on plaintiffs. Plaintiffs shall then have twenty (20) days to respond.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
January 16, 2010

## -Appearances-

**Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Counsel for Defendant:**

John McMeekin, Esq.
Rawle & Henderson, LLP
The Widener Bldg.
One South Penn Square
Philadelphia, PA 19107
Tel: (215) 575-4324
Fax: (215) 563-2583