UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION, | 1:00 CV 1898 (SAS)<br><br>MDL 1358 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## WITHDRAWAL OF APPEARANCE

Latham & Watkins LLP, counsel for Defendant ConocoPhillips Company, hereby informs the Court that Lauren Podesta is no longer associated with the firm, and requests that the Court withdraw the appearance of Ms. Podesta as counsel in this matter.

Dated:   Newark, New Jersey
         February 2, 2010

                                          LATHAM & WATKINS LLP

                                          By:  /s/ Alan E. Kraus
                                               John J. Lyons
                                               355 South Grand Ave.
                                               Los Angeles, CA 90071
                                               (213) 485-1234

                                               Alan E. Kraus
                                               Keena M. Hausmann (*pro hac vice*)
                                               Paul A. Rosenthal
                                               One Newark Center, 16th Floor
                                               Newark, New Jersey 07101
                                               (973) 639-1234

Certificate of Service

This is to certify that on this 2nd day of February 2009, the foregoing Withdrawal of Appearance was served on all counsel of record by LexisNexis File & Serve.

/s/ Alan E. Kraus
Alan E. Kraus, Esq.