Alan E. Kraus
Direct Dial: 973-639-7293
alan.kraus@lw.com

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: +1.973.639.1234  Fax: +1.973.639.7298
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

February 2, 2010

**VIA ELECTRONIC FILING**

Hon. Shira Scheindlin
United States District Court
Southern District of New York
500 Peal Street
New York, NY 10007-1312

Re:    *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*,
       Master File No. 1:00-1898, MDL 1358 (SAS)
       *Carle Place Water District v. AGIP, Inc., et al.*
       *City of Inverness Water District, v. Amerada Hess Corp., et al.*
       *Homosassa Water District v. Amerada Hess Corp., et al.*
       *Incorporated Village of Mineola, et al. v. AGIP, Inc. et al.*
       *New Jersey Dept. of Environmental Protection v. Amerada Hess Corp., et al.*
       *The City of Crystal River v. Amerada Hess Corp., et al.*
       *Town of East Hampton v. AGIP, Inc., et al.*
       *Town of Southampton, et al. v. AGIP Inc., et al.*
       *Village of Hempstead v. AGIP Inc., et al.*
       *West Hempstead Water District v. AGIP Inc., et al.*
       *Westbury Water District v. AGIP Inc., et al.*

Dear Judge Scheindlin:

      I submit this letter with the consent of Ms. Lauren Podesta, respectfully requesting that she be relieved as counsel for Defendant ConocoPhillips Company ("ConocoPhillips") in the above captioned action. Ms. Podesta had previously appeared and represented ConocoPhillips in this matter, along with her colleagues, John Lyons, Alan Kraus and Keena Mackay Hausmann, all of Latham & Watkins LLP. Following Ms. Podesta's departure from Latham & Watkins LLP, Messers. Lyons and Kraus and Ms. Mackay -- all of Latham & Watkins LLP -- have continued to act as primary counsel for Defendant ConocoPhillips.

      As Latham & Watkins LLP will continue to represent ConocoPhillips, the withdrawal of Ms. Podesta will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including ConocoPhillips). In light of the foregoing, I respectfully request that the Court relieve Ms. Podesta as counsel for Defendant ConocoPhillips and that the official court docket be amended to reflect this change.

LATHAM&WATKINS LLP

Thank you for your attention to this request.

Respectfully submitted,

/s/ Alan E. Kraus
Alan E. Kraus

cc: All Counsel of Record via LexisNexis File & Serve
Lauren K. Podesta, Esq. (via email)