UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL No 1358 (SAS)
M21-88

This Document Relates To:

*Crescenta Valley Water District v. Exxon Mobil Corporation, et al.*, Case No. 07 Civ. 9453 (SAS)

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                    Doc. 2998

### [PROPOSED] ORDER AMENDING COMPLAINT TO ADD WORTMANN OIL COMPANY, INC., AS A DEFENDANT

The Plaintiff has advised the Court that none of the parties to the above-captioned case oppose Plaintiff's request to add Wortmann Oil Company, Inc., as a defendant in this case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

Wortmann Oil Company, Inc., shall, and hereby is, added as a defendant in the above-referenced case. Wortmann Oil Company, Inc., is added as an Owner/Operator Defendant as described in the Complaint, and is substituted for Defendant DOE 251 in that Complaint.

**SO ORDERED.**

Dated: Feb. 2, 2010

HONORABLE. SHIRA A. SCHEINDLIN
United States District Judge