UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X

*Emerald Coast Utilities Authority (f/k/a)*
*Escambia County Utilities Authority,* Case No.
04-CV-1722

------------------------------------------------------------ X

### PLAINTIFF AND DEFENDANT CENTRAL FLORIDA PIPELINE CORPORATION'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Plaintiff Emerald Coast Utilities Authority (f/k/a) Escambia County Utilities Authority ("Plaintiff") owns and operates a public drinking water system(s) that supplies water to residential and business users within its service areas. Plaintiff alleges that its water supplies are impacted and/or threatened by MTBE contamination. Because this matter is not a "focus case", minimal discovery or other work has been conducted in this matter.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Central Florida Pipeline Corporation now jointly move for dismissal without prejudice. Plaintiff has decided not to pursue its MTBE claims against Central Florida Pipeline Corporation at this time. Plaintiff and Central Florida Pipeline Corporation have agreed that Plaintiff may refile MTBE claims against Central Florida Pipeline Corporation in the event that Plaintiff, upon receipt of further information, determines the MTBE claims against Central Florida Pipeline

Dockets.Justia.com

Corporation are meritorious. Plaintiff and Central Florida Pipeline Corporation ask the court to dismiss Plaintiff's MTBE claims against Central Florida Pipeline Corporation without prejudice, with each party to bear its own costs. Plaintiff and Central Florida Pipeline Corporation agree that this request is reasonable and prejudices neither Plaintiff nor Central Florida Pipeline Corporation.

DATED: February 9, 2010.

Respectfully submitted,

by: _____
Robin Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10038
Telephone: 212-558-5802
Facsimile: 212-344-5461

Cary McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF AND DEFENDANT CENTRAL FLORIDA PIPELINE CORPORATION'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record. I also certify that a copy of the same was also served on all counsel of record by posting it directly to LexisNexis File & Serve on February 9, 2010.

_____
Cary McDougal