**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

In Re:   Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

**Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88**

------------------------------------------------------------- X

**This Document Relates To:**

------------------------------------------------------------- X

*Emerald Coast Utilities Authority (f/k/a)
Escambia County Utilities Authority,* Case No.
04-CV-1722

------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiff Emerald Coast Utilities Authority (f/k/a) Escambia County Utilities Authority and Defendant Central Florida Pipeline Corporation's Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendant Central Florida Pipeline Corporation, with each party to bear its own costs.

**DATED:** _____, 2010          _____

**HON. SHIRA A. SCHEINDLIN**