UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

---------------------------------------------------------X

This Document Relates To:

---------------------------------------------------------X

*Buchanan County School Board v. Amerada Hess Corp., et al.*, 04-CV-3418

*Patrick County School Board v. Amerada Hess Hess Corp., et al.*, 04-CV-2070

---------------------------------------------------------X

## PLAINTIFFS AND DEFENDANTS PARKER OIL COMPANY and PARKER HOLDING COMPANY, INC.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Plaintiffs Buchanan County School Board and Patrick County School Board ("Plaintiffs") own and operate public drinking water systems that supply water to residential and business users within its service areas. Plaintiffs allege that its water supplies are impacted and/or threatened by MTBE contamination. Because these matters are not "focus cases", minimal discovery or other work has been conducted in these matters.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Parker Oil Company and Parker Holding Company, Inc. ("Parker") now jointly move for dismissal without prejudice. Plaintiffs have decided not to pursue its MTBE claims against Parker at this time. Plaintiffs and Parker ask the court to dismiss Plaintiffs' MTBE claims against Parker without prejudice, with each party to bear its own costs. Plaintiffs' MTBE claims against Parker without prejudice, with each party to bear its own

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Dockets.Justia.com

costs. Plaintiffs and Parker agree that this request is reasonable and prejudices neither Plaintiffs nor Parker.

**DATED:** February ___9___, 2010.

                                              Respectfully submitted,

by: _____
    Robin Greenwald
    **WEITZ & LUXENBERG, P.C.**
    700 Broadway
    New York, New York 10038
    Telephone: 212-558-5802
    Facsimile: 212-344-5461

    Cary McDougal
    **BARON & BUDD, P.C.**
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, Texas 75219
    Telephone: 214-521-3605
    Facsimile: 214-520-1181

    *Counsel for Plaintiffs*

_____
Elizabeth S. Skilling
**HARMAN CLAYTOR CORRIGAN & WELLMAN, P.C.**
P.O. Box 70280
Richmond, Virginia 23255
Telephone: 804-762-8016
Facsimile: 804-747-6085

*Counsel for Defendants Parker Oil Company and Parker Holding Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS AND DEFENDANTS PARKER OIL COMPANY and PARKER HOLDING COMPANY, INC.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record. I also certify that a copy of the same was also served on all counsel of record by posting it directly to LexisNexis File & Serve on February 9, 2010.

_____
Cary McDougal