UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:   Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------ X

**This Document Relates To:**

------------------------------------------------------------ X

*Buchanan County School Board v. Amerada Hess Corp., et al.,* 04-CV-3418

*Patrick County School Board v. Amerada Hess Corp., et al.,* 04-CV-2070

------------------------------------------------------------ X

### [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiffs Buchanan County School Board and Patrick County School Board's (Plaintiffs) and Defendants Parker Oil Company and Parker Holding Company, Inc.'s Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiffs' action as to Defendants Parker Oil Company and Parker Holding Company, Inc., with each party to bear its own costs.

**DATED:** _____, 2010       _____

**HON. SHIRA A. SCHEINDLIN**