UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------X

This Document Relates To:

------------------------------------------------------------X

State of New Mexico ex rel.
Steven K. King, Attorney General
------------------------------------------------------------X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
06 Civ. 5496

**NOTICE OF RULE 41(a)(1)(i)
DISMISSAL OF
NAVAJO REFINING COMPANY**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff in the actions referenced above, by counsel, hereby dismisses with prejudice defendant Navajo Refining Company from the above-referenced action, with each party to bear its own costs. Plaintiff reserves all other rights as against all other remaining defendants.

Dated: January 7, 2010
New York, New York

Robin L. Greenwald
Robert Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Tel: (212) 558-5500
Fax: (212) 558-5506

Scott Summy
Carla Burke
BARON & BUDD, P.C.

Kevin J. Madonna
Robert F. Kennedy, Jr.
KENNEDY & MADONNA, LLP



In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Doc. 3003

Vic Sher
SHER LEFF, LLP

**ATTORNEYS FOR PLAINTIFFS**

*[signature]* 2/11/10

**CERTIFICATE OF SERVICE**

I hereby declare that a true an correct copy of the foregoing under

**NOTICE OF RULE 41(a)(1)(i)**
**DISMISSAL OF**
**NAVAJO REFINING COMPANY**

was served on all counsel of record by posting it directly to Lexis Nexis File & Serve on January 7, 2010.

FREDERIC GRAVENSON