UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY            :
LITIGATION
:

This document pertains to:
:                     Master File No. 1:00-1898
*Village of Roanoke v. Ashland, Inc., et al.*        MDL 1358 (SAS)
Case No. 1:09-cv-06554                :   M21-88


------------------------------------x



## STIPULATION AND ORDER
### DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff

Village of Roanoke and Defendant Gulf Oil Limited Partnership, hereby request that the

Court enter this voluntary dismissal without prejudice of all claims against Gulf Oil

Limited Partnership as set forth in Plaintiff's Complaint, filed on April 21, 2009. The

Parties agree to the dismissal and further agree that such dismissal is without prejudice,

with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all

other rights as against all other defendants.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                         Doc. 3004

DATED: ~~January~~ Feb 9, 2010

_____
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

_____
Robin L. Greenwald
Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

*Attorneys for
Plaintiff Village of Roanoke*

DATED: ~~January~~ Feb 5, 2010

_____
Chad W. Higgins (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Attorneys for
Gulf Oil Limited Partnership*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 2/8/17