UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION

This document pertains to:

*Village of Roanoke v. Ashland, Inc., et al.*
Case No. 1:09-cv-06554

: Master File No. 1:00-1898
: MDL 1358 (SAS)
: M21-88

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10

## STIPULATION AND ORDER
## DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Village of Roanoke and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal without prejudice of all claims against Gulf Oil Limited Partnership as set forth in Plaintiff's Complaint, filed on April 21, 2009. The Parties agree to the dismissal and further agree that such dismissal is without prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

DATED: ~~January~~ Feb 9, 2010

*signature*
Cary L. McDougal
Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*signature* Robin L. Greenwald (cw)
Robin L. Greenwald
Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Telephone: (212) 558-5505
Facsimile: (212) 558-5500

*Attorneys for*
*Plaintiff Village of Roanoke*

DATED: ~~January~~ Feb 5, 2010

*signature*
Chad W. Higgins (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Attorneys for*
*Gulf Oil Limited Partnership*

SO ORDERED:

*signature*
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 2/18/17