# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X

*Town of Hartland v. Amerada Hess Corp. et al.,*
Case No. 04-CV-2072

------------------------------------------------------------ X

## PLAINTIFF AND DEFENDANT JOHNSON & DIX FUEL CORP.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Plaintiff Town of Hartland owns and operates a public drinking water system(s) that

supplies water to residential and business users within its service areas.  Plaintiff alleges that its

water supplies are impacted and/or threatened by MTBE contamination.  Because this matter is

not a "focus case", minimal discovery or other work has been conducted in this matter.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendant

Johnson & Dix Fuel Corp. now jointly move for dismissal without prejudice.  Plaintiff has

decided not to pursue its MTBE claims against Johnson & Dix Fuel Corp. at this time.  Plaintiff

and Johnson & Dix Fuel Corp. have agreed that Plaintiff may refile MTBE claims against

Johnson & Dix Fuel Corp. in the event that Plaintiff, upon receipt of further information,

determines the MTBE claims against Johnson & Dix Fuel Corp. are meritorious.  Plaintiff and

Johnson & Dix Fuel Corp. ask the court to dismiss Plaintiff's MTBE claims against Johnson &

Dix Fuel Corp. without prejudice, with each party to bear its own costs.  Plaintiff and Johnson &

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Dockets.Justia.com

Dix Fuel Corp. agree that this request is reasonable and prejudices neither Plaintiff nor Johnson & Dix Fuel Corp.

DATED: February 26th, 2010.

RESPECTFULLY SUBMITTED,

by: _____
Cary McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Robin Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10038
Telephone: 212-558-5802
Facsimile: 212-344-5461
*Counsel for Plaintiff*

by: _____
Howard B. Myers
MYERS ASSOCIATES PLLC
240 Mechanic Street
Lebanon, New Hampshire 03766
Telephone: 603-448-6300
Facsimile: 603-448-6330
*Counsel for Defendant*
*Johnson & Dix Fuel Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF AND DEFENDANT JOHNSON & DIX FUEL CORP.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)** was served on all counsel of record by posting it directly to LexisNexis File & Serve on February 26th, 2010.

Shelly Petersen

SHELLY PETERSEN