UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------- X

This Document Relates To:

------------------------------------------------------------- X

*Town of Hartland v. Amerada Hess Corp. et al.,*
Case No. 04-CV-2072

------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiff Town of Hartland and Defendant Johnson & Dix Fuel Corp.'s Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendant Johnson & Dix Fuel Corp., with each party to bear its own costs.

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Doc. 3008 Att. 1

DATED: _____, 2010          _____
                                          HON. SHIRA A. SCHEINDLIN

Dockets.Justia.com