```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS): M21-88

This Document Relates To:

| | |
|---|---|
| *West Hempstead Water District v. AGIP, et. al.* | No. 03-CV-10052 |
| *Village of Hempstead v. AGIP, et al.* | No. 03-CV-10055 |
| *West Hempstead Water District v. Merit Oil Corp., et al* | No. 08-CV-04290 |

---

### CASE MANAGEMENT ORDER NO. 59

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       All pretrial deadlines set forth in prior Case Management Orders for these matters are hereby extended for thirty (30) days for all Defendants except for the following companies and related entities: Getty Properties Corporation, LeeMilts Petroleum Inc., CP Service Station Operating Corporation, Tartan Oil Corporation, and Bartco Corporation. All pretrial deadlines set forth in prior Case Management Orders for these matters are hereby extended for fourteen (14) days for Getty Properties Corporation, LeeMilts Petroleum Inc., CP Service Station Operating Corporation, Tartan Oil Corporation, and Bartco Corporation.

SO ORDERED:

Dated: New York, New York
       February 26 2010

_____
Shira A. Scheindlin, U.S.D.J.