UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*,
Case No. 08-CV-00312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/10
```

------------------------------------------------ X

### STIPULATION AND ORDER EXTENDING TIME FOR ROSEMORE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Whereas on or about September 24, 2008, Plaintiffs filed a Third Amended Complaint in this action;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 1, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding

A/73301334 1/3001182-0000329710

dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until December 31, 2008, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until March 31, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until June 30, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until August 31, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until October 30, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until December 31, 2009, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

A/73301334.1/3001182-0000329710

Whereas the undersigned parties had previously stipulated and agreed to extend the time to answer or otherwise respond to the Complaint until March 1, 2010, for Defendant Rosemore Inc. in order for the undersigned parties to complete their discussions regarding dismissing Rosemore Inc.;

Whereas the undersigned parties have continued those discussions, but need additional time to complete those discussions;

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs New Jersey Department of Environmental Protection, et al. and Defendant Rosemore Inc. as follows:

The time to answer or otherwise respond to the Complaint is hereby extended to and including June 1, 2010 for Rosemore Inc.

A/73301334 1/3001182-0000329710

Dated: March 1, 2010	**BINGHAM McCUTCHEN LLP**

By: /s/ Ben M. Krowicki
Ben M. Krowicki (BK0640)
One State Street
Hartford, CT 06103-3178
T: 860.240.2700
F: 860.240.2818
ben.krowicki@bingham.com

Evan J. Benanti (EB1202)
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
T: 617.951.8000
F: 617.951.8736
evan.benanti@bingham.com

*Attorneys for Rosemore Inc.*

**Anne Milgram
Attorney General of New Jersey**

BY: /s/ Richard F. Engel
Richard F. Engel
Deputy Attorney General

**COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, L.L.P.**

By: /s/ Leonard Z. Kaufmann
Leonard Z. Kaufmann
Park 80 Plaza West-One
Saddle Brook, NJ 07663
T: 201.845.9600
F: 201.845.9423
lzk@njlawfirm.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

Dated: _March 2, 2010_

_____
U.S.D.J.

A/73301334.1/3001182-0000329710

-6-

## DECLARATION OF SERVICE

I hereby declare under perjury of law that a true copy of the above **Stipulation and Order Extending Time for Rosemore Inc. to Answer or Otherwise Respond to Complaint** was served electronically via Lexis-Nexis File and Serve to plaintiffs' counsel and defense attorneys on the 1st day of March 2010.

/s/ Ben M. Krowicki
Ben M. Krowicki

A/73301334.1/3001182-0000329710