UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

---------------------------------------------------------- X

This Document Relates To:

---------------------------------------------------------- X

*Craftsbury Fire District #2 v. Amerada Hess Corp. et al.*, Case No. 04-CV-3419

---------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiff Craftsbury Fire District #2 and Defendants Bradford Oil Co., Inc., D&C Transportation, Inc. and Fred's Plumbing & Heating Inc.'s Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendants Bradford Oil Co., Inc., D&C Transportation, Inc. and Fred's Plumbing & Heating Inc. with each party to bear its own costs.

DATED: March 8, 2010

_____
HON. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/10