**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

------------------------------------------------------------------ x

ECF Case

**This document relates to the following case:**

*City of New York, et al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------ x

**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 54(b)**

WHEREAS, Plaintiffs the City of New York, the New York City Water Board and the New York City Municipal Water Finance Authority (collectively, "the City") filed a motion on December 23, 2009 seeking entry of judgment against the ExxonMobil defendants (collectively "ExxonMobil") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure on claims that were tried to verdict on October 19, 2009.

WHEREAS, the City's motion was fully briefed as of February 10, 2010.

WHEREAS, the City and ExxonMobil agree that the City's motion should be withdrawn and removed from the docket.

It is hereby AGREED, STIPULATED and ORDERED that:

1. the City's Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. Rule 54(b) is withdrawn.

2. that the Clerk of the Court is directed to remove from the docket the motion and related filings (04 Civ. 3417, Docket Nos. 568, 569, 570, 573, 574, and 575; 00 Civ. 1898, Docket Nos. 2877, 2978, 2980, 2981, 2991, 2996, and 3002).

New York, New York
Dated: March 22, 2010

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
Tel. (212) 788-1578

*/S/ VICTOR M. SHER*
VICTOR M. SHER (pro hac vice)
TODD E. ROBINS (pro hac vice)
NICHOLAS G. CAMPINS (pro hac vice)
MARNIE E. RIDDLE (pro hac vice)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Attorneys for Plaintiffs the City of New York, the New York City Water Board and the New York City Municipal Water Finance Authority

______________________________
James W. Quinn
David J. Lender
Theodore E. Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel. (212) 310-8000
Fax (212) 310-8007

- and -

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10017-4613
Tel. (212) 547-5400
Fax (212) 547-5444

Counsel for Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation

SO ORDERED.

______________________________
Hon. Shira A. Scheindlin
United States District Court

2. that the Clerk of the Court is directed to remove from the docket the motion and related filings (04 Civ. 3417, Docket Nos. 568, 569, 570, 573, 574, and 575; 00 Civ. 1898, Docket Nos. 2877, 2978, 2980, 2981, 2991, 2996, and 3002).

New York, New York
Dated: March 22, 2010

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
Tel. (212) 788-1578

____________________________
VICTOR M. SHER (pro hac vice)
TODD E. ROBINS (pro hac vice)
NICHOLAS G. CAMPINS (pro hac vice)
MARNIE E. RIDDLE (pro hac vice)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Attorneys for Plaintiffs the City of New York, the New York City Water Board and the New York City Municipal Water Finance Authority

[signature]
James W. Quinn
David J. Lender
Theodore E. Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel. (212) 310-8000
Fax (212) 310-8007

- and -

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10017-4613
Tel. (212) 547-5400
Fax (212) 547-5444

Counsel for Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation

SO ORDERED.

____________________________
Hon. Shira A. Scheindlin
United States District Court