**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of New York, et al. v. Amerada Hess Corp., et al.* Case No. 04 Civ. 3417 | |

------------------------------------------------------------------- x

**PLAINTIFF CITY OF NEW YORK'S AND DEFENDANT EXXONMOBIL'S NOTICE OF JOINT MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 54(b)**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that plaintiffs the City of New York, the New York City Water Board and the New York City Municipal Water Finance Authority (collectively, the "City") and Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation (collectively, the "ExxonMobil Defendants" and, together with the City, the "Parties")  will and do hereby move this Court before the Hon. Shira A. Scheindlin at the United States Courthouse at 500 Pearl Street, Courtroom 15C, New York, New York 10007, pursuant to Federal Rules of Civil Procedure Rule 54(b), to enter an Order expressly directing the entry of judgment on the City's claims in accordance with the jury verdict rendered in this case on October 19, 2009, determining that there is no just reason for delay, and awarding such further relief as the Court may find appropriate.

     WHEREFORE, the Parties respectfully request that the Court enter an Order granting the relief set forth in this Motion.  In support of the Motion, the Parties rely upon the attached memorandum of law and the pleadings, records and files in this action.

Respectfully submitted,

Dated:   March 22, 2010

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, New York  10007<br>Tel. (212) 788-1578 | _____<br>James W. Quinn<br>David J. Lender<br>Theodore E. Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Tel. (212) 310-8000<br>Fax  (212) 310-8007 |
| _____/s/ VICTOR M. SHER_____<br>VICTOR M. SHER (pro hac vice)<br>TODD E. ROBINS (pro hac vice)<br>NICHOLAS G. CAMPINS (pro hac vice)<br>MARNIE E. RIDDLE (pro hac vice)<br>SHER LEFF LLP<br>450 Mission Street, Suite 400<br>San Francisco, CA  94105<br>(415) 348-8300 | - and - |
| Attorneys for Plaintiffs the City of New York, the New York City Water Board and the New York City Municipal Water Finance Authority | Peter John Sacripanti<br>James A. Pardo<br>Stephen J. Riccardulli<br>Lisa A. Gerson<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York  10017-4613<br>Tel. (212) 547-5400<br>Fax  (212) 547-5444 |
| | Counsel for Defendants ExxonMobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation |

- 2 -

                                                    Respectfully submitted,

Dated:   March 22, 2010

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, New York  10007<br>Tel. (212) 788-1578 | *[signature]*<br>James W. Quinn<br>David J. Lender<br>Theodore E. Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Tel. (212) 310-8000<br>Fax  (212) 310-8007 |
| _____<br>VICTOR M. SHER (pro hac vice)<br>TODD E. ROBINS (pro hac vice)<br>NICHOLAS G. CAMPINS (pro hac vice)<br>MARNIE E. RIDDLE (pro hac vice)<br>SHER LEFF LLP<br>450 Mission Street, Suite 400<br>San Francisco, CA  94105<br>(415) 348-8300 | - and -<br><br>Peter John Sacripanti<br>James A. Pardo<br>Stephen J. Riccardulli<br>Lisa A. Gerson<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York  10017-4613<br>Tel. (212) 547-5400<br>Fax  (212) 547-5444 |
| Attorneys for Plaintiffs the City of New York,<br>the New York City Water Board<br>and the New York City Municipal Water<br>Finance Authority | Counsel for Defendants ExxonMobil<br>Corporation, ExxonMobil Oil Corporation<br>and Mobil Corporation |