*[handwritten annotation at top: "Defendants' proposed order / Defendants have requested 45-60 days be added to these dates"]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS): M21-88

This Document Relates To:

*West Hempstead Water District v. AGIP, Inc. et al.*, 03-cv-10052
*Village of Hempstead v. AGIP, Inc. et al.*, 03-cv-10055
*Village of Mineola v. AGIP, Inc. et al.*, 03-cv-10051
*Carle Place Water District v. AGIP, Inc. et al.*, 03-cv-10053
*Town of Southampton v. AGIP, Inc. et al.*, 03-cv-10054
*Town of East Hampton v. AGIP, Inc. et al.*, 03-cv-10056
*Westbury Water District v. AGIP, Inc. et al.*, 03-cv-10057

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

[PROPOSED] CASE MANAGEMENT ORDER NO. 61

SHIRA A. SCHEINDLIN, U.S.D.J.:

THIS MATTER, having come before the Court for a Case Management Conference among all of the parties on March 4, 2010; and the Court having determined at the Case Management Conference that entry of this Case Management Order will foster the efficient progress of this case to resolution; and for good cause shown all pretrial deadlines set forth in prior Case Management Orders for these matters are hereby modified:

| PLEADINGS | DEADLINE |
|---|---|
| Defendants to Amend Master Answer(s). | April 1, 2010 |
| Impleader – All Third Parties to be Served. | July 2, 2010 |
| Case Management Conference to establish Third Party discovery dates. | August [handwritten], 2010 at [handwritten] am/pm |

| FACT DISCOVERY | DEADLINE |
|---|---|
| Defendants to Serve First Set of Interrogatories and Request for Production of Documents | March 26, 2010 |
| Tartan Defendants to move or otherwise respond to Plaintiffs First Set of Interrogatories and Request for Production of Documents of February 12, 2010 and Plaintiffs' First Set of Title Tracing Interrogatories and Request for Production of Documents dated February 25, 2010.<br><br>Plaintiff to move or otherwise respond to Defendants First Set of Interrogatories and Request for Production of Documents. | April 23, 2010 |
| Service of Supplemental Interrogatories and Requests for Production of Documents. | April 30, 2010 |
| Parties to move or otherwise respond to Supplemental Interrogatories and Requests for Production of Documents. | May 24, 2010 |
| Deadline to Complete Fact Witness Depositions. | July 9, 2010 |
| Fact Discovery Closes.[1] | July 16, 2010 |

| EXPERT DISCOVERY | DEADLINE |
|---|---|
| Plaintiff to Issue Additional Non-Case-Specific Reports[2] | July 23, 2010 |
| Plaintiffs' Case Specific Expert Reports Produced. | July 23, 2010 |
| Defendants' Affirmative Expert Reports Produced. | August 6, 2010 |

---

[1] With the following three exceptions/caveats: (1) the parties are entitled to limited fact discovery after this date relating to fact issues that arise in expert discovery; (2) the parties shall have ten days to respond to discovery requests that arise in and are made on the record during depositions, including up to ten days after this date; and (3) this deadline does not alter the parties' respective duties to supplement their responses and productions as per the Federal Rules of Civil Procedure.

[2] Plaintiff shall not amend its existing Non-Case-Specific Reports and shall issue additional reports only to the extent that fact discovery regarding the Defendants gives rise to information or data not previously known or presented in these MDL cases.

–2–

| | |
|---|---|
| Defendants' Expert Rebuttals. | August 23, 2010 |
| Plaintiffs' Expert Rebuttals. | September 7, 2010 |
| Expert Depositions to be Completed. | September 30, 2010 |
| DISCOVERY CLOSES | October 1, 2010 |

| MOTION PRACTICE | DEADLINE |
|---|---|
| Initial Dispositive Motions. | April 15, 2010 |
| Final Dispositive Motions: Rule 56.1 Statement. | November 19, 2010 |
| Rule 56.1 Counterstatement. | December 17, 2010 |
| Daubert Motions to be filed 15 days after the close of each expert's deposition. | Daubert Motions to be filed 15 days after the close of each expert's deposition. |
| Motions *In Limine*. | To Be Established at Pre-Trial Conference |

A Pretrial Conference will occur on ~~December~~ November 8, 2010 at 4:30 ~~am~~/pm.

SO ORDERED:

Dated: New York, New York
      March 23, 2010

Hon. Shira A. Scheindlin, U.S.D.J.

—3—