UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation                                   MDL No 1358 (SAS)

This Document Relates To:

*Crescenta Valley Water District v. Exxon Mobil Corporation, et al.*, Case No. 07 Civ. 9453 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Stuart Miller of counsel attorney for defendant Wortmann Oil Company, Inc. And said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|                    |                                                          |
|--------------------|----------------------------------------------------------|
| Applicant's Name:  | Randy K. Vogel                                           |
| Firm Name:         | Law Offices of Randy K. Vogel                            |
| Address:           | 24411 Ridge Route Drive, Suite 215                       |
| City/State/Zip:    | Laguna Hills, CA 92653                                   |
| Telephone/Fax:     | (949) 380-1516 (telephone);  (949) 768-0180 (facsimile) |
| Email Address:     | Randykvogel@aol.com                                      |

is admitted to practice pro hac vice as counsel for defendant Wortmann Oil Company, Inc. In the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

1

Electronic Case Filing (ECF) system counsel shall immediately apply for a ECF password at nysd.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  3/24/10

_____
HONORABLE, SHIRA A. SCHEINDLIN
United States District Judge