UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------- X

This Document Relates To:  *All Cases*

------------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

[PROPOSED] ORDER
ADMITTING COUNSEL
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

Upon the motion of William A. Walsh, attorney for Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>David T. Ritter
>Baron & Budd, P.C.
>3102 Oak Lawn Avenue, Suite 1100
>Dallas, Texas  75219
>Telephone:  214-521-3605
>Facsimile:  214-520-1181
>dritter@baronbudd.com

is admitted to practice *pro hac vice* as counsel for all Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.

**DATED:**  ____March 24____, 2010
New York, New York

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE