UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                :

IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS        :
LIABILITY LITIGATION             :

                                :

                                :

                                :

                                :

------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/25/10

CASE MANAGEMENT
ORDER #62

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.:

         In the above-captioned multi-district litigation, a large number of cases in which all claims have been dismissed, either by court order or pursuant to settlement, have never been officially closed and removed from the docket. Upon review of chamber's records, and consultation with liason counsel in this matter, the Court has determined that the following cases should not remain open. Accordingly, the Clerk of Court is directed to close these cases:

         1.     *Tonneson v. Sunoco*, 03 Civ. 8248;

         2.     *Basso v. Sunoco*, 03 Civ 9050;

         3.     *City of Sioux City, Iowa v. Amerada Hess Corp.*, 04 Civ. 01723;

         4.     *City of Rockport v. Amerada Hess Corp.*, 04 Civ. 01724;

         5.     *Village of Island Lake v. Amerada Hess Corp.*, 04 Civ. 2053;

         6.     *City of Mishawaka v. Amerada Hess Corp.*, 04 Civ. 2055;

7. *City of South Bend, Indiana v. Amerada Hess Corp.*, 04 Civ.2056;

8. *North Newton High School Corporation v. Amerada Hess Corp.*, 04 Civ. 2057;

9. *City of Park City, Kansas v. Alon USA Energy*, 04 Civ. 2059;

10. *City of Dodge City, Kansas v. Alon USA Energy Inc.*, 04 Civ. 2060;

11. *Chisholm Creek Utility v. Alon USA Inc.*, 04 Civ. 2061;

12. *City of Bel Aire v. Alon USA Energy*, 04 Civ. 2062;

13. *City of Roseville v. Atlantic Richfield Co.*, 04 Civ. 4971;

14. *Town of Campbellsburg, Indiana v. Amerada Hess Corp.*, 04 Civ. 4990;

15. *City of Lowell, Massachusetts v. Amerada Hess Corp.*, 05 Civ. 4018;

16. *Morgan v. ExxonMobile Corp.*, 05 Civ. 10259;

17. *Town of Billerica v. Amerada Hess Corp.*, 06 Civ. 1381;

18. *Town of Middleborough v. Amerada Hess* Corp., 06 Civ. 3741;

19. *St. Nicholas Parish v. Amerada Hess Corp.*, 06 Civ. 3742;

20. *Coffey Insurance Services v. Amerada Hess Corp.*, 06 Civ. 3750;

21. *Freedom Sanitary District #1 v. Amerada Hess Corp.*, 06 Civ. 3751;

22.   *Capital Credit Union v. Amerada Hess Corp.*, 06 Civ. 3752;

23.   *Abrahamson v. Amerada Hess Corp.*, 06 Civ. 3753;

24.   *Town of Freedom v. Amerada Hess Corp.*, 06 Civ. 3754;

25.   *State of New Mexico v. Amerada Hess Corp.*, 06 Civ. 5496;

26.   *Alban v. Exxon Mobil Oil Corp.*, 06 Civ 54901;

27.   *Albert v. Exxon Mobil Oil Corp.*, 06 Civ. 5901;

28.   Babcock v. Exxon Mobil Corp., 06 Civ. 5902;

29.   *Baig v. Exxon Mobil Corp.*, 06 Civ. 5903;

30.   *Barnett v. Exxon Mobil Oil Corp.*, 06 Civ. 5905;

31.   *Berlin v. Exxon Mobil Corp.*, 06 Civ. 5906;

32.   *Bieber v. Exxon Mobil Corp.*, 06 Civ. 5907;

33.   *Blair v. Exxon Mobil Corp.*, 06 Civ. 5910;

34.   *Brady v. Exxon Mobil Oil Corp.*, 06 Civ. 5911;

35.   *Butler v. Exxon Mobil Oil Corp.*, 06 Civ. 5912;

36.   *Carroll v. Exxon Mobil Oil Corp.*, 06 Civ. 5913;

37.   *Copeland v. Exxon Mobil Corp.*, 06 Civ. 5914;

38.   *Cormier v. Exxon Mobil Oil Corp.*, 06 Civ. 5915;

39.   *Cremen v. Exxon Mobil Oil Corp.*, 06 Civ. 5916;

40.   *Csicsek v. Exxon Mobil Oil Corp.*, 06 Civ. 5917;

41.   *Davis v. Exxon Mobil Oil Corp.*, 06 Civ. 5919;

42.   *DeDeo v. Exxon Mobil Oil Corp.*, 06 Civ. 5920;

43.   *Dekoomen v. Exxon Mobil Oil Corp.*, 06 Civ. 5921;

44.   *Pasquale v. Exxon Mobil Oil Corp.*, 06 Civ. 5922;

45.   *Diedeman v. Exxon Mobil Oil Corp.*, 06 Civ. 5923;

46.   *Dixon v. Exxon Mobil Oil Corp.*, 06 Civ. 5924;

47.   *Faber v. Exxon Mobil Oil Corp.*, 06 Civ. 5925;

48.   *Facinole v. Exxon Mobil Oil Corp.*, 06 Civ. 5926;

49.   *Flora v. Exxon Mobil Oil Corp.*, 06 Civ. 5927;

50.   *Fritz v. Exxon Mobil Oil Corp.*, 06 Civ. 5928;

51.   *Gollihue v. Exxon Mobil Oil Corp.*, 06 Civ. 5929;

52.   *Gottschalk v. Exxon Mobil Oil Corp.*, 06 Civ. 5930;

53.   *Greenblatt v. Exxon Mobil Oil Corp.*, 06 Civ. 5931;

54.   *Gregory v. Exxon Mobil Oil Corp.*, 06 Civ. 5932;

55.   *Hannan v. Exxon Mobil Oil Corp.*, 06 Civ. 5933;

56.   *Howe v. Exxon Mobil Oil Corp.*, 06 Civ. 5937;

57.   *Jenkins v. Exxon Mobil Oil Corp.*, 06 Civ. 5938;

58.   *Kropfelder v. Exxon Mobil Oil Corp.*, 06 Civ. 5939;

59.   *Kukucka v. Exxon Mobil Oil Corp.*, 06 Civ. 5940;

60.    *Lanting v. Exxon Mobil Oil Corp.*, 06 Civ. 5941;

61.    *Libertini v. Exxon Mobil Oil Corp.*, 06 Civ. 5942;

62.    *Martin v. Exxon Mobil Oil Corp.*, 06 Civ. 5943;

63.    *McLewee v. Exxon Mobil Oil Corp.*, 06 Civ. 5945;

64.    *Munson v. Exxon Mobil Oil Corp.*, 06 Civ. 5946;

65.    *Oberlin v. Exxon Mobil Oil Corp.*, 06 Civ. 5947;

66.    *Peters v. Exxon Mobil Oil Corp.*, 06 Civ. 5948;

67.    *Pfeiffer v. Exxon Mobil Oil Corp.*, 06 Civ. 5949;

68.    *Rosch v. Exxon Mobil Oil Corp.*, 06 Civ. 5950;

69.    *Rush v. Exxon Mobil Oil Corp.*, 06 Civ. 5951;

70.    *Schech v. Exxon Mobil Oil Corp.*, 06 Civ. 5952;

71.    *Simms v. Exxon Mobil Oil Corp.,* 06 Civ. 5953;

72.    *Stroup v. Exxon Mobil Oil Corp.*, 06 Civ. 5954;

73.    *Tirocchi v. Exxon Mobil Oil Corp.*, 06 Civ. 5955;

74.    *Tizard v. Exxon Mobil Oil Corp.*, 06 Civ. 5956;

75.    *Tolle v. Exxon Mobil Oil Corp.*, 06 Civ. 5957;

76.    *Vacovsky v. Exxon Mobil Oil Corp.*, 06 Civ. 5958;

77.    *Vogler v. Exxon Mobil Oil Corp.*, 06 Civ. 5959;

78.    *WittelsBerger v. Exxon Mobil Oil Corp.*, 06 Civ. 5960;

79.   *Anderson v. Exxon Mobil Oil Corp.*, 06 Civ. 5961;

80.   *Dobbv. Exxon Mobil Oil Corp.*, 06 Civ. 5962;

81.   *Shimp v. Exxon Mobil Oil Corp.*, 06 Civ. 5963.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 25, 2010

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444