## CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on March 29, 2010, I caused to be served by electronic means upon all parties via Lexis Nexis File and Serve, a true and correct copy of Exxon Mobil Defendants' Opposition To Plaintiffs' Motion For Prejudgment Interest and the supporting Declaration of Lauren Handel with exhibits.

*Lauren Handel*
Lauren Handel