UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*City of New York v. Amerada Hess Corporation, et al.,*<br>No. 04 Civ. 3417 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### DECLARATION OF LAUREN HANDEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST

Lauren Handel, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of McDermott Will & Emery LLP, counsel for the Exxon Mobil Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Prejudgment Interest (hereinafter "Opposition"). This Declaration authenticates the exhibits attached hereto and relied on in support of the Opposition. In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of each of the exhibits appended hereto were made at my direction on or around March 29, 2010.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiff City of New York's Responses and Objections to Defendants' Well Specific Discovery.

3. Attached hereto as Exhibit B is a true and correct copy of a demonstrative exhibit used by Plaintiffs during the trial testimony of Marnie Bell.

Dated: New York, NY
March 29, 2010

Respectfully submitted,

*/s/ Lauren Handel*
Lauren Handel