# Exhibit B

# Life Cycle Cost for MTBE Treatment Using GAC

Net Present Value (2009 dollars)

| MTBE in Water Into Treatment Plant | Initial Capital | Equipment Replacement | O&M Cost (40 Years) | Total Net Present Value |
|---|---|---|---|---|
| 10 ppb | $59,990,000 | $48,870,000 | $141,590,000 | $250,450,000 |
| 35 ppb | $59,990,000 | $48,870,000 | $149,180,000 | $258,040,000 |