UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document pertains to:

*City of Fresno v. Chevron, USA, Inc., et al.*, Case No. 04 Civ. 04973;

*City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.*, Case No. 08 Civ. 06306;

*City of Pomona v. Chevron USA, Inc., et al.*, Case No. CV-09-0529 (MEJ); and

*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 CIV. 4968 (SAS).
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.**

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/10



## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendants Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company (erroneously named as Tesoro Refining and Marketing Company, Inc.) (collectively, "Tesoro") to admit *pro hac vice* Berj K. Parseghian, Esq., Jesus R. Chavez, Esq., and Jamie O. Kendall, Esq., of Bingham McCutchen LLP,* and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Berj K. Parseghian, Esq., Jesus R. Chavez, Esq., and Jamie O. Kendall, Esq. are admitted to

*at Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 680-6400

A/73332852.1

practice before this Court *pro hac vice* on behalf of Tesoro in this civil action upon the deposit of the required $25 fee per applicant per case, to the Clerk of this Court.

Dated: 3/29/10

_____
The Honorable Shira A. Scheindlin
United States District Judge

A/73332852.1