UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) |
| This Document Relates To: *City of Pomona v. Chevron USA, Inc., et al.*, Case No. 09 Civ. 3738 (SAS) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10

## ~~PROPOSED~~ ORDER MODIFYING CASE MANAGEMENT ORDER NO. 60

WHEREAS, pursuant to the Court's Case Management Order No. 60, plaintiffs are not required to identify "sources of alleged MTBE contamination" in this case until April 30, 2010;

WHEREAS, pursuant to the Court's Case Management Order No. 60, the parties were directed to submit a "joint proposed scheduling order" to the Court by no later than April 5, 2010;

WHEREAS, the parties believe that they need some additional time to meet and confer regarding the nature of the claims involved in this lawsuit before submitting the requested "joint proposed scheduling order" to the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, that the schedule for this case outlined in the Court's Case Management Order No. 60 be modified as follows:

1.  The parties shall submit a joint proposed scheduling order to the Court on or before April 30, 2010.

10272133.1

**SO ORDERED.**

Dated: New York, New York
       March ___31___, 2010

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE