# HERRICK

NEW YORK
NEWARK
PRINCETON

**LAUREN K. PODESTA**
Direct Tel:   973.274.2039
Direct Fax   973.274.6442

Email: lpodesta@herrick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/10

March 26, 2010

VIA FIRST CLASS MAIL
Honorable Shira A. Scheindlin
United States District Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    MTBE cases
               00 Civ. 1898, MDL 1358 (SAS)

Dear Judge Schiendlin:

    Please be advised that I recently left Latham & Watkins and am no longer representing ConocoPhillips Company in the MTBE matters before Your Honor. I am informed that in order to be removed from the service lists and cease receipt of electronic notices, I must ask that you issue a directive removing me from the same. Therefore, I respectfully request to be removed from the following cases and the service lists for the same:

| Case: | Docket Number: |
|---|---|
| 1. In Re: Methyl Tertiary Butyl Ether ("MTBE") | 1:0-cv-1898 |
| 2. Incorporated Village of Mineola et al. v. AGIP Inc., et al. | 1:3-cv-10051 |
| 3. West Hempstead Water District v. AGIP Inc., et al. | 1:3-cv-10052 |
| 4. Carle Place Water District v. AGIP Inc., et al. | 1:3-cv-10053 |
| 5. Town of Southampton et al v. AGIP Inc., et al. | 1:3-cv-10054 |
| 6. Village of Hempstead v. AGIP Inc., et al. | 1:3-cv-10055 |
| 7. Town of East Hampton v. AGIP Inc., et al. | 1:3-cv-10056 |
| 8. Westbury Water District v. AGIP Inc., et al. | 1:3-cv-10057 |
| 9. The City of New York v. Amerada Hess Corp. | 1:4-cv-3417 |
| 10. Homosassa Water District v. Amerada Hess Corp. | 1:7-cv-4009 |
| 11. City of Inverness Water District v. Amerada Hess Corp. | 1:7-cv-4011 |

    Thank you for your assistance in this regard and please do not hesitate to contact me at my new firm, Herrick Feinstein, with any questions.

Respectfully submitted,

Lauren K. Podesta

*Handwritten order:* "The Clerk of Court is hereby directed to remove Lauren Podesta as attorney of record in the above-captioned matters. SO ORDERED. Dated: April 1, 2010
/s/ Shira A. Scheindlin, USDJ"

HERRICK, FEINSTEIN LLP
A New York limited liability partnership including New York professional corporations

ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com