AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10051

Incorporated Village of Mineola v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and
TARTAN OIL CORP.

I certify that I am admitted to practice in this court.

July 23, 2009
Date

*[Signature]*
Signature

Debra L. Rothberg     DR-6298
Print Name            Bar Number

1065 Avenue of the Americas – 19th Floor
Address

New York        NY        10018
City            State     Zip Code

(212) 714-1212          (212) 221-3813
Phone Number            Fax Number