AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10052

West Hempstead Water District v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and TARTAN OIL CORP.

I certify that I am admitted to practice in this court.

_July 23, 2009_____
Date

_____[signature]_____
Signature

___Debra L. Rothberg___    ___DR-6298___
Print Name                  Bar Number

___1065 Avenue of the Americas – 19th Floor___
Address

___New York___   ___NY___   ___10018___
City              State      Zip Code

___(212) 714-1212___   ___(212) 221-3813___
Phone Number            Fax Number