AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____     DISTRICT OF     _____NEW YORK_____

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10053

Carle Place Water District v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      CP SERVICE STATION OPERATING CORP. and
      TARTAN OIL CORP.

      I certify that I am admitted to practice in this court.

__July 23, 2009_____
Date

_____
Signature

____Debra L. Rothberg____     ___DR-6298__
Print Name                    Bar Number

____1065 Avenue of the Americas – 19th Floor____
Address

____New York____     ___NY___     ___10018___
City                 State        Zip Code

____(212) 714-1212____     ___(212) 221-3813__
Phone Number               Fax Number