AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___NEW YORK___

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**APPEARANCE**

Case Number: MDL 1358 (SAS)
03-cv-10053

Carle Place Water District v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and TARTAN OIL CORP.

I certify that I am admitted to practice in this court.

_July 23, 2009_
Date

_/s/ Debra L. Rothberg_
Signature

___Debra L. Rothberg___     ___DR-6298___
Print Name                   Bar Number

___1065 Avenue of the Americas – 19th Floor___
Address

___New York___      ___NY___       ___10018___
City                 State           Zip Code

___(212) 714-1212___       ___(212) 221-3813___
Phone Number                Fax Number