AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10055

Village of Hempstead v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and TARTAN OIL CORP.

I certify that I am admitted to practice in this court.

__July 23, 2009__
Date

_[signature]_
Signature

__Debra L. Rothberg__  __DR-6298__
Print Name  Bar Number

__1065 Avenue of the Americas – 19th Floor__
Address

__New York__  __NY__  __10018__
City  State  Zip Code

__(212) 714-1212__  __(212) 221-3813__
Phone Number  Fax Number