AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\_\_\_\_\_SOUTHERN\_\_\_\_\_ DISTRICT OF \_\_\_\_\_NEW YORK\_\_\_\_\_

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10056

Town of East Hampton v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and TARTAN OIL CORP.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 23, 2009 | *[signature]* |
| Date | Signature |
| | Debra L. Rothberg           DR-6298 |
| | Print Name                  Bar Number |
| | 1065 Avenue of the Americas – 19th Floor |
| | Address |
| | New York         NY         10018 |
| | City             State      Zip Code |
| | (212) 714-1212              (212) 221-3813 |
| | Phone Number                Fax Number |