AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__    DISTRICT OF    __NEW YORK__

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**APPEARANCE**

MDL 1358 (SAS)
Case Number: 03-cv-10057

Westbury Water District v. AGIP Inc., et al.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

CP SERVICE STATION OPERATING CORP. and
TARTAN OIL CORP.

    I certify that I am admitted to practice in this court.

_July 23, 2009_
Date

*[Signature]*
Signature

__Debra L. Rothberg__    __DR-6298__
Print Name    Bar Number

__1065 Avenue of the Americas – 19th Floor__
Address

__New York__    __NY__    __10018__
City    State    Zip Code

__(212) 714-1212__    __(212) 221-3813__
Phone Number    Fax Number