UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al.*, Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al.*, Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Ashland Inc. ("Ashland"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Ashland as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Dated: April 6, 2010                                        Dated: April 6, 2010

/s/Paul Napoli                                              /s/Steven Leifer
Paul Napoli                                                 Steven L. Leifer
NAPOLI BERN RIPKA &                                         BAKER BOTTS LLP
ASSOCIATES                                                  1299 Pennsylvania Ave. NW
3500 Sunrise Highway, Suite T-207                           Washington, DC  20004-2400

- 2 -

| | |
|---|---|
| Great River, NY 11739<br>(212) 267-3700<br>PNapoli@NBRLawFirm.com<br><br>*Attorneys for Plaintiffs* | (202) 639-7723<br>sleifer@bakerbotts.com<br><br>*Attorneys for Defendant Ashland Inc.* |