UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re: Methyl Tertiary Butyl Ether Products Liability Litigation**

**This document pertains to:**

*Incorporated Village of Mineola v. AGIP Inc., et al.,* **Case No. 03-CV-10051-SAS**

*West Hempstead Water District v. AGIP Inc., et al.,* **Case No. 03-CV-10052-SAS**

*Carle Place Water District v. AGIP Inc., et al.,* **Case No. 03-CV-10053-SAS**

*Town of Southampton, et al. v. AGIP Inc., et al.*, **Case No. 03-CV-10054-SAS**

*Village of Hempstead v. AGIP Inc., et al.*, **Case No. 03-CV-10055-SAS**

*Town of East Hampton, et al. v. AGIP Inc., et al.*, **Case No. 03-CV-10056-SAS**

*Westbury Water District v. AGIP Inc., et al.*, **Case No. 03-CV-10057-SAS**

*Homosassa Water District v. Amerada Hess Corp., et al.*, **Case No. 07-CV-4009-SAS**

*City of Inverness v. Amerada Hess Corp., et al.*, **Case No. 07-CV-4011-SAS**

*Tampa Bay Water v. Amerada Hess Corp., et al.*, **Case No. 07-CV-4012-SAS**

*City of Crystal River v. Amerada Hess Corp., et al.*, **Case No. 07-CV-6848-SAS**

*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-7764-SAS**

*Riverhead Water District v. Amerada Hess*

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**
**Civil Action**

*Corp., et al.*, Case No. 08-CV-7766-SAS

*Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9619-SAS

*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9620-SAS

*South Huntington Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9621-SAS

*City of Glen Cove Water Department v. Amerada Hess Corp., et al.*, Case No. 08-CV-9622-SAS

*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9667-SAS

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9994-SAS

*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-11056-SAS

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendants Marathon Oil Company and Marathon Petroleum Company LLC f/k/a Marathon Ashland Petroleum LLC (collectively, "Marathon"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Marathon as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

- 3 -

| | |
|---|---|
| Dated: April 6, 2010 | Dated: April 6, 2010 |
| | |
| /s/Paul Napoli | /s/Steven Leifer |
| Paul Napoli | Steven L. Leifer |
| NAPOLI BERN RIPKA & ASSOCIATES | BAKER BOTTS LLP |
| 3500 Sunrise Highway, Suite T-207 | 1299 Pennsylvania Ave. NW |
| Great River, NY 11739 | Washington, DC  20004-2400 |
| (212) 267-3700 | (202) 639-7723 |
| PNapoli@NBRLawFirm.com | sleifer@bakerbotts.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Marathon Oil Company and Marathon Petroleum Company LLC* |