- 1 -

## CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2010, a true and correct copy of Notice of Joint Motion to Dismiss and Stipulation and Order Dismissing All Claims Against Marathon Defendants were electronically served on counsel of record for all parties in MDL No. 1358 via LexisNexis File & Serve.

                                                               /s/Christopher Danley
                                                               Christopher Danley