USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

**This document relates to:**

------------------------------------------------------------X
CITY OF NEW YORK, et al.,
                              Plaintiffs,

    -against-

EXXON MOBIL CORPORATION, et al.,
                              Defendants.
------------------------------------------------------------X

**00 MDL 1898**

**JUDGMENT**

**04 Civ. 3417**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on April 5, 2010, having rendered its Opinion and Order directing the Clerk of the Court to enter a final judgment on the Station Six claims pursuant to Rule 54(b), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2010, that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered on the Station Six claims.

**Dated:** New York, New York
       April 6, 2010

                                                **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____