```
USDC SDNY
DOCUMENT
   ...ONICALLY FIL
DOC #:
DATE FILED: 4/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A. Inc., et al.,* No. 04 Civ. 4973 (SAS)

**CASE MANAGEMENT ORDER # 63**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Case Management Order sets forth the schedule for the completion of fact and expert discovery in *City of Fresno v. Chevron U.S.A. Inc., et al.*, No. 04 Civ. 4973 (SAS).

| Date | Item |
| --- | --- |
| April 4, 2011 | Fact discovery is completed. |
| May 2, 2011 | Plaintiff serves expert reports. Depositions of plaintiff's experts may begin. |
| July 1, 2011 | Defendants serve expert reports. Depositions of defendants' experts may begin. |
| August 1, 2011 | Plaintiff serves reply expert reports. Depositions of plaintiff's reply experts may begin. |
| September 30, 2011 | Expert discovery is completed. |

**SO ORDERED:**

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       April 12, 2010

LA: 628049v1