```
                                          USDC SDNY
                                          DOCUMENT
UNITED STATES DISTRICT COURT              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK             DOC #: _____
                                          DATE FILED: 4/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

ORDER
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*Village of Roanoke v. Ashland, Inc. et al.*
Case No. 1:09-CV-06554 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER # 64
### (Pre-Trial Deadlines)

1. The Court hereby sets the following deadlines in the above-captioned action:

| Event | Deadline |
| --- | --- |
| Last day to join parties or amend pleadings | December 1, 2010 |
| Close of fact discovery | March 15, 2011 |
| Expert disclosures (non-case-specific)[1] | |
|     Plaintiff identifies non-case-specific experts | August 16, 2010 |
|     Defendants identify non-case-specific experts | August 30, 2010 |
|     Plaintiff's non-case-specific expert reports and defendants' affirmative non-case-specific expert reports | September 15, 2010 |
|     Defendants' and plaintiff's rebuttal reports | October 15, 2010 |
|     Close of non-case-specific expert discovery | December 17, 2010 |

2. Federal Rule of Civil Procedure 56(c) regarding the time for filing motions for summary judgment shall not apply.

---

[1] The parties shall meet and confer as soon as practicable in an effort to reach agreement about which expert topics will be considered "non-case-specific." The parties shall bring any disagreements on this issue to the Court's attention in a timely manner.


- 2 -

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
April 12, 2010