

U.S. Department of Justice

Environment and Natural Resources Division

---

*Environmental Enforcement Section*　　　　　　　　　　　　　　　　　*Telephone (202) 616-9643*
*P.O. Box 7611*　　　　　　　　　　　　　　　　　　　　　　　　　　　*Facsimile (202) 616-2427*
*Ben Franklin Station*
*Washington, DC 20044-7611*

April 5, 2010

```
USDC S...
DOCUM...
ELECTRO...  F...D
DOC #: _____
DATE FILED: 4/13/10
```

**Via U.S. Mail**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

　　　Re:　　Master File No. 1:00-1898
　　　　　　 MDL 1358 (SAS)
　　　　　　 M21-88

Dear Judge Scheindlin:

　　　In connection with all cases in the above-referenced multi-district litigation, please be advised that I no longer represent Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) – a withdrawal of my appearance having been filed on June 2, 2009.

　　　I respectfully request entry of an order directing my name to be removed from all service lists and further request that my e-mail address be removed from the list of recipients of electronic notices in connection with MDL 1358. Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith T. Tashima*

　　　　　　　　　　　　　　　　　　　　　　　Keith T. Tashima

*[Handwritten:]* The Clerk of Court is hereby directed to remove Keith T. Tashima from the Service list in MDL 1358.

*[Handwritten:]* SO ORDERED.

*[Signature: Shira A. Scheindlin, U.S.D.J.]*

*[Handwritten:]* Dated: April 13, 2010