UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al.*, Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al.*, Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

```
USDC S...
DOCUM...
ELECTR...
DOC #: ___
DATE FILED: 4/13/10
```

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST ASHLAND INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Ashland Inc. ("Ashland"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Ashland as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

Dated: April 6, 2010                                Dated: April 6, 2010

/s/Paul Napoli                                      /s/Steven Leifer
Paul Napoli                                         Steven L. Leifer
NAPOLI BERN RIPKA &                                 BAKER BOTTS LLP
ASSOCIATES                                          1299 Pennsylvania Ave. NW
3500 Sunrise Highway, Suite T-207                   Washington, DC  20004-2400
Great River, NY 11739                               (202) 639-7723

(212) 267-3700  
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

sleifer@bakerbotts.com

*Attorneys for Defendant Ashland Inc.*

SO ORDERED:

_____  
The Honorable Shira A. Scheindlin  
United States District Judge

Dated: April 12, 2010.