UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br><br>MDL No. 1358 (SAS)<br><br>M21-88 |

This document pertains to:

*Carle Place Water District v. AGIP, Inc., et al.*, No. 03-CV-10053
*City of Inverness v. Amerada Hess Corp., et al.*, No. 07 CV 04011
*City of Tampa Bay Water v. Amerada Hess Corp., et al.*, No. 07 CV 04012
*Homosassa Water District v. Amerada Hess Corp., et al.*, No. 7 CV 04009
*Incorporated Village of Mineola v. AGIP Inc., et al.*, No. 03 CV 10051
*The City of Crystal River v. Amerada Hess Corp., et al.*, No. 07 CV 06848
*Town of East Hampton v. AGIP Inc., et al.*, No. 03 CV 10056
*Town of Southampton v. AGIP Inc., et al.*, No. 03 CV 10054
*Village of Hempstead v. AGIP Inc., et al.*, No. 03 CV 10055
*West Hempstead Water District v. AGIP Inc.*, et al., No. 03 CV 10052
*Westbury Water District v. AGIP Inc., et al.*, No. 03 CV 10057

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/10

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT CROWN CENTRAL LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation ("Crown"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Crown as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

A/73342763.1

Dated: April 9, 2010

Dated: April 9, 2010

**Attorneys for Plaintiffs**

**Crown Central LLC,
successor by merger to Crown Central
Petroleum Corporation**

By: /s/ Paul Napoli
   Paul Napoli
     PNapoli@NBRLawFirm.com
   NAPOLI BERN RIPKA &
   ASSOCIATES
   3500 Sunrise Highway, Suite T-207
   Great River, NY 11739
   212.267.3700

By: /s/ Ben M. Krowicki
   Ben M. Krowicki (BK0640)
     ben.krowicki@bingham.com
   Bingham McCutchen, LLP
   One State Street
   Hartford, CT 06103-3178
   860.240.2700

   Evan J. Benanti (EB1202)
     evan.benanti@bingham.com
   Bingham McCutchen LLP
   One Federal Street
   Boston, MA 02110
   617.951.8000

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April 12, 2010.

A/73342763.1

## CERTIFICATE OF SERVICE

I hereby declare under perjury of law that a true copy of the above *Stipulation and Order Dismissing All Claims Against Crown Central LLC* was served upon liaison counsel for Plaintiffs via electronic mail and via LexisNexis File and Serve to Plaintiffs' counsel and defense attorneys on the 9th day of April 2010.

/s/ Ben M. Krowicki
Ben M. Krowicki

A/73342763.1