Scheindlin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*This Document Related to All Cases*

------------------------------------------------------------ x

NOTICE OF WITHDRAWAL OF COUNSEL
TO: The Clerk of Court and All Parties of Record:

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 4/13/10

PLEASE TAKE NOTE THAT JOHN J. AMBERG is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants through their attorney(s) J. Andrew Langan, Wendy L. Bloom, Peter Bellacosa and Christopher Esbrook and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 6, 2010

_____
J. Andrew Langan
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone (312) 862-2000
Fax (312) 862-2200

SO ORDERED:

Dated: New York, New York
April 12, ~~2008~~ 2010

_____
United State District Court Judge