UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether
Products
Liability Litigation

This document pertains to:

*Incorporated Village of Mineola v. AGIP Inc., et al.*, Case No. 03-CV-10051-SAS

*West Hempstead Water District v. AGIP Inc., et al.*, Case No. 03-CV-10052-SAS

*Carle Place Water District v. AGIP Inc., et al.*, Case No. 03-CV-10053-SAS

*Town of Southampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10054-SAS

*Village of Hempstead v. AGIP Inc., et al.*, Case No. 03-CV-10055-SAS

*Town of East Hampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10056-SAS

*Westbury Water District v. AGIP Inc., et al.*, Case No. 03-CV-10057-SAS

*Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CV-4009-SAS

*City of Inverness v. Amerada Hess Corp., et al.*, Case No. 07-CV-4011-SAS

*Tampa Bay Water v. Amerada Hess Corp., et al.*, Case No. 07-CV-4012-SAS

*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CV-6848-SAS



Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

- 1 -

*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-7764-SAS**

*Riverhead Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-7766-SAS**

*Greenlawn Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9619-SAS**

*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9620-SAS**

*South Huntington Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9621-SAS**

*City of Glen Cove Water Department v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9622-SAS**

*Plainview Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9667-SAS**

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-9994-SAS**

*Garden City Park Water District v. Amerada Hess Corp., et al.*, **Case No. 08-CV-11056-SAS**

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST MARATHON DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendants Marathon Oil Company and Marathon Petroleum Company LLC f/k/a Marathon Ashland Petroleum LLC (collectively, "Marathon"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Marathon as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as

- 2 -

against all other defendants.

Dated: April 6, 2010                                Dated: April 6. 2010

/s/Paul Napoli                                      /s/Steven Leifer
Paul Napoli                                         Steven L. Leifer
NAPOLI BERN RIPKA &                                 BAKER BOTTS LLP
ASSOCIATES                                          1299 Pennsylvania Ave. NW
3500 Sunrise Highway, Suite T-207                   Washington, DC  20004-2400
Great River, NY 11739                               (202) 639-7723
(212) 267-3700                                      sleifer@bakerbotts.com
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*                          *Attorneys for Defendants Marathon Oil Company and Marathon Petroleum Company LLC*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April 12, 2010.