UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                :

IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS         :    CASE MANAGEMENT
LIABILITY LITIGATION                  :    ORDER #65
---------------------------------------------------   :

                                                :    Master File No. 1:00-1898
This document relates to:                :    MDL 1358 (SAS)
                                                :    M21-88

*All Cases*                                            :
-------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

       This Order memorializes the rulings made during the status conference held on April 14, 2010.

A.    In the *Commonwealth of Puerto Rico* case:

    1.    The parties shall adhere to the following discovery schedule:

        a.    Focus sites shall be selected by no later than February 1, 2011.

        b.    Trial sites shall be selected by no later than May 1, 2011.

        c.    Expert reports shall be exchanged by no later than July 1, 2011.

        d.    Reply expert reports shall be exchanged by no later than August 15, 2011.

        e.    All expert depositions shall be completed by November 15, 2011.

    2.    Third party obligations are stayed until February 1, 2011.

    3.    Hovic and Hovensa will supply the requested corporate disclosures by no later than April 28, 2010.

B.    In the *New Jersey* case:

    1.    Any issues relating to defendants' responses to the interrogatories permitted by Section 2.F of CMO 57 are referred to Special Master Warner.

    2    The site list is closed for site selection purposes.

    3.    Defendants are directed to identify the sites for which they do not know the correct geographic location by no later than April 21, 2010. Plaintiffs shall respond by no later than May 5, 2010.

    4.    The parties are directed to meet and confer about the outstanding issues relating to the definition of receptor sites by no later than April 28, 2010. If the issues are not resolved, the parties are directed to meet with Special Master Warner by no later than May 12, 2010.

    5.    The parties shall select focus sites in waves. Each side shall each select twelve (12) focus sites by no later than August 1, 2010. Each side shall each select another six (6) focus sites by no later than September 1, 2010. Each side shall each select ten (10) trial sites from among the focus sites by no later than January 1, 2011.

C. The next all-cases status conference is scheduled for May 19, 2010 at 10:30 a.m.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
April 21, 2010

**-Appearances-**

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444