**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation                     MDL 1358 (SAS)
                                                  M21-88
---------------------------------------------------------------- x      ECF Case

**This document relates to the following case:**

*City of New York, et al.  v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------- x

## STIPULATION AND ~~PROPOSED~~ ORDER AMENDING JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 59(e)

WHEREAS, on April 5, 2010, the United States District Court, the Honorable

Shira A. Scheindlin, United States District Court Judge, directed the Clerk of the Court to enter

final judgment in this action on the Station 6 claims that were the subject of the jury's verdict on

October 19, 2009, and

WHEREAS, on April 6, 2010, the Clerk of the Court entered final judgment on

the Station 6 claims that were the subject of the jury's verdict, and

WHEREAS, the City and ExxonMobil agree that the final judgment should be

amended to identify the amount of the judgment, the parties in whose favor judgment was

entered, the parties against which judgment was entered, and the legal claims on which judgment

was entered, and

WHEREAS, the City and ExxonMobil further agree that the final judgment

should be amended to provide for pre-judgment interest for the time from the jury's verdict

through the entry of judgment, for post-judgment interest, and for allowable costs, and

WHEREAS, the City has moved for an award of pre-judgment interest under

section 5001 of the New York Civil Practice Law and Rules for the time from accrual of the

City's action against ExxonMobil through the jury's verdict and ExxonMobil has opposed the

City's motion;

      WHEREAS, the City and ExxonMobil agree that the final judgment should be

amended after the Court decides the City's motion for pre-judgment interest.

      IT IS HEREBY STIPULATED, AGREED AND ORDERED that:

1.    Within 7 days of the Court's decision on the City's motion for pre-judgment

interest, the City and ExxonMobil shall submit a proposed amended final judgment incorporating

the changes identified above to the Court for entry by the Clerk of the Court.

Dated:   New York, New York
       April 21, 2010

Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 788-1578

By: _____

Susan E. Amron
Assistant Corporation Counsel

Victor M. Sher (pro hac vice)
Todd E. Robins (pro hac vice)
Nicholas G. Campins (pro hac vice)
Marnie E. Riddle (pro hac vice)
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs City of New York,*
*New York City Municipal Water Finance*
*Authority, and New York City Water Board*

_____

James W. Quinn
David J. Lender
Theodore E. Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel. (212) 310-8000
Fax (212) 310-8007

and

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10017-4613
Tel. (212) 546-5400
Fax (212) 547-5444

*Counsel for Defendants ExxonMobil*
*Corporation, ExxonMobil Oil*
*Corporation and Mobil Corporation*

2

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

4/21/10