UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*City of New York v. Amerada Hess Corporation, et al.,*<br>No. 04 Civ. 3417 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### EXXON MOBIL DEFENDANTS' NOTICE OF MOTION FOR A NEW TRIAL ON DAMAGES OR, ALTERNATIVELY, FOR REMITTITUR

Pursuant to Rule 59 of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying Memorandum of Law, Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil") move for a new trial on the issue of compensatory damages or, in the alternative, for remittitur of the jury's October 19, 2009, compensatory damage award of $250,500,000.

Dated: April 21, 2010

Respectfully submitted,

_____
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Lauren E. Handel (LH 0755)
Lisa A. Gerson (LG 4340)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017-4613
Tel. (212) 547-5400
Fax (212) 547-5444

James W. Quinn (JQ 6262)
David J. Lender (DL 1554)
Theodore E. Tsekerides (TT 5946)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Tel:  212.310.8000
Fax:  212.310.8007

*Counsel for Exxon Mobil Corporation,
ExxonMobil Chemical Company, Inc.,
Exxon Mobil Oil Corporation, and Mobil
Corporation*