## CERTIFICATE OF SERVICE

Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 21st day of April, 2010, I caused to be served by electronic means upon counsel for plaintiffs, a true and correct copy of: Exxon Mobil Defendants' Notice Of Motion And Memorandum Of Law In Support Of Exxon Mobil Defendants' Motion For A New Trial On Damages Or, Alternatively, For Remittitur, as well as the accompanying Declaration of Lauren Handel.

Lisa A. Gerson