UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*City of New York v. Amerada Hess Corporation, et al.,*<br>No. 04 Civ. 3417 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### DECLARATION OF LAUREN HANDEL IN SUPPORT EXXON MOBIL DEFENDANTS' MOTION FOR A NEW TRIAL ON DAMAGES OR, ALTERNATIVELY, FOR REMITTITUR

Lauren Handel, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of McDermott Will & Emery LLP, counsel for the Exxon Mobil Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Motion For A New Trial On Damages Or, Alternatively, For Remittitur (hereinafter "Motion"). This Declaration authenticates the exhibits attached hereto and relied on in support of the Motion. In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of each of the exhibits appended hereto were made at my direction on or around April 21, 2010.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiff City of New York's Demonstrative Slides for Marnie Bell.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Defendants' Exh. 12279 (*Dependability Program, Program Overview* Power Point).

Dated: New York, NY  
April 21, 2010

Respectfully submitted,

*/s/ Lauren Handel*

Lauren Handel