# Exhibit A

## Life Cycle Cost for MTBE Treatment Using GAC

Net Present Value (2009 dollars)

| MTBE in Water Into Treatment Plant | Initial Capital | Equipment Replacement | O&M Cost (40 Years) | Total Net Present Value |
|---|---|---|---|---|
| 10 ppb | $59,990,000 | $48,870,000 | $141,590,000 | $250,450,000 |
| 35 ppb | $59,990,000 | $48,870,000 | $149,180,000 | $258,040,000 |

## Station 6 Construction Cost Projections

| | GAC System | Air Stripper |
|---|---|---|
| July 2004 Technical Memorandum | $9.9 million (2007 dollars) | $15.8 million (2007 dollars) |
| December 2004 Station 6 Conceptual Design Report | — | $26.1 million (2008 dollars) |
| November 2007 VOC Removal Alternatives Analysis | $43.3 million (2012 dollars) | $61.6 million (2012 dollars) |
| December 2007 Conceptual Design Cost Update | — | $58.6 million (2012 dollars) |
| January 2009 Cost Updates | $54.9 million (2014 dollars) | $61.8 million (2014 dollars) |
| April 2009 Expert Report | $59.9 million (2009 dollars) | $69.3 million (2009 dollars) |

Sources: *PL-1388; PL-107; PL-147; PL-148; PL-5575; PL-5576*