**Exhibit B**

# Dependability Program

*Program Overview*

*Confidential-draft*



**DEFENDANT'S EXHIBIT**
D-12279

NYC WRD-001066

# Rondout West Branch tunnel

Only means to supply water from the Delaware System to the City, which is approximately 50% of the City's supply

600 to 2,000 feet below ground

45 miles long, 13.5 feet diameter

890 MGD maximum capacity with an average flow of 600 MGD

Activated in 1944, last inspected in the 'dry' in 1958

Leak detected in the late 1980s:

- Leaks approximately 15-35 MGD
- Varies with pressure
- Leakage estimates unchanged since 1995
- Testing protocol: Hydrostatic, Dye Tests, Backflow Tests
- Two primary locations of concern: Wawarsing & Roseton
- Risk of failure between 0.1% and 1%

Projected repair lengths 3 to 4 years (above 90% confidence levels)

Will take 9 to 17 years to provide alternate water sources

Agency has prioritized the repair over the construction of the Kensico City Tunnel.

NYC_WBD 001070