## CERTIFICATE OF SERVICE

    Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 21st day of April, 2010, I caused to be served by electronic means upon counsel for Plaintiffs, a true and correct copy of: Exxon Mobil Defendants' Notice Of Motion And Memorandum Of Law In Support Of Their Motion For A New Trial Based On Errors Of Law, as well as the accompanying Declaration of Lauren Handel.

*/s/ Lisa A. Gerson*

Lisa A. Gerson