# Exhibit D



# Treatment of MTBE in Selected Wells
## In City of New York v. Amerada Hess Corp. et al.

**Expert Report of David W. Hand, Ph.D.**

In the matter of:

City of New York
    Plaintiffs

MDL No. 1358

Amerada Hess Corp., et al.
    Defendants

March 9, 2009

Prepared by
David W. Hand, Ph.D.

03/09/2009



DEFENDANT'S EXHIBIT D-12604

EXHIBIT 1
Hand
4-23-09

Table 10. - Annual Operating and Maintenance Costs in 2009 dollars for Alternative 1A.

| Item Description | Unit | Quantity | Unit Cost ($) | Total Cost ($) |
|---|---|---|---|---|
| **GAC Cost** | | | | |
| GAC used in Years 2016-2025 | - | 1,420,000 | 1.85 | 2,627,000 |
| GAC used in Years 2026-2035 | - | 1,480,000 | 1.85 | 2,738,000 |
| GAC used in Years 2036-2045 | | 940,000 | 1.85 | 1,739,000 |
| GAC used in Years 2046-2055 | | 580,000 | 1.85 | 1,073,000 |
| **Total GAC Cost over 40 years** | | | | **8,177,000** |
| **Annual GAC usage costs** | | | | **204,000** |
| Blower Operating in Years 2016-2025 | - | - | - | 140,000 |
| Blower Operating in Years 2026-2035 | - | - | - | 140,000 |
| Blower Operating in Years 2036-2045 | - | - | - | 105,000 |
| Blower Operating in Years 2046-2055 | - | - | - | 87,000 |
| **Total Blower Operating Costs over 40 years** | | | | **472,000** |
| **Annual Blower Operating Costs** | | | | **12,000** |
| Off-Gas Heating Costs in Years 2016-2025 | - | - | - | 164,000 |
| Off-Gas Heating Costs in Years 2026-2035 | - | - | - | 164,000 |
| Off-Gas Heating Costs in Years 2036-2045 | - | - | - | 120,000 |
| Off-Gas Heating Costs in Years 2046-2055 | - | - | - | 88,000 |
| **Total Off-Gas Heating Costs over 40 years** | | | | **536,000** |
| **Annual Off-Gas Heating Costs** | | | | **13,000** |
| Gas-Phase MTBE Sampling Costs/yr (combined inf., stack, inf., eff.) | Ea. | 48 | 200 | 10,000 |
| Liquid-Phase MTBE Sampling Costs/yr (Sampling twice weekly blended Inf & Eff.) | Ea. | 104 | 200 | 21,000 |
| **Total MTBE Sampling Costs 2016 - 2055** | | | | **1,240,000** |
| **Annual MTBE Sampling Costs** | | | | **31,000** |
| Annual Labor Costs ($40 Operations Staff, $ 55 Supervisor)[1] | - | - | - | 15,000 |
| **Total Labor Costs per yr.** | | | | **15,000** |
| **Total Labor Cost over 40 yrs** | | | | **600,000** |
| **Total Annual Operating Costs** | | | | **207,400** |
| **Total Costs over 40 years** | | | | **11,025,000** |

[1]Source: NYC Office of Management and Budget; Includes fringe benefits and overtime. Cost for plant operators, janitorial, and mechanical staffing. Assumes routine maintenance of GAC units and VOC sampling time and time required for change-out of 4 hrs. . Time required for change-out 4 hrs 1 staff, time required for sampling 2 hr per sampling period 1 staff, time required for maintenance 40 hrs per year 1 staff, 2 hr per week supervisor for overseeing operation and data analysis. (4x3x40 + 2x2x40x52+3x40 = 8,920; 2x52x55 = 5,720)
Estimates are based on a conceptual stage with a 1 to 15 % project definition.
Estimates are typically accurate to ± 50 %.