UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br><br>MDL No. 1358 (SAS)<br><br>M21-88 |

This document pertains to:

*Carle Place Water District v. AGIP, Inc., et al.*, No. 03-CV-10053
*City of Inverness v. Amerada Hess Corp., et al.*, No. 07 CV 04011
*City of Tampa Bay Water v. Amerada Hess Corp., et al.*, No. 07 CV 04012
*Homosassa Water District v. Amerada Hess Corp., et al.*, No. 7 CV 04009
*Incorporated Village of Mineola v. AGIP Inc., et al.*, No. 03 CV 10051
*The City of Crystal River v. Amerada Hess Corp., et al.*, No. 07 CV 06848
*Town of East Hampton v. AGIP Inc., et al.*, No. 03 CV 10056
*Town of Southampton v. AGIP Inc., et al.*, No. 03 CV 10054
*Village of Hempstead v. AGIP Inc., et al.*, No. 03 CV 10055
*West Hempstead Water District v. AGIP Inc.*, et al., No. 03 CV 10052
*Westbury Water District v. AGIP Inc., et al.*, No. 03 CV 10057

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/10

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Crown Central LLC, successor by merger to Crown Central Petroleum Corporation ("Crown"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Crown as set forth in Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

A/73343217.1

Dated: April 9, 2010

Dated: April 9, 2010

**Attorneys for Plaintiffs**

**Crown Central LLC,
successor by merger to Crown Central
Petroleum Corporation**

By: /s/ Paul Napoli
    Paul Napoli
      PNapoli@NBRLawFirm.com
    NAPOLI BERN RIPKA &
    ASSOCIATES
    3500 Sunrise Highway, Suite T-207
    Great River, NY  11739
    212.267.3700

By: /s/ Ben M. Krowicki
    Ben M. Krowicki (BK0640)
      ben.krowicki@bingham.com
    Bingham McCutchen, LLP
    One State Street
    Hartford, CT  06103-3178
    860.240.2700

    Evan J. Benanti (EB1202)
      evan.benanti@bingham.com
    Bingham McCutchen LLP
    One Federal Street
    Boston, MA  02110
    617.951.8000

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April ___, 2010.

A/73343217.1

## CERTIFICATE OF SERVICE

I hereby declare under perjury of law that a true copy of the above *Notice of Joint Motion to Dismiss* was served upon liaison counsel for Plaintiffs via electronic mail and via LexisNexis File and Serve to Plaintiffs' counsel and defense attorneys on the 9th day of April 2010.

/s/ Ben M. Krowicki
Ben M. Krowicki

A/73343217.1