UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document pertains to: *City of New York v. Amerada Hess Corp. et al.*, Case No. NY-04-CV-03417 | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/23/10 |

SHIRA A. SCHEINDLIN, U.S.D.J.:

### ORDER

It is hereby ordered that the following motions filed by Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Mobil Oil Corporation, and Mobil Corporation (collectively "ExxonMobil") on April 21, 2010, are denied without prejudice:

1. Exxon Mobil Defendants' Motion For A New Trial On Damages Or, Alternatively, For Remittitur;

2. Exxon Mobil Defendants' Renewed Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial; and

3. Exxon Mobil Defendants' Motion For A New Trial Based On Errors Of Law.

ExxonMobil may re-file one post-judgment motion not exceeding 45 double-spaced pages by April 27, 2010. Plaintiffs' opposition shall be due on May 27, 2010, and shall not exceed 45 double-spaced pages. ExxonMobil may file a reply brief of no more than 20 double-spaced pages by June 11, 2010.

SO ORDERED:

HON. SHIRA A. SCHEINDLIN
United States District Judge

Date: New York, New York
April 23, 2010