UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

**This document relates to:**

*City of New York v. Amerada Hess Corporation, et al.*,
No. 04 Civ. 3417 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

### DECLARATION OF LAUREN HANDEL IN SUPPORT OF EXXON MOBIL DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL AND/OR REMITTITUR

Lauren Handel, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of McDermott Will & Emery LLP, counsel for the Exxon Mobil Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Renewed Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial And/Or Remittitur (hereinafter "Motion"). This Declaration authenticates the exhibits attached hereto and relied on in support of the Motion. In accordance with this Court's Individual Rules and Procedures, the exhibits have been excerpted to include only the relevant material. Copies of each of the exhibits appended hereto were made at my direction on or around April 27, 2010.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Exhibit 14844.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Plaintiffs' Exhibit 14845.

4. Attached hereto as Exhibit C is a true and correct copy of the Oct. 11, 2009, Letter from Peter Sacripanti to the Court.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Expert Report of David W. Hand, Ph.D. (Mar. 9, 2009).

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Expert Report of Dr. Sandra N. Mohr, MD, MPH (Mar. 9, 2009).

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Declaration of Kenneth M. Rudo in Support of Plaintiff City of New York's Motion for Leave to Designate Substitute Expert Witness (Aug. 13, 2009).

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from Plaintiff City of New York's Demonstrative Slides for Marnie Bell.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from Defendants' Exhibit 12279.

Dated: New York, NY
April 27, 2010

Respectfully submitted,

_____
Lauren Handel