UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**ORDER**
**Master File No. 1:00-1898**
**MDL 1358 (SAS)**

This document relates to:

*City of Pomona v. Chevron U.S.A. Inc., et al.,* 09 Civ.
3738 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

**CASE MANAGEMENT ORDER # 66**
(Pre-Trial Deadlines)

1.     The Court hereby sets the following deadlines in the above-captioned action:

| *Event* | *Deadline* |
| --- | --- |
| Close of fact discovery[1] | August 31, 2011 |
| Expert Disclosures (non-case-specific)[2] | |
| Plaintiff identifies non-case-specific experts | May 2, 2011 |
| Defendants identify non-case-specific experts | May 16, 2011 |
| Plaintiff's non-case-specific expert reports and defendants' affirmative non-case-specific expert reports | June 15, 2011 |
| Defendants' and plaintiff's rebuttal reports | July 15, 2011 |
| Close of non-case-specific expert discovery | September 16, 2011 |

---

[1]  Despite the fact discovery cut-off, there may be instances where additional fact discovery is needed in order to prepare a rebuttal expert opinion or in the event of other unforeseen circumstances. In this instance, the parties will meet and confer, and in the event agreement cannot be reached, the issues will be presented to the Court for determination. In the event there is agreement or a Court Order allowing for continued discovery by one party only on specified issues, such discovery will be allowed, with the opposing party being afforded the same opportunity for time and use of discovery tools to continue discovery on the same specified issues, and any discovery subpoenas or other discovery tools will have full force and effect as if the fact discovery cut-off had not passed.

[2]  The parties shall meet and confer as soon as practicable in an effort to reach agreement about which expert topics will be considered "non-case-specific." The parties shall bring any disagreements on this issue to the Court's attention in a timely manner.

2.      Federal Rule of Civil Procedure 56(c) regarding the time for filing motions for

summary judgment shall not apply.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

4/30/10