UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ---------------------------------------------------------------------- x | ECF Case |
| **This document relates to the following case:** | |
| *City of Pomona v. Chevron USA, Inc., et al.* Case No. 09 Civ. 3738 | |

---------------------------------------------------------------------- x

**PLAINTIFF CITY OF POMONA'S DISCLOSURE OF IDENTIFIED SOURCES OF MTBE CONTAMINATION**

Pursuant to Case Management Order No. 60, Plaintiff City of Pomona hereby makes the following disclosure of identified sources of MTBE[1] contamination in Plaintiff's well.  This initial disclosure is made with the following reservations expressly stated:

1. Discovery in this matter is ongoing.  Plaintiff may discover that additional stations/facilities are substantial factors in causing MTBE contamination in Plaintiff's well and Plaintiff reserves the right to supplement or amend this list accordingly.

2. Plaintiff reserves all rights to supplement or amend this disclosure.

3. By making this disclosure, Plaintiff is in no way representing that all of the sources of MTBE in Plaintiff's well are identified below.  There may be orphan plumes emanating from fugitive tanks, surface spills or other unaccounted for sources that are not discoverable based on a reasonable investigation.

4. Expert discovery has not yet commenced.  Plaintiff hereby reserves the right to supplement or amend this disclosure as a result of the expert discovery process.

---

[1] As used herein "MTBE" refers to methyl tertiary butyl ether and its degradation byproducts including tertiary butyl alcohol.

- 1 -

5. Expert disclosures are not due yet.  This disclosure is not and is in no way intended to be an expert disclosure.

Subject to and without waiving the limitations and reservations set forth above, Plaintiff hereby responds as follows:

| Site Name[2] | Address | City |
|---|---|---|
| ARCO - AM/PM MINIMARKET #6221 | 12100 RAMONA | CHINO |
| ARCO #5550 | 2488 RESERVOIR ST. S. | POMONA |
| ARCO #9553 | 1510 GAREY AVE S | POMONA |
| ARCO STATION &  KIKI'S ARCO SERVICE STATION | 2087 RESERVOIR ST. S. | POMONA |
| CAL PACIFIC POULTRY | 970 PHILLIPS BLVD E | POMONA |
| CHEVRON #9-1158 | 12345 RAMONA BLVD | CHINO |
| CONTINENTAL BAKING COMPANY | 2801 TOWNE AVE S | POMONA |
| DON'S DRY CLEANERS | 1773 NORTH GAREY AVENUE | POMONA |
| EXXONMOBIL OIL CORP. | 2498 GAREY AVE. S. | POMONA |
| FARMERS MARKET & DELI | 3707 RIVERSIDE DRIVE | CHINO |
| FDS MANUFACTURING | 2200 RESERVOIR ST S | POMONA |
| FOOTHILL BEVERAGE INC. | 2800 RESERVOIR ST | POMONA |
| GTE CALIFORNIA | 2888 FICUS ST | POMONA |
| HOUSER COMPANY | 2087 TOWNE AVE S | POMONA |
| HUMPHRIES FAMILY PARTNERSHIP | 4702 RIVERSIDE DRIVE | CHINO |
| JACK JONES TRUCKING, INC. | 3561 PHILADELPHIA ST | CHINO |
| JAGUR TRACTOR | 3625 PHILADELPHIA ST | CHINO |
| LOS ANGELES COUNTY FIRE STATION #181 | 540 S PARK AVE | POMONA |
| MOBIL OIL CORP S/S #18-H82 | 2498 S GAREY AVE | POMONA |
| MOBIL STATION #18-BK7 | 3295 GRAND AVENUE | CHINO HILLS |
| OSTERKAMP TRUCKING | 1350 PHILADELPHIA ST. E. | POMONA |

---

[2] Please note that certain locations may have undergone name changes and/or may have been converted to different uses.  These names are provided for convenience and should not be read as a limitation.

| POMONA SHELL PARTNERS | 2500 S GAREY AVE | POMONA |
| R AND M FUEL STOP | 4421 PHILADELPHIA AVE | CHINO |
| RIO RANCHO PONTIAC GMC BUICK | 15 AUTO CENTER DR | POMONA |
| RUGBY FACILITY (FORMER) | 2855 RESERVOIR ST. S. | POMONA |
| SC FUELS #112 | 3501 COUNTY ROAD | CHINO |
| SCOTT BROTHER'S DAIRY | 12000 EAST END AVE | CHINO |
| SCOTT'S DAIRY | 4508 RIVERSIDE DR | CHINO |
| SHELL | 2500 GAREY AVE. S | POMONA |
| SHELL SERVICE STATION & TEXACO/EQUILON #61-106-2048 | 2741 TOWNE AVENUE S./ 2741 S TOWNE AVE | POMONA |
| TEXACO STAR MART | 3310 GRAND AVENUE | CHINO HILLS |
| THRIFTY #312/ARCO #9684 | 2475 GAREY AVE S | POMONA |

Dated: San Francisco, California
    April 30, 2010

ARNOLD M. ALVAREZ-GLASMAN
City Attorney, City of Pomona
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
(562) 699-5500

/s/ *NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Scott Summy (*pro hac vice*)
Carla M. Burke
Celeste A. Evangelisti (*pro hac vice*)
David T. Ritter (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267

*Attorneys for Plaintiff City of Pomona*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **PLAINTIFF CITY OF POMONA'S DISCLOSURE OF IDENTIFIED SOURCES OF ALLEGED MTBE CONTAMINATION** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to CM/ECF and LexisNexis File & Serve on the 30th day of April, 2010.

                                              *JEFF OSBUN*
                                              JEFF OSBUN