**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                        MDL 1358 (SAS)
                                                     M21-88
----------------------------------------------------------------- x     ECF Case
**This document relates to the following case:**

*Yosemite Springs Park Utility District v. Chevron,*
*U.S.A., et al.,* Case No. 09-CIV-1419


------------------------------------------------------------------ x

### PLAINTIFF YOSEMITE SPRINGS PARK UTILITY DISTRICT'S DISCLOSURE OF IDENTIFIED SOURCE OF MTBE CONTAMINATION


Pursuant to Case Management Order No. 60, Plaintiff Yosemite Springs Park Utility

District hereby makes the following disclosure of the identified source of MTBE[1] contamination

in Plaintiff's wells.  This initial disclosure is made with the following reservations expressly

stated:

1.  Discovery in this matter is ongoing.

2.  Plaintiff reserves all rights to supplement or amend this disclosure.

3.  Expert discovery has not yet commenced.  Plaintiff hereby reserves the right to
    supplement or amend this disclosure as a result of the expert discovery process.

4.  Expert disclosures are not due yet.  This disclosure is not and is in no way intended to be
    an expert disclosure.

Subject to and without waiving the limitations and reservations set forth above, Plaintiff hereby

responds as follows:  The source of the MTBE that is contaminating and threatening the Wells is

---

[1] As used herein "MTBE" refers to methyl tertiary butyl ether and its degradation byproducts
including tertiary butyl alcohol.

a gasoline station located at or near 29580 Yosemite Springs Parkway in the unincorporated area

known as Coarsegold, California, referred to in Plaintiff's complaint as "the Chevron Station."


Dated: San Francisco, California
           April 30, 2010

/s/ *NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Scott Summy (*pro hac vice*)
Carla M. Burke
Celeste A. Evangelisti (*pro hac vice*)
David T. Ritter (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267


*Attorneys for Plaintiff Yosemite Springs Park Utility District*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF YOSEMITE SPRINGS PARK UTILITY DISTRICT'S DISCLOSURE OF IDENTIFIED SOURCE OF MTBE CONTAMINATION** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to CM/ECF and LexisNexis File & Serve on the 30th day of April, 2010.


_____*JEFF OSBUN*_____
JEFF OSBUN