UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In Re:   Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

-------------------------------------------------------------- X
This document relates to:
-------------------------------------------------------------- X
*Yosemite Springs Park Utility Co., Inc., v.*
*Chevron USA, Inc., et al*, Case No. Civ. 1419
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/10

## CASE MANAGEMENT ORDER NO. 67
(Discovery Schedule)

| | |
|---|---|
| Yosemite will identify subject areas in which it plans to offer expert reports | August 2, 2010 |
| Yosemite will identify the experts who will be submitting reports | September 13, 2010 |
| Defendant will identify the experts who will be submitting reports | November 5, 2010 |
| Last day to serve discovery[1] | December 13, 2010 |
| Yosemite will serve expert reports | February 1, 2011 |
| Defendant will serve expert reports | April 1, 2011 |
| Yosemite will serve reply expert reports | May 16, 2011 |
| Expert depositions may commence | May 30, 2011 |
| Expert discovery is completed | July 31, 2011 |

---

[1] Despite the fact discovery cut-off, there may be instances where additional fact discovery is needed in order to prepare a rebuttal expert opinion or in the event of other unforeseen circumstances. In this instance, the parties will meet and confer, and in the event agreement cannot be reached, the issue will be presented to the Court for determination. In the event there is agreement or a Court Order allowing for continued discovery, such discovery will be allowed and any discovery subpoenas or other discovery tools will have full force and effect as if the fact discovery cut-off had not passed.

**SO ORDERED:**

Dated: New York, New York
May __10__, 2010

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE