```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE")       ORDER
Products Liability Litigation

                                                  Master File No. 1:00-1898
----------------------------------------------------------------X   MDL 1358 (SAS)

This Document Relates To:

*City of Riverside v. Atlantic Richfield Co., et al;*
Case No. 04 Civ. 4969

----------------------------------------------------------------X

[PROPOSED] CASE MANAGEMENT ORDER NO. 6 ~~8~~

| | |
|---|---|
| Plaintiff to identify sources of alleged MTBE contamination | June 7, 2010 |
| Fact Discovery as to Parties Cut off [last day to propound discovery on parties except with respect to expert-related fact discovery, which along with discovery to 3rd parties, may continue until the "Expert and Fact Discovery Completed" deadline set forth below] | ~~June 7~~, 2011 April 1 |
| Plaintiff serves expert reports. Depos may begin | June ~~July~~ 1, 2011 |
| Defendants serve expert reports. Depos may begin | Aug. ~~September~~ 1, 2011 |
| Plaintiff serves reply expert reports. Depos may begin | Sept ~~October~~ 1, 2011 |
| Expert and Fact Discovery Completed. | Oct. 14 ~~November 15~~, 2011 |

**SO ORDERED:**

Dated: New York, New York
May  10 , 2010

THE HONORABLE SHIRA A. SCHEINDLIN