```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")    ORDER
Products Liability Litigation

                                            Master File No. 1:00-1898
------------------------------------------------------------X   MDL 1358 (SAS)

This Document Relates To:

*Martin Silver, et al. vs. Alon USA Energy, Inc. et al.;*
Case No. 04 Civ. 4975

------------------------------------------------------------X

[~~PROPOSED~~] CASE MANAGEMENT ORDER NO. 70

| | |
|---|---|
| Plaintiff to identify sources of alleged MTBE contamination | June 7, 2010 |
| Fact Discovery as to Parties Cut off [last day to propound discovery on parties except with respect to expert-related fact discovery, which along with discovery to 3rd parties, may continue until the "Expert and Fact Discovery Completed" deadline set forth below] | April 1, 2011 |
| Plaintiff serves expert reports. Depos may begin | June 1, 2011 |
| Defendants serve expert reports. Depos may begin | August 1, 2011 |
| Plaintiff serves reply expert reports. Depos may begin | September 1, 2011 |
| Expert and Fact Discovery Completed. | October 14, 2011 |

SO ORDERED:

Dated: New York, New York
May __10__, 2010

THE HONORABLE SHIRA A. SCHEINDLIN