```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")   ORDER
Products Liability Litigation

Master File No. 1:00-1898
------------------------------------------------------------X   MDL 1358 (SAS)

This Document Relates To:

*California-American Water Co., v. Atlantic Richfield Co., et al*;
Case No. 04 Civ. 4974

------------------------------------------------------------X

[PROPOSED] CASE MANAGEMENT ORDER NO. 71

| | |
|---|---|
| Plaintiff to identify sources of alleged MTBE contamination | June 7, 2010 |
| Fact Discovery as to Parties Cut off [last day to propound discovery on parties except with respect to expert-related fact discovery, which along with discovery to 3rd parties, may continue until the "Expert and Fact Discovery Completed" deadline set forth below] | ~~August~~ April 1, 2011 |
| Plaintiff serves expert reports. Depos may begin | ~~October 3~~ June 1, 2011 |
| Defendants serve expert reports. Depos may begin | ~~December~~ August 1, 2011 |
| Plaintiff serves reply expert reports. Depos may begin | ~~January 1~~ September, 2011 |
| Expert and Fact Discovery Completed. | ~~February 15~~ Oct. 14, 2011 |

SO ORDERED:

Dated: New York, New York
May  11 , 2010

THE HONORABLE SHIRA A. SCHEINDLIN