UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")     ORDER
Products Liability Litigation

                                                 Master File No. 1:00-1898
----------------------------------------------------------------X   MDL 1358 (SAS)

This Document Relates To:

*Quincy Community Services District v. Atlantic Richfield Co., et al.;*
Case No. 04 Civ. 4970

----------------------------------------------------------------X

[PROPOSED] CASE MANAGEMENT ORDER NO. 69

| | |
|---|---|
| Plaintiff to identify sources of alleged MTBE contamination | June 7, 2010 |
| Fact Discovery as to Parties Cut off [last day to propound discovery on parties except with respect to expert-related fact discovery, which along with discovery to 3rd parties, may continue until the "Expert and Fact Discovery Completed" deadline set forth below] | ~~June~~ April 1, 2011 |
| Plaintiff serves expert reports. Depos may begin | June 1, ~~August 2~~, 2011 |
| Defendants serve expert reports. Depos may begin | Aug. ~~October~~ 1, 2011 |
| Plaintiff serves reply expert reports. Depos may begin | Sept. ~~November~~ 1, 2011 |
| Expert and Fact Discovery Completed. | Oct. 14 ~~December 15~~, 2011 |

SO ORDERED:

Dated: New York, New York
May __10__, 2010

_____
THE HONORABLE SHIRA A. SCHEINDLIN