UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

---------------------------------------------------------- X

This Document Relates To:

---------------------------------------------------------- X

*Village of Roanoke v. Ashland, Inc. et al,*
Case No. 1:09-CV-06554

---------------------------------------------------------- X

[PROPOSED] CASE MANAGEMENT ORDER NO. 71 (MODIFYING CASE MANAGEMENT ORDER NO. 60)

WHEREAS, pursuant to the Court's Case Management Oder No. 60, plaintiffs were directed to identify "sources of alleged MTBE contamination" in this case by April 30, 2010.

NOW, THEREFORE, IT IS HEREBY ORDERED, that the schedule of this case outlined in the Court's Case Management Oder No. 60 be modified as follows:

1. The plaintiff shall identify sources of alleged MTBE contamination on or before May 14, 2010.

SO ORDERED.

Dated: New York, New York
May __/7, 2010

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE