UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Homosassa Water District v. Amerada Hess Corp., et al,* Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al,* Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al,* Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al,* Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Flint Hills Resources, LP hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Flint Hills Resources, LP as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Dated: May 7, 2010

                                              Respectfully submitted,

Paul Napoli
NAPOLI BERN RIPKA &
ASSOCIATES
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
(212) 267-3700
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

/s/  Joseph C. Kearfott
Joseph C. Kearfott
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
(804) 788-8446
jkearfott@hunton.com

*Attorneys for Defendant Flint Hills Resources, LP*