UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Homosassa Water District v. Amerada Hess Corp., et al,* Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al,* Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al,* Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al,* Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST FLINT HILLS RESOURCES, LP

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Flint Hills Resources, LP hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Flint Hills Resources, LP as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

Dated: May 7, 2010

_____
Paul Napoli
NAPOLI BERN RIPKA &
ASSOCIATES
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
(212) 267-3700
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

Dated: May 6, 2010

   /s/ Joseph C. Kearfott   
Joseph C. Kearfott
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
(804) 788-8446
jkearfott@hunton.com

*Attorneys for Defendant Flint Hills
Resources, LP*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____, 2010.