UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Incorporated Village of Mineola v. AGIP Inc., et al.,* Case No. 03-CV-I0051-SAS<br><br>*West Hempstead Water District v. AGIP Inc., et al.,* Case No. 03-CV-I0052-SAS<br><br>*Carle Place Water District v. AGIP Inc., et al.,* Case No. 03-CV-I0053-SAS<br><br>*Town of Southampton, et al v. AGIP Inc., et al.,* Case No. 03-CV-I0054-SAS<br><br>*Village of Hempstead v. AGIP Inc., et al,* Case No. 03-CV-I0055-SAS<br><br>*Town of East Hampton, et al v. AGIP Inc., et al.,* Case No. 03-CV-I0056-SAS<br><br>*Westbury Water District v. AGIP Inc., et al,* Case No. 03-CV-I0057-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Koch Industries, Inc. hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Koch Industries, Inc. as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Dated: May 19, 2010

                                                        Respectfully submitted,

| | |
|---|---|
| Paul Napoli | /s/ Joseph C. Kearfott |
| NAPOLI BERN RIPKA & ASSOCIATES | Joseph C. Kearfott |
| 3500 Sunrise Highway, Suite T-207 | HUNTON & WILLIAMS LLP |
| Great River, NY 11739 | 951 E. Byrd Street |
| (212) 267-3700 | Riverfront Plaza, East Tower |
| PNapoli@NBRLawFirm.com | Richmond, VA 23219 |
| | (804) 788-8446 |
| | jkearfott@hunton.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Koch Industries, Inc.* |