CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2010, a true and correct copy of Notice of Joint Motion to Dismiss and Stipulation and Order Dismissing All Claims Against Koch Industries, Inc. were electronically served on counsel or record for all parties in MDL No. 1358 via LexisNexis File & Serve.

          /s/  Joseph C. Kearfott