UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Homosassa Water District v. Amerada Hess Corp., et al,* Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al,* Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al,* Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al,* Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST FLINT HILLS RESOURCES, LP

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Flint Hills Resources, LP hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Flint Hills Resources, LP as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

- 3 -

| | |
|---|---|
| Dated: May 7, 2010 | Dated: May 6, 2010 |
| /s/ Paul Napoli | /s/ Joseph C. Kearfott |
| Paul Napoli | Joseph C. Kearfott |
| NAPOLI BERN RIPKA & ASSOCIATES | HUNTON & WILLIAMS LLP |
| 3500 Sunrise Highway, Suite T-207 | 951 E. Byrd Street |
| Great River, NY 11739 | Riverfront Plaza, East Tower |
| (212) 267-3700 | Richmond, VA 23219 |
| PNapoli@NBRLawFirm.com | (804) 788-8446 |
| | jkearfott@hunton.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Flint Hills Resources, LP* |

SO ORDERED:

/s/ Shira A. Scheindlin

The Honorable Shira A. Scheindlin
United States District Judge

Dated: May 24, 2010.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, a true and correct copy of Notice of Joint Motion to Dismiss and Stipulation and Order Dismissing All Claims Against Flint Hills Resources, LP were electronically served on counsel or record for all parties in MDL No. 1358 via LexisNexis File & Serve.

/s/ Joseph C. Kearfott