UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether Products Liability Litigation**<br><br>**This document pertains to:**<br><br>*Incorporated Village of Mineola v. AGIP Inc., et al.*, Case No. 03-CV-I0051-SAS<br><br>*West Hempstead Water District v. AGIP Inc., et al.*, Case No. 03-CV-I0052-SAS<br><br>*Carle Place Water District v. AGIP Inc., et al.*, Case No. 03-CV-I0053-SAS<br><br>*Town of Southampton, et al v. AGIP Inc., et al.*, Case No. 03-CV-I0054-SAS<br><br>*Village of Hempstead v. AGIP Inc., et al*, Case No. 03-CV-I0055-SAS<br><br>*Town of East Hampton, et al v. AGIP Inc., et al.*, Case No. 03-CV-I0056-SAS<br><br>*Westbury Water District v. AGIP Inc., et al*, Case No. 03-CV-I0057-SAS | **Master File No. 1 :00-1898**<br>**MDL 1358 (SAS)**<br>**M21-88**<br>**Civil Action** |

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST KOCH INDUSTRIES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Koch Industries, Inc. hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Koch Industries, Inc. as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

Dated: May 4, 2010

_____
Paul Napoli
NAPOLI BERN RIPKA &
ASSOCIATES
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

Dated: May 6, 2010

/s/ Joseph C. Kearfott
_____
Joseph C. Kearfott
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
(804) 788-8446
jkearfott@hunton.com

*Attorneys for Defendant Koch Industries, Inc.*


SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: May 24, 2010.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, a true and correct copy of Notice of Joint Motion to Dismiss and Stipulation and Order Dismissing All Claims Against Koch Industries, Inc. were electronically served on counsel or record for all parties in MDL No. 1358 via LexisNexis File & Serve.

　　　　　　　　　　　　　　　　　　　/s/  Joseph C. Kearfott