UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :     **ORDER**
LIABILITY LITIGATION                                    :
                                                        :     Master File No. 1:00-1898
-------------------------------------------------------  :     MDL 1358 (SAS)
                                                        :     M21-88
**This document relates to:**                           :
                                                        :
*Crescenta Valley Water District v. Mobil*              :
*Corporation, et al.*, 07 Civ. 9453                     :
                                                        :
                                                        :
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties in the above-referenced matter have submitted a request for an extension to the existing discovery schedule only two weeks before several deadlines are about to expire. The only reason given for the requested extension is the parties' inability to complete discovery in a timely manner. This reflects a pattern in this multi-district litigation of last-minute requests that put the Court in the difficult position of having to grant the requested extensions or barring necessary discovery. I am therefore granting a limited extension of 30-days to the discovery deadlines in Case Management Order 56. However, no further extensions will be granted in this case or in any other MTBE-related matter in the absence of compelling circumstances. These cases must move forward.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 26, 2010

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444