# EXHIBIT 2



```
 1  Duane C. Miller, # 57812
    A. Curtis Sawyer, Jr. #101324
 2  MILLER & SAWYER
    A Professional Corporation
 3  1651 Response Road, Second Floor
    Sacramento, CA 95815
 4  Telephone: (916) 927-8600
    Facsimile: (916) 927-9267
 5
    Fred Baron (Admitted in Texas)
 6  Ann Cole (Admitted in Texas)
    BARON & BUDD, P.C.
 7  3102 Oak Lawn Avenue, Suite 1100
    Dallas, Texas 75219-4281
 8  Telephone: (214) 521-3605
    Facsimile: (214) 523-9159
 9
    [Other Counsel Listed on
10  Signature Page]

11  Attorneys for Plaintiff
    City of Santa Monica
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| CITY OF SANTA MONICA, | CASE NO. 01CC04331 |
| Plaintiff, | (Assigned to Judge Sundvold) |
| vs. | **NOTICE OF ENTRY OF AMENDED ORDER** |
| SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; ATLANTIC RICHFIELD COMPANY; MOBIL OIL CORPORATION; EXXON MOBIL CORPORATION; TOSCO CORPORATION; ULTRAMAR, INC.; TEXACO REFINING AND MARKETING, INC.; EQUILON ENTERPRISES LLC; ARCO CHEMICAL COMPANY; LYONDELL CHEMICAL COMPANY; EXXON CORPORATION; UNOCAL CORPORATION; EQUILON PIPELINE COMPANY LLC; and DOES 1 through 600, inclusive, | [FILED BY FACSIMILE]<br><br>Complaint Filed: June 19, 2000<br>Transfer Date: April 2, 2001<br>Trial Date: None<br>Discovery Cutoff: None<br><br>Hearing Date: December 19, 2003<br>Time: 9:30 a.m.<br>Dept: CX - 105<br>Judge: Honorable Stephen J. Sundvold |
| Defendants. | |

1

Notice of Entry of Amended Order



TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 9, 2004, the above-referenced court granted the motion for determination of good faith settlement of ChevronTexaco Corporation, Chevron U.S.A. Inc., and Chevron Products Company; ExxonMobil Corporation; Shell Oil Company, Shell Oil Products Company, Shell Pipeline Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC, and Texaco Refining and Marketing Inc.; Thrifty Oil Co. and Best California Gas, Ltd.

A true and correct copy of the Order is attached hereto as Exhibit 1.

Dated: January 14, 2004

MILLER & SAWYER
A Professional Corporation

By _____
A. CURTIS SAWYER, JR.
Attorneys for Plaintiff

Other Counsel:
Marsha Jones Moutrie, #69711
City Attorney
Joseph Lawrence, #99039
Assistant City Attorney
CITY OF SANTA MONICA
1685 Main Street
Santa Monica, CA 90401-3295
Telephone: (310) 458-8336
Facsimile: (310) 395-6727

Victor M. Sher, Esq.
SHER & LEFF
450 Mission Street, 5th Floor
San Francisco, CA 94105
Telephone: (415) 982-0468
Facsimile: (415) 348-8333

---

1

Notice of Entry of Amended Order

E-SERVED
01-14-04
06:40 PM ET
01-CC-04331

1  DAVID L. SCHRADER, State Bar No. 149638
   JOHN J. WASILCZYK, State Bar No. 78506
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071
4  Telephone: (213) 612-2500
   Facsimile: (213) 612-2501
5
   WILLIAM K. DIAL, State Bar No. 41310
6  CHEVRON PRODUCTS COMPANY LAW DEPARTMENT
   6001 Bollinger Canyon Road
7  San Ramon, California 94583-2398
   Telephone: (925) 842-2642
8  Facsimile: (925) 842-3365
   Attorneys for Defendants ChevronTexaco Corporation,
9  Chevron U.S.A. Inc. and Chevron Products Company

10 [Additional Counsel for Moving Parties On Following Page]

11
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
12
                    IN AND FOR THE COUNTY OF ORANGE
13

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
JAN - 9 2004
ALAN SLATER, Clerk of the Court
BY N. PARKER

| | |
|---|---|
| 14  CITY OF SANTA MONICA,<br><br>15              Plaintiff,<br><br>16        vs.<br><br>17  SHELL OIL COMPANY; SHELL OIL<br>    PRODUCTS COMPANY; SHELL<br>18  PIPELINE CORPORATION; CHEVRON<br>    CORPORATION; CHEVRON U.S.A. INC.;<br>19  CHEVRON PRODUCTS COMPANY;<br>    ATLANTIC RICHFIELD COMPANY;<br>20  MOBIL OIL CORPORATION;<br>    EXXONMOBIL CORPORATION; TOSCO<br>21  CORPORATION; ULTRAMAR INC.;<br>    TEXACO REFINING AND MARKETING<br>22  INC.; EQUILON ENTERPRISES LLC;<br>    ARCO CHEMICAL COMPANY;<br>23  LYONDELL CHEMICAL COMPANY;<br>    EXXON CORPORATION; UNOCAL<br>24  CORPORATION; EQUILON PIPELINE<br>    COMPANY LLC; and DOES 1 through 600,<br>25  inclusive,<br><br>26              Defendants<br><br>27  AND OTHER CROSS-COMPLAINTS<br><br>28 | Case No. 01CC04331<br>[Assigned for all purposes to the<br>Honorable Stephen J. Sundvold]<br><br>[PROPOSED] AMENDED ORDER ON<br>MOTION BY CHEVRONTEXACO<br>CORPORATION; CHEVRON U.S.A.<br>INC.; CHEVRON PRODUCTS<br>COMPANY; EXXONMOBIL<br>CORPORATION; THRIFTY OIL CO.;<br>BEST CALIFORNIA GAS, LTD.; SHELL<br>OIL COMPANY; SHELL OIL<br>PRODUCTS COMPANY; SHELL<br>PIPELINE CORPORATION, EQUILON<br>ENTERPRISES LLC; EQUILON<br>PIPELINE COMPANY LLC; AND<br>TEXACO REFINING AND MARKETING<br>INC. FOR DETERMINATION OF GOOD<br>FAITH SETTLEMENT<br><br>Complaint Filed: June 19, 2000<br>Trial Date:    None Set<br><br>Hearing Date: December 19, 2003<br>Time:         9:30 a.m.<br>Dept:         CX-105<br>Judge: Honorable Stephen J. Sundvold |

1-LA/751745.1                                    1

[PROPOSED] AMENDED ORDER ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

EXHIBIT 1

1  ROY G. WUCHITECH, State Bar No. 54846
   JEFFREY J. PARKER, State Bar No. 155377
2  LORI OSMUNDSEN, State Bar No. 211964
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  333 South Hope Street, 48th Floor
   Los Angeles, California 90071-1448
5  Telephone: (213) 620-1780
   Facsimile: (213) 620.1398
6  Attorneys for Defendants ExxonMobil Corporation, successor by merger to
   Exxon Corporation, and Mobil Oil Corporation
7
   MARK B. GILMARTIN, State Bar No. 98384
8  LAW OFFICES OF MARK B. GILMARTIN
   233 Wilshire Boulevard, Suite 350
9  Santa Monica, California 90401
   Telephone: (310) 395-7333
10 Facsimile: (310) 395-7573
   Attorneys for Cross-Defendants
11 Thrifty Oil Co. and Best California Gas, Ltd.
12
   RONALD L. OLSON, State Bar No. 044597
13 STEPHEN M. KRISTOVICH, State Bar No. 082164
   CYNTHIA L. BURCH, State Bar No. 086020
14 MICHAEL R. BARSA, State Bar No. 190643
   MUNGER, TOLLES & OLSON LLP
15 355 South Grand Avenue
   Thirty-fifth Floor
16 Los Angeles, California 90071
   Telephone: (213) 683-9100
17 Facsimile: (213) 687-3702
   Attorneys for Defendant Shell Oil Company, Shell Oil Products Company, Shell Pipeline
18 Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC and Texaco Refining and
19 Marketing Inc.

20
21
22
23
24
25
26
27
28

1-LA/751745.1                           2

[PROPOSED] AMENDED ORDER ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

1  The Motion for Determination of Good Faith Settlement of ChevronTexaco Corporation
2  (formerly Chevron Corporation), Chevron U.S.A. Inc., and Chevron Products Company,
3  ExxonMobil Corporation; Shell Oil Company, Shell Oil Products Company, Shell Pipeline
4  Corporation, Equilon Enterprises LLC, Equilon Pipeline Company LLC and Texaco Refining
5  And Marketing Inc.; Thrifty Oil Co. and Best California Gas, Ltd. (collectively, "Settling
6  Parties"), came on regularly for hearing by the Court on December 19, 2003. The matters having
7  been argued and submitted, and good cause being shown,
8  IT IS HEREBY ORDERED that:
9  In accordance with the Court's prior written ruling granting the Settling Parties' Motion,
10 the Court finds that the Settlement entered into between Plaintiff City of Santa Monica and
11 Settling Parties is in good faith pursuant to California Code of Civil Procedure sections 877 and
12 877.6 and that Settling Parties, and each of them, are entitled to protection from contribution and
13 equitable indemnity claims as provided in California Code of Civil Procedure sections 876 and
14 877.6. The Court further finds that the settlement value agreed upon by the Settling Parties and
15 the City of Santa Monica is reasonable and, accordingly, assigns a value of three hundred twelve
16 million, eight hundred and fifty thousand dollars ($312,850,000) to the Settlement.

DATED: JAN 9 - 2004

**Honorable Stephen J. Sundvold**
Honorable Stephen J. Sundvold

1-LA/751745.1                                3
[PROPOSED] AMENDED ORDER ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT



## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On January 7, 2004, I caused to be served the following documents in this action: [PROPOSED] AMENDED ORDER ON MOTION BY CHEVRONTEXACO CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; EXXONMOBIL CORPORATION; THRIFTY OIL CO.; BEST CALIFORNIA GAS, LTD.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION, EQUILON ENTERPRISES LLC; EQUILON PIPELINE COMPANY LLC; AND TEXACO REFINING AND MARKETING INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT

BY VERILAW: True and correct copies of the foregoing documents were electronically served on counsel of record on January 7, 2004, by means of transmitting the documents to Verilaw in accordance with the Court's Case Management Order for Electronic Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 7, 2004, at Los Angeles, California.

*Victoria L. Rader*
Victoria L. Rader

1-LA/751745.1

4

[PROPOSED] AMENDED ORDER ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On January 14, 2004, I caused to be served the following documents in this action: **AMENDED ORDER ON MOTION BY CHEVRONTEXACO CORPORATION; CHEVRON U.S.A. INC.; CHEVRON PRODUCTS COMPANY; EXXONMOBIL CORPORATION; THRIFTY OIL CO.; BEST CALIFORNIA GAS, LTD.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; SHELL PIPELINE CORPORATION, EQUILON ENTERPRISES LLC; EQUILON PIPELINE COMPANY LLC; AND TEXACO REFINING AND MARKETING INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

**BY VERILAW:** True and correct copies of the foregoing documents were electronically served on counsel of record on January 14, 2004, by means of transmitting the documents to Verilaw in accordance with the Court's Case Management Order for Electronic Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 14, 2004, at Los Angeles, California.

_____
Victoria L. Rader

1-LA/751745.1

5

AMENDED ORDER ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1651 Response Road, Second Floor, Sacramento, CA 95815, which is located in the county in which this mailing occurred.

On January 14, 2004, I served: **NOTICE OF ENTRY OF AMENDED ORDER** on the following persons or parties by placing a true copy thereof in a sealed envelope, showing the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited in the U S Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

__X__ BY ELECTRONIC SERVICE SYSTEM VIA VERILAW TECHNOLOGIES
I caused the above-described document to be served by having a copy of the same posted on the Verilaw website, in accordance with the Court's Order governing electronic service of filings in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 14, 2004, at Sacramento, California.

CHRISTINA HISE

| | |
|---|---|
| 1  Fred Baron, Esq. <br> Scott Summy, Esq. <br> 2  Ann Cole, Esq <br> Celeste Evangeliste, Esq. <br> 3  BARON & BUDD, P.C. <br> 3102 Oak Lawn Avenue, Suite 1100 <br> 4  Dallas, Texas 75219-4281 <br> <br> 5  Marsha Jones Moutrie, Esq. <br> Joseph Lawrence, Esq <br> 6  CITY OF SANTA MONICA <br> 1685 Main Street <br> 7  Santa Monica, CA 90401-3295 <br> <br> 8  Victor M. Sher, Esq <br> Sher & Leff <br> 9  450 Mission Street, 5th Floor <br> San Francisco, CA 94105 | |
| 10 <br> Ronald L. Olson, Esq <br> 11  Stephen M. Kristovich, Esq. <br> Munger, Tolles & Olson LLP <br> 12  355 S. Grand Avenue <br> Thirty-Fifth Floor <br> 13  Los Angeles, CA 90071-1560 | Attorneys for Defendants <br> Shell Oil Co., Shell Oil <br> Products Co., Shell Pipeline <br> Corp., Equilon Enterprises <br> LLC, and Equilon Pipeline <br> Company LLC |
| 14  Roy G. Wuchitech, Esq. <br> Sheppard, Mullin, Richter & Hampton <br> 15  333 South Hope Street, 48th Floor <br> Los Angeles, CA 90071-1448 <br> 16 | Attorneys for Defendants <br> Exxon Mobil Corporation, <br> Exxon and Mobil |
| 17  Elizabeth J. Haegelin, Esq <br> Howrey, Simon, Arnold & White <br> 18  550 South Hope Street, Suite 1400 <br> Los Angeles, CA 90071-2604 | Attorneys for Defendants Mobil Oil <br> Corp., Exxon Mobil Corp. and Exxon Corp |
| 19 <br> David Richman, Esq <br> 20  Stephan, Oringher, Richman & Theodora <br> 2029 Century Park East, 6th Fl <br> 21  Los Angeles, CA 90067 | Attorneys for Defendant <br> Ultramar, Inc |
| 22  Tracie Renfroe, Esq <br> Bracewell & Patterson <br> 23  711 Louisiana Street, Suite 2900 <br> Houston, TX 77002 | Attorney for Defendant <br> Ultramar, Inc. |
| 24 <br> Ward L. Benshoof, Esq. <br> 25  Peter A. Nyquist, Esq. <br> Weston, Benshoof, Rochefort, et al <br> 26  333 South Hope Street, 16th Floor <br> Los Angeles, CA 90071 <br> 27 <br> 28 | Attorneys for Defendant <br> Unocal Corporation (Union <br> Oil Company of California) |

| | | |
|---|---|---|
| 1 | Marc M. Seltzer, Esq.<br>David C. Marcus, Esq | Attorneys for Defendants<br>ARCO Chemical Company |
| 2 | Susman Godfrey, LLP<br>1901 Avenue of the Stars, Ste 950 | and Lyondell Chemical Co. |
| 3 | Los Angeles, CA 90067 | |
| 4 | H. Lee Godfrey, Esq.<br>Vineet Bhatia | Attorneys for Defendants<br>ARCO Chemical Company<br>and Lyondell Chemical Co. |
| 5 | Susman Godfrey, LLP<br>1000 Louisiana, Ste 5100 | |
| 6 | Houston, TX 77002-5096 | |
| 7 | Alan J. Hoffman, Esq.<br>Blank, Rome, Comsiky & McCauley | Attorneys for Defendant<br>ARCO Chemical Co. |
| 8 | One Logan Square<br>Eighteenth and Cherry Street | |
| 9 | Philadelphia, Pennsylvania 19103-6998 | |
| 10 | David Schrader, Esq.<br>Andrea Ordin, Esq | |
| 11 | Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor | |
| 12 | Los Angeles, CA 90071-3132 | |
| 13 | D. Terrell Sherman, Esq.<br>Chevron Products Co. Law Dept. | Attorneys for Defendants<br>Chevron Corp., Chevron USA, |
| 14 | 6001 Bollinger Canyon Road<br>San Ramon, CA 94583-2398 | Inc. and Chevron Products<br>Company |
| 15 | | Attorneys for Defendant |
| 16 | Matthew T. Heartney, Esq<br>Stephanie M. Bonnett, Esq | Atlantic Richfield Co. |
| 17 | Arnold & Porter<br>777 South Figueroa Street, 44th Floor | |
| | Los Angeles, CA 90017-5844 | |
| 18 | | Attorneys for Defendant |
| 19 | Beth S. Dorris, Esq.<br>McKenna & Cuneo LLP | Atlantic Richfield Co. |
| 20 | 444 South Flower Street, Suite 749<br>Los Angeles, CA 90071 | |
| 21 | | |
| 22 | Jon D. Anderson, Esq<br>Gregory M. Saylin, Esq. | Attorneys for Defendant<br>Tosco Corporation |
| 23 | Latham & Watkins<br>650 Town Center Drive, Suite 2000 | |
| | Costa Mesa, CA 92626-1925 | |
| 24 | | Attorneys for Defendant |
| 25 | Jon Tisdale, Esq.<br>Samantha M. Ball, Esq. | Tosco Corporation |
| 26 | Gilbert, Kelly, Crowley & Jennett LLP<br>1200 Wilshire Boulevard, Sixth Floor | |
| 27 | Los Angeles, CA 90017-1908 | |
| 28 | | |

E-SERVED
01/14/04
06:40 PM ET
01-CC-0433

| | | |
|---|---|---|
| 1 | John F. Cermak, Jr<br>Sonja A. Inglin, Esq. | Attorneys for Cross-Defendant<br>HLW Corporation |
| 2 | Jenkens & Gilchrist LLP<br>12100 Wilshire Boulevard, 15th Floor | |
| 3 | Los Angeles, CA 90025-7120 | |
| 4 | Mark B. Gilmartin, Esq.<br>Law Offices of Mark B. Gilmartin | Attorneys for Defendant Thrifty Oil Co<br>And Best California Gas Ltd. |
| 5 | 233 Wilshire Boulevard, Suite 350<br>Santa Monica, CA 90401 | |
| 6 | | |
| 7 | Kenneth A. Ehrlich, Esq<br>Jeffer, Mangels, Butler & Marmaro LLP | Attorneys for Winall Oil Company |
| 8 | 1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | |
| 9 | J. Sheila Welch, Esq | Attorneys for Great West Car Wash |
| 10 | Law Offices of J. Sheila Welch<br>6510 Alondra Boulevard<br>Paramount, CA 90723 | |
| 11 | | |
| 12 | Steven L. Hoch, Esq<br>Hatch & Parent | Attorneys for Cross-Defendant Southern<br>Cal Water Company |
| 13 | 11911 San Vicente Blvd., Ste. 350<br>Los Angeles, CA 90049 | |
| 14 | Robert J. Saperstein, Esq<br>Hatch & Parent | Attorneys for Cross-Defendant Southern<br>Cal Water Company |
| 15 | 21 East Carrillo Street<br>Santa Barbara, CA 93101-2782 | |
| 16 | | |
| 17 | Clement L. Glynn, Esq<br>Adam Friedenberg, Esq. | Attorneys for Cross-Defendant and Cross-<br>Complainants, Conoco, Inc., Kayo Oil Co.,<br>And Douglas Oil Co |
| 18 | Glynn & Finley<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500 | |
| 19 | Walnut Creek, CA 94596 | |
| 20 | Ralph F. Hirschmann, Esq.<br>Law Offices of Ralph F. Hirschmann | Attorneys for Defendants Shell Oil Co.,<br>Shell Oil Products Co., Shell Pipeline Corp.,<br>Equilon Enterprises, Equilon Pipeline Co., |
| 21 | 707 Wilshire Blvd., Suite 4910<br>Los Angeles, CA 90017 | as to cross-defendants Atlantic Richfield Co., |
| 22 | | Union Oil Co. of CA. BP USA, and B P Amoco |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |