UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
-----------------------------------------------------------------X

| | |
|---|---|
| This document relates to: | Master File No. 1:00-1898 |
| | MDL 1358 (SAS) |
| *Quincy Community Services District v. Atlantic Richfield Co., et al.*, 04 Civ. 4970 | M21-88 |

-----------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING PLAINTIFF AND DEFENDANT G.N. RENN, INC.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiff Quincy Community Services District's Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendant G.N. Renn, Inc., only, with each party to bear its own costs.

Dated: May 27, 2010

HON. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/10

- 1 -