UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
  :
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS   : CASE MANAGEMENT
LIABILITY LITIGATION   : ORDER #72
------------------------------------------------- :
  : Master File No. 1:00-1898
This document relates to:   : MDL 1358 (SAS)
  : M21-88
*All Cases*   :
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Order memorializes the rulings made during the status conference held on May 19, 2010.

A.  ExxonMobil is granted leave to notice *de bene esse* depositions of three ExxonMobil employees – Mr. Robert Biles, Mr. Vic Dugan and Mr. Thomas Eizember – in all cases in this multi-district litigation. ExxonMobil is directed to meet and confer with Mr. Victor Sher to determine whether the depositions can be taken concurrently with the depositions already scheduled in a New Hampshire state court case. ExxonMobil shall report back to this Court on the outcome of that meeting. All questions regarding the admissibility at trial of these depositions will be addressed by the trial judge.

B.  The parties in this multi-district litigation are directed to meet and confer regarding each defendant's identification of its property (*e.g.*, underground

-1-

storage tanks) within relevant geographic areas. The parties shall submit a Proposed Order resolving that issue by no later than June 9, 2010. The Proposed Order shall reflect the rulings made by the Court during the May 19, 2010 conference.

C.  In the Napoli Bern cases:

1.  The Tartan Defendants are directed to provide a privilege log by no later than May 28, 2010.

2.  The Tartan Defendants are directed to inquire whether BP has a copy of the commission broker agreement it entered into with the Tartan Defendants and whether it has any documentation of the annual volume of MTBE-containing gasoline that it delivered to the Tartan Defendants. If the Tartan Defendants are able to obtain such information, they shall produce it to plaintiffs.

3.  The Tartan Defendants shall identify all property (*e.g.*, underground storage tanks) within relevant geographic areas in which they had a property interest and the dates they held those interests. The Tartan Defendants are also directed to review their records for documents (*e.g.*, leasehold agreements) relating to the nature of their property interests and to produce any such documents to plaintiffs.

4. The Tartan Defendants shall have until May 28, 2010 to serve the supplemental interrogatories referred to at the May 19, 2010 conference.

5. Plaintiffs shall reproduce to the Tartan Defendants all documents that they converted from native electronic format (*e.g.*, Excel Spreadsheets) into a format that downgraded the documents' searchability (*e.g.*, PDF). The documents shall be produced in native electronic format.

6. Plaintiffs are directed to provide all documents and information that Plaintiffs, in their interrogatory responses, indicated were publicly available or subject to continuing investigation. The documents shall be produced no later than May 28, 2010.

7. The requested 30(b)(6) deposition shall take place on June 17, 2010. The Tartan Defendants are directed to produce responsive documents to the requests made in anticipation of the deposition. The documents shall be produced no later than June 11, 2010.

8. For all past and future discovery requests, Plaintiffs are directed to produce responsive material directly to the Tartan Defendants regardless of whether the material was previously produced to liaison

counsel.

9. The Tartan Defendants are directed to serve an affidavit from a person with knowledge of whether the Tartan Defendants have any facilities within the geographic areas at issue in the Southampton and East Hampton cases. If appropriate, plaintiffs shall then dismiss the Tartan Defendants from those cases.

D. The next all-cases status conference is scheduled for Sept. 8 at 10:30.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 27, 2010

## -Appearances-

### Liaison Counsel for Plaintiffs:

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

### Liaison Counsel for Defendants:

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444