UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
---------------------------------------------------------------- X
This Document Relates To:
---------------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

*American Distilling and Mfg. Co., Inc. v.
Amerada Hess Corp.*, 04 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada
Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess
Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc., v. Amerada
Hess Corp.*, 04 Civ. 1721

---------------------------------------------------------------- X

## PLAINTIFFS AND DEFENDANTS SANTA HOLDING COMPANY, SANTA FUEL, INCORPORATED, BUCKLEY GASOLINE MARKETERS, INC. AND BUCKLEY ENERGY GROUP, LTD.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs American Distilling and Mfg. Co., Our Lady of the Rosary Chapel, Town of East Hampton, and United Water Connecticut, Inc., and Settling Defendants, Santa Holding Company, Santa Fuel, Incorporated, Buckley Gasoline Marketers, Inc. and Buckley Energy Group, Ltd. ("Settling Defendants") (collectively "The Parties") move the Court to enter agreed Stipulations and Orders of Dismissal with Prejudice in each of these cases. The Parties have agreed to a final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

DATED: ~~May~~ June 4th, 2010.

RESPECTFULLY SUBMITTED,

Cary L. McDougal
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Robert J. Gordon
Robin L. Greenwald
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5505
Facsimile: 212-558-5500

*Attorneys for Plaintiffs American Distilling and Mfg. Co., Our Lady of the Rosary Chapel, Town of East Hampton, and United Water Connecticut, Inc.*

Joey Lee Miranda
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: 860-275-8227
Facsimile: 860-275-8299

*Attorneys for Settling Defendants Santa Holding Company, Santa Fuel, Incorporated, Buckley Gasoline Marketers, Inc. and Buckley Energy Group, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS AND DEFENDANTS SANTA HOLDING COMPANY, SANTA FUEL, INCORPORATED, BUCKLEY GASOLINE MARKETERS, INC. AND BUCKLEY ENERGY GROUP, LTD.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** was served on all counsel of record by posting it directly to LexisNexis File & Serve on June ___4th___, 2010.

_____
SHELLY PETERSEN