UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
------------------------------------------------------------ X
This Document Relates To:
------------------------------------------------------------ X
*American Distilling and Mfg. Co., Inc. v.
Amerada Hess Corp.*, 04 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada
Hess Corp.*, 04 Civ. 1718

*Town of East Hampton v. Amerada Hess
Corp.*, 04 Civ. 1720

*United Water Connecticut, Inc., v. Amerada
Hess Corp.*, 04 Civ. 1721
------------------------------------------------------------ X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Santa Holding Company, Santa Fuel, Incorporated, Buckley Gasoline Marketers, Inc. and Buckley Energy Group, Ltd. (the "Settling Defendants") (collectively the "Parties") have advised the Court that they have resolved the matter between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to

settle this matter pursuant to a Settlement, Release and Indemnity Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

_____  6-2-10
Cary L. McDougal            Date
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Robert J. Gordon
Robin L. Greenwald
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5505
Facsimile: 212-558-5500

*Attorneys for Plaintiffs American Distilling and Mfg. Co., Our Lady of the Rosary Chapel, Town of East Hampton, and United Water Connecticut, Inc.*

_____  5-25-10
Joey Lee Miranda            Date
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: 860-275-8227
Facsimile: 860-275-8299

*Attorneys for Settling Defendants Santa Holding Company, Santa Fuel, Incorporated, Buckley Gasoline Marketers, Inc. and Buckley Energy Group, Ltd.*

SO ORDERED:

Dated: _____, 2010

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE