USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-------------------------------------------------------------- X

This Document Relates To:

-------------------------------------------------------------- X

*American Distilling and Mfg. Co., Inc. v.
Amerada Hess Corp.*, 04 Civ. 1719

*Our Lady of the Rosary Chapel v. Amerada
Hess Corp.,* 04 Civ. 1718

*Town of East Hampton v. Amerada Hess
Corp.,* 04 Civ. 1720

*United Water Connecticut, Inc., v. Amerada
Hess Corp.,* 04 Civ. 1721

-------------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Santa Holding Company, Santa Fuel,

Incorporated, Buckley Gasoline Marketers, Inc. and Buckley Energy Group, Ltd. (the "Settling

Defendants") (collectively the "Parties") have advised the Court that they have resolved the

matter between them and agreed to the entry of this Stipulation and Order of Dismissal of the

claims against the Settling Defendants as indicated by the signature of the respective counsel

below.  This Court finds that this Stipulated Order of Dismissal should be entered, with the

findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.      This Court has jurisdiction over the Parties to this Stipulation and over the subject

matter of this action.  The Parties to this Stipulation have advised the Court of their agreement to

-1-

settle this matter pursuant to a Settlement, Release and Indemnity Agreement and this Stipulated

Order of Dismissal.

2.    The Parties to this Stipulation consent to the dismissal of this action as to the

Settling Defendants only, including all claims and counterclaims, with prejudice.

3.    Each party shall bear its own costs and attorneys' fees.

**AGREED TO AND ACCEPTED BY:**


_____  6. 2 -10          _____  5. 25. 10
Cary L. McDougal        Date              Joey Lee Miranda        Date
Scott Summy                               Robinson & Cole LLP
Baron & Budd, P.C.                        280 Trumbull Street
3102 Oak Lawn Avenue, Ste. 1100           Hartford, CT  06103-3597
Dallas, TX  75219                         Telephone:  860-275-8227
Telephone:  214-521-3605                  Facsimile:  860- 275-8299
Facsimile:  214-520-1181

*Attorneys for Settling Defendants*
Robert J. Gordon                          *Santa Holding Company, Santa Fuel,*
Robin L. Greenwald                        *Incorporated, Buckley Gasoline Marketers,*
Weitz & Luxenberg, P.C.                   *Inc. and Buckley Energy Group, Ltd.*
180 Maiden Lane, 17th Floor
New York, NY  10038
Telephone:  212-558-5505
Facsimile:  212-558-5500

*Attorneys for Plaintiffs American Distilling*
*and Mfg. Co., Our Lady of the Rosary*
*Chapel, Town of East Hampton, and*
*United Water Connecticut, Inc.*


**SO ORDERED:**


Dated: _____June 7_____, 2010          _____
                                        THE HONORABLE SHIRA A. SCHEINDLIN
                                        UNITED STATES DISTRICT JUDGE