USDC SDNY
DOCUMENT
ELECTRONIC/
DOC #:
DATE FILED: 6/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

**In re: Methyl Tertiary Butyl Ether ("MTBE")**  :  MDL NO. 1358 (SAS)
**Products Liability Litigation**                     Master File No. 1:00-1898

------------------------------------------------------------- X

This Document Relates To:                         :   **ORDER FOR ADMISSION**
                                                      ***PRO HAC VICE* ON WRITTEN**
*Orange County Water District v. Unocal Corp., et*    **MOTION**
*al.*, Case No. 04 Civ. 4968 (SAS)               X

------------------------------------------------------------- X

Upon the motion of Christine M. Riley and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Michelle A. Burr |
| Firm Name: | Cummins & White, LLP |
| Address: | 2424 S.E. Bristol Street, Suite 300 |
| City/State/Zip: | Newport Beach, CA 92660 |
| Telephone/Fax: | (949) 852-1800 / (949) 852-8510 FAX |
| Email Address: | mburr@cwlawyers.com |

is admitted to practice *pro hac vice* as counsel for Defendant Southern Counties Oil Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

May ___, 2010

June 7.

_____
United States District/Magistrate Judge

1

|r036|555240.DOC;1|

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2424 S.E. Bristol, Suite 300, Newport Beach, CA 92660-0757.

On May 18, 2010, I served the following document(s) **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** on the interested parties in this action as follows:

(✓) **By E-Mail:** I caused the above-referenced document(s) to be served via LexisNexis File & Serve in MDL No. 1358, and upon Peter J. Sacripanti of McDermott, Will & Emery, LLP and Robin Greenwald of Weitz & Luxenberg, P.C. in their capacity as Liaison counsel in this matter.

Executed on May 18, 2010, at Newport Beach, California.

(✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Christine G. Anderson

|r036|555240.DOC;1|

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 31178262 |
| **Submitted by:** | Christine G Anderson, Cummins & White LLP |
| **Authorized by:** | Annabelle Harris, Cummins & White LLP |
| **Authorize and file on:** | May 18 2010 5:10PM EDT |

| | |
|---|---|
| **Court:** | US District Court Southern District of New York E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil |
| **Case Type:** | Toxic Tort |
| **Case Number:** | CA-CV 03-1742 |
| **Case Name:** | Orange County Water District vs Unocal Corp et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | R036 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**4 Document(s)**

**Attached Document, 2 Pages   Document ID: 39469203**                    PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Motion to Admit Counsel Pro Hac Vice for Michelle A. Burr

**Attached Document, 2 Pages   Document ID: 39469204**                    PDF Format | Original Format
Related Document ID: 39469203

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Order | Secure Public | $0.00 | |

**Document title:**
Order For Admission Pro Hac Vice on Written Motion for Michelle A. Burr

**Attached Document, 2 Pages   Document ID: 39469205**                    PDF Format | Original Format
Related Document ID: 39469203

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Motion to Admit Counsel Pro Hac Vice for James R. Wakefield

**Attached Document, 2 Pages   Document ID: 39469206**                    PDF Format | Original Format
Related Document ID: 39469203

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Order | Secure Public | $0.00 | |

**Document title:**
Order for Admission Pro Hac Vice on Written Motion for James R. Wakefield

Expand All

□ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| S C Fuels | Defendant | Harris, Annabelle | Cummins & White LLP | Attorney in Charge |

⊞ **Recipients (210)**

　　⊞ Service List (210)

　　□ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

LexisNexis    About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2010 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.

# Christine Anderson

| | |
|---|---|
| **From:** | LexisNexis File & Serve [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Tuesday, May 18, 2010 2:29 PM |
| **To:** | Christine Anderson |
| **Subject:** | Case: CA-CV 03-1742; Transaction: 31178262 Transaction Receipt |

```
To: Christine G Anderson
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected
was "Serve Only - Public". The details for this transaction are listed below.

Court:                       US District Court Southern District of New York E-Service
Case Name:                   Orange County Water District vs Unocal Corp et al
Case Number:                 CA-CV 03-1742
Transaction ID:              31178262
Document Title(s):
     Motion to Admit Counsel Pro Hac Vice for Michelle A. Burr (2 pages)
     Order For Admission Pro Hac Vice on Written Motion for Michelle A. Burr (2 pages)
     Motion to Admit Counsel Pro Hac Vice for James R. Wakefield (2 pages)
     Order for Admission Pro Hac Vice on Written Motion for James R. Wakefield (2 pages)
Authorized Date/Time:        May 18 2010  5:10PM EDT
Authorizer:                  Annabelle Harris
Authorizer's Organization:   Cummins & White LLP
Sending Parties:
     S C Fuels
Served Parties:
     323 parties

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by
phone at 1-888-529-7587 (24/7).
```

1