**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

--------------------------------------------------------X

**This Document Relates To:**
*California-American Water Company v. Atlantic*
*Richfield Company, et al.,* S.D.N.Y. No. 04-Civ.
4974 (SAS)

-------------------------------------------------------X

**Master File No. 1:00-1898**
**MDL NO. 1358 (SAS)**
**M21-88**


**PLAINTIFF CALIFORNIA-AMERICAN WATER COMPANY'S PRELIMINARY**
**DISCLOSURE OF SOURCES OF MTBE CONTAMINATION**


Pursuant to Case Management Order No. 71, Plaintiff California-American Water

Company hereby makes the following preliminary disclosure of sources of MTBE[1]

contamination in Plaintiff's wells.  This initial disclosure is made with the following reservations

expressly stated:

1. Discovery in this matter is ongoing.  Plaintiff may discover that additional

   stations/facilities are substantial factors in causing MTBE contamination in Plaintiff's

   wells and Plaintiff reserves the right to supplement or amend this list accordingly.

2. Plaintiff reserves all rights to supplement or amend this disclosure.

3. By making this disclosure, Plaintiff is in no way representing that all of the sources of

   MTBE in Plaintiff's wells are identified below.  There may be orphan plumes emanating

---

[1] As used herein "MTBE" refers to methyl tertiary butyl ether and its degradation byproducts
including tertiary butyl alcohol.

from fugitive tanks, surface spills or other unaccounted for sources that are not

discoverable based on a reasonable investigation.

4.  This disclosure is made upon information reasonably available from publicly available

sources.  Plaintiff hereby reserves the right to supplement or amend this disclosure as a

result of obtaining additional information as it prepares for trial.

5.  Expert discovery has not yet commenced.  Plaintiff hereby reserves the right to

supplement or amend this disclosure as a result of the expert discovery process.

6.  Expert disclosures are not due yet.  This disclosure is not and is in no way intended to be

an expert disclosure.


Subject to and without waiving the limitations and reservations set forth above, Plaintiff hereby responds as follows:


| Site Name[2] | Address | City |
|---|---|---|
| *Monterey Area* | | |
| CARMEL VALLEY RANCH/ CARMEL VALLEY RANCH GOLF COURSE | 1 OLD RANCH RD | CARMEL |
| MID VALLEY FIRE PROJECT DIST | 8455 CARMEL VALLEY RD | CARMEL VALLEY |
| *Los Angeles Area* | | |
| 20TH CENTURY PLASTICS | 3628 CRENSHAW BLVD | LOS ANGELES |
| 76 STATION #0914 | 5816 WESTERN AVE. S. | LOS ANGELES |
| 76 STATION 2439 | 3774 WESTERN AVENUE, SOUTH | LOS ANGELES |
| ANGELUS FUNERAL HOME | 3875 CRENSHAW BLVD | LOS ANGELES |
| ARCO #0027 | 3412 CRENSHAW BLVD S | LOS ANGELES |
| ARCO #0176 | 5804 CRENSHAW BLVD | HYDE PARK |
| ARCO #0177 | 4371 CRENSHAW BLVD | LOS ANGELES |
| ARCO #71267 | 1515 MARTIN LUTHER KING BLVD | LOS ANGELES |

---

[2] Please note that certain locations may have undergone name changes and/or may have been converted to different uses.  These names are provided for convenience and should not be read as a limitation.

| | | |
|---|---|---|
| ARCO FACILITY NO. 108 | 3775 VERMONT AVENUE | LOS ANGELES |
| BOB EARLY BRAKES | 2070 SLAUSON AVE W | LOS ANGELES |
| BOB'S BRAKE & TIRE SERVICE | 3902 SLAUSON AVE W | VIEW PARK-WINDSOR HILLS |
| BOYD PETERSON | 3833 CRENSHAW BLVD | CRENSHAW |
| CHESTERFIELD SQUARE | 1816 W SLAUSON AVE | LOS ANGELES |
| CHEVRON #9-2748 | 3405 ARLINGTON AVE S | JEFFERSON PARK |
| CHEVRON #9-7757 | 4004 VERMONT AVE S | LOS ANGELES |
| CRENSHAW CAR WASH | 3518 CRENSHAW BLVD | LOS ANGELES |
| DR. PICKETT'S PROPERTY | 1885 SLAUSON AVE. W | LOS ANGELES |
| DUDLEYS FRIENDLY AUTO REPAIR | 6556 WESTERN AVE S | LOS ANGELES |
| FIRESTONE/ROD DAVIS PROPERTY | 5300 CRENSHAW BLVD | HYDE PARK |
| FORMER CRENSHAW COLLISION CENTER | 6530 CRENSHAW BLVD. E. | LOS ANGELES |
| FOUNDATION FOR THE JR. BLIND | 5300 ANGELES VISTA BLVD | WINDSOR HILLS |
| GOOD HUMOR-BRYERS ICE CREAM | 1900 SLAUSON AVE W | LOS ANGELES |
| JAMES LEE SERVICE CENTER | 3950 MARTIN LUTHER KING BL. | LOS ANGELES |
| JOHN D JONES SHOPPING CENTER | 4501 MARTIN LUTHER KING BLVD | LOS ANGELES |
| JOHN'S AUTO CENTER | 4081 MARLTON AVE | LOS ANGELES |
| LA COUNTY FIRE STATION #38 | 3907 W 54TH ST | LOS ANGELES |
| LEE'S ARCO SMOG PROS | 5804 CRENSHAW BLVD | LOS ANGELES |
| LEIMERT AUTO SERVICE | 4376 LEIMERT BLVD. | LOS ANGELES |
| MERCURY O'CONNNOR | 3737 CRENSHAW BLVD | LOS ANGELES |
| MOBIL #11-LVC | 1355 MARTIN LUTHER KING BLVD | LOS ANGELES |
| MOBIL #17-489 | 3950 MARTIN LUTHER KING BLVD W | LOS ANGELES |
| NIK CONSTRUCTION CO. | 4251-4261 S VERMONT AVE | LOS ANGELES |

| | | |
|---|---|---|
| PARK LABREA PROJ (PARCELS A&B) | 6220 Third | LOS ANGELES |
| PIZZA HUT SITE #11-7488 | 1851 SLAUSON AVE. W. | LOS ANGELES |
| SHELL | 5805 CRENSHAW BOULEVARD | LOS ANGELES |
| SHELL | 1010 MARTIN LUTHER KING BLVD | LOS ANGELES |
| SHELL #204-4531-8106 | 4044 MARTIN LUTHER KING BLVD | LOS ANGELES |
| SHELL #204-4539-5401/ SHELL SERVICE STATION | 4404 WESTERN AVE S | LOS ANGELES |
| SHELL SERVICE STATION | 2215 MARTIN LUTHER KING JR. BLVD. W. | LOS ANGELES |
| SHELL SERVICE STATION | 3645 CRENSHAW BLVD. S. | LOS ANGELES |
| SLAUSON GAS & MART | 3708 SLAUSON AVE W | LOS ANGELES |
| SOUTH SEWER MAINT YARD | 2002 SLAUSON AVE W | HYDE PARK |
| SOUTHLAND CORP #20545 | 4343 SLAUSON AVE W | LOS ANGELES |
| SOUTHWEST STREET MAINT YARD | 5860 WILTON PL S | LOS ANGELES |
| THRIFTY #242 | 4200 CRENSHAW BLVD | LOS ANGELES |
| THRIFTY PAYLESS | 5701-5749 CRENSHAW BLVD | LOS ANGELES |
| UNOCAL #3224 | 3555 MARTIN LUTHER KING BLVD | LOS ANGELES |
| VACANT | 1900 SLAUSON AVE W | LOS ANGELES |
| VACANT BUILDING | 5700 S WESTERN AVE | LOS ANGELES |
| VENICE MAINT. YARD | 2000 ABBOT KINNEY BLVD | JEFFERSON PARK |
| VONS/FORMER JERSEYMAID MILK | 1040 SLAUSON AVE W | LOS ANGELES |
| WESTSIDE ARCO NO. 1 | 3412 CRENSHAW BLVD | LOS ANGELES |

- 5 -

Dated: San Francisco, California
      June 7, 2010

/s/ *NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Scott Summy (*pro hac vice*)
Celeste A. Evangelisti (*pro hac vice*)
David T. Ritter (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267

*Attorneys for Plaintiff California-American Water Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of
**PLAINTIFF CALIFORNIA-AMERICAN WATER COMPANY'S PRELIMINARY
DISCLOSURE OF SOURCES OF MTBE CONTAMINATION**
was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it
directly to CM/ECF and LexisNexis File & Serve on the 7th day of June, 2010.


_____*BEVERLY SANTOS*__
BEVERLY SANTOS