UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X           Master File No. 1:00-1898
                                                                                                 MDL NO. 1358 (SAS)
                                                                                                  M21-88

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

---------------------------------------------------------X

**This Document Relates To:**
*City of Riverside v. Atlantic Richfield Company, et al.,* S.D.N.Y. No. 04- Civ. 4969 (SAS)

---------------------------------------------------------X


### PLAINTIFF CITY OF RIVERSIDE'S PRELIMINARY DISCLOSURE OF SOURCES OF MTBE CONTAMINATION

Pursuant to Case Management Order No. 68, Plaintiff City of Riverside hereby makes the following preliminary disclosure of sources of MTBE[1] contamination in Plaintiff's wells. This initial disclosure is made with the following reservations expressly stated:

1. Discovery in this matter is ongoing. Plaintiff may discover that additional stations/facilities are substantial factors in causing MTBE contamination in Plaintiff's wells and Plaintiff reserves the right to supplement or amend this list accordingly.

2. Plaintiff reserves all rights to supplement or amend this disclosure.

3. By making this disclosure, Plaintiff is in no way representing that all of the sources of MTBE in Plaintiff's wells are identified below. There may be orphan plumes emanating from fugitive tanks, surface spills or other unaccounted for sources that are not discoverable based on a reasonable investigation.

4. This disclosure is made upon information reasonably available from publicly available

---

[1] As used herein "MTBE" refers to methyl tertiary butyl ether and its degradation byproducts including tertiary butyl alcohol.

sources.  Plaintiff hereby reserves the right to supplement or amend this disclosure as a result of obtaining additional information as it prepares for trial.

5. Expert discovery has not yet commenced.  Plaintiff hereby reserves the right to supplement or amend this disclosure as a result of the expert discovery process.

6. Expert disclosures are not due yet.  This disclosure is not and is in no way intended to be an expert disclosure.

Subject to and without waiving the limitations and reservations set forth above, Plaintiff hereby responds as follows:

| Site Name[2] | Address | City |
|---|---|---|
| ARCHER -JC LLC | 208 WATERMAN AVE NORTH | SAN BERNARDINO |
| ARCO #5181 | 572 S MOUNT VERNON AVE | SAN BERNARDINO |
| ARCO #5214 | 305 REDLANDS BLVD | SAN BERNARDINO |
| ARCO #5267 | 495 S WATERMAN AVE | SAN BERNARDINO |
| ARCO #6144 | 22895 W WASHINGTON ST | COLTON |
| ARCO #6144 | 1240 WASHINGTON STREET | COLTON |
| ARCO #6227 | 702 W 2ND ST | SAN BERNARDINO |
| ARCO TANK FARM | 2395 RIVERSIDE AVENUE S | COLTON |
| BEAR OIL CO./ FORMER TEXACO | 24913 REDLANDS BLVD | LOMA LINDA |
| BONADIMAN-MCCAIN INC | 280 S. LENA RD | SAN BERNARDINO |
| CA DEPT. OF TRANS GARAGE | 247 W 3RD ST | SAN BERNARDINO |
| CHEVRON #9-2789 | 24910 W REDLANDS BLVD | LOMA LINDA |
| CHEVRON #9-9125 | 1198 S E ST | SAN BERNARDINO |
| CIRCLE K | 2505 S WATERMAN AVE | SAN BERNARDINO |
| CIRCLE K #0498 | 25403 REDLANDS BLVD | LOMA LINDA |

---

[2] Please note that certain locations may have undergone name changes and/or may have been converted to different uses.  These names are provided for convenience and should not be read as a limitation.

| | | |
|---|---|---|
| CRAFTON MOTORS (FORMER) | 25694 REDLANDS BLVD | LOMA LINDA |
| D. A. MITCHELL COMPANY | 24230 BARTON RD | LOMA LINDA |
| EQUILON ENTERPRISES/ SHELL | 1973 TIPPECANOE BLVD | SAN BERNARDINO |
| FOOD N FUEL | 2649 S WATERMAN AVE | SAN BERNARDINO |
| FORMER E-Z SERVE FACILIT Y #100779 | 847 E VALLEY BLVD | COLTON |
| FRANK'S FENCE | 1145 S WATERMAN AVE | SAN BERNARDINO |
| G & M OIL SS #67 | 187 N F ST | SAN BERNARDINO |
| GALLAGHER BEAUTY & BARBER SUPP | 190 S ARROWHEAD AVE | SAN BERNARDINO |
| GAS PLUS | 1266 E ST SOUTH | SAN BERNARDINO |
| GAS STATION (FORMER MUFFLER SHOP) | 108 E 3RD ST | SAN BERNARDINO |
| GENERAL SERVICES AGENCY | 777 E RIALTO AVE | SAN BERNARDINO |
| HOLIDAY OLDSMOBILE | 1388 S E ST | SAN BERNARDINO |
| INLAND BEVERAGE COMPANY | 223 S G ST | SAN BERNARDINO |
| LOMA LINDA OIL COMPANY | 1880 MOUNTAIN VIEW AVE | LOMA LINDA |
| MATLOCK TRANSPORTATION | 550 E CAROLINE ST | SAN BERNARDINO |
| MIDWAY GARAGE | 24732 REDLANDS BLVD | LOMA LINDA |
| MOBIL #18-ARM | 807 MILL ST | SAN BERNARDINO |
| MOBIL #18-HPH | 520 ORANGE SHOW RD | SAN BERNARDINO |
| MONTECITO MORTUARY | 24145 BARTON RD | COLTON |
| MORRISON HOPE, INC. | 205 S ARROWHEAD AVE | SAN BERNARDINO |
| NEVADA INVESTMENT HOLDINGS(ALAMEDA MANAGEMENT #512 | 499 ORANGE SHOW RD | SAN BERNARDINO |
| ONE DAY PAINT & BODY | 288 S E ST | SAN BERNARDINO |
| ORBIT STATIONS INC. | 908 TIPPECANOE AVE | SAN BERNARDINO |
| P AND M STATION #937 | 501 INLAND CENTER DR | SAN BERNARDINO |
| RETAIL DELIVERY SYSTEMS (CORNELL CARTHAGE) | 737 COLLEGE DR | SAN BERNARDINO |
| RIVERSIDE HIGHLAND WATER CO. | 1450 E WASHINGTON ST | COLTON |

- 4 -

| | | |
|---|---|---|
| S AND G ROOFING SUPPLY INC. | 1444 TIPPECANOE AVE | SAN BERNARDINO |
| SAN BERNARDINO CO. VEHICLE SER | 825 E 3RD ST | SAN BERNARDINO |
| SAN BERNARDINO FIRE STN. #10 | 502 S ARROWHEAD AVE | SAN BERNARDINO |
| SAN BERNARDINO WATER DEPT. | 195 N D ST | SAN BERNARDINO |
| SHELL #10359 | 10359 TIPPECANOE AVE | SAN BERNARDINO |
| SHELL #1930 | 1930 S WATERMAN AVE | SAN BERNARDINO |
| SHELL SERVICE STATION | 505 ORANGE SHOW ROAD | SAN BERNARDINO |
| SHELL STATION | 907 MILL STREET WEST | SAN BERNARDINO |
| SHELL STATION | 1930 WATERMAN AVENUE | SAN BERNARDINO |
| SIRION PRINTING INK, CO. | 730 S LUGO AVE | SAN BERNARDINO |
| SOIL TREATMENT, SAN BERNARDINO | TIPPECANOE AVE, NORTH OF SAN BERNARDINO RD., WEST OF RIVERVIEW DRIVE | SAN BERNARDINO |
| SOIL TREATMENT, SAN BERNARDINO | 1880 E. RIVERVIEW DR. | SAN BERNARDINO |
| SOUTHERN CALIFORNIA EDISON CO. | 25770 SAN BERNARDINO AVE | SAN BERNARDINO |
| SOUTHERN CALIFORNIA GAS CO. | 155 S G ST | SAN BERNARDINO |
| SUPPORT SERVICES BUILDING | 1333 TIPPECANOE AVE | SAN BERNARDINO |
| TERMINAL STATIONS, INC. | 2300/23659 STEEL RD | COLTON |
| TEXACO SERVICE STATION | 797 W 2ND ST | SAN BERNARDINO |
| TFI APPLIANCE SERVICE | 941 INLAND CENTER DRIVE | SAN BERNARDINO |
| THRIFTY OIL #345 | 1945 TIPPECANOE AVE | SAN BERNARDINO |
| TOSCO/ 76 STATION #4975 (#30776) | 1950 S WATERMAN AVE | SAN BERNARDINO |

| | | |
|---|---|---|
| TURNER STORAGE | 24779 REDLANDS BLVD | LOMA LINDA |
| U.S. POST OFFICE | 1341 S E ST | SAN BERNARDINO |
| U-HAUL CENTER OF CENTRAL CITY | 110 S D ST | SAN BERNARDINO |
| UNOCAL #2281 | 300 W 3RD ST | SAN BERNARDINO |
| UNOCAL #2417 | 24891 W REDLANDS BLVD | LOMA LINDA |
| UNOCAL #6968 | 187 N F ST | SAN BERNARDINO |
| VALLEY GAS / AUTO REPAIR | 1195 S WATERMAN AVE | SAN BERNARDINO |
| VIKING TIRE | 747 W RIALTO AVE | SAN BERNARDINO |

Dated: San Francisco, California
        June 7, 2010

/s/ *NICHOLAS G. CAMPINS*
VICTOR M. SHER *(pro hac vice)*
NICHOLAS G. CAMPINS *(pro hac vice)*

SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

Scott Summy (*pro hac vice*)
Celeste A. Evangelisti (*pro hac vice*)
David T. Ritter (*pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 523-6267

*Attorneys for Plaintiff City of Riverside*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF CITY OF RIVERSIDE'S PRELIMINARY DISCLOSURE OF SOURCES OF MTBE CONTAMINATION** was served on Liaison Counsel via Electronic Mail, and on all counsel of record by posting it directly to CM/ECF and LexisNexis File & Serve on the 7th day of June, 2010.

      *BEVERLY SANTOS*
      BEVERLY SANTOS