UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

CASE MANAGEMENT ORDER # 74

This Document Relates To:

*City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.*
08 Civ. 06306 (SAS)

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

The Honorable Shira A. Scheindlin

This Case Management Order sets forth the schedule for the completion of fact and expert discovery in *City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.*, No. 08 Civ. 6306 (SAS).

| Date | Item |
| --- | --- |
| November 30, 2010 | Fact discovery closes. |
| December 30, 2010 | Plaintiff will identify subject areas in which it plans to offer expert reports. Plaintiff will identify the experts who will be submitting reports. |
| January 13, 2011 | Plaintiff will serve expert reports. Depositions of plaintiff's experts may commence. |
| January 27, 2011 | Defendants will identify the experts who will be submitting reports. |
| February 10, 2011 | Defendants will serve expert reports. Depositions of defendants' experts may commence. |
| March 10, 2011 | Plaintiff will serve reply expert reports. Depositions of plaintiff's reply experts may commence. |
| April 21, 2011 | Expert discovery is completed. |

DATED: June 15, 2010

SO ORDERED

_____
Shira A. Scheindlin
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the June 15, 2010 letter to Judge Scheindlin and the accompanying proposed Case Management Order for the *City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.*, No. 08 Civ. 6306 (SAS) case was served upon counsel via LexisNexis File & Serve on June 15, 2010.

A true and correct copy of this submittal was provided electronically to mdl1358@weitzlux.com and mdl1358@mwe.com as liaison counsel for plaintiffs and defendants respectively. A courtesy copy was also provided electronically to Evan Eickmeyer (eeickmeyer@toxictorts.org) as counsel for plaintiff City of Merced Redevelopment Agency.

Angie Rigor