UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                       :

IN RE: METHYL TERTIARY BUTYL    :
    ETHER ("MTBE") PRODUCTS        :
    LIABILITY LITIGATION                :      Master File No. 1:00-1898
-------------------------------------------------------- :      MDL 1358 (SAS) (DCF)
                                                       :      M21-88

**This document relates to:**

*Incorporated Village of Mineola, et al.,*
*AGIP, Inc., et al.*, 03 Civ. 10051

*West Hempstead Water District v. AGIP Inc,*
*et al.*, 03 Civ. 10052

*Carle Place Water District v. AGIP Inc. et*
*al.*, 03 Civ. 10053

*Village of Hempstead v. AGIP Inc., et al.*, 03
Civ. 10055

*Westbury Water District v. AGIP Inc. et al,*
03 Civ. 10057

*Town of Southampton v. AGIP, Inc. et al.,*
03 Civ. 10054

*Town of East Hampton v. AGIP, Inc.* et al.,
03 Civ. 10056
-------------------------------------------------------- X

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/10

       The above entitled actions are referred to Magistrate Judge Debra C. Freeman for settlement. A previous Order inadvertently referred other cases for settlement that should not have been referred. The Clerk of Court is directed to remove that Order (Docket Nos. 3112 and 3113).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 15, 2010

- Appearances -

**For Plaintiffs:**

William Dubanevich, Esq.
Napoli Bern Ripka & Associates, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

**For Defendants:**

Debra Rothberg, Esq.
DL Rothberg & Associates, P.C.
1065 Avenue of the Americas
Floor 19
New York, NY 10018
(212) 714-1212