USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**Master File No. 1:00 - 1898**
**MDL 1358**
**M21 - 88**

**This document relates to the following cases:**

*All Cases*

## [PROPOSED] CASE MANAGEMENT ORDER #75

For each case currently pending in MDL 1358, those defendants who remain a party and who owned or leased property with underground storage tanks (USTs) or owned or leased USTs during the relevant time period and in the relevant geographic area at issue (as defined by the Court) shall provide declarations in that case identifying such property and underground storage tanks they owned or leased, and the dates of such ownership or leasing, within the relevant geographic area. If a defendant owns or owned, or leases or leased more than 50 USTs or properties with USTs, such defendant may provide a printout from a database or other electronically available information together with a declaration describing the meaning of the printout. If a defendant would have to review numerous paper files or otherwise has data gaps based on the age of the information, the defendant may seek relief based on burden from the Special Master.

For those cases where the use of "focus sites" has been ordered by the Court, a defendant shall provide a declaration regarding ownership and leasing information for properties and USTs for the focus sites that have been or will be selected in the case.

- 1 -

SO ORDERED:

_____
Shira A. Scheindlin

Dated: June 22 2010
       New York, New York

- 2 -