UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-99

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

**ORDER**

This Document Relates to:

*Orange County Water District v. Unocal Corp., et al.,* Case No. 04 Civ 4968 (SAS)



## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendant G&M Oil Company, Inc. ("G&M") to admit *pro hac vice* Mark S. Adams and Eudeen Chang of Jeffer, Mangels, Butler & Marmaro, LLP, and the request is hereby **GRANTED.**

**IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that

| | |
|---|---|
| Applicants' Names: | Mark S. Adams and Eudeen Chang |
| Firm Name: | Jeffer, Mangels, Butler & Marmaro, LLP |
| Address: | 3 Park Plaza, Suite 1100 |
| City/State/Zip: | Irvine, California  92614 |
| Telephone/Fax: | (949) 623-7200/ (949) 623-7202 |
| Email Addresses: | markadams@jmbm.com; EChang@jmbm.com |

1

7104773v1

are admitted to practice before the Court *pro hac vice* on behalf of G&M in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of the Court.

Dated: June 24, 2010

_____
The Honorable Shira A. Scheindlin
United States District/Magistrate Judge