| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **Master File No. 1:00-1898**<br>**MDL No. 1358 (SAS)**<br>**M21-99** |
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Orange County Water District v. Unocal Corp., et al.,* Case No. 04 Civ 4968 (SAS) | **ORDER** |



## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendant G&M Oil Company, Inc. ("G&M") to admit *pro hac vice* Kenneth A. Ehrlich of Jeffer, Mangels, Butler & Marmaro, LLP, and the request is hereby **GRANTED**.

**IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that

| | |
|---|---|
| Applicants' Names: | Kenneth A. Ehrlich |
| Firm Name: | Jeffer, Mangels, Butler & Marmaro, LLP |
| Address: | 1900 Avenue of the Stars, Seventh Floor |
| City/State/Zip: | Los Angeles, California 90067-4308 |
| Telephone/Fax: | (310) 203-8080/ (310) 203-0567 |
| Email Addresses: | KEhrlich@jmbm.com |

7104810v1

2

are admitted to practice before the Court *pro hac vice* on behalf of G&M in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of the Court.

Dated: June 24, 2010

_____
The Honorable Shira A. Scheindlin
United States District/Magistrate Judge