



MWE OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
IN RE METHYL TERTIARY BUTYL ETHER :
PRODUCTS LIABILITY LITIGATION :
                                    :
------------------------------------ X   Master File No. 1:00-1898
This document relates to:           :   MDL 1358 (SAS), M21-88
                                    :
*County of Suffolk, et al., v. Amerada Hess* :
*Corporation et al.,* 04 CV. 5424   :
------------------------------------ X

### STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs, County of Suffolk and Suffolk County Water Authority and the following Defendants, ExxonMobil Chemical Company, Inc., (individually and f/k/a Mobil Chemical Company); Exxon Mobil Corporation (f/k/a Exxon Corporation and d/b/a Exxon Mobil Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation), ExxonMobil Oil Corporation; and Mobil Corporation (collectively, "Exxon Mobil Corporation") stipulate as follows:

1. The Parties to this Stipulation consent to the dismissal of this action as to Exxon Mobil Corporation only, including all claims and counterclaims, with prejudice.

2. Each Party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Robert J. Gordon
Robin Greenwald (RG 9205)
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
212-558-5500

Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
212-547-5700

*Attorneys for Plaintiffs*

*Attorneys for Exxon Mobil Corporation*

Date: 9/25/08

SO ORDERED:

6/25/10