

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------- X
IN RE METHYL TERTIARY BUTYL ETHER  :
PRODUCTS LIABILITY LITIGATION      :
                                   :
-------------------------------------- X    Master File No. 1:00-1898
This document relates to:          :        MDL 1358 (SAS), M21-88
                                   :
United Water New York Inc. v. Amerada Hess  :
Corporation, et al., 04 CV. 2389   :
-------------------------------------- X
```

### STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiff, United Water New York Inc., and the following Defendants, ExxonMobil
Chemical Company, Inc., (individually and f/k/a Mobil Chemical Company); Exxon Mobil
Corporation (f/k/a Exxon Corporation and d/b/a Exxon Mobil  Refining & Supply Company,
Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation), ExxonMobil Oil Corporation;
and Mobil Corporation (collectively, "Exxon Mobil Corporation") stipulate as follows:

      1.      The Parties to this Stipulation consent to the dismissal of this action as to Exxon

Mobil Corporation only, including all claims and counterclaims, with prejudice.

      2.      Each Party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

_____
Robert J. Gordon
Robin Greenwald (RG 9205)
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
212-558-5500

_____
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
212-547-5700

*Attorneys for Plaintiffs*

*Attorneys for Exxon Mobil Corporation*

Date:__9/25/08_____

SO ORDERED:

_____
6/25/10