UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/10
```



In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL No. 1358 (SAS)

**This Document Relates To:**

*Quincy Community Services District v. Atlantic Richfield Co., et al.*
Case No. 04-CV-4970

*M & P Silver family Partners II v. Amerada Hess Corporation, et al.*
Case No. 04-CV-4975

The Court hereby orders the settlement agreements dated between Defendants Exxon Mobil Corporation (individually and f/k/a Exxon Corporation and d/b/a ExxonMobil Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation) and ExxonMobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) and Plaintiffs in the above-captioned cases be filed under seal as part of Defendants' Good Faith Settlement Motion.

New York, New York
Dated: June 28 2010

SO ORDERED:

The Honorable Shira A. Scheindlin

## PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE

*Quincy Community Services District v. Atlantic Richfield Co., et al.*

*M & P Silver family Partners II v. Amerada Hess Corporation, et al.*

I, Jennifer B. Rodriguez, the undersigned, hereby declare:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. I am employed by Sheppard, Mullin, Richter & Hampton LLP in the City of Los Angeles, State of California. My business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071.

2. On June 28, 2010, I served a copy of the attached document titled:

**[PROPOSED] ORDER FILING DEFENDANTS' SETTLEMENT AGREEMENTS UNDER SEAL** on all parties hereto by:

a.__X___    Posting it directly to the LexisNexis File & Serve website,

www.lexisnexis.com/fileandserve, at approximately 1:20 p.m. Pacific Time

I declare under penalty under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of June, 2010 in Los Angeles, California.

*Jennifer B. Rodriguez*

Jennifer B. Rodriguez