UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

-------------------------------------------------------X

**This Document Relates To:**
*Crescenta Valley Water District v. Mobil Corporation, et al.,* Case No. 07 Civ. 9453 (SAS)

-------------------------------------------------------X

MDL NO. 1358 (SAS)
Master File C.A. No. 1:00-1898

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the firm identified below represents defendants Atlantic Richfield Company and BP Products North America Inc. in the above matter transferred to MDL 1358.  In accordance with JPML Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to these matters:

      Lawrence A. Cox, Esq.
      Arnold & Porter LLP
      777 S. Figueroa Street, 44th Floor
      Los Angeles, California 90017
      Tel: 213-243-4000
      Fax: 213-243-4199

Dated:  July 1, 2010

/s/ Lawrence A. Cox
_____
Lawrence A. Cox (LC2421)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Tel.:  (213) 243-4000
Fax:   (213) 243-4199
Attorneys for Defendants
Atlantic Richfield Company and BP
Products North America Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance on behalf of defendants Atlantic Richfield Company and BP Products North America Inc. has been served on all counsel of record via LexisNexis File & Serve on this 1st day of July, 2010.

/s/ Lawrence A. Cox
Lawrence A. Cox (LC2421)