**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**Master File No. 1:00-1898**
**MDL No. 1358 (SAS)**

---

**This Document Relates To:**

*Quincy Community Services District v. Atlantic*
*Richfield Co., et al.*
Case No. 04-CV-4970

*M & P Silver family Partners II v. Amerada Hess*
*Corporation, et al.*
Case No. 04-CV-4975

---

**EXXONMOBIL'S NOTICE OF MOTION FOR**

**DETERMINATION OF GOOD FAITH SETTLEMENT**

PLEASE TAKE NOTICE that Defendants Exxon Mobil Corporation (individually and

f/k/a Exxon Corporation and d/b/a ExxonMobil Refining & Supply Company, Exxon Chemical

U.S.A., and ExxonMobil Chemical Corporation) and ExxonMobil Oil Corporation (individually

and f/k/a Mobil Oil Corporation) (collectively, "ExxonMobil") hereby move this Court for an

order: (1) determining that the Settlement Agreements between Plaintiffs in the above-captioned

matters and ExxonMobil are good faith settlements under California law; (2) for entry of

judgment under Fed. R. Civ. P. 54(b); and (3) for such other, different, or additional relief that

the Court deems just and proper.  This motion will be heard at the Courthouse located at 500

Pearl Street, New York, New York 10007 on _____, 2010, at _____ a.m./p.m. or

a date and time to be determined by the Court.

W02-WEST:1JUS1\402723468.1                    -1-

ExxonMobil makes this motion on the grounds that the settlements between ExxonMobil and Plaintiffs are reasonable, good faith settlements sufficient to bar claims by joint tortfeasor against ExxonMobil pursuant to California Civil Code Section 877.6(c).  This Motion is based upon the accompanying memorandum of law and authorities cited therein, the Declaration of Jeffrey J. Parker and accompanying exhibits, the Documents Filed Under Seal In Support Of ExxonMobil's Motion For Determination Of Good Faith Settlement, and all of the pleadings, records, and papers on file in this action, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing of this Motion.  The following exhibits are submitted as attachments to the Declaration of Jeffrey J. Parker: (1) this Court's Opinion and Order granting prior settling defendants' motion for good faith settlement determination issued on July 22, 2008; (2) "Memorandum of Law in Support of Settling Defendants' Motion for Determination of Good Faith Settlement" filed in support of prior settling defendants' motion for good faith settlement determination; (3) the Redacted ExxonMobil-Quincy Settlement Agreement; and (4) the Redacted ExxonMobil-Silver Settlement Agreement.

Dated: July 1, 2010

Respectfully submitted,

_____
Jeffrey J. Parker, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 S. Hope Street, 48th Floor
Los Angeles, California 90071
Telephone: (213) 617-5586
FAX: (213) 620-1398

*Counsel for Exxon Mobil Corporation (individually and f/k/a Exxon Corporation and d/b/a ExxonMobil Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation) and ExxonMobil Oil Corporation (individually and f/k/a Mobil Oil Corporation)*