# DL ROTHBERG & ASSOCIATES, P.C.

1065 Avenue of the Americas, Floor 19
New York, New York 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/10

July 6, 2010

**VIA ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312
Kieran_Gostin@nysd.uscourts.gov

    Re:    **Master File No. 1:00-1898 (SAS), MDL No. 1358**
              **Defendants Tartan Oil Corp. and C.P. Service Station Operating Corp.**
              *West Hempstead Water District v. AGIP, Inc. et al.*, 03-cv-10052
              *Village of Hempstead v. AGIP, Inc. et al.*, 03-cv-10055
              *Village of Mineola v. AGIP, Inc. et al.*, 03-cv-10051
              *Carle Place Water District v. AGIP, Inc. et al.*, 03-cv-10053
              *Town of Southampton v. AGIP, Inc. et al.*, 03-cv-10054
              *Town of East Hampton v. AGIP, Inc. et al.*, 03-cv-10056
              Westbury Water District v. AGIP, Inc. et al., 03-cv-10057

Dear Judge Scheindlin:

We are attorneys for defendants Tartan Oil Corp. ("Tartan") and C.P. Service Station Operating Corp. ("CP S/S") (collectively, the "Tartan Defendants"), and we write to request that all deadlines contained in CMO 72 be extended for a period of sixty (60) days. We have conferred with counsel for plaintiff Water Districts, William J. Dubanevich, Esq., and he has consented to an extension of thirty (30) days, but cannot consent to the further extension we have requested.

As we explained to Mr. Dubanevich, Tartan Defendants are seeking a sixty day extension to complete a review of Plaintiffs' recent record production and to thereafter conduct depositions. Tartan Defendants are also hopeful that this additional time will allow the parties to properly evaluate the remaining cases before Your Honor and engage in meaningful settlement discussions with the assistance of Magistrate Judge Freeman.

*All the deadlines in CMO 72 are hereby extended by thirty (30) days in the above-captioned cases.*

Dated: July 6, 2010

SO ORDERED:

Mr. Dubanevich has been very cooperative and we appreciate his consent to the thirty (30) day extension, but for the reasons indicated, we are requesting the Court's consideration in allowing Tartan Defendants the additional time requested for a total of sixty days under CMO 72.

We are available at Your Honor's convenience if the Court wishes to address this matter further via a court or telephone conference.

                                                Respectfully Submitted,

                                                Debra L. Rothberg
                                                Attorneys for the Tartan Defendants

Cc:    William Dubanevich, Esq. by e-mail