UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Incorporated Village of Mineola, et al., AGIP, Inc., et al.*, 03 Civ. 10051

*West Hempstead Water District v. AGIP Inc, et al.*, 03 Civ. 10052

*Carle Place Water District v. AGIP Inc. et al.*, 03 Civ. 10053

*Village of Hempstead v. AGIP Inc., et al.*, 03 Civ. 10055

*Westbury Water District v. AGIP Inc. et al*, 03 Civ. 10057

*Town of Southampton v. AGIP, Inc. et al.*, 03 Civ. 10054

*Town of East Hampton v. AGIP, Inc.* et al., 03 Civ. 10056

Master File No. 1:00-1898
MDL 1358 (SAS) (DCF)
M21-88

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The attached Order of Reference relates to the following cases: *Incorporated Village of Mineola, et al., AGIP, Inc., et al.*, 03 Civ. 10051; *West Hempstead Water District v. AGIP Inc, et al.*, 03 Civ. 10052; *Carle Place Water

*District v. AGIP Inc. et al.*, 03 Civ. 10053; *Village of Hempstead v. AGIP Inc., et al.*, 03 Civ. 10055; *Westbury Water District v. AGIP Inc. et al*, 03 Civ. 10057; *Town of Southampton v. AGIP, Inc. et al.*, 03 Civ. 10054; *Town of East Hampton v. AGIP, Inc.* et al., 03 Civ. 10056.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
July 26, 2010

**- Appearances -**

**For Plaintiffs:**

William Dubanevich, Esq.
Napoli Bern Ripka & Associates, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

**For Defendants:**

Debra Rothberg, Esq.
DL Rothberg & Associates, P.C.
1065 Avenue of the Americas
Floor 19
New York, NY 10018
(212) 714-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

Plaintiff,

-v- See Attached

Defendant.

---------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

MDL No. 1358 (SAS) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [x] Specific Non-Dispositive Motion/Dispute:* All pre-trial discovery disputes

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:________

- [ ] Settlement*
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:________
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:________

All such motions: ________

*Do not check if already referred for general pretrial.

Dated 7/26/10

SO ORDERED: [signature]

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/10