UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This document pertains to:**

*City of New York, et al, v. Amerada Hess, et al.*, No. 04 Civ. 3417

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

### [PROPOSED] ORDER RELIEVING SPECIAL MASTER HEDGES OF CERTAIN PRESERVATION OBLIGATIONS

The Court appointed Ronald J. Hedges as Special Master in an Order dated July 10, 2009, *see In re MTBE Prods. Liab. Litig.*, No. 1:00-CV-1898, Dkt. # 2609 (S.D.N.Y. July 10, 2009) ("Reference Order"). Paragraph 3 of the Reference Order requires Special Master Ronald J. Hedges to preserve all written submissions received from the parties, all written submissions sent to the parties and any transcripts of hearings before him and imposes certain other obligations. Plaintiffs and ExxonMobil defendants negotiated an agreed upon index of such documents and have stipulated that Special Master Ronald J. Hedges may be relieved of such obligations under Paragraph 3 as such obligations relate to the *City of New York, et al, v. Amerada Hess, et al.*, No. 04 Civ. 3417 matter.

Having considered the above stipulation and all other matters deemed to be appropriate by the Court, the Court makes the following orders:

**IT IS HEREBY ORDERED** that Special Master Ronald J. Hedges may be relieved of his obligations under Paragraph 3 of the Reference Order as such obligations relate to the *City of New York, et al, v. Amerada Hess, et al.*, No. 04 Civ. 3417 matter;

**IT IS FURTHER ORDERED** that all other preservation obligations under Paragraph 3 of the Reference Order remain in full force and effect.

**IT IS SO ORDERED.**

Dated: 7/26/10

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT COURT JUDGE