Law Offices of
# MILLER, AXLINE & SAWYER
A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

July 27, 2010

TRACEY L. O'REILLY
TAMARIN E. AUSTIN
EVAN EICKMEYER
DANIEL BOONE
JUSTIN MASSEY

**VIA EMAIL**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1316

USDC SDNY
DOC #:
ELECTRONICALLY FILED
DATE FILED: 7/27/10

*In re: MTBE*, MDL No. 1358; *New Jersey Department of Environmental Protection et al. v. Atlantic Richfield Company, et al*, 08 CIV. 00312 (SAS)
**Focus Sites Selection**

Dear Judge Scheindlin:

Although the New Jersey Department of Environmental Protection did not initially seek an extension of the time to designate focus sites in the above case (and in fact opposed defendants' requested extension), in light of your order granting defendants an extension until August 6, 2010, plaintiffs request an equivalent extension, so that both parties will disclose their focus sites selections on August 6, 2010. To require plaintiffs to disclose their focus sites five days prior to defendants' disclosure would, in our view, give defendants an unfair advantage in the site selection process.

Very truly yours,

Michael Axline
Counsel for Plaintiff

MA/kh

cc: All Counsel via LNF&S

SO ORDERED
Shira Scheindlin
United States District Court

7/27/10