```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/10
```

# DL ROTHBERG & ASSOCIATES, P.C.

1065 Avenue of the Americas, Floor 19
New York, New York 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

JUL 28 2010

July 28, 2010

**VIA FACSIMILE (212) 805-4258**
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **Master File No. 1:00-1898 (SAS), MDL No. 1358**
**Defendants Tartan Oil Corp. and C.P. Service Station Operating Corp.**
*West Hempstead Water District v. AGIP, Inc. et al.*, 03-cv-10052
*Village of Hempstead v. AGIP, Inc. et al.*, 03-cv-10055
*Village of Mineola v. AGIP, Inc. et al.*, 03-cv-10051
*Carle Place Water District v. AGIP, Inc. et al.*, 03-cv-10053
*Town of Southampton v. AGIP, Inc. et al.*, 03-cv-10054
*Town of East Hampton v. AGIP, Inc. et al.*, 03-cv-10056
*Westbury Water District v. AGIP, Inc. et al.*, 03-cv-10057

Dear Magistrate Judge Freeman:

We are attorneys for defendants' Tartan Oil Corp. ("Tartan") and C.P. Service Station Operating Corp. ("CP S/S") (collectively, the "Tartan Defendants") in the above-referenced actions. Pursuant to the court conference call with you of earlier today, all ~~of the~~ /discovery/ deadlines ~~set forth in Case Management Order 72, as amended,~~ are hereby extended by an additional two week period.

Respectfully Submitted,

Debra L. Rothberg
Attorneys for the Tartan Defendants

Cc: William Dubanevich, Esq. via e-mail.

SO ORDERED: DATE: 7/28/10

SO ORDERED

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE