UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE METHYL TERTIARY BUTYL ETHER    :  Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION        :  MDL 1358 (SAS), M21-88
                                                               :
-------------------------------------------------------------- X

**This document relates to:**

*West Hempstead Water District v. AGIP, Inc., et al. 03-CV-10052*
*Village of Hempstead v. AGIP, Inc., et al. 03-CV-10055*
*Carle Place Water District v. AGIP, Inc., et al. 03-CV-10053*
*City of Crystal River v. Amerada Hess, et al. 07-CV-6848*
*City of Inverness v. Amerada Hess, et al. 07-CV-4011*
*Homosassa Water District v. Amerada Hess, et al. 07-CV-4009*
*Incorporated Village of Mineola v. AGIP, Inc., et al. 03-CV-10051*
*Tampa Bay Water District. v. Amerada Hess, et al. 07-CV-4012*
*Town of East Hampton v. AGIP, Inc., et al. 03-CV-10056*
*Town of Southampton v. AGIP, Inc, et al. 03-CV-10054*
*Westbury Water District v. AGIP, Inc, et al. 03-CV-10057*
*Garden City Park Water District v. Amerada Hess, et al. 08-CV-11056*
*City of Glen Cove Water District v. Amerada Hess, et al. 08-CV-9622*
*Greenlawn Water District v. Amerada Hess, et al. 08-CV-9619*
*Town of Huntington/Dix Hills Water District v. Amerada Hess, et al. 08-CV-9620*
*Manhasset-Lakeville Water District v. Amerada Hess, et al. 08-CV-7764*
*Oyster Bay Water District v. Amerada Hess, et al. 08-CV-9994*
*Plainview Water District v. Amerada Hess, et al. 08-CV-9667*
*Town of Riverhead Water District v. Amerada Hess, et al. 08-CV-7766*
*South Huntington Water District v. Amerada Hess, et al. 08-CV-9621*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

-----------------------------------------------------------------------------------

## [PROPOSED] ORDER DETERMINING ENFORCEABILITY OF GENERAL RELEASES

The Court, having considered the representations and assurances given by Plaintiffs, and having considered the joint representations of the Parties as set forth in their Joint Motion for Determination of Enforceability of Release and Indemnity Agreements, and having reviewed the

Releases attached as Exhibits 2-28 thereto, hereby determines and SO ORDERS that each such Release is valid and enforceable as against each Plaintiff who executed it.

SO ORDERED

_____
Hon. Shira A. Scheindlin

Dated: 7/30/10