UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
IN RE METHYL TERTIARY BUTYL ETHER    :    Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION           :    MDL 1358 (SAS), M21-88
                                                             :
------------------------------------------------------------ X

**This document relates to:**

*West Hempstead Water District v. AGIP, Inc., et al. 03-CV-10052*
*Village of Hempstead v. AGIP, Inc., et al. 03-CV-10055*
*Carle Place Water District v. AGIP, Inc., et al. 03-CV-10053*
*City of Crystal River v. Amerada Hess, et al. 07-CV-6848*
*City of Inverness v. Amerada Hess, et al. 07-CV-4011*
*Homosassa Water District v. Amerada Hess, et al. 07-CV-4009*
*Incorporated Village of Mineola v. AGIP, Inc., et al. 03-CV-10051*
*Tampa Bay Water District. v. Amerada Hess, et al. 07-CV-4012*
*Town of East Hampton v. AGIP, Inc., et al. 03-CV-10056*
*Town of Southampton v. AGIP, Inc, et al. 03-CV-10054*
*Westbury Water District v. AGIP, Inc, et al. 03-CV-10057*
*Garden City Park Water District v. Amerada Hess, et al. 08-CV-11056*
*City of Glen Cove Water District v. Amerada Hess, et al. 08-CV-9622*
*Greenlawn Water District v. Amerada Hess, et al. 08-CV-9619*
*Town of Huntington/Dix Hills Water District v. Amerada Hess, et al. 08-CV-9620*
*Manhasset-Lakeville Water District v. Amerada Hess, et al. 08-CV-7764*
*Oyster Bay Water District v. Amerada Hess, et al. 08-CV-9994*
*Plainview Water District v. Amerada Hess, et al. 08-CV-9667*
*Town of Riverhead Water District v. Amerada Hess, et al. 08-CV-7766*
*South Huntington Water District v. Amerada Hess, et al. 08-CV-9621*

--------------------------------------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

**[PROPOSED] ORDER GRANTING JOINT MOTION OF PLAINTIFFS AND EXXON MOBIL CORPORATION FOR PROTECTIVE ORDER PERMITTING FILING UNDER SEAL OF THE PARTIES' JOINT MOTION FOR DETERMINATION OF ENFORCEABILITY OF RELEASE AND INDEMNITY AGREEMENTS AND ATTACHED EXHIBITS**

The Court, having reviewed the Joint Motion of Plaintiffs and Exxon Mobil Corporation

for Determination of Enforceability of Release and Indemnity Agreements, as well as the

exhibits attached thereto, recognizes and acknowledges the confidential nature of the reviewed

settlement documents and herby grants and SO ORDERS the Joint Motion for Protective Order

Permitting Filing Under Seal.

SO ORDERED

Hon. Shira A. Scheindlin

Dated:    7/30/10