UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Incorporated Village of Mineola v. AGIP Inc., et al.*, Case No. 03-CV-10051-SAS<br><br>*West Hempstead Water District v. AGIP Inc., et al.*, Case No. 03-CV-10052-SAS<br><br>*Carle Place Water District v. AGIP Inc., et al.*, Case No. 03-CV-10053-SAS<br><br>*Town of Southampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10054-SAS<br><br>*Village of Hempstead v. AGIP Inc., et al.*, Case No. 03-CV-10055-SAS<br><br>*Town of East Hampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10056-SAS<br><br>*Westbury Water District v. AGIP Inc., et al.*, Case No. 03-CV-10057-SAS<br><br>*Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al.*, Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al.*, Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CV-6848-SAS<br><br>*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-7764-SAS<br><br>*Riverhead Water District v. Amerada Hess* | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

*Corp., et al.*, Case No. 08-CV-7766-SAS

*Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9619-SAS

*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9620-SAS

*South Huntington Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9621-SAS

*City of Glen Cove Water Department v. Amerada Hess Corp., et al.*, Case No. 08-CV-9622-SAS

*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9667-SAS

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9994-SAS

*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-11056-SAS

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendants listed in Attachment A (collectively, "Settling Defendants"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims, with prejudice, against Settling Defendants as set forth in the Plaintiffs' current Complaints. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

<table>
<tr><td>

Dated: August 4, 2010

/s/Paul Napoli
Paul Napoli
NAPOLI BERN RIPKA &
ASSOCIATES
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

</td><td>

Dated: August 4, 2010

/s/Steven Leifer
Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Ave. NW
Washington, DC  20004-2400
(202) 639-7723
sleifer@bakerbotts.com

*Attorneys for Defendants Hess Corporation, Hess Energy, Inc., and on behalf of Settling Defendants*

</td></tr>
</table>

# ATTACHMENT A

Atlantic Richfield Company
ATOFINA Petrochemicals, Inc.
BP Products North America Inc.
Chevron Chemical Company
Chevron Corporation (f/k/a ChevronTexaco Corporation)
Chevron Products Company
Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation), in its own name and on behalf of its operating divisions
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
Coastal Eagle Point Oil Company
Coastal Oil New England, Inc.
Colorado Refining Company
ConocoPhillips Company (incorrectly sued as ConocoPhillips Co. and ConocoPhillips), individually and as successor to Conoco, Inc., Phillips Petroleum Company, Tosco Corporation and d/b/a Phillips 66 Company
El Paso Merchant Energy-Petroleum Company
Equilon Enterprises LLC (d/b/a Shell Oil Products US, and as successor-by-merger to Equiva Services LLC)
Equiva Trading Company
Fina Oil and Chemical Company
Four Star Oil & Gas Company (f/k/a Getty Oil Company)
Getty Petroleum Marketing Inc.
Gulf Oil Limited Partnership
Hess Corporation f/k/a Amerada Hess Corporation
Hess Energy, Inc.
Huntsman Petrochemical LLC f/k/a Huntsman Petrochemical Corporation f/k/a Huntsman Corporation
Lukoil Americas Corp.
LYONDELL CITGO Refining, L.P.
Michigan Reutilization, LLC (successor by merger to TPI Petroleum, Inc.)
Motiva Enterprises LLC (individually and also incorrectly named as f/k/a Star Enterprises LLC)
PDV Midwest Refining, L.L.C.
SABIC Americas, Inc.
Shell Oil Company
Shell Oil Products Company LLC (individually and d/b/a Shell Oil Products Company)
Shell Petroleum Inc.
Shell Trading (US) Company (individually and also incorrectly named as f/k/a Equiva Trading Company)
Star Enterprise
Sunoco, Inc.
Sunoco, Inc. (R&M)
Texaco Inc.
Texas Petrochemicals LP sued herein as Texas Petrochemical

- 5 -

The Premcor Refining Group Inc.
TMR Company (f/k/a Texaco Refining and Marketing, Inc. individually and as successor-by-merger to TRME Company f/k/a Texaco Refining and Marketing (East) Inc.)
TRMI-H LLC (f/k/a TRMI Holdings Inc.)
TOTAL Petrochemicals USA, Inc.
Union Oil Company of California
Unocal Corporation
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining and Marketing Company
Valero Refining - Texas, L.P. (formerly known as Valero Refining Company - Texas and successor in interest to Valero Refining Company)