UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Incorporated Village of Mineola v. AGIP Inc., et al.*, Case No. 03-CV-10051-SAS<br><br>*West Hempstead Water District v. AGIP Inc., et al.*, Case No. 03-CV-10052-SAS<br><br>*Carle Place Water District v. AGIP Inc., et al.*, Case No. 03-CV-10053-SAS<br><br>*Town of Southampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10054-SAS<br><br>*Village of Hempstead v. AGIP Inc., et al.*, Case No. 03-CV-10055-SAS<br><br>*Town of East Hampton, et al. v. AGIP Inc., et al.*, Case No. 03-CV-10056-SAS<br><br>*Westbury Water District v. AGIP Inc., et al.*, Case No. 03-CV-10057-SAS<br><br>*Homosassa Water District v. Amerada Hess Corp., et al.*, Case No. 07-CV-4009-SAS<br><br>*City of Inverness v. Amerada Hess Corp., et al.*, Case No. 07-CV-4011-SAS<br><br>*Tampa Bay Water v. Amerada Hess Corp., et al.*, Case No. 07-CV-4012-SAS<br><br>*City of Crystal River v. Amerada Hess Corp., et al.*, Case No. 07-CV-6848-SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br>Civil Action |

*Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-7764-SAS

*Riverhead Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-7766-SAS

*Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9619-SAS

*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9620-SAS

*South Huntington Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9621-SAS

*City of Glen Cove Water Department v. Amerada Hess Corp., et al.*, Case No. 08-CV-9622-SAS

*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9667-SAS

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9994-SAS

*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-11056-SAS

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Atlantic Richfield Company, ATOFINA Petrochemicals, Inc., BP Products North America Inc., Chevron Chemical Company, Chevron Corporation (f/k/a ChevronTexaco Corporation), Chevron Products Company, Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation), in its own name and on behalf of its operating divisions, CITGO Petroleum

Corporation, CITGO Refining and Chemicals Company L.P., Coastal Eagle Point Oil Company, Coastal Oil New England, Inc., Colorado Refining Company, ConocoPhillips Company (incorrectly sued as ConocoPhillips Co. and ConocoPhillips), individually and as successor to Conoco, Inc., Phillips Petroleum Company, Tosco Corporation and d/b/a Phillips 66 Company, El Paso Merchant Energy-Petroleum Company, Equilon Enterprises LLC (d/b/a Shell Oil Products US, and as successor-by-merger to Equiva Services LLC), Equiva Trading Company, Fina Oil and Chemical Company, Four Star Oil & Gas Company (f/k/a Getty Oil Company), Getty Petroleum Marketing Inc., Gulf Oil Limited Partnership, Hess Corporation f/k/a Amerada Hess Corporation, Hess Energy, Inc., Huntsman Petrochemical LLC f/k/a Huntsman Petrochemical Corporation f/k/a Huntsman Corporation, Lukoil Americas Corp., LYONDELL CITGO Refining, L.P., Michigan Reutilization, LLC (successor by merger to TPI Petroleum, Inc.), Motiva Enterprises LLC (individually and also incorrectly named as f/k/a Star Enterprises LLC), PDV Midwest Refining, L.L.C., SABIC Americas, Inc., Shell Oil Company, Shell Oil Products Company LLC (individually and d/b/a Shell Oil Products Company), Shell Petroleum Inc., Shell Trading (US) Company (individually and also incorrectly named as f/k/a Equiva Trading Company), Star Enterprise, Sunoco, Inc., Sunoco, Inc. (R&M), Texaco Inc., Texas Petrochemicals LP sued herein as Texas Petrochemical, The Premcor Refining Group Inc., TMR Company (f/k/a Texaco Refining and Marketing, Inc. individually and as successor-by-merger to TRME Company f/k/a Texaco Refining and Marketing (East) Inc.), TRMI-H LLC (f/k/a TRMI Holdings Inc.), TOTAL Petrochemicals USA, Inc., Union Oil Company of California, Unocal Corporation, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining - Texas, L.P. (formerly known as Valero Refining Company - Texas and successor in interest to Valero Refining

Company) (collectively, "Settling Defendants"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendants as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

Dated: August 4, 2010

/s/Paul Napoli
Paul Napoli
NAPOLI BERN RIPKA & ASSOCIATES
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
PNapoli@NBRLawFirm.com

*Attorneys for Plaintiffs*

Dated: August 4, 2010

/s/Steven Leifer
Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Ave. NW
Washington, DC  20004-2400
(202) 639-7723
sleifer@bakerbotts.com

*Attorneys for Defendants Hess Corporation, and Hess Energy, Inc., and on behalf of Settling Defendants*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: August __, 2010.