UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

**In re: Methyl Tertiary Butyl Ether ("MTBE")**     :    MDL NO. 1358 (SAS)
**Products Liability Litigation**                          Master File No. 1:00-1898

-------------------------------------------------------------- X

This Document Relates To:               :    **ORDER FOR ADMISSION**
                                                ***PRO HAC VICE* ON WRITTEN**
*Orange County Water District v. Unocal Corp., et*    **MOTION**
*al.,* Case No. 04 Civ. 4968 (SAS)           X

Upon the motion of Christine M. Riley and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | James R. Wakefield |
| Firm Name: | Cummins & White, LLP |
| Address: | 2424 S.E. Bristol Street, Suite 300 |
| City/State/Zip: | Newport Beach, CA 92660 |
| Telephone/Fax: | (949) 852-1800 / (949) 852-8510 FAX |
| Email Address: | jwakefield@cwlawyers.com |

is admitted to practice *pro hac vice* as counsel for Defendant Southern Counties Oil Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

August~~May~~ 5, 2010

_____
United States District/Magistrate Judge

1

|r036|557037.DOC;1|

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2424 S.E. Bristol, Suite 300, Newport Beach, CA 92660-0757.

On May 18, 2010, I served the following document(s) **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** on the interested parties in this action as follows:

(✓) **By E-Mail:** I caused the above-referenced document(s) to be served via LexisNexis File & Serve in MDL No. 1358, and upon Peter J. Sacripanti of McDermott, Will & Emery, LLP and Robin Greenwald of Weitz & Luxenberg, P.C. in their capacity as Liaison counsel in this matter.

Executed on May 18, 2010, at Newport Beach, California.

(✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

*Christine G. Anderson*
Christine G. Anderson

2

|r036|557037.DOC;1|