UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------X

**This document relates to:**

Quincy Community Services District v. Atlantic,
Richfield Company, et al.,
04 Civ. 4970

M & P Silver family Partners II v. Amerada Hess
Corporation, et al.,
04 Civ. 4975
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/5/10

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**

**RULE 54(b) JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having

come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on July

30, 2010, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ.

54(b), directing entry of judgment on the issue of the determination that the Settlement Agreements

are good faith settlements under California law and that ExxonMobil is protected from joint tortfeasor

claims as set forth in the Order dated July 30, 2010, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated July 30, 2010, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b),

judgment is entered on the issue of the determination that the Settlement Agreements are good faith

settlements under California law and that ExxonMobil is protected from joint tortfeasor claims as set

forth in the Order dated July 30, 2010.

**Dated:**  New York, New York
            August 5, 2010

**RUBY J. KRAJICK**

Clerk of Court

BY: _____
              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____