**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")    Master File No. 1:00-1898
Products Liability Litigation                                  MDL 1358 (SAS)
                                                                           M21-88
---------------------------------------------------------------------- x    ECF Case

**This document relates to the following case:**

*City of New York, et al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

---------------------------------------------------------------------- x

**DECLARATION OF MARNIE E. RIDDLE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S POST-TRIAL QUESTIONS**

Marnie E. Riddle, an attorney duly admitted *pro hac vice* by this Court, hereby declares under penalty of perjury:

1. I am an attorney at Sher Leff LLP in San Francisco, California, counsel for the City of New York Plaintiffs in the above-captioned matter. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently testify thereto under oath.

2. Attached as Exhibit 1 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated August 4, 2009, August 5, 2009, August 6, 2009, and August 7, 2009.

3. Attached as Exhibit 2 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated August 12, 2009, August 13, 2009, and August 14, 2009.

4. Attached as Exhibit 3 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated August 17, 2009, August 18, 2009, August 19, 2009, August 20, 2009, and August 21, 2009.

5. Attached as Exhibit 4 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated August 27, 2009.

6. Attached as Exhibit 5 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated September 2, 2009, September 24, 2009, and September 30, 2009.

7. Attached as Exhibit 6 is a true and correct copy of relevant pages of the transcript of Trial Proceedings in this matter dated October 1, 2009 and October 7, 2009.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Trial Exhibit PL-164, which was entered into evidence on August 6, 2009.

9. Attached as Exhibit 8 is a true and correct copy of Plaintiff's Trial Exhibit PL-147, which was entered into evidence on August 7, 2009.

10. Attached as Exhibit 9 is a true and correct copy of Plaintiff's Trial Exhibit PL-14855, which was entered into evidence on August 19, 2009.

11. Attached as Exhibit 10 is a true and correct copy of Plaintiff's Trial Exhibit PL-1682, which was entered into evidence on August 19, 2009.

12. Attached as Exhibit 11 is a true and correct copy of Plaintiff's Trial Exhibit PL-1680, which was entered into evidence on August 19, 2009.

13. Attached as Exhibit 12 is a true and correct copy of Plaintiff's Trial Exhibit PL-23233, which was entered into evidence on August 19, 2009.

14. Attached as Exhibit 13 is a true and correct copy of Plaintiff's Trial Exhibit PL-14844A, which was entered into evidence on August 19, 2009.

15. Attached as Exhibit 14 is a true and correct copy of Plaintiff's Trial Exhibit PL-14862, which was entered into evidence on August 20, 2009.

Executed: this the 15th day of August, 2010    /s/ *MARNIE E. RIDDLE*
MARNIE E. RIDDLE *(pro hac vice)*
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorney for Plaintiffs City of New York, New York Municipal Water Finance Authority, and New York City Water Board*