# EXHIBIT 2

# In The Matter Of:

## *THE CITY OF NEW YORK, ET AL v. EXXON MOBIL CORPORATION, ET AL*

*VOLUME 8*
*August 12, 2009*

*TRIAL*
*SOUTHERN DISTRICT REPORTERS*
*500 PEARL STREET*
*NEW YORK., NY 10007*
*212-805-0300*

Original File 98CFCITF.txt, Pages 1040-1163 (124)

**Word Index included with this Min-U-Script®**

Page 1116

[1] A. When I say an underground storage tank system, I'm talking
[2] about the complete system. So that would be the underground
[3] tank. Typically also includes several pipes attached to the
[4] top of the tank, it includes a pumping system for moving the
[5] fuel out of the tank, the piping system to carry the fuel out
[6] of the tank to a dispenser where folks can dispense or buy the
[7] fuel and put it into a vehicle. So all of those components
[8] together form an underground storage tank system.
[9] Q. We're going to talk about various pieces of the system as
[10] we go along.
[11] 　　Aren't the operators of gas stations, don't they have
[12] a motivation to discover and cure any leaks from a system?
[13] A. Certainly gasoline is an expensive commodity these days and
[14] people want to keep track of it. And if it's a large leak in a
[15] short period of time, then, yeah, they will pay attention or
[16] have it brought to their attention that they have a release.
[17] But if it's a much smaller volume release, and it's happening a
[18] little bit at a time, it's very difficult to detect and very,
[19] very difficult to notice. If you're selling several thousands
[20] of gallons of gasoline a day, and you're losing a gallon or
[21] less, that's like a fraction of a percent. It's very difficult
[22] to notice that. If you had a $50 dollar bill in your wallet
[23] and you lost that, you would probably notice, but if you lose a
[24] penny out of your pocket, not too many people would notice that
[25] that penny was missing.

Page 1117

[1] Q. So is there a way that you're able to characterize for the
[2] jury to understand how much leaks from gas stations?
[3] A. I'm not sure I understand the question.
[4] Q. Well, if individual incidents are typically small, how is
[5] the jury to understand over time how much is lost from a gas
[6] station?
[7] A. Well, because the sum total of the releases over fairly
[8] lengthy periods of time can add up to a significant quantity, a
[9] significant mass of gasoline can be lost if the release
[10] continues to occur on a daily basis.
[11] Q. You mentioned earlier that a short-term sudden or over a
[12] few days loss of a substantial amount of gasoline would show up
[13] in the cash register. Those are my words, not yours. Why if
[14] the volume of gasoline that's lost is the same doesn't it show
[15] up in the cash register the same if it's over time?
[16] A. Well, because over time the amount of money going through
[17] the cash register is quite large, all right? But the amount of
[18] money that's lost on a daily basis might be a very small
[19] fraction of that, all right? Again, going back to the penny,
[20] if you lose a penny out of your pocket, it's probably not going
[21] to make a big hole in your bank account. Even if you lose a
[22] penny a day, it's probably still not going to show up in your
[23] bank account.
[24] Q. You referred to a gas station selling a thousand gallons a
[25] day. Is that a typical number of any kind?

Page 1118

[1] A. I think that would probably be on the low end of a station
[2] that's operating today. Typically you would be selling a
[3] thousand to several thousand gallons a day.
[4] Q. So in your experience how much damage can small releases,
[5] depending on the equivalent do?
[6] A. It depends what's in the gasoline. In the days before the
[7] 1980's when there was not MTBE in the gasoline, those small
[8] leaks were a recurring event, as they are now, they didn't
[9] travel very far, they tended to stay relatively close to the
[10] source, the origin of the release. When MTBE was put into the
[11] gasoline in the 1980's, that situation changed very
[12] dramatically, that the MTBE was able to travel much further
[13] from the source and cause much more significant problems.
[14] Q. I want to go back to spend a little bit more time on your
[15] background so the jury can understand where you're coming from
[16] as you talk about these topics.
[17] 　　You mentioned that you have a degree in geology.
[18] Where was that from?
[19] A. The degree in geology was from Williams College,
[20] Williamstown Massachusetts.
[21] Q. Do you have any more advanced degrees?
[22] A. I have a Master's degree in oceanography from University of
[23] Maine.
[24] Q. What does a degree in oceanography have to do with
[25] underground storage tanks?

Page 1119

[1] A. Not a whole lot.
[2] Q. Has the degree in geology been helpful in your work in your
[3] current field?
[4] A. Yes, it has. When I first got into underground storage
[5] tanks, I was hired as a geologist by the State of Maine with a
[6] part of the job description was to investigate underground
[7] storage tank releases.
[8] Q. When was that?
[9] A. That was in January of 1983.
[10] Q. What was that job? How did it relate to underground
[11] storage tanks?
[12] A. The job description had two components. The first part, as
[13] I just said, was to investigate releases from underground
[14] storage tanks. The State of Maine had just begun to be
[15] responsible for groundwater and for petroleum contamination of
[16] groundwater and they were seeing an increase in the number of
[17] incidents that came to their attention. So they wanted
[18] additional staff to deal with that, so that was part of my job
[19] description was to investigate releases.
[20] Q. When you say incidents, what are you talking about?
[21] A. Leaks and spills. Releases.
[22] Q. From a gas station?
[23] A. Typically at gas stations, but it mainly had releases of
[24] things like heating oil.
[25] Q. I think I cut you off. You were saying the other part of

# In The Matter Of:

## THE CITY OF NEW YORK, ET AL v.
## EXXON MOBIL CORPORATION, ET AL

### VOLUME 9
### August 13, 2009

### TRIAL
### SOUTHERN DISTRICT REPORTERS
### 500 PEARL STREET
### NEW YORK., NY 10007
### 212-805-0300

Original File 98D9CITF.txt, Pages 1164-1346 (183)

**Word Index included with this Min-U-Script®**

Page 1332

[1] am I right?
[2] A. I don't believe that was my opinion, that's correct. It
[3] does not automatically mean that there's a leak.
[4] Q. And what you have to do is look at a trend over time as you
[5] showed the jury, am I correct?
[6] A. You have to look at trends, you have to look at a lot of
[7] things before you can determine that the inventory loss, that
[8] the unaccounted for product in your inventory records is in
[9] fact in the ground and not somewhere else.
[10] Q. And you can have unaccounted for product as much as 1/2 of
[11] 1 percent of how much throughput gasoline you sell through a
[12] gas station, and that doesn't necessarily translate to a leak
[13] or spill going out into the environment, right?
[14] A. You could have greater losses than that, and it wouldn't
[15] necessarily mean that you had product going into the
[16] environment. There are other causes for variances.
[17] Q. Okay. Now, you were also asked questions about timing of
[18] releases, and you were also asked questions about volume, and
[19] with a few minutes left, I'd like to see if I can hit on a few
[20] topics.
[21]     First and foremost, there's one station that you've
[22] identified that you believe you can actually quantify how much
[23] gasoline was released, am I correct?
[24] A. We can estimate, yes.
[25] Q. And that is 84-04 Parsons?

Page 1333

[1] A. That is correct.
[2] Q. With regard to all of the other 99 service stations that
[3] are out there, you didn't look at all, you didn't look at
[4] records for all 99, am I correct?
[5] A. You're referring to the 99 in the capture zone.
[6] Q. In or near the capture zone.
[7] A. In or near the capture zone, I looked at I believe 24
[8] facilities before that, so there are another 75 or thereabouts
[9] that I did not look at.
[10] Q. And the other 75 or so that you did not look at, you have
[11] no evidence one way or the other as to whether there was a leak
[12] or spill at that, except your experience?
[13] A. My experience indicates that if those facilities operated
[14] for any length of time they would have had releases.
[15] Q. And based on the information that you've seen in this case,
[16] or reviewed in this case, are you able to state an opinion to
[17] some reasonable degree of scientific certainty that for those
[18] 75 stations each one of them had a leak or spill greater than
[19] 2,000 gallons of gasoline with MTBE?
[20] A. For an individual facility, I cannot. If we look at an
[21] average over all 100 facilities, I think we can state a minimum
[22] estimate for the amount that might have been released over a
[23] lengthy period of time.
[24] Q. But as to each one of those individual stations, are you
[25] able to state an opinion for the 75 that are out there that you

Page 1334

[1] haven't seen records, can you tell this jury with reasonable
[2] certainty that there actually was a leak or spill of
[3] 2,000 gallons of gasoline with MTBE in it?
[4] A. I can't point to a specific point in time and say there was
[5] a release on this day at this time. That a significant amount
[6] of product was released from each of those sites over a 15-year
[7] time frame, I think I can state an opinion to that effect.
[8] Q. But you have no soil data to show them for those 75
[9] stations that there actually was some contamination of the
[10] soil, am I correct?
[11] A. There was, there's no, there were no soil sample, well, I
[12] have not looked at any soil samples from any of those
[13] facilities.
[14] Q. And from those 75 facilities, you have no monitoring well
[15] data that you can tell this jury there's some MTBE in the
[16] groundwater beneath those stations, am I correct?
[17] A. I have not looked at any monitoring well data from any of
[18] those sites.
[19] Q. And with regard to the remaining stations for which you
[20] actually looked at records, you have 21 of them. Can you tell
[21] the jury based on each one of the station files you reviewed,
[22] that each one of those stations had a release of 2,000 gallons
[23] or more of MTBE with gasoline? Pardon me, gasoline with MTBE?
[24] A. Which 21 are we talking about?
[25] Q. We're talking about, take out 84-04 Parsons. Put that one

Page 1335

[1] aside, we're going to talk about that one tomorrow. With
[2] regard to the other 21 stations that you looked at, can you
[3] state an opinion to a reasonable degree of scientific or
[4] engineering probability that each one of those stations for
[5] which you looked at files had a leak of gasoline with MTBE in
[6] excess of 2,000 gallons?
[7] A. I can't point to a specific date and time that such a
[8] release might have occurred, but over the time when MTBE was
[9] present in the gasoline, I think I can conclude that there was
[10] a substantial volume released over time on average from a
[11] number of different facilities.
[12] Q. And with respect to each one of them, can you tell this
[13] jury as you sit here right now, each one of them based on the
[14] documentation you reviewed, had a spill or leak that resulted
[15] in 2,000 gallons of gasoline with MTBE being released in the
[16] groundwater at that site?
[17] A. Can't point to a specific date or time for a 2,000 gallon
[18] release, but if they were operating for a significant portion
[19] of the time and MTBE was present, then I can state that on an
[20] average there was significant releases of MTBE gasoline from
[21] those sites.
[22] Q. And with regard to timing, as to the stations that you've
[23] looked at, for which you had files, that universal 22, can you
[24] tell the jury in this particular case when gasoline with MTBE
[25] was first released into the environment at any of those

# In The Matter Of:

## THE CITY OF NEW YORK, ET AL v. EXXON MOBIL CORPORATION, ET AL

### August 14, 2009

Original File 98e9citf.txt, Pages 1347-1523 (177)

**Word Index included with this Min-U-Script®**

Page 1387

[1] point, that's correct.
[2] Q. Was there any cleanup, any groundwater cleanup to remove
[3] MTBE at this site based on the records you reviewed?
[4] A. They appear to have been pumping groundwater out of some of
[5] the monitoring wells with a vacuum truck. I don't see any
[6] other activity in the site summary that I would classify as
[7] remedial activity.
[8] Q. Directing your attention to Page 2 of your summary, you
[9] indicate that the maximum concentration of MTBE measured on the
[10] site was 17,000 parts per billion in 2006. Am I correct?
[11] A. February of 2006, that was the level that was measured.
[12] Q. Tell the jury what the amount was measured in 2008 as the
[13] maximum that you noted in your notes?
[14] A. In August of 2008, the level of MTBE in monitoring Well 1
[15] was 6.6 parts per billion.
[16] Q. On the first page of that summary for the Atlas station
[17] which is in the vicinity of Well 6, and so we can see the
[18] different context, can you bring up slide 44, please for the
[19] jury to see that.
[20]     And so we're clear, you actually initialed this, you
[21] prepared this summary, am I correct, your initials are in the
[22] upper-left-hand corner?
[23] A. That's correct.
[24] Q. With regard to that --
[25]     MR. SHER: Your Honor, this is very confusing. This

Page 1388

[1] image on the screen is not what the witness is talking about.
[2]     MR. STACK: I'll go back to the other one. If counsel
[3] objects, that is fine.
[4] A. My initials are on the site summary report I am looking at
[5] in front of me on the stand, not the slide on the screen.
[6] BY MR. STACK:
[7] Q. I apologize. I know you had nothing to do with the slide
[8] on the screen. The last sentence of the summary, you indicate
[9] in your summary MTBE levels decline until they are below 1 part
[10] per billion in August of 2008. Am I correct?
[11] A. That is correct reading of what is in the site summary,
[12] that's correct.
[13] Q. With regard to the 10 parts per billion, that is the
[14] groundwater standard set by the New York --
[15]     MR. SHER: Objection, your Honor. Those standards are
[16] not in issue in this phase of the case. The levels of the --
[17] the implications, the significance of those standards are not
[18] in issue in this phase.
[19]     THE COURT: That is true.
[20]     MR. STACK: We are not talking about health standards;
[21] we are talking about cleanup standards. They are very much a
[22] part of this case.
[23]     THE COURT: You're talking about phase, this phase,
[24] not this case, this phase. You know what this phase is --
[25]     MR. STACK: Understood as to phase, your Honor. I'll

Page 1389

[1] continue on, no problem.
[2]     THE COURT: Okay.
[3] BY MR. STACK:
[4] Q. With regard to this station, can you tell the jury to a
[5] reasonable degree of scientific probability regarding whether
[6] or not there was a release at this station of 2000 gallons of
[7] gasoline with MTBE in groundwater?
[8] A. I can't point to a specific time or specific event. It
[9] indicates there was a release of 2000 gallons at this place,
[10] but overall on average facilities tended to have releases of
[11] gasoline over time, thousands of gallons.
[12] Q. Overall on average, this particular location, the
[13] concentration of MTBE dropped to less than 10 parts per billion
[14] in two years, am I correct, based on your notes?
[15] A. Sorry. I lost the date of the first analysis.
[16] Q. The first analysis is 2006. The second analysis is 2008.
[17]     You observed over the two-year period at this station
[18] the MTBE concentration goes down. Am I correct?
[19] A. That is correct based on the numbers that I saw in the
[20] reports.
[21] Q. That is based on that impact is a result of what you think
[22] is the average of releases that occur in this area from various
[23] pieces of equipment in the station. Am I correct?
[24] A. That would be the -- sorry, the impacts what, the
[25] specifically the 2000?

Page 1390

[1] Q. 2008. In 2008 we go out there and we test the groundwater.
[2] It has 6.6 parts per billion. That is what we see in
[3] groundwater at a site where you can't identify a specific
[4] spill, but they're, in your opinion, on average have been
[5] spills at the surface, leaks from the tanks, that's the
[6] consequence, 6.6 parts per billion?
[7] A. At that point in time.
[8] Q. Now, with regard to the review you did, you also looked at
[9] a BP station? And BP station, if you look at Tab 13, Tab 13
[10] relates to a parts per billion BP station at 165-25 Liberty?
[11] A. Excuse me. My Tab 13 is 162-35 North Conduit.
[12] Q. Then it should be 14. You're absolutely right.
[13]     This BP station is located in the vicinity of Station
[14] 6. Am I correct?
[15] A. I accept your representation on the map. Otherwise, I
[16] really don't have a good feel for where it might be located
[17] except for what you have drawn on the map.
[18] Q. Fair enough. So we're clear, that is Mr. Terry's map of
[19] the stations he reviewed. I don't want you to be misled. That
[20] is not my method, okay?
[21]     With respect to this particular station, you observed
[22] contamination in the subsurface in part of your review and
[23] concluded there was a release of gasoline here of MTBE. Am I
[24] correct?
[25] A. There was gasoline in the groundwater and there was

Page 1451

three Coke cans.

We are talking three Coke cans per facility, so if there are five cans at a facility that is actually being released by a particular tank, that is quite small. The total amount of 2,000 gallons, that sounds like a lot. If you're spreading that out or taking that in chunks over a 15-year period, it is really quite a small release volume.

Q. In your experience, are there many stations that do not experience a release of about three and a half Coke cans on a day?

A. On an average. I don't know that they're releasing exactly that amount on exactly every day, but I think if you look over an extended period of time and look at the amount that may have been released and average it out, that is what it comes down to.

Q. If the station is active with MTBE in the gasoline over a period of 10 years instead of 15 years, is there a way of understanding the magnitude of daily release for an average of 2,000 gallons?

A. If you cut your time interval down from 15 years to 10 years, I think the math ends up being it is about five Coke cans or thereabout per day per facility.

Q. In your experience, are there many facilities that don't experience a loss of five Coke cans a day on average over time?

A. On average over time, I think that would be a very,

Page 1452

probably a very conservative estimate of how much might be released over a significant period of time.

MR. SHER: No further questions.

RECROSS EXAMINATION
BY MR. STACK:

Q. For the purposes of your work in this case, you told Mr. Sher that you have to know in terms of evaluating data at a site the relationship of the well to the source, whether there was remediation and the changes in the water table. Am I correct?

A. I was referring to, if I am going to interpret or try to draw some conclusions from MTBE sample levels or any other contaminant concentration levels, you have to put those numbers in context in order to get a better handle on what they're going to be telling you.

Q. With respect to the work you did in this case, did you undertake to do an analysis to determine where your concentrations of MTBE or other petroleum were in modern wells in relation to equipment?

A. I did not rely -- let me rephrase that -- I looked primarily at soil contamination data. I don't present myself as a hydrogeologist. I don't study which direction the ground water is flowing. I primarily am concerned on where the contaminated soil was found.

For example, if there is lots of contaminated soil

Page 1453

underneath a dispenser, that points to a dispenser release. If there is high concentrations of contamination around a fill pipe, then that points to a delivery spill or that kind of incident. I, generally speaking, don't go below the soil level into the ground water in terms of my analysis.

Q. Sir, you didn't do an analysis of the relationship of where contamination was found in relation to equipment in terms of the ground water and subsurface contamination?

A. In terms of ground water, in terms of where the contaminant goes after it leaves the soil, that is not my expertise.

Q. With regard to remediation, did you take into into account the effects of remediation on the amount of contamination present at the site in the ground water?

A. Take into account in terms -- I'm sorry. I am not clear I understand.

Q. I believe you just answered a question from Mr. Sher, saying that in order to interpret monitoring well data, you would have to know, among other things, whether there was remediation.

Did you evaluate remediation to determine what effect it had on the amount of contamination water?

MR. SHER: Your Honor, the witness just testified that he didn't interpret the monitoring well data for that purpose.

MR. STACK: I am not asking about monitoring well data; I am asking about remediation, which is the second of the

Page 1454

three legs.

THE COURT: Yes.

THE WITNESS: When I answered Mr. Sher's question, I was speaking generally that those are the kinds of things that can influence ground water concentrations of MTBE.

In terms of my analysis, I am not exactly clear on the question. I did not include -- I look at ground water levels or ground water contaminant levels because that is another clue what might have been going on. I didn't factor particular levels into my analysis, if that is the question.

Q. That was not my question. I think my question was pretty clear, but I'll repeat.

In the course of the work you did in this case, did you specifically undertake to do an analysis to determine what effect remediation, cleanup was having on the amount of MTBE observed in ground water?

A. I did not as part of my work in this case attempt to determine -- let me see if I got this right -- how much a remediation, if they removed so many tons of dirt, that that removes so much MTBE from potentially contaminated ground water. Is that the question?

THE COURT: Yes, the effect of remediation on the present of MTBE, the effect of remediation on the presence of MTBE.

THE WITNESS: I did not take into account the

Page 1499

[1] MR. STACK: I mean the one that's been treated with
[2] putting things on it to show plumes. I don't know where that
[3] came from.
[4] THE COURT: Do you know how the slide was created? He
[5] doesn't mean this slide. Apparently he means the next slide or
[6] two. Do you know who created the slide?
[7] THE WITNESS: The figure came from a book that was
[8] published in 2003. And a part of the book describes the site
[9] and what happened.
[10] THE COURT: Okay. And do you conclude based on your
[11] experience that that slide is a fair and accurate
[12] representation of what occurred?
[13] THE WITNESS: Yes.
[14] THE COURT: Then I'll allow it as a graphic
[15] demonstration only. Okay. Go ahead.
[16] MR. STACK: Thank you, your Honor.
[17] THE COURT: Yes.
[18] THE WITNESS: So in this case the release date was
[19] estimated to be 1985. And these are the conditions in 1999.
[20] It had a gas station here that leaked. And by 1999 we had a
[21] BTEX plume that was 1200 feet long, which is the green right
[22] here.
[23] If we click again, we see the MTBE plume at the same
[24] time, 1999, that is approximately 4500 feet long.
[25] Q. You said earlier that BTEX, the other parts of gasoline,

Page 1500

[1] biodegrades relatively readily. Why is that BTEX plume still
[2] there? Why hasn't it gone from biodegradation?
[3] A. Well even BTEX plumes do not go away immediately. Over
[4] time, we would expect this BTEX plume to gradually shrink. But
[5] in this case, the time scale would be years to decades. But it
[6] varies depending on site conditions.
[7] Q. So for the BTEX to biodegrade, you're talking years to
[8] decades?
[9] A. Yes.
[10] The important thing is, in this case, if the plume is
[11] not continuing to move and contaminates larger volumes of the
[12] aquifer, it's less of a threat. If a plume is long or just
[13] continues to migrate, the likelihood that wells will be
[14] affected increases.
[15] This plume is limited -- they started remedial
[16] measures to pump out the MTBE plume next to this highway, to
[17] prevent it from moving across the highway. So that's one of
[18] the reasons this plume is not longer than 4500 feet.
[19] Q. And then did you also look at a MTBE plume at Vandenberg
[20] Air Force base?
[21] A. Yes.
[22] Q. Before we go to that slide, can you briefly tell us where
[23] it was you got the data?
[24] THE COURT: Where is that in the first place? Where
[25] is that Air Force base?

Page 1501

[1] THE WITNESS: Vandenberg is in California.
[2] THE COURT: Also California.
[3] Q. Before you do that, can you tell us briefly where you got
[4] your information about that site from?
[5] A. From the published literature.
[6] Q. Before we see the slide, is that a fair and accurate
[7] representation of the plume as it's described in the
[8] literature?
[9] A. Yes.
[10] This is another well known plume. It's been
[11] investigated in detail by one of my colleagues at U.C. Davis.
[12] THE COURT: Do you know anything about the release
[13] that resulted in this plume, such as when it occurred and the
[14] quantity that was released.
[15] THE WITNESS: Off the top of my head, I do not.
[16] Here, again, we had both BTEX and MTBE released. The
[17] BTEX plume stayed very locale. And the benzene plume -- the
[18] MTBE plume moved much farther.
[19] THE COURT: Put you can't date this? You don't know
[20] when this is as of?
[21] THE WITNESS: They were both being released at the
[22] same time. In fact, the benzene.
[23] THE COURT: You don't know when that release date was
[24] at all?
[25] THE WITNESS: Not specifically. This was discovered

Page 1502

[1] after the release had occurred, so.
[2] THE COURT: You don't know the lifetime? It could
[3] have been a year after, a week after, ten years after? You
[4] don't know the relationship between the release and this
[5] movement?
[6] THE WITNESS: The leak was discovered in 1994.
[7] THE COURT: It was discovered in '94. And this
[8] graphic would be as of when? Because I see something -- it has
[9] to be after '02 because it says aerobic in situ biobarrier
[10] installed in '02.
[11] THE WITNESS: By 1997, the plume was 700 feet long.
[12] So this was in the neighborhood of 1997. Because the plume is
[13] 1800 feet long here.
[14] So it was discovered in 1994. I don't know how big
[15] the plume was in 1994. Chances are most people -- nobody knows
[16] because they have to drill wells into the plume to define what
[17] it is at that point in time.
[18] THE COURT: So you don't know how it got here. You
[19] don't know what the release was.
[20] THE WITNESS: It was leaked from a leaking fuel tank.
[21] Again, you have BTEX which has been around longer than
[22] MTBE. The important point is the BTEX plume is shorter than
[23] the MTBE plume, which just highlights the fact that MTBE is
[24] more mobile and can contaminate larger volumes of groundwater
[25] than can BTEX.

Page 1503

[1]    THE COURT: Mr. Stack.
[2]    MR. STACK: Your Honor, so long as it's understood
[3] that these are illustrative and only for illustrative purposes.
[4] I'll clear it up on cross-examination.
[5]    THE COURT: Obviously, it's only for demonstrative
[6] purposes. Okay.
[7]    Q. Closer to New York City, did you look at a plume in Deer
[8] Park, New York on Long Island?
[9]    A. Yes.
[10]    THE COURT: When you said did you look at a plume,
[11] what do you mean by that? Did you look at literature? Did you
[12] look at the site? What did you look at?
[13]    Q. Did you review literature relating to a plume in Deer Park,
[14] New York?
[15]    A. Yes. So, here's a depiction of BTEX in MTBE plumes in Deer
[16] Park, New York, 2001. The leak from the gas station occurred
[17] there. The release date is before 1990. How much before is
[18] not known.
[19]    The BTEX plume is about a thousand feet long, which is
[20] long for BTEX. And then the MTBE plume in this case is more
[21] than 7,000 feet long.
[22]    MR. STACK: Your Honor, can we have some foundation as
[23] to the amount, the duration?
[24]    THE COURT: If he knows. The same questions as I
[25] asked before about the California plume. What do we know about

Page 1504

[1] the size of the release? Was it one release or a continuous
[2] release? What can you tell us in terms of that -- those kinds
[3] of questions?
[4]    THE WITNESS: I don't have that information.
[5]    MR. STACK: Your Honor, I would ask then it be taken
[6] down. If we're talking about something the witness has no
[7] foundation, I'd ask that it be taken down.
[8]    THE COURT: Right. You can do it again on Monday if
[9] he reviews the literature that he says he reviewed.
[10]    MR. STACK: Yes, your Honor.
[11]    THE COURT: Okay. So the Deer Park one for now is
[12] out.
[13]    MR. STACK: There's another one coming up too, your
[14] Honor, the same foundation issues. Can't describe what
[15] happened and when. I don't want it up on the screen.
[16]    THE COURT: If he can't describe the literature that
[17] supports it, then we'll wait until Monday on that.
[18]    THE WITNESS: Okay.
[19]    THE COURT: I don't know what the next one was going
[20] to be, whether you're ready to talk about it.
[21]    THE WITNESS: I have information on the next one.
[22]    THE COURT: Okay.
[23]    Q. Just more generally about this information about the
[24] plumes, when hydrogeologists study plumes of contamination do
[25] they always or do they usually have all this information about

Page 1505

[1] when the release occurred, how much it was, how it got there,
[2] and where exactly the plume was and when? What are the limits
[3] to the knowledge that you have when you study this?
[4]    MR. STACK: Objection. Compound.
[5]    THE COURT: It's sure compound. Nonetheless, it would
[6] speed things along if we just let him answer.
[7] What are the parameters that the scientist usually is
[8] able to know about a plume.
[9]    THE WITNESS: Typically the total volume of release is
[10] unknown. It can be estimated within limits. And also the
[11] exact timing of the release. Because it happened in the past,
[12] and groundwater contamination is usually discovered after the
[13] fact, the exact timing of the release can usually only be
[14] approximated.
[15]    Q. And the fact that you don't know everything about how a
[16] spill happened, does that mean that the study of it is somehow
[17] invalid or unreliable?
[18]    A. Certainly not.
[19]    Q. Why?
[20]    A. Well in this case the point is that we have many, many
[21] observations that MTBE moved farther than BTEX. And these
[22] plume length studies illustrate that.
[23]    Q. And turning to the next one, before I put the slide up,
[24] where is the next one that we're going to look at?
[25]    A. The next one is at Hyde Park on Long Island, New York.

Page 1506

[1]    Q. What did you review, what sources of data did you review to
[2] get your information on this?
[3]    A. We have site investigation files and we have data from the
[4] New York DEC, New York Department of Environmental
[5] Conservation, on what is known by the state about the release
[6] and when the release was detected and the concentrations in
[7] groundwater.
[8]    Q. Can you please give us those details.
[9]    A. This plume -- the site investigation started in 2001. That
[10] means the plume was discovered 2001 or before.
[11]    The estimated plume volume is more than 15,000 pounds
[12] of MTBE, TBA, and the other compounds were released.
[13]    They had 8 to 9 feet of floating gasoline product on
[14] the water table. When gasoline is released, its tends to float
[15] on the water table and then dissolve into the groundwater.
[16]    MR. STACK: Your Honor, is the witness looking at
[17] notes?
[18]    THE COURT: It looks like he is. What are you looking
[19] at?
[20]    THE WITNESS: I have notes on statistics on this site.
[21]    THE COURT: When did you prepare these notes?
[22]    THE WITNESS: Earlier in the week.
[23]    THE COURT: Did it yourself?
[24]    THE WITNESS: With my staff, yes.
[25]    MR. STACK: May we have a copy, your Honor?