# EXHIBIT 4

# In The Matter Of:

## THE CITY OF NEW YORK, ET AL v. EXXON MOBIL CORPORATION, ET AL

### VOLUME 19
### August 27, 2009

### TRIAL
### SOUTHERN DISTRICT REPORTERS
### 500 PEARL STREET
### NEW YORK., NY 10007
### 212-805-0300

Original File 98RRCITF.txt, Pages 2715-2882 (168)

**Word Index included with this Min-U-Script®**

THE CITY OF NEW YORK, ET AL. v.
EXXON MOBIL CORPORATION, ET AL.

VOLUME 19
August 27, 2009

Page 2803

[1] adducts, the aqueducts, the bridges, this is kind of like that,
[2] and it forms a bridge between a part of these two strands, and
[3] what happens is when they are supposed to come apart, when your
[4] cells are supposed to replicated in your heart, in your liver,
[5] in your lungs, any other part of your body, they can't do that
[6] accurately. And there are a variety of ways that that can play
[7] out. You can have them simply stuck together and not sending
[8] the messages they need to send, but more often than not you get
[9] breaks in them.
[10]    So, if you were to put these two together, and this is
[11] trying to come apart, you can imagine, well, it's going to come
[12] apart but it's not going to come apart just right, you are
[13] going to have pieces stuck together; and then in the long run,
[14] when it tries to copy accurately, it will copy inaccurately.
[15] And so that's how we get a mutation. The message that it's
[16] supposed to send in this sequence, that this sequence is
[17] supposed to send with these specifically combinations of atoms,
[18] becomes inaccurate.
[19]    And we know DNA adducts are related to cancer. There
[20] have been literally hundreds of studies that show that. And in
[21] fact when they look at tumors they often times see a higher
[22] level of DNA adducts than you would expect. So, we have a
[23] connection here between one type of mutation that MTBE can
[24] cause and cancer.
[25] Q. Based upon your experience, is MTBE in water a particular

Page 2804

[1] concern from a public health and toxicological standpoint?
[2] A. It is definitely more of a concern because it's in water.
[3] And the reason is that we need water throughout the course of
[4] the day. We wake up, we take a shower, we make coffee or make
[5] orange juice, and as you can see from this there are just a
[6] variety of different ways that we rely on water throughout the
[7] day.
[8]    In the area I live in, I'm up from Boston where it's
[9] awfully cold in the winter, we humidify our houses in the
[10] winter and we put a lot of water into the air. When that water
[11] goes into the air it can carry whatever is in the water with
[12] it.
[13]    In addition, MTBE is semivolatile. What that means is
[14] if you were to set a glass of water with MTBE on the counter,
[15] the MTBE would have some ability to move out of that water into
[16] the air independent of the water. So, it has a couple
[17] different ways of getting into the air.
[18]    And if you just look at the variety of different ways
[19] that people have water with them every day, I think that you
[20] can see, you know, we can get bottled water but we can't really
[21] avoid coming into contact with the water, which is why we
[22] protect it in such a determined way.
[23]    Public health is about protection, and some of the
[24] earliest efforts in public health, even going back into Greek
[25] and Roman times, were to protect the water, and that's a major

Page 2805

[1] focus that a lot of us have.
[2]    Some of the things that are very useful to know about
[3] this is if you think of really young children, especially
[4] infants, their skin is incompletely formed, so if you think of
[5] a baby and how soft their skin is, especially a newborn, that's
[6] because the barrier on the surface of the skin is not really
[7] complete, and that barrier often times is what if you set water
[8] on your hand or other part of the body it's going to sit there
[9] on top. That doesn't work well with a newborn or a very young
[10] infant, so they absorb whatever is in that water much more
[11] readily, especially solvents. And MTBE is a solvent which
[12] means it can penetrate things.
[13]    Another aspect of this that I have worked on recently
[14] is, you know, when women are pregnant they are advised to drink
[15] more water. You know, you are going to be putting a lot more
[16] fluid in your body. Your entire water level increases by about
[17] 50 percent by the time you are four or five months pregnant, so
[18] you are supposed to drink eight to 12 cups of water a day. I
[19] looked up recently just to make sure it hadn't changed over the
[20] years, and so some people have a higher intake of water. Kids
[21] who play sports, people that are outside in the summer, you
[22] know, other people tend to drink more water, maybe take more
[23] showers and things like that, so some people have a much higher
[24] exposure than others, but all of us and our pets have water
[25] basically around us.

Page 2806

[1] Q. Are you saying MTBE can enter the body in a number of ways?
[2] A. Yes. We can ingest it in our food, in our juice, water.
[3] We can inhale it when it gets into the air. And when it's on
[4] your skin, we can absorb it.
[5] Q. Dr. Burns, I would like you to take a look at PL-2436 which
[6] is tab 1 in the notebook.
[7] A. Should I open the notebook?
[8] Q. It's up on the screen; it's on the monitor also.
[9] A. All right.
[10] Q. And I will ask you, what is the American Petroleum
[11] Institute?
[12] A. The American Petroleum Institute is an association of
[13] companies involved in the production of petroleum.
[14] Q. Do you come across the American Petroleum Institute in your
[15] work?
[16] A. Yes, I have. Their name appears on a lot of reports and
[17] other things that I have seen over the years.
[18] Q. And here we have a document dated January of 1984. Could
[19] we please go to that page.
[20]    MR. SACRIPANTI: Your Honor, just what is the
[21] relevance?
[22]    THE COURT: I don't know yet, because I don't know
[23] what he wants to show.
[24]    MR. SACRIPANTI: Could we lay a foundation for it?
[25]    THE COURT: Are you going to object to the document

Page 2807

[1] itself?
[2]    MR. CHAPMAN: It's in evidence.
[3]    THE COURT: It's already in evidence?
[4]    MR. CHAPMAN: Yes, it is.
[5]    THE COURT: I don't have a copy of the notebook this
[6] time.
[7]    THE WITNESS: Here.
[8]    THE COURT: No, that's OK. Did you want to give me
[9] one or not?
[10]    THE WITNESS: Sorry. I forgot my glasses, but if the
[11] person in the back of the courtroom that has my purse could
[12] give me my glasses, I would be really grateful.
[13]    I apologize.
[14]    THE COURT: That's OK. Everyone else has been
[15] forgetting their glasses too.
[16]    THE WITNESS: I can kind of make that out.
[17]    THE COURT: In the meantime, since the document is in
[18] evidence, I suppose Mr. Chapman is just going to ask do you
[19] agree with that statement. We have had that question many
[20] times. I don't know if that's the question. Do you agree with
[21] that statement?
[22]    MR. CHAPMAN: I would just like to refer to this
[23] section which is entitled "Hydrocarbons (Gasoline) in
[24] Groundwater," and it refers to MTBE.
[25]    THE COURT: Right. But I mean the question to the

Page 2808

[1] witness, is that going to be: Do you agree with that
[2] statement?
[3]    MR. CHAPMAN: My question is going to be the three
[4] questions which are asked below, from a public health
[5] standpoint were those appropriate questions about MTBE to have
[6] been asked back in 1984?
[7]    THE COURT: OK, I will allow the question.
[8]    MR. SACRIPANTI: I just need a foundation, where the
[9] document came from, what's the purpose of the document.
[10]    THE COURT: It's an API document in evidence. We have
[11] a date. We know who it's from and it's in evidence. That's
[12] enough foundation. The American Petroleum Institute, 1984, and
[13] the question is whether she thinks those were appropriate
[14] questions. I will allow all of that. All right.
[15] Q. It says Dr. Thomas noted that some of the issues that were
[16] being evaluated include, one -- this concerns contaminated
[17] water with MTBE -- whether food can be washed with contaminated
[18] water. Is that an appropriate question to ask from a public
[19] health standpoint back then?
[20] A. Yes.
[21] Q. Is it still an appropriate question?
[22] A. Absolutely.
[23] Q. And, number two, whether such water can be used for
[24] bathing. Was that an appropriate question to ask from a public
[25] health standpoint back in 1984?

Page 2809

[1] A. Yes, it was.
[2] Q. And is it still an appropriate question?
[3] A. It is.
[4] Q. And number three, whether boiling increases or reduces
[5] contaminant concentration, was that an appropriate question to
[6] ask back in 1984 from a public health standpoint?
[7] A. Yes.
[8] Q. And is it still an appropriate question?
[9] A. Yes, it is.
[10] Q. In connection with your work in the toxicology field and in
[11] the public health field, have you reached any conclusions
[12] concerning whether or not MTBE is a carcinogen?
[13] A. Yes, I have.
[14] Q. What are those conclusions?
[15] A. I have concluded, based on a careful review of the science,
[16] that it is an animal carcinogen and that it's a probable human
[17] carcinogen.
[18] Q. Have you reached a conclusion as to whether MTBE is a
[19] mutagen?
[20] A. Yes.
[21] Q. What is that opinion?
[22] A. It is a probable human mutagen.
[23] Q. How do toxicologists and public health officials typically
[24] determine whether a substance may cause cancer?
[25] A. Toxicologists evaluate whether or not something is likely

Page 2810

[1] to cause cancer by doing studies on animals for the most part,
[2] and those studies are lifetime studies, so that we look at what
[3] happens over the full course of an animal's life, and we take
[4] one group of animals and we allow them -- I think it was
[5] already explained these are specially bred animals that the
[6] federal government and scientists in other countries as well
[7] have all agreed are fairly good at representing what can happen
[8] in humans. That's why they're chosen, because we think they
[9] are the most accurate representation of what can happen to us.
[10] Q. What kind of animals are you talking about?
[11] A. They are usually rodents, rats or mice. And we will take
[12] one group of animals and allow them to live without exposure to
[13] whatever it is we are concerned about that we want to study,
[14] and we will take another group of animals and we will put them
[15] in circumstances where they will be exposed to the agent or the
[16] chemical. And sometimes we will do that at different dose
[17] levels, so some will be exposed at 500 units, some will be
[18] exposed to 1,000 units, so we can see what their responses are
[19] at different levels. And usually our interest is in, you know,
[20] what happens when they consume something or when they inhale
[21] something. Those are the most common types of studies that we
[22] do.
[23]    When we get the results, we look at the numbers of
[24] animals at the end of the study -- here we are talking about
[25] cancer -- that have cancer, what organs in their body they have