# EXHIBIT 7



drawings, a revised construction cost estimate, and an implementation schedule. The process finalization memorandum will be used as a basis for updating the conceptual design report under the subsequent design effort.

This memorandum presents an Alternatives Analysis for the following two VOC treatment technologies:

- Granular activated carbon (GAC)
- Air stripping with vapor-phase granular activated carbon for off-gas treatment

Sections ES.1 and ES.2 summarize each technology evaluated under this analysis. Each sub-section presents a concept-level site layout, summary of cost analysis, and advantages and disadvantages.

Section ES.3 presents a summary of findings and recommendations.


## ES.1 GAC ALTERNATIVE



### Components
- Twenty-two 12-foot diameter, vertical (approx. overall height of 16 feet) GAC vessels operated in parallel

### Summary of Cost Analysis

| Capital Costs (2012 Dollars)[1] | O&M Costs (2007 Dollars) | Life Cycle Costs (2007 Dollars) |
|---|---|---|
| $43.3 million | ■ During Time of MTBE Impact (Influent MTBE concentration of 35 μg/L): $2.5 million<br>■ After Time of MTBE Impact (Influent MTBE concentration of 2 μg/L): $0.6 million | $43.0 million |

[1] Capital costs have been estimated in September 2007 dollars and escalated to the mid-point of construction (i.e., July 2012). The capital cost (in 2007 dollars) for the GAC option is $29.1 million and was used in the life cycle analysis.

### Advantages and Disadvantages

| Advantages | Disadvantages |
|---|---|
| ■ Lower initial capital cost<br>■ Lower net present value based on the 20-year life cycle cost analysis<br>■ GAC vessels would be located within a building and would not result in visual impacts on the surrounding community<br>■ Ability to treat a wide range of contaminants at varying concentrations<br>■ Ability to increase flow rate to 15 mgd without additional capital costs | ■ Frequent truck trips for carbon replacement during the time of MTBE impact (1-2 change-outs per week)<br>■ Higher operation and maintenance costs (than for air stripping) during the time of MTBE impact; however, costs would be similar to the air stripping once MTBE subsides<br>■ More intensive VOC monitoring in treated water to detect breakthrough |



## ES.2 AIR STRIPPING ALTERNATIVE



### Components
- Four 12-foot diameter, vertical air stripping towers (60 feet tall) with a design maximum air-to-water ratio of 115:1
- Vapor phase GAC treatment of off-gas consisting of four 12-foot diameter, horizontal vessels (40 feet long)
- Four 35,700 cfm blowers with ductwork

### Summary of Cost Analysis

| Capital Costs (2012 Dollars)[1] | O&M Costs (2007 Dollars) | Life Cycle Costs (2007 Dollars) |
|---|---|---|
| ■ $61.6 million | ■ During Time of MTBE Impact (Influent concentration of 35 µg/L): $1.1 million <br> ■ After Time of MTBE Impact (Influent concentration of 2 µg/L): $0.7 million | ■ $53.3 million |

[1] Capital costs have been estimated in September 2007 dollars and escalated to the mid-point of construction (i.e., July 2012). The capital cost (in 2007 dollars) for the air stripping option is $41.3 million and was used in the life cycle analysis.

### Advantages and Disadvantages

| Advantages | Disadvantages |
|---|---|
| ■ Lower operation and maintenance costs during the time of MTBE impact to the plant <br> ■ Less frequent truck trips for carbon change-outs <br> ■ Ability to treat a wide range of VOCs <br> ■ Ability to increase water flow to approximately 16 mgd total (however, additional capital investment required to increase blower capacity) | ■ Potential noise issues <br> ■ Higher energy usage <br> ■ Highest initial capital cost <br> ■ Highest net present value based on a 20-year life cycle cost analysis <br> ■ Tower heights result in visual related impacts <br> ■ Potential community concern with air discharges |