# EXHIBIT 8

# The City of New York



# Capital Commitment Plan
# Executive Budget
# Fiscal Year 2010



Volume 3
May 2009

Michael R. Bloomberg, Mayor

Office of Management and Budget
Mark Page, Director

NYC2_0124403

Case 1:00-cv-01898-VSB-VF   Document 3150-9   Filed 08/16/10   Page 3 of 4

FY 2010 EXECUTIVE APPROPRIATIONS AND COMMITMENTS                                          PAGE: 1681
WITH FY 2009 PLAN AND FORECAST AND ACTUALS
($ IN THOUSANDS / COMMITMENT TOTALS EXCLUSIVE OF IFA)

| MGN PROJECT AGY ID NO | | | DESCRIPTION | | CITY COST | NC COST | PLAN COMM DATE | CURRENT MILESTONE | MILESTONE START | END |
|---|---|---|---|---|---:|---:|---|---|---|---|
| | | CONS | 004 CONSTRUCTION | | 79,280 | 0 | 06/17 | | | |
| | | CNSP | 005 CONSTRUCTION SUPERVISION | | 9,897 | 0 | 06/17 | | | |
| | | CNSP | 007 CONSTRUCTION SUPERVISION | | 11,922 | 0 | 06/19 | | | |
| 826 CONVEYANC | | | Dependability Study for Water Supply and Demand Reduction | | | | | DEVSCOPE | 07/06 | 06/06 |
| CO#: C | DSGN | | 001 DESIGN | | 5,000 | 0 | 06/10 | | | |
| CO#: C | IFDS | | 600 IFA DESIGN | | 1,000 | 0 | 06/09 | | | |
| CO#: D | IFDS | | 600 IFA DESIGN | | 2,000 | 0 | 06/10 | | | |
| 826 CRO-286 | | | CROSS RIVER AND CROTON FALLS PUMPING STATIONS | | | | | | | |
| | | CONS | 003 CONSTRUCTION | | 55,800 | 0 | 06/10 | | | |
| | | CNSP | 004 CONSTRUCTION SUPERVISION | | 8,000 | 0 | 06/09 | | | |
| | | CONS | 005 CONSTRUCTION | | 28,000 | 0 | 06/11 | | | |
| CO#: B | DSGN | | 006 DESIGN | | 1,200 | 0 | 06/09 | | | |
| | | CONS | 007 CONSTRUCTION | | 1,800 | 0 | 06/09 | | | |
| | | CONS EL | 008 CONSTRUCTION | ELECTRICAL | 2,608 | 0 | 06/09 | | | |
| | | CONS HV | 009 CONSTRUCTION | HVAC | 490 | 0 | 06/09 | | | |
| | | CONS GE | 010 CONSTRUCTION | GENERAL | 14,145 | 0 | 06/09 | | | |
| 826 CRO-329 | | | Reconstruction of 6 Putnam County Bridges | | | | | DEVSCOPE | 05/97 | 08/97 |
| | | IFDS | 600 IFA DESIGN | | 200 | 0 | 06/09 | | | |
| | | IFSP | 601 IFA CONSTRUCTION SUPERVIS | | 200 | 0 | 06/09 | | | |
| 826 DEL-SHFT4 | | | Dependability- Connection from Del Aqueduct to Cat Aqueduct | | | | | | | |
| | | DSGN | 001 DESIGN | | 5,000 | 0 | 06/11 | | | |
| | | CONS | 002 CONSTRUCTION | | 45,000 | 0 | 06/11 | | | |
| | | CNSP | 003 CONSTRUCTION SUPERVISION | | 5,000 | 0 | 06/11 | | | |
| | | IFDS | 600 IFA DESIGN | | 2,000 | 0 | 06/10 | | | |
| 826 DEP-DRA | | | DELAWARE-RONDOUT AQUEDUCT (PARALLEL TUNNEL TO RWBT) | | | | | DEVSCOPE | 09/08 | 08/08 |
| | | DSGN | 001 DESIGN | | 30,500 | 0 | 06/09 | | | |
| | | DSGN | 004 DESIGN | | 148,118 | 0 | 06/14 | | | |
| | | CNSP | 006 CONSTRUCTION SUPERVISION | | 12,805 | 0 | 06/14 | | | |
| | | DSGN | 007 DESIGN | | 84,651 | 0 | 06/15 | | | |
| | | CNSP | 008 CONSTRUCTION SUPERVISION | | 84,651 | 0 | 06/15 | | | |
| | | CONS | 009 CONSTRUCTION | | 5,698 | 0 | 06/15 | | | |
| | | CONS | 012 CONSTRUCTION | | 26,000 | 0 | 06/16 | | | |
| | | CNSP | 013 CONSTRUCTION SUPERVISION | | 100,020 | 0 | 06/17 | | | |
| | | CONS | 014 CONSTRUCTION | | 366,980 | 0 | 06/17 | | | |
| | | CONS | 016 CONSTRUCTION | | 84,949 | 0 | 06/18 | | | |
| | | CONS | 017 CONSTRUCTION | | 96,262 | 0 | 06/19 | | | |
| | | CONS | 018 CONSTRUCTION | | 491,618 | 0 | 06/19 | | | |
| | | IFDS | 600 IFA DESIGN | | 500 | 0 | 06/09 | | | |
| CO#: A | IFDS | | 600 IFA DESIGN | | 5,000 | 0 | 06/10 | | | |
| CO#: B | IFDS | | 600 IFA DESIGN | | 5,000 | 0 | 06/12 | | | |
| CO#: C | IFDS | | 600 IFA DESIGN | | 10,000 | 0 | 06/14 | | | |
| CO#: D | IFDS | | 600 IFA DESIGN | | 10,000 | 0 | 06/16 | | | |
| CO#: E | IFDS | | 600 IFA DESIGN | | 5,000 | 0 | 06/17 | | | |
| | | IFSP | 601 IFA CONSTRUCTION SUPERVIS | | 2,000 | 0 | 06/15 | | | |
| CO#: A | IFSP | | 601 IFA CONSTRUCTION SUPERVIS | | 2,000 | 0 | 06/16 | | | |
| CO#: B | IFSP | | 601 IFA CONSTRUCTION SUPERVIS | | 2,000 | 0 | 06/17 | | | |
| CO#: C | IFSP | | 601 IFA CONSTRUCTION SUPERVIS | | 2,000 | 0 | 06/18 | | | |
| CO#: D | IFSP | | 601 IFA CONSTRUCTION SUPERVIS | | 2,000 | 0 | 06/19 | | | |

FY 2010 EXECUTIVE APPROPRIATIONS AND COMMITMENTS
WITH FY 2009 PLAN AND FORECAST AND ACTUALS
($ IN THOUSANDS / COMMITMENT TOTALS EXCLUSIVE OF IFA)

PAGE: 1682

| MGN PROJECT AGY ID NO | | DESCRIPTION | CITY COST | NC COST | PLAN COMM DATE | CURRENT MILESTONE | MILESTONE START | END |
|---|---|---|---|---|---|---|---|---|
| 826 DESAL | | DESALINATION PILOT TESTING FACILITIES | | | | | | |
| | IFDS | 600 IFA DESIGN | 200 | 0 | 06/09 | | | |
| | IFSP | 601 IFA CONSTRUCTION SUPERVIS | 200 | 0 | 06/09 | | | |
| 826 OGW | | OFFSHORE EXPLORATORY GROUNDWATER WELL | | | | | | |
| | IFDS | 600 IFA DESIGN | 100 | 0 | 06/13 | | | |
| 826 STATION 6 | | WATER TREATMENT PLANT AT STATION 6, QNS | | | | DEVSCOPE | 06/01 | 03/02 |
| | DSGN | 001 DESIGN | 20,900 | 0 | 06/13 | | | |
| | CNSP | 002 CONSTRUCTION SUPERVISION | 13,425 | 0 | 06/14 | | | |
| | CONS | 004 CONSTRUCTION | 125,796 | 0 | 06/15 | | | |
| | IFDS | 600 IFA DESIGN | 3,000 | 0 | 06/11 | | | |
| | IFSP | 601 IFA CONSTRUCTION SUPERVIS | 6,000 | 0 | 06/14 | | | |
| 826 USGS | | USGS Agreements | | | | DEVSCOPE | 06/07 | 09/07 |
| | IFDS | 600 IFA DESIGN | 100 | 0 | 06/09 | | | |
| | IFSP | 601 IFA CONSTRUCTION SUPERVIS | 100 | 0 | 06/09 | | | |

---

BUDGET LINE: W-10    FMS #: 085 205    CITY TUNNEL NO. 3 STAGE 1
AVAILABLE BALANCE AS OF: 02/28/09    $91,005,029.17 (CITY)    $.00 (NON-CITY)
CONTRACT LIABILITY:    $42,202,522.17 (CITY)    $.00 (NON-CITY)
ITD EXPENDITURES:    $1,264,770,504.56 (CITY)    $.00 (NON-CITY)

| | FY 10 | FY 11 | FY 12 | FY 13 | | FY 10 | FY 11 | FY 12 | FY 13 |
|---|---|---|---|---|---|---|---|---|---|
| EXECUTIVE APPROPRIATIONS (C)* | * | 10,512 * | 39,198 * | 81,411 * | COMMITMENT PLAN (C)* | 11,810 * | 74,870 * | 39,198 * | 81,411 * |
| (N)* | * | * | * | * | (N)* | * | * | * | * |

FY 2009

| | JULY | AUG | SEPT | OCT | NOV | DEC | JAN | FEB | MARCH | APRIL | MAY | JUNE | FY 09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAN (C)* | * | * | * | * | * | * | * | * | * | * | * | 1,216 * | 1,216 |
| FORCST(C)* | * | * | * | * | * | * | * | * | * | * | * | 1,216 * | 1,216 |
| ACTUAL(C)* | * | * | * | * | * | * | * | * | * | * | * | * | |
| PLAN (N)* | * | * | * | * | * | * | * | * | * | * | * | * | |
| FORCST(N)* | * | * | * | * | * | * | * | * | * | * | * | * | |
| ACTUAL(N)* | * | * | * | * | * | * | * | * | * | * | * | * | |

| MGN PROJECT AGY ID NO | | DESCRIPTION | | CITY COST | NC COST | PLAN COMM DATE | CURRENT MILESTONE | MILESTONE START | END |
|---|---|---|---|---|---|---|---|---|---|
| 826 C519 | | MODIFICATION OF CHAMBERS AT HILLVIEW | | | | | DEVSCOPE | 05/96 | 02/97 |
| CO#: O | CONS GE 022 | CONSTRUCTION | GENERAL | 144 | 0 | 06/09 | | | |
| CO#: U | CONS GE 022 | CONSTRUCTION | GENERAL | 3 | 0 | 06/09 | | | |
| CO#: V | CONS GE 022 | CONSTRUCTION | GENERAL | 80 | 0 | 06/09 | | | |
| | CONS 024 | CONSTRUCTION | | 81,411 | 0 | 06/13 | | | |
| CO#: R | CONS EL 028 | CONSTRUCTION | ELECTRICAL | 9 | 0 | 06/09 | | | |
| CO#: S | CONS EL 028 | CONSTRUCTION | ELECTRICAL | 21 | 0 | 06/09 | | | |
| | CONS 029 | CONSTRUCTION | | 5,229 | 0 | 06/14 | | | |
| | CNSP 048 | CONSTRUCTION SUPERVISION | | 6,494 | 0 | 06/14 | | | |
| | CONS GE 049 | CONSTRUCTION | GENERAL | 61,730 | 0 | 06/14 | | | |
| | CONS GE 061 | CONSTRUCTION | GENERAL | 125- | 0 | 06/09 | | | |
| | CONS GE 062 | CONSTRUCTION | GENERAL | 53- | 0 | 06/09 | | | |

NYC2_0124404