# EXHIBIT 9



Figure 4
Map of 2004 Input Values Used in Revised Analysis 1
Layer 1

