# EXHIBIT 10

PLAINTIFF'S EXHIBIT PL-1682



NUMERICAL MODEL OUTPUT - ANALYSIS 2 SCENARIOS A, B and C
Combined MTBE Concentration at Station 6 from All Wells
2016 to 2040