# EXHIBIT 11



FIGURE 6

