# EXHIBIT 12

## MTBE Detections in Station 6 Groundwater Wells

| Sample Date | MTBE Result Value | Result Units | Sample Type | Sample Result Code | Pirnie Sample Code | Lab Sample Code |
|---|---|---|---|---|---|---|
| **Well 6** | | | | | | |
| 8/28/2002 | 1 | µg/L | Raw Water | 229858 | 6-08282002-S3 | BQA-L-00000-008490 |
| 9/3/2002 | 2 | µg/L | Raw Water | 229896 | 6-09032002-S3 | BQA-L-00000-008579 |
| 9/5/2002 | 2.3 | µg/L | Raw Water | 229921 | 6-09052002-S3 | BQA-L-00000-008668 |
| 7/1/2004 | 0.51 | µg/L | Raw Water | 50531 | 6 0607-0000-011 | 2407020143 |
| 3/21/2006 | 0.99 | ug/L | Raw Water | 60990 | 0608-0000-011 | 255229-004 |
| 3/28/2006 | 0.69 | ug/L | Raw Water | 60969 | 0608-0000-012 | 255291-004 |
| 4/4/2006 | 0.84 | UGL | Raw Water | 244804 | 0608-0000-013 | 2604050406 |
| 11/9/2006 | 0.78 | ug/L | Raw Water | 70683 | 0608-0000-014 | 214131-001 |
| **Well 6A** | | | | | | |
| 3/4/2002 | 8.9 | µg/L | Raw Water | 229986 | 6A-03042002-S3 | BQA-L-00000-005518 |
| 9/9/2002 | 4.5 | µg/L | Raw Water | 230103 | 6A-09092002-S3 | BQA-L-00000-009547 |
| 9/12/2002 | 4.3 | µg/L | Raw Water | 230134 | 6A-09122002-S3 | BQA-L-00000-009535 |
| 6/29/2004 | 1.3 | µg/L | Raw Water | 47472 | 06A7-0000-011 | 739724 |
| 6/29/2004 | 1.3 | µg/L | Raw Water | 23824 | STA 6A 06A7-0000-011 | 2406300207 |
| **Well 6B** | | | | | | |
| 3/26/2002 | 2 | µg/L | Raw Water | 230376 | 6B-03262002-S3 | BQA-L-00000-005616 |
| 4/4/2002 | 2.5 | µg/L | Raw Water | 230447 | 6B-04042002-S3 | BQA-L-00000-001175 |
| 4/11/2002 | 3.2 | µg/L | Raw Water | 230498 | 6B-04112002-S3 | BQA-L-00000-005962 |
| 4/18/2002 | 3.3 | µg/L | Raw Water | 230552 | 6B-04182002-S3 | BQA-L-00000-006197 |
| 4/25/2002 | 3.8 | µg/L | Raw Water | 230614 | 6B-04252002-S3 | BQA-L-00000-009541 |
| 5/9/2002 | 5.1 | µg/L | Raw Water | 230681 | 6B-05092002-S3 | BQA-L-00000-006353 |
| 5/16/2002 | 5 | µg/L | Raw Water | 230721 | 6B-05162002-S3 | BQA-L-00000-007760 |
| 5/23/2002 | 5.1 | µg/L | Raw Water | 230775 | 6B-05232002-S3 | BQA-L-00000-001589 |
| 5/30/2002 | 5.4 | µg/L | Raw Water | 230826 | 6B-05302002-S3 | BQA-L-00000-001744 |
| 6/6/2002 | 5.4 | µg/L | Raw Water | 230876 | 6B-06062002-S3 | BQA-L-00000-001900 |
| 6/12/2002 | 5.2 | µg/L | Raw Water | 230905 | 6B-06122002-S3 | BQA-L-00000-002052 |
| 6/20/2002 | 5.6 | µg/L | Raw Water | 230943 | 6B-06202002-S3 | BQA-L-00000-007918 |
| 6/27/2002 | 5.3 | µg/L | Raw Water | 230981 | 6B-06272002-s3 | BQA-L-00000-002368 |
| 7/10/2002 | 5.9 | µg/L | Raw Water | 231068 | 6B-07102002-S3 | BQA-L-00000-009554 |
| 7/11/2002 | 5.5 | µg/L | Raw Water | 231088 | 6B-07112002-S3 | BQA-L-00000-009555 |
| 7/17/2002 | 5.8 | µg/L | Raw Water | 231134 | 6B-07172002-S3 | BQA-L-00000-009556 |
| 7/23/2002 | 5.2 | µg/L | Raw Water | 231178 | 6B-07232002-S3 | BQA-L-00000-006576 |
| 7/31/2002 | 5.9 | µg/L | Raw Water | 231217 | 6B-07312002-S3 | BQA-L-00000-006910 |
| 8/1/2002 | 5.9 | µg/L | Raw Water | 231248 | 6B-08012002-S3 | BQA-L-00000-009450 |
| 8/12/2002 | 6.5 | µg/L | Raw Water | 231276 | 6B-08122002-S3 | BQA-L-00000-007590 |
| 8/19/2002 | 5.9 | µg/L | Raw Water | 231306 | 6B-08192002-S3 | BQA-L-00000-008222 |
| 8/20/2002 | 5.9 | µg/L | Raw Water | 231361 | 6B-08202002-S3 | BQA-L-00000-008313 |
| 10/2/2002 | 4.2 | µg/L | Raw Water | 231403 | 6B-10022002-S3 | BQA-L-00000-009537 |
| 10/24/2002 | 3.9 | µg/L | Raw Water | 231447 | 6B-10242002-S3 | BQA-L-00000-009574 |
| 10/30/2002 | 4 | µg/L | Raw Water | 231491 | 6B-10302002-S3 | BQA-L-00000-009559 |
| 11/20/2002 | 3.9 | µg/L | Raw Water | 231574 | 6B-11202002-S3 | BQA-L-00000-009563 |
| 11/25/2002 | 4.1 | µg/L | Raw Water | 231622 | 6B-11252002-S3 | BQA-L-00000-009568 |
| 11/26/2002 | 4.3 | µg/L | Raw Water | 231665 | 6B-11262002-S3 | BQA-L-00000-009582 |
| 12/18/2002 | 4 | µg/L | Raw Water | 231738 | 6B-12182002-S3 | BQA-L-00000-009584 |
| 12/26/2002 | 4.2 | µg/L | Raw Water | 231804 | 6B-12262002-S3 | BQA-L-00000-009594 |
| 1/2/2003 | 4.6 | µg/L | Raw Water | 230181 | 6B-01022003-S3 | BQA-L-00000-009603 |
| 1/9/2003 | 5.5 | µg/L | Raw Water | 230252 | 6B-01092003-S3 | BQA-L-00000-009612 |
| 6/29/2004 | 4.8 | µg/L | Raw Water | 47483 | 06B7-0000-011 | 739725 |
| 6/29/2004 | 4.7 | µg/L | Raw Water | 23827 | STA 6B 06B7-0000-011 | 2406300209 |
| 3/20/2007 | 2.1 | ug/L | Raw Water | 67161 | 06B8-0000-011 | 220-1122-1 |
| 3/20/2007 | 2.6 | UGL | Raw Water | 69501 | 06B8-0000-011 | 2703210469 |
| 3/27/2007 | 2.5 | ug/L | Raw Water | 67348 | 06B8-0000-012 | 220-1213-7 |
| 3/27/2007 | 2.8 | UGL | Raw Water | 67896 | 06B8-0000-012 | 2703280066 |
| 4/3/2007 | 2.4 | ug/L | Raw Water | 69688 | 06B8-0000-013 | 220-1269-1 |
| 4/10/2007 | 2.3 | UGL | Raw Water | 68949 | 06B8-0000-014 | 2704120416 |



PLAINTIFF'S EXHIBIT
PL-23233

### MTBE Detections in Station 6 Groundwater Wells

| Sample Date | MTBE Result Value | Result Units | Sample Type | Sample Result Code | Pirnie Sample Code | Lab Sample Code |
|---|---|---|---|---|---|---|
| **Well 6D** | | | | | | |
| 4/18/2000 | 1.5 | µg/L | Raw Water | 232030 | 6-STA6PILOT-041800 | R2001609 |
| 4/19/2000 | 1.6 | µg/L | Raw Water | 232066 | 6-STA6PILOT-041900 | R2001609 |
| 4/20/2000 | 1.6 | µg/L | Raw Water | 232088 | 6-STA6PILOT-042000 | R2001609 |
| 4/21/2000 | 1.6 | µg/L | Raw Water | 232107 | 6-STA6PILOT-042100 | R2001609 |
| 2/15/2002 | 76 | µg/L | Raw Water | 231904 | 6D-02152002-s3 | BQA-L-00000-000185 |
| 9/17/2002 | 140 | µg/L | Raw Water | 231966 | 6D-09172002-S3 | BQA-L-00000-008786 |
| 9/19/2002 | 140 | µg/L | Raw Water | 231987 | 6D-09192002-S3 | BQA-L-00000-008812 |
| 1/28/2003 | 350 | µg/L | Raw Water | 231865 | 6D-01282003-S3 | BQA-L-00000-009621 |
| 7/1/2004 | 110 | µg/L | Raw Water | 41633 | 06D7-0000-011 | 739729 |
| 7/1/2004 | 118 | µg/L | Raw Water | 49643 | 6D 06D7-0000-011 | 2407020142 |
| 2/7/2007 | 120 | ug/L | Raw Water | 70902 | 06D8-0000-011 | 220-754-1 |
| 2/7/2007 | 126 | UGL | Raw Water | 65193 | 06D8-0000-011 | 2702080181 |
| 2/13/2007 | 98 | ug/L | Raw Water | 64449 | 06D8-0000-012 | 220-811-1 |
| 2/13/2007 | 88 | UGL | Raw Water | 64376 | 06D8-0000-012 | 2702140512 |
| 2/20/2007 | 96 | ug/L | Raw Water | 66001 | 06D8-0000-013 | 220-864-2 |
| 2/20/2007 | 85 | UGL | Raw Water | 66219 | 06D8-0000-013 | 2702210106 |
| 2/28/2007 | 91 | ug/L | Raw Water | 66690 | 06D8-0000-014 | 220-943-1 |
| 2/28/2007 | 77 | UGL | Raw Water | 65343 | 06D8-0000-014 | 2703010124 |
| **Well 33** | | | | | | |
| 4/18/2000 | 0.73 | µg/L | Raw Water | 229788 | 33-STA6PILOT-041800 | R2001609 |
| 4/19/2000 | 1 | µg/L | Raw Water | 229810 | 33-STA6PILOT-041900 | R2001609 |
| 4/20/2000 | 1.6 | µg/L | Raw Water | 229825 | 33-STA6PILOT-042000 | R2001609 |
| 4/21/2000 | 2.1 | µg/L | Raw Water | 229838 | 33-STA6PILOT-042100 | R2001609 |
| 6/28/2004 | 0.63 | µg/L | Raw Water | 41057 | STA 33 3307-0000-011 | 2406290101 |