# EXHIBIT 13

PLAINTIFF'S EXHIBIT
PL-14844A

Legend:
- Station 6 Wells
- Westside Corp. Monitoring Wells
- Reported Gasoline Spill
- Reported Gasoline Spill used in Terry Analysis

Wells labeled on map: S6-001, S6-002, S6-003, S6-004, S6-005, S6-006, S6-007, S6-008, S6-009, S6-010, S6-011, S6-012, S6-013, S6-014, S6-015, S6-016, S6-017, S6-019, S6-020, S6-021, S6-022, S6-023, S6-024, S6-025, S6-026, S6-027, S6-028, S6-030, S6-031

Station 6 Wells: 6, 6A, 6B, 6C, 6D, 33

½ mile bufferzone