# EXHIBIT 14





FIGURE 6



Figure 8
Map of 2008 Model Values for Revised Analysis 2c and Drought Simulations
Layer 1



FIGURE 9