UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS LIABILITY : **ORDER**
LITIGATION :
:
: 00 Civ. 1898 (SAS)
:
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to close the joint motion to dismiss relating to the following cases: *American Distilling and Manufacturing Company v. Amerada Hess Corporation*, *Our Lady of the Rosary Chapel v. Amerada Hess Corporation*, *Town of East Hampton v. Amerada Hess Corporation*, and *United Water Connecticut, Incorporated v. Amerada Hess Corporation* (Docket No. 3106). That motion was resolved by Court Order entered on June 7, 2010 (Docket No. 3108).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 17, 2010

## - Appearances -

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
Tel: (212) 547-5583
Fax: (212) 547-5444