UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X
                                                     :
IN RE: METHYL TERTIARY BUTYL                         :
    ETHER ("MTBE") PRODUCTS                          :
    LIABILITY LITIGATION                             :     Master File No. 1:00-1898
----------------------------------------------------       MDL 1358 (SAS) (DCF)
                                                     :     M21-88
This document relates to:                            :
                                                     :
*Incorporated Village of Mineola, et al.*            :     **ORDER**
*AGIP, Inc. et al.*, 03 Civ. 10051                   :
*West Hempstead Water District v. AGIP Inc.*         :
*et. al.*, 03 Civ. 10052                             :
*Carle Place Water District v. AGIP Inc. et*         :
*al.*, 03 Civ. 10053                                 :
*Village of Hempstead v. AGIP, Inc. et al.*,         :
03 Civ. 10055                                        :
*Westbury Water District v. AGIP Inc. et al.*,       :
03 Civ. 10057                                        :
*Town of Southampton v. AGIP Inc. et al.*,           :
03 Civ. 10054                                        :
*Town of East Hampton v. AGIP Inc. et al.*,          :
03 Civ. 10056                                        :
----------------------------------------------------X



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Upon due consideration of the August 19, 2010 letter motion of Michael B. Gallub, Esq., counsel for third-party defendant Northville Industries Corp. ("Northville"), seeking dismissal of the third-party actions commenced by Tartan Oil Corp. and C.P. Service Station Operating Corp. (the "Tartan defendants") against Northville as untimely in violation of this Court's Orders, or, alternatively, an extension of time for Northville to answer or file a Rule 12 motion with respect to the third-party complaints, and based upon the prior Orders of this Court, it is hereby Ordered that the time in which Northville may answer or file a Rule 12 motion in response to the third-party complaints of the Tartan defendants in actions 03-cv-0051, 03-cv-0053, 03-cv-0055, 03-cv-0057,

and any other above referenced action in which a third-party action was served, is

extended to and including September 24, 2010. If Northville files a Rule 12 motion, the Turton Defendants shall respond by no later than october 15, 2010. Northville shall have until october 25, 2010 to reply.

Dated: New York, N.Y.
       August 19, 2010

SO ORDERED:

Hon. Shira A. Scheindlin
United States District Judge