UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*
Case No. 08-CV-00312

----------------------------------------------- X

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT ROSEMORE INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned case and Defendant Rosemore Inc. ("Rosemore"), hereby request that the Court enter this voluntary dismissal without prejudice of all claims against Rosemore as set forth in Plaintiffs' Third Amended Complaint. Plaintiffs reserve all other rights as against all other defendants.

Dated: August 19, 2010                                     Dated: August 19, 2010

**Plaintiffs**                                             **Rosemore Inc.**

By: /s/ Leonard Z. Kaufmann                                By: /s/ Ben M. Krowicki
    Leonard Z. Kaufmann                     Ben M. Krowicki (BK0640)
       lzk@njlawfirm.com        ben.krowicki@bingham.com
    COHN, LIFLAND, PEARLMAN,                 BINGHAM MCCUTCHEN, LLP
    HERRMANN & KNOPF, LLP                     One State Street
    Park 80 Plaza West One                    Hartford, CT 06103-3178
    Saddle Brook, NJ 07663                    860.240.2700
    201.845.9600

                                                     Evan J. Benanti (EB1202)
                                                        evan.benanti@bingham.com
                                                   BINGHAM MCCUTCHEN LLP
                                                   One Federal Street
                                                   Boston, MA 02110
                                                   617.951.8000

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: ___, 2010.

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that a true copy of the above *Stipulation and Order Dismissing All Claims Against Defendant Rosemore Inc.* was served upon liaison counsel for Plaintiffs via electronic mail and via LexisNexis File and Serve to Plaintiffs' counsel and defense attorneys on the 19th day of August 2010.

/s/ Ben M. Krowicki
Ben M. Krowicki