UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                       :
IN RE:  METHYL TERTIARY BUTYL                          :
    ETHER ("MTBE") PRODUCTS                            :
    LIABILITY LIGITATION                               :       Master File No. 1:00-1898
-------------------------------------------------      :       MDL 1358 (SAS) (DCF)
                                                       :       M21-88
                                                       :
This document relates to:                              :
                                                       :
*Incorporated Village of Mineola, et al.*              :       **CASE MANAGEMENT ORDER**
*AGIP, Inc. et al.,* 03 Civ. 10051                     :           # 76
*West Hempstead Water District v. AGIP Inc.*           :
*et. al.,* 03 Civ. 10052                               :
*Carle Place Water District v. AGIP Inc. et*           :
*al.,* 03 Civ. 10053                                   :
*Village of Hempstead v. AGIP, Inc. et al.,*           :
03 Civ. 10055                                          :
*Westbury Water District v. AGIP Inc. et al.,*         :
03 Civ. 10057                                          :
*Town of Southampton v. AGIP Inc. et al.,*             :
03 Civ. 10054                                          :
*Town of East Hampton v. AGIP Inc. et al.,*            :
03 Civ. 10056                                          :
------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This matter has come before the Court for a Case Management Conference on August 25, 2010. The Tartan Defendants have recently impleaded a new party, Northville Industries Corp. ("Northville"), as a third-party defendant in Actions No. 03-cv-0051, 03-cv-0053, 03-cv-0055 and 03-cv-0057. By Order dated August 19, 2010, this Court extended Northville's time until September 24, 2010 to answer or file a Rule 12 motion with respect to the third-party complaints, and established a briefing schedule for a Rule 12 motion. Northville has indicated its intention to file a Rule 12 motion.

In view of the complexity of this matter and the fact that Northville has only recently been impleaded, the parties have agreed that a new discovery schedule is needed which will afford

Northville, and the other parties, adequate time to complete discovery and properly prepare this matter for trial. Accordingly, on consent of all counsel in these actions, and for good cause shown, this Court hereby establishes the following new discovery schedule in the above actions:

1. Fact discovery is to be completed by February 28, 2011.

2. ~~Plaintiffs shall serve their~~ All expert reports by March 30, 2011. All rebuttal reports April 28, 2011

3. ~~The Tartan defendants shall serve their expert reports in response to plaintiffs' expert reports, and any expert reports with respect to their third-party action, by April 28, 2011.~~

4. ~~Third-party defendant Northville shall serve its~~ All expert depositions by May 28, 2011.

5. ~~Rebuttal expert reports shall be served by June 15, 2011.~~

6. ~~Expert depositions shall be completed by July 29, 2011.~~

7. A further Case Management Conference will be held on York 2011 at 4:30 p.m. to address any pending issues and/or establish a schedule for dispositive motions and such other matters as the Court deems appropriate.

Dated: New York, N.Y.
August 25, 2010

SO ORDERED:

/s/ Shira A. Scheindlin
Hon. Shira A. Scheindlin
United States District Judge