UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
X

In Re:  Methyl Tertiary Butyl Ether (MTBE)
Products Liability Litigation
-------------------------------------------------------
X
This document relates to:
*Machin, et al. v. Taylor Investments LLC, et al.*, No. 06 3243 CW

-------------------------------------------------------
X

MDL 1358 (SAS)



## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of CLAYTON W. KENT,

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant Name: | Clayton W. Kent |
| Firm Name: | Brayton ❖ Purcell LLP |
| Address: | 222 Rush Landing Road |
| City/State/Zip": | Novato, California  94948 |
| Telephone/Fax | (415) 898-1555 / (415) 898-1247 -FAX |
| Email Address: | ckent@braytonlaw.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs Isaiah Machin, et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New  York, New York

September _____2_____, 2010

_____
United States District/Magistrate Judge

C:\Documents and Settings\gostonk\Local Settings\Temp\notesE1EF34\Order For Admission Pro HAC Vice.WPD