UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

------------------------------------------------------- X

This Document Relates to:

------------------------------------------------------- X

CITY OF NEW YORK, *et al.*,

          Plaintiffs,

- against -

EXXON MOBIL CORPORATION, *et al.*,

          Defendants.

------------------------------------------------------- X

**OPINION AND ORDER**

00 Civ. 1898 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/10

04 Civ. 3417 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The Clerk of Court is hereby directed to close the parties' joint motion to amend/correct the judgment (Docket No. 597). It was resolved by stipulation and order entered on April 21, 2010 (Docket No. 600).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             September 13, 2010