UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether (MTBE)     MDL 1358 (SAS)
Products Liability Litigation

This document relates to:
Machin, et al. v. Taylor Investments LLC, et
al., No. 06 3243 CW

----------------------------------------------------X

USDC ...
DOCU...
ELECT...
DOC #:
DATE FILED: 9/13/10

## [PROPOSED] ORDER APPROVING MINORS' COMPROMISE

IT IS HEREBY ORDERED that the application of plaintiffs is granted and the proposed compromise of the action and disposition of the proceeds of the settlement is approved. The gross amount of the settlement in favor of the minor plaintiffs ISAIAH MACHIN, DARON OLIVER, DUMAURIER OLIVER, LUC DENIS, REX REYES, JACAI DENEVEU, CHIOMA-ORJI SIMMS, and RAFAEL COLE-HOWARD is the sum of $ 71,428.57.

IT IS FURTHER ORDERED that defendants shall disburse the proceeds of the settlement approved by this Order in the following manner:

1. **Payment of Fees and Expenses:**

Fees and expenses shall be paid by defendants via check made payable to Brayton❖Purcell LLP for the following items of fees and expenses, which are hereby authorized to be paid out of the proceeds of the settlement:

| | | |
|---|---|---|
| a. | Attorney fees in the total amount of: | $ 17,857.14 |
| b. | Costs and expenses in the total amount of: | $ 6,120.02 |
| | Total allowance of fees and costs: | $ 23,977.16 |

2. **Balance of Settlement Proceeds:**

The balance of the settlement proceeds available for plaintiffs ISAIAH MACHIN, DARON OLIVER, DUMAURIER OLIVER, LUC DENIS, REX REYES, JACAI DENEVEU, CHIOMA-ORJI SIMMS, and RAFAEL COLE-HOWARD after payment of all allowed fees and expenses is $47,451.41. Such sum is to be paid by defendants via check made payable to Brayton❖Purcell LLP Client Trust Account.

Upon receipt of the balance of settlement proceeds from defendants as referenced immediately above, the balance is to be disbursed by Brayton❖Purcell LLP as follows:

a. The sum of $5,931.42, representing each child's share of the settlement proceeds, shall be deposited into an interest earning, blocked account with a bank properly insured under the rules and regulations of the FDIC. Such sums shall remain in said blocked account until such time as each respective minor child reached the age of majority, whereupon said minor child shall be entitled to withdraw all or any portion of the balance held in such account without necessity of a court order, and the account shall no longer be blocked.

A copy of this Order shall be served upon the financial institution responsible for the interest earning, blocked accounts involved herein.

Dated: Sept 10, 2010

UNITED STATES DISTRICT JUDGE