# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/10

September 14, 2010

VIA ELECTRONIC MAIL

The Honorable Shira A. Scheindlin
United States District Judge for the
Southern District of New York
500 Pearl Street — Room 1620
New York, New York 10007

Re:   *In Re MTBE Litigation*, MDL 1358
      Deadline Extension, CMO #64

Dear Judge Scheindlin:

*Plaintiffs' and Defendants' requests for one-week extensions are granted.*

*Dated: September 14, 2010*

SO ORDERED:

[signature]
Shira A. Scheindlin, USDJ

We represent the plaintiffs in the above-referenced litigation and write to request an extension for a specific expert report.

CMO #64 established a deadline of September 15, 2010 for plaintiffs to submit their non-case-specific expert reports. One of plaintiffs' identified experts, Dr. Graham Fogg, suffered a death in his family this past weekend. As a courtesy to him, plaintiffs request a modification to CMO #64 permitting the production of Dr. Fogg's report to the defendants one week later on September 22, 2010. Defendants have no objection to plaintiffs' request if the Order can be further amended to permit the rebuttal report of Elizabeth Anderson to be served on October 22, 2010, a corresponding week later than the date specified in CMO #64.

Plaintiffs accordingly request, with defendants' consent, that the Court amend CMO #64 to permit the disclosure of Graham Fogg's report on September 22, and the disclosure of Elizabeth Anderson's report on October 22, 2010.

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

[signature]
William A. Walsh

cc:   All Counsel of Record