UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS :
LIABILITY LITIGATION :
------------------------------------------------------- :
:
This document relates to: :
:
*City of Merced Redevelopment Agency v.* :
*ExxonMobil Corp., et al.*, 08 Civ. 6306 :
:
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/10

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of Court is directed to remove Sarah S. Normand, Assistant United States Attorney, from the ECF listing for both *City of Merced Redevelopment Agency v. ExxonMobil Corp., et. al*, 08 Civ. 6306, and *In re: MTBE Products Liability Litigation*, 00 Civ. 1898. Counsel for the City of Merced and ExxonMobil shall serve the United States Attorneys Office by mail if any further papers are filed in this matter regarding constitutional issues addressed by the Court's December 8, 2009 Order in *City of Merced*.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         September 21, 2010

1

## -Appearances-

**Counsel For City of Merced Redevelopment Agency:**

Michael Axline, Esq.
Evan Eickmeyer, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825

**Counsel for ExxonMobil:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
Lauren E. Handel, Esq.
McDermott Will & Emery LLP
340 Madioson Avenue
New York, NY 10017

**For the Government:**

Sarah S. Normand
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007