```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/10
```

S/HEINHUNS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In Re: Methyl Tertiary Butyl Ether                    Master File No. 1:00-1898
("MTBE") Products Liability Litigation                MDL No. 1358 (SAS)
------------------------------------------------------------ X   (M21-88)
This Document Relates To:
------------------------------------------------------------ X
*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp. et al.*, 04-CV-1719
*Our Lady of the Rosary Chapel v. Amerada Hess Corp. et al.*, 04-CV-1718
*Town of East Hampton v. Amerada Hess Corp. et al.*, 04-CV-1720
*United Water Connecticut, Inc. v. Amerada Hess Corp. et al.*, 04-CV-1721
*Town of Duxbury v. Amerada Hess Corp. et al.*, 04-CV-1725
*New Jersey American Water Co. v. Amerada Hess Corp. et al.*, 04-CV-1726
*City of Vineland Water-Sewer Utility v. Amerada Hess Corp. et al.*, 05-CV-9070
*Roslyn Water District v. Amerada Hess Corp. et al.*, 04-CV-5422
*County of Nassau v. Amerada Hess Corp., et al.*, 03-CV-9543
*Franklin Square Water District v. Amerada Hess Corp. et al.*, 04-CV-5423
*Hicksville Water District v. Amerada Hess Corp. et al.*, 04-CV-5421
*County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp. et al.*, 04-CV-5424
*Incorporated Village of Sands Point, Inc. v. Amerada Hess Corp. et al.*, 04-CV-3416
*Long Island Water Corp. v. Amerada Hess Corp. et al.*, 04-CV-2068
*Port Washington Water District v. Amerada Hess Corp. et al.*, 04-CV-3415
*Town of Wappinger v. Amerada Hess Corp. et al.*, 04-CV-2388
*United Water New York Inc. v. Amerada Hess Corp. et al.*, 04-CV-2389
*Village of Pawling v. Amerada Hess Corp. et al.*, 04-CV-2390
*Water Authority of Great Neck North v. Amerada Hess Corp. et al.*, 04-CV-1727
*Water Authority of Western Nassau County v. Amerada Hess Corp. et al.*, 03-CV-9544
*Northampton Bucks Co. Municipal Auth. v. Amerada Hess Corp. et al.*, 04-CV-6993
*Greensville County Water and Sewer Authority v. Amerada Hess Corp., et al.*, 05-CV-1310
*Buchanan County School Board v. Amerada Hess Corp., et al.*, 04-CV-3418
*Patrick County School Board v. Amerada Hess Corp., et. al.*, 04-CV-2070
*Town of Hartland v. Amerada Hess Corp. et al.*, 04-CV-2072
*Craftsbury Fire District #2 v. Amerada Hess Corp. et al.*, 04-CV-3419
*Town of Matoaka, WV & Matoaka Water Systems v. Amerada Hess, et al.;* 04-CV-3420
------------------------------------------------------------ X

### STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and Settling Defendant, Getty Properties Corp. f/k/a Getty Petroleum

Corp., (the "Settling Defendant") (collectively the "Parties") have advised the Court that they

have resolved the matter between them and agreed to the entry of this Stipulation and Order of

Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement, Release and Indemnity Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees. AGREED TO AND ACCEPTED BY:

| | |
|---|---|
| _____ 9-14-10 | _____ 9/9/2010 |
| Cary L. McDougal                  Date | Susan M. Dean                  Date |
| Scott Summy | Rawle & Henderson |
| Baron & Budd, P.C. | The Widener Building |
| 3102 Oak Lawn Avenue, Ste. 1100 | One South Penn Square |
| Dallas, TX 75219 | Philadelphia, PA 19107 |
| Telephone: 214-521-3605 | Telephone: 215-575-4296 |
| Facsimile: 214-520-1181 | Facsimile: 215-563-2583 |
| | |
| Robert J. Gordon | *Attorneys for Settling Defendant* |
| Robin L. Greenwald | *Getty Properties Corp. f/k/a Getty* |
| Weitz & Luxenberg, P.C. | *Petroleum Corp.* |
| 180 Maiden Lane, 17th Floor | |
| New York, NY 10038 | |
| Telephone: 212-558-5505 | |
| Facsimile: 212-558-5500 | |

*Attorneys for Plaintiffs*

SO ORDERED:

Dated: ___9/21___, 2010

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
------------------------------------------------------------ X
This Document Relates To:
------------------------------------------------------------ X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

*American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp. et al.*, 04-CV-1719
*Our Lady of the Rosary Chapel v. Amerada Hess Corp. et al.*, 04-CV-1718
*Town of East Hampton v. Amerada Hess Corp. et al.*, 04-CV-1720
*United Water Connecticut, Inc. v. Amerada Hess Corp. et al.*, 04-CV-1721
*Town of Duxbury v. Amerada Hess Corp. et al.*, 04-CV-1725
*New Jersey American Water Co. v. Amerada Hess Corp. et al.*, 04-CV-1726
*City of Vineland Water-Sewer Utility v. Amerada Hess Corp. et al.*, 05-CV-9070
*Roslyn Water District v. Amerada Hess Corp. et al.*, 04-CV-5422
*County of Nassau v. Amerada Hess Corp., et al.*, 03-CV-9543
*Franklin Square Water District v. Amerada Hess Corp. et al.*, 04-CV-5423
*Hicksville Water District v. Amerada Hess Corp. et al.*, 04-CV-5421
*County of Suffolk and Suffolk County Water Authority v. Amerada Hess Corp. et al.*, 04-CV-5424
*Incorporated Village of Sands Point, Inc. v. Amerada Hess Corp. et al.*, 04-CV-3416
*Long Island Water Corp. v. Amerada Hess Corp. et al.*, 04-CV-2068
*Port Washington Water District v. Amerada Hess Corp. et al.*, 04-CV-3415
*Town of Wappinger v. Amerada Hess Corp. et al.*, 04-CV-2388
*United Water New York Inc. v. Amerada Hess Corp. et al.*, 04-CV-2389
*Village of Pawling v. Amerada Hess Corp. et al.*, 04-CV-2390
*Water Authority of Great Neck North v. Amerada Hess Corp. et al.*, 04-CV-1727
*Water Authority of Western Nassau County v. Amerada Hess Corp. et al.*, 03-CV-9544
*Northampton Bucks Co. Municipal Auth. v. Amerada Hess Corp. et al.*, 04-CV-6993
*Greensville County Water and Sewer Authority v. Amerada Hess Corp., et al.*, 05-CV-1310
*Buchanan County School Board v. Amerada Hess Corp., et al.*, 04-CV-3418
*Patrick County School Board v. Amerada Hess Corp., et. al.*, 04-CV-2070
*Town of Hartland v. Amerada Hess Corp. et al.*, 04-CV-2072
*Craftsbury Fire District #2 v. Amerada Hess Corp. et al.*, 04-CV-3419
*Town of Matoaka, WV & Matoaka Water Systems v. Amerada Hess, et al.;* 04-CV-3420

------------------------------------------------------------ X

### PLAINTIFFS AND DEFENDANT GETTY PROPERTIES CORP. f/k/a GETTY PETROLEUM CORP.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs American

Distilling & Mfg. Co., Inc.; Our Lady of the Rosary Chapel; Town of East Hampton Hess Corp.;

United Water Connecticut, Inc.; Town of Duxbury; New Jersey American Water Co.; City of Vineland Water-Sewer Utility; Roslyn Water District; County of Nassau; Franklin Square Water District; Hicksville Water District; County of Suffolk and Suffolk County Water Authority; Incorporated Village of Sands Point, Inc.; Long Island Water Corp.; Port Washington Water District; Town of Wappinger; United Water New York Inc.; Village of Pawling; Water Authority of Great Neck North; Water Authority of Western Nassau County; Northampton Bucks Co. Municipal Authority.; Greensville County Water and Sewer Authority; Buchanan County School Board; Patrick County School Board; Town of Hartland; Craftsbury Fire District #2; Town of Matoaka, West Virginia & Matoaka Water Systems, and Settling Defendant, Getty Properties Corp. f/k/a Getty Petroleum Corp., ("Settling Defendant") (collectively "The Parties") move the Court to enter agreed Stipulations and Orders of Dismissal with Prejudice in each of these cases. The Parties have agreed to a final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

DATED: ~~August~~ September 9, 2010.

RESPECTFULLY SUBMITTED,

Cary L. McDougal
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Robert J. Gordon
Robin L. Greenwald
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5505
Facsimile: 212-558-5500

*Attorneys for Plaintiffs*

Susan M. Dean
Rawle & Henderson
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Telephone: 215-575-4296
Facsimile: 215-563-2583

*Attorneys for Settling Defendant
Getty Properties Corp. f/k/a Getty
Petroleum Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS AND DEFENDANT GETTY PROPERTIES CORP. f/k/a GETTY PETROLEUM CORP.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2) was served on all counsel of record by posting it directly to LexisNexis File & Serve on ~~August~~ Sept. 15th, 2010.

SHELLY PETERSEN