UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re MTBE Litigation, MDL        Plaintiff,         00  C  189B        (SAS)

-against-

                                  Defendant.
------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Brian T. Carr, Esq.

[X]  Attorney

  [X]  I am a United States District Court, Southern District of New York attorney.  My SDNY Bar Number is: BC2519 ; My State Bar Number is: 4042925

  [ ]  I am a Pro Hac Vice attorney

  [ ]  I am a Government Agency attorney

[X]  Law Firm/Government Agency Association

  From: Babchik & Young LLP

  To: Herzfeld & Rubin, PC

  [X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:          125 Broad Street

                      New York, NY 10004

[X] Telephone
    No.:              (212) 471-B466

[X] Fax No.:          (212) 344-3333

[X] E-Mail
    Address:          bcarr@herzfeld-rubin.com

Dated: September 27, 2010                         _____
                                                  ATTORNEY'S SIGNATURE