UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS) (DCF)
M21-88

-------------------------------------------------

This document relates to:

Incorporated Village of Mineola, et al.
AGIP, Inc. et al., 03 Civ. 10051

Carle Place Water District v. AGIP Inc.
et al., 03 Civ. 10053

RULE 7.1 DISCLOSURE

Village of Hempstead v. AGIP, Inc. et al.,
03 Civ. 10055

Westbury Water District v. AGIP Inc. et al.,
03 Civ. 10057
----------------------------------------------------------X

COMES NOW Third Party Defendant Northville Industries Corp and for its Disclosure Statement pursuant to Fed. R. Civ. Pro. 7.1, states that Northville Industries Corp. is a wholly owned subsidiary of NIC Holding Corp. and no publicly held corporation owns 10% or more of Northville Industries Corp.'s stock.

Dated: New York, New York
       September 30, 2010

HERZFELD & RUBIN, P.C.
Attorneys for Third-Party Defendant
Northville Industries Corp.

By: _____
    Michael B. Gallub (MG-4477)
    125 Broad Street
    New York, New York 10004
    (212) 471-8536
    mgallub@herzfeld-rubin.com