UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

----------------------------------------------------------------X
**This Document Relates To:**
----------------------------------------------------------------X

*Yosemite Springs Park Utility Company v.
Chevron U.S.A., Inc. et al.,* No. 09-Civ.1419

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/10

[PROPOSED] CASE MANAGEMENT ORDER NO. ~~68~~ 77
(Discovery Schedule)

| | |
|---|---|
| Yosemite will identify subject areas in which it plans to offer expert reports | Completed |
| Yosemite will identify the experts who will be submitting reports | Completed |
| Defendant will identify the experts who will be submitting reports | February 4, 2011 |
| Last day to serve discovery[1] | March 14, 2011 |
| Yosemite will serve expert reports | May 2, 2011 |
| Defendant will serve expert reports | July 1, 2011 |
| Yosemite will serve reply expert reports | August 16, 2011 |
| Expert depositions may commence | August 30, 2011 |
| Expert Discovery is completed | October 31, 2011 |

*No further adjournments of this schedule will be granted*

---

[1] Despite the fact discovery cut-off, there may be instances where additional fact discovery is needed in order to prepare a rebuttal expert opinion or in the event of other unforeseen circumstances. In this instance, the parties will meet and confer, and in the event agreement cannot be reached, the issue will be presented to the Court for determination. In the event there is agreement or a Court Order allowing for continued discovery, such discovery will be allowed and any discovery subpoenas or other discovery tools will have full force and effect as if the fact discovery cut-off had not passed.

[PROPOSED] CASE MANAGEMENT ORDER NO. 68 (DISCOVERY SCHEDULE) - PAGE 1

**SO ORDERED:**

**Dated:** New York, New York
October ___7___, 2010

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE