UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In Re:   Methyl Tertiary Butyl Ether            Master File No. 1:00-1898
("MTBE") Products Liability Litigation          MDL No. 1358 (SAS)
------------------------------------------------------------ X   (M21-88)
This Document Relates To:
------------------------------------------------------------ X

*City of Marksville v. Alon USA Energy, Inc.,
et al.;* 04-CV-03412

*Town of Rayville v. Alon USA Energy, Inc.,
et al.;* 04-CV-03413

*Greensville County Water and Sewer Authority
v. Amerada Hess Corp., et al.,* 05-CV-1310

*Buchanan County School Board v. Amerada
Hess Corp., et al.,* 04-CV-3418

*Patrick County School Board v. Amerada
Hess Corp., et. al.,* 04-CV-2070

*Town of Matoaka, West Virginia & Matoaka Water
Systems v. Amerada Hess, et al.;* 04-CV-03420
------------------------------------------------------------ X

### PLAINTIFFS AND DEFENDANT PLACID REFINING CO., LLC'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs City of Marksville, Town of Rayville, Greensville County Water and Sewer Authority, Buchanan County School Board, Patrick County School Board, and Town of Matoaka, West Virginia & Matoaka Water Systems; and Settling Defendants, Placid Refining Co., LLC, a Delaware limited liability company, Placid Holding Company (formerly Placid Refining Company), a Delaware corporation, Louisiana Hunt Refining Company, a Delaware corporation, and Rosewood Refining Company LLC, a Delaware limited liability company's ("Settling Defendants") (collectively "The Parties") move the Court to enter agreed Stipulations and Orders of Dismissal

with Prejudice in each of these cases. The Parties have agreed to a final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

DATED: ~~August~~ OCT 12th, 2010.

RESPECTFULLY SUBMITTED,

Cary L. McDougal
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5505
Facsimile: 212-558-5500

*Attorneys for Plaintiffs City of Marksville, Town of Rayville, Greensville County Water and Sewer Authority, Buchanan County School Board, Patrick County School Board, and Town of Matoaka, West Virginia & Matoaka Water Systems*

Ted Wolff
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: 212-790-4575
Facsimile: 212-536-1815

*Attorneys for Defendants Placid Refining Co., LLC, a Delaware limited liability company, Placid Holding Company (formerly Placid Refining Company), a Delaware corporation, Louisiana Hunt Refining Company, a Delaware corporation, and Rosewood Refining Company LLC, a Delaware limited liability company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS AND DEFENDANT PLACID REFINING CO., LLC'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP41(a)(2)** was served on all counsel of record by posting it directly to LexisNexis File & Serve on October 12th, 2010.

*Shelly Petersen*
SHELLY PETERSEN