UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

In Re:   Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

------------------------------------------------------------------- X

**This Document Relates To:**

------------------------------------------------------------------- X

Master File No. 1:00-1898
MDL No. 1358 (SAS)
(M21-88)

*City of Marksville v. Alon USA Energy, Inc.,
et al.;*  04-CV-03412

*Town of Rayville v. Alon USA Energy, Inc.,
et al.;*  04-CV-03413

*Greensville County Water and Sewer Authority
v. Amerada Hess Corp., et al.,* 05-CV-1310

*Buchanan County School Board v. Amerada
Hess Corp., et al.,* 04-CV-3418

*Patrick County School Board v. Amerada
Hess Corp., et. al.,* 04-CV-2070

*Town of Matoaka, West Virginia & Matoaka Water
Systems v. Amerada Hess, et al.;* 04-CV-03420

------------------------------------------------------------------- X

## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

The Plaintiffs and the Settling Defendants Placid Refining Co., LLC, a Delaware limited liability company, Placid Holding Company (formerly Placid Refining Company), a Delaware corporation, Louisiana Hunt Refining Company, a Delaware corporation, and Rosewood Refining Company LLC, a Delaware limited liability company (the "Settling Defendants") (collectively the "Parties") have advised the Court that they have resolved the matter between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below.  This Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement, Release and Indemnity Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

_____  10-7-10
Cary D. McDougal                Date
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-520-1181

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10038
Telephone:  212-558-5505
Facsimile:  212-558-5500

*Attorneys for Plaintiffs City of Marksville, Town of Rayville, Greensville County Water and Sewer Authority, Buchanan County School Board, Patrick County School Board, and Town of Matoaka, West Virginia & Matoaka Water Systems*

_____  9/28/10
Ted Wolff
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone:  212-790-4575
Facsimile:  212-536-1815

*Attorneys for Defendants Placid Refining Co., LLC, a Delaware limited liability company, Placid Holding Company (formerly Placid Refining Company), a Delaware corporation, Louisiana Hunt Refining Company, a Delaware corporation, and Rosewood Refining Company LLC, a Delaware limited liability company*

**SO ORDERED:**

Dated: _____, 2010

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE