UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X

*M & P Silver Family Partners II v. Amerada Hess Corporation, et al.*, 04 Civ. 4975

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE UNDER FED. R. CIV. P. 41

Plaintiff M & P SILVER FAMILY PARTNERS II and the settling Defendants, EXXON MOBIL CORPORATION (INDIVIDUALLY AND F/K/A EXXON CORPORATION AND D/B/A EXXONMOBIL REFINING & SUPPLY COMPANY, EXXON CHEMICAL U.S.A., AND EXXONMOBIL CHEMICAL CORPORATION) AND EXXONMOBIL OIL CORPORATION (INDIVIDUALLY AND F/K/A MOBIL OIL CORPORATION) (COLLECTIVELY, "EXXONMOBIL") ("Settling Defendants"), have advised the Court that they have resolved the matters between them and agree to the entry of this Stipulated Order of Dismissal With Prejudice of the claims against Settling Defendants, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to the Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of

their agreement to settle this matter pursuant to a Settlement Agreement and Release and this Stipulated Order of Dismissal With Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own cost and attorneys' fees.

**SO ORDERED:**

Date: Oct 12, 2010

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATE DISTRICT JUDGE

**AGREED TO AND ACCEPTED BY:**

_____
Celeste A. Evangelisti, Esq.
BARON & BUDD, P.C.

*Counsel for Plaintiff M & P
Silver Family Partners II*

_____
Jeffrey J. Parker, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Counsel for Settling ExxonMobil Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

----------------------------------------------------------- X
**This Document Relates To:**
----------------------------------------------------------- X
*M & P Silver Family Partners II v. Amerada Hess Corporation, et al.,* 04 Civ. 4975
----------------------------------------------------------- X



## PLAINTIFF AND EXXONMOBIL DEFENDANTS' JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff M & P SILVER FAMILY PARTNERS II and Settling Defendants EXXON MOBIL CORPORATION (INDIVIDUALLY AND F/K/A EXXON CORPORATION AND D/B/A EXXONMOBIL REFINING & SUPPLY COMPANY, EXXON CHEMICAL U.S.A., AND EXXONMOBIL CHEMICAL CORPORATION) AND EXXONMOBIL OIL CORPORATION (INDIVIDUALLY AND F/K/A MOBIL OIL CORPORATION) (COLLECTIVELY, "EXXONMOBIL") (collectively "The Parties") request the Court to enter an Agreed Stipulation and Order of Dismissal. The Parties have agreed to a settlement agreement and final resolution of all matters in controversy between them, including the settlement of the above case. The Parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request this Court enter the Stipulation and Order of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring same.

DATED:   October ____, 2010

                Respectfully submitted,

By: _____
Celeste A. Evangelisti
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone:  214-521-3605
Facsimile:  214-520-1181

Victor M. Sher
**SHER LEFF LLP**
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

*Counsel for Plaintiff M & P Silver Family Partners II*


By: _____
Jeffrey J. Parker, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone:  (213) 617-5586
Facsimile:  (213) 620-1398

*Counsel for ExxonMobil Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF M & P SILVER FAMILY PARTNERS II AND EXXONMOBIL DEFENDANTS' JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** was served on all counsel of record by posting it directly to LexisNexis File & Serve on October 8th, 2010.

*Shelly Petersen*
SHELLY PETERSEN