UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document relates to:

*City of New York v. Amerada Hess Corporation, et al.*,
No. 04 Civ. 3417 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

FILED U.S.D.C.
OCT 13 2010
S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation, and Mobil Corporation appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Amended Judgment entered in this action on September 17, 2010, the original Judgment entered in this action on April 6, 2010 and the Opinion and Order of the Court dated September 7, 2010.

Dated:  New York, New York
        October 13, 2010

Respectfully submitted,

/s/ Lauren Handel
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Lauren E. Handel (LH 0755)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017-4613
Tel: 212.547.5400
Fax: 212.547.5444

*Counsel for Exxon Mobil Corporation, Exxon Mobil Oil Corporation, and Mobil Corporation*