UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898

------------------------------------------------------------------X

CP SERVICE STATION OPERATING CORP. and
TARTAN OIL CORP.,

              Third-Party Plaintiffs,
  -against-

NORTHVILLE INDUSTRIES CORP.,

              Third-Party Defendant.

03 Civ. 10051
03 Civ. 10053
03 Civ. 10055
03 Civ. 10057

------------------------------------------------------------------X

**This document relates to:**

*Incorporated Village of Mineola, et al.*
*AGIP, Inc. et al.,* 03 Civ. 10051
*Carle Place Water District v. AGIP Inc. et al.,* 03 Civ. 10053
*Village of Hempstead v. AGIP, Inc. et al.,* 03 Civ. 10055
*Westbury Water District v. AGIP Inc. et al.,* 03 Civ. 10057

**AFFIRMATION OF SERVICE**

------------------------------------------------------------------X

    I, Debra L. Rothberg, Esq., principal of DL Rothberg & Associates, P.C., declare under penalty of perjury that I have served a copy of the attached Memorandum of Law, supporting Affidavit of Allen Leon, Affirmation of Debra L. Rothberg and the within Affirmation of Service upon counsel for Third-Party Defendant, Michael B. Gallub, Esq., Herzfeld & Rubin, P.C., 125 Broad Street, New York, NY 1000, and upon counsel for Plaintiffs, William J. Dubanevich, Esq., Napoli Bern Ripka & Associates, LLP, 350 Fifth Avenue, Suite 7413, New York, NY 10118, via ECF electronic filing, on October 15, 2010. A courtesy copy of the foregoing papers have also been mailed to the Honorable Shira A. Scheindlin, United States District Judge, Southern District

1

of New York at Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Room 1620, New York, New York 10007, via Federal Express.

Dated:   New York, New York
         October 15, 2010

                              DL ROTHBERG & ASSOCIATES, P.C.

                    By:   _____
                            Debra L. Rothberg
                            *Attorneys for Defendants/Third-Party Plaintiffs,*
                            *CP Service Station Operating Corp. and*
                            *Tartan Oil Corp.*
                            1065 Avenue of the Americas, Floor 19
                            New York, New York 10018
                            Phone: (212) 714-1212
                            Fax: (212) 714-0969

TO:   Michael B. Gallub, Esq.
        Herzfeld & Rubin, P.C.
        125 Broad Street
        New York, New York 1000
        *Attorneys for Third-Party Defendant,*
        *Northville Industries, Corp.*
        Phone: (212) 471-8536
        Fax: (212) 344-3333

CC:   The Honorable Shira A. Scheindlin
        United States District Judge
        Southern District of New York
        Daniel Patrick Moynihan U.S. Courthouse
        500 Pearl Street, Room 1620
        New York, New York 10007

        William J. Dubanevich, Esq.
        Napoli Bern Ripka & Associates, LLP
        350 Fifth Avenue, Suite 7413
        New York, New York 10118
        *Attorneys for Plaintiffs*
        Phone: (212) 267-3700