# DL ROTHBERG & ASSOCIATES, P.C.

1065 Avenue of the Americas, Floor 19
New York, New York 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

October 15, 2010

**VIA FEDERAL EXPRESS**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re: *Incorporated Village of Mineola, et al. vs. AGIP, Inc. et al.*, 03 Civ. 10051;
*Carle Place Water District v. AGIP Inc. et al.*, 03 Civ. 10053;
*Village of Hempstead v. AGIP, Inc. et al.*, 03 Civ. 10055;
*Westbury Water District v. AGIP Inc. et al.*, 03 Civ. 10057;
**Master File No. 1:00-1898 (SAS), MDL No. 1358;**
**Defendants Tartan Oil Corp. and C.P. Service Station Operating Corp.**

Dear Judge Scheindlin:

We represent Defendants, Tartan Oil Corp. and C.P. Service Station Operating Corp. (collectively, the "Tartan Defendants"), in the above-referenced actions.

Enclosed herewith please find a courtesy copy of Tartan Defendants' electronically filed opposition papers on the Motion to Dismiss filed by Third-Party Defendant, Northville Industries, Corp.

Respectfully yours,

Debra L. Rothberg

Encls.
cc: Michael B. Gallub, Esq. via e-mail w/o encls.
William J. Dubanevich, Esq. via e-mail w/o encls.