UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re: MTBE Products Liability Litigation      Plaintiff,

M ____ C _____ MDL 1358 ( SAS )

-against-

                                Defendant.
-------------------------------------------------- X

### NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending          ☐ I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: __Brent H. Allen__

☐ Attorney

  ☐ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

  ☒ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

  From: __Howrey LLP__

  To: __Greenberg Traurig LLP__

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☐ Address:   Greenberg Traurig LLP
             2101 L Street, N.W., Suite 1000
             Washington, DC  20037

☐ Telephone No.:   202.331.3100

☐ Fax No.:   202.331.3101

☐ E-Mail Address:   allenbr@gtlaw.com

Dated: 10/18/10

ATTORNEY'S SIGNATURE