UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re: MTBE Products Liability Litigation    Plaintiff,

    M \_\_\_\_ C _____ MDL 1358 ( SAS )

-against-

                                        Defendant.
----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending         [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: **Lesley Lawrence-Hammer**

[ ]  Attorney

    [ ]  I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: _____; My State Bar Number is: _____

    [x]  I am a Pro Hac Vice attorney

    [ ]  I am a Government Agency attorney

[ ]  Law Firm/Government Agency Association

    From: **Howrey LLP**

    To: **Greenberg Traurig LLP**

    [x]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[ ] Address:   Greenberg Traurig LLP
                     2101 L Street, N.W., Suite 1000
                     Washington, DC 20037

[ ] Telephone No.:   202.331.3100

[ ] Fax No.:   202.331.3101

[ ] E-Mail Address:   hammerl@gtlaw.com

Dated: 10/18/10

                                            ATTORNEY'S SIGNATURE