UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re: MTBE Products Liability Litigation    Plaintiff,

M ____ C ____ MDL 1358 ____ ( SAS )

-against-

Defendant.
---------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending          ☐ I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: James L. Layman

☐ Attorney

   ☐ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: _____ ; My State Bar Number is: _____

   ☒ I am a Pro Hac Vice attorney

   ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

   From: Howrey LLP

   To: Greenberg Traurig LLP

   ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address:    Greenberg Traurig LLP
              2101 L Street, N.W., Suite 1000
              Washington, DC  20037

☐ Telephone No.:   202.331.3100

☐ Fax No.:         202.331.3101

☐ E-Mail Address:  laymanj@gtlaw.com

Dated: 10/18/10

ATTORNEY'S SIGNATURE