# EXHIBIT "A"

View: Return to Results

Search: Public Records > $ Comprehensive Business Report Search > Search Results > DESOS Report Request
Terms: company(tartan oil corporation) state(NY) ( Edit Search | New Search )

☐ Select for Delivery

# DESOS Company Report

**Date/Time of Results:** 10-25-2010 at 10:45

| | | |
|---|---|---|
| File Number: 2112234 | Name Type: Inactive Delaware Co. | Stock Co Flag: Stock Company |
| Name: TARTAN CORP. | | |
| Kind: Corporation General | Status: Dissolved as of 02-25-2000 | Tax Type: A/R Filing Required |
| Residency: Domestic | State of Incorp: DE | Country: US |
| Original Country: | Incorp/Qualify Date: 12-22-1986 | Foreign Incorporation Date: |
| Proclamation Date: | Renewal Date: | Expiration Date: |
| Bankruptcy Status: | Bankruptcy Date: | State: |
| Case Number: | Merged To: | State: |
| Federal ID: 112287137 | Quarterly Filing?: | Last Annual Report: 1997 |
| Registered Agent: 9016059 BLUMBERGEXCELSIOR CORPORATE SERVICES, INC. 1220 N. MARKET STREET SUITE 806 WILMINGTON, DE19801 | Registered Agent County: New Castle  Phone: 302-427-6970  Fax: 302-421-5753 | |

**Stock Information:**

| Amendment Number: 000 | Effective Date: 12-22-1986 | Effective Time: 15:00 | | | |
|---|---|---|---|---|---|
| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
| 1 | COMMON | | | | |

**Filing History:**

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2000 | 0275 | Dissolution | 1 | | 02-25-2000 | 09:00 | 02-25-2000 | | | |
| 2 | 1996 | 0240 | Amendment; Domestic | 1 | | 03-15-1996 | 09:00 | 03-15-1996 | | TARTAN OIL CORP. | |
| 3 | 1989 | 0250S | Merger; Survivor | 5 | | 05-08-1989 | 09:00 | 05-08-1989 | | | AGREEMENT OF MERGER |
| 4 | 1989 | 0134 | Change of Agent Address | 0 | | 03-06-1989 | 08:30 | 03-06-1989 | | | |
| 5 | 1986 | 0250S | Merger; Survivor | 4 | | 12-30-1986 | 13:30 | 12-30-1986 | | | MERGER |

**Tax Info:**

| As Of Date: 10-25-2010 | Tax Balance: .00 | | | | | | |
|---|---|---|---|---|---|---|---|
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 2000 | .00 | 30.00 | .00 | .00 | .00 | 30.00 | .00 |
| 1999 | .00 | 30.00 | .00 | .00 | .00 | 30.00 | .00 |

| 1998 | .00 | 30.00 | 50.00 | 5.40 | .00 | 85.40 | .00 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** I have no permissible use
**Your GLBA Permissible Use:** I have no permissible use



About LexisNexis | Terms & Conditions
Copyright© 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

View: **Return to Results**

Search: Public Records > $ Comprehensive Business Report Search  > Search Results > DESOS Report Request

Terms: company(**CP Service Station**) state(**NY**) ( Edit Search | New Search )

☐ Select for Delivery

# DESOS Company Report

**Date/Time of Results:**
10-22-2010 at 18:01

**File Number:**
2494704

**Name Type:**
Inactive Delaware Co.

**Stock Co Flag:**
Stock Company

**Name:**
C.P. SERVICE STATION OPERATING CORP.

**Kind:**
Corporation General

**Status:**
Dissolved as of 02-28-2000

**Tax Type:**
A/R Filing Required

**Residency:**
Domestic

**State of Incorp:**
DE

**Country:**
US

**Original Country:**

**Incorp/Qualify Date:**
03-31-1995

**Foreign Incorporation Date:**

**Proclamation Date:**

**Renewal Date:**

**Expiration Date:**

**Bankruptcy Status:**

**Bankruptcy Date:**

**State:**

**Case Number:**

**Merged To:**

**State:**

**Federal ID:**

**Quarterly Filing?:**

**Last Annual Report:**
1999

**Registered Agent:**
9049356
DELAWARE REGISTERED AGENTS AND INCORPORATORS,
19 KRIS COURT
NEWARK , DE19702

**Registered Agent County:**
New Castle

**Phone:**
302-733-0600

**Fax:**
302-777-3885

**Stock Information:**

| Amendment Number: 000 | Effective Date: 03-31-1995 | Effective Time: 09:00 | | | |
|---|---|---|---|---|---|
| **Stock Seq Number** | **Description** | **Series** | **Class** | **Authorized** | **Par Value** |
| 1 | COMMON | | | | |

**Filing History:**

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2000 | 0275 | Dissolution | 1 | | 02-28-2000 | 09:00 | 02-28-2000 | | | |
| 2 | 1995 | 0102S | Incorp Delaware Stock Co. | 2 | | 03-31-1995 | 09:00 | 03-31-1995 | | | |

**Tax Info:**

| As Of Date: 10-22-2010 | Tax Balance: .00 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Tax Year** | **Total Filing** | **Total Taxes** | **Total Penalty** | **Total Interest** | **Total Other** | **Total Paid** | **Total Balance** |
| 2000 | .00 | 30.00 | .00 | .00 | .00 | 30.00 | .00 |
| 1999 | 20.00 | 30.00 | .00 | .00 | .00 | 50.00 | .00 |
| 1998 | 20.00 | 30.00 | .00 | .00 | .00 | 50.00 | .00 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system

supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** I have no permissible use
**Your GLBA Permissible Use:** I have no permissible use



About LexisNexis | Terms & Conditions
Copyright© 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.