UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88

------------------------------------------------------------------ x     ECF Case

**This document relates to the following case:**

*City of New York, et al. v. Amerada Hess Corp., et al.*
Case No. 04 Civ. 3417

------------------------------------------------------------------ x

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiffs City of New York, New York City Municipal Finance Water Authority, and New York City Water Board cross-appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Amended Judgment entered in the action on September 17, 2010 and the Judgment entered in this action on April 6, 2010.

Dated: New York, New York
       October 22, 2010

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the City of New York
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 788-1578

                                 By:  Susan E. Amron (SA0355)
                                       Daniel Greene (DG5839)

SHER LEFF, LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Plaintiffs City of New York, New York City Municipal Water Finance Authority, New York City Water Board*