*So Ordered*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION



MDL 1358 (SAS)

00 c.v 1898 (SAS)

This document pertains to:

*Village of Bethalto v. Ashland, et al., No. 3-10-396*
*Town of Kouts v. Ashland, et al, No. 2:10-186*

## STIPULATION AND ORDER EXTENDING TIME
## FOR CHEVRON CORPORATION TO RESPOND TO COMPLAINTS

Plaintiffs Village of Bethalto and Town of Kouts, and Defendant Chevron Corporation ("Chevron"), through their undersigned counsel, hereby stipulate that the deadline for Chevron to answer or otherwise respond to the Complaints in the above-referenced actions is hereby extended to and including December 1, 2010.

Dated: October 22, 2010

William F. Hughes
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W., Harbourside
Washington, D.C. 20007
Phone: (202) 204-1000
Fax: (202) 204-1001

*Attorneys for Chevron Corporation*

1

Dated: October 22, 2010

*M. Cristina Sanchez*
Scott Summy
Celeste Evangelisti
M. Cristina Sanchez
BARON & BUDD P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: 214.521.3605

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: 10/27/10

Hon. Shira A. Scheindlin