

**GERMAN RUBENSTEIN LLP**

October 19, 2010



**VIA REGULAR MAIL**
Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *In Re: Methyl Tertiary Butyl Ether ("MTBE")*
           **MDL NO: 1358 (SAS)**
           **Master File No. 1:00-1898**

Dear Judge Scheindlin:

    I write to request to be removed from the ECF service list in MDL 1358. The Clerk of Court and ECF help desk advised me to submit my request in letter form. I no longer represent any plaintiff in the MDL.

    As an associate with Weitz & Luxenberg P.C. from approximately January 2005 through May 2008 I represented numerous MTBE plaintiffs. In May 2008 I left Weitz & Luxenberg P.C. to open my own firm. Neither I nor my firm represents any MTBE plaintiff. I nonetheless erroneously remain listed as counsel of record and receive ECF notices. I respectfully request that my name be removed from the docket and the ECF service list.

    Thank you for your consideration.

Respectfully submitted,

*Steven J. German*

Steven J. German

SJG/mm

*[Handwritten order:]* Attorney's request for removal is hereby granted. The Clerk of the Court is directed to remove counsel's name from the docket and the ECF service list.

SO ORDERED

Dated: NY, NY
10/27/2010

*Shira Scheindlin*
USDJ

GERMAN RUBENSTEIN LLP
19 WEST 44TH STREET, SUITE 1500 | NEW YORK, NY 10036 | PHONE: (212) 704-2020
WWW.GERMANRUBENSTEIN.COM