



Harold L. Segall
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005-3311
Direct: (202) 789-6038
Fax: (202) 789-6190
hsegall@bdlaw.com

October 28, 2010

**VIA FIRST CLASS MAIL**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Re:  *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, Master File No. 00-1898, MDL 1358 (SAS), M21-88

Dear Judge Scheindlin:

I served as counsel of record in the United States District Court for the Eastern District of Pennsylvania for Sunoco, Inc. and Sunoco, Inc. (R&M) ("Sunoco") in *Coraopolis Water and Sewer Authority v. Ashland, Inc., et al.*, Case No. 2:10-cv-04192-MAM, which was transferred from the Eastern District of Pennsylvania to this Court, and consolidated with MDL 1358. My co-counsel, John S. Guttmann and Daniel M. Krainin, with Beveridge & Diamond, P.C., are taking the lead on behalf of Sunoco in all proceedings in this Court. I have not been admitted to practice before this Court. However, as a result of the transfer, I am on the ECF service list in this Court.

On October 26, 2010, the Southern District of New York Clerk's office advised my firm that any requests to be removed from the ECF service list for MDL 1358 should be directed, via letter, to your attention. Accordingly, I hereby respectfully request that my name and e-mail address be removed from this Court's ECF service list for MDL 1358.

Please contact me if you have any questions or require any further information about this request. Thank you for your attention to this matter.

Sincerely,

Harold L. Segall

*The Clerk is remove Mr. Segall from the service list on this case of cases in this MDL*

*So Ordered*
*USDJ*
*11/1/10*

Washington, D.C.   Maryland   New York   Massachusetts   New Jersey   Texas   California