UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE METHYL TERTIARY BUTYL ETHER          Master File No. 1:00cv1898 (SAS)
("MTBE") PRODUCT LIABILITY LITIGATION      MDL 1358 (SAS)
                                           M21-88
This document pertains to:

*New Jersey Dep't of Envtl. Prot. et al., v.*
*Atlantic Richfield Co., et al.,* No. 08 Civ. 312


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

        Notice is hereby given that the undersigned attorney, Yaniv Heled, of Goodwin Procter

LLP, enters his appearance in the above-captioned matter as counsel for Defendant Gulf Oil

Limited Partnership and requests that all notices, pleadings, and orders entered in this matter be

sent to the undersigned.


Dated: November 12, 2010                   Respectfully submitted,

                                           By: /s/ Yaniv Heled
                                           Yaniv Heled (YH0274)
                                           Goodwin Procter LLP
                                           The New York Times Building
                                           620 Eighth Avenue
                                           New York, NY 10018
                                           Tel.: (212) 813-8800
                                           Fax: (212) 355-3333
                                           E-Mail: yheled@goodwinprocter.com

                                           *Attorney for Defendant*
                                           *Gulf Oil Limited Partnership*

<u>CERTIFICATE OF SERVICE</u>

I, Yaniv Heled, hereby certify that on November 12, 2010, a true copy of the foregoing Notice of Appearance was served via Lexis Nexis File and Serve on Plaintiffs and on all other counsel of record in this action.


Dated:   November 12, 2010                                          /s/ Yaniv Heled
                                                                                     Yaniv Heled

LIBNY/4975410.1