

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MDL No. 1358 (SAS)

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

*Town of Southampton v. AGIP Inc., et al.,*
Case No. 03-CV-10054-SAS

No. 03 CV 10054

*Town of East Hampton v. AGIP Inc., et al.,*
Case No. 03-CV-10056
----------------------------------------X

No. 03 CV 10056

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST C.P. SERVICE STATION OPERATING CORP. AND TARTAN OIL CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendants, C.P. Service Station Operating Corp. and Tartan Oil Corp. (collectively, "Defendants"), hereby request that the Court enter this voluntary dismissal without prejudice of all claims against Defendants as set forth in Plaintiffs' current Complaints.

Dated: November 0, 2010

William J. Dubanevich, Esq.
Napoli Bern Ripka & Associates, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
WDubanevich@NapoliBern.com
*Attorneys for Plaintiffs*

Dated: November 11, 2010

Debra L. Rothberg, Esq.
DL Rothberg & Associates, P.C.
1065 Avenue of the Americas, 19th Fl.
New York, New York 10018
(212) 714-1212
dlr@rothberglaw.com
*Attorneys for Defendants*

SO ORDERED:

11/18/10

The Honorable Shira A. Scheindlin
United States District Judge

Dated:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10