## CERTIFICATE OF SERVICE

I certify that on December 1, 2010, a true and correct copy of this **THIRD-PARTY COMPLAINT AGAINST GEISER FORD, INC.** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve for Plaintiffs and Defendants in MDL 1358 Master File C.A. No. 1:00-1898 (SAS).

_[signature]_