## **CERTIFICATE OF SERVICE**

I certify that on December 1, 2010, a true and correct copy of this Corporate Disclosure Statement for Coastal Eagle Point Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company was electronically served on counsel of record via LexisNexis File & Serve for Plaintiffs and Defendants in MDL 1358 Master File C.A. No. 1:00-1898 (SAS).

