UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898<br>MDL 1358 (SAS): M21-88 |

This document refers to:

*California-American Water Company v. Atlantic Richfield Co. et al.* (04-CV-4974)

## CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 6th day of December, 2010, I caused to be served by electronic means upon all counsel of record via LexisNexis File and Serve a true and correct copy of the following documents:

1. ExxonMobil's Notice of Motion for Determination of Good Faith Settlement
2. Memorandum of Law in Support of ExxonMobil's Motion for Determination of Good Faith Settlement
3. Declaration of Jeffrey J. Parker in Support of ExxonMobil's Motion for Determination of Good Faith Settlement with Exhibits (redacted)
4. Proposed Order

*/s/ Lauren Handel*
Lauren Handel