UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.* 08 Civ. 06306 (SAS)

CASE MANAGEMENT
ORDER NO. 80

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Hon. Shira A. Scheindlin

This Case Management Order sets forth the schedule for the completion of fact and expert discovery in the *City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.* 08 Civ. 06306 (SAS).

| Date | Item |
|---|---|
| November 30, 2010 | Percipient discovery will conclude on November 30, 2010, with the exception that any discovery specific to water sampling and testing and the conflict of interest issue may continue for an additional three months, expiring on **February 26, 2011**. |
| March 26, 2011 | Plaintiff will identify subject areas in which it plans to offer expert reports. Plaintiff will identify the experts who will be submitting reports. |
| April 9, 2011 | Plaintiff will serve expert reports. Depositions of plaintiff's experts may commence. |
| April 23, 2011 | Defendants will identify the experts who will be submitting reports. |
| May 7, 2011 | Defendants will serve expert reports. Depositions of defendants' experts may commence. |
| June 7, 2011 | Plaintiff will serve reply expert reports. Depositions of plaintiff's reply experts may commence. |
| July 19, 2011 | Expert discovery is completed. |

There will be no further extensions for any reason.

DATED: December 7, 2010

SO ORDERED

Shira A. Scheindlin
U.S.D.J

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in this action and on plaintiffs' and defendants' liaison counsel in MDL 1358 electronically through LexisNexis File & Serve:

**CASE MANAGEMENT ORDER NO. 80**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 6, 2010, at Sacramento, California.

DENISE CARRUTH