UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
:
IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS          :          ORDER
LIABILITY LITIGATION                      :
------------------------------------------------------ :   Master File No. 1:00-1898
:   MDL 1358 (SAS)
This document relates to:                  :   M21-88
:
*California-American Water Company v.*  :
*Atlantic Richfield Co., et al.*               :
Case No. 04 Civ. 4974                     :
X
------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The order contained in envelope #95 was inadvertently filed under seal and should be unsealed and docketed under the above case number.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 7, 2010

1