USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document related to:
*Village of Roanoke v. Ashland, Inc., et al.*,
No. 1:09-CV-06554 (SAS)

ORDER
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.:

## [PROPOSED] CASE MANAGEMENT ORDER # 71
### (MODIFYING CASE MANAGEMENT ORDER NO. 64)

WHEREAS, pursuant to the Court's Case Management Order No. 64, the parties were to complete non-case-specific expert discovery by December 17, 2010;

WHEREAS, the defendants are unable to take the deposition of plaintiff's non-case-specific expert, Dr. Kenneth Rudo, by December 17, 2010, and the parties have agreed to schedule the deposition of Dr. Rudo during the week of January 24-28, 2011;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the schedule of this case outlined in the Court's Case Management Order No. 64 be modified as follows:

1. The deadline to complete non-case-specific expert discovery is extended to January 28, 2011 for the sole purpose of taking the deposition of Dr. Kenneth Rudo. For all other non-case-specific expert discovery, the December 17, 2010 deadline remains in place.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
December __, 2010