UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00 – 01898

Products Liability Litigation   MDL 1358 (SAS): M21 – 88

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of this application from Brian J. Sullivan Esq. requesting Admission *Pro Hac Vice*, dated December 7, 2010 it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Brian J. Sullivan Esq. is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Gulf Oil Limited Partnership.

Dated: Dec 9, 2010

Brian J Sullivan
Exchange Place
Boston MA 02109
(617) 570 1057
BSullivan@goodwinprocter.com

Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/10