Schiendlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*Village of Bethalto v. Ashland, et al., No. 3-10-396*
*Town of Kouts v. Ashland, et al., No. 2:10-186*



USDC SDNY
DOCUMENT
ELECTRONICAL
DOC #: _____
DATE FILED: 12/10/10

MDL 1358 (SAS)

## NOTICE OF DISMISSAL OF CHEVRON CORPORATION

Plaintiffs Village of Bethalto and Town of Kouts (collectively "Plaintiffs") hereby dismiss all claims against defendant Chevron Corporation (f/k/a ChevronTexaco Corporation) in the above-captioned cases, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal is without prejudice and each party shall bear its own costs. Plaintiffs reserve all of their rights as against all other defendants in these actions.

Dated: December 3, 2010

Scott Summy
Celeste Evangelisti
M. Cristina Sanchez
BARON & BUDD P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: 214.521.3605

*Attorneys for Plaintiffs*

SO ORDERED.

12/9/10