USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL No. 1358
Master File C.A. No.
1:00-1898 (SAS)

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*
04 Civ. 4968 (SAS)

[~~PROPOSED~~] ORDER REGARDING DEFENDANT G&M OIL COMPANY
FACT DISCOVERY CUTOFF

On September 27, 2010, the Court granted defendant G & M Oil Co.'s motion to set

aside default and directed the parties to meet and confer regarding an expedited discovery

schedule.  Subsequent to that order the parties have met and conferred regarding remaining

discovery to be conducted by G & M Oil and plaintiff.   G & M Oil has produced additional

documents relating to G & M focus stations.  The parties agree that any remaining discovery,

whether by G&M Oil or by plaintiff, involving G&M Oil focus stations can be completed by

March 1, 2011.

It is hereby ordered that fact discovery regarding G&M Oil focus stations shall close on

March 1, 2011.

SO ORDERED

_____

1

Dated: New York, New York
       December___/4___, 2010

                              Shira A. Scheindlin
                                   U.S.D.J.