```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------X

**This document relates to:**

California-American Water Company v.
Atlantic Richfield Co., et al.,
04 Civ. 4974

Master File No. 1:00 Civ. 1898
MDL 1358 (SAS), M21-88

**RULE 54(b) JUDGMENT**

---------------------------------------------------------X

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 14, 2010, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), directing entry of judgment on the issue of the determination that the Settlement Agreements are good faith settlements under California law and that ExxonMobil is protected from joint tortfeasor claims as set forth in the Order dated December 14, 2010, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 14, 2010, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered on the issue of the determination that the Settlement Agreements are good faith settlements under California law and that ExxonMobil is protected from joint tortfeasor claims as set forth in the Order dated December 14, 2010.

**Dated:** New York, New York
December 16, 2010

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 12/16/10