*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

------------------------------------------------------------

This Document Relates To:
*California-American Water Company v. Atlantic Richfield Co., et al.*, U.S. District Court–Southern District of New York Case No. 04 Civ 4974 (SAS)

------------------------------------------------------------

Master File No. 1:00-1898
MDL NO. 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10


## STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41

Plaintiff California-American Water Company ("Plaintiff") and Defendants Exxon Mobil Corporation (individually and f/k/a Exxon Corporation and d/b/a ExxonMobil Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation) and ExxonMobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) ("Settling Defendants") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants identified above, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulation and Order of Dismissal should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to

settle this matter pursuant to a Settlement Agreement, a release, and this Stipulation and Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of this action as to Settling Defendants, including all claims and counterclaims, with prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

Date: Dec. 30, 2010

SO ORDERED:

Judge SHIRA A. SCHEINDLIN

UNITED STATES DISTRICT JUDGE

AGREED TO AND ACCEPTED BY:
SHER LEFF LLP
BARON & BUDD, P.C.

By: SCOTT SUMMY
Attorneys for Plaintiff California-American Water Company
CELESTE EVANGELISTI

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: JEFFREY J. PARKER
Attorneys for Settling Defendants

## PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE

*California-American Water Company v. Atlantic Richfield Co., et al.*

I, Alison N. Kleaver, the undersigned, hereby declare:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. I am employed by Sheppard, Mullin, Richter & Hampton LLP in the City of Los Angeles, State of California. My business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071.

2. On December 29, 2010, I served a copy of the attached document titled:

**STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41**

on all parties hereto by:

a. __X__ Posting it directly to the LexisNexis File & Serve website, www.lexisnexis.com/fileandserve, at approximately 3:30 p.m. Pacific Time

b. __X__ Emailing a courtesy copy of liaison counsel to mdl1358@mwe.com and mdl1358@weitzlux.com.

I declare under penalty under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of December, 2010 in Los Angeles, California.

*s/Alison N. Kleaver*

Alison N. Kleaver