Russell P. McRory (RM5395)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
*Attorneys for Third Party Defendant Geiser Ford, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re: Methyl Tertiary Butyl Ether ("MTBE")  :
Products Liability Litigation                :   Master File C.A. No.
                                             :   1:00 – 1898 (SAS)
                                             :   MDL 1358
                                             :   M21-88
This Document Relates To:                    :
                                             :
*Village of Roanoke v. Ashland, Inc. et.al*  :
No. 1:09-CV-06554 (SAS)                      :
                                             :
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for third-party defendant GEISER FORD, INC. to serve and file its answers or otherwise respond to the defendants/third-party plaintiffs' third-party complaints is extended to and including January 25, 2011.

Dated: New York, New York
       December 28, 2010

                                                      ROBINSON BROG LEINWAND GREENE
                                                      GENOVESE & GLUCK P.C.

                                                      By: _____
                                                         Russell P. McRory
                                           Attorneys for Third-Party Defendant
                                                         Geiser Ford, Inc.
                                                         875 Third Avenue, 9th Floor
                                                         New York, New York 10022
                                                         (212) 603-6328

McDERMOTT WILL & EMERY LLP

By: /s/ Lauren E. Handel
Lauren E. Handel
Attorneys for the ExxonMobil Defendants/Third-Party Plaintiffs and as authorized by and on behalf of all other Defendants/Third-Party Plaintiffs
340 Madison Avenue
New York, New York 10173
(212) 547-5631

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated: Dec. 30, 2010