

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS): M21-88

---

**This document pertains to:**

*This Document Related to All Cases*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/11

### NOTICE OF WITHDRAWAL OF COUNSEL

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that RUSSELL D. WORKMAN is no longer associated with King & Spalding LLP and should be removed from the service list. King & Spalding LLP continues to serve as counsel for the Chevron Defendants through their attorney(s) Robert E. Meadows and Charles C. Correll, Jr., and all future correspondence and papers in this action should continue to be directed to them.

I, the undersigned, consent to the above withdrawal.

Dated: December 30, 2010
Houston, Texas

By: _____
Russell D. Workman

I, the undersigned accept the above withdrawal.

Dated: December 20, 2010
San Francisco, California

By: _____
Charles C. Correll, Jr. for Chevron
Defendants

HOU_IMANAGE-979388.1

Respectfully submitted,

*[signature]*

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

**Attorneys for Defendants Chevron U.S.A. Inc., Chevron Corporation (f/k/a ChevronTexaco Corporation), Unocal Corporation, and Union Oil Company of California**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS): M21-88 |

**This document pertains to:**

*This Document Related to All Cases*

### ORDER APPROVING SUBSTITUTION OF COUNSEL

The Court hereby approves of the withdrawal of Russell D. Workman as counsel for Defendants Chevron U.S.A. Inc. and Chevron Corporation (f/k/a ChevronTexaco Corporation) (collectively, "Chevron Defendants").

Signed this 3 day of January, 2011.

Hon. Shira A. Scheindlin
United States District Judge

3

HOU IMANAGE-979388 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File & Serve.

_____
Charles C. Correll, Jr.

4