UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/11
```

IN RE METHYL TERTIARY BUTYL         Master File No. 1:00-1898
ETHER PRODUCTS LIABILITY            MDL 1358 (SAS): M21-88
LITIGATION

**This document pertains to:**

*This Document Related to All Cases*

### ORDER APPROVING SUBSTITUTION OF COUNSEL

The Court hereby approves of the withdrawal of Russell D. Workman as counsel for Defendants Chevron U.S.A. Inc. and Chevron Corporation (f/k/a ChevronTexaco Corporation) (collectively, "Chevron Defendants").

Signed this 3 day of JAN, 2011.

_____
Hon. Shira A. Scheindlin
United States District Judge

3

HOU_IMANAGE-979388.1