UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS) (DCF)
M21-88

**This document relates to:**

*Incorporated Village of Mineola, et al.*
*AGIP, Inc. et al.*, 03 Civ. 10051
*Carle Place Water District v. AGIP Inc. et al.*, 03 Civ. 10053
*Village of Hempstead v. AGIP, Inc. et al.*, 03 Civ. 10055
*Westbury Water District v. AGIP Inc. et al.*, 03 Civ. 10057
------------------------------------------------------------ X

**ORDER**



SHIRA A. SCHEINDLIN, U.S.D.J.:

On application of third-party defendant Northville Industries Corp. (Northville), the time within which Northville may file its Answers to the Third-Party Complaints of the Tartan defendants in these actions is hereby extended from January 4, 2011 to and including January 14, 2011.

Dated: New York, N.Y.
       January 4, 2011

SO ORDERED:

Hon. Shira A. Scheindlin
United States District Judge