Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION

This document pertains to:

*Village of Bethalto v. Ashland, Inc., et al.*
Case No. 1:10-cv-08182

: Master File No. 1:00-1898
: MDL 1358 (SAS)
: M21-88

------------------------------------x

## STIPULATION AND [PROPOSED] ORDER
## DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Village of Bethalto ("Plaintiff") and Defendant Gulf Oil Limited Partnership, hereby request that the Court enter this voluntary dismissal without prejudice of all claims against GOLP as set forth in Plaintiff's Complaint, dated March 29, 2010. GOLP has supplied Plaintiff with certain information, including the Affidavit of Ronald R. Sabia, dated November 30, 2010. Based on such information, Plaintiff has agreed to dismiss this action and all claims herein as against GOLP, without prejudice.

GOLP and Plaintiff (collectively the "Parties") agree that the above-captioned action will be dismissed as to GOLP, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each of the Parties to bear its own costs, expenses and attorneys fees. Plaintiff reserves all of its rights as against all other defendants.

The Parties further agree that, in the event future discovery contradicts any of the facts or representations made in the affidavit of Ronald R. Sabia, or should it be determined that the MTBE claims against GOLP are meritorious, GOLP may be subsequently reinstated as a defendant in the Lawsuit, and the statute of limitations shall be deemed tolled from the date GOLP was originally named as a defendant in the above-captioned matter to the date that GOLP is subsequently reinstated as a defendant in this Lawsuit. The Parties agree that in the event that GOLP is subsequently reinstated as a defendant to this Lawsuit, GOLP will not raise any statute of limitations defense it did not have as of the date of the original complaint naming it as a defendant.

DATED: December__, 2010                          DATED: January 3rd, 2011

_____                  _____
Cary L. McDougal                                 Chad W. Higgins (admitted pro hac vice)
BARON & BUDD, P.C.                               Goodwin Procter LLP
3102 Oak Lawn Avenue                             Exchange Place
Suite 1100                                       53 State Street
Dallas, TX 75219-4281                            Boston, MA 02109
Telephone: (214) 523-6267                        Telephone: (617) 570-1000
Facsimile: (214) 520-1181                        Facsimile: (617) 523-1231

*Attorneys for Plaintiff Village of*             *Attorneys for Defendant Gulf Oil Limited*
*Bethalto*                                       *Partnership*


SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: JAN 5, 2011