UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In Re: Methyl Tertiary Butyl Ether (MTBE)
Products Liability Litigation

Master File C.A. No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*Machin, et al. v. Taylor Investments LOLC, et al.*,
Case No: 06-3245 CW
06-10205
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10

[PROPOSED] ORDER OF DISMISSAL OF ACTION
[FED. R. CIV. P. 41(a)(ii), 41(a)(2) & 41(c)]

Based on the Stipulated Notice of Voluntary Dismissal of Action, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), 41(a)(2), and 41(c), IT IS HEREBY ORDERED that this action, including all claims, counter-claims and cross-claims of any kind, is dismissed with prejudice. The parties are to bear their own costs.

Entered this 30 day of Dec, 2010

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In Re: Methyl Tertiary Butyl Ether (MTBE)
Products Liability Litigation

This document relates to:

*Machin, et al. v. Taylor Investments LOLC, et al.*,
Case No. 06 3243 CW
----------------------------------------X

Master File C.A. No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION
### [FED. R. CIV. P. 41(a)(ii), 41(a)(2) & 41(c)]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2), the parties stipulate that the claims of Plaintiffs in the above-captioned case, as set forth in Attachment A, against Defendants, are dismissed with prejudice, each party to bear their own costs. The parties further stipulate that, pursuant to Federal Rule of Civil Procedure 41(c), all claims, counter-claims and cross-claims of any kind are also dismissed with prejudice, each party to bear their own costs. The parties further agree and stipulate that a facsimile copy of this Stipulation shall have the same force and effect as an original.

Dated: October __, 2010

BRAYTON✢PURCELL

By: _____
Clayton W. Kent
Attorneys for Plaintiffs
ISAIAH MACHIN, et al.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: October 21, 2010 | **FILICE BROWN EASSA & MCLEOD LLP** |
| 2 | | |
| 3 | | By: _[signature]_ |
| 4 | | Peter A. Strotz<br>Attorneys for Defendant<br>UNION OIL COMPANY OF CALIFORNIA |
| 5 | | |
| 6 | Dated: October ___, 2010 | **MUNGER, TOLLES & OLSEN, LLP** |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Bianca Young, Esq.<br>Attorneys for Defendant<br>SHELL OIL COMPANY |
| 10 | | |
| 11 | Dated: October ___, 2010 | **ARNOLD & PORTER, LLP** |
| 12 | | |
| 13 | | By: _____ |
| 14 | | Stephani B. Weirick, Esq.<br>Attorneys for Defendant<br>BP CORPORATION NORTH AMERICA, INC. |
| 15 | | |
| 16 | Dated: October ___, 2010 | **ELLIOTT & ELLIOTT** |
| 17 | | |
| 18 | | By: _____ |
| 19 | | John W. Elliott, Esq.<br>Attorneys for Defendant<br>TAYLOR INVESTMENTS, LLC |
| 20 | | |
| 21 | Dated: October ___, 2010 | **SHAPIRO & SHAPIRO** |
| 22 | | |
| 23 | | By: _____ |
| 24 | | Carl B. Shapiro, Esq.<br>Attorneys for Defendants<br>A & A GAS, et al. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -

STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION

| | |
|---|---|
| Dated: October ___, 2010 | **FILICE BROWN EASSA & MCLEOD LLP**<br><br>By: _____<br>Peter A. Strotz<br>Attorneys for Defendant<br>UNION OIL COMPANY OF CALIFORNIA |
| Dated: October 11, 2010 ~~October~~ November | **MUNGER, TOLLES & OLSEN, LLP**<br><br>By: *Blanca Young* /ear<br>Blanca Young, Esq.<br>Attorneys for Defendant<br>SHELL OIL COMPANY |
| Dated: October ___, 2010 | **ARNOLD & PORTER, LLP**<br><br>By: _____<br>Stephani B. Weirick, Esq.<br>Attorneys for Defendant<br>BP CORPORATION NORTH AMERICA, INC. |
| Dated: October ___, 2010 | **ELLIOTT & ELLIOTT**<br><br>By: _____<br>John W. Elliott, Esq.<br>Attorneys for Defendant<br>TAYLOR INVESTMENTS, LLC |
| Dated: October ___, 2010 | **SHAPIRO & SHAPIRO**<br><br>By: _____<br>Carl B. Shapiro, Esq.<br>Attorneys for Defendants<br>A & A GAS, et al. |

- 2 -

STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION

| | | |
|---|---|---|
| 1 | Dated: October _____, 2010 | **FILICE BROWN EASSA & MCLEOD LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Peter A. Strotz<br>Attorneys for Defendant<br>UNION OIL COMPANY OF CALIFORNIA |
| 5 | | |
| 6 | Dated: October _____, 2010 | **MUNGER, TOLLES & OLSEN, LLP** |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Bianca Young, Esq.<br>Attorneys for Defendant<br>SHELL OIL COMPANY |
| 10 | | |
| 11 | Dated: October 26, 2010 | **ARNOLD & PORTER, LLP** |
| 12 | | |
| 13 | | By: /s/ Stephanie B. Weirick |
| 14 | | Stephanie B. Weirick, Esq.<br>Attorneys for Defendant<br>BP CORPORATION NORTH AMERICA, INC. |
| 15 | | |
| 16 | Dated: October _____, 2010 | **ELLIOTT & ELLIOTT** |
| 17 | | |
| 18 | | By: _____ |
| 19 | | John W. Elliott, Esq.<br>Attorneys for Defendant<br>TAYLOR INVESTMENTS, LLC |
| 20 | | |
| 21 | Dated: October _____, 2010 | **SHAPIRO & SHAPIRO** |
| 22 | | |
| 23 | | By: _____ |
| 24 | | Carl B. Shapiro, Esq.<br>Attorneys for Defendants<br>A & A GAS, et al. |

| | | |
|---|---|---|
| 1 | Dated: October ___, 2010 | **FILICE BROWN EASSA & MCLEOD LLP** |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Peter A. Strotz<br>Attorneys for Defendant<br>UNION OIL COMPANY OF CALIFORNIA |
| 5 | | |
| 6 | Dated: October ___, 2010 | **MUNGER, TOLLES & OLSEN, LLP** |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Blanca Young, Esq.<br>Attorneys for Defendant<br>SHELL OIL COMPANY |
| 10 | | |
| 11 | Dated: October ___, 2010 | **ARNOLD & PORTER, LLP** |
| 12 | | |
| 13 | | By:_____ |
| 14 | | Stephani B. Weirick, Esq.<br>Attorneys for Defendant<br>BP CORPORATION NORTH AMERICA, INC. |
| 15 | | |
| 16 | Dated: October ___, 2010 | **ELLIOTT & ELLIOTT** |
| 17 | | |
| 18 | | By: /s/ John W. Elliott |
| 19 | | John W. Elliott, Esq.<br>Attorneys for Defendant<br>TAYLOR INVESTMENTS, LLC |
| 20 | | |
| 21 | Dated: October ___, 2010 | **SHAPIRO & SHAPIRO** |
| 22 | | |
| 23 | | By:_____ |
| 24 | | Carl B. Shapiro, Esq.<br>Attorneys for Defendants<br>A & A GAS, et al. |

FBE&M

- 2 -

00215.34808 JMW 639477.1

STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Dated: October _____, 2010  **FILICE BROWN EASSA & MCLEOD LLP**

By: _____
    Peter A. Strotz
    Attorneys for Defendant
    UNION OIL COMPANY OF CALIFORNIA

Dated: October _____, 2010  **MUNGER, TOLLES & OLSEN, LLP**

By: _____
    Blanca Young, Esq.
    Attorneys for Defendant
    SHELL OIL COMPANY

Dated: October _____, 2010  **ARNOLD & PORTER, LLP**

By: _____
    Stephani B. Weirick, Esq.
    Attorneys for Defendant
    BP CORPORATION NORTH AMERICA, INC.

Dated: October _____, 2010  **ELLIOTT & ELLIOTT**

By: _____
    John W. Elliott, Esq.
    Attorneys for Defendant
    TAYLOR INVESTMENTS, LLC

Dated: October 21, 2010  **SHAPIRO & SHAPIRO**

By: /s/ Carl B. Shapiro
    Carl B. Shapiro, Esq.
    Attorneys for Defendants
    A & A GAS, et al.

**ATTACHMENT A**

*Machin, et al. v. Taylor Investments LOLC, et al*
No. 06 3243 CW

**PLAINTIFFS**

| | |
|---|---|
| Dated: December 27, 2010 | KING & SPALDING LLP<br><br>By: _Charles Correll /by permission (SA)_<br>    Charles C. Correll, Jr.<br>Attorneys for Defendant<br>UNION OIL COMPANY OF CALIFORNIA |

# ATTACHMENT A

*Machin, et al. v. Taylor Investments LOLC, et al*
**No. 06 3243 CW**

**PLAINTIFFS**

ISAIAH MACHIN, a minor, by and through his Guardian Ad Litem, JOHN MACHIN;

JOHNNY CARTY, a minor, by and through his Guardian Ad Litem, TIFFANY SMITH;

PATRICK CARTY, a minor, by and through his Guardian Ad Litem, TIFFANY SMITH;

DARON OLIVER, a minor, by and through his Guardian Ad Litem, LATWANA WARRICK;

DUMAURIER OLIVER, a minor, by and through his Guardian Ad Litem, LATWANA WARRICK;

LUC DENIS, a minor, by and through his Guardian Ad Litem, DEBORAH MOSES;

MARSHALL MOSES, a minor, by and through his Guardian Ad Litem, DEBORAH MOSES;

REX REYES, a minor, by and through his Guardian Ad Litem, RENEE REYES;

JACAI DENEVEU, a minor, by and through his Guardian Ad Litem, SHELITA MACK;

KHARISSA SIMMS, a minor, by and through her Guardian Ad Litem, MARIE SIMMS;

CHIOMA-ORJI SIMMS, a minor, by and through her Guardian Ad Litem, MARIE SIMMS;

RAFAEL WAYNE HOWARD, a minor, by and through his Guardian Ad Litem, WAYNE HOWARD;

SHEILA MACK;

COURTNEY CARROLL.

FBE&M