UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

Orange County Water District v. Unocal Corp., et al., 04 Civ. 4968

**ORDER**
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11

## CASE MANAGEMENT ORDER # 82
(Expert Discovery Schedule)

The following deadlines shall apply to expert discovery related to the claims and defenses concerning the 10 Focus Plumes designated by the parties (five by each side):

| EXPERTS | |
|---|---|
| **Expert Disclosures** | |
| Plaintiff Designates Experts[1] | February 1, 2011 |
| Defendants Designate Experts | March 4, 2011 |
| Plaintiffs G&M Specific Designation (Plaintiff may designate additional experts or topics to address issues specific to G&M.) | March 15, 2011 |
| Defendants Designate Rebuttal Experts to G&M Specific Experts designated by Plaintiffs. | March 29, 2011 |
| **Expert Reports and Depositions** | |
| Plaintiff's Expert Reports Produced | April 15, 2011 |
| Defendants' Reports Produced | ~~June 30, 2011~~ MAY 13, 2011 |
| Plaintiff's Rebuttal Reports Produced | ~~August 5, 2011~~ June 3, 2011 |
| Depositions of Plaintiff's Experts Completed | ~~October 7, 2011~~ July 22, 2011 |

---

[1] All designations shall include a description of the topics on which the expert is being designated.

- 2 -

| Depositions of Defendants' Experts Completed | November 30, 2011 Aug 15, 2011 |

SO ORDERED: 1/10/11

_____
The Honorable Shira A. Scheindlin