Schindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
In re:  Methyl Tertiary Butyl Ether                    Master File No. 1:00-1898
("MTBE") Products Liability Litigation                 MDL 1358 (SAS)
-------------------------------------------------------------X   M21-88

This document relates to:

*City of Riverside v. Atlantic Richfield Company,*
*et al.,* No. 04-Civ-4969

-------------------------------------------------------------X

### JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS WITHOUT PREJUDICE AS TO EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION

WHEREAS, Plaintiff City of Riverside ("Plaintiff") brought suit against Defendants

Exxon Mobil Corporation (individually and f/k/a Exxon Corporation and d/b/a ExxonMobil

Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical

Corporation) and ExxonMobil Oil Corporation (individually and f/k/a Mobil Oil

Corporation) (collectively, "the Exxon Mobil defendants") and other Defendants alleging

MTBE or TBA contamination of certain of its potable drinking water wells;

WHEREAS, Plaintiff also owns potable drinking water wells that have never had a

detection of MTBE or TBA as of the date of this dismissal (referred to as "Unimpacted

Wells");

WHEREAS, Plaintiff has decided not to pursue its claims against the Exxon Mobil

Defendants at this time;

WHEREAS, the parties desire to clarify their respective positions with respect to the

running of the statute of limitation applicable to claims based on future detections of MTBE

and/or TBA in Unimpacted Wells after the date of this dismissal;

- 1 -

THEREFORE, as indicated by the signatures of the respective counsel below, Exxon Mobil Corporation and ExxonMobil Oil Corporation agree that the statute of limitation has not begun to run as to claims based on future detections of MTBE and/or TBA in Unimpacted Wells.

THEREFORE, Plaintiff and the Exxon Mobil defendants now jointly move for dismissal without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as to all claims against Defendants Exxon Mobil Corporation (individually and f/k/a Exxon Corporation and d/b/a ExxonMobil Refining & Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation) and ExxonMobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) (collectively, "the Exxon Mobil Defendants").

DATED:  January____12____, 2011

RESPECTFULLY SUBMITTED, AGREED TO AND ACCEPTED,

by: _____
Celeste Evangelisti
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-520-1181
*Counsel for Plaintiff City of Riverside*

by: _____
Jeffrey J. Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, Suite 4800
Los Angeles, CA  90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398
*Counsel for Exxon Mobil Corporation and ExxonMobil Oil Corporation*

- 2 -

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____ 1/13/11 _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS WITHOUT PREJUDICE AS TO EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION** was served on all counsel of record by posting it directly to LexisNexis File & Serve on January 12th, 2011.

SHELLY PETERSEN