UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
 :
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS          :   **CASE MANAGEMENT**
LIABILITY LITIGATION             :   **ORDER #83**
------------------------------------------------------- :
 :   **Master File No. 1:00-1898**
**This document relates to:**    :   **MDL 1358 (SAS)**
 :   **M21-88**
*New Jersey Dep't of Env'l Prot., et al. v.* :
*Atlantic Richfield Co., et al.*,  :
Case No. 08 Civ. 00312           :
 X
-------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/11

This Order memorializes the rulings made during the Conference held on January 13, 2011.

1. By January 29, 2011, Plaintiffs will produce all responsive, non-privileged emails for all previously identified NJDEP case managers.

2. All eighteen (18) depositions of case managers in anticipation of trial site selection will be completed by February 3, 2011.

3. The parties are each directed to select their ten (10) trial sites by February 10, 2011.

4. Plaintiffs are directed to provide Defendants with complete sampling data for all focus sites, current through at least August 2010, by January

1

29, 2011.

      5. Plaintiffs are directed to update, within a reasonable time, the statewide databases produced pursuant to Case Management Order No. 45 to include information gathered through at least August 2010.

SO ORDERED:

/s/ Shira A. Scheindlin  
Shira A. Scheindlin  
U.S.D.J.

Dated:      New York, New York  
               January 14, 2011

**-Appearances-**

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444

**Counsel for NJDEP:**

Thomas P. Gressette, Jr., Esq.
Richardson, Patrick,
Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Building A
(843) 727-6595

Scott E. Kauff, Esq.
Law Offices of John K. Dema, P.C.
11300 Rockville Pike, Suite 112
Rockville, MD 20852
(301) 881-5900

Leonard Z. Kaufmann, Esq.
Cohn Lifland Pearlman
Herrmann & Knopf, LLC
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

Barry A. Knopf, Esq.
Cohn Lifland Pearlman
Herrmann & Knopf, LLC
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

**Counsel for ExxonMobil:**

Stephen J. Riccardulli, Esq.
James A. Pardo, Esq.
McDermott Will & Emery, LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5631

**Counsel for Shell:**

Alec C. Zacaroli, Esq.
Wallace King Domike & Reiskin
2900 K Street NW, Suite 500
Washington, DC 20007
(202) 965-6021

**Counsel for El Paso Corporation:**

Dawn A. Ellison, Esq.
Greenberg Traurig LLP
2101 L St., NW, Suite 1000
Washington, DC 20037
(202) 331-3101

**Counsel for CITGO:**

Pamela R. Hanebutt, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7625

**Counsel for Sunoco:**

Daniel M. Krainin, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5417