UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*This Document Related to All Cases*

------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit *pro hac vice* Christina Henk of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Christina Henk are admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

Christina Lynn Henk
Kirkland & Ellis LLP
300 North LaSalle
Suite 2400
Chicago, IL 60654-3406

DATED: 1/14/11

(312) 862-7322
christina.henk@kirkland.com

The Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/11