UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

IN RE METHYL TERTIARY BUTYL ETHER     Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION         MDL 1358 (SAS)
                                      M21-88

This document pertains to:

*This Document Related to All Cases*

------------------------------------------------------------------ x

## ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit *pro hac vice* Sylvia Nichole Winston of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Sylvia Nichole Winston are admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

Sylvia Nichole Winston
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

(312) 862-7184
sylvia.winston@kirkland.com

DATED: 1/14/11

_____
The Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/11