UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

-----------------------------------------------------------

**This Document Relates To: All Cases**

-----------------------------------------------------------

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DATE FILED: 1/21/11

The Court has considered the unopposed request of Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company–Oklahoma, Valero Refining Company–Texas, L.P., Valero Refining Company–New Jersey, Valero Refining Company–Delaware, Valero Refining Company–California, Ultramar Inc., and The Premcor Refining Group Inc. (hereinafter "Valero Defendants") to admit *pro hac vice* Eduardo S. Pérez, Amy E. Parker, and Benjamin H. Patton of Bracewell & Giuliani LLP and the request is hereby **GRANTED**;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Eduardo S. Pérez, Amy E. Parker, and Benjamin H. Patton are admitted to practice before this Court *pro hac vice* on behalf of the Valero Defendants and "all predecessor companies named herein" in civil action upon the deposit of the required $25 per admission to the Clerk of this Court.

The Applicants' contact information is attached to this order.

Dated: 1/20/11

The Honorable Shira A. Scheindlin
United States District Judge

Methyl-Tertiary Butyl Ether (MTBE) Products Liability Litigation
MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)

## Addendum to Proposed Order

Eduardo S. Perez
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: 713-221-1312
Fax: 713-221-1212

Amy E. Parker
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: 713-221-1119
Fax: 713-221-1212

Benjamin H. Patton
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: 713-221-1344
Fax: 713-221-1212