| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>In re Methyl Tertiary-Butyl Ether<br>("MTBE") Products Liability Litigation<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico, et al. v.*<br>*Shell Oil Co., et al., No. 07 Civ. 10470 (SAS)* | ) Master File C.A. No. 1:00-1898<br>)<br>) MDL 1358 (SAS)<br>) No. M21-88<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



FILED 1/26/11

## [ PROPOSED ] CASE MANAGEMENT ORDER NO. [ 84 ]

This Case Management Order sets the schedule for the selection of discovery sites in the above referenced matter and supersedes the schedule as previously set by CMO 65.

A. The parties shall each designate 12 discovery sites by March 1, 2011.

B. The parties shall each designate 8 additional discovery sites by April 15, 2011.

C. The parties are directed to meet and confer regarding the additional dates set in CMO 65 and to submit a proposed order for the Court's consideration.

SO ORDERED

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
January 26, 2011