UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00 – 1898 (SAS) MDL 1358 M21-88 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant ConocoPhillips Company, states, to the best of its knowledge, as follows:

1. ConocoPhillips Company's parent is ConocoPhillips, which is a publicly traded company. ConocoPhillips does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: January 28, 2011

LATHAM & WATKINS LLP

_____
John L. Lyons
355 South Grand Ave.
Los Angeles, CA 90071
(213) 485-1234

Alan E. Kraus
Keena M. Hausmann (admitted *pro hac vice*)
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-1234

*Attorneys for ConocoPhillips Company*

## CERTIFICATE OF SERVICE

I certify that on January 28, 2011, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record and on Plaintiff's counsel by electronic filing via LexisNexis File and Serve.

_____
Paul A. Rosenthal