UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00 – 1898 (SAS) MDL 1358 M21-88 |
| This Document Relates To: *City of Pattonsburg v. Ashland, Inc., et al.* (No. 10 Civ. 08743) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SUNOCO, INC. AND SUNOCO, INC. (R&M)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) in the above-captioned matter certifies that: (1) Sunoco, Inc. is a publicly held nongovernmental corporation that does not have a parent corporation and no publicly held corporation owns 10% or more of its stock; and (2) Sunoco, Inc. (R&M) is a nongovernmental corporation whose corporate parent is Sunoco, Inc., which owns 100% of Sunoco, Inc. (R&M)'s stock.

Dated: January 31, 2011

By: _____
John S. Guttmann (JG 7601)
Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

*Attorneys for Defendants and Third-Party Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M)*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2011, a true and correct copy of this **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SUNOCO, INC. AND SUNOCO, INC. (R&M)** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve for Plaintiffs and Defendants in MDL 1358 Master File C.A. No. 1:00-1898 (SAS).

_____
Daniel M. Krainin