UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether　　　　　　　　MDL No. 1358
("MTBE") Products Liability Litigation　　　　　　　Master File No. 00-CV-1898 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　M21-88

----------------------------------------------------------------X

This Document Relates To:

*Village of Bethalto v. Ashland, Inc., et al.,* 1:10-cv-08182
*Town of Kouts v. Ashland, Inc., et al.,* 1:10-cv-08184
*City of Kennett v. Ashland, Inc., et al.,* 1:10-cv-08742
*City of Pattonsburg v. Ashland, Inc., et al.,* 1:10-cv-08743
*Coraopolis Water and Sewer Authority v. Ashland, Inc., et al.,* 1:10-cv-07874
*Bridgewater Water Department v. Atlantic Richfield Co., et al.,* 1:11-cv-479

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT FLINT HILLS RESOURCES, LP

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Flint Hills Resources, LP ("Flint Hills"), states that it is a privately held entity.  Flint Hills is an affiliate of Koch Industries, Inc., which is also privately held.  No publicly-traded entity owns 10% or more of its stock.

Dated:  January 31, 2011

　　　　　　　　　　　　　　　　**FLINT HILLS RESOURCES, LP**


　　　　　　　　　　　　　　　　By:　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Counsel

Joseph C. Kearfott
George P. Sibley III
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218  (fax)

Stuart A. Raphael
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Ste. 1700
McLean, VA  22102
(703) 714-7400
(703) 918-4015  (fax)

## CERTIFICATE OF SERVICE

I certify that on January 31, 2011 a true and correct copy of this **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT FLINT HILLS RESOURCES** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve to counsel for Plaintiffs and Defendants in MDL No. 1358.

/s/