UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This Documents Relates to:**<br><br>*Village of Bethalto v. Ashland, Inc., et al.* (No. 10 Civ. 08182)<br><br>*Bridgewater Water Department v. Atlantic Richfield Company, et al.* (No. 11 Civ. 00479)<br><br>*Coraopolis Water and Sewer Authority v. Ashland, Inc., et al.* (No. 10 Civ. 07874)<br><br>*City of Kennett v. Ashland, Inc., et al.* (No. 10 Civ. 08742)<br><br>*Town of Kouts v. Ashland, Inc., et al.* (No. 10 Civ. 08184)<br><br>*City of Pattonsburg v. Ashland, Inc., et al.* (No. 10 Civ. 08743) | Master File No. 1:00-1898<br>MDL NO. 1358 (SAS)<br>M21-88 |

### Exxon Mobil Defendants' Supplemental Statement Pursuant to Rule 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Exxon Mobil Corporation, Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Chemical Company certifies that: (1) Exxon Mobil Corporation is the corporate parent, and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock; (2) Mobil Corporation's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's

stock; (3) ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, and Mobil Corporation owns 100% of ExxonMobil Oil Corporation's stock; and (4) ExxonMobil Chemical Company is a division of Exxon Mobil Corporation, and there are no publicly held corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

Dated: New York, New York
January 31, 2011

By: /s/ Lauren Handel
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lauren E. Handel
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Defendants Exxon Mobil Corporation, Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Chemical Company*