UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : **ORDER**
LIABILITY LITIGATION :
------------------------------------------------------ : Master File No. 1:00-1898
: MDL 1358 (SAS)
**This document relates to:** : M21-88
:
Orange County Water District v. Unocal :
Corp., et al. :
Case No. 04 Civ. 4968 :
X
------------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Order Determining Good Faith Settlement (Document #183 in 1:04-cv-04968; #3260 in 1:00-cv-01898) and the Rule 54(b) Judgment (Document #182 in 1:04-cv-04968; #3256 in 1:00-cv-1898) filed on January 31, 2011 were inadvertently entered before the period to file an objection had elapsed. The Clerk of the Court is therefore directed to vacate the above-listed orders.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 31, 2011

1