UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Coraopolis Water and Sewer Authority v. Ashland, et al*, No. 1:10-07874 | MDL 1358 (SAS) |

## STIPULATION AND ORDER EXTENDING TIME
## FOR CHEVRON CORPORATION TO RESPOND TO COMPLAINT

Plaintiff Coraopolis Water and Sewer Authority and Defendant Chevron Corporation, through their undersigned counsel, hereby stipulate that the deadline for Chevron Corporation to answer or otherwise respond to the Complaint in the above-referenced action is hereby extended to and including February 15, 2011.

DATED: January 28, 2011

_____
William A. Walsh (WW 3301)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10004
Phone: 212.558.5500

*Attorneys for Plaintiff*

2/1/11

1

Dated: January 28, 2011

*[signature]*

Richard E. Wallace, Jr.
William F. Hughes
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W., Harbourside
Washington, D.C. 20007
Phone: (202) 204-1000
Fax: (202) 204-1001

*Attorneys for Chevron Corporation*

**IT IS SO ORDERED:**

Dated: Jan. 31, 2011

*[signature]*

Hon. Shira A. Scheindlin, U.S.D.J.