UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                            :

IN RE:  METHYL TERTIARY BUTYL  :
    ETHER ("MTBE") PRODUCTS     :
    LIABILITY LITIGATION         :       **Master File No. 1:00-1898**
-------------------------------------------------------- :     **MDL 1358 (SAS) (DCF)**
                            :     **M21-88**

This document relates to:        :
                            :     *Order Modifying*

*Incorporated Village of Mineola, et al.*  :     **CASE MANAGEMENT ORDER** *# 76*
*AGIP, Inc. et al.*, 03 Civ. 10051     :
*West Hempstead Water District v. AGIP Inc.* :
*et. al.*, 03 Civ. 10052          :
*Carle Place Water District v. AGIP Inc. et* :
*al.*, 03 Civ. 10053            :
*Village of Hempstead v. AGIP, Inc. et al.*,  :
03 Civ. 10055               :
*Westbury Water District v. AGIP Inc. et al.*,  :
03 Civ. 10057               :
                            :
----------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On consent of all counsel in these actions, and for good cause shown, this Court hereby

establishes the following new discovery schedule in the above actions:

    1.      Fact discovery is to be completed by ~~May 25, 2011.~~ *April 8, 2011*

    2.      All Parties shall serve their expert reports by ~~June 30, 201~~1. *May 16, 2011*

    3.      All Parties shall serve their shall their expert rebuttal reports by
~~July 29, 2011.~~ *June 15, 2011*

    4.      All expert depositions to be completed by ~~August 31, 2011.~~ *July 18, 2011*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/11

5.    A further Case Management Conference will be held on _April 18, 2011_

at _4:30 p.m._ to address any pending issues and/or establish a schedule for dispositive motions

and such other matters as the Court deems appropriate.

Dated:  New York, N.Y.
~~January    , 2010~~

_february 1, 2011_

SO ORDERED:

_____
Hon.  Shira A. Scheindlin
United States District Judge