UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File C.A. No.
Products Liability Litigation                1:00-1898 (SAS)
                                             MDL No. 1358
                                             M-21-88

---

**This Document Relates To: All Cases**

### ORDER

The Court has considered the unopposed request of ChevronTexaco Corporation (now known as Chevron Corporation), Chevron U.S.A. Inc., TRMI Holdings Inc., Texaco Inc., Union Oil Company of California, and Unocal Corporation, and "all predecessor companies named herein" (hereinafter "Chevron Defendants") to admit *pro hac vice* James J. Maher, Esq. of King & Spalding LLP and the request is hereby **GRANTED**;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that James J. Maher, Esq. is admitted to practice before this Court *pro hac vice* on behalf of the Chevron Defendants and "all predecessor companies named herein" in this civil action upon the deposit of the required $25 fee to the Clerk of this Court.

Dated: 2/1/11

The Honorable Shira A. Scheindlin
United States District Judge