UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER         Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION             MDL 1358 (SAS)
                                          M21-88

*This Document Relates to All Cases*

---------------------------------------------------------------- x

### ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit *pro hac vice* Andrew R. Running of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Andrew R. Running be admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

Andrew R. Running
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2412
Andrew.running@kirkland.com

DATED: 2/9/11

The Honorable Shira A. Scheindlin
United States District Judge