UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE METHYL TERTIARY BUTYL ETHER        Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION            MDL 1358 (SAS)
                                         M21-88

*This Document Relates to All Cases*

---------------------------------------------------------------- x

## ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/11

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit *pro hac vice* Krenice M. Roseman of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Krenice M. Roseman be admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $25.00 to the Clerk of Court.

Krenice M. Roseman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-3093
Krenice.roseman@kirkland.com

DATED: 2/9/11

The Honorable Shira A. Scheindlin
United States District Judge