UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                :

IN RE: METHYL TERTIARY BUTYL  :
ETHER ("MTBE") PRODUCTS     :             __ORDER__
LIABILITY LITIGATION           :
-------------------------------------------------- :    Master File No. 1:00-1898
                                :    MDL 1358 (SAS)
This document relates to:      :    M21-88
                                :
*City of Merced Redevelopment Agency v.*  :
*Exxon Mobil Corp.*               :
Case No. 08 Civ. 6306        :
                                X

--------------------------------------------------

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The Motion for Extension of Time to Complete Discovery (Document

#74 in 1:08-cv-06306), filed on November 3, 2010 was rendered moot by Case

Management Order #80, filed December 7, 2010.  The Clerk of the Court is

therefore directed to close the motion.

                            SO ORDERED:

                            Shira A. Scheindlin
                            U.S.D.J.

Dated:     New York, New York
           February 14, 2011

1