UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Pertains To: | NOTICE OF JOINT MOTION TO DISMISS |

*Town of Kouts v. Ashland, Inc., et al.*, Case No. 1:10-cv-08184
*Village of Bethalto v. Ashland, Inc., et al.*, Case No. 1:10-cv-08182

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Town of Kouts and Village of Bethalto and Defendant Gulf Oil Limited Partnership (collectively "the Parties"), move the Court to enter an agreed Stipulation and Order of Dismissal without Prejudice in the above-referenced matter. The Parties have executed Stipulations of Dismissal and have agreed that each party shall bear its own costs, expenses, and attorneys' fees.

WHEREFORE, the Parties request that this Court enter the attached Stipulations and Orders of Dismissal without Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.



LIBA/2127362.1

DATED: ~~December ___, 2010~~ January 3rd, 2011

                                          Respectfully submitted,

_____      _____
Cary L. McDougal                           Chad W. Higgins
BARON & BUDD, P.C.               Goodwin Procter LLP
3102 Oak Lawn Avenue            53 State Street
Suite 1100                                    Boston, MA 02109
Dallas, TX 75219-4281             Telephone: (617) 570-1000
Telephone: (214) 523-6267       Facsimile: (617) 523-1231
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs Village of*      *Attorneys for Defendant Gulf Oil Limited*
*Bethalto and Town of Kouts*            *Partnership*

The Court entered the attached Stipulation and Order of Dismissal without prejudice. Therefore, the Clerk of the Court is directed to close this motion. [document #19]

_____
Hon. Shira A. Scheindlin
U.S.D.J.

Feb. 14, 2011
New York, New York

2

LIBA/2127362.1