UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
------------------------------------------------------------X

This document relates to:

*Quincy Community Services District v. Atlantic Richfield Co., et al.*, 04 Civ. 4970

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

------------------------------------------------------------X

## PLAINTIFF AND DEFENDANT KERN OIL & REFINING CO.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Plaintiff Quincy Community Services District ("Plaintiff") owns and operates a drinking water system(s) that supplies water to residential users within its service area. Plaintiff alleges that its water supply is impacted and/or threatened by MTBE contamination. Because this matter is not a "focus case", minimal discovery or other work has been conducted in this matter.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Kern Oil & Refining Co. now jointly move for dismissal without prejudice. Plaintiff has decided not to pursue its MTBE claims against Kern Oil & Refining Co. at this time. Plaintiff and Kern Oil & Refining Co. have agreed that Plaintiff may refile MTBE claims against Kern Oil & Refining Co. in the event that Plaintiff, upon receipt of further information, determines that the MTBE claims against Kern Oil & Refining Co. are meritorious. Plaintiff and Kern Oil & Refining Co. ask the Court to dismiss Plaintiff's

MTBE claims against Kern Oil & Refining Co. without prejudice, with each party to bear its own costs. Plaintiff and Kern Oil & Refining Co. agree that this request is reasonable and prejudices neither Plaintiff nor Kern Oil & Refining Co.

DATED: May 24, 2010

*The Court entered the attached Order to Dismiss. Therefore, the Clerk of the Court is directed to close this motion [document 102].*

*Hon. Shira A. Scheindlin*
*U.S.D.J.*

*February 14, 2011*
*New York, New York*

RESPECTFULLY SUBMITTED,

by: Celeste Evangelisti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-520-1181

Victor M. Sher
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA  94105
Telephone:  415- 348-8300
Facsimile:  415-348-8333 (fax)
*Counsel for Plaintiff Quincy Community Services District*

by: Brian M. Ledger
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
Telephone:  619- 696-6700
Facsimile:  619- 696-7124
*Counsel for Defendant Kern Oil & Refining Co.*

- 2 -