UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

----------------------------------------------------------- X
This Document Relates To:
----------------------------------------------------------- X
*M & P Silver Family Partners II v. Amerada Hess Corporation, et al.*, 04 Civ. 4975
----------------------------------------------------------- X

[stamp: ELECTRONICALLY FILED  DATE FILED: 2/15/11]

## PLAINTIFF AND EXXONMOBIL DEFENDANTS' JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff M & P SILVER FAMILY PARTNERS II and Settling Defendants EXXON MOBIL CORPORATION (INDIVIDUALLY AND F/K/A EXXON CORPORATION AND D/B/A EXXONMOBIL REFINING & SUPPLY COMPANY, EXXON CHEMICAL U.S.A., AND EXXONMOBIL CHEMICAL CORPORATION) AND EXXONMOBIL OIL CORPORATION (INDIVIDUALLY AND F/K/A MOBIL OIL CORPORATION) (COLLECTIVELY, "EXXONMOBIL") (collectively "The Parties") request the Court to enter an Agreed Stipulation and Order of Dismissal. The Parties have agreed to a settlement agreement and final resolution of all matters in controversy between them, including the settlement of the above case. The Parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the Parties request this Court enter the Stipulation and Order of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring same.

DATED: October 8th, 2010

Respectfully submitted,

By: /s/ Celeste A. Evangelisti
Celeste A. Evangelisti
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Victor M. Sher
**SHER LEFF LLP**
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

*Counsel for Plaintiff M & P Silver Family Partners II*

The Court entered the Stipulation and Order of Dismissal. Therefore, the Clerk is directed to close this motion [doc # 3177]

So Ordered.

/s/ Hon. Shira A. Scheindlin
U.S.D.J.

By: /s/ Jeffrey J. Parker
Jeffrey J. Parker, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone: (213) 617-5586
Facsimile: (213) 620-1398

*Counsel for ExxonMobil Defendants*

February 14, 2011
New York, New York