February 11, 2011

MICHAEL A. WALSH
214.651.4459
Direct Fax: 214.659.4085
michael.walsh@strasburger.com

**<u>VIA EMAIL</u>**
The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RE: Master File No. 1:00-1898; MDL No. 1358 (SAS); M21-88
    *Orange County Water District v. Unocal Corp.* 1:04-cv-04968-SAS

Dear Judge Scheindlin:

On February 1, 2011, CITGO Petroleum Corporation filed its Notice of Intent to Object to 7-Eleven, Inc.'s Motion for Order Determining Good Faith Settlement in the above-referenced case. CITGO's opposition is due on February 17, 2011. 7-Eleven requests that the Court allow it until March 3, 2011, to file its reply regarding the motion. Counsel for CITGO does not object to this reply date.

Please do not hesitate to contact me if you have any questions or if the Court would prefer a different briefing schedule.

Sincerely,

*/s/ Michael A. Walsh/*

cc: All counsel via LNFS

SO ORDERED

_____
Shira A. Scheindlin, U.S.D.J.
Date: 2/14/11

3320819.1/SP/76088/0420/021111