LAW OFFICES
## COTCHETT, PITRE & McCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES OFFICE
9454 WILSHIRE BOULEVARD, SUITE 907
BEVERLY HILLS, CA 90212
(310) 247-9247

WASHINGTON, DC OFFICE
1025 CONNECTICUT AVENUE NW, SUITE 1000
WASHINGTON, DC 20036
(202) 296-4515

NEW YORK OFFICE
ONE LIBERTY PLAZA, 23RD FLOOR
NEW YORK, NY 10006
(212) 682-3198

February 10, 2011

**By Mail**

Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re:   *In re MTBE Products Liability Litigation*
      Master File No. 1:00-cv-1898 -SAS-DCF
      MDL 1358 (SAS)

Dear Judge Scheindlin:

   I write to request to be removed from the ECF service list in the above referenced matter (Master File No. 1:00-1898) as I no longer represent any plaintiff in the MDL.

   In April of 2009, *Redwood Center Ltd. Partnership v. Chevron Corporation, et al.* was transferred to the MDL. Case No. 1:09-cv-03739-SAS. On April 30, 2010, this Court granted Plaintiff's Unopposed Motion to Voluntarily Dismiss Case. Although the case has been dismissed I still receive ECF notices. I respectfully request that my name be removed from the ECF service list.

   Thank you for your consideration.

Request granted

Respectfully submitted,

Steven N. Williams

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

Attorney's request for removal from the ECF service list is hereby GRANTED.

The Clerk of the Court is directed to remove counsel's name from the service list.

**SO ORDERED.**

DATED: 2/15/11

Hon. Shira A. Scheindlin, U.S.D.J.