UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

---

This Document Relates To:

*Orange County Water District v. Unocal Corp.,
et al.*
Case No. 04 Civ. 4968 (SAS)

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

---

### DEFENDANT CITGO PETROLEUM CORPORATION'S MOTION TO SEAL EXHIBIT B TO DECLARATION OF PAMELA R. HANEBUTT IN SUPPORT OF ITS OBJECTION TO DEFENDANT 7-ELEVEN, INC.'S MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT

Defendant CITGO Petroleum Corporation respectfully moves this Court pursuant to Section II.L(a) of the Revised Confidentiality Order, dated September 23, 2004 ("Confidentiality Order"), for an order sealing Exhibit B to the Declaration of Pamela R. Hanebutt in Support of Defendant CITGO Petroleum Corporation's Objection to Defendant 7-Eleven, Inc.'s Motion for Order Determining Good Faith Settlement, dated February 17, 2011 ("Hanebutt Declaration"). Exhibit B to the Hanebutt Declaration contains "Confidential Document(s), Information or Other Thing(s)," as that phrase is defined in Section II.C(a)(ii) of the Confidentiality Order. A proposed order is attached hereto.

Dated: February 17, 2011                    CITGO PETROLEUM CORPORATION

                                            By: _____/s Pamela R. Hanebutt_____

                                            Nathan P. Eimer
                                                (neimer@eimerstahl.com)
                                                (New York Bar No. 1976067)
                                            Pamela R. Hanebutt
                                                (phanebutt@eimerstahl.com)
                                                (admitted *pro hac vice*)
                                            Lisa S. Meyer
                                                (lmeyer@eimerstahl.com)
                                                (admitted *pro hac vice*)
                                            EIMER STAHL KLEVORN & SOLBERG LLP
                                            224 S. Michigan Ave., Suite 1100
                                            Chicago, IL 60604
                                            312-660-7600
                                            312-692-1718 (Fax)

                                            *Attorneys for CITGO Petroleum Corporation*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ORDER |
| This Document Relates To: | Master File No. 1:00-1898 MDL No. 1358 (SAS) M21-88 |
| *Orange County Water District v. Unocal Corp., et al.* Case No. 04 Civ. 4968 (SAS) | |

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby ORDERED, that:

Exhibit B to the Declaration of Pamela R. Hanebutt in Support of Defendant CITGO Petroleum Corporation's Objection to Defendant 7-Eleven, Inc.'s Motion for Order Determining Good Faith Settlement, dated February 17, 2011 shall be placed under seal.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
_____, 2011

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 17th day of February, 2011, a copy of the foregoing DEFENDANT CITGO PETROLEUM CORPORATION'S MOTION TO SEAL EXHIBIT B TO DECLARATION OF PAMELA R. HANEBUTT IN SUPPORT OF ITS OBJECTION TO DEFENDANT 7-ELEVEN, INC.'S MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT was served upon all parties of record via LexisNexis File and Serve.

/s Ameri R. Klafeta