UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates To: | |
| Bridgewater Water Department v. Atlantic Richfield Company, et al.,<br>Civ. No. 1:11-cv-479 | STIPULATION AND ORDER |

WHEREFORE, the parties are discussing the scope of Plaintiff's claims against Defendant 7-Eleven, Inc., in the hopes of reducing the issues to be resolved by the Court. 7-Eleven's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint in this matter is February 17, 2011. This is the first request for an extension in the time to respond to Plaintiff's First Amended Complaint in this matter, and this request is not made for the purposes of delay.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties hereto that the time for 7-Eleven, Inc. to answer or otherwise respond to Plaintiff's First Amended Complaint in this action shall be and hereby is extended until and including March 25, 2011.

SO ORDERED:

_____
Shira A. Scheindlin
United States District Judge

Dated: ___Feb 17___, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/11

STIPULATION AND ORDER – Page 1
3314843.1/SP/76088/0613/021711

AGREED:

| | |
|---|---|
| *[signature]*<br>Michael A. Walsh, Esq.<br>(mw2534)<br>Strasburger & Price, LLP<br>901 Main Street, Suite 4400<br>Dallas, TX 75202<br>214-651-4300<br>michael.walsh@strasburger.com<br>**Counsel for Defendant**<br>**7-Eleven, Inc.** | *[signature]*<br>Cary McDougal, Esq.<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, Texas 75219-4281<br>214-521-3605<br>cmcdougal@baronbudd.com<br>**Counsel for Plaintiff**<br>**Bridgewater Water Department** |