UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :   **CASE MANAGEMENT**
LIABILITY LITIGATION                                    :   **ORDER #85**
------------------------------------------------------- :
                                                        :   Master File No. 1:00-1898
This document relates to:                               :   MDL 1358 (SAS)
                                                        :   M21-88
*All Cases*                                             :
                                                        :   USDC SDNY
                                                        :   DOCUMENT
------------------------------------------------------- :   ELECTRONICALLY FILED
                                                        X   DOC #: _____
                                                            DATE FILED: 2/18/11
SHIRA A. SCHEINDLIN, U.S.D.J.:

This Order memorializes the rulings made during the status conference held on February 15, 2011.

1.  *Crescenta Valley Water District*: A pre-motion conference for the defendants' contemplated dispositive motions is scheduled for March 11, 2011 at 4:30 p.m. Defendants' pre-conference letter is due on February 25, 2011; plaintiff's reply letter is due on March 4, 2011.

2.  *California* cases: The parties will meet and confer prior to March 11, 2011 to discuss mediation. Specifically, the parties will talk about which cases would be included in a structured settlement effort, and attempt to identify a mutually acceptable mediator.

1

3.  The next status conference is scheduled for March 30, 2011 at 4:30 p.m., subject to change.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 18, 2011

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444