UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL       :
ETHER ("MTBE") PRODUCTS             :   **ORDER OF REFERENCE**
LIABILITY LITIGATION                        :   **TO A MAGISTRATE JUDGE**
------------------------------------------------------- :
:   **Master File No. 1:00-1898**
This document relates to:                  :   **MDL 1358 (SAS)**
:   **M21-88**
*Yosemite Springs Park Utility District v.*  :
*Chevron, U.S.A., et al.*, 09 Civ. 1419   :
:
------------------------------------------------------- X

      The above entitled action is referred to Magistrate Judge Debra C. Freeman for settlement purposes.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
             February 22, 2011

## - Appearances -

**For Plaintiffs:**

Celeste Evangelisti, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605

**For Defendants:**

David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, TX 77002
(713) 276-7329