UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
IN RE METHYL TERTIARY BUTYL ETHER  :
PRODUCTS LIABILITY LITIGATION : Master File No. 1:00-1898
---------------------------------------------------------------- : MDL 1358 (SAS), M21-88
This document relates to: X
: **ORDER ADMITTING FRANK A.**
All Cases : **DANTE *PRO HAC VICE***
---------------------------------------------------------------- :
X

The Court has considered the unopposed request of Defendants, Lyondell Chemical Company and Equistar Chemicals, LP, for the *pro hac vice* admission of Frank A. Dante of Blank Rome LLP, and

**IT IS HEREBY ORDERED** that:

>    Frank A. Dante, Esquire
>    BLANK ROME LLP
>    One Logan Square
>    Philadelphia, PA 19103
>    Telephone: 215-569-5645
>    Facsimile: 215-832-5645
>    Email: dante@blankrome.com

is admitted to practice *pro hac vice* as counsel for Lyondell Chemical Company and Equistar Chemicals, LP in the above-captioned cases in the Untied States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 2/22/11
New York, New York

_____
The Honorable Shira A. Scheindlin
United States District Judge