| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-99 |

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ 4968 (SAS) | ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>...<br>DATE FILED: 3/1/11 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendant G&M Oil Company, Inc. ("G&M") to admit *pro hac vice* Monica Q. Vu of Jeffer, Mangels, Butler & Mitchell, LLP, and the request is hereby **GRANTED**.

**IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that

| | |
|---|---|
| Applicants' Names: | Monica Q. Vu |
| Firm Name: | Jeffer, Mangels, Butler & Mitchell, LLP |
| Address: | 3 Park Plaza, Suite 1100 |
| City/State/Zip: | Irvine, California 92614 |
| Telephone/Fax: | (949) 623-7200/ (949) 623-7202 |
| Email Addresses: | MVU@jmbm.com |

1

7201452v1

2

are admitted to practice before the Court *pro hac vice* on behalf of G&M in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of the Court.

Dated: Feb. 25, 2011

The Honorable Shira A. Scheindlin
United States District/Magistrate Judge

2