UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

----------------------------------------------------------X
This Document Relates To:
----------------------------------------------------------X
*Yosemite Springs Park Utility Company v.
Chevron U.S.A., Inc. et al.*, No. 09-Civ.1419
----------------------------------------------------------X

[PROPOSED] CASE MANAGEMENT ORDER NO. 86
(Discovery Schedule)

| | |
|---|---|
| Yosemite will identify subject areas in which it plans to offer expert reports | Completed |
| Yosemite will identify the experts who will be submitting reports | Completed |
| Defendant will identify the experts who will be submitting reports | Completed |
| Last day to serve discovery relating to non-TBA issues[1] | March 14, 2011 |
| Last day to serve discovery relating to TBA issues | June 14, 2011 |
| Yosemite will serve expert reports | August 2, 2011 |
| Defendant will serve expert reports | October 3, 2011 |
| Yosemite will serve reply expert reports | November 16, 2011 |
| Expert depositions may commence | November 30, 2011 |
| Expert Discovery is completed | January 31, 2012 |

---

[1] Despite the fact discovery cut-off, there may be instances where additional fact discovery is needed in order to prepare a rebuttal expert opinion or in the event of other unforeseen circumstances. In this instance, the parties will meet and confer, and in the event agreement cannot be reached, the issue will be presented to the Court for determination. In the event there is agreement or a Court Order allowing for continued discovery, such discovery will be allowed and any discovery subpoenas or other discovery tools will have full force and effect as if the fact discovery cut-off had not passed.

Plaintiff's Motion for Leave to File its First Amended Complaint is granted.

Plaintiff's and Defendants' previously identified experts may also address TBA issues in their reports.

**SO ORDERED:** _No further adjournments will be granted_

**Dated:**   New York, New York
             March ___3___, 2011

_____
SHIRA A. SCHIENDLIN
UNITED STATES DISTRICT JUDGE