UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, No. 08 Civ. 00312 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

**SHIRA A. SCHEINDLIN, U.S.D.J.**

[PROPOSED] CASE MANAGEMENT ORDER NO. 87

Pursuant to Case Management Order No. 79, the parties were to submit a proposed CMO governing discovery, experts, pre-trial, and trial matters by February 28, 2011. The parties have requested that the February 28, 2011 deadline be extended until March 30, 2011. The parties request is hereby granted.

SO ORDERED

DATED: New York, New York
      March 4, 2011

Shira A. Scheindlin
U.S.D.J.