

# EimerStahl

Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604-2516
Tel 312 660 7600   Fax 312 692 1718

Pamela R. Hanebutt

(312) 660-7625
phanebutt@eimerstahl.com

March 7, 2011

<u>Via E-Mail</u>

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007-1312

      Re:    MDL No. 1358, Master File No. 1:00-1898 (SAS)
               *Orange County Water District v. Unocal Corp., et al.*, Case No. 04-CV-4968

Dear Judge Scheindlin:

      In support of Defendant 7-Eleven, Inc.'s Motion for Order Determining Good Faith Settlement in the above-referenced action, 7-Eleven, Inc. and plaintiff Orange County Water District have submitted materials introducing arguments and evidence regarding the scope of plaintiff's claimed damages and defendant CITGO Petroleum Corporation's ("CITGO") liability in this action that were not raised in 7-Eleven's initial submission seeking a good faith determination. CITGO respectfully requests leave to file a brief sur-reply, a copy of which is attached, to address these issues and complete the record.

      Thank you for your consideration.

                                             Sincerely,

                                             Pamela R. Hanebutt
                                             Counsel for CITGO Petroleum Corporation

PRH:sms
Enclosure
cc:    All Counsel of Record via LNFS (with attachment)

*[Handwritten note:] CITGO's request to file a sur-reply is granted. No further briefing on this motion will be allowed.*

*So Ordered:*

*Shira A. Scheindlin*
*USDJ*

*Dated: March 8, 2011*
*New York, New York*

Chicago • Houston