# DL ROTHBERG & ASSOCIATES, P.C.

1065 Avenue of the Americas, Floor 19
New York, New York 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

March 8, 2011

**VIA FEDERAL EXPRESS**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 15c
New York, New York 10007-1312



Re: Master File No. 1:00-1898 (SAS), MDL No. 1358;
Tartan Oil Corp. and C.P. Service Station Operating Corp.
*Village of Hempstead v. AGIP, Inc. et al.*, 03-cv-10055
*Village of Mineola v. AGIP, Inc. et al.*, 03-cv-10051
*Carle Place Water District v. AGIP, Inc. et al.*, 03-cv-10053
*Westbury Water District v. AGIP, Inc. et al.*, 03-cv-10057

Dear Judge Scheindlin:

We represent the defendants and third-party plaintiffs, Tartan Oil Corp. and C.P. Service Station Operating Corp. (collectively, "Tartan"), in the above-referenced actions.

At the request of this Court on even date, pending a Pre-motion Conference currently scheduled for tomorrow, Tartan hereby withdraws, without prejudice, its pending Motion for Leave to file an Amended Third-Party Complaint that was filed on March 4, 2011.

Respectfully yours,

Debra L. Rothberg
Attorneys for the Tartan Defendants

cc: Client (via reg. mail)
William Dubanevich, Esq. (via e-mail)
Michael B. Gallub, Esq. (via e-mail)

The Clerk of the Court is directed to remove the motion and the related filings from the docket (Nos 166, 167, 168 in 03-cv-10055; Nos 164, 165, 166 in 03-cv-10051; Nos. 160, 161, 162 in 03-cv-10053; Nos. 163, 164, 165 in 03-cv-10057).

So Ordered:

Dated: March 8, 2011
New York, New York

Shira A. Scheindlin
U.S.D.J