UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document relates to:<br>*Village of Roanoke v. Ashland, Inc., et al.*,<br>No. 1:09-CV-06554 (SAS) | **ORDER**<br>Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

SHIRA A. SCHEINDLIN, U.S.D.J.:

[PROPOSED] CASE MANAGEMENT ORDER #
(MODIFYING CASE MANAGEMENT ORDER NO. 64)

WHEREAS, pursuant to the Court's Case Management Order No. 64, the parties were to complete fact discovery by March 15, 2011;

WHEREAS, the parties have agreed to a 45-day extension of the March 15, 2011, fact discovery deadline for the limited purpose of responding to timely-served discovery, *i.e.* discovery served sufficiently ahead of the March 15, 2011 deadline to permit a response within the time permitted by the Federal Rules of Civil Procedure;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the schedule of this case outlined in the Court's Case Management Order No. 64 be modified as follows:

1. The deadline to complete fact discovery remains March 15, 2011, except that the parties' deadline to respond to presently outstanding, timely-served discovery is extended to April 29, 2011.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
March //, 2011