UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  Methyl *tertiary* Butyl Ether ("MtBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*Orange County Water District v. Unocal Corporation, et al.,*<br>Case No. 04 Civ. 4968 (SAS) | Master File No. 1:00-1898<br>MDL No. 1358 (SAS) |

TABLE OF CONTENTS FOR THE DECLARATION OF JEREMIAH J. ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Exhibit 1:**     Deposition excerpts of the 2010 deposition(s) of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 2:**     Deposition excerpts of the July 8, 2008 deposition of Michelle Boyd, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 3:**     Deposition excerpts of the 2010 deposition(s) of Roy Herndon, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 4:**     Declaration of Charles Lines for CMO No. 4, Section III.B.1(b)(ii) (Dec. 29, 2004);

**Exhibit 5:**     Declaration of Tam Bui (Aug.) 31, 2010;

**Exhibit 6:**     Declaration of Phillip Bonina for CMO No. 4 Sections III.B.1.(b)(ii) and III.B.1.(c)(ii) (Feb. 21, 2005);

**Exhibit 7:**     Declaration of Gary Schoonveld for CMO No.4 Section III.B.2 (Dec. 30, 2004);

**Exhibit 8:**     Declaration of Hongyan Xun (Sept. 8, 2010);

**Exhibit 9:**     Declaration of Jennifer Talbert for CMO No. 75 (Feb. 15, 2011);

**Exhibit 10:**    Deposition excerpts of the 2008 deposition(s) of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 11:**    Supplemental Declaration of Roy Herndon in Opposition to Statute of Limitations Motion (Mar. 28, 2008);

**Exhibit 12:** Supplemental Declaration of Roy Herndon in Opposition to Defendants' Motion for Summary Judgment on the Statute of Limitations (Feb. 8, 2007);

**Exhibit 13:** Deposition excerpts of the January 22, 2011 deposition of Graham E. Fogg;

**Exhibit 14:** Deposition excerpts of the August 16, 2010 deposition of Phi D. Phan;

**Exhibit 15:** Letter from Delta Environmental Consultants to Stephen R. Sharp (OCHCA) re: Arco #1887 (Nov. 16, 2000) (AROCWD188701278);

**Exhibit 16:** Second Quarter 2010 Groundwater Monitoring and Remediation Report for Arco #1887 (July 6, 2010);

**Exhibit 17:** Fourth Quarter 2010 Groundwater Monitoring Report for Arco #1887 (Jan. 14, 2011);

**Exhibit 18:** Memorandum of Understanding between the District and the Santa Ana Regional Water Quality Control Board;

**Exhibit 19:** Supplemental Declaration of David Bolin in support of Plaintiff's Response to Defendants' Further Supplemental Memorandum re: Summary Judgment Motion on Statute of Limitations (June 3, 2009);

**Exhibit 20:** Deposition excerpts of the August 26, 2010 deposition of Amer Masri;

**Exhibit 21:** Deposition excerpts of the August 19, 2010 deposition of Ann Pham;

**Exhibit 22:** Letter from Emcon Associates to Joyce Krall of OCHCA re: Arco #1905 (Sept. 10, 1991) (AROCWD190501956);

**Exhibit 23:** Fourth Quarter 2010 Groundwater Monitoring and Remediation Report for Arco #1905 (Dec. 9, 2010);

**Exhibit 24:** Deposition excerpts of the 2008 deposition(s) of Roy Herndon, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 25:** Plaintiff's Supplemental Local Rule 56.1 Statement in support of Plaintiff's Supplemental Opposition to Defendants' Motion for Summary Judgment based on Statute of Limitations (Mar. 28, 2008);

**Exhibit 26:** Deposition excerpts of the August 19, 2010 deposition of Keith Van Hoesen;

**Exhibit 27:** Deposition excerpts of the August 30, 2010 deposition of Robert D. Risner, Jr.;

**Exhibit 28:** Third Quarter 2010 Groundwater Monitoring Report for Chevron #9-5401 (Oct. 22, 2010);

**Exhibit 29:** Third Quarter Semi-Annual Progress and Groundwater Monitoring Report for Chevron #9-1921 (Aug. 12, 2010);

**Exhibit 30:** Deposition excerpts from the December 10, 2005 deposition of Roy Herndon, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 31:** Third Quarter 2010 Groundwater Monitoring and Remedial Progress Report for Mobil #18-JMY (Sept. 16, 2010);

**Exhibit 32:** Deposition excerpts of the August 11, 2010 deposition of Kahlor Hamid;

**Exhibit 33:** Third Quarter 2010 Groundwater Monitoring and Status Report for Mobil #18-G6B (Oct. 15, 2010);

**Exhibit 34:** Deposition excerpts of the August 24, 2010 deposition of Hayk Bazik;

**Exhibit 35:** Deposition excerpts of the August 18, 2010 deposition of Gasper Farace;

**Exhibit 36:** Fourth Quarter 2007 Groundwater Monitoring Report for Unocal #5376 (Jan. 11, 2008):

**Exhibit 37:** Second Quarter 2010 Groundwater Monitoring Report for Unocal #5376 (June 30, 2010);

**Exhibit 38:** Fourth Quarter 2010 Quarterly Monitoring Report-Depth Discrete Sampling Submittal (Jan. 12, 2011);

**Exhibit 39:** Declaration of Hongyan Xun for CMO No. 75 (July 22, 2010);

**Exhibit 40:** Deposition excerpts of the August 23, 2010 deposition of Sang U. Kwon;

**Exhibit 41:** Second Quarter 2007 Groundwater Monitoring Report for Unocal #5123 (Jan. 14, 2008);

**Exhibit 42:** Third Quarter 2010 Groundwater Monitoring Report for Unocal #5123 (Sept. 17, 2010);

**Exhibit 43:** Deposition excerpts of the February 24, 2011 deposition David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 44:** Exhibit 309 to the December 3, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-268736-268737);

**Exhibit 45:** Exhibit 47 to the August 20, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-192569-192570);

**Exhibit 46:** Komex Work Proposal dated May 27, 2005 (OCWD-MTBE-001-186956, 186960);

**Exhibit 47:** Deposition excerpts of the January 10, 2006 deposition of Roy Herndon, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 48:** Deposition excerpts of the January 17, 2006 deposition of Lee Paprocki, the District's Federal Rule of Civil Procedure 30(b)(6) witness;

**Exhibit 49:** Notice of Ruling dated October 20, 2008 for *Orange County Water District v. Sabic Innovative Plastics US, LLC*, Case No. 30-2008-00078246-CU-TT-CXC, in the Orange County Superior Court;

**Exhibit 50:** Notice of Ruling dated February 12, 2009 for *Orange County Water District v. Sabic Innovative Plastics US, LLC*, Case No. 30-2008-00078246-CU-TT-CXC, in the Orange County Superior Court;

**Exhibit 51:** Supplemental Declaration of Roy Herndon in support of Plaintiff's Supplemental Brief re: Statute of Limitations (Jan. 16, 2007);

**Exhibit 52:** Atlas Additional Site Investigation Report for G&M Oil #24 (May 2, 2005) (OCWD-MTBE-001-251149-251150, 251180, 251182);

**Exhibit 53:** Atlas Interim Remediation Update #17 for G&M Oil #4 (June 21, 2006) (OCWD-MTBE-001-255664, 255823, 255873);

**Exhibit 54:** Transcript of August 11, 2010 hearing;

**Exhibit 55:** Exhibit 67 to the August 21, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-192504-192505);

**Exhibit 56:** Exhibit 112 to the October 29, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-250301-250302);

**Exhibit 57:** Exhibit 180 to the November 6, 2008 deposition of David Bolin, the District's Federal Rule of Evidence 30(b)(6) witness (OCWD-MTBE-001-260708-260709);

**Exhibit 58:** Exhibit 60 to the August 21, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-192560-192562);

**Exhibit 59:** Third Quarter 2010 Groundwater Monitoring Report for Shell #6502 (Nov. 5, 2010);

**Exhibit 60:** Exhibit 90 to the October 21, 2008 deposition of David Bolin, the District's Federal Rule of Civil Procedure 30(b)(6) witness (OCWD-MTBE-001-189261);

5

**Exhibit 61:**   Deposition excerpts of the August 16, 2010 deposition of Edward Saad;

**Exhibit 62:**   Third Quarter 2010 Groundwater Monitoring Report for Texaco #121681 (Nov. 4, 2010);

**Exhibit 63:**   Exhibit 98 to the August 27, 2010 deposition of Roy Herndon, the District's Federal Rule of Civil Procedure 30(b)(6) designated witness (OCWD-MTBE-HARGIS-425442-425443, 425445);

**Exhibit 64:**   Declaration of Unocal Corporation and Union Oil Company of California for CMO No. 4 (Dec. 21, 2004); and

**Exhibit 65:**   Amended Declaration of William J. Smith for CMO No. 75 (Aug. 18, 2010).