# EXHIBIT 6

Jon D. Anderson (JA 5198)
Michele D. Johnson (MJ 5127)
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Attorneys for Defendant ConocoPhillips Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
                                      :

**In re: Methyl Tertiary Butyl Ether**    :    **MDL 1358 (SAS)**
**("MTBE")**                                 :
**Products Liability Litigation**       :    Master File C.A. No. 1:00-1898
                                       :    (SAS)

--------------------------------------------------------X
This Document Relates To:

*Orange County Water District v. Unocal Corp., et al. ( 04 Civ. 4968)*

### DECLARATION OF PHILLIP BONINA

Phillip Bonina declares as follows:

1.      I am Director of Real Estate (West Coast) for defendant ConocoPhillips Company

("ConocoPhillips").  The facts set forth herein are within my personal knowledge, and, if called

as a witness, I could testify competently to them.

2.      This Declaration, made pursuant to and in compliance with Sections III.B.1.(b)(ii)

and III.B.1.(c)(ii) of Case Management Order #4, dated October 19, 2004 ("CMO #4"), in the

above-captioned actions, is based upon all non-privileged information, including documents,

OC\730460.2



within the possession, custody, or control of ConocoPhillips and retrievable through reasonable effort.

3.     Declarant understands that the Relevant Geographic Area for the above-captioned actions is as defined in Section II.C. of CMO #4.

4.     This Declaration is made on behalf of ConocoPhillips, which was incorporated in December 2002. Where appropriate to provide information that may pertain to this Declaration, information is provided concerning Tosco Corporation ("Tosco"), which was merged with ConocoPhillips in January 2003.

5.     Attached as Exhibit A to this Declaration is a list of all gasoline stations within the Relevant Geographic Area for *Orange County Water District v. Unocal Corp., et al.* that ConocoPhillips or Tosco has either owned, operated, or leased, or for which ConocoPhillips or Tosco has or had an exclusive supply contract, and the dates of such ownership, lease or exclusive supply contract.

2

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and ability.  Executed this 21 day of February, 2005 in Santa Ana, California.

Phillip Bonina

Sworn to before me this
21 day of February, 2005

Notary Public

LINH CHAU
Commission # 1489681
Notary Public - California
Orange County
My Comm. Expires May 16, 2008

3

OC\730460.2

| Stations Within *OCWD* Relevant Geographic Area | Owned or Leased By Tosco | Dates Owned Or Leased By Tosco |
|---|---|---|
| 8320 Commonwealth | Leased | 6/1/01 – 6/30/01 |
| 8350 Commonwealth | Own | 3/30/96 – present |
| **Costa Mesa, CA** | | |
| 111 Del Mar Ave. | Owned | 3/30/96 – 12/03 |
| 1178 Sunflower Ave. | Own | 3/30/96 – present |
| 1654 Santa Ana Ave. | Owned | 3/30/96 – 12/03 |
| 1900 Newport Blvd. | Own | 4/1/97 – present |
| 1913 Pomona | Leased | 1/5/96 – 4/1/97 |
| 2263 Fairview Rd. Ste. Q | Owned | 3/30/96 – 7/17/02 |
| 2271 Fairview Rd. | Own | 3/30/96 – present |
| 2281 Newport Blvd. | Owned | 4/1/97 – 12/13/04 |
| 2346 Newport Blvd. | Owned | 3/30/96 – 9/11/02 |
| 2584 Newport Blvd. | Owned | 3/30/96 – 12/03 |
| 3067 S. Bristol | Own | 3/30/96 – present |
| 3135 Harbor Blvd. | Leased | No information |
| 3525 Hyland Ave. | Leased | 7/29/98 – 11/30/03 |
| 393 E. 17th St. | Own | 4/1/97 – present |
| 488 E. 17th St. | Own | 3/30/96 – present |
| 517 W. Wilson | Own | 3/30/96 – present |
| **Cypress, CA** | | |
| 4002 Ball Rd. | Own | 4/1/97 – present |
| 6021 E. Orange | Leased | 12/27/94 – 4/1/97 |
| 9500 Valley View | Own | 4/1/97 – present |

6

| Stations Within *OCWD* Relevant Geographic Area | Owned or Leased By Tosco | Dates Owned Or Leased By Tosco |
|---|---|---|
| 14090 Tustin Hill Rd. | Owned | 3/30/96 – 12/03 |
| 14121 Newport Blvd. | Own | 3/30/96 – present |
| 15822 Pasadena | Leased | 3/30/96 – unknown |
| 17102 McFadden | Owned | 3/30/96 – 12/03 |
| 17280 E. 17th St. | Own | 4/1/97 – present |
| 2762 El Camino Real | Own | 4/1/97 – present |
| Adj. to 14090 Red Hill Road | Owned | 3/30/96 – 12/03 |
| **Villa Park, CA** | | |
| 17771 Santiago Rd. | Owned | 4/1/97 – 11/30/04 |
| **Westminster, CA** | | |
| 14502 Goldenwest St. | Leased | 12/27/94 – 4/1/97 |
| 15482 Goldenwest | Own | 4/1/97 – present |
| 6322 Westminster Ave. | Own | 3/30/96 – present |
| 9032 Hazard | Leased | No information |
| **Yorba Linda, CA** | | |
| 18351 Imperial Hwy. | Owned | 4/1/97 – 12/27/02 |
| 22349 La Palma Ave, Suite D104 | Leased | 12/15/97 – 8/12/04 |
| 6821 Fair Lynn | Owned | 3/30/96 – 8/12/02 |
| 19851 Esperanza | Owned | 4/1/97 – 12/17/02 |

12

# EXHIBIT 7

John J. Lyons (JL 0961)
Jon D. Anderson (JA 5198)
Michele D. Johnson (MJ 5127)
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Attorneys for Defendant ConocoPhillips Company


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** | **MDL 1358 (SAS)** <br><br> Master File C.A. No. 1:00-1898 (SAS) |

-------------------------------------------------X

This Document Relates To:

*Orange County Water District v. Unocal Corp., et al. (04 Civ. 4968)*


## DECLARATION OF GARY A. SCHOONVELD

I, Gary A. Schoonveld, declare as follows:

1.      I am Manager - Fuels and Regulatory Affairs for defendant ConocoPhillips

Company ("ConocoPhillips").  The facts set forth herein are within my personal knowledge, and,

if called as a witness, I could testify competently to them, except for the information that has

been compiled by other employees of ConocoPhillips as identified herein; as to such matters, I

am relying on the identified individuals for the accuracy of the information stated.

2.      This Declaration, made pursuant to and in compliance with Section III.B.2. of

Case Management Order #4, dated October 19, 2004 ("CMO #4"), in the above captioned


EXHIBIT
7

actions, is based upon all non-privileged information, including documents, within the possession, custody or control of ConocoPhillips and retrievable through reasonable effort.

3.    Declarant understands that the Relevant Geographic Area for each of the above-captioned actions is as defined in Section II.C. of CMO #4.

4.    This Declaration is made on behalf of ConocoPhillips, which was incorporated in December 2002. Where appropriate to provide information that may pertain to this Declaration, information is provided concerning Tosco Corporation ("Tosco"), which was merged with ConocoPhillips in January 2003. ConocoPhillips understands the "relevant time period" for *Orange County Water District v. Unocal Corp., et al.* (hereinafter "*OCWD*") to be 1986 to the present. Prior to September 1992, Tosco was not involved in the manufacture, sale, or distribution of MTBE-blended gasoline that may have been distributed in the Relevant Geographic Area.

5.    This Declaration was compiled from the following proprietary sources of information:  WebExtender (Remediation Database); LiveLink - EDMS (Remediation Database); Master Real Estate Department Site List and Repository Site List; COMETS Database (Commercial Accounting database); and prior MTBE case research.

6.    To Declarant's knowledge, the ConocoPhillips person(s) most qualified to testify in ConocoPhillips' behalf with respect to items 8, 10, and 14 below is Matt Doyle, former Direstor of the COMETS System for Tosco. To Declarant's knowledge, the ConocoPhillips person(s) most qualified to testify in ConocoPhillips' behalf with respect to items 9, 11, 12, 13, and 15 below (except as noted in item 13) is Lisa M. Burleson, Litigation Paralegal for ConocoPhillips. To Declarant's knowledge, the ConocoPhillips person(s) most qualified to

2

testify in ConocoPhillips' behalf with respect to items 17 through 23 below is David Ysebaert,

General Manager of Pipelines and Terminals for ConocoPhillips.

      7.     The information provided in this Declaration in Paragraphs 8 through 23 below is

organized according to the specific items listed in Section II.B.2.(a) of CMO #4 and Judge

Scheindlin's Order to Marathon Ashland Petroleum, LLC, dated June 22, 2004 ("Marathon

Ashland Order"). For ease of reference, the items listed in Section II.B.2.(a) of CMO #4 are

copied verbatim (in bold) in Paragraphs 8 through 15 below. The items listed in the Marathon

Ashland Order are copied (in bold) in Paragraphs 17 through 23 below and modified to fit

Declarant's understanding of how each of these items applies in the context of CMO #4.

      8.     **[D]efendants in each focus case will identify jobbers supplied by them that**

**provide gasoline containing MTBE to the Relevant Geographic Area (Section II.B.2.(a)(i)).**

Exhibit A to this Declaration is a list of jobbers supplied by ConocoPhillips that may have

provided MTBE-blended gasoline to the Relevant Geographic Area. ConocoPhillips does not

prepare or maintain data that permit it to determine whether each specific jobber supplied by it

ultimately delivered MTBE-blended gasoline to the Relevant Geographic Area.

      9.     **[M]anufacturers of neat MTBE and/or TBA will disclose how and where it is**

**made (Section II.B.2.(a)(ii)).**

Declarant understands this Section of CMO #4, in light of Section II.B.2.(a)(iii) of CMO #4, to

pertain to manufacture for sale of neat MTBE or TBA for blending into gasoline that may have

been delivered into the Relevant Geographic Area during the relevant time period.

ConocoPhillips did not manufacture for sale neat MTBE or TBA for blending into gasoline that

may have been delivered into the Relevant Geographic Area during the relevant time period.

3

gasoline refined or marketed by ConocoPhillips that may have been distributed in the Relevant Geographic Area.

15.    **[E]ach refiner will disclose the date it last blended MTBE and/or TBA into gasoline for deliveries into the Relevant Geographic Area of [*OCWD*] (Section II.B.2.(a)(viii)).**

ConocoPhillips last blended MTBE into gasoline that may have been delivered into the Relevant Geographic Area on or about December 2003.

16.    **[E]ach refiner will respond to the seven categories identified by Judge Scheindlin in her Order to Marathon Ashland Petroleum, LLC, dated June 22, 2004, as that information pertains to the Relevant Geographic Area in [*OCWD*] (Section II.B.2.(a)(ix)).**

Paragraphs 17 through 23 below contain information responsive to the seven categories identified in the June 22, 2004 Marathon Ashland Order.

17.    **[A]ll locations, by city and state, in the [Relevant Geographic Area] in which [ConocoPhillips] directly sells or markets gasoline.**

Declarant understands "directly sells or markets" to mean the sale or marketing of gasoline to a retailer who in turn directly supplies customers (e.g., motorists) with gasoline. Such retailers include, without limitation, retail stations owned or operated by ConocoPhillips and retail stations to which ConocoPhillips directly supplies gasoline. ConocoPhillips understands "directly sells or markets" not to refer to sales to non-ConocoPhillips-affiliated jobbers who then distribute or sell gasoline to retailers and other jobbers. In 1994, Tosco acquired certain stations from British Petroleum and BP Exploration & Oil, Inc. In 1996, Tosco acquired the assets of Circle K Stores, Inc., including certain convenience stores and service stations. On April 1,

# EXHIBIT 8

LEXISNEXIS' FILE & SERVE
33125765
E-SERVICE
Sep 8 2010
6:20PM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Methyl *tertiary* Butyl Ether ("MtBE") Products Liability Litigation | Master File No. 1:00-1898 MDL No. 1358 (SAS) |
| This Document Relates To: | DECLARATION OF **Hongyan Xun** |
| *Orange County Water District v. Unocal Corporation, et al.,* Case No. 04 Civ. 4968 (SAS) | |

Hongyan Xun hereby declares and states as follows:

1.     I am the Assistant Secretary for Union Oil Company of California ("Union Oil").

2.     No one person for Union Oil knows all of the matters stated herein, and therefore this declaration was prepared with the assistance and advice of representatives of, and counsel for, Union Oil upon whose assistance and advice I have relied. This declaration is limited by the records and information still in existence, presently recollected and thus far discovered.

3.     As a result of the 1997 divesture to Tosco and the passage of time, Union Oil no longer has access to certain information and documents. For example, Union Oil has very few records pertaining to the following service stations that were acquired by Tosco Corporation in 1997: Unocal station #5226 and Unocal station #5792. Upon information and belief, certain records pertaining to these sites may be in the possession of Tosco or its successors. Union Oil's records pertaining to Unocal station #5399, Unocal station #5376, and Unocal station #5123 are similarly limited, as Union Oil closed these service stations in the early 1990's.

4.     Union Oil maintains a legacy database that contains certain limited electronic records of gasoline deliveries to retail gasoline stations. True and correct copies of relevant entries from this database can be found at CHEVMDL135800000706763 – 706813 and CHEVMDL135800000707183 – 707204, which have been produced in this case. The column headings are defined as follows:

EXHIBIT
8
tabbies®

"Customer Number" is the unique number given each customer.

"Customer Name" is the name of the customer.

"Ship Pt" means the location from which the product was shipped.

"ClsOfTrd means "class of trade" and indicates by numeric entry whether Company or non–company (similar to stock transfer).

"Invoice Date" is the date of the invoice.

"Product Code" is the unique code for a given type of gasoline.

"Product Full Description" describes the type of gasoline being delivered.

"Acctyr" means account year.

"Acctmo" means account month.

"Volume/Gals" means the volume delivered, in gallons.

"Price per unit" is the price for the product.

"Net Sales $" is simply the product of the volume and price per unit.

"Gross Sales $" is the same value for purposes of these records as Net Sales.

"St. Code" means the state in which the gasoline was delivered.

5.      Representatives for the company have reviewed Union Oil's electronic records and determined that Union Oil delivered gasoline to Unocal stations #5399, #5376, #5123, #5792, and #5226 as detailed below.  Union Oil has no record of delivering gasoline containing MTBE to any other stations at issue.

6.      Unocal station #5399 at 9525 Warner Ave. was owned by Union Oil from a date prior to 1986.  The station was closed in March 1993, although Union Oil still owned the property until approximately 1998.  Upon information and belief, the station was operated by Wesley C. Sidebotham and/or Mehrdad Amirzadehebrahimi from a date prior to 1986 until

approximately March 1993. The dates and amounts of Union Oil's deliveries to this station are set forth in the spreadsheet that can be found at CHEVMDL135800000706763 – 706784, which have been produced. Union Oil first began blending MTBE in certain premium gasoline at its Los Angeles Refinery in the spring of 1986. Prior to that time it did not deliver gasoline containing MTBE to this station. From the spring of 1986 until March 1993, Union Oil's delivery records indicate that Union Oil delivered some gasoline containing MTBE to the station. Those deliveries are indicated on spreadsheet referenced above by the designation "w/MTBE". In addition, Union Oil has also identified the following Union Oil product codes as reflecting deliveries of gasoline containing MTBE to the extent they relate to gasoline produced after 1992: 002310000000, 004670000000, 004680000000, 004730000000, 004740000000, 004830000000, 004840000000, 009720000000, 009730000000, and 009740000000. For sales after 1992, to the extent these product codes are reflected in the sales data indicated in the spreadsheet referenced above, they represent deliveries of gasoline containing MTBE.

True and correct copies of certain lease and related agreements concerning Unocal #5399 can be found at CHEVMDL1358 00000638904 - 638928, CHEVMDL1358 00000638929 - 638932, and CHEVMDL1358 00000638934 – 638956, which have been produced.

7.     Unocal station #5376 at 8971 Warner Avenue was owned by Union Oil from a date prior to 1986. The station was closed in March 1992, although Union Oil owned the property until approximately 1998. Upon information and belief, the station was operated by Gasper Farace from a date prior to 1986 until approximately March 1992. The dates and amounts of Union Oil's deliveries to this station are set forth in the spreadsheet that can be found at CHEVMDL135800000707183 – 707204. Union Oil's delivery records prior to March 1992 do not indicate which gasoline contained MTBE and which did not. In general, however, Union

Oil first began blending MTBE in certain premium gasoline at its Los Angeles Refinery in the spring of 1986. Prior to that time it did not deliver gasoline containing MTBE to this station. The Union Oil stations may have had MTBE in certain premium gasoline grades commencing in approximately 1986, although the product codes and descriptions do not indicate which deliveries contained MTBE prior to 1992.

True and correct copies of certain lease and related agreements concerning Unocal #5376 can be found at CHEVMDL1358 00000638759 – 638797, which have been produced.

8.    Unocal station #5123 at 14972 Springdale St. was owned by Union Oil from a date prior to 1986. The station was demolished in approximately 1994. The site was operated by an independent dealer or dealers during the relevant time period. The dates and amounts of Union Oil's deliveries to this station are set forth in the spreadsheet that can be found at CHEVMDL135800000707205 – 707250, which have been produced. Union Oil first began blending MTBE in certain premium gasoline at its Los Angeles Refinery in the spring of 1986. Prior to that time it did not deliver gasoline containing MTBE to this station. From the spring of 1986 until March 1993, Union Oil's delivery records indicate that Union Oil delivered some gasoline containing MTBE to the station. Those deliveries are indicated on the spreadsheet referenced above by the designation "w/MTBE". In addition, Union Oil has also identified the following Union Oil product codes as reflecting deliveries of gasoline containing MTBE to the extent they relate to gasoline produced after 1992:    002310000000, 004670000000, 004680000000, 004730000000, 004740000000, 004830000000, 004840000000, 009720000000, 009730000000, and 009740000000. For sales after 1992, to the extent these product codes are reflected in the sales data indicated in the spreadsheet referenced above, they represent deliveries of gasoline containing MTBE.

After a diligent review of its records, Union Oil has been unable to locate any lease or supply agreements concerning this station.

9.     Unocal station #5226 at 6322 Westminster Blvd. was owned by Union Oil from a date prior to 1986 until it was sold to Tosco in or about March 1997. The site was operated by Kenneth Barton prior to March 1997. The dates and amounts of Union Oil's deliveries to Unocal #5226 are set forth in the spreadsheet and can be found at CHEVMDL135800000706785 – 706813, which have been produced. Union Oil first began blending MTBE in certain premium gasoline at its Los Angeles Refinery in the spring of 1986. Prior to that time it did not deliver gasoline containing MTBE to this station. From the spring of 1986 until March 1993, Union Oil's delivery records indicate that Union Oil delivered some gasoline containing MTBE to the station. Those deliveries are indicated on the spreadsheet referenced above by the designation "w/MTBE". In addition, Union Oil has also identified the following Union Oil product codes as reflecting deliveries of gasoline containing MTBE to the extent they relate to gasoline produced after 1992: 002310000000, 004670000000, 004680000000, 004730000000, 004740000000, 004830000000, 004840000000, 009720000000, 009730000000, and 009740000000. For sales after 1992, to the extent these product codes are reflected in the sales data indicated in the spreadsheet referenced above, they represent deliveries of gasoline containing MTBE.

After a diligent review of its records, Union Oil has been unable to locate any lease or supply agreement related to this station. Upon information and belief, additional records pertaining to this site may be in the possession of Tosco or its successors.

10.     The dates and amounts of Union Oil's deliveries to Unocal station #5792 at 4002 Ball St. are set forth in the spreadsheet that can be found at CHEVMDL135800000707251 – 707283, which have been produced. Union Oil first began blending MTBE in certain premium

gasoline at its Los Angeles Refinery in the spring of 1986. Prior to that time it did not deliver gasoline containing MTBE to this station. From the spring of 1986 until March 1993, Union Oil's delivery records indicate that Union Oil delivered some gasoline containing MTBE to the station. Those deliveries are indicated on the spreadsheet referenced above by the designation "w/MTBE". In addition, Union Oil has also identified the following Union Oil product codes as reflecting deliveries of gasoline containing MTBE to the extent they relate to gasoline produced after 1992: 002310000000, 004670000000, 004680000000, 004730000000, 004740000000, 004830000000, 004840000000, 009720000000, 009730000000, and 009740000000. For sales after 1992, to the extent these product codes are reflected in the sales data indicated in the spreadsheet referenced above, they represent deliveries of gasoline containing MTBE.

After a diligent review of its records, Union Oil has been unable to locate any lease or supply agreement related to this station. Upon information and belief, additional records pertaining to this site may be in the possession of Tosco or its successors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Ramon, California, this 7th day of September, 2010.

Hongyan Xun, Assistant Secretary

## CERTIFICATE OF SERVICE

I hereby certify that on the _8ᵀᴴ_ day of September 2010, a true, correct, and exact copy
of the foregoing document was served on all counsel via LexisNexis File & Serve.

_JEREMIAH J. ANDERSON_ BY PERMISSION
Jeremiah J. Anderson

# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No.   1:00-1898<br>MDL   1358 (SAS)<br>M21-88 |
| This document relates only to:<br>*Orange County Water District v.<br>Unocal, et al.,*<br>04 Civ. 4968 (SAS) | |

This document refers to: *Orange County Water District v. Unocal Corp., et al.*

### DECLARATION OF DEFENDANT G&M OIL COMPANY, INC. PURSUANT TO CASE MANAGEMENT ORDER #75

1.    I, Jennifer Talbert, am Vice President of G&M Oil Company, Inc. ("G&M") and am authorized to make this declaration for and on behalf of G&M. I am informed on the matters stated herein and on that basis I believe that they are true and correct.

2.    This Declaration is made pursuant to and in compliance with Case Management Order No. 75, dated June 22, 2010 ("CMO #75") in the above-captioned action, which provides in relevant part:

> [D]efendants who remain a party and who owned or leased property with underground storage tanks (USTs) or owned or leased USTs during the relevant time period and in the relevant geographic area at issue (as defined by the Court) shall provide declarations in that case identifying such property and underground storage tanks they owned or leased, and the dates of such ownership or leasing, within the relevant geographic area.

3.    G&M understands the "relevant geographic area" for *Orange County Water District v. Unocal Corp., et al.*, for the purposes of CMO #75, to be the "focus sites" that have been selected in this case which G&M understands to consist of the following:

7186570v1

EXHIBIT
9

   a.   **Plume 1: Former OCWD Plume 1**

       (1) G&M Oil #82 (Exxon #4283), 8980 Warner Ave., Fountain Valley, CA

       (2) ARCO #1887, 16742 Beach Blvd., Huntington Beach, CA

       (3) G&M Oil #4, 16990 Beach Blvd., Huntington Beach, CA

       (4) Mobil #18-G6B, 9024 Warner Ave., Fountain Valley, CA

       (5) Shell #204359403, 8471 Warner Ave., Huntington Beach, CA

       (6) Texaco #121681, 9475 Warner Ave., Fountain Valley, CA

       (7) Texaco #8520/121608, 8520 Warner Ave., Fountain Valley, CA

       (8) Unocal #5376, 8971 Warner Ave., Huntington Beach, CA

       (9) Unocal #5399, 9525 Warner Ave., Fountain Valley, CA

   b.   **Plume 2: Former OCWD Plume 2**

       (1) ARCO #6131, 3201 Harbor Blvd., Costa Mesa, CA

       (2) Mobil #18-HDR, 3195 Harbor Blvd., Costa Mesa, CA

       (3) Mobil #18-JMY, 3470 Fairview Rd., Costa Mesa, CA

   c.   **Plume 3: Former OCWD Plume 3**

       (1) ARCO #1905, 18025 Magnolia St., Fountain Valley, CA

       (2) ARCO #1912, 18480 Brookhurst St., Fountain Valley, CA

       (3) Unnamed site, 10036 Ellis Ave., Fountain Valley, CA

       (4) Thrifty #383, 18520 Brookhurst St., Fountain Valley, CA

   d.   **Plume 4: Former OCWD Plume 8**

       (1) ARCO #3085, 3361 S. Bristol St., Santa Ana, CA

       (2) Beacon Bay Car Wash, 1501 W. MacArthur Blvd., Santa Ana, CA

       (3) Chevron #1921, 3801 S. Bristol St., Santa Ana, CA

       (4) G&M Oil #24, 3301 S. Bristol St., Santa Ana, CA

       (5) Mobil #18-HEP, 2921 S. Bristol St., Santa Ana, CA

   e.   **Plume 5: Former OCWD Plume 9**

       (1) G&M Oil #114 (Chevron #9-5401), 5992 Westminster Blvd., Westminster, CA

       (2) Huntington Beach ARCO, 6002 Bolsa Ave., Huntington Beach, CA

       (3) Shell #6502 6502 Bolsa Ave., Huntington Beach, CA

       (4) Thrifty #368, 6311 Westminster Blvd., Westminster, CA

       (5) Unocal #5123, 14972 Springdale St., Huntington Beach, CA

       (6) Unocal #5226, 6322 Westminster Ave., Westminster, CA

       (7) Westminster Shell, 5981 Westminster Ave., Westminster, CA

       (8) G&M Oil #38 (USA Gasoline #141), 14600 Edwards St., Westminster, CA

   6.    During the relevant time period (1986 through 2003, and to the present), G&M

has had the following relationships, if any, to the focus sites:

2

7186570v1

a.   **Plume 1: Former OCWD Plume 1**
     G&M Oil #4, 16990 Beach Blvd., Huntington Beach, CA

| Date | Property and Tank Owner | Operator |
|---|---|---|
| 8/1983 -12/2001 | George A. and Regina Marie Pearson | G&M Oil Co., Inc. |
| 1/2002 - 6/2003 | George A. and Regina Marie Pearson | G&M Oil Co., LLC |
| 6/2003 - 12/2004 | George A. and Regina Marie Pearson | G&M Oil Co., Inc. |
| 12/2004 - present | George A. Pearson | G&M Oil Co., Inc. |

b.   **Plume 1: Former OCWD Plume 1**
     G&M Oil #82 (Exxon #4283), 8980 Warner Ave., Fountain Valley, CA

| Date | Property and Tank Owner | Operator |
|---|---|---|
| 6/1999 - 12/2001 | George A. and Regina Marie Pearson | G&M Oil Co., Inc. |
| 1/2002 - 12/2004 | George A. and Regina Marie Pearson | G&M Oil Co., LLC |
| 12/2004 - present | George A. Pearson | G&M Oil Co., LLC |

c.   **Plume 4: Former OCWD Plume 8**
     G&M Oil #24, 3301 S. Bristol St., Santa Ana, CA

| Date | Property Lessee and Tank Owner | Operator |
|---|---|---|
| 2/1985 - 5/1996 | George A. Pearson | G&M Oil Co., Inc. |
| 5/1996 - 12/2001 | George A. and Regina Marie Pearson | G&M Oil Co., Inc. |
| 1/2002 - 12/2004 | George A. and Regina Marie Pearson | G&M Oil Co., LLC |
| 12/2004 - present | George A. Pearson | G&M Oil Co., LLC |

d.   **Plume 5: Former OCWD Plume 9**
     G&M Oil #38 (USA Gasoline #141), 14600 Edwards St., Westminster, CA

| Date | Property Lessee and Tank Owner | Operator |
|---|---|---|
| 9/1987 - 12/2001 | George A. Pearson | G&M Oil Co., Inc. |
| 1/2002 - 3/2009 | George A. Pearson | G&M Oil Co., LLC |

3

7186570v1

e.      **Plume 5:** Former OCWD Plume 9
        G&M Oil #114 (Chevron #9-5401), 5992 Westminster Blvd.,
        Westminster, CA

| Date | Property and Tank Owner | Operator |
|------|------------------------|----------|
| 1/2002 - present | G&M Oil Co., LLC | G&M Oil Co., LLC |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and ability.

Executed this _20th_ day of January, 2011.

_Jennifer Talbert_
Jennifer Talbert

4

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3 Park Plaza, Suite 1100, Irvine, CA 92614.**

On February 15, 2011, I served the **DECLARATION OF DEFENDANT G&M OIL COMPANY, INC. PURSUANT TO CASE MANAGEMENT ORDER #75** with the Clerk of the United States District Court for the Southern District of New York, using the CM/ECF System.

☒   **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒   **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2011, at Irvine, California.

/s/ Mark S. Adams
MARK S. ADAMS

2

7198366v1