Confidential - Per 2004 MDL 1358 Order

```
 1            REPORTER'S CERTIFICATE
 2
 3        I certify that the witness in the foregoing
 4   deposition.
 5            DAVID P. BOLIN
 6   was by me duly sworn to testify in the within-entitled
 7   cause; that said deposition was taken at the time and
 8   place therein named; pages 1146 through 1467, of the
 9   testimony of said witness were reported by me, a duly
10   Certified Shorthand Reporter of the State of
11   California authorized to administer oaths and
12   affirmations, and said testimony was thereafter
13   transcribed into typewriting.
14        I further certify that I am not of counsel or
15   attorney for either or any of the parties to said
16   deposition, nor in any way interested in the outcome
17   of the cause named in said deposition.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19   this 30th day of November, 2008.
20
21
22        ----------------------------------
23        SANDRA BUNCH VANDER POL, RMR, CRR
24        Certified Shorthand Reporter
25        Certificate No. 3032
```

Golkow Technologies, Inc. - 1.877.370.DEPS

da05583d-536a-4345-8ac1-79c2a11a8813

Page 1468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl:    Master File No. 1:00-1898
Ether ("MTBE")       :    MDL NO. 1358 (SAS)
Products Liability   :    M21-88
Litigation           :

_____

This Document Relates to:
    Orange County Water District
    v. Unocal Corporation, et al.,
    S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

OCTOBER 21, 2008

------


        Videotaped Deposition of DAVID P. BOLIN,

Volume 7, OCWD'S 30(b)(6) DESIGNEE, re Focus Plumes

2, 7 and 9, held in the law offices of Latham &

Watkins, 650 Town Center Drive, Suite 2000, Costa

Mesa, California, beginning at 9:12 a.m., before

Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.



GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 1505

1  is entirely appropriate, you're referring to the
2  binder of documents that you assembled for the 6502
3  Bolsa site, correct?
4      A.    Yes. This is in table -- I punched a
5  hole through the table number. In a table attached
6  to a report by Wayne Perry, the Shell's consultant,
7  dated May 5th, 2008 titled, "Groundwater Monitoring
8  Report, First Quarter 2008, Former Shell Service
9  Station, 6502 Bolsa Avenue."
10     Q.    When you say that B-48A had a maximum
11 MTBE detection in June 2000 of 61 micrograms per
12 liter, what -- which part of the 48 well? Is that
13 48A?
14     A.    That was 48A.
15     Q.    That's in the most shallow part of
16 it?
17     A.    Yes.
18     Q.    How deep is 48A?
19     A.    15 to 20 feet.
20     Q.    Has there ever been a detection of
21 MTBE in 48B?
22     A.    Not that I have seen recorded.
23     Q.    Has there ever been a detection of
24 MTBE in 48C?
25     A.    Not that I have seen recorded.

Page 1506

1      Q.    What's the most recent MTBE detection
2  in 48A?
3      A.    May 31st, 2006, as reported in Wayne
4  Perry's May 5th, 2008 report.
5      Q.    And what was that detection?
6      A.    It was 1.1 micrograms per liter.
7      Q.    Is it fair to characterize 48A, B and
8  C as what might be referred to as a sentry well?
9      A.    I'm not sure what you're referring to
10 as a sentry well.
11     Q.    Have you ever heard that term?
12     A.    Yes.
13     Q.    What's your understanding of the
14 definition of a sentry well?
15     A.    It's a well that's intended to mark
16 the arrival of contamination before it gets to a
17 receptor, arrives at a receptor in -- that you want
18 to avoid any arrival at.
19     Q.    The nearest drinking water production
20 well to 6502 Bolsa is HB-1, correct?
21     A.    Yes. I believe that's correct.
22     Q.    Which appears to be due west of the
23 service station site, correct?
24     A.    I believe that's correct.
25     Q.    And the monitoring well 48A, B and C

Page 1507

1  is all due west of the service station site, correct?
2      A.    Yes, it is.
3      Q.    How close is the monitoring well 48A,
4  B and C to the service station?
5      A.    I don't know what that distance is.
6      Q.    It's a lot closer to the service
7  station site than HB-1, correct?
8      A.    Yes.
9      Q.    How far is HB-1 from the service
10 station site?
11     A.    That is approximately 1800 feet.
12     Q.    So the nearest water -- groundwater
13 production well to the service station site is HB-1,
14 some 1800 feet to the west, correct?
15     A.    Yes.
16     Q.    And HB-1 has never had a detection of
17 MTBE in it, correct?
18     A.    Not to my knowledge.
19     Q.    And it's never had a detection of TBA
20 in it, correct?
21     A.    Not to my knowledge.
22     Q.    You say at the bottom of the second
23 page of Exhibit 91 that the nearest MTBE detection in
24 a drinking water production well to 6502 Bolsa are
25 the micro detections in HB-7 and HB-13. You have got

Page 1508

1  0.16 micrograms per liter in HB-7 and 0.17 micrograms
2  per liter in HB-13. Do you see that?
3      A.    I've reported in my notes that MTBE
4  was detected in both HB-7 and HB-13 at 0.16
5  micrograms per liter and 0.17 micrograms per liter,
6  respectively.
7      Q.    Is it your contention that MTBE
8  gasoline from 6502 Bolsa is the contamination that
9  has resulted in the micro detections at HB-7 and
10 HB-13?
11     A.    We haven't identified which of the
12 stations the detections in HB-7, HB-13 are from. All
13 the stations on this map, including Shell 6502 and
14 Westminster Shell, are suspect source locations for
15 those detections, and we are still working to
16 determine the sites from which contamination is
17 emanating, that have gotten into the wells.
18     Q.    I apologize if this sounds like a
19 question I asked you earlier, but I -- you have to
20 explain to the uninitiated.
21            I understand that you have a bunch of
22 stations within the general vicinity of two wells
23 that have micro detections. What I'm puzzled by is,
24 based on my amateur understanding of hydrogeology,
25 normally what you would do is you would find a

11 (Pages 1505 to 1508)

Page 1513

1  this station, we could --
2      MR. TEMKO: No, let's take a break. I think
3  that's a good idea. Thank you.
4      THE VIDEOGRAPHER: Going off the record.
5  The time is 10:22 a.m.
6      (Recess taken.)
7      THE VIDEOGRAPHER: We are back on the
8  record. The time is 10:35 a.m.
9  BY MR. TEMKO:
10     Q.   Mr. Bolin, earlier today you
11 explained how you developed this plume by reference
12 to service stations that were in close proximity to
13 one another, and I asked you some questions about how
14 close stations had to be in order to have releases
15 from the stations commingled; do you recall that
16 testimony?
17     A.   Yes.
18     Q.   As you sit here today, do you have
19 any information indicating that MTBE contamination
20 from any of the other service station sites on
21 Exhibit 89 have actually commingled with MTBE
22 contamination from 6502 Bolsa?
23     A.   No, I do not have specific
24 information.
25     Q.   Are there any other service station

Page 1514

1  sites or other potential sources of MTBE in the area
2  that are not reflected on Exhibit 89?
3      A.   There are other stations in this
4  area, I'm sure of, but I don't know their names, and
5  I can't tell you -- I don't have information with me
6  to be able to identify where they are.
7      Q.   Were there any other sites or service
8  stations in this area that you evaluated and ruled
9  out as being potential sources of the contamination
10 in the focus plume wells?
11     A.   Again, I can't recall which stations
12 are in the area, their identities or their locations.
13 And I don't know or can't tell you which stations
14 I've evaluated that are not on this map.
15     Q.   You testified before the break as to
16 the groundwater flow direction in the principal
17 aquifer. I just want to be clear.
18     Is it your testimony you cannot tell us the
19 groundwater flow in the shallow aquifer in the area
20 reflected on Exhibit 89?
21     A.   Not in all the area reflected on
22 Exhibit 89. Only with regards to the localized area
23 or site-specific areas for these different sites.
24     In the case of 6502, the groundwater flow
25 direction, as indicated in a report prepared by Wayne

Page 1515

1  Perry that I mentioned earlier, May 5th, 2008, they
2  have shown -- or they show that the groundwater flow
3  direction in the shallow zone from data collected on
4  March 25th, 2008, is to the northwest.
5      Q.   What document are you referring -- is
6  there a particular table that you're looking at?
7      A.   I'm looking at Figure 2 of a document
8  by Wayne Perry, dated May 5th, 2008, entitled,
9  "Groundwater Monitoring Report, First Quarter 2008,
10 Former Shell Service Station, 6502 Bolsa Avenue Bolsa
11 Avenue in Huntington Beach."
12     Q.   That's behind Tab 8 in your binder?
13     A.   Yes, it is.
14     Q.   Thank you.
15     How much money has OCWD spent in evaluating,
16 monitoring, reviewing the 6502 Bolsa site?
17     A.   I don't know. We have not broken out
18 the -- I have not broken out my time, nor am I aware
19 Orange County Water District has broken out expenses
20 exclusive to Shell 6502.
21     Q.   Do you have a breakdown of the amount
22 spent with Komex for the 6502 Bolsa site?
23     A.   No, we do not.
24     Q.   Has OCWD done anything to determine
25 which wells in the area reflected on Exhibit 89 may

Page 1516

1  be acting as potential conduits for contamination?
2      A.   I'm sorry. Would you ask that -- I
3  may have missed the first part of the question.
4  Would you repeat the question for me, please.
5      (Record read as follows: QUESTION: Has
6  OCWD done anything to determine which wells in the
7  area reflected on Exhibit 89 may be acting as
8  potential conduits for contamination?)
9      THE WITNESS: Not insofar as we have tested
10 the wells, but we're still understanding the
11 contaminant flow from the various sites, and
12 eventually at least some of these wells are likely to
13 be tested.
14 BY MR. TEMKO:
15     Q.   When you say "these wells," what
16 wells are you talking about?
17     A.   The wells that you mentioned.
18 Potential wells that might be serving as conduits.
19     Q.   Have you done a survey of the area to
20 determine potential conduits? In other words,
21 abandoned wells, and the like?
22     A.   I searched our database. All of the
23 well information the District has is contained in the
24 District's database.
25     Q.   Has OCWD had any communication with

Confidential - Per 2004 MDL 1358 Order

Page 1517

1  the Orange County Health Care Agency regarding
2  remediation activities at the 6502 Bolsa site?
3      A.   Not that I'm aware of.
4      Q.   Has OCWD had any communications with
5  anyone at the Santa Ana Regional Water Quality
6  Control Board regarding the remediation activities at
7  the 6502 Bolsa site?
8      A.   Not that I'm aware of, and not that I
9  recall.
10     Q.   Has OCWD had any communications with
11 anyone at Shell concerning remediation activities at
12 the 6502 Bolsa site?
13     A.   Not that I'm aware of.
14     Q.   Has anyone at OCWD had any
15 communication with any of Shell's remediation
16 consultants regarding the remediation activities at
17 the site?
18     A.   Not that I'm aware of.
19     Q.   Has OCWD had any communications with
20 anyone at the City of Huntington Beach regarding
21 remediation activities at the 6502 Bolsa site?
22     A.   Not that I'm aware of.
23     Q.   Did OCWD have any communications with
24 any other water producers in the area regarding the
25 remediation activities at 6502 Bolsa?

Page 1518

1      A.   Not that I'm aware of.
2      Q.   Has there ever been another detection
3  of MTBE in HB-13 since the 0.17 micrograms per liter
4  detection in 2005?
5      A.   Not that I'm aware of.
6      Q.   Has there ever been another MTBE
7  detection in HB-7 since the 0.16 micrograms per liter
8  detection in 2006?
9      A.   Excuse me.  Not that I'm aware of.
10     Q.   Has OCWD taken any steps to remediate
11 the contamination at the 6502 Bolsa site?
12     A.   No.
13     Q.   Has OCWD taken any steps to mitigate
14 the contamination at 6502 Bolsa?
15     A.   I'm not sure what you mean by
16 "mitigate."
17     Q.   Has OCWD taken any steps, short of
18 engaging in its own remediation activities, to
19 address the remediation activities at the site?
20     A.   I'm confused again.  You said, "any
21 steps short of remediation."  I believe you're asking
22 me whether we have taken any active remediation
23 steps?
24     Q.   No.  I said, short of engaging in
25 your own active remediation, have you taken any other

Page 1519

1  steps to address the remediation activities at the
2  site?
3      A.   Oh.  Well, we have -- we've evaluated
4  ongoing remedial activities and determined whether
5  they are capturing the plume, preventing the plume
6  from migrating further, but it's part of the
7  evaluation process, such -- so far most of our work
8  has been what we call a Phase I evaluation in
9  determining the state of contamination there and the
10 activities.
11     Q.   Phase I meaning a desktop review?
12     A.   Mostly desktop review.
13     Q.   Has OCWD drawn any conclusions as to
14 whether any of the remediation efforts undertaken at
15 6502 Bolsa should not have been done?
16     A.   No.  We have not determined that any
17 of the remedial activities should not have been done,
18 only that additional remedial activities could have
19 been done.
20     Q.   What additional remedial activities
21 should have been done, in your opinion?
22     A.   After the release occurred, the
23 contaminated groundwater should have been prevented
24 from migrating off site.
25     MR. AXLINE:  I'm going to object to asking

Page 1520

1  the witness, as a 30(b)(6) witness, for an opinion.
2  He's not here to provide an opinion for the District.
3  However, I will allow him to answer that question,
4  based on his own personal knowledge and views.
5  BY MR. TEMKO:
6      Q.   Has the District formed an opinion as
7  to whether there were any instances where the
8  District felt that the Orange County Health Care
9  Agency response at 6502 Bolsa was somehow
10 insufficient or inadequate?
11     MR. AXLINE:  Objection, vague.
12     THE WITNESS:  I don't know what the
13 District's opinion might have been before I joined
14 the District in 2005.  We, in essence -- or the
15 District, in essence, relied on the regulatory
16 authority to oversee investigation and remediation
17 activities at the site, and it is my understanding
18 that the District determined that it needed to take
19 some action in its own right when the oversight
20 activities were not effectively preventing
21 migration -- off-site migration of the contamination.
22     And this brings us to where we are today.
23 BY MR. TEMKO:
24     Q.   So that was a conclusion that was
25 reached some time in or about 2005, when you joined

14 (Pages 1517 to 1520)

Confidential - Per 2004 MDL 1358 Order

Page 1521

1  the District?
2      A.   No. No. The dispute we're dealing
3  with now was filed before I joined the District. So
4  their conclusion that it was necessary to take some
5  additional action above and beyond regulatory
6  authority or oversight occurred before I joined the
7  District.
8      Q.   And you're saying that the District
9  made a decision that they needed to take some
10  action -- some additional action to prevent
11  contamination from going off site?
12      A.   To protect drinking water resources.
13      Q.   Can you explain, for the record, what
14  steps, other than filing a lawsuit, OCWD has done --
15  taken over the last four years to, as you put it,
16  protect drinking water resources in plume 9?
17      A.   We have started to evaluate focus
18  sites. We have looked at hundreds of sites and have
19  narrowed our focus to the sites we're looking at
20  today. And we're evaluating these sites trying to
21  determine the fate and transport of contamination
22  that's been released from these sites and the threat
23  to water resources in the basin.
24      Q.   Other than continuing to evaluate, is
25  it fair to say that OCWD has done nothing over the

Page 1522

1  last four years to, quote, prevent -- to protect
2  drinking water resources in the area?
3      A.   We're monitoring the wells for
4  impacts with TBA, and we're working to understand
5  the fate and transport of the contamination that's
6  been released into groundwater.
7      It's a very complicated basin. The
8  hydrogeology in the basin is complex, such that it
9  takes a long time and a lot of effort to understand a
10  lot of the details that we're looking at now. And
11  we're in the middle of our evaluation, which will
12  ultimately include modeling, fate and transport
13  analysis, and some other activities that are part of
14  the understanding process.
15      And we will begin investigating installing
16  our own wells and collecting our own samples from
17  monitoring wells, not just the production wells, in
18  time.
19      And eventually we will get to remediation
20  phases where we will have to design, install,
21  implement and operation -- operate remediation
22  systems at various sites where we think they are
23  going to need to be applied.
24      Q.   And at the risk of asking a question
25  that may have been asked by some of my colleagues

Page 1523

1  previously, is it fair to say you have no notion of a
2  timetable as to when that whole process will be
3  completed?
4      A.   That's correct.
5      Q.   Is it fair to say, that as you sit
6  here today, OCWD has not made a determination as to
7  what additional steps, if any, need to be taken in
8  order to complete a satisfactory remediation of 6502
9  Bolsa?
10      A.   We don't know what steps are going to
11  be required to complete a remediation of Shell 6502,
12  but we knew -- we do know some of the steps that will
13  be taken to complete a satisfactory remediation of
14  6502.
15      MR. TEMKO: Can you read that back to me,
16  please.
17      (Record read as follows: ANSWER: We don't
18  know what steps are going to be required to complete
19  a remediation of Shell 6502, but we do know some of
20  the steps that will be taken to complete a
21  satisfactory remediation of 6502.)
22      THE WITNESS: Does that make sense?
23      MR. TEMKO: It doesn't to me. But there are
24  brighter people in this room that may understand it.
25      THE WITNESS: I apologize.

Page 1524

1      We don't know exactly what the steps are
2  going to be to complete a satisfactory remediation of
3  6502, but we know what steps we are going to take
4  to try to achieve -- we don't know -- let me
5  restate that.
6      We don't know what the final steps are going
7  to be. We know what steps we are going to take to
8  get to the final remediation.
9  BY MR. TEMKO:
10      Q.   Or to put it another way, you know
11  what steps you're going to take to continue this
12  evaluation process?
13      A.   Thank you. Well, no. I said
14  "remediation." You said, "evaluation process."
15      Investigation and remediation, while there
16  is some overlap, there is such thing as a remedial
17  investigation, investigation for the purpose of
18  remediation, but we're not investigating --
19  we're not conducting a remediation investigation
20  at this point in time.
21      Eventually we will get into an
22  investigation. We will start incorporating some
23  remediation objectives with our investigation in
24  mind, and eventually we will design, implement and
25  operate a successful remediation system.

15 (Pages 1521 to 1524)

Confidential - Per 2004 MDL 1358 Order

Page 1525

1      Q.   Have you told the Orange County
2  Health Care Agency what your plans are?
3      A.   They are aware -- not specific plans.
4  They are aware we have litigation.  They are aware we
5  are looking at these various sites and that we are
6  evaluating, ongoing investigation and remediation
7  activities at the various sites.
8      They know that eventually we will be
9  installing our own wells and conducting our own
10 monitoring and design, installing and implementing
11 our own remediation systems.
12     But we haven't discussed specific plans with
13 the Health Care Agency regarding Shell 6502.
14     Q.   But you say the Orange County Health
15 Care Agency knows that eventually you're going to be
16 doing your own remediation at some sites?
17     A.   Yes.
18     Q.   And have you discussed with the
19 Orange County Health Care Agency the coordination
20 that would be involved in those efforts; that is,
21 coordination with the regulatory authority?
22     A.   We haven't laid down any groundwork
23 for that coordination or discussion, but they know
24 that they are going to be part of the coordination.
25     Q.   Is the Regional Board similarly aware

Page 1526

1  of the fact that the Orange County health -- that the
2  Orange County Water District intends at some point,
3  at some sites, to conduct its own remediation?
4      A.   I believe they are.
5      Q.   And what's your basis for saying
6  that?
7      A.   We've had similar conversations with
8  them.  Specifically Ken Williams is aware we have a
9  dispute.  We're evaluating these various sites, and
10 that we will eventually -- we will be conducting our
11 own -- installing our own wells, collecting our own
12 data, and designing and implementing remediation
13 systems at selected locations, and that we will be
14 keeping them apprised of all of our activities,
15 similar to Orange County Health Care Agency.
16     Q.   And as with the Orange County Health
17 Care Agency, you have not yet laid any groundwork for
18 how that coordination would occur?
19     A.   That's correct.
20     Q.   What's the basis for OCWD's
21 contention that contamination has escaped remediation
22 at 6502 Bolsa?
23     A.   Contamination has been detected in
24 off-site wells.  And although I'm not a remediation
25 expert, it doesn't appear that remediation that's

Page 1527

1  being conducted at the site is capturing contaminated
2  groundwater, preventing it from moving further away
3  from the site.
4      Q.   How much contamination escaped
5  remediation in OCWD's view?
6      A.   I don't know.  I neither know how
7  much contamination was released from the site or how
8  much has escaped the site.
9      Q.   And if you don't know how much, is it
10 fair to say you are unable to say whether the
11 amount that in OCWD's view has escaped remediation is
12 significant?
13     A.   Well, I don't know what you mean when
14 you say "significant."  Significant to me means
15 meaningful.  It's certainly -- contamination or the
16 MTBE and TBA was released into groundwater, it's a
17 fairly high concentrations, looked to be quite a bit
18 of it; it has migrated off site.  And that is
19 meaningful, insofar that it has escaped capture by
20 remediation at the site.  It's going to continue to
21 move into drinking water sources.
22     Q.   Have you ever visited the site?
23     A.   I don't recall whether I've been on
24 this site or not.  There's a distinct possibility.  I
25 just don't recall.

Page 1528

1      Q.   Can you summarize for the record
2  every action that OCWD intends to take in the future
3  with respect to 6502 Bolsa?
4      A.   I can't at this time.  We haven't
5  decided which actions we're going to take.
6      I prepared a list of possible or probable
7  actions that we will take to investigate and
8  remediation a site, and that list of activities has
9  been submitted to you.
10     MR. TEMKO:  I want to go off the record for
11 a second.
12     THE VIDEOGRAPHER:  Going off the record.
13 The time is 11:04 a.m.
14     (Off the record.)
15     THE VIDEOGRAPHER:  We are back on the
16 record.  The time is 11:06 a.m.  This marks the
17 beginning of video No. 2 in the deposition of
18 David P. Bolin.
19 BY MR. TEMKO:
20     Q.   Mr. Bolin, I just have one or two
21 follow-up questions on the line of questioning we
22 were talking about before the break.
23     You mentioned that you had had discussions
24 with representatives of the Orange County Health Care
25 Agency regarding the fact that OCWD is, as you put

16 (Pages 1525 to 1528)

Page 1589

1    Please be advised I have read the foregoing
2  deposition, and I state there are:
3  (Check one) _____ NO CORRECTIONS
4                _____ CORRECTIONS PER ATTACHED
5
6
7    _____
8    DAVID P. BOLIN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REPORTER'S CERTIFICATE

1
2
3    I certify that the witness in the foregoing
4  deposition.
5         DAVID P. BOLIN
6  was by me duly sworn to testify in the within-entitled
7  cause; that said deposition was taken at the time and
8  place therein named; pages 1468 through 1590, of the
9  testimony of said witness were reported by me, a duly
10  Certified Shorthand Reporter of the State of
11  California authorized to administer oaths and
12  affirmations, and said testimony was thereafter
13  transcribed into typewriting.
14       I further certify that I am not of counsel or
15  attorney for either or any of the parties to said
16  deposition, nor in any way interested in the outcome
17  of the cause named in said deposition.
18       IN WITNESS WHEREOF, I have hereunto set my hand
19  this 30th day of October, 2008.
20
21
22       --------------------------------
23       SANDRA BUNCH VANDER POL, RMR, CRR
24       Certified Shorthand Reporter
25       Certificate No. 3032

Page 1590

1    DEPONENT'S CHANGES OR CORRECTIONS
2  Note: If you are adding to your testimony, print the
3  exact words you want to add. If you are deleting from
4  your testimony, print the exact words you want to
5  delete. Specify with "Add" or "Delete" and sign this
6  form.
7  DEPOSITION OF:     DAVID P. BOLIN, Volume 7
8  CASE:        MTBE MDL (OCWD)
9  DATE OF DEPOSITION: OCTOBER 21, 2008
10  PAGE    LINE   CHANGE/ADD/DELETE
11  _____  _____  _____
12  _____  _____  _____
13  _____  _____  _____
14  _____  _____  _____
15  _____  _____  _____
16  _____  _____  _____
17  _____  _____  _____
18  _____  _____  _____
19  _____  _____  _____
20  _____  _____  _____
21  _____  _____  _____
22  _____  _____  _____
23  _____  _____  _____
24  DEPONENT'S SIGNATURE _____
25  DATE _____

Page 1592

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| Methyl Tertiary Butyl | : | Master File No. 1:00-1898 |
| Ether ("MTBE") | : | MDL NO. 1358 (SAS) |
| Products Liability | : | M21-88 |
| Litigation | : | |

This Document Relates to:
  Orange County Water District
  v. Unocal Corporation, et al.,
  S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

Wednesday, October 29, 2008

------

Videotaped Deposition of DAVID P. BOLIN,

Volume 8, OCWD'S 30(b)(6) DESIGNEE re Focus Plumes

5 and 8, held in the law offices of Latham &

Watkins, 650 Town Center Drive, Suite 2000, Costa

Mesa, California, beginning at 9:05 a.m., before

Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

Page 1813

1  have I discussed it with them.
2      Q.    When have you met with Friedman and
3  Bruya?
4      A.    I have never met with Friedman and
5  Bruya.
6      Q.    When have you talked with Friedman
7  and Bruya?
8      A.    Let's see.  I can't -- I can't
9  identify specific dates.  Within the last several
10 months.  At some time I talked with them over the
11 phone.
12     Q.    About --
13     A.    Several times.
14     Q.    What was the subject matter of those
15 conversations?
16     A.    Testing water samples.
17     Q.    Okay.  And what did you all discuss
18 regarding testing water samples?
19     A.    That we would be sending them some
20 water samples for them to test for the presence of
21 MTBE.
22     Q.    Okay.  And did you send them water
23 samples?
24     A.    I specifically did not, but our staff
25 did.

Page 1814

1      Q.    And there were water samples from
2  which wells; do you remember?
3      A.    No.  I don't recall exactly which
4  wells.  There's a long list of wells that we will
5  be testing, and I can't tell you off the top of my
6  head which wells we've tested.
7      Q.    And is that the way it works, OCWD
8  actually collects the samples and sends them off to
9  Friedman and Bruya to be tested?
10     A.    Yes.
11     Q.    And with whom at Friedman and Bruya
12 did you have these conversations?
13     A.    I can't remember the name of the
14 individual.  I want to say it was Michael somebody.
15 I don't recall his name.
16     Q.    But have you ever had a discussion
17 with anyone at Friedman and Bruya about specific
18 results they obtained for testing of wells involved
19 in this litigation?
20     A.    I don't recall discussing any
21 specific well results -- well test results.
22     Q.    Have you had any conversations with
23 Friedman and Bruya generally about the way they
24 sample or the validity of their results?
25     A.    No.  I'm not an expert in this

Page 1815

1  area, and so I haven't reviewed their procedures
2  or protocol.
3      Q.    Why was only Friedman and Bruya data
4  in your binder instead of WRMS data?
5      A.    Friedman and Bruya is able to test at
6  lower concentrations that -- than our own
7  laboratory is able to test at, and so we've retained
8  Friedman and Bruya to do our testing for us for a lot
9  of these samples.
10     Q.    I've noticed in some of the other
11 plume depositions we've had, you've actually had the
12 WRMS data.  Do you just include that for the ones in
13 which there's no Friedman and Bruya data?
14     A.    In some cases.  In some cases where
15 we've actually had detections, we report those
16 detections and identify which wells have been had --
17 have had MTBE detected in them.
18     Q.    If we can turn back to Exhibit 109,
19 please.  On page No. 3, starting with --
20     A.    Yes.
21     Q.    -- question 2.  Why hasn't the
22 District provided any comments or suggestions to the
23 relevant regulatory agencies overseeing remediation
24 at the sites in focus plume 8?
25     A.    I don't have an answer for that.  I

Page 1816

1  can't be specific as to why the District has not had
2  that discussion with the Water Board, I guess, in
3  this case.
4      Q.    Does the District contend that the
5  remediation that is proceeding at the stations in
6  focus plume 8 should be conducted differently?
7      MR. SAWYER:  Okay.  I've got a problem with
8  contention questions in a deposition.  They are
9  improper.  And I believe it also violates the special
10 master's pretrial order No. 11, which said that
11 contention questions are improper.
12     So I will work with Counsel to deal with it,
13 but I would appreciate it if you would try to
14 rephrase the question to avoid the objection.
15 BY MR. CORRELL:
16     Q.    For Chevron 1921, does the District
17 believe that contamination has escaped remediation?
18     A.    Let me refer to my notes.
19     Q.    And let me say I'm going to go over
20 Chevron 1921 in much more detail later.  But just at
21 the general level, as a general question, does the
22 District believe that remediation has escaped the
23 contamination -- MTBE contamination escaped
24 remediation at Chevron 1921?
25     A.    Yes.

57 (Pages 1813 to 1816)

Confidential - Per 2004 MDL 1358 Order

Page 1817

1      Q.  Given that fact, why hasn't the
2  District contacted the Regional Board overseeing
3  remediation and make suggestions as to how to prevent
4  contamination from escaping remediation?
5      A.  I don't have an answer for that.
6      Q.  If -- going to question 3. The
7  question was: Has the District communicated with any
8  of its member agencies concerning the release of MTBE
9  containing gasoline from, and then it lists the five
10  stations. And the answer is, "No."
11     And my question to you is: Why not?
12      A.  I don't have an answer for that
13  either. That's not my authority.
14      Q.  The member -- who are the
15  member agencies, if you will, of OCWD?
16      A.  I can't list them all.
17      Q.  Just generally.
18      A.  The City of Santa Ana. The City of
19  Anaheim. The City of Fullerton. Irvine Ranch Water
20  District. City of Fountain Valley. City of Garden
21  Grove. City of Huntington Beach. City of
22  Costa Mesa. The City of Tustin. The list goes on.
23  I -- twenty-something.
24      Q.  Water purveyors?
25      A.  Yes. Water utility companies, water

Page 1818

1  production companies.
2      Q.  Why hasn't OCWD warned these water
3  providers that the wells in focus plume 8 may be
4  threatened with MTBE contamination?
5      A.  I don't know that they haven't. I do
6  believe that they know that the wells are threatened
7  with MTBE contamination.
8      Q.  Well, why -- that's interesting.
9  Let's break that down in two parts.
10     First of all, has the District warned --
11  what is it? -- Irvine Ranch Water District of the
12  threat to contamination of four of its drinking water
13  wells in plume 8?
14      A.  I don't know what context the
15  District has communicated to Irvine Ranch Water
16  District the risk of their wells to the MTBE
17  contamination.
18     I don't know that they have specifically
19  identified these four wells as being a specific risk
20  to MTBE contamination. But I know that Irvine --
21  that Orange County Water District has talked to all
22  the producers about risk of MTBE contamination to
23  their wells.
24      Q.  In general?
25      A.  In general.

Page 1819

1      Q.  Okay. I now have a more specific
2  question. As I understand it, there are four Irvine
3  Ranch Water District wells in plume 8, because the
4  District believes that those wells are threatened
5  with MTBE contamination, correct?
6     MR. SAWYER: You are saying there's four
7  because they believe it's threatened?
8     MR. CORRELL: Exactly. We go -- I'm trying
9  not to replow old ground.
10     MR. SAWYER: If you think about the
11  question, you're saying four wells exist because
12  they --
13     MR. CORRELL: No, they --
14     MR. SAWYER: -- believe they are threatened?
15     MR. CORRELL: No. That are in plume 8.
16     MR. SAWYER: That wasn't your question.
17     MR. CORRELL: I'm sorry.
18     MR. SAWYER: That's all right.
19     MR. CORRELL: Very clear.
20      Q.  Plume 8 includes four Irvine Ranch
21  Water District wells because OCWD thinks those wells
22  may be threatened with MTBE contamination, correct?
23      A.  Well, I was -- we were talking about
24  how were the wells designated for plume 8. But
25  there's more than just these wells that are

Page 1820

1  threatened for MTBE contamination. There's more than
2  just these sites that have released MTBE into
3  groundwater. These are the sites that have been
4  designated for plume 8, and these are the wells that
5  have been designated for wells associated with those
6  sites.
7     Now, there are -- there's a lot of
8  contamination out there, and in general terms the
9  District has had -- has talked about MTBE
10  contamination in the basin. And in some cases, you
11  know, it's probably been talked about in closed
12  session, and our, you know, producers are familiar
13  with all of that. But I'm not privileged to all of
14  those conversations, so I can't comment on all the
15  communication that's transpired.
16      Q.  Does the District believe that Irvine
17  Ranch Water District Wells 1, 9, 4 and 8 are
18  threatened with MTBE contamination?
19      A.  I'm sorry. My mind wandered. Did
20  you say does Irvine Ranch --
21      Q.  I will just reask it.
22     Does OCWD believe that Irvine Ranch Water
23  District Wells 1, 4, 8 and 9 are threatened with MTBE
24  contamination?
25      A.  Yes.

58 (Pages 1817 to 1820)

Confidential - Per 2004 MDL 1358 Order

Page 1865

1    Please be advised I have read the foregoing
2    deposition, and I state there are:
3    (Check one) _____NO CORRECTIONS
4            _____CORRECTIONS PER ATTACHED
5
6
7    _____
8    DAVID P. BOLIN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 1866

1        DEPONENT'S CHANGES OR CORRECTIONS
2    Note: If you are adding to your testimony, print the
3    exact words you want to add. If you are deleting from
4    your testimony, print the exact words you want to
5    delete. Specify with "Add" or "Delete" and sign this
6    form.
7    DEPOSITION OF:    DAVID P. BOLIN, Volume 8
8    CASE:        MTBE MDL (OCWD)
9    DATE OF DEPOSITION:  October 29, 2008
10   PAGE    LINE   CHANGE/ADD/DELETE
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23   _____  _____  _____
24   DEPONENT'S SIGNATURE _____
25   DATE_____

Page 1867

1            REPORTER'S CERTIFICATE
2
3        I certify that the witness in the foregoing
4    deposition.
5            DAVID P. BOLIN
6    was by me duly sworn to testify in the within-entitled
7    cause; that said deposition was taken at the time and
8    place therein named; pages 1592 through 1867 of the
9    testimony of said witness were reported by me, a duly
10   Certified Shorthand Reporter of the State of
11   California authorized to administer oaths and
12   affirmations, and said testimony was thereafter
13   transcribed into typewriting.
14       I further certify that I am not of counsel or
15   attorney for either or any of the parties to said
16   deposition, nor in any way interested in the outcome
17   of the cause named in said deposition.
18       IN WITNESS WHEREOF, I have hereunto set my hand
19   this 8th day of November, 2008.
20
21
22       ----------------------------------
23       SANDRA BUNCH VANDER POL, RMR, CRR
24       Certified Shorthand Reporter
25       Certificate No. 3032

70 (Pages 1865 to 1867)

Confidential - Per 2004 MDL 1358 Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl:  Master File No. 1:00-1898
Ether ("MTBE")       :  MDL NO. 1358 (SAS)
Products Liability   :  M21-88
Litigation           :
_____

This Document Relates to:
    Orange County Water District
    v. Unocal Corporation, et al.,
    S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

Thursday, October 30, 2008

------

Videotaped Deposition of DAVID P. BOLIN,

Volume 9, OCWD'S 30(b)(6) DESIGNEE re Focus Plumes

8 and 4, held in the law offices of Latham &

Watkins, 650 Town Center Drive, Suite 2000, Costa

Mesa, California, beginning at 8:28 a.m., before

Sandra Bunch VanderPol, RPR, RMR, CRR, CSR #3032.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

0bb60477-3314-4575-8c34-451a22d1685f

Confidential - Per 2004 MDL 1358 Order

Page 1893

1       MR. CORRELL:  Yeah, I think it's on the top.
2   I think we will have two copies of it.
3       It's not that important, Mr. Bolin.  It
4   won't be the first time we have two copies of a
5   document.
6       Q.    Going on to Exhibit 112.  You say,
7   "Groundwater conduits are nearby, open paren,
8   potential migration path from shallow saturated zones
9   to deeper saturated zones."  Do you see that?
10      A.    Yes, I do.
11      Q.    Have you seen, in your review of the
12  file, any evidence that, in fact, MTBE has gone down,
13  any one of these contaminants, into the deeper zone?
14      MR. SAWYER:  Objection.  Overly broad.
15  Vague and ambiguous.
16      THE WITNESS:  No.  We don't have that
17  information as yet, but we are still evaluating this
18  site.  It's a complicated site in a complicated area.
19  So we are not finished with our evaluation.  I'm
20  acknowledging here that -- or making note that
21  there are a variety of wells in the area that are
22  potential conduits for cross contamination.
23  BY MR. CORRELL:
24      Q.    How long has the District been
25  evaluating this site?

Page 1894

1       A.    Hmm --
2       MR. SAWYER:  Objection.  Vague and ambiguous
3   as to the term "evaluation."
4       THE WITNESS:  It depends on how you define
5   the "beginning of our evaluation."
6       I don't know when the District actually
7   became aware of this site.  I think I became aware --
8   I became aware of this site some time after I joined
9   the District in 2005.  And I don't know -- I can't
10  state exactly when it became one of the focus sites.
11  Some time after that.
12  BY MR. CORRELL:
13      Q.    Okay.  It was -- if I remember your
14  testimony, it was one of the 80 sites that Komex
15  assembled before selecting the 40?
16      A.    No, I don't think that --
17      MR. SAWYER:  I think you mis -- let me
18  just -- you misstated his testimony.
19      MR. CORRELL:  That's what I'm asking.
20      MR. SAWYER:  Then objection, asked and
21  answered.
22      THE WITNESS:  No, I don't recall stating
23  that this is one of the original sites, the first
24  cut, if you will, of sites that Komex had identified.
25  This was not one of the sites that ultimately became

Page 1895

1   one of the 40 sites that Komex had evaluated.  It was
2   some time after that.
3       So I can't recall exactly when in that time
4   frame that this became a focus site when we started
5   evaluating.
6   BY MR. CORRELL:
7       Q.    Okay.  And how long do you estimate
8   the District's evaluation of this site will last
9   going forward?
10      MR. SAWYER:  Objection, calls for
11  speculation.
12      THE WITNESS:  I don't know.  We are
13  going to retain some experts to help us with
14  evaluating these sites, and we have experts working
15  on it now.  But I don't know when we will have all
16  the answers we want.
17  BY MR. CORRELL:
18      Q.    And you said it was a complicated
19  site.  What makes it complicated?
20      A.    This part of the basin is called the
21  pressure zone.  The pressure zone has interbedded
22  saturation zones with some higher and lower
23  permeability zones, and groundwater movement in this
24  area is complicated through these various zones by
25  the number of production wells that pump

Page 1896

1   intermittently throughout the year.  Many of them are
2   seasonal.  Sometimes they pump during the wet season
3   and don't.  Some other wells will pump all year long.
4   It's very complicated hydrogeology as a result.
5       Q.    When you say "this part of the
6   basin," what -- is there a name for this part of the
7   basin?
8       A.    Well, we're referring to it as the
9   pressure zone.
10      Q.    And how far does the pressure zone
11  extend?  And if you could just generally describe the
12  boundaries for me.
13      A.    Generally, the pressure zone is -- it
14  has a -- it goes to the coast and extends inland
15  about halfway through the basin, perhaps a little bit
16  more.
17      Q.    And all five sites in focus plume 8
18  would then be in the pressure zone?
19      A.    That's correct.
20      Q.    And so all five would be complicated
21  sites?
22      A.    That's correct.
23      Q.    What was the date on Exhibit 114
24  again, sir?
25      A.    114 is May 22nd, 2008.

8 (Pages 1893 to 1896)

0bb60477-3314-4575-8c34-451a22d1685f

Confidential - Per 2004 MDL 1358 Order

Page 2173

1        We are off the record at 5:23 p.m.
2        (The deposition was concluded on this day at
3    5:23 p.m.)
4        --o0o--
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2175

1            DEPONENT'S CHANGES OR CORRECTIONS
2    Note:  If you are adding to your testimony, print the
3    exact words you want to add.  If you are deleting from
4    your testimony, print the exact words you want to
5    delete.  Specify with "Add" or "Delete" and sign this
6    form.
7    DEPOSITION OF:      DAVID P. BOLIN, Volume 9
8    CASE:            MTBE MDL (OCWD)
9    DATE OF DEPOSITION:  OCTOBER 30, 2008
10   PAGE     LINE   CHANGE/ADD/DELETE
11   _____   _____  _____
12   _____   _____  _____
13   _____   _____  _____
14   _____   _____  _____
15   _____   _____  _____
16   _____   _____  _____
17   _____   _____  _____
18   _____   _____  _____
19   _____   _____  _____
20   _____   _____  _____
21   _____   _____  _____
22   _____   _____  _____
23   _____   _____  _____
24   DEPONENT'S SIGNATURE _____
25   DATE_____

Page 2174

1        Please be advised I have read the foregoing
2    deposition, and I state there are:
3    (Check one) _____NO CORRECTIONS
4        _____CORRECTIONS PER ATTACHED
5
6
7
8    DAVID P. BOLIN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2176

1            REPORTER'S CERTIFICATE
2
3        I certify that the witness in the foregoing
4    deposition.
5            DAVID P. BOLIN
6    was by me duly sworn to testify in the within-entitled
7    cause; that said deposition was taken at the time and
8    place therein named; pages 1869 through 2176 of the
9    testimony of said witness were reported by me, a duly
10   Certified Shorthand Reporter of the State of
11   California authorized to administer oaths and
12   affirmations, and said testimony was thereafter
13   transcribed into typewriting.
14       I further certify that I am not of counsel or
15   attorney for either or any of the parties to said
16   deposition, nor in any way interested in the outcome
17   of the cause named in said deposition.
18       IN WITNESS WHEREOF, I have hereunto set my hand
19   this 8th day of November, 2008.
20
21
22   --------------------------------
23   SANDRA BUNCH VANDER POL, RMR, CRR
24   Certified Shorthand Reporter
25   Certificate No. 3032

78  (Pages 2173 to 2176)

0bb60477-3314-4575-8c34-451a22d1685f

Confidential - Per 2004 MDL 1358 Order

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____ X

In re:  Methyl Tertiary Butyl Ether

("MTBE") Products Liability Litigation

_____ X

Master File No. 1:00-1898

MDL No. 1358 (SAS)

M21-88

_____ X

CONFIDENTIAL (Per 2004 MDL 1358 Order)

VIDEOTAPED 30(b)(6) DEPOSITION OF

David P. Bolin

November 6, 2008

Taken at 650 Town Center Drive,

20th Floor, Costa Mesa, California, before

Harry A. Palter, California Certified

Shorthand Reporter No. 7708, Certified

LiveNote Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 2796

1  particular site investigation.
2      I think the contamination
3  has escaped -- remediation has
4  escaped the site and is still out
5  there.
6  BY MR. ANDERSON:
7      Q.   When did you come to that
8  conclusion?
9      A.   I can't give you a specific
10 date.
11     It was the result of my
12 evaluation of this site.
13     Q.   Was it in the last year?
14     A.   Well, I can't give you a
15 specific date.
16     It was sometime after I began
17 looking at this site, and I can't be certain
18 of when, exactly, that was.
19     It was within the last three
20 years.
21     Q.   Have you told any regulatory
22 agency that you've come to that conclusion?
23     A.   I don't recall having any
24 conversations with any regulatory agencies

Page 2797

1  about this site, specifically.
2      Q.   Does OCWD know how it would
3  propose remediating the contamination at this
4  site?
5      MR. SAWYER:  Objection.
6      Calls for speculation.
7      Lack of foundation.
8      Also, object to the extent
9  it seeks disclosure of expert
10 consultants.
11     THE WITNESS:  We have yet
12 to retain some expertise to help
13 us with evaluating remedial
14 alternatives for this site.
15 That's yet to be done, so we
16 currently don't have a specific
17 plan as to how this site would be
18 remediated.
19 BY MR. ANDERSON:
20     Q.   And I take it if you never
21 corresponded with Unocal about this site,
22 then you haven't told them about this
23 conclusion, as well; correct?
24     MR. SAWYER:  Well, let me

Page 2798

1  object as vague and ambiguous.
2      Are you talking about this
3  lawsuit and the fact you're
4  conducting discovery?
5      You've got representatives
6  of Unocal here responsible for
7  this site?
8      MR. ANDERSON:  I'm talking
9  about the conclusion that the
10 remediation hasn't been working.
11     MR. SAWYER:  Well, same
12 objection.
13     THE WITNESS:  No.
14     We haven't told Unocal that
15 their remediation isn't working.
16     There are some things that,
17 so painfully obvious, that some
18 conclusions speak for themselves.
19     The fact there's offsite
20 contamination here, and they are
21 still conducting soil vapor
22 extraction, the fact that Orange
23 County Health Care Agency has
24 denied closure on two occasions,

Page 2799

1  the first being in 2003, because
2  the client's consultant made a
3  statement to the effect that they
4  figured it was clean enough.  And
5  then again in 2005 -- no, I'm
6  sorry -- in 2007.
7      And then eventually,
8  finally, in January -- excuse
9  me -- in January of 2007, the
10 Health Care Agency issued a Notice
11 of Violation for some violations
12 having to do with inspection, not
13 the cleanup of the site, but
14 there are just some things
15 that speak for themselves.
16     MR. ANDERSON:  I want to
17 talk about a lot of things right
18 there, but let me go ahead and
19 hand you what's been marked as
20 Exhibit 180.
21     It's your notes.
22     I already marked that.
23     That's not what I'm going
24 to talk about right now, actually.

7 (Pages 2796 to 2799)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 2992

1  evaluation of this site for us.
2      Q.   Was Komex assigned to do an
3  evaluation of this study, or were they never
4  even asked?
5          I'm sorry, of this station, or
6  were they never even asked?
7      A.   This was not one of the
8  stations that was part of their scope of work
9  for their evaluations.
10     Q.   Is there a reason that
11 Mobil 18-G6B was not included in the first
12 round of evaluations for Komex?
13         MR. SAWYER: Just object on
14     the grounds it's been asked and
15     answered several times.
16         THE WITNESS: I don't
17     recall why this one was not
18     selected for that first round. I
19     don't recall. I just simply don't
20     know.
21         It was -- there were too
22     many stations all -- to do all at
23     once. We had to narrow them down.
24         And for whatever reason,

Page 2993

1      this was not selected for that
2      first round, and Exxon 4283 was.
3  BY MS. ROY
4      *Q*   Did OCWD use any other
5  consultant to analyze Mobil 18-G6B?
6          MR. SAWYER: I'll instruct
7      him not to answer to the extent it
8      seeks the disclosure of expert
9      consultants.
10         THE WITNESS: We have a
11     current consultant that will be
12     evaluating Mobil 18-G6B,
13     Hargis+Associates, which we've
14     alluded to before.
15         We did -- we have not had
16     another consultant to do that for
17     us.
18 BY MS. ROY
19     *Q*   Has OCWD done any of its own
20 investigation of Mobil 18-G6B?
21         MR. SAWYER: Objection.
22     Asked and answered several
23     times.
24         I ask the court reporter to

Page 2994

1      mark the question.
2          You can answer it, subject
3      to my prior objections.
4          THE WITNESS: We're in the
5      process of completing an analysis
6      now. And Hargis will do a -- an
7      evaluation similar to Komex's
8      evaluations of other sites.
9          So that -- in that context,
10     we have an ongoing evaluation or
11     investigation going.
12 BY MS. ROY
13     *Q*   Other than the retention of
14 Hargis, has OCWD done any other sort of
15 investigation with respect to Mobil 18-G6B?
16         MR. SAWYER: Objection.
17     Asked and answered in the
18     last deposition, and now this is
19     the second or third time he's
20     answering it in this question.
21         I ask the court reporter to
22     mark the question.
23         Vague, ambiguous.
24         Asked and answered

Page 2995

1          THE WITNESS: The District
2      staff -- me -- has evaluated files
3      and worked to understand the
4      generally hydrogeology at this
5      site and history of MTBE and TBA
6      occurrence at the site.
7          I mean, that -- we've
8      done -- that's part of the
9      investigation, but I'm still not
10     certain that's answering your
11     question.
12 BY MS. ROY:
13     Q.   Well, I understand that
14 you've done the sort of review of regulatory
15 files that we've talked about with respect to
16 other stations.
17         I'm just wondering if there was
18 anything additional particular to this
19 station that OCWD has engaged in, aside from
20 sort of its general study of the basin
21 and analysis of MTBE.
22         MR. SAWYER: Vague and
23     ambiguous.
24         THE WITNESS: We have not

56 (Pages 2992 to 2995)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 2996

1    drilled wells or selected a
2    remedial technology or designed a
3    remediation system or put together
4    a fixed schedule for installing
5    and operating a remediation
6    system.
7        We haven't done any of
8    those things, which will probably
9    be coming in time, but we don't --
10   we haven't done that yet.
11       MS. ROY: All right.
12       The next document I'd like
13   to mark as an exhibit -- it will
14   be 192.
15       And Mr. Bolin, these are
16   the notes that you handed me this
17   morning.
18           - - -
19   (Whereupon, Exhibit 192, Mobil #18-G6B
20   report, was marked for identification)
21           - - -
22       MR. SAWYER: Thank you.
23   BY MS. ROY:
24   Q.    Mr. Bolin, just for the record,

Page 2997

1    can you confirm what Exhibit 192 is, please.
2    A.    These appear to be summary
3    notes that I compiled in preparation for the
4    deposition today for Mobil station 18-G6B.
5    Q.    And did you have any assistance
6    in preparing these notes?
7    A.    Well, I had assistance in
8    compiling the documents, putting the
9    documents together. But the notes are all
10   mine.
11   Q.    And when you say, "the
12   documents," you're talking about pulling
13   copies of the maps that are attached; am I
14   correct?
15   A.    The maps, and then the
16   documents that I reviewed in preparing for
17   the deposition.
18   Q.    Looking towards the bottom of
19   your notes, on the first page, the heading is
20   offsite well MW-6S in W direction.
21       Do you see that?
22       It's in bold.
23       And then --
24   A.    Yes, MW-S -- okay.

Page 2998

1        MW-6S, yes.
2    Q.    And the bottom lines of that
3    section appear to have what appear to be
4    handwritten lines slashing out zeros.
5        Do you see that?
6    A.    I do.
7    Q.    Is that something you --
8    you applied to the document?
9    A.    I did.
10       I saw that this morning.
11   Q.    That was just a typo;
12   am I correct?
13   A.    That's a typographical error.
14       MR. SAWYER: I don't think
15   we'll get to the year 20,016.
16       THE WITNESS: 20,016.
17       MS. ROY: Let's take a
18   break.
19       We've been going for about
20   an hour.
21       Let me regroup a little,
22   and we'll finish it off.
23       MR. SAWYER: Thank you.
24       THE WITNESS: Thank you.

Page 2999

1        THE VIDEOGRAPHER: Going
2    off the record.
3        The time is 2:07 P.M.
4    (Off the record: 2:07 P.M.-2:25 P.M.)
5        THE VIDEOGRAPHER: We're
6    back on the record.
7        The time is 2:25 P.M.
8    BY MS. ROY:
9    Q.    Mr. Bolin, going back to
10   Exhibit 192, your notes for Mobil G6B --
11   A.    Hmm-hmm.
12   Q.    -- I just have one last
13   question.
14       If you turn to the second
15   page -- it's sort of the last entry in the
16   chronology that you have at the top -- it
17   says, "June 6, TBA spike in MW-1," and then,
18   "New Releases?" in all caps with a question
19   mark?
20   A.    Yes.
21   Q.    Can you tell me what you meant
22   by that notation?
23   A.    In -- let me refer to the
24   document that I think I was looking at.

57 (Pages 2996 to 2999)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3024

```
1     18-G6B.
2         And as you asked that
3     question, presently in the context
4     of Exxon station number 4283, my
5     answer is exactly the same.
6  BY MS. ROY:
7     Q.    All right.
8         With respect to both stations
9  or either station, do you believe that any
10 other regulatory body should have done
11 anything differently with respect to these
12 two stations?
13        MR. SAWYER:  The way you've
14    phrased it, it's a compound
15    question.
16        It's vague, ambiguous.
17        Failed to specify the
18    regulatory agencies he's referring
19    to; therefore, it calls for
20    speculation.
21        Overly broad.
22        THE WITNESS:  No.
23        In actuality, when I'm
24    talking about the lead agency's
```

Page 3025

```
1     oversight, I don't have any
2     different opinion.
3         My answer would not be
4     different for any other regulatory
5     agency that might have been
6     involved overseeing any one of
7     these sites, at all.
8  BY MS. ROY:
9     Q.    Okay.
10        All right.
11        Now I want to run through a
12 series of questions with you just related to
13 OCHCA's communications with other entities.
14        See if we can knock these off
15 pretty quickly.
16    A.    Okay.
17    Q.    Has OCHCA had any communication
18 with the Santa Ana Regional Water Quality
19 Control Board with respect to Mobil G6B --
20 18-G6B?
21    A.   Not to my knowledge.
22        Not to my knowledge.
23        Not that I recall.
24    Q.    Okay.
```

Page 3026

```
1         Has OCWD had any communication
2  with the Regional Board with respect to Exxon
3  4283?
4     A.    Not to my knowledge, and not
5  that I recall.
6     Q.    Has OCWD had any communication
7  with the Orange County Health Care Agency
8  about Mobil 18-G6B?
9     A.    No.
10        Not to my knowledge, and not
11 that I recall.
12    Q.    Okay.
13        What about with respect to
14 Exxon 4283?
15    A.    No.
16        It's the same answer there, as
17 well: not to my knowledge.
18    Q.    Has OCWD had any communication
19 with anyone at the California Department of
20 Public Health with respect to Mobil 18-G6B?
21    A.    No.
22    Q.    Okay.
23        With respect to 42 -- Exxon
24 4283?
```

Page 3027

```
1     A.    No.
2     Q.    Has OCWD had any communication
3  with any other regulator regarding either of
4  these two stations?
5     A.    Not to my knowledge.
6     *Q*   Has OCWD had any communication
7  with any water user or water purveyor
8  regarding Mobil 18-G6B?
9         MR. SAWYER:  Just object to
10    the extent it's been asked and
11    answered several times.
12        Ask the court reporter to
13    mark the question.
14        THE WITNESS:  This
15    question's been posed for all the
16    other sites, as well.
17        And except in the context
18    that communications or -- at the
19    producers' meeting, there was a
20    discussion about the occurrence of
21    MTBE in the basin.
22        The producers certainly are
23    aware of ongoing litigation
24    regarding MTBE; and that MTBE has
```

64 (Pages 3024 to 3027)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3084

1  sites down into a manageable number, which
2  Komex started off with 40 sites.
3          This was not one of the 40
4  sites at that time.
5          It might have become one of the
6  later sites, but it was not one of those 40
7  sites we finally boiled them down to.
8          But it is one of the sites
9  we're looking at now.
10         And we had been able to
11  continue with Komex, this would be a site
12  that Komex would have reported on.
13         But since Komex is not allowed
14  to work with the District anymore, because
15  Komex had merged with Worley Parsons, and
16  Worley Parsons -- many of Worley Parsons'
17  clients are the many defendants involved in
18  this case, and that Komex and Worley Parsons
19  and earning a revenue of $2 billion a year,
20  the Orange County Water District can't
21  compete with that.
22         So Komex is not allowed to
23  perform that work for Orange County Water
24  District anymore.

Page 3085

1          Now we're working with Hargis.
2          And Hargis is going to evaluate
3  this site and they're going to provide us a
4  summary similar to the one that Komex had
5  provided.
6          And based on the results of
7  that summary, we will decide what our next
8  actions are going to be.
9  BY MR. FINSTEN:
10     Q.   I move to strike everything
11  after, "I did not say that."
12         The question was you have
13  criteria for selecting a site.
14         What are the criteria?
15         MR. SAWYER:  Objection.
16         Asked and answered.
17         Argumentative.
18         THE WITNESS:  The criteria
19  are releases of MTBE and TBA in
20  groundwater in close proximity to
21  a production well in which MTBE
22  has been detected.
23  BY MR. FINSTEN
24     *Q*   And this site did not meet the

Page 3086

1  criteria for Komex to do the first -- did not
2  meet -- strike that.
3          The site did not meet the Komex
4  criteria?
5          MR. SAWYER:  Objection.
6          Misstating his testimony.
7          MR. FINSTEN:  I'm asking a
8  question.
9          MR. SAWYER:  We've got to
10  wait till I finish my objection,
11  or I'm going to have to take a
12  break so you can cool off.
13         Okay?
14         Just let me get my
15  objection out.  That's the way the
16  game's played.
17         Objection.
18         Asked and answered.
19         Argumentative.
20         You're misstating his prior
21  testimony.
22  BY MR. FINSTEN:
23     Q.   There's a question pending.
24     A.   That's not what I said.

Page 3087

1      *Q*   Okay.
2          What did you say?
3          MR. SAWYER:  Objection.
4          Asked and answered.
5          I ask the court reporter to
6  mark this question.
7          THE WITNESS:  You had my
8  answer struck from the record.
9          MR. SAWYER:  Well,
10  actually, he can't strike it from
11  the record.
12  BY MR. FINSTEN:
13     Q.   I'm failing to understand
14  something, and I think we're just sort of
15  going in a circle here.
16         There is a list that Komex did
17  reports on -- this station was not on the
18  list; correct?
19     A.   That's correct.
20     Q.   And there were criteria for
21  that list that Komex did reports on.
22     A.   That's correct.
23     Q.   Why -- what criteria did this
24  station fail to meet that kept it off of that

79 (Pages 3084 to 3087)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3096

1    contamination that would require -- at this
2    station that would require the District to
3    act?
4              MR. SAWYER: Okay.
5         That --
6              MR. FINSTEN: I'm trying to
7    break it down.
8              MR. SAWYER: I understand.
9         But the way you phrased it
10   makes absolutely no sense, at all.
11            Vague, ambiguous.
12            Overly broad.
13            Failure to specify what the
14   term "to act" means.
15            Asked and answered.
16            And I ask the court
17   reporter to mark the question.
18            THE WITNESS: I don't know
19   that we've quantified a
20   concentration at which point the
21   District would decide to act or
22   not act.
23            I can state that the
24   District is acting now.

Page 3097

1         So whatever that
2    concentration is has been
3    exceeded.
4    BY MR. FINSTEN:
5         Q.   When did the District start
6    acting?
7              MR. SAWYER: Objection.
8         Vague, ambiguous.
9         Overly broad.
10            Counsel is repeating
11   answers from written deposition
12   questions.
13            THE WITNESS: I don't know
14   when the District took its first
15   action.
16            It would have been prior to
17   my getting involved at the
18   District in 2005.
19            This lawsuit was filed
20   before I joined the District, and
21   I don't know in terms of, you
22   know, what kind of action you're
23   asking about.
24            So it depends on that

Page 3098

1         context how far back the District
2    started acting or started doing
3    anything in regards to this
4    station.
5    BY MR. FINSTEN:
6         Q.   How about interacting with the
7    responsible parties?
8              MR. SAWYER: Objection.
9         Vague, ambiguous.
10            Asked and answered.
11            THE WITNESS: What about
12   interacting with the responsible
13   parties?
14   BY MR. FINSTEN:
15        Q.   Do you know when the District
16   started -- or has the District -- let's lay
17   the foundation.
18            Has the District contacted the
19   responsible party for the alleged
20   contamination at 1887?
21            MR. SAWYER: Object to the
22   question as to the term "alleged
23   contamination."
24            THE WITNESS: I -- I've

Page 3099

1    never contacted the responsible
2    party in this case.
3         I believe it's ARCO -- I've
4    never contacted ARCO about this
5    site since my involvement is only
6    after the litigation was filed.
7         Therefore, I would not contact the
8    responsible party.
9         I don't know whether anyone
10   else has ever contacted ARCO about
11   this site, but I don't think so.
12   BY MR. FINSTEN
13   *Q*  Okay.
14        What does the District propose
15   to -- what kind of remediation does the
16   District propose to institute at station
17   1887?
18            MR. SAWYER: Okay.
19            Objection.
20            Asked and answered.
21            Ask the court reporter to
22   mark this question.
23            Vague and ambiguous.
24            Calls for speculation in

82 (Pages 3096 to 3099)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3100

1    view of his prior testimony.
2         THE WITNESS: The District
3    has not proposed any specific
4    remediation at this site as yet.
5    BY MR. FINSTEN:
6         Q.   Is the District considering any
7    specific kind of remediation?
8         MR. SAWYER: Same
9    objections.
10        THE WITNESS: Remediate --
11   remediation of the site?
12        Yes.
13        The District is considering
14   remediation.
15        Specific remediation
16   technologies to be applied at the
17   site?
18        The District has not --
19   we're in the process of evaluating
20   what that might be, but we will
21   need to retain some remediation
22   expertise to help decide what
23   that's going to be.
24   ///

Page 3101

1    BY MR. FINSTEN
2         *Q*   When did you start the process?
3         MR. SAWYER: I'm sorry.
4         Start what process?
5    BY MR. FINSTEN:
6         Q.   Start the process of trying to
7    determine what kind of remediation.
8         MR. SAWYER: Okay.
9         I'm going to object.
10        You just spent two days
11   talking about the ongoing
12   investigation as a prerequisite to
13   determining a plan of action.
14        So asked and answered.
15        Overly broad.
16        I ask the court reporter to
17   mark this question, again, to lay
18   a foundation for a motion before
19   the Special Master.
20        THE WITNESS: When I
21   described our process of
22   evaluating the site, it's all tied
23   together.
24        Ultimate goal is to fix the

Page 3102

1    problem.  That would be to
2    remediate when it's proper and
3    necessary.  And we're involved in
4    our evaluation -- the
5    investigation process is part of
6    the remediation process.
7         So you're asking me when
8    did the process start to select
9    a -- an appropriate remedial
10   technology for this site?
11        It started when we started
12   looking at this site.
13   BY MR. FINSTEN:
14        Q.   But we haven't been able to
15   establish when that was.
16        A.   I told you when I started
17   looking at it.
18        I don't know when the District
19   started looking at it.
20        It depends on exactly how you
21   define "started looking" -- "started
22   evaluating" or "started investigation."
23        Q.   How about:  When was the
24   District made aware of the contamination?

Page 3103

1         MR. SAWYER: Objection.
2         Which contamination?
3         What contamination?
4         Lack of foundation.
5         Calls for speculation.
6    BY MR. FINSTEN:
7         Q.   Do you know when the District
8    was made aware of contamination at ARCO 1887?
9         MR. SAWYER: Objection.
10        Vague and ambiguous.
11        Fails to specify what
12   contamination he's referring to:
13   On-site, offsite, et cetera.
14        Asked and answered.
15        Vague and ambiguous.
16        THE WITNESS: I don't know
17   when the District first learned
18   about any contamination at
19   ARCO 1887.
20   BY MR. FINSTEN:
21        Q.   But the process has been going
22   on since then?
23        MR. SAWYER: Since when,
24   Counselor?

83  (Pages 3100 to 3103)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3112

1    we could touch on any parts of it
2    that you're not clear on.
3         MR. FINSTEN:  No, that's
4    not necessary.
5    BY MR. FINSTEN:
6         Q.    Has the District communicated
7    with Santa Ana Regional Board about station
8    ARCO 1887?
9         MR. SAWYER:  Object to the
10   extent it's been asked and
11   answered before.
12        THE WITNESS:  Not to my
13   knowledge.
14   BY MR. FINSTEN:
15        Q.    How about the Orange County
16   Health Care Agency with regard to station
17   1887?
18        MR. SAWYER:  Same
19   objection.
20        THE WITNESS:  I don't think
21   so.
22        Not to my knowledge.
23   BY MR. FINSTEN
24        *Q*   How about any of the water

Page 3113

1    producers in regard to station 1887?
2         MR. SAWYER:  Same
3    objection.
4         That's been asked and
5    answered several times.
6         I'd ask the court reporter
7    to mark the question.
8         THE WITNESS:  To my
9    knowledge, there's been no
10   specific discussions with
11   producers about ARCO 1887, only in
12   the general context of MTBE being
13   released in the basin and being
14   detected in drinking water wells
15   and that there are various
16   sites -- such as ARCO 1887 -- that
17   are suspect sources for that
18   contamination.
19        MR. FINSTEN:  Could I
20   borrow somebody's copy of
21   Exhibit 48?
22        MR. SAWYER:  No.
23        Don't give it to him.
24        MS. ROY:  Might take me a

Page 3114

1    minute, but, yeah.
2         MR. SAWYER:  Want to go off
3    the record while she's looking?
4         THE VIDEOGRAPHER:  Going
5    off the record.
6         The time is 1:23 -- excuse
7    me -- 4:23 P.M.
8    (Off the record: 4:23 P.M.-4:24 P.M.)
9         THE VIDEOGRAPHER:  Back on
10   the record.
11        The time is 4:24 P.M.
12   BY MR. FINSTEN:
13        Q.    Mr. Bolin, you've seen
14   Exhibit 48 before?
15        A.    I have.
16        Q.    You've probably memorized it by
17   now.
18        A.    I have not.
19        Q.    Has the District done anything
20   different for station 1887, as far as
21   investigation or remediation activity as
22   outlined on this exhibit, than it has for any
23   of the other stations that you have testified
24   about?

Page 3115

1         A.    No.
2         MR. FINSTEN:  I have no
3    further questions.
4         MR. SAWYER:  Thank you.
5         THE WITNESS:  Great.
6         Thank you.
7         MR. SAWYER:  Thank you very
8    much.
9         THE VIDEOGRAPHER:  This
10   concludes today's deposition of
11   David Bolin, Volume XII.
12        Going off the record.
13        The time is 4:25 P.M.
14   (The deposition concluded at
15   4:25 P.M.)
16
17
18
19
20
21
22
23
24

86  (Pages 3112 to 3115)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Confidential - Per 2004 MDL 1358 Order

Page 3116

ACKNOWLEDGEMENT OF DEPONENT

1
2
3     I, DAVID P. BOLIN, do hereby declare
4  under penalty of perjury that I have read the
5  foregoing transcript; that I have made any
6  corrections as appear noted, in ink,
7  initialed by me, or attached hereto; that my
8  testimony as contained herein, as corrected,
9  is true and correct.
10
11  EXECUTED this _____ day of _____,
12  20___, at _____.
13
14
15
16         _____
               DAVID P. BOLIN
17
18
19
20
21
22
23
24

Page 3118

1     - - - -
2         ERRATA
3     - - - -
4
      PAGE/
5     LINE  | CHANGE
6     _____ | _____
7     _____ | _____
8     _____ | _____
9     _____ | _____
10    _____ | _____
11    _____ | _____
12    _____ | _____
13    _____ | _____
14    _____ | _____
15    _____ | _____
16    _____ | _____
17    _____ | _____
18    _____ | _____
19    _____ | _____
20    _____ | _____
21    _____ | _____
22    _____ | _____
23    _____ | _____
24    _____ | _____

Page 3117

CERTIFICATION

1
2
3     I, Harry Alan Palter, Certified
4  Shorthand Reporter, in and for the State of
5  California, do hereby certify:
6     That the witness named in the foregoing
7  deposition was, before the commencement of
8  the deposition, duly administered an oath in
9  accordance with the California Code of Civil
10 Procedure Section 2094; that the testimony
11 and proceedings were reported
12 stenographically by me and later transcribed
13 into computer-aided transcription under my
14 direction; that the foregoing is a true
15 record of the testimony and proceedings taken
16 at that time.
17     IN WITNESS WHEREOF, I have subscribed
18 my name this 13th day of November, 2008.
19
20
21         _____
22         Harry Alan Palter, CSR No. 7708
23         Certified LiveNote Reporter
24

Page 3119

1     - - - -
2       LAWYER'S NOTES
3     - - - -
4
      PAGE/
5     LINE  | CHANGE
6     _____ | _____
7     _____ | _____
8     _____ | _____
9     _____ | _____
10    _____ | _____
11    _____ | _____
12    _____ | _____
13    _____ | _____
14    _____ | _____
15    _____ | _____
16    _____ | _____
17    _____ | _____
18    _____ | _____
19    _____ | _____
20    _____ | _____
21    _____ | _____
22    _____ | _____
23    _____ | _____
24    _____ | _____

87 (Pages 3116 to 3119)

e6f88bdd-4e5a-48a1-9576-2e3641a3bf09

Page 4367

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| | | |
|---|---|---|
| Methyl Tertiary Butyl: | Master File No. 1:00-1898 |
| Ether ("MTBE") | : | MDL NO. 1358 (SAS) |
| Products Liability | : | M21-88 |
| Litigation | : | |

This Document Relates to:
    Orange County Water District
    v. Unocal Corporation, et al.,
    S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

Wednesday, December 3, 2008

------


        Videotaped Deposition of DAVID P. BOLIN,

Volume 19, OCWD'S 30(b)(6) DESIGNEE re Focus Plume

#1, held in the law offices of Latham & Watkins,

650 Town Center Drive, Suite 2000, Costa Mesa,

California, beginning at 9:09 a.m., before Sandra

Bunch VanderPol, RPR, RMR, CRR, CSR #3032.



        GOLKOW TECHNOLOGIES, INC.

    877.370.3377 ph|917.591.5672 fax

        deps@golkow.com

6dc03def-2da7-4af4-9cd7-d44e632050df

Confidential - Per 2004 MDL 1358 Order

Page 4388

1  attached table and look at plume No. 30. Are you
2  with me?
3      A.    Yes.
4      Q.    Are the four stations that I
5  previously identified at the beginning of the
6  deposition the four stations that OCWD identified as
7  its plume No. 30?
8      A.    Yes. I see these.
9      Q.    Okay. Did you have any involvement
10 in the grouping of these four stations as a single
11 plume No. 30?
12     A.    I don't recall specifically, but
13 I was involved in preparing this table, so I believe
14 I did.
15     Q.    Okay. What is it that makes these
16 four stations a single plume?
17     A.    They are --
18         MR. SAWYER: Let me just get my objection
19 out.
20         Vague and ambiguous. Go ahead.
21         THE WITNESS: These stations are located
22 close to one another.
23 BY MR. KATZ:
24     Q.    And how close are these stations from
25 each other, the furthest station to the furthest

Page 4389

1  station?
2         MR. SAWYER: Objection. Vague. Ambiguous.
3         THE WITNESS: I don't know. I do have a map
4  that you also have. They are within about a mile, is
5  my estimate, but I don't know how close they are.
6  BY MR. KATZ:
7      Q.    Okay. Just roughly, based on a
8  finger measurement, about a mile?
9      A.    Yeah, that's a very rough estimate.
10     Q.    Okay. Is it the District's view that
11 any stations within a mile of each other constitute a
12 single plume?
13         MR. SAWYER: Okay. Let me get my objections
14 out. Vague. Ambiguous. I also object to the extent
15 that it's an improper contention question. Lack of
16 foundation. And I also object to the extent it
17 exceeds the scope of the deposition, which is with
18 respect to this plume and not with respect to other
19 potential plumes.
20         THE WITNESS: No, that is not a rule that's
21 being applied. That happens to be the case for this
22 plume.
23 BY MR. KATZ:
24     Q.    And why is it the case for this plume
25 but not necessarily for other releases?

Page 4390

1         MR. SAWYER: Objection. Vague. Ambiguous.
2  Overly broad.
3         THE WITNESS: It's not a rule that we
4  applied universally.
5  BY MR. KATZ:
6      Q.    Right. What is it about the fact
7  that these four stations are very roughly within one
8  mile of each other that makes them a plume?
9      A.    It's coincidental.
10     Q.    What has OCWD done to investigate
11 defendants' plume 1? And I don't know if it's easier
12 to answer station by station or if you can answer for
13 the entire plume.
14     A.    I believe I can answer for the entire
15 plume.
16         We have conducted an evaluation at varying
17 degrees. In some cases we've spent more time
18 evaluating one site than another. But the evaluation
19 remains about the same: Reviewing files and
20 understanding the history of contaminant releases and
21 investigations and remediation activities at the
22 four different sites.
23         The District has not gone out to any of the
24 four sites and conducted its own investigation by
25 drilling wells or designing any remediation programs

Page 4391

1  or specific scopes of work for remediation yet. That
2  is yet to be done. But the status of that activity
3  is basically the same for all four sites.
4      Q.    In the first part of your answer you
5  referred to the fact that the District has reviewed
6  remediation files, and things of that sort. Who at
7  the District did that?
8         MR. SAWYER: Objection, to the extent it's
9  been asked and answered.
10        THE WITNESS: I did.
11 BY MR. KATZ:
12     Q.    As to each of the four stations?
13     A.    Yes.
14     Q.    Is there anyone else at the District
15 that has done any investigation or analysis of these
16 four stations?
17     A.    I don't think any other District
18 staff has done anything specific at these sites
19 except preparing maps or helping accumulate data and
20 information, but that was all at my direction.
21        There is, I believe, one of the sites,
22 the -- one of the sites had a report that was
23 prepared by the District's consultant, Komex, to
24 evaluate one of the sites, and that was Unocal 4727.
25 But the other three sites have not been evaluated by

7 (Pages 4388 to 4391)

6dc03def-2da7-4af4-9cd7-d44e632050df

Confidential - Per 2004 MDL 1358 Order

Page 4392

1  the District's consultant yet.
2       Q.   Other than the one example you
3  mentioned of Komex looking at the Unocal 4727 site,
4  has any of the District's other outside consultants
5  done any work related to these four stations?
6       MR. SAWYER: I instruct you not to answer to
7  the extent it seeks the disclosure of expert
8  consultants, in view of the current status of the
9  litigation, in which experts have not yet been
10  disclosed by any party.
11       You can answer it subject to that objection.
12       THE WITNESS: Not to my knowledge.  I don't
13  recall whether these sites are on the current
14  consultants' list, which is Hargis, with the
15  exception of Unocal 4727.  I know that Hargis will be
16  reviewing Komex's work on that site.
17       I don't think that they have been instructed
18  to conduct an evaluation on the other three sites, at
19  least not yet.
20  BY MR. KATZ:
21       Q.   Turning back to Exhibit 306.  Has
22  MTBE released from the Unocal 5792 station been
23  detected in any production wells?
24       MR. SAWYER: Objection. Lack of foundation.
25       THE WITNESS:  I don't know.

Page 4393

1  BY MR. KATZ:
2       Q.   Have you seen any evidence that it
3  has?
4       MR. SAWYER: Objection. Improper contention
5  question.  Overly broad.  Vague.  Ambiguous.  Also I
6  object to the extent it asks for expert opinion
7  testimony.
8       THE WITNESS: If I understand your question
9  correctly, I think -- it sounds like the same
10  question.  And my answer is, I don't know.
11  BY MR. KATZ:
12       Q.   What would it take for you to find
13  out the answer?
14       MR. SAWYER: All right.  All right.  Do you
15  really want to stick with that question?  So I guess
16  we will have to object to it.  Vague.  Ambiguous.
17  Calls for speculation.  And I also object to the
18  extent it asks for expert opinion testimony.  Lack of
19  foundation.  Vague and ambiguous.
20       THE WITNESS: I'm not sure I answered your
21  question correctly.  I haven't seen any evidence.  I
22  don't know whether any evidence exists.  I don't know
23  whether any contamination from the sites have
24  impacted production wells.
25  ///

Page 4394

1  BY MR. KATZ:
2       Q.   Okay.  But you did review the
3  analytical data from the WRMS database for certain
4  wells in the vicinity of Unocal 5792, correct?
5       A.   Yes, I did.
6       Q.   And I've been slipping back and forth
7  calling it the Unocal 5792 and on occasion the 76
8  5792.  You understand we're talking about the same
9  station?
10       A.   I do.  5792, that's what I go on.
11       Q.   And that always refers to 4002 Ball
12  Road.
13       A.   Okay.
14       Q.   Okay.  Has TBA released from Unocal
15  5792 been detected in any production wells?
16       MR. SAWYER: Objection. Vague. Overly
17  broad. Vague. Ambiguous. Compound. Lack of
18  foundation.
19       THE WITNESS: Yes, TBA has been detected in
20  production wells.
21  BY MR. KATZ:
22       Q.   Which production wells?
23       A.   There is a production well in
24  Fullerton where TBA was detected.
25       Q.   And you're associating that with a

Page 4395

1  release from Unocal 5792?
2       A.   No, I'm not.  But you didn't ask me
3  that.
4       Q.   Oh, I apologize if I asked a bad
5  question.  Let me ask again.
6       Has TBA released from Unocal 5792 been
7  detected in any water production wells?
8       A.   I don't know.
9       Q.   For the same reasons that you didn't
10  know about MTBE?
11       MR. SAWYER: Objection. Overly broad.
12  Vague. Ambiguous. Argumentative.
13       THE WITNESS: That's correct.
14  BY MR. KATZ:
15       Q.   Does MTBE released from Unocal 5792
16  threaten any water production wells?
17       MR. SAWYER: Objection. Vague. Ambiguous.
18       THE WITNESS: I'm not certain what you mean
19  by "threatened."  But I believe that there is great
20  potential, a likelihood, that MTBE and/or TBA
21  released from the station will get into production
22  wells if it hasn't already.
23  BY MR. KATZ:
24       Q.   And which production wells?
25       A.   Well, that I can't be certain about.

8 (Pages 4392 to 4395)

6dc03def-2da7-4af4-9cd7-d44e632050df

Confidential - Per 2004 MDL 1358 Order

Page 4396

1 In relative proximity to the station's location. And
2 I can't be certain which direction, since groundwater
3 flows in different directions in different aquifers
4 and at different times.
5        So since I'm not a fate and transport
6 analyst or a capture zone expert, I can't be certain
7 which wells are threatened. But the proximity of
8 those wells to the release location is one
9 indicator of a threat.
10       Q.    In preparation for today's
11 deposition, or really for any purpose, have you
12 looked at what is the dominant groundwater flow
13 direction in any of the aquifers in the vicinity of
14 Unocal 5792?
15       MR. SAWYER: Okay. Another terrible
16 question. Vague. Ambiguous. Compound. Further
17 vague and ambiguous insofar as you use the term "for
18 any other purpose." Lack of foundation. Also object
19 to the extent it calls for speculation.
20       THE WITNESS: In general terms, the water
21 flow in the principal aquifer is in a westerly
22 direction. Specifically in the semi-perched zone I
23 looked at site-specific documents where Unocal 76,
24 ConocoPhillips, Tosco's consultant, has contoured
25 groundwater flow indicating a downward flow direction

Page 4397

1 at the site direction, and in that case it is in a
2 southwesterly direction.
3        Q.    And are you referring -- in your
4 answer are you looking at a particular document to
5 support that?
6        A.    Well, I happen to have an enlargement
7 of one map from one document, but my review involved
8 looking at a number of documents over the last number
9 of years. And in the quarterly monitoring reports,
10 they have similar maps. They are groundwater
11 elevation maps, showing a southwestern -- westerly
12 flow direction.
13       Q.    Okay. So the map that you're looking
14 at there is consistent with other documents you've
15 seen?
16       A.    I believe it is predominantly
17 consistent. Let me refer to my notes.
18       The flow direction has varied a little bit
19 over -- over the past in the semi-perched zone from a
20 west/northwest flow direction to a south/southwest
21 flow direction. So there's been some variation. But
22 in each case it has been predominantly, I guess, to
23 the southwest.
24       MR. KATZ: And I'm going to hand to the
25 court reporter what I think is a copy of the exhibit

Page 4398

1 that -- a blowup of the documents that you've been
2 referring to, which is a groundwater elevation
3 contour map June 16th, 2008?
4        THE WITNESS: Mine is dated -- it's an
5 earlier report, December 21st, 2007. But there's
6 been some consistency from quarter to quarter, even
7 within the variation.
8        MR. KATZ: Okay. Well, let me hand you this
9 exhibit, and you can let me know whether it's
10 consistent with what you just testified about, so
11 that the record will be clear.
12       And the document has a Bates
13 No. OCWD-MTBE-001-267945. And I believe this will be
14 307?
15       THE REPORTER: 308.
16       (Exhibit No. 308 was marked.)
17       THE WITNESS: I've got a copy of this
18 document, if you want to refer to this.
19       MR. KATZ: No. I'm fine.
20       Q.    I just want to ask you whether
21 Exhibit 308 is one of the documents that you reviewed
22 in preparation for this deposition, specifically with
23 regard to the direction of groundwater flow in the
24 semi-perched zone?
25       A.    It is. And the flow direction is

Page 4399

1 consistent with the enlarged map I have in front of
2 me.
3        Q.    Okay. We have just been previously
4 talking about whether wells are threatened with MTBE.
5 If I ask the same questions with regard to TBA, would
6 your answers be the same?
7        MR. SAWYER: And my objections will be the
8 same, which I will incorporate.
9        THE WITNESS: Yes, it would.
10 BY MR. KATZ:
11       Q.    Okay. Returning to Exhibit 306,
12 which is the Area Wells Location Map. I believe you
13 testified that the wells on this map may serve as
14 conduits from a shallower zone to a deeper zone; is
15 that correct?
16       A.    Yes.
17       Q.    Other than preparing this map to
18 identify the locations of these wells, has the
19 District done anything to investigate whether any of
20 these wells, in fact, serve as conduits, moving
21 contamination from a shallower zone to a deeper zone,
22 with regard to the release of gasoline from Unocal
23 5792?
24       MR. SAWYER: Objection. Vague. Ambiguous.
25 Overly broad. Compound.

9 (Pages 4396 to 4399)

6dc03def-2da7-4af4-9cd7-d44e632050df

Page 4400

1    THE WITNESS: The District has not tested
2 any of these wells to determine whether MTBE is, in
3 fact, migrating down into the wells. So we don't
4 have that data. And well testing is yet to be
5 completed on a variety of wells along those lines.
6 Right now we don't have any specific data.
7 BY MR. KATZ:
8    Q.   With regard to the production wells
9 identified on Exhibit 306 --
10    A.   Yes.
11    Q.   -- have there been any taste and odor
12 complaints with regard to any of those wells that
13 have been attributed to MTBE or TBA?
14    MR. SAWYER: Objection. Vague. Ambiguous.
15 Overly broad. Compound.
16    THE WITNESS: I don't know.
17    MR. KATZ: I am going to hand to the court
18 reporter what I believe will be marked Exhibit 309,
19 which is a two-page document entitled, "76 Station
20 No. 5792," Bates No. OCWD-MTBE-001-268736 through
21 737.
22    (Exhibit No. 309 was marked.)
23    MR. SAWYER: Are these the notes? Okay. I
24 have got my copy here.
25    What exhibit number are we marking it as?

Page 4401

1    THE WITNESS: 309.
2    MR. SAWYER: Thank you very much.
3 BY MR. KATZ:
4    Q.   Mr. Bolin, have you reviewed
5 Exhibit 309?
6    A.   Yes, I have.
7    Q.   What is it?
8    A.   These are summary notes that I had
9 prepared to help answer questions today.
10    Q.   When did you start preparing
11 Exhibit 309?
12    A.   Probably -- well, the information
13 contained in here I began learning about when I first
14 was aware of the station. I don't recall exactly
15 when that was. Probably some time in 2005.
16    Q.   My question was specifically with
17 regard to when did you first prepare the document
18 that became Exhibit 309?
19    A.   I finished preparing it on Sunday.
20 Now, I can't recall. It might have been yesterday.
21 No, no, not yesterday. I am sorry. It would have
22 been Monday. Monday.
23    Q.   Monday, December 1st?
24    A.   The day before yesterday.
25    Q.   And when did you start preparing what

Page 4402

1 became Exhibit 309?
2    MR. SAWYER: I will just object to the use
3 of the term "start preparing" as vague and ambiguous.
4    THE WITNESS: Well, it depends. I don't --
5 I think the first entry in my notes -- in these notes
6 would have been Monday. But the information gleaned
7 to prepare the notes I obtained long before that.
8 BY MR. KATZ:
9    Q.   Looking at the middle, at least on my
10 version what is the middle of the page, the row that
11 begins, "Off-site wells."
12    A.   Huh-huh.
13    Q.   I will just read the line. Some
14 folks don't have a copy of the exhibit. "Off-site
15 wells, only one location, MW-7S, MW-7I and MW-7D,
16 about 200 feet south/southwest of site, not optimal
17 location."
18    Do you see that?
19    A.   Yes, I do.
20    Q.   And you wrote those -- that line?
21 These are your words?
22    A.   Yes, those are my words.
23    Q.   What did you mean by "not optimal
24 location"?
25    A.   The wells -- it's essentially one

Page 4403

1 sample location, MW-7. There are three wells
2 installed at that location, 7S, 7I and 7D. They
3 designated a shallow zone, an intermediate zone and a
4 deep zone. But they are all within the -- the
5 semi-perched zone.
6    The 7D was 45 to 49 feet below ground
7 surface. 7S and 7I are above that, screened above
8 that. And this -- they are not in the optimal
9 location for an off-site well because the flow
10 direction has been predominantly in a southwesterly
11 direction, and these wells are more south of the
12 site.
13    So I made note here that if there was going
14 to be any off-site investigation trying to delineate
15 the lateral extent of contamination, these are not
16 the best location to do that. These are more
17 cross-gradient than downgradient.
18    Q.   And that if you were going to do that
19 investigation, would a better location for the well
20 have been in a -- west of the site as opposed to
21 south of the site?
22    A.   Well, if -- first of all, they only
23 sampled one location. You can't delineate a plume
24 with just one well. And it was the only effort
25 that's been made to drill off site for contamination

10  (Pages 4400 to 4403)

Confidential - Per 2004 MDL 1358 Order

Page 4424

1  remediation. Based on my notes, I know that -- that
2  Unocal's consultant began to inject ozone in 2005,
3  but I -- and their system had only been operating
4  about 50 percent of the time, but I don't know to
5  what degree they are doing that today.
6      Q.   Okay. Turning back to Exhibit 310,
7  the map. The --
8      A.   The big one?
9      Q.   The big one.
10     A.   Okay.
11     Q.   Are the releases from the four
12  stations depicted on this map commingled?
13     MR. SAWYER: Objection. Vague. Ambiguous.
14  Compound.
15     THE WITNESS: I don't know.
16  BY MR. KATZ:
17     Q.   Has the District done any
18  investigation to determine whether the releases from
19  those four stations are commingled?
20     MR. SAWYER: Objection. Vague ambiguous
21  compound. I also object to the extent it asks for
22  expert opinion testimony.
23     Give your personal observations, if any.
24     THE WITNESS: I have reviewed some of the
25  available files for these stations, and I have not

Page 4425

1  been able to draw any conclusion from that -- when I
2  say "I," I mean I on behalf of the District, has not
3  drawn any conclusion about the degree of commingling
4  between the four sites. I don't know.
5  BY MR. KATZ:
6      Q.   Does the District have any plans
7  today to do any further investigation of the Unocal
8  5792?
9      A.   The District does not have specific
10  plans, meaning a scope of work for conducting an
11  investigation, but has some general plans that more
12  investigation will be done. As to exactly what or
13  when, I don't know.
14     Q.   Has MTBE escaped from remediation at
15  Unocal 5792?
16     MR. SAWYER: Objection. Vague. Ambiguous.
17     THE WITNESS: Yes, I believe it has.
18  BY MR. KATZ:
19     Q.   And how much has escaped from
20  remediation?
21     MR. SAWYER: Objection. Vague. Ambiguous.
22  Lack of foundation.
23     THE WITNESS: I don't know. The
24  contamination hasn't been delineated. I don't know
25  how far it's gone, when it was first released, how

Page 4426

1  much has been released, or the magnitude of the
2  problem.
3  BY MR. KATZ:
4      Q.   And what do you base your conclusion
5  on that MTBE has escaped from remediation at Unocal
6  5792?
7      A.   Primarily from Unocal's consultant's
8  reports. They have indicated that elevated
9  concentrations of MTBE were detected at the site
10  margin wells in the downgradient direction from the
11  release point, which was one of three locations,
12  either the underground storage tanks or dispenser
13  islands or the piping that connects the two. Site
14  margin wells had elevated concentrations in the
15  downgradient direction, and no off-site investigation
16  was conducted in that direction. So remediation was
17  initiated after contamination was -- was detected.
18     Since there was no off-site investigation,
19  we don't know how far that contamination had gone
20  before remediation was even initiated. And even if
21  we did, the remediation that was initiated was
22  dual-phase extraction.
23     Now, dual-phase extraction involves removing
24  contamination in the form of soil vapor and is a
25  minor degree of pumping the groundwater table down or

Page 4427

1  pulling the water table down to expose more soil or
2  soil vapor removal, but does not involve or consist
3  of groundwater capture.
4      So the contamination was not contained and
5  groundwater was not captured, and the contaminated
6  groundwater that had moved off site was not pulled
7  back. So it leads me to believe that contamination
8  has been released from the site, got into
9  groundwater, flowed off site, and has not been
10  remediated.
11     Q.   I understand that you just testified
12  you don't know how much MTBE you believe has flowed
13  off site, but is that unknown amount significant to
14  the District?
15     MR. SAWYER: Objection. Vague. Ambiguous.
16     THE WITNESS: Well, I don't know what you
17  mean by the term "significant." It's certainly
18  meaningful that there is MTBE and TBA contamination
19  in groundwater. The groundwater -- it's in the
20  shallow zone, the semi-perched zone, and it's the
21  shallow groundwater does replenish water in the
22  principal aquifer, which is the primary drinking
23  water source in the basin. So that's very meaningful
24  in terms of being concerned about a threat to
25  drinking water sources.

6dc03def-2da7-4af4-9cd7-d44e632050df

Confidential - Per 2004 MDL 1358 Order

Page 4428

BY MR. KATZ:
1  BY MR. KATZ:
2      Q.  Do you know what the travel time is
3  between the shallow semi-perched zone and the
4  principal aquifer?
5      MR. SAWYER: Objection. Lack of foundation.
6  Also ignores his prior testimony that he's not a
7  transport expert. Lack of qualifications. Calls for
8  speculation.
9      THE WITNESS: I'm not a fate and transport
10  specialist or expert, and so I really don't know. It
11  varies from location to location.
12  BY MR. KATZ:
13      Q.  Has the District had any
14  communications with the Orange County Health Care
15  Agency with regard to Unocal 5792?
16      A.  Not that I'm aware of. At least not
17  specific to 5792.
18      Q.  The same for the Santa Ana Regional
19  Water Quality Control Board?
20      A.  It is the same. I believe that this
21  site is on the water board's list of MTBE release
22  sites. So I know that we've had discussions -- the
23  District has had discussions with the water board,
24  but not necessarily specific to this site.
25      Q.  Has the District communicated with

Page 4429

1  the station owner concerning Unocal 5792?
2      MR. SAWYER: Object. Vague -- objection,
3  vague and ambiguous.
4      Are you excluding the fact that they were --
5  they are being sued as a form of communication,
6  complaint and summons?
7      MR. KATZ: Yes. Excluding that.
8      MR. SAWYER: Okay.
9      THE WITNESS: Not that I'm aware of.
10  BY MR. KATZ:
11      Q.  The same for the station operator?
12      A.  No. I don't think the District would
13  have a discussion with a station operator. So not to
14  my knowledge.
15      Q.  Okay. Has the District had any
16  internal discussions about Unocal 5792?
17      MR. SAWYER: Object to the extent it seeks
18  the disclosure of attorney-client communication
19  privilege or the deliberative privilege.
20      You can answer it subject -- without
21  disclosing those types of communications.
22      THE WITNESS: I'm not aware of any specific
23  discussions between District staff about station
24  5792.
25      MR. KATZ: Curt, we're almost at the time

Page 4430

1  for your call. Do you want to --
2      MR. SAWYER: It's up to you. We have got a
3  few more minutes if you think you're coming around
4  the bend on something. It's up to you. Do you want
5  to take a break now? It's 10:32. I need to make the
6  call at 10:40 or 10:39.
7      MR. KATZ: Why don't we just take a break
8  now.
9      MR. SAWYER: That's fine.
10      MR. KATZ: And we can resume after your
11  call.
12      THE VIDEOGRAPHER: Going off the record.
13  The time is 10:33 a.m.
14      (Recess taken.)
15      THE VIDEOGRAPHER: Back on record. The time
16  is 10:51 a.m.
17  BY MR. KATZ:
18      Q.  Mr. Bolin, has the Orange County
19  Water District had any communications with the
20  Southern California Water Company, now Golden State
21  Water Company, with regard to Unocal 5792?
22      A.  Not that I'm aware of.
23      Q.  And is it Golden State Company that
24  acquired -- or is it Golden West?
25      A.  It's Golden State -- it's Golden

Page 4431

1  State.
2      Q.  Okay.
3      A.  And I think they just changed their
4  brand. I'm not aware it was an acquisition or a
5  merger, or something like that.
6      Q.  Just a name change?
7      A.  Yes.
8      Q.  Okay. If I can ask you to turn back
9  to Exhibit 309, which is your station notes for 5792.
10      A.  Okay.
11      Q.  On the last page, at the bottom, it
12  identifies the nearest drinking water production
13  well, I assume, to Unocal 5792, as being a
14  SCWC-LABL2; is that right?
15      A.  That's what I've indicated here. I
16  believe that's the closest one.
17      Q.  Has the District sampled SCWC-LABL2
18  for the presence of MTBE?
19      A.  I believe it has.
20      Q.  And what were the results?
21      A.  I don't believe MTBE was detected.
22      Q.  The same for TBA?
23      A.  Yes.
24      Q.  And did the District have Friedman &
25  Bruya sample SCWC-LABL2 for the presence of MTBE?

17 (Pages 4428 to 4431)

6dc03def-2da7-4af4-9cd7-d44e632050df

Confidential - Per 2004 MDL 1358 Order

Page 4588

1              REPORTER'S CERTIFICATE
2
3         I certify that the witness in the foregoing
4    deposition.
5              DAVID BOLIN
6    was by me duly sworn to testify in the within-entitled
7    cause; that said deposition was taken at the time and
8    place therein named; pages 4368 through 4588 of the
9    testimony of said witness were reported by me, a duly
10   Certified Shorthand Reporter of the State of
11   California authorized to administer oaths and
12   affirmations, and said testimony was thereafter
13   transcribed into typewriting.
14        I further certify that I am not of counsel or
15   attorney for either or any of the parties to said
16   deposition, nor in any way interested in the outcome
17   of the cause named in said deposition.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19   this 14th day of December, 2008.
20
21
22        -----------------------------------
23        SANDRA BUNCH VANDER POL, RMR, CRR
24        Certified Shorthand Reporter
25        Certificate No. 3032

Golkow Technologies, Inc. - 1.877.370.DEPS

6dc03def-2da7-4af4-9cd7-d44e632050df