# EXHIBIT 24

Confidential - Per 2004 MDL 1358 Order

Page 3933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| | | |
|---|---|---|
| Methyl Tertiary Butyl: | Master File No. 1:00-1898 |
| Ether ("MTBE") | : | MDL NO. 1358 (SAS) |
| Products Liability | : | M21-88 |
| Litigation | : |

This Document Relates to:
    Orange County Water District
    v. Unocal Corporation, et al.,
    S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

Monday, December 1, 2008

------


    Videotaped Deposition of ROY L. HERNDON,

R.G., Volume 17, OCWD'S 30(b)(6) DESIGNEE re Focus

Plume #3, held in the law offices of Latham & Watkins,

650 Town Center Drive, Suite 2000, Costa Mesa,

California, beginning at 9:16 a.m., before Sandra

Bunch VanderPol, RPR, RMR, CRR, CSR #3032.



        GOLKOW TECHNOLOGIES, INC.

    877.370.3377 ph|917.591.5672 fax

        deps@golkow.com



EXHIBIT
24

Confidential - Per 2004 MDL 1358 Order

Page 4082

1    Q.   What are you familiar with about it?
2    A.   I recall that there were
3  approximately 39 sites selected that Komex was going
4  to do file reviews on. And I look at the third page,
5  and I note that there are sites associated with
6  bellwether plumes 2, 7 and 9. So I'm familiar with
7  that.
8        I just don't remember the -- some of the
9  contents on the second page.
10   Q.   Okay. But you are familiar with the
11 first page?
12   A.   Generally, yes. Yeah.
13   Q.   And that is a list of Komex's Phase I
14 Threat Assessments 39 sites. And station -- ARCO
15 Station 1905 is not on that list, is it?
16   A.   No, I don't see it.
17   Q.   If you flip the page, you will see
18 Komex's Phase II Threat Assessments. And at No. 48
19 there is ARCO 1905, correct?
20   A.   Yes.
21   Q.   Are you familiar with the difference
22 between Phase I and Phase II of Komex threat
23 assessments?
24   A.   I -- I would be speculating on what
25 that distinction might be. I don't know.

Page 4083

1    Q.   Komex did not prepare a summary for
2  this site, did it?
3    A.   Not that I know of.
4    Q.   Do you know why Komex did not prepare
5  a summary for this site?
6    A.   I don't know.
7    Q.   Do you know if Komex did any sort of
8  investigatory work for this site?
9    A.   I don't know if they did.
10   Q.   Do you know who would?
11   A.   Dave Bolin might.
12   Q.   And has there been any other work by
13 the District at this site that would potentially --
14 or that would be endeavored in lieu of a Komex
15 report?
16   A.   I don't know if there is any other
17 work that -- other than a Komex report that might --
18 any work product that the District staff might have
19 prepared, I'm not aware of any.
20   Q.   Do you know if the District made a
21 decision to not have Komex look at this site?
22   A.   I don't know if any -- if that
23 kind of decision had been made. I don't know.
24   Q.   Has the District made a
25 determination -- a decision to investigate this site?

Page 4084

1    A.   I believe what I've done is
2  investigating this site.
3    Q.   And what caused the District to make
4  the decision to investigate the site?
5    A.   Well, I know it is associated was
6  plume 3. And so some investigation was performed to
7  identify it as a site associated with plume 3.
8    Q.   And do you know when that
9  investigative work was done?
10   A.   I don't know specifically when.
11   Q.   Do you know who participated in that
12 work?
13   A.   I believe Dave Bolin did. Myself to
14 a very -- not as much detail as Mr. Bolin did. I
15 don't know who else might have been involved. Komex
16 might have been, but I don't know.
17   Q.   And aside from a review of the files
18 that are -- make up the binder and equivalent files,
19 has there been any other work by the District to --
20 to investigate the site?
21   A.   Other than file review, I'm -- and
22 the data collection that we have talked about as far
23 as low level testing of monitoring wells in -- within
24 plume 3, I'm not aware of other activities or
25 investigations that the District has done.

Page 4085

1    Q.   Does the District have any plans for
2  future work at station 1905?
3    A.   We have not prepared plans for
4  future work. That's forthcoming, but the District
5  hasn't -- I am not aware of any plans that the
6  District has for this site.
7    Q.   And when I say "future work," I
8  should be more specific. I mean -- I mean both
9  investigatory and/or remedial work. Does the
10 District have any plans to do any further
11 investigation of this site?
12   A.   I'm not aware of specific plans to
13 investigate this site.
14   Q.   Does the District believe that MTBE
15 or TBA has escaped remediation at the site?
16   A.   Yes.
17   Q.   And what -- upon what facts does the
18 District base its belief?
19   A.   Well, the extent of the MTBE and TBA
20 hasn't been determined laterally or vertically. It
21 extends off site. The wells that have -- most
22 recently have MTBE and historically had MTBE, there
23 are no wells beyond those wells to know how far the
24 MTBE is -- has escaped the site and the remediation.
25       There's data that indicates MTBE has gotten

39 (Pages 4082 to 4085)

fb2e35e6-99d9-4718-91ca-610045393724

Confidential - Per 2004 MDL 1358 Order

Page 4102

1    A.    I think -- yeah. I'm sure I
2  looked at it. Yeah.
3    Q.    And I was just wondering if the
4  District made any effort to evaluate the remediation
5  at the time that this remediation evaluation report
6  was issued in 2006?
7    A.    Given that I don't have any
8  indication of Komex preparing a summary report for
9  this site, I don't know whether they, or anyone else
10 from the District, might have been evaluating this
11 remediation system at -- during this time frame of
12 June of 2006.
13   Q.    The second page of the exhibit notes
14 that a dual-phase extraction, DPE, system was
15 permitted and constructed on the site in late 2000
16 and early 2001.
17        Was the District aware there had been a DPE
18 system installed at that time?
19   A.    I don't know if we were aware at --
20 during those times of whether a DPE system had been
21 installed.
22   Q.    And does the District dispute any of
23 the findings in the evaluation that are located on
24 page 5 of this DPE system evaluation?
25        MR. AXLINE:  Objection. Vague.

Page 4103

1        You're asking him whether the District
2  disputes any of this lengthy evaluation?
3        MR. FINSTEN:  Is that --
4    Q.    Well, has the District read the
5  evaluation prior to preparing for the deposition?
6    A.    I believe this is one of the
7  documents I looked at. I may have looked at this
8  particular page. I note some issues, some
9  operational problems that were noted. But I
10 believe I at least looked at this document.
11       MR. FINSTEN:  I'd like to mark one more
12 exhibit on this station, if I may.
13       THE REPORTER:  Exhibit 279.
14        (Exhibit No. 279 was marked.)
15 BY MR. HEARTNEY:
16   Q.    This is also, I believe, behind Tab 4
17 of your binder, Remediation System Summary, Second
18 Quarter 2008, ARCO Facility No. 1905.
19       Did you review this document in preparation
20 for the deposition, Mr. Herndon?
21   A.    I believe so.
22   Q.    And if you were to turn to the third
23 page of the document, the second paragraph from the
24 bottom, "Activities during this reporting period."
25       "During the second quarter 2008, the

Page 4104

1  groundwater extraction system extracted 50,512
2  gallons of groundwater from the subsurface and
3  focused on extraction -- focused extraction," pardon
4  me, "on wells W-6, W-7, W-15, W-16, W-23 and W-25.
5  The GWE system operated intermittently from
6  January 16, 2008 to February 15, 2008. The GWE
7  system was shut off at this time to replace the
8  carbon. Influent groundwater samples were collected
9  on February 11th, 2008, and the analytical results
10 for this sample indicated that dissolved MTBE and TBA
11 concentrations of 100 parts per billion and 44,000
12 parts per billion, respectively, were detected."
13       Do you have any reason to dispute that
14 finding?
15   A.    No. No reason to dispute that.
16   Q.    Do you believe that this is -- that
17 the system is not efficiently -- or not effectively
18 removing contamination from the site in the
19 groundwater?
20   A.    As I indicated earlier, I don't think
21 the District has any disagreement with removing
22 contamination, which appears to be part of this
23 remediation. It's a question of whether that system
24 is containing all of the contamination. And as far
25 as I can tell, it has not. So that's really the

Page 4105

1  issue.
2    Q.    At this time does the District have
3  any plans or recommendations for any steps to remove
4  all of the remaining contamination at the site?
5    A.    We have not developed those plans as
6  of yet.
7    Q.    Okay. We can move on to
8  station 1912. Thank you. I will try to keep my
9  multitude of exhibits somewhat organized for
10 efficiency. And, again, I apologize in advance if
11 these questions are somewhat repetitive. But we're
12 moving on to a different station. Very exciting.
13       Again, aside from reviewing the documents in
14 your station binder for 1912, did you do anything
15 other to -- anything else to prepare for the
16 deposition regarding for this station in particular?
17   A.    Nothing that we haven't already
18 talked about.
19   Q.    And we -- unfortunately, I don't
20 appear to have it from this morning. I believe it
21 was Exhibit 261 were your prepared notes.
22   A.    Oh, I found mine, yes.
23   Q.    For 1912.
24   A.    Yes.
25   Q.    So those are already marked.

Confidential - Per 2004 MDL 1358 Order

Page 4154

1      DEPONENT'S CHANGES OR CORRECTIONS
2   Note: If you are adding to your testimony, print the
3   exact words you want to add. If you are deleting from
4   your testimony, print the exact words you want to
5   delete. Specify with "Add" or "Delete" and sign this
6   form.
7   DEPOSITION OF:     ROY L. HERNDON, R.G., Volume 17
8   CASE:         MTBE MDL (OCWD)
9   DATE OF DEPOSITION: DECEMBER 1, 2008
10  PAGE    LINE    CHANGE/ADD/DELETE
11  _____   _____   _____
12  _____   _____   _____
13  _____   _____   _____
14  _____   _____   _____
15  _____   _____   _____
16  _____   _____   _____
17  _____   _____   _____
18  _____   _____   _____
19  _____   _____   _____
20  _____   _____   _____
21  _____   _____   _____
22  _____   _____   _____
23  _____   _____   _____
24  DEPONENT'S SIGNATURE _____
25  DATE_____

Page 4155

1          REPORTER'S CERTIFICATE
2
3       I certify that the witness in the foregoing
4   deposition.
5          ROY HERNDON, R.G.
6   was by me duly sworn to testify in the within-entitled
7   cause; that said deposition was taken at the time and
8   place therein named; pages 3933 through 4153 of the
9   testimony of said witness were reported by me, a duly
10  Certified Shorthand Reporter of the State of
11  California authorized to administer oaths and
12  affirmations, and said testimony was thereafter
13  transcribed into typewriting.
14      I further certify that I am not of counsel or
15  attorney for either or any of the parties to said
16  deposition, nor in any way interested in the outcome
17  of the cause named in said deposition.
18      IN WITNESS WHEREOF, I have hereunto set my hand
19  this 9th day of December, 2008.
20
21
22      --------------------------------
23      SANDRA BUNCH VANDER POL, RMR, CRR
24      Certified Shorthand Reporter
25      Certificate No. 3032

57 (Pages 4154 to 4155)

fb2e35e6-99d9-4718-91ca-610045393724

Confidential - Per 2004 MDL 1358 Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Methyl Tertiary Butyl:   Master File No. 1:00-1898
Ether ("MTBE")       :   MDL NO. 1358 (SAS)
Products Liability   :   M21-88
Litigation           :
_____

This Document Relates to:
   Orange County Water District
   v. Unocal Corporation, et al.,
   S.D.N.Y. No. 04 Civ. 4968 (SAS)
_____/

CONFIDENTIAL
(Per 2004 MDL 1358 Order)

------

NOVEMBER 17, 2008

------


Videotaped Deposition of ROY L. HERNDON,

R.G., Volume 14 of OCWD'S 30(b)(6) DESIGNEE re Focus

Plume 1, held in the law offices of Latham & Watkins,

650 Town Center Drive, Suite 2000, Costa Mesa,

California, beginning at 9:15 a.m., before Sandra

Bunch VanderPol, RPR, RMR, CRR, CSR #3032.


GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

Confidential - Per 2004 MDL 1358 Order

Page 3262

1    A.   I believe the District has, has done
2  that testing.
3    Q.   How often?
4    A.   I don't know the frequency.  At a
5  minimum, it would be once every three years, but it
6  could be more frequently than that.
7    Q.   Is that your testing protocol, that
8  every well, every large production well in the
9  District, will be tested by the District at least
10 once every three years?
11   A.   That's correct.  And that is based on
12 the department of public -- the state Department of
13 Public Health that requires testing at least every
14 three years.  But my understanding is that we, the
15 District, samples production wells typically on an
16 annual basis for constituents like MTBE.
17   Q.   In preparation for your deposition
18 today, did you have occasion to review the -- either
19 the LIMS or the WRMS database to determine what the
20 OCWD testing of this well indicated with respect to
21 either MTBE or TBA contamination?
22   A.   I did not review that -- that
23 information.
24   Q.   Do you know, as you sit here today,
25 whether OCWD has ever detected MTBE in well NB-TAMD?

Page 3263

1    A.   I don't know whether the
2  District has detected MTBE in this well.
3    Q.   Do you know whether the District has
4  detected TBA in that well?
5    A.   No.
6    Q.   Let's see if I can cut through this
7  based on the testimony that Mr. Bolin has given in
8  other focus plume depositions.
9       Is it fair to say that, as you sit here
10 today, you have no basis for saying that any MTBE
11 gasoline from the 9475 Warner Avenue site is the
12 source of the alleged MTBE contamination that
13 resulted in the micro detections discovered by
14 Friedman & Bruya?
15      MR. AXLINE:  Objection.  Mischaracterizes
16 prior testimony.
17      THE WITNESS:  I wouldn't agree with that.
18 BY MR. TEMKO:
19   Q.   Okay.  Why not?
20   A.   Well, based on my review of the files
21 of this site and this Texaco site that we are talking
22 about, it appears as though the MTBE from that site
23 has escaped the remedial activities at that site.
24 The extent of that MTBE has not been delineated
25 vertically or laterally.  And that the well NB-TAMD

Page 3264

1  potentially is downgradient and could be within the
2  capture of chemicals, or MTBE in particular, that
3  might have left the Texaco site.
4    Q.   Maybe you didn't understand
5  my question, which is in part because it may have
6  been hopelessly ambiguous.
7       But my question is:  Is it true that you
8  cannot say definitively that any of the contamination
9  from any release at 9475 necessarily is contamination
10 that got to the NB-TAMD well, correct?
11   A.   That -- that's a different statement
12 than the first one, which was you have no basis in
13 making that contention.  So just to make sure that
14 was a different question.
15      But I -- at this point I cannot definitively
16 say that the MTBE from the Texaco site has -- is the
17 same as the MTBE that was detected.  That type of
18 investigation needs to be done.
19   Q.   The phraseology that Mr. Bolin has
20 used, I believe -- and I don't want to put words in
21 your mouth.  You can either adopt it or not.  I think
22 he has said in prior 30(b)(6) focus plume
23 depositions, I can't trace the contamination to a
24 particular site.  All I can tell you is that there's
25 detections of MTBE in this particular well, and all

Page 3265

1  of these stations are suspect sites.  Is that --
2       MR. AXLINE:  Objection.  Mischaracterizes
3  prior testimony.
4  BY MR. TEMKO:
5    Q.   Is that a fair characterization of
6  the District's view, with respect to the focus plume?
7    A.   I can only speak to the sites that I
8  have reviewed.  And of the sites for this plume that
9  I have reviewed, I believe -- I'm not aware of any of
10 them where the MTBE or TBA has not been delineated
11 and, therefore, could have escaped -- or has escaped
12 the sites and could be the MTBE that has been
13 detected at the NB-TAMD well.  But I can't say for
14 sure whether -- which of those sites could have been
15 the source.
16   Q.   Your thesis is that one or
17 more of the stations within the plume is the source
18 of the MTBE contamination that Friedman & Bruya has
19 detected; is that correct?
20   A.   I would say those are the likely
21 sources.
22   Q.   Are there other likely sources?
23   A.   Not that I'm aware of.
24   Q.   Does OCWD know whether or not MTBE
25 gasoline has been released from any UST or has leaked

10  (Pages 3262 to 3265)

e930b73e-98d8-4448-8c32-527982c1de70

Confidential - Per 2004 MDL 1358 Order

Page 3270

1    MR. TEMKO:  Five minutes.
2    THE VIDEOGRAPHER:  Going off the record.
3  The time is 10:15 a.m.
4    (Recess taken.)
5    THE VIDEOGRAPHER:  Back on the record.  The
6  time is 10:34 p.m. -- a.m.
7  BY MR. TEMKO:
8    Q.    Mr. Herndon, we are back on the
9  record.  Do you understand you're still under oath?
10    A.    Yes.
11    Q.    Thanks.
12    Referring back to Exhibit 206.  On page 2,
13  the third item down, there's a reference to February
14  2006, a report in your binder that refers to a
15  bioscreen model used to predict plume migration.  Do
16  you see that?
17    A.    Yes.
18    Q.    And your memo says, and I quote,
19  "Model reportedly predicted that over a 20-year
20  period, the leading edge of the plume will stabilize
21  at a maximum distance of 250 feet downgradient from
22  the point source," unquote.  Do you see that
23  reference?
24    A.    Yes.
25    Q.    Do you remember reading a report from

Page 3271

1  WGR, the consultant working at the 9475 Warner Avenue
2  site regarding this bioscreen modeling exercise that
3  they had done?
4    A.    I believe so, yes.
5    Q.    Is that the first that you learned of
6  this?  And by that I mean, is the first time you had
7  seen reference to this bioscreen modeling exercise
8  when you prepared for the deposition over the last
9  couple of weeks?
10    A.    And you're speaking to this site in
11  particular?
12    Q.    Yes, sir.
13    A.    Yes.
14    Q.    Do you recall discussing with anyone
15  at OCWD at any time up to the present the fact that
16  the consultant working at the site had conducted this
17  bioscreen modeling exercise?
18    A.    I haven't spoken to anybody about
19  this at the District.
20    Q.    Has OCWD had any communications with
21  the Orange County Health Care Agency regarding the
22  remediation activities at the 9475 Warner Avenue
23  site?
24    A.    Not that I know of.
25    Q.    Has OCWD had any communications with

Page 3272

1  anyone at the Santa Ana Regional Water Quality
2  Control Board regarding the remediation activities at
3  the 9475 Warner Avenue site?
4    A.    Not that I know of.
5    Q.    Has OCWD had any communications with
6  anyone at Shell concerning the remediation activities
7  at the 9475 Warner Avenue site?
8    A.    Not that I'm aware of.
9    Q.    Has anyone at OCWD had any
10  communications with any of Shell's remediation
11  consultants regarding the remediation activities at
12  the 9475 Warner Avenue site?
13    A.    Not that I know of.
14    Q.    Has OCWD had any communications with
15  anyone at the City of Newport Beach regarding the
16  remediation activities at the 9475 Warner Avenue
17  site?
18    A.    No, I don't believe so.
19    Q.    Has OCWD had any communications with
20  anyone at the City of Fountain Valley regarding the
21  remediation activities at the 9475 Warner Avenue
22  site?
23    A.    Not that I know of.
24    Q.    Has OCWD had any communications with
25  anyone at the City of Huntington Beach regarding the

Page 3273

1  remediation activities at that site?
2    A.    Not that I know of.
3    Q.    Other than Newport Beach, has --
4  because I already asked you that question -- has OCWD
5  had any communications with any other water producers
6  in the area regarding the remediation activities at
7  the 9475 Warner Avenue site?
8    A.    Not that I know of.
9    Q.    Other than the document review
10  process that you testified to this morning, has OCWD
11  taken any steps to remediate the contamination at the
12  9475 Warner Avenue site?
13    A.    And to clarify "remediate," do you
14  mean actually physically begin removing
15  contamination?
16    Q.    Yes, sir.
17    A.    The only work that we have done, to
18  my knowledge at this point, has been to review the
19  information about the site, which could eventually
20  lead to our assessing what kind of remedial
21  activities might be needed.  But in terms of actually
22  performing cleanup, the District has not undertaken
23  cleanup for this site.
24    Q.    Has the District made any
25  determination as to what, if any, work Hargis +

12  (Pages 3270 to 3273)

Confidential - Per 2004 MDL 1358 Order

Page 3362

1     Please be advised I have read the foregoing
2  deposition, and I state there are:
3  (Check one) _____NO CORRECTIONS
4                _____CORRECTIONS PER ATTACHED
5
6
7     _____
8     ROY L. HERNDON, R.G.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3364

1              REPORTER'S CERTIFICATE
2
3      I certify that the witness in the foregoing
4  deposition.
5         ROY L. HERNDON, R.G.
6  was by me duly sworn to testify in the within-entitled
7  cause; that said deposition was taken at the time and
8  place therein named; pages 3229 through 3364 of the
9  testimony of said witness were reported by me, a duly
10  Certified Shorthand Reporter of the State of
11  California authorized to administer oaths and
12  affirmations, and said testimony was thereafter
13  transcribed into typewriting.
14      I further certify that I am not of counsel or
15  attorney for either or any of the parties to said
16  deposition, nor in any way interested in the outcome
17  of the cause named in said deposition.
18      IN WITNESS WHEREOF, I have hereunto set my hand
19  this 22nd day of November, 2008.
20
21
22      ----------------------------------
23      SANDRA BUNCH VANDER POL, RMR, CRR
24      Certified Shorthand Reporter
25      Certificate No. 3032

Page 3363

1        DEPONENT'S CHANGES OR CORRECTIONS
2  Note: If you are adding to your testimony, print the
3  exact words you want to add. If you are deleting from
4  your testimony, print the exact words you want to
5  delete. Specify with "Add" or "Delete" and sign this
6  form.
7  DEPOSITION OF:     ROY L. HERNDON, R.G., Volume 14
8  CASE:         MTBE MDL (OCWD)
9  DATE OF DEPOSITION: NOVEMBER 17, 2008
10  PAGE    LINE   CHANGE/ADD/DELETE
11  _____  _____  _____
12  _____  _____  _____
13  _____  _____  _____
14  _____  _____  _____
15  _____  _____  _____
16  _____  _____  _____
17  _____  _____  _____
18  _____  _____  _____
19  _____  _____  _____
20  _____  _____  _____
21  _____  _____  _____
22  _____  _____  _____
23  _____  _____  _____
24  DEPONENT'S SIGNATURE _____
25  DATE_____

35  (Pages 3362 to 3364)

e930b73e-98d8-4448-8c32-527982c1de70

# EXHIBIT 25



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**MDL No. 1358**
**Master File C.A. No.**
**1:00-1898 (SAS)**

---

**This document relates to the following case:**
*Orange County Water District v. Unocal, et al.*, 04 Civ. 4968

## PLAINTIFF ORANGE COUNTY WATER DISTRICT'S SUPPLEMENTAL LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS FOR WHICH PLAINTIFF CONTENDS THERE IS A GENUINE ISSUE TO BE TRIED

### SUBMITTED IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT BASED ON STATUTE OF LIMITATIONS

Plaintiff Orange County Water District's (the "District") supplemental Rule 56.1 Statement in opposition to the motion for summary judgment regarding statute of limitations is structured as follows: (1) a heading indicating the relevant Bellwether Plume; (2) a description of wells designated for that plume; (3) when MTBE was detected in each well; (4) facts relevant to individual gasoline station designated for the relevant plume.

**BELLWETHER PLUME NO. 1:**

1. The District identified public drinking water well NB-TAMD in designating Bellwether Plume No. 1. (O'Reilly Decl., Ex. 1, April 30, 2007, Letter from T. O'Reilly to J. Anderson ("Bellwether Plume Designation".) MTBE was first detected in NB-TAMD on August 23, 2005. (O'Reilly Decl., Ex. 2, Plaintiff Orange County Water District's Supplemental Responses to Defendants' Preliminary Interrogatories re Standing (Jan. 9, 2006) at Exhibit 1A ["Friedman Bruya"] "OCWD Interrogatory Response").)

2. NB-TAMD is an active production well, which pumps approximately 3200 gallons per minute ("gpm"). (Bolin Decl., ¶ 5.) MTBE was first detected in NB-TAMD on August 23, 2005. (*Ibid.*) Stations designated for the Plume associated with well NB-TAMD (Plume 1) are generally upgradient of NB-TAMD and/or within the predicted capture zone of the well. (*Ibid.*) Gasoline containing MTBE was released at each of the designated stations with respect to this plume, but was being remediated at each of the stations. (*Ibid.*) Before MTBE was detected in NB-TAMD, OCWD assumed that the responsible party would make reasonable efforts to

1



EXHIBIT
25

Table 1.) On October 15, 2006, Chevron's consultant submitted an additional workplan which was intended to "delineate the vertical extent of the petroleum hydrocarbons in the soil beneath the site . . ." (O'Reilly Decl., Ex. 31, *supra*, at 3.)

55. Arco #3085, 3361 South Bristol Street, Santa Ana:

   a. In May 2001, the Santa Ana Regional Water Quality Control Board ordered Arco to conduct an "assessment . . . to define the extent of petroleum hydrocarbons in groundwater that have migrated from the site." (O'Reilly Decl., Ex. 33, May 30, 2001, Letter from Santa Ana Regional Water Quality Control Board ("SARWQCB") to D. Fah, Arco Products Company [AROCWD308501613].)

   b. According to Arco, active remediation at this site began in July 2003 and is still ongoing. (O'Reilly Decl., Ex. 4, Arco Interrogatory Response at pp. 21-22.)

**BELLWETHER PLUME NO. 9:**

56. The District identified public drinking water wells HB-1, HB-13, HB-4, and HB-7 in designating Bellwether Plume No. 9. (O'Reilly Decl., Ex. 1, Bellwether Plume Designation.)

57. HB-1, HB-13, HB-4, and HB-7 are active production wells that pump approximately 350 gpm (HB-1), 2,500 gpm (HB-13), 450 gpm (HB-4), and 3,200 gpm (HB-7). (Bolin Decl., ¶ 13.) Although MTBE has not yet been detected in these wells, stations designated for the Plume associated with wells HB-1, HB-13, HB-4, and HB-7 (Plume 9) are generally upgradient of HB-1, HB-13, HB-4, and HB-7 and/or within the predicted capture zone of the wells. (*Ibid.*) Gasoline containing MTBE was released at each of the designated stations with respect to this plume, but was being remediated at each of the stations. (*Ibid.*) OCWD examined investigation and remediation information for each of the stations designated for the plume and concluded that MTBE and/or TBA has, more probably than not, escaped remediation capture at one or more of these stations. (*Ibid.*)

58. The District identified the following gasoline stations in designating Bellwether Plume No. 9: Chevron #9-5401, 5992 Westminster Avenue, Westminster; Unocal #5123, 14972 Springdale Street, Huntington Beach; Shell #6502, 6502 Bolsa Avenue, Huntington Beach; Thrifty #368, 6311 Westminster Boulevard, Westminster; Unocal #5226, 6322 Westminster Avenue, Westminster; Westminster Shell, 5981 Westminster Avenue, Westminster; Huntington Beach Arco, 6002 Bolsa Avenue, Huntington Beach; and USA Gasoline #11, 14600 Edwards Street, Westminster. (O'Reilly Decl., Ex. 1, Bellwether Plume Designation.)

59. **Chevron #9-5401, 5992 Westminster Avenue, Westminster:**

   a. Tertiary Butyl Alcohol ("TBA") was first detected in groundwater monitoring wells at this site on January 10, 2001. (O'Reilly Decl. Ex34, Dec. 14, 2006, Fourth Quarter 2006 Groundwater Monitoring and Status Report at p. 11 of Table 2 [MW-10].) On April 22, 2002, concentrations of all gasoline constituents, including MTBE, rose

15

significantly in MW-10 which is the groundwater monitoring well closest to the gasoline dispensers. (*Id.* at p. 11 of Table 2 [MW-10] and Figure 4.)

60. **Unocal #5123, 14972 Springdale Street, Huntington Beach:**

   a. In April, 1987, 400 tons of contaminated soil were removed during replacement of the USTs. (O'Reilly Decl., Ex. 35, Sept. 2007, Well Installation Report, ENSR at 3.) In June 1992, a groundwater extraction and free-product recovery system was installed and started. (*Id.* at 4.)  By April 1995, the gasoline station was demolished and the USTs were removed. (*Ibid.*)  On April 10, 2002, a Dual-Phase Extraction system was started and continues to operate. (*Id.* at 2, 4.)

   b. A document from Unocal's Site Remediation Files demonstrates that as early as 1998 Unocal's consultant and the Orange County Health Care Agency ("OCHCA") concluded that it was necessary to install off-site groundwater monitoring wells to determine if MTBE and other contaminates had moved off-site. (O'Reilly Decl., Ex. 36, Draft-Chronology of Events at 1-2 [UOC 122048 to UOC122050].)  "Despite subsequent attempts to secure off-site access," Unocal still had not been able to obtain access to install off-site monitoring wells by the end of 1999. (*Id.* at 2.)

   c. On June 9, 2003, the OCHCA notified Unocal that this station was "a high priority case based on the close proximity to a large municipal domestic water supply well, the MTBE concentrations in both soil and groundwater, and the vertical and lateral extent of contamination." (O'Reilly Decl., Ex. 37, June 9, 2003, Letter from S. Sharp, OCHCA, to D. Bourgault, Unocal at 1 [CHEVMDL135800000558065].)

61. **Shell #6502, 6502 Bolsa Avenue, Huntington Beach:**

   a. From April 1990 to August 1992, a groundwater Pump-and-Treat system was operated. (O'Reilly Decl., Ex. 38, Oct. 9, 2007, Quarterly Status and Groundwater Monitoring Report, Third Quarter, 2007, Wayne Perry, Inc. at p. 2 of "Site History".) A Soil Vapor Extraction system was also operated until November 1991. (*Ibid.*)

   b. In June 1993, the groundwater Pump-and-Treat system was reactivated and operated until September 1996. (*Ibid.*)

   c. In July 1998, the groundwater Pump-and-Treat system was again reactivated and operated until September 1999. (*Id.* at p. 3 of "Site History".)

   d. In March 2000, soil excavation was completed after removal of the USTs. (*Id.* at p. 4 of "Site History".) A Corrective Action Plan for continued remediation of the site was submitted in September 2002. (*Ibid.*)

2002, an Interim Remedial Action Plan was submitted to the Santa Ana Regional
Water Quality Control Board. (*Ibid.*) In April 2003, remedial excavation was
conducted. (*Ibid.*)

d. During the March 2002 USTs removal, personnel from the Santa Ana Regional
Water Quality Control Board noted that "most of the samples [from the tank pit] had
obvious discoloration & odors of gasoline present." (O'Reilly Decl., Ex. 50, March
14, 2002, Field Activity Description at p. 2 of 2.)

71. **Four Star Ventures, 9356 Westminster Boulevard, Westminster:**

a. From January 2003 to May 2005, a soil vapor extraction and groundwater extraction
system was in operation at this site. (O'Reilly Decl., Ex. 51, Feb. 22, 2007, Remedial
System Progress Report, October 2006 through December 2006, Secor International
Inc. at 1.) In September 1999, the only off-site groundwater monitoring well (MW-
14) was installed at the site. (O'Reilly Decl., Ex. 52, Nov. 30, 2007, Quarterly
Monitoring and Sampling Report, KCE Matrix at 1 and Figure 4.) The most
significant concentrations of MTBE measured in MW-14 occurred on September 6,
2001, at 3,200 ppb and then again on December 23, 2004, at 2,400 ppb. (*Id.* at Table
2, Page 14 of 18.)

b. In December 2005, the Orange County Health Care Agency advised the responsible
party that "[t]he lateral extent of the . . . [MTBE and TBA] dissolved phase plume is
not adequately defined down-gradient of the southwestern corner of the subject site.
(O'Reilly Decl., Ex. 53, Dec. 5, 2005, Letter from A. Dietz, OCHCA, to G.
Arslanyan at 1.)

Dated this 28th day of March, 2008.          Respectfully submitted,

By: _____

MICHAEL AXLINE, SB# 229840
TRACEY O'REILLY, SB# 206230
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
Phone: (916) 488-6688
Counsel for Plaintiff
The Orange County Water District

# EXHIBIT 26

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


ORANGE COUNTY WATER DISTRICT,          )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )   No. 04 CIV. 4968
                                       )
UNOCAL CORPORATION, et al.,            )
                                       )
                Defendants.            )
                                       )



            VIDEOTAPED DEPOSITION OF KEITH VAN HOESEN
            taken on behalf of the Plaintiff at
            271 S. Lake Havasu Avenue, Lake Havasu City,
            Arizona, commencing at 9:00 (9:09) a.m.,
            Thursday, August 19, 2010, before Karen Kovacs,
            RPR, CSR #6485, pursuant to Notice.


EXHIBIT
26

Page 6

1    MR. ANDERSON:  This is Jeremiah Anderson from
2  King & Spalding for the Chevron defendants.
3    MR. MASSO:  Jadd Masso, Strasburger & Price,
4  for 7-11, Inc.
5    MS. EPSTEIN:  This is Joelle Epstein from Blank
6  Rome for Lyondell.
7    THE VIDEOGRAPHER:  Thank you, Counsel.
8    The court reporter may swear in the witness at
9  this time, please.
10    THE COURT REPORTER:  Raise your right hand.
11  Please.
12    THE WITNESS:  (Complying.)
13    THE COURT REPORTER:  Do you solemnly swear that
14  the testimony you will give will be the truth, the whole
15  truth, and nothing but the truth, so help you God?
16    THE WITNESS:  I do.
17
18    EXAMINATION
19  BY MS. AUSTIN:
20    Q.  Good morning, again, and we decided we're going
21  to use "Keith" for the record today.
22    A.  Okay.
23    Q.  Can you spell your last name?
24    A.  Yes.  Capital, V-a-n, capital H-o-e-s-e-n.  Two
25  words.

Page 7

1    Q.  And did we get your address right on your
2  subpoena?
3    A.  Yes, you did.
4    Q.  And what's your phone number in case people
5  want to call you later?
6    A.  It's area code (928)854-8995.
7    Q.  All right.  And today I think we're here to
8  talk about the Chevron No. 9-5401 on Westminster.
9    A.  That's correct.
10    Q.  You remember that station?
11    A.  Very well.
12    Q.  Okay.  And can you give us the dates when you
13  were associated with that station.
14    A.  I -- I purchased the station in July -- I
15  believe it was July 7th of 1978 -- and I operated it
16  through January --
17    MR. ANDERSON:  This is Jeremiah Anderson on the
18  phone.  We can't hear the deponent at all.
19    MS. AUSTIN:  All right.  We're moving the phone
20  closer.
21    MR. ANDERSON:  Thank you.
22    MS. AUSTIN:  Just pretend that's your dinner
23  plate.
24    THE WITNESS:  Okay.  And I operated it through,
25  I believe January of 1994.

Page 8

1    Q.  (BY MS. AUSTIN)  Okay.  And before the
2  deposition started you mentioned you've been in a
3  deposition before.  But I kind of want to go over the
4  rules of the road --
5    A.  Okay.
6    Q.  -- just to refresh your memory.  The oath that
7  you just took is the same oath you would take in a court
8  of law.  It does place you under penalty of perjury.
9    You understand that?
10    A.  Yes, I do.
11    Q.  Okay.  And because Karen's here taking down
12  everything that we say, it's important that even though
13  you know exactly where I'm going with the question, if
14  you can wait until I finish and then answer the
15  question, she gets a cleaner record.
16    Okay?
17    A.  Okay.
18    Q.  And also, because Karen's trying to write
19  things down, I understand what you mean when you shake
20  your head, but it's really hard for her to write that so
21  if you can keep your verbal responses, then that helps
22  us, too.
23    A.  All right.
24    Q.  All right.  Sometimes I'm a little unclear, at
25  least in my own head.  You may not understand a

Page 9

1  question.  Let me know if that's the case --
2    A.  Okay.
3    Q.  -- and I'll try to clean it up.
4    A.  All right.
5    Q.  All right.  Sometimes we'll be talking about
6  things that happened a long time ago.  And so you seem
7  to remember dates very well so far, but in the event
8  that you don't remember an exact date, but you remember
9  a year, for example --
10    A.  Okay.
11    Q.  -- we do want your best recollection, the best
12  information you can recall.
13    On the other hand, we don't want you to guess.
14  So, for example, if you were to look around this room
15  and I said how many phones are in this room, you could
16  say there are two phones.  Or if I wanted to know the
17  length of this table, you could estimate that.
18    A.  Okay.
19    Q.  On the other hand, if I asked you --
20    MR. ANDERSON:  This is Jeremiah again.  And I
21  hate to interrupt, but it's basically we'll hear a bit
22  of the question and then it will just go silent,
23  although we were hearing the witness fine.  I don't know
24  if you can somehow position the phone so it faces the
25  questioner a little bit more, but that would be very

Page 102

1    A. The biggest -- no. To answer your question,
2  no.
3    Q. Okay.
4    A. And from my experience, being the one that did
5  the books and so forth, there weren't losses because --
6  just simply because we would have been right on top of
7  them. This I really question where that information
8  came from.
9    Q. Well, it's from Chevron.
10   A. Yeah. Yeah. I --
11   Q. All right. Let me flip through my notes. I
12 think we're just about done here. Were you ever aware
13 of any remediation of contamination on the site?
14   A. What does "remediation" mean?
15   Q. Okay. And this would not necessarily be at the
16 time when you were at the station, but perhaps when you
17 were keeping in touch with -- was it Ray --
18   A. Yeah.
19   Q. -- Estrada?
20   A. Yeah.
21   Q. After you left, did you ever hear of Chevron
22 coming out to clean up the soil or ground water at the
23 station?
24   A. No. Not from Ray, no.
25   Q. Okay.

Page 103

1    A. The tide came in quite far on that station.
2    Q. The tide being the ocean?
3    A. Yes. And because the -- when they put the
4  tanks in the -- back behind the station, they dug the
5  hole and the next day there was water in it.
6    Q. So you think the water table was fairly high
7  there?
8    A. Well, it was -- it would vary with the tide so
9  I don't know if it was salt water. Probably not. But
10 as the tide would come in aways, it must have displaced
11 water back and forth because it did vary with the tides.
12   Q. So when they had dug the hole for the UST's
13 behind the station --
14   A. Right.
15   Q. -- you saw water during part of the day and not
16 during other parts?
17   A. That morning, yeah. They dug it, like, one
18 afternoon or whatever, one day, and then, like, the next
19 morning there was -- I don't know -- two feet or four
20 feet or something. There was water in the hole.
21   Q. And did they pump it out or did it subside on
22 its own?
23   A. It subsided back out on its own. And
24 ultimately when they put those tanks in, they put what
25 they called saddles on top of those to hold them down so

Page 104

1  they wouldn't pop out of the ground.
2    Q. So the water wouldn't push them up?
3    A. Yeah. Yes. So there was a lot of water
4  activity in that area.
5    Q. Do you know approximately how deep the holes
6  were where the tanks were installed?
7    A. I would say the tanks were probably seven feet
8  in diameter, maybe, and so the hole was probably 15 feet
9  would be my guess.
10   Q. Okay.
11   A. Would be my guess. Twelve to 15 feet.
12     Okay. I think I'm done with my questions.
13     MS. AUSTIN: Jeremiah, I assume you have a few.
14     MR. ANDERSON: Yeah. Just a few.
15     And, thank you, Mr. VanHoesen, for taking your
16 time out today to be deposed in this matter. And I
17 thoroughly appreciate your patience with having me on
18 the phone. I think I just have a couple of questions
19 for you.
20         EXAMINATION
21 BY MR. ANDERSON:
22   Q. When you were an operator, Chevron 9-5401, did
23 you understand that gasoline was dangerous?
24     MS. AUSTIN: Objection. Overbroad; vague.
25     Go ahead.

Page 105

1    THE WITNESS: Yes, I knew gasoline was
2  dangerous from about age eight on.
3    Q. (BY MR. ANDERSON) And I think you knew it was
4  dangerous regardless of whether or not it contained MTBE
5  or not?
6    A. That is correct.
7    MS. AUSTIN: Calls for speculation. Go ahead.
8    THE WITNESS: That is correct, yes. I was
9  raised on a farm where we gassed our own tractors,
10 combines and things like that. So I was familiar from a
11 very early age of how dangerous and flammable gasoline
12 could be.
13   Q. (BY MR. ANDERSON) And you understood at that
14 time if you spilled gasoline, that you needed to clean
15 it up?
16   A. Absolutely. We had that -- those procedures
17 in, ready for any spills.
18   Q. Do you know whether or not any of the gasoline
19 that Chevron provided your station contained MTBE while
20 you were the operator?
21   A. No, I do not.
22   Q. Are you aware of any leaks in any of the
23 underground storage tanks that were at Chevron 9-5401
24 while you were the operator?
25   A. No leaks that -- there were no leaks.

## Page 114

1      Q. And equipment that had vapor recovery systems?

2      A. Right. Those were mandated so -- but, yes.

3      Q. Right, but they were things you wanted from a

4   business perspective as well; correct?

5      A. No.

6      Q. From the standpoint of saving you money by

7   recovering the vapor, that was important?

8      A. It was the customer's vapor, not mine.

9      Q. Okay.

10     A. So as their tank filled with liquid, that

11   liquid would push that vapor out of their tank and into

12   the atmosphere so it wasn't like -- I would have

13   preferred to not have had the vapor equipment from a

14   business standpoint --

15     Q. Uh-huh.

16     A. -- because it would have been less expensive to

17   maintain. The old-style nozzles were $29 apiece. The

18   new ones were $159 and more fragile. So from a business

19   standpoint I would have preferred to have just had the

20   single hose, the single nozzle, and let the vapor go

21   into the air from a purely business standpoint.

22     Q. Right. From a business standpoint of

23   environmental contamination costing money, it would have

24   been important to you to implement whatever measures you

25   could to avoid contamination; right?

## Page 115

1      A. If it was something that cost me money, yes. I

2   mean, I would have been on the cutting edge.

3      Q. Right. So if Chevron knew of something that

4   you could have done to prevent contamination, which

5   would cost you money, that's something you would have

6   implemented; correct?

7      A. It would have been.

8      MR. ANDERSON: Objection. Calls for

9   speculation; incomplete hypothetical; assumes facts.

10     MS. AUSTIN: I'm all set, Jeremiah. If you

11   want any more questions there.

12     MR. ANDERSON: What was the answer? What was

13   the answer to your last question?

14     MS. AUSTIN: "It would have been."

15     MR. ANDERSON: Okay. Give me two minutes to

16   review my notes real quick.

17     MS. AUSTIN: Sure.

18     (Brief pause in the proceedings.)

19     MR. ANDERSON: I think that's all I have.

20     MS. AUSTIN: Okay. We're off the record.

21     THE VIDEOGRAPHER: This concludes the

22   videotaped deposition of Keith VanHoesen. Time is

23   approximately 11:41 a.m.

24     MR. ANDERSON: Thanks again and appreciate your

25   time.

## Page 116

1      MS. AUSTIN: Staying on the record for just one

2   moment.

3      The standard stipulation, as I understand it,

4   that the court reporter will get a transcript to

5   Mr. VanHoesen.

6      Am I even close?

7      THE WITNESS: VanHoesen.

8      MS. AUSTIN: Keith is going to get a copy of

9   the written transcript and he'll have 30 days to review

10   and make changes. The original will come back to

11   Miller, Axline & Sawyer. In the event of destruction or

12   disappearance of the transcript, a copy may be used in

13   its place.

14     Am I missing anything? So stipulated?

15     MR. ANDERSON: No. I mean, the only thing I

16   would say is if you get back an errata sheet, that you

17   forward it to Counsel.

18     MS. AUSTIN: Yes. Thank you. That's it. All

19   right.

20     We're off the written record too, then.

21     MR. ANDERSON: Thank you.

22     (The videotaped deposition was concluded at

23   11:41 a.m.)

24          * * * *

25

## Page 117

1          DEPONENT CERTIFICATE

2

3      I, Keith VanHoesen, hereby certify that I have

4   read the foregoing videotaped deposition and that said

5   videotaped deposition is true and correct, with the

6   exception of the following corrections:

7   Page   Line          Correction

8

9

10

11

12

13

14

15

16

17

18

19

     DATE          KEITH VAN HOESEN

20

21    Subscribed and sworn before me this

22   day of          ,    .

23

24

          Notary Public

25

Deposition of Keith Van Hoesen  /  August 19, 2010

· Page 118

1         CERTIFICATE OF REPORTER
2         I, Karen Kovacs, a Certified Reporter in and
3    for the State of Arizona, California and Nevada do
4    hereby certify:
5         That prior to being examined, the witness named
6    in the foregoing videotaped deposition was duly sworn by
7    me to testify to the truth, the whole truth, and nothing
8    but the truth.
9         That the said videotaped deposition was
10   reported by me at the time and place herein named and
11   was thereafter reduced to this transcript under my
12   direction.
13        That the foregoing is a true and correct
14   transcript of all proceedings had upon the taking of
15   said videotaped deposition, all done to the best of my
16   skill and ability.
17        I further certify that I am not interested in
18   the events of this action.
19        Dated this 30th day of August, 2010.
20        Pursuant to request, notification was provided
21   that the videotaped deposition is available for review
22   and signing.
23
24        Karen Kovacs, RPR, Arizona Certified
             Reporter No. 50175, California Certified
25        Court Reporter No. 6485, Nevada Certified

31 (Page 118)

# EXHIBIT 27

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---oOo---


ORANGE COUNTY WATER DISTRICT,

        Plaintiff,

vs.                                        No.   04 CIV. 4968

UNOCAL CORPORATION, et al.,

        Defendants.

_____/


---oOo---

VIDEO-RECORDED DEPOSITION OF

ROBERT D. RISNER, JR.

MEDFORD, OREGON

MONDAY, AUGUST 30, 2010

1:19 P.M.

---oOo---


Reported by:

LAURA L. SMITH, RPR, OR CSR #97-0340, CA CSR #2731

EXHIBIT
27

Deposition of Robert D. Risner, Jr.  /  August 30, 2010

Page 10

1    verbal response, but I'm letting you know in advance --
2    A    Okay.
3    Q    -- that that might happen.
4        And if the answer to my question isn't precise but
5    you have a reasonable estimate, I'm entitled to reasonable
6    estimates, even if you don't have absolute knowledge.
7    A    Okay.
8    Q    Is that fair?
9    A    Yes.
10   Q    Okay. So you have been handed, before the
11   deposition, what's marked as Deposition Exhibit 1, which is
12   the deposition notice.
13       Do you have that in front of you?
14   A    Yes, I do.
15   Q    Can you pull that out for a minute and I just want
16   to ask you some preliminary questions about this.
17       Now, you received this notice prior to today's
18   deposition?
19   A    Yes.
20   Q    And did you have a chance to review it?
21   A    Yes.
22   Q    So you know generally what the subject matter of
23   the deposition is?
24   A    Yes.
25   Q    There are a lot of documents that are listed in

Page 11

1    this deposition. Did you have a chance to search for any
2    documents that would be responsive to this list of
3    documents?
4    A    Yes, I did, and I do not have any of the -- these
5    documents at all.
6    Q    Okay. So you have no responsive documents.
7    A    Yeah.
8    Q    Okay. And if you look on -- well, paragraph number
9    seven in the notice, there are a list -- well, let's take a
10   look at paragraph one, I'm sorry, it's the same list as
11   paragraph one.
12       There are a list of, um, service stations there.
13   A    Yes.
14   Q    And did you have a chance to review that list?
15   A    Yes.
16   Q    And are any of these service station addresses
17   familiar to you?
18   A    Z, the 5992.
19   Q    Z: 5992?
20   A    Westminster Boulevard, or Westminster, Westminster,
21   California.
22   Q    Okay. And is that the only one?
23   A    Yes.
24   Q    Well, I'll be asking you some questions about that
25   station today.

Page 12

1    A    Okay.
2    Q    So now, if you'll take a look at what's been marked
3    as Deposition Exhibit 2, that is a map --
4    A    Yes.
5    Q    -- it's not the best map, but it is a map that is
6    -- if you'll look down at the lower right-hand corner,
7    you'll see some letters and numbers. This one has
8    CHEVMDL1358; do you see that?
9    A    Yes.
10   Q    And then it's got, let's see, five zeros, followed
11   by 563139.
12       Do you see that?
13   A    Yes
14   Q    Those -- I'll represent to you that those numbers
15   are commonly referred to as Bates numbers, and as I'm
16   asking you about documents in this deposition, I may ask
17   you to look at the Bates number on documents so that when
18   people are looking at this deposition or reading it later,
19   they will know which documents, precisely, we are talking
20   about at that point in the deposition.
21   A    Okay.
22   Q    Okay. So this particular document is Bates
23   numbered five zeros, and then 563139, and it is labeled,
24   Figure One, Vicinity Map, Chevron Service Station 9-5401
25   5992 Westminster Boulevard, Westminster, California.

Page 13

1        Do you see that?
2    A    Yes.
3    Q    Is that the service station that you said you
4    recognized on this list?
5    A    Yes.
6    Q    And tell me why you are familiar with this station?
7    A    I worked -- the dealer of record at that station,
8    when I worked there, was Keith VanHoesen --
9    Q    Uh-huh.
10   A    -- and I worked for Keith, in different capacities,
11   from September of 1980 through sometime, mid-1994, end of
12   '94, somewhere around there.
13   Q    Mid-1994. Okay, so about 14 years?
14   A    Yes.
15   Q    And does this map generally depict the location of
16   that station, as you understand it, within the city of
17   Westminster?
18   A    Yes, right at the corner of Westminster and
19   Springdale.
20   Q    Okay. So maybe we could start by having you tell
21   me what role you played when you worked at this station,
22   beginning in September of 1980, and then going through
23   mid-1994.
24   A    Keith had another station, too, in Anaheim, and
25   actually, that's where I started.

4 (Pages 10 to 13)

Deposition of Robert D. Risner, Jr.  /  August 30, 2010

## Page 30

1  Q    So do you know who owned the underground storage
2  tanks at the station?
3  A    Yeah, it was Chevron.
4  Q    It was Chevron?
5  A    Yeah, we leased the facility, Keith VanHoesen
6  leased the facility from Chevron.
7  Q    So was it Chevron's responsibility, in your
8  understanding, to maintain those underground storage tanks?
9       MR. ANDERSON:  Objection, foundation, calls for a
10 legal conclusion.
11      THE WITNESS:  My understanding of it was that they
12 would come out on an annual basis and test the tanks.  It
13 was our responsibility to monitor them on a daily basis
14 and, obviously, then notify them if there were any issues
15 that way.
16 BY MR. AXLINE:
17 Q    Uh-huh.
18 A    That was my understanding of it.
19 Q    Okay.  And was there a point in time where Chevron
20 began monitoring those tanks, inventorying those tanks on
21 an electronic basis?
22 A    I believe, after the remodel was done, there was an
23 electronic monitoring of it.
24 Q    Uh-huh.
25 A    Not being at that location a lot, at that point,

## Page 31

1  um, because of it being a small store, um, I may -- it's a
2  possibility I could be confusing that with another
3  location, too, but that's, uh, a very good, you know -- I
4  know that it was added at other locations, so --
5  Q    Well, even after that was added at other locations,
6  did you continue to conduct your own inventory monitoring
7  or was that turned over to Shell (sic) when electronic
8  monitors were installed?
9  A    No, that was still ours.  The electronic monitoring
10 was just an assistant for us to do the same job, basically.
11 Q    But let's talk about the station that you recall
12 where electronic monitoring did occur.
13 A    Okay.
14 Q    And was it your understanding that the electronic
15 monitoring would send information to Chevron remotely about
16 what was happening with the inventory in each underground
17 storage tank?
18 A    Not that I recall, no.  I don't believe -- I don't
19 recall that that was connected at all.  It was just at
20 location.
21 Q    And how would the information gathered by the
22 electronic monitor then be obtained by Chevron?
23      MR. ANDERSON:  Objection, foundation.
24      THE WITNESS:  It would have either had to have been
25 retrieved out of that location or from us --

## Page 32

1  BY MR. AXLINE:
2  Q    Uh-huh.
3  A    -- you know, as far as the readings that we were
4  getting from that or, um, you know, if they were to visit
5  the location.
6  Q    So I'm trying to understand exactly how that worked
7  at the stations where electronic monitoring occurred.  And
8  it sounded to me, from your last answer, as if you were
9  saying that both you and Chevron would check the same
10 electronic monitor?
11 A    We would -- we would check it if it also included,
12 you know, an electronic version of a stick reading, you
13 know, to where it would tell you how much gas was in the
14 tank.
15      If I recall correctly, too, there would be, you
16 know, if there was a breach of any, you know, depending on
17 the monitoring system, if there were a breach, then an
18 alarm would sound and we would have notified Chevron if
19 that would have been the case.
20 Q    I see.  So electronic monitoring not only recorded
21 volume but also, um, alerted, electronically, if there was
22 an identified breach?
23 A    Yeah, if -- if that system had that.  There's --
24 you know, during my tenure in that, I mean, we went from
25 steel tanks to single-wall fiberglass tanks to double-wall

## Page 33

1  fiberglass tanks, so there is -- there may be some
2  confusion on my part on which station had what, too.
3  Q    Uh-huh.
4  A    But I know with the -- the double-wall fiberglass
5  tanks, there were monitoring in that, in that second wall,
6  that if fuel would have been able to get into there, then
7  it would have triggered the monitoring system.
8  Q    And what period of time were the double-walled
9  fiberglass tanks installed?
10 A    I don't recall at the Westminster facility, if that
11 was single- or double-walled, but it would have been at
12 that point, or if that, um, by the early '90s, if not, you
13 know, before.
14 Q    And was that work performed by Chevron?
15 A    Yes.
16 Q    At Chevron's expense?
17 A    Yes.
18 Q    Could you take a look at Exhibit 3 again?  This is
19 the site plan that we referenced earlier that is
20 denominated, Bates number 564008.
21      In the legend box, in the upper right-hand corner
22 there, um, there is a little graph that says, Sample, ID.
23 Do you see that?
24 A    Yes.
25 Q    And underneath that graph, it says, "Total

Deposition of Robert D. Risner, Jr.  /  August 30, 2010

Page 78

```
 1            REPORTER'S CERTIFICATE
 2    STATE OF OREGON    )
                         ) ss.
 3    COUNTY OF JACKSON   )
 4        I, LAURA L. SMITH, a Certified Shorthand Reporter
 5    and Notary Public for the State of Oregon, do hereby
 6    certify:
 7        That the witness, ROBERT D. RISNER, JR., was
 8    present at the time and place herein set forth and was by
 9    me sworn to testify as to the truth;
10        That the said proceedings were recorded
11    stenographically by me and were thereafter transcribed
12    under my direction via computer-assisted transcription;
13        That the foregoing transcript is a true record of
14    the proceedings which then and there took place;
15        That I am a disinterested person to said action.
16        IN WITNESS WHEREOF, I have affixed my seal and
17    subscribed my name on September 5, 2010.
18
19
20
21
22
23
24    _____
      LAURA L. SMITH, Notary Public
25    CSR NO. 97-0340
```

DEPOBOOK REPORTING SERVICES (800) 830-8885

# EXHIBIT 28



**CONESTOGA-ROVERS**
**& ASSOCIATES**

175 Technology Drive, Suite 150, Irvine, California 92618
Telephone: 949.648.5200  Facsimile: 949.648.5299
www.CRAworld.com

October 22, 2010

Reference No. 632288

Ms. Julie Wozencraft
Orange County Health Care Agency
Environmental Health Division
1241 East Dyer Road, Suite 120
Santa Ana, California 92705-5611

Re:   Third Quarter 2010 Groundwater Monitoring Report
      Chevron Service Station 9-5401
      5992 Westminster Boulevard
      Westminster, California 92683
      Case # 96UT035

Dear Ms. Wozencraft:

Conestoga-Rovers & Associates (CRA), on behalf of Chevron Environmental Management
Company (Chevron), is submitting this *Third Quarter 2010 Groundwater Monitoring Report* for
active Chevron Service Station 9-5401, located at 5992 Westminster Boulevard in Westminster,
California (site). This report presents an abbreviated site summary, an explanation of the
current quarter's activities, and a description of upcoming activities for forth quarter 2010.

## SITE BACKGROUND

*Site Description:* The site is located on the southwest corner of Westminster Boulevard and
Springdale Street in Westminster, California (Figure 1). The site is an active station consisting of
a station building, three gasoline underground storage tanks (USTs), one diesel UST, and
three product dispenser islands (Figure 2). The surrounding properties are commercial and
residential. Directly across Westminster Avenue to the north is a former Shell Service Station
(Orange County Health Care Agency [OCHCA] Case No. 93UT052), and northeast across the
intersection is a former Exxon service station (OCHCA Case No. 92UT067).

*Site Geology and Hydrogeology:* The site is approximately 29 feet above mean sea level (msl),
and is underlain by poorly graded sand, silt, and clay. [1] A 6- to 9-foot thick clay layer exists
approximately 21 feet below grade (fbg), and is underlain by sand and silty sand.  It is likely

---

[1]   United States Geological Survey (USGS), 1981, Los Alamitos Quadrangle, California-Orange County,
      7.5-Minute Series (Topographic); Scale 1:24,000.



**EXHIBIT**
**28**

Equal
Employment
Opportunity Employer

Worldwide ... ruction, and IT Services



**CONESTOGA-ROVERS**
**& ASSOCIATES**

October 22, 2010                                       Reference No. 632288

- 6 -

CRA appreciates the opportunity to work with OCHCA on this project.  Please contact
Derek Wilken or Jim Schneider at (949) 648-5200 if you have any questions or require additional
information regarding this site.

Respectfully Submitted,

CONESTOGA-ROVERS & ASSOCIATES

Angela Ribeiro                              Derek Wilken, PG 8642

TS/cg/12
Encl.

| | |
|---|---|
| Figure 1 | Vicinity Map |
| Figure 2 | Site Plan |
| Figure 3 | Groundwater Contour Map (Zone 1) |
| Figure 4 | Groundwater Contour Map (Zone 2) |
| Figure 5 | TPHg Isoconcentration Map |
| Figure 6 | Benzene Isoconcentration Map |
| Figure 7 | MTBE Isoconcentration Map |
| Figure 8 | TBA Isoconcentration Map |
| | |
| Table 1 | Current Groundwater Analytical Data |
| Table 2 | Historical Groundwater Analytical Data |
| Table 3 | Well Construction Details |
| Table 4 | Natural Attenuation Parameters |
| | |
| Attachment A | BTS Field Data Sheets, Waste Manifest, and Permit to Work |
| Attachment B | Laboratory Analytical Report |
| | |
| cc: | Stacie Frerichs, Chevron |
| | Tom Mbeke-Ekanem, Santa Ana Regional Water Quality Control Board |

TABLE 2

HISTORICAL GROUNDWATER ANALYTICAL DATA
CHEVRON STATION 9-5401
5992 WESTMINSTER BOULEVARD
WESTMINSTER, CALIFORNIA

| Well ID | Date Sampled | Top of Casing Elevation (feet above msl) | Depth to Groundwater (feet) | Groundwater Elevation (feet above msl) | TPHg (µg/L) | TPHd (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-Benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8260 (µg/L) | MTBE 8020/8021 (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-02 cont. | 11/13/02 | 31.30 | 12.37 | 18.93 | 96 J | -- | <4 | <4 | <4 | <4 | 180 | -- | <4 | <4 | 2.1 J | 12 J | -- |
| | 02/12/03 | 31.30 | 12.12 | 19.18 | 99 J | -- | <4 | <4 | <4 | <4 | 280 | -- | <4 | <4 | <4 | 63 | -- |
| | 05/05/03 | 31.30 | 11.83 | 19.47 | 100 | -- | <2 | <2 | <2 | <2 | 300 | -- | <4 | <4 | <4 | <20 | -- |
| | 08/08/03 | 31.30 | 11.93 | 19.37 | 1,000 J | -- | <20 | <20 | <20 | <20 | 1,200 | -- | <40 | <40 | <40 | <200 | -- |
| | 11/04/03 | 31.30 | 12.11 | 19.19 | 2,600 | -- | <10 | <10 | <10 | <10 | 4,300 | -- | <20 | <20 | 45 J | 160 J | -- |
| | 02/10/04 | 31.30 | 11.92 | 19.38 | 1,100 | -- | <10 | <10 | <10 | <10 | 1,800 | -- | <20 | <20 | 2.1 J | <100 | -- |
| | 05/18/04 | 31.30 | 11.88 | 19.42 | <5000 | -- | <100 | <100 | <100 | <100 | 950 | -- | <200 | <200 | <200 | <1000 | -- |
| | 08/10/04 | 31.30 | 12.00 | 19.30 | 400 | -- | <4 | <4 | <4 | <4 | 960 | -- | <4 | <4 | 10 | 990 | -- |
| | 11/03/04 | 31.30 | 11.85 | 19.45 | 250 | -- | <4 | <4 | <4 | <4 | 430 | -- | <4 | <4 | 4.5 J | 920 | -- |
| | 02/28/05 | 31.30 | 10.68 | 20.62 | 300 J | -- | <4 | <4 | <4 | <4 | 630 | -- | <10 | <10 | <10 | <50 | -- |
| | 05/11/05 | 31.30 | 10.34 | 20.96 | <50 | -- | <4 | <4 | <4 | <4 | <4 | -- | <10 | <10 | <10 | <10 | -- |
| | 08/23/05 | 31.30 | 10.47 | 20.83 | <50 | -- | 2.9 J | 1.9 J | <4 | 2 J | <4 | -- | <4 | <4 | <4 | <10 | -- |
| | 11/03/05 | 31.30 | 10.94 | 20.36 | <1000 | -- | <0.28 | <0.36 | <0.25 | <0.52 | 8.2 | -- | <0.28 | <0.25 | <0.33 | 27 | -- |
| | 02/06/06 | 31.30 | 11.11 | 20.19 | <1000 | -- | <2.8 | <3.6 | <2.5 | <50 | 880 | -- | <2.8 | <2.5 | <50 | 2,200 | -- |
| | 05/15/06 | 31.30 | 10.80 | 20.50 | 320 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 270 | -- | <0.5 | <0.5 | 2 J | 970 | -- |
| | 08/07/06 | 31.30 | 11.03 | 20.27 | 110 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 100 | -- | <0.5 | <0.5 | 0.5 J | 530 | -- |
| | 10/31/06 | 31.30 | 11.25 | 20.05 | 98 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 100 | -- | <0.5 | <0.5 | 0.5 J | 450 | -- |
| | 04/27/07 | 31.30 | 11.55 | 19.75 | 200 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 230 | -- | <0.5 | <0.5 | 2 | 570 | -- |
| | 09/25/07 | 31.30 | 11.33 | 19.97 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 19 | -- | <0.5 | <0.5 | <0.5 | 12 | -- |
| | 12/17/07 | 31.30 | 11.96 | 19.34 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 15 | -- | <0.5 | <0.5 | <0.5 | 4 J | -- |
| | 03/12/08 | 29.73 | 11.53 | 18.20 | 88 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 69 | -- | <0.5 | <0.5 | <0.5 | 480 | *, pH=4 |
| | 06/17/08 | 29.73 | 11.66 | 18.07 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 3 | -- | <0.5 | <0.5 | <0.5 | 4 J | -- |
| | 09/09/08 | 29.73 | 11.73 | 18.00 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 16 | -- | <0.5 | <0.5 | <0.5 | <2 | -- |
| | 12/11/08 | 29.73 | 11.88 | 17.85 | 23 J | -- | <0.5 | <0.5 | <0.5 | <0.5 | 14 | -- | <0.5 | <0.5 | <0.5 | <2 | $ |
| | 03/18/09 | 29.73 | 11.57 | 18.16 | 40 J | -- | <0.5 | <0.5 | <0.5 | <0.5 | 15 | -- | <0.5 | <0.5 | <0.5 | <2 | $$ |
| | 06/10/09 | 29.73 | 11.57 | 18.16 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 9 | -- | <0.5 | <0.5 | <0.5 | <2 | -- |
| | 09/08/09 | 29.73 | 11.80 | 17.93 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 12 | -- | <0.5 | <0.5 | <0.5 | <2 | $$$ |
| | 12/15/09 | 29.73 | 12.11 | 17.62 | 52 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 8 | -- | <0.5 | <0.5 | <0.5 | <2 | $$$$ |
| | 02/22/10 | 29.73 | 11.45 | 18.28 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 10 | -- | <0.5 | <0.5 | <0.5 | 350 | -- |
| | 06/21/10 | 29.73 | 11.67 | 18.06 | 110 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 16 | -- | <0.5 | <0.5 | <0.5 | 930 | $$$ |
| | 09/08/10 | 29.73 | 11.77 | 17.96 | <2 | -- | <0.5 | <0.5 | <0.5 | <0.5 | 3 | -- | <0.5 | <0.5 | <0.5 | 7 | $$ |
| MW-03 | 03/05/97 | 30.72 | 9.93 | 20.79 | 1,100 | -- | 6 | 8.8 | 0.8 | 1.8 | -- | 54,000 | -- | -- | -- | -- | -- |
| | 06/13/97 | 30.72 | 10.08 | 20.64 | 780 | 500 | 5.2 | 7.6 | 0.8 | 1.9 | -- | 65,000 | -- | -- | -- | -- | -- |
| | 09/12/97 | 30.72 | 10.38 | 20.34 | 6,300 | -- | <0.3 | 4.7 | 0.7 | 1.7 | -- | 35,000 | -- | -- | -- | -- | -- |

CHAXXXXX172

TABLE 1

CURRENT GROUNDWATER ANALYTICAL DATA
CHEVRON SERVICE STATION 9-5401
5992 WESTMINSTER BLVD.
WESTMINSTER, CALIFORNIA

| Well ID | Date Sampled | Top of Casing Elevation (feet above msl) | Depth to Groundwater (feet) | Depth Of Well (feet) | Groundwater Elevation (feet above msl) | TPHg (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8260 (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DW-1 | 09/08/2010 | 28.36 | 16.44 | - | -11.92 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | 31 | |
| DW-2 | 09/08/2010 | 29.73 | 17.97 | - | 11.76 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <2 | |
| DW-3 | 09/08/2010 | 27.70 | 15.78 | - | 11.92 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-1 | 09/08/2010 | 28.36 | 11.65 | 22.23 | 16.71 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-2 | 09/08/2010 | 29.73 | 11.77 | 20.06 | 17.96 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | 3 | <0.5 | <0.5 | <0.5 | 7 | §§ |
| MW-3 | 09/08/2010 | 27.70 | 10.93 | 19.74 | 16.77 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | 1 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-4 | 09/08/2010 | 29.88 | 10.71 | 19.50 | 19.17 | 160 | <0.5 | <0.5 | <0.5 | <0.5 | 1 | <0.5 | <0.5 | <0.5 | 2,200 | |
| MW-5 | 09/08/2010 | 29.56 | 9.26 | 19.43 | 20.30 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | 43 | |
| MW-6 | 09/08/2010 | 29.52 | 8.71 | 19.53 | 20.81 | 25 J | <0.5 | <0.5 | <0.5 | <0.5 | 2 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-7 | 09/08/2010 | 29.66 | 8.89 | 21.23 | 20.77 | 29 J | <0.5 | <0.5 | <0.5 | <0.5 | 10 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-8 | 09/08/2010 | 31.01 | 10.63 | 21.25 | 20.38 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | 7 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-9 | 09/08/2010 | 30.11 | 11.05 | 20.32 | 19.06 | 280 | <0.5 | <0.5 | <0.5 | <0.5 | 37 | <0.5 | <0.5 | <0.5 | 3,500 | |
| MW-10 | 09/08/2010 | 30.26 | 10.69 | 21.55 | 19.57 | 3,300 | 200 | 3 | 130 | 5 | <0.5 | <0.5 | <0.5 | <0.5 | 120 | |
| MW-11 | 09/08/2010 | 30.56 | 10.22 | 23.41 | 20.34 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | 5 | <0.5 | <0.5 | <0.5 | <2 | |
| MW-12 | 09/08/2010 | 31.32 | 11.30 | 22.75 | 20.02 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | 0.7 J | <0.5 | <0.5 | <0.5 | 9 | |
| MW-13 | 09/08/2010 | 29.98 | 9.90 | 19.35 | 20.08 | 140 | 7 | <0.5 | 3 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | 7 | |
| MW-14 | 09/08/2010 | 30.17 | 10.30 | 18.59 | 19.87 | 1,200 | 100 | 0.8 J | 32 | 2 | <0.5 | <0.5 | <0.5 | <0.5 | 60 | |
| MW-16 | 09/08/2010 | 27.24 | 10.62 | 20.01 | 16.62 | - | - | - | - | - | - | - | - | - | - | |

Abbreviations and Notes:

msl = mean sea level

µg/L = micrograms per liter

< = Not detected at or below laboratory detection limit

§§ = The vial Submited for Volatile analysis did not have a pH<2 at the time of analysis.
The pH of this sample was pH = 6.

J = Estimated value between method detection limit and laboratory reporting limit

TPHg = Total petroleum hydrocarbons as gasoline

MTBE = Methyl tertiary butyl ether

ETBE = Ethyl tertiary butyl ether

DIPE = Di-isopropyl ether

TAME = Tertiary amyl methyl ether

TBA = Tertiary butyl alcohol

C8A 6S28M (12)

# EXHIBIT 29



**The Benham Companies, LLC**
A Wholly Owned Subsidiary

August 12, 2010

Mr. Tom Mbeke-Ekanem
California Regional Water Quality Control Board
Santa Ana Region
3737 Main Street, Suite 500
Riverside, CA 92501-3339

| | |
|---|---|
| **Subject:** | **Submittal of 3rd Quarter 2010 Semi-annual Progress and Groundwater Monitoring Report** |
| **Site:** | **Chevron Service Station No. 9-1921**<br>**3801 South Bristol Street, Santa Ana, California**<br>**CRWQCB Case No. 083001181T** |

Dear Mr. Mbeke-Ekanem:

On behalf of Chevron Environmental Management Company (CEMC), Benham, a Science Applications International Corporation (SAIC/Benham) Company and a wholly-owned subsidiary of SAIC, is pleased to submit this 3rd Quarter 2010 Semi-annual Progress and Groundwater Monitoring Report for the above-referenced site. Work performed during this quarter includes groundwater monitoring by Wayne Perry, Inc. Electronic Deliverable Format (EDF) files have been uploaded to the State Water Resources Control Board GeoTracker website. As per the Regional Water Quality Control Board (RWQCB) letter dated July 15, 2009, SAIC has reduced the groundwater sampling frequency to semi-annual sampling events conducted during the 1st and 3rd quarters only.

If you have any questions, please contact Mr. Steve Targanyan, the SAIC/Benham Project Manager, at (714) 257-6407, or Mr. Ian Robb, the CEMC Project Manager, at (925) 543-2375.

Respectfully submitted,

**SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**



**Amy Mora**
Project Geologist

**T. Michael Pendergrass**
Professional Geologist No. 5685

Attachment 1 – 3rd Quarter 2010 Semi-annual Progress Report
Attachment 2 – 3rd Quarter 2010 Semi-annual Groundwater Summary
Attachment 3 – Tables
Attachment 4 – Plates
Attachment 5 – Hydrographs
Attachment 6 – Groundwater Sampling Procedures and Field Sheets
Attachment 7 – Laboratory Analyses and Chain of Custody Forms
Attachment 8 – Disposal Records

**EXHIBIT**
**29**

cc:  Mr. Ian Robb, CEMC                     SAIC/Benham Project File
     Niloofar Kasmaei, CBRE – (CD-ROM)
     Kim Le, CBRE – (CD-ROM)

This report is based upon records and verbal and written information made available to SAIC by CEMC and its subcontractors. Because the investigation consisted of collecting and evaluating a limited supply of information, SAIC may not have identified all potential items of concern and, therefore, SAIC warrants only that the project activities under this contract have been performed within the parameters and scope communicated by CEMC and reflected in the contract. SAIC has made no independent investigations concerning the accuracy or completeness of the information provided. This report is intended to be used in its entirety. Taking or using in any way excerpts from this report is not permitted and any party doing so does so at its own risk.
X:\CEMC Project files\9-1921 Santa Ana\Groundwater Monitoring Reports\2010\9-1921 3Q10 GWM Report.doc

Table 1. Current Groundwater Analyses and Gauging Results
Chevron Environmental Management Company
Chevron Service Station No. 9-1921
3801 South Bristol Street, Santa Ana, California

| Well ID | Date Gauged | Screen Interval (ft bgs) | Top of Casing (ft MSL) | Depth to GW (ft bgs) | NAPL Thickness (feet) | GW Elevation (ft MSL) | Depth of Well (ft bgs) | Date Sampled | TPHg (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-06R | 7/1/2010 | 5.0-20 | 33.90 | 8.61 | 0 | 25.29 | 20.08 | 7/1/2010 | 17,000 | 5,100 | 100 | 680 | 120 | 170 | ND<10 | ND<10 | ND<10 | 4,000 | -- |
| MW-09 | 7/1/2010 | 4.0-24.5 | 33.92 | 7.54 | 0 | 26.38 | 24.70 | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | 0.8 J | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| MW-12 | 7/1/2010 | 4.0-24.5 | 34.62 | 12.97 | 0 | 21.65 | 25.02 | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| MW-13 | 7/1/2010 | 4.5-24.5 | 34.02 | 10.17 | 0 | 23.85 | 24.55 | 7/1/2010 | 110 | 130 | 14 | 62 | 55 | 5 | ND<1 | ND<1 | ND<1 | 200 | -- |
| MW-14 | 7/1/2010 | 4.0-24.5 | 33.59 | 8.07 | 0 | 25.52 | 24.06 | 7/1/2010 | 7,800 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | 0.7 J | ND<0.5 | ND<0.5 | ND<0.5 | 770 | -- |
| MW-15 | 7/1/2010 | 6.0-36 | 33.79 | 11.00 | 0 | 22.79 | 34.26 | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| MW-16 | 7/1/2010 | 5.0-35 | 34.05 | 11.73 | 0 | 22.32 | 36.16 | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| MW-17 | 7/1/2010 | 5.0-21 | 35.04 | 8.19 | 0 | 26.85 | 23.61 | 7/2/2010 | 3,700 | 4 | ND<0.5 | 0.7 J | ND<0.5 | 21 | ND<0.5 | ND<0.5 | ND<0.5 | 38,000 | -- |
| MW-18 | 7/1/2010 | 5.0-20 | 34.96 | 8.77 | 0 | 26.19 | 22.99 | 7/2/2010 | ND<22 | 9 | ND<0.5 | 7 | 2 | 2 | ND<0.5 | ND<0.5 | ND<0.5 | 160 | -- |
| MW-19 | 7/1/2010 | 5.0-20 | 35.45 | 8.76 | 0 | 26.69 | 22.63 | 7/2/2010 | 1,900 | 99 | ND<0.5 | 7 | 7 | 6 | ND<0.5 | ND<0.5 | ND<0.5 | 12,000 | -- |
| MW-20 | 7/1/2010 | 5.0-20 | 35.31 | 8.86 | 0 | 26.45 | 22.57 | 7/2/2010 | 3,600 | 210 | 2 | 17 | 2 | 39 | ND<1 | ND<1 | 0.8 J | 1,100 | -- |
| VEW-1 | 7/1/2010 | 6.0-21 | 35.31 | 8.85 | 0 | 26.46 | 22.47 | 7/2/2010 | 40,000 | 1,500 | 560 | 1,400 | 7,800 | 240 | ND<1 | ND<1 | 4 | 2,800 | -- |
| VEW-2 | 7/1/2010 | 6.0-21 | 35.30 | 9.71 | 0 | 25.59 | 23.55 | 7/2/2010 | 34,000 | 4,200 | 800 | 1,000 | 3,800 | 430 | ND<5 | ND<5 | ND<5 | 5,800 | -- |
| VEW-3 | 7/1/2010 | 6.0-21 | 35.27 | 8.59 | 0 | 26.68 | 23.41 | 7/2/2010 | 71,000 | 11,000 | 9,100 | 2,100 | 11,000 | 130 | ND<10 | ND<10 | ND<10 | 1,500 | -- |
| VEW-4 | 7/1/2010 | 7.0-22 | 35.07 | 9.18 | 0 | 25.89 | 24.72 | 7/2/2010 | 62,000 | 8,800 | 1,700 | 2,000 | 11,000 | 560 | ND<5 | ND<5 | ND<5 | 1,300 | -- |
| Trip Blank | 7/1/2010 | -- | -- | -- | -- | -- | -- | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| Rinsate | 7/1/2010 | -- | -- | -- | -- | -- | -- | 7/1/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| Trip Blank | 7/2/2010 | -- | -- | -- | -- | -- | -- | 7/2/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |
| Rinsate | 7/2/2010 | -- | -- | -- | -- | -- | -- | 7/2/2010 | ND<22 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<0.5 | ND<2 | -- |

Notes:

µg/L = Micrograms per liter
ND = Not detected
NAPL = Non-aqueous phase liquids
TPHg = Total petroleum hydrocarbons as gasoline analyzed by EPA Method 8260B
Benzene, toluene, ethylbenzene, and xylenes (collectively termed BTEX) analyzed by EPA Method 8260B
MTBE = Methyl tertiary-butyl ether analyzed by EPA Method 8260B
ETBE = Ethyl tertiary-butyl ether analyzed by EPA Method 8260B
DIPE = Di-isopropyl ether analyzed by EPA Method 8260B
TAME = Tertiary-amyl methyl ether analyzed by EPA Method 8260B
TBA = Tertiary-butyl alcohol analyzed by EPA Method 8260B
J = denotes value between method detection limit and detection limit for reporting purposes
ft bgs = feet below ground surface
ft MSL = feet above mean sea level
Detected concentrations are shown in bold type

The Benham Companies, LLC
A Wholly Owned Subsidiary

SAIC
From Science to Solutions

**Table 2. Historical Groundwater Analyses and Gauging Results**
Chevron Environmental Management Company
Chevron Service Station No. 9-1921
3801 South Bristol Street, Santa Ana, California

| Well ID | Date Gauged | Screen Interval (ft bgs) | Top of Casing (ft MSL) | Depth to GW (feet) | NAPL Thickness (feet) | GW Elevation (ft MSL) | Depth of Well (ft bgs) | Date Sampled | TPHg (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020/8021 (µg/L) | MTBE 8260/8021 (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-05 | 6/2/1999 | 5-25 | 99.61 | 10.79 | 0.23 | 89.00 | 20.13 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.1 gallon of NAPL |
| MW-05 | 8/3/1999 | 5-25 | 99.61 | 11.42 | 0.29 | 88.42 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.1 gallon of NAPL |
| MW-05 | 10/25/1999 | 5-25 | 99.61 | 11.73 | 0.31 | 88.13 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.1 gallon of NAPL |
| MW-05 | 2/3/2000 | 5-25 | 99.61 | 11.23 | 0.19 | 88.53 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.1 gallon of NAPL |
| MW-05 | 4/17/2000 | 5-25 | 99.61 | 10.85 | 0.16 | 88.89 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | <0.01 gallon of NAPL |
| MW-05 | 7/18/2000 | 5-25 | 99.61 | 11.27 | 0.11 | 88.43 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | <0.01 gallon of NAPL |
| MW-05 | 10/18/2000 | 5-25 | 99.61 | 12.00 | 0.39 | 87.92 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | <0.01 gallon of NAPL |
| MW-05 | 1/16/2001 | 5-25 | 99.61 | 10.45 | 0.1 | 89.24 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | <0.04 gallon of NAPL |
| MW-05 | 6/4/2001 | 5-25 | 99.61 | 10.82 | 0.09 | 88.86 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | NAPL while bailing |
| MW-05 | 9/4/2001 | 5-25 | 99.61 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Abandoned |
| MW-05R | 2/25/2002 | 5-20 | 34.36 | 12.05 | 0 | 22.31 | 20.13 | 2/25/2002 | 188,000 | 25,900 | 41,400 | 3,220 | 18,500 | -- | 1,420 | -- | -- | -- | -- | -- |
| MW-05R | 5/23/2002 | 5-20 | 34.36 | 11.19 | 0 | 23.17 | -- | 5/23/2002 | 186,000 | 21,000 | 36,700 | 2,820 | 15,300 | -- | 1,330 | -- | -- | -- | -- | NPS |
| MW-05R | 8/26/2002 | 5-20 | 34.36 | 11.20 | 0.03 | 23.18 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | NAPL present |
| MW-05R | 11/20/2002 | 5-20 | 34.36 | 9.72 | 0 | 24.64 | 20.14 | 11/20/2002 | 185,000 | 24,000 | 31,500 | 3,140 | 18,300 | -- | 3,310 | ND<10 | ND<10 | ND<10 | 2,320 | NPS |
| MW-05R | 2/10/2003 | 5-20 | 34.36 | 10.76 | 0.03 | 23.62 | 20.06 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | product in well |
| MW-05R | 5/30/2003 | 5-20 | 34.36 | 9.83 | 0 | 24.53 | 28.33 | 5/30/2003 | 160,000 | 22,000 | 29,000 | 2,400 | 15,000 | -- | 3,500 | ND<13 | ND<13 | ND<13 | 3,300 | NPS, HC sock in well |
| MW-05R | 8/28/2003 | 5-20 | 34.36 | 10.25 | 0.01 | 24.12 | 20.15 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Sheen, HC sock in well |
| MW-05R | 11/6/2003 | 5-20 | 34.36 | 10.54 | 0 | 23.82 | 20.15 | 11/6/2003 | 110,000 | 23,000 | 25,000 | 3,100 | 18,000 | -- | 4,600 | ND<80 | ND<80 | ND<80 | 5,400 | Sheen, HC sock in well |
| MW-05R | 2/2/2004 | 5-20 | 34.36 | 11.48 | 0 | 22.88 | 20.15 | 2/2/2004 | 95,000 | 23,000 | 19,000 | 3,100 | 18,000 | -- | 5,300 | ND<800 | ND<800 | ND<800 | 4,500 | Sheen, HC sock in well |
| MW-05R | 4/12/2004 | 5-20 | 34.36 | 11.29 | 0 | 23.07 | 20.13 | 4/12/2004 | 75,000 | 21,000 | 14,000 | 3,600 | 20,000 | -- | 3,000 | ND<500 | ND<500 | ND<500 | 5,500 | Sheen, HC sock in well |
| MW-05R | 7/20/2004 | 5-20 | 34.36 | 11.41 | 0 | 22.95 | 20.14 | 7/20/2004 | 150,000 | 27,000 | 13,000 | 3,600 | 20,000 | -- | 7,600 | ND<200 | ND<200 | ND<200 | 5,900 | Sheen, HC sock in well |
| MW-05R | 10/18/2004 | 5-20 | 34.36 | 11.22 | 0 | 23.14 | 20.15 | 10/18/2004 | 91,000 | 24,000 | 9,900 | 3,400 | 22,000 | -- | 5,700 | ND<20 | ND<20 | ND<20 | 6,400 | NPS, HC sock in well |
| MW-05R | 1/3/2005 | 5-20 | 34.36 | 10.26 | 0 | 24.10 | 20.15 | 1/3/2005 | 64,000 | 18,000 | 6,800 | 3,400 | 18,000 | -- | 4,200 | ND<200 | ND<200 | ND<200 | 11,000 | NPS, sheen |
| MW-05R | 4/4/2005 | 5-20 | 34.36 | 8.04 | 0 | 26.32 | 20.13 | 4/4/2005 | 72,000 | 17,000 | 4,200 | 3,000 | 16,000 | -- | 2,700 | ND<200 | ND<200 | ND<200 | 16,000 | NPS, sheen |
| MW-05R | 7/5/2005 | 5-20 | 34.36 | 8.88 | 0 | 25.48 | 20.15 | 7/5/2005 | 88,000 | 15,000 | 2,600 | 3,000 | 16,000 | -- | 2,200 | ND<400 | ND<400 | ND<400 | 38,000 | NPS |
| MW-05R | 10/10/2005 | 5-20 | 34.36 | 11.09 | 0 | 23.27 | 20.16 | 10/10/2005 | 78,000 | 15,000 | 3,800 | 3,200 | 16,000 | -- | 3,700 | ND<28 | ND<25 | ND<13 | 29,000 | Clean HC sock in well |
| MW-05R | 1/3/2006 | 5-20 | 34.36 | 10.80 | 0 | 23.56 | 20.13 | 1/3/2006 | 65,000 | 8,000 | 3,100 | 1,500 | 12,000 | -- | 2,000 | ND<25 | ND<25 | ND<25 | 20,000 | Sheen, HC sock in well |
| MW-05R | 4/20/2006 | 5-20 | 34.36 | 8.06 | 0 | 26.30 | 20.15 | 4/20/2006 | 84,000 | 15,000 | 9,400 | 2,500 | 16,000 | -- | 1,500 | ND<10 | ND<10 | ND<10 | 18,000 | Sheen |
| MW-05R | 7/18/2006 | 5-20 | 34.36 | 8.05 | 0 | 26.31 | 20.15 | 7/18/2006 | 80,000 | 12,000 | 4,200 | 2,300 | 15,000 | -- | 730 | 12.J | ND<25 | ND<25 | 36,000 | Sheen |
| MW-05R | 10/16/2006 | 5-20 | 34.36 | 8.66 | 0 | 25.70 | 20.10 | 10/16/2006 | 54,000 | 9,500 | 1,600 | 1,800 | 9,500 | -- | 940 | 12.J | ND<10 | ND<10 | 35,000 | Sheen |
| MW-05R | 1/2/2007 | 5-20 | 34.36 | 8.40 | 0 | 25.96 | 20.10 | 1/2/2007 | 41,000 | 11,000 | 660 | 1,300 | 5,600 | -- | 800 | 10.J | ND<10 | ND<10 | 37,000 | Sheen |
| MW-05R | 4/12/2007 | 5-20 | 34.36 | 7.34 | 0 | 27.02 | 20.15 | 4/12/2007 | 83,000 | 17,000 | 2,300 | 3,000 | 16,000 | -- | 1,000 | ND<25 | ND<25 | ND<25 | 29,000 | Well destroyed |
| MW-05R | 7/3/2007 | 5-20 | 34.36 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 7/11/1991 | 5-25 | 99.86 | 13.59 | 0 | 86.27 | 20.13 | 7/11/1991 | 3,800 | 380 | 47 | 150 | 280 | 25,000 | -- | -- | -- | -- | -- | -- |
| MW-06 | 10/4/1991 | 5-25 | 99.86 | 14.19 | 0 | 85.67 | -- | 10/4/1991 | ND<500 | ND<0.3 | ND<0.3 | ND<0.3 | ND<0.6 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 12/20/1991 | 5-25 | 99.86 | 13.88 | 0 | 85.98 | -- | 12/20/1991 | 700 | 3.2 | 0.5 | ND<0.3 | ND<0.3 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 4/7/1992 | 5-25 | 99.86 | 11.86 | 0 | 88.00 | -- | 4/7/1992 | 280 | 0.5 | ND<0.3 | 2.2 | 3.0 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 8/17/1992 | 5-25 | 99.86 | 13.46 | 0 | 86.40 | -- | 8/17/1992 | 280 | 65 | 2.2 | 11 | -- | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 10/15/1992 | 5-25 | 99.86 | 13.85 | 0 | 86.01 | -- | 10/15/1992 | ND<500 | ND<0.3 | ND<0.3 | 0.7 | 1.2 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 2/26/1993 | 5-25 | 99.86 | 11.48 | 0 | 88.38 | -- | 6/14/1993 | 5,200 | 650 | 6.6 | 500 | 7.0 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 6/14/1993 | 5-25 | 99.86 | 12.27 | 0 | 87.59 | -- | 8/9/1993 | 1,500 | 480 | 9.8 | 62 | 20 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 8/9/1993 | 5-25 | 99.86 | 12.58 | 0 | 87.28 | -- | 10/14/1993 | 890 | 400 | 5.1 | 17 | 21 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 10/14/1993 | 5-25 | 99.86 | 11.38 | 0 | 88.48 | -- | 5/10/1994 | 1,800 | 240 | 18 | 180 | 55 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 5/10/1994 | 5-25 | 99.86 | 10.89 | 0 | 88.97 | -- | 8/15/1994 | 4,000 | 600 | 8.3 | 830 | 26 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 8/15/1994 | 5-25 | 99.86 | 11.90 | 0 | 87.96 | -- | 11/30/1994 | 980 | 37 | 23 | 52 | 5.4 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 11/30/1994 | 5-25 | 99.86 | 10.98 | 0 | 88.88 | -- | 2/15/1995 | 1,200 | 17 | 1.8 | 4.6 | 3.2 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 2/15/1995 | 5-25 | 99.86 | 11.76 | 0 | 88.10 | -- | 8/15/1995 | 3,900 | 370 | 25 | 460 | 110 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 8/15/1995 | 5-25 | 99.86 | 10.95 | 0 | 88.91 | -- | 11/18/1995 | 1,000 | 6.2 | ND<0.3 | ND<0.6 | ND<0.6 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 11/18/1995 | 5-25 | 99.86 | 11.76 | 0 | 88.10 | -- | 2/13/1996 | ND<500 | ND<0.3 | ND<0.3 | ND<0.3 | ND<0.3 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 2/13/1996 | 5-25 | 99.86 | 10.95 | 0 | 88.91 | -- | 5/8/1996 | 3,200 | 100 | ND<0.3 | 42 | 100 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 5/8/1996 | 5-25 | 100.03 | 10.64 | 0 | 89.39 | -- | 7/23/1996 | 2,200 | 99 | 2.8 | 5.2 | 2.8 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 7/23/1996 | 5-25 | 100.03 | 9.67 | 0 | 90.36 | -- | 7/23/1996 | 1,600 | 100 | 26 | 9.4 | 77 | -- | -- | -- | -- | -- | -- | -- |
| MW-06 | 10/28/1996 | 5-25 | 100.03 | 11.96 | 0 | 88.07 | -- | 10/28/1996 | 1,500 | 160 | 28 | 14 | 12 | 20,000 | -- | -- | -- | -- | -- | -- |
| MW-06 | 1/28/1997 | 5-25 | 100.03 | 9.60 | 0 | 90.43 | -- | 1/28/1997 | 10,000 | 200 | 120 | 160 | 200 | 50,000 | -- | -- | -- | -- | -- | -- |

4 of 29

SAIC
The Radiant Companies Ltd.

X:\CEMC Project files\9-1921 Santa Ana\Groundwater Monitoring Reports\9-1921

**Table 2. Historical Groundwater Analyses and Gauging Results**
Chevron Environmental Management Company
Chevron Service Station No. 9-1921
3801 South Bristol Street, Santa Ana, California

| Well ID | Date Gauged | Screen Interval (ft bgs) | Top of Casing (ft MSL) | Depth to GW (ft bgs) | NAPL Thickness (feet) | GW Elevation (ft MSL) | Depth of Well (ft bgs) | Date Sampled | TPHg (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020/8021 (µg/L) | MTBE (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-06 | 4/21/1997 | 5-25 | 100.03 | 10.40 | 0 | 89.63 | -- | 4/21/1997 | 2,500 | 39 | 44 | 5.7 | 7.3 | 41,000 | 72,000 | -- | -- | -- | -- | -- |
| MW-06 | 4/21/1997 | 5-25 | 100.03 | 10.40 | 0 | 89.63 | -- | 4/21/1997 | 3,200 | 39 | 35 | 6.9 | 11 | 43,000 | 43,000 | -- | -- | -- | -- | -- |
| MW-06 | 9/18/1997 | 5-25 | 100.03 | 11.58 | 0 | 88.45 | -- | 9/18/1997 | 3,300 | 150 | 37 | 23 | 23 | 63,000 | 51,000 | -- | -- | -- | -- | -- |
| MW-06 | 12/17/1997 | 5-25 | 100.03 | 10.49 | 0 | 89.54 | -- | 12/17/1997 | 3,700 | 650 | 38 | 130 | 55 | 140,000 | 90,000 | -- | -- | -- | -- | -- |
| MW-06 | 3/27/1998 | 5-25 | 100.03 | 7.50 | 0 | 92.53 | -- | 3/27/1998 | 3,500 | 210 | 15 | 36 | 43 | 100,000 | 130,000 | -- | -- | -- | -- | -- |
| MW-06 | 6/4/1998 | 5-25 | 100.03 | 9.37 | 0 | 90.66 | -- | 6/4/1998 | 8,500 | 720 | 33 | 37 | 120 | 100,000 | 190,000 | -- | -- | -- | -- | -- |
| MW-06 | 9/9/1998 | 5-25 | 100.03 | 10.70 | 0 | 89.33 | -- | 9/9/1998 | 10,000 | 1,000 | 41 | 92 | 290 | 200,000 | 190,000 | -- | -- | -- | -- | -- |
| MW-06 | 12/11/1998 | 5-25 | 100.03 | 11.43 | 0 | 88.60 | -- | 12/11/1998 | 104,368 | 458 | 31 | 13 | 24 | 40,840 | 110,000 | -- | -- | -- | -- | -- |
| MW-06 | 3/5/1999 | 5-25 | 100.03 | 10.88 | 0 | 89.15 | 25.60 | 3/5/1999 | 174,800 J | ND-150 | ND-150 | ND-150 | ND-150 | 171,000 | 169,000 | -- | -- | -- | -- | -- |
| MW-06 | 6/21/1999 | 5-25 | 100.03 | 10.12 | 0 | 89.91 | 25.59 | 6/21/1999 | 107,400 | ND-1,500 | ND-1,500 | ND-1,500 | ND-3,000 | 102,200 | 136,800 | -- | -- | -- | -- | -- |
| MW-06 | 8/31/1999 | 5-25 | 100.03 | 10.64 | 0 | 89.39 | 25.55 | 8/31/1999 | 187,000 | ND-30.0 | ND-30.0 | ND-30.0 | ND-60.0 | 187,000 | 137,000 | -- | -- | -- | -- | -- |
| MW-06 | 10/25/1999 | 5-25 | 100.03 | 10.95 | 0 | 89.08 | 25.60 | 10/25/1999 | 154,000 J | 638 | ND-99.9 | ND-99.9 | ND-199.8 | 154,000 | 117,000 | -- | -- | -- | -- | -- |
| MW-06 | 2/3/2000 | 5-25 | 100.03 | 10.73 | 0 | 89.30 | 25.54 | 2/3/2000 | 110,000 | 416 | 39 | 14 | 12 | 107,000 | 92,000 | -- | -- | -- | -- | -- |
| MW-06 | 4/17/2000 | 5-25 | 100.03 | 9.68 | 0 | 90.35 | 25.56 | 4/17/2000 | 93,700 | 1,020 | 48 | 62 | 90 | 88,400 | 94,000 | -- | -- | -- | -- | -- |
| MW-06 | 7/18/2000 | 5-25 | 100.03 | 9.77 | 0 | 90.26 | 25.56 | 7/18/2000 | 178,000 | 1,660 | 43 | 137 | 75 | 130,000 | 165,000 | -- | -- | -- | -- | -- |
| MW-06 | 10/18/2000 | 5-25 | 100.03 | 10.09 | 0 | 89.94 | 25.61 | 10/18/2000 | 9,840 | 183 J | 167 J | 43 | 16 | 12,400 | ND-500 | ND-100 | ND-100 | ND-100 | ND-2000 | -- |
| MW-06 | 1/16/2001 | 5-25 | 100.03 | 8.29 | 0 | 91.74 | 25.59 | 1/16/2001 | 3,500 | 520 | 7.7 | 27 | 16 | 13,300 | 13,300 | ND-100 | ND-1 | 830 | 59,100 | -- |
| MW-06 | 6/4/2001 | 5-25 | 100.03 | 8.41 | 0 | 91.62 | 25.60 | 6/4/2001 | 6,430 | 408 | 14 J | 43 | 33.1 | -- | 1,370 | 13 | ND-1 | 182 | 40,300 | -- |
| MW-06 | 9/4/2001 | 5-25 | 100.03 | 10.03 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Abandoned |
| MW-06R | 2/25/2002 | 5-20 | 33.90 | 10.45 | 0 | 23.45 | 20.12 | 2/25/2002 | 119,000 | 8,830 | 29,000 | 2,720 | 16,300 | -- | 551 | ND-100 | ND-100 | ND-100 | 4,000 | -- |
| MW-06R | 5/23/2002 | 5-20 | 33.90 | 10.05 | 0 | 23.85 | -- | 5/23/2002 | 59,700 | 4,080 | 10,200 | 2,170 | 10,500 | -- | 391 | ND-250 | ND-250 | ND-250 | ND-2500 | NPS |
| MW-06R | 8/26/2002 | 5-20 | 33.90 | 9.60 | 0 | 24.30 | 20.12 | 8/26/2002 | 22,100 | 1,450 | 1,030 | 695 | 4,450 | -- | ND-100 | ND-100 | ND-100 | ND-100 | 8,960 | * well resurveyed |
| MW-06R | 11/20/2002 | 5-20 | 33.90 | 9.29 | 0 | 24.61 | 20.14 | 11/20/2002 | 23,900 | 1,640 | 588 | 664 | 2,420 | -- | 208 | ND-10 | ND-10 | ND-10 | 15,400 | NPS |
| MW-06R | 2/10/2003 | 5-20 | 33.90 | 9.86 | 0 | 24.04 | 20.12 | 2/10/2003 | 22,000 | 2,500 | 2,400 | 1,100 | 3,900 | -- | 440 | ND-40 | ND-40 | ND-40 | 13,000 | NPS |
| MW-06R | 5/30/2003 | 5-20 | 33.90 | 8.68 | 0 | 25.22 | 20.09 | 5/30/2003 | 14,000 | 1,500 | 280 | 270 | 680 | -- | 160 | 9.0 | ND-2 | 1.0 J | 12,000 | NPS |
| MW-06R | 8/28/2003 | 5-20 | 33.90 | 9.12 | 0 | 24.78 | 20.15 | 8/28/2003 | 8,200 | 1,200 | ND-50 | 170 J | 230 J | -- | 110 J | ND-100 | ND-100 | ND-100 | 13,000 | NPS |
| MW-06R | 11/6/2003 | 5-20 | 33.90 | 9.39 | 0 | 24.51 | 20.15 | 11/6/2003 | 6,800 | 1,100 | 31 J | 120 | 130 | -- | 81 | ND-20 | ND-20 | ND-20 | 13,000 | NPS |
| MW-06R | 2/2/2004 | 5-20 | 33.90 | 10.15 | 0 | 23.75 | 20.15 | 2/2/2004 | 10,000 | 2,000 | 99 J | 590 | 970 | -- | 140 | ND-40 | ND-40 | ND-40 | 12,000 | NPS |
| MW-06R | 4/12/2004 | 5-20 | 33.90 | 10.13 | 0 | 23.77 | 20.13 | 4/12/2004 | 15,000 | 3,000 | 430 | 1,200 | 3,700 | -- | 190 J | ND-80 | ND-80 | ND-80 | 14,000 | NPS |
| MW-06R | 7/20/2004 | 5-20 | 33.90 | 8.36 | 0 | 25.54 | 20.15 | 7/20/2004 | 11,000 | 1,900 | 37 J | 110 | 110 | -- | 110 | 8.1 | ND-20 | ND-20 | 13,000 | NPS |
| MW-06R | 10/18/2004 | 5-20 | 33.90 | 9.02 | 0 | 24.88 | 20.15 | 10/18/2004 | 5,900 | 1,600 | 44 | 140 | 130 | -- | 100 | ND-2 | ND-2 | ND-2 | 12,000 | NPS |
| MW-06R | 1/5/2005 | 5-20 | 33.90 | 7.60 | 0 | 26.30 | 20.15 | 1/5/2005 | 13,000 | 2,100 | 46 J | 140 | 130 | -- | 67 | ND-20 | ND-20 | ND-20 | 8,200 | NPS |
| MW-06R | 4/8/2005 | 5-20 | 33.90 | 8.06 | 0 | 25.84 | 20.16 | 4/8/2005 | 8,400 | 1,900 | 52 | 840 | 140 | -- | 180 | 8.1 | ND-20 | ND-20 | 9,280 | NPS |
| MW-06R | 7/5/2005 | 5-20 | 33.90 | 8.06 | 0 | 25.84 | 20.15 | 7/5/2005 | 16,000 | 1,900 | 110 | 140 | 140 | -- | 88 | ND-20 | ND-20 | ND-20 | 9,280 | NPS |
| MW-06R | 10/10/2005 | 5-20 | 33.90 | 8.46 | 0 | 25.44 | 20.15 | 10/10/2005 | 15,000 | 1,800 | 1,000 | 580 | 1,900 | -- | 160 | 8.4 J | ND-2.5 | ND-3.3 | 8,300 | NPS |
| MW-06R | 1/3/2006 | 5-20 | 33.90 | 7.76 | 0 | 26.14 | 20.14 | 1/3/2006 | 13,000 | 1,700 | 280 | 170 J | 1,700 | -- | 90 | 5 | ND-2.5 | 0.8 J | 8,450 | -- |
| MW-06R | 4/20/2006 | 5-20 | 33.90 | 7.36 | 0 | 26.54 | 19.50 | 4/20/2006 | 17,000 | 2,700 | 410 | 630 | 2,200 | -- | 120 | 5 J | ND-40 | 0.8 J | 7,400 | -- |
| MW-06R | 7/18/2006 | 5-20 | 33.90 | 7.70 | 0 | 26.20 | 20.15 | 7/18/2006 | 9,800 | 1,600 | 39 | 52 | 210 | -- | 51 | 5 J | ND-5 | ND-3 | 8,300 | -- |
| MW-06R | 10/16/2006 | 5-20 | 33.90 | 7.83 | 0 | 26.07 | 20.11 | 10/16/2006 | 7,100 | 1,600 | 31 | 39 | 100 | -- | 38 | ND-1 | ND-1 | ND-1 | 7,400 | -- |
| MW-06R | 1/22/2007 | 5-20 | 33.90 | 7.78 | 0 | 26.12 | 20.20 | 1/22/2007 | 8,400 | 1,600 | 92 | 39 | 88 | -- | 38 | ND-1 | ND-1 | ND-1 | 7,400 | -- |
| MW-06R | 4/12/2007 | 5-20 | 33.90 | 7.01 | 0 | 26.89 | 20.08 | 4/12/2007 | 16,000 | 2,600 | 110 | 770 | 550 | -- | 79 | 4.4 | ND-1 | ND-2 | 6,700 | -- |
| MW-06R | 7/3/2007 | 5-20 | 33.90 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Not sampled |
| MW-06R | 1/22/2008 | 5-20 | 33.90 | 8.45 | 0 | 25.45 | 20.15 | 1/22/2008 | 13,000 | 1,600 | 65 | 660 | 140 | -- | 41 | ND-1 | ND-1 | ND-1 | 1,000 | -- |
| MW-06R | 4/7/2008 | 5-20 | 33.90 | 8.85 | 0 | 25.05 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Well not sampled |
| MW-06R | 5/9/2008 | 5-20 | 33.90 | 8.82 | 0 | 25.08 | -- | 5/9/2008 | 9,700 | 1,300 | 42 | 450 | 82 | -- | 49 | ND-2 | ND-2 | ND-2 | 1,400 | -- |
| MW-06R | 7/29/2008 | 5-20 | 33.90 | 9.01 | 0 | 24.89 | -- | 7/7/2008 | 15,000 | 2,800 | 100 | 930 | 290 | -- | 110 | ND-3 | ND-3 | ND-3 | 2,400 | Gauge only |
| MW-06R | 10/6/2008 | 5-20 | 33.90 | 8.77 | 0 | 25.13 | 20.14 | 10/6/2008 | 15,000 | 2,800 | 87 | 780 | 240 | -- | 92 | ND-3 | ND-3 | ND-3 | 3,400 | -- |
| MW-06R | 1/6/2009 | 5-20 | 33.90 | 8.28 | 0 | 25.62 | 20.14 | 1/6/2009 | 19,000 | 4,600 | 170 | 1,900 | 490 | -- | 150 | ND-5 | ND-5 | ND-5 | 2,600 | -- |
| MW-06R | 4/6/2009 | 5-20 | 33.90 | 8.03 | 0 | 25.87 | 20.04 | 4/6/2009 | 18,000 | 4,200 | 140 | 1,600 | 520 | -- | 140 | ND-5 | ND-5 | ND-5 | 4,500 | -- |
| MW-06R | 7/1/2009 | 5-20 | 33.90 | 8.41 | 0 | 25.49 | 20.15 | 7/22/2009 | 19,000 | 4,100 | 140 | 1,400 | 420 | -- | 140 | 3 J | ND-3 | ND-3 | 4,500 | Singer in well |
| MW-06R | 1/15/2010 | 5-20 | 33.90 | 8.62 | 0 | 25.28 | 20.16 | 1/15/2010 | 17,000 | 5,100 | 150 | 1,000 | 290 | -- | 140 | ND-5 | ND-5 | ND-5 | 3,700 | Singer in well |
| MW-06R | 7/1/2010 | 5-20 | 33.90 | 8.61 | 0 | 25.29 | 20.08 | 7/1/2010 | 17,000 | 5,100 | 100 | 680 | 120 | -- | 170 | ND-10 | ND-10 | ND-10 | 4,000 | Singer in well |
| MW-07 | 7/11/1991 | 5-25 | -- | -- | -- | -- | -- | 7/11/1991 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW-07 | 10/4/1991 | 5-25 | -- | -- | -- | -- | -- | 10/4/1991 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

**SAIC**

# EXHIBIT 30

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


IN RE:  METHYL TERTIARY BUTYL )
ETHER ("MtBE").               )
                              )          MDL No. 1358 (SAS)
This Doument Relates To:      )
ORANGE COUNTY WATER DISTRICT  )
v. UNOCAL CORPORATION, et al.,)
Case No. 04CIV.4968 (SAS)     )
                              )
                              )
_____)



DEPOSITION OF ROY L. HERNDON

Costa Mesa, California

Saturday, December 10, 2005

Volume




Reported by:
SHERYL HILTON MEYER

CSR No. 2852

JOB No. 181473


EXHIBIT
30

Page 138

1    A   Yes.
2    Q   What?
3    A   Work of a similar nature to what Comex has done
4  in terms of reviewing site files, site data.
5    Q   Within the district?
6    A   Within the district.
7    Q   With your own personnel, right?
8    A   Yes.
9    Q   Okay.
10      MR. MILLER: Counsel, it is 1:30 and --
11      MR. ANDERSON: Well, what time do you have?
12  Give me two more minutes. I've got 1:28.
13      MR. MILLER: That's fine.
14      MR. ANDERSON: Okay.
15      MR. MILLER: But I don't believe your watch
16  says that. I can see it.
17      MR. ANDERSON: My watch is slow, but my
18  Blackberry which is my --
19      MR. PARKER: One watch says 1:27, Duane.
20      MR. ANDERSON: I know this hasn't been wound
21  for a while, I guess, because I haven't been ranting.
22      MR. MILLER: Take your two minutes.
23      MR. ANDERSON: Okay.
24      MR. MILLER: And I don't want to miss my plane.
25      MR. ANDERSON: And I don't want you to either.

Page 139

1      MR. MILLER: Thank you.
2  BY MR. ANDERSON:
3    Q   Under 8B it says "The district may expend
4  available funds to perform cleanup, abatement or remedial
5  work required under the circumstances." Okay. Has it
6  ever done so? Has it ever spent funds to perform
7  cleanup, abatement or remedial work with respect to any
8  MTBE site?
9    A   This is actually implementation of cleanup,
10  abatement and remedial work.
11    Q   Yeah, any of those.
12    A   So as an example say installing monitoring
13  wells or collecting samples in your -- that is not part
14  of the question I take it.
15    Q   I don't think of those as being cleanup,
16  abatement or remedial work.
17    A   Okay. Just so I'm clear on that, yeah, we have
18  not undertaken or expended funds for those activities
19  relating to MTBE that I'm aware of.
20    Q   Okay. Whether or not the board or the district
21  has actually spent money to do those things --
22    A   Sure.
23    Q   -- has the board of directors ever determined
24  that such effort was required by the magnitude of the
25  endeavor or the urgency of prompt action needed to

Page 140

1  prevent, abate or contain any threatened or existing
2  contamination of, or pollution to, the surface or
3  groundwaters of the district with respect to MTBE?
4    A   I'd say the best example of the answer to being
5  yes to that is this lawsuit.
6    Q   Okay. Bringing the lawsuit is what they have
7  decided to do?
8    A   That is one thing they have decided to do, yes.
9    Q   Okay. Other than bringing a lawsuit, has it
10  decided to do anything else under 8B?
11      MR. MILLER: Now he has to read the whole
12  paragraph which has several provisions as opposed to the
13  one you mentioned earlier. If you want him --
14      MR. ANDERSON: We'll limit it to the one that I
15  mentioned earlier that starts "The district may expend
16  available funds" and goes through the word "district" on
17  the sixth line, just that part of 8B.
18      MR. MILLER: Can I have just a moment? I need
19  to find where you are.
20      THE WITNESS: It's like the first sentence,
21  right?
22  BY MR. ANDERSON:
23    Q   Yeah, I think it is all one sentence.
24    A   Again taking a very strict interpretation of
25  actual cleanup and abatement or remediation, I'm not

Page 141

1  aware of where the district has spent money or made the
2  determination to go spend money to actually implement
3  those activities.
4    Q   My question is a little bit narrower than that.
5    A   Okay.
6    Q   It was even if it hasn't spent the money --
7    A   Oh, okay.
8    Q   -- has it made the determination, you know,
9  that cleanup, abatement and remedial work is necessary?
10      MR. MILLER: Again other than bringing this
11  lawsuit?
12      MR. ANDERSON: Correct, other than bringing
13  this lawsuit.
14      THE WITNESS: I don't believe they've made that
15  determination.
16      MR. ANDERSON: We have an agreement to stop
17  now. We'll get back together. We've talked about maybe
18  early January, but Mr. Miller and I will negotiate all of
19  that as well as the other issues that Mr. Miller has.
20      THE WITNESS: Okay.
21      MR. ANDERSON: Thank you. Off the record.
22      THE VIDEOGRAPHER: This concludes videotape
23  number 2 and concludes the December 10, 2005 videotaped
24  deposition of Roy Herndon. The time is 1:32 p.m. on
25  December 10th, 2005, and we're off the record.

Page 142

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, ROY L. HERNDON, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made such corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this _____ day of _____
16   20___, at _____
              (City)         (State)
17
18

19        _____
          ROY L. HERNDON
          Volume 1
20
21
22
23
24
25
```

Page 143

```
 1
 2
 3        I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5        That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13        I further certify that I am neither
14   financially interested in the action nor a relative or
15   employee of any attorney of any of the parties.
16        IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19   Dated:_____
20
21
          _____
          SHERYL HILTON MEYER
22        CSR NO. 2852
23
24
25
```

Page 144

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# EXHIBIT 31



16 September 2010

Ms. Denamarie Baker
Orange County Health Care Agency
Division of Environmental Health
1241 East Dyer Road, Suite 120
Santa Ana, California 92705-5611

RE:   **Groundwater Monitoring and Remedial Progress Report**
      **Third Quarter 2010 (7 May 2010 to 6 August 2010)**
      **ExxonMobil Oil Corporation Service Station 18JMY**
      ~~3470 Fairview Road~~
      Costa Mesa, California 92626
      OCHCA Case #94UT055

Dear Ms. Baker:

ETIC Engineering, Inc. has prepared this Quarterly Groundwater Monitoring and Remedial Progress Report for ExxonMobil Environmental Services Company, on behalf of ExxonMobil Oil Corporation. This report has been modified based on correspondence between the OCHCA and ExxonMobil Environmental Services Company regarding the reduction in the content of quarterly reports. The contents of this report include:

Exhibit 1– Groundwater Monitoring Report
      Quarterly Monitoring Report Summary Sheet
      List of Standard Acronyms and Abbreviations
      Attachment A   Groundwater Figures
      Attachment B   Groundwater Tables
      Attachment C   Field Documents
      Attachment D   Laboratory Analytical Reports and Chain-of-Custody Documentation

Exhibit 2 – Remedial Progress Report
      Quarterly Remedial Progress Report
      Quarterly Remediation Summary Sheet
      List of Standard Acronyms and Abbreviations
      Attachment A   Remediation Figures
      Attachment B   Remediation Tables
      Attachment C   Laboratory Analytical Reports and Chain-of-Custody Documentation
      Attachment D   Historical Data

Should you have any questions regarding this report, please contact Ms. Marla D. Madden, ExxonMobil Environmental Services Company, at (xxx) xxx-xxxx or the undersigned at (626) 432-5999.

Sincerely,

Ryan Haughy, P.G. #7851
Program Manager

Ross Inouye
Project Manager

cc:   Ms. Marla D. Madden, ExxonMobil Environmental Services Company
      Ms. Rose Scott, California Regional Water Quality Control Board, Santa Ana Region
      Mr. Jeffrey Reese, C.J. Segerstrom and Sons
      Mr. Ed Sirota, MFG, Inc.
      Ms. Meg Rosegay, Esq.

**EXHIBIT**
tabbies
**31**

TABLE I   MONITORING SCHEDULE AND WELL CONSTRUCTION DETAILS,
EXXONMOBIL OIL CORPORATION SERVICE STATION 18JMY,
3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA

| Well Number | Well Activities | | | | Date Installed | Well Location | Elevation TOC (feet) | Total Well Depth (feet bgs) | Borehole Diameter (inches) | Casing Diameter (inches) | Screened Interval (feet bgs) |
| | Gauge | Sample | Purge | LPH Removal | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BH5 | 1st/3rd | 1st/3rd | P | N/A | 08/08/91 | Offsite | 31.53 | 32 | 10 | 4 | 12-32 |
| BH6 | Q | Q | NP | N/A | 08/08/91 | Onsite | 34.64 | 33 | 10 | 4 | 12-33 |
| BH7 | Q | Q | NP | N/A | 03/10/93 | Onsite | 33.23 | 31.5 | 10 | 4 | 11-31.5 |
| BH8 | Q | Q | NP | N/A | 03/10/93 | Onsite | 34.16 | 30 | 10 | 4 | 10-30 |
| BH9 | 1st/3rd | 1st/3rd | NP | N/A | 03/10/93 | Onsite | 32.90 | 30 | 10 | 4 | 10-30 |
| MW10 | Q | Q | NP | N/A | 12/16/97 | Onsite | 33.47 | 31 | 10 | 4 | 10-31 |
| MW11 | Q | Q | NP | N/A | 12/16/97 | Onsite | 33.82 | 31 | 10 | 4 | 10-31 |
| MW12 | Q | Q | NP | N/A | 12/16/97 | Onsite | 33.98 | 31 | 10 | 4 | 10-31 |
| MW13 | Q | Q | NP | N/A | 12/16/97 | Onsite | 34.13 | 31 | 10 | 4 | 10-31 |
| MW14 | Q | Q | NP | N/A | 06/16/98 | Offsite | 32.79 | 30 | 10 | 4 | 10-30 |
| MW15 | Q | Q | NP | N/A | 06/16/98 | Offsite | 32.89 | 24 | 10 | 4 | 9-24 |
| MW16 | Q | Q | NP | N/A | 06/17/98 | Offsite | 33.68 | 23 | 10 | 4 | 9-23 |
| MW17 | 1st/3rd | 1st/3rd | NP | N/A | 06/17/98 | Offsite | 31.71 | 19 | 10 | 4 | 9-19 |
| MW18 | Q | Q | NP | N/A | 06/18/98 | Onsite | 34.05 | 30 | 10 | 4 | 10-30 |
| MW19A | Q | Q | NP | N/A | 06/18/98 | Offsite | 31.87 | 19 | 10 | 4 | 9-19 |
| MW19B | Q | Q | P | N/A | 06/18/98 | Offsite | 31.19 | 26 | 10 | 4 | 21-26 |
| MW20 | 1st/3rd | 1st/3rd | NP | N/A | 02/21/01 | Offsite | 31.95 | 20 | 10 | 4 | 7-20 |
| MW21 | Q | Q | NP | N/A | 02/21/01 | Offsite | 30.99 | 20 | 10 | 2 | 5-20 |
| MW22A | Q | Q | NP | N/A | 08/21/03 | Offsite | 32.86 | 18 | 10 | 2 | 8-18 |
| MW22B | Q | Q | P | N/A | 08/21/03 | Offsite | 32.86 | 35 | 10 | 2 | 25-35 |
| MW22C | Q | Q | P | N/A | 08/19/03 | Offsite | 32.75 | 65 | 10 | 2 | 55-65 |
| MW22D | Q | Q | P | N/A | 02/20/03 | Offsite | 32.94 | 90 | 10 | 2 | 80-90 |
| TCW1 | Q | Q | NP | N/A | -- | Onsite | 33.68 | 13 | 10 | 4 | 2-13 |

| | |
|---|---|
| bgs | Below ground surface. |
| LPH | Liquid-phase hydrocarbons. |
| N/A | Not applicable this quarter. |
| NP | No purge. |
| P | Purge. |
| Q | Quarterly. |
| TOC | Top of casing. |
| -- | Unknown. |
| 1st/3rd | First and third quarters only. |

Note:   Casing elevation survey conducted by William A. Teipe & Associates on 28 August 2001. TOC elevation data relative to OCS Benchmark CM-28-81 and NAVD88 vertical datum elevation.



SITE MAP
EXXONMOBIL OIL CORPORATION SERVICE STATION 18-JMY
3470 FAIRVIEW ROAD SERVICE
COSTA MESA, CALIFORNIA

FIGURE 2

TABLE 3   GROUNDWATER MONITORING DATA,
EXXONMOBIL OIL CORPORATION SERVICE STATION 18-JMY,
3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BH8 | 11/07/01 | 34.16 | 15.11 | 19.05 | 0.00 | 2,100 | ND<25 | ND<50 | ND<50 | ND<100 | | 1,600 | 33,000 | ND<100 | ND<100 | ND<100 | ND<100 | ND<100 | ND<100 |
| BH8 | 03/06/02 | 34.16 | 14.59 | 19.57 | 0.00 | 960 | ND<25 | ND<50 | ND<50 | ND<100 | | 5,400 | 27,000 | ND<100 | ND<100 | ND<100 | ND<100 | ND<100 | ND<100 |
| BH8 | 06/28/02 | 34.16 | 12.47 | 21.69 | 0.00 | 1,730 | ND<10 | ND<10 | ND<10 | ND<10 | | 3,800 | 18,400 | ND<10 | ND<10 | ND<10 | -- | -- | -- |
| BH8 | 09/12/02 | 34.16 | 20.20 | 13.96 | 0.00 | 1,720 | ND<10 | ND<10 | ND<10 | ND<10 | | 1,940 | 7,180 | ND<1.00 | ND<1.00 | 1.66 | -- | -- | -- |
| BH8 | 12/19/02 | 34.16 | 12.49 | 21.67 | 0.00 | 1,220 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.00 | | 1,590 | 2,320 | ND<0.50 | ND<0.50 | 0.6 | -- | -- | -- |
| BH8 | 03/13/03 | 34.16 | 20.17 | 13.99 | 0.00 | 1,200 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | | 1,570 | 3,960 | ND<0.50 | ND<0.50 | 1.6 | -- | -- | -- |
| BH8 | 06/16/03 | 34.16 | 11.02 | 23.14 | 0.00 | 593 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 703 | 3,870 | ND<1.00 | ND<1.00 | 1 | -- | -- | -- |
| BH8 | 09/16/03 | 34.16 | 28.69 | 5.47 | 0.00 | ND>50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 940 | 19,500 | ND<1.00 | ND<1.00 | 1.1 | -- | -- | ND<200 |
| BH8 | 12/11/03 | 34.16 | 15.81 | 18.35 | 0.00 | 248 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | | 413 | 3,530 | ND<0.50 | ND<0.50 | ND<0.50 | -- | -- | ND<10,000 |
| BH8 | 03/10/04 | 34.16 | 10.36 | 23.80 | 0.00 | 279 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.00 | | 427 | 7,470 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | 10,000 |
| BH8 | 06/01/04 | 34.16 | 12.24 | 21.92 | 0.00 | 826 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 1,000 | 13,200 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| BH8 | 09/01/04 | 34.16 | 12.84 | 21.32 | 0.00 | 52.5 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 510 | 2,700 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| BH8 | 12/01/04 | 34.16 | 11.14 | 23.02 | 0.00 | 333 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 396 | 3,080 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| BH8 | 03/24/05 | 34.16 | 7.91 | 26.25 | 0.00 | 299 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | | 348 | 2,500 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| BH8 | 06/09/05 | 34.16 | 18.89 | 15.27 | 0.00 | 361 | <1.00 | <1.00 | <1.00 | <1.00 | | 515 | 1,820 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 09/13/05 | 34.16 | 10.37 | 13.79 | 0.00 | 965 | <1.00 | <1.00 | <1.00 | <1.00 | | 127 | 4,860 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 12/14/05 | 34.16 | 18.06 | 16.10 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | | 1,560 | 865 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 03/14/06 | 34.16 | 10.30 | 23.86 | 0.00 | 1,170 | <1.00 | <1.00 | <1.00 | <1.00 | | 1,490 | 10,200 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 06/15/06 | 34.16 | 13.14 | 21.02 | 0.00 | 281 | <1.00 | <1.00 | <1.00 | <1.00 | | 498 | 5,290 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 09/13/06 | 34.16 | 11.72 | 22.44 | 0.00 | 686 | <1.00 | <1.00 | <1.00 | <1.00 | | 1,150 | 14,000 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 12/12/06 | 34.16 | 11.35 | 22.81 | 0.00 | 715 | <1.00 | <1.00 | <1.00 | <1.00 | | 463 | 1,700 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 03/15/07 | 34.16 | 14.96 | 19.20 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | | 454 | 4,290 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 06/13/07 | 34.16 | 11.64 | 18.52 | 0.00 | 538 | <1.00 | <1.00 | <1.00 | <1.00 | | 303 | 5,170 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 09/11/07 | 34.16 | 12.95 | 21.21 | 0.00 | 427 | <1.00 | <1.00 | <1.00 | <1.00 | | 299 | 8,740 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 12/11/07 | 34.16 | 19.48 | 14.68 | 0.00 | 264 | <1.00 | <1.00 | <1.00 | <1.00 | | 48.7 | 1,070 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 03/11/08 | 34.16 | 21.27 | 12.89 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | | 32.1 | 563 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 06/11/08 | 34.16 | 12.47 | 21.69 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | | 35.2 | 636 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 08/06/08 | 34.16 | 12.71 | 21.45 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | | 122 | 8,390 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| BH8 | 11/06/08 | 34.16 | 24.50 | 09.66 | 0.00 | 83.1 | <1.0 | <1.0 | <1.0 | <1.0 | | 20 | 83 | <1.0 | 0.28 J | <1.0 | -- | <50 | -- |
| BH8 | 02/05/09 | 34.16 | 12.42 | 21.74 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | | <2.0 | 2,000 | <1.0 | <1.0 | <1.0 | -- | <50 | -- |
| BH8 | 05/07/09 | 34.16 | 12.97 | 21.19 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | | 6.3 | 190 | <1.0 | <1.0 | <1.0 | -- | <50 | -- |
| BH8 | 08/06/09 | 34.16 | 13.03 | 21.13 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | | 2.0 | 57 | <1.0 | 0.34 J | <1.0 | -- | 210.I | -- |
| BH8 | 11/10/09 | 34.16 | 10.22 | 23.94 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | | 14 | 9,000 | <1.0 | <1.0 | <1.0 | -- | 62.I | -- |
| BH8 | 02/04/10 | 34.16 | 9.45 | 24.71 | 0.00 | 390 C | <1.0 | <1.0 | <1.0 | <1.0 | | 220 | | <1.0 | <1.0 | <1.0 | -- | 59.I | -- |
| BH8 | 05/06/10 | 34.16 | 11.34 | 22.82 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | | 31 | 62.1 | <1.0 | <1.0 | <1.0 | -- | <250 | -- |
| BH8 | 08/05/10 | 34.16 | | | 0.00 | | | | | | | | | | | | | | |

SCREEN INTERVAL (feet bgs) 10-30

| BH9 | 03/20/93 | 30.74 | -- | 18.86 | -- | ND | ND | ND | ND | ND | | | | | | | -- | -- | -- |
| BH9 | 04/21/93 | 30.74 | 11.88 | 17.81 | 0.00 | ND | ND | ND | ND | ND | | | | | | | -- | -- | -- |
| BH9 | 06/18/93 | 30.74 | 12.93 | -- | 0.00 | ND | ND | ND | ND | ND | | | | | | | -- | -- | -- |
| BH9 | 09/11/93 | 30.74 | -- | 16.38 | -- | ND | ND | ND | ND | ND | | | | | | | -- | -- | -- |
| BH9 | 11/02/93 | 30.74 | 14.36 | 18.86 | 0.00 | 2200 | ND | ND | ND | ND | 3,100 | | | | | | -- | -- | -- |
| BH9 | 02/15/94 | 30.74 | 11.88 | 19.35 | 0.00 | 2700 | ND | ND | ND | ND | 3,100 | | | | | | -- | -- | -- |
| BH9 | 05/03/94 | 30.74 | 11.39 | 18.63 | 0.00 | 2800 | ND | ND | ND | ND | 2,500 | | | | | | -- | -- | -- |
| BH9 | 06/03/94 | 30.74 | 12.11 | 18.36 | 0.00 | ND | ND | ND | ND | ND | 2,500 | | | | | | -- | -- | -- |
| BH9 | 06/02/94 | 30.74 | 12.38 | | 0.00 | ND | 1.9 | ND | ND | ND | 2,400 | | | | | | -- | -- | -- |
| BH9 | 10/18/95 | 30.74 | 14.80 | 15.94 | 0.00 | 1700 | ND | ND | ND | ND | 2,200 | | | | | | -- | -- | -- |
| BH9 | 07/23/96 | 30.74 | 15.22 | 15.52 | 0.00 | ND | ND | ND | ND | ND | 17,000 | | | | | | -- | -- | -- |

## TABLE 3  GROUNDWATER MONITORING DATA,
### EXXONMOBIL OIL CORPORATION SERVICE STATION 18JMY,
### 3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (ug/L) | Benzene (ug/L) | Toluene (ug/L) | Ethyl-benzene (ug/L) | Total Xylenes (ug/L) | MTBE 8020B (ug/L) | MTBE 8260B (ug/L) | TBA (ug/L) | DIPE (ug/L) | ETBE (ug/L) | TAME (ug/L) | Ethanol 8015M (ug/L) | Ethanol 8260B (ug/L) | Methanol (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW18 | 03/05/02 | 34.05 | 15.52 | 18.53 | 0.00 | ND<100 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2 | --- | 37 | ND<50 | --- | ND<2.0 | ND<2.0 | --- | --- | ND<100 |
| MW18 | 06/12/02 | 34.05 | 15.03 | 19.02 | 0.00 | ND<50 | ND<1.0 | ND<1.0 | ND<1.0 | ND<2.0 | --- | 91.2 | <100 | ND<1.0 | ND<1.0 | ND<1.0 | --- | ND<100 | --- |
| MW18 | 09/12/02 | 34.05 | 22.81 | 11.24 | 0.00 | ND<50.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.00 | --- | 4.76 | ND<100 | ND<1.0 | ND<1.0 | ND<1.0 | --- | --- | --- |
| MW18 | 12/18/02 | 34.05 | 15.12 | 18.93 | 0.00 | 572 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | --- | 99 | 11.2 | ND<0.50 | ND<0.50 | ND<0.50 | --- | --- | --- |
| MW18 | 03/13/03 | 34.05 | 15.48 | 18.57 | 0.00 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | --- | 5.4 | 0.2 | ND<0.50 | ND<0.50 | ND<0.50 | --- | --- | --- |
| MW18 | 06/16/03 | 34.05 | 13.70 | 20.35 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 5.4 | 93.2 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 09/16/03 | 34.05 | 26.14 | 7.91 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 27.4 | <100 | ND<1.00 | ND<1.00 | ND<1.00 | --- | ND<200 | ND<10,000 |
| MW18 | 12/11/03 | 34.05 | 16.06 | 17.99 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 6.8 | 70.9 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 03/10/04 | 34.05 | 13.54 | 20.51 | 0.00 | 77.9 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 13.7 | 203 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 06/01/04 | 34.05 | 15.02 | 19.03 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 6.1 | 44.6 | ND<1.00 | ND<1.00 | ND<1.00 | --- | ND<200 | ND<10,000 |
| MW18 | 09/01/04 | 34.05 | 15.87 | 18.18 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 33.7 | 286 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 12/01/04 | 34.05 | 14.65 | 19.40 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 16.2 | 334 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 04/08/05 | 34.05 | 10.96 | 23.09 | 0.00 | 81.6 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | --- | 3.2 | 96.6 | ND<1.00 | ND<1.00 | ND<1.00 | --- | --- | --- |
| MW18 | 06/09/05 | 34.05 | 11.83 | 22.22 | 0.00 | <50.0 | ND<1.00 | ND<1.00 | ND<1.00 | 0.60 | --- | 8.2 | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | --- | --- | --- |
| MW18 | 09/13/05 | 34.05 | 17.12 | 16.93 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 122 | <100 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 12/14/05 | 34.05 | 12.51 | 21.54 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 81.7 | 94.3 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 05/15/06 | 34.05 | 19.22 | 14.83 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 10.3 | 51.2 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 06/13/06 | 34.05 | 11.67 | 22.38 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 6.60 | 84.0 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 12/12/06 | 34.05 | 12.13 | 21.92 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 8.17 | 105 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 03/16/07 | 34.05 | 12.59 | 21.46 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 9.76 | 636 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 06/13/07 | 34.05 | 14.78 | 19.27 | 0.00 | 162 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 15.0 | 101 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 09/11/07 | 34.05 | 14.50 | 19.55 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 6.36 | 59.6 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 12/11/07 | 34.05 | 14.85 | 19.20 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | --- | 7.45 | 54.0 | <1.00 | <1.00 | <1.00 | --- | --- | --- |
| MW18 | 03/11/08 | 34.05 | 14.44 | 19.61 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 6.14 | 38.2 | <1.0 | <1.0 | <1.0 | --- | --- | --- |
| MW18 | 04/11/08 | 34.05 | 14.44 | 19.59 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 4.69 | 15.9 | <1.0 | <1.0 | <1.0 | --- | --- | --- |
| MW18 | 08/06/08 | 34.05 | 15.27 | 18.78 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 2.40 | 25.2 | <1.0 | <1.0 | <1.0 | --- | --- | --- |
| MW18 | 11/06/08 | 34.05 | 14.44 | 19.61 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 2.11 | 23.0 | <1.0 | <1.0 | <1.0 | --- | --- | --- |
| MW18 | 02/06/09 | 34.05 | 17.76 | 16.29 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 2.36 | <10.0 | <1.0 | <1.0 | <1.0 | --- | --- | --- |
| MW18 | 05/08/09 | 34.05 | 14.51 | 19.54 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | <3.00 | 44.3 | <1.0 | <1.0 | <1.0 | --- | <250 | --- |
| MW18 | 08/06/09 | 34.05 | 15.05 | 19.00 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | <3.00 | 36 | <1.0 | <1.0 | <1.0 | --- | 70 J | --- |
| MW18 | 11/06/09 | 34.05 | 15.95 | 18.10 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 0.883 | 18 | <1.0 | <1.0 | <1.0 | --- | 97.1 | --- |
| MW18 | 02/04/10 | 34.05 | 12.90 | 21.15 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 1.57 | 72.1 | <1.0 | <1.0 | <1.0 | --- | 97.1 | --- |
| MW18 | 05/07/10 | 34.05 | 12.34 | 21.71 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 0.441 | 37.7 | <1.0 | <1.0 | <1.0 | --- | 270 | --- |
| MW18 | 08/26/10 | 34.05 | 20.60 | 13.45 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | --- | 0.331 | 10 | <1.0 | <1.0 | <1.0 | --- | <250 | --- |
| MW18 | | | | | | | | | | | | 2.0 J | 53 | | | | | 170 J | |

**SCREEN INTERVAL: (feet bgs) 9-19**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (ug/L) | Benzene (ug/L) | Toluene (ug/L) | Ethyl-benzene (ug/L) | Total Xylenes (ug/L) | MTBE 8020B (ug/L) | MTBE 8260B (ug/L) | TBA (ug/L) | DIPE (ug/L) | ETBE (ug/L) | TAME (ug/L) | Ethanol 8015M (ug/L) | Ethanol 8260B (ug/L) | Methanol (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW19A | 06/23/98 | 31.85 | 9.58 | 22.27 | 0.00 | 60 | ND | ND | ND | ND | ND | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 09/16/98 | 31.85 | --- | --- | 0.00 | - | - | - | - | - | ND | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 12/17/98 | 31.85 | 10.98 | 20.87 | 0.00 | 90 | ND | ND | ND | ND | ND | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 02/23/99 | 31.85 | 10.71 | 21.14 | 0.00 | 90 | ND | ND | ND | ND | ND | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 05/18/99 | 31.85 | 9.04 | 22.81 | 0.00 | 100 | 4.8 | 4.3 | 3 | 4.4 | 5.7 | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 08/26/99 | 31.85 | 11.38 | 20.47 | 0.00 | ND<500 | ND<0.30 | ND<0.30 | ND<0.30 | ND<0.30 | ND<5.0 | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 01/17/00 | 31.85 | 11.74 | 20.11 | 0.00 | ND<500 | ND<0.30 | ND<0.30 | ND<0.30 | ND<0.30 | 7.5 | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 03/16/00 | 31.85 | 10.64 | 21.21 | 0.00 | ND<500 | ND<0.30 | ND<0.30 | ND<0.30 | ND<0.30 | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MW19A | 06/20/00 | 31.85 | 10.97 | 20.88 | 0.00 | ND<500 | ND<0.60 | ND<0.60 | ND<0.30 | ND<0.60 | --- | ND<1.0 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | --- | --- | ND<100 |
| MW19A | 09/21/00 | 31.85 | 12.13 | 19.72 | 0.00 | ND<500 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | --- | ND<1.0 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | --- | --- | ND<100 |
| MW19A | 11/15/00 | 31.85 | 12.43 | 19.42 | 0.00 | ND<500 | ND<0.30 | ND<1.0 | ND<1.0 | ND<2.0 | --- | ND<1.0 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | --- | --- | ND<100 |
| MW19A | 01/20/01 | 31.85 | 11.60 | 20.25 | 0.00 | ND<500 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | --- | ND<1.0 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | --- | --- | ND<100 |

1:\Projects\EXXMNS\Public\Quarterly Reports\2010\Q3\Q310EM_GW_Tables.xls

17 of 25

**TABLE 3  GROUNDWATER MONITORING DATA,**
**EXXONMOBIL OIL CORPORATION SERVICE STATION 18JMY,**
**3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 82608 (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW19A | 04/02/01 | 31.85 | 9.76 | 22.09 | 0.00 | ND<500 | ND<1.0 | ND<2.0 | ND<2.0 | ND<4.0 | ND<2.0 | — | ND<100 | ND<4.0 | ND<4.0 | ND<4.0 | ND<4.0 | — | — | ND<100 |
| MW19A | 07/03/01 | 31.85 | 11.26 | 20.59 | 0.00 | 100 | ND<1.0 | ND<2.0 | ND<2.0 | ND<4.0 | ND<2.0 | — | ND<100 | ND<4.0 | ND<4.0 | ND<4.0 | ND<4.0 | — | — | ND<100 |
| MW19A | 11/07/01 | 31.85 | 12.35 | 19.50 | 0.00 | ND<100 | ND<0.50 | ND<0.50 | ND<1.0 | ND<2.0 | ND<1.0 | — | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | — | ND<100 |
| MW19A | 05/05/02 | 31.87 | 11.12 | 20.55 | 0.00 | ND<100 | ND<0.50 | ND<1.00 | ND<1.0 | ND<2.0 | ND<1.0 | — | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | — | ND<100 |
| MW19A | 06/13/02 | 31.87 | 12.60 | 19.27 | 0.00 | 53 | ND<1.00 | ND<1.00 | ND<1.0 | ND<2.0 | ND<2.0 | — | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | — | ND<100 |
| MW19A | 09/12/02 | 31.87 | 13.06 | 18.81 | 0.00 | 1700 | ND<1.00 | ND<1.00 | ND<1.0 | ND<1.00 | ND<2.0 | — | ND<100 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.00 | — | — | — |
| MW19A | 12/19/02 | 31.87 | 12.74 | 19.13 | 0.00 | 63.6 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<0.50 | — | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | — | ND<200 | ND<10,000 |
| MW19A | 03/11/03 | 31.87 | 12.58 | 19.29 | 0.00 | 65.7 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<0.50 | — | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | — | — | — |
| MW19A | 06/16/03 | 31.87 | 11.48 | 20.39 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 09/16/03 | 31.87 | 11.27 | 19.60 | 0.00 | 82.3 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 03/11/04 | 31.87 | 11.44 | 20.43 | 0.00 | 66.6 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 06/01/04 | 31.87 | 12.34 | 19.53 | 0.00 | 102 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 09/01/04 | 31.87 | 8.33 | 23.54 | 0.00 | 67.7 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 02/24/05 | 31.87 | 9.76 | 22.11 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW19A | 06/09/05 | 31.87 | 10.45 | 21.42 | 0.00 | 61.5 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 09/19/05 d | 31.87 | 10.33 | 21.54 | 0.00 | 84.5 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 12/14/05 d | 31.87 | 9.95 | 21.92 | 0.00 | 76.7 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 03/15/06 d | 31.87 | 9.45 | 22.42 | 0.00 | 70.0 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 06/15/06 | 31.87 | 9.93 | 21.94 | 0.00 | ND<50.0 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 09/14/06 | 31.87 | 9.97 | 21.90 | 0.00 | 57.4 | <1.00 | <1.00 | <1.00 | <1.00 | <1.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 12/12/06 | 31.87 | 10.06 | 21.81 | 0.00 | 56 | <1.00 | <1.00 | <1.00 | <1.00 | <2.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 03/16/07 | 31.87 | 9.95 | 21.92 | 0.00 | <50 | <1.00 | <1.00 | <1.00 | <1.00 | <2.00 | — | <10.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW19A | 06/13/07 | 31.87 | 11.01 | 20.86 | 0.00 | <50.0 | <1.0 | <1.0 | <1.0 | <1.0 | <2.00 | — | <10.0 | <1.00 | <1.0 | <1.0 | <1.0 | — | <250 | — |
| MW19A | 09/12/07 | 31.87 | 11.40 | 20.47 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | <2.00 | — | <10.0 | <1.0 | <1.0 | <1.0 | <1.0 | — | <250 | — |
| MW19A | 12/11/07 | 31.87 | 10.84 | 21.03 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | <2.00 | — | <10.0 | <1.0 | <1.0 | <1.0 | <1.0 | — | <250 | — |
| MW19A | 03/12/08 d+ | 31.87 | 11.31 | 20.56 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | <2.00 | — | <10.0 | <1.0 | <1.0 | <1.0 | <1.0 | — | — | — |
| MW19A | 06/11/08 | 31.87 | 11.57 | 20.10 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 08/07/08 | 31.87 | 12.12 | 19.75 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 11/06/08 | 31.87 | 12.15 | 19.72 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 02/06/09 | 31.87 | 11.40 | 20.47 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 05/07/09 | 31.87 | 12.07 | 19.80 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 08/07/09 | 31.87 | 12.40 | 19.47 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 11/10/09 d | 31.87 | 11.02 | 20.85 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 02/05/10 d | 31.87 | 10.63 | 21.24 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 05/20/10 | 31.87 | 11.13 | 20.74 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MW19A | 08/06/10 | 31.87 | 11.15 | 20.72 | 0.00 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |

**MW19B  SCREEN INTERVAL: (feet bgs) 21-26**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 82608 (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW19B | 06/23/98 | 31.87 | 9.98 | 21.89 | 0.00 | 130 | ND | ND | ND | ND | 15 | — | — | — | — | — | — | — | — | — |
| MW19B | 09/16/98 | 31.87 | 10.49 | 21.38 | 0.00 | ND | ND | ND | ND | ND | ND | — | — | — | — | — | — | — | — | — |
| MW19B | 12/17/98 | 31.87 | 10.22 | 21.65 | 0.00 | 270 | ND | 0.5 | ND | ND | ND | — | — | — | — | — | — | — | — | — |
| MW19B | 02/23/99 | 31.87 | 9.06 | 22.81 | 0.00 | 330 | 14 | 12 | 9.2 | 11 | = | — | — | — | — | — | — | — | — | — |
| MW19B | 04/18/99 | 31.87 | 10.95 | 20.92 | 0.00 | ND | ND | ND | ND | 11 | 8.5 | — | — | — | — | — | — | — | 170.11 | — |
| MW19B | 08/26/99 | 31.87 | 11.19 | 20.68 | 0.00 | ND | ND | ND | ND | ND | = | — | — | — | — | — | — | — | <250 | — |
| MW19B | 01/17/00 | 31.87 | 10.08 | 21.79 | 0.00 | ND<500 | ND<0.30 | ND<0.30 | ND<0.30 | ND<0.60 | 5.5 | ND<0.50 | — | — | — | — | — | — | <250 | ND<100 |
| MW19B | 04/16/00 | 31.87 | 10.43 | 21.44 | 0.00 | ND<500 | ND<0.50 | ND<1.0 | ND<1.0 | ND<0.60 | ND<0.50 | ND<1.00 | ND<50 | ND<2.0 | ND<2.0 | ND<1.0 | ND<1.0 | — | — | ND<100 |
| MW19B | 09/21/00 | 31.87 | 11.62 | 20.25 | 0.00 | ND<500 | ND<1.0 | ND<1.0 | ND<1.0 | ND<2.0 | ND<1.0 | ND<1.00 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | <250 | ND<100 |
| MW19B | 11/15/00 | 31.87 | 11.13 | 20.74 | 0.00 | ND<500 | ND<1.0 | ND<1.0 | ND<1.0 | ND<2.0 | ND<1.0 | ND<1.00 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | <250 | ND<100 |
| MW19B | 01/30/01 | 31.87 | 10.85 | 21.02 | 0.00 | ND<500 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | ND<1.0 | ND<1.00 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | — | <250 | ND<100 |

**TABLE 1   GROUNDWATER MONITORING DATA,**
**EXXONMOBIL OIL CORPORATION SERVICE STATION 18 IMY,**
**3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW19B | 04/02/01 | 31.87 | 9.11 | 22.76 | 0.00 | ND<500 | 4.2 | ND<5.0 | ND<5.0 | ND<10.0 | - | ND<5.0 | ND<250 | ND<10 | ND<10 | ND<10 | ND<100 | - | ND<100 |
| MW19B | 07/30/01 | 31.87 | 10.73 | 21.14 | 0.00 | 210 | ND<2.5 | ND<5.0 | ND<5.0 | ND<10.0 | - | ND<5.0 | ND<250 | ND<10 | ND<10 | ND<10 | ND<100 | - | ND<100 |
| MW19B | 11/07/01 | 31.87 | 11.92 | 19.95 | 0.00 | 120 | ND<2.5 | ND<5.0 | ND<5.0 | ND<10.0 | - | ND<2.5 | ND<250 | ND<10 | ND<10 | ND<10 | ND<100 | - | ND<100 |
| MW19B | 03/06/02 | 31.19 | 10.70 | 20.49 | 0.00 | ND<100 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | - | ND<5.0 | ND<250 | ND<5.0 | ND<5.0 | ND<5.0 | ND<100 | - | ND<100 |
| MW19B | 06/13/02 | 31.19 | 11.74 | 19.45 | 0.00 | 285 | 1.39 | ND<1.00 | ND<1.00 | 3.69 | - | ND<2.00 | ND<10.0 | ND<2.0 | ND<1.0 | ND<1.0 | ND<100 | - | ND<100 |
| MW19B | 09/12/02 | 31.19 | 12.31 | 18.88 | 0.00 | 165 | 1.37 | ND<1.00 | ND<1.00 | 5.96 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<100 | - | ND<100 |
| MW19B | 12/19/02 | 31.19 | 12.10 | 19.09 | 0.00 | 189 | 1.4 | ND<1.00 | 0.6 | 4.6 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<100 | ND<300 | ND<10,000 |
| MW19B | 01/13/03 | 31.19 | 11.30 | 19.89 | 0.00 | 99.9 | ND<1.00 | ND<1.00 | 1.8 | 1.8 | - | ND<0.50 | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | - | - | - |
| MW19B | 05/01/03 | 31.19 | 10.98 | 20.21 | 0.00 | 106 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<0.50 | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | - | - | - |
| MW19B | 09/16/03 | 31.19 | 11.50 | 19.69 | 0.00 | 172 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<1.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW19B | 03/11/04 | 31.19 | 10.74 | 20.45 | 0.00 | 93.8 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW19B | 09/01/04 | 31.19 | 11.82 | 19.37 | 0.00 | 93.6 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW19B | 02/24/05 | 31.19 | 9.18 | 22.01 | 0.00 | - | - | - | - | - | - | ND<2.00 | - | - | - | - | - | - | - |
| MW19B | 06/09/05 | 31.19 | 9.22 | 21.97 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 12/13/05 | 31.19 | 9.85 | 21.34 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 12/14/05 | 31.19 | 9.74 | 21.45 | 0.00 | 100 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 03/15/06 | 31.19 | 9.17 | 22.02 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 06/13/06 | 31.19 | 8.83 | 22.36 | 0.00 | 101 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 09/14/06 | 31.19 | 9.32 | 21.87 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 12/12/06 | 31.19 | 9.48 | 21.71 | 0.00 | 92.6 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 03/15/07 | 31.19 | 9.13 | 22.06 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 06/12/07 | 31.19 | 9.36 | 20.74 | 0.00 | 94.5 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 09/12/07 | 31.19 | 10.45 | 20.74 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 12/11/07 | 31.19 | 10.99 | 20.20 | 0.00 | 96.1 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 03/12/08 | 31.19 | 10.08 | 21.11 | 0.00 | - | - | - | - | - | - | <2.00 | - | - | - | - | - | - | - |
| MW19B | 06/11/08 | 31.19 | 10.81 | 20.38 | 0.00 | 118 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW19B | 09/07/08 | 31.19 | 11.58 | 20.14 | 0.00 | - | - | - | - | - | - | <2.0 | - | - | - | - | - | - | - |
| MW19B | 11/06/08 | 31.19 | 10.86 | 19.51 | 0.00 | 81 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | - | - |
| MW19B | 02/06/09 | 31.19 | 10.14 | 20.04 | 0.00 | - | - | - | - | - | - | <2.0 | - | - | - | - | - | - | - |
| MW19B | 05/07/09 | 31.19 | 11.53 | 20.33 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | 511 | <250 | - |
| MW19B | 11/11/09 | 31.19 | 11.88 | 19.66 | 0.00 | - | - | - | - | - | - | <2.0 | - | - | - | - | 110 LI | 52 I | - |
| MW19B | 02/05/10 | 31.19 | 11.15 | 19.31 | 0.00 | 52 C | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | 52 I | - |
| MW19B | 05/07/10 | 31.19 | 11.90 | 21.05 | 0.00 | 30 C J | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | - | - | - |
| MW19B | 09/16/10 | 31.19 | 9.82 | 21.37 | 0.00 | 60 C | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | ND<200 | ND<10,000 | - |
| MW19B | 08/06/10 | 31.19 | 10.47 | 20.73 | 0.00 | - | - | - | - | - | - | <2.0 | - | <1.0 | <1.0 | <1.0 | - | <250 | - |

**MW19B SCREEN INTERVAL (feet bgs) 7-20**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW20 | 04/24/01 | 31.95 | 9.55 | 22.40 | 0.00 | ND<500 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | - | 1.2 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<100 | - | ND<100 |
| MW20 | 07/30/01 | 31.95 | 11.27 | 20.68 | 0.00 | ND<100 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | - | 23 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<100 | - | ND<100 |
| MW20 | 11/07/01 | 31.95 | 12.33 | 19.62 | 0.00 | ND<100 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | - | 100 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<100 | - | ND<100 |
| MW20 | 03/06/02 | 31.95 | 10.90 | 21.05 | 0.00 | ND<100 | ND<0.50 | ND<1.0 | ND<1.0 | ND<2.0 | - | 220 | ND<50 | ND<2.0 | ND<2.0 | ND<2.0 | ND<100 | - | ND<100 |
| MW20 | 06/13/02 | 31.95 | 11.98 | 19.97 | 0.00 | 61 | ND<1.00 | ND<1.0 | ND<1.0 | ND<2.0 | - | 225 | ND<50 | ND<2.0 | ND<1.0 | ND<1.0 | ND<100 | - | - |
| MW20 | 09/12/02 | 31.95 | 13.27 | 18.68 | 0.00 | ND<50.0 | ND<1.00 | ND<1.0 | ND<1.0 | ND<2.0 | - | 223 | ND<50 | ND<2.0 | ND<1.0 | ND<1.0 | ND<100 | - | - |
| MW20 | 12/19/02 | 31.95 | 12.17 | 19.78 | 0.00 | 88.2 | ND<1.00 | ND<1.0 | ND<1.0 | ND<2.0 | - | 222 | ND<50 | ND<1.0 | ND<1.0 | ND<1.0 | ND<100 | - | - |
| MW20 | 03/11/03 | 31.95 | 11.90 | 20.05 | 0.00 | 204 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | 184 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<100 | ND<200 | ND<10,000 |
| MW20 | 06/16/03 | 31.95 | 11.60 | 20.35 | 0.00 | 200 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | 261 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<100 | - | - |
| MW20 | 09/16/03 | 31.95 | 12.42 | 19.53 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | 29.3 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<100 | - | - |

**MW20 SCREEN INTERVAL (feet bgs) 7-20**

I:\Projects\ExxonMobil\Data\Quarterly Reports\2010\Q3\[18MY_GW_Tables.xls]Table1

TABLE 3  GROUNDWATER MONITORING DATA,
EXXONMOBIL OIL CORPORATION SERVICE STATION 18JMY,
3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA

| Well Number | Date | Notes | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW21 | 06/09/03 | | 30.99 | 8.05 | 22.94 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 09/13/05 | | 30.99 | 9.65 | 21.34 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 12/14/05 | | 30.99 | 9.68 | 21.31 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 03/15/06 | | 30.99 | 9.21 | 21.78 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 06/15/06 | | 30.99 | 8.71 | 22.28 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 09/14/06 | | 30.99 | 9.46 | 21.53 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 12/12/06 | | 30.99 | 9.72 | 21.27 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 03/16/07 | | 30.99 | 9.50 | 21.49 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 06/13/07 | d | 30.99 | 9.57 | 21.42 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 09/12/07 | d | 30.99 | 10.69 | 20.30 | 0.00 | 56.1 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 12/11/07 | | 30.99 | 11.07 | 19.92 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 03/12/08 | d | 30.99 | 9.35 | 21.64 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 06/11/08 | | 30.99 | 19.67 | 11.32 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 08/07/08 | | 30.99 | 10.80 | 20.19 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW21 | 11/06/08 | | 30.99 | 11.50 | 19.49 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 02/05/09 | d,e | 30.99 | 10.81 | 20.18 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | -- | -- |
| MW21 | 05/07/09 | | 30.99 | 10.52 | 20.47 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 08/07/09 | | 30.99 | 11.33 | 19.66 | 0.00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MW21 | 11/10/09 | e | 30.99 | 11.75 | 19.24 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | <250 | -- |
| MW21 | 02/05/10 | d | 30.99 | 9.72 | 21.27 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | <250 | -- |
| MW21 | 03/07/10 | | 30.99 | 9.50 | 21.49 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | <250 / 80.1 | -- |
| MW21 | 08/06/10 | | 30.99 | 10.45 | 20.54 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | <250 | -- |

SCREEN INTERVAL (feet bgs) 8-18

| Well Number | Date | Notes | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW22A | 09/16/03 | | 32.86 | 14.49 | 18.37 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 12/11/03 | | 32.86 | 13.84 | 19.02 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<0.50 | ND<0.50 | ND<1.00 | ND<0.50 | ND<1.00 | -- | -- | -- |
| MW22A | 03/10/04 | | 32.86 | 13.15 | 19.71 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<10.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 06/01/04 | | 32.86 | 13.29 | 19.57 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 09/01/04 | | 32.86 | 14.08 | 18.78 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 12/01/04 | | 32.86 | 13.05 | 19.81 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 03/24/05 | | 32.86 | 13.21 | 19.65 | 0.00 | ND<50.00 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 06/09/05 | | 32.86 | 11.06 | 21.80 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | -- | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | -- | -- | -- |
| MW22A | 09/13/05 | | 32.86 | 11.31 | 21.55 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 12/14/05 | | 32.86 | 11.85 | 21.01 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 03/15/06 | | 32.86 | 11.76 | 21.10 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 06/15/06 | | 32.86 | 11.14 | 21.72 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | 1.37 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 09/14/06 | | 32.86 | 10.96 | 21.90 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 12/15/06 | | 32.86 | 11.43 | 21.43 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 03/15/07 | | 32.86 | 11.51 | 21.35 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 06/13/07 | | 32.86 | 11.06 | 21.80 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 09/11/07 | d | 32.86 | 11.33 | 21.53 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 12/11/07 | | 32.86 | 12.66 | 20.20 | 0.00 | 183 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 03/11/08 | d | 32.86 | 13.20 | 19.66 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 06/11/08 | | 32.86 | 12.32 | 20.54 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 08/06/08 | | 32.86 | 13.14 | 19.72 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 11/07/08 | | 32.86 | 13.54 | 19.32 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 02/05/09 | d,e | 32.86 | 14.10 | 18.76 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | -- | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | -- | -- | -- |
| MW22A | 05/08/09 | | 32.86 | 13.55 | 19.31 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | <250 | -- |
| MW22A | 08/06/09 | | 32.86 | 14.10 | 18.76 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | -- | <2.0 | <10 | <1.0 | <1.0 | <1.0 | -- | 45.J | -- |

**TABLE 3  GROUNDWATER MONITORING DATA,**
**EXXONMOBIL OIL CORPORATION SERVICE STATION 18-JMY,**
**3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA**

| Well Number | Date | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW22A | 11/10/09 | 32.86 | 14.42 | 18.44 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | - | 270 | - |
| MW22A | 02/04/10 | 32.86 | 12.26 | 20.60 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | - | 53.1 J | - |
| MW22A | 05/06/10 | 32.86 | 12.07 | 20.79 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | - | 61 J | - |
| MW22A | 08/05/10 | 32.86 | 12.84 | 20.02 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | - | <2.0 | <10 | <1.0 | <1.0 | <1.0 | - | 150 J | - |
| MW22B | **SCREEN INTERVAL (feet bgs) 25-35** | | | | | | | | | | | | | | | | | | |
| MW22B | 09/16/03 | 32.86 | 14.09 | 18.77 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 12/11/03 | 32.86 | 13.86 | 19.00 | 0.00 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | - | ND<0.50 | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | - | - | - |
| MW22B | 03/17/04 | 32.86 | 12.82 | 20.04 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 06/01/04 | 32.86 | 13.24 | 19.62 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 09/01/04 | 32.86 | 14.02 | 18.84 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 12/01/04 | 32.86 | 12.98 | 19.88 | 0.00 | 54.2 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 02/17/05 | 32.86 | 10.28 | 22.58 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 03/24/05 | 32.86 | 10.13 | 22.73 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22B | 06/09/05 | 32.86 | 11.32 | 21.54 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 09/13/05 | 32.86 | 11.89 | 20.97 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 12/14/05 | 32.86 | 11.58 | 21.28 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 03/15/06 | 32.86 | 10.97 | 21.89 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 06/15/06 | 32.86 | 10.57 | 22.29 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 09/14/06 | 32.86 | 11.18 | 21.68 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 12/13/06 | 32.86 | 11.28 | 21.58 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 03/15/07 | 32.86 | 10.97 | 21.89 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 06/13/07 | 32.86 | 10.97 | 21.89 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 09/12/07 | 32.86 | 11.31 | 21.55 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 12/11/07 | 32.86 | 12.75 | 20.11 | 0.00 | 146 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 03/11/08 | 32.86 | 13.22 | 19.64 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | 1.08 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 05/01/08 | 32.86 | 13.37 | 20.49 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 06/03/08 | 32.86 | 13.20 | 19.66 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 09/03/08 | 32.86 | 13.53 | 19.33 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 10/07/08 | 32.86 | 14.08 | 18.78 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 02/02/09 | 32.86 | 13.49 | 19.37 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22B | 05/06/09 | 32.86 | 13.18 | 19.68 | 0.00 | <50.0 | <1.00 | <1.00 | 0.30 J | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | <50 | - |
| MW22B | 08/06/09 | 32.86 | 13.58 | 18.88 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | 75 J | - |
| MW22B | 11/10/09 | 32.86 | 14.31 | 18.55 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | <50 | - |
| MW22B | 02/04/10 | 32.86 | 12.18 | 20.68 | 0.00 | <50 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | 170 J | - |
| MW22B | 05/06/10 | 32.86 | 11.89 | 20.97 | 0.00 | <50 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | <50 | - |
| MW22B | 08/06/10 | 32.86 | 12.71 | 20.14 | 0.00 | <50 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | 390 | - |
| MW22C | **SCREEN INTERVAL (feet bgs) 55-65** | | | | | | | | | | | | | | | | | | |
| MW22C | 09/16/03 | 32.75 | 13.89 | 18.86 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 12/11/03 | 32.75 | 13.58 | 19.17 | 0.00 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | - | ND<0.50 | ND<10.0 | ND<0.50 | ND<0.50 | ND<0.50 | - | - | - |
| MW22C | 03/10/04 | 32.75 | 12.64 | 20.11 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 06/01/04 | 32.75 | 13.05 | 19.70 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 09/01/04 | 32.75 | 13.84 | 18.91 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 12/01/04 | 32.75 | 12.67 | 20.08 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 02/24/05 | 32.75 | 11.08 | 21.67 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | - | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | - | - | - |
| MW22C | 06/09/05 | 32.75 | 11.10 | 21.65 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22C | 09/13/05 | 32.75 | 11.45 | 21.30 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22C | 12/14/05 | 32.75 | 11.35 | 21.40 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |
| MW22C | 03/15/06 | 32.75 | 10.72 | 22.03 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | - | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | - | - | - |

**TABLE 3  GROUNDWATER MONITORING DATA,**
**EXXONMOBIL OIL CORPORATION SERVICE STATION 18-JMY,**
**3470 FAIRVIEW ROAD, COSTA MESA, CALIFORNIA**

| Well Number | Date | | Elevation TOC (feet) | Depth to Water (feet bgs) | Groundwater Elevation (feet) | LPH Thickness (feet) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE 8020B (µg/L) | MTBE 8260B (µg/L) | TBA (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | Ethanol 8015M (µg/L) | Ethanol 8260B (µg/L) | Methanol (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW22C | 06/15/06 | d | 32.75 | 10.36 | 22.39 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 09/14/06 | d | 32.75 | 10.93 | 21.82 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 12/13/06 | d | 32.75 | 10.96 | 21.79 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 01/15/07 | d | 32.75 | 10.92 | 21.83 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 06/13/07 | | 32.75 | 11.09 | 21.66 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 09/11/07 | a,d | 32.75 | 12.48 | 20.27 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 12/11/07 | a,d | 32.75 | 12.93 | 19.82 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 03/11/08 | a | 32.75 | 12.12 | 20.63 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 06/11/08 | a | 32.75 | 12.93 | 19.82 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 08/05/08 | a | 32.75 | 13.22 | 19.53 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 11/07/08 | a | 32.75 | 13.65 | 19.10 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22C | 02/05/09 | a,d,e | 32.75 | 13.43 | 19.32 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | <250 | — |
| MW22C | 05/08/09 | a | 32.75 | 12.87 | 19.88 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | <250 | — |
| MW22C | 08/06/09 | a,d,e | 32.75 | 13.60 | 19.15 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | <250 | — |
| MW22C | 11/09/09 | a | 32.75 | 13.85 | 18.90 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | 170 J | — |
| MW22C | 02/04/10 | a,d | 32.75 | 11.78 | 20.97 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | <250 | — |
| MW22C | 05/06/10 | a | 32.75 | 11.45 | 21.31 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <50 | 53 J | — |
| MW21C | 08/05/10 | a | 32.75 | 11.20 | 21.55 | 0.00 | **<50** | **<1.0** | **<1.0** | **<1.0** | **<1.0** | — | **<2.0** | **<10** | **<1.0** | **<1.0** | **<1.0** | **53 J** | **330** | — |
| MW22D | | | **SCREEN INTERVAL (feet bgs) 80-90** | | | | | | | | | | | | | | | | | |
| MW22D | 09/16/03 | | 32.94 | 14.94 | 18.00 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 12/11/03 | | 32.94 | 13.28 | 19.66 | 0.00 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | — | ND<0.50 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | — | — | — |
| MW22D | 03/10/04 | | 32.94 | 13.07 | 19.87 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<0.50 | ND<50.0 | ND<0.50 | ND<0.50 | ND<0.50 | — | — | — |
| MW22D | 06/01/04 | | 32.94 | 13.86 | 19.08 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<1.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 09/01/04 | | 32.94 | 14.56 | 18.38 | 0.00 | ND<50.0 | ND<1.00 | 25.5 | ND<1.00 | ND<1.00 | — | ND<1.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 12/01/04 | | 32.94 | 13.56 | 19.38 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<1.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 03/24/05 | | 32.94 | 10.42 | 22.52 | 0.00 | ND<50.0 | ND<1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<1.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 06/06/05 | | 32.94 | 11.51 | 21.43 | 0.00 | ND<50.0 | <1.00 | ND<1.00 | ND<1.00 | ND<1.00 | — | ND<2.00 | ND<10.0 | ND<1.00 | ND<1.00 | ND<1.00 | — | — | — |
| MW22D | 09/13/05 | d | 32.94 | 11.97 | 20.97 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 12/14/05 | | 32.94 | 11.29 | 21.65 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 03/14/06 | | 32.94 | 10.06 | 22.88 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 06/15/06 | a,d | 32.94 | 10.83 | 22.11 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 09/14/06 | | 32.94 | 10.65 | 22.29 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 12/13/06 | | 32.94 | 10.01 | 22.91 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 03/15/07 | | 32.94 | 10.99 | 21.95 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 06/13/07 | | 32.94 | 12.99 | 19.95 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 09/11/07 | a,d | 32.94 | 13.57 | 19.37 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 12/11/07 | a,d | 32.94 | 12.75 | 20.19 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 03/11/08 | | 32.94 | 13.59 | 19.35 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 06/11/08 | | 32.94 | 13.97 | 18.97 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 08/05/08 | | 32.94 | 14.40 | 18.54 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 11/07/08 | a,d,e | 32.94 | 13.82 | 19.12 | 0.00 | <50.0 | <1.00 | <1.00 | <1.00 | <1.00 | — | <2.00 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | — |
| MW22D | 02/05/09 | | 32.94 | 13.72 | 19.22 | 0.00 | 72 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | — | — |
| MW22D | 05/08/09 | | 32.94 | 14.48 | 18.46 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | 65 J | — | — |
| MW22D | 08/06/09 | a,e | 32.94 | 14.63 | 18.31 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | — | — |
| MW22D | 11/09/09 | a,e | 32.94 | 12.62 | 20.32 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | — | — |
| MW22D | 02/04/10 | | 32.94 | 12.19 | 20.75 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | — | — |
| MW22D | 05/06/10 | | 32.94 | 12.17 | 20.17 | 0.00 | <50 | <1.0 | <1.0 | <1.0 | <1.0 | — | <2.0 | <10 | <1.0 | <1.0 | <1.0 | <250 | — | — |
| MW21D | 08/05/10 | a | 33.04 | 12.77 | 20.17 | 0.00 | **<50** | **<1.0** | **<1.0** | **<1.0** | **<1.0** | — | **<2.0** | **<10** | **<1.0** | **<1.0** | **<1.0** | **<250** | **88 J** | — |