# EXHIBIT 32

Kalhor, Hamid  8/11/2010  9:12:00 AM

**21**

1  sticking in to make sure that the Veeder-Root is
2  accurate.
3  Q.  So you would physically put a stick --
4  A.  Stick, yeah.
5  Q.  -- in the tanks?
6  A.  Yes, ma'am.
7  Q.  Sorry, I keep talking.
8     Was that a daily event?
9  A.  Daily event, yeah.
10  Q.  Is that called "sticking" the tank?
11  A.  Sticking, yeah.
12  Q.  Okay.  And whose job was it to physically
13  stick the tank and check?
14  A.  Either Moe or depends what time of the day,
15  the cashier who was at the site.
16  Q.  Did you have more than one cashier?
17  A.  For night shift, I believe so.  I don't
18  recall.
19  Q.  Was it a 24-hour operation?
20  A.  24 hours operation.
21  Q.  And was Moe on site every day, as well?
22  A.  Yes, ma'am.
23  Q.  Is he -- does he live in the area?
24  A.  Yes.
25  Q.  Do you know his address off the top of your

**22**

1  head?
2  A.  Not really.  I know how to get to his house,
3  but I don't know.
4  Q.  Do you know which street he lives on?  That's
5  how I get home, I close my eyes.
6  A.  No.
7  Q.  Which city?
8  A.  Fountain Valley.
9  Q.  Okay.  Of the two of you, who would you say
10  spent more time on the site?
11  A.  I would say 50/50.
12  Q.  Okay.  Did you have any other employees who
13  sort of ran the station when you or Moe are not on the
14  site?
15  A.  What do you mean by "running the station"?  I
16  mean, there must be employees to run the business.
17  Q.  Sure.
18  A.  But as far as somebody overseeing the
19  employees?
20  Q.  Okay.  Let's start with that.
21  A.  No.
22  Q.  So you were the only two managers?
23  A.  Yes, ma'am.
24  Q.  Do you recall the names of any of the
25  employees who worked for you?

**23**

1  A.  Not off my head, I had so many employees.
2  Q.  Have you ever worked directly for any gasoline
3  refiner?
4  A.  No.
5  Q.  Any of the major oil companies?
6  A.  Directly, you mean getting paid from them for
7  doing the job?
8  Q.  Correct.
9  A.  No.
10  Q.  Okay.  Do you know how long Florentino
11  operated the station?
12  A.  I have no idea.
13  Q.  What was the name of the station when you were
14  operating it?
15  A.  Freeway Mobil.
16  Q.  Freeway Mobil?
17  A.  Yes, ma'am.
18  Q.  Was it ever called Chris Mobil?
19  A.  I believe that was Florentino.  Flor.  We used
20  to call it Flor.
21  Q.  Flow?
22  A.  Flor.
23  Q.  When you started in 2001, did someone from
24  Mobil come out and do any training with you?
25  A.  As far as?

**24**

1  Q.  As far as making sure you understood all of
2  the equipment and the systems?
3  A.  Oh, actually, they -- I sent Majid, my
4  brother, a week to Fairfax for training.
5  Q.  Virginia?
6  A.  Yes.
7  Q.  Hopefully, not in winter?
8  A.  Actually, it was.
9  Q.  It was winter, wasn't it, October.
10     So other than his training, did you ever go to
11  any?
12  A.  No, because I was trained.  We get training on
13  regular basis.
14  Q.  Can you describe that for me, please, what
15  kind of training?
16  A.  Depends what the subject would be at the time.
17  Q.  And is that on a yearly basis or how frequent?
18  A.  No, usually quarterly basis we had meetings,
19  we had updates, we had training.  And I can say
20  ExxonMobil is the worst of them, as far as training and
21  being after the dealer all the time.
22  Q.  When you say they're the worst --
23  A.  I mean, being good at it that caused problem
24  for operator, extra work.
25  Q.  Extra work.

Exxon Mobil adv. Orange County Water District     None

EXHIBIT
32
tabbies®

Page  21 - 24

# EXHIBIT 33



VALUE, QUALITY, RESPONSE

Southern California
Northern California
Central California
Pacific Northwest
New England
Southwest
Montana
Texas

October 15, 2010
ERI 3080

Ms. Tamara Escobedo
Orange County Health Care Agency
Division of Environmental Health
1241 East Dyer Road, Suite 120
Santa Ana, California 92705-5611

**SUBJECT** **THIRD QUARTER 2010 GROUNDWATER MONITORING AND STATUS REPORT (MARCH 3, 2010 THROUGH AUGUST 31, 2010) MOBIL STATION 18G6B 9024 WARNER AVENUE, FOUNTAIN VALLEY, CALIFORNIA OCHCA CASE NO. 00UT008; GLOBAL ID NO. T0605900760**

Dear Ms. Escobedo:

At the request of ExxonMobil Environmental Services (EMES) on behalf of ExxonMobil Oil Corporation, Environmental Resolutions, Inc. (ERI) is submitting the *Third Quarter 2010 Groundwater Monitoring and Status Report* for Mobil Station 18G6B at the above-referenced address (Plate 1). A list of acronyms follows this report.

**RESPONSIBLE PARTY INFORMATION**

| | |
|---|---|
| Company: | ExxonMobil Environmental Services |
| Contact: | Ms. Maria D. Madden, Project Manager |
| Address: | 18685 Main Street, Suite 101 PMB 601 |
| City/Zip: | Huntington Beach, California 92648-1719 |
| Phone: | (949) 468-9756 |

**CONSULTANT CONTACT**

| | |
|---|---|
| Company: | Environmental Resolutions, Inc. |
| Contact: | Mr. Jeff Aguilar |
| Address: | 25371 Commercentre Drive, Suite 250 |
| City/Zip: | Lake Forest, California 92630 |
| Phone: | (949) 457-8955 |

**SITE HISTORY**

| | |
|---|---|
| July 1998: | TRC Alton Geoscience (Alton) advanced four hand-auger borings to depths ranging from 2 to 4 feet bgs beneath each of the four dispensers at the site. |
| September 1999: | Alton drilled soil borings B1 and B2, and installed groundwater monitoring well MW1 to a depth of 25 feet bgs. |
| November 1999: | ERI began quarterly groundwater monitoring and sampling. |
| June 2000: | Alton drilled soil borings B3 through B5, and installed groundwater monitoring wells MW2 through MW5 to total depths of 27 feet bgs. |
| October 2000: | Mobil upgraded the tank-top package, product piping and dispenser units at the site. During station upgrade activities, ERI collected soil samples beneath the former product lines and dispenser units for compliance sampling. |

**Environmental Resolutions, Inc.**

**EXHIBIT 33**

TABLE 2
WATER LEVEL MEASUREMENTS AND GROUNDWATER ANALYSES
MOBIL STATION 18G88
9024 WARNER AVENUE
FOUNTAIN VALLEY, CALIFORNIA
ERI 3060

| Date | Well Elev | GW Depth | GW Elev | TD (feet) | Benzene (ug/l) | Toluene (ug/l) | Ethyl-benzene (ug/l) | Xylenes (ug/l) | TPHg (ug/l) | MTBE (ug/l) | DIPE (ug/l) | ETBE (ug/l) | TAME (ug/l) | TBA (ug/l) | Ethanol (ug/l) | Methanol (ug/l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Field Point MW1 | | | | | | | | | | | | | | | | |
| 8/31/2010 X | 28.75 | 8.17 | 20.58 | 24.18 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW2 | Well Screen Interval (feet): 5-25 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 30.27 | 11.38 | 18.89 | 27.21 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | 0.71 J(b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW3 | Well Screen Interval (feet): 7-27 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 29.25 | 9.68 | 19.57 | 24.41 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW4 | Well Screen Interval (feet): 7-27 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 28.65 | 10.25 | 18.40 | 24.55 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW5 | Well Screen Interval (feet): 7-27 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 28.93 | 8.43 | 20.50 | 28.95 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | 0.88 J(b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW6a | Well Screen Interval (feet): 5-25 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 27.78 | 10.15 | 17.63 | 25.36 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW6b | Well Screen Interval (feet): 35-40 | | | | | | | | | | | | | | | |
| 8/31/2010 | 27.62 | 12.81 | 14.81 | 40.16 | <1.0 | 0.53 J | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW7 | Well Screen Interval (feet): 45-50 | | | | | | | | | | | | | | | |
| 8/31/2010 | 27.73 | 10.63 | 17.10 | 49.25 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point MW8 | Well Screen Interval (feet): 5-25 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 27.57 | 11.48 | 16.09 | 25.38 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point DPE1R | Well Screen Interval (feet): 5-25 | | | | | | | | | | | | | | | |
| 8/31/2010 X | 28.32 | 12.51 | 15.81 | 28.03 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | 1.7 J(b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point DPE3 | Well Screen Interval (feet): 10-30 | | | | | | | | | | | | | | | |
| 8/31/2010 | 29.72 | 10.11 | 19.61 | 28.88 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | <2.0 (b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point DPE3 | Well Screen Interval (feet): 15-30 | | | | | | | | | | | | | | | |
| 8/31/2010 | 29.71 | 12.38 | 17.33 | 29.25 | <1.0 | <1.0 | <1.0 | <1.0 | <50 | 1.9 J(b) | <1.0 | <1.0 | <1.0 | <10 | | |
| Field Point DPE4 | Well Screen Interval (feet): 5-30 | | | | | | | | | | | | | | | |
| 8/31/2010 | 29.50 | 7.91 | 21.59 | 27.12 | <1.0 | 1.5 | 0.36 J | 2.3 | <50 | 0.42 J(b) | <1.0 | <1.0 | <1.0 | <10 | | |



# GENERALIZED SITE PLAN

FORMER EXXON STATION 74283 and
MOBIL STATION 18G89
8980 and 9024 Warner Avenue
Fountain Valley, California

PROJECT NO. 1114 and 3080

PLATE 2

DATE: 10/13/10

# EXHIBIT 34

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    _____

4    IN RE: METHYL TERTIARY BUTYL   : Master File No.

     1:00-1898

5    ETHER ("MTBE") PRODUCTS      : MDL 1358 (SAS)

6    LIABILITY LITIGATION        : M21-88

7    _____

8    ORANGE COUNTY WATER DISTRICT

9    v.

10   UNOCAL CORP., et al.

11   Case No. 04 Civ. 4968 (SAS)

12

13

14

15

16

17   DEPOSITION OF:

18          HAYK BAZIK

19          TUESDAY, AUGUST 24, 2010

20          1:22 P.M.

21

22

23   REPORTED BY:

24   Kenynia D. Darden

     CSR No. 12704

25

EXHIBIT
34

1    A.  Sure.

2    Q.  Okay.  For the purposes of my questioning, if

3    I use the word "station" or "site," I'm going to just

4    be just talking about the Cypress Station.  That's the

5    only station I'm asking you questions about.

6        Do you understand?

7    A.  Yes.

8    Q.  Now, you were the dealer at that station in

9    2003?

10   A.  Yes.

11   Q.  And in that context, were you responsible for

12   hiring the employees?

13   A.  Yes.

14   Q.  And did you have control over firing them as

15   well?

16   A.  Yes.

17   Q.  Did you train your employees?

18   A.  Yes.

19   Q.  Did you train them about gasoline handling?

20   A.  Yes.

21   Q.  Did you train them that they should not spill

22   gasoline?

23   A.  Yes.

24   Q.  And that if there was a spill or a leak that

25   it should be cleaned up immediately?

1    A.  Yes.

2    Q.  To the best of your knowledge, did your

3    employees follow your instructions?

4    A.  Yes.

5    Q.  Now, as the dealer of the site, did you

6    understand that you were responsible for complying with

7    the laws related to gasoline handling?

8    A.  Handling?

9    Q.  Right.  For example, complying with the

10   underground storage tank requirements?

11   A.  Yes.

12   Q.  And you understood that you were responsible

13   for complying with the laws related to operating the

14   station?

15   A.  Yes.

16   Q.  Was it your policy to do everything that you

17   could to follow the rules and the laws to keep the

18   gasoline safely in the storage facilities?

19        MR. MASSEY:  Objection; vague and ambiguus.

20        THE WITNESS:  What gasoline?

21        MR. MASSEY:  Compound.

22   BY MS. REASS:

23   Q.  The gasoline at your station.

24   A.  I don't keep it.  It goes in the oil tank.

25   Q.  Did you follow all the procedures to keep the

1      gasoline from not spilling?

2          A.   Yes.

3          Q.   And you followed the procedures to keep your

4      equipment well-maintained?

5              MR. MASSEY:  I'm going to object as to the

6      word "procedures" being vague and ambiguus on this

7      question and the prior questions.

8              You can answer.

9      BY MS. REASS:

10         Q.   And you followed -- you followed your

11     procedures to keep your equipment maintained so it

12     wouldn't leak?

13         A.   Yes.

14         Q.   Okay.  You mentioned earlier that you received

15     a five-star award for having the station being

16     well-maintained and cleaned?

17         A.   In everything, yes.

18         Q.   And that was for the Cypress Station?

19         A.   All of them.

20         Q.   Is that five-star award the highest level that

21     you can receive?

22         A.   Yes.  No customer complaint, cleanness

23     station.

24         Q.   As the operator, you did not want the gasoline

25     to leak out of the dispenses, right?

1    A.  Yes.

2    Q.  So is this -- is this the UST Monitoring

3    Program that was referenced in the owner/operator

4    agreement that we just looked at?

5    A.  Yes.

6    Q.  So you agree to follow all of the procedures

7    laid out in this document?

8    A.  Correct.

9    Q.  Would a similar monitoring program have

10   governed each of the years that you were a dealer?

11   A.  Yes.

12   Q.  Okay.  I want to introduce Exhibit 20.  This

13   document was Bates number 2MDOCP00990020.  It's called

14   Spill Response Plan.

15        (Plaintiff's Exhibit 20 was marked for

16         identification by the court reporter and is

17         attached hereto.)

18   BY MS. REASS:

19   Q.  There was some discussion earlier about a

20   Spill Response Plan.  Do you recognize this document?

21   A.  Yes.

22   Q.  Does this help refresh your recollection as to

23   whether Tosco provided you with and you agreed to a

24   Spill Response Plan?

25   A.  Yes.

1    Q.  What is this document?

2    A.  To check out all the station pumps the same

3    way I told you.

4    Q.  So would you say this document accurately

5    reflects the policies that you agree to regarding how

6    to handle releases of gasoline at the station?

7    A.  Yes.

8    Q.  So for minor releases that's where you would

9    be allowed to clean it up personally?

10   A.  Yes.

11   Q.  Using absorbant materials along the lines of

12   the powder that you talked about earlier?

13   A.  Yes.

14   Q.  Did you follow this procedure regarding minor

15   releases that occurred at the site --

16   A.  Yes.

17   Q.  -- for each of the years that you were a

18   dealer?

19   A.  Yes.

20   Q.  At the Cypress site?

21   A.  Yes.

22   Q.  Okay.  And for major releases or the second

23   part of the Spill Response Plan, were those releases

24   that you'd be responsible for cleaning up?

25   A.  The major you're talking about?

1    Q.  Uh-huh.

2    A.  Above the ground, yes.  Under the ground, no.

3    Q.  The company asks that you call certain numbers

4  if a release like this occurred, right?

5    A.  Yes.

6    Q.  And that would be certain compliance experts?

7       MR. MASSEY:  Objection; lacks foundation.  And

8  I want to clarify, when you say "these type of spills"

9  you're referring to what are major releases?

10      MS. REASS:  Yes.

11  BY MS. REASS:

12   Q.  In particular, I'm looking at number 8 and

13  number 10 under major releases.  Are those individuals

14  that you -- are those entities that you were

15  responsible for contacting in the case of a major

16  release?

17   A.  Yes.  911.  Call all contacts.

18   Q.  During the time you were a dealer, did you

19  always follow these requirements?

20   A.  Yes.

21   Q.  And would a response plan similar to the one

22  you're looking at now had governed your agreement with

23  Unocal or Tosco during the time that you were a dealer?

24   A.  Yes.

25   Q.  Okay.  I want to go back to Exhibit 18, which

1      was the owner/operator agreement that I handed --

2          MR. MASSEY:  Can I stop you for a second?  Was

3      that a yes or no to that last question?

4          THE WITNESS:  What was that last question?

5      Say it again.

6          (The previous question was read back by the

7          court reporter as follows:

8              "QUESTION:  And would a response plan

9          similar to the one you're looking at now had

10         governed your agreement with Unocal or Tosco

11         during the time that you were a dealer?")

12         (The previous answer was read back by the

13         court reporter as follows:

14             "ANSWER:  Yes.")

15     BY MS. REASS:

16     Q.  So I wanted to turn back to Exhibit 18, which

17     was the owner/operator agreement dated February 7th, of

18     '97.  And I wanted to draw your attention to paragraph

19     7.  And the first sentence there states:

20             "Unocal must be notified of the

21             detection of any unauthorized

22             releases by the fastest means

23             available no later than eight hours

24             or within the time frame mandated

25             by the local employment agency

1        And the operator must adhere to the

2        procedures contained in the Spill

3        Response Plan."

4        Right?

5    A.  Yes.

6    Q.  And that occurred during the time you were a

7    dealer?  You followed this policy?

8    A.  Yes.

9    Q.  And the last thing I want to refer you to

10   number 9.  And this is on the second page of the

11   document of the exhibit you're holding.  And number 9

12   simply states:

13       "Any unauthorized releases

14       must be recorded.  Such record

15       shall be maintained on-site

16       at all times."

17       Now, you previously mentioned you adhered to

18   this policy you followed that policy as well?

19   A.  Yes.

20   Q.  And you also previously testified that there

21   were no leaks during the time that you were a dealer,

22   right?

23   A.  Yes.

24   Q.  And so according to this policy, if there was

25   any unauthorized leak, or leaks, or spills, you would

1    have reported it.  And the records would have been

2    maintained on-site?

3       A.  Yes.

4       Q.  Okay.  Did you know that gasoline was

5    dangerous throughout the time you operated the station?

6       A.  Yes.

7       Q.  And that was regardless of the components in

8    the gasoline?

9       A.  Yes.

10       Q.  So we talked earlier a little bit about the

11    MTBE.  And you weren't sure if you had heard of it.

12       Would it have made a difference in your

13    handling of the product?

14       A.  No, I heard of it, but I don't know what it

15    is.  The chemical, the use is -- I didn't hear it.  I

16    know the name, but I don't know what's the difference

17    between each other.

18       MR. MASSEY:  I'm going to object to the

19    question, lacking foundation, and calling for

20    speculation.

21    BY MS. REASS:

22       Q.  Would you have handled the gasoline

23    differently -- strike that.

24       So you knew gasoline was dangerous in any

25    form.  And you understood that you weren't supposed to

1       A.   Gas station, yes, but gasoline, no.

2       Q.   Did Unocal, or Tosco, or the company any time

3   you were the dealer provide you with any kind of

4   written training or instruction manuals?

5       A.   Yes.

6       Q.   And can you describe those?

7       A.   Most of them was employee -- safety of the

8   employees. They have -- we call book. They used to

9   come. And even salesperson, they used to -- we had

10  class safety for employees where we used to send them

11  over here in Costa Mesa somewhere training.

12      Q.   Did the company ever provide you with any

13  training on handling the gasoline or preventing leaks

14  or spills?

15      A.   Yes. That's what we were checking on every

16  day. The tanks, the nozzle, the hose make sure around

17  the pumps there is no gasoline.

18      Q.   Particularly I'm wondering if they provided

19  you with any written training documents or updates to

20  your classroom training?

21      A.   I don't recall.

22      Q.   No. Okay.

23          MS. REASS: That's all the questions I have.

24          MR. MASSEY: Sammy, do you have any questions?

25          MR. DAVIS: Nothing from me. Thank you.

# EXHIBIT 35

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


In Re:

Methyl Tertiary Butyl Ether ("MTBE")   MDL No. 1358 (SAS)

Products Liability Litigation

————————————————————  )


This Document Relates to:

Orange County Water District v.

Unocal, et al.,

Case No. 04 Civ. 4968 (SAS)


————————————————————


DEPOSITION OF:

GASPER FARACE

Wednesday, August 18, 2010

9:09 a.m.



EXHIBIT
35

Reported by:

Stacy L. Duysings

CSR No. 13507

Deposition of Gasper Farace  /  August 18, 2010

Page 14

1    station that you're affiliated with?
2        A   Yes.
3        Q   Is that the Unocal station Number 5376?
4        A   I believe that was the number, 5376.
5        Q   I'll break that in half.  First, was that a Unocal
6    station?
7        A   Yes, it was.
8        Q   Hang on one second.  You did correctly anticipate
9    where I was going.
10       MR. DAVIS:  I'll object to lacks foundation.
11   BY MR. EICKMEYER:
12       Q   Well, I'm trying to go establish it here.  Was
13   there a Unocal station here at the address 8971 Warner
14   Avenue in Huntington Beach?
15       A   Yes, there was.
16       MR. DAVIS:  Same objections.
17   BY MR. EICKMEYER:
18       Q   And what you were saying a moment ago, you're not
19   sure that station was 5376?
20       A   Correct.
21       Q   Besides a Unocal station at 8971 Warner Avenue in
22   Huntington Beach, have you worked for or at other gasoline
23   stations?
24       A   Yes, I was.
25       Q   Where is that other station located?

Page 15

1        A   In Costa Mesa.
2        Q   What was the brand, if any, or the name of the
3    station in Costa Mesa?
4        A   It was Palm Oil.
5        Q   The station was branded Palm Oil?
6        A   Yes.
7        Q   Do you recall what years you worked at that Palm
8    Oil station?
9        A   In the 80's, I know that.
10       Q   Were you an employee or the dealer?  Or what was
11   your affiliation with that Palm Oil?
12       A   Actually, I leased the station as Palm Oil.  And
13   Unocal came in and did a paint contract on it, which branded
14   it Unocal.
15       Q   I'm sorry.  I didn't catch one word you said.  Did
16   you say a paint contract?
17       A   That's the terminology they used on it, because
18   they painted the building.  They put their signs up, so that
19   they could supply the fuel.
20       Q   So when you leased the station as Palm Oil, did you
21   then continue to operate it as a Unocal station?
22       A   Yes, I did.  It wasn't leased from Palm Oil.  It
23   was a Palm Oil station.  That's what it was branded.  And
24   then when I got there, Unocal branded it with their name on
25   it.  So we were able to use their credit cards and things

Page 16

1    like that.
2        Q   Do you know who actually owned the station when you
3    first leased it?
4        A   No, I don't know.  We went through a company that
5    manages property and we went through him.
6        Q   What was the name of that company or person you
7    dealt with?
8        A   I don't remember.  The person's first name was
9    Patrick, that's all I know.  But his office was right on
10   Magnolia.
11       Q   And do you recall approximately when it occurred
12   that the station switched over to Unocal?
13       A   It was right -- probably at the same time that I
14   got in there, contacted them.
15       Q   When you said that in the 1980's, I believe, did
16   you get in there toward the early 80's, mid 80's?
17       A   Mid 80's.
18       Q   Do you recall what the address of that station was
19   or the intersection it was at?
20       A   Palmdale Drive, I believe, in Costa Mesa.
21       Q   On Palmdale Drive?
22       A   Yes.
23       Q   Do you remember the name of any major intersections
24   nearby or any other businesses?
25       A   Harbor Boulevard was close.

Page 17

1        Q   Do you remember what year you stopped being
2    affiliated with that station in Costa Mesa?
3        A   Just towards the late 80's, you know.
4        Q   When did you first become affiliated with the
5    Unocal station at 8971 Warner Avenue in Huntington Beach?
6        A   I don't recall exact year, but it was about 30
7    years ago.  I know that.
8        Q   About 1980?
9        A   It's possible it was '79 or '78.
10       Q   And what was your role in 1978 or '79 in regard to
11   the station?  Were you the dealer then?  Or an employee
12   then?  Or what?
13       A   I was a dealer.
14       Q   Did you a lease the station initially?  Or what
15   kind of relationship did you have?
16       A   It's a typical Unocal lease.  It's a three-year
17   lease.  Every three years they review it and renew it.
18   That's what I had.
19       Q   Do you recall when you stopped being affiliated
20   with that station on Warner Avenue?
21       A   Yes, I do.
22       Q   When was that?
23       A   '92.
24       Q   Did you have a series of three-year leases, or were
25   there different terms involved?

5  (Pages 14 to 17)

Deposition of Gasper Farace / August 18, 2010

Page 74

1  litter?
2      A   Actual kitty litter. They do have a dry sweep you
3  can use. Kitty litter works probably even better and it's
4  half the price. That's the reason.
5      Q   Was there a certain brand of kitty litter being
6  used there?
7      A   No, I don't recall.
8      Q   You mentioned that this kitty litter product was
9  being used for oil spills?
10     A   Yes.
11     Q   Do you recall any occasions where that product was
12  being used to absorb any gasoline leaks or spills?
13     A   I had an occasion where a car came in and he had a
14  fuel leak, he was pouring out in the back in our driveway.
15  The guy got out of the car. He was right near the fuel
16  tanks too. The first thing I told him was get away from the
17  car. I didn't want to get near that. I didn't want him to
18  push it. Didn't want to start it. Didn't want static
19  electricity, whatever.
20         They came down there. They responded really quick.
21  I had them come down and they got the car pushed off to the
22  side, and they used their litter or whatever they have used
23  it to clean it up. It was about $40 a bag it cost me to
24  clean it up. They cleaned it up and isolated the block and
25  it didn't go any further than that. I remember that.

Page 75

1      Q   Do you recall seeing fuel on the ground coming out
2  of his car?
3      A   Yes. Yes.
4      Q   About how large was that area?
5      A   It was probably about a four-foot area that was wet
6  of his fuel leak that he had in his car.
7      Q   Do you recall about what year that incident
8  occurred?
9      A   It was after the new tanks were put in. So late
10  80's, I guess.
11     Q   When you mentioned it was about $40 a bag, were you
12  indicating the fire department charged you for the clean up?
13     A   Yes. Yes.
14     Q   Did you try to have this customer reimburse you or
15  pay for the cost?
16     A   We might have. Come to think of it, either that,
17  or we didn't know we got charged until after we left. But I
18  think we had.
19         Sometimes cars would come in and it would be hot
20  and stuff. Sometimes people have a problem across the
21  street, we need a fire extinguisher, we try to charge them
22  for that. I'm not sure what happened. That was over 20
23  years ago.
24     Q   Do you have any recollection of that gentleman's
25  name that had that leaking car?

Page 76

1      A   No, I don't.
2      Q   Do you remember if that was the Huntington Beach
3  Fire Department, or which agency responded?
4      A   Huntington Beach.
5      Q   So are you saying at the time the Huntington Beach
6  Fire Department responded, they used their own absorbent
7  material?
8      A   Yeah. They have it on their vehicles.
9      Q   Could you recall if this was a kitty litter type of
10  product like you had been using, or something different?
11         MR. DAVIS: Objection. Calls for speculation.
12         THE WITNESS: I believe --
13         MR. DAVIS: Lacks foundation.
14  BY MR. EICKMEYER:
15     Q   Go ahead.
16     A   I believe it was just plain oil dry stuff that they
17  use. Not too many people know about the kitty litter thing.
18     Q   Do you recall ever being told by any of employees
19  that there had been any gas leaks or spills when you weren't
20  present at the station?
21     A   No.
22     Q   Do you remember ever hearing from your employees
23  that they had to use the kitty litter material to absorb any
24  gasoline leaks or spills?
25     A   On the oil leaks, sometimes you get a vehicle come

Page 77

1  in off the freeway or something, get gas, and there would be
2  a puddle of oil on there and we don't want to leave that
3  there for someone to step and fall on it. It's there handy,
4  and they're supposed to keep it up and clean it up. I
5  haven't come across a real big one where there was a lot of
6  it.
7      Q   Besides oil leaks, did any of your employees ever
8  tell you they used the kitty litter material for any
9  gasoline leaks or spills?
10     A   No. I don't remember.
11         (Exhibit 2 was marked
12         for identification by the Certified Shorthand
13         Reporter and is attached hereto.)
14  BY MR. EICKMEYER:
15     Q   Mr. Farace, we've marked as Exhibit 2 a map. This
16  is labeled ENSR Site Plan Map for Unocal Service Station
17  Number 5376. 8971 Warner Avenue, Huntington Beach,
18  California. There's no bates number on it. There's a date
19  at the bottom center, July 20th, 2004.
20         I'd ask you to take a look at the streets on the
21  left center and Warner Avenue and toward the top center is
22  Magnolia Street.
23         MR. DAVIS: Before -- I want to the object to this. To
24  the extent you're showing him a document that post dates
25  activity of the station by 18 years. Go ahead.

20  (Pages 74 to 77)

Deposition of Gasper Farace  /  August 18, 2010

## Page 158

1  taking place at the station site?
2      A   Not that I can recall.
3      Q   Are you aware of the nature or extent of any
4   investigation activities taking place at the station after
5   it closed?
6      A   No.
7      Q   Are you aware of the nature or extent of any
8   remediation or cleanup taking place at the station after it
9   closed?
10     MR. DAVIS:  Objection.  Lacks foundation.
11     THE WITNESS:  Other than the unit they put on there
12  that's supposed to take the fuel out of there, I don't know.
13  I would have had that unit there that was processing that
14  water.  I don't know how it did it, what it did, how long it
15  was going to be.  It was supposed to be there for a year or
16  so.  It's still there.
17  BY MR. EICKMEYER:
18     Q   Besides that unit you mentioned and you described
19  in driving by of soil excavation, do you recall ever hearing
20  of any other remediation or cleanup activity taking place at
21  the site?
22     A   No.
23     MR. EICKMEYER:  Let me go off the record at this point.
24     THE VIDEOGRAPHER:  Going off the record at 1:11 p.m.
25     (A short break was held.)

## Page 159

1      THE VIDEOGRAPHER:  Back on the record at 1:32 p.m.
2   BY MR. EICKMEYER:
3      Q   Mr. Farace, I have a few more questions, then we'll
4   let Mr. Davis on the phone ask you some.
5      Were you ever aware of any tank tightness tests
6   being conducted on the underground storage tanks?
7      A   I don't know what the tank tightness test is.
8      Q   So you never heard that any were done?
9      A   No.  Tightness test, no.  Never heard of it.
10     Q   Was there a particular amount of gasoline that you
11  tried to keep in the tanks, your underground storage tanks?
12     MR. DAVIS:  Objection.  Vague and ambiguous.
13     THE WITNESS:  Generally, when there's room to put a load
14  in, we put a load in.  Try to keep it close to as much as we
15  can keep in there without overfilling.
16  BY MR. EICKMEYER:
17     Q   Did you ever arrange for any tests or inspections
18  to be done to try and determine if the underground storage
19  tanks were leaking?
20     A   No.
21     Q   I just want to clarify, I think you described, when
22  you needed to order gasoline, you described you would place
23  a call to do that.
24     I just want to clarify.  There was a change
25  from Union 76 to Unocal.  Was that the method of how you

## Page 160

1   ordered gasoline during the entire time you operated the
2   station?
3      A   Yes, it was.
4      MR. EICKMEYER:  I have no further questions at this
5   point.  So Mr. Davis, go ahead.
6   BY MR. DAVIS:
7      Q   Mr. Farace, I wanted to thank you for your time.  I
8   apologize if I have mispronounced your name.
9      I'm an attorney representing Unocal Corporation and
10  Union Oil Company of California.  And I had just a few quick
11  questions for you.  I'll get you out of here as soon as
12  possible.
13     For the station at 8971 Warner Avenue, you
14  testified earlier that you started a leak in 1978 or
15  1979 for the Union 76 Station that subsequently became a
16  Unocal station.  And you also testified that you got at
17  least a week of training, eight hours of a day, and maybe
18  more than that.
19     Is that all correct?
20     A   Yes, that's correct.
21     Q   You also testified that most of the training
22  related to prevention of leaks and spills; is that correct?
23     A   I wouldn't say most of it, but a very good deal of
24  it.  There's a lot of TBA training that we had.  And
25  bookkeeping.  And things of that nature.

## Page 161

1      Q   Okay.  But there was a -- is it correct that there
2   was an emphasis on leak prevention and spill prevention?
3      A   I would say, yes.
4      Q   And that was a training you received at the outset
5   right when you started working at the station?
6      A   Yes.  Before we even got into the station.
7      Q   So from before you even started working at the
8   company station, you knew that for the entire time period,
9   you knew that it was part of your job to do everything you
10  could to prevent spills; correct?
11     MR. EICKMEYER:  Object as vague and ambiguous.  Go
12  ahead.
13     THE WITNESS:  Well, I knew it was part of my job to take
14  the readings and to notify the rep when I found something
15  that was out of the ordinary.  That's exactly what I did.
16  BY MR. DAVIS:
17     Q   Right.  And that's what I mean.  I just meant that
18  you were supposed to maintain the tanks or anything like
19  that.
20     But you understood that was something you were
21  supposed to be on the look out for; correct?
22     A   Yes, and I did.
23     Q   And that was the same for leaks, the same concept.
24  You knew there the outset of time you worked there based on
25  the training from the company that you were supposed to be

Page 162

1  on the lookout for leaks and anything abnormal in that I
2  regard?
3      A   Yes. And when we found one to notify Unocal
4  immediately, like we did.
5      Q   So if you were trained that if you ever saw or
6  observed anything that made you think there might be a
7  spill, you were supposed to immediately notify the company;
8  is that right?
9      A   Yes notify my rep, yes.
10     Q   And in the case of a leak, was that the same --
11  same instruction, that you were to immediately notify the
12  company?
13     A   Yes, which was my rep.
14     Q   And do you feel that you received -- strike that.
15         Is that training, that applied to when you were
16  returning to the gas station in 1982, just the same as in
17  1991; right?
18     A   Yes.
19     Q   So it didn't matter to you if -- would it matter to
20  you if it was, for example, you saw an unleaded spill versus
21  a premium spill? Would that make any difference?
22     A   No.
23     Q   If you saw gasoline that contained -- gasoline is
24  gasoline; right?
25     A   Right. Right. They're both important.

Page 163

1      Q   And if gasoline had MTBE in it and you saw a spill,
2  you would immediately notify your employer; right? Not your
3  employer, your rep?
4      MR. EICKMEYER: Vague and ambiguous. Lacks foundation.
5      THE WITNESS: I would notify him if it had anything in
6  it, any kind of gasoline.
7  BY MR. DAVIS:
8      Q   Any kind of gasoline, with our without MTBE, you
9  knew from the outset of time that you were to immediately
10  notify your employer, correct?
11     MR. EICKMEYER: Same objections.
12     THE WITNESS: Yes.
13  BY MR. DAVIS:
14     Q   That's the same for a leak as well?
15     A   Yes.
16     Q   And you may have known that because of common
17  sense, but also the company specifically provided you
18  training on that point; correct?
19     A   Yes, they did.
20     Q   Earlier you had testified that, in addition to this
21  training, that reps would come by frequently and that the
22  company kept a close watch of the station; is that right?
23     A   Yeah, the rep was by all the time. Sometimes a
24  couple times a week. Sometimes I bothered him with that
25  stuff he didn't want to hear. Any time we had a slight

Page 164

1  problem, I went to him.
2      Q   So in your experience, if you ever had to notify
3  the company about anything, were they -- did you find them
4  to be responsive and there?
5      A   Pretty much. I really don't know, because --
6      Q   Let me -- that was a vague question.
7      MR. EICKMEYER: I'm not sure if he was done yet.
8      MR. DAVIS: Oh, I'm sorry.
9      THE WITNESS: I don't know how he responded to the
10  problems I have -- had. I told him if we had a problem. I
11  might not hear anything until next week when he comes by
12  again how important he thought it was.
13  BY MR. DAVIS:
14     Q   We spent a lot of time discussing the tank removal
15  that occurred in 1989. You testified in that situation,
16  that there was -- when you noticed a discrepancy in the
17  tanks and then had you called Unocal; is that right?
18     A   I either called them or a told the rep, because the
19  rep is there all the time. So if it was his time to come in
20  and I handled a discrepancy and he would come in from the
21  days. He would look at them and take it from there.
22     Q   When you raised that issue with your rep, he came
23  in that day to begin investigating?
24     A   Generally, he did. Sometimes he looked at the
25  books and he said, "well, let's take the readings again for

Page 165

1  a couple of days and go back and forth."
2         And after a week or two to make sure it didn't
3  bounce back. And then when he was satisfied that it was
4  just either an error or transposing a number or something
5  like that, he would just let it go with that.
6      Q   There was some testimony earlier that you had maybe
7  seen around the tank, a volume that you guessed was about
8  half a cup of fuel that may have -- when there was
9  deliveries made, you said you didn't actually see it spill,
10  or you may have seen some discoloration on the ground?
11     MR. EICKMEYER: Misstates the testimony.
12     THE WITNESS: I don't know if it was half a cup or one
13  ounce, but I seen it one time that it looked like there was
14  some fuel with the pick up where they put the fuel in while
15  I was out there studying the tank.
16  BY MR. DAVIS:
17     Q   Sorry?
18     A   When I went to stick the tank, I noticed that one,
19  few times that there was some moisture down there.
20     Q   So it could have been less than half a cup?
21     MR. EICKMEYER: Speculation.
22     THE WITNESS: I wasn't anything, just damp, wet from
23  fuel and smelled it. It could have been a residual from the
24  hose, I don't know.
25  BY MR. DAVIS:

Deposition of Gasper Farace / August 18, 2010

---

Page 174

1    THE VIDEOGRAPHER: This concludes today's proceeding in
2  the deposition of Gasper Farace.
3        The number of videotapes used is two. We are now
4  going off the record. Time is 1:56 p.m.
5        (Deposition concluded at 1:56 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 176

1           REPORTER'S CERTIFICATE
2
3      I, Stacy L. Duysings, Certified Shorthand
4  Reporter, in and for the state of California, do
5  hereby certify:
6
7      That the foregoing witness was by me duly
8  sworn; that the deposition was then taken before me
9  at the time and place herein set forth; that the
10  testimony and proceedings were reported
11  stenographically by me and later transcribed into
12  typewriting under my direction; that the foregoing
13  is a true record of the testimony and proceedings
14  taken at that time.
15
16      IN WITNESS WHEREOF, I have subscribed my
17  name on this 29th day of August, 2010.
18
19
20
21        _____
          Stacy L. Duysings, CSR 13507
22
23
24
25

---

Page 175

1        DECLARATION UNDER PENALTY OF PERJURY
2
3
4      I, Gasper Farace, do hereby certify under penalty of
5  perjury that I have read the foregoing
6  transcript of my deposition taken on Thursday, August 19,
7  2010, that I have made such corrections as appear noted
8  herein in ink, initialed by me; that my testimony as
9  contained herein, as corrected, is true and correct.
10
11      DATED this _____ day of _____, 2010,
12  at _____, California.
13
14
15
16
17
18
19
20
21
22
23
24
              _____
25                    Gasper Farace

---

45 (Pages 174 to 176)

# EXHIBIT 36

ENSR | AECOM

**ENSR**
999 Town & Country Rd., 4th Floor, Orange, California 92868-4713
T.714.973.9740  F 714.973.9750  www.ensr.aecom.com

January 11, 2008

Kevin Lambert
Orange County Health Care Agency
1241 East Dyer Road, #120
Santa Ana, CA 92705

Subject:     **Submission of Fourth Quarter 2007 Groundwater Monitoring Report**
             **Former Unocal Service Station #5376**
             **8971 Warner Avenue, Huntington Beach, CA**
             **Case #89UT168**

Dear Mr. Lambert:

Please find attached the subject report for your review.  If you have any questions, please contact me at (714) 973-3373 or wglenn@ensr.aecom.com.

Sincerely,

William Glenn
Project Manager

cc:  Ms. Nancy Olson-Martin, RWQCB
     Christian Santicola, Jiffy Lube Store #1857
     Roland Mora, Chevron, (via e-mail)

**EXHIBIT
36**

Table 2
Historical Groundwater Elevations and Laboratory Results
Former Unocal Service Station 5376

| Monitoring Well | Sample Collection Date | Top of Casing Elevation (ft-msl) | Total Depth (ft-btmp) | Depth to Groundwater (ft-btmp) | Groundwater Elevation (ft-msl) | TPH-G (μg/L) | Benzene (μg/L) | Toluene (μg/L) | Ethyl benzene (μg/L) | Total Xylenes (μg/L) | MTBE (μg/L) 8021B | MTBE (μg/L) | DIPE (μg/L) | ETBE (μg/L) | TAME (μg/L) | TBA (μg/L) | Other VOCs (μg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-5 | 01/16/92 | 28.35 | - | 16.64 | 11.71 | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 06/23/92 | 28.35 | - | 16.84 | 11.51 | ND | 0.8 | 0.6 | - | ND | - | - | - | - | - | - | |
| MW-5 | 09/10/92 | 28.35 | - | 17.96 | 10.39 | ND | 1.5 | 0.5 | - | ND | - | - | - | - | - | - | |
| MW-5 | 11/11/92 | 28.01 | - | 17.15 | 10.86 | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 12/17/92 | 28.01 | - | 16.53 | 11.48 | ND | 0.9 | 1.3 | - | ND | - | - | - | - | - | - | |
| MW-5 | 03/01/93 | 28.01 | - | 12.85 | 15.16 | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 06/16/93 | 28.01 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 09/21/93 | 28.01 | - | 15.23 | 12.78 | 0.5 | 120 | 0.5 | 16 | ND | - | - | - | - | - | - | |
| MW-5 | 12/14/93 | 28.01 | - | 14.68 | 13.33 | ND | ND | ND | ND | ND | - | - | - | - | - | - | |
| MW-5 | 01/28/94 | 28.01 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 03/25/94 | 28.01 | - | 13.61 | 14.4 | ND | ND | ND | ND | ND | - | - | - | - | - | - | |
| MW-5 | 06/23/94 | 28.01 | - | 14.17 | 13.84 | ND | 1.4 | 0.5 | ND | 0.5 | - | - | - | - | - | - | |
| MW-5 | 09/21/94 | 28.01 | - | 15.45 | 12.56 | 0.14 | 0.9 | 0.9 | ND | 0.9 | - | - | - | - | - | - | |
| MW-5 | 12/15/94 | 28.01 | - | 14.00 | 14.01 | 0.16 | 2.6 | 7.8 | 5 | 26 | - | - | - | - | - | - | |
| MW-5 | 03/14/95 | 28.15 | - | 11.57 | 16.58 | ND | 0.7 | ND | ND | ND | - | - | - | - | - | - | |
| MW-5 | 06/14/95 | 28.15 | - | 12.24 | 15.91 | 0.34 | 4.6 | ND | ND | 1.1 | - | - | - | - | - | - | |
| MW-5 | 09/12/95 | 28.15 | - | - | - | 460 | 61 | 3.7 | 3.7 | 2.8 | - | - | - | - | - | - | |
| MW-5 | 09/12/95 | 28.15 | - | - | - | 990 | 170 | 1.1 | 13 | 7.4 | - | - | - | - | - | - | |
| MW-5 | 07/01/96 | 28.15 | 40.00 | 10.70 | 17.45 | 360 | 21 | 20 | 8.6 | 39.4 | 71 | - | - | - | - | - | |
| MW-5 | 09/16/96 | 28.15 | 40.00 | 12.45 | 15.7 | 308 | 18 | 8.5 | 7.3 | 8.5 | 100 | - | - | - | - | - | |
| MW-5 | 12/27/96 | 28.15 | 37.45 | 13.35 | 14.8 | 200 | 3 | ND | 1.2 | 1.2 | 130 | - | - | - | - | - | |
| MW-5 | 03/03/97 | 28.15 | 37.45 | 12.29 | 15.86 | 120 | 1 | ND | ND | ND | 65 | - | - | - | - | - | |
| MW-5 | 06/09/97 | 28.15 | 37.45 | 13.95 | 14.2 | 190 | 13 | 0.68 | 6.1 | 4.1 | 50 | - | - | - | - | - | |
| MW-5 | 12/15/97 | 28.15 | - | 13.60 | 14.55 | ND | 2.5 | ND | ND | 7.9 | 7.9 | - | - | - | - | - | |
| MW-5 | 03/02/98 | 28.15 | 20.10 | 10.80 | 17.35 | ND | ND | ND | ND | ND | 22 | - | - | - | - | - | |
| MW-5 | 06/04/98 | 28.15 | 20.10 | 12.41 | 15.74 | 66 | 1.7 | ND | 3.7 | 3.7 | 22 | - | - | - | - | - | |
| MW-5 | 08/31/98 | 28.15 | 20.10 | 11.54 | 16.61 | 89 | ND | ND | ND | 0.64 | 22 | - | - | - | - | - | |
| MW-5 | 12/11/98 | 28.15 | 20.10 | 14.45 | 13.7 | 53 | 0.94 | 0.57 | 0.84 | 2.6 | 5 | - | - | - | - | - | |
| MW-5 | 02/08/99 | 28.15 | 17.79 | 13.30 | 14.85 | ND | 0.98 | ND | ND | ND | 5 | - | - | - | - | - | |
| MW-5 | 05/20/99 | 28.15 | 17.79 | 12.92 | 15.23 | ND | ND | ND | ND | ND | 6.4 | - | - | - | - | - | |
| MW-5 | 08/11/99 | 28.15 | 18.85 | 14.61 | 13.54 | 57 | 2.2 | 0.52 | ND | ND | 5 | - | - | - | - | - | |
| MW-5 | 11/17/99 | 28.15 | 18.90 | 14.64 | 13.51 | 51 | 2.2 | 0.94 | ND | 3.3 | ND | - | - | - | - | - | |
| MW-5 | 02/08/00 | 28.15 | 18.85 | 13.80 | 14.35 | ND-50 | ND<0.3 | 0.46 | ND-0.3 | ND<0.6 | ND-5 | - | - | - | - | - | |
| MW-5 | 05/24/00 | 28.15 | 18.85 | 13.91 | 14.24 | ND-50 | 0.51 | 0.6 | ND-0.3 | 0.84 | ND-5 | - | - | - | - | - | |
| MW-5 | 08/24/00 | 28.15 | 18.88 | 14.72 | 13.43 | ND-50 | 0.69 | ND-0.3 | ND-0.3 | ND-0.6 | ND-5 | - | - | - | - | - | |
| MW-5 | 11/21/00 | 28.15 | 18.82 | 14.97 | 13.18 | - | ND<0.3 | ND-0.3 | ND-0.3 | ND-0.6 | ND-5 | - | - | - | - | - | |
| MW-5 | 11/16/04 | 28.15 | 18.88 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 02/08/05 | 28.15 | 18.82 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| MW-5 | 08/04/05 | 28.15 | 16.79 | 8.82 | 19.33 | ND-44 | ND<0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | 0.38 J | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | PCE (0.61J), TCE (0.56J) |
| MW-5 | 10/13/05 | 28.15 | 18.15 | 9.44 | 18.71 | ND-44 | ND<0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | ND-0.29 | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | |
| MW-5 (DUP) | 10/13/05 | 28.15 | 18.15 | 9.44 | 18.71 | ND-44 | ND<0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | ND-0.29 | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | |
| MW-5 | 03/07/06 | 28.15 | 18.15 | 9.04 | 19.11 | ND-48 | ND<0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | 0.40 J | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | |
| MW-5 | 06/07/06 | 28.15 | 18.15 | 9.01 | 19.14 | ND-48 | ND-0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | 0.31 J | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | |
| MW-5 | 09/07/06 | 28.15 | 18.79 | 6.68 | 21.47 | ND-48 | ND-0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | 0.40 J | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | PCE (0.61J), TCE (0.56J) |
| MW-5 DUP-1 | 09/07/06 | - | - | - | - | ND-48 | ND-0.26 | ND-0.35 | ND-0.17 | ND-0.59 | - | 0.42 J | ND-0.33 | ND-0.39 | ND-0.33 | ND<3.9 | TCE (0.56J) |
| MW-5 | 12/15/06 | 28.15 | 19.16 | 9.81 | 18.34 | ND-20 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | - | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND<2.0 | |
| MW-5 | 02/27/07 | 28.15 | 19.13 | 9.35 | 18.80 | ND-20 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | - | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND<2.0 | |
| MW-5 | 05/31/07 | 28.15 | 19.18 | 10.00 | 18.15 | ND-20 | ND-0.5 | ND-0.5 | ND-0.5 | ND-1.0 | - | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND<5.0 | |
| MW-5 | 08/22/07 | 28.15 | 19.42 | 12.08 | 16.07 | ND-20 | ND-0.5 | ND-0.5 | ND-0.5 | ND-1.0 | - | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND<5.0 | |

ENSR | AECOM

**Table 2**
**Historical Groundwater Elevations and Laboratory Results**
**Former Unocal Service Station 5376**

| Monitoring Well | Sample Collection Date | Top of Casing Elevation (ft-msl) | Total Depth (ft-btmp) | Depth to Groundwater (ft-btmp) | Groundwater Elevation (ft msl) | TPH-G (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE (µg/L) 8021B | MTBE (µg/L) | DIPE (µg/L) | ETBE (µg/L) | TAME (µg/L) | TBA (µg/L) | Other VOCs (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-16-D | 05/31/07 | -- | -- | -- | -- | 960 | 99 | ND<0.5 | 47 | 75 | -- | 41 | ND<0.5 | ND<0.5 | ND<0.5 | 26 | Isopropylbenzene (5.0 J)<br>n-Propylbenzene (7.0)<br>1,2,4-Trimethylbenzene (75)<br>1,3,5-Trimethylbenzene (7.0)<br>Naphthalene (23) |
| MW-16 | 08/22/07 | *29.63 | 30.39 | 13.32 | 16.31 | 720 | 47 | ND<0.5 | 31 | 41 | -- | 30 | ND<0.5 | ND<0.5 | ND<0.5 | 20 J | Manganese (1,380)<br>Sulfate (680,000)<br>ORP (620)<br>Ferrous Iron (2,500)<br>Methane (510)<br>Isopropylbenzene (4.0 J)<br>n-Propylbenzene (5.0)<br>1,3,5-Trimethylbenzene (4.0 J)<br>1,2,4-Trimethylbenzene (65)<br>Naphthalene (24) |
| MW-16 | 11/14/07 | 29.63 | -- | 14.41 | 15.22 | 5,400 | 450 | 0.6 J | 360 | 590 | -- | 16 | ND<0.5 | ND<0.5 | ND<0.5 | 19 J | Isopropylbenzene (17)<br>n-Propylbenzene (24)<br>1,3,5-Trimethylbenzene (93)<br>1,2,4-Trimethylbenzene (630)<br>sec-Butylbenzene (2.0 J)<br>p-Isopropyltoluene (3.0 J)<br>Naphthalene (240)<br>Acetone (9.0 J) |
| MW-17 | 03/02/98 | -- | 31.40 | 20.53 | -- | 54,000 | 7,400 | 12,000 | 430 | 6,300 | 240 | -- | -- | -- | -- | -- | |
| MW-17 | 06/04/98 | -- | 31.40 | 14.42 | -- | 59,000 | 8,000 | 8,700 | 270 | 8,100 | 280 | -- | -- | -- | -- | -- | |
| MW-17 | 08/31/98 | -- | 31.40 | 23.43 | -- | ND | 8 | ND | 1.4 | 0.69 | ND | -- | -- | -- | -- | -- | |
| MW-17 | 12/11/98 | -- | 31.40 | 17.75 | -- | ND | 0.96 | ND | ND | ND | ND | -- | -- | -- | -- | -- | |
| MW-17 | 02/08/99 | -- | 31.04 | 15.22 | -- | 330 | 5.1 | 2.9 | 44 | 8.2 | 8.4 | -- | -- | -- | -- | -- | |
| MW-17 | 05/20/99 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-17 | 08/11/99 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-17 | 11/17/99 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-17 | 02/08/00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-17 | 05/24/00 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |

Notes:
ft-btmp = Feet below measuring point (notch in top of casing)
ft-msl = Feet above mean sea level
µg/L = micrograms per Liter
ND = non detect at or below laboratory detection limit
J = Estimated value. Analyte detected between reporting limit and equal to or greater than the detection limit.
* The sample chromatographic pattern for TPH does not match the specified standard. Quantitation of the unknown hydrocarbon(s) in the sample was based upon the specified standard.

TPH-G = Total petroleum hydrocarbons as Gasoline
MTBE = Methyl Tertiary Butyl Ether
DIPE = Di-isopropyl Ether
ETBE = Ethyl Tertiary Butyl Ether

TAME = Tertiary Amyl Methyl Ether
TBA = Tertiary Butanol
VOCs = Volatile Organic Compounds
-- = not measured / not analyzed

c-1,2-DCE = cis-1,2-Dichloroethene
TCE = Trichloroethene

ENSR | AECOM

21 of 21

# EXHIBIT 37



## ARCADIS
*Infrastructure, environment, buildings*

ARCADIS
3150 Bristol Street
Suite 250
Costa Mesa
California 92626
Tel 714 444 0111
Fax 714 444 0117
www.arcadis-us.com

Ms. Geniece Higgins
Orange County Health Care Agency
Hazardous Materials Mitigation Section
1241 East Dyer Road
Santa Ana, California 92705

ENVIRONMENTAL

Subject:
Quarterly Monitoring Report Submittal

Dear Ms. Higgins:

Date:
June 30, 2010

On behalf of Chevron Environmental Company (CEMC), ARCADIS is submitting the enclosed Second Quarter 2010 Groundwater Monitoring Report.  The enclosed quarterly report was prepared for the following Chevron facility:

Contact:
Lynleigh Lowry

Phone:
714.755.7257

| Chevron Facility No. | OCHCA Case No. | Location |
|---|---|---|
| 30-6631 | 89UT168 | 8971 Warner Avenue Huntington Beach, California |

Email:
Lynleigh.Lowry@arcadis-us.com

If you have any questions, please call me at (714) 755-7257.

Our ref:
B0060901.6631

Sincerely,

ARCADIS

Lynleigh Lowry, P.G. 7870
Senior Geologist

PROFESSIONAL GEOLOGIST
LYNLEIGH LOWRY
P.G. 7870
Exp. 9/10
STATE OF CALIFORNIA

Copies:
Mr. Rob Speer, Chevron EMC (STRATA)
Ms. Nancy Olson-Martin, Santa Ana Regional Water Quality Control Board
Mr. Scott Knode, Property Owner

EXHIBIT
37

Imagine the result

Table 1. Current Groundwater Analyses and Gauging Results
Chevron Environmental Management Company
Chevron Service Station No. 30-6631
8971 Warner Avenue, Huntington Beach, California

| Well ID | Date Sampled | Screen Interval (ft bgs) | Top of Casing (ft MSL) | Depth to GW (ft bgs) | GW Elevation (ft MSL) | Depth of Well (ft bgs) | TPHg (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MtBE (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Ethanol (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-1 | 6/15/2010 | 10-40 | 29.33 | 10.50 | 18.83 | 38.88 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker; cis-1,2-Dichloroethene: 1.4µg/L; Trichloroethene: 3.2µg/L |
| MW-2 | 6/15/2010 | 9-39 | 30.70 | 11.29 | 19.41 | 39.80 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker |
| MW-3 | 6/15/2010 | 9-39 | 30.09 | 10.48 | 19.61 | 38.09 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker |
| MW-4A | 6/15/2010 | 9-39 | 31.08 | 12.43 | 18.65 | 26.35 | ND<50 | 2.7 | ND<0.50 | 1.2 | 6.6 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Naphthalene: 1.4µg/L |
| MW-5 | 6/15/2010 | 10-40 | 29.50 | 10.91 | 18.59 | 38.36 | ND<50 | ND<0.50 | 0.58 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker; Trichloroethene: 1.4µg/L |
| MW-6 | 6/15/2010 | 10-40 | 29.69 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Unable to locate well |
| MW-7 | 6/15/2010 | 10-40 | 29.63 | 12.17 | 17.46 | 39.29 | ND<50 | 8.5 | ND<0.50 | ND<0.50 | 2.0 | 2.1 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | -- |
| MW-8 | 6/15/2010 | 10-40 | 30.96 | 14.49 | 16.47 | 39.11 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | 1.1 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker; cis-1,2-Dichloroethene: 1.5µg/L |
| MW-9 | 6/15/2010 | 10-40 | 29.82 | 14.05 | 15.77 | 39.97 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | -- |
| MW-10 | 6/15/2010 | 10-40 | 29.61 | 16.15 | 13.46 | 40.11 | 470 | 50 | ND<0.50 | 12 | 34 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | n-Butylbenzene: 1.9µg/L; sec-Butylbenzene: 1.5µg/L; Isopropylbenzene: 17µg/L; Naphthalene: 65 µg/L; n-Propylbenzene: 29µg/L; 1,2,4-Trimethylbenzene: 7.8µg/L; 1,3,5-Trimethylbenzene: 2.5µg/L |
| MW-11 | 6/15/2010 | 13-43 | 29.09 | 11.10 | 17.99 | 42.28 | ND<50 | ND<0.50 | 0.72 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker |
| MW-12 | 6/15/2010 | 13-43 | 29.24 | 13.34 | 15.90 | 42.71 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker; cis-1,2-Dichloroethene: 5.1µg/L; Trichloroethene: 7.6µg/L |
| MW-13A | 6/15/2010 | 15-30 | 28.94 | 13.29 | 15.65 | 27.29 | 270 | 3.4 | ND<0.50 | 3.5 | 1.3 | 8.0 | ND<5.0 | ND<5.0 | ND<5.0 | 13 | ND<150 | Isopropylbenzene: 5.5µg/L, Naphthalene: 3.8µg/L, n-Propylbenzene: 5.8µg/L |
| MW-14 | 6/15/2010 | 4-29 | 28.61 | 14.36 | 14.25 | 28.89 | 480 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | sec-Butylbenzene: 1.5µg/L |
| MW-15 | 6/15/2010 | 5-30 | 28.58 | 15.17 | 13.41 | 29.30 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Top of Casing Corrected with GeoTracker |

# EXHIBIT 38

 **ARCADIS**

*Infrastructure, environment, buildings*

Ms. Geniece Higgins
Orange County Health Care Agency
Hazardous Materials Mitigation Section
1241 East Dyer Road
Santa Ana, California 92705

ARCADIS
3150 Bristol Street
Suite 250
Costa Mesa
California 92626
Tel 714 444 0111
Fax 714 444 0117
www.arcadis-us.com

ENVIRONMENTAL

Subject:
Fourth Quarter 2010 – Quarterly Monitoring Report – Depth Discrete Sampling
Submittal

Dear Ms. Higgins:

Date:
January 12, 2011

On behalf of Chevron Environmental Company (CEMC), ARCADIS is submitting the
enclosed report for the following Chevron facility:

Contact:
Chris Ota

Phone:
714.755.7220

| Chevron Facility No. | OCHCA Case No. | Location |
|---|---|---|
| 30-6631 | 89UT168 | 8971 Warner Avenue<br>Huntington Beach, California |

Email:
Chris.Ota@
arcadis-us.com

If you have any questions, please call me at (714) 755-7220.

Our ref:
B0060901.6631

Sincerely,

ARCADIS

Christopher A. Ota
Project Scientist

Bobby Lu, P.G. 8083
Principal Environmental Scientist

*(Professional Geologist seal: BOBBY L. LU, No. 8083, Expires 2/12, STATE OF CALIFORNIA)*

Copies:
Mr. Rob Speer, Chevron EMC (STRATA)
Ms. Nancy Olson-Martin, Santa Ana Regional Water Quality Control Board
Mr. Scott Knode, Property Owner

**EXHIBIT**
tabbies
**38**

Imagine the result

**Table 1. Current Groundwater Gauging and Analytical Results**
Chevron Environmental Management Company
Former Chevron Service Station No. 30-6631
8971 Warner Avenue, Huntington Beach, California

| Sample/ Well ID | Date Sampled | Screen Interval (ft bgs) | TOC (ft MSL) | DTGW (ft bTOC) | GW Elevation (ft MSL) | DTB (ft bTOC) | TPH-g (µg/L) | Benzene (µg/L) | Toluene (µg/L) | Ethyl-benzene (µg/L) | Total Xylenes (µg/L) | MTBE (µg/L) | ETBE (µg/L) | DIPE (µg/L) | TAME (µg/L) | TBA (µg/L) | Ethanol (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-4A | 12/9/2010 | 9-39 | 31.08 | 11.42 | 19.66 | 26.52 | 77 | 1.0 | ND<0.50 | 5.7 | 23 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | -- |
| MW-6 | 12/9/2010 | 10-40 | 29.69 | 11.88 | 17.81 | 37.32 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | -- |
| MW-7-17 | 12/9/2010 | 10-40 | 29.63 | 11.24 | 18.39 | 39.32 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-7-22 | 12/9/2010 | 10-40 | 29.63 | 11.24 | 18.39 | 39.32 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-7-26 | 12/9/2010 | 10-40 | 29.63 | 11.24 | 18.39 | 39.32 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-7-38 | 12/9/2010 | 10-40 | 29.63 | 11.24 | 18.39 | 39.32 | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-10-17 | 12/9/2010 | 10-40 | 29.61 | 15.70 | 13.91 | 39.74 | 730 | 140 | 1.1 | 13 | 8.0 | ND<2.0 | ND<10 | ND<10 | ND<5.0 | ND<20 | ND<300 | Depth discrete sampling |
| MW-10-22 | 12/9/2010 | 10-40 | 29.61 | 15.70 | 13.91 | 39.74 | 520 | 110 | 1.0 | 9.4 | 3.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-10-26 | 12/9/2010 | 10-40 | 29.61 | 15.70 | 13.91 | 39.74 | 330 | 61 | 0.64 | 5.1 | 1.7 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-10-38 | 12/9/2010 | 10-40 | 29.61 | 15.70 | 13.91 | 39.74 | 210 | 29 | ND<0.50 | 2.2 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-13A-17 | 12/9/2010 | 15-30 | 28.94 | 12.83 | 16.11 | 27.43 | 340 | 4.0 | ND<0.50 | ND<0.50 | ND<1.0 | 1.8 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-13A-22 | 12/9/2010 | 15-30 | 28.94 | 12.83 | 16.11 | 27.43 | 320 | 3.0 | ND<0.50 | ND<0.50 | ND<1.0 | 1.8 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-13A-26 | 12/9/2010 | 15-30 | 28.94 | 12.83 | 16.11 | 27.43 | 330 | 2.9 | ND<0.50 | ND<0.50 | ND<1.0 | 2.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-14-17 | 12/9/2010 | 4-29 | 28.61 | 14.83 | 13.78 | 28.89 | ND<50 | 5.4 | ND<0.50 | ND<0.50 | 1.3 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-14-22 | 12/9/2010 | 4-29 | 28.61 | 14.83 | 13.78 | 28.89 | ND<50 | 1.2 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-14-26 | 12/9/2010 | 4-29 | 28.61 | 14.83 | 13.78 | 28.89 | 53 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| MW-16-17 | 12/9/2010 | 16-31 | 29.63 | 10.43 | 19.20 | 30.54 | 4,400 | 11 | ND<5.0 | 120 | 11 | ND<50 | ND<50 | ND<50 | ND<50 | ND<100 | ND<1500 | Depth discrete sampling |
| MW-16-22 | 12/9/2010 | 16-31 | 29.63 | 10.43 | 19.20 | 30.54 | 4,100 | 9.7 | ND<5.0 | 93 | ND<10 | ND<10 | ND<50 | ND<50 | ND<50 | ND<100 | ND<1500 | Depth discrete sampling |
| MW-16-26 | 12/9/2010 | 16-31 | 29.63 | 10.43 | 19.20 | 30.54 | 3,990 | 8.8 | ND<0.50 | 84 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | Depth discrete sampling |
| Trip Blank | 12/9/2010 | -- | -- | -- | -- | -- | ND<50 | ND<0.50 | ND<0.50 | ND<0.50 | ND<1.0 | ND<1.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<10 | ND<150 | |

**Notes:**

ft bgs = Feet below ground surface
TOC = Top of Casing
ft MSL = Feet above mean sea level
DTGW = Depth to Groundwater
bTOC = Below top of casing
DTB = Depth to bottom
µg/L = Micrograms per liter
TPH-g = Total petroleum hydrocarbons as gasoline analyzed by gas chromatography/mass spectrometry (GC/MS) by EPA Method 8260B
MTBE = Methyl tert-butyl ether analyzed by EPA Method 8260B
ETBE = Ethyl tert-butyl ether analyzed by EPA Method 8260B
DIPE = Di-isopropyl ether analyzed by EPA Method 8260B
TAME = Tert-amyl methyl ether analyzed by EPA Method 8260B
TBA = Tert-butanol analyzed by EPA Method 8260B
ND<0.50 = Not detected at or above the stated limit
EPA = environmental protection agency
Benzene, toluene, ethylbenzene, and total xylenes (collectively termed BTEX) analyzed by EPA Method 8260B
Wells MW-1 through MW-3, MW-5, MW-8, MW-9, MW-11, MW-12, and MW-15 not sampled during 4Q10 per agency approval letter dated December 6, 2010.

# EXHIBIT 39



32276181

Jul 22 2010
1:55PM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: Methyl *tertiary* Butyl Ether ("MtBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)

This Document Relates To:

*Orange County Water District v. Unocal, et al.,*
*04 Civ. 4968*

## DEFENDANT UNION OIL COMPANY OF CALIFORNIA'S RESPONSE TO CMO #75

1.     In response to CMO # 75 and the request of Plaintiff Orange County Water District, Defendant Union Oil Company of California ("Union Oil") submits the following response to CMO #75.  Union Oil's response here is limited to its ownership or lease of USTs that were used to store gasoline during the relevant time period.  For the purposes of the above styled action, the relevant time period is 1986 to 2003.  Union Oil's response is also limited to its ownership or lease of the real property and USTs at the Focus Plume Sites.  Subject to and without wavier of the above limitations, Union Oil responds as follows:

2.     As a result of the 1997 divesture to Tosco and the passage of time, Union Oil no longer has access to certain information and documents sought by these requests.  For example, Union Oil has very few records pertaining to the following service stations that were acquired by Tosco Corporation in 1997:  Unocal #5226 and Unocal #5792.  Upon information and belief, certain records pertaining to these sites may be in the possession of Tosco or its successors.  Union Oil's records pertaining to Unocal #5399, Unocal #5376, and Unocal #5123 are similarly limited, as Union Oil closed these service stations in the early 1990's.



**EXHIBIT**

**39**

3.   **Unocal #5376, 8971 Warner Ave., Huntington Beach.**  Union Oil owned the USTs at the subject site from a date prior to 1986 until approximately January 1993 when the tanks were removed.  Unocal owned the real property at 8971 Warner Ave. from a date prior to 1986. The station at this location was closed in March 1992.

4.   **Unocal #5399, 9525 Warner Ave., Fountain Valley.**  Union Oil owned the USTs at the subject site from a date prior to 1986 until approximately January 1994 when the tanks were removed.  Unocal owned the real property at 9525 Warner Ave. from a date prior to 1986 until approximately 1998.

5.   **Unocal #5123, 14972 Springdale St., Huntington Beach.**  Union Oil owned the USTs at the subject site from a date prior to 1986 until approximately 1994 when the tanks were removed.  Unocal owned the real property at 14972 Springdale St. from a date prior to 1986. The station at this location was demolished in approximately 1994.

6.   No one person for Union Oil knows all of the matters stated herein, and therefore this declaration was prepared with the assistance and advice of representatives of, and counsel for, said Union Oil upon whose assistance and advice I have relied.  This declaration is limited by the records and information still in existence, presently recollected, and thus far discovered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Ramon, California, this ___21^st___ day of July, 2010.

Hongyan Xun, Assistant Secretary

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of July 2010, a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File & Serve.

JEREMIAH J. ANDERSON By PERMISSION
J. Kilpatrick
Jeremiah J. Anderson

3

# EXHIBIT 40

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


ORANGE COUNTY WATER DISTRICT, )
                              )
            Plaintiff,        )
                              )
VS.                           ) Case No. 04 CIV. 4968
                              )
UNOCAL CORPORATION, et al.,   )
                              )
            Defendants.       )
_____)


VIDEOTAPED DEPOSITION of SANG U. KWON,
taken on behalf of the Plaintiff, at 650 Town Center
Drive, Fourth Floor, in the City of Costa Mesa,
California, commencing at 1:11 p.m., on Monday,
August 23, 2010, before Denise Paholski, Certified
Shorthand Reporter No. 10742 in the State of
California.

--oOo--



EXHIBIT
40

## Page 2

```
 1   APPEARANCES:
 2   For the Plaintiff ORANGE COUNTY WATER DISTRICT:
 3     LAW OFFICES OF MILLER, AXLINE & SAWYER
       BY: JUSTIN MASSEY, ESQ.
 4       1050 Fulton Avenue, Suite 100
         Sacramento, California 95825
 5       (916) 488-6688
 6
     For the Defendants CHEVRON CORPORATION, including
 7   UNION OIL COMPANY OF CALIFORNIA and UNOCAL
     CORPORATION:
 8
       KING & SPALDING, LLP
 9     BY: SAMUEL DAVIS, ESQ.  (via speakerphone)
         1100 Louisiana, Suite 4000
10       Houston, Texas 77002
         (713) 276-7304
11
12   For the Defendant LYONDELL CHEMICAL COMPANY:
13     BLANK ROME LLP
       BY: MICHAEL MURPHY, ESQ.  (via speakerphone)
14       One Logan Square
         130 North 18th Street
15       Philadelphia, Pennsylvania 19103
         (215) 569-5500
16
17   Also present:
18     Joshua Headrick, Videography Technician
19     Raymond B. Oh, Korean Interpreter
20
21
22
23
24
25
```

## Page 3

```
 1                I N D E X
 2
 3   WITNESS:                    PAGE
 4   Sang U. Kwon
 5     Examination by Mr. Massey    5, 160
 6     Examination by Mr. Davis     146
 7
 8
        EXHIBITS FOR IDENTIFICATION
 9
10   NUMBER    DESCRIPTION       PAGE
11   1 - Notice of Deposition of Sang U. Kwon    13
         with Production of Documents and
12       Videotaping, 13 pages
13   2 - Site Plan Bates-stamped UOC 118320    27
14   3 - Document dated October 15th, 1992    80
         from Alton Geoscience, Bates-stamped
15       UOC 19979 through UOC 19992
16   4 - Letter from County of Orange Health    89
         Care Agency to Tufan Ince, dated 4/15/87,
17       Bates-stamped UOC 121742, 121743 and 121744
18   5 - Tank Closure Report              122
19   6 - Document from Alton Geosciences dated    126
         8/10/95, Bates-stamped UOC 118322 through
20       UOC 118329
21   7 - Environmental Clean-Up Authority    128
         Proposal, dated 7/15/94, Bates-stamped
22       UOC 121767 through 121770
23   8 - Hand drawn depiction by witness at    146
         deposition, 1 page
24
25
```

## Page 4

```
 1   COSTA MESA, CALIFORNIA - MONDAY, AUGUST 23, 2010
 2                  1:11 P.M.
 3                   -oOo-
 4
 5        THE VIDEOGRAPHER:  Good afternoon.  Here
 6   begins Videotape No. 1, Volume I in the deposition
 7   of Sang Kwon, in the matter of Methyl Tertiary Butyl
 8   Ether Products Liability Litigation, in the United
 9   States District Court, Southern District of New
10   York, Master File No. 1:00-1898, MDL 1358(SAS),
11   M21-88, also in the matter of Orange County Water
12   District v. Unocal Corporation, et al., Case No. 04
13   Civ. 4968.
14        Today's date is August 23rd, 2010.  The
15   time is approximately 1:11 p.m.  This deposition is
16   being taken at 650 Town Center Drive, Costa Mesa,
17   California.  The court reporter producing the
18   official transcript of today's testimony is Denise
19   Paholski of Depobook Court Reporting Services, (800)
20   830-8885.  The videographer is Joshua Headrick, also
21   of Depobook.
22        Would counsel please identify yourselves
23   and state whom you represent.
24        MR. MASSEY:  Justin Massey for the
25   plaintiff, Orange County Water District.  On the
```

## Page 5

```
 1   phone?
 2        MR. MURPHY:  Mike Murphy, Blank Rome, LLP,
 3   for Liondell.
 4        MR. DAVIS:  Samuel Davis, with King and
 5   Spalding, for the Chevron defendants.
 6        THE VIDEOGRAPHER:  Would the court
 7   reporter please swear in the witness.
 8
 9              RAYMOND B. OH,
10   having been first duly administered the oath, was
11   called as an interpreter to interpret English into
12   Korean and Korean into English; and;
13
14              SANG U. KWON,
15   called as a Witness by and on behalf of the
16   Plaintiff, and having been first duly sworn by the
17   Deposition Officer, was examined and testified as
18   follows:
19
20              EXAMINATION
21   BY MR. MASSEY:
22    Q   Good afternoon, Mr. Kwon.
23    A   Hello.
24    Q   Would you state your name and spell your
25   name for the record.
```

Deposition of Sang U. Kwon  /  August 23, 2010

| Page 6 |
|---|

1    A   Last name first or first name first?
2    Q   First name first.
3    A   Sang U. Kwon, K-w-o-n.
4    Q   And your first name is S-a-n-g, correct?
5    A   Yes.
6    Q   What is your home address?
7    A   2145 Flame Flower Lane, Fullerton,
8    California 92833.
9    Q   And that's Flame Thrower Lane?
10   A   Flame Flower Lane.
11   Q   Flame Flower Lane.
12   A   Lane.
13   Q   And what is your home phone number?
14   A   It has been a while.  I recently just
15   changed my phone number, so.  (714) 736-0787.
16   Q   And do you plan to stay at that residence
17   indefinitely?
18   A   Sure, and up to now.
19   Q   And do you plan to keep that phone number
20   indefinitely?
21   A   Yes.
22   Q   We're here primarily to talk about the gas
23   station at 14972 Springdale Street in Huntington
24   Beach.
25        Did you operate that station?

| Page 7 |
|---|

1    A   No.
2    Q   Did you operate a station on Springdale
3    Street in Huntington Beach?
4    A   A long time ago, yes.
5    Q   Okay.  What was the address?
6    A   (In English) 14972 Springdale, Huntington
7    Beach.
8    Q   And do you recall whether that station was
9    designated by Unocal as Station No. 5123?
10   A   (In English) 5123.  5123.
11   Q   Okay.  And what years did you operate that
12   station?
13   A   It was probably 1982 or '83.  I think '82
14   is more accurate.  And in 1994, it was around the
15   summer of '94, I passed a key on to someone.  To the
16   company.
17   Q   Okay.  And we'll talk in more detail about
18   that station.  Before we do, I want to go over some
19   of the basic ground rules so you know how we'll go
20   forward today.
21        Have you ever had your deposition taken
22   before?
23   A   No, never.
24   Q   You understand that you just took an oath
25   to tell the truth and that your testimony here is

| Page 8 |
|---|

1    under penalty of perjury as if we were in a court of
2    law?
3    A   Yes.
4    Q   It's important -- as you see, we have a
5    court reporter here -- that she be able to write
6    down everything you say and everything I say.  And
7    so I would ask you to allow me to finish my
8    question, even if you know what I'm going to ask,
9    before you begin your answer.
10        Do you understand that?
11   A   Yes.
12   Q   It's also important that you give verbal
13   responses.  So if I ask you a yes or no question,
14   for example, rather than nodding your head, you say
15   yes or no.
16        Do you understand that?
17   A   Yes.
18   Q   It's also important that you understand my
19   questions.  If you don't understand my question at
20   any time, let me know and I will clarify it or
21   restate it.
22   A   Yes.
23   Q   We're entitled to your best recollection
24   of the time period that you owned the station but I
25   don't want you to guess.  If I ask you a question

| Page 9 |
|---|

1    and you don't recall or don't have any information
2    about what I'm asking about, you can just let me
3    know that you don't know.
4    A   Yes, yes.
5    Q   From time to time some of the lawyers on
6    the phone may make objection to my question.  If
7    that happens, allow them to make their objections
8    for the record and then you may answer the question.
9    A   Yes.
10   Q   When we're done, you will have a chance to
11   review a draft of the transcript and make any notes
12   where you think the transcript has not accurately
13   transcribed your testimony.
14   A   Yes.
15   Q   I just want you to know that when you go
16   through the transcript, if you make any changes, be
17   sure they are changes designed to reflect accurately
18   your testimony here today because any changes you
19   make could affect your credibility as a witness if
20   your deposition is used at trial.
21   A   Yes.
22   Q   Are you under the influence of any
23   medications, drugs or alcohol that would prevent you
24   from giving clear and accurate testimony?
25   A   No.

3  (Pages 6 to 9)

Deposition of Sang U. Kwon  /  August 23, 2010

Page 66

1    specific station.
2           MR. MASSEY: Well, I think there was some
3    specific testimony about specific spills but also a
4    broader subject of talking about the general
5    process.
6      Q   Did you understand the questions I've been
7    asking about your procedures for responding to
8    spills and for maintaining the station on a
9    day-to-day basis to be about this particular station
10   in Huntington Beach that you operated?
11     A   Yes.
12     Q   Okay. And throughout the time that you
13   leased that station, did you repair cars in the
14   service bays?
15     A   No.
16     Q   Did you have employees who did?
17     A   No.
18     Q   Was somebody else operating an auto shop
19   on the station?
20     A   Before I take them over, that station,
21   they have repair car and they serve gas. I don't
22   know who, but then that man go away, that station
23   was complete closed. That's why I take them over.
24     Q   And was any part of the station replaced
25   or changed in any way between the time that the

Page 67

1    prior operator left the station and you took over?
2      A   No, there's nothing changed.
3      Q   Okay. And so the part of the station
4    where the hoists were and the auto shop was just
5    empty?
6      A   Empty. They closed.
7      Q   So nothing took place during that part of
8    the station throughout the time that you leased the
9    station?
10     A   No.
11     Q   Okay. Were the underground storage tanks
12   replaced during the time that you were at the
13   station?
14     A   Uh-uh.
15         MR. DAVIS: Was that a no?
16         MR. MASSEY: He said no, yes.
17   BY MR. MASSEY:
18     Q   You meant no?
19     A   No.
20     Q   Do you recall ever -- well, let me first
21   ask the question.
22         Did Mobile own -- strike that.
23         Did Union Oil own the real property, the
24   real estate on which the station sat?
25     A   That I don't know. That I don't know.

Page 68

1      Q   Did Union Oil own the building where
2    the --
3      A   Yeah.
4      Q   Did they own the underground storage
5    tanks?
6      A   I think so.
7      Q   Did they own the dispensers?
8      A   Yes.
9      Q   And did they own the product lines
10   which --
11     A   Yes, yes.
12     Q   -- connected the tanks to the dispensers?
13   Okay. Did you have any responsibility for
14   maintaining the underground storage tanks?
15     A   Uh-uh.
16     Q   Did you have any responsibility for
17   maintaining --
18         MR. DAVIS: Object. Mr. Massey, I think
19   he's kind of falling into this "uh-huh" and "uh-uh"
20   stuff. Maybe that's just what I'm hearing over the
21   phone. But if I could just remind the witness to
22   try and say yes or no on these questions, I think it
23   will make a more clear record.
24         MR. MASSEY: Okay.
25     Q   Yeah, it's hard to remember all these

Page 69

1    things because it's not the way we normally talk,
2    but if you can say yes or no.
3          MR. DAVIS: And his answer was no to the
4    question about whether or not he had any
5    responsibility for maintaining the tanks; am I
6    right?
7    BY MR. MASSEY:
8      Q   Did you have any responsibility for
9    maintaining the underground storage tanks?
10     A   Responsibility is Union Oil, not me.
11     Q   Okay. Union Oil had the responsibility --
12     A   Yes.
13     Q   -- for the tanks?
14     A   Yes.
15     Q   Not you as the dealer?
16     A   Yes. Because something happened at tank,
17   we report to the Union Oil and they got order to
18   repair it or -- you know.
19     Q   Okay. And was Union Oil also responsible
20   for maintaining the product lines between the tanks?
21     A   Yes.
22     Q   And Union Oil was responsible for
23   maintaining the dispensers?
24     A   Yes.
25     Q   Did you have any responsibility as the

18 (Pages 66 to 69)

Page 70

1    dealer for the dispensers; for example, the nozzles
2    and hoses on the outside of the dispensers?
3         A   Dealer responsibility is there is a hose
4    crack or a hose broke or nozzle broke. All those is
5    dealer responsible.
6         Q   Okay. Did you also have to replace the
7    fuel filters on the dispensers?
8         A   Fuel filter is not our responsibility.
9    That's Union Oil. We call the maintenance.
10        Q   Did you ever see one of the tops off of
11   the dispensers while somebody from the company was
12   working on it or one of their contractors were doing
13   any repairs or replacing any parts?
14        A   Say it again.
15        Q   Do you recall any instances where somebody
16   was out working on the dispensers and they had the
17   top off and you could see the inside of it?
18        A   Do I seen them?
19        Q   Yes.
20        A   Yeah, I seen them.
21        Q   Do you recall whether it was dirt
22   underneath the dispenser that you could see?
23        A   Yeah, there is a dirt. Like kind of sand.
24        Q   Was there a containment pan underneath it
25   to catch any leaks of gas or was it just dirt

Page 71

1    underneath the dispenser?
2         A   There is no pan. There is a sand, dirt.
3         Q   Did the company ever send anybody to come
4    out and test the underground storage tanks?
5         A   Yes, they do.
6         Q   How often would they do that?
7         A   We report when in the rain seasons. And
8    if water going to turbine or water tank -- I mean
9    not the water tank -- the gas tank, maybe go in,
10   water inside the tank. So at least two, three time
11   a week, whoever measures that depth of tank check
12   the water. If there is more than -- a water level
13   more than was supposed to, that goes in the report
14   immediately to the maintenance company and they come
15   and get the water drain out.
16        Q   And how many times did that happen where
17   you called the company to report that there was more
18   water in the tanks than should have been there?
19        A   Maybe -- I don't think -- not all the
20   time. It's maybe many years' time. You know? Only
21   rainy season we have to watch it. It could be that
22   water goes to in the customer car. So that's our
23   job. That's our responsibility.
24        Q   And did you -- did that happen multiple
25   times a year during the raining season or once --

Page 72

1         A   Yeah, maybe -- when warm weather comes one
2    time or two time, whenever the rains in rain season,
3    we have to watch it. So maybe that time is maybe
4    two, three time.
5         Q   So two to three times a year?
6         A   Yeah.
7         Q   During the raining season?
8         A   Yeah. If hard rain, it goes to on the gas
9    tank, easy to water go in it.
10        Q   And does that indicate that there's a
11   problem with the seals on the surface at the fuel
12   tube or with the dispensers or anything else, if
13   rain's getting into the tanks?
14        A   Well, if a lot of rains, like you pool the
15   water, there is a tank cap. Maybe that goes through
16   the cap. Or, or even if not done, if that tank is
17   getting old, say many years, it's wet inside. It
18   created water in self. Then the water is heavy than
19   the gas and the water is under.
20        Q   And how does a tank create water if it's
21   old? You mean by condensation?
22        A   Condensation?
23        THE INTERPRETER: Condensation.
24   BY MR. MASSEY:
25        Q   Condensation.

Page 73

1         A   What is a condensation?
2         (Witness confers with Interpreter.)
3         Q   While he's looking it up, I'll try to
4    describe it for you.
5         THE INTERPRETER: Apchuk.
6         THE WITNESS: Apchuk, yeah.
7    BY MR. MASSEY:
8         Q   That's what you mean? That's how the
9    water gets into an old tank sometimes?
10        A   It created inside for self.
11        Q   Okay. Let me ask you specifically. Did
12   the company ever send somebody out to test the tanks
13   for tightness where you had to shut down the station
14   for a few hours and they would run tests on the
15   tanks to make sure --
16        A   Yeah.
17        Q   -- they contained the gas that was in --
18        A   They check the -- when they check the tank
19   and between the tank to the pump.
20        Q   The lines? The lines check?
21        A   The lines. And it can take sometime four
22   hours. Yeah.
23        Q   Would that happen on a regular schedule,
24   every half year or every few months?
25        A   No. Maybe every year. Not all the time.

19 (Pages 70 to 73)

Deposition of Sang U. Kwon  /  August 23, 2010

Page 102

1  Get the other one, other nozzle and old one.
2    Q    And same with the hoses, would you just
3  replace them --
4    A    Yeah.
5    Q    -- rather than try to fix them?
6    A    Mm-hmm.  You cannot fix it anyway.  I
7  don't have those kind equipment.
8    Q    All right.  And if your nozzle didn't
9  automatically shut off, would it overfill somebody's
10  gas tank and that's how you would know that it
11  needed to be replaced?
12    A    If that nozzle, it doesn't work, it cannot
13  overfill because already the shutoff handle is not
14  working so you cannot pump anyway.
15    Q    And did you ever have any times when the
16  hoses were cracked or there was a hole in it and the
17  gas leaked out?
18    A    There is no gas leaking.  I just see that
19  there is any leak, any crack, just replace them.
20    Q    Okay.  Did you have a way of keeping
21  records when you weren't at the station for any time
22  that sand was needed when you had a fuel spill to be
23  put out and cleaned up?  Did your employees have
24  like a log, for example, where they would record
25  fuel spill and they cleaned it up using the sand?

Page 103

1    A    No, no.  They just call me.
2    Q    If it was a big enough spill?
3    A    Yeah.  If big enough to spill and just put
4  the whole sand.  Get the soaking up.
5    Q    But they wouldn't call you about every
6  little spill?
7    A    No.
8    Q    They would just call you --
9    A    The small spills, just a dry map (sic).
10    Q    The mop?
11    A    Yeah, mop.  See, in my shop, our operation
12  is every station I owned -- and you know there is an
13  AQMD.  You know AQMD.
14    Q    Air Quality --
15    A    Air Quality Management.
16    Q    Yeah.
17    A    Their rule:  Supposed to be each station
18  dry mop, bucket sand have to be in an island.  And
19  also the oil company, they told us, too, no water.
20  That's what I know I did.
21    Q    For cleaning up a spill of fuel?
22    A    Yes.
23    Q    No water --
24    A    Yeah.
25    Q    -- it was the sand or the mop.

Page 104

1    A    Or engine drop any engine oil.  All those.
2    Q    Okay.  See if you can allow me to finish
3  my question.  I just want to clarify.  So the rule
4  was in terms of cleaning up a fuel spill, not water
5  but either the mop or the sand?
6    A    Sand.
7        MR. DAVIS:  Objection.  Asked and
8  answered.
9  BY MR. MASSEY:
10    Q    And was it AQMD's rule that the sand, once
11  it had been scooped up after it had been used, would
12  be left in an open container to evaporate?
13    A    Yeah.
14    Q    Did the nozzles drip at the station while
15  you were leasing it?
16    A    Not all the time.  Once in a while.  Once
17  in a time they do, yeah.  Not whole lot drip.  Just
18  if a customer leave gasoline, some of them.  They
19  didn't drip them all.  So sometime when people busy,
20  they just leave.  And whoever comes, he pull out the
21  nozzle like that, he drip a few drips.  It don't
22  happen very often.
23    Q    So sometimes if a customer was in a rush
24  and pulled their nozzle out pretty quickly --
25    A    Yes.

Page 105

1    Q    -- some drips would fall on the ground?
2    A    Yeah, mm-hmm.  Or a customer, he knew or
3  he don't know, whatever, he grabs the nozzle,
4  accidently he can pull the trigger.  Shoot, right?
5  That maybe nearly happened.  Yeah.
6    Q    So somebody would accidently pull the
7  trigger on the nozzle before it was in their car and
8  a little bit of gas would shoot out?
9    A    Yeah, yeah.  He make mistake.  That is not
10  all the time.  Sometime it could be happen and you
11  have to wash with water quickly.
12    Q    And how often would the type of drip where
13  the customer would be in a rush and pull it out too
14  fast happen?
15    A    Not for many years.  Sometime.  I see one
16  time.  Not that station, uh-uh.
17    Q    But did that happen as a regular part of
18  the gasoline business --
19    A    Yeah.
20    Q    -- that some drips come out of the nozzle
21  in the process of filling up people's cars?
22    A    Yeah.
23    Q    And did that happen at the Huntington
24  Beach station?
25    A    Not the Huntington Beach station.

27  (Pages 102 to 105)

Deposition of Sang U. Kwon  /  August 23, 2010

Page 166

1   LETTER TO DEPOSITION OFFICER - ERRATA SHEET
2   Legend
    Reason #1: For clarification
3   Reason #2: Transcription error
    Reason #3: Requested information
4   Reason #4: To further expound on answer
    Reason #5: Other (please explain)
5   _____
    PAGE# LINE# CORRECTION    REASON FOR CORRECTION
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18     I, the undersigned, declare under penalty of
    perjury that I have read the above-referenced
19  deposition transcript and have made any corrections,
    additions, or deletions that I was desirous of
20  making and that the transcript contains my true and
    correct testimony.
21      EXECUTED this ___ day of_____, 20___,
22      at _____,_____.
            (city)       (state)
23
24      _____
                (deponent)
25

1   STATE OF CALIFORNIA )
                        ) SS
2   COUNTY OF ORANGE   )
3
4      I, DENISE PAHOLSKI, CSR, No. 10742, a
5   Certified Shorthand Reporter in and for said County
6   and State, do hereby certify:
7      That prior to being examined, the witness
8   named in the foregoing deposition, SANG U. KWON, by
9   me was duly sworn to testify the truth, the whole
10  truth, and nothing but the truth;
11     That said deposition was taken down by me
12  in shorthand at the time and place therein named and
13  thereafter reduced to computerized transcription
14  under my direction and supervision, and I hereby
15  certify the foregoing deposition is a full, true and
16  correct transcript of my shorthand notes so taken.
17     I further certify that I am neither
18  counsel for nor related to any party to said action
19  nor in anywise interested in the outcome thereof.
20     IN WITNESS WHEREOF, I have hereunto
21  subscribed my name this 2nd day of September, 2010.
22
23      _____
        DENISE PAHOLSKI, RPR, CSR #10742
        in and for the State of California
24
25

43  (Pages 166 to 167)

DEPOBOOK REPORTING SERVICES (800) 830-8885

# EXHIBIT 41



ENSR I AECOM
999 Town & Country Road
4th Floor
Orange, California 92868
(714) 973-9740
Fax (714) 973-9750
www.ensr.com

January 14, 2008

Mr. Kevin Lambert
Orange County Health Care Agency
1241 East Dyer Rd; Suite 120
Santa Ana, California 92705-5611


**Subject: OCHCA Case #87UT82**

**RE:  Quarterly Groundwater Monitoring Report, Fourth Quarter 2007**
   **Former Unocal Facility #5123 (Chevron Site ID 306621)**
   14972 Springdale, Huntington Beach, California
   ENSR Project Number 01231-175


Dear Mr. Lambert:


ENSR has been authorized by Union Oil Company of California (Unocal), now doing business as Chevron Environmental Management Company (EMC), to perform quarterly groundwater monitoring at the site located at 14972 Springdale, Huntington Beach, California (Figure 1). The locations of former and current site features are illustrated on Figure 2. Quarterly groundwater monitoring is intended to evaluate the concentration and distribution of petroleum hydrocarbon constituents in groundwater beneath the site. This report summarizes results of the samples collected from the site during the Fourth Quarter 2007. The work was performed in accordance with the field methods and procedures included in Enclosure A. Non-purge sampling methods were used this quarter.

<u>Site History</u>

- The site was occupied by a Unocal gasoline service station from 1962 to 1994 when all USTs and associated improvements were removed.
- Various soil borings and monitoring wells installed in the late 1980s and early 1990s indicated impacted soil and groundwater beneath and off site.
- According to historical data from approximately 45 on and offsite groundwater monitoring wells, the groundwater impacts range across three saturated zones (A-zone, B-zone, and C-zone).
- Dual-phase extraction (DPE) was initiated onsite in April 2002. The system was shut down in January 2004 due to mechanical failure. Several attempts were made to get system up and running efficiently without shutting down. System was restarted in June 2004.
- The system was shut down on December 28, 2006, and will remain shut down until modifications can be completed to increase system efficiency.

EXHIBIT
41
tabbies®

Kevin Lambert
Orange County Health Care Agency
Page 3

**Future Work**

The Quarterly Status Report outlines site history, recently completed and proposed work, and current agency directives. The Quarterly Status Report is included as Enclosure D.

**Remarks/Signatures**

The interpretations in this report represent our professional opinions and are based, in part, on the information supplied by the client. These opinions are based on currently available information and are arrived at in accordance with currently accepted hydrogeologic and engineering practices at this time and location. Other than this, no warranty is implied or intended.

If you have any questions regarding this project, please contact Paul Clemow at (805) 388-3775 or pclemow@ensr.aecom.com.

Sincerely,

ENSR

Donald W. Reid
Senior Technician

William S. Glenn, Jr., PG 7737
Project Manager

Paul Clemow
Senior Project Manager

Table 2
Summary of Groundwater Sample Laboratory Analysis
Former Unocal Service Station 5123
Huntington Beach, California

| Well No. | Monitoring Date | Screen Interval (feet) | Top of Casing (MSL-feet) | Depth of Well (feet) | Depth to Water (feet) | Ground-water Elevation (MSL-feet) | LNAPL Thickness (feet) | TPH-G (µg/l) | Benzene (µg/l) | Toluene (µg/l) | Ethyl-benzene (µg/l) | Total Xylenes (µg/l) | Di-isopropyl Ether (µg/l) | Ethyl tert-Butyl Ether (µg/l) | tert-Amyl Methyl Ether (µg/l) | MTBE 8021B (µg/l) | MTBE 8260B (µg/l) | ter-Butanol (µg/l) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-7 | 07/2/2004 | 9-24 | 18.86 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-7 | 11/9/2004 | 9-24 | 18.86 | 24.30 | 6.57 | 12.29 | 0 | ND-50 | ND-2.0 | ND-2.0 | ND-2.0 | ND<4.0 | ND-5.0 | ND-5.0 | ND-5.0 | -- | ND<5.0 | ND-50 | |
| MW-7 | 11/26/2005 | 9-24 | 18.86 | 24.30 | 6.14 | 12.72 | 0 | ND-25 | ND-0.28 | ND-0.28 | ND-0.28 | ND-0.90 | ND-0.25 | ND-0.28 | ND-0.28 | -- | ND-0.32 | ND-3.1 | |
| MW-7 | 2/7/2006 | 9-24 | 18.86 | 24.30 | 6.37 | 12.49 | 0 | ND-20 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | ND-0.5 | -- | ND-0.5 | ND-2.0 | |
| MW-7 | 1/16/2007 | 9-24 | 18.86 | 24.30 | 6.37 | 12.49 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-8 | 01/01/93 | 5-35 | 19.55 | -- | -- | -- | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Resurveyed |
| MW-8 | 02/01/93 | 5-35 | 18.9 | -- | 9.11 | 9.79 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-8 | 03/01/93 | 5-35 | 18.9 | -- | -- | -- | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-8 | 04/01/93 | 5-35 | 18.9 | -- | 6.77 | 12.13 | 0 | 8600 | 9100 | 899 | 6400 | -- | 75000 | -- | -- | 32000 | -- | -- | |
| MW-8 | 05/01/93 | 5-35 | 18.9 | -- | 10.04 | 8.86 | 0 | 11000 | 16000 | 3700 | 16000 | -- | 210000 | -- | -- | 22000 | -- | -- | |
| MW-8 | 08/01/93 | 5-35 | 18.9 | -- | 10.15 | 8.75 | 0 | 4200 | 3500 | 2300 | 4300 | -- | 40000 | -- | -- | 9900 | -- | -- | |
| MW-8 | 12/01/93 | 5-35 | 18.9 | -- | 7.51 | 11.39 | 0 | 6200 | 12000 | 1400 | 13000 | -- | 130000 | -- | -- | 10000 | -- | -- | |
| MW-8 | 02/01/94 | 5-35 | 18.9 | -- | 6.68 | 12.22 | 0 | 9100 | 11000 | 2000 | 23000 | -- | 92000 | -- | -- | 5200 | -- | -- | |
| MW-8 | 05/01/94 | 5-35 | 18.9 | -- | 7.46 | 11.44 | 0 | 2300 | 470 | 480 | 3800 | -- | 13000 | -- | -- | 15000 | -- | -- | |
| MW-8 | 08/01/94 | 5-35 | 18.9 | -- | 15.50 | 3.4 | 0 | 4400 | 4600 | 1300 | 4500 | -- | 27000 | -- | -- | 13000 | -- | -- | |
| MW-8 | 11/01/94 | 5-35 | 18.9 | -- | 6.00 | 12.9 | 0 | 5900 | 2700 | 2700 | 4800 | -- | 52000 | -- | -- | 8900 | -- | -- | |
| MW-8 | 02/01/95 | 5-35 | 18.9 | -- | 14.22 | 4.68 | 0 | 6300 | 5300 | 2300 | 17000 | -- | 71000 | -- | -- | -- | -- | -- | |
| MW-8 | 05/01/95 | 5-35 | 18.9 | -- | 7.12 | 11.78 | 0 | 5000 | 2900 | 2500 | 8600 | -- | 46000 | -- | -- | -- | -- | -- | |
| MW-8 | 08/01/95 | 5-35 | 18.9 | -- | 7.27 | 11.63 | 0 | 840 | 79 | 400 | 53.4 | -- | 7100 | -- | -- | -- | -- | -- | |
| MW-8 | 11/01/95 | 5-35 | 18.9 | -- | 7.05 | 11.85 | 0 | 4100 | 3000 | 2700 | 10800 | -- | 66000 | -- | -- | -- | -- | -- | |
| MW-8 | 02/29/96 | 5-35 | 18.9 | 34.5 | 7.86 | 11.04 | 0 | 3600 | 3100 | 1700 | 8700 | -- | 53000 | -- | -- | -- | -- | -- | |
| MW-8 | 05/28/96 | 5-35 | 18.9 | 34.5 | 9.82 | 9.08 | 0 | 4500 | 3500 | 1900 | 6200 | -- | 35000 | -- | -- | -- | -- | -- | |
| MW-8 | 08/22/96 | 5-35 | 18.9 | 34.5 | 8.95 | 9.95 | 0 | 3600 | 470 | 2000 | 2640 | -- | 36000 | -- | -- | -- | -- | -- | |
| MW-8 | 11/01/96 | 5-35 | 18.9 | 34.5 | 7.20 | 11.7 | 0 | 350 | 12 | 92 | 100 | -- | 6400 | -- | -- | -- | -- | -- | |
| MW-8 | 01/29/97 | 5-35 | 18.9 | 34.5 | 8.00 | 10.9 | 0 | 2900 | 1700 | 2000 | 6000 | -- | 44000 | -- | -- | -- | -- | -- | |
| MW-8 | 04/04/97 | 5-35 | 18.9 | 34.5 | 7.72 | 11.18 | 0 | 2700 | 180 | 2000 | 3700 | -- | 31000 | -- | -- | 13000 | -- | -- | |
| MW-8 | 07/09/97 | 5-35 | 18.9 | 34.5 | 9.40 | 9.5 | 0 | 2700 | 280 | 1600 | 1500 | -- | 22000 | -- | -- | 8900 | -- | -- | |
| MW-8 | 10/30/97 | 5-35 | 18.9 | 34.5 | 7.54 | 11.36 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored only |
| MW-8 | 01/15/98 | 5-35 | 18.9 | -- | 6.88 | 12.02 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored Only |
| MW-8 | 07/09/98 | 5-35 | 18.9 | -- | 8.50 | 10.4 | 0 | 4500 | 550 | 2100 | 3100 | -- | 34000 | -- | -- | 5100 | -- | -- | |
| MW-8 | 12/17/98 | 5-35 | 18.9 | 35.15 | 8.37 | 10.53 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored Only |
| MW-8 | 03/10/99 | 5-35 | 18.9 | -- | 7.59 | 11.31 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored Only |
| MW-8 | 06/10/99 | 5-35 | 18.9 | -- | 8.93 | 9.97 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored Only |
| MW-8 | 09/09/99 | 5-35 | 18.9 | -- | 10.15 | 8.75 | 0 | 1900 | 190 | 720 | 870 | -- | 16000 | -- | -- | 3600 | -- | -- | |
| MW-8 | 12/03/99 | 5-35 | 18.9 | -- | 9.77 | 10.13 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored only |
| MW-8 | 02/22/00 | 5-35 | 18.9 | -- | 9.18 | 9.72 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Pump in well |
| MW-8 | 08/21/00 | 5-35 | 18.9 | -- | 11.15 | 7.75 | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Monitored Only |
| MW-8 | 11/08/00 | 5-35 | 18.9 | 35.15 | 11.80 | 7.1 | 0 | 560 | 100 | 170 | 300 | -- | 4600 | -- | -- | 2700 | -- | -- | Abandoned 1/31/01 |
| MW-9 | 01/01/93 | 5-35 | 19.39 | -- | -- | -- | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 02/01/93 | 5-35 | 19.39 | -- | 11.23 | 8.16 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 03/01/93 | 5-35 | 19.39 | -- | -- | -- | 0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 04/01/93 | 5-35 | 19.39 | -- | 7.68 | 11.71 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 08/01/93 | 5-35 | 19.39 | -- | 13.54 | 5.85 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 12/01/93 | 5-35 | 19.39 | -- | 13.58 | 5.81 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 02/01/94 | 5-35 | 19.39 | -- | 9.11 | 10.28 | Trace | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| MW-9 | 05/01/94 | 5-35 | 19.39 | -- | 7.65 | 11.74 | 0 | 4800 | 2900 | 680 | 2400 | -- | 23000 | -- | -- | -- | -- | -- | |

# EXHIBIT 42


**ARCADIS**
*Infrastructure, environment, buildings*

Imagine the result

**Chevron Environmental Management Company**

# Third Quarter 2010 Groundwater Monitoring Report

Chevron Facility No. 30-6621
(Former Unocal Station No. 5123)
Huntington Beach, California

OCHCA Case No. 87UT82

September 2010



EXHIBIT
**42**

# ARCADIS



Allen C. Just, P.E.
Principal Engineer

Lawrence Browne
Project Geologist

**Third Quarter 2010
Groundwater Monitoring
Report**

Chevron Facility No. 30-6621
(Former Unocal Station No. 5123)
Huntington Beach, California

Prepared for:
Chevron EMC

Prepared by:
ARCADIS
3240 El Camino Real
Suite 200
Irvine
California 92602-1385
Tel 714.730.9052
Fax 714.730.9345

Our Ref.:
B0047114.0000.00001

Date:
September 17, 2010

*This document is intended only for the use
of the individual or entity for which it was
prepared and may contain information that
is privileged, confidential and exempt from
disclosure under applicable law. Any
dissemination, distribution or copying of
this document is strictly prohibited.*

**TABLE 1**
**THIRD QUARTER 2010 GROUNDWATER ELEVATION AND ANALYTICAL RESULTS**
**CHEVRON FACILITY NO. 20-4621**
**HUNTINGTON BEACH, CALIFORNIA**

| Well ID | Screened Interval (feet bgs) | Sampling Date | Top of Casing Elevation (feet) | Depth to Groundwater (feet) | Groundwater Elevation (feet) | TPHg | Benzene | Toluene | Ethylbenzene | Xylenes | Ethanol | TBA | MTBE | DIPE | ETBE | TAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TPHg and BTEX | | | | Fuel Oxygenates | | | |
| | | | | | | | | | | | | Micrograms per liter (µg/L) | | | |
| MW-1 | 7-22 | 08/06/10 | 20.08 | 10.48 | 9.60 | 1400 | 91 | 190 | 98 | 299 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-3 | 7-22 | 08/06/10 | 19.73 | 10.07 | 9.66 | 110 | 0.5 J | 29 | <0.5 | 13 J | <50 | <5 | 0.5 J | <0.5 | <0.5 | <0.5 |
| MW-4 | 10'-22' | 08/06/10 | 19.17 | 8.40 | 10.77 | <22 | 12 | 29 | <0.5 | 2.7 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-4B | 35'-40' | 08/06/10 | 18.82 | 10.56 | 8.26 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-4C | 40'-45' | 08/06/10 | 18.87 | 10.99 | 7.88 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-4D | 10'-25' | 08/06/10 | 18.21 | 8.38 | 9.85 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | 15 | <0.5 | <0.5 | <0.5 |
| MW-6 | 9'-24' | 08/06/10 | 18.56 | 8.99 | 9.57 | 1500 | 53 | 5 | <0.5 | 73 | <50 | 43 J | 15 | <0.5 | <0.5 | <0.5 |
| MW-6B | 35'-40' | 08/06/10 | 18.36 | 10.08 | 8.28 | 96 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | 830 | 5 | <0.5 | <0.5 | <0.5 |
| MW-6C | 40'-45' | 08/06/10 | 18.34 | 10.54 | 7.80 | <22 | 0.4 J | 0.5 J | <0.5 | <0.5 | <50 | 130 | 51 | <0.5 | <0.5 | <0.5 |
| MW-7 | 9'-24' | 08/06/10 | 18.86 | 9.13 | 9.73 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-14 | 5'-25' | 08/06/10 | 18.49 | 8.59 | 9.90 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-15 | 5'-25' | 08/06/10 | 18.32 | 8.18 | 10.15 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-17 | 5'-25' | 08/06/10 | 18.67 | 9.09 | 9.58 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-17B | 30'-35' | 08/06/10 | 19.26 | 10.62 | 8.64 | 49 J | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-17C | 40'-45' | 08/06/10 | 19.39 | 11.24 | 8.15 | 45 J | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-17I | 11'-16' | 08/06/10 | 19.71 | 10.06 | 9.65 | 270 | 2.1 | <0.5 | <0.5 | 2.1 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-17U | 11'-16' | 08/06/10 | 19.48 | 9.81 | 9.67 | 600 | 2.1 | 21 | 5 | 20 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-18 | 5'-20' | 08/06/10 | 20.36 | 9.59 | 10.77 | <22 [<22] | <0.5 [<0.5] | <0.5 [<0.5] | <0.5 [<0.5] | <0.5 [<0.5] | <50 [<50] | <5 [<5] | <0.5 [<0.5] | <0.5 [<0.5] | <0.5 [<0.5] | <0.5 [<0.5] |
| MW-19A | 5'-25' | 08/06/10 | 20.42 | 10.04 | 10.38 | 150 | 29.2 | 4 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-20A | 5'-25' | 08/06/10 | 18.27 | 8.86 | 9.41 | 1500 | 11 | 18 | 84 | <0.5 | <50 | 18 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-20B | 30'-35' | 08/06/10 | 18.45 | 11.32 | 7.13 | 150 | 3 J | 4 | 2 J | 4 J | <50 | 22 J | 16 | <0.5 | <0.5 | <0.5 |
| MW-20C | 40'-45' | 08/06/10 | 18.52 | 12.06 | 6.46 | 700 | 200 | 19 | 13 | 15 J | <100 | 28 J | 41 | <1 | <1 | <1 |
| MW-21U | 18'-23' | 08/06/10 | 23.82 | 12.22 | 11.60 | 290 | 290 | 280 | 98 | 14 J | <50 | 7 | 7 | <0.5 | <0.5 | <0.5 |
| MW-22C | 40'-45' | 08/06/10 | 21.34 | 10.02 | 11.32 | 710 | 51 | 83 | 27 | 65 | <50 | 17 J | 2 J | <0.5 | <0.5 | <0.5 |
| MW-22U | 18'-23' | 08/06/10 | 22.02 | 11.42 | 10.60 | 180 | 0.6 J | 0.6 J | 19 | 42 | <50 | 26 J | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-22L | 18'-23' | 08/06/10 | 24.36 | 12.68 | 11.33 | 2800 | 290 | 290 | 98 | 260 | <50 | 180 | 1 J | <0.5 | <0.5 | <0.5 |
| MW-22M | 11'-16' | 08/06/10 | 21.89 | 10.40 | 11.49 | 57 | <0.5 | <0.5 | <0.5 | 9 J | <50 | 9 J | 1 J | <0.5 | <0.5 | <0.5 |
| MW-24B | 11'-16' | 08/06/10 | 19.35 | 10.96 | 8.39 | 29 J | 1 J | 6 | 0.9 J | 4 J | <50 | 8 J | 8 | <0.5 | <0.5 | <0.5 |
| MW-24C | 19'-24' | 08/06/10 | 19.26 | 7.88 | 11.38 | 15 | 1 J | 5 | 0.7 J | 2.9 J | <1,000 | <5 | <100 | <10 | <10 | <10 |
| MW-25B | 40'-45' | 08/06/10 | 19.14 | 12.48 | 6.68 | 2700 | 740 | 15 | 15 | 17 J | <50 | 850 | 32 | <0.5 | <0.5 | <0.5 |
| MW-25C | 18'-23' | 08/06/10 | 19.51 | 11.46 | 8.05 | 1100 | 69 | 79 | 19 | 153 J | <100 | 180 | 5 | <1 | <1 | <1 |
| MW-25L | 18'-23' | 08/06/10 | 19.46 | 11.04 | 8.42 | 3600 | 110 | 100 | 87 | 107 | <50 | 9 J | 1 J | <0.5 | <0.5 | <0.5 |
| MW-26L | 11'-16' | 08/06/10 | 19.65 | 9.90 | 9.80 | 8 J | <0.5 | 16 | 14 | 22 J | <50 | 8 J | 2 | <0.5 | <0.5 | <0.5 |
| MW-24M | 19'-24' | 08/06/10 | 18.95 | 10.06 | 8.89 | 48,000 | 4,700 | 15,000 | 1,800 | 222 | <1,000 | 6,400 | <100 | <10 | <10 | <10 |
| MW-27I | 11'-16' | 08/06/10 | 19.15 | 9.89 | 9.26 | 390 | 3 J | 20 | 5 | 20 | <50 | 53 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-26M | 35'-40' | 08/06/10 | 18.93 | 13.30 | 5.63 | 6,300 | 6,300 | 14,000 | 6,000 | 2,100 | <5,000 | 4,400 | <100 | <10 | <10 | <10 |
| MW-27L | 11'-16' | 08/06/10 | 18.93 | 9.25 | 9.68 | 860 | 16 | 56 | 10 | 39 | <50 | 290 | 1 J | <0.5 | <0.5 | <0.5 |
| MW-29B | 35'-40' | 08/06/10 | 22.36 | 11.64 | 10.72 | 550 | 170 | 4 | 1 J | 3 J | <50 | 89 J | 69 J | <1 | <1 | <1 |
| MW-28B | 18'-23' | 08/06/10 | 22.43 | 11.01 | 11.42 | 180,000 | 24,000 | 24,000 | 4,600 | 28,700 | <1,000 | <100 | <100 | <10 | <10 | <10 |
| MW-29B | 18'-23' | 08/06/10 | 22.24 | 11.44 | 10.27 | 6,000 | 13,000 | 740 | 740 | 13 J | <1,000 | 96 J | 96 J | <1 | <1 | <1 |
| MW-25B | 30'-40' | 08/06/10 | 21.95 | 11.68 | 10.27 | 4,500 | 2,100 | 11 | 14 | 13 J | <50 | 500 | 22 | <1 | <1 | <1 |
| MW-30B | 18'-22' | 08/06/10 | 21.75 | 10.55 | 11.20 | 2,300 | 2,300 | 6,300 | 1,200 | <0.5 | <50 | 580 J | 180 | <10 | <10 | <10 |
| MW-30L | 35'-40' | 08/06/10 | 21.60 | 10.15 | 11.45 | 540 | 1 J | 2 J | <0.5 | 0.7 J | <50 | 500 | 0.5 J | <0.5 | <0.5 | <0.5 |
| MW-30M | 35'-40' | 08/06/10 | 21.53 | 11.47 | 10.46 | 190 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | 2,100 | 1 J | <0.5 | <0.5 | <0.5 |
| MW-31 | 18'-27' | 08/06/10 | 22.02 | 10.31 | 11.71 | 110 | 2 J | 1 J | 6 | 7 J | <50 | 290 | 1 J | <0.5 | <0.5 | <0.5 |
| DPGW-1 | 7-25 | 08/06/10 | 21.99 | 10.06 | 12.83 | <22 | <0.5 | <0.5 | <0.5 | <0.5 | <50 | <5 | <0.5 | <0.5 | <0.5 | <0.5 |
| DPGW-1 | 7-25 | 08/06/10 | 24.48 | 13.44 | 11.04 | 63,000 | 7,500 | 19,000 | 2,600 | 10,100 | <1,300 | <100 | <130 | <13 | <13 | <13 |

**LEGEND:**
TPHg = Total petroleum hydrocarbons as gasoline
TBA = Tertiary butyl alcohol
MTBE = Methyl tertiary butyl ether
DIPE = Di-isopropyl ether
ETBE = Ethyl tertiary butyl ether
TAME = Tertiary amyl methyl ether
-- = Not available
ND = Not detected
<22 = Analyte not detected at or above the indicated method detection limit
[Number] = Duplicate sample result
J = Value is between method detection limit and laboratory quantitation limit

**NOTES:**
(1) All elevations are in feet relative to mean sea level.
(2) Data prior to August 2009 from AECOM's Quarterly Groundwater Monitoring Report, Second Quarter 2009
(3) TOC elevations 4 Aug 2007: present from August 15, 2007 survey by W. Tom Foss Surveys of Santa Ana, CA
(4) TOC elevations for wells MW-21L, MW-21U, MW-22C, MW-22C, MW-28B, MW-28L, MW-29U, and DPGW-1 resurveyed April 30, 2010 by Cal Vada Surveys of Corona, CA
(5) Screened intervals for wells MW-4, MW-6, MW-6, and W-7 are estimated from historical documents.