UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88
ECF Case

-------------------------------------------------------------X

This Document Relates To:

All Cases

*City of Pomona v. Chevron USA, Inc., et al.*
Case No. 09 Civ. 3738

*Yosemite Springs Park Utility Company v.
Chevron U.S.A., Inc. et al.*, No. 09-Civ.1419

-------------------------------------------------------------X

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

## ORDER TO ADMIT JESSICA L. GRANT AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Certain Plaintiffs (City of Pomona and Yosemite Springs Park Utility Company) for the *pro hac vice* admission of Jessica L. Grant [telephone: (415)348-8300] of Sher Leff LLP, 450 Mission Street, Suite 400, San Francisco, CA 94105, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Jessica L. Grant is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

Dated: MAR 10, 2011

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE