UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This document pertains to:

*Bridgewater Water Department v. Atlantic Richfield Company, et al*, No. 1:10:CV-11800
11 :CV. 00479

MDL 1358 (SAS)

## NOTICE OF DISMISSAL

Plaintiff Bridgewater Water Department ("Plaintiff") hereby dismisses all claims against defendant Chevron Corporation (f/k/a ChevronTexaco Corporation) in the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal is without prejudice and each party shall bear its own costs. Plaintiff reserves all rights as against all other defendants in this action.

Dated: March 4, 2011

William A. Walsh, Esq. (WW 3301)
Weitz & Luxenberg
700 Broadway
New York, NY 10004
Phone: 212.558.5500

*Attorneys for Plaintiff*

-1-

DATED: March 4, 2011

William F. Hughes, Esq.
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W., Harbourside
Washington, D.C. 20007
(202) 204-1000

*Attorneys for Chevron Corporation*

**IT IS SO ORDERED:**

Dated: March 10, 2011

Hon. Shira A. Scheindlin, U.S.D.J.