UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898

------------------------------------------------------------------X

**This document relates to:**

*Incorporated Village of Mineola, et al.*
*AGIP, Inc. et al.*, 03 Civ. 10051
*Carle Place Water District v. AGIP Inc. et al.*, 03 Civ. 10053
*Village of Hempstead v. AGIP, Inc. et al.*, 03 Civ. 10055
*Westbury Water District v. AGIP Inc. et al.*, 03 Civ. 10057

**ORDER**

------------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby **Ordered** that ▬▬▬▬ Leave to File a First Amended Third-Party Complaint is **Granted** pursuant to the Court Conference held on March 14, 2011.

Dated: New York, New York
       March 15, 2011

SO ORDERED

SHIRA A. SCHEINDLIN
United States District Judge