UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X  Master File No. 1:00 - 1898
                                     :  MDL No. 1358 (SAS)
In re: Methyl Tertiary Butyl Ether ("MTBE")  :
Products Liability Litigation        :  ORDER ADMITTING COUNSEL
                                     :  PRO HAC VICE
This document relates to:            :

**All Cases**

*New Jersey Department of Environmental Protection,*
*et al. v. Atlantic Richfield Co., et al.*
**Case No. 08-CV-00312**

----------------------------------- X

**This Document Relates To: All Cases**

## ORDER TO ADMIT PATRICK R. JACOBI AS COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Sunoco, Inc. and Sunoco, Inc. (R&M) to admit *pro hac vice* Patrick R. Jacobi, Esq. of Beveridge & Diamond, P.C., 1350 I Street NW, Suite #700, Washington, DC 20005-3311, Telephone: (202) 789-6064, and the request is hereby **GRANTED**;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Patrick R. Jacobi, Esq. is admitted to practice before this Court *pro hac vice* on behalf of Sunoco, Inc. and Sunoco, Inc. (R&M) in this civil action upon the deposit of the required $25 fee to the Clerk of this Court.

Dated: 3/22/11

The Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/11