USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To: | |
| Orange County Water District v. Atlantic Richfield Co., et al. (Case No. 04-4968) | [PROPOSED]<br>RULE 54(b) JUDGMENT |

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on __March 18__, 2011, having rendered its Order that there is no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), directing entry of judgment on the issue of the determination that the Settlement Agreement is a good faith settlement under California law and that 7-Eleven, Inc. is protected from joint tortfeasor claims as set forth in the Order dated __March 18__, 2011, it is

ORDERED, ADJUDGED, AND DECREED: That for the reasons stated in the Court's Order dated __March 18__, 2011, there is no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), judgment is entered on the issue of the determination that the Settlement Agreement is a good faith settlement under California law and that 7-Eleven, Inc. is protected from joint tortfeasor claims as set forth in the Order dated __March 18__, 2011.

Dated: New York, New York

      _MAR 24_, 2011

                        _Ruby J. Krajick_
                            Clerk of Court

            BY:

                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

-2-