UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Bridgewater Water Department v. Atlantic Richfield Company, et al.,<br>Civ. No. 1:11-cv-479 | Master File No. 1:00-1898<br>: MDL 1358 (SAS)<br>: M21-88<br>:<br>:<br>:<br>:<br>: AMENDED STIPULATION AND<br>: ORDER<br>: |

WHEREFORE, Defendant 7-Eleven, Inc.'s deadline to answer or otherwise respond to Plaintiff's First Amended Complaint in this matter originally was February 17, 2011. By Stipulation and Order dated February 17, 2011, the Court extended such deadline to March 25, 2011, due to the parties' discussions regarding the scope of Plaintiff's claims against 7-Eleven, in the hopes of reducing the issues to be resolved by the Court. Such discussions between the parties are continuing. Therefore, the parties make a second request for an extension in the time for 7-Eleven to respond to Plaintiff's First Amended Complaint in this matter, and this request is not made for the purposes of delay.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties hereto that the time for 7-Eleven, Inc. to answer or otherwise respond to Plaintiff's First Amended Complaint in this action shall be and hereby is extended until and including April 8, 2011.

SO ORDERED:

_____
Shira A. Scheindlin
United States District Judge

Dated: MAR 25, 2011

STIPULATION AND ORDER – Page 1
3370176.1/SP/76088/0613/032411

AGREED:

| | |
|---|---|
| *(signature)* <br> Michael A. Walsh, Esq. <br> (mw2534) <br> Strasburger & Price, LLP <br> 901 Main Street, Suite 4400 <br> Dallas, TX 75202 <br> 214-651-4300 <br> michael.walsh@strasburger.com <br> **Counsel for Defendant** <br> **7-Eleven, Inc.** | *(signature by permission)* <br> Cary McDougal, Esq. <br> Baron & Budd, P.C. <br> 3102 Oak Lawn Avenue <br> Suite 1100 <br> Dallas, Texas 75219-4281 <br> 214-521-3605 <br> cmcdougal@baronbudd.com <br> **Counsel for Plaintiff** <br> **Bridgewater Water Department** |