UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL No. 1358 (SAS)
M21-88

**This Documents Relates to:**
*Yosemite Springs Park Utility Company v.
Chevron U.S.A., Inc. et al., No. 09-Civ.1419*

## ORDER TO ADMIT MITCHELL E. MCCREA AS COUNSEL *PRO HAC VICE*

The court has considered the unopposed request of Plaintiff Yosemite Springs Park Utility to admit *pro hac vice* Mitchell E. McCrea of Baron & Budd, P.C., and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Mitchell E. McCrea be admitted to practice before the Court *pro hac vice* on behalf of Plaintiff in this civil action upon payment of the required $25.00 fee to the Clerk of this Court.

Dated: MAR 28 2011

The Honorable Shira A. Scheindlin
United States District Judge

Mitchell McCrea
Baron + Budd P.C.
3102 Oak Lawn Ave
Suite 1100
Dallas, TX 75219
T: (214) 521-3605
F: (214) 520-1181