UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                             :

IN RE: METHYL TERTIARY BUTYL   :
ETHER ("MTBE") PRODUCTS       :      **CASE MANAGEMENT**
LIABILITY LITIGATION             :      **ORDER # 88**
                             :
                             :      **Master File No. 1:00-1898**
                             :      **MDL 1358 (SAS)**
                             :      **M21-88**
                             :
------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

          In the above-captioned multi-district litigation, a large number of

cases in which all claims have been dismissed, either by court order or pursuant to

settlement, have never been officially closed and removed from the docket. Upon

review of chamber's records, and consultation with liaison counsel in this matter,

the Court has determined that the following cases should not remain open.

Accordingly, the Clerk of Court is directed to close these cases:

1.     *County of Nassau v. Amerada Hess*, 03 Civ. 09543;
2.     *Water Authority of Western Nassau v. Amerada Hess*, 03 Civ. 09544;
3.     *Town of Southampton v. AGIP Inc.*, 03 Civ. 10054;
4.     *Town of East Hampton v. AGIP Inc.*, 03 Civ. 10056;
5.     *Town of Duxbury v. Amerada Hess*, 04 Civ. 1725;
6.     *New Jersey American WaterCo. v. Amerada Hess*, 04 Civ. 01726;
7.     *Water Authority of Great Neck North v. Amerada Hess*, 04 Civ. 1727;

8.   *Long Island Water Corporation v. Amerada Hess*, 04 Civ. 2068;

9.   *Patrick County School Board v. Amerada Hess*, 04 Civ. 02070;

10.  *Town of Hartland v. Amerada Hess*, 04 Civ. 02072;

11.  *Town of Wappinger v. Amerada Hess*, 04 Civ. 02388;

12.  *United Water New York v. Amerada Hess*, 04 Civ. 02389;

13.  *Village of Pawling v. Amerada Hess*, 04 Civ. 02390;

14.  *Port Washington Water District v. Amerada Hess*, 04 Civ. 03415;

15.  *Buchanan County School Board v. Amerada Hess*, 04 Civ. 03418;

16.  *Town of Matoaka, West Virginia, Matoaka Water System v. Amerada Hess*, 04 Civ. 03420;

17.  *Hicksville Water District v. Amerada Hess*, 04 Civ. 05421;

18.  *Roslyn Water District v. Amerada Hess*, 04 Civ. 05422;

19.  *Franklin Square Water District v. Amerada Hess*, 04 Civ. 05423;

20.  *County of Suffolk v. Amerada Hess*, 04 Civ. 05424;

21.  *Northampton Bucks County Municipal Authority v. Amerada Hess*, 04 Civ. 06993;

22.  *Greensville Country Water & Sewer Authority, County of Greensville v. Amerada Hess*, 05 Civ. 01310;

23.  *City of Vineland Municipal Utilities Authority v. Amerada Hess*, 05 Civ. 09070;

24.  *Homosassa Water District v. Amerada Hess*, 07 Civ. 04009;

25.  *City of Inverness Water District v. Amerada Hess*, 07 Civ. 04011;

26.  *The City of Crystal River v. The Amerada Hess Corp.*, 07 Civ. 06848;

27.  *Plainview Water District v. Amerada Hess*, 08 Civ. 00278

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 31, 2011

-3-

-Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444