UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In Re: Methyl Tertiary Butyl Ether
Products
Liability Litigation

This document pertains to:

*Incorporated Village of Mineola v.
AGIP Inc., et al.*, Case No. 03-CV-10051-SAS

*West Hempstead Water District v.
AGIP Inc., et al.*, Case No. 03-CV-10052-SAS

*Carle Place Water District v.
AGIP Inc., et al.*, Case No. 03-CV-10053-SAS

*Town of Southampton, et al. v.
AGIP Inc., et al.*, Case No. 03-CV-10054-SAS

*Village of Hempstead v. AGIP Inc., et al.*,
Case No. 03-CV-10055-SAS

*Town of East Hampton, et al. v.
AGIP Inc., et al.*, Case No. 03-CV-10056-SAS

*Westbury Water District v. AGIP Inc., et al.*,
Case No. 03-CV-10057-SAS

*South Huntington Water District v. AGIP
Inc., et al.*, Case No. 06-CV-07657-SAS

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

### STIPULATION AND ORDER DISMISSING ALL CLAIMS
### AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and BARTCO CORP. ("Settling Defendant"), hereby request that the

Court enter this voluntary dismissal with prejudice of all claims against Settling Defendants as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

Dated: March 18, 2011

_____
Tate J. Kunkle
NAPOLI BERN RIPKA &
ASSOCIATES, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
tkunkle@napolibern.com

*Attorneys for Plaintiffs*

Dated: March 18, 2011

_____
Christopher Albanese
Milber Makris Plousadis & Seiden, LLP
3 Barker Avenue - Sixth Floor
White Plains, New York 10601
(914) 681-8700
calbanese@milbermakris.com

*Attorneys for Defendant*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April 1, 2011.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether Products
Liability Litigation

This document pertains to:

*Incorporated Village of Mineola v.*
*AGIP Inc., et al.*, Case No. 03-CV-10051-SAS

*West Hempstead Water District v.*
*AGIP Inc., et al.*, Case No. 03-CV-10052-SAS

*Carle Place Water District v.*
*AGIP Inc., et al.*, Case No. 03-CV-10053-SAS

*Town of Southampton, et al. v.*
*AGIP Inc., et al.*, Case No. 03-CV-10054-SAS

*Village of Hempstead v. AGIP Inc., et al.*,
Case No. 03-CV-10055-SAS

*Town of East Hampton, et al. v.*
*AGIP Inc., et al.*, Case No. 03-CV-10056-SAS

*Westbury Water District v. AGIP Inc., et al.*,
Case No. 03-CV-10057-SAS

*South Huntington Water District v. AGIP Inc.,*
*et al.*, Case No. 06-CV-07657-SAS

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and BARTCO CORP. ("Settling Defendant"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Settling Defendants as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their

*[Handwritten: Motion granted. The Clerk is directed to close this motion. So Ordered. USDJ 4/1/11]*

own attorneys' fees and costs.

Dated: March 18, 2011

Respectfully submitted,

*[signature]*

Tate J. Kunkle
NAPOLI BERN RIPKA &
ASSOCIATES, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
tkunkle@napolibern.com

*Attorneys for Plaintiffs*

*[signature]*

Christopher Albanese
Milber Makris Plousadis & Seiden, LLP
3 Barker Avenue - Sixth Floor
White Plains, New York 10601
(914) 681-8700
calbanese@milbermakris.com

*Attorneys for Defendant*