UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                              :

IN RE: METHYL TERTIARY BUTYL   :
ETHER ("MTBE") PRODUCTS      :    **CASE MANAGEMENT**
LIABILITY LITIGATION           :    **ORDER #89**
------------------------------------------------------- :
                                              :    **Master File No. 1:00-1898**

This document relates to:       :    **MDL 1358 (SAS)**
                                              :    **M21-88**

*All Cases*                           :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/11

------------------------------------------------------- :
                                               X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Order memorializes the rulings made during the status

conference held on March 30, 2011.

1.    *New Jersey Department of Environmental Protection*:

    A.    *Case Management Order.*  The parties shall submit a proposed case

management order that includes the following specifications: (1)

interrogatories are presumptively limited to no more than forty per

side per trial site for site-specific information, and fifty per side for

non-site-specific information, and shall not contain sub-parts; (2)

depositions must be noticed at least twenty-one days in advance of

the proposed date; (3) defendants shall be limited to no more than ten

1

depositions of NJDEP personnel per month, and plaintiffs shall be limited to no more than ten depositions of a particular defendant's personnel per month; (4) by June 1, 2011, plaintiffs will designate a final geographic boundary for each of the twenty trial sites; (5) a deadline for each side to designate non-site-specific experts; and (6) fact discovery will close on March 30, 2012.

B.    *Water Treatment System Third Party Discovery.*  The parties will jointly contact the water treatment systems in an effort to obtain, through voluntary cooperation, further information regarding contaminated wells.  If necessary a Rule 45 subpoena will be issued to obtain the information.

C.    The ongoing dispute regarding ESI search protocols is referred to Special Master Warner for resolution.

2.    *Puerto Rico*:

A.    *Well Locations*.  Plaintiffs shall direct the Puerto Rico Aqueduct and Sewer Authority to provide specific geographic identification for all of the 771 wells at issue on a rolling basis as they become available, with all such information to be provided by July 1, 2011.

B.    *Discovery Site Selection*.  Both parties will have until September 1,

2011 to petition the Court for permission to substitute a new

discovery site in place of a previously selected discovery site.

Permission will only be granted if the reason for the substitution is

based on information about the wells that was unavailable at the time

of selection.  The site selection schedule is otherwise unaltered.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           April 5, 2011

# -Appearances-

## Liaison Counsel for Plaintiffs:

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

## Liaison Counsel for Defendants:

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444

4

**Counsel for NJDEP:**

Thomas P. Gressette, Jr., Esq.
Richardson, Patrick,
Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Building A
(843) 727-6595

Scott E. Kauff, Esq.
Law Offices of John K. Dema, P.C.
11300 Rockville Pike, Suite 112
Rockville, MD 20852
(301) 881-5900

Leonard Z. Kaufmann, Esq.
Cohn Lifland Pearlman
Herrmann & Knopf, LLC
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

Barry A. Knopf, Esq.
Cohn Lifland Pearlman
Herrmann & Knopf, LLC
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

**Counsel for Puerto Rico:**

Michael Axline, Esq.
Miller, Axline & Sawyer, PC
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825
(916) 488-6688

5