Law Offices of
# MILLER, AXLINE & SAWYER
A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY
TAMARIN E. AUSTIN
EVAN EICKMEYER
DANIEL BOONE
JUSTIN MASSEY
MICHAEL STEEVES

April 5, 2011

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 1007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/11

Re: *In Re Methyl Tertiary Butyl Ether Products Liability Litigation*, MDL 1358
This Document Relates to: *Orange County Water District v. Unocal Corp., et al.*
United States District Court Southern District of New York Case No. 04-CV 4968
**Plaintiff's Reply to Opposition Re Motion for Summary Adjudication**

Dear Judge Scheindlin:

Plaintiff Orange County Water District's ("District") reply brief in support of its motion for summary judgment regarding nuisance, trespass, and statutory claims under the OCWD Act is thirteen (13) pages, three pages over the standard limit of ten (10) pages. Plaintiff respectfully requests that the Court accept the brief for the following reasons.

First, in addition to responding to the District's Local Rule 56.1 Statement of Facts, the defendants added an additional 182 facts in support of their opposition. While plaintiff was limited to no more than ninety (90) pages of supporting documents, defendants filed more than 500 pages of responding documents (without seeking permission to do so).

Second, the legal issues are complex and the defendants cited numerous authorities not addressed in the District's motion.

Third, no additional declarations will be submitted with the reply papers.

We made every effort to be as concise as possible in the reply. Thank you in advance for your consideration of this request.

Respectfully submitted,

MICHAEL AXLINE

MA/lf

cc: All Counsel

*Plaintiff's request to submit a 13-page reply brief is granted.*
*So ORDERED*
*Dated: April 7, 2011*
*New York, NY*
*Shira A. Scheindlin  U.S.D.J.*

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org