UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br><br>BRIDGEWATER WATER DEPARTMENT<br>v.<br>ATLANTIC RICHFIELD COMPANY, et al.<br>Civ. No. 1:11-cv-479 | NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL OF DEFENDANT 7-ELEVEN, INC. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bridgewater Water Department ("Plaintiff") hereby dismisses all claims against Defendant 7-Eleven, Inc. in the above-captioned case. This dismissal is subject to the April 8, 2011 Tolling Agreement. This dismissal is without prejudice and each party shall bear its own costs. Plaintiff reserves all rights against all other defendants in this action.

Dated: April 8, 2011

_____
Cary McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

ATTORNEYS FOR PLAINTIFF

Dated: April 8, 2011

1

3385391.1/SP/76088/0613/040811