UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL             :
ETHER ("MTBE") PRODUCTS                    :         **ORDER**
LIABILITY LITIGATION                               :
-------------------------------------------------------  :   Master File No. 1:00-1898
                                                        :   MDL 1358 (SAS)
**This document relates to:**                  :   M21-88
                                                        :
*Crescenta Valley Water District v. Exxon* :
*Mobil Corp., et al.*                                :
Case No. 07 Civ. 9453                          :
                                                     X
-------------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby ordered that the Crescenta Valley Water District shall remit payment of $43,437.50 to The Hamner Institute for costs incurred by The Hamner Institute in the production of documents relating to its MTBE study.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 14, 2011



1

## -Appearances-

**Counsel for CVWD:**

Michael Axline, Esq.
Miller, Axline & Sawyer, PC
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825
Tel: (916) 488-6688

**Counsel for The Hamner Institute:**

James C. Thornton, Esq.
Catharine Arrowood, Esq.
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street
Suite 1400
Raleigh, NC 27601
Tel: (919) 890-4165