UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

-----------------------------------------------------------X

**This Document Relates To:**
*Crescenta Valley Water District v. Exxon Mobil Corporation, et al., Case No. 07 Civ. 9453 (SAS)*

-----------------------------------------------------------X

Master File No. 1:00-1898
MDL NO. 1358 (SAS)
M21-88

The Honorable Shira A. Scheindlin

### STIPULATION AND [PROPOSED] ORDER ENTERING PARTIAL SUMMARY JUDGMENT FOR THE BP DEFENDANTS AS TO CERTAIN CVWD WELLS

IT IS HEREBY STIPULATED AND AGREED through counsel for Defendants Atlantic Richfield Corporation and BP Products North America Inc. ("BP"), and counsel for Plaintiff Crescenta Valley Water District ("CVWD"), that BP should be granted partial summary judgment in this case as CVWD will not assert a claim against BP for: (i) any detections of MTBE prior to March 16, 2009, in CVWD Well 1; (ii) any detections of MTBE prior to January 21, 2011, in CVWD Wells 2, 6, 10, 11, 12, 14 and/or 15; or (iii) any detections of MTBE at any time in CVWD Well 8. Nothing in this stipulation prevents CVWD or BP from presenting evidence concerning: (iv) any detections of MTBE or any other substance in CVWD Well 2; (v) whether the former ARCO station[1] is a source of MTBE detected in CVWD Well 2; and/or (vi) whether the

---

[1] The "former ARCO station" refers to a site at 6454 Foothill Blvd., La Crescenta,
Footnote continued on next page

- 1 -

former ARCO station is a source of MTBE detected in the future in CVWD wells other than Well 8.

Dated: April 20, 2011

By: /s/ Duane Boone
MILLER AXLINE & SAWYER  for Duane Miller
Duane C. Miller (CA #57812)
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 488-6688
Facsimile: (916) 488-4288

Attorneys for Plaintiff Crescenta Valley Water District

Dated: April 20, 2011

By: /s/ Lawrence A. Cox
ARNOLD & PORTER LLP
Lawrence A. Cox (LC 2421)
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendants Atlantic Richfield Company and BP Products North America Inc.

**THE FOREGOING IS HEREBY APPROVED AND SO ORDERED.**

Dated: 4/20/11

/s/ Shira A. Scheindlin
HONORABLE SHIRA A. SCHEINDLIN
United States District Court,
Southern District of New York

30743710_1.DOC

---

Footnote continued from previous page
California, that was formerly an ARCO branded service station.