UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS          :          ORDER
LIABILITY LITIGATION              :
------------------------------------------------------- :   Master File No. 1:00-1898
:   MDL 1358 (SAS)
This document relates to:         :   M21-88
:
Crescenta Valley Water District v. Exxon  :
Mobil Corp., et al.               :
Case No. 07 Civ. 9453             :
X
---------------------------------------------------------

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties have entered into a stipulation resolving the issues raised by the BP Defendants' pending motion for partial summary judgment. The Clerk of the Court is therefore directed to close that motion [Docket No. 88].

SO ORDERED:

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
April 21, 2011

1

**-Appearances-**

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444

**Counsel for CVWD:**

Mike Axline, Esq.
Duane C. Miller, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825
Tel: (916) 488-6688
Fax: (916) 488-4288

**Counsel for BP Defendants:**

Lawrence A. Cox, Esq.
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
Fax: (213) 243-4199