UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("Mtbe")
Products Liability Litigation

<u>ORDER</u>

Master File No. 1:00-1898

-----------------------------------------------------------X

MDL 1358 (SAS)

This document relates to
*Morgan, et al. v. ExxonMobil Corp.*
05 Civ. 10259

M21 - 88

-----------------------------------------------------------X

<u>PROPOSED CASE MANAGEMENT ORDER NO. 90</u>

| | |
|---|---|
| Fact Discovery as to Parties cut off | December 15, 2011 |
| Plaintiffs serve expert reports. Depos. may begin | January 15, 2012 |
| Defendant serves expert reports. Depos. may begin | February 15, 2012 |
| Plaintiff serves reply expert reports. Depos. may begin | March 15, 2012 |
| Expert and Fact Discovery Completed | May 1, 2012 |

SO ORDERED:

Dated: April 5, 2011
New York, New York

THE HONORABLE SHIRA A. SCHEINDLIN

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED