UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ORDER MODIFYING CASE MANAGEMENT ORDER #63 |
|---|---|
| **This Document Relates To:** | Master File No. 1:00-1898 MDL 1358 (SAS) |
| *City of Fresno v. Chevron U.S.A. Inc., et al.,* No. 04 Civ. 4973 (SAS) | M21-88 |

---

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Order Modifying Case Management Order #63 re-opens fact discovery for the limited purposes identified below and sets forth the schedule for the completion of such fact discovery and expert discovery in *City of Fresno v. Chevron U.S.A. Inc., et al.,* No. 04 Civ. 4973 (SAS).

| Date | Item |
|---|---|
| April 22, 2011 – August 22, 2011 | Fact discovery limited to 14 new sites added by Plaintiff on April 4, 2011 and associated wells; alleged threats, impacts, and damages related to such sites or wells; and sampling/testing of Plaintiff's wells. |
| September 19, 2011 | Plaintiff serves expert reports. Depositions of plaintiff's experts may begin. |
| November 18, 2011 | Defendants serve expert reports. Depositions of defendants' experts may begin. |
| December 19, 2011 | Plaintiff serves reply expert reports. Depositions of plaintiff's reply experts may begin. |
| February 17, 2012 | Expert discovery is completed. |

**SO ORDERED:**

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
April 26, 2011