IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation | : |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | : |
| Plaintiffs, | : |
| v. | : |
| ATLANTIC RICHFIELD, CO., et al., | : |
| Defendants. | : |

Civil Action No. 08 Civ. 00312 (SAS)
Master File No. 1:00-1898
MDL 1358 (SAS): M21-88

| | |
|---|---|
| GETTY PROPERTIES CORPORATION, | : |
| Defendant/Third-Party Plaintiff, | : |
| v. | : |
| HARBANS SINGH, GURMAIL SINGH, H.P. DELTA, INC., ROBERT MELECCI, DHANDI TRANSPORT, INC.; and JOHN and JANE DOES Nos. 1-100, | : |
| Third-Party Defendants. | : |

**ORDER**

This matter having come before the Court upon Third Party Defendants Harbans Singh, Gurmail Singh, and H.P. Delta, Inc.'s Request for an Extension of Time to Answer or Otherwise Respond:

IT IS on this 3 day of May , 2011,

ORDERED that Third Party Defendants Harbans Singh, Gurmail Singh, and H.P. Delta, Inc.'s Answer or Responding Motion to Defendant/Third-Party Plaintiff Getty Properties Corp.'s Third Party Complaint is to be filed on May 11, 2011.

_____
Honorable Shira A. Scheindlin, U.S.D.J.