IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether (MTBE)
Products Liability Litigation

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, et al.,

    Plaintiffs,

v.

ATLANTIC RICHFIELD, CO., et al.,

    Defendants.

Civil Action No. 08 Civ. 00312 (SAS)
Master File No. 1:00-1898
MDL 1358 (SAS): M21-88

GETTY PROPERTIES CORPORATION,

    Defendant/Third-Party Plaintiff,

v.

HARBANS SINGH, GURMAIL SINGH, H.P.
DELTA, INC., ROBERT MELECCI,
DHANDI TRANSPORT, INC.; and JOHN
and JANE DOES Nos. 1-100,

    Third-Party Defendants.

ORDER

This matter having come before the Court upon Third Party Defendants Harbans Singh, Gurmail Singh, and H.P. Delta, Inc.'s Request for an Extension of Time to Answer or Otherwise Respond:

IT IS on this 4 day of May, 2011,

ORDERED that Third Party Defendants Harbans Singh, Gurmail Singh, and H.P. Delta, Inc.'s Answer or Responding Motion to Defendant/Third-Party Plaintiff Getty Properties Corp.'s Third Party Complaint is to be filed on May 11, 2011.

Honorable Shira A. Scheindlin, U.S.D.J.