# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 03 CIV. 10051    Date Filed: _____

Plaintiff:
**Incorporated Village of Mineola**

vs.

Defendant:
**Agip Inc., et. al.,**
**and another action,**
State of New York, County of Albany)ss.:

Received by ServerLinks.Com to be served on **Leon Petroleum L.L.C.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **25th day of April, 2011 at 1:10 pm, I:**

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the **Summons on a Fourth-Party Complaint and Fourth-Party Complaint pursuant to section 303 LL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the **Registered Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 6th day of May, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

J.R. O'Rourke
Process Server

ServerLinks.Com
111 John Street
Suite 210
New York, NY 10038
(800) 777-9737
Our Job Serial Number: 2011001440
Ref: 27438