## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 03 CIV. 10053　　　　　　　　　　　　　　　　　　　　Date Filed: ___ _____

Plaintiff:
**Carle Place Water District**

vs.

Defendant:
**Agip Inc., et. al.,**
and another action,
State of New York, County of Albany)ss.:

Received by ServerLinks.Com to be served on Leon Petroleum L.L.C..

I, J.R. O'Rourke, being duly sworn, depose and say that on the 25th day of April, 2011 at 1:10 pm, I:

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the Summons on a Fourth-Party Complaint and Fourth-Party Complaint pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00 to Donna Christie as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the Registered Agent of record of the within named limited liability company, in compliance with state statutes.

Description of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 6th day of May, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2014

J.R. O'Rourke
Process Server

ServerLinks.Com
111 John Street
Suite 210
New York, NY 10038
(800) 777-9737
Our Job Serial Number: 2011001441
Ref: 27440

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.5x

State of New York - Department of State
Receipt for Service

Receipt #: 201105040132
Date of Service: 04/25/2011
Service Company: 31 ███████████████████████, INC.

Cash #: 201105040132
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: LEON PETROLEUM, L.L.C.

Plaintiff/Petitioner:
    NORTHVILLE INDUSTRIES CORP.

Service of Process Address:
LEON PETROLEUM, L.L.C.
233 WALT WHITMAN ROAD
HUNTINGTON STATION, NY 11746

Secretary of State
By  DONNA CHRISTIE