UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 03 CIV. 10051

INCORPORATED VILLAGE OF MINEOLA

, Plaintiff(s)

- against -

AGIP INC., ET AL.

, Defendant(s)

| State of New York | ) | |
| County of Nassau | ) | SS.: |

### AFFIDAVIT OF SERVICE

Lucille Galtieri being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 04/27/2011 at  6:03 PM at:

      2720 PECONIC AVENUE
      SEAFORD NY 11783

Deponent served the:

SUMMONS ON A FOURTH-PARTY COMPLAINT AND FOURTH PARTY COMPLAINT
upon IBRAHIM AYKANAT, by delivering a true copy to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 58 HEIGHT: 5'8''   WEIGHT: 190     HAIR: OTHER     RACE: LT BROWN  SEX: MALE
OTHER: Black and Grey Hair

_Lucille Galtieri_

Lucille Galtieri        Lic. #1249825

SWORN TO BEFORE ME  5/2/11

OUR DOC# 27486
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
62169.0093

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20___