UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 03 CIV. 10051

---

INCORPORATED VILLAGE OF MINEOLA

, Plaintiff(s)

- against -

AGIP INC., ET AL AND OTHER ACTIONS

, Defendant(s)

---

State of New York   )
                    )  SS.:
County of Nassau    )

## AFFIDAVIT OF SERVICE

Lucilla Galtieri being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 04/22/2011 at 1:48 PM at:
LEON HOLDINGS, LLC
233 WALT WHITMAN RD.
HUNTINGTON STATION NY 11746
Deponent served:

SUMMONS ON A FOURTH-PARTY COMPLAINT AND FORTH-PARTY COMPLAINT
on LEON HOLDINGS, LLC

a domestic and/or foreign limited liability company
by delivering thereat a true copy to Allen Leon
personally, deponent knew said company so served to be the company,
described in same as said recipient and knew said individual to be the
Owner and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 62  HEIGHT: 5'9''  WEIGHT: 165  HAIR: GREY  RACE: WHITE  SEX: MALE

SWORN TO BEFORE ME  4/22/11
                    (date)

Lucille Galtieri    Lic. #1249825

OUR DOC# 27436
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
62169.0093

MARK C EISENBERG
Notary Public State Of New York
No. 31EI4958091
Qualified in Nassau County
Commission Expires November 20, 20__