UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 03 CIV. 10053

CARLE PLACE WATER DISTRICT

, Plaintiff(s)

— against —

AGIP INC., ET AL AND OTHER ACTIONS

, Defendant(s)

State of New York    )
                     )   SS.:
County of Nassau     )

AFFIDAVIT OF SERVICE

Lucille Galtieri being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 04/22/2011 at  1:48 PM at:
      LEON HOLDINGS, LLC
      233 WALT WHITMAN RD.
      HUNTINGTON STATION NY 11746
Deponent served:

SUMMONS ON A FOURTH-PARTY COMPLAINT AND FORTH-PARTY COMPLAINT
on LEON HOLDINGS, LLC

a domestic and/or foreign limited liability company
by delivering thereat a true copy to Alien Leon
personally, deponent knew said company so served to be the company,
described in same as said recipient and knew said individual to be the
Owner and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 62 HEIGHT: 5'9''   WEIGHT: 165    HAIR: GREY    RACE: WHITE    SEX: MALE

_Lucille Galtieri_                      Lic. #1269825

SWORN TO BEFORE ME _____
              (date)

OUR DOC# 27434
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
62169.0093

MARK C. EISENBERG
Notary Public State Of New York
No 01EI4958891
Qualified in Nassau County
Commission Expires November 20, 20__