UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 03 CIV 10053

CARLE PLACE WATER DISTRICT

, Plaintiff(s)

- against -

AGIP INC., ET AL AND OTHER ACTIONS

, Defendant(s)

State of New York   )
                    )  SS.:
County of Nassau)

AFFIDAVIT OF SERVICE

Lucille Galtieri being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 04/27/2011 at 6:03 PM at:
    2720 PECONIC AVENUE
    SEAFORD NY 11783

Deponent served the:

SUMMONS ON A FOURTH-PARTY COMPLAINT
upon IBRAHIM AYKANAT, by delivering a true copy to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 58  HEIGHT: 5'8''  WEIGHT: 190  HAIR: OTHER  RACE: LT BROWN  SEX: MALE
OTHER: Black and Grey Hair

SWORN TO BEFORE ME 5/6/11

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20__

Lucille Galtieri  Lic. #1249825

OUR DOC# 27478
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
62169.0093