IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re: Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation** | : | |
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No. 08 Civ. 00312 (SAS)** |
| **v.** | : | **Master File No. 1:00-1898** |
| | : | **MDL 1358 (SAS): M21-88** |
| **ATLANTIC RICHFIELD, CO., et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| **GETTY PROPERTIES CORP.,** | : | **STIPULATION OF DISMISSAL** |
| **Defendant/Third-Party Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HARBANS SINGH, GURMAIL SINGH, H.P. DELTA, INC., ROBERT MELECCI, DHANDI TRANSPORT, INC.; and JOHN and JANE DOES Nos. 1-100,** | : | |
| | : | |
| **Third-Party Defendants.** | : | |
| | : | |

This matter having come before the Court by Defendant/Third Party Plaintiff Getty Properties Corp. and following Stipulation between Defendant/Third Party Plaintiff Getty Properties Corp. and Third Party Defendants Harbans Singh and Gurmail Singh:

IT IS on this ___ day of _____, 2011,

ORDERED that Third Party Defendants Harbans Singh and Gurmail Singh are voluntarily dismissed without prejudice.

_____
Honorable Shira A. Scheindlin, U.S.D.J.

DATED: May 11, 2011

Susan M. Dean, Esq.
Rawle & Henderson LLP
Attorneys for Defendant/Third Party Plaintiff,
Getty Properties Corp.

DATED: May 11, 2011

/s/ Stuart J. Lieberman

Stuart J. Lieberman, Esq.
Lieberman & Blecher, P.C.
Attorneys for Third Party Defendants,
Harbans Singh and Gurmail Singh

2

11471499.1