UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

This Document Relates To:

Orange County Water District v.
Atlantic Richfield Co., et al.
(Case No. 04-4968)

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88



## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41(a)(2)

Plaintiff Orange County Water District and Defendant 7-Eleven, Inc. (collectively, the "Parties") have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulation and Order of Dismissal With Prejudice of the claims against 7-Eleven as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement and Release and this Stipulated Order of Dismissal With Prejudice.

2. The Parties to this Stipulation consent to the dismissal of this action as to 7-Eleven, Inc. only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

Dated: __2/1__, 2011

*[signature]*

**DUANE C. MILLER**
**MICHAEL AXLINE**
**MILLER, AXLINE & SAWYER**
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4225
Telephone (916) 488-6688
Facsimile (916) 488-4288
dmiller@toxictorts.org
maxline@toxictorts.org

**ATTORNEYS FOR PLAINTIFF**
**ORANGE COUNTY WATER DISTRICT**

SO ORDERED:

Dated: __May 11__, 2011

Dated: __April 28__, 2011

*[signature]*

**MICHAEL A. WALSH**
(MW 2534)
michael.walsh@strasburger.com
**COURTNEY JONES KIEFFER**
(CK 3714) (pro hac vice)
courtney.jones.kieffer@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT**
**7-ELEVEN, INC.**

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge