IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation | |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 08 Civ. 00312 (SAS) Master File No. 1:00-1898 MDL 1358 (SAS): M21-88 |
| ATLANTIC RICHFIELD, CO., et al., | |
| Defendants. | |
| GETTY PROPERTIES CORP., Defendant/Third-Party Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| HARBANS SINGH, GURMAIL SINGH, H.P. DELTA, INC., ROBERT MELECCI, DHANDI TRANSPORT, INC.; and JOHN and JANE DOES Nos. 1-100, | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/12/11 |
| Third-Party Defendants. | |

This matter having come before the Court by Defendant/Third Party Plaintiff Getty Properties Corp. and following Stipulation between Defendant/Third Party Plaintiff Getty Properties Corp. and Third Party Defendants Harbans Singh and Gurmail Singh:

IT IS on this 12 day of May, 2011,

ORDERED that Third Party Defendants Harbans Singh and Gurmail Singh are voluntarily dismissed without prejudice.

_____
Honorable Shira A. Scheindlin, U.S.D.J.

DATED: May 11, 2011

_____
Susan M. Dean, Esq.
Rawle & Henderson LLP
Attorneys for Defendant/Third Party Plaintiff,
Getty Properties Corp.

DATED: May 11, 2011

**/s/ Stuart J. Lieberman**
Stuart J. Lieberman, Esq.
Lieberman & Blecher, P.C.
Attorneys for Third Party Defendants,
Harbans Singh and Gurmail Singh