U.S. DISTRICT _____ COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Trans #: 10016552
File #:
Index #: 03-CV-I005I
Filed: NO   Court Date:   / /
Mortg #:   FD 4/18/11

INCORPORATED VILLAGE OF MINEOLA

Petitioner(s)
Plaintiff(s)

— vs —

AGIP INC ET AL

Defendant(s)
Respondent(s)

METROPOLITAN CLAIM ADJST.
700 WALT WHITMAN ROAD
MELVILLE, NY 11747

STATE OF NEW YORK: COUNTY OF ___NASSAU___ : ss:

PAUL MARTINEZ, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 20, XX2011 04:23 PM, at 247 WILSON AVE, WESTBURY, NY 11590

deponent served the within SUMMONS/4TH PARTY COMPLAINT/INDEX# & DATE FLD on

MOHAMMAD NAWAZ defendant therein named.

**INDIVIDUAL**
1 ☐
By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☐
By delivering to and leaving with _____ at _____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
3 ☒
By delivering a true copy thereof to and leaving with MS. NAWAZ, FAM. MEM., a person of suitable age and discretion at 247 WILSON AVE, WESTBURY, NY 11590 ##########, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐
By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☒
Deponent completed service under the last two sections by depositing a copy of the SUMMONS/4TH PARTY COMPLAINT/INDEX# & DATE FLD in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on April 20, XX2011 to the above address

**PREVIOUS ATTEMPTS Use with 4**
6 ☐
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:

Approximate age 36-50   Approximate weight 131-160   Approximate height 5'0-5'3"   Sex F
Color of skin BROWN   Color of hair BLACK   Other _____

☒ Spoke with MS. NAWAZ, 4/20/11   who confirmed non-military status of defendant.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 4/22/11

ELIZABETH A. COLAHAN
Notary Public, State of New York
No. 01CO6211486
Qualified in Nassau County
Commission Expires September 21, 2013

PAUL MARTINEZ