Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

_____ X

This Document Relates to:  All Cases
_____ X

### ORDER TO ADMIT MITCHELL E. MCCREA AS COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Plaintiffs to admit *pro hac vice* Mitchell E. McCrea of Baron & Budd, P.C., and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Mitchell E. McCrea be admitted to practice before the Court *pro hac vice* on behalf of Plaintiff in this civil action upon payment of the required $25.00 fee to the Clerk of this Court.

DATED: May 13, 2011

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Mitchell E. McCrea
Baron & Budd, P.C.
3102 Oak Lawn Ave
Suite 1100
Dallas, TX 75219
(214) 521-3605