Scheindlin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————— X

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

——————————————————————————— X

This Document Relates to:   All Cases

——————————————————————————— X

## ORDER TO ADMIT ROLAND K. TELLIS AS COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Plaintiffs to admit *pro hac vice* Roland K. Tellis of Baron & Budd, P.C., and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Roland K. Tellis be admitted to practice before the Court *pro hac vice* on behalf of Plaintiff in this civil action upon payment of the required $25.00 fee to the Clerk of this Court.

DATED: May 13, 2011

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Roland K. Tellis
Baron + Budd PC
1999 Avenue of the Stars, Suite 3450
Los Angeles, CA 90067
(310) 651-2483

FILED 5/16/11