UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898 (SAS)<br>MDL 1358 (SAS)<br>M21-88 |

This document pertains to:

*All Cases*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of ANTHONY A. ORLANDI as counsel of record for Defendant Gulf Oil Limited Partnership. Mr. Orlandi is no longer associated with Goodwin Procter LLP and should be removed from the service list. Goodwin Procter LLP continues to serve as counsel for Gulf Oil Limited Partnership through their attorneys Mark E. Tully, Chad W. Higgins, Yaniv Heled, and Brian J. Sullivan, and all future correspondence and papers in this action should continue to be directed to them.

Dated: May 17, 2011

Respectfully submitted,

By: /s/ Brian J. Sullivan
Brian J. Sullivan (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
E-Mail: bsullivan@goodwinprocter.com

*Attorney for Defendant*
*Gulf Oil Limited Partnership*

CERTIFICATE OF SERVICE

      I, Brian J. Sullivan, hereby certify that on May 17, 2011, a true copy of the foregoing Notice of Withdrawal of Counsel and Proposed Order Granting Withdrawal of Counsel was served on all counsel via LexisNexis File & Serve.

Dated: May 17, 2011                                /s/ Brian J. Sullivan
                                                              Brian J. Sullivan