UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898 (SAS) MDL 1358 (SAS) M21-88 |

This document pertains to:

*City of Merced Redevelopment Agency v. Exxon Mobil Corp.*, 08 Civ. 06306 (SAS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of ANTHONY A. ORLANDI as counsel of record for Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P. Mr. Orlandi is no longer associated with Goodwin Procter LLP and should be removed from the service list. In addition to Reed Smith LLP, Goodwin Procter LLP, through Chad W. Higgins, continues to serve as counsel for Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P., and all future correspondence and papers in this action should continue to be directed to both Reed Smith LLP and Goodwin Procter, through Chad W. Higgins.

Dated: May 17, 2011

Respectfully submitted,

By: /s/ Chad W. Higgins
Chad W. Higgins (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
E-Mail: chiggins@goodwinprocter.com

*Attorney for Defendants*
*Kinder Morgan Energy Partners, L.P. and*
*SFPP, L.P.*

## **CERTIFICATE OF SERVICE**

I, Brian J. Sullivan, hereby certify that on May 17, 2011, a true copy of the foregoing Notice of Withdrawal of Counsel and Proposed Order Granting Withdrawal of Counsel was served on all counsel via LexisNexis File & Serve.


Dated: May 17, 2011                                     /s/ Brian J. Sullivan
                                                        Brian J. Sullivan