UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**  **This document pertains to:**  *New Jersey Department of Environmental Protection, et al.*    Plaintiff,  v.  *Getty Properties Corp. et al.*    Defendant/Third-Party Plaintiff.  v.  *Harbans Singh, Gurmail Singh, H.P. Delta, Inc., Robert Melecci, Dhandi Transport, Inc. and John and Jane Does Nos. 1-100,*    Third-Party Defendants.  Case No.: 08-cv-0312 | Master File No. 1:00-1898  MDL 1358 (SAS)  M21-88    |

### STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT DHANDI TRANSPORT, INC. TO ANSWER THE THIRD-PARTY COMPLAINT OF GETTY PROPERTIES CORP.

Third-Party Plaintiff, Getty Properties Corp., (hereinafter, "Getty"), and Third-Party Defendant, Dhandi Transport, Inc. (hereinafter, "Dhandi"), by and through their respective counsel, hereby stipulate that the deadline for Dhandi to file and serve an Answer to the Third-Party Complaint of Getty in the above-captioned matter shall be extended to May 23, 2011.

1

Respectfully Submitted,

| RAWLE & HENDERSON, LLP | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C. |

By: *[signature]*

John C. McMeekin, II, Esq. (JM8956)
Susan M. Dean, Esq.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Telephone: (215) 575-4200
jmcmeekin@rawle.com
sedan@rawle.com

Attorneys for Defendant/Third-Party Plaintiff, Getty Properties Corp.

Dated: 5/11/2011

**SEEN AND APPROVED:**

Dated: May 17, 2011

By: *[signature]*

Jeffrey J. Imeri, Esq. (JI3938)
140 Broadway
19th Floor
New York, NY 10005
Telephone: (212) 878-1708
Facsimile: (212) 878-1701
jjimeri@mdwcg.com

Lila Wynne, Esq.
Woodland Falls Corporate Complex
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 414-6057
Facsimile: (856) 414-6077
ltwynne@mdwcg.com

Attorneys for Defendant/Third-Party Plaintiff, Getty Properties Corp.

Dated:

*[signature]*

Shira A. Scheindlin
United States District Judge

2