UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
*IN RE METHYL TERTIARY BUTYL ETHER*
*PRODUCTS LIABILITY LITIGATION*

This document relates to:                           MDL 1358 (SAS)

    *Cases on Exhibit A*
------------------------------------------------------------x

    Plaintiffs and certain Defendants named in the cases listed on Exhibit A, having met and conferred and determined that they desire to pursue resolution of the cases prior to engaging in further discovery or motion practice; having agreed that these discussions will take place over the next 90 days; and having agreed to a Standstill & Tolling Agreement executed by both sides' respective liaison counsel on May 4, 2011,

    IT IS HEREBY ORDERED that:

    The cases listed on Exhibit A shall be stayed, in accordance with the Standstill and Tolling Agreement and any further or additional conditions that the Court may determine to be necessary, for no longer than 90 days from the date of this Order to permit the parties to pursue resolution of these cases prior to conducting further discovery, expert disclosures and motion practice. *However, no [f]ex[t]ension of this agreement will be granted. A conference for these cases is scheduled for August 5 at 4:30pm.*

    SO ORDERED:

                                            _____
                                            Shira A. Scheindlin
                                            U.S.D.J.

Dated: May 16, 2011
New York, New York

## EXHIBIT A

City of Pomona, California -- 09 cv. 3738
City of Santa Barbara, California
Village of Roanoke, Illinois - 09 cv. 6554
Village of Bethalto, Illinois - 10 cv. 03182
City of Nokomis, Illinois
Town of Kouts, Indiana - 10 cv. 8154
Bridgewater Water Department, Massachusetts - 11 cv. 00479
Russell Water Department, Massachusetts
City of Taneytown, Maryland
City of Aberdeen, Maryland
Town of Berlin, Maryland
Town of Chestertown, Maryland
City of Salisbury, Maryland
Town of Sharptown, Maryland
Worcester County / Ocean Pines, Maryland
City of Kennett, Missouri - 10 cv. 08742
Mound City, Missouri
City of Pattonsburg, Missouri - 10 cv. 08743
Coraopolis Water & Sewer Authority, Pennsylvania - 10 cv. 7874
Harrisville Fire District, Rhode Island
Town of North Kingstown, Rhode Island