
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) |

-----------------------------------------------------------------X

**This Document Relates To:**

| | |
|---|---|
| *Carle Place Water District v. AGIP Inc., et al.* | No. 03-CV-10053 |
| *City of Crystal River v. Amerada Hess Corp., et al.* | No. 07-CV-6848 |
| *City of Glen Cove Water Department v. Amerada Hess Corp., et al.* | No. 08-CV-9622 |
| *City of Inverness v. Amerada Hess Corp., et al.* | No. 07-CV-4011 |
| *Garden City Park Water District v. Amerada Hess Corp., et al.* | No. 08-CV-11056 |
| *Greenlawn Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9619 |
| *Homosassa Water District v. Amerada Hess Corp., et al.* | No. 07-CV-4009 |
| *Incorporated Village of Mineola v. AGIP Inc., et al.* | No. 03-CV-10051 |
| *Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.* | No. 08-CV-7764 |
| *Oyster Bay Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9994 |
| *Plainview Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9667 |
| *Riverhead Water District v. Amerada Hess Corp., et al.* | No. 08-CV-7766 |
| *South Huntington Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9621 |
| *Tampa Bay Water Authority v. Amerada Hess Corp., et al.* | No. 03-CV-4012 |
| *Town of East Hampton, et al. v. AGIP Inc., et al.* | No. 03-CV-10056 |
| *Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9620 |
| *Town of Southampton, et al. v. AGIP Inc., et al.* | No. 03-CV-10054 |
| *Village of Hempstead v. AGIP Inc., et al.* | No. 03-CV-10055 |
| *West Hempstead Water District v. AGIP Inc., et al.* | No. 03-CV-10052 |
| *Westbury Water District v. AGIP Inc., et al.* | No. 03-CV-10057 |

-----------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

The Plaintiffs and Settling Defendants, Lyondell Chemical Company, individually and f/k/a Lyondell Petrochemical Company, Arco Chemical Company and Equistar Chemicals, LP (the "Settling Defendants") (collectively the "Parties") have advised the Court that they have resolved the matter

014580.00690/12081661v.1

between them and agree to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered with the findings included below:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle the captioned matters pursuant to a Settlement Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of the captioned actions as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

**AGREED TO AND ACCEPTED BY:**

Dated: 5/16/11

**NAPOLI BERN RIPKA &
ASSOCIATES, LLP**

By: _____
Tate J. Kunkle, Esquire
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118
Phone: (212) 267-3700

*Attorneys for Plaintiffs*

Dated: 5/16/11

**BLANK ROME LLP**

By: _____
Alan J. Hoffman, Esquire
Jeffrey S. Moller, Esquire
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5500

*Attorneys for Defendants
Lyondell Chemical Company,
individually and f/k/a Lyondell
Petrochemical Company, Arco Chemical
Company and Equistar Chemicals, LP*

SO ORDERED:
_____
Hon. Shira A. Scheindlin
United States District Judge

014580.00690/12081661v.1

2

## CERTIFICATION OF SERVICE

I hereby certify that on today's date, a true and correct copy of Plaintiffs and Defendants, Lyondell Chemical Company, individually and f/k/a Lyondell Petrochemical Company, Arco Chemical Company and Equistar Chemicals, LP, Joint Motion for Voluntary Dismissal with Prejudice pursuant to F.R.C.P. 41(a)(2) was served via LexisNexis File and Serve on *17th* day of *May*, 2011, upon all attorneys of record.

BLANK ROME LLP

By: _____
Jeffrey S. Moller, Esquire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) |

------------------------------------------------------------X

**This Document Relates To:**

| | |
|---|---|
| *Carle Place Water District v. AGIP Inc., et al.* | No. 03-CV-10053 |
| *City of Crystal River v. Amerada Hess Corp., et al.* | No. 07-CV-6848 |
| *City of Glen Cove Water Department v. Amerada Hess Corp., et al.* | No. 08-CV-9622 |
| *City of Inverness v. Amerada Hess Corp., et al.* | No. 07-CV-4011 |
| *Garden City Park Water District v. Amerada Hess Corp., et al.* | No. 08-CV-11056 |
| *Greenlawn Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9619 |
| *Homosassa Water District v. Amerada Hess Corp., et al.* | No. 07-CV-4009 |
| *Incorporated Village of Mineola v. AGIP Inc., et al.* | No. 03-CV-10051 |
| *Manhasset-Lakeville Water District v. Amerada Hess Corp., et al.* | No. 08-CV-7764 |
| *Oyster Bay Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9994 |
| *Plainview Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9667 |
| *Riverhead Water District v. Amerada Hess Corp., et al.* | No. 08-CV-7766 |
| *South Huntington Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9621 |
| *Tampa Bay Water Authority v. Amerada Hess Corp., et al.* | No. 03-CV-4012 |
| *Town of East Hampton, et al. v. AGIP Inc., et al.* | No. 03-CV-10056 |
| *Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.* | No. 08-CV-9620 |
| *Town of Southampton, et al. v. AGIP Inc., et al.* | No. 03-CV-10054 |
| *Village of Hempstead v. AGIP Inc., et al.* | No. 03-CV-10055 |
| *West Hempstead Water District v. AGIP Inc., et al.* | No. 03-CV-10052 |
| *Westbury Water District v. AGIP Inc., et al.* | No. 03-CV-10057 |

------------------------------------------------------------X

**PLAINTIFFS AND DEFENDANTS LYONDELL CHEMICAL COMPANY AND EQUISTAR CHEMICALS, LP'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs, Carle Place Water District; City of Crystal River; City of Glen Cove Water Department; City of Inverness; Garden City Park

014580.00690/12081661v.1

Water District; Greenlawn Water District; Homosassa Water District; Incorporated Village of Mineola; Manhasset-Lakeville Water District; Oyster Bay Water District; Plainview Water District; Riverhead Water District; South Huntington Water District; Tampa Bay Water Authority; Town of East Hampton; Town of Huntington/Dix Hills Water District; Town of Southampton; Village of Hempstead; West Hempstead Water District; Westbury Water District and Settling Defendants, Lyondell Chemical Company, individually and f/k/a Lyondell Petrochemical Company, Arco Chemical Company, and Equistar Chemicals, LP (collectively the "Parties") move the Court to enter agreed Stipulations and Orders of Dismissal with Prejudice in each of these cases. The parties have agreed to a final resolution of all matters in controversy between them, including the settlement of the above cases, and executed Stipulations of Dismissal. The parties have agreed that each shall bear their own costs, expenses and attorneys' fees.

WHEREFORE, the parties request that this Court enter the attached Stipulation and Order of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure, costs and expenses to be borne by the party incurring them, and for such other relief to which they may be entitled.

Respectfully submitted,

NAPOLI BERN RIPKA & ASSOCIATES, LLP

Dated: 5/16/11

By: _____
Tate J. Kunkle, Esquire
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118
Phone: (212) 267-3700
Fax: (212) 587-003
*Attorneys for Plaintiffs*

BLANK ROME LLP

Dated: 5/16/11

By: _____
Alan J. Hoffman, Esquire
Jeffrey S. Moller, Esquire
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5500
*Attorneys for Defendants
Lyondell Chemical Company f/k/a
Lyondell Petrochemical Company, Arco
Chemical Company and Equistar
Chemicals, LP*

3

014580.00690/1208166Iv.1