UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ) ("MTBE") PRODUCTS LIABILITY ) LITIGATION ) ) This document relates to: ) ) *New Jersey Department of Environmental* ) *Protection, et al. v. Atlantic Richfield Co., et al.,* ) 08 Civ. 00312 ) ) | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

SHIRA A. SCHEINDLIN, U.S.D.J.:

## CASE MANAGEMENT ORDER NO. 91

Paragraph 1.A of CMO # 89 is modified to require plaintiffs to designate a final geographic boundary for each of the twenty trial sites by June 6, 2011.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 1, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/11