*September/0*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE METHYL TERTIARY BUTYL ETHER          Master File No. 1:00cv1898 (SAS)
("MTBE") PRODUCT LIABILITY LITIGATION      MDL 1358 (SAS)
                                           M21-88
This document pertains to:

*All Cases*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Nicole L. Picard as counsel of record for

Defendant Gulf Oil Limited Partnership, pursuant to Local Civil Rule 1.4 of the Local Rules of

this Court, is hereby **GRANTED**.


SO ORDERED

Dated: June 2 , 2011



                                           Hon. Shira A. Scheindlin
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/11