UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| ------------------------------------------------------------------ x | ECF Case |
| **This document relates to the following cases:** | |

*City of New York v. Amerada Hess Corp., et al.,*
Case No. 04-CIV-3417

*City of Pomona* v, *Chevron USA, Inc et al,*
Case No. 09-CIV-3738

*Yosemite Springs Park Utility District v. Chevron, U.S.A., et al.,* Case No. 09-CIV-1419

**ALL MDL 1358 CASES**

------------------------------------------------------------------ x

## MOTION TO WITHDRAW APPEARANCE

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of Nicholas G. Campins as counsel of record in All MDL 1358 Cases, *including City of New York v. Amerada Hess Corp.*, et al., Case No. 04-CIV-3417; *City of Pomona v, Chevron USA, Inc et al,* No, CIVMSC08-03214; *Yosemite Springs Park Utility District v. Chevron, U.S.A., et al.*, Case No. 09-CIV-1419.  As stated in the accompanying Declaration of Nicholas G. Campins, effective June 3, 2011, Mr. Campins is no longer associated with Sher Leff LLP and should be removed from the service list. Sher Leff LLP continues to serve as counsel for Plaintiffs in the above cases

///

///

- 2 -

and all future correspondence and papers in this action should continue to be directed to Sher Leff LLP.

Dated: June 2, 2011					SHER LEFF LLP

					By:	_/s/ Nicholas G. Campins_____

						VICTOR M. SHER
						NICHOLAS G. CAMPINS

						SHER LEFF LLP

						*Attorneys for Certain Plaintiffs in MDL 1358*

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of **MOTION TO WITHDRAW APPEARANCE – NICHOLAS CAMPINS** on all counsel of record by posting it directly to LexisNexis File & Serve on the 2nd day of June, 2011.

                                        By:    /s/ *Beverly Santos*

                                                Beverly Santos