UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| ------------------------------------------------------------------- x | ECF Case |

**This document relates to the following cases:**

*City of New York v. Amerada Hess Corp., et al.,*
Case No. 04-CIV-3417

*City of Pomona* v, *Chevron USA, Inc et al,*
Case No. 09-CIV-3738

*Yosemite Springs Park Utility District v. Chevron,*
*U.S.A., et al.,* Case No. 09-CIV-1419

**ALL MDL 1358 CASES**

------------------------------------------------------------------- x

## DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Nicholas G. Campins, hereby declares under penalty of perjury:

1. I am an attorney with the law firm of Sher Leff LLP, I have previously appeared as counsel of record for certain plaintiffs in Certain MDL 1358 Cases, including *City of New York v. Amerada Hess Corp.*, et al., Case No. 04-CIV-3417; *City of Pomona v, Chevron USA, Inc et al,* No, CIVMSC08-03214;  and *Yosemite Springs Park Utility District v. Chevron, U.S.A., et al.*, Case No. 09-CIV-1419.

2. I submit this Declaration in support of my motion to withdraw as counsel.

3. Effective tomorrow, June 3, 2011, I will no longer be associated with Sher Leff LLP.

4. Sher Leff LLP will continue to serve as counsel of record to plaintiffs in the above referenced cases and no delay will result from my withdrawal.

5. On this 2nd day of June 2011, I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: San Francisco, California
June 2, 2011

/s/ NICHOLAS G. CAMPINS
NICHOLAS G. CAMPINS *(pro hac vice)*
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

*Attorneys for Certain Plaintiffs in MDL 1358*