# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 03 CIV. 10053

Date Filed: _____

Plaintiff:
**Carle Place Water District**

vs.

Defendant:
**Agip Inc., et. al.,**
**and another action,**
**State of New York, County of Albany)ss.:**

Received by ServerLinks.Com to be served on **Hercules Realty Corp.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **10th day of May, 2011** at **1:40 pm, I:**

Served the within named **CORPORATION** by delivering two true copies of the **Summons on a Fourth-Party Complaint and Fourth-Party Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 47,  Sex: F,  Race/Skin Color: White,  Height: 5' 4",  Weight: 160,  Hair: Brown,  Glasses: **Y**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 25th day
of May, 2011  by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

_____
**J.R. O'Rourke**
Process Server

**ServerLinks.Com**
**111 John Street**
**Suite 210**
**New York, NY  10038**
**(800) 777-9737**
Our Job Serial Number: 2011001495
Ref: 27473

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x