# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 03 CIV. 10051

Date Filed: _____

Plaintiff:
**Incorporated Village of Mineola**

vs.

Defendant:
**Agip Inc., et. al.,**
and another action,
**State of New York, County of Albany)ss.:**

Received by ServerLinks.Com to be served on **Alam Petroleum, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **10th day of May, 2011** at **1:40 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons on a Fourth-Party Complaint and Fourth-Party Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 25th day of May, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2014

J.R. O'Rourke
Process Server

ServerLinks.Com
111 John Street
Suite 210
New York, NY 10038
(800) 777-9737
Our Job Serial Number: 2011001491
Ref: 27484

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x