UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS):M21-88
_____X

This Document Relates to:

*NJ Department of Environmental Protection, et al*

Plaintiffs

v.

*Atlantic Richfield Co., et al*

Defendants

_____X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11

Getty Properties Corp.

Defendant/Third Party Plaintiff

v.

*Harbans Singh; Gurmai Singh; H.P. Delta, Inc.; Robert Melecci; Dhandi Transport, Inc.; and John and Jane Does Nos. 1-100*

Third Party Defendants

_____X

**ORDER ADMITTING JAMES D. BRIDE, ESQ. TO PRACTICE *PRO HAC VICE*
ON BEHALF OF THIRD PARTY DEFENDANT ROBERT MELECCI IN THE
ABOVE CIVIL ACTION**

The court having considered the unopposed request of James D. Bride, Esq., attorney for third party defendant Robert Melecci, to be admitted *pro hac vice* and there being no opposition,

IT IS HEREBY ORDERED on this 25 day of May, 2011 that James D. Bride, Esq., attorney for third party defendant, Robert Melecci, is hereby admitted to practice *pro hac vice* on behalf of third party defendant Robert Melecci in this civil action upon payment of the required $25.00 fee and it is further

ORDERED that a copy of this Order shall be served on all interested parties within seven (7) days of the date hereof.

SHIRA SCHEINDLIN
Judge, United States District Court
Southern District of New York

James D. Bride, Esq.
Leary, Bride, Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ 06927
973-539-2090
emadden@lbtmlaw.com
jbride@lbtmlaw.com