UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation                MDL 1358 (SAS)
                                             M21-88
_____ X

This Document Relates to:
_____ X

*Yosemite Spring Park Utility District v. Chevron,
U.S.A.,* Case No. 09-CV-1419
_____ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/11

## ORDER TO ADMIT MARNIE E. RIDDLE AS COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Plaintiffs to admit *pro hac vice* Marnie E. Riddle. Ms. Riddle is counsel working with the law firm of Baron & Budd, P.C., whose office address is 1999 Avenue of the Stars, Suite 3450, Los Angeles, California 90067. The request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Marnie E. Riddle be admitted to practice before the Court *pro hac vice* on behalf of Plaintiff in this civil action upon payment of the required $25.00 fee to the Clerk of this Court.

DATED: June 6, 2011

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE