UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
-------------------------------------------------------------X
**This document relates to:**

Orange County Water District v. Unocal
Corp., et al., 04 Civ. 4968
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/11

Master File No. 1:00-1898
MDL 1358 (SAS)

**RULE 54(b) JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on June 3, 2011, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), directing entry of judgment on the issue of the determination that the Settlement Agreements are good faith settlements under California law and that Petro-Diamond Incorporated is protected from joint tortfeasor claims as set forth in the Order dated June 6, 2011, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2011, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered on the issue of the determination that the Settlement Agreements are good faith settlements under California law and that Petro-Diamond Incorporated is protected from joint tortfeasor claims as set forth in the Order dated June 3, 2011.

**Dated:** New York, New York
June 8, 2011

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____