Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898
No. 03 Civ. 10057

----------------------------------------------------------x
WESTBURY WATER DISTRICT,

        Plaintiff,

v.

AGIP, INC., et al.,

        Defendants.
----------------------------------------------------------x
CP SERVICE STATION OPERATING CORP.
and TARTAN OIL CORP.,

        Third-Party Plaintiffs,

v.

NORTHVILLE INDUSTRIES CORP..

        Third-party Defendant.
----------------------------------------------------------x
NORTHVILLE INDUSTRIES CORP.,

        Fourth-Party Plaintiff

v.

LEON PETROLEUM, LLC, LEON
HOLDINGS, LLC, ALAM PETROLEUM
INC., MOHAMMAD NAWAZ,
ASU GAS STOP, INC., IBRAHIM
AYKANAT, and
BILL WOLF PETROLEUM CORP.,

        Fourth-Party Defendants.
----------------------------------------------------------x

**STIPULATION**



2366135.1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time in which defendant, Bill Wolf Petroleum Corp., has to serve an answer, move or appear in the above-entitled action is hereby extended to and including July 8, 2011.

Dated: June 9, 2011

| HERZFELD & RUBIN, P.C. | CERTILMAN BALIN ADLER & HYMAN, LLP |
|---|---|
| By: _____ <br> BRIAN T. CARR, ESQ. (BC 2511) <br> Attorney for Third-Party Defendant/ <br> Fourth Party Plaintiff <br> Northville Industries Corp. <br> 125 Broad Street <br> New York, NY 10004 <br> (212) 471-8500 | By: _____ <br> DONNA-MARIE KORTH, ESQ. <br> Attorneys for Defendant <br> Bill Wolf Petroleum Corp. <br> 90 Merrick Avenue <br> East Meadow, NY 11554 <br> (516) 296-7000 |

SO ORDERED

Shira Scheindlin, U.S.D.J.

6/10/11

2366135.1