Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

---------------------------------------------------------------x
INCORPORATED VILLAGE OF MINEOLA,

        Plaintiff,

v.

AGIP, INC., et al.,

        Defendants.
---------------------------------------------------------------x
CP SERVICE STATION OPERATING CORP.
and TARTAN OIL CORP.,

        Third-Party Plaintiffs,

v.

NORTHVILLE INDUSTRIES CORP.,

        Third-Party Defendant.
---------------------------------------------------------------x
NORTHVILLE INDUSTRIES CORP.,

        Fourth-Party-Plaintiff

v.

LEON PETROLEUM, LLC, LEON
HOLDINGS, LLC, ALAM PETROLEUM
INC., MOHAMMAD NAWAZ,
ASU GAS STOP, INC., IBRAHIM
AYKANAT, GEORGE CHAPKLIN, JR.,
STEPHEN CHAPKLIN, OFIER SERVICE
STATION, INC., 400 JERICHO CORP.,
HERCULES REALTY CORP.,
ALBERTSON REALTY, LLC,
and GLEN WEST AUTO CARE, LLC.,

        Fourth-Party Defendants.
---------------------------------------------------------------x

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898
No. 03 Civ. 10051

**STIPULATION**



2366139.1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time in which defendant, Albertson Realty, LLC., has to serve an answer, move or appear in the above-entitled action is hereby extended to and including July 8, 2011.

Dated: June 9, 2011

HERZFELD & RUBIN, P.C.

By: _____
BRIAN T. CARR, ESQ. (BC-2517)
Attorney for Third-Party Defendant/
Fourth Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, NY 10004
(212) 471-8500

CERTILMAN BALIN ADLER
& HYMAN, LLP

By: _____
DONNA-MARIE KORTH, ESQ.
Attorneys for Defendant
Albertson Realty, LLC.
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000

SO ORDERED

_____
Shira Scheindlin, U.S.D.J.

6/10/11

2366139.1