UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION
    Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.,        )
        D. Maryland, C.A. No. 1:11-01037                                   )        MDL No. 1358

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Mayor and Coucil of Berlin*) on April 26, 2011. Prior to expiration of that order's 7-day stay of transmittal, defendant 7-Eleven, Inc., filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Defendant has now informed the Panel that it withdraws its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-41" filed on April 26, 2011, is LIFTED. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Shira Ann Scheindlin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY Shanto Jones
Deputy Clerk