

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This document pertains to:**<br><br>*New Jersey Department of Environmental Protection, et al.*<br><br>       *Plaintiff,*<br><br>v.<br><br>*Getty Properties Corp. et al.*<br><br>       *Defendant/Third-Party Plaintiff.*<br><br>v.<br><br>*Harbans Singh, Gurmail Singh, H.P. Delta, Inc., Robert Melecci, Dhandi Transport, Inc. and John and Jane Does Nos. 1-100,*<br><br>       *Third-Party Defendants.*<br><br>Case No.: 08-cv-0312 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### ORDER TO ADMIT KEVIN T. BRIGHT, ESQ., AS COUNSEL *PRO HAC VICE*

Upon consideration of the Motion of the third-party defendant, Dhandi Transport, Inc. (hereinafter, "Dhandi"), for the admission of Kevin T. Bright, Esq. *pro hac vice* to appear are counsel on behalf of Dhandi in this matter, and upon consideration of the declarations of Jeffrey j. Imeri, Esq. and Kevin T. Bright, Esq., in support thereof, it is hereby ORDERED that

1

2

the Motion is hereby GRANTED and that Kevin T. Bright, Esq. may enter his appearance as counsel for said defendant and actively participate in the conduct of these proceedings.

It is so ORDERED this 27 day of June, 2011.

_____
**The Honorable Shira A. Scheindlin**
**United States District Judge**