UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 MDL 1358 (SAS): M21-88 |

**This document pertains to:**

*This Document Related to All Cases*

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that DAVID A. GRENARDO is no longer associated with

King & Spalding LLP and should be removed from the service list.  King & Spalding LLP

continues to serve as counsel for the Chevron Defendants through their attorney(s) Robert E.

Meadows and Charles C. Correll, Jr., and all future correspondence and papers in this action

should continue to be directed to them.

I, the undersigned, consent to the above withdrawal.

Dated: July 8, 2011
Houston, Texas

By: _____
David A. Grenardo

I, the undersigned, consent to the above withdrawal.

Dated: July 8, 2011
San Francisco, California

By: _____
Charles C. Correll, Jr. for Chevron
Defendants

DMSLIBRARY01-16898163.1

2

Respectfully submitted,

*Charles C. Correll b.p.*

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

**Attorneys for Defendants Chevron U.S.A. Inc.,
Chevron Corporation (f/k/a ChevronTexaco
Corporation), Unocal Corporation, and Union
Oil Company of California**

DMSLIBRARY01-16898163.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL
ETHER PRODUCTS LIABILITY
LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS): M21-88

**This document pertains to:**

*This Document Related to All Cases*

## ORDER APPROVING WITHDRAWAL OF COUNSEL

The Court hereby approves of the withdrawal of David A. Grenado as counsel for Defendants Chevron U.S.A. Inc., Chevron Corporation (f/k/a ChevronTexaco Corporation), Unocal Corporation, and Union Oil Company of California (collectively, "Chevron Defendants").

Signed this _____ day of _____, _____.

_____
Hon. Shira A. Scheindlin
United States District Judge

DMSLIBRARY01-16898163.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File & Serve.

_Charles C. Correll b.p._

Charles C. Correll, Jr.

DMSLIBRARY01-16898163.1