UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE")　　　MDL No. 1358
Products Liability Litigation　　　　　　　　　　　Master File C.A. No.
　　　　　　　　　　　　　　　　　　　　　　　　1:00-1898 (SAS)

---

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*
04 Civ. 4968 (SAS)

---

### [PROPOSED] ORDER REGARDING EXTENSION OF TIME
### FOR PLAINTIFF ORANGE COUNTY WATER DISTRICT
### TO RESPOND TO ORDERS TO SHOW CAUSE

The Opinion and Order issued in the above-referenced case on June 20, 2011, provided plaintiff Orange County Water District ("District") with 21 days, to July 11, 2011, to respond to two orders to show cause. For good cause shown, the District's deadline to respond to the orders to show cause is extended 14 days, to July 25, 2011.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
　　　　July __11__, 2011

1