**HEROLD LAW, P.A.**
711 Third Avenue, Suite 1803
New York, New York 10017
Telephone: 646-794-6202
Attorneys for Forth-Party Defendant,
Camson Equities, LLC

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VILLAGE OF HEMPSTEAD,<br><br>        Plaintiff,<br><br>V.<br><br>AGIP INC., et al.,<br><br>        Defendants. | No. 00 Civ. 1898<br>MDL No. 1358 (SAS) (DCF)<br>M21-88<br>Master File No. 1:00-1898<br>No. 03 Civ. 10055<br><br>**PROPOSED ORDER EXTENDING FOURTH-PARTY DEFENDANT CAMSON EQUITIES, LLC TIME TO FILE ANSWER TO FOURTH-PARTY PLAINTIFFS COMPLAINT** |
| CP SERVICE STATION OPERATING CORP. and TARTAN OIL<br><br>        Third-party Plaintiffs,<br><br>V.<br><br>NORTHVILLE INDUSTRIES CORP.<br><br>        Third-party Defendant, | |
| NORTHVILLE INDUSTRIES CORP.<br><br>        Fourth-party Plaintiff,<br><br>V.<br><br>LEON PETROLEUM, LLC, LEON HOLDINGS, LLC, ALAM PETROLEUM, INC., MOHAMMAD NAWAZ, ASU GAS STOP, INC., IBRAHIM AYKANAT, OFIER SERVICE STATION, INC., CAMSON EQUITIES, LLC<br><br>        Fourth-party Defendants, | <br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/13/11 |

**THIS MATTER** having come before the Court upon the request to the Court dated July 12, 2011 of Defendant Camson Equities, LLC, by and through its attorneys, Herold Law, P.A., for an entry of an order extending Fourth-Party Defendant's time to answer Fourth-Party Plaintiffs Complaint; and for good cause show, it is hereby

**ORDERED** that the time within which the Fourth-Party Defendant Camson Equities, LLC may file its answer is hereby extended from June 14, 2011 through and including July 22, 2011.

**ORDERED,** that counsel for Camson Equities, LLC shall serve a copy of this Order upon adverse counsel within $\underline{3}$ days of receipt.

_____
7/12/11

_____ Opposed
_____ Unopposed

2