

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*New Jersey Department of Environmental Protection, et al.*<br><br>        *Plaintiff,*<br><br>*v.*<br><br>*Getty Properties Corp. et al.*<br><br>        *Defendant/Third-Party Plaintiff.*<br><br>*v.*<br><br>*Harbans Singh, Gurmail Singh, H.P. Delta, Inc., Robert Melecci, Dhandi Transport, Inc. and John and Jane Does Nos. 1-100,*<br><br>        *Third-Party Defendants.*<br><br>Case No.: 08-cv-0312 | **Master File No. 1:00-1898**<br>**MDL 1358 (SAS)**<br>**M21-88**<br><br>Lila T. Wynne, Esq.<br>Marshall Dennehey Warner Coleman and Goggin.<br>200 Lake Drive East, Suite 300<br>Cherry Hill, NY 08002<br>T: (856) 414-6026<br>F: (856) 414-6077<br>Email: LTWYNN@MDWCG.COM |

---

### ORDER TO ADMIT LILA WYNNE, ESQ., AS COUNSEL *PRO HAC VICE*

Upon consideration of the Motion of the third-party defendant, Dhandi Transport, Inc.

(hereinafter, "Dhandi"), for the admission of Lila Wynne, Esq. *pro hac vice* to appear are

counsel on behalf of Dhandi in this matter, and upon consideration of the declarations of

Jeffrey j. Imeri, Esq. and Lila Wynne, Esq., in support thereof, it is hereby ORDERED that the

Motion is hereby GRANTED and that Lila Wynne, Esq. may enter her appearance as counsel for said defendant and actively participate in the conduct of these proceedings.

It is so ORDERED this 27 day of ___June_____, 2011.

**The Honorable Shira A. Scheindlin**
**United States District Judge**

2