**HEROLD LAW, P.A.**
711 Third Avenue, Suite 1803
New York, New York 10017
Telephone: 646-794-6202
Attorneys for Forth-Party Defendant,
Camson Equities, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

VILLAGE OF HEMPSTEAD,

Plaintiff,

v.

AGIP INC., et al.,

Defendants.

CP SERVICE STATION OPERATING CORP. and TARTAN OIL

Third-party Plaintiffs,

v.

NORTHVILLE INDUSTRIES CORP.

Third-party Defendant,

NORTHVILLE INDUSTRIES CORP.

Fourth-party Plaintiff,

v.

LEON PETROLEUM, LLC, LEON HOLDINGS, LLC, ALAM PETROLEUM, INC., MOHAMMAD NAWAZ, ASU GAS STOP, INC., IBRAHIM AYKANAT, OFIER SERVICE STATION, INC., CAMSON EQUITIES, LLC

Fourth-party Defendants,

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898
No. 03 Civ. 10055

**ORDER FOR ADMISSION PRO HAC VICE**

The request of David J. Singer, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of New Jersey; and that his contact information is as follows (please print):

Applicant's Name: David J. Singer, Esq.

Firm Name: Herold Law, P.A.

Address: 711 Third Avenue, Suite 1803

City / State / Zip: New York, New York 10017

Telephone / Fax: (646) 794-6202/(908) 647-7721

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Camson Equities, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: 7/18/11