

Scheindlin 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

This document relates to:
Orange County Water District v. Unocal Corp., et al.
No. 04 Civ. 4968 (SAS)

---

### STIPULATION AND [PROPOSED] ORDER

---

Pursuant to the agreement of counsel and the direction of the Court at the March 11, 2011 hearing on defendant 7-Eleven's motion for good faith settlement, the parties hereby stipulate and agree that the settlement be allocated as follows:

A. The 7-Eleven stores located at 10499 Beach Blvd., Stanton, CA, and 107 West Ball Road, Anaheim, CA, are allocated $800,000 each.

B. The remaining 20 stores identified in Exhibit A are allocated $5,000 each.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/11

1

3493311.1/SP/76088/0420/071811

Dated: _____ 7/18 _____, 2011

**DUANE C. MILLER**
**MICHAEL AXLINE**
**MILLER, AXLINE & SAWYER**
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4225
Telephone (916) 488-6688
Facsimile (916) 488-4288
dmiller@toxictorts.org
maxline@toxictorts.org


**ATTORNEYS FOR PLAINTIFF**
**ORANGE COUNTY WATER DISTRICT**

Dated: _____, 2011

**MICHAEL A. WALSH**
(MW 2534)
michael.walsh@strasburger.com
**COURTNEY JONES KIEFFER**
(CK 3714) (pro hac vice)
courtney.jones.kieffer@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT**
**7-ELEVEN, INC.**

SO ORDERED:

Dated: _____ Jul 27 _____, 2011

The Honorable Shira A. Scheindlin
United States District Judge

2

34933 11.1/SP/76088/0420/071811

## EXHIBIT A

| STORE NUMBER | ADDRESS | CITY |
|---|---|---|
| 17171 | 2403 West Ball Road | Anaheim |
| 18167 | 1020 South Bristol Street | Santa Ana |
| 18829 | 6001 Lincoln Avenue | Buena Park |
| 18830 | 949 South Brookhurst | Anaheim |
| 18835 | 6491 Westminster Boulevard | Westminster |
| 18838 | 1108 West Imperial Highway | Brea |
| 18841 | 10001 Adams Avenue | Huntington Beach |
| 18901 | 32022 Camino Capistrano | San Juan Capistrano |
| 18934 | 7740 Orangethorpe | Buena Park |
| 19969 | 290 South Main Street | Orange |
| 24559 | 10499 Beach Boulevard | Stanton |
| 25801 | 31702 Pacific Coast Highway | South Laguna |
| 26216 | 107 West Ball Road | Anaheim |
| 32938 | 204 East 17th Street | Costa Mesa |
| 33155 | 1700 East Dyer Road | Santa Ana |
| 33161 | 15991 Magnolia Street | Westminster |
| 33168 | 13472 Euclid Street | Garden Grove |
| 33252 | 8693 Irvine Center Drive | Irvine |
| 33257 | 1000 West Orangethorpe Avenue | Fullerton |
| 33325 | 10962 Alondra Boulevard | Norwalk |
| 33436 | 2217 East 17th Street | Santa Ana |
| 33611 | 13982 Bolsa Chica Road | Westminster |

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.,* Case No. 04 Civ. 4968

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

STIPULATION AND [PROPOSED] ORDER

I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on July 19, 2011.

KATHY HERRON