UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

*IN RE METHYL TERTIARY BUTYL ETHER*
*PRODUCTS LIABILITY LITIGATION*

This document relates to:

*Cases on Exhibit A*
-----------------------------------------------------------x

On May 16, 2011, the Court entered an Order staying for 90 days the cases listed on Exhibit A. This stay, issued upon request of the Plaintiffs and certain Defendants in the cases listed on Exhibit A, was intended to allow the parties to conduct settlement discussions. The parties now report that they have reached an agreement in principle to settle the cases provided mutually satisfactory settlement terms can be negotiated and the Defendants can agree to an acceptable internal allocation of responsibility for payment of the settlement amount. The parties have entered into a Standstill & Tolling Agreement to permit the parties to focus on concluding the settlement. Thus,

IT IS HEREBY ORDERED that:

The cases listed on Exhibit A shall be stayed for an additional period of 45 days to allow the parties to conclude a final settlement. The August 5, 2011 hearing scheduled by the Court to monitor the progress of the settlement discussions is canceled. ~~The Court will schedule~~ A hearing *is scheduled for October 11, 2011 at 4:30 at which* ~~at a later date and require~~ the parties *shall* ~~to~~ report their progress towards a final settlement.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: Aug 3, 2011
New York, New York

## EXHIBIT A

### Plaintiffs who are Parties to the Standstill Agreement:

City of Pomona, California
City of Santa Barbara, California
Village of Roanoke, Illinois
Village of Bethalto, Illinois
City of Nokomis, Illinois
Town of Kouts, Indiana
Bridgewater Water Department, Massachusetts
Russell Water Department, Massachusetts
City of Taneytown, Maryland
City of Aberdeen, Maryland
Mayor and Council of Berlin, Maryland
Town of Chestertown, Maryland
City of Salisbury, Maryland
Commissioners of Sharptown, Maryland
County Commissioners of Worcester County, Maryland
City of Kennett, Missouri
Mound City, Missouri
City of Pattonsburg, Missouri
Coraopolis Water & Sewer Authority, Pennsylvania
Harrisville Fire District, Rhode Island
Town of North Kingstown, Rhode Island