Scheink l. ^ , 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation,                                    MDI No.: 1358 (SAS)

————————————————————————X Master File No.: 1:00 –1898

CARLE PLACE WATER DISTRICT,

                                        Plaintiff,                    Docket No.: 03-CV-10053

            -against-                                        **STIPULATION TO**
                                                                **EXTEND TIME TO**
                                                                **ANSWER**

AGIP, INC., et al.

                                        Defendants.

————————————————————————

CP SERVICE STATION OPERATING CORP.
AND TARTAN OIL CORP.

                        Third-Party Plaintiff

v.

NORTHVILLE INDUSTRIES, CORP.,

                        Third-Party Defendant

————————————————————————X

NORTHVILLE INDUSTRIES CORP.,

                        Fourth –Party Plaintiff,

v.

LEON PETROLEUM, LLC.,  LEON HOLDINGS, LLC.,
ALAM PETROLEUM, INC., MOHAMMAD NAWAZ,
ASU GAS STOP, INC., IBRAHIM AYKANAT,
GEORGE CHAPKLIN, JR. STEPHEN CHAPKLIN,
OFIER SERVICE STATION, INC., 400 JERICHO
CORP., HERCULES REALTY CORP.,
ALBERTSON REALTY, LLC., AND
GLEN WEST AUTO CARE, LLC.,

                        Fourth-Party Defendants.

————————————————————————X

IT IS HEREBY STIPULATED that the time for the Fourth Party Defendant, 400 JERICHO CORP., to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 1st day of September, 2011.

Dated: New York, New York
   August 3, 2011

Gil M. Coogler, Esq.
WHITE, FLEISCHNER & FINO, LLP
Attorneys for Fourth Party Defendant
400 JERICHO TURNPIKE, INC., sued
as 400 JERICHO CORP.
61 Broadway – 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 451-15799

Brian Carr, Esq.
HERTZFELD & RUBIN
Attorneys for Fourth Party-Plaintiff
125 Broad Street
New York, New York 10004
(212) 471-8466

SO ORDERED:

U.S.D.J.

8/10/11