UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re: Methyl Tertiary Butyl Ether
("MTBE") Prod. Liab. Litig.      Plaintiff,

Case No. Master File No. 1:00-1898 (SAS) MDL

-against-

Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**William F. Hughes**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is  D.C. Bar 439392

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Wallace King Domike & Reiskin, PLLC
            FIRM ADDRESS: 2900 K Street, NW, Suite 500, Washington, DC 20007
            FIRM TELEPHONE NUMBER: 202-204-1000
            FIRM FAX NUMBER: 202-204-1001

NEW FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 2900 K Street, NW, Suite 500, Washington, DC 20007
            FIRM TELEPHONE NUMBER: 202-204-1000
            FIRM FAX NUMBER: 202-204-1001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/16/11

ATTORNEY/S SIGNATURE