UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In Re: Methyl Tertiary Butyl Ether                  Case No. Master File No. 1:00-1898 (SAS) MDL
("MTBE") Prod. Liab. Litig.        Plaintiff,

          -against-

                              Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending              [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Richard E. Wallace, Jr.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is D.C. Bar 367718

I am,
[ ]   An attorney
[ ]   A Government Agency attorney
[✓]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wallace King Domike & Reiskin, PLLC
             FIRM ADDRESS: 2900 K Street, NW, Suite 500, Washington, DC 20007
             FIRM TELEPHONE NUMBER: 202-204-1000
             FIRM FAX NUMBER: 202-204-1001

NEW FIRM:    FIRM NAME: Sedgwick LLP
             FIRM ADDRESS: 2900 K Street, NW, Suite 500, Washington, DC 20007
             FIRM TELEPHONE NUMBER: 202-204-1000
             FIRM FAX NUMBER: 202-204-1001

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: 8/16/2011                           _____
                                           ATTORNEY'S SIGNATURE