UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

**This document applies to:  All Cases**

## WITHDRAWAL OF APPEARANCES

Sedgwick LLC, counsel for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise, hereby informs the Court that Anthony F. King, Alec C. Zacaroli and Rebecca L. Schuller no longer are associated with the firm, and requests that the Court withdraw the appearances of Mr. King, Mr. Zacaroli and Ms. Schuller as counsel pro hac vice in these actions.

Dated: August __16__, 2011

Respectfully submitted,

_/s/ Richard E. Wallace_
Richard E. Wallace, Jr.
Peter C. Condron (PC4818)
SEDGWICK LLP
2900 K Street, N.W. Suite 500
Washington, D.C.  20007
Telephone:  (202) 204-1000
Facsimile:  (202) 204-1001

Attorneys for Defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp.,

Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise

## Certificate of Service

This is to certify that on this 16th day of August, 2011, the foregoing Withdrawal of Appearances was served on all counsel of record by Lexis Nexis File and Serve.

_____
Alexander G. Mesmer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File C.A. No.
Products Liability Litigation　　　　　　　　　　　　1:00-1898 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　MDL 1358

---

**This document applies to:  All Cases**

### ORDER

　　　　The motion to withdraw the appearances of Anthony F. King, Alec C. Zacaroli and Rebecca L. Schuller as counsel pro hac vice for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise is GRANTED.

　　　　SO ORDERED

Dates this _____ day of _____, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Shira A. Scheindlin, U.S.D.J.