UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

---

**This document applies to:  All Cases**

## ORDER

The motion to withdraw the appearances of Anthony F. King, Alec C. Zacaroli and Rebecca L. Schuller as counsel pro hac vice for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise is GRANTED.

SO ORDERED

Dates this 17 day of Aug, 2011

Hon. Shira A. Scheindlin, U.S.D.J.