UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*New Jersey Department of Environmental Protection, et al.*<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>*Getty Properties Corp. et al.*<br><br>　　　　　*Defendant/Third-Party Plaintiff.*<br><br>v.<br><br>*Harbans Singh, Gurmail Singh, H.P. Delta, Inc., Robert Melecci, Dhandi Transport, Inc. and John and Jane Does Nos. 1-100,*<br><br>　　　　　　*Third-Party Defendants.*<br><br>Case No.: 08-cv-0312 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br><br> |

### ORDER TO ADMIT LILA WYNNE, ESQ., AS COUNSEL *PRO HAC VICE*

Upon consideration of the Motion of the third-party defendant, Dhandi Transport, Inc. (hereinafter, "Dhandi"), for the admission of Lila Wynne, Esq. *pro hac vice* to appear are counsel on behalf of Dhandi in this matter, and upon consideration of the declarations of Jeffrey j. Imeri, Esq. and Lila Wynne, Esq., in support thereof, it is hereby ORDERED that the

1

Motion is hereby GRANTED and that Lila Wynne, Esq. may enter her appearance as counsel for said defendant and actively participate in the conduct of these proceedings. The Clerk of the Court is directed to close this motion [Docket No. 177].

It is so ORDERED this 18th day of August, 2011.

_____
The Honorable Shira A. Scheindlin
United States District Judge