USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)

| COMMONWEALTH OF PUERTO RICO and COMMONWEALTH OF PUERTO RICO through the ENVIRONMENTAL QUALITY BOARD, <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, ET AL. <br><br> Defendants. | 10470 <br> CASE NO. 07 CIV. 10476 (SAS) <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |
|---|---|

Admission to practice Pro Hac Vice in the above captioned action is granted to the following attorneys from the law firm of Pietrantoni, Méndez & Alvarez, LLP:

| Attorney Name | E-mail Address |
|---|---|
| Maria D. Trelles-Hernández | mtrelles@pmalaw.com |
| Néstor M. Méndez-Gómez | nmendez@pmalaw.com |
| Diego Murgia-Díaz | dmurgia@pmalaw.com |
| Edwin R. Cruz-Figueroa | ecruz@pmalaw.com |

Applicants have declared that they are members in good standing of the bar of the Commonwealth of Puerto Rico, and the United States District Court for the District of Puerto Rico; and that their contact information is as follows:

**PIETRANTONI MENDEZ & ALVAREZ LLP**
Popular Center, 19th Floor
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax. (787) 274-1470

Applicants having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Chevron Phillips Chemical Puerto Rico Core, Inc; and Conoco Phillips Company, in the above entitled action:

IT IS HEREBY ORDERED that Applicants are admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

IT IS FURTHER ORDERED that the Clerk of the Court remove from the case docket the motions for admission pro hac vice filed under docket numbers 132, 133, 134 and 135.

Dated: 8/19/11

Hon. Shira A. Scheindlin
United States District Judge