UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation
----------------------------------------------

This document relates to:
City of New York v. Amerada Hess Corp.,
et al.,
----------------------------------------------

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Case No. 04-CV-3417 (SAS)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robert S. Chapman
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is 70428 (California State Bar)

I am,

[ ]   An attorney
[ ]   A Government Agency attorney
[✓]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Greenberg Glusker Fields Claman & Machtinger LLP
            FIRM ADDRESS:  1900 Avenue of the Stars, 21st Fl., Los Angeles, CA
            FIRM TELEPHONE NUMBER:  310.553.3610
            FIRM FAX NUMBER:  310.553.0687

NEW FIRM:   FIRM NAME:  Eisner, Kahan & Gorry
            FIRM ADDRESS:  9601 Wilshire Boulevard, Suite 700, Beverly Hills, CA
            FIRM TELEPHONE NUMBER:  310.855.3200
            FIRM FAX NUMBER:  310.855.3201

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: August 26, 2011

ATTORNEY'S SIGNATURE