UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88

------------------------------------------------------------ X
This document relates to the following case:
------------------------------------------------------------ X

*Quincy Community Services District v. Atlantic Richfield Co., et al.,*  04 Civ. 4970

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/11

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41

The Plaintiff and the settling Defendant, Washoe Fuel, Inc. ("Settling Defendant"), have advised the Court that they have resolved the matters between them and agree to the entry of this Stipulated Order of Dismissal With Prejudice of the claims against Settling Defendant, as indicated by the signatures of the respective counsel below. This Court finds that this Stipulated Order of Dismissal With Prejudice should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties to the Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement and Release and this Stipulated Order of Dismissal With Prejudice.

2. The parties to this Stipulation consent to the dismissal of this action as to Settling Defendant only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own cost and attorneys' fees.

DATED: September 30th, 2011.

Date: Oct. 3, 2011

SO ORDERED:

*[signature]*

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

AGREED TO AND ACCEPTED BY:

*[signature]*

Celeste A. Evangelisti, Esq.
BARON & BUDD, P.C.
*Counsel for Plaintiff*

*[signature]*

Karl R. Morthole
LAW OFFICES OF KARL R. MORTHOLE
*Counsel for Settling Defendant
Washoe Fuel, Inc.*