UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898

-----------------------------------------------

This Document Relates To:

Village of Mineola v. AGIP, Inc., et al.
    03-cv-10051

Carle Place Water District v. AGIP, Inc., et al.
    03-cv-10053
------------------------------------------------------------X

## NOTICE OF DISMISSAL OF 400 JERICHO CORP.
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that Fourth-Party Plaintiff Northville Industries Corp. hereby dismisses the Fourth Party actions against Fourth Party Defendant 400 Jericho Corp. only, without prejudice.

This Notice of Dismissal does not apply to any other Fourth Party Defendant.

Dated: New York, New York
      October 6, 2011

                                       HERZFELD & RUBIN, P.C.
                                       Attorneys for Third-Party Defendant/
                                       Fourth-Party Plaintiff
                                       Northville Industries Corp.

                                       By: _____
                                            Brian T. Carr, Esq. (BC-2519)
                                       125 Broad Street
                                       New York, New York 10004
                                       Tel: (212) 471-8500