| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | )<br>)<br>)<br>) |
| In re: Methyl Tertiary Butyl Ether<br>("MTBE") Products Liability Litigation | ) Master File No. 1:00-1898<br>) MDL 1358 (SAS)<br>) M21-88<br>)<br>) |
| | ) WITHDRAWAL OF APPEARANCE |
| This document relates to: All cases | )<br>)<br>)<br>) |

Bracewell & Giuliani LLP, counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company-California, Ultramar Inc., The Premcor Refining Group, Inc., and TOTAL PETROCHEMICALS USA, INC., f/k/a Atofina Petrochemicals, Inc., hereby informs the Court that Benjamin H. Patton is no longer associated with the firm, and requests that the Court withdraw the appearance of Mr. Patton as counsel pro hac vice in these actions.

Dated:   October 10, 2011

Respectfully submitted,

M. Coy Connelly
Eduardo S. Pérez
Amy E. Parker

BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 223-2300
Telecopier: (713) 221-1212

ATTORNEYS FOR DEFENDANTS
VALERO ENERGY CORPORATION,
VALERO MARKETING AND SUPPLY
COMPANY, VALERO REFINING AND

MARKETING COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING COMPANY-DELAWARE, VALERO REFINING COMPANY-CALIFORNIA, ULTRAMAR INC., THE PREMCOR REFINING GROUP, INC., AND TOTAL PETROCHEMICALS USA, INC., F/K/A ATOFINA PETROCHEMICALS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Withdrawal of Appearance was served upon counsel for MDL Plaintiffs and all other counsel of record via LexisNexis File & Serve on the 10th day of October 2011.

_____
M. Coy Connelly