| | |
|---|---|
| UNITED STATES DISTRICT COURT )<br>SOUTHERN DISTRICT OF NEW YORK )<br>_____ )<br> )<br> )     Master File No. 1:00-1898<br> )     MDL 1358 (SAS)<br>In re: Methyl Tertiary Butyl Ether )     M21-88<br>("MTBE") Products Liability Litigation )<br> )<br>_____ )<br> )<br> )     **ORDER**<br> )<br>This document relates to: All cases )<br> )<br>_____ ) | |

The Withdrawal of Appearance of Benjamin H. Patton as counsel pro hac vice for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company-California, Ultramar Inc., The Premcor Refining Group, Inc., and TOTAL PETROCHEMICALS USA, INC., f/k/a Atofina Petrochemicals, Inc. has been considered and is GRANTED.

SO ORDERED

Dated this _____ day of _____, 2011

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.