Keena M. Hausmann, Esq.

Direct Dial: +1.973.639.7188

keena.hausmann@lw.com

One Newark Center, 16th Floor

Newark, New Jersey 07101-3174

Tel: +1.973.639.1234  Fax: +1.973.639.7298

www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 7, 2011

*Defendants' request to relieve Mr. Rosenthal as counsel for ConocoPhillips is granted.*

*So ordered.*

*[signature] Shira A. Scheindlin.*
*USDJ 10/17/11*

**VIA FEDERAL EXPRESS**

Honorable Shira Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/11

Re:   *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
      Master File No. 1:00-1898, MDL 1358 (SAS)
      *Carle Place Water District v. AGIP, Inc., et al.*
      *City of Inverness Water District, v. Amerada Hess Corp., et al.*
      *City of New York v. Amerada Hess, et al.*
      *Homosassa Water District v. Amerada Hess Corp., et al.*
      *Incorporated Village of Mineola, et al. v. AGIP, Inc. et al.*
      *New Jersey Dept. of Environmental Protection v. Amerada Hess Corp., et al.*
      *Tampa Bay Water District v. Amerada Hess Corp., et al.*
      *The City of Crystal River v. Amerada Hess Corp., et al.*
      *Town of East Hampton v. AGIP, Inc., et al.*
      *Town of Southampton, et al. v. AGIP Inc., et al.*
      *Village of Hempstead v. AGIP Inc., et al.*
      *Village of Roanoke v. Ashland, Inc., et al.*
      *West Hempstead Water District v. AGIP Inc., et al.*
      *Westbury Water District v. AGIP Inc., et al.*

Dear Judge Scheindlin:

I submit this letter with the consent of Mr. Paul Rosenthal, respectfully requesting that he be relieved as counsel for Defendant ConocoPhillips Company ("ConocoPhillips") in the above-referenced actions. Mr. Rosenthal had previously appeared and represented ConocoPhillips in this matter, along with his colleagues, John Lyons, Alan Kraus and Keena Mackay Hausmann, all of Latham & Watkins. Following Mr. Rosenthal's departure from Latham & Watkins, Messers. Lyons and Kraus and Ms. Mackay have continued to act as primary counsel for Defendant ConocoPhillips in these matters.

As Latham & Watkins will continue to represent ConocoPhillips, the withdrawal of Mr. Rosenthal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve Mr. Rosenthal

NJ\213275.1

October 7, 2011
Page 2

LATHAM&WATKINS LLP

as counsel for Defendant ConocoPhillips and that the official court docket be amended to reflect this change.

Thank you for your consideration.

Respectfully submitted,

Keena M. Hausmann

cc:    All Counsel of Record via LexisNexis File & Serve
       Paul A. Rosenthal, Esq. (via email)

NJ\213275.1