

**CERTILMAN BALIN**

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

CANDACE GLADSTON
PARTNER
DIRECT DIAL 516.296.7158
cgladston@certilmanbalin.com

November 4, 2011

Hon. Shira Scheindlin
United States District Court
500 Pearl Street – Rm. 1620
New York, NY 10007-1312

*The clerk of the Court is directed to remove Candace Reid Gladston's name as the Counsel of record.*

*SO ORDERED*

*11/7/11*

*Shira A. Scheindlin
USDJ*

    **Re:**  **Westbury Water District v. Agip, et al.**
          **No. 00 Civ. 1898**
          **MDL No. 1358 (SAS)(DCF)**
          **M21-88**
          **Mast File No. 1:00-1898**
          **No. 03 Civ. 10057**

          **Incorporated Village of Mineola v. Agip, et al.**
          **No. 00 Civ. 1898**
          **MDL No. 1358 (SAS)(DCF)**
          **M21-88**
          **Mast File No. 1:00-1898**
          **No. 03 Civ. 10051**

          **Carle Place Water District v. Agip, et al.**
          **No. 00 Civ. 1898**
          **MDL No. 1358 (SAS)(DCF)**
          **M21-88**
          **Master File No. 1:00-1898**
          **No. 03 Civ. 10053**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED _11/8/11_

Dear Honorable Madam:

    Certilman Balin Adler & Hyman, LLP ("Certilman Balin") represent the defendants Bill Wolf Petroleum Corp. in the above referenced *Westbury Water District* action and Alberston Realty, LLC in the above referenced *Incorporated Village of Mineola and Carle Place Water District* actions.  I am one of several

CERTILMAN BALIN

Hon. Shira Scheindlin
November 4, 2011
Page 2


attorneys at Certilman Balin listed as counsel of record.   However,   effective
November 11, 2011, I am retiring from practicing law and request that my name
only be removed as counsel of record.

Thank you.

Respectfully submitted,

Candace Reid Gladston

CRG:gd

2421777.1