```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("Mtbe")           ORDER
Products Liability Litigation
                                                      Master File No. 1:00.1898
----------------------------------------X
                                                      MDL 1358 (SAS)
This document relates to
Morgan, et *al. v.* ExxonMobil                        M21 - 88
Corp. 05 Civ. 10259

----------------------------------------X

## CASE MANAGEMENT ORDER NO. 2

| | |
|---|---|
| Fact Discovery as to Parties cut off | February 15, 2012 |
| Plaintiffs serve expert reports. Depos. may begin | March 16, 2012 |
| Defendant serves expert reports. Depos. may begin | April 16, 2012 |
| Plaintiff serves reply expert reports. Depos. may begin | May 15, 2012 |
| Expert and Fact Discovery Completed | July 2, 2012 |

SO ORDERED:   *Given the age of this case the parties are hereby advised that no further extensions will be granted for any reason.*

Dated: November 21, 2011
New York, New York

THE HONORABLE SHIRA A. SCHEINDLIN