UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                                                                :

IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS           :
LIABILITY LITIGATION                   :
-------------------------------------------------------  :  Master File No. 1:00-1898
                                                                                                :  MDL 1358 (SAS)
**This document relates to:**                    :  M21-88
                                                                        :

*Village of Bethalto v. Ashland, Inc., et al.*,  :
Case No. 10 Civ. 08182
                                                       :
------------------------------------------------------- X

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11

## ORDER GRANTING JOINT MOTION FOR INTERVENTION

Plaintiffs and Defendants submitted a Joint Motion for Intervention to allow the City of Nokomis to intervene as a plaintiff in the Village of Bethalto matter for the limited purposes of settlement and good-faith approval by the Court. The Court, having considered the memorandum submitted in support, finds and orders as follows:

1. The Court has authority under Federal Rule of Civil Procedure 24(b) to allow the intervention of any party who has a "claim or defense that shares with the main action a common question of law or fact."

2. The City of Nokomis seeks to intervene into an action brought by another Illinois municipality, the Village of Bethalto. Both municipalities allege the same causes of action against the same corporate defendants for damages

arising from the contamination of their drinking water supplies with MTBE.

3. The intervention would not unduly delay or prejudice the rights of the original parties to the Village of Bethalto action.

4. Plaintiffs and Defendants jointly seek intervention to permit the settlement of the City of Nokomis action along with the Village of Bethalto action.

5. The Joint Motion for Intervention is, therefore, GRANTED. The Clerk of the Court is directed to close this motion (Docket. No. 58).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 21, 2011