USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

------------------------------------------------------------

This document relates to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, Case No. 08 Civ. 00312.

------------------------------------------------------------ X

CASE MANAGEMENT
ORDER # 92

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties shall abide by the following schedule. The parties shall also continue to abide by the discovery guidelines contained in CMO 89, as well as any subsequently entered CMOs or orders of the Court.:

| Date | Deadline |
|---|---|
| December 1, 2011 | Plaintiffs to produce all outstanding privilege logs for paper and ESI productions made prior to November 1, 2011. |
| February 15, 2012 | Plaintiffs to complete ESI production (subject to supplementation).<br><br>Deadline for Plaintiffs to disclose survey instrument and protocols if they intend to conduct or rely upon a survey regarding alleged natural resources damage. |
| April 15, 2012 | Deadline to add third parties (subject to revision at the hearing on December 12, 2011). |

| Date | Deadline |
| --- | --- |
| May 30, 2012 | Plaintiffs to designate non-site-specific experts. |
| June 15, 2012 | Defendants to designate non-site-specific experts. |
| July 16, 2012 | Close of fact discovery.<br><br>Plaintiffs to serve non-site-specific expert reports.<br><br>Plaintiffs to designate site-specific experts.<br><br>Deadline for serving requests for admission. |
| August 16, 2012 | Defendants to designate site-specific experts. |
| September 1, 2012 | Plaintiffs to serve site-specific expert reports.<br><br>Defendants to serve non-site-specific expert reports. |
| October 1, 2012 | Plaintiffs to serve non-site-specific rebuttal expert reports, if any.<br><br>Defendants to serve site-specific expert reports. |
| November 1, 2012 | Plaintiffs to serve site-specific expert rebuttal reports, if any. |
| February 1, 2013 | Close of expert discovery. |

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 21, 2011

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
Tel: (212) 558-5500
Fax: (212) 344-5461

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York  10020
Tel: (212) 547-5583
Fax: (212) 547-5444