UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
----------------------------------------------------------X

**This document relates to:**

City of Merced Redevelopment Agency v. Exxon
Mobil Corp., et al.,
08 Civ. 6306
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/11

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**

**RULE 54(b) JUDGMENT**

    Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P. (collectively, "Kinder Morgan") having moved for an order determining that their proposed settlement is in good faith under California law, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on November 22, 2011, having rendered its Memorandum Opinion and Order granting Kinder Morgan's motion for good faith settlement, and that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), directing the Clerk of the Court to enter final judgment dismissing the RDA's claim against Kinder Morgan and to close the motion, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 22, 2011, Kinder Morgan's motion for good faith settlement is granted, and there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered dismissing the RDA's claim against Kinder Morgan.

**Dated:** New York, New York
      November 23, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____