USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A. Inc., et al.,*
No. 04 Civ. 4973 (SAS)

CASE MANAGEMENT ORDER # 93

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

---

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Case Management Order sets forth the schedule for the completion of site-specific expert reports and expert discovery in *City of Fresno v. Chevron U.S.A., Inc., et al.,* No. 04 Civ. 4973 (SAS).

| Date | Item |
|---|---|
| December 5, 2011 | Plaintiff serves site-specific expert reports. |
| February 3, 2012 | Defendants serve site-specific expert reports. |
| March 5, 2012 | Plaintiff serves site-specific rebuttal expert reports. |
| May 4, 2012 | Expert Discovery is completed. |

*No further extensions will be granted.*

**SO ORDERED:**

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       November 23, 2011