UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
IN RE: METHYL TERTIARY BUTYL ETHER :
("MTBE") PRODUCTS LIABILITY LITIGATION :
:  Master File No. 1:00-1898
_____ :  MDL 1358 (SAS)
:
This document relates to: :
:
All Cases :
:
------------------------------------------------------------- :
SHIRA A. SCHEINDLIN, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/11
```

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the New Jersey Spill Compensation Fund, The Commissioner of the New Jersey Department of Environmental Protection, the New Jersey Department of Environmental Protection, The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for *pro hac vice* admission of Nathaniel P. Short of Law Offices of John K. Dema, P.C., and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Nathaniel P. Short is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $200.00 fee per applicant ($200.00 total) to the Clerk of this Court.

Dated: Nov 23, 2011

_____
The Honorable Shira A. Scheindlin
United States District Judge

Attorney Information:
Nathaniel P. Short
11300 Rockville Pike, Suite 112
Rockville, MD 20852

Tel: (301) 881-5900
E-Mail: npshort@lojkd.com