UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE) PRODUCTS LIABILITY LITIGATION

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*,
No. 04 Civ. 4968 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/11

SHIRA A. SCHEINDLIN, U.S.D.J.

## CASE MANAGEMENT ORDER NO. ___

This Case Management Order sets forth the schedule for the completion of expert discovery in *Orange County Water District v. Unocal Corp., et al.*, No. 04 Civ. 4968.

| Date | Deadline |
|---|---|
| December 15, 2011 | Plaintiff serves rebuttal expert reports |
| January 31, 2012 | Expert Discovery is completed |

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

DATED: New York, New York
       November __, 2011

DM_US 30864675-1.037771.0188