# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether Products Liability Litigation )
)
This document pertains to: )
)
*Bridgewater Water Department v. Atlantic Richfield Company, et al.*, Case No. 11-CV-00479 )
*City of Kennett v. Ashland, Inc., et al.*, Case No. 10-CV-08742 )
*City of Pomona v. Chevron USA, Inc. et al.*, Case No. 09 Civ. 3738 )
*City of Pattonsburg v. Ashland, Inc., et al.*, Case No. 10-CV-08743 )
*Coraopolis Water and Sewer Authority v. Ashland, Inc., et al.*, Case No. 10-CV-07874 )
*Mayor and Council of Berlin v. 7-Eleven, Inc., et al.*, Case No. 11-CV-04072 )
*Town of Kouts v. Ashland, Inc., et al.*, Case No. 10-CV-08184 )
*Village of Bethalto v. Ashland, Inc., et al.*, Case No. 10-CV-08182 )
*Village of Roanoke v. Ashland, Inc., et al.*, Case No. 09-CV-6554 )



Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively "Plaintiffs") and settling Defendants listed in Exhibit 1 (collectively "Settling Defendants"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendants as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

1

Dates: December 8, 2011

*[signature]*

Robin L. Greenwald (RG9205)
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Tel. (212)558-5802
Fax (212)344-5461

*(On behalf of all Settling Plaintiffs)*

Dated: December 8, 2011

/s/ James A. Pardo
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017-4613
Tel. (212) 547-5400
Fax (212) 547-5444

*Counsel for Defendant Exxon Mobil Corporation and on behalf of all Settling Defendants*

SO ORDERED:

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: December 9, 2011

2

## Exhibit 1 to Stipulation of Dismissal

## Settling Defendants

**Settling BP-related Defendants**[*]
Atlantic Richfield Company
ARCO Products Company
BP Amoco Chemical Company
BP Amoco Chemical Company (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation)
BP-Husky Refining, LLC
BP Products North America, Inc.
BP Products North America Inc. (f/k/a Amoco Oil Company, individually and as successor-by-merger to BP Exploration and Oil, Inc., and successor-in-interest to BP North America, Inc.)
BP West Coast Products LLC

**Settling Chevron-related Defendants**
Chevron Corporation (f/k/a ChevronTexaco Corporation)
Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation), individually and on behalf of its operating divisions, Chevron Products Company and Chevron Chemical Company
Four Star Oil & Gas Company (f/k/a Getty Oil Company)
Texaco Inc. (f/k/a The Texas Company)
TRMI-H LLC (f/k/a TRMI Holdings Inc.)
Union Oil Company of California
Unocal Corporation

**Settling CITGO-related Defendants**
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
PDV Midwest Refining, L.L.C.

**Settling ConocoPhillips-related Defendant**
ConocoPhillips Company

**Settling El Paso Merchant Energy-related Defendants**
Coastal Eagle Point Oil Company
Coastal Oil New England, Inc.
El Paso Merchant Energy-Petroleum Company

---

[*] Plaintiffs in certain of these cases have named fictitious entities as defendants, including for example entities that never existed or have ceased to exist as separate companies. This list comprises allegedly BP-related Parties named as defendants in these cases. Inclusion of an entity on this list does not constitute an admission that such entity exists, ever existed, or could properly be a defendant.

**Settling Exxon Mobil-related Defendants**
Exxon Mobil Corporation
ExxonMobil Chemical Company
ExxonMobil Oil Corporation
Mobil Corporation

**Settling Getty-related Defendant**
Getty Petroleum Marketing Inc.

**Settling Hess-related Defendant**
Hess Corporation (f/k/a Amerada Hess Corporation)

**Settling Koch/Flint Hills-related Defendant**
Flint Hills Resources, LP

**Settling Marathon and Ashland-related Defendants**
Ashland Inc.
Marathon Oil Company
Marathon Petroleum Company LP (f/k/a Marathon Petroleum Company LLC, successor to Marathon Ashland Petroleum LLC)

**Settling Shell-related Defendants**
Equilon Enterprises LLC
Equiva Services LLC
Equiva Trading Co.
Motiva Enterprises LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Star Enterprise
Texaco Refining and Marketing Inc.
Texaco Refining and Marketing (East) Inc.
TMR Company
TRME Company

**Settling Sunoco-related Defendants**
Sunoco, Inc.
Sunoco, Inc. (R&M)

**Settling Tesoro-related Defendants**
Tesoro Corporation (f/k/a Tesoro Petroleum Corporation)
Tesoro Refining and Marketing Company

**Settling Total Petrochemicals-related Defendant**
American Petrofina Company of Texas

Exhibit 1 to Stipulation of Dismissal

2

Atofina Petrochemicals, Inc.
Fina Oil and Chemical Company
TOTAL Petrochemicals USA, Inc.

**Settling Valero-related Defendants**
Colorado Refining Company
Paulsboro Refining Company, LLC (f/k/a Valero Refining Company-New Jersey)
The Premcor Refining Group Inc.
Ultramar Inc.
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining Company
Valero Refining Company-California
Valero Refining Company-Delaware, LLC
Valero Refining Company-Oklahoma
Valero Refining-Texas, L.P.
Valero Refining and Marketing Company

**Settling 7-Eleven-related Defendant**
7-Eleven, Inc. (f/k/a The Southland Corporation)

**Exhibit 1 to Stipulation of Dismissal**