```
19fkmtbc                   Conference
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  In Re:  MTBE PRODUCTS
   LIABILITY LITIGATION,                      00 CV 1898 (SAS)
4
5  ------------------------------x
                                              New York, N.Y.
6                                             September 15, 2011
                                              5:30 p.m.
7
   Before:
8
                  HON. SHIRA A. SCHEINDLIN,
9
                                              District Judge