UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL : 
ETHER ("MTBE") PRODUCTS : CASE MANAGEMENT
LIABILITY LITIGATION : ORDER # 96
------------------------------------------------------- :
: Master File No. 1:00-1898
This document relates to: : MDL 1358 (SAS)
: M21-88
Yosemite Springs Park Utility v. Chevron :
U.S.A., Case No. 09 Civ. 1419. :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       As discussed at the December 13, 2011 conference in this matter, the parties' joint request for an extension of the deadline currently set for the close of expert discovery is granted. All expert discovery shall now be completed by February 29, 2012. **No further extensions will be granted**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             December 13, 2011

## -Appearances-

**For Plaintiff:**

Celeste A. Evangelisti, Esq.
David T. Ritter, Esq.
Mitchell McRea, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605

Victor M. Sher, Esq.
Jessica L. Grant, Esq.
Marnie E. Riddle, Esq.
Sher & Leff
450 Mission Street, Suite 400
San Francisco, California 94105
(415) 348-8300

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Defendant:**

David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, Texas 77002
(713) 276-7329

James J. Maher, Esq.
King & Spalding LLP

401 Congress Avenue, Suite 3200
Austin, Texas 78701
(713) 276-7403

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583