UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation
-------------------------------------------------------------X

This document relates to:

*Quincy Community Services District v. Atlantic Richfield Co., et al.*, 04 Civ. 4970

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

-------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING PLAINTIFF AND DEFENDANT KERN OIL & REFINING CO.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered Plaintiff Quincy Community Services District's Joint Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff's action as to Defendant Kern Oil & Refining Co., only, with each party to bear its own costs.

Dated: Dec 12, 2010

HON. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11

- 1 -