UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
IN RE: METHYL TERTIARY BUTYL          :
ETHER ("MTBE") PRODUCTS               :    CASE MANAGEMENT
LIABILITY LITIGATION                  :    ORDER # 95
-------------------------------------------------  :
                                                  :    Master File No. 1:00-1898
This document relates to:             :    MDL 1358 (SAS)
                                                  :    M21-88
*New Jersey Department of Environmental*  :
*Protection, et al. v. Atlantic Richfield Co., et* :
*al.,* Case No. 08 Civ. 00312.        :
                                                  :
                                                  :
*Yosemite Springs Park Utility v. Chevron,*  :
*U.S.A.*, Case No. 09 Civ. 1419       :
                                                  :
                                                  :
------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This Order memorializes the rulings made at the December 13, 2011

conference in this matter.  A status conference is scheduled for January 20, 2012 at

2:30 p.m.

1.    *New Jersey Department of Environmental Protection*:

      a.    Plaintiffs shall reduce the size of their nineteen (19) trial site

           delineations by January 16, 2012.

      b.    With the exception of interrogatories 4, 30, 39, and 46, Plaintiffs

           shall:

    i.    identify hard-copy documents produced in response to Defendants' March 2010 interrogatories by Bates ranges, on an interrogatory-specific basis, by January 20, 2012.

    ii.    supplement their responses to Defendants' March 2010 interrogatories by January 18, 2012, in the manner discussed at the December 13, 2011 conference.

Plaintiffs may limit their supplement responses to materials relevant to the nineteen (19) trial sites, subject to the reduced delineations they shall make pursuant to paragraph (a) above.

    d.    Subject to the reduced delineations Plaintiffs shall make pursuant to paragraph (a) above, and subject to their own further investigations, Defendants shall begin to reduce the number of additional release site files that they seek from Plaintiffs, and be prepared to discuss this matter at the next conference.

2.    *Yosemite Springs Park Utility*:

    a.    The close of expert discovery is extended from January 31, 2012 to February 29, 2012.  **<u>No further extensions will be granted</u>**.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           December 22, 2011

-Appearances-

**PLAINTIFFS**

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038
(212) 558-5500

**For Plaintiffs:**

Barry A. Knopf, Esq.
Leonard Z. Kaufmann, Esq.
Cohn, Lifland, Pearlman, Herrmann & Knopf, L.L.P.
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
(201) 845-9600

Aaron R. Dias, Esq.
Gordon C. Rhea, Esq.
Thomas P. Gressette, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, South Carolina 29464
(843) 727-6500

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605

John K. Dema, Esq

Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, Virgin Islands 00820
(340) 773-6142

**DEFENDANTS**

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**For Amerada Hess Corp., Marathon Oil Company, and Marathon Petroleum Company LP:**

Steven Lawerence Leifer, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 639-7723

**For Getty Properties Corp.:**
John Christie II McMeekin, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, Pennsylvania 19107
(215) 575-4324

**For George E. Warren Corp.:**

Ira Brad Matetsky, Esq.
Steven J. Shore, Esq.

Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 922-9250

**For Sunoco, Inc. and Sunoco, Inc. (R&M)**:

Patrick R. Jacobi, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 789-6064

**For Gulf Oil Limited Partnership**:

Anthony A. Orlandi, Esq.
Brian J. Sullivan, Esq.
Goodwin Procter, LLP
53 State Street, Exchange Place
Boston, Massachusetts 02109
(617) 570-1639

Yaniv Heled, Esq.
Goodwin Procter, LLP
The New York Times Building, 620 Eighth Avenue
New York, New York 10018-1405
(212) 459-7103

**For Getty Petroleum Marketing, Inc. and Lukoil Americas Corp.**:

Matthew Gerard Parisi, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 287-6184

**For Coastal Eagle Point Oil Company and El Paso Corp.**:

Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583

## THIRD PARTY DEFENDANTS

**For H.P. Delta, Inc.**:

Stuart J. Lieberman, Esq.
Lieberman & Blecher, P.C.
10 Jefferson Plaza
Suite 100
Princeton, New Jersey 08540

**For Robert Melecci**:

James D. Bride, Esq.
Leary,Bride, Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, New Jersey 07927
(973) 539-2090

**For Dhandi Transport**:

Jeff Imeri, Esq.
Marshall, Dennehey, Coleman & Goggin
140 Broadway
19th Floor
New York, New York 10005
(212) 878-1700

Kevin T. Bright, Esq.
Lila T. Wynne, Esq.

Marshall Dennehey Warner Coleman & Goggin
200 Lake Drive East
Cherry Hill, New Jersey 08002
(856) 414-6000