UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, Case No. MER-L-1622-07

Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al., **Case No. 07-1505**

07 Civ 0470

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/11

---

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The court has considered the unopposed request of Plaintiffs The Administrator of the New Jersey Spill Fund, The Commissioner of the New Jersey Department of Environmental Protection, the New Jersey Department of Environmental Protection, The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for *pro hac vice* admission of Donald B. Mooney of Miller Axline & Sawyer, and the request is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Donald B. Mooney is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon deposit of the required $25.00 fee per applicant ($25.00 total) to the Clerk of this Court.

Dated: DEC. 22, 2011

_____
The Honorable Shira A. Scheidlin
United States District Judge