UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS          :
LIABILITY LITIGATION             :
------------------------------------------------------- X
This document relates to:        :

*All cases*                      :

------------------------------------------------------- X

**ORDER APPROVING WITHDRAWAL OF COUNSEL**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The motion to withdraw the appearance of Anthony A. Orlandi as counsel of record for Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P., pursuant to Local Civil Rule 1.4 of this Court, is hereby granted. The Clerk of the Court is directed to close this motion [Docket No. 3401].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 3, 2012.

-1-

## -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583