UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

1:00-1898 (SAS)
MDL 1358

```
┌─────────────────────────────────┐
│  ...  .DNY                      │
│  .. .  .  .ENT                  │
│  .. . .  .RONICA...  ...        │
│  .  .  .                        │
│  DATE FILED:   2/16/12          │
│  Master File C.A. No.           │
└─────────────────────────────────┘
```

**This document applies to: All Cases**

## ORDER

The Court has considered the unopposed request of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. to admit *pro hac vice* Marie S. Dennis, Esq. of Sedgwick, LLP, and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Marie S. Dennis, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $~~25.00~~ $200 fee to the Clerk of this Court.

Dated: 2/15/12

The Honorable Shira A. Scheindlin
United States District Judge

Marie Dennis
Sedgwick, LLP
2900 K Street NW
Harbourside, suite 500
Washington, DC 20007
(202) 204-1000