```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

**This document applies to: All Cases**

## ORDER

The Court has considered the unopposed request of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. to admit *pro hac vice* Benjamin L. Snowden, Esq. of Sedgwick, LLP, and the request is hereby **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Benjamin L. Snowden, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $200 [$25.00 struck out] fee to the Clerk of this Court.

Dated: 2/15/12

The Honorable Shira A. Scheindlin
United States District Judge

Ben Snowden, Esq.
Sedgwick, LLP
2900 K Street NW
Harbourside, Suite 500
Washington, DC 20007
(202) 204-1000