UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
IN RE: METHYL TERTIARY BUTYL ETHER   :
("MTBE") PRODUCTS LIABILITY   :
LITIGATION   :   CASE MANAGEMENT ORDER # 98
   :
------------------------------------------------------   :
This document relates to:   :   Master File No. 1:00-1898
   :   MDL 1358 (SAS)
Commonwealth of Puerto Rico, et al. v. Shell Oil   :   M21-88
Co., et al., Case No. 07 Civ. 10470.   :
   :
   :
------------------------------------------------------   :
   X

SHIRA A. SCHEINDLIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/12

This Order memorializes the ruling made during the status conference held on January 20, 2012.

WHEREAS, Plaintiffs were unable to produce evidence of MTBE contamination at eighteen (18) of Defendants' twenty (20) "focus sites," Plaintiffs have agreed to dismiss the following sites:

| EQB Site ID | Site Name/Station Name | Address | Municipality |
|---|---|---|---|
| 00-0010 | Departmento Obras Publicas | Carr. 101 KM 6.8 | Lajas |
| 02-0012 | La Nueva Puerta de Santurce, Inc. | Ruiz Belvis #237, Villa Palmeras | San Juan |
| 86-0041 | USCG Air Station Borinquen | 260 Guard Rd., Base Ramey | Aguadilla |
| 86-0040 | Mendez & Co | P.R. Road 20, KM 2.4 | Guaynabo |
| 86-0750 | Taller De Mecanica Automotriz | Calle Munoz Rivera #100 | Santa Isabel |
| 90-0046 | Sra. Sara Rio Morales | Road 109, KM 8.3 | Anasco |
| 92-0105 | American Agencies Co., Inc. | Carr 887, Km 0.9 Barrio Marin Gonzalez | Carolina |

| 92-0128 | GUARDIA NACIONAL DE PR SALINAS, MATES | ROAD 1, KM 88.5 INT. CARR 154, CAMPAMENTO SANTIAGO | SALINAS |
| --- | --- | --- | --- |
| 95-0044 | ASDA GUANICA | ROAD 116, KM 21.3, CIENAGAS WARD | GUANICA |
| 96-0009 | ASDA LAS PIEDRAS | CARR. 189, KM 20.4, BARRIO ARENAS | LAS PIEDRAS |
| 86-0726 | SERVICENTRO FUENTES | ROAD 111, KM 31.8, BARRIO JUNCAL | SAN SEBASTIAN |
| 86-1874 | LAS COLINAS SERVICE STATION | RAMAL 116 KM 1.0 | GUANICA |
| 94-0043 | SERVICENTRO MATOS | ROAD 411 KM 1.3, JAGUEY WARD | AGUADA |
| 94-0142 | FAMILY SERVICE STATION | ROAD 782, KM 9.3, NARANJO WARD | COMERIO |
| 97-0014 | GASOLINERA MINIÑOS | ROAD 568, KM 22.8, BARRIO CUCHILLAS | COROZAL |
| 89-0168 | GARAGE MUNICIPAL | CARRETERA #10, BARRIO GARZAS | ADJUNTAS |
| 98-0038 | OLD FURNITURE FACTORY | CALLE PALMER #61 | CANOVANAS |
| 92-0079 | CENTRAL HIDROELECTICIA YAUCO II | ALMACIGO ALTO | YAUCO |

NOW, THEREFORE, IT IS HEREBY ORDERED, that the eighteen (18) "focus sites", for which Plaintiffs were unable to produce evidence of MTBE contamination, are DISMISSED from the case ~~with prejudice.~~ *without prejudice*

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February __, 2012