## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, February 28, 2012, I served the accompanying Defendants' Motion Challenging the Sufficiency of Plaintiffs' Deliberative Process Privilege Log Entries upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      February 28, 2012

                                                                  Amelia J. Crowley