UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/12

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*New Jersey Department of Environmental Protection,
et al. v. Atlantic Richfield Co., et al.*
Case No. 08-CV-00312

[PROPOSED] CONSENT ORDER RELATING TO LANDFILLS

The parties hereby agree as follows:

1. Plaintiffs hereby withdraw with prejudice from the above-captioned action, except as reserved in Paragraph 2 below, all claims for damages for the following four sites:

    (i) NJDEP Combe Fill SLF So. Chester, Site Identification ("ID") No. 3939;

    (ii) Ferro Corp., Site ID No. 15779;

    (iii) Brick Twp. French's SLF, Site ID No. 66247; and

    (iv) Toms River Twp. SLF, Site ID No. 66397.

2. As provided in paragraph 1 above, Plaintiffs reserve their right to assert claims for damages with respect to leaking storage tank(s) at one or more of these sites in the future should a report of a leaking storage tank discharging petroleum and/or MTBE be reported to and/or discovered by Plaintiffs. This reservation does not cover the landfill portion of the site for which Plaintiffs withdraw their claims in this case in their entirety without reservation.

3. With respect to the twenty (20) sites identified in the attached Exhibit A, Plaintiffs hereby withdraw with prejudice from the above action claims for damages for the landfill portions and any other areas of concern other than leaking storage tanks. The portions of these sites that remain in the action are identified by Program Interest Identification number, as set forth in the "PI ID" column in Exhibit A.

4. Defendants hereby reserve their rights to seek discovery from Plaintiffs with respect to any portion of the sites referenced in Paragraph 3, above, including any portion of those sites withdrawn with prejudice pursuant to Paragraph 3. Defendants further reserve their right to argue and put forth evidence that any portion of the sites referenced in Paragraph 3, above (including any portion of those sites withdrawn with prejudice pursuant to Paragraph 3), is the source of MTBE detected at or in the vicinity of the sites referenced in Paragraph 3, or other sites involved in this action. Plaintiffs retain the right to object to the above.

5. This Consent Order relates to claims for damages caused by MTBE and TBA as asserted by Plaintiffs in the above-captioned action. Plaintiffs reserve their rights to assert claims unrelated to MTBE and TBA in pending or future actions.

Stipulated and Agreed to by:

For Plaintiffs:

LAW OFFICES OF JOHN K. DEMA

*/s/ Scott E. Kauff*

Scott E. Kauff, Esq.

For Defendants:

MCDERMOTT WILL & EMERY LLP

*/s/ James A. Pardo*

James A. Pardo, Esq.

SO ORDERED.

Dated: April 2, 2012
New York, New York

*/s/ Shira A. Scheindlin*

Hon. Shira A. Scheindlin
U.S. District Judge

## EXHIBIT A: PI IDs For Portions of Landfill Sites that Remain in the Case

|  | SITE ID | SITE NAME[1] | PROGRAM | PI TYPE | "PI ID"[2] |
|---|---|---|---|---|---|
| 1 | 5714 | METUCHEN I CORP | SR | SRP-PI | 024790 |
| 2 | 5931 | AIR PRODUCTS & CHEMICALS INC | SR | SRP-PI | 009741 |
| 3 | 8439 | PASSAIC VALLEY SEWER COMM | SR | SRP-PI | 003903 |
|   |      |                           | SR | SRP-PI | 016780 |
|   |      |                           | SR | SRP-PI | 016781 |
| 4 | 11079 | CURTISS WRIGHT CORP | SR | SRP-PI | 018813 |
| 5 | 13182 | RAHWAY CITY DPW GARAGE | SR | SRP-PI | 007021 |
| 6 | 14101 | OWENS CORNING FIBERGLAS CORP | SR | SRP-PI | 013542 |
| 7 | 14201 | USDOD ARMY MILITARY OCEAN TERMINAL | SR | SRP-PI | 011992 |
| 8 | 14420 | KROFF FACILITY SERVICES | SR | SRP-PI | 000825 |
| 9 | 14806 | USDOD EARLE NAVAL WEAPONS STATION | SR | SRP-PI | 015100 |
| 10 | 14837 | BORDEN CO INC CHEMICAL DIV | SR | SRP-PI | 010645 |
| 11 | 15651 | BASF CORP | SR | SRP-PI | 009044 |
| 12 | 15663 | NJDHS ANCORA PSYCHIATRIC HOSPITAL | SR | SRP-PI | 000591 |
| 13 | 15689 | ASHLAND INC | SR | SRP-PI | 002836 |
| 14 | 15829 | USDOD NAVAL AIR PROPULSION CENTER AIRCRAFT DIV | SR | SRP-PI | 006048 |
| 15 | 16860 | CHERRY HILL TWP MUNICIPAL BUILDING & POLICE DEPT | SR | SRP-PI | 000252 |
|    |       |                                                  | SR | SRP-PI | 030920 |
| 16 | 43704 | WITCO CHEMICAL CORP | SR | SRP-PI | 006798 |
| 17 | 44950 | BUENA BORO SLF | SR | SRP-PI | 011521 |
| 18 | 50319 | LINCOLN PAPER CO | SR | SRP-PI | 012477 |
| 19 | 55439 | WHITEHALL LABORATORIES INC | SR | SRP-PI | 026080 |
| 20 | 63770 | HELEN KRAMER SLF | SR | SRP-PI | G000004420 |

[1] Only the most recent Site Names are shown.

[2] "PI ID" is equivalent to the Pref ID field in NJEMS

3/26/2012