UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\*    \*    \*    \*    \*    \*    \*

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE" PRODUCTS LIABILITY LITIGATION)

Master File No. 1:00-1898

\*    \*    \*    \*    \*    \*    \*

MDL 1358 (SAS)

This document relates to
Carl G. Morgan, et al. v. ExxonMobil Corp.*
05 Civ. 10259 (SAS)

M21 - 88

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
## AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the following Plaintiffs in the

above-captioned case, Carl G. Morgan, Patricia A. Morgan, Kristen M. Raynor, Keith Spencer,

Kaitlyn Raynor, Trent Spencer, Leroy A. Chenworth, Jr., Jean T. Chenworth, David H. March,

Catherine C. March, David G. March, Matthew J. March, Alyssa M. March, Jeffrey Kundratic,

Cathleen Kundratic, Kaitlin Kundratic, Kelly Kundratic, James G. Wagner, Sr. and Darlene R.

Wagner ("Settling Plaintiffs") and Exxon Mobil Corporation ("Defendant"), have advised the

Court that they have resolved the matters between them and agree to the entry of this

Stipulation and Order of Dismissal of the claims against the Defendant as indicated by the

signature of the respective counsel below.  This Court finds that this Stipulated Order of

Dismissal should be entered with the findings included below:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.    This Court has jurisdiction over the Parties to this Stipulation and over the

subject matter of this action.  The Parties to this Stipulation have advised the Court of their

agreement to settle the captioned matters pursuant to a Settlement Agreement and this Stipulated Order of Dismissal.

    2.    The Parties to this Stipulation consent to the dismissal of the captioned actions as to the Settling Plaintiffs only, including all claims and counterclaims, with prejudice.

    3.    Each party shall bear its own costs and attorneys' fee.

## AGREED TO AND ACCEPTED BY:

Dated: March 21, 2012

By: _____
Robert L. Hanley, Jr. Esquire
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue, Suite 700
Towson, Maryland 21204
410-823-7800
*Attorney for Plaintiffs*

Dated: March 21, 2012

By: _____
Andrew Gendron, Esquire
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
*Attorney for Defendant*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: _____, 2012

2