Scheindlin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates To:

*Village of Roanoke v. Ashland, Inc., et. al.*
No. 1:09-CV-06554 (SAS)

Master File C.A. No.
1:00 – 1898 (SAS)
MDL 1358
M21-88

## STIPULATION AND ORDER DISMISSING ALL THIRD-PARTY CLAIMS AGAINST GEISER FORD, INC.

Pursuant to Federal Rule of Civil Procedure 41(c), Defendants/Third-Party Plaintiffs in the above-captioned case hereby request that the Court enter this voluntary dismissal with prejudice of all third-party claims against Geiser Ford, Inc. as set forth in the Defendants/Third-Party Plaintiffs' Third Party Complaints. The Defendants/Third-Party Plaintiffs joining in this Stipulation are listed in Exhibit 1.

Dated: April 4, 2012

_____
Lauren E. Handel
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Tel. (212) 547-5400
Fax (212) 547-5444

*Counsel for the Exxon Mobil Corporation Defendants and on behalf of all Defendants/Third-Party Plaintiffs listed on Exhibit 1*

Dated: April 4, 2012

_____
Russell P. McRory, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. (212) 603-6328
Fax (212) 956-2164

*Counsel for Third-Party Defendant Geiser Ford, Inc.*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April 5, 2012

# EXHIBIT 1

## DEFENDANTS/THIRD-PARTY PLAINTIFFS

### BP-related Defendants/Third-Party Plaintiffs[1]

Atlantic Richfield Company
ARCO Products Company
BP Amoco Chemical Company (f/k/a Amoco Chemical Company)
BP Products North America, Inc. (individually and as successor by merger to Amoco Oil
 Company and BP Exploration and Oil, Inc., and successor-in-interest to BP North
 America, Inc.)

### Chevron-related Defendants/Third-Party Plaintiffs
Chevron Corporation (f/k/a ChevronTexaco Corporation)
Chevron USA Inc. (f/k/a Gulf Oil Corporation), individually and on behalf of its operating
 division Chevron Chemical Company
Texaco Inc. (f/k/a The Texas Company)
TRMI-H LLC (f/k/a TRMI Holding Inc.)

### CITGO-related Defendants/Third-Party Plaintiffs
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
PDV Midwest Refining, L.L.C.

### ConocoPhillips-related Defendants/Third-Party Plaintiffs
ConocoPhillips Company, individually and as successor to Tosco Corporation

### El Paso Merchant Energy-related Defendants/Third-Party Plaintiffs
Coastal Eagle Point Oil Company
Coastal Oil New England, Inc.
El Paso Merchant Energy-Petroleum Company

### Exxon Mobil-related Defendants/Third-Party Plaintiffs
Exxon Mobil Corporation
ExxonMobil Chemical Company
ExxonMobil Oil Corporation
Mobil Corporation

---

[1] Plaintiff in this litigation named at least one fictitious entity as a defendant. This list comprises allegedly BP-related Parties named as defendants in the litigation. Inclusion of an entity on this list does not constitute an admission that such entity exists, ever existed, or could properly be a defendant.

2

**Koch/Flint Hills-related Defendants/Third-Party Plaintiffs**
Flint Hills Resources, LP

**Marathon and Ashland-related Defendants/Third-Party Plaintiffs**
Ashland Inc.
Marathon Oil Company
Marathon Petroleum Company LP (f/k/a Marathon Petroleum Company LLC, successor to
    Marathon Ashland Petroleum LLC)

**Shell-related Defendants/Third-Party Plaintiffs**
Equilon Enterprises LLC
Motiva Enterprises LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Texaco Refining and Marketing Inc.
TMR Company
TRME Company

**Sunoco-related Defendants/Third-Party Plaintiffs**
Sunoco, Inc.
Sunoco, Inc. (R&M)

**TOTAL Petrochemicals-related Defendants/Third-Party Plaintiffs**
TOTAL Petrochemicals USA, Inc.

**Valero-related Defendants/Third-Party Plaintiffs**
The Premcor Refining Group, Inc.
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining Company
Valero Refining and Marketing Company

3