UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) MDL 1358 (SAS) M21-88 |
| This document pertains to: *New Jersey Department of Environmental Protection, et. al., v. Atlantic Richfield Co., et. al.* Case No.: 08-CIV-00312 (SAS) |  |

## ORDER APPROVING WITHDRAWAL OF COUNSEL

The application to withdraw the appearance for plaintiffs in this matter of the firm of Richardson, Patrick, Westbrook & Brickman, LLC, and its attorneys Thomas P. Gressette, Jr., Aaron R. Dias, and Gordon C. Rhea, is hereby **GRANTED**, pursuant to Local Civil Rule 1.4.

The firm of Berger & Montague, P.C. and its attorneys may enter their appearance on behalf of plaintiffs in substitution of withdrawing counsel.

SO ORDERED:

Dated: April 4, 2012

HON. SHIRA A. SCHEINDLIN,
U.S.D.J.