UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898

------------------------------------------------------
This Document Relates To:

Village of Mineola v. AGIP, Inc., et al.
    03-cv-10051

West Hempstead Water District v.
AGIP, Inc., et al.
    03-cv-10052

Carle Place Water District v. AGIP, Inc., et al.
    03-cv-10053

Village of Hempstead v. AGIP, Inc., et al.
    03-cv-10055

Westbury Water District v. AGIP, Inc., et al.
    03-cv-10057
----------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties that have appeared and not previously been dismissed from the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled actions are hereby discontinued, with prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
    March ___, 2012

NAPOLI BERN RIPKA & ASSOCIATES, LLP

By: _____
Paul Napoli, Esq.
Tate Kunkle, Esq.
Attorneys for Plaintiffs
Village of Mineola, West Hempstead Water District, Carle Place Water District, Village of Hempstead and Westbury Water District
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

DL ROTHBERG & ASSOCIATES, P.C.

By: _____
Debra L. Rothberg, Esq.
Attorneys for Defendants/Third-Party Plaintiffs Tartan Oil Corp. and CP Service Station Operating Corp., and Fourth-Party Defendants Leon Petroleum LLC. and Leon Holdings LLC.
1065 Avenue of the Americas, 19th Fl.
New York, New York 10018
(212) 714-1212

HERZFELD & RUBIN, P.C.

By: _____
Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/ Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant
Offer Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
Barry Cohen, Esq.
Attorneys for Fourth- Party Defendants Albertson Realty, LLC and Bill Wolf Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _____
Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant
Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646)794-6202

| | |
|---|---|
| NAPOLI BERN RIPKA & ASSOCIATES, LLP<br><br>By: *(signed)*<br>    Paul Napoli, Esq.<br>    Tate Kunkle, Esq.<br>Attorneys for Plaintiffs<br>Village of Mineola, West Hempstead Water District, Carle Place Water District, Village of Hempstead and Westbury Water District<br>350 Fifth Avenue, Suite 7413<br>New York, New York 10118<br>(212) 267-3700 | DL ROTHBERG & ASSOCIATES, P.C.<br><br>By: _____<br>    Debra L. Rothberg, Esq.<br>Attorneys for Defendants/Third-Party Plaintiffs Tartan Oil Corp. and CP Service Station Operating Corp., and Fourth-Party Defendants Leon Petroleum LLC. and Leon Holdings LLC.<br>1065 Avenue of the Americas, 19th Fl.<br>New York, New York 10018<br>(212) 714-1212 |
| HERZFELD & RUBIN, P.C.<br><br>By: _____<br>    Michael B. Gallub, Esq.<br>Attorneys for Third-Party Defendant/Fourth-Party Plaintiff<br>Northville Industries Corp.<br>125 Broad Street<br>New York, New York 10004<br>(212) 471-8536 | LAW OFFICE OF STEVEN COHN, P.C.<br><br>By: *(signed)*<br>    Mitchell Goldwang, Esq.<br>Attorneys for Fourth-Party Defendant Ofier Service Station, Inc.<br>One Old Country Road, Suite 420<br>Carle Place, New York 11514<br>(516) 294-6410 |
| CERTILMAN BALIN ADLER & HYMAN, LLP<br><br>By: _____<br>    Barry Cohen, Esq.<br>Attorneys for Fourth- Party Defendants Albertson Realty, LLC and Bill Wolf Petroleum Corp.<br>90 Merrick Avenue<br>East Meadow, New York 11554<br>(516) 296-7000 | HEROLD LAW, PA<br><br>By: _____<br>    Craig S. Provorny, Esq.<br>Attorneys for Fourth-Party Defendant Camson Equities, LLC<br>25 Independent Blvd.<br>Warren, New Jersey 07059<br>(646)794-6202 |

2

NAPOLI BERN RIPKA & ASSOCIATES, LLP

By: _____
Paul Napoli, Esq.
Tate Kunkle, Esq.
Attorneys for Plaintiffs
Village of Mineola, West Hempstead Water District, Carle Place Water District, Village of Hempstead and Westbury Water District
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

DL ROTHBERG & ASSOCIATES, P.C.

By: _____
Debra L. Rothberg, Esq.
Attorneys for Defendants/Third-Party Plaintiffs Tartan Oil Corp. and CP Service Station Operating Corp., and Fourth-Party Defendants Leon Petroleum LLC. and Leon Holdings LLC.
1065 Avenue of the Americas, 19th Fl.
New York, New York 10018
(212) 714-1212

HERZFELD & RUBIN, P.C.

By: _____
Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/ Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant Ofier Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
Barry Cohen, Esq.
Attorneys for Fourth- Party Defendants Albertson Realty, LLC and Bill Wolf Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _____
Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646)794-6202

2

| | |
|---|---|
| NAPOLI BERN RIPKA & ASSOCIATES, LLP | DL ROTHBERG & ASSOCIATES, P.C. |
| By: _____<br>Paul Napoli, Esq.<br>Attorneys for Plaintiffs<br>Village of Mineola, West Hempstead Water District, Carle Place Water District, Village of Hempstead and Westbury Water District<br>350 Fifth Avenue, Suite 7413<br>New York, New York 10118<br>(212) 267-3700 | By: _____<br>Debra L. Rothberg, Esq.<br>Attorneys for Defendants/Third-Party Plaintiffs Tartan Oil Corp. and CP Service Station Operating Corp., and Fourth-Party Defendants Leon Petroleum LLC. and Leon Holdings LLC.<br>1065 Avenue of the Americas, 19th Fl.<br>New York, New York 10018<br>(212) 714-1212 |
| HERZFELD & RUBIN, P.C. | LAW OFFICE OF STEVEN COHN, P.C. |
| By: /s/ Michael B. Gallub<br>Michael B. Gallub, Esq.<br>Attorneys for Third-Party Defendant/ Fourth-Party Plaintiff<br>Northville Industries Corp.<br>125 Broad Street<br>New York, New York 10004<br>(212) 471-8536 | By: /s/<br>Mitchell Goldklang, Esq.<br>Attorneys for Fourth-Party Defendant<br>Ofier Service Station, Inc.<br>One Old Country Road, Suite 420<br>Carle Place, New York 11514<br>(516) 294-6410 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | HEROLD LAW, PA |
| By: _____<br>Barry Cohen, Esq.<br>Attorneys for Fourth-Party Defendants<br>Albertson Realty, LLC and Bill Wolf Petroleum Corp.<br>90 Merrick Avenue<br>East Meadow, New York 11554<br>(516) 296-7000 | By: /s/ Craig S. Provorny<br>Craig S. Provorny, Esq.<br>Attorneys for Fourth-Party Defendant<br>Camson Equities, LLC<br>25 Independent Blvd.<br>Warren, New Jersey 07059<br>(646) 794-6202 |

ALEXANDER M. AMANATIDES, P.C.

By: _____
    Alexander Amanatides, Esq.
Attorneys for Fourth-Party Defendant
George Chapklin, Jr.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753
(516) 470-1379

MOHAMMAD NAWAZ

By: _____
    Pro se
247 Wilson Avenue
Westbury, New York 11590

SO ORDERED:

_____
    U.S.D.J.

| | |
|---|---|
| ALEXANDER M. AMANATIDES, P.C. | MOHAMMAD NAWAZ |
| By: _____ <br> Alexander Amanatides, Esq. <br> Attorneys for Fourth-Party Defendant <br> George Chapklin, Jr. <br> 400 Jericho Turnpike, Suite 318 <br> Jericho, New York 11753 <br> (516) 470-1379 | By: *[signature] Mohammed Nawaz*    3/5/2012 <br> Pro se <br> 247 Wilson Avenue <br> Westbury, New York 11590 |

SO ORDERED:

_____
U.S.D.J.

3