UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

No. 00 Civ. 1898
MDL No. 1358 (SAS) (DCF)
M21-88
Master File No. 1:00-1898

-----------------------------------------------------------
This Document Relates To:

Village of Mineola v. AGIP, Inc., et al.
    03-cv-10051

West Hempstead Water District v.
AGIP, Inc., et al.
    03-cv-10052

Carle Place Water District v. AGIP, Inc., et al.
    03-cv-10053

Village of Hempstead v. AGIP, Inc., et al.
    03-cv-10055

-----------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL OF FOURTH PARTY CLAIMS AGAINST OFIER SERVICE STATION, INC., ALBERTSON REALTY, LLC., BILL WOLFF PETROLEUM CORP., CAMSON EQUITIES, LLC., STEPHEN CHAPKLIN and GEORGE CHAPKLIN, JR. UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for fourth-party plaintiff Northville Industries Corp. and settling fourth-party defendants Ofier Service Station, Inc., Albertson Realty, LLC, Bill Wolff Petroleum Corp., Camson Equities, LLC, Stephen Chapklin and George Chapklin, Jr., that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the fourth-party actions against the aforesaid fourth-party defendants in the above-entitled

actions are hereby discontinued, with prejudice, and without costs to any party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~January 13,~~ 2012
March 2

HERZFELD & RUBIN, P.C.

By: _____
Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant
Ofier Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
Barry Cohen, Esq.
Attorneys for Fourth-Party Defendants
Albertson Realty, LLC and Bill Wolf
Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _____
Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant
Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646) 794-6202

ALEXANDER M. AMANATIDES, P.C.

By: _____
Alexander Amanatides, Esq.
Attorneys for Fourth-Party Defendant
George Chapklin, Jr.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753
(516) 470-1379

actions are hereby discontinued, with prejudice, and without costs to any party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      January ___, 2012

HERZFELD & RUBIN, P.C.

By: _____
    Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
    Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant
Ofier Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _/s/ Barry Cohen_____
    Barry Cohen, Esq.
Attorneys for Fourth-Party Defendants
Albertson Realty, LLC and Bill Wolf
Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _____
    Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant
Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646) 794-6202

ALEXANDER M. AMANATIDES, P.C.

By: _____
    Alexander Amanatides, Esq.
Attorneys for Fourth-Party Defendant
George Chapklin, Jr.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753
(516) 470-1379

2

actions are hereby discontinued, with prejudice, and without costs to any party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January __, 2012

HERZFELD & RUBIN, P.C.

By: _____
    Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
    Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant
Ofier Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
    Barry Cohen, Esq.
Attorneys for Fourth-Party Defendants
Albertson Realty, LLC and Bill Wolf
Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _[signature]_____
    Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant
Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646) 794-6202

ALEXANDER M. AMANATIDES, P.C.

By: _____
    Alexander Amanatides, Esq.
Attorneys for Fourth-Party Defendant
George Chapklin, Jr.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753
(516) 470-1379

2

actions are hereby discontinued, with prejudice, and without costs to any party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
January __, 2012

HERZFELD & RUBIN, P.C.

By: _____
    Michael B. Gallub, Esq.
Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff
Northville Industries Corp.
125 Broad Street
New York, New York 10004
(212) 471-8536

LAW OFFICE OF STEVEN COHN, P.C.

By: _____
    Mitchell Goldklang, Esq.
Attorneys for Fourth-Party Defendant
Ofier Service Station, Inc.
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
    Barry Cohen, Esq.
Attorneys for Fourth-Party Defendants
Albertson Realty, LLC and Bill Wolf
Petroleum Corp.
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

HEROLD LAW, PA

By: _____
    Craig S. Provorny, Esq.
Attorneys for Fourth-Party Defendant
Camson Equities, LLC
25 Independent Blvd.
Warren, New Jersey 07059
(646) 794-6202

ALEXANDER M. AMANATIDES, P.C.

By: _____
    Alexander Amanatides, Esq.
Attorneys for Fourth-Party Defendant
George Chapklin, Jr.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753
(516) 470-1379

2

SO ORDERED:

_____
U.S.D.J.