UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL         Master File No. 1:00-1898 (SAS)
ETHER ("MTBE") PRODUCTS               MDL 1358 (SAS)
LIABILITY LITIGATION

This document pertains to:

~~All MDL 1358 Cases~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/12

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of counsel for plaintiffs and there being no opposition thereto, the pro hac vice admission of the following attorneys to appear on behalf of plaintiffs in this matter is hereby **GRANTED**, upon payment of the appropriate fee to the Cashier's Office:

Daniel Berger
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19102
(215) 875-3026
danberger@bm.net

Tyler E. Wren
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19102
(215) 875-3098
twren@bm.net

Russell D. Henkin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19102
(215) 875-4637
rhenkin@bm.net

Dated: Apr 4, 2012

SO ORDERED:

HON. SHIRA A. SCHEINDLIN,
U.S.D.J.