**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

---

**This Document Relates To:**

***Commonwealth of Puerto Rico, et al. v.***
***Shell Oil Co., et al.,* No. 07 Civ. 10470**

---

**Master File No. 1:00 - 1898**
**MDL 1358 (SAS)**
**M21-88**

Civil Action

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/12

## ORDER

The Court has reviewed the Motion to Withdraw as Counsel for Plaintiffs by Thomas P.

Gressette, Jr., who has appeared in this case as counsel for Plaintiffs Commonwealth of Puerto

Rico and Commonwealth of Puerto Rico through the Environmental Quality Board, and the

Motion to Withdraw is hereby GRANTED.


SO ORDERED

Dated this _27_ day of _April_, 2012


Hon. Shira A. Scheindlin, U.S.D.J.

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**Master File No. 1:00 - 1898**
**MDL 1358 (SAS)**
**M21-88**

Civil Action

**This Document Relates To:**

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al.*, **No. 07 Civ. 10470**

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

YOU ARE HEREBY NOTIFIED that the undersigned, Thomas P. Gressette, Jr., Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A, Mt. Pleasant, SC 29464, will no longer be practicing with Richardson, Patrick, Westbrook & Brickman, LLC and therefore seeks to withdraw as the attorney of record for the Plaintiffs, effective immediately; and

Aaron R. Dias and Gordon C. Rhea, both of Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A, Mt. Pleasant, SC 29464, will remain as counsel in this case. All future pleadings and correspondence in this matter should be directed to Mr. Dias and Mr. Rhea.

Respectfully submitted,

By:  s/Thomas P. Gressette, Jr.
Thomas P. Gressette, Jr., Esquire
Aaron R. Dias, Esquire
Gordon C. Rhea, Esquire
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Fax: (843) 727-6642

ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Withdraw as Counsel for Plaintiffs* along with a proposed order was electronically served this 24th day of April, 2012, upon liaison counsel for Plaintiffs and Defendants by electronic mail and upon counsel of record for Plaintiffs and Defendants in MDL no. 1358 via LexisNexis File & Serve. An additional copy was also electronically mailed to the Office of the Clerk and to The Chambers of the Honorable Shira A. Scheindlin.

Justin J. Arenas
Paralegal

2