| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br> ) <br> In re Methyl Tertiary-Butyl Ether ) <br> ("MTBE") Products Liability Litigation ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> *New Jersey Department of Environmental* ) <br> *Protection, et al. v. Atlantic Richfield Co., et* ) <br> *al.*, 08 Civ. 00312 (SAS) ) <br> _____ ) | Master File C.A. No. 1:00-1898 <br><br> MDL 1358 (SAS) <br> No. M21-88 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, AND MOBIL CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and MOBIL CORPORATION certify as follows:

1. Exxon Mobil Corporation is the corporate parent, and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ExxonMobil's stock.

2. Mobil Corporation's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's stock.

3. ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, and Mobil Corporation owns 100% of ExxonMobil Oil's stock.

Dated: New York, New York
      April 30, 2012

                                  McDERMOTT WILL & EMERY LLP

                                  By: _____
                                  Peter John Sacripanti
                                  James A. Pardo
                                  Stephen J. Riccardulli
                                  Lisa Gerson

                                  340 Madison Avenue
                                  New York, New York 10173
                                  Tel: (212) 547-5400
                                  Fax: (212) 547-5444

                                  *Attorneys for Defendants Exxon Mobil*
                                  *Corporation, ExxonMobil Oil Corporation,*
                                  *and Mobil Corporation*