UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*New Jersey Dep't of Environmental Protection, et al. v.*<br>*Atlantic Richfield Co., et al.,* No. 08 Civ. 00312 | Master File C.A. No.<br>1:00 – 1898 (SAS)<br>MDL 1358<br>M21-88 |

----------------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT FOR THE BP DEFENDANTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Amoco Corporation, and BP Products North America Inc. submit the following Corporate Disclosure Statement:

1. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

2. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

3. BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

4.      BP Amoco Corporation changed its name to BP Corporation North America Inc. on May 1, 2001.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

5.      BP Products North America Inc.'s parent corporations are BP Company North America Inc. and The Standard Oil Company.

BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

The Standard Oil Company's parent corporations are BP America Inc. and BP Company North America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

Dated: April 30, 2012

Respectfully Submitted,

*signature*

J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew R. Running
Sylvia N. Winston
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200

Matthew T. Heartney
Lawrence A. Cox
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, CA 90017
Phone: (213) 243-4150
Facsimile: (213) 243-4199

*Counsel for Atlantic Richfield Company, BP Amoco Chemical Company, BP Amoco Corporation, BP America, Inc., BP Products North America Inc., and any other BP entity properly named and served*