| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>_____<br><br>In re: Methyl Tertiary Butyl Ether<br>("MTBE") Products Liability Litigation<br><br>_____<br><br>This document relates to:<br><br>*New Jersey Department of Environmental<br>Protection, et al. v. Atlantic Richfield Co., et<br>al.;* Case No. 08-CIV-00312 (SAS)<br><br>_____ | ) MDL 1358 (SAS)<br>) C.A. No. 1:00-1898<br>) M21-88<br>)<br>)<br>)<br>)<br>)<br>)<br>) TOTAL PETROCHEMICALS USA,<br>) INC.'S CORPORATE DISCLOSURE<br>) STATEMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT TOTAL PETROCHEMICALS USA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Defendant TOTAL PETROCHEMICALS USA, INC. n/k/a Total Petrochemicals & Refining USA, Inc. states that its parent corporation is TOTAL Delaware, Inc. TOTAL Delaware, Inc.'s <u>parent</u> corporation is TOTAL Holdings USA, Inc. TOTAL Holdings USA, Inc.'s parent corporation is TOTAL GESTION U.S.A., which is a French corporation. TOTAL GESTION U.S.A.'s parent corporation is TOTAL S.A., which is also a French corporation. TOTAL S.A. has no parent corporation. No other publicly held corporation owns 10% or more of TOTAL PETROCHEMICALS USA, INC.'s stock.

Dated: April 30, 2012

*(signature)*
M. Coy Connelly, *admitted pro hac vice*
Amy E. Parker, *admitted pro hac vice*
BRACEWELL & GIULIANI LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1335
Telecopier: (713) 221-1212

*Attorneys for Defendant*
*TOTAL PETROCHEMICALS USA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of TOTAL PETROCHEMICALS USA, INC.'s Corporate Disclosure Statement was served upon counsel for MDL Plaintiffs and all other counsel of record via LexisNexis File & Serve on the 30th day of April, 2012.

*(signature)*
M. Coy Connelly

4084543.1