UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File C.A. No.
Products Liability Litigation　　　　　　　　　　　　1:00 – 1898 (SAS)
　　　　　　　　　　　　　　　　　　　　　　　　　MDL 1358
　　　　　　　　　　　　　　　　　　　　　　　　　M21-88

---

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant ConocoPhillips Company, states, to the best of its knowledge, as follows:

　　　　1.　　ConocoPhillips Company's parent is ConocoPhillips, which is a publicly traded company. ConocoPhillips does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: April 30, 2012　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Alan E. Kraus
　　　　　　　　　　　　　　　　　　　　　John L. Lyons
　　　　　　　　　　　　　　　　　　　　　355 South Grand Ave.
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　(213) 485-1234

　　　　　　　　　　　　　　　　　　　　　Alan E. Kraus
　　　　　　　　　　　　　　　　　　　　　Keena M. Hausmann (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　One Newark Center, 16th Floor
　　　　　　　　　　　　　　　　　　　　　Newark, NJ 07101-3174
　　　　　　　　　　　　　　　　　　　　　(973) 639-1234

　　　　　　　　　　　　　　　　　　　　　*Attorneys for ConocoPhillips Company*

NJ\216256.1