UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br><br>All Cases | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT LYONDELL CHEMICAL COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Lyondell Chemical Company certifies that: (1) LyondellBasell Finance Company is the parent company and owner of 100% of the stock of Lyondell Chemical Company; and (2) LyondellBasell Industries N.V., a publicly held corporation, is the parent company to LyondellBasell Finance Company.

Dated:   Philadelphia, Pennsylvania
         April 30, 2012

By: _____
Alan J. Hoffman
Jeffrey S. Moller
Kevin J. Bruno
Frank A. Dante
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel: 215-569-5500
Fax: 215-569-5555

*Attorneys for Defendant*
*Lyondell Chemical Company*

014580.00690/22124825v.1