| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br> ) <br> ) <br> In re: Methyl Tertiary Butyl Ether ) <br> ("MTBE") Products Liability Litigation ) <br> ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> *New Jersey Department of Environmental* ) <br> *Protection, et al. v. Atlantic Richfield Co., et* ) <br> *al.;* Case No. 08-CIV-00312 (SAS) ) <br> ) <br> _____ ) | MDL 1358 (SAS) <br> C.A. No. 1:00-1898 <br> M21-88 <br><br><br><br> **VALERO DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Defendants Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, and The Premcor Refining Group Inc. (collectively "Valero Defendants"), by and through their attorneys, make the following disclosures:

Valero Refining and Marketing Company is not a publicly traded corporation. Valero Refining and Marketing Company states that its parent corporation is Valero Energy Corporation. Valero Energy Corporation is publicly held and does not have a parent corporation.

Valero Marketing and Supply Company is not a publicly traded corporation. The indirect parent of Valero Marketing and Supply Company is Valero Energy Corporation.

Valero Refining Company-New Jersey states that it changed its name to Paulsboro Refining Company LLC when it converted to an LLC. Paulsboro Refining Company LLC is not a publicly traded corporation. The parent of Paulsboro Refining Company LLC is PBF Holding Company LLC, which is not publicly traded. Paulsboro Refining Company LLC does not have a publicly traded parent.

The Premcor Refining Group Inc. is not a publicly traded corporation. The indirect parent of The Premcor Refining Group Inc. is Valero Energy Corporation.

Dated: April 30, 2012

/s/ M. Coy Connelly

M. Coy Connelly, *admitted pro hac vice*
Amy E. Parker, *admitted pro hac vice*
BRACEWELL & GIULIANI LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1335
Telecopier: (713) 221-1212

*Attorneys for Defendants*
*Valero Refining Company-New Jersey, Valero Refining & Marketing Company, Valero Marketing and Supply Company, and The Premcor Refining Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Valero Defendants' Corporate Disclosure Statement was served upon counsel for MDL Plaintiffs and all other counsel of record via LexisNexis File & Serve on the 30th day of April, 2012.

/s/ M. Coy Connelly