UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
et al.,

       Plaintiffs,                MDL 1358 (SAS)

v.

ATLANTIC RICHFIELD COMPANY,
et al.,

       Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COASTAL EAGLE POINT OIL COMPANY AND EL PASO CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103, Coastal Eagle Point Oil Company and El Paso Corporation submit the following Corporate Disclosure Statement:

**A.   Coastal Eagle Point Oil Company**

Coastal Eagle Point Oil Company is 100% owned by its parent corporation, El Paso CGP Company, L.L.C. El Paso CGP Company, L.L.C. is 100% owned by its parent corporation, El Paso LLC. El Paso LLC is 100% owned by its parent corporation, El Paso Corporation, which is a publicly held corporation.

**B.   El Paso Corporation**

El Paso Corporation has no corporate parent and there are no publicly held corporations that own 10% or more of El Paso Corporation's stock. However, El Paso Corporation shareholders approved a merger with Kinder Morgan, Inc. on March 9, 2012. The merger is scheduled to be finalized in upcoming months, at which time Kinder Morgan, Inc. will become El Paso Corporation's corporate parent.

Dated: April 26, 2012                     Respectfully submitted,

*[signature: Brent Allen]*
_____
Brent H. Allen (D.C. Bar #464934)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)

*Attorney for Defendants Coastal Eagle Point Oil Co. and El Paso Corporation*