|  |  |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br> ) Master File C.A. No. 1:00-1898 <br> **In re Methyl Tertiary-Butyl Ether** ) <br> **("MTBE") Products Liability Litigation** ) MDL 1358 (SAS) <br> _____ ) No. M21-88 <br> ) <br> **This document relates to:** ) <br> ) <br> *New Jersey Department of Environmental* ) <br> *Protection, et al. v. Atlantic Richfield Co., et al.,* ) <br> *08 Civ. 00312* ) <br> _____ ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CITGO PETROLEUM CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CITGO Petroleum Corporation hereby makes the following Corporate Disclosure Statement in connection with its Counterclaim against the New Jersey Department of Environmental Protection:

CITGO Petroleum Corporation's parent corporation is PDV America, Inc., which is a wholly owned subsidiary of PDV Holding, Inc., which is a wholly owned subsidiary of Petróleos de Venezuela Sociedad Anónima.  No publicly-held corporation owns 10% or more of its stock.

Dated:  April 26, 2011

Respectfully submitted,

CITGO PETROLEUM CORPORATION

By: __*Pamela R Hanebutt*__

    Nathan P. Eimer (neimer@eimerstahl.com)
     (New York Bar No. 1976067)
    Pamela R. Hanebutt
     (phanebutt@eimerstahl.com)
    Lisa S. Meyer (lmeyer@eimerstahl.com)
    EIMER STAHL KLEVORN & SOLBERG LLP
    224 South Michigan Avenue, Suite 1100
    Chicago, IL 60604
    Ph.  312-660-7600
    Fax  312-692-1718

    Samuel J. Abate, Jr.
     (abates@pepperlaw.com)
     (New York Bar No. SA 0915)
    Pepper Hamilton LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Ph.  212-808-2706
    Fax  866-738-9621