# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No.
1:00 – 1898 (SAS)
MDL 1358
M21-88

This Document Relates To:

*New Jersey Department of Environmental Protection,*
*et al.  v. Atlantic Richfield Co., et al.*
Case No. 08 CIV 00312  (SAS)

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANTS SUNOCO, INC. AND SUNOCO, INC. (R&M)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Defendants/Counter-Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M) in the above-

captioned matter certifies that:  (1) Sunoco, Inc. is a publicly held nongovernmental corporation

that does not have a parent corporation and no publicly held corporation owns 10% or more of its

stock; and (2) Sunoco, Inc. (R&M) is a nongovernmental corporation whose corporate parent is

Sunoco, Inc., which owns 100% of Sunoco, Inc. (R&M)'s stock.

Dated: April 26, 2012

By: _____

John S. Guttmann (JG 7601)
Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

*Attorneys for Defendants and Counter-Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M)*