UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898<br>MDL 1358 (SAS)<br>M21-88 |
| **This Document Relates To:** | Civil Action |
| *New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al.*, N. 08 Civ. 0312 (SAS) | |

---------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Gulf Oil Limited Partnership ("GOLP"), certifies that GOLP is an indirect subsidiary of Cumberland Farms, Inc., and that no publicly held company holds 10% or more of GOLP's stock.

Dated: April 30, 2012

Respectfully submitted,

*/s/ Chad W. Higgins/*
Chad W. Higgins (admitted *pro hac vice*)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000 (tel.)
(617) 523-1231 (fax)
chiggins@goodwinprocter.com