UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS): M21-88 |
| This Document Relates To: *New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,* No. 08 Civ. 00312 | |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, SHELL TRADING (US) COMPANY, EQUILON ENTERPRISES LLC, and MOTIVA ENTERPRISES LLC hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

        Royal Dutch Shell plc

Dated: April 26, 2012       By: _____
Richard E. Wallace, Jr.
Peter C. Condron
Benjamin L. Snowden
SEDGWICK LLP
2900 K Street, N.W.
Harbourside, Suite 500
Washington, D.C. 20007
Telephone: 202.204.1000
Facsimile: 202.204.1001

*Attorneys for Defendants Shell Oil Company, Shell Oil Products Company LLC, Shell Trading (US) Company, Equilon Enterprises LLC, and Motiva Enterprises LLC*