UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER  :  Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION       :  MDL 1358 (SAS)
                                    :  M 21-88
-----------------------------------------------------------X
                                    :
This Document Relates To:           :
                                    :
*New Jersey Department of Environmental*  :
*Protection, et al. v. Atlantic Richfield Co., et al.,*  :
*08 Civ. 00312*                     :
                                    :
-----------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## CHEVRON U.S.A. INC. AND TEXACO INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Chevron U.S.A. Inc. and Texaco Inc. hereby identify the following publicly-traded parents or other affiliate corporations and publicly-held corporations that own 10 percent or more, directly or indirectly, of any of Chevron U.S.A. Inc. or Texaco Inc. stock: Chevron Corporation.

Dated: April 26, 2012

Respectfully submitted,

Jim Maher /by perm (JA)
_____
Robert E. Meadows
Charles C. Correll, Jr.
James J. Maher
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

William F. Hughes
SEDGWICK LLP
2900 K Street, NW, Harbourside
Washington, D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001

**Attorneys for Defendants Chevron U.S.A. Inc. and Texaco Inc.**