UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　Master File No. 1:00 - 1898
Products Liability Litigation　　　　　　　　　　　MDL 1358 (SAS)

---

This document refers to:

*New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al.,* Case No. 08-CV-00312 (SAS)

---

### DEFENDANT HESS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hess Corporation submits the following Corporate Disclosure Statement:

1. Hess Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

Dated: April 25, 2012.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Steven Leifer*
　　　　　　　　　　　　　　　　　　　　　　　Steven L. Leifer
　　　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　The Warner Building
　　　　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-2400
　　　　　　　　　　　　　　　　　　　　　　　(202) 639-7723
　　　　　　　　　　　　　　　　　　　　　　　(202) 585-1040 (fax)

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Hess Corporation*