UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> ATLANTIC RICHFIELD, et al. <br><br> Defendants, Counter-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 08-cv-00312(SAS)<br><br>MDL 1358(SAS)<br>Master File No. 1:00-1898<br>M21-88 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, the undersigned certifies that no publicly held corporation owns 10% or more of stuck in Duke Energy Merchants, LLC. Duke Energy Americas, LLC is the parent company of Duke Energy Merchants, LLC.

Respectfully Submitted,

James R. Wedeking
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8281
Facsimile: (202) 736-8711

*Attorney for Duke Energy Merchants, LLC*