| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br>  ) <br> **In re Methyl Tertiary-Butyl Ether** ) <br> **("MTBE") Products Liability Litigation** ) <br>  ) <br> _____ ) <br>  ) <br> This document relates to: ) <br>  ) <br> *New Jersey Department of Environmental* ) <br> *Protection, et al. v. Atlantic Richfield Co., et* ) <br> *al.,* 08 Civ. 00312 (SAS) ) <br> _____ | Master File C.A. No. 1:00-1898 <br><br> MDL 1358 (SAS) <br> No. M21-88 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CROWN CENTRAL LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Crown Central LLC certifies that Crown Central LLC is a privately held limited liability company whose sole member is Crown Central Holdings, LLC, which is 100% owned by Rosemore Holdings, Inc., which is 100% owned by Rosemore, Inc. None of the firms listed here is publicly held.

Dated: Hartford, Connecticut.
April 30, 2012

**Crown Central LLC**

By: _____
Ben M. Krowicki (BK0640)
ben.krowicki@bingham.com
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
860.240.2700

A/74913673.1