UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** | Master File No. 1:00 -1898 (SAS) MDL 1358 (SAS) M21-88 M21-88 |
| **This document relates to** *New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al., Case No. 08 Civ. 00312 (SAS)* | |

## CORPORATE DISCLOSURE STATEMENT OF GETTY PROPERTIES CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Getty Properties Corp. ("GPC"), certifies that 100% of its stock is owned by Getty Realty Corp., a publicly traded company.

RAWLE & HENDERSON LLP

By: *[signature]*
John C. McMeekin II, Esquire
Susan M. Dean, Esquire
The Widener Building
One South Penn Square
Philadelphia, PA  19107
Telephone:  (215) 575-4200
Facsimile:  (215) 563-2583
jmcmeekin@rawle.com
sdean@rawle.com

*Attorneys for Defendant
Getty Properties Corp.*

Dated:  May 1, 2012

5447105-1