UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A. Inc., et al.,*
No. 04 Civ. 4973 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/12

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## [PROPOSED] STIPULATION AND CASE MANAGEMENT ORDER

The parties to this matter jointly request a brief extension of the time to complete expert depositions in the above matter. At the November 21, 2011 Status Conference the Case Management Order #63 deadlines for expert discovery in this matter were adjusted to permit the parties to address newly identified gasoline stations in the City of Fresno. The adjusted deadline for the completion of expert discovery in this matter was set for May 4, 2012.

The parties complied with the adjusted deadlines for submission of expert reports, and have engaged in diligent efforts to complete expert depositions before the May 4, 2012 deadline. Numerous expert depositions have been taken. Further, after the status conference on March 30, 2012, in which the Court gave guidance on non-case specific experts in response to the City's motion, the parties agreed on the remaining depositions that would be taken. Despite the parties' diligent efforts, the parties have been unable to complete all outstanding expert depositions by the current deadline. Presently, with one exception, the parties have reached agreement on the scheduling of the remaining expert depositions which would allow the parties to complete expert discovery by June 15,

1

2012. The following schedule would therefore be in place:

| Witness | Date | Location |
| --- | --- | --- |
| Richard Haberman | May 9 | 8:00-2:00 Sheppard Mullin, Orange County |
|  | May 11 | Fresno, after *Merced* hearing, if the deposition not concluded on May 9, 2012 |
| Brian Brady | May 17 | Sheppard Mullin, Los Angeles |
| John Wilson | May 18 | Sheppard Mullin, Los Angeles |
| Kenneth Rudo | June 1 | Sheppard Mullin, Los Angeles |
| Sam Williams | June 4-7 | Sheppard Mullin, Los Angeles |
| David Norman | June 14 | Fresno |
| Graham Fogg | June 15 | Miller, Axline & Sawyer, Sacramento |
| Douglas McGregor | July 21 or July 28 | TBD |

The parties represent that a brief extension of the deadline to complete expert depositions as set forth above will not impact the progress of this case as there are no further case management dates or deadlines in this matter.

Per the parties' agreement, and with the Court's approval, the deadline to complete expert depositions in this matter is extended from May 4, 2012 to July 28, 2012, and the depositions shall occur on the dates and locations as indicated above. No further extensions will be granted.

2

SO STIPULATED:

_____
Tracey L. O'Reilly on behalf of
Plaintiff City of Fresno

_____
Jeremiah J. Anderson on behalf of
Defendants

SO ORDERED:

_____
Shira A. Scheindlin
District Court Judge

Dated: New York, New York
       May ___, 2012

3