UNITED STATES DISTRICT COURT   *
SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \*

IN RE:  METHYL TERTIARY BUTYL ETHER
("MTBE" PRODUCTS LIABILITY LITIGATION)

Master File No. 1:00-1898

\* \* \* \* \* \* \*

MDL 1358 (SAS)

This document relates to
Carl G. Morgan, et al. v. ExxonMobil Corp.*
05 Civ. 10259 (SAS)

M21 - 88

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

The undersigned hereby certifies as follows:

1.   I am a competent person over the eighteen (18) years of age, and not a party to this action.

2.   On April 3, 2012, I sent a Motion to Withdraw Appearance filed in this action, by certified mail to Louis DiPasquale, Jr., on behalf of Defendant, Fallston Properties, Inc., at 4846 Water Park Drive, Bel Camp, MD 21017.

3.   The Motion to Withdraw Appearance was unclaimed as evidenced by the return envelope, a copy of which is attached hereto.

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Dated: April 27, 2012

/s/ Robert L. Hanley, Jr.
Robert L. Hanley, Jr.
Nolan, Plumhoff & Williams, Chtd.
Nottingham Centre - Suite 700
502 Washington Avenue
Towson, Maryland 21204
410-823-7800

Attorneys for Plaintiffs

LAW OFFICES
**NOLAN, PLUMHOFF & WILLIAMS**
CHARTERED
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MARYLAND 21204-4528

CERTIFIED MAIL™

7010 2780 0003 1172 8555

Louis DiPasquale, III
Resident Agent for

NIXIE   212   DE  1            00   04/24/12
       RETURN TO SENDER
           UNCLAIMED
       UNABLE TO FORWARD
BC: 21204451699        *0627-08784-03-47