UNITED STATES DISTRICT COURT   *
SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \*

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION)

Master File No. 1:00-1898

\* \* \* \* \* \* \*

MDL 1358 (SAS)

This document relates to
Carl G. Morgan, et al. v. ExxonMobil Corp.*   M21 - 88
05 Civ. 10259 (SAS)

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The motion to withdraw the appearances of Robert L. Hanley, Jr. and Nolan, Plumhoff & Williams, Chtd. as counsel for defendants Fallston Properties, Inc. and Don-Bar, Inc. is GRANTED.

SO ORDERED

Dates this __17__ day of __May__, 2012

_____
Hon. Shira A. Scheindlin, U.S.D.J.