~~COURTESY COPY~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |
| | The Honorable Shira A. Scheindlin |
| This document relates to: *City of Merced Redevelopment Agency v. Exxon Mobil Corporation, et al.*, Case No. 08 Civ. 06306 (SAS). | |

[PROPOSED] ORDER GRANTING DEFENDANT CONOCOPHILLIPS COMPANY'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/12
```

OC\1230858.1

Having considered the memorandum of points and authorities submitted in support of ConocoPhillips Company's ("ConocoPhillips") Motion for Determination of Good Faith Settlement, the accompanying declaration, exhibits, and other evidence, all of the pleadings, filings, and proceedings in this action, and the arguments of counsel:

**IT IS HEREBY ORDERED** that ConocoPhillips's motion is **GRANTED**, and that the settlement agreement entered into between the City of Merced Redevelopment Agency ("Merced RDA") and ConocoPhillips is hereby determined to be a good faith settlement within the meaning of California Code of Civil Procedure §§ 877 and 877.6. Accordingly, all future actions or claims for indemnity or contribution by any party, including any defendant, cross-complainant, former defendant, and/or former cross-complainant to this case, are barred in their entirety as to ConocoPhillips, and each of its affiliates, partners, parents, subsidiaries, divisions, joint venturers, officers, directors, employees, attorneys, dealers, agents, representatives, successors, assigns, and all persons acting on their behalf.

Dated: May 18 2012

_____
The Honorable Shira A. Scheindlin

The clerk of the court is directed to close this motion (Docket No. 33 in 00 cv 6306)

SO ORDERED:

_____
Shira A. Scheindlin
USDJ

-Appearances-

**For City of Merced Redevelopment Agency:**

Michael D. Axline, Esq.
Evan Eickmeyer, Esq.
Duane C. Miller, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

**For ConocoPhillips Corporation:**

Jon D. Anderson, Esq.
Latham & Watkins, LLP
650 Town Center Drive, 20th Floor
Costa Mesa, Ca 92626
(714) 540-1235

**For Exxon Mobil Corp.:**

Jeffrey John Parker, Esq.
Whitney Jones Roy, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, Suite 4800
Los Angeles, CA 90071
(213) 617-5586

**For Tesoro Corporation:**

Jesus R. Chavez, Esq.
Colleen P. Doyle, Esq.
Jamie O. Kendall, Esq.

Diana Pfeffer Martin, Esq.
Berj Khoren Parseghian, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6400

**For Chevron, U.S.A., Inc.:**

David A. Grenardo, Esq.
King & Spalding LLP (TX)
1100 Louisiana
Houston, TX 77002
(713) 276-7329

**For Equilon Enterprises LLC, SFPP, L.P., Equilon Enterprises LLC, Shell Oil Company:**

Patrick J. Cafferty, Esq.
Hojoon Hwang, Esq.
William D. Temko, Esq.
Munger Tolles & Olson , LLP
560 Mission Street
Los Angeles, CA 90071
(415) 512-4014

Juan A. Marques-Diaz, Esq.
Jan C. Rodriguez-Munoz, Esq.
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936
(787) 250-2619

Alec C. Zacaroli, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021