UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE METHYL TERTIARY BUTYL ETHER
("MTBE) PRODUCTS LIABILITY
LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*,
No. 08 Civ. 00312

SHIRA A. SCHEINDLIN, U.S.D.J.

[PROPOSED] CASE MANAGEMENT ORDER NO. 101

1. The parties shall abide by the following schedule, which dates supersede those set out in CMO 92:

| Date | Deadline |
|---|---|
| May 30, 2012 | Plaintiffs to designate non-site-specific experts. |
| June 15, 2012 | Defendants to designate non-site-specific experts. |
| September 14, 2012 | Deadline to **complete** fact discovery timely served in compliance with CMO 92 close of fact discovery date (July 16, 2012). Plaintiffs to serve non-site-specific expert reports. Plaintiffs to designate site-specific experts. Deadline for serving requests for admission. |
| October 15, 2012 | Defendants to designate site-specific experts. |
| November 1, 2012 | Plaintiffs to serve site-specific expert reports. Defendants to serve non-site-specific expert reports. |
| December 14, 2012 | Plaintiffs to serve non-site-specific rebuttal expert reports, if any. |

| January 7, 2013 | Defendants to serve site-specific expert reports. |
| February 2, 2013 | Plaintiffs to serve site-specific expert rebuttal reports, if any. |
| April 1, 2013 | Close of expert discovery. |

2. The parties are on explicit notice that no further extensions of this schedule will be granted for any reason.

SO ORDERED

DATED: New York, New York
June 5, 2012

Shira A. Scheindlin
U.S.D.J.

-Appearances-

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund:**

Aaron R. Dias, Esq.
Gordon C. Rhea, Esq.
Thomas P. Gressette, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, South Carolina 29464
(843) 727-6500

Barry A. Knopf, Esq.
Leonard Z. Kaufmann, Esq.
Cohn, Lifland, Pearlman, Herrmann & Knopf, L.L.P.
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, Virgin Islands 00820
(340) 773-6142

**For Amerada Hess Corp., Marathon Oil Co., and Marathon Petroleum Co. LP:**

Steven Lawerence Leifer, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723

**For Getty Properties Corp.:**

John Christie II McMeekin, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, Pennsylvania 19107
(215) 575-4324

**For George E. Warren Corp.:**

Ira Brad Matetsky, Esq.
Steven J. Shore, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 922-9250

**For Sunoco, Inc. and Sunoco, Inc. (R&M):**

Patrick R. Jacobi, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6064

**For Gulf Oil Limited Partnership:**

Anthony A. Orlandi, Esq.
Brian J. Sullivan, Esq.
Goodwin Procter, LLP
53 State Street, Exchange Place
Boston, Massachusetts 02109
(617) 570-1639

Yaniv Heled, Esq.
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 459-7103

**For Getty Petroleum Marketing Inc. and Lukoil America Corp.:**

Matthew Gerard Parisi, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 287-6184

**For Coastal Eagle Point Oil Co. and El Paso Corp.:**

Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583