IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | : |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | : Civil Action No. 08 Civ 00312 (SAS)<br>: Master File No. 1:00-1898 |
| Plaintiffs, | : MDL 1358 (SAS) M21-88 |
| v. | : |
| ATLANTIC RICHFIELD, CO., et al., | : ORDER |
| Defendants. | : |

AND NOW this __12__ day of June, 2012, upon consideration of Plaintiffs' request for leave to amend their Complaint and being advised there is no opposition thereto, it is hereby **ORDERED** that Plaintiffs are granted leave to file a Fourth Amended Complaint, substantially in the form attached hereto, within __10__ days of the entry of this Order.

HON. SHIRA A. SCHEINDLIN, U.S.D.J.