UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

----------------------------------------------------------X

This Document Relates To:

*Incorp. Vill. of Mineola v. AGIP, et al.*, No. 03-CV 10051;
*West Hempstead Water Dist. v. AGIP, et al.*, No. 03-CV 10052;
*Carle Place Water District v. AGIP, et al.*, No. 03-CV 10053;
*Town of Southampton v. AGIP, et al.*, No. 03-CV 10054;
*Village of Hempstead v. AGIP, et al.*, No. 03-CV 10055;
*Town of East Hampton v. AGIP, et al.*, No. 03-CV 10056;
*Westbury Water District v. AGIP, et al.*, No. 03-CV 10057

----------------------------------------------------------X



Master File No. 1:00-1898
MDL 1358 (SAS)

[PROPOSED]
ORDER APPROVING
WITHDRAWAL OF NAPOLI
BERN RIPKA SHKOLNIK &
ASSOCIATES LLP FROM
PLAINTIFFS' JOINT
LITIGATION GROUP

SHIRA A. SCHEINDLIN, U.S.D.J.

The motion of Napoli Bern Ripka Shkolnik & Associates, LLP to withdraw from Plaintiffs' Joint Litigation Group is hereby granted. ~~The Clerk of the Court is directed to close this motion.~~

SO ORDERED

Shira A. Scheindlin
U.S.D.J.

Date: July 9, 2012
New York, New York