UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00 – 1898
Products Liability Litigation                MDL 1358 (SAS): M21-88

**This document relates to:**

*New Jersey Department of Environmental Protection v.
Atlantic Richfield Co., et al.*, No. 08 Civ. 00312

---

SHIRA A. SCHEINDLIN, U.S.D.J.:

[PROPOSED] CASE MANAGEMENT ORDER 104

PROTOCOL GOVERNING RULE 30(b)(6) DEPOSITIONS

It is hereby ORDERED that the parties to the above-captioned action shall abide by the following protocol:

1. Parties shall provide 21 days notice for any Rule 30(b)(6) deposition. The notice shall identify, with reasonable particularity, the topics to be addressed at the deposition.

2. Written objections, if any, to a Rule 30(b)(6) deposition notice, or any portion thereof, shall be served at least 5 days prior to the deposition. Objections to the deposition notice not provided in writing will be deemed waived.

3. In response to a Rule 30(b)(6) deposition notice, the responding party must proffer a witness(es) to testify on behalf of the responding party, and all such testimony shall be binding on the responding party. If multiple witnesses are to be proffered, such witnesses must be identified in accordance with the requirements of Paragraph 5.

4. In response to a Rule 30(b)(6) deposition notice, the responding party will use good faith efforts to prepare the witness(es) to testify as to each of the identified topics contained in the notice. Good faith efforts include, but are not limited to, having the witness review the relevant documents and speak to other people with knowledge of the noticed topics who are/were employed by the responding party.

5. No later than 5 days prior to the deposition, the responding party must identify the witness(es) it will proffer to provide testimony and, if more than one witness will be offered, the noticed topics on which each witness will provide testimony. To the extent practicable, the multiple witnesses will be made available on the same day.

6. No later than ~~10~~ 5 days prior to the deposition, the responding party will produce the documents reviewed by the witness(es) in preparation for the deposition. If the documents have already been produced, the responding party may identify the documents by bates range or other information so that they are easily identifiable. The production of such documents must be substantially complete ~~10~~ 5 days prior to the deposition. Any supplementation shall be completed 48 hours before the deposition is scheduled to begin.

7. If the deposition notice calls for production of documents in addition to those addressed in paragraph 6, responsive documents shall be produced no later than ~~10~~ 5 days prior to the deposition. The production of such documents must be substantially complete ~~10~~ 5 days prior to the deposition. Any supplementation shall be completed 48 hours before the deposition is scheduled to begin.

8. As used herein, "~~10~~ 5 days prior" refers to ~~ten calendar~~ five business days. If the calculated day falls on a weekend or holiday, production and/or identification shall occur on the previous business day.

9. Nothing contained herein shall be construed as relieving a responding party of its obligations pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

10. The parties shall use best efforts to resolve any differences concerning compliance with this Agreement. If a responding party believes that it cannot comply with one or more portions of this Agreement, such party shall inform the requesting party in writing as early as possible as to why compliance with the protocol, or any part thereof, is unreasonable or not possible. No party may seek relief from the Court concerning compliance with the Agreement until it has met and conferred with the other party to this action.

SO ORDERED

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       July 12, 2012

-Appearances-

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund:**

Aaron R. Dias, Esq.
Gordon C. Rhea, Esq.
Thomas P. Gressette, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, South Carolina 29464
(843) 727-6500

Barry A. Knopf, Esq.
Leonard Z. Kaufmann, Esq.
Cohn, Lifland, Pearlman, Herrmann & Knopf, L.L.P.
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, Virgin Islands 00820
(340) 773-6142

**For Amerada Hess Corp., Marathon Oil Co., and Marathon Petroleum Co. LP:**

Steven Lawerence Leifer, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723

**For Getty Properties Corp.:**

John Christie II McMeekin, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, Pennsylvania 19107
(215) 575-4324

**For George E. Warren Corp.:**

Ira Brad Matetsky, Esq.
Steven J. Shore, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 922-9250

**For Sunoco, Inc. and Sunoco, Inc. (R&M):**

Patrick R. Jacobi, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6064

**For Gulf Oil Limited Partnership:**

Anthony A. Orlandi, Esq.
Brian J. Sullivan, Esq.
Goodwin Procter, LLP
53 State Street, Exchange Place
Boston, Massachusetts 02109
(617) 570-1639

Yaniv Heled, Esq.
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 459-7103

**For Getty Petroleum Marketing Inc. and Lukoil America Corp.:**

Matthew Gerard Parisi, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 287-6184

**For Coastal Eagle Point Oil Co. and El Paso Corp.:**

Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583