UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :        **ORDER**
ETHER ("MTBE") PRODUCTS                                 :
LIABILITY LITIGATION                                    :        Master File No. 1:00-1898
------------------------------------------------------- :        MDL 1358 (SAS)
                                                        :        M21-88
**This document relates to:**                           :
                                                        :
*Carl G. Morgan, et al. v. ExxonMobil Corp.,*           :
05 Civ. 10259                                           :
                                                        :
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Because plaintiffs Don-Bar and Fallston Properties have failed to respond by the July 19, 2012 deadline set forth in my June 29, 2012 Order to Show Cause, their claims are hereby dismissed with prejudice for lack of capacity to maintain a lawsuit. The Clerk of the Court is directed to close this motion (Docket No. 102) and the case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 25, 2012

1

**-Appearances-**

**Liaison Counsel for Defendants:**

Stephen J. Riccardulli, Esq.
James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Defendant ExxonMobil Corp.:**

Andrew Gendron, Esq.
Brian M. Penn, Esq.
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

**For Plaintiff Don-Bar, Inc.:**

Scott Bocek
Resident Agent for
Don-Bar, Inc.
276 Cherry Tree Square
Forest Hill, Maryland, 21050

**For Plaintiff Fallston Properties, LLC:**

Louis DiPasquale, III
Resident Agent for
Fallston Properties, Inc.
4846 Water Park Drive
Bel Camp, Maryland 21017