UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 MDL 1358 (SAS) |
| This Document Relates To: *Yosemite Springs Park Utility Company v. Chevron U.S.A., et al.*, Case No. 09 Civ. 1419 | |

## [PROPOSED] ORDER PERMITTING PRODUCTION OF $H_2O\ R^2$ RELEASE TO CHEVRON

The Court has reviewed and considered the parties' joint July 24, 2012 letter-request seeking an order permitting plaintiff Yosemite Springs Park Utility Company ("Yosemite") to produce to defendant Chevron U.S.A. Inc. ("Chevron") a copy of the confidential release Yosemite entered into with third-party $H_2O\ R^2$ Consulting Engineers, Inc. ("$H_2O\ R^2$").

The Court hereby **GRANTS** this request. Yosemite is hereby permitted to provide a copy of the release it obtained from $H_2O\ R^2$ to Chevron.

**SO ORDERED:**

Dated:   New York, New York
         July 25, 2012

Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/12

## -Appearances-

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Plaintiffs:**

Celeste A. Evangelisti, Esq.
David T. Ritter, Esq.
Mitchell McRea, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605

Victor M. Sher, Esq.
Jessica L. Grant, Esq.
Marnie E. Riddle, Esq.
Sher & Leff
450 Mission Street, Suite 400
San Francisco, California 94105
(415) 348-8300

**For Defendants:**

David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, Texas 77002
(713) 276-7329

James J. Maher, Esq.
King & Spalding LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
(713) 276-7403