UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
et al.,

        Plaintiffs,                  MDL 1358 (SAS)

v.

ATLANTIC RICHFIELD COMPANY,
et al.,

        Defendants.

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COASTAL EAGLE POINT OIL COMPANY AND EL PASO LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Coastal Eagle Point Oil Company and El Paso LLC (f/k/a El Paso Corporation) submit the following Supplemental Corporate Disclosure Statement:

### A.    Coastal Eagle Point Oil Company

Coastal Eagle Point Oil Company is 100% owned by its parent corporation, El Paso CGP Company, L.L.C. El Paso CGP Company, L.L.C. is 100% owned by its parent corporation, El Paso LLC. El Paso LLC is 100% owned by its parent corporation, El Paso Holdco LLC. El Holdco LLC is 100% owned by its parent corporation, Kinder Morgan, Inc. Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

### B.    El Paso LLC

El Paso LLC (f/k/a El Paso Corporation) is 100% owned by its parent corporation, El Paso Holdco LLC. El Paso Holdco LLC is 100% owned by its parent corporation, Kinder Morgan, Inc. Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

1

Dated: July 26, 2012

Respectfully submitted,

*/s/ Brent H. Allen/*

Brent H. Allen (D.C. Bar #464934)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)

*Attorney for Defendants Coastal Eagle Point Oil Co. and El Paso LLC*

2

## CERTIFICATE OF SERVICE

I certify that on July 26, 2012, a true and correct copy of this Corporate Disclosure Statement of Coastal Eagle Point Company and El Paso LLC was electronically served on counsel of record via LexisNexis File & Serve and electronic mail.

_____