UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
 et al.,

        Plaintiffs,                  MDL 1358 (SAS)

v.

ATLANTIC RICHFIELD COMPANY,
 et al.,

        Defendants.

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
COASTAL EAGLE POINT OIL COMPANY AND EL PASO LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Coastal Eagle Point Oil Company and El Paso LLC (f/k/a El Paso Corporation) submit the following Supplemental Corporate Disclosure Statement:

    A.    **Coastal Eagle Point Oil Company**

Coastal Eagle Point Oil Company is 100% owned by its parent corporation, El Paso CGP Company, L.L.C.  El Paso CGP Company, L.L.C. is 100% owned by its parent corporation, El Paso LLC.  El Paso LLC is 100% owned by its parent corporation, El Paso Holdco LLC.  El Paso Holdco LLC is 100% owned by its parent corporation, Kinder Morgan, Inc.  Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

    B.    **El Paso LLC**

El Paso LLC (f/k/a El Paso Corporation) is 100% owned by its parent corporation, El Paso Holdco LLC.  El Paso Holdco LLC is 100% owned by its parent corporation, Kinder Morgan, Inc. Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

1

Dated: July 26, 2012

Respectfully submitted,

*[signature]*

Brent H. Allen (D.C. Bar #464934)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)

*Attorney for Defendants Coastal Eagle Point Oil Co. and El Paso LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 26, 2012, a true and correct copy of this Corporate Disclosure Statement of Coastal Eagle Point Company and El Paso LLC was electronically served on counsel of record via LexisNexis File & Serve and electronic mail.

_____