COURTESY COPY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL No. 1358 (SAS)
M21-88

-----------------------------------------------------------X
This Document Relates To:
-----------------------------------------------------------X

*Yosemite Spring Park Utility Company vs.
Chevron U.S.A., Inc., et al.*, Case No. 09-CIV-1419

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/12

### [PROPOSED] ORDER GRANTING STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

The Court, having considered plaintiff Yosemite Springs Park Utility Company and defendant Chevron U.S.A., Inc.'s Stipulated Request for an Order Dismissing the Entire *Yosemite* Action With Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby grants the request and hereby dismisses with prejudice the entire *Yosemite* action, styled as *Yosemite Spring Park Utility Company vs. Chevron U.S.A., Inc., et al.*, Case No. 09-CIV-1419, including without limitation all claims asserted against Chevron U.S.A., Inc. and previously asserted against Chevron Corporation (dismissed without prejudice by Order of this Court filed on March 25, 2011).  Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 27, 2012

_____
HON. SHIRA A. SCHEINDLIN

[PROPOSED] ORDER
PAGE 1 OF 1

## -Appearances-

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Plaintiffs:**

Celeste A. Evangelisti, Esq.
David T. Ritter, Esq.
Mitchell McRea, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605

Victor M. Sher, Esq.
Jessica L. Grant, Esq.
Marnie E. Riddle, Esq.
Sher & Leff
450 Mission Street, Suite 400
San Francisco, California 94105
(415) 348-8300

**For Defendants:**

David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, Texas 77002
(713) 276-7329

James J. Maher, Esq.
King & Spalding LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
(713) 276-7403