Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

In Re: Methyl Tertiary Butyl Ether ("MTBE")        Master File No. 1:00-1898
Products Liability Litigation                      MDL 1358 (SAS)
                                                   M21-88
----------------------------------------------------------------- x
This document relates to the following case:

*Yosemite Spring Park Utility Company vs.
Chevron U.S.A., Inc., et al.*, Case No. 09-CIV-1419

----------------------------------------------------------------- x

## STIPULATED REQUEST FOR AN ORDER DISMISSING ENTIRE *YOSEMITE* ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Yosemite Springs Park Utility Company ("Plaintiff") and defendant Chevron U.S.A. Inc. ("Chevron") hereby stipulate to a voluntary dismissal with prejudice of the entire *Yosemite* action, styled as *Yosemite Springs Park Utility District v. Chevron U.S.A. Inc., et al.*, Case No. 09-CIV-1419, including without limitation all claims asserted against Chevron U.S.A. Inc. and previously asserted against Chevron Corporation (dismissed without prejudice by Order of this Court filed on March 25, 2011). The parties agree to this dismissal with prejudice, pursuant to a Settlement Agreement and Release entered into by the parties as of ____August 3____, 2012. The parties respectfully request that the Court enter the attached order of dismissal with prejudice, with each party to bearing its own attorneys' fees and costs.

Respectfully Submitted, Agreed to and Accepted,

Dated: August 24, 2012    By: _____
                          Cary McDougal
                          Celeste Evangelisti
                          BARON & BUDD, P.C.
                          3102 Oak Lawn Avenue, Suite 1100
                          Dallas, TX 75219
                          Telephone: (214) 521-3605
                          Facsimile: (214) 520-1181

                          Attorneys for Plaintiff,
                          YOSEMITE SPRINGS PARK UTILITY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/12

1

Dated: August 24, 2012

By: _____
Charles C. Correll, Jr.
Cheryl A. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Robert F. Meadows
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Attorneys for Defendant
CHEVRON U.S.A. INC.

SO ORDERED:

_____
U.S.D.J.

8/27/12

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATED REQUEST FOR AN ORDER DISMISSING ENTIRE *YOSEMITE* ACTION WITH PREJUDICE** with accompanying **PROPOSED ORDER** was served electronically upon all counsel of record by posting it directly to LexisNexis File & Serve on August ___24th___, 2012.

_____
SHELLY PETERSEN