UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
: 
IN RE: METHYL TERTIARY BUTYL         :         ORDER
ETHER ("MTBE") PRODUCTS               :
LIABILITY LITIGATION                           :         Master File No. 1:00-1898
-------------------------------------------------------  :         MDL 1358 (SAS)
:         M21-88
This document relates to:                        :
:
*Commonwealth of Puerto Rico, et al. v.*   :
*Shell Oil Co., et al.*, 07 Civ. 10470         :
:
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

As discussed at the status conference held in this matter on August 16, 2012: (1) defendant Total is ordered to produce to plaintiffs an unredacted version of the document titled "Remediation Projects," Bates stamped TPPRC.GENERAL-000456 through 000589; (2) defendant Shell is ordered to send Mr. Michael Axline, counsel for plaintiffs, an unredacted version of the document "Non-Exclusive Sales Contract for Branded Products" — this version is not to be considered produced, and plaintiffs may only use it to formulate arguments as to why additional unredacted portions should be produced to them; and (3) for each of the "non-test" sites discussed at the April 12, 2012 and May 2, 2012 status conferences, defendants are ordered to identify — by September 2, 2012 —

1

whether MTBE testing was done and whether the test was positive for MTBE.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:	New York, New York
	August 29, 2012

whether MTBE testing was done and whether the test was positive for MTBE.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:	New York, New York
	August 29, 2012

-Appearances-

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Plaintiffs Commonwealth of Puerto Rico and Commonwealth of Puerto Rico Environmental Quality Board:**

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820
(340) 773-6142

Aaron R. Dias, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
(843) 727-6500

Orlando H. Martinez-Echeverria, Esq.
Orlando H. Martinez Law Offices
Centro De Seguros, Suite 413, 701 Ponce De Leon Avenue
San Juan, PR 00907
(787) 722-2378

Michael D. Axline, Esq.
Duane C. Miller, Esq.
Donald B. Mooney, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

**For Defendants: Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Chemical Yabucoa, Inc., Shell Company Puerto Rico LTD, Shell Oil Co., and Shell Trading (US) Company:**

Alejandro J. Cepeda-Diaz, Esq.
Juan A. Marques-Diaz, Esq.
Jan C. Rodriguez-Munoz, Esq.
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292

Alejandro J. Diaz, Esq.
Paul Hastings LLP (Conn.)
1055 Washington Blvd., 10th Floor
Stamford, CT 06901

4

Alec C. Zacaroli, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

**For Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company:**

Edwin R. Cruz, Esq.
Diego M. Diaz, Esq.
Pietrantoni Mendez & Alvarez LLP
Popular Center, 19th Floor
209 Munoz Rivera Avenue
San Juan, PR 00918
(787) 274-1212

**For Defendants Chevron U.S.A., Inc. and Texaco Refining And Marketing, Inc.:**

Samuel D. Davis, Esq.
David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, TX 77002
(713) 276-7329

**For Defendant Citgo Petroleum Puerto Rico Corporation:**

Nathan Philip Eimer, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, Il 60603
(312) 660-7601

**For Defendants Sunoco, Inc. and Sunoco, Inc. (R&M):**

Daniel A. Eisenberg, Esq.
Beveridge & Diamond, P.C. (DC)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

**For Defendant/Cross-claimant/Third-Party Plaintiff Total Petroleum Puerto Rico Corp.:**

Jorge A. Galiber, Esq.
Elaine M. Maldonado-Matias, Esq.
Sepulvado & Associates, PSC
Citibank Tower
252 Ponce de Leon Avenue, Suite 1202
San Juan, PR 00918
(787) 765-5656

**For Defendants Hess Oil Virgin Islands Corporation and Hovensa L.L.C.:**

Steven Lawerence Leifer, Esq.
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723

**For Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company:**
Nestor M. Mendez, Esq.
Pietranton, Mendez & Alvarez, LLC
Banco Popular Center 19th Floor
209 MuOz Rivera Ave.
San Juan, PR 00918
(787) 274-1212

Maria D. Trelles-Hernandez, Esq.
Pietragello, Bosick & Gordon
One Oxford Centre
Pittsburgh, PA 15219
(787) 274-1212