UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                       :
IN RE: METHYL TERTIARY BUTYL                           :     ORDER
ETHER ("MTBE") PRODUCTS                                :
LIABILITY LITIGATION                                   :     Master File No. 1:00-1898
------------------------------------------------------ :     MDL 1358 (SAS)
                                                       :     M21-88
This document relates to:                              :
                                                       :
*City of Fresno, et al. v. Chevron U.S.A., Inc.,*      :
*et al.*, 04 Civ. 4973                                 :
                                                       :
------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/12

As discussed at the status conference held in this matter on August 16, 2012, the City of Fresno is ordered — by September 14, 2012 — to create a "Station Identification Matrix" identifying which stations remain in the litigation and for each station, which defendants plaintiff believes are liable for alleged injury associated with it. In addition, defendants may depose Dr. Ming Tan.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            August 29, 2012

1

**-Appearances-**

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Plaintiff City of Fresno:**

Tamarin E Austin, Esq.
Daniel Boone, Esq.
Evan Eickmeyer, Esq.
Duane C. Miller, Esq.
Tracy L O'Reilly, Esq.
Arliegh Curtis Sawyer Jr., Esq.
Miller Axline & Sawyer
1050 Fulton Avenue , Suite 100
Sacramento, GA 95825
(916) 488-6688

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

**For Defendants Tosco Corporation and Conoco/Phillips Corporation:**

Jon D. Anderson, Esq.
Michele D. Johnson, Esq.
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
(714) 540-1235

**For Defendant Nella Oil Co. LLC:**

Paul Steven Aronowitz, Esq.
Lawrence Edward Skidmore, Esq.
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
(530) 823-9736

Peter Michael Hart, Esq.
Wright Robinson Osthimer Tatum
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
(415) 391-7111

**For Defendant Lyondell Chemical Company:**

Vineet Bhatia, Esq.
Wachtell Lipton Rosen & Katz
51 W. 52nd St.
New York, NY 10019
(212) 403-1000

H. Lee Godfrey, Esq.
Susman Godfrey, L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
(310) 789-3100

Alan Jay Hoffman, Esq.
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5505

Lawrence P. Riff, Esq.
Laurence F. Janssen, Esq.
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400

**For Defendant Atlantic Richfield Company:**

Stephanie M. Bonnett, Esq.
777 Sough Figueroa Street
Los Angeles, CA 90017
(213) 243-4000

Brian K Condon, Esq.
Condon & Associates, PLLC
55 Old Turnpike Road, Suite 502
Nanuet, NY 10954
(845) 627-8500

Lawrence Allen Cox, Esq.
Matthew T. Heartney, Esq.
Arnold & Porter
777 South Figueroa Street, 44th floor
Los Angeles, CA 90017
(213) 243-4000

4

Christopher J. Esbrook, Esq.
Christina Lynn Henk, Esq.
Sylvia Nichole Winston, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2000


**For Defendants Duke Energy Merchants California, Duke Energy Merchants, LLC, Duke Energy Trading and Marketing, L.L.C., and Northridge Petroleum Marketing U.S., Inc.:**

David T. Buente, Jr., Esq.
Jim Wedeking, Esq.
Sidley & Austin, LLP
1501 K Street, N.W.
Washington, DC 20005

Karleen Megan O'Connor, Esq.
Cox, Castle and Nicholson, LLP
555 Montgomery Street, Floor 15
San Francisco, CA 94117
(415) 262-5160

**For Defendant Coastal Eagle Point Company:**

Grace Leigh Chan, Esq.
Howrey LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 896-6500

Keara L. Kelley, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783.0800

**For Defendant Tesoro Petroleum Corporation and Tesoro Refining and Marketing Company, Inc.:**

Jesus R. Chavez, Esq.
Jamie O. Kendall, Esq.
Berj Khoren Parseghian, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6400

**For Defendants Ultramar Inc., Valero Refining Company California, and Valero Marketing and Supply Company:**

Coy M. Connelly, Esq.
J. Clifford Gunter, III, Esq.
Tracie Jo Renfroe, Esq.

Bracewell & Patterson
South Tower Pennzoil Plaza
711 Louisiana St., Suite 2900
Houston, TX 77002-2781
(713) 221-1335

Kevin M. McDonald, Esq.
Valero Energy Corp.
One Valero Pl., PO Box 50
San Antonio, TX 78292-0500
(210) 370-2208

**For Defendants Chevron Texaco Corporation, Chevron U.S.A., Inc., Texaco Refining and Marketing Inc., Texaco Inc., Union Oil Co of California, and Unocal Corporation:**

Samuel D. Davis, Esq.
David A. Grenardo, Esq.
King & Spalding LLP (TX)
1100 Louisiana
Houston, TX 77002
(713) 276-7329

David Louis Schrader, Esq.
Allison N. Shue, Esq.
John L. Wasilczyk, Esq.
Michael T. Zarro, Esq.
Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Flr.
Los Angeles, CA 90071
(213) 612-7370


**For Defendants Exxon Corporation, Exxon Mobil Corporation, and Westport Petroleum Inc.:**

Colleen P. Doyle, Esq.
Diana Pfeffer Martin, Esq.
Bingham McCutchen, LLP
335 South Grand Avenue, Suite 4400
Los Angles, CA 90071
(213) 680-6400

Catherine M. Stites, Esq.
Bingham, McCutchen, LLP
1900 University Avenue
East Palo Alto, CA 94303
(213) 680-6400

**For Defendant Pacific Southwest Trading:**

Jeffrey L Fillerup, Esq.
Luce Forward Hamilton
Rincon Center ll
121 Spear Street, Suite 200
San Francisco, CA 94105
(415) 356-3881

**For Defendants Shell Oil Company, Equilon Enterprises, LLC, Equiva Services LLP, and Texaco Refining and Marketing Inc.:**

Hojoon Hwang, Esq.
Munger Tolles & Olson LLP
33 Montgomery Street, Ste. 1900
San Francisco, CA 94105-9781
(415) 512-4077

William D. Temko, Esq.
Munger, Tolles & Olson, LLP
355 Grand Ave. Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9100

Juan A. Marques-Diaz, Esq.
Jan C. Rodriguez-Munoz, Esq.
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 250-2619

Karin S. Schwartz, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
(212) 909-6284

Alec C. Zacaroli, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W., Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

**For Defendants New West Petroleum, LLC and New West Petroleum:**

Gregg David Josephson, Esq.
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
(916) 444-1000

**For Defendant Kern Oil and Refining Company:**

Brian M. Ledger, Esq.
Gordon and Rees
101 West Broadway, Suite 1600
San Diego, CA 92101
(619) 696-6700