UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**          Master File No. 1:00 – 1898

**Products Liability Litigation**          MDL 1358 (SAS): M21-88

**This document relates to:**

*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al.,* No. 08 Civ. 00312

---

SHIRA A. SCHEINDLIN, U.S.D.J.:

## PROPOSED ORDER EXTENDING DISCOVERY
## AS TO WESTERN REFINING YORKTOWN, INC.

Comes now Plaintiffs, by counsel, and Western Refining Yorktown, Inc., by counsel, and seek leave to extend the deadline for written discovery to October 26, 2012.

Upon review, the Court grants the extension.

SO ORDERED.

Hon. Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       Sept 19, 2012

1

## -Appearances-

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund:**

Aaron R. Dias, Esq.
Gordon C. Rhea, Esq.
Thomas P. Gressette, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, South Carolina 29464
(843) 727-6500

Barry A. Knopf, Esq.
Leonard Z. Kaufmann, Esq.
Cohn, Lifland, Pearlman, Herrmann & Knopf, L.L.P.
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

**For Sunoco, Inc. and Sunoco, Inc. (R&M):**

Patrick R. Jacobi, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6064

**For Gulf Oil Limited Partnership:**

Anthony A. Orlandi, Esq.
Brian J. Sullivan, Esq.
Goodwin Procter, LLP
53 State Street, Exchange Place
Boston, Massachusetts 02109
(617) 570-1639

Yaniv Heled, Esq.
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 459-7103

**For Getty Petroleum Marketing Inc. and Lukoil America Corp.:**

Matthew Gerard Parisi, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 287-6184

**For Coastal Eagle Point Oil Co. and El Paso Corp.:**

Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583