UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                           :

IN RE: METHYL TERTIARY BUTYL   :
ETHER ("MTBE") PRODUCTS       :         <u>ORDER</u>
LIABILITY LITIGATION               :
                                       :         Master File No. 1:00-1898
                                       :         MDL 1358 (SAS)
**This document relates to the following**  :         M21-88
**cases:**                                  :

*03 Civ. 9927; 04 Civ. 1722; 04 Civ. 2058;*  :
*04 Civ. 3412; 04 Civ. 3413; 04 Civ. 3416;*  :
*04 Civ. 4969; 04 Civ. 4970; 04 Civ. 4974;*  :
*04 Civ. 4975; 07 Civ. 8360; 08 Civ. 4290;*  :
*08 Civ. 7764; 08 Civ. 7766; 08 Civ. 9618;*  :
*08 Civ. 9619; 08 Civ. 9620; 08 Civ. 9621;*  :
*08 Civ. 9622; 08 Civ. 9667*                   :
------------------------------------------------------- X



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        After consulting with the parties in the above matters, liaison counsel in this multi-district litigation has indicated to the Court that the above matters have been resolved and should be closed by the Court.[1]  The clerk of the Court is thus directed to close the following cases:   03 Civ. 9927; 04 Civ. 1722; 04 Civ. 2058; 04 Civ. 3412; 04 Civ. 3413; 04 Civ. 3416; 04 Civ. 4969; 04 Civ. 4970; 04 Civ. 4974; 04 Civ. 4975; 07 Civ. 8360; 08 Civ. 4290; 08 Civ. 7764; 08 Civ. 7766; 08 Civ. 9618; 08 Civ. 9619; 08 Civ. 9620; 08 Civ. 9621; 08 Civ. 9622; 08 Civ.

---

      [1]    *See* 9/24/12 E-mail from Stephen Riccardulli, liaison counsel for defendants, to the Court.

1

9667.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         September 24, 2012

-Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
William A. Walsh, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 344-5461

Michael D. Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
Stephen J. Riccardulli, Esq.
Lisa A. Gerson, Esq.
Sam C. Sneed, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583