UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
IN RE: METHYL TERTIARY BUTYL                             :      ORDER
ETHER ("MTBE") PRODUCTS                                  :
LIABILITY LITIGATION                                     :      Master File No. 1:00-1898
-------------------------------------------------------- :      MDL 1358 (SAS)
                                                         :      M21-88
This document relates to:                                :
                                                         :
*Commonwealth of Puerto Rico, et al. v.*                 :
*Shell Oil Co., et al.*, 07 Civ. 10470                   :
                                                         :
-------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On August 27, 2012, defendants in the above matter moved to compel plaintiffs to supplement certain of their April 9, 2012 Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents Regarding Plaintiffs' Trial Sites. This motion (which has been fully briefed) is referred to Special Master Kenneth J. Warner for resolution.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          October 11, 2012

1

**-Appearances-**

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Peter John Sacripanti, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**For Plaintiffs Commonwealth of Puerto Rico and Commonwealth of Puerto Rico Environmental Quality Board:**

David T. Ritter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820
(340) 773-6142

Aaron R. Dias, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, SC 29464
(843) 727-6500

Orlando H. Martinez-Echeverria, Esq.
Orlando H. Martinez Law Offices
Centro De Seguros, Suite 413, 701 Ponce De Leon Avenue
San Juan, PR 00907
(787) 722-2378

Michael D. Axline, Esq.
Duane C. Miller, Esq.
Donald B. Mooney, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

**For Defendants: Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Chemical Yabucoa, Inc., Shell Company Puerto Rico LTD, Shell Oil Co., and Shell Trading (US) Company:**

Alejandro J. Cepeda-Diaz, Esq.
Juan A. Marques-Diaz, Esq.
Jan C. Rodriguez-Munoz, Esq.
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292

Alejandro J. Diaz, Esq.
Paul Hastings LLP (Conn.)
1055 Washington Blvd., 10th Floor
Stamford, CT 06901

3

Alec C. Zacaroli, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

**For Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company:**

Edwin R. Cruz, Esq.
Diego M. Diaz, Esq.
Pietrantoni Mendez & Alvarez LLP
Popular Center, 19th Floor
209 Munoz Rivera Avenue
San Juan, PR 00918
(787) 274-1212

**For Defendants Chevron U.S.A., Inc. and Texaco Refining And Marketing, Inc.:**

Samuel D. Davis, Esq.
David A. Grenardo, Esq.
King & Spalding LLP
1100 Louisiana
Houston, TX 77002
(713) 276-7329

**For Defendant Citgo Petroleum Puerto Rico Corporation:**

Nathan Philip Eimer, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, Il 60603
(312) 660-7601

4

**For Defendants Sunoco, Inc. and Sunoco, Inc. (R&M):**

Daniel A. Eisenberg, Esq.
Beveridge & Diamond, P.C. (DC)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

**For Defendant/Cross-claimant/Third-Party Plaintiff Total Petroleum Puerto Rico Corp.:**

Jorge A. Galiber, Esq.
Elaine M. Maldonado-Matias, Esq.
Sepulvado & Associates, PSC
Citibank Tower
252 Ponce de Leon Avenue, Suite 1202
San Juan, PR 00918
(787) 765-5656

**For Defendants Hess Oil Virgin Islands Corporation and Hovensa L.L.C.:**

Steven Lawerence Leifer, Esq.
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723

**For Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and ConocoPhillips Company:**
Nestor M. Mendez, Esq.
Pietranton, Mendez & Alvarez, LLC
Banco Popular Center 19th Floor
209 MuOz Rivera Ave.
San Juan, PR 00918
(787) 274-1212

Maria D. Trelles-Hernandez, Esq.
Pietragello, Bosick & Gordon
One Oxford Centre
Pittsburgh, PA 15219
(787) 274-1212