UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/12
```

In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00 – 01898

Products Liability Litigation   MDL 1358 (SAS): M21 – 88

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of this application from Mark E. Tully, Esq. requesting Admission *Pro Hac Vice*, dated October 17, 2012 it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Brian J. Sullivan Esq. is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Gulf Oil Limited Partnership.

Dated: _Oct. 19_, 2012

_____
Shira A. Scheindlin
United States District Judge

Mark Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Email: mtully@goodwinprocter.com