UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 01898
MDL 1358 (SAS): M21 – 88

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of this application requesting Admission *Pro Hac Vice* of Mark E. Tulley, Esq., dated October 22, 2012, it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Mark E. Tully, Esq. is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants Gulf Oil Limited Partnership and Cumberland Farms, Inc.

| | |
|---|---|
| Applicant's Name: | Mark E. Tully |
| Firm Name: | Goodwin Procter LLP |
| Address: | Exchange Place, Boston, MA 02109 |
| Telephone/Fax: | 617-570-1000; 617-523-1231 |
| Email Address: | mtully@goodwinprocter.com |

*Counsel must pay the required $200 fee.*

SO ORDERED:

Shira A. Scheindlin
United States District Judge

Dated: New York, New York
October 22, 2012