UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11/30/12

In re: Methyl Tertiary Butyl Ether ("MTBE")  MDL No. 1358
Products Liability Litigation  Master File C.A. No. 1:00-1898 (SAS)
M21-88

This document refers to the following case:

*Commonwealth of Puerto Rico and Commonwealth of
Puerto Rico through the Environmental Quality*   Case No. 07-10470 (SAS)
*Board v. Shell Oil Company, et al.*

## ORDER

This Court has considered the unopposed request of the Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited, to admit Jorge J. García-Díaz, Esq., of McConnell Valdes LLC, and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Jorge J. García-Díaz, Esq., is admitted to practice before this Court *pro hac vice* on behalf of the Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited in this civil action upon payment of the required $200 fee to the Clerk of the Court.

DATED: Nov. 30, 2012

Hon. Shira A. Scheindlin
United States District Judge

Jorge J. Garcia-Diaz, Esq.
McConnell Valdes LLC
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
T: 787 759-9292
jjg@mcvpr.com