UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

**ORDER**

00 Civ. 1898 (SAS)

-------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On October 03, 2005, attorney Nessa Elise Horewitch was admitted *pro hac vice* to practice before this Court on behalf of defendants Sunoco, Inc. and Sunoci, Inc. in this civil action. As Nessa's name has subsequently changed due to marriage, it is hereby

ORDERED that the Order admitting Nessa Elise Horewitch (Docket No. 791) be amended to reflect her current name, Nessa Elise Horewitch Coppinger.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 4, 2012