UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether Products
Liability Litigation

This document pertains to:

*Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.*, Case No. 04-CV-01718

*American Distilling & Manufacturing Co. v. Amerada Hess, et al.*, Case No. 04-CV-01719

*Town of East Hampton v. Amerada Hess Corp., et al.*, Case No. 04-CV-01720

*United Water Connecticut v. Amerada Hess Corp., et al.*, Case No. 04-CV-01721

*Escambia County Utilities Authority (n/k/a Emerald Coast Utilities Authority) v. Adcock Petroleum*, Case No. 04-CV-01722

*City of Galva, et al. v. Alon USA Energy Inc., et al.*, Case No. 04-CV-01723

*City of Rockport v. Amerada Hess Corp., et al.*, Case No. 04-CV-01724

*Village of Island Lake (f/k/a City of Crystal Lake) v. Amerada Hess Corp., et al.*, Case No. 04-CV-02053

*City of Mishawaka v. Amerada Hess Corp., et al.*, Case No. 04-CV-02055

*North Newton School Corp. v. Amerada Hess Corp., et al.*, Case No. 04-CV-02057

*City of Park City, Kansas v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-02059

*City of Dodge City, Kansas v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-02060

*Chisholm Creek Utility Authority v. Alon USA Energy, et al.*, Case No. 04-CV-02061

*City of Bel Aire, County of Sedgwick Water Authority v. Alon USA Energy, et al.*, Case No. 04-CV-02062

*City of South Bend, Indiana v. Amerada Hess Corp., et al.*, Case No. 04-CV-02560 2056

*City of Marksville v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-03412

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

*Town of Rayville v. Alon USA Energy, Inc., et al.*, Case No. 04-CV-03413

*Incorporated Village of Sands Point v. Amerada Hess, et al.*, Case No. 04-CV-03416

*Craftsbury Fire District #2 v. Amerada Hess Corp., et al.*, Case No. 04-CV-03419

*Town of Campbellsburg v. Amerada Hess Corp., et al.*, Case No. 04-CV-04990

*Hicksville Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-05421

*Franklin Square Water District v. Amerada Hess Corp., et al.*, Case No. 04-CV-05423

*Northampton Bucks County Municipal Authority v. Amerada Hess Corp., et al.*, Case No. 04-CV-06993

*Greensville County Water and Sewer v. Amerada Hess Corp., et al.*, Case No. 05-CV-01310

*City of Lowell v. Amerada Hess Corp., et al.*, Case No. 05-CV-04018

*Town of Billerica, et al. v. Amerada Hess Corp., et al.*, Case No. 06-CV-01381

*Town of Middleborough, et al. v. Amerada Hess Corp., et al.*, Case No. 06-CV-03741

*St. Nicholas Parish v. Atlantic Richfield Company, et al.*, Case No. 06-CV-03742

*Coffey Insurance Services v. Atlantic Richfield Company, et al.*, Case No. 06-CV-03750

*Freedom Sanitary District #1 v. Amerada Hess Corp., et al.*, Case No. 06-CV-03751

*Capital Credit Union v. Atlantic Richfield Company, et al.*, Case No. 06-CV-03752

*Abrahamson v. Amerada Hess Corp., et al.*, Case No. 06-CV-03753

*Town of Freedom v. Amerada Hess Corp., et al.*, Case No. 06-CV-03754

*State of New Mexico v. Atlantic Richfield Company, et al.*, Case No. 06-CV-05496

*Town of Lakeville, et al. v. Atlantic Richfield Company, et al.*, Case No. 07-CV-08360

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation (collectively, "Settling Defendants"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Settling Defendants as set forth in the Plaintiffs' current Complaints with prejudice. The parties have reached a settlement agreement and final resolution of all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: _____

**WEITZ & LUXENBERG, PC**

By: _____

Robin L. Greenwald
William Walsh
700 Broadway
New York, New York 10003
Phone: (212) 558-5802

*Attorney for Plaintiffs*

Dated: 11/20/12

**McDERMOTT WILL & EMERY, LLP**

By: _____

Peter John Sacripanti, Esq.
Stephen J. Riccardulli, Esq.
340 Madison Avenue
New York, New York 10173
Phone: (212) 547-5400

*Attorney for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation*

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation (collectively, "Settling Defendants"), have advised the Court that they have resolved the matters between them and agree to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered with the findings included below:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle the captioned matters pursuant to a Settlement Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of the captioned actions as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

**AGREED TO AND ACCEPTED BY:**

Dated: 11/20/12

**WEITZ & LUXENBERG, PC**

By: _____

Robin L. Greenwald
William Walsh
700 Broadway
New York, New York 10003
Phone: (212) 558-5802

*Attorney for Plaintiffs*

Dated: 11/20/12

**McDERMOTT WILL & EMERY, LLP**

By: _____

Peter John Sacripanti, Esq.
Stephen J. Riccardulli, Esq.
340 Madison Avenue
New York, New York 10173
Phone: (212) 547-5400

*Attorney for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: Dec. 3, 2012