UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*City of Merced Redevelopment Agency v. Exxon Mobil
Corporation, et al., Case No. 08 Civ. 06306 (SAS)*

**ORDER**
**Master File No. 1:00-1898**
**MDL 1358 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Because Defendant ConocoPhillips Co. has been dismissed as a

defendant in the above-captioned matter, and because it never filed its proposed

Memorandum of Points and Authorities in Support of Motion for Determination of

Good Faith Settlement and Exhibits 8 and 10 Thereto ("Memorandum"), its

Motion to Seal the Memorandum is moot.  For this reason, the Clerk of the Court is

directed to close Defendant ConocoPhillips's Motion to Seal (Docket No. 126).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           December 19, 2012