```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　MDL 1358 (SAS)
Products Liability Litigation

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A. Inc., et al.*
04 Civ. 04973

---

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After having considered the foregoing Stipulation of Dismissal with Prejudice as to Defendants Chevron Corporation, Chevron Environmental Management Company ("CEMC"), and Unocal Corporation, and for good cause shown, the Court hereby:

**ORDERS, ADJUDGES, AND DECREES** that all claims and demands of Plaintiff City of Fresno against Defendants Chevron Corporation, CEMC, and Unocal Corporation are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 1/2/13

_____
United States District Judge