UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*City of Fresno v. Chevron U.S.A. Inc., et al*

**ORDER**
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

# CASE MANAGEMENT ORDER # 108
(Trial Sites and Dismissed Sites)

On October 22, 2003, Plaintiff City of Fresno filed its Complaint against Defendants Chevron U.S.A. Inc., et al, in the Superior Court for the State of California, San Francisco County, alleging that Defendants were liable for contaminating the City of Fresno's public drinking water supplies with MTBE and TBA.[1] The case was removed to federal court and transferred to this court, where discovery and pretrial matters have been proceeding. After the conclusion of all discovery related to Plaintiff's causes of action and the sources of the alleged MTBE and TBA contamination, on August 16, 2012 at the Status Conference the Court ordered Plaintiff to identify (a) the sites at which Plaintiff will pursue claims at trial and the Defendants against which it will assert those claims for each site, (b) the sites at which Plaintiff is dismissing all claims with prejudice, and (c) the sites at which Plaintiff is dismissing all claims, but at which the Parties dispute whether the dismissal should be with or without prejudice. On October 5, 2012, Plaintiff served a revised station matrix identifying these three categories.

After considering the foregoing, the revised station matrix, and the arguments of counsel, it is hereby **ORDERED** that:

---

[1] Plaintiff filed a First Amended Complaint on October 28, 2004.

A.     Plaintiff may only assert claims at trial for the following sites and only against the Defendant(s) identified for each site. This matrix may be modified to delete sites and/or Defendants, but cannot be revised to add sites and/or Defendants.[2]

| Station Name and Address | Defendant(s) |
|---|---|
| M & S Texaco, 2619 S. East Avenue | Kern Oil, Lyondell, Shell |
| Tosco #30587, 1610 N. Palm | Chevron, Coastal, ConocoPhillips, Kern Oil, Lyondell |
| 7-Eleven #19198, 1596 N. Palm Avenue | Citgo |
| Valley Gas, 2139 South Elm Street | Arco, Duke, Kern Oil, Tesoro, Valero |
| Chevron #9-4374, 1160 Fresno Street | Chevron, Coastal, Kern Oil, Lyondell |
| Shell (1212), 1212 Fresno Street | Kern Oil, Lyondell, Shell |
| Unocal #6353, 1418 E. Shaw | Chevron, Coastal, ConocoPhillips, Kern Oil, Lyondell |
| U&A Gas & Food Mart, 2929 N. Blackstone | Tesoro |
| Ratcliff Gas, 2145 Blackstone Avenue | Arco |
| Beacon #537, 798 West Gettysburg, Clovis | Arco, Valero |
| Gilbert's Exxon, 4142 East Church | Coastal, Exxon, Lyondell |
| Van Ness Auto, 2740 North Van Ness | Chevron, Coastal, Duke, Kern Oil, Lyondell |
| Smith Tank Lines (Former Carey Oil), 30 E. Divisadero Street | Duke, Kern Oil, Valero |
| Red Triangle, 2809 South Chestnut Avenue | Coastal, Duke, Exxon, Kern Oil, Lyondell, Nella, New West, Tesoro, Valero |
| Chevron #9-9093, 3996 N. Parkway Drive | Chevron, Coastal, Kern Oil, Lyondell |
| Tosco #39118, 1605 N. Cedar | Chevron, Coastal, ConocoPhillips, Kern Oil, Lyondell |
| Beacon #3519, 4591 E. Belmont Avenue | Arco, Duke, Kern Oil, Valero |
| Beacon-Arco #615, 1625 Chestnut Avenue | Arco, Duke, Kern Oil, Valero |

---

[2]    Notwithstanding the Parties' agreement to present this proposed Order to the Court, Defendants make no admissions as to the accuracy of the matrix, dispute Plaintiff's designation of particular Defendants at particular sites, and dispute and deny the claims asserted at *all* sites.

| Exxon Service Station, 4594 East Tulare Street | Arco, Coastal, Duke, Exxon, Kern Oil, Lyondell, Valero |
|---|---|
| 7-Eleven #13917, 3645 Olive Avenue | Citgo |

B.  The following sites shall be dismissed with prejudice.

| Station Name and Address |
|---|
| Tosco Circle K #8374, 247 E. Olive Avenue |
| Former Unocal, 794 W. Shaw, Clovis |
| Arco #610, 4192 North Fresno Street |
| Gas 4 Less, 3076 East Gettysburg |
| Classic Car Wash, 5785 N. First |
| Beacon Fifth Wheel Truck Stop, 3767 South Golden State |
| Cor-O-Lite Block, Inc., 4569 East Florence Avenue |
| J&C Food & Gas, 2394 South Elm Avenue |

C.  After hearing argument of counsel, the Court gave Plaintiff the option to either dismiss the following sites with prejudice or pay the costs Defendants incurred with respect to these sites. After having been provided a good faith estimate of those costs, Plaintiff elected not to pay such costs. Plaintiff has agreed to dismiss these sites, but believes they should be dismissed without prejudice. Based on the arguments of counsel and the relevant legal authorities, the Court hereby orders that the following sites shall be dismissed with prejudice.

| Station Name and Address |
|---|
| Family Express Food & Liquor, 4205 E. Butler Avenue |
| G&K Mini Mart, 4090 South Chestnut |
| Whirlwind Car Wash, 225 North H Street |
| Unocal, 101 N. Roosevelt |

-4-

| |
|---|
| Dave's Exxon, 1703 W. Olive |
| Shell, 1014 E. Bullard |
| Texaco, 5756 N. 1st Street |
| Quality Food n Gas, 4602 E. Church |
| 7-Eleven # 16970, 2397 S. Chestnut |
| Silvas Currie Bros., 3217 E. Lorena |
| Herndon 76, 7010 N. West Avenue |

C.  The Order of Dismissal is attached as Exhibit A.

SO ORDERED:

_____
The Honorable Shira A. Scheindlin

DATED:  New York, New York
January 02, 2013