<u>EXHIBIT A</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE")** **Products Liability Litigation** | **ORDER** **Master File No. 1:00-1898** **MDL 1358 (SAS)** |
| **This document relates to:** | **M21-88** |
| *City of Fresno v. Chevron U.S.A. Inc., et al* | |

<u>ORDER OF DISMISSAL</u>

On October 22, 2003, Plaintiff City of Fresno filed its Complaint against Defendants

Chevron U.S.A. Inc., et al, in the Superior Court for the State of California, San Francisco

County, alleging that Defendants were liable for contaminating the City of Fresno's public

drinking water supplies with MTBE and TBA.[1]  The case was removed to federal court and

transferred to this court.  After the conclusion of all discovery related to Plaintiff's causes of

action and the sources of the alleged MTBE and TBA contamination, Plaintiff identified the sites

below at which it is dismissing all of its claims with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that all causes of action

against any and all Defendants for the sites identified below are hereby dismissed with prejudice:

| Station Name and Address |
|---|
| Tosco Circle K #8374, 247 E. Olive Avenue |
| Former Unocal, 794 W. Shaw, Clovis |
| Arco #610, 4192 North Fresno Street |
| Gas 4 Less, 3076 East Gettysburg |

---

[1]     Plaintiff filed a First Amended Complaint on October 28, 2004.

| |
|---|
| Classic Car Wash, 5785 N. First |
| Beacon Fifth Wheel Truck Stop, 3767 South Golden State |
| Cor-O-Lite Block, Inc., 4569 East Florence Avenue |
| J&C Food & Gas, 2394 South Elm Avenue |
| Family Express Food & Liquor, 4205 E. Butler Avenue |
| G&K Mini Mart, 4090 South Chestnut |
| Whirlwind Car Wash, 225 North H Street |
| Unocal, 101 N. Roosevelt |
| Dave's Exxon, 1703 W. Olive |
| Shell, 1014 E. Bullard |
| Texaco, 5756 N. 1st Street |
| Quality Food n Gas, 4602 E. Church |
| 7-Eleven # 16970, 2397 S. Chestnut |
| Silvas Currie Bros., 3217 E. Lorena |
| Herndon 76, 7010 N. West Avenue |

SO ORDERED:

The Honorable Shira A. Scheindlin

DATED:     New York, New York
           January 02, 2013