UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl *tertiary* Butyl Ether ("MtBE")
Products Liability Litigation

This Document Relates To:

*City of Fresno v. Chevron U.S.A. Inc., et al.,*
Case No. 04 Civ. 4973 (SAS)

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## ORDER RE BRIEFING ON BP DEFENDANTS' MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D. of this Court's Individual Rules and Procedures, the following briefing schedule shall apply to the BP Defendants' Motion for Good Faith Settlement Determination filed in *City of Fresno v. Chevron U.S.A. Inc., et al.,* Case No. 04 Civ. 4973 (SAS) on January 4, 2013:

January 18, 2013 – Deadline for opposition briefs

January 25, 2013 – Deadline for reply briefs (if necessary)

SO ORDERED:

_____
The Honorable Shira A. Scheindlin

Dated:   New York, New York
         January 4, 2013

33163905v1