**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A. Inc., et al.,*
Case No. 04 Civ. 04973 (SAS)

---

**ORDER**

MDL 1358 (SAS)

## ORDER RE BRIEFING ON DEFENDANT CONOCOPHILLIPS COMPANY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D. of this Court's Individual Rules and Procedures, the following briefing schedule shall apply to ConocoPhillips Company's Motion for Good Faith Settlement Determination filed in *City of Fresno v. Chevron U.S.A. Inc., et al.*, Case No. 04 Civ. 4973 (SAS) on January 24, 2013:

February 7, 2013 – Deadline for opposition briefs

February 14, 2013 – Deadline for reply briefs (if necessary)

**SO ORDERED:**

_____
The Honorable Shira A. Scheindlin

Dated:       New York, New York
             January 25, 2013

LA\3037871.1

1



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) MDL 1358 (SAS) |

This document pertains to:

*Commonwealth of Puerto Rico*
*v. Shell Oil Co., et al*

*Case No.: 07-CIV-10470*

## ORDER APPROVING WITHDRAWAL OF COUNSEL

The application to withdraw the appearance for plaintiffs in this matter of the firm of Richardson, Patrick, Westbrook & Brickman, LLC, and its attorneys, Aaron Dias and Gordon C. Rhea, is hereby **GRANTED**, pursuant to Local Civil Rule 1.4.

The firm of Jackson Gilmour & Dobbs, PC, and its attorneys may enter their appearance on behalf of plaintiffs in substitution of withdrawing counsel.

SO ORDERED:

Dated: January 25, 2013

_____
**HON. SHIRA A. SCHEINDLIN,**
**U.S.D.J.**