

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) MDL 1358 (SAS) |

This document pertains to:

*Commonwealth of Puerto Rico*
*v. Shell Oil Co., et al*

*Case No.:  07-CIV-10470*



## ORDER APPROVING WITHDRAWAL OF COUNSEL

The application to withdraw the appearance for plaintiffs in this matter of the firm of Richardson, Patrick, Westbrook & Brickman, LLC, and its attorneys, Aaron Dias and Gordon C. Rhea, is hereby **GRANTED**, pursuant to Local Civil Rule 1.4.

The firm of Jackson Gilmour & Dobbs, PC, and its attorneys may enter their appearance on behalf of plaintiffs in substitution of withdrawing counsel.

SO ORDERED:

Dated: January 25, 2013

**HON. SHIRA A. SCHEINDLIN,**
**U.S.D.J.**