UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK




| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) MDL 1358 (SAS) |

This document pertains to:

*Commonwealth of Puerto Rico v. Shell Oil Co., et al*

Case No.: 07-CIV-10470

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Plaintiffs and there being no opposition thereto, the *pro hac vice* admission of the following attorneys to appear on behalf of Plaintiff Commonwealth of Puerto Rico in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office:

William J. Jackson
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX  77027
(713) 355-5050

John D.S. Gilmour
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX  77027
(713) 355-5050

Victor L. Cardenas, Jr.
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX  77027
(713) 355-5007

William C. Petit
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX  77027
(713) 355-5023

Heidi Bundren
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX 77027
(713) 355-5008

Noe Reyna
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX 77027
(713) 355-2018

SO ORDERED:

Dated: January 25, 2013

HON. SHIRA A. SCHEINDLIN,
U.S.D.J.