UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ORDER<br><br>Master File No. 1:00 - 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.* | 07 Civ. 10470 (SAS) |

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

1. Plaintiffs' Second Amended Complaint included documents attached as Appendix A.

2. With the Court's permission, Plaintiffs filed a Third Amended Complaint on December 3, 2012.

3. Plaintiffs inadvertently did not attach Appendix A to the Third Amended Complaint.

4. Plaintiffs request, and Defendants do not object to, the inclusion of Appendix A in the Third Amended Complaint.

IT IS HEREBY ORDERED that Appendix A is to be attached to the Third Amended Complaint, and it is to be deemed filed on December 3, 2012.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN, U.S.D.J.

Dated: January 28, 2013
New York, New York