UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION**

This document pertains to:

*This Document Related to All Cases*

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

---

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTE** that KRENICE M. ROSEMAN is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants through their attorneys: J. Andrew Langan, Andrew Running, Wendy Bloom, Sylvia Nicole Winston, Christina Briesacher and Jeffrey J. Freeman, and all future correspondence and papers in this action should continue to be directed to them.

Dated: February 27, 2013

Respectfully submitted,

/s/ *Jeffrey J. Freeman*
L. Andrew Langan, P.C.
Andrew R. Running
Sylvia N. Winston
Jeffrey J. Freeman
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
(312) 862-2000 Telephone
(312) 862-2200 Facsimile

*Attorneys for Defendants*
*BP Amoco Chemical Company, BP America, Inc., BP Products North America Inc., Atlantic Richfield Company* and
*any other BP entity properly named and served*

## **CERTIFICATE OF SERVICE**

I, Jeffrey J. Freeman, hereby certify that on this 1st day of March, 2013, a true and correct copy of the foregoing ***NOTICE OF WITHDRAWAL OF COUNSEL*** was served on all counsel of record via LexisNexis File & Serve.

                                                                  /s/ *Jeffrey J. Freeman*
                                                                  One of the Attorneys for the Defendants