UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al.*

ORDER

Master File No. 1:00 - 1898
MDL 1358 (SAS)

M21-88

No. 07 Civ. 10470 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

## ORDER APPROVING ALTERNATE SERVICE OF PROCESS

Plaintiffs have requested that this Court issue an Order allowing service of the Third Amended Complaint upon foreign defendants by international courier service pursuant to Fed.R.Civ.P. 4(f)(3), based on the following:

1. Pursuant to Federal Rules of Civil Procedure 4(f)(1) and (3), an individual or corporation in a foreign country may be served "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents" ("The Hague Convention") or "by any other means not prohibited by international agreement, as the court orders."

2. The Hague Convention Article 10(a) states: "Provided the State of destination does not object, the present Convention shall not interfere with – the freedom to send judicial documents, by postal channels, directly to persons abroad."

Based on the foregoing, it is hereby

ORDERED, that pursuant to Fed.R.Civ.P. 4(f)(3), Plaintiffs are permitted to effectuate service on those foreign defendants, whose States of destination have not objected under the Hague Convention to service through postal channels, by using international couriers, such as Federal Express International or DHL Global Mail, which service is reasonably calculated to give defendants notice of the pendency of this action.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN, U.S.D.J.

Dated: February 27, 2013