UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE")--<br>Products Liability Litigation | Master File No. 1:00 – 1898<br>MDL 1358 (SAS): M21-88 |
| **This document relates to:**<br>*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al.*, No. 08 Civ. 00312 | |

## ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit *pro hac vice* Jeffrey J. Freeman of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Jeffrey J. Freeman is admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $200.00 to the Clerk of Court.

Jeffrey J. Freeman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-7049
jeffrey.freeman@kirkland.com

DATED: 3/5/13

The Honorable Shira A. Scheindlin
United States District Judge