UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | : MDL 1358 (SAS) : : Master File No. 1:00-1898 (SAS) : |
| This document relates to: | : No. M21-88 : |
| *New Jersey Department of Environmental Protection et al. v. Atlantic Richfield Co., et al.* No. 08 Civ. 00312 (SAS) | : : : |

---------------------------------------------------------------

### ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendant ConocoPhillips Company to admit, *pro hac vice*, Matthew D. Thurlow of Latham & Watkins LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Matthew D. Thurlow is admitted to practice before the Court *pro hac vice* on behalf of ConocoPhillips Company in *New Jersey Department of Environmental Protection et al. v. Atlantic Richfield Co., et al.* upon payment of the required $200.00 to the Clerk of Court.

Matthew D. Thurlow
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

Phone: (202) 637-1051
matthew.thurlow@lw.com

Dated: 3/12/13

The Honorable Shira A. Scheindlin
United States District Judge