UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| Commonwealth of Puerto Rico; et. al.<br><br>Plaintiff<br><br>v.<br><br>Shell Oil Company; et al.<br><br>Defendants | Case No. 07-Civ.-10470 (SAS) |

## Order for Admission Pro Hac Vice

Through letter sent to Chambers on March 8, 2013, attorneys Jaime Sifre-Rodriguez and Adrian Sanchez-Pagan requested admission *Pro Hac Vice* to appear for all purposes as counsel for Peerless Oil & Chemicals, Inc. According to the letter, both attorneys consulted with their adversaries and no opposition to their intent was put forth.

There being no expressed opposition, the request made by attorneys Jaime Sifre-Rodriguez and Adrian Sanchez-Pagan to practice *Pro Hac Vice* in the case of caption is granted.

Both Mr. Sifre and Mr. Sanchez have declared that they are members in good standing of the bar of the Commonwealth of Puerto Rico and that their contact information is as follows:

|  |  |
|---|---|
| Jaime Sifre-Rodriguez | Adrian Sanchez-Pagan |
| jsifre@sbsmnlaw.com | asanchez@sbsmnlaw.com |
| P.O. Box 364428 | P.O. Box 364428 |
| San Juan, Puerto Rico 00936 | San Juan, Puerto Rico 00936 |
| Tel.: 787-756-7880 | Tel.: 787-756-7880 |
| Fax: 787-753-6580 | Fax: 787-753-6580 |

**It is Hereby Ordered** that Jaime Sifre-Rodriguez and Adrian Sanchez-Pagan are admitted to practice *Pro Hac Vice* in the above caption case in the United District Court for the Souther District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___3/13/13___

_____
United States District Judge