

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A., Inc., et al.*,
Case No. 04-Cv-04973

### DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR LACK OF EVIDENCE PERTAINING TO CAUSATION

Please take notice that Defendants[1] hereby move this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment as to all of Plaintiff City of Fresno's causes of action related to seventeen gasoline stations alleged to be sources of methyl tertiary butyl ether contamination. This motion asserts that Plaintiff lacks sufficient evidence against the moving Defendants to establish causation.

This Motion is based upon the accompanying memorandum of law in support and the attached materials filed with the Court, as well as such other argument and evidence as the Court may consider at any hearing in consideration of this motion.

---

[1] The accompanying motion is brought on behalf of Coastal Chem, Inc. ("Coastal Chem"); Duke Energy Merchants, LLC and Northridge Petroleum Marketing U.S. (collectively "Duke"); Kern Oil & Refining Co. ("Kern Oil"); Tesoro Corporation (f/k/a Tesoro Petroleum Corporation); Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company, Inc.) (collectively "Tesoro"); and Valero Marketing & Supply Company and Valero Refining Company-California (collectively "Valero").

Dated: March 15, 2013

/s/ Brent H. Allen (by permission)

Brent H. Allen
James Layman
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

*Attorneys for Coastal Chem, Inc.*

/s/ Brian M. Ledger (by permission)

Brian M. Ledger
GORDEON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA 92101
 Tel: (619) 696-6700
 Fax: (619) 696-7124

*Attorney for Kern Oil & Refining Co.*

/s/ M. Coy Connelly (by permission)

 M. Coy Connelly
 Kimberly G. Albert
 BRACEWELL & GIULIANI
 711 Louisiana Street, Suite 2300
 Pennzoil Place – South Tower
 Houston, TX 77002-2770
 Tel: (713) 223-2300
 Fax: (713) 221-1212

*Counsel for Valero Marketing & Supply Company and Valero Refining Company-California.*

Respectfully submitted,

/s/ James R. Wedeking

James R. Wedeking
David T. Buente, Jr.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Attorneys for Duke Energy Merchants LLC, Duke Energy Merchants California, Inc., Duke Energy Trading and Marketing LLC, and Northridge Petroleum Marketing U.S.*

/s/ Colleen P. Doyle (by permission)

 Colleen P. Doyle
 Diana Pfeffer Martin
 Suedy Torabi
 HUNTON & WILLIAMS
 550 South Hope Street, Suite 2000
 Los Angeles, CA 90071
 Tel: (213) 532-2000
 Fax: (213) 532-2020

*Counsel for Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company*