# EXHIBIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – x

**In re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**This Document Relates To:**

**City of Fresno, et al.,**

       **Plaintiffs,**

**v.**

**Chevron U.S.A. Inc.**

       **Defendants**

_____x

**MDL No. 1358**

PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO
DEFENDANT
RE PRODUCT IDENTIFICATION

POUNDING PARTY:            PLAINTIFF CITY OF FRESNO

RESPONDING PARTY:      VALERO REFINING COMPANY - CALIFORNIA

SET:                          ONE

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and in accordance with the directive of the Court at the May 11, 2004 status conference, Plaintiffs hereby submits the following First Set of Interrogatories, to be answered separately, in writing, and under oath, by each responding defendant listed on Exhibit A (attached hereto) on or before July 9, 2004. As directed by the Court at the May 11, 2004 status conference, each responding defendant's answers to these Interrogatories should include a description of the specific steps undertaken by the defendant to obtain the information contained in such answers. This First Set of Interrogatories is served without prejudice to Plaintiffs right to seek additional discovery.

1

<u>DEFINITIONS</u>

A.      All definitions contained in Local Rule 26.3 of the United States District Court for the Southern District of New York are incorporated herein by reference.

B.      **MTBE** means methyl tertiary butyl ether.

C.      **MTBE Product** means any petroleum product containing MTBE. With respect to gasoline containing MTBE, MTBE Product includes any and all of the following: conventional gasoline containing MTBE, winter oxygenate fuel containing MTBE, and/or reformulated gasoline containing MTBE; provided, however, that if any responding defendant claims that it is unable to determine whether any conventional gasoline contained MTBE for purposes of answering these Interrogatories, MTBE Product shall include any and all conventional gasoline.

D.      **Refinery** means a facility used to process crude oil, unfinished oils, natural gas liquids, or other hydrocarbons into any petroleum product.

E.      **Terminal** means a petroleum product storage and distribution facility that is supplied by pipeline, vessel or other means, and from which such petroleum products may be removed at a rack and/or distributed by pipeline, and includes bulk storage and distribution facilities located at Refineries.

F.      **Terminalling Partner** means an entity that leased petroleum product storage or otherwise had the right to store petroleum products in the product storage tanks at a Terminal not owned, operated, or controlled by that entity.

G.      **You** means the responding defendant, its subsidiaries and affiliates.

H.      **Your** means of or pertaining to the responding defendant, its subsidiaries and affiliates.

2

## INTERROGATORIES

1.      Please identify the name and address of each entity (including You, if applicable) that supplied You with MTBE Products for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County, the dates or date ranges when each such entity supplied You with MTBE Products, and the name and address of each Refinery from which such MTBE Products were supplied.

2.      Please identify the name and address of each entity from which You obtained neat MTBE for use at any Refinery owned or operated by You that supplied gasoline for ultimate delivery into Kern County, the dates or date ranges when MTBE was acquired from each such supplier, and the name and address of Your Refinery(ies).

3.      Please identify each Terminal You use or used to supply gasoline for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County and the dates or date ranges when You have used such Terminal. For each Terminal You use or used, please also state whether You owned or operated such Terminal or were a Tenninalling Partner at such Terminal.

Dated:        Sacramento, California
              August 4, 2004                    MILLER, AXLINE & SAWYER


              By:    _____
                     DUANE C. MILLER, SBN 57812
                     MILLER, AXLINE & SAWYER
                     Attorneys for Plaintiffs
                     1050 Fulton Avenue, Suite 100
                     Sacramento, CA 95825
                     Phone: (916) 488-6688

PROOF OF SERVICE VIA E-MAIL AND US MAIL

2     I, Christina Hise, hereby declare under penalty of perjury of the law that a true copy of the

3 ollowing:

4     PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RE

5     PRODUCTION IDENTIFICATION

6     [VALERO REFINING COMPANY - CALIFORNIA]

7 as served via e-mail, pursuant to Judge Shira A. Schiendlin's Case Management Order dated

8 pril 1, 2004 [Section IV], upon:

9 eter Sacripanti, Esq.                     Defense Liaison Counsel.
   cDermott Will & Emery LLP
10 sacripanti@mwe.com

11 +tan Alpert, Esq.                         Plaintiffs' Liaison Counsel.
   •ertaweitzlux.com

12

13 n the 4th day of August, 2004, and on the following persons or parties by placing a true copy
hereof in a sealed envelope, showing the addresses set forth below, for collection and deposit in
he United States Postal Service on that date following ordinary business practices:

14

15     See Attached List

16     I declare under penalty of perjury under the laws of the State of California and the United

17 ta es of America that the foregoing is true and correct.

18     Executed on August 4, 2004, at Sacramento, California.

19

20     CHRISTINA HISE

21

22

23

24

25

26

27

28

|    |  |  |
|----|--|--|
| 2  | ohn J. Wasilczyk, Esq.<br>llison N. Shue, Esq.<br>avid L. Schrader<br>ichael T. Zarro, Esq.<br>organ Lewis & Bockius<br>00 South Grand Avenue, 22n$^d$ Floor<br>os Angeles, CA 90071-3132 | Counsel for Chevron USA, Inc.; Texaco, Inc.; ChevronTexaco Corporation; Chevron Environmental Services Company |

ohn J. Wasilczyk, Esq.
llison N. Shue, Esq.
avid L. Schrader
ichael T. Zarro, Esq.
organ Lewis & Bockius
00 South Grand Avenue, 22n$^d$ Floor
os Angeles, CA 90071-3132

Counsel for Chevron USA, Inc.; Texaco, Inc.; ChevronTexaco Corporation; Chevron Environmental Services Company

ojoon Hwang, Esq.
arin S. Schwartz, Esq.
unger, Tolles & Olson
3 New Montgomery Street, 19th Floor
an Francisco, CA 94105-9781

Counsel for Shell Oil Company; Texaco Refining & Marketing, Inc.; Equilon Enterprises LLC

illiam D. Temko, Esq.
uger, Tolles & Olson
55 Grand Avenue, 35th Floor
os Angeles, CA 90071-1560

Counsel for Shell Oil Company, Equilon Enterprises LC, Equiva Services LLC, and Texaco Refining & Marketing, Inc.

olleen P. Doyle, Esq.
iana Pfeffer Martin, Esq.
atherine M. Stites, Esq.
ingham McCutchen LLP
55 South Grand Avenue, Suite 4400
os Angeles, CA 90071-1560

Counsel for Exxon Corporation; Exxon Mobil Corporation

on D. Anderson, Esq.
ichele Johnson, Esq.
atham & Watkins
50 Town Center Drive, Suite 2000
osta Mesa, CA 92626

Counsel for Tosco Corporation; ConocoPhillips Corporation

rendan M. Dixon
nocal Corporation
76 S. Valencia Avenue
rea, CA 90245

Counsel for Unocal Corporation; Unocal Oil Company of California

rian M. Ledger
udy R. Perrino
ordon & Rees LLP
01 West Broadway, Suite 1600
an Diego, CA 92101-3541

Counsel for Kern Oil & Refining Company

. Clifford Gunter, III, Esq.
racie J. Renfroe, Esq.
RACEWELL & PATTERSON, LLP
11 Louisiana Street, Suite 2900
ouston, TX 77002

Counsel for Valero Refining Company-California; Ultramar, Inc.

arc M. Seltzer, Esq.
avid C. Marcus, Esq.
usman Godfrey LLP
901 Avenue of the Stars, Ste. 950
os Angeles, CA 90067

Counsel Arco Chemical Company; Lyondell Chemical Company

| | |
|---|---|
| lan J. Hoffman, Esq.<br>lank Rome Comisky & Mccaulley, LLP<br>ne Logan Square<br>8th and Cherry Street<br>hiladephia, PA 19103-6998 | Counsel for Arco Chemical Company;<br>Lyondell Chemical Company |
| atthew T. Heartney, Esq.<br>awrence Allen Cox, Esq.<br>tephanie Michele Bonnett<br>mold & Porter<br>77 South Figueroa Street, 44t[h] Floor<br>os Angeles, CA 90017-5844 | Counsel for Atlantic Richfield Company |
| pencer T. Malysiak, Esq.<br>pencer T. Malysiak Law Corporation<br>180 Iron Point Road, Ste. 145B<br>olsom, CA 95630 | Counsel for New West Petroleum; New<br>West Petroleum LLC |
| obert P. Doty, Esq.<br>ox, Castle & Nicholson LLP<br>55 Montgomery Street, Fifteenth Floor<br>an Francisco, CA 94111-2585 | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC;<br>Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| licia Vaz<br>ox, Castle & Nicholson LLP<br>049 Century Park East<br>os Angeles, CA 90067 | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC;<br>Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| effrey L. Fillerup, Esq.<br>uce, Forward, Hamilton & Scripps, LLP<br>121 Spear Street, Suite 200<br>an Francisco, CA 94105-1582 | Counsel for Pacific Southwest Trading |
| eter M. Hart<br>right, Robinson, Osthimer & Tatum<br>4 Montgomery Street, 18t[h] Floor<br>an Francisco, CA 94104-4705 | Counsel for Nella Oil Company LLC |
| quiva Services LLC<br>/o Vivian Imperial<br>.T. Corporation<br>18 W. Seventh Street<br>os Angeles, CA 90017 | |
| estport Petroleum, Inc<br>/o Vivian Imperial<br>.T. Corporation<br>18 W. Seventh Street<br>os Angeles, CA 90017. | |