# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – x

**In re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

    **MDL No. 1358**

**This Document Relates To:**

PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO
DEFENDANT
RE PRODUCT IDENTIFICATION

**City of Fresno, et al.,**

      **Plaintiffs,**

**v.**

**Chevron** U.S.A. **Inc.**

      **Defendants**

_____x

POUNDING PARTY:         PLAINTIFF CITY OF FRESNO

RESPONDING PARTY:      CHEVRON U.S.A., INC.

SET:                ONE

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and in accordance with the directive of the Court at the May 11, 2004 status conference, Plaintiffs hereby submits the following First Set of Interrogatories, to be answered separately, in writing, and under oath, by each responding defendant listed on Exhibit A (attached hereto) on or before July 9, 2004. As directed by the Court at the May 11, 2004 status conference, each responding defendant's answers to these Interrogatories should include a description of the specific steps undertaken by the defendant to obtain the information contained in such answers. This First Set of Interrogatories is served without prejudice to Plaintiff's right to seek additional discovery.

## DEFINITIONS

A.      All definitions contained in Local Rule 26.3 of the United States District Court for the Southern District of New York are incorporated herein by reference.

B.      **MTBE** means methyl tertiary butyl ether.

C.      **MTBE Product** means any petroleum product containing MTBE. With respect to gasoline containing MTBE, MTBE Product includes any and all of the following: conventional gasoline containing MTBE, winter oxygenate fuel containing MTBE, and/or reformulated gasoline containing MTBE; provided, however, that if any responding defendant claims that it is unable to determine whether any conventional gasoline contained MTBE for purposes of answering these Interrogatories, MTBE Product shall include any and all conventional gasoline.

D.      Refinery means a facility used to process crude oil, unfinished oils, natural gas liquids, or other hydrocarbons into any petroleum product.

E.      **Terminal** means a petroleum product storage and distribution facility that is supplied by pipeline, vessel or other means, and from which such petroleum products may be removed at a rack and/or distributed by pipeline, and includes bulk storage and distribution facilities located at Refineries.

F.      **Terminalling Partner** means an entity that leased petroleum product storage or otherwise had the right to store petroleum products in the product storage tanks at a Terminal not owned, operated, or controlled by that entity.

G.      **You** means the responding defendant, its subsidiaries and affiliates.

H.      **Your** means of or pertaining to the responding defendant, its subsidiaries and affiliates.

2

<u>INTERROGATORIES</u>

1.      Please identify the name and address of each entity (including You, if applicable) that supplied You with MTBE Products for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County, the dates or date ranges when each such entity supplied You with MTBE Products, and the name and address of each Refinery from which such MTBE Products were supplied.

2.      Please identify the name and address of each entity from which You obtained neat MTBE for use at any Refinery owned or operated by You that supplied gasoline for ultimate delivery into Kern County, the dates or date ranges when MTBE was acquired from each such supplier, and the name and address of Your Refinery(ies).

3.      Please identify each Terminal You use or used to supply gasoline for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County and the dates or date ranges when You have used such Terminal. For each Terminal You use or used, please also state whether You owned or operated such Terminal or were a Terminalling Partner at such Terminal.

Dated:      Sacramento, California
            August 4, 2004                          MILLER, AXLINE & SAWYER

                                    By:   _____
                                          DUANE C. MILLER, SBN 57812
                                          MILLER, AXLINE & SAWYER
                                          Attorneys for Plaintiffs
                                          1050 Fulton Avenue, Suite 100
                                          Sacramento, CA 95825
                                          Phone: (916) 488-6688

3

<u>PROOF OF SERVICE VIA E-MAIL AND US MAIL</u>

2    I, Christina Hise, hereby declare under penalty of perjury of the law that a true copy of the

3    ollowing:

4    PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RE

5    PRODUCTION IDENTIFICATION

6    [CHEVRON U.S.A., INC.]

7    as served via e-mail, pursuant to Judge Shira A. Schiendlin's Case Management Order dated

8    pril 1, 2004 [Section IV], upon:

9    eter Sacripanti, Esq.                           Defense Liaison Counsel.
     cDermott Will & Emery LLP
10   sacripanti@mwe.com

11   tan Alpert, Esq.                                Plaintiffs' Liaison Counsel.
     salpert@weitzlux.com
12

13   n the 4th day of August, 2004, and on the following persons or parties by placing a true copy
     hereof in a sealed envelope, showing the addresses set forth below, for collection and deposit in
     he United States Postal Service on that date following ordinary business practices:

14

15   See Attached List

16   I declare under penalty of perjury under the laws of the State of California and the United
     tates of America that the foregoing is true and correct.

17

     Executed on August 4, 2004, at Sacramento, California.

18

19

20   CHRISTINA HISE

21

22

23

24

25

26

27

28

|    | | |
|----|---|---|
| | ohn J. Wasilczyk, Esq.<br>llison N. Shue, Esq. | Counsel for Chevron USA, Inc.; Texaco,<br>Inc.; ChevronTexaco Corporation; Chevron |
| 2 | avid L. Schrader<br>ichael T. Zarro, Esq. | Environmental Services Company |
| 3 | organ Lewis & Bockius |  |
| 4 | 00 South Grand Avenue, 22n$^d$ Floor<br>os Angeles, CA 90071-3132 |  |
| 5 | ojoon Hwang, Esq.<br>arin S. Schwartz, Esq. | Counsel for Shell Oil Company; Texaco<br>Refining & Marketing, Inc.; Equilon |
| 6 | unger, Tolles & Olson | Enterprises LLC |
| 7 | 3 New Montgomery Street, 19t$^h$ Floor<br>an Francisco, CA 94105-9781 |  |
| 8 |  |  |
| 9 | illiam D. Temko, Esq.<br>uger, Tolles & Olson | Counsel for Shell Oil Company, Equilon<br>Enterprises LC, Equiva Services LLC, and |
| 10 | 55 Grand Avenue, 35' Floor<br>os Angeles, CA 90071-1560 | Texaco Refining & Marketing, Inc. |
| 11 | olleen P. Doyle, Esq.<br>iana Pfeffer Martin, Esq. | Counsel for Exxon Corporation; Exxon<br>Mobil Corporation |
| 12 | atherine M. Stites, Esq.<br>ingham McCutchen LLP |  |
| 13 | 55 South Grand Avenue, Suite 4400<br>os Angeles, CA 90071-1560 |  |
| 14 |  |  |
| 15 | on D. Anderson, Esq.<br>ichele Johnson, Esq. | Counsel for Tosco Corporation;<br>ConocoPhillips Corporation |
| 16 | atham & Watkins<br>50 Town Center Drive, Suite 2000<br>osta Mesa, CA 92626 |  |
| 17 |  |  |
| 18 | rendan M. Dixon<br>nocal Corporation | Counsel for Unocal Corporation; Unocal Oil<br>Company of California |
| 19 | 76 S. Valencia Avenue<br>rea, CA 90245 |  |
| 20 | rian M. Ledger<br>udy R. Perrino | Counsel for Kern Oil & Refining Company |
| 21 | ordon & Rees LLP |  |
| 22 | 101 West Broadway, Suite 1600<br>an Diego, CA 92101-3541 |  |
| 23 | . Clifford Gunter, III, Esq.<br>racie J. Renfroe, Esq. | Counsel for Valero Refining Company-<br>California; Ultramar, Inc. |
| 24 | RACEWELL & PATTERSON, LLP<br>11 Louisiana Street, Suite 2900 |  |
| 25 | ouston, TX 77002 |  |
| 26 | arc M. Seltzer, Esq.<br>avid C. Marcus, Esq. | Counsel Arco Chemical Company; Lyondell<br>Chemical Company |
| 27 | usman Godfrey LLP<br>1901 Avenue of the Stars, Ste. 950 |  |
| 28 | os Angeles, CA 90067 |  |

| | | |
|---|---|---|
| 2 | • an J. Hoffman, Esq.<br>lank Rome Comisky & Mccaulley, LLP<br>• ne Logan Square<br>18th and Cherry Street | Counsel for Arco Chemical Company;<br>Lyondell Chemical Company |
| 3 | •hiladephia, PA 19103-6998 | |
| 4 | atthew T. Heartney, Esq.<br>awrence Allen Cox, Esq. | Counsel for Atlantic Richfield Company |
| 5 | tephanie Michele Bonnett<br>• mold & Porter | |
| 6 | 77 South Figueroa Street, 44th Floor<br>os Angeles, CA 90017-5844 | |
| 7 | | |
| 8 | pencer T. Malysiak, Esq.<br>pencer T. Malysiak Law Corporation<br>1180 Iron Point Road, Ste. 145B | Counsel for New West Petroleum; New<br>West Petroleum LLC |
| 9 | olsom, CA 95630 | |
| 10 | obert P. Doty, Esq.<br>ox, Castle & Nicholson LLP | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC; |
| 11 | 55 Montgomery Street, Fifteenth Floor<br>an Francisco, CA 94111-2585 | Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| 12 | | |
| 13 | • licia Vaz<br>ox, Castle & Nicholson LLP | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC; |
| 14 | 049 Century Park East<br>os Angeles, CA 90067 | Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| 15 | effrey L. Fillerup, Esq. | Counsel for Pacific Southwest Trading |
| 16 | uce, Forward, Hamilton & Scripps, LLP<br>121 Spear Street, Suite 200<br>an Francisco, CA 94105-1582 | |
| 17 | | |
| 18 | eter M. Hart<br>right, Robinson, Osthimer & Tatum | Counsel for Nella Oil Company LLC |
| 19 | 4 Montgomery Street, 18th Floor<br>an Francisco, CA 94104-4705 | |
| 20 | quiva Services LLC<br>/o Vivian Imperial | |
| 21 | .T. Corporation<br>18 W. Seventh Street | |
| 22 | os Angeles, CA 90017 | |
| 23 | estport Petroleum, Inc<br>/o Vivian Imperial | |
| 24 | .T. Corporation<br>18 W. Seventh Street | |
| 25 | os Angeles, CA 90017. | |
| 26 | | |
| 27 | | |
| 28 | | |