# **EXHIBIT 2**

**Documents relating to Valley Gas (2139 South Elm)**

- VLO-FRESNO-0000320, Letter from Randall K. Stephenson, Ultramar Inc. to Fresno County Environmental Health Department (May 8, 1991).

# Ultramar

Ultramar Inc.  
P.O. Box 466  
525 W. Third Street  
Hanford, CA 93232-0466  
(209) 582-0241

Telecopy:  209-584-6113 Credit & Wholesale  
209-583-3330 Administrative  
209-583-3302 Information Services  
209-583-3358 Accounting

May 8, 1991

Fresno County Environmental Health Department  
1221 Fulton Mall, Third Floor  
P.O. Box 11867  
Fresno CA 93775

SUBJECT:   BEACON STATION NO. 538, 2139 S. ELM, FRESNO, CALIFORNIA.

To whom it may concern:

Enclosed for your review and files is a copy of our consultant's SUBSURFACE ENVIRONMENTAL INVESTIGATION REPORT for the above-referenced Ultramar facility.

This investigation was conducted to evaluate the possible presence of gasoline-range hydrocarbons in the soil beneath the site. Based on the analytical results of soil samples collected during the investigation, no hydrocarbons were detected in any of the samples.

Please do not hesitate to call if you have any questions regarding this information.

Sincerely,

ULTRAMAR INC.

Randall K. Stephenson  
Environmental Specialist II

RKS/jj

Enclosure:   BSK JOB V91017.538

cc w/enc.:   Gary Rosa, Real Estate Department, Ultramar Inc.

BO002461



A Member of the Ultramar Group of Companies

BEACON  
#1 Quality and Service