# EXHIBIT 3

**Documents relating to Beacon-ARCO #615 (1625 Chestnut Avenue)**

- FCDEH-FRESNO-016697, Underground Storage Tank Unauthorized Release (Leak) / Contamination Site Report (Oct. 13, 1998);

- MARTIN-FRESNO-0001, Handwritten Notes of Dan Martin (undated); and

- MARTIN-FRESNO-0008, Branded Distributor Gasoline Agreement (undated).

# UNDERGROUND STORAGE TANK UNAUTHORIZED RELEASE (LEAK) / CONTAMINATION SITE REPORT

**EMERGENCY** ☐ YES ☒ NO  **HAS STATE OFFICE OF EMERGENCY SERVICES REPORT BEEN FILED ?** ☐ YES ☒ NO

**FOR LOCAL AGENCY USE ONLY**
I HEREBY CERTIFY THAT I HAVE DISTRIBUTED THIS INFORMATION ACCORDING TO THE DISTRIBUTION SHOWN ON THE INSTRUCTION SHEET ON THE BACK PAGE OF THIS FORM.
SIGNED *Lisa Smoot*   DATE 10-13-8

**REPORT DATE** 10 | 13 | 98   **CASE #**

## REPORTED BY
**NAME OF INDIVIDUAL FILING REPORT** Lisa Smoot   **PHONE** (209) 445-3271   **SIGNATURE** *Lisa Smoot*

**REPRESENTING** ☒ LOCAL AGENCY  ☐ OWNER/OPERATOR  ☐ REGIONAL BOARD  ☐ OTHER

**COMPANY OR AGENCY NAME** Fresno County Environmental Health System

**ADDRESS** 1221 Fulton Mall   **STREET**   Fresno **CITY**   CA **STATE**   93721 **ZIP**

## RESPONSIBLE PARTY
**NAME** Ultramar, Inc.   ☐ UNKNOWN   **CONTACT PERSON** Joseph Aldridge   **PHONE** (209) 583-3231

**ADDRESS** P.O. Box 466   **STREET**   Hanford **CITY**   CA **STATE** 93232 **ZIP**

## SITE LOCATION
**FACILITY NAME (IF APPLICABLE)** ARCO   **OPERATOR**   **PHONE** (209) 251-5904

**ADDRESS** 1625 N. Chestnut   **STREET**   Fresno **CITY**   CA **COUNTY**   93703 **ZIP**

**CROSS STREET** McKinley

## IMPLEMENTING AGENCIES
**LOCAL AGENCY** Fresno County Env. Health System   **AGENCY NAME**   **CONTACT PERSON** Jim Armstrong   **PHONE** (209) 445-3271

**REGIONAL BOARD** Central Valley Regional Water Quality Control Board   **CONTACT PERSON** John Noonan   **PHONE** (209) 445-5116

## SUBSTANCES INVOLVED
(1) Gasoline   **QUANTITY LOST (GALLONS)** ☒ UNKNOWN

(2) Diesel   ☒ UNKNOWN

## DISCOVERY/ABATEMENT
**DATE DISCOVERED** 10 | 13 | 98   **HOW DISCOVERED** ☐ INVENTORY CONTROL  ☐ TANK TEST  ☒ TANK REMOVAL  ☐ SUBSURFACE MONITORING  ☐ OTHER  ☐ NUISANCE CONDITIONS

**DATE DISCHARGE BEGAN** ☒ UNKNOWN

**METHOD USED TO STOP DISCHARGE (CHECK ALL THAT APPLY)**
☐ REMOVE CONTENTS  ☒ CLOSE TANK & REMOVE  ☐ REPAIR PIPING
☐ REPAIR TANK  ☐ CLOSE TANK & FILL IN PLACE  ☐ CHANGE PROCEDURE
☐ REPLACE TANK  ☐ OTHER

**HAS DISCHARGE BEEN STOPPED ?** ☒ YES ☐ NO   IF YES, DATE 06 | 10 | 98

## SOURCE/ CAUSE
**SOURCE OF DISCHARGE**
☐ TANK LEAK  ☒ UNKNOWN
☐ PIPING LEAK  ☐ OTHER

**CAUSE(S)**
☐ OVERFILL  ☐ RUPTURE/FAILURE  ☐ SPILL
☐ CORROSION  ☒ UNKNOWN  ☐ OTHER

## CASE TYPE
**CHECK ONE ONLY**
☒ UNDETERMINED  ☐ SOIL ONLY  ☐ GROUNDWATER  ☐ DRINKING WATER - (CHECK ONLY IF WATER WELLS HAVE ACTUALLY BEEN AFFECTED)

## CURRENT STATUS
**CHECK ONE ONLY**
☐ NO ACTION TAKEN  ☐ PRELIMINARY SITE ASSESSMENT WORKPLAN SUBMITTED  ☒ POLLUTION CHARACTERIZATION
☐ LEAK BEING CONFIRMED  ☐ PRELIMINARY SITE ASSESSMENT UNDERWAY  ☐ POST CLEANUP MONITORING IN PROGRESS
☐ REMEDIATION PLAN  ☐ CASE CLOSED (CLEANUP COMPLETED OR UNNECESSARY)  ☐ CLEANUP UNDERWAY

## REMEDIAL ACTION
**CHECK APPROPRIATE ACTION(S)** (SEE BACK FOR DETAILS)
☐ CAP SITE (CD)  ☐ EXCAVATE & DISPOSE (ED)  ☐ REMOVE FREE PRODUCT (FP)  ☐ ENHANCED BIO DEGRADATION (IT)
☐ CONTAINMENT BARRIER (CB)  ☐ EXCAVATE & TREAT (ET)  ☐ PUMP & TREAT GROUNDWATER (GT)  ☐ REPLACE SUPPLY (RS)
☐ VACUUM EXTRACT (VE)  ☐ NO ACTION REQUIRED (NA)  ☐ TREATMENT AT HOOKUP (HU)  ☐ VENT SOIL (VS)
☐ OTHER (OT)

## COMMENTS
Fresno County Community Health Dept has required the site responsible party to secure the services of an approved environmental engineering consulting firm

HSC 05 (8/90)

FCDEH-FRESNO-016697

MARTINOIL CO-MARTIN ENTERPRISES

ARCO BRANDED STATIONS LEASED TO
BEACON OIL CO LOCATED IN FRESNO
AREA   NOV, 1984 TO PRESENT TIME
(DEC)

1216 CLOVIS & BARSTOW AVE.    STILL ARCO BRANDED
    BEACON # 3612

4001 NO MARKS & ASHLAND
    BEACON # 3616         STILL BRANDED ARCO

4594   EAST TULARE & MAPLE    (STILL ARCO 1 BELIEVE)
    BEACON # 3620    SOLD TO DON DOYLE 8/9/93
    4514 W SHAW & JENNIFER    (EL MONTE GAS)
    BEACON # 3659         STILL BRANDED ARCO

1625 CHESTNUT & McKINLEY  STILL BRANDED ARCO
    BEACON # 3615

3076 E Gettysburg & 1ST ST.   SOLD to ARAKELIAN  6/89
    BEACON #         BRANDED VALERO NOW
                4/05/00 SOLD AGAIN TO ANNAI CORP

        Also enclosed
COPY OF FRANCHISE (ARCO) SALE TO BEACON
COPY OF ARCO CONTRACT - SOLD TO BEACON

                Dan Martin

MARTIN-FRESNO-0001

ARCO Petroleum Products Company
Division of AtlanticRichfieldCompany

**Branded Distributor**
**Gasoline Agreement**

This Agreement, made as of the _____ day of _____, 19_____, between **ARCO Petroleum Products Company** (a division of Atlantic Richfield Company, incorporated in Pennsylvania) with an office at 2000 Alameda de las Pulgas, San Mateo, CA 94402 hereinafter referred to as "ARCO", and _____ MARTINOIL CO. _____ of 2874 South Cherry, Fresno, CA 93706 hereinafter referred to as "Buyer";

**1. Quantity:** Subject to the terms and conditions hereinafter described, ARCO agrees to sell and Buyer agrees to purchase and pay for during each month included in the term of this Agreement, the minimum monthly quantities of motor fuels comprising gasolines and gasoline containing materials (hereinafter collectively called "Product") in full truck transport quantities of not less than _____ 5,500 _____ gallons minimum per truckload, (hereinafter called "full truck transport") or such minimum gallons per truckload as ARCO may establish by subsequent written notice, as follows:

| Monthly Quantity: | Quantities of Product | | | | Quantities of Product | |
|---|---|---|---|---|---|---|
| | Minimum | Maximum* | | | Minimum | Maximum* |
| January | 1,989,400 | 2,842,000 | | July | 2,496,900 | 3,567,000 |
| February | 2,037,000 | 2,910,000 | | August | 2,553,600 | 3,648,000 |
| March | 2,431,800 | 3,474,000 | | September | 2,601,200 | 3,716,000 |
| April | 2,593,500 | 3,705,000 | | October | 2,522,800 | 3,604,000 |
| May | 2,564,800 | 3,664,000 | | November | 2,465,400 | 3,522,000 |
| June | 2,524,900 | 3,607,000 | | December | 2,278,500 | 3,255,000 |

Total six month Minimums from ___ October 1 ___ through ___ March ___ is ___ 13,724,900 29,060,000 ___ gallons. 41,594,000

Total six month Minimums from ___ April 1 ___ through ___ September ___ is ___ 15,334,900 ___ gallons.

**2. Grade:** Subject to ARCO's rights in Paragraph 13, below, the Product which ARCO agrees to sell and Buyer agrees to purchase and pay for is ARCO branded gasoline of such grade or grades as ARCO has available for sale at the Supply Point(s) as provided in paragraph 4 of this Agreement.

**3. Delivery Limit:** Buyer understands and agrees that ARCO has no obligation whatsoever in any month to sell or deliver to Buyer in any month any quantities in excess of the minimum monthly quantity set forth above. It is further understood and agreed that ARCO may, at a time or times during the term of this Agreement and at ARCO's sole discretion, elect to advise Buyer that additional quantities are available for sale by ARCO to Buyer up to the maximum quantities set forth in Paragraph 1 above. *Buyer represents and warrants that the monthly maximum quantities, as selected by Buyer, hereinabove set forth, does not exceed its best estimate of its requirements for Product. In the event that ARCO advises Buyer of the availability of such additional quantities, Buyer may elect to purchase such additional quantities in accordance with and subject to the terms and conditions contained in this Agreement. In addition, ARCO may also, at any time or times during the term of this Agreement, and at ARCO's sole discretion, advise Buyer that additional quantities are available for sale by ARCO to Buyer in excess of the maximum quantity set forth above, in which event Buyer may elect to purchase such additional quantities in accordance with and subject to the terms and conditions contained in this Agreement. Quantities below monthly maximum not purchased by Buyer may not be carried forward without ARCO's written consent.

Buyer understands and agrees that ARCO has no obligation whatsoever in any month to sell or deliver to Buyer any quantities in excess of the monthly minimum quantities set forth above, whether or not any additional quantities have been made available to Buyer at any time during or prior to the term of this Agreement.

Buyer shall make reasonable efforts to take delivery of the monthly volumes set forth in Paragraph 1 at regular intervals during each month. Should Buyer fail to do so, ARCO may, by written notice to Buyer, establish a delivery schedule, by supply point, for Buyer and Buyer agrees to adhere thereto until such time, if any, that ARCO may cancel such delivery schedule. Failure by Buyer to strictly adhere to such delivery schedule as ARCO may establish shall constitute a breach of this Agreement.

**4. Price and Supply Point:** Buyer shall pay for Product sold and delivered hereunder at the prices established for such Product from time to time by ARCO for purchasers, if any, in the same classification as Buyer, in effect at the time and place of delivery of Product to Buyer. ARCO reserves the right to change its prices at any time without notice to Buyer. Buyer shall be solely responsible to arrange for such transport from the Supply Point(s) and for all costs, expenses and liabilities of any nature whatsoever occasioned by or arising out of such transport. As used in this Agreement, purchasers "in the same classification as Buyer" means branded motor gasoline distributors purchasing under a contract with ARCO that is substantially similar to this Agreement, including contracts in the same form as this Agreement or Branded Distributor Gasoline Agreements on forms previously or subsequently offered or accepted by ARCO. Buyer expressly understands and agrees that any change in the price of any Product purchased or sold under this Agreement will not necessarily be predicated upon nor patterned after any price established by ARCO, or any price change made by ARCO, with respect to sales to any other customer or class of trade not in the same classification as Buyer. It is further understood and agreed that the price(s) to be established by ARCO from time to time at its discretion under this Agreement shall not be required to bear any fixed or predetermined relationship, or any relationship whatsoever, to the price established by ARCO from time to time at its discretion with respect to sales to any other customer or class of trade not in the same classification as Buyer.

At ARCO's option, ARCO may, from time to time, permit Buyer to participate in a program in the nature of competitive assistance such as the temporary voluntary allowance (TVA) program. Any TVA or other competitive