# EXHIBIT 4

**Documents relating to Beacon #3519 (4591 E. Belmont Avenue)**

- FCDEH-FRESNO-017904, Purchase and Sale Agreement between Gasamat Oil Corp. and Mr. Nirmal S. Gill (July 17, 2001);

- VLO-FRESNO-0010453, Beacon Oil Company Intra-Company Memorandum (Dec. 3, 1971);

- VLO-FRESNO-0010454, Email from Debbie Dirks to Julie Johns (Jan. 29, 2001); and

- VLO-FRESNO-0010455-0010456, Ultramar Diamond Shamrock Corp. Memorandum (March 1, 2000).

08/28/2002 WED 14:37 FAX 303 442 0930 GASAMAT  Case 1:00-cv-01898-VSB-VF Document 3626-4 Filed 03/16/13 Page 2 of 5 @002/002

06/17/2001 14:08 FAX 312 64_ 7807    N R C    P.01 @003



961

# PURCHASE AND SALE AGREEMENT

## Part I

THIS AGREEMENT made and entered into this _17_ day of _July_, 2001 by and between Gasamat Oil Corp. of Colorado hereinafter referred to as ("Seller") and _Nirmel S.Gill_ (hereinafter referred to as "Purchaser")

## Part II

1.  Seller agrees to sell and convey and Purchaser agrees to purchase and accept conveyance of:

    (a) The ~~real~~ lease Property ("Property") located at _4591 E. Belmont_ _Fresno_, _CA_ store # _961_. The real Property is more fully described on Exhibit "A" attached hereto, and it is agreed that should the description set forth on Exhibit "A" not be the same as the legal description finally determined for the purposes of the title insurance or title opinion to be issued pursuant hereto, then the description set forth on Exhibit "A" shall be deemed to be amended to conform to the legal description finally determined for the purposes of such title insurance or title opinion, and the documents to be provided or executed at Closing shall contain, where necessary, such amended legal description.

    (b) The improvements and buildings including, without limitation all electrical, mechanical, plumbing, security systems, as well as signs, sign posts, plants, trees and shrubbery, all rights privileges, easements, right-of-way and appurtenances thereon, or relating to the beneficial use thereof. Gasamat identity signs and logos are the property of the Seller and will be removed at closing. The Gasamat Trade name is the property of the Seller, and is not included with the Property. Purchaser must apply for all branding and licenses which include UDS, Cardlock, Fuels, Beacon, Arco, and Smoker Friendly brands. Computer systems, proprietary software and credit card machines will be removed prior to closing. Lottery and ABC licenses are not transferable, and Purchaser must make it's own applications.

    (c) The personal property including those furniture, fixtures and equipment which are owned by Seller and located on Property.

    (d) The merchandise and motor fuel inventory and supplies to be purchased separately at closing at 66% of retail price for merchandise, at Seller's cost for cigarettes and at Seller's landed cost for motor fuel including all applicable taxes. Deli and fountain ingredients and supplies shall be at Seller's cost.

    (e) The sale is subject to the Terms and Conditions which have been provided to Purchaser in the sales brochure and PSP package. Should the Terms and Conditions conflict with this Agreement, this Agreement shall prevail.

2.  PURCHASE PRICE. The purchase price for the Property is $ _300,000_ ("Purchase Price"), payable all in cash as follows:

    (a) Bid Deposit of $ _7500_ which is equal to 2.5% of the purchase price stated above.

    (b) Additional Earnest Money $ _22,500_ This is the difference between ten percent (10%) of the Purchase Price and the Bid Deposit. The Additional Earnest Money is due

1

NRC 108 P&S AGMT

FCDEH-FRESNO-017904

BEACON OIL COMPANY                              INTRA-COMPANY MEMORANDUM

To:     W. L. Marconi                           Date:    12/3/71

cc:     V. L. Anderson, R. C. Ingram, D. E. Bacigalupo, J. D. Robertson, G. W. Echols,
        C. J. Sharbaugh, C. L. Davies, L. M. Lockhart, K. Walsh, J. Tash

## LEASE INFORMATION

| | | | |
|---|---|---|---|
| Lessor: | Irene Armey | Address: | 3481 Mayfair Dr., South, Fresno 3, Calif. |
| Service Station No.: | 519 | Beacon Charge No.: | |
| Address of SS: | 4591 E. Belmont, Fresno | Takeover Date: | October 11, 1971 |
| Rent Payable: | $165.00 per month * | Account: | 18 |
| Term: | 15 years | Options: | one 5 year option |
| Tax Status: | Beacon pays all taxes | Agencies notified re mailing of Tax Statements: | Fresno County Assessor by John Tash |

Rent Receivable:
 Rent Payable              $  165.00
 Improvements Depreciation    750.00
 Land Amortized @ 6%          N/A
 Maintenance                   70.00
 Insurance                     10.00
 Taxes                        125.00
                           $1,120.00

Company Operated:    Yes                        Subleased:    No

Insurance:  Clancy Childs by this memo.

Remarks:   * The lease calls for an increase of rent in the amount of 5% per month over
           the rental paid during the preceeding year for the duration of the lease and any
           extension. As an example, rental for the first year is $165.00 and the 5th year
           it will be $206.25, the 10th year $247.50 and the 15th year $288.75.

                                                J. C. Montgomery

JCM:es

BH003663

VLO-FRESNO-0010453

**Dirks, Debbie**

| | |
|---|---|
| From: | Fishburn, Rob |
| Sent: | Tuesday, January 30, 2001 12:45 PM |
| To: | Dirks, Debbie |
| Cc: | Johns, Julie |
| Subject: | FW: Unit # 3519 - 4591 E. Belmont, Fresno, CA |

Debbie Dirks,
We are in the early stages of assessment at the above-mentioned site. However, there appears to be hydrocarbon impacts to soil. Therefore, I anticipate being directed to do more assessment work in the future. At this point, I would predict a two to three year period of addressing the environmental issues at the site. Feel free to contact me if you have more specific questions regarding these matters. Thanks, Rob F.

-----Original Message-----

| | |
|---|---|
| From: | Johns, Julie |
| Sent: | Monday, January 29, 2001 8:59 AM |
| To: | Fishburn, Rob |
| Subject: | FW: Unit # 3519 - 4591 E. Belmont, Fresno, CA |

*Julie Johns*
Retail Environmental Services
Hanford CA
Phone 559-583-3251
Rightfax #210-370-5194

-----Original Message-----

| | |
|---|---|
| From: | Dirks, Debbie |
| Sent: | Monday, January 29, 2001 8:58 AM |
| To: | Johns, Julie |
| Cc: | Holeman, Tim; Miller, Doug (Real Estate) |
| Subject: | Unit # 3519 - 4591 E. Belmont, Fresno, CA |

We assigned this location to Gasamat and retained a remediation agreement at closing. Is this an ongoing remediation or to be followed for an extended length of time?

If we will be following for a while, do we have any idea for length of time? 3 years?

Thanks

**Debbie Dirks**
*Real Estate Dept. - Ext. 4523*
*Debbie_Dirks@udscorp.com*

VLO-FRESNO-0010454

# ULTRAMAR DIAMOND SHAMROCK
C O R P O R A T I O N

## MEMORANDUM

| | |
|---|---|
| TO: | Distribution |
| FROM: | Debbie Dirks |
| DATE: | March 1, 2000 |
| SUBJECT: | **UPDATED – Additional Money Received for Inventory**<br>Final three of the five units sold to Gasamat |

On October 20, 1999, UDS completed the sale of 5 branded operating gasoline convenience stores located in California. The Buyer was Gasamat Oil Corporation of Colorado. The properties were sold under the terms of a Purchase Agreement and Escrow Instructions between Ultramar Inc. and Gasamat Oil Corp. of Colorado dated August 20, 1999.

The owned equipment at each property was included in the sales price. This equipment was conveyed by Bill of Sale to Gasamat. The inventory of motor fuel and merchandise was conveyed under the same Bill of Sale. The inventory was conducted the evening of October 19, 1999 and the total inventory amount was $224,406.79. This amount was escrowed to Tulare Title Company by wire transfer from American Title Company on October 20, 1999. This money is held in escrow until all the ABC licenses are transferred.

The ABC licenses are now being transferred one by one to Gasamat Oil Corporation. Attached is the information for closing of escrow on the inventory for the final 3 of the 5 locations.

    Unit # 3361 – Tulare - $76,513.83
    Unit # 3519 – Fresno - $68,869.90
    Unit # 3638 – Fresno - $71,774.99

The documents pertaining to this closing will be retained in the Real Estate files. Copies of select documents have been distributed as noted below as hard copies. If you have any questions or need additional documents, please contact Debbie Dirks or Doug Miller in the Real Estate Department at extension # 4523 or # 4346.

## DISTRIBUTION

| | | |
|---|---|---|
| Cathy Lane | Sharon Kaltenbacher | Tom Austin |
| Chuck Weber | Cheryl Ornelas | Gary Rosa |
| Steve Blank | Cara Whiteside | Doug Miller |
| Peggy Gowans | Diane LaValley | Tim Holeman |
| Jan Williams | Ron Mechler | Debbie Dirks |
| Diane Allison | Connie Gannon | Shirley Myers |
| John Fitzgibbons | Cheryl Trevor | Marilyn York |

M:dkd:Closing/documents/gasamat closing memo

VLO-FRESNO-0010455