# **EXHIBIT 10**

**Narinder Singh Deposition Excerpts**

- Pages 21, 23-25, 27, 31-32, 47-48 from the deposition testimony of Narinder Singh, taken March 16, 2011.

Page 21

1    A. El Monte Gas.
2    Q. Has that name changed over the years?
3    A. It was ARCO gas station, it was under El Monte
4    Gas. And then in '99 after we put in new tanks and all
5    that, we opened back up -- it was closed down for two
6    years, then we opened back up in 2000 as Exxon.
7    Q. Is it an Exxon station at the current time?
8    A. Right now? No.
9    Q. What did it change to after Exxon?
10   A. Valero.
11   Q. Approximately when did that change?
12   A. In August -- August last year.
13   Q. Is it currently a Valero station?
14   A. Yes, sir.
15   Q. Are you the owner of that station?
16   A. Yes, sir.
17   Q. Okay. Beside that station in Selma and the one
18   at 4594 East Tulare, have you been affiliated with any
19   other stations?
20   A. No, sir.
21   Q. Can you describe for us any school or education
22   you have had after high school?
23   A. Well, I was in India, you know, I went to
24   school in India. And I didn't finish any college. I
25   went to college, but I never finished.

Page 22

1    Q. Did you have any particular course of study in
2    college?
3    A. No.
4    Q. How about after you came to the United States,
5    did you have any college?
6    A. No, sir.
7    Q. So if we talk about "the station" for
8    shorthand, can we agree --
9    A. Yes.
10   Q. -- that we are talking about 4594 East Tulare
11   here in Fresno?
12   A. Yes.
13   Q. If I ever ask something about the Selma one,
14   I'll -- I will try -- I will specify that so we are
15   clear, but otherwise I will be asking you about the
16   Fresno station.
17   A. Yes, sir.
18   Q. Can you tell us what year you first became
19   affiliated with the Fresno station?
20   A. 1994. We leased that station and we own
21   inside, and the gas was owned by El Monte Gas. El Monte
22   Gas, Mr. Don Doyle bought that station from, I believe,
23   Beacon Oil Company.
24   Q. When you say, "We owned the inside," are you --
25   are you meaning that you owned the building?

Page 23

1    A. Convenience store.
2    Q. When you say the gas was owned by El Monte, are
3    you referring to the underground storage tanks?
4    A. Yeah, the gasoline, you know, gasoline part was
5    on commission and they owned that part.
6    Q. Okay. So just to clarify, when you say the
7    gasoline part, that would be underground storage
8    tanks --
9    A. Yes, sir.
10   Q. -- piping --
11   A. Yes, sir.
12   Q. Just a second. Just a second. You are
13   anticipating where I am going. Just so we are --
14   A. Yes, sir. Yes, sir. Yes, sir.
15   Q. -- not talking at the same time.
16   A. Yes.
17   Q. So when you say the gasoline part, that would
18   be the underground storage tanks, the piping, and the
19   gas dispensers?
20   A. Yes, sir.
21   Q. Did you ever learn when Mr. Doyle bought the
22   station from Beacon?
23   A. In 1994. Same time I leased.
24   Q. Do you know who owned the land or the property
25   in 1994?

Page 24

1    A. Don Doyle bought the land and the property at
2    that time.
3    Q. Before he bought the station in 1994, do you
4    know what the station was branded?
5    A. ARCO.
6    Q. And at the time you started leasing the
7    station, what was it branded?
8    A. ARCO.
9    Q. When you say, "We leased the station," was that
10   you and your wife initially?
11   A. Me and my wife, and I have partners, Kirpal
12   Singh Sandhu. I am actually a silent partner. He run
13   that station.
14   Q. I am sorry. You said he was the silent
15   partner?
16   A. I am the silent partner.
17   Q. Oh, you are the silent partner?
18   A. Yeah.
19   Q. So from the station initially being branded
20   ARCO, did it later have another brand?
21   A. Yes.
22   Q. What was after ARCO?
23   A. After ARCO we went independent.
24   Q. What year did that occur?
25   A. That was in '99. We bought the property in '99

Page 25

1  from Mr. Doyle and replaced the tank and the piping.
2      Q. What was the station called starting in 1999?
3      A. Circle 6.
4      Q. Did it have another name after Circle 6?
5      A. It was Tulare Street ARCO before that when
6  Doyle had it, and we called Tulare Street ARCO.
7      Q. Is it on Tulare Avenue or Tulare Street?
8      A. Tulare Street.
9      Q. Okay. I am sorry. I think I said Tulare
10 Avenue earlier. Let me make a note of that. So it is
11 4594 East Tulare Street in Fresno?
12     A. Yes, sir.
13     Q. So when it was an ARCO it was called the Tulare
14 Street ARCO, starting in 1994?
15     A. Yes, sir.
16     Q. And then about 1999 it became Circle 6?
17     A. Yes, sir.
18     Q. And did it have a name after Circle 6?
19     A. We kept it Circle 6 where we did brand Exxon.
20 My best knowledge. I don't know exact year and the
21 date, but I believe in 2003 or 2002 we brand Exxon.
22     Q. When you say you brand Exxon, you started
23 selling Exxon branded gasoline?
24     A. Yes, sir.
25     Q. We might see some documents that say Exxon that

Page 26

1  might help refresh your recollection.
2         Let me -- let me go back to the brand names. I
3  was going to go through that next. When you first
4  bought the station in 1994, what brand of gasoline was
5  being delivered to you then?
6      A. It was ARCO. And we did not bought it, it was
7  leasing and just convenience store back in 1994.
8      Q. I am sorry. Okay. Correct. I am sorry. I
9  should say when you started operating the station in
10 1994.
11     A. Yes, sir.
12     Q. So it was, I am sorry, ARCO gasoline being
13 delivered to you then?
14     A. At that time, yes, sir.
15     Q. Was it ARCO gasoline up until the time you
16 switched to a Circle 6 name?
17     A. Yes, sir.
18     Q. When you switched to Circle 6 in about 1999,
19 what brand of gasoline was being delivered to you then?
20     A. Independent.
21     Q. Was there any predominant brand?
22     A. No.
23     Q. During the time you were Circle 6, before you
24 mentioned going to the Exxon brand, what jobbers were
25 delivering gas to the station?

Page 27

1      A. When it was Circle 6?
2      Q. Yes.
3      A. Oh, well, when it was ARCO.
4      Q. Well, starting with Circle 6. We can go back
5  to ARCO. Sorry.
6      A. Okay. Okay.
7      Q. We will go in time order. That's probably
8  easier.
9      A. Okay.
10     Q. Okay. When you started operating the station
11 in about 1994, what jobbers were delivering gasoline
12 then?
13     A. El Monte Gas.
14     Q. Was that the only one?
15     A. That was the only one. And they owned the gas
16 as well.
17     Q. And when you started with the Circle 6 name in
18 1999, who were any jobbers delivering gasoline then?
19     A. Yes, sir. We have a couple different jobbers,
20 which is -- one was, of course, El Monte Gas, Julien Oil
21 Company, and we had Boyett Petroleum. That's my best
22 knowledge at this moment.
23     Q. When El Monte Gas was delivering to the Circle
24 6, were they providing a particular brand?
25     A. No, we -- you know, no. It was independent.

Page 28

1  They pull wherever they pull from. And they always have
2  bill of lading and say where they pull from, but we
3  don't pay attention to it so I can't say, you know.
4      Q. Do you still have any bills of lading from the
5  time it was Circle 6 with unbranded gas?
6      A. Yes.
7      Q. You still have bills of lading in your
8  possession?
9      A. Well, you know, we have to go back so I can
10 find it, yes.
11     Q. Well, I think -- because that was the kind of
12 thing that we were looking for with the subpoena. So
13 can we talk to you after --
14     A. Yes.
15     Q. -- the deposition about trying to get copies of
16 that?
17     A. Yes.
18     Q. For Julien Oil, do you recall where they were
19 located, what city?
20     A. In Visalia.
21     Q. And then when you mentioned it was Circle 6 and
22 you switched to Exxon brand about 2002 or 2003, is it
23 correct that you started having deliveries of Exxon
24 brand gasoline at that point?
25     A. Yes.

Page 29

1    MS. KLEAVER: Objection; calls for speculation,
2 lacks foundation.
3    MR. EICKMEYER: Q. Now -- when she's done
4 talking now, you can answer.
5    A. Oh, okay.
6    Q. So, I am sorry, what was your answer?
7    A. Yes. What your question was again?
8    MR. EICKMEYER: Well, if we can get a
9 read-back.
10    (Record read)
11    THE WITNESS: Yes.
12    MR. EICKMEYER: Q. After the Circle 6 name on
13 the station, has it had another name?
14    A. No.
15    Q. So it's still Circle 6 at the present day?
16    A. Yes.
17    Q. Is it still Exxon brand gas being sold there to
18 the present day?
19    A. No, sir.
20    Q. When did that change?
21    A. That change in 2006.
22    Q. And what brand did that change to?
23    A. Valero.
24    Q. Is it still Valero gas being sold there to the
25 present day?

Page 30

1    A. Yes, sir.
2    Q. When the switch was made that you described to
3 Exxon brand in about 2002 or '3, who were the jobbers
4 delivering that Exxon gas?
5    A. It was Julien Oil Company.
6    Q. Was that the only one?
7    A. That was the only one. Yes, sir.
8    Q. After the change was made to Valero in about
9 2006, what jobbers were delivering gas to the station?
10    A. Still Julien Oil Company.
11    Q. Is that true to the present day?
12    A. Yes, sir.
13    Q. And it has only been Julien Oil during the
14 Valero years?
15    A. Yes, sir.
16    (Deposition Exhibit 2 marked for
17    identification)
18    MR. EICKMEYER: I will hand you what I have
19 marked as Exhibit 2. This is Fresno County Health
20 Services Agency, Bates FCDEH-FRESNO-020619.
21    Q. Do you recognize this page as having seen it
22 before?
23    A. This page, yeah.
24    Q. On the -- I will point -- on many of the
25 documents I will try and point you to a particular place

Page 31

1 just to make it faster. But if you ever want to stop
2 and read anything, we will be happy to take the time to
3 do that.
4    Where it says Business Owner about halfway
5 down, it looks like it says Narinder Singh, and is it
6 pronounced Kanta Singh?
7    A. Yes, that's my wife.
8    Q. And that's for the record, K-a-n-t-a?
9    A. Mm-hmm.
10    Q. I'm sorry. Can you say yes?
11    A. Yes, sir.
12    Q. You said -- I think you said "mm-hmm," so I am
13 just trying to clarify.
14    A. I'm sorry.
15    Q. So it is indicated here, do you recognize where
16 it says Owner, it looks like Kanta Singh is the
17 signature. Do you recognize that as your wife's
18 signature?
19    A. Yes, sir.
20    Q. Across from her signature, it looks like the
21 date is 5/25/95.
22    A. Yes, sir.
23    Q. Do you recognize -- I think you described it
24 was about 1994 when you had first leased the station?
25    A. Yes, sir.

Page 32

1    Q. It looks like it says Date of Business
2 Commencement here, 6/1/95.
3    A. Maybe it is '95. Maybe I am -- you know, make
4 mistake on that.
5    Q. Well, that's why I say, some of the
6 documents --
7    A. Yes.
8    Q. -- might help --
9    A. Yes, sir.
10    Q. -- refresh your memory.
11    A. Yes.
12    Q. At the time that you took over the station, was
13 there any change made of the underground storage tanks
14 at that point?
15    A. No, sir.
16    Q. Did you ever have any information when the
17 tanks that were there when you took over had originally
18 been installed?
19    A. No, sir.
20    (Deposition Exhibit 3 marked for
21    identification)
22    MR. EICKMEYER: I will show you what I have
23 marked as Exhibit 3. This is a Fresno County Health
24 Services Agency Environmental Health Application, Bates
25 FCDEH-FRESNO-020618.

Page 45

1    Q. Okay. So what you're saying -- so on -- on the
2  form they don't give you a box for mid-grade, so two of
3  these are marked premium but you are saying one was
4  premium and one was mid-grade?
5    A. Yes, sir. Yes, sir.
6    Q. And then the -- the other two were just
7  regular --
8    A. Yes, sir.
9    Q. -- unleaded?
10   A. Yes, sir.
11   Q. Is it correct, then, that all four of the tanks
12 at that point --
13   A. Yes, sir.
14   Q. Well, just a second -- that all four of the
15 tanks at that point didn't have any spill containment or
16 overfill prevention equipment?
17   A. Well, whatever is filled in this form is true
18 and correct.
19   Q. And the tanks indicated here in 1996 would have
20 been the same ones present when you started leasing the
21 station about 1994?
22   A. Yes, sir.
23   Q. And these four tanks would have been the same
24 ones that remained until the tank replacement --
25      MS. OSEROFF: It's a belated objection;

Page 46

1  misstates the record -- his testimony.
2       MR. EICKMEYER: Q. And these would have been
3  the same tanks that stayed present until they were
4  replaced later in about 1999?
5    A. Can you repeat that, please?
6    Q. Are these -- are these four tanks shown in this
7  exhibit the same tanks that remained at the station
8  until they were replaced in about 1999?
9    A. Yes, sir.
10      (Deposition Exhibit 6 marked for
11       identification)
12      MR. EICKMEYER: I am going to show you what I
13 have marked as Exhibit 6. This is titled Fresno County
14 Community Health Department, UST Monitoring/Emergency
15 Response Plan, Bates FCDEH-FRESNO-021158.
16   Q. Mr. Singh, do you recognize this page?
17   A. Yes, sir.
18   Q. Do you recognize Mr. Sandhu's signature at the
19 bottom of this page?
20   A. Yes, sir.
21   Q. Would the information on this page be accurate
22 as of the date it was filled out?
23   A. Yes, sir.
24      (Deposition Exhibit 7 marked for
25       identification)

Page 47

1       MR. EICKMEYER: I will hand you what I have
2  marked as Exhibit 7. This is entitled Fresno County
3  Health Services Agency, date June 22nd, 1998, Bates
4  RWQCB-FRESNO-017073.
5    Q. Mr. Singh, do you recognize this document?
6    A. Yes, sir.
7    Q. Is it correct that this is a cover letter
8  followed by the permit to operate the underground
9  storage tanks, expiring December 22nd, 1998?
10   A. Yes, sir.
11   Q. Did you see there is a list of numbered items
12 starting toward the bottom of the first page that
13 indicates that there are upgrade requirements no later
14 than December 22nd, 1998?
15   A. Yes, sir.
16   Q. And it has Items 1, 2, and then 3 on the next
17 page?
18   A. Yes.
19   Q. Do you recall if you took any action in
20 response to this letter indicating that the requirements
21 were coming into effect?
22   A. Absolutely.
23   Q. What did you do?
24   A. We closed the station the 22nd, December 22nd.
25 We didn't operate after that until we had new tanks.

Page 48

1  That's the time we bought the property and went back and
2  put new tanks and opened back up in May 2000 -- I
3  mean '99. The station was shut down December 22nd until
4  May of '99. I believe we opened in May or June,
5  something like that.
6       (Deposition Exhibit 8 marked for
7        identification)
8       MR. EICKMEYER: I want to show you what I have
9  marked as Exhibit 8. This is an Underground Storage
10 Tank Permit Application, Form A, Bates
11 RWQCB-FRESNO-017077 through 017078.
12   Q. Do you recall having seen this form before?
13   A. Yes, sir.
14   Q. Do you recognize Mr. Sandhu's signature at the
15 bottom?
16   A. Yes, sir.
17   Q. And would the information on this form have
18 been correct as of the date it was filled out?
19   A. Yes, sir.
20      (Deposition Exhibit 9 marked for
21       identification)
22      MR. EICKMEYER: I will hand you what I have
23 marked as Exhibit 9. This is a Certification Financial
24 Responsibility, Bates RWQCB-FRESNO-017079.
25   Q. Do you recognize Mr. Sandhu's signature at the