# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 04 CIV 4973 |
| | ) (SAS) MDL1358 |
| CHEVRON U.S.A. INC., et al., | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF:

BALINDER MEHAT, SENIOR

July 27, 2011 at 1:05 p.m.

Reported By: SHANNON D. DENNEY
              CSR No. 10385

Page 12

```
 1      Q.   If you could turn two more pages where it's
 2   labeled Attachment.  And there's a list starting with
 3   number one.
 4      A.   Uh-huh.
 5      Q.   Did you have a chance to look at the list of
 6   documents requested in this attachment?
 7      A.   Before?
 8      Q.   Before now, have you had a chance to look
 9   over --
10      A.   No.  I don't look at.
11      Q.   Let's take a moment right now then.  You see
12   starting with number one, it asks for any bills of
13   lading for shipments, deliveries, or receipts of
14   gasoline for the stations listed there, which includes
15   2929 North Blackstone.
16           Do you have any such records showing gasoline
17   deliveries to the station?
18      A.   No.
19      Q.   Do you have any invoices of gas deliveries to
20   the station?
21      A.   No.
22      Q.   As my understanding, you no longer are
23   affiliated with that station?
24      A.   No.
25      Q.   Do you know what happened to the records
```

Page 13

1  after you stopped working with that station?
2      A.   We sold it long time ago, I think.  So I
3  don't remember, maybe 1998, something like that.  So
4  that time the state board, I'm sure, I think so, but
5  not sure, I think they order to us, and we keep three
6  years by the state records stuff.  After that we throw
7  away everything.
8      Q.   So after about three years after you
9  stopped --
10     A.   Maybe three or four.  I don't remember.  But
11 we cleaning out room, then we see no letter came.  No
12 nothing came.  And we throw away everything.
13     Q.   So you're saying you didn't receive anymore
14 documents regarding the station --
15     A.   Station, something like that, you know, that.
16 So I throw away.
17     Q.   How about number seven mentions any
18 correspondence with any of the companies listed there.
19 It goes on like for -- some more on the next page.
20          Do you have any such records regarding the
21 station?
22     A.   No.
23     Q.   Number eight talks about any jobber records
24 regarding the station.
25          Do you still have anything like that?

```
1        A.   I think so.  But I'm not sure.
2        Q.   Did you ever hear what refiners produced
3   gasoline that was delivered to the Fresno station?
4        A.   No.  No.
5        Q.   Did you ever hear if any branded gasoline was
6   being delivered to the Fresno station?
7        A.   No.  I don't know.
8        Q.   Have you heard of MTBE?
9        A.   MTBE, what the company name?
10       Q.   No.  Methyl Tertiary Butyl Ether.  I'll spell
11  that for you later.
12       A.   I don't know.
13       Q.   Did you ever hear something called MTBE being
14  added to gasoline?
15       A.   No.  I don't know.
16       Q.   Did you ever hear there were different
17  formulas of gasoline sold in different seasons of the
18  year?
19       A.   I remember little bit, they call ethanol.
20  And I don't know that time we do it or not.
21       Q.   Beside ethanol, did you hear, for example, if
22  there was oxygenated gasoline?
23       A.   No.  I never heard of anything else.
24       Q.   Did you hear that the gasoline at the
25  stationed had ethanol in it during some times of the
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CITY OF FRESNO,                    )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )   No.: 04 CIV 4973
                                   )        (SAS) MDL1358
CHEVRON U.S.A. INC., et al.,       )
                                   )
        Defendants.                )
                                   )
_____)

VIDEOTAPED DEPOSITION OF:

BALDEV SINGH SANDHU

July 27, 2011 at 9:05 a.m.

Reported By: SHANNON D. DENNEY
             CSR No. 10385

```
 1    go get your glasses?
 2        A.   My glasses they are in Madera.
 3        Q.   In Madera.  Okay.  Well, this may take a
 4    little bit longer then if we have to read things to
 5    you, I guess.
 6             I have handed you what I have marked as
 7    Exhibit 1, a Notice of Deposition.
 8             Do you recall receiving a Notice of
 9    Deposition or a subpoena is the reason you're here
10    today?
11        A.   Yes.
12        Q.   In the subpoena there's a list of documents
13    that were requested on an attachment, such as any bills
14    of lading for the station, invoices, records of
15    shipments of gasoline.
16             Do you have any such records regarding 2929
17    North Blackstone?
18        A.   I believe we was out of there in 1997.  So
19    quite a bit, 15 years, we don't have it.
20        Q.   Beside the station at 2929 North Blackstone,
21    did you ever work at any other gas station?
22        A.   Yes.
23        Q.   Where were they located?
24        A.   I used to own property in Chowchilla, 1505.
25        Q.   Approximately, what years was that property
```

1    related. Otherwise, no.
2        Q.   Is it correct that you didn't bring any
3    documents here with you today, other than it looks like
4    a copy of the subpoena?
5        A.   I don't have. I don't have it.
6             (Whereupon Exhibit 2 was marked for
7             identification.)
8             MR. EICKMEYER: Q. Mr. Sandhu, I'm going to
9    mark a number of exhibits, ask you questions about if
10   there's any chance you can see any of them, please let
11   us know. Otherwise, I'll, I guess, ask you been what's
12   written on this. I'll just have to read it.
13            Exhibit 2 is titled County of Fresno
14   Environmental Health Application. Bates is FCDEH,
15   hyphen Fresno, hyphen 035878.
16            This indicates business name, which I'm not
17   clear if it's U & A or U.S.A. Mini Mart at 2929 North
18   Blackstone. There's a date at the center right of
19   1/16/91.
20            Do you recall, Mr. Sandhu, approximately when
21   you took over the station in Fresno?
22       A.   I don't remember exactly. But it has to be
23   in that late part of, I believe '90 or '91.
24       Q.   You mentioned you had a station in Chowchilla
25   about the same time as Fresno?

Page 34

1  you said Delta Petroleum, a Joe you didn't remember his
2  last name, Joe Gomes, Total Energy, did you buy from
3  these different jobbers during the time you operated
4  the station?
5      A.  Yes.
6      Q.  Did you ever have any contracts to buy gas
7  exclusively from one jobber for any time period?
8      A.  No.
9      Q.  For these different jobbers that provided
10 gasoline to the station, did you ever learn the names
11 of the refiners who had refined the gasoline being
12 delivered?
13     A.  There always on the bill of lading, but I
14 don't remember it.
15     Q.  Do you recall any of the names of the
16 refiners?
17     A.  No.
18     Q.  Do you recall ever being told by any of the
19 jobbers that any particular brand of gasoline was being
20 provided to you?
21     A.  From time to time on these bigger refiners,
22 they sell both -- less and branded under brand, but I
23 have no idea.
24     Q.  Do you have any recollection of any of the
25 brands that were being delivered to the station?

1      A.   No.

2      Q.   Do you recall ever requesting a particular
3  brand of gasoline to be delivered to the station?

4      A.   No.

5      Q.   Do you recall ever learning from what
6  terminals the gasoline came that was being delivered to
7  the station?

8      A.   No.

9      Q.   Have you ever heard of MTBE?

10     A.   Yes.

11     Q.   Do you recall ever learning that MTBE was in
12 gasoline being delivered to the station?

13     A.   I recall, but I notice there was a new
14 regulation MTBE, whatever it was.  I don't know what's
15 in the gas now.  But I recall the environment make
16 changes from time to time.  But I have no idea what it
17 does, or what it does not does, so what it stands for
18 it.  So only thing part of the gas, not part of the
19 gas, it includes MTBE.  I have no idea.

20     Q.   Do you recall when you first learned that
21 MTBE was in the gas being delivered to the station?

22     A.   No.

23     Q.   Do you recall when you first took over the
24 station if MTBE was in the gas at that point?

25     A.   I think MTBE came later.  Not at that time.

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                         -oOo-
 4   _____
 5   In re:  Methyl Tertiary Butyl
     Ether  ("MTBE") Products
 6   Liability Litigation
                                         Master File No.
 7   _____      1:00-1898
     This Document Relates To:
 8                                           Case No.
     City of Fresno                       MDL 1358 (SAS)
 9   V. Chevron U.S.A. Inc., et al.,
     Case No. 04 Civ. 4973
10   _____
11
12            DEPOSITION OF DALIBIR SINGH
13            August 9, 2011 at 2:00 p.m. (2:40)
14            Before:  MICHELLE ELYSE BANDY
                       CSR #13590
15
              Taken at:
16            Fresno, California
17
18
19
20
21
22
23
24
25
```

Page 11

```
 1   were working at the station -- the gas station at 2929
 2   North Blackstone in Fresno?
 3        A. Yes, sir.
 4        Q. What the questions are generally -- and we'll
 5   give you time if you would like to read them.  They're
 6   asking for number one, for example, if you had any
 7   bills of lading related to the station.  Do you still
 8   have any such documents?
 9        A. No, sir.
10        Q. It goes on to ask if you have any invoices for
11   shipments or deliveries or receipts of gasoline.  Do
12   you have any such documents?
13        A. No.
14        Q. Do you have any lease or purchase agreements
15   for gasoline?
16        A. No, sir.
17        Q. Under number seven it asked if you had any
18   correspondence with any of the oil companies or
19   refiners listed there, and it goes on to the top of
20   the next page a little bit?
21        A. No.
22        Q. Number eight asked if you have any
23   correspondence or documents from any jobbers who
24   delivered gasoline to the station?
25        A. No, sir.
```

1    Q. And then next series of questions asked if you
2  have any documents about any leaks -- leak detections,
3  equipment at the station?
4    A. No.
5    Q. Do you still have any documents in regard to
6  any gasoline deliveries made to the station?
7    A. No, sir.
8    Q. You're not currently working at the station,
9  correct?
10   A. I am working but not at that one.
11   Q. Right.
12   A. Other station but not that one.
13   Q. Okay. We'll clarify that for the record. Were
14 there any such documents requested here that you are
15 aware of, for example, being in a storage facility or
16 given to anyone to hold for safe keeping?
17   A. No, sir.
18   Q. Did you bring any documents with you today
19 besides your copy of the subpoena?
20   A. No.
21   Q. I know it was kind of mentioned you were here
22 last week when we had the deposition of another
23 witness in regard to this station. Did you talk to
24 him after the deposition about his testimony?
25   A. Not on this issue but we talked to each other

Page 49

1    Q. After the negotiations didn't work out, then
2    there was no interest at the station in doing business
3    with Exxon?
4    A. Yes. Another thing happened in buying that
5    load, you know. Mr. Sanidhu, I think, whatever the
6    price they go to him and then they charge you a
7    price. Exxon people. And, you know, so whatever we
8    owe them I wrote the check to them, and then they
9    said you owe us more money. And they ran to the
10   court and tried to collect more money, you know. So
11   after that we never ordered any gas load to Exxon,
12   sir.
13   Q. So for buying gasoline from Total Energy, was
14   Total used during the entire period from December 1990
15   to about 1998 to deliver gas to the station?
16           MS. DOYLE: Objection. Calls for
17   speculation.
18           THE WITNESS: To my knowledge, yes, sir.
19   BY MR. EICKMEYER:
20   Q. Besides Total Energy and Exxon, do you recall
21   any other companies that delivered gasoline to the
22   Blackstone station?
23   A. I don't know. -- don't know, sir.
24   Q. Did you ever have an understanding as to who
25   the refiner was of the gasoline being delivered by

1    Total Energy?

2              MS. DOYLE: Objection. Calls for

3    speculation.

4              THE WITNESS: I don't know, sir.

5    BY MS. DOYLE:

6       Q. When the gasoline was delivered to the station,

7    is it correct it was delivered by tanker trucks?

8       A. Yes, sir.

9       Q. Were you given paperwork such as a bill of

10   lading when gasoline was delivered?

11      A. When the gasoline delivered, you know, they

12   leave invoice and they send the, you know. They

13   leave the paperwork, you know, when they deliver the

14   gas. Then they send the real invoice to the station,

15   and then they bill the check to them.

16      Q. Do you recall if the paperwork delivered with

17   the gasoline indicated who the refiner was on it?

18      A. No. I don't know, sir.

19      Q. Do you know if any of those invoices from the

20   Blackstone station are still kept at the Chowchilla

21   station or any place else?

22      A. Everything was kept like four, five years, and

23   after that, you know, we have so much paperwork, you

24   know, we just shred it up, destroy it.

25      Q. When there was gasoline needed at the station