# Exhibit 3

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF NEW YORK

4

5    CITY OF FRESNO,                    )
                                        )
6              Plaintiff,               )
                                        )
7    vs.                                )     No. 04 CIV. 4973
                                        )     (SAS)MDL 1358
8    CHEVRON U.S.A. INC., et al.,       )
                                        )
9              Defendants.              )
     _____)

10

11

12                    DEPOSITION OF

13                     IMTIAZ AHMAD

14                  FREMONT, CALIFORNIA

15             WEDNESDAY, FEBRUARY 16, 2011

16

17

18              DEPOBOOK REPORTING SERVICES

19            Certified Shorthand Reporters

20              1600 G Street, Suite 101

21              Modesto, California 95354

22                    800-830-8885

23

24   REPORTER:    DENISE WHEELER, CSR NO. 8254

25

Deposition of Imtiaz Ahmad / February 16, 2011

1      A.   No, no, I did not.

2      Q.   Okay.  Let me ask you about the 4205 East Olive for

3   a moment.  Did you have a gas station at that site?

4      A.   There's -- there's a gas station, yes.

5      Q.   Can you describe for us what was your affiliation

6   with the station at 4205 East Olive?

7      A.   I think what -- what I need to give you some

8   background on this issue.  We bought five gas stations from

9   Ultramar at that time.  And because of the SB rules and the

10  way the loan works, we ended up splitting the five gas

11  stations into two groups, Petro Group I and Petro Group II.

12  Petro Group I had 4205 East Olive, and then there's another

13  gas station on the corner of -- it's also on Olive Avenue --

14  4205 East Olive and the cross street is Fresno on this one.

15  The other one is also Olive and -- wow.  This -- it's across

16  from the airport in Fresno.  Olive and Peach.  There you go.

17  So those were two that were in part one, Petro Group I, and

18  2139 South Elm in Fresno.  And there was one in Coalinga and

19  one in Hollister, they were Petro Group II.  So that's the

20  association.

21     Q.   Now, I have some documents here.  We can talk

22  about.  I think most of what I have is focusing on the Elm

23  station.  For shorthand can we -- I know you said there were

24  two on Olive.  If we say Elm station, we're referring to

25  2139 South Elm; is that fair?

Deposition of Imtiaz Ahmad / February 16, 2011

Page 21

1      A.   Um-hmm.

2      Q.   Is that --

3      A.   That would be fine, yes.

4      Q.   You said um-hmm, so --

5      A.   Yeah, I'm sorry.  Sorry.

6      Q.   And if we say Olive, can that refer to the station

7  at 4205 East Olive?

8      A.   Yes.

9      Q.   During the years that Petro Group I had the station

10  on Olive, can you describe for us what years that was?

11     A.   I believe we took it over on October 29 at these

12  locations.  And we operated that location until '97 when we

13  sold it out to some other people.  And up to that time part

14  of the time it was branded as Beacon, and I think about

15  after three or four years we would become independent.

16     Q.   I'm sorry, what year did you acquire the Olive

17  station?

18     A.   I believe we took it over at some time October 29,

19  1991.

20     Q.   And let's stick with the Olive station for a moment

21  so it was branded Beacon when you took it over?

22     A.   Yes.

23     Q.   And then after a few years became independent.  So

24  did it have any name on it at that time?

25     A.   It did have a name.  So just give me a moment.

Deposition of Imtiaz Ahmad / February 16, 2011

```
 1              MR. DAVIS:  Evan, I'm sorry to interrupt.  This is
 2    Sammy Davis on the phone.  My connection broke up for a
 3    moment.  What was the address?  There's a couple on Olive
 4    here on your list.
 5              MR. EICKMEYER:  One on Olive on the list 4205 East
 6    Olive.  So that's the one we're talking about now.
 7              MR. DAVIS:  Thank you.
 8              THE WITNESS:  I know you're asking me the name --
 9    the brand name.  Valley Gasoline.
10              MR. EICKMEYER:  Q.   After Valley Gasoline did it
11    ever change brands up until you sold that station?
12         A.  No.
13         Q.  Who was the refiner supplying gasoline to that
14    station on Olive?
15         A.  In the beginning the Ultramar was doing it.  And
16    then when we became independent, we bought from Total Energy
17    out of Sacramento.  And then another outfit in south San
18    Francisco called -- Sabek Oil, S-A-B-E-K, Oil out of South
19    San Francisco.  But a majority of the gasoline came from
20    Total at that time.
21         Q.  Do you recall who the jobbers were that were
22    supplying gasoline to the Olive station?  The trucking
23    companies or jobbers?
24         A.  With the Ultramar, they were their own jobbers.
25    Ultramar had their own gasoline.  And then when you said
```

Page 23

1    jobber, Total is a jobber.  Total is a jobber.  Sabek is a

2    jobber or wholesaler.  That's what you want to call them.

3        Q.  Yeah.  I'm not familiar with Sabek and that, so I

4    didn't know if they used other jobbers.  They made their own

5    deliveries; is what you're saying?

6        A.  He made his own deliveries, yeah.  He made his own

7    deliveries.

8        Q.  Let's go to the station on Elm.  If you're ever not

9    clear which station, please let me know.  And I'll try to

10   make it clear.

11       A.  Okay.

12       Q.  When you described it earlier, I think you said it

13   was Petro Group II then acquired the station on Elm?

14       A.  That is correct.

15       Q.  Do you recall when that was?

16       A.  2139 that was part of Group II.

17       Q.  Do you recall when that was acquired?

18       A.  That was acquired, like I said, October 29, 2000 --

19   1991.  I'm sorry.

20       Q.  I think you described the five stations were bought

21   at the same time?

22       A.  They were bought the same day.

23       Q.  And do you remember when the Petro Group sold or

24   divested the Elm station?

25       A.  I believe this got sold first, so this was sold

Page 24

1    probably sometime toward the end of 1996.

2         Q.   Do you recall what the Elm station was branded?

3         A.   It was branded Arco.

4         Q.   Was that during the entire time you had it?

5         A.   No.   I think when we -- it was branded Arco I would

6    say three, four years.   And then when we -- then we left

7    Ultramar, then we left -- we let Arco sign go, too.

8         Q.   Did that Elm station also became Valley Gasoline?

9         A.   Yes, it did.

10        Q.   And so that was about the same time?

11        A.   About the same time, yes.

12        Q.   You left Ultramar?

13        A.   Yes, within a few months it was let go.

14        Q.   Who was supplying the gasoline when it was an

15   Ultramar station?

16        A.   Ultramar did because Ultramar were Arco's jobber,

17   so they supplied the gas.

18        Q.   To your knowledge was Ultramar also the refiner of

19   the gasoline they were providing?

20             MR. PATTON:   This is Ben Patton on the phone.

21             Objection.   Calls for speculation.

22             THE WITNESS:   My understanding -- my understanding

23   is that Ultramar had a refinery back south.   And the way you

24   guys do it or the whole supply exchange and all that, the

25   gasoline that we got came out of either Sacramento or out of

Page 25

1    Fresno terminal.  So I don't know whose gas was it.  That I

2    would not know.

3         MR. EICKMEYER:  Q.   How about when the Elm station

4    was branded Valley Gas, who was supplying the gasoline at

5    that time?

6         A.   Total Energy and Sabek Oil.

7         Q.   When Total and Sabek were providing gas to the Elm

8    station, do you know who the refiner was of that gas?

9         A.   No, I don't.

10        Q.   Let me ask the same question for the Olive station.

11   Do you know who the refiner was of gas provided to the Olive

12   station by Total or Sabek?

13        A.   No, I would not.

14                    (Exhibit No. 2 was marked for

15                     identification.)

16        MR. EICKMEYER:  Q.   I'm handing you Exhibit 2.

17   This is County of Fresno Environmental Health Application,

18   Bates FCDEH hyphen Fresno hyphen 003657 titled Business Name

19   Beacon Service Station and Ultramar address 2139 South Elm.

20   Do you recall ever seeing this form before?

21        A.   Yes.

22        Q.   Now, I understand we have your wife's deposition

23   coming later today.  Do you recognize the name about halfway

24   down, signature, it looks like Shirley McMurphy?

25        A.   Yes.

Deposition of Imtiaz Ahmad / February 16, 2011

Page 27

1    know.

2        Q.   Is that Mr. or Ms. Eiro?

3        A.   Mr. Eiro.

4        Q.   Were the people you named in Petro Group II also

5    partners in Petro Group I?

6        A.   For -- for legal purposes we were all as one group.

7    The way -- for SB purposes we did this way, okay.  So when

8    we did the taxes, we -- we did it like all five belong to

9    one partner, and the same group belong to the other partner

10   also because we all owned together.  So this is done only

11   for SB purposes.

12       Q.   So as far as you considered the ownership everyone

13   was a partner in each of the groups?

14       A.   That is correct.

15       Q.   An indication about the middle of the page under

16   your wife's signature it looks like it's checked business

17   name change and ownership change.  So would this indicate

18   approximately the time that you indicated the station was

19   bought from Ultramar?

20       A.   That is correct.  I think the actual date when we

21   took it over was around 29th of October, I believe, '91.

22   These are permits or application to acquire the station.

23                      (Exhibit No. 3 and 4 were marked

24                       for identification.)

25            MR. EICKMEYER:   Q.    I'm going to hand you what

Deposition of Imtiaz Ahmad / February 16, 2011

Page 62

1      Q.   Okay.   Set that document aside.

2                      (Exhibit No. 21 was marked for

3                      identification.)

4           MR. EICKMEYER:  Q.    Handing you Exhibit 21.   This

5      is -- has the Ultramar logo May 8th, 1991, Bates RWQCB

6      hyphen Fresno hyphen 001265 through 1313.   I'm going to ask

7      you, Mr. Ahmad, if you received a copy of this report when

8      Petro Group took over the station?

9           MS. MOTAMED:   I'm sorry, I don't think I got one.

10          MR. EICKMEYER:   Oh.

11          THE WITNESS:   Yes.   Yes, we did receive a report on

12     this one.

13          MR. EICKMEYER:   Q.    When you received this report,

14     do you recall having any -- having any discussions with

15     anyone at Beacon about what was found at the station?

16     A.   No, sir.   Like I said earlier to you, I'm not a

17     scientist.   So I have no idea what these reports mean other

18     than the assurance was given to us that all the properties

19     were contamination free.   And we simply got those reports

20     and submitted to the SBA for their -- for their review and

21     approval.

22     Q.   When you say assurances the properties were

23     contamination free, that was told to you by someone at

24     Beacon or Ultramar?

25     A.   Beacon.

Deposition of Imtiaz Ahmad / February 16, 2011

Page 139

1    actual scheduling reasons for it, but I apologize for it

2    being somewhat awkward.

3          Can you hear me?

4     A.   I can hear you pretty good at this point.

5     Q.   As I said in the beginning, I represent the Valero

6    defendants in this case, and I just wanted to clarify a few

7    things you discussed with Mr. Eickmeyer if that's okay?

8     A.   That's okay with me.

9     Q.   I know that you said that after Petro Group II

10   purchased the Elm Street station from Ultramar, that it was

11   Beacon and Ultramar gasoline that was delivered to the

12   station; is that correct?

13    A.   That is correct.

14    Q.   And do you recall if there was a specific agreement

15   between Petro Group II and Ultramar that allowed for that

16   delivery of gasoline?

17    A.   I believe we signed the -- what do you guys call in

18   this business branded versus not branded gasoline, so that

19   particular place was branded as Beacon, so we signed a

20   contract with them.

21    Q.   Like a brand distribution marketing agreement,

22   something like that?

23    A.   Yes.

24    Q.   Okay.  And do you recall if there was a specific

25   number of years that that was set for?

Deposition of Imtiaz Ahmad / February 16, 2011

1       A.   That I don't know.  I think it was three-year

2    agreement or five-year agreement.

3       Q.   Okay.  And do you recall if there was any other

4    specific terms in that agreement, whether there were

5    specific amounts of gasoline specified or whether it set out

6    other requirements for either party?

7       A.   I believe we couldn't buy from anybody else other

8    than Ultramar during -- during the product term.

9       Q.   Okay.  And I believe that you just told my

10   associate -- my colleague that you ceased the brand name

11   agreement in 1995; is that correct?

12      A.   That is correct.

13      Q.   And at that time you stopped accepting Beacon or

14   Ultramar gasoline at the station; is that correct?

15      A.   That's right.

16      Q.   And did you have Beacon or Ultramar signs at the

17   station, do you recall?

18      A.   After we stopped buying from Beacon?

19      Q.   When you were buying from Beacon?

20      A.   Yeah, every time -- yeah, so -- so while we were

21   buying from Beacon, what we were called in the market is

22   called branded location -- so as such we were branded

23   Beacon.  So every location had a sign called Ultramar Beacon

24   sign.  And this particular location had an Arco sign.

25      Q.   Okay.  And do you recall if you needed new gasoline

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF NEW YORK

4

5    CITY OF FRESNO,                    )
                                        )
6               Plaintiff,              )
                                        )
7    vs.                                )   No. 04 CIV. 4973
                                        )   (SAS)MDL 1358
8    CHEVRON U.S.A. INC., et al.,       )
                                        )
9               Defendants.             )
     _____)

10

11

12                    DEPOSITION OF

13              SHIRLEY McMURPHY AHMAD

14                 FREMONT, CALIFORNIA

15          WEDNESDAY, FEBRUARY 16, 2011

16

17

18          DEPOBOOK REPORTING SERVICES

19          Certified Shorthand Reporters

20            1600 G Street, Suite 101

21            Modesto, California 95354

22                  800-830-8885

23

24   REPORTER:   DENISE WHEELER, CSR NO. 8254

25

Page 12

1    Q.   So that's the only one you recognize is 2139 South

2    Elm Avenue in Fresno?

3    A.   That's right.

4    Q.   Can we call that the Elm station for short?

5    A.   All right.

6    Q.   I understand from your husband that there were

7    several stations in Fresno and different cities that you

8    were affiliated with?

9    A.   That's right.

10   Q.   Did you have a chance to determine if you had any

11   of the documents that were requested in this attachment?

12   A.   We had every single document from day one until

13   about a year ago.  And then because we had it in a storage

14   unit and we were paying $200 a month for the storage unit,

15   we decided we don't need these any more, and we had Shred It

16   come, and they shredded everything.  So until about a year

17   ago we had everything.

18   Q.   So presently then you don't have --

19   A.   We don't have anything left, no.

20   Q.   And you didn't bring any documents with you here

21   today?

22   A.   No.

23   Q.   Your husband described, and please correct me if --

24   I'm just trying to make things a little bit faster.  But if

25   your memory is different than his or if I state something

Deposition of Shirley McMurphy Ahmad / February 16, 2011

Page 14

1      Q.   Go ahead.

2      A.   I really don't know who the refinery was.

3      Q.   Do you recall ever seeing tanker trucks delivering

4   gasoline to the station?

5      A.   Oh, I'm sure they -- they came.  See, I lived in

6   Fremont, and so I very seldom was at Fresno.  And I paid all

7   the bills.  I did all the bookkeeping.  Every day they would

8   have, you know, the sales report.  Then I would put it in

9   the computer.  So I had the five gas stations to take care

10  of.  Then we had our own business and our personal, and then

11  I had a little one at the time, and so I was pretty busy

12  just taking care of that part.  So I really wasn't in Fresno

13  that often.  And because of that particular location wasn't

14  the best area, I just didn't go there that often.

15           So I don't know if I remember seeing a tanker truck

16  at that location.  I know I did at other locations.  We were

17  at other locations more often than that one.

18     Q.   When you mentioned -- I think you described

19  handling the paperwork for the station, did you ever see any

20  paperwork indicating what company or companies were

21  delivering gasoline to that station?

22     A.   I really don't remember.

23     Q.   You mentioned the station was initially branded

24  Beacon I think you said?

25     A.   That's correct.

Deposition of Shirley McMurphy Ahmad / February 16, 2011

Page 16

```
 1    were, you know, going through the whole thing and
 2    inventories and all that.  So I know we bought them from
 3    Beacon.
 4         Q.  Do you remember who you dealt with at Beacon as
 5    part of that purchase process?
 6         A.  I don't.  I didn't really deal with them.  My
 7    husband did.
 8         Q.  Is it your understanding that the gasoline then was
 9    initially supplied by Beacon, and then their name switched
10    to Ultramar at some point.
11         A.  That's what I'm thinking, yes.
12         Q.  At some point did the brand of the station change
13    to Valley Gasoline?
14         A.  Yes, that happened later.
15         Q.  Do you have a knowledge as to who supplied gasoline
16    during the time the station was called Valley Gasoline?
17         A.  I'm not sure.  My husband would know.  I don't
18    know.
19         Q.  Your husband mentioned some companies call Total
20    Energy and Sabek Oil?
21         A.  Okay.  Yes.
22         Q.  Those are familiar?
23         A.  Yes.
24         Q.  Do you recall any other companies besides those two
25    that might have supplied gasoline to the station when it was
```

1    called Valley Gasoline?

2         A.   I'm sorry?

3         Q.   Do you remember any other companies besides those

4    two, Total Energy and Sabek Oil who supplied gasoline to the

5    station when it was called Valley Gasoline?

6         A.   If you say some names, maybe I would know.  But I

7    just don't remember offhand.  Like when you said Sabek and

8    Total, then I knew, yes.

9         Q.   So you don't recall any other names besides those

10   two?

11        A.   Not offhand.  It's been a long time.

12        Q.   Sure.  We just want to get your best recollection,

13   so what you can remember.

14             I'm going to show you what I'm marking as

15   Exhibit 2.  I'm sorry, I'll try to get it close to you

16   there.

17                       (Exhibit No. 2 was marked for

18                        identification.)

19        MR. EICKMEYER:  Q.   This was also Exhibit 2 to

20   your husband's.  This is County of Fresno Environmental

21   Health Application, Bates FCDEH hyphen Fresno hyphen 003657.

22   I want to ask you, Ms. Ahmad, if you look to about the

23   center of the page toward the left, do you recognize that as

24   being your signature?

25        A.   Yes.

Page 27

```
 1              MR. EICKMEYER:  Q.   I'm handing you what I've
 2    marked as Exhibit 6.  This was not used for your husband's
 3    deposition.  This is -- has your name at the top Shirley
 4    McMurphy, EA, dated May 31, 1994, Bates RWQCB hyphen Fresno
 5    hyphen 001509.  Do you recognize your signature at the
 6    bottom of this page?
 7              I'm sorry, I didn't hear you if you answered.  I
 8    asked you do you recognize your signature at the bottom of
 9    this page.
10         A.  Yes.  Yes.
11         Q.  And does this letter appear to be in your writing?
12         A.  Yes.
13         Q.  And would this indicate changing stations from
14    Beacon Service Stations to Valley Gas, indicate that the
15    change of names would have happened at approximately the
16    date of this letter, May 31st, 1994?
17         A.  Yes.
18         Q.  So from the -- I see the designation at the -- at
19    the top of this page shows EA, that you're enrolled to
20    represent taxpayers before the IRS?
21         A.  That's correct.
22         Q.  So is that also -- I think your husband described
23    you as a CPA.  So you were also in the accounting business
24    before the gas stations were acquired?
25         A.  That's right.
```



41223442

Dec  5 2011
3:49PM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898

Products Liability Litigation          MDL 1358 (SAS)

          M21-88

---

## This Document Relates to:

*City of Fresno v. Chevron U.S.A Inc.., et al.*
*No. 04 Civ. 04973 (SAS)*

---

## Expert Site Specific Report of Marcel Moreau
Marcel Moreau Associates
Portland, Maine

*[signature: Marcel Moreau]*          November 2, 2011

# Fresno Valley Gas

### 2139 South Elm St., Fresno

**Note:** Station known as Beacon Station No. 528, Ultramar Station No. 538, and Arco/Ultramart.

**MAJOR MILESTONES**

| | |
|---|---|
| 1975 | Three 10,000-gallon steel tanks and piping were installed, with no overfill protection or spill containment [undated document]. |
| Nov 18, 1985 | A new convenience store building was reportedly completed, and one dispenser island was removed. |
| April 17, 1991 | Three soil borings were drilled to evaluate petroleum hydrocarbons in soil and groundwater at the site as part of a real estate transaction. Petroleum hydrocarbons were not found in soil samples; groundwater was not encountered. |
| April 17, 1992 | Several piping leaks were discovered via a helium test. |
| Dec 8, 1998 | New construction permit application included removal of the surface cover to the tanks, internal sandblasting and coating, installation of cathodic protection, installation of a Veeder Root tank monitor and line leak detection. |
| Oct 25, 1999 | A line leak was discovered by helium testing. |
| Nov 29, 1999 | A soil sample collected on the north side of the southern dispenser island, where a hole in a pipe was discovered and repaired, was found to contain 31,000,000 ppb TPHg and 920,000 ppb MtBE. |
| Mar 2004 | Bravo boxes were added beneath the dispensers.  Dispenser containment not present previously [6 26 2003]. |
| May 18, 2004 | Shallow soil beneath the dispensers was reportedly "significantly impacted by fuel hydrocarbons", with a maximum MtBE concentration of 164,000 ppb.  Additional investigation was recommended. |

| | |
|---|---|
| Jun 20, 2007 | Official Inspection Report notes:  "Facility still under piping replacement and under red tag regulation.  Business is still closed."  No other references to red tag were reviewed. |
| Feb 28, 2008 | A final construction inspection report documented the presence of: |

- Single-wall steel USTs, with lining and cathodic protection.
- Overspill and overfill prevention.
- DW FRP piping, with continuous monitoring.

## SPILL/LEAK EVENT CHRONOLOGY

| | |
|---|---|
| Aug 14, 1989 | A tightness testing report noted a leak at dispenser #4 in the vapor line and a leak at dispenser #6.  The unleaded turbine was also found to be leaking. |
| Aug 21, 1989 | An interoffice memo questioned the accuracy of some of the Aug 1989 test results.  Further testing confirmed a leak in the premium NL line and the NL turbine, and both were repaired.  [8/25/1989] |
| Sept 8, 1989 | A letter to Fresno County stated that the super line failed PetroTite line testing on Aug 14, 1989.  The line was uncovered and repaired and passed a line test on 8/15/1989. |
| Oct 5, 1990 | Tank test results indicated a loss of -0.403 on the premium unleaded. |
| Oct 25, 1990 | Inspection Report documented that the super NL product line was repaired; the overfill protection, fill pipe, and vent pipe were also replaced. |
| April 17, 1992 | Official Inspection Report: An assessment of the exposed piping indicated that the metal piping was rusted and corroding; several leaks in the piping were found via a helium test.  One leak was reportedly detected at the dispenser riser and another at the fill box. |
| July 30, 1999 | Official Inspection Report:  Inspector noted that gasoline was being dispensed at the NL pumps, in violation of an order not to dispense fuel until the dispenser had been repaired, tested, and approved. |
| Oct 25, 1999 | A line leak, discovered by helium testing, was reported on the south island in front of the canopy column. |
| Nov 5, 1999 | UST Installation Inspection Record:  Because of a leak (see Oct 25, 1999), the 87 NL piping was replaced between the southern dispenser |

island and the market.  A soil sample was collected for TPHg, BTEX and MtBE analysis, and strong odors were noted.


**SOIL/GROUNDWATER CONTAMINATION CHRONOLOGY**

| | |
|---|---|
| April 17, 1991 | Subsurface Environmental Investigation Report:  Three soil borings (B1 to B3) were drilled to 35 to 50 ft bgs (max depth) to evaluate petroleum hydrocarbons in soil and groundwater at the site as part of a real estate transaction.  Soil samples were analyzed for TPHg and BTEX, and the results were ND for the most part (two toluene hits at 15 ft bgs).  Groundwater was not encountered.   [5/8/1991] |
| Nov 29, 1999 | Soil sample S-1 was collected at 5 ft bgs on 11/5/1999 on the north side of the southern dispenser island, where a hole in a pipe was discovered and repaired.  The sample was found to contain 31,000,000 ppb TPHg and 920,000 ppb MtBE. |
| May 18, 2004 | Soil samples were collected from beneath the six dispensers at the site on March 19 and 30, 2004, and tested for TPHg, BTEX, MtBE, and other oxygenates.  The soil beneath the dispensers was reportedly "significantly impacted by fuel hydrocarbons."  Four of six samples had TPHg levels greater than 1,000,000 ppb.  The highest concentrations were in samples taken at the southern dispenser island at 4 ft bgs; the maximum TPHg concentration was 6,022,000 ppb and the maximum MtBE concentration was 164,000 ppb.  Another sample from the southern dispenser island had 38,000 ppb MtBE.  One sample from the northern dispenser island had 5,000 ppb of MtBE.  Additional investigation was recommended. |
| April 9, 2007 | Results of Soil Sampling Report:  Soil samples were collected during the removal of the dispenser system in Dec 2006, but the results were never reported.  Nine samples were collected with hand augers in February of 2007.  MtBE was detected in two samples from the southern dispenser island, at 24 ppb and 27,000 ppb. |


**IDENTIFICATION OF MTBE RELEASES**

<u>Tank Area Releases</u>

The unleaded turbine pump was observed to be leaking in August of 1989 and repaired shortly thereafter.  When this release began is not known.  The volume released is not known.  MtBE was not commonly present in California gasoline in 1989, so it is unlikely that this release

contributed to the MtBE contamination at this facility.

A leak in a fill riser was detected and repaired in April of 1992.  When this release began is not known.  The volume released is not known.  MtBE was not commonly present in California gasoline in the spring of 1992, so it is unlikely that this release contributed to the MtBE contamination at this facility.

Piping and Dispenser Area Releases

Releases were observed in the piping associated with dispensers #4 and #6 in August of 1989 and repaired shortly thereafter.  Releases from dispensers are common (see general report in this case).  When these releases began is not known.  The volume released is not known.  MtBE was not commonly present in California gasoline in 1989, so it is unlikely that these releases contributed to the MtBE contamination at this facility.

A piping leak in a premium dispenser was detected and repaired in October of 1990.  Releases from dispensers are common (see general report in this case).  When this release began is not known.  The volume released is not known.  MtBE was not commonly present in California gasoline in 1990, so it is unlikely that this release contributed to the MtBE contamination at this facility.

A piping leak in a dispenser riser was detected and repaired in April of 1992.  Releases from dispensers and adjacent piping are common (see general report in this case).  When this release began is not known.  The volume released is not known.  MtBE was not commonly present in California gasoline in the spring of 1992, so it is unlikely that this release contributed to the MtBE contamination at this facility.

A leak in the unleaded line was repaired in August of 1999.  Unleaded fuel was apparently being dispensed despite the leak.  The exact location of the leak is not known.  When this release began is not known.  The volume released is not known.  MtBE was commonly present in California gasoline in 1999, so it is likely that this release contributed to the MtBE contamination at this facility.

A piping leak near the southern dispenser islands was repaired in November of 1999, and MtBE contaminated soil was detected.  When the leak began is not known.  The volume of the release is not known.

MtBE was detected in three of six soil samples collected in March of 2004 from beneath the dispensers at the site.  When these releases occurred is not known, but they likely occurred intermittently between the fall of 1992 when MtBE was first required to be present in Fresno County gasoline,[1] and 2003 when MtBE was removed from California gasoline.  The exact

---

[1] "Areas Participating in the Oxygenated Gasoline Program," Energy Information Administration, Department of Energy,  http://www.eia.gov/steo/special/oxy2.html#Original,  accessed on 9/15/2011.

dispenser components that leaked are not known, but dispensers and adjacent piping are frequent sources of releases (see general report in this case).  The amount released is not known.

MtBE was detected in two of nine soil samples collected in February of 2007 from beneath the dispensers at the site.  When these releases occurred is not known, but they likely occurred intermittently between the fall of 1992 when MtBE was first required to be present in Fresno County gasoline,[2] and 2003 when MtBE was removed from California gasoline.  The exact components that leaked are not known, but dispensers and adjacent piping are frequent sources of releases (see general report in this case).  The amount released is not known.

<u>Customer Spills</u>

Small spills are common during vehicle fueling activities and no doubt occurred throughout the time this facility was in operation.  Fueling spills may have contributed to the MtBE contamination detected in the dispenser area at this facility.

---

[2] Ibid.



**Human Services System**
Department of Community Health
Gary M. Carozza, Director

Adult Services Department
Children & Family Services Department
Employment & Temporary Assistance Department

February 1, 2000

Petro Group II
39074 Mt. Vernon Avenue
Fremont, California 94538

Dear Sirs:

**SUBJECT:** *Leaking Underground Storage Tank Assessment/Cleanup*
**LOCATION:** *2139 South Elm, Fresno, CA*

An inspection, sampling, or testing conducted at your underground storage tank facility indicates the presence of contamination. This preliminary evidence does not quantify, nor qualify the extent of contamination.

Within thirty (30) days of receipt of this notice you must notify our office of your progress towards assessment and possible cleanup of the site. We need to meet with you to discuss the scope of work required to cleanup your site. You <u>may</u> need to hire a qualified consultant, and so we have enclosed a fact sheet entitled *"Tips for Obtaining the Services of an Environmental Engineering Consulting Firm"* for your use.

The County of Fresno is responsible for overseeing your efforts and your consultant's efforts, to characterize and cleanup the contamination. Pursuant to *Title 23, Division 3, Chapter 16, Article 11 of the California Code of Regulations* you must demonstrate that the site poses no risk, nor potential risk to human health, or the environment. If groundwater contamination is found at your site, your case will be referred to the California Central Valley Regional Water Quality Control Board.

The Fresno County Environmental Health System fees which apply to Leaking Underground Storage Tank Remediation are described on the enclosed fact sheet entitled *"Contaminated Site Oversight Fees."* The management of the information associated with review of the cleanup efforts at the subject location will proceed most efficiently if the name and mailing address contained in our files is correct.

The County's oversight will help you to secure a certification from the County that all appropriate response actions have been completed and that the site poses no present or potential public health or environmental risk. Not only may such certification help you to secure insurance or transfer your property, also it will help to limit the potential liability presented by unknown contamination. The County is committed to ensuring a healthy environment for its citizens. We will work with you to secure an effective and efficient solution to the contamination of your property.

FCDEH-FRESNO-004191

Petro Group II
Leaking Underground Storage
Tank Assessment/Cleanup
February 1, 2000
Page 2

We strongly encourage you to apply to the California Underground Storage Tank Cleanup Fund.  The
Cleanup Fund partially offsets the expense of site remediation by reimbursing eligible claimants for some of
their cleanup costs and may be applicable in your case.  Your case may also be eligible for **preapproval** of
cleanup costs.  Questions regarding how to determine if you are eligible for preapproval must be directed to
the Cleanup Fund.  Applications to the California Underground Storage Tank Cleanup Fund may be obtained
by calling (916) 227-4307.  Questions regarding eligibility for the Underground Storage Tank Cleanup Fund
should be directed to the Cleanup Fund at (800) 813-FUND.

Please contact me at (559) 445-3271 between the hours of 8:00-9:00 a.m. and 3:00-4:00 p.m., within thirty
(30) days to verify that the information contained in our files is correct and to schedule an appointment to
meet in our office.

Sincerely,

Jim R. Armstrong
Geologist
Environmental Health System

JRA:csw

Enclosures



# UNDERGROUND STORAGE TANK UNAUTHORIZED RELEASE (LEAK) / CONTAMINATION SITE REPORT

**EMERGENCY** ☐ YES ☑ NO

**HAS STATE OFFICE OF EMERGENCY SERVICES REPORT BEEN FILED ?** ☐ YES ☑ NO

**FOR LOCAL AGENCY USE ONLY**
I HEREBY CERTIFY THAT I HAVE DISTRIBUTED THIS INFORMATION ACCORDING TO THE DISTRIBUTION SHOWN ON THE INSTRUCTION SHEET ON THE BACK PAGE OF THIS FORM.
SIGNED *Harry Yee*     DATE 1-24-2000

**REPORT DATE** 0 1 2 4 0 0   **CASE #**

### REPORTED BY

**NAME OF INDIVIDUAL FILING REPORT** HARRY YEE   **PHONE** (559) 445-3271   **SIGNATURE** *Harry Yee*

**REPRESENTING** ☑ LOCAL AGENCY ☐ OWNER/OPERATOR ☐ REGIONAL BOARD ☐ OTHER   **COMPANY OR AGENCY NAME** FRESNO CO. ENV. HEALTH SYSTEM

**ADDRESS** 1221 FULTON MALL STREET   FRESNO CITY   CA STATE   93721 ZIP

### RESPONSIBLE PARTY

**NAME** PETRO GROUP II ☐ UNKNOWN   **CONTACT PERSON** AHMAD IMTIAZ   **PHONE** (510) 796-2212

**ADDRESS** 39074 MT. VERNON AVE STREET   FREMONT CITY   CA STATE   94538 ZIP

### SITE LOCATION

**FACILITY NAME (IF APPLICABLE)** VALLEY GAS   **OPERATOR** PETRO GROUP II   **PHONE** (510) 796-2212

**ADDRESS** 2139 S. ELM STREET   FRESNO CITY   FRESNO COUNTY   93706 ZIP

**CROSS STREET** CALIFORNIA

### IMPLEMENTING AGENCIES

**LOCAL AGENCY** FRESNO CO. ENV. HEALTH SYSTEM   **AGENCY NAME**   **CONTACT PERSON** JIM ARMSTRONG   **PHONE** (559) 445-3271

**REGIONAL BOARD** CENTRAL VALLEY REGIONAL WATER QUALITY CONTROL BOARD   JOHN NOONAN   **PHONE** (559) 445-5116

### SUBSTANCES INVOLVED

(1) **NAME** GASOLINE   **QUANTITY LOST (GALLONS)** ☐ UNKNOWN

(2) ☐ UNKNOWN

### DISCOVERY/ABATEMENT

**DATE DISCOVERED** 1 2 2 7 9 9   **HOW DISCOVERED** ☐ INVENTORY CONTROL ☐ TANK TEST ☐ TANK REMOVAL ☑ SUBSURFACE MONITORING ☐ OTHER ☐ NUISANCE CONDITIONS

**DATE DISCHARGE BEGAN** 1 1 0 5 9 9 ☑ UNKNOWN   **METHOD USED TO STOP DISCHARGE (CHECK ALL THAT APPLY)** ☐ REMOVE CONTENTS ☐ CLOSE TANK & REMOVE ☑ REPAIR PIPING

**HAS DISCHARGE BEEN STOPPED ?** ☑ YES ☐ NO   IF YES, DATE 1 1 0 5 9 9   ☐ REPAIR TANK ☐ CLOSE TANK & FILL IN PLACE ☐ CHANGE PROCEDURE   ☐ REPLACE TANK ☐ OTHER

### SOURCE/CAUSE

**SOURCE OF DISCHARGE** ☐ TANK LEAK ☐ UNKNOWN ☑ PIPING LEAK ☐ OTHER

**CAUSE(S)** ☐ OVERFILL ☐ CORROSION ☐ RUPTURE/FAILURE ☐ UNKNOWN ☐ SPILL ☐ OTHER

### CASE TYPE

**CHECK ONE ONLY** ☑ UNDETERMINED ☐ SOIL ONLY ☐ GROUNDWATER ☐ DRINKING WATER - (CHECK ONLY IF WATER WELLS HAVE ACTUALLY BEEN AFFECTED)

### CURRENT STATUS

**CHECK ONE ONLY**
☐ NO ACTION TAKEN ☐ PRELIMINARY SITE ASSESSMENT WORKPLAN SUBMITTED ☑ POLLUTION CHARACTERIZATION
☐ LEAK BEING CONFIRMED ☐ PRELIMINARY SITE ASSESSMENT UNDERWAY ☐ POST CLEANUP MONITORING IN PROGRESS
☐ REMEDIATION PLAN ☐ CASE CLOSED (CLEANUP COMPLETED OR UNNECESSARY) ☐ CLEANUP UNDERWAY

### REMEDIAL ACTION

**CHECK APPROPRIATE ACTION(S)** (SEE BACK FOR DETAILS)
☐ EXCAVATE & DISPOSE (ED) ☐ REMOVE FREE PRODUCT (FP) ☐ ENHANCED BIO DEGRADATION (IT)
☐ CAP SITE (CD) ☐ EXCAVATE & TREAT (ET) ☐ PUMP & TREAT GROUNDWATER (GT) ☐ REPLACE SUPPLY (RS)
☐ CONTAINMENT BARRIER (CB) ☐ NO ACTION REQUIRED (NA) ☐ TREATMENT AT HOOKUP (HU) ☐ VENT SOIL (VS)
☐ VACUUM EXTRACT (VE) ☐ OTHER (OT)

### COMMENTS

FRESNO CO. COMMUNITY HEALTH DEPT. HAS REQUIRED THE SITE RESPONSIBLE PARTY TO SECURE THE SERVICES OF AN APPROVED ENGINEERING CONSULTING FIRM.

HSC 05 (8/90)

*RP*

# $ASR$ Engineering, Inc.

RECEIVED

DEC 2 7 1999

DEPARTMENT OF COMMUNITY HEALTH
ENVIRONMENTAL HEALTH SYSTEM

## GEOTECHNICAL   •   ENVIRONMENTAL   •   CONSTRUCTION TESTING

November 29, 1999

Job No. 17-99068

Mr. Jack Mendrin
West Star Environmental Inc.
4688 W. Jennifer, Suite 101
Fresno, CA 93722

**Subject:**   **Soil Sampling and Chemical Analyses Report**
**Gasoline Piping Leak.**
**Valley Gas**
**2139 S. Elm Avenue,**
**Fresno, California**

Dear Mr. Mendrin:

At your request, ASR Engineering, Inc. (ASR) has prepared this Report of Soil Sampling
and Chemical Analyses for leaking underground pipeline within the Valley Gas located at
2139 S. Elm Avenue in Fresno, California.

## SCOPE OF SERVICES

The scope of services provided by ASR included:

&#10148;   Collecting a confirmation soil sample from beneath the leaking pipeline.

&#10148;   Submitting the collected soil samples to a State Certified analytical
laboratory for chemical analyses.

&#10148;   Preparing this report.

351 West Cromwell Avenue, Suite 106 • Fresno, CA 93711 • (559) 432-7575 • Fax (559) 432-7555

*289 7523*

RWQCB-FRESNO-001258

## PROJECT DESCRIPTION

Reportedly, the property owner was experiencing loss of gasoline within the tank-dispenser system. Preliminary tests indicated loss of gasoline through the piping system. Excavation adjacent to and to the north of the dispensers revealed the presence of holes in one of the pipes. At the time of our arrival to the site West Star Environmental Inc. (West Star) had replaced the defected pipe. ASR collected a confirmation soil sample from beneath the pipe for chemical analyses (see Figure1, Sampling Location Plan).

## SOIL SAMPLING

On November 5, 1999, ASR collected one confirmation soil sample from beneath the pipeline for chemical analyses. The soil sample was collected from a depth of about 5 feet below the dispenser island, and about 3 feet beneath the bottom of pipeline. The soil sample was collected from the approximate location recommended by Mr. Harry Yee Environmental Health Analyst with the Fresno County Health Service Agency (FCHSA). The soil sample was collected by means of hand sampling equipment by driving a sampler containing a 2-inch by 6-inch stainless steel tube into the soil. The sampling location is shown on Figures 1, Sampling Location Plan.

## SAMPLE HANDLING AND TRANSPORT

The soil sample was stored on-site in an ice chest and kept cool with "Blue-ice". The sample was transported on the day of sampling to BSK Analytical Laboratory (CAL/EPA Department of Toxic Substance Control certified laboratory) in Fresno, California. Proper chain-of-custody protocol was maintained throughout the transfer.

## SAMPLING TIME AND DATE

The soil sample was collected at 1:30 P.M., on November 5, 1999, and was delivered to the analytical laboratory at 4:29 P.M. on the day of sampling.

## SAMPLE CHAIN-OF-CUSTODY

The soil sample was accompanied to the analytical laboratory by a chain-of-custody form. Chain-of-custody form was initiated at the time of sampling. Duplicate chain-of-custody form was placed in the project file. Chain-of-custody documentation included the following information:

➢ Name of sampler.
➢ Sample I.D. number.
➢ Time of sample acquisition.
➢ Requested analyses.
➢ Remarks as warranted.
➢ Signatures, times and dates of custody transfer.

ASR Engineering, Inc.

RWQCB-FRESNO-001259

Sampling personnel were responsible for the protection and custody of the sample until it was relinquished. When sample custody was transferred, the respective individuals relinquishing and receiving the sample signed, dated, and recorded the time on the chain-of-custody form.

## LABORATORY ANALYSES

As recommended by Mr. Yee, the collected soil sample was analyzed for Total Petroleum Hydrocarbons as Gasoline (TPH-G), Benzene, Toluene, Ethylbenzene, Total Xylenes (BTEX), and Methyl-t-butyl Ether (MTBE). Chemical analysis data are attached to this report. A summary of the analysis data is presented in Table 1. The data indicate that high concentrations of gasoline hydrocarbon constituents were detected in the collected soil sample.

| TABLE 1 SUMMARY OF CHEMICAL ANALYSES DATA Sampling Date: 11/05/99 | | | | | | |
|---|---|---|---|---|---|---|
| Sample Designation | B | E | T | X | TPH-G | MTBE |
| S-1, PL @ 5 ' | 130 | 390 | 260 | 380 | 31000 | 920 |

*Results in mg/Kg or parts per million (ppm)*

*B= Benzene*
*T= Toluene*
*E= Ethylbenzene*
*X= Total Xylene*
*MTBE= Methyl-t-Butyl Ether*
*TPH-G= Total Petroleum Hydrocarbons as Gasoline*
*ND = None Detected*

## LIMITATIONS

This report has been prepared in accordance with the generally accepted standards of environmental practice in the area at the time the soil sample was collected. No soil engineering or environmental implications are stated or should be inferred.
Evaluation of the conditions at the site is made from a limited sampling points. Subsurface conditions may vary away from the sampling locations. The report does not reflect variation away from the sampling points.

ASR Engineering, Inc.

Case 1:00-cv-01898-VSB-VF   Document 3629-3   Filed 03/16/13   Page 31 of 33

**CLOSURE**

We appreciate the opportunity to assist you with this project. Should you have questions or need additional information, please contact the undersigned at (559) 432-7575.

Respectfully submitted,
ASR Engineering, Inc.

A.  Saboor Rahim, Ph.D., C.E., G.E.



Distribution: West Star Environmental Inc. (3 copies)

ASR Engineering, Inc.

RWQCB-FRESNO-001261





# WEST STAR
## ENVIRONMENTAL INC.
4688 W. Jennifer, Suite 101, Fresno, CA 93722
(559) 277-9378 / Fax (559) 277-0106
License No. 605142 A-Haz

October 25, 1999

Fresno County Environmental Health Dept.
P.O. Box 11867
Fresno, CA 93775

Re: Piping Repair Permit

A leak was detected on the south island in front of the canopy column. The leak was discovered by helium testing. There is approximately 75' of piping from the tank to the dispenser. West Star Environmental, Inc. will need to uncover the leak to see the actual amount of pipe needing repair.

Sasanna Tolmachoff
Project Cordinator

| BAKERSFIELD | • | FRESNO | • | MODESTO | • | WALNUT CREEK |

RWQCB-FRESNO-001427

*C1N*




RECEIVED

AUG 1 1 1999

DEPARTMENT OF COMMUNITY HEALTH
ENVIRONMENTAL HEALTH SYSTEM



**VERDUGO CONSTRUCTION**
*879 BUREM LANE*
*LINDSAY CA,93247*
*LIC.#585866*
*(559) 562-1017*
*(559) 562-1017*

Fresno County Enviromental Health                                        August 09, 1999
1221 Fulton Mall
Fresno, Ca. 93775
ATTN. Harry Yee
Re: Valley Gas
2139 S. Elm Ave. Fresno, Ca. 93706

At this location all I did was change the turbine check valve and tightened the union going off of the turbine. This line had already been tested by underground tank testers and it had passed the line test but they wanted to make sure it would work right after they started it back up and that is why I was called in to check it out. We started the pump and made sure the leak detector was opening so we could pump fuel and tried it several times everything was normal.

Sincerly,
George Verdugo

*George Verdugo*

RWQCB-FRESNO-001429