# Exhibit 3

# RED TRIANGLE OIL CO.

2809 SO. CHESTNUT • P.O. BOX 2625 • FRESNO, CA 93745 • (209) 485-4320



UNDER GROUND STORAGE TANK FACILITIES OWNED BY INTER-CITY PETROLEUM
dba RED TRIANGLE OIL COMPANY

FINANCIAL RESPONSIBILITY FOR THE FOLOWING SITES:

CARDLOCK TANKS - STATION #10
2809 S. CHESTNUT
FRESNO, CA   93725

CARDLOCK TANKS - STATION #597
3939 CLOVIS AVE.
FRESNO, CA   93727

TRIANGLE STATION #1666
4615 N. CEDAR
FRESNO, CA   93726

LUCKY EXXON
105 N. CLOVIS
FRESNO, CA   93727

LUCKY FOOD & GAS
1930 W. CLINTON
FRESNO, CA   93705

TRIANGLE STATION #620
38440 S. HWY 99
KINGSBURG, CA   93631

TRIANGLE STATION #1875
27574 BERNARD
KETTLEMAN CITY, CA   93239

RECEIVED
MAY 0 7 1999
DEPARTMENT OF COMMUNITY HEALTH
ENVIRONMENTAL HEALTH SYSTEM

PERM1



**Human Services System**
Community Health Department
Gary M. Carozza, Director

Adult Services Department
Children & Family Services Department
Employment & Temporary Assistance Department

```
              Permit to Operate
           An Underground Storage Tank

     Fresno County Department of Community Health
              Environmental Health System
                    P O Box 11867
                 Fresno CA   93775-1867
                    (209) 445-3271
```

```
UNDERGROUND STORAGE TANK OWNER (Permittee)

     Owner Name: RED TRIANGLE OIL COMPANY
 Mailing Address: P O BOX 2625
           City: FRESNO          State: CA    Zip: 93745-2625

UNDERGROUND STORAGE TANK OPERATOR

            DBA: RED TRIANGLE
   Site Address: 2809 S CHESTNUT
           City: FRESNO          State: CA    Zip: 93725

Expiration Date: 11/17/03          Permit #: 004880
                             Program Element #: 6103
```

This permit is issued to the owner listed above and is pursuant to the provisions set forth in the Fresno County Ordinance Code, Title 8, Chapter 8.6, and the California Health and Safety Code, Chapter 6.7 and Chapter 6.75. This permit subject to the attached conditions. Failure to maintain continuous compliance may result in permit revocation or other enforcement actions.  This permit is valid for the following tank systems.

```
Number          Size         Piping Type                Contents

004880-013      13000        PRESSURE                   UNLEADED
004880-014       7000        PRESSURE                   UNLEADED
004880-015      20000        PRESSURE                   DIESEL
```

Issued By:                              Issued Date: 11/18/98

*Lisa Smoot*
Lisa Smoot
1221 Fulton Mall / P.O. Box 11867 / Fresno, California 93775 / (559) 445-3271 / FAX (559) 445-3301
Equal Employment Opportunity • Affirmative Action • Disabled Employer

November 2, 2001

Joel Hohenshelt

Bringing you up to date on a few items. You might want to keep a "fund for clean-up. You have to pay first and then the UST Fund will re-imburse you. After you pay Twining by check, you then have to wait until the check comes back from the bank, because the UST Fund wants copies of the front and back of the check for them to re-imburse you. You then send the report in to UST Fund and it takes about two months to get re-imbursed. You also have to notify the UST Fund every six months if you have not sent in a claim to give them progress reports. I have filled out all of these papers, so I can help you when the time comes if you would like.
We are waiting for the County Health Dept. to tell us what we need to do on 2809 S. Chestnut and 3939 Clovis. You cannot get a number from the UST Fund for repayment from the fund until the Health Dept. notifies you what you have to do. I have a bid from Twining for the plant assessment for $10,699. If the county toells us to go ahead you would then apply to the UST Fund for a number. You do not have to do anything until they give you this number. The first $5,000.00 will be paid by you, then they re-imburse for the balance. You have to get the UST Fund permission to proceed. 3939 Clovis will be the same. I would put at least $20,000 into a savings account for this. Next month I will be sending in checks from Twining for about $18,000. for Kingsburg. This money will not come back until February. I would suggest using this money to hold for future UST expenses. You should notify John Shehady about this. The Water Quality Board came around last week and told us we have to put a brim around the oil tanks and clean up the ground. We don't need the up-right tanks, so we will take those out of service. Bryce Rushhaupt is getting with Chris from the Water Quality Board to see exactly what we can get by with and then we have to have Twining to incorporate in our water prevention program report, the Spill Prevention Control & Counter Measure Plan. This won't be too much money as we already have paid Twining to do the first program as this has to be approved by an engineer. (We have programs for our programs, ha ha.) Robert is in charge of all our programs which go the length of the warehouse counter. Everyday he has to document all kinds of data in the programs. If you want to know anything ask Robert . I think the Water Quality Board man was very surprised to find we had all of the programs.
Also as you know we sold Willow & Holland in 1998. The tanks were pulled and we were given a closure from the county. Mr. Gill sold the property and paid off the loan recently. He recently called me to let me know there was MTBE noted on the report. Back then we did not need to do anything about this. It was a small amount and this also has been passed along to the County Health Dept. We are waiting to hear from them. As you can see you do need to have some kind of fund set up for future use.

Sincerely,

*GAil Blue*

REDTRIANGLE-HOH-000008

# UNDERGROUND STORAGE TANK ABANDONMENT INSPECTION REPORT
FRESNO COUNTY DEPARTMENT OF HEALTH-ENVIRONMENTAL HEALTH SYSTEM
Post Office Box 11867, Fresno, California 93775
1221 Fulton Mall--(209)445-3271

**Site Information**
Date: 12-14-98
Facility: Red Triangle
Site I.D. 169169   PR#: 031264
Address: 2809 S. Chestnut   City: Fresno   Zip: 93725

**Tank Information**   Reg   Pre   Plus   C. Diesel   Abandonment in place ___ Removal ✓
Tank #/size: 1. 4776/20K  2. 4777/12K  3. 4778/20K  4. 4779/12K  5. 4780/12K  6. 4781/12K
7. 4782/12K  8. 4783/10K

| Inspection Information | Y/N | Inspection Information | Y/N |
|---|---|---|---|
| Tank(s) completely emptied | Y | Groundwater/Product in excavation (circle one) | N |
| Tank(s) cleaned and waste manifested 78513859 | Y | Approved abandonment in place | N/A |
| Tank(s) properly purged/LEL below 5% 0% | Y | A & B forms completed and submitted | Y |
| All piping removed | Y | Samples taken by: James Parker @ Paricero Env. Services | |

Soil discoloration and its location(s): S8 - greyish color w/ slight odor. S4-S8 - slight odor. All others have no odor or discoloration.

Tank condition (describe): T8 - slightly rusted w/ no noticeable holes. T6 & T7 - slightly rusted w/ no noticeable holes. T1-T5 - All tanks in good condition. No holes observed.

Notes: Dry Ice - 1700 lbs. Dispensers located along the tanks. No samples needed. Two 20K tanks have the same length as 12K tanks. Two samples requested instead of three.

**Plot Key**
X = Sample location
T_x = Tank number
S_y = Sample number
D' = Depth below grade (ft)
Note the depth of sample. eg.: S_y D'

**Analysis/Sample numbers**
TPH Gas & BTXE/ MTBE
S_11 - S_18
TPH Diesel/ Method 3540 or 3550
S_1 - S_10   P_1 - P_4
EPA 418.1/ EPA 5520F & Total Extractable
Other: S_1 & S_2

Note: TPH by DHS-GC/FID(LUFT), BTXE by 8020

Plot Plan (not to scale) — [hand-drawn site diagram with tanks T_1–T_8, sample locations S_1–S_18, and piping P_1–P_4]

Analyst's Signature: Gladys Ware
Owner/Representative's Signature, Title: Bruce Brockhampt
CONTRACTOR CERTIFIES PROPER DECONTAMINATION OF TANKS: Bruce Brockhampt

# UNDERGROUND STORAGE TANK ABANDONMENT INSPECTION REPORT
FRESNO COUNTY DEPARTMENT OF HEALTH-ENVIRONMENTAL HEALTH SYSTEM
Post Office Box 11867, Fresno, California 93775
1221 Fulton Mall--(209)445-3271

**Site Information**  Date 9-23-98
Facility: Red Triangle    Site I.D. 169169    PR#: 031264
Address: 2809 S. Chestnut    City: Fresno    Zip: 93725

**Tank Information**   Abandonment in place ___ Removal ✓
Tank #/size: 1. 4784/10K  2. 4785/10K  3. 4786/10K  4. 4787/10K  5. ___ /___  6. ___ /___

| Inspection Information | Y/N | Inspection Information | Y/N |
|---|---|---|---|
| Tank(s) completely emptied | Y | Groundwater/Product in excavation (circle one) | N |
| Tank(s) cleaned and waste manifested 73611 | Y | Approved abandonment in place | N/A |
| Tank(s) properly purged/LEL below 5% 0% | Y | A & B forms completed and submitted | ✓ |
| All piping removed | Y | Samples taken by: Jim Carter - Parker Env. Service | |

Soil discoloration and its location(s): No discoloration or odor noted at the time of inspection.

Tank condition (describe): No visible holes noted. All tanks slightly rusted, but in good condition.

Notes: No samples needed for dispensers since they are very close to tanks and some are directly above tanks. (100 lbs Dry Ice.) Fuel dispensers are on the top of diesel tanks.

**Plot Key**
X = Sample location
T, = Tank number
S, = Sample number
D' = Depth below grade (ft)
Note the depth of sample.  eg.: S,-D'

**Analysis/Sample numbers**
TPH Gas & BTXE/ MTBE
S, - S6
TPH Diesel/ S7 - S8

EPA 418.1/
Other:

Note: TPH by DHS-GC/FID(LUFT), BTXE by 8020

Plot Plan (not to scale):
Cross out / Above ground N / Storage Tank
S. Chestnut
S2-16'   S1-15½'
S5-17'   T1   S4-16½'
Dispensers   T2
Dispensers   T3   S3-14'
S6-16'   T4   Building
S7-19'   S8-19'

_____
Gladys Wong
Analyst's Signature

_____
Owner/Representative's Signature/Title

CONTRACTOR CERTIFIES PROPER DECONTAMINATION OF TANKS: _____ Contractor



Project 130-14-01

September 30, 1998

Mr. Bryce Ruschaupt
California Petroleum Equipment
P. O. Box 9364
Fresno, CA  93792

**RECEIVED**

**OCT 0 7 1998**

DEPARTMENT OF COMMUNITY HEALTH
ENVIRONMENTAL HEALTH SYSTEM

Subject: UST Removal Soil Sampling Report for Red Triangle Oil, 2809 South Chestnut Ave, Fresno, California

Dear Mr. Ruschaupt:

This letter documents soil sampling related to the excavation of soil and the removal of four underground fuel tanks from the above referenced site on September 23, 1998.

### Underground Tank Removal

The tanks were removed by California Petroleum Equipment, Inc., of Fresno on September 23, 1998. Prior to removal from the pit, dry ice was placed in each tank. The Fresno County Environmental Health Department's representative was on hand to observe the tank removal and loading, inspect the tanks, and observe soil sampling. There were four 10,000 gallon tanks removed. All tanks were single wall steel and appeared to be in good condition. The tanks were hauled to the Commercial Tank facility in Fresno, California, where they will be destroyed. The dispensers and islands were removed prior to the tank removal.

The tank bottoms rested at about 12 feet depth below ground surface (BGS) (Figure 1: Site Plan, Sample Data). The dispensers were located over the western ends of the tanks. Groundwater was not encountered up to a depth of 19 feet BGS on the sampling day.

### Sample Collection

The tanks were removed and samples 1 through 8 were obtained with an excavator. A six-inch brass tube was pushed into the soil just above the bucket teeth until the tube was full. Aluminum foil and plastic caps were placed over the tubes, labeled, and placed on ice for transport the testing laboratory for certified chemical analysis.

California Petroleum Equipment
Project 130-14-01

No petroleum hydrocarbon odors were noted from the tank pit except a slight 'aged diesel' smell at the southwest corner of the tank pit. The depth to the tank samples was between 15.5 and 19 feet BGS. Sampling points are shown on the attached Site Plan. A chain of custody form accompanied the samples to the lab.

### Sample Analysis Results

The soil samples were analyzed at a State Certified Environmental Laboratory (#1644) for total petroleum hydrocarbons as gasoline (TPH-g), total petroleum hydrocarbons as diesel (TPH-d), Methyl tert-Butyl Ether (MTBE) and benzene, toluene, ethylbenzene, xylenes (BTEX) by EPA methods 5030, modified 8015 and 8020 (Attachment A: Soil Sample Analytical Data). All eight samples were tested for TPH-g, MTBE and BTEX, while the two samples under the former diesel tank location were also tested for TPH-d.

The native soil samples indicated no TPH-g, MTBE or BTEX detected in the excavation. TPH-d was not detected under the former diesel tank location. Sample results are presented in the table below.

### Soil Sample Analytical Results
### Red Triangle Oil, 2809 South Chestnut Ave, Fresno, California
### Sampled on September 23, 1998

| Sample @ depth | TPH-gas | TPH-d | MTBE | benzene | toluene | ethylbenzene | xylenes |
|---|---|---|---|---|---|---|---|
| 1@17" | ND | --- | ND | ND | ND | ND | ND |
| 2@ 15.5' | ND | --- | ND | ND | ND | ND | ND |
| 3@16.5' | ND | --- | ND | ND | ND | ND | ND |
| 4@16.5' | ND | --- | ND | ND | ND | ND | ND |
| 5@19' | ND | ND | ND | ND | ND | ND | ND |
| 6@15' | ND | --- | ND | ND | ND | ND | ND |
| 7@16' | ND | ND | ND | ND | ND | ND | ND |
| 8@16' | ND | --- | ND | ND | ND | ND | ND |
| det. limit | 1.0 | 1.0 | 0.05 | 0.005 | 0.005 | 0.005 | 0.005 |

Soil results are in mg/kg or parts per million (ppm). ND = not detected at or above method detection limits.

Parker Environmental Services, 190 East 7th Street, Pittsburg, CA 94565-2317
Phone (510) 439-1024 Fax (510) 439-2566

California Petroleum Equipment
Project 130-14-01

## Summary and Conclusions

On September 23, 1998, eight soil samples were obtained from beneath the tanks at the subject site. All samples showed no detectable TPH-g, MTBE or BTEX. The two samples that were analyzed for TPH-d showed no TPH-d detected. No additional environmental investigation associated with these fuel tanks should be necessary at this site.

A copy of this report and attachments will be forwarded by Parker Environmental to the Fresno County Environmental Health Department on behalf of the property owner.

Sincerely:
PARKER ENVIRONMENTAL SERVICES

James D. Parker, R. E. A. 1059
President

Attachments
    Site Drawing
    Laboratory Analysis Reports

cc:     Ms. Gladys Wong, Fresno County Department of Environmental Health



**RECEIVED**

Project 130-14-02

**MAR 1 9 1999**

December 28, 1998

DEPARTMENT OF COMMUNITY HEALTH
ENVIRONMENTAL HEALTH SYSTEM

Mr. Bryce Ruschaupt
California Petroleum Equipment
P. O. Box 9364
Fresno, CA 93792

**Subject:** UST Removal Soil Sampling Report for Red Triangle Oil, 2809 South Chestnut Ave, Fresno, California

Dear Mr. Ruschaupt:

This letter documents soil sampling related to the excavation of soil and the removal of four underground fuel tanks from the above referenced site on December 14, 1998.

**Underground Tank Removal**

The tanks were removed by California Petroleum Equipment, Inc., of Fresno on September 23, 1998. Prior to removal from the pit, dry ice was placed in each tank. The Fresno County Environmental Health Department's representative was on hand to observe the tank removal and loading, inspect the tanks, and observe soil sampling. There were five 12,000 gallon tanks, one 10,000 gallon tank and two 20,000 gallon tanks removed. Three 12,000 gallon tanks stored diesel fuel, one kerosene, and one gasoline. The 10,000 gallon tank stored weed oil and the 20,000 gallon tanks stored gasoline. All tanks were single wall steel and appeared to be in good condition. The tanks were hauled to the Commercial Tank facility in Fresno, California, where they will be destroyed. The dispensers and islands were removed prior to the tank removal.

The tank bottoms rested at about 12 feet depth below ground surface (BGS) for the smaller tanks, and about 16 feet BGS for the 20,000 gallon tanks (Figure 1: Site Plan, Sample Data). The dispensers were located over the northern ends of the tanks. A supply line took kerosene to the warehouse north of the tank excavation. Groundwater was not encountered up to a depth of 25 feet BGS on the sampling day.

**Sample Collection**

190 East 7th Street • Pittsburg, CA 94565-2317 • FAX (925) 439-2566 • Phone (925) 439-1024

California Petroleum Equipment
Project 130-14-02

The tanks were removed and the soil samples were obtained with an excavator ora backhoe. A six-inch brass tube was pushed into the soil just above the bucket teeth until the tube was full. Aluminum foil and plastic caps were placed over the tubes, labeled, and placed on ice for transport the testing laboratory for certified chemical analysis. Some petroleum hydrocarbon odors were noted from the tank pit at the west end of the pit under the gasoline tanks. The depth to the tank samples was between 14 and 25 feet BGS. Eighteen samples were taken from the tank excavations plus four from under the supply line to the warehouse. Sampling points are shown on the attached Site Plan. A chain of custody form accompanied the samples to the lab.

### Sample Analysis Results

The soil samples were analyzed at a State Certified Environmental Laboratory, McCampbell Analytical of Pacheco, California (#1644). Samples under the diesel and weed oil tanks were tested for for total petroleum hydrocarbons as diesel (TPH-d). The samples from under the weed oil tanks was also tested for Total Reportable Petroleum Hydrocarbons (TRPH) using EPA Method 418.1. The four samples from under the supply pipe were analyzed for TPH-d. The samples from under the gas tanks were analyzed for total petroleum hydrocarbons as gasoline (TPH-g), Methyl tert-Butyl Ether (MTBE) and benzene, toluene, ethylbenzene, xylenes (BTEX) by EPA methods 5030, modified 8015 and 8020 (Attachment A: Soil Sample Analytical Data).

The native soil samples indicated no TPH-g, MTBE or BTEX detected in the excavation. TPH-d was not detected under the former diesel tank location. Sample results are presented in the table below.

Parker Environmental Services, 190 East 7th Street, Pittsburg, CA 94565-2317
Phone (925) 439-1024   Fax (925) 439-2566

RWQCB-FRESNO-009933

California Petroleum Equipment
Project 130-14-02

## Soil Sample Analytical Results
### Red Triangle Oil, 2809 South Chestnut Ave, Fresno, California
### Sampled on December 14, 1998

| Sample @ depth | TPH-gas | TPH-d | MTBE | benzene | toluene | ethylbenzene | xylenes |
|---|---|---|---|---|---|---|---|
| 1@14' | --- | ND | --- | --- | --- | --- | --- |
| 2@ 14' | --- | ND | --- | --- | --- | --- | --- |
| 3@16' | --- | ND | --- | --- | --- | --- | --- |
| 4@16' | --- | ND | --- | --- | --- | --- | --- |
| 5@16' | --- | ND | --- | --- | --- | --- | --- |
| 6@16' | --- | ND | --- | --- | --- | --- | --- |
| 7@16' | --- | ND | --- | --- | --- | --- | --- |
| 8@16' | --- | ND | --- | --- | --- | --- | --- |
| 9@ 20' | --- | ND | --- | --- | --- | --- | --- |
| 10@ 18' | --- | ND | --- | --- | --- | --- | --- |
| 11@ 23' | 860 | --- | ND<0.4 | ND<0.2 | 0.78 | 0.90 | 22 |
| 12@25' | 990 | --- | ND<0.4 | ND<0.2 | 1.2 | 1.1 | 23 |
| 13@ 20' | 3.0 | --- | 0.15 | ND | 0.008 | ND | 1.1 |
| 14@23' | ND | --- | 0.16 | ND | 0.008 | ND | 0.031 |
| 15@ 20' | ND | --- | 0.56 | 0.007 | 0.025 | 0.008 | 0.055 |
| 16@ 20' | 1.1 | --- | 0.61 | ND | 0.025 | 0.010 | 0.087 |
| 17@ 23' | 4000 | --- | ND<10 | ND<2 | 65 | 59 | 480 |
| 18@ 24' | 7.9 | --- | 0.25 | ND | 0.087 | 0.074 | 0.58 |
| P-1@ 4' | --- | ND | --- | --- | --- | --- | --- |
| P-2@ 3' | --- | ND | --- | --- | --- | --- | --- |
| P-3@ 4' | --- | ND | --- | --- | --- | --- | --- |
| P-4@ 4' | --- | ND | --- | --- | --- | --- | --- |
| det. limit | 1.0 | 1.0 | 0.05 | 0.005 | 0.005 | 0.005 | 0.005 |

Soil results are in mg/kg or parts per million (ppm). ND = not detected at or above method detection limits. --- = not tested.

Samples 1 and 2 were also tested for TRPH by EPA Method 418.1 and were ND for a detectection limit of 10 parts per million.

Parker Environmental Services, 190 East 7th Street, Pittsburg, CA 94565-2317
Phone (925) 439-1024 Fax (925) 439-2566

California Petroleum Equipment
Project 130-14-02

## Summary and Conclusions

On December 14, 1998, 22 soil samples were obtained from beneath the tanks and piping at the subject site. Samples taken from under the weed oil tank, piping and diesel tanks were non detect for TPH-d. The samples under the weed oil tank were also non detect for TRPH. Gasoline or its constiuents were detected in samples from under the gasoline tanks. Some additional environmental investigation associated with this fuel tank removal may be necessary at this site.

A copy of this report and attachments will be forwarded by Parker Environmental to the Fresno County Environmental Health Department on behalf of the property owner.

Sincerely:
PARKER ENVIRONMENTAL SERVICES

James D. Parker, R. E. A. 1059
President

Attachments
    Site Drawing
    Laboratory Analysis Reports

cc:     Ms. Gladys Wong, Fresno County Department of Environmental Health

Parker Environmental Services, 190 East 7th Street, Pittsburg, CA 94565-2317
Phone (925) 439-1024   Fax (925) 439-2566

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _/s/ Joel Munguia_
JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
**800-424-9300**

DESTINATION
RED TRIANGLE
2805 SO. CHESTNUT

| TRUCK NO. | | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|---|---|
| 1001 | FRESNO | 3Y131PB | | 1041 | | YC8453 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 631163 | 12:49 | 02/14/03 | 000090009 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| TESORO REFINING & MRKTING | 125 TESORO REFING 8700 TESORO DR. SAN ANTONIO, TX 78217 |

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4004 | 4015 |
| B 187 | REG RFG W/A10 | 87.0 | 56 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4004 | 4015 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: *(signed)* JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
**800-424-9300**

DESTINATION: RED TRIANGLE
2809 SO. CHESTNUT
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3V13198 | 1011 | VG3153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 696119 | 10:55 | 07/25/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER: TESORO REFINING & MRKTING

CONSIGNEE: 129
TESORO REFING
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8801 | 8642 |
| S 187 | REG RFG W/A10 | 87.0 | 86 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8642 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: JOEL MUNGUIA

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
**800-424-9300**

DESTINATION: RED TRIANGLE
2809 SO. CHESTNUT
FRESNO, CA 93725

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 739804 | 17:04 | 11/03/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER: TESORO REFINING & MRKTING

CONSIGNEE: 129
TESORO REFING
8700 TESORO DR,
SAN ANTONIO, TX 78217

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8740 |
| P 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 70 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 8299 | 8242 |
| 38 | ETH (BASE) | | | | 502 | 498 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000127