# Exhibit 4

```
                                                              Page 1
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK

    In re:  Methyl Tertiary       ) Master File No.
    Butyl Ether ("MTBE")          ) 1:00-1898
    Products Liability Litigation )
                                  ) The Honorable Shira A.
                                  ) Scheindlin
                                  )
    This Document Relates To:     )
                                  )
    City of Fresno v. Chevron     )
    U.S.A., Inc., et al, Case     )
    No. 04 Civ. 4973              )
    (SAS)                         )
                                 _)


              DEPOSITION OF JOEL HOHENSHELT

              Wednesday, February 9, 2011, 9:24 a.m.

              Deposition Officer:
              Patricia Coward, CSR No. 5142

              Taken in the offices of:

              The Radisson Hotel
              2233 Ventura Street
              Fresno, California
```

Page 22

1  A.      Yes.  Yes, it is.

2  Q.      So was there a point that you took over the Red

3  Triangle Company?

4  A.      I don't quite understand.

5  Q.      Well, you mentioned your father is deceased.

6  A.      Yes.

7  Q.      So is there a point where you became the owner?

8  A.      Yes.  I became the owner upon his -- I was a --

9  I was an employee for many years with him, became of

10 course a stockholder, and upon his demise, my sister

11 and I became the owner of the majority of the stock in

12 Red Triangle Oil Company.  It was then called -- it was

13 a corporation, Intercity Petroleum Marketers,

14 Incorporated, dba Red Triangle Oil Company, doing

15 business as Red Triangle Oil Company.

16         When the Shehadeys purchased it, they wanted to

17 purchase the name Red Triangle, and I agreed to that,

18 so I took the corporation, because it had some assets

19 and -- on a piece of property, and I kept the

20 corporation.  It's still alive today.  Intercity

21 Petroleum is still alive today.  Only the dba is TTA

22 Consultants, which was a corporation that I had formed

23 earlier on.

24 Q.      So let me see if I have this straight.  So

25 you're still the owner of Intercity Petroleum today?

Page 32

1  think what you described as the FEA handed you off to
2  Chevron; during that time, it sounded like you were,
3  you said resisting that with an injunction of some
4  kind.
5  A.    Yeah.
6  Q.    What was the station branded, if anything, at
7  that time?
8  A.    At that time, it was Gulf.
9  Q.    And after Gulf, was there another brand that
10 your station used?
11 A.    We branded our own station as Triangle.
12 Q.    Not Red Triangle?  Just Triangle?
13 A.    Well, it was Red Triangle.  We had a -- our sign
14 had a Red Triangle in it.
15 Q.    What year did you start using that as your
16 brand?
17 A.    I don't know.  I really don't know.  I can't
18 remember.
19 Q.    Subsequent to Red Triangle, have you gone to any
20 other brand being used?
21 A.    Well, that -- again, Shehadey took it over under
22 the Red Triangle brand, and, excuse me, and as far as I
23 know, one of their main suppliers is Valero.
24 Q.    When it switched from being branded Gulf to Red
25 Triangle, would that have been in the 1970's?

Page 33

1  A.      I can't be specific.  I'd have to go back in the
2  records and find out.  I don't know exactly when it
3  changed over, because at that -- during -- it was
4  before I went into business for myself; I do know that.
5  And after -- well, I have to look at my biography here.
6  Q.      Sure.
7  A.      After that, I've lost complete track of
8  everything.
9  Q.      Okay.  Now, we'll go to your biography again.
10 A.      Okay.
11 Q.      Not trying to have you guess.  Just seeing if
12 you recall.  When you say went into business for
13 yourself, that's the construction business you
14 mentioned earlier?
15 A.      Yes.  I was a construction -- well, I had a
16 paving company to start with, and then later on I
17 became a construction inspector.
18 Q.      After the stations became branded Red Triangle,
19 did they remain branded Red Triangle until the time you
20 sold to Mr. Shehadey?
21 A.      Yes.
22 Q.      Now, as far as where you were purchasing
23 gasoline from, you mentioned you were buying gas, I
24 think you said mainly by exchange agreements, but is
25 that something you were talking about as being several

Page 48

1   Mr. Shehadey?

2   A.    We had service stations. The Shehadeys owned a
3   small, four or five, maybe a little more, convenience
4   stores, and it was called Shop and Go, and they were
5   buying gasoline from us. And we had a couple of
6   stations that we owned that they ran. And so it was
7   just a natural thing that they might be interested, and
8   I went to John, and he and I worked out a deal, and
9   then I basically asked John to loan me enough money to
10  buy her out, and then we'd negotiate the deal. And
11  that's exactly what we did.

12  Q.    So you initially bought out your sister's
13  interest and then --

14  A.    Well, it was a double escrow, all in the same
15  deal. We all sat at the same table, the attorneys were
16  involved, the paperwork was handed around, and that was
17  the end of it.

18  Q.    So then when that transaction occurred,
19  basically you and your sister's interests all wound up
20  with Mr. Shehadey?

21  A.    Correct.

22  Q.    Now, I think you said earlier, was it in regard
23  to the 2809 South Chestnut, I thought you had said
24  something to the effect that you were still the owner?

25  A.    I am. I'm still the owner. When my dad had

Page 64

1   A.      Manager.
2   Q.      -- manager?  Right.  And so the current lessee
3   of the property is Red Triangle Oil Company, and that's
4   with the name having been taken over by Mr. Shehadey?
5   A.      That's correct.
6   Q.      As far as underground storage tanks, are there
7   some there presently?
8   A.      No.
9   Q.      Do you know when they were removed?
10  A.      1998.  December of '98.
11  Q.      And I think we have some documents; again, not
12  just trying to test your memory on it.  Were there any
13  tanks put back in after that date?
14  A.      There were tanks put back in, but they were not
15  underground tanks.  They were aboveground tanks.
16  Q.      So have there been any underground tanks at the
17  property after 1998?
18  A.      There -- I think there's one still, but it's not
19  used.  It's abandoned basically.  And I think it was a
20  weed oil tank, to be honest with you.  And it may have
21  been dug up.  I don't know.
22  Q.      So who has ownership of the current tanks that
23  are there aboveground?
24  A.      Red Triangle.  I own the aboveground tanks right
25  presently, and then Shehadey has an option to purchase

Page 71

1  recall, sold back in the 1970's?
2  A.    Yeah, there were leaded -- leaded -- there was
3  -- all gasoline was leaded back in those days.  And we
4  had to -- in fact I went to the Small Business
5  Administration and got a loan to go around to all the
6  gas stations and clean the tanks for -- preparing them
7  for, quote, unquote, "unleaded gasoline."  So I was
8  involved then, but that's way back.
9  Q.    About how many stations did Red Triangle have at
10 its peak?
11 A.    Well, flying either the Wilshire brand or the
12 Gulf bland or the Red Triangle brand at one time
13 probably, and scattered over three or four counties,
14 something like maybe 50 or 60 gas stations.
15 Q.    At the time you sold to Mr. Shehadey, were there
16 other stations besides at 2809 South Chestnut?
17 A.    Yes.  There were a number of stations that were
18 sold to the Shehadeys and -- in the sale deal.
19 Q.    Were there any others in Fresno?
20 A.    Well, let's see.  There's one in Clovis, there's
21 Cedar, and Gettysburg is one that was sold to them.
22 There was a total of about five, but they're not in
23 Fresno.  There's Kingsburg, there's Kettleman City, so
24 I'd have to sit down with the list and go through them
25 again, so.

Deposition of Joel Hohenshelt  /  February 9, 2011

Page 80

1  in those approximate locations?
2  A.    Yeah.  The locations are not correct, but
3  they're -- you know, there's no room on this thing for
4  scaling.  Those tanks set quite a bit over farther to
5  the left than the drawing shows, but yeah, those were
6  two 20,000-propane tanks that, when I was there, were
7  installed.
8  Q.    When you say farther to the left, so it would be
9  toward where, for example, the number 135 is written?
10 A.    Yes, yes, it would be over farther.  It was not
11 in line with those tanks.
12 Q.    Now, let me ask you, can you describe for us, we
13 started to talk about what happened at the box labeled
14 "Loading rack."
15 A.    Uh-huh.
16 Q.    You said there were, I think you said, smaller
17 trucks loaded?
18 A.    Yeah.  Well, what happened there would be, our
19 tankers would pick up the fuel, bring it in, put it in
20 these tanks here, and then it would subsequently be
21 loaded onto smaller tank -- trucks that went out in the
22 field and delivered fuel to farm and commercial
23 accounts.
24 Q.    Now, at the time -- I think we talked about what
25 happened at the time you left the Red Triangle in the

Page 81

1  1970's.  During, say the 1980's and '90's, did you have
2  any knowledge as to where Red Triangle was buying its
3  gasoline from?
4  A.      No, I did not.
5  Q.      At the time when your father passed away and you
6  were arranging the sale to Mr. Shehadey, did you obtain
7  any information as to where Red Triangle was buying its
8  gasoline from at that time?
9  A.      No, I did not.
10 Q.      You described earlier that there was a -- the
11 pipeline initially, I think you said to Bakersfield,
12 later that was run up to Fresno; is that right?
13 A.      Apparently that's what happened.  There were
14 refineries in Bakersfield.  I can remember as a kid
15 going down there with my dad to pick up gasoline in a
16 truck.  Eventually the pipeline was put in, and then
17 one, two or three other refineries were hooked up to
18 that pipeline and put fuel to Fresno through the
19 Southern Pacific pipeline.
20 Q.      When you mentioned Southern Pacific pipeline,
21 did you ever hear or learn that that later became known
22 as the Kinder-Morgan pipeline?
23 A.      It was sold, as I understand it, yes.
24 Q.      Did you have any knowledge or information as to
25 whether Red Triangle was continuing to buy gasoline