# Exhibit 7

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-oOo-

_____

In re: Methyl Tertiary Butyl
Ether ("MTBE") Products
Liability Litigation

_____        Master File No.
                                        1:00-1898

This Document Relates To:
                                        Case No.
City of Fresno                          MDL 1358(SAS)
v. Chevron U.S.A. Inc., et al.,
Case No. 04 Civ. 4973

_____


         DEPOSITION OF GLEN R. BLUE
         March 17, 2011 at 1:00 (1:17) p.m.
         Before:  ERIC L. JOHNSON
                  RPR, CSR #9771

         Taken at:
         Fresno, California

Deposition of Glen R. Blue  /  March 17, 2011

Page 19

```
 1      A.  Pardon?

 2      Q.  We will try to use Exhibit 2 as we go through

 3  questions.

 4      A.  Okay.

 5      Q.  How long were you associated with the station

 6  at 2809 South Chestnut?

 7          MS. KLEAVER:  Vague.

 8          THE WITNESS:  I don't know the exact dates.

 9  Several years.  I owned the station.

10          MR. STEEVES:  Q.  You owned --

11      A.  280 -- well, 49 -- forget 2809.  I have no

12  interest in it.

13          MR. STEEVES:  Excuse me.  You what?

14      A.  I was thinking -- it is 4090 South Chestnut.

15      Q.  Right.  I'd like to -- I'd like to first talk

16  about 2809 South Chestnut.

17      A.  All right.

18      Q.  Do you recall when you started working at Red

19  Triangle Oil Company in 2809?

20      A.  What year?

21      Q.  Yes.

22      A.  At this location?

23      Q.  Yes.

24      A.  In the early '60s.

25      Q.  What was your job title when you first started
```

Deposition of Glen R. Blue  /  March 17, 2011

Page 20

 1   working there?

 2        A.   I was a janitor, sales, warehouseman, whatever

 3   had to be done.  We didn't wear hats back in those days.

 4        Q.   And how long did you work there?

 5        A.   Well, I have to calculate.  You told me a

 6   little while ago; 30-plus years?

 7        Q.   So you worked there during the time period you

 8   were associated with your father-in-law's business?

 9        A.   Yes.

10        Q.   So that would have been, I think you testified,

11   through 1989?

12        A.   Yes.

13        Q.   Did your job duties ever change over time?

14   Were you just a jack-of-all-trades, or did you have a

15   specific title at any point?

16        A.   I worked there and did what had to be done.

17        Q.   Do you recall who the operator of that station

18   was at the time you were working there?

19        A.   That was a company-operated store -- or

20   station.  Red Triangle operated it.

21        Q.   Okay.  Do you recall who owned the property,

22   the actual dirt that the -- the station was on?

23        A.   Arnold Hohenshelt.

24        Q.   Did Arnold own the tanks as well, the --

25        A.   He owned the complete facility.

Deposition of Glen R. Blue  /  March 17, 2011

Page 22

 1   period you worked there?

 2        A.   Run that by me again.

 3           MS. KLEAVER:  Same objection.

 4           MR. STEEVES:  Q.  Do you recall if Red Oil

 5   (sic) had an agreement to buy a certain brand of

 6   gasoline during the time period you worked there?

 7           MS. KLEAVER:  Same objection.

 8           THE WITNESS:  I can't tell you who had the

 9   contracts, but no doubt they did.  They committed to buy

10   a certain amount of gas.

11           MR. STEEVES:  Q.  But you can't recall the --

12   the company?

13           MR. PARSEGHIAN:  Objection; asked and answered.

14           THE WITNESS:  The company bought from various

15   people over a period -- I don't know what time frame you

16   are looking at.

17           MR. STEEVES:  Q.  Let's start with the time

18   period in the 1980s.

19        A.   The biggest supplier is Exxon.  That was the

20   brand.  Then they had various rebrand gas.

21        Q.   You said that was the biggest supplier.  Were

22   there other suppliers?

23        A.   Did the company buy from other people or people

24   delivered in?

25        Q.   Did the company buy from other people?

Deposition of Glen R. Blue  /  March 17, 2011

Page 23

 1        A.   Yes.

 2        Q.   Do you recall who that was?

 3        A.   Well, we bought from Jack Griggs Oil.

 4        Q.   Sorry, Jack Riggs?

 5        A.   Griggs, G-r-i-g-g-s.

 6        Q.   Griggs.  And do you recall the approximate time

 7   period that the company was buying from --

 8        A.   I don't remember.  I know we had Jim Harness.

 9   John Harness Oil Company was a supplier of Exxon

10   products.  And we -- we bought from -- I can't recall

11   everyone we bought from.  Whoever had the lowest price

12   we went and bought from, called rebrand.

13        Q.   Are you aware of anyone else associated with

14   the station that would have personal knowledge of these

15   supply agreements?

16             MS. KLEAVER:  Vague as to time.

17             THE WITNESS:  I don't know who they would be.

18             MR. STEEVES:  I am going to show you a few more

19   documents associated with this site at 2809.  Then we

20   will move on to the next site.

21                        (Deposition Exhibit 4 marked for

22                         identification)

23             MR. STEEVES:  Q.  Handing you what's been

24   marked as Exhibit 4.  It is a Business Plan Registration

25   form for Red Triangle Oil Company dated January 31st,