# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------x

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 |
| This Document Relates To: | PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RE PRODUCT IDENTIFICATION |
| City of Fresno, et al., | |
| Plaintiffs, | |
| v. | |
| Chevron U.S.A. Inc. | |
| Defendants | |

---------------------x

POUNDING PARTY:        PLAINTIFF CITY OF FRESNO

RESPONDING PARTY:      CHEVRON U.S.A., INC.

SET:                   ONE

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and in accordance with the directive of the Court at the May 11, 2004 status conference, Plaintiffs hereby submits the following First Set of Interrogatories, to be answered separately, in writing, and under oath, by each responding defendant listed on Exhibit A (attached hereto) on or before July 9, 2004. As directed by the Court at the May 11, 2004 status conference, each responding defendant's answers to these Interrogatories should include a description of the specific steps undertaken by the defendant to obtain the information contained in such answers. This First Set of Interrogatories is served without prejudice to Plaintiff's right to seek additional discovery.

## **DEFINITIONS**

A.  All definitions contained in Local Rule 26.3 of the United States District Court for the Southern District of New York are incorporated herein by reference.

B.  **MTBE** means methyl tertiary butyl ether.

C.  **MTBE Product** means any petroleum product containing MTBE. With respect to gasoline containing MTBE, MTBE Product includes any and all of the following: conventional gasoline containing MTBE, winter oxygenate fuel containing MTBE, and/or reformulated gasoline containing MTBE; provided, however, that if any responding defendant claims that it is unable to determine whether any conventional gasoline contained MTBE for purposes of answering these Interrogatories, MTBE Product shall include any and all conventional gasoline.

D.  **Refinery** means a facility used to process crude oil, unfinished oils, natural gas liquids, or other hydrocarbons into any petroleum product.

E.  **Terminal** means a petroleum product storage and distribution facility that is supplied by pipeline, vessel or other means, and from which such petroleum products may be removed at a rack and/or distributed by pipeline, and includes bulk storage and distribution facilities located at Refineries.

F.  **Terminalling Partner** means an entity that leased petroleum product storage or otherwise had the right to store petroleum products in the product storage tanks at a Terminal not owned, operated, or controlled by that entity.

G.  **You** means the responding defendant, its subsidiaries and affiliates.

H.  **Your** means of or pertaining to the responding defendant, its subsidiaries and affiliates.

## INTERROGATORIES

1. Please identify the name and address of each entity (including You, if applicable) that supplied You with MTBE Products for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County, the dates or date ranges when each such entity supplied You with MTBE Products, and the name and address of each Refinery from which such MTBE Products were supplied.

2. Please identify the name and address of each entity from which You obtained neat MTBE for use at any Refinery owned or operated by You that supplied gasoline for ultimate delivery into Kern County, the dates or date ranges when MTBE was acquired from each such supplier, and the name and address of Your Refinery(ies).

3. Please identify each Terminal You use or used to supply gasoline for ultimate delivery into Kern County at any time since the date of first MTBE use in Kern County and the dates or date ranges when You have used such Terminal. For each Terminal You use or used, please also state whether You owned or operated such Terminal or were a Terminalling Partner at such Terminal.

Dated:   Sacramento, California
         August 4, 2004                    MILLER, AXLINE & SAWYER

                                  By:      _____
                                           DUANE C. MILLER, SBN 57812
                                           MILLER, AXLINE & SAWYER
                                           Attorneys for Plaintiffs
                                           1050 Fulton Avenue, Suite 100
                                           Sacramento, CA 95825
                                           Phone: (916) 488-6688

## PROOF OF SERVICE VIA E-MAIL AND US MAIL

2   I, Christina Hise, hereby declare under penalty of perjury of the law that a true copy of the

3   ollowing:

4   PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RE

5   PRODUCTION IDENTIFICATION

6   [CHEVRON U.S.A., INC.]

7   as served via e-mail, pursuant to Judge Shira A. Schiendlin's Case Management Order dated

8   pril 1, 2004 [Section IV], upon:

9   eter Sacripanti, Esq.                    Defense Liaison Counsel.
    cDermott Will & Emery LLP
10  sacripanti@mwe.com

11  tan Alpert, Esq.                         Plaintiffs' Liaison Counsel.
    salpert@weitzlux.com
12

13  n the 4th day of August, 2004, and on the following persons or parties by placing a true copy hereof in a sealed envelope, showing the addresses set forth below, for collection and deposit in he United States Postal Service on that date following ordinary business practices:

14

15                          See Attached List

16  I declare under penalty of perjury under the laws of the State of California and the United tates of America that the foregoing is true and correct.

17

18  Executed on August 4, 2004, at Sacramento, California.

19

20                          _____
                            CHRISTINA HISE
21

22

23

24

25

26

27

28

|   |   |   |
|---|---|---|
| 2 | John J. Wasilczyk, Esq.<br>Allison N. Shue, Esq.<br>David L. Schrader<br>Michael T. Zarro, Esq. | Counsel for Chevron USA, Inc.; Texaco, Inc.; ChevronTexaco Corporation; Chevron Environmental Services Company |
| 3 | Morgan Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor |   |
| 4 | Los Angeles, CA 90071-3132 |   |
| 5 | Bojoon Hwang, Esq.<br>Marin S. Schwartz, Esq. | Counsel for Shell Oil Company; Texaco Refining & Marketing, Inc.; Equilon Enterprises LLC |
| 6 | Munger, Tolles & Olson<br>33 New Montgomery Street, 19th Floor |   |
| 7 | San Francisco, CA 94105-9781 |   |
| 8 |   |   |
| 9 | William D. Temko, Esq.<br>Munger, Tolles & Olson | Counsel for Shell Oil Company, Equilon Enterprises LLC, Equiva Services LLC, and Texaco Refining & Marketing, Inc. |
| 10 | 355 Grand Avenue, 35' Floor<br>Los Angeles, CA 90071-1560 |   |
| 11 | Colleen P. Doyle, Esq.<br>Diana Pfeffer Martin, Esq. | Counsel for Exxon Corporation; Exxon Mobil Corporation |
| 12 | Catherine M. Stites, Esq.<br>Bingham McCutchen LLP |   |
| 13 | 355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-1560 |   |
| 14 |   |   |
| 15 | Don D. Anderson, Esq.<br>Michele Johnson, Esq. | Counsel for Tosco Corporation; ConocoPhillips Corporation |
| 16 | Latham & Watkins<br>650 Town Center Drive, Suite 2000 |   |
| 17 | Costa Mesa, CA 92626 |   |
| 18 | Brendan M. Dixon<br>Unocal Corporation | Counsel for Unocal Corporation; Unocal Oil Company of California |
| 19 | 376 S. Valencia Avenue<br>Brea, CA 90245 |   |
| 20 | Brian M. Ledger<br>Judy R. Perrino | Counsel for Kern Oil & Refining Company |
| 21 | Gordon & Rees LLP |   |
| 22 | 101 West Broadway, Suite 1600<br>San Diego, CA 92101-3541 |   |
| 23 | J. Clifford Gunter, III, Esq.<br>Gracie J. Renfroe, Esq. | Counsel for Valero Refining Company-California; Ultramar, Inc. |
| 24 | BRACEWELL & PATTERSON, LLP<br>711 Louisiana Street, Suite 2900 |   |
| 25 | Houston, TX 77002 |   |
| 26 | Marc M. Seltzer, Esq.<br>David C. Marcus, Esq. | Counsel Arco Chemical Company; Lyondell Chemical Company |
| 27 | Susman Godfrey LLP<br>1901 Avenue of the Stars, Ste. 950 |   |
| 28 | Los Angeles, CA 90067 |   |

| | | |
|---|---|---|
| 2 | • an J. Hoffman, Esq.<br>lank Rome Comisky & Mccaulley, LLP<br>• ne Logan Square<br>18th and Cherry Street | Counsel for Arco Chemical Company;<br>Lyondell Chemical Company |
| 3 | •hiladephia, PA 19103-6998 | |
| 4 | atthew T. Heartney, Esq. | Counsel for Atlantic Richfield Company |
| 5 | awrence Allen Cox, Esq.<br>tephanie Michele Bonnett |  |
| 6 | • mold & Porter<br>77 South Figueroa Street, 44th Floor<br>os Angeles, CA 90017-5844 |  |
| 7 | | |
| 8 | pencer T. Malysiak, Esq.<br>pencer T. Malysiak Law Corporation<br>1180 Iron Point Road, Ste. 145B | Counsel for New West Petroleum; New<br>West Petroleum LLC |
| 9 | olsom, CA 95630 | |
| 10 | obert P. Doty, Esq. | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC; |
| 11 | ox, Castle & Nicholson LLP<br>55 Montgomery Street, Fifteenth Floor<br>an Francisco, CA 94111-2585 | Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| 12 | | |
| 13 | • licia Vaz<br>ox, Castle & Nicholson LLP | Counsel for Duke Energy Merchants LLC;<br>Duke Energy Trading and Marketing LLC; |
| 14 | 049 Century Park East<br>os Angeles, CA 90067 | Duke Energy Merchants California, Inc.;<br>Northridge Petroleum Marketing U.S., Inc. |
| 15 | effrey L. Fillerup, Esq. | Counsel for Pacific Southwest Trading |
| 16 | uce, Forward, Hamilton & Scripps, LLP<br>121 Spear Street, Suite 200<br>an Francisco, CA 94105-1582 | |
| 17 | | |
| 18 | eter M. Hart<br>right, Robinson, Osthimer & Tatum | Counsel for Nella Oil Company LLC |
| 19 | 4 Montgomery Street, 18th Floor<br>an Francisco, CA 94104-4705 | |
| 20 | quiva Services LLC<br>/o Vivian Imperial | |
| 21 | .T. Corporation<br>18 W. Seventh Street | |
| 22 | os Angeles, CA 90017 | |
| 23 | estport Petroleum, Inc<br>/o Vivian Imperial | |
| 24 | .T. Corporation<br>18 W. Seventh Street | |
| 25 | os Angeles, CA 90017. | |
| 26 | | |
| 27 | | |
| 28 | | |