UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br>This document pertains to:<br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al*<br>Case No.: 07-CIV-10470 | Master File No. 1:00-1898 (SAS)<br>MDL 1358 (SAS) |

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Plaintiffs and there being no opposition thereto, the *pro hac vice* admission of the following attorney to appear on behalf of Plaintiff Commonwealth of Puerto Rico in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office:

Carlos A. Del Valle Cruz
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
(787) 721-7700, ext. 2105
cdelvalle@justicia.pr.gov

Dated: March 18, 2013

SO ORDERED:

HON. SHIRA A. SCHEINDLIN,
U.S.D.J.