# **EXHIBIT 1**

- The City of Fresno's Original Complaint (Oct. 22, 2003)

1 | Duane C. Miller #57812
A. Curtis Sawyer, Jr. #101324
2 | Tracey L. O'Reilly #206230
Tamarin E. Austin #207903
3 | Evan Eickmeyer #166652
Daniel Boone #148841
4 | **MILLER & SAWYER**
A Professional Corporation
5 | 1651 Response Road, Second Floor
Sacramento, California 95825-5253
6 | Telephone: (916) 927-8600
Facsimile: (916) 927-9267
7 |
Attorneys for Plaintiff
8 | City of Fresno

Exempt from Filing Fee
[Govt. Code, § 6103]

OCT 2 2 2003

BY: _Mike Morris_
Mike Morris

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF SAN FRANCISCO

11 | CITY OF FRESNO

12 | Plaintiff,

13 | vs.

14 | CHEVRON U.S.A. INC.; CHEVRON
ENVIRONMENTAL SERVICES
15 | COMPANY; SHELL OIL COMPANY;
EXXON CORPORATION; TOSCO
16 | CORPORATION; UNOCAL
CORPORATION; UNION OIL COMPANY
17 | OF CALIFORNIA; KERN OIL &
REFINING COMPANY; VALERO
18 | REFINING COMPANY- CALIFORNIA;
TEXACO REFINING AND MARKETING
19 | INC.; ULTRAMAR, INC.; ARCO
CHEMICAL COMPANY; LYONDELL
20 | CHEMICAL COMPANY; EXXON MOBIL
CORPORATION; CONOCOPHILLIPS
21 | CORPORATION; ATLANTIC
RICHFIELD COMPANY; EQUIVA
22 | SERVICES LLC; TEXACO, INC.;
EQUILON ENTERPRISES LLC ;
23 | CHEVRONTEXACO CORPORATION;
NEW WEST PETROLEUM; DUKE
24 | ENERGY MERCHANTS, LLC; DUKE
ENERGY TRADING AND MARKETING,
25 | LLC; PACIFIC SOUTHWEST TRADING,
NORTHRIDGE PETROLEUM
26 | MARKETING U.S., INC.; DUKE
ENERGY MERCHANTS CALIFORNIA,
27 | INC.; NEW WEST PETROLEUM, LLC;
WESTPORT PETROLEUM INC.; NELLA
28 | OIL COMPANY LLC; AND DOES 1

CASE NO.   **GGC -03-425649**

**COMPLAINT FOR DAMAGES AND
OTHER RELIEF FOR:**

**(1) STRICT LIABILITY
(2) NEGLIGENCE
(3) TRESPASS
(4) NUISANCE**

CASE MANAGEMENT CONFERENCE SET

PLAN I   MAR 2 6 2004  9:00 AM

DEPARTMENT 212

1

Complaint for Damages and Other Relief

THROUGH 200, 201 THROUGH 400, and )
401 THROUGH 600, inclusive, )
                                )
     Defendants. )
                                )

Plaintiff City of Fresno hereby alleges as follows:

## I. SUMMARY OF THE CASE

1. The City of Fresno is responsible for purveying clean, safe drinking water to approximately 450,000 people in the County of Fresno, California. Expanding plumes of methyl tertiary butyl ether ("MTBE") and tertiary butyl alcohol ("TBA") contaminate and threaten the water system and drinking water on which Fresno's schools, hospitals, businesses, residents and visitors depend.

2. The defendants in this action are the refiners who manufacture gasoline containing MTBE and TBA, manufacturers of MTBE, and the designers, promoters, marketers, formulators, distributors, suppliers, and retailers of gasoline containing MTBE and TBA, which contaminate and threaten Fresno's water system and public water supply. Among other things, the defendants knowingly and willfully promoted and marketed MTBE and TBA and/or gasoline containing MTBE and/or TBA, when they knew or reasonably should have known that these compounds would reach groundwater, pollute public water supplies, render drinking water unusable and unsafe, and threaten the public health and welfare, as they have in Fresno.

3. Fresno filed this lawsuit to recover compensatory and all other damages, including all necessary funds to remove MTBE and TBA pollution from public drinking water supplies, to restore the reliability of Fresno's water system and drinking water supply, to abate MTBE and TBA plumes, and to assure that the responsible parties -- and not the City of Fresno nor the public -- bear the expense.

## II. PLAINTIFF

4. Plaintiff City of Fresno ("Fresno") provides water to the residents of Fresno. The City of Fresno bears the responsibility of owning and operating a water system which serves the public, including drinking water wells with related and ancillary equipment, pumps, pipes, water treatment equipment, delivery systems and infrastructure which will be referred to collectively in

2