# EXHIBIT 10

Exxon Service Station (4594 E. Tulare) and

Beacon-ARCO #615 (1625 Chestnut Ave.)

- Deposition of Dan Martin, pgs. 22-24, 26, 32, 40-44, 48, 50-55, 58-59 (Mar. 23, 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-oOo-

In re: Methyl Tertiary Butyl
Ether ("MTBE") Products
Liability Litigation

Master File No.
1:00-1898

This Document Relates To:

Case No.
MDL 1358(SAS)

City of Fresno
v. Chevron U.S.A. Inc., et al.,
Case No. 04 Civ. 4973

DEPOSITION OF DAN MARTIN

March 23, 2011 at 12:00 p.m.

Before:   ERIC L. JOHNSON
          RPR, CSR #9771

Taken at:
Fresno, California

Deposition of Dan Martin  /  March 23, 2011

Page 21

1  recognize that. The first one is on Chestnut Avenue
2  according to this list.
3     MR. MASSEY: Q. Okay. There's --
4     A. Oh --
5     Q. -- one that's not aligned with the rest of the
6  list.
7     A. Okay.
8        Yes. We -- we owned that station.
9     Q. Okay. 3645 East Olive Avenue?
10    A. Yes.
11    Q. Okay. Do you recall what time frame you owned
12 that station?
13    A. Sometime in '85 or '86, I believe.
14    Q. Okay. And as you recall, there was never any
15 gas sold at that station; is that correct?
16    A. That station was converted to a repair shop.
17 To my knowledge, it never bought any gasoline. Never
18 distributed any gasoline there. Sold -- they never sold
19 any gasoline.
20    Q. Okay. And did you distribute ARCO gasoline to
21 the second station on the list, which is listed as
22 2397 Chestnut Avenue, and that's at Chestnut and Church?
23    MR. FINSTEN: Objection; assumes facts; lack of
24 foundation; vague as to "deliver gasoline." Leading.
25    THE WITNESS: Chestnut and Church? I don't

Page 22

1  recognize that address at all --
2     MR. MASSEY: Okay.
3     THE WITNESS: -- for a service station.
4     MR. MASSEY: Q. How about 4591 East Belmont
5  Avenue? Which is at Belmont and Maple.
6     MR. FINSTEN: Objection; assumes facts.
7     THE WITNESS: Yes, that was one of our
8  stations.
9     MR. MASSEY: Q. Okay. And --
10    A. Let me correct that. That -- I am thinking of
11 Tulare and Maple.
12    MR. FINSTEN: This is why I object to all of
13 this.
14    THE WITNESS: Belmont and Maple, I -- I think
15 was a Beacon station, I believe.
16    MR. MASSEY: Q. So you are not certain whether
17 you supplied ARCO gasoline to that station?
18    A. No, I don't think so.
19    Q. Are you certain whether you owned that station
20 at any time?
21    A. We didn't own it, to my knowledge.
22    Q. How about 1625 North Chestnut Avenue, which is
23 Chestnut and McKinley?
24    MR. FINSTEN: Objection; assumes facts not in
25 evidence, leading the witness.

Page 23

1     THE WITNESS: Yes, we owned that station.
2     MR. MASSEY: Q. Approximately what time period
3  did you own that station?
4     MR. FINSTEN: Objection; calls for speculation.
5     THE WITNESS: Sometime in the late '80's, I
6  believe.
7     MR. MASSEY: Q. And do you still own it now?
8     A. We still own it.
9     Q. So you started owning it in the late '80's?
10    A. Well, sometime in the '80's, we built that
11 station. Now, there's other stations on that
12 intersection. I presume that you are talking about the
13 northwest corner of Chestnut and McKinley.
14    Q. The address we have is 1625 North Chestnut.
15    A. That's -- yeah, I don't know if that was our
16 street address, but that is one -- we owned a station at
17 that corner, yes.
18    Q. Okay. And is that station an ARCO-branded
19 station?
20    A. Yes.
21    Q. And throughout the time period that you owned
22 it, it has sold ARCO gasoline?
23    A. Yes.
24    Q. Exclusively ARCO gasoline?
25    A. Yes.

Page 24

1     MR. FINSTEN: Objection to all of this as
2  leading.
3     MR. MASSEY: Q. And --
4     MR. FINSTEN: Since you met with the witness
5  beforehand, you should not be asking leading questions.
6     MR. MASSEY: Let's go off the record.
7     THE VIDEOGRAPHER: Going off the record at
8  12:20 p.m.
9     (Discussion held off the record)
10    THE VIDEOGRAPHER: Back on the record at
11 12:21 p.m.
12    MR. MASSEY: Q. And for the ARCO station at
13 the corner of Chestnut and McKinley that you own, prior
14 to your ownership, which is approximately in the late
15 '80's, did Martin Oil supply ARCO gasoline to that
16 station?
17    MR. FINSTEN: Objection; compound, leading,
18 assumes facts not in evidence, and calls for
19 speculation.
20    THE WITNESS: 1625 North Chestnut is our ARCO
21 station and it still is. We didn't supply the prior
22 station that was on that corner. I -- I don't even know
23 what brand it was.
24    MR. MASSEY: Q. Okay. How about 3767 South
25 Golden State Boulevard, which is at Golden State

6 (Pages 21 to 24)

Deposition of Dan Martin   /   March 23, 2011

Page 25

1  Boulevard and Chestnut?
2      A. No, that's not -- was not our customer.
3      Q. How about 30 Divisadero Street, which is at the
4  corner of Divisadero and North Thome?
5      MR. FINSTEN: Objection; assumes facts not in
6  evidence.
7      THE WITNESS: I am not familiar with that
8  address at all.
9      MR. MASSEY: Q. How about 3996 North Parkway
10 Drive, which is Parkway and Ashlan?
11     MR. FINSTEN: Objection; assumes facts not in
12 evidence.
13     THE WITNESS: That's not our station, no.
14     MR. MASSEY: Q. Okay. Did you ever supply
15 ARCO gasoline to that station?
16     A. No.
17     Q. All right. And the same question for the prior
18 one, 30 Divisadero, did you ever supply --
19     A. No --
20     Q. -- gasoline?
21     A. -- never.
22     Q. How about 5785 North First, which is at the
23 corner of First and Bullard?
24     A. No.
25     MR. FINSTEN: Objection; assumes facts not in

Page 26

1  evidence.
2      MR. MASSEY: Q. How about 4569 East Florence,
3  which is Florence and Maple?
4      MR. FINSTEN: Objection; assumes facts not in
5  evidence.
6      THE WITNESS: I am not familiar with that
7  location either.
8      MR. MASSEY: Q. Okay. How about 1703 West
9  Olive, which is on Olive just west of the 99 freeway?
10     A. No, we did not.
11     Q. How about 4594 East Tulare, which is at Tulare
12 and Maple?
13     A. That -- yes, that was a station we built and
14 branded ARCO.
15     Q. Okay. And approximately how long did you
16 operate that station? When did you stop operating it?
17     MR. FINSTEN: Objection; calls for speculation.
18     THE WITNESS: When did we start operating, did
19 you say, that one?
20     MR. MASSEY: Q. When did you stop operating
21 it?
22     A. Oh. In -- sometime in 1985.
23     Q. Okay. And did you supply ARCO gasoline to that
24 station up until that time?
25     MR. FINSTEN: Objection; assumes facts not in

Page 27

1  evidence; leading the witness.
2      THE WITNESS: Yes, we did.
3      MR. MASSEY: Q. How about 4205 East Butler,
4  which is Butler and Cedar?
5      A. That was our --
6      MR. FINSTEN: Objection; assumes facts not in
7  evidence.
8      THE WITNESS: That was a station branded ARCO
9  which we did not own but we supplied gasoline to.
10     MR. MASSEY: Q. Okay. And what time frame did
11 you supply ARCO gasoline to that station?
12     MR. FINSTEN: Objection; assumes facts not in
13 evidence, leading.
14     THE WITNESS: 1984, I believe, and -- and
15 through the most part of '85.
16     MR. MASSEY: Q. And when did you begin
17 supplying ARCO gasoline to that station?
18     MR. FINSTEN: Objection; assumes facts not in
19 evidence, leading.
20     THE WITNESS: I believe it was 1983, '84.
21     MR. MASSEY: Q. Okay. And that station stayed
22 as an ARCO-branded station after you --
23     A. As far as --
24     Q. -- sold --
25     A. -- I know --

Page 28

1      Q. -- sold it?
2      A. -- we -- we never owned it, we -- it was just a
3  customer.
4      Q. And as far as you know, after '84 and '85, that
5  station stayed ARCO branded?
6      MR. FINSTEN: Objection; assumes facts, leading
7  the witness.
8      THE WITNESS: Yeah, I am not sure what --
9  after '85, I don't know what happened to it.
10     MR. MASSEY: Q. Okay. Do you know whether it
11 is branded with any brand of gasoline today?
12     MR. FINSTEN: Objection; calls for speculation.
13     THE WITNESS: Yeah, I am -- I am not sure what
14 it is. I haven't seen it in several years.
15     MR. MASSEY: Q. Okay. How about 4090 South
16 Chestnut, which is Chestnut and Cartwright?
17     MR. FINSTEN: Objection; assumes facts not in
18 evidence.
19     THE WITNESS: I am not familiar with that
20 location at all.
21     MR. MASSEY: Q. Okay. How about 2394 South
22 Elm, which is Elm and Church?
23     MR. FINSTEN: Objection; assumes facts not in
24 evidence.
25     THE WITNESS: Yes, we owned that and that was a

DEPOBOOK REPORTING SERVICES, LLC (800) 830-8885

Page 29

1  branded ARCO.
2      MR. MASSEY: Q. And when did you stop owning
3  it?
4      A. I believe in 1985, we gave it up.
5      Q. Okay. And did it stay as an ARCO-branded
6  station after you sold it?
7      MR. FINSTEN: Objection; lack of personal
8  knowledge, assumes facts, calls for speculation.
9      THE WITNESS: Yeah, I am not sure if it stayed
10 branded or not. We -- we gave up ownership of it.
11     MR. MASSEY: Q. How about 2809 South Chestnut,
12 which is Chestnut and Annadale?
13     MR. FINSTEN: Objection; assumes facts not in
14 evidence.
15     THE WITNESS: 2809 South Chestnut? Chestnut
16 and Annadale, I am not familiar with that station.
17     MR. MASSEY: Q. How about 1014 East Bullard,
18 which is Bullard and First?
19     MR. FINSTEN: Objection; assumes facts not in
20 evidence.
21     THE WITNESS: I am not sure on that -- that was
22 not ours, so --
23     MR. MASSEY: Q. How about 3217 East Lorena,
24 which is Lorena and Parallel?
25     MR. FINSTEN: Objection; assumes facts not in

Page 30

1  evidence.
2      THE WITNESS: I am not familiar with that
3  location either.
4      MR. MASSEY: Q. How about 5756 North First --
5      MR. FINSTEN: Objection --
6      MR. MASSEY: -- which is First and Bullard.
7      MR. FINSTEN: Objection; assumes facts not in
8  evidence.
9      THE WITNESS: I am not familiar with that
10 station.
11     MR. MASSEY: Q. How about 1605 North Cedar,
12 which is Cedar and McKinley?
13     MR. FINSTEN: Objection; assumes facts not in
14 evidence.
15     THE WITNESS: Not familiar with that location
16 either.
17     MR. MASSEY: Q. How about 101 North Roosevelt,
18 which is Roosevelt and H?
19     MR. FINSTEN: Objection; assumes facts not in
20 evidence.
21     THE WITNESS: Again, that's not -- I am not
22 familiar with that.
23     MR. MASSEY: Q. How about 2139 South Elm,
24 which is Elm and California?
25     MR. FINSTEN: Objection; assumes facts not in

Page 31

1  evidence.
2      THE WITNESS: I don't think that is a service
3  station, that address, or ever was.
4      MR. MASSEY: Q. How about 2740 North Van Ness,
5  which is Van Ness and Princeton?
6      MR. FINSTEN: Objection; assumes facts not in
7  evidence.
8      THE WITNESS: I believe that was a Chevron.
9  Still is, I believe.
10     MR. MASSEY: Q. Did you ever supply gasoline
11 to that station?
12     A. No, never supplied gasoline.
13     Q. And how do you know it was a Chevron or is a
14 Chevron?
15     A. Well, it was kind of a historical gas station
16 in Fresno. It goes back to the '20's, and still there,
17 still being operated, I believe, by the original owner.
18     Q. And you have driven by it and seen the Chevron
19 sign over the years?
20     A. Yes, over the years, yes; mm-hmm.
21     Q. And how about the last one on our list 22 --
22 225 North H, which is H and Arroyo?
23     A. I am not familiar with that address, no.
24     Q. Okay. So let me review. 1625 North Chestnut
25 is an ARCO station that you owned since the late '80's;

Page 32

1  is that correct?
2      MR. FINSTEN: Objection; leading the witness;
3  mischaracterizes testimony.
4      THE WITNESS: That's at Chestnut and McKinley?
5      MR. MASSEY: Correct.
6      THE WITNESS: Yes. We still own it; mm-hmm.
7      MR. MASSEY: Q. And 4594 East Tulare, which is
8  Tulare and Maple, that is a station that you owned and
9  that was branded ARCO?
10     MR. FINSTEN: Same objections.
11     THE WITNESS: We owned it -- we built it and
12 then sold it, I believe, in 1984 or '85.
13     MR. MASSEY: Q. And 4205 East Butler was an
14 ARCO station that you owned at one time; is that
15 correct?
16     MR. FINSTEN: Objection; assumes facts --
17     THE WITNESS: No, we never owned --
18     MR. FINSTEN: -- mischaracterizes past
19 testimony.
20     THE WITNESS: We supplied gasoline there, and
21 sometime in -- in the '80's for a short time, then it
22 was supplied, as I remember, by another distributor of
23 some kind. Not ARCO. Or it could have been ARCO, could
24 have been Beacon. I don't know what it was.
25     MR. MASSEY: Q. Okay. And when you are saying

Deposition of Dan Martin  /  March 23, 2011

Page 37

1  MR. FINSTEN: Again, no more Merced.
2  MR. MASSEY: You have made your objection,
3  Counsel.
4  MR. FINSTEN: Yeah. Well, the counsel in the
5  case that aren't here to object don't appreciate this.
6  This is unethical behavior.
7  I am going to ask the court reporter to mark
8  the transcript every time counsel utters the word
9  "Merced."
10  MR. MASSEY: Let's go off the record.
11  THE VIDEOGRAPHER: Going off the record at
12  12:38 p.m.
13  (Discussion held off the record)
14  THE VIDEOGRAPHER: Back on the record at
15  12:40 p.m.
16  MR. MASSEY: Q. Okay. What's next on your
17  list?
18  A. 4514 West Shaw Avenue, Fresno.
19  MR. PATTON: I am going to make one objection.
20  This is off of the designated issues of this, and so it
21  did not provide counsel with an opportunity to prepare
22  for stations that were identified that are not on the
23  list.
24  MR. MASSEY: And I will just note for the
25  record that this is a deposition of Mr. Martin as an

Page 38

1  individual, not a PMQ, so the topics are superfluous.
2  Q. And you still own that station?
3  A. Yes.
4  Q. And is it an ARCO-branded station?
5  A. Yes.
6  Q. And how long has it been an ARCO-branded
7  station?
8  A. Oh, since we built it. That was built about
9  1984, I believe.
10  Q. What's next on your list?
11  A. Well, the -- this -- you want to talk about
12  Merced?
13  Q. Yep.
14  A. 19 --
15  MR. FINSTEN: Off the record.
16  MR. MASSEY: Let's go off the record.
17  THE VIDEOGRAPHER: Going off record at
18  12:41 p.m.
19  (Discussion held off the record)
20  THE VIDEOGRAPHER: Back on the record at
21  12:42 p.m.
22  MR. FINSTEN: I have one brief statement and
23  then if counsel wants to continue questioning about
24  Merced, he does so at his own risk.
25  But this is absolutely unethical behavior by

Page 39

1  Miller, Axline & Sawyer to notice a deposition in one
2  case and ask questions about another case where counsel
3  in the other case have not been appraised of the
4  deposition. It is completely inappropriate, and I -- I
5  would imagine it is a violation of the ethical rules.
6  If counsel continues to do so, he is on notice
7  that the defense group in Merced, I am sure, will move
8  for sanctions.
9  So continue if you will, but this is not
10  ethical.
11  (Portion of the record stricken by
12  stipulation of counsel)
13  MR. MASSEY: Q. What's next on your list?
14  A. Well, the list I have been going -- referring
15  to here is a list that is leased to Valero at this
16  point.
17  Now, there's other stations that we own that
18  are leased to Valero. I don't have that -- or owned at
19  one time and leased to Valero.
20  Q. This is just a list of stations that you
21  currently own; is that correct?
22  A. Actually, it is a partial list that we
23  currently own.
24  Q. Okay. But it is your understanding that the
25  stations on that list are stations that are currently

Page 40

1  owned by Martin Oil?
2  A. Either were or have been sold since this list
3  was made.
4  Q. The ones that you just read off from that list
5  that we just discussed, are those all of the stations
6  that, as you understand it, are currently owned by
7  Martin Oil?
8  A. No, not all of them are currently owned by
9  Martin Oil.
10  Q. Okay. Which ones are the ones we talked about,
11  from that list or not?
12  A. That are currently owned by Martin Oil are
13  1216 Clovis; 1975 East Childs; 1625 North Chestnut;
14  4001 North Marks; 1500 West Whitesbridge, Kerman; and
15  4514 West Shaw.
16  Q. Are there any that are not -- that you haven't
17  read off that are on that list in Fresno?
18  A. Not currently owned by Martin Oil, no.
19  Q. Okay. Are there any others that are on that
20  list that are in Fresno that we haven't talked about
21  that were owned sometime in the past by Martin Oil?
22  A. They are not on this list. There's several
23  that were owned by Martin Oil and then sold at some
24  point.
25  Q. Do you recall the addresses of the -- or the

10 (Pages 37 to 40)

Page 41

1   cross streets of those?
2       A. First and Gettysburg, Fresno. I think that's
3   the only one in Fresno that we sold. There's some in
4   other cities.
5       MR. MASSEY: Okay. Let's proceed on and we
6   will clarify as best we can what you know about the
7   stations that we have talked about so far.
8       I am going to go ahead and mark as Exhibit 2 a
9   purchase agreement between Beacon Oil Company and Martin
10  Oil, dated November 29th, 1984.
11      THE WITNESS: Okay.
12      MR. MASSEY: Let's go off the record.
13      THE VIDEOGRAPHER: Going off the record at
14  12:47 p.m.
15      (Discussion held off the record)
16          (Deposition Exhibit 2A-2B marked
17              for identification)
18      THE VIDEOGRAPHER: Back on the record at
19  12:55 p.m.
20      MR. MASSEY: Okay. We have marked as
21  Exhibit 2A a document titled "Purchase Agreement" dated
22  November 29th 1984. And this document has five pages to
23  it.
24      And we have marked as Exhibit 2B a document
25  that says "ARCO Petroleum Products Company" at the top.

Page 42

1   And it is called a branded distributor, dash, gasoline
2   agreement. This document is six pages, and does not
3   have a date on the first page and does not have
4   signatures on the -- on the last page.
5       Q. What we have marked as Exhibit 2A, the purchase
6   agreement, is this the agreement by which Martin Oil
7   sold its rights, obligations, and interests, under the
8   franchise agreement that we have marked as 2B, to Beacon
9   Oil?
10      MR. PATTON: Objection; lacks foundation.
11      THE WITNESS: Yes, it is.
12      MR. MASSEY: Q. Okay. And is that your
13  signature on the signature page of the purchase
14  agreement that we have marked as Exhibit 2A?
15      A. Yes.
16      Q. All right. And is that your handwriting
17  indicating that your home address is listed for Martin
18  Oil?
19      A. That is my home address, right, at the time.
20      Q. Okay. And is this a true and correct copy of
21  this purchase agreement?
22      A. Yes.
23      Q. Okay. What we have marked as 2B, is this
24  Exhibit A to the purchase agreement?
25      A. You know, I am not sure if that's Exhibit A to

Page 43

1   the agreement, but --
2       Q. Do you see paragraph one of the purchase
3   agreement?
4       A. I -- I believe it is, yes. Yeah.
5       Q. Okay. And paragraph one references the, quote,
6   branded distributor dash gasoline agreement, unquote,
7   which is the same name as what we have marked as
8   Exhibit 2B; is that correct?
9       A. Yes.
10      Q. Okay. So at this point in time, which was
11  November of 1984, you sold your rights to distribute
12  ARCO gasoline to Beacon Oil Company; is that correct?
13      A. Yes.
14      Q. Okay. Was anything else, other than Martin
15  Oil's rights, interests, and obligations under the
16  distributor agreement with ARCO, sold as part of this
17  transaction?
18      A. Repeat that again.
19      Q. Did Martin Oil sell anything in addition to its
20  rights under this distributor agreement?
21      A. We sold Beacon Oil Company our trucks and our
22  gas agreement. I believe that's all.
23      Q. Okay. When you say trucks, were they tanker
24  trucks that deliver gasoline?
25      A. Tanker trucks, yes.

Page 44

1       Q. Approximately how many of them were there, if
2   you recall?
3       A. I think there was three that they bought.
4       Q. Do you recall at this point in 1984
5   approximately how many gas stations Martin Oil owned?
6       A. In Fresno, probably ten, thereabouts.
7       Q. Okay. And have we talked about all of those
8   already?
9       A. Yes.
10      Q. And they were ARCO-branded stations selling
11  ARCO gasoline at the time of this agreement?
12      A. We didn't sell them the stations, we leased
13  them the stations, yeah.
14      Q. Were they ARCO branded at the time of this
15  agreement?
16      MR. FINSTEN: Objection; calls for speculation,
17  lacks foundation, leading.
18      THE WITNESS: We just leased the ARCO-branded
19  stations to Beacon.
20      MR. MASSEY: Q. My question is slightly
21  different. I am just trying to set down the basic fact
22  that at the time of this sale of the trucks and the
23  distributor agreement to Beacon, Martin Oil owned a
24  number of stations. My question is whether those
25  stations were branded ARCO at that time?

Deposition of Dan Martin / March 23, 2011

Page 45

1  MR. FINSTEN: Same objections.
2  THE WITNESS: I think all of the stations we
3  supplied gas to were branded ARCO.
4  MR. MASSEY: Q. Including the approximately
5  ten that Martin Oil owned at this time?
6  A. Yes.
7  Q. And then after the sale to Beacon, you leased
8  those stations to Beacon so that Beacon could operate
9  them?
10  A. Let's see. There was a station or two they
11  didn't want, and they didn't lease them, the ones they
12  didn't want. They were in conflict maybe with a Beacon
13  station or weren't up to standards that they wanted.
14  They wanted a certain image.
15  Q. Okay. And if we can go back to Exhibit 1
16  briefly, and if you could point out to me which on this
17  list were owned by Martin Oil at the time of the
18  agreement, then we can establish clearly what that
19  universe of stations was.
20  A. What list do I have that shows all of the
21  stations we owned?
22  Q. The list that we gave you. So it may not be
23  all of the stations that you owned.
24  A. Oh.
25  MR. FINSTEN: Wait a minute. Are you referring

Page 46

1  to something other than the deposition notice?
2  MR. MASSEY: No. I am referring to the
3  deposition notice.
4  MS. JONES-ROY: Hi, this is Whitney Jones-Roy
5  joining the deposition. I understand that there's been
6  questioning about Merced, even though this is a Fresno
7  case, and I just want to state my objection on the
8  record now that it is inappropriate.
9  MR. MASSEY: Go ahead.
10  MS. JONES-ROY: No, that's my objection. It is
11  inappropriate. This is a City of Fresno case, and to
12  the extent you are questioning about the City of Merced
13  case, it is inappropriate. We were not given notice of
14  this.
15  MR. FINSTEN: He doesn't seem to care.
16  MS. JONES-ROY: I understand.
17  Justin, you can do whatever you want. I am
18  just saying it is wholly inappropriate.
19  MR. MASSEY: Okay. Your objection is noted.
20  Q. This is the list right here.
21  A. Okay. Repeat your question again now.
22  Q. At the time of the sale of the distributor
23  agreement to Beacon in 1984, can you recall which of
24  those stations on that list, if any, were owned by
25  Martin Oil?

Page 47

1  A. Again, I -- I need to have the cross street.
2  This list don't show the cross street.
3  Q. Okay. Let me see if I can go back to the notes
4  that I just made.
5  MR. FINSTEN: All right. I am going to object
6  again. All of this calls for speculation and is going
7  to require, again, you to make representations that are,
8  you know, assuming facts that are not in evidence. You
9  know, the witness has told you he doesn't recognize the
10  addresses, you can tell him whatever cross street you
11  want. That doesn't change the fact that it is not in
12  evidence, and the whole line of questioning is
13  speculative.
14  So go through them again, because I know you
15  will.
16  MR. MASSEY: Q. Chestnut and McKinley.
17  A. That's one of our stations branded ARCO.
18  Q. Right.
19  MR. FINSTEN: What's the address, for those of
20  us that don't know your cross street, Justin?
21  MR. MASSEY: It is 1625 North Chestnut.
22  Q. And at the time, in 1984, of this agreement
23  with Beacon, was that a Martin Oil-owned station?
24  A. Yes.
25  Q. How about First and Gettysburg in Fresno? That

Page 48

1  one is not on our list but that was one that you
2  indicated was owned --
3  A. That was owned by Martin Oil and branded ARCO.
4  Q. In 1984?
5  A. Yes.
6  Q. How about 4594 East Tulare, which is Tulare and
7  Maple?
8  MR. FINSTEN: Same objection.
9  THE WITNESS: That is branded ARCO and was
10  owned by Martin Oil, yes.
11  MR. MASSEY: Q. And 2394 South Elm, which was
12  Elm and Church.
13  A. That was owned by Martin Oil and branded ARCO,
14  yes.
15  Q. And 4001 North Marks Avenue.
16  A. Yes. That's branded ARCO, owned by Martin Oil.
17  Not the land, just the improvements.
18  Q. And that was owned by Martin Oil in 1984?
19  A. Yes.
20  Q. And 4514 West Shaw Avenue in Fresno?
21  A. That's owned by Martin Oil. I -- at the time
22  of this agreement, I don't think that station was
23  completed. It wasn't in operation in the latter part
24  of '84.
25  Q. Do you recall whether it was under construction

Page 49

1  at that time?
2     A. Under construction, I believe.
3     Q. Okay. And do you recall if any of the stations
4  on the list that we have just now talked about were ones
5  that Beacon did not lease from Martin Oil starting in
6  1984?
7     MR. PATTON: Objection; calls for speculation.
8     THE WITNESS: I believe you have covered them
9  all, as far as I can tell. 1216 Clovis.
10    MR. MASSEY: Q. We'll leave those aside for
11 now.
12    A. Okay.
13    Q. Just the ones from Fresno.
14    A. Chestnut, Marks, Shaw. I think that covers it.
15    Q. Okay. And my question was if you can recall
16 which ones of those Beacon Oil did not lease following
17 the purchase agreement in 1984?
18    MR. PATTON: Objection; lacks foundation, calls
19 for speculation.
20    THE WITNESS: I don't -- the best I can recall,
21 they leased everything that we had that we operated and
22 that were all branded ARCO. I think Beacon leased all
23 of them.
24    MR. MASSEY: Okay. Exhibit 3 is a fax on
25 Martin Oil letterhead. This has the Bates number

Page 50

1  FCDEH-FRESNO, page 8274.
2          (Deposition Exhibit 3 marked for
3           identification)
4     MR. MASSEY: Q. Go ahead and take a look at
5  that, see if that refreshes your recollection.
6     A. Yeah, that looks right.
7     Q. And for the record, this fax is dated
8  June 22nd, 1994.
9     A. Yes.
10    Q. Okay. So as of this point in time, it was your
11 understanding that the station at 4594 East Tulare in
12 Fresno was leased to Beacon?
13    A. Before of '94, it was, yes.
14    Q. And as of this time in '94 when this fax was
15 sent, was it also leased to Beacon?
16    A. In '94, I don't think we owned that anymore.
17 We sold that to another distributor, and I don't know
18 what -- he -- I think he operated it for himself for a
19 while and then he sold it to somebody.
20    Q. So you don't recall this being a station owned
21 by Martin Oil and leased to Beacon in 1994?
22    A. Well, our out-of-town stations, I -- we leased
23 those to Beacon. But they are Merced, Oakhurst, Kerman,
24 were all leased to Beacon in '84.
25    Q. I am focused on the last four on this exhibit.

Page 51

1     A. Yeah.
2     Q. Which are all in Fresno.
3        Is the distributor that you are thinking of
4  that you think owned the station at this point in time
5  El Monte Gas Company?
6     MR. FINSTEN: Objection; leading, calls for
7  speculation.
8     MR. MASSEY: You may answer.
9     THE WITNESS: Yeah, 4594 East Tulare, we sold
10 that to El Monte Gas Company, and I believe it was
11 branded ARCO and still branded ARCO, and I believe
12 Beacon -- I am going to take that back. We leased it to
13 Beacon, they gave it up, and then we sold it to El Monte
14 Gas Company and they operated for a while and then they
15 sold it to somebody else. I don't know who. I think it
16 is still there on the property and I think it is still
17 branded ARCO, as far as I know. Anything after '85 or
18 during '85, I -- I just can't remember because we sold
19 the business. We were out of business.
20    MR. MASSEY: Let's see if some documents will
21 help us understand the timeline for that particular
22 station, 4594 East Tulare. Exhibit 4 is an
23 environmental health application which is dated
24 March 28th, '92. FCDEH-FRESNO 026 -- 020620 through
25 020622.

Page 52

1          (Deposition Exhibit 4 marked for
2           identification)
3     MR. MASSEY: Q. Have you seen this document
4  before?
5     A. No.
6     Q. Okay. Do you see down about three-quarters of
7  the way, there is a line titled "Comments," and then it
8  says, "See notice of change," dated 3/12/85?
9     A. Yes. Mm-hmm.
10    Q. Okay. And it lists the business owner about a
11 quarter of the way down the page as Ultramar, Inc.
12       Do you see that?
13    A. Where do you see that? Over here?
14    Q. (Indicates)
15    A. Oh, yes, that sounds about right.
16    Q. Okay. The notice of change from March 12th,
17 '85, that's referenced here, does that refresh your
18 recollection that this is one of the stations that
19 Martin Oil leased to Beacon Oil starting on that date?
20    MR. PATTON: Objection; calls for speculation,
21 lacks foundation.
22    THE WITNESS: That sounds right. I think, to
23 clarify that, we built the station and we operated it,
24 and then we leased it to Beacon and they had some
25 problems with robbery, so they said, "We don't want to

Page 53

1  lease it anymore."
2      I said, "Well, give it back and we will sell
3  it."
4      So then I sold it to El Monte Gas Company and
5  they continued to operate it, and then they sold it to
6  somebody else.
7      MR. MASSEY: Okay. Let's look at Exhibit 5,
8  which is an underground storage tank permit application,
9  RWQCB-FRESNO 17131 to 17140.
10         (Deposition Exhibit 5 marked for
11          identification)
12     MR. MASSEY: And this document is dated
13  11/12/92, or November 12th, 1992.
14     Q. Have you seen this document before?
15     A. No.
16     Q. Okay. Do you see where it indicates the
17  property owner is Martin Oil Company of Fresno?
18     A. Yes.
19     Q. Okay. And written in above it, it says "Tank
20  property owner information."
21     Do you see that?
22     A. Yes. Mm-hmm.
23     Q. And then in the next section down, it says
24  "Tank owner information," but owner is crossed out and
25  it says "Tank operator information," it lists Ultramar.

Page 54

1      Do you see that?
2      A. Yes. Mm-hmm.
3      Q. All right. Does this refresh your recollection
4  that Martin Oil, as of November 1992, owned the property
5  and the underground storage tanks and that Ultramar or
6  Beacon was operating the station?
7      MR. PATTON: Objection; compound, calls for
8  speculation, lacks foundation.
9      MR. FINSTEN: Leading.
10     MR. MASSEY: You may answer.
11     THE WITNESS: After -- I believe in '83 or '84,
12  we were out of that station, and Beacon, I believe,
13  continued to supply the gas to it but the owner was
14  El Monte Gas Company.
15     MR. MASSEY: Q. Was there a period of time
16  after 1984 where Martin Oil Company owned the property
17  and the tanks and --
18     A. Well, we owned it and --
19     Q. -- Beacon operated it?
20     A. -- we sold it on a contract of sale to El Monte
21  Gas, and they operated it. And as long as they kept
22  their payments up, we still owned it until they had it
23  paid off. I -- I really don't know what happened to it
24  after '84 because we weren't involved in the gasoline
25  business, so --

Page 55

1      MR. MASSEY: Let me see if I can piece together
2  the timeline.
3      But before I do that, let me mark as Exhibit 6
4  a letter on Beacon letterhead without a date. And the
5  page number is FCDEH-FRESNO, page 21049.
6          (Deposition Exhibit 6 marked for
7           identification)
8      THE WITNESS: Okay.
9      MR. MASSEY: Q. Okay. Did you get a letter
10  like this announcing that Beacon Oil had changed its
11  name to Ultramar, Inc.?
12     A. I -- I don't -- I don't remember whether we did
13  or not.
14     Q. Okay. Did Beacon change its name over the
15  years?
16     A. Yes.
17     Q. Okay. What are -- what is the other name it
18  changed to, or other names if there has been more than
19  one?
20     A. I believe they either merged or sold to Diamond
21  Shamrock, and then at some point later sold to Valero.
22     Q. And did Beacon also change its name to
23  Ultramar, as far as you know?
24     MR. PATTON: Objection; calls for speculation.
25     THE WITNESS: I -- I don't know whether they --

Page 56

1  I don't know that we ever dealt with Ultramar. We dealt
2  with Beacon and then through the years to Valero. I
3  don't remember the dates. I -- I just don't know. As
4  long as we got the rent, we didn't care what the name
5  was.
6      MR. MASSEY: Q. So over the years, the company
7  you dealt with who leased the stations from you went by
8  the name Beacon, sometimes Diamond Shamrock, sometimes
9  Valero, but as far as you knew, it was all the same
10  company?
11     MR. FINSTEN: Objection; misstates prior
12  testimony, leading, compound.
13     THE WITNESS: Yeah, as far as -- we dealt with
14  Beacon, local Beacon people at the refinery in Hanford,
15  that's who we dealt with. Until Valero come in and then
16  we started dealing with Valero out of Texas, as far as
17  the rent goes or station modifications.
18     If Valero wanted to upgrade a station and --
19  that we owned, we said: "Do whatever you want. As long
20  as you pay the rent, we could care less what you do."
21     MR. MASSEY: Q. Was it your understanding that
22  Valero was the same company that had prior -- previously
23  called itself Beacon?
24     MR. PATTON: Objection; asked and answered;
25  calls for speculation.

Deposition of Dan Martin   /   March 23, 2011

Page 57

1  THE WITNESS: Yeah, they -- I understood that
2  they bought Beacon Oil Company -- or bought Diamond
3  Shamrock and bought Ultramar.
4      (Deposition Exhibit 7 marked for
5       identification)
6  MR. MASSEY: Okay. Let's look at Exhibit 7,
7  which is an underground storage tank permit application,
8  RWQCB-FRESNO 17087 through 17096.
9  THE WITNESS: Okay.
10  MR. MASSEY: Q. This document is dated
11  June 2 -- 26, 1996; is that correct?
12  A. Yes.
13  Q. All right. And it indicates that as of this
14  point in time, El Monte Gas was the property owner?
15  A. Yes.
16  Q. And the tank owner?
17  A. Yes.
18  Q. Okay. Does this refresh your recollection as
19  to when, between 1992, when Martin Oil was listed as the
20  tank owner and property owner, and 1996, Martin Oil sold
21  the station to El Monte?
22  A. Yes. I don't know what date we sold it to El
23  Monte, but --
24  Q. But it was sometime between 1992 and 1996, as
25  you recall?

Page 58

1  A. Well, I don't think we -- in '92, I believe
2  El Monte Gas owned -- or was buying it from us.
3  Q. The only thing I have to go on is Exhibit 5,
4  which indicates as of November of '92, Martin Oil owned
5  the property or the tanks or both.
6  A. That could be right. But I am not sure --
7  MR. FINSTEN: Objection; calls for speculation,
8  lack of personal knowledge.
9  THE WITNESS: They got the wrong address there.
10  I don't know who that is, 1404 L Street.
11  MR. MASSEY: Q. The address for who?
12  A. Says Martin Oil at 1404 L Street. That was
13  never our address.
14  Q. Okay.
15      (Deposition Exhibit 8 marked
16       for identification)
17  MR. MASSEY: Exhibit 8 is a document on Fugro
18  West letterhead, May 8th, 1995, FCDEH-FRESNO 21064
19  through 21073. If you could take a look at that.
20  Q. Have you seen this letter before?
21  A. I -- I don't recollect seeing it, no.
22  Q. Okay. Do you recall any sampling done at the
23  station for soil prior to 1996?
24  A. No, I wouldn't have any records of that.
25  Whoever owned it would have done that at that time.

Page 59

1  Q. Okay. And it indicates on the letter that we
2  have marked as Exhibit 8 that Dan Martin with Martin Oil
3  Company has expressed that some urgency exists.
4  Do you recall the circumstances of what's
5  reported here in May of 1995?
6  A. We might have still held the deed on the land
7  at that time, because we had sold it to El Monte Gas.
8  And if they changed the tanks or had a problem, why it
9  would have been up to them to contact the geologist,
10  which I guess was Fugro, to do the soil assessment.
11  And I -- I don't have any recollection of that
12  or any records, nor did we get involved with that other
13  than the guy that was buying it from us, El Monte Gas,
14  if he contaminated it, we wanted to get it cleaned up
15  before we -- or afraid he might give it back to us.
16  So I would have said, "Yeah, get it done."
17  Q. Okay. Looking back at Exhibit 7, the station
18  is identified as the Tulare Street ARCO.
19  Is that consistent with your recollection that
20  it was ARCO branded in 1996?
21  A. I believe it was. I believe it is still
22  branded ARCO.
23  MR. FINSTEN: I am going to object again. Lack
24  of -- I am sorry. Leading the witness, assumes facts
25  not in evidence, and lack of foundation.

Page 60

1      (Deposition Exhibit 9 marked for
2       identification)
3  MR. MASSEY: Let me show you Exhibit 9, which
4  is page FCDEH-FRESNO 21157.
5  Q. Do you recognize the names of the property
6  owners and tank owners listed here?
7  A. Well, it gots (sic) Narinder Singh. I believe
8  he's the man that El Monte Gas sold it to or maybe it
9  was Kerpal Singh Sandhu.
10  Q. Okay.
11  A. I don't know which. They are all related.
12  They are all East Indians.
13  Q. And this document is dated May 28th, 1998, for
14  the record.
15  A. Yes.
16  Q. Do you see that it is -- the facility is still
17  identified as the Tulare Street ARCO at the top?
18  A. Yes.
19  Q. Do you recognize the signature at the bottom of
20  the page?
21  A. Sandhu, no, I -- I -- I have never knew him or
22  had anything to do with him.
23  Q. Okay. If you look back at Exhibit 5, do you
24  know who Sandy Huff was or is?
25  A. No.

15 (Pages 57 to 60)