# EXHIBIT 13

### Beacon-ARCO #615 (1625 Chestnut Ave.)

- Handwritten Notes of Dan Martin (undated) (MARTIN_FRESNO-0001)

MARTIN OIL CO - MARTIN ENTERPRISES

ARCO BRANDED STATIONS LEASED TO BEACON OIL CO LOCATED IN FRESNO AREA NOV (DEC) 1984 TO PRESENT TIME

1216 CLOVIS & BARSTOW AVE    STILL ARCO BRANDED
   BEACON # 3612

4001 NO MARKS & ASHLAND
   BEACON # 3616             STILL BRANDED ARCO

4594 EAST TULARE & MAPLE     (STILL ARCO I BELIEVE)
   BEACON # 3620   SOLD TO DON DOYLE 8/9/93
                   (LAMONTE GAS)
4514 W SHAW & JENNIFER
   BEACON # 3659             STILL BRANDED ARCO

1625 CHESTNUT & McKINLEY     STILL BRANDED ARCO
   BEACON # 3615

3076 E Gettysburg & 1st St.  SOLD TO ARAKELIAN 6/89
   BEACON #                  BRANDED VALERO NOW
                   4/25/2000 SOLD AGAIN TO ANNAI CORP

Also enclosed
COPY OF FRANCHISE (ARCO) SALE TO BEACON
COPY OF ARCO CONTRACT - SOLD TO BEACON

*Dan Martin*

MARTIN-FRESNO-0001