# EXHIBIT 1

- The City of Fresno's Original Complaint (Oct. 22, 2003)

```
 1  Duane C. Miller #57812
    A. Curtis Sawyer, Jr. #101324
 2  Tracey L. O'Reilly #206230
    Tamarin E. Austin #207903
 3  Evan Eickmeyer #166652
    Daniel Boone #148841
 4  MILLER & SAWYER
    A Professional Corporation
 5  1651 Response Road, Second Floor
    Sacramento, California 95825-5253
 6  Telephone: (916) 927-8600
    Facsimile:  (916) 927-9267
 7
    Attorneys for Plaintiff
 8  City of Fresno
```

Exempt from Filing Fee
[Govt. Code, § 6103]

OCT 2 2 2003

BY: _Mike Morris_

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CITY OF FRESNO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC.; CHEVRON ENVIRONMENTAL SERVICES COMPANY; SHELL OIL COMPANY; EXXON CORPORATION; TOSCO CORPORATION; UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA; KERN OIL & REFINING COMPANY; VALERO REFINING COMPANY- CALIFORNIA; TEXACO REFINING AND MARKETING INC.; ULTRAMAR, INC.; ARCO CHEMICAL COMPANY; LYONDELL CHEMICAL COMPANY; EXXON MOBIL CORPORATION; CONOCOPHILLIPS CORPORATION; ATLANTIC RICHFIELD COMPANY; EQUIVA SERVICES LLC; TEXACO, INC.; EQUILON ENTERPRISES LLC ; CHEVRONTEXACO CORPORATION; NEW WEST PETROLEUM; DUKE ENERGY MERCHANTS, LLC; DUKE ENERGY TRADING AND MARKETING, LLC; PACIFIC SOUTHWEST TRADING; NORTHRIDGE PETROLEUM MARKETING U.S., INC.; DUKE ENERGY MERCHANTS CALIFORNIA, INC.; NEW WEST PETROLEUM, LLC; WESTPORT PETROLEUM INC.; NELLA OIL COMPANY LLC; AND DOES 1 | CASE NO. **CGC-03-425649**<br><br>**COMPLAINT FOR DAMAGES AND OTHER RELIEF FOR:**<br><br>(1) **STRICT LIABILITY**<br>(2) **NEGLIGENCE**<br>(3) **TRESPASS**<br>(4) **NUISANCE**<br><br><br>CASE MANAGEMENT CONFERENCE SET<br><br>PLAN 1   MAR 2 6 2004  9:00 AM<br><br>DEPARTMENT 212 |

1

Complaint for Damages and Other Relief

THROUGH 200, 201 THROUGH 400, and )
401 THROUGH 600, inclusive, )
)
    Defendants. )
)

Plaintiff City of Fresno hereby alleges as follows:

## I. SUMMARY OF THE CASE

1. The City of Fresno is responsible for purveying clean, safe drinking water to approximately 450,000 people in the County of Fresno, California. Expanding plumes of methyl tertiary butyl ether ("MTBE") and tertiary butyl alcohol ("TBA") contaminate and threaten the water system and drinking water on which Fresno's schools, hospitals, businesses, residents and visitors depend.

2. The defendants in this action are the refiners who manufacture gasoline containing MTBE and TBA, manufacturers of MTBE, and the designers, promoters, marketers, formulators, distributors, suppliers, and retailers of gasoline containing MTBE and TBA, which contaminate and threaten Fresno's water system and public water supply. Among other things, the defendants knowingly and willfully promoted and marketed MTBE and TBA and/or gasoline containing MTBE and/or TBA, when they knew or reasonably should have known that these compounds would reach groundwater, pollute public water supplies, render drinking water unusable and unsafe, and threaten the public health and welfare, as they have in Fresno.

3. Fresno filed this lawsuit to recover compensatory and all other damages, including all necessary funds to remove MTBE and TBA pollution from public drinking water supplies, to restore the reliability of Fresno's water system and drinking water supply, to abate MTBE and TBA plumes, and to assure that the responsible parties -- and not the City of Fresno nor the public -- bear the expense.

## II. PLAINTIFF

4. Plaintiff City of Fresno ("Fresno") provides water to the residents of Fresno. The City of Fresno bears the responsibility of owning and operating a water system which serves the public, including drinking water wells with related and ancillary equipment, pumps, pipes, water treatment equipment, delivery systems and infrastructure which will be referred to collectively in