# EXHIBIT 13

### Beacon-ARCO #615 (1625 Chestnut Ave.)

- Handwritten Notes of Dan Martin (undated) (MARTIN_FRESNO-0001)

MARTIN OIL CO - MARTIN ENTERPRISES

ARCO BRANDED STATIONS LEASED TO BEACON OIL CO LOCATED IN FRESNO AREA NOV (DEC) 1984 TO PRESENT TIME

1216 CLOVIS & BARSTOW AVE       STILL ARCO BRANDED
    BEACON # 3612

4001 NO MARKS & ASHLAND
    BEACON # 3616                STILL BRANDED ARCO

4594 EAST TULARE & MAPLE        (STILL ARCO I BELIEVE)
    BEACON # 3620    SOLD TO DON DOYLE 8/9/93
                     (LAMONTE GAS)
4514 W SHAW & JENNIFER
    BEACON # 3659                STILL BRANDED ARCO

1625 CHESTNUT & MCKINLEY    STILL BRANDED ARCO
    BEACON # 3615

3076 E Gettysburg & 1st ST.    SOLD TO ARAKELIAN 6/89
    BEACON #                    BRANDED VALERO NOW
                    4/05/2000 SOLD AGAIN TO ANNAI CORP

Also enclosed
COPY OF FRANCHISE (ARCO) SALE TO BEACON
COPY OF ARCO CONTRACT - SOLD TO BEACON

*Dan Martin*