UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION | |
|---|---|
| This document relates to: *New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, No. 08 Civ. 00312 | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |

SHIRA A. SCHEINDLIN, U.S.D.J.

### [PROPOSED] CASE MANAGEMENT ORDER NO. ___

1. The parties shall abide by the following schedule, which dates supersede those set out in CMO 101:

| Date | Deadline |
|---|---|
| March 15, 2013 | Plaintiffs to serve responses to Deposition by Written Question. |
| March 18, 2013 | Parties to finalize schedule for expert witness depositions, with the exception of experts whose deposition is first requested after receipt of Defendants' April 5 supplemental reports. |
| March 25, 2013 | Plaintiffs to serve remaining site-specific rebuttal reports to reports served by Defendants on January 14, 2013 or February 8, 2013. Reliance materials to be served by April 1, 2013. |
| April 5, 2013 | Defendants to serve supplemental site-specific reports to address newly identified receptors inside Plaintiffs' trial site delineations, if any. Reliance materials to be served by April 12, 2013. |
| April 26, 2013 | Plaintiffs to serve site-specific expert rebuttal report to Defendants April 5, 2013 reports, if any. Reliance materials to be served by May 3, 2013. |
| May 31, 2013 | Close of expert discovery. |

SO ORDERED

DATED: New York, New York
        March ___, 2013

Shira A. Scheindlin
U.S.D.J.