UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, Case No. 07 Civ. 10470

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/13

SHIRA A. SCHEINDLIN, U.S.D.J.

[~~PROPOSED~~] CASE MANAGEMENT ORDER NO. 109

WHEREAS, on September 19, 2012 plaintiffs identified the 377 sites listed on Exhibit A hereto as the sites where plaintiffs had no evidence of MTBE contamination as of that time; and therefore,

IT IS ORDERED that all sites listed on Exhibit A are DISMISSED WITHOUT PREJUDICE.

Dated: New York, New York
~~December___, 2012~~
March 20 2013

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

-1-

# Exhibit A

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| TAS | Owner Name | Facility Name | Street Address |
|---|---|---|---|
| 00-0010 | MUNICIPIO DE LAJAS | DEPARTAMENTO OBRAS PUBLICAS | CARR. 101 KM. 6.8 |
| 00-0018 | SOL PUERTO LIMITED | SHELL S/S 204298 | CARR. 3171 KM. 0.4 Desvio Sur |
| 00-0032 | US ARMY CORPS OF ENGINEERS | RAMEY AIR FORCE BASE | ANTIGUA BASE RAMEY |
| 01-0023 | SOL PUERTO LIMITED | Shell S/S #204300 | Carr. 506 Km.0.8 Bo. Coto Laurel<br>Coto Laurel |
| 01-0025 | SOL PUERTO LIMITED | Shell 204302 Rafael Medina S/S | Carr. 2 Km. 102.1<br>Bo. Terranova |
| 02-0012 | Luis Gárate | La Nueva Puerta de Santurce, Inc. | Ruiz Belvis # 237<br>Villa Palmeras |
| 02-0026 | SOL PUERTO LIMITED | Shell S/S # 204305 | Carr. PR-542 Int. Carr. PR-153 Plaza Santa Isabel<br>Santa Isabel |
| 02-0035 | SOL PUERTO LIMITED | Shell # 204306 | Calle J Lote 1-8-WPlaza Escorial<br>Plaza Escorial |
| 02-0040 | SOL PUERTO LIMITED | Shell # 204308 | Carr 194 & Carr # 3 Quebrada Vueltas |
| 03-0016 | AUTORIDAD DE CARRETERAS | Boulvevard Baldorioty de Castro | Carr 26 |
| 04-0011 | AUTORIDAD DE CARRETERAS | Autoridad de carreteras | Avenida Ponce de Leon Esq. Ave. Borinquen |
| 05-0002 | SOL PUERTO LIMITED | Shell | Carr 172 km 12.2 |
| 86-0037 | PURINA MILLS INC | NATIONAL PACKING COMP. | PLAYA PONCE |
| 86-0040 | MENDEZ & COMP., INC. | MENDEZ & COMP., INC. | ROAD #20 KM 2.4 |
| 86-0041 | USCG AIR STATION BORINQUEN | USCG AIR STATION BORINQUEN | 260 Guard RD<br>Base Ramey |
| 86-0156 | Caribbean Petroleum Corporation | Gulf 54190300 | CALLE D-9 Urb Ind Luchetti<br>Urb. IND. LUCHETTI |
| 86-0160 | EMPRESAS LAUSELL | EMPRESAS LAUSELL | HWAY PR #02 KM 14.1<br>HATO TEJAS |
| 86-0177 | Caribbean Petroleum Corporation | GULF S/S #478 | Ave. Los Caobos Frente a Quijote Cash And Carry<br>BUCANA WARD |
| 86-0197 | Caribbean Petroleum Corporation | GULF S/S #179 | Ave. Americo Miranda, Esq. Gutenberg JArdines Metropolitanos<br>Jardines Metropolitano |
| 86-0224 | Caribbean Petroleum Corporation | GULF S/S #436 | Calle Tapia, Esq. Eduardo Conde<br>VILLA PALMERAS Santurce |
| 86-0228 | Juan Luis Escudero | El Tunel S/S # 4073 | 65TH INFANTRY AVE. KM 1.9 |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0230 | SOL PUERTO LIMITED | SHELL S/S #003948 | TRUJILLO ALTO FREEWAY FRONT TO RD #848 |
| 86-0231 | CARLOS CRUZ ROMAN | Willie Gas Station | CARR. 491 BO. La paloma |
| 86-0248 | Santa Paula Oil | TORAL S/S Santa Paula Oil Ponce Villa | RD. 132, CORNER RD. 10 Calle Villa Esquina Calle A Rio Canas |
| 86-0255 | Caribbean Petroleum Corporation | GULF #024 | MUNOZ RIVERA AV. #1007 Rio Piedras |
| 86-0259 | Caribbean Petroleum Corporation | GULF #028 | Carr. 3 KM. 19.8 |
| 86-0270 | Caribbean Petroleum Corporation | GULF S/S#043 | ESMERALDA & VENUS ST. Urb Ponce de Leon URB. PONCE DE LEON |
| 86-0275 | Caribbean Petroleum Corporation | GULF S/S #054 | RD. #2 KM. 9 VILLA ESPAÑA |
| 86-0283 | Caribbean Petroleum Corporation | GULF S/S #067 | RD. 132 KM. 22.5 |
| 86-0287 | Caribbean Petroleum Corporation | GULF #073 | Carr. 3 KM. 43.5 |
| 86-0289 | Caribbean Petroleum Corporation | GULF #076 | Carr. 1 KM. 59.3 |
| 86-0312 | AMERICAN PETROLEUM CORPORATION | American Petroleum- Mercedita S/S | RD 1 KM 121.7 Bo. Calzada |
| 86-0319 | Caribbean Petroleum Corporation | GULF S/S #120 | Carr. 10, KM. 85.9 Bo Tanama BO. Tamana |
| 86-0326 | Caribbean Petroleum Corporation | GULF S/S #0129 | RD. 129 KM 39.4 |
| 86-0352 | EFRAIN SANTANA | ESR Service Station | RD. 3 KM. 83.9 Bo. Cataño |
| 86-0353 | AMERICAN PETROLEUM CORPORATION | American Petroleum - DoravilleS/S | RD 695, KM. 1.5 HIGUILLAR WARD |
| 86-0354 | AMERICAN PETROLEUM CORPORATION | Jobos S/S | RD 459 KM 4.2 JOBOS WARD |
| 86-0355 | Total Petroleum Puerto Rico Corp. | Total #2156 | RD. 135, KM. 81.0 |
| 86-0357 | Caribbean Petroleum Corporation | Gulf #801 (Antes Shell S/S # | RD. 116, KM. 24.7 Bo. Cano Bo. Cano |
| 86-0371 | HECTOR TORADO | TORRADO GAS SERVICE STATION | RD 130 KM 6 Bo. Naranjito |
| 86-0377 | Caribbean Petroleum Corporation | GULF S/S #0392 | SANTIAGO DE LOS CABALLEROS AVE. |
| 86-0385 | Caribbean Petroleum Corporation | GULF S/S #0406 | RD. #10 KM 53.7 |
| 86-0406 | Caribbean Petroleum Corporation | GULF S/S #458 | BALDORIOTY & DEGETAU STS.sANTURCE |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0424 | US POSTAL SERVICE-GPO | US POSTAL SERVICE-VMF FACILITY | 585 F.D. ROOSEVELT AVE. |
| 86-0450 | CARIBBEAN GULF REFINING CORP. | CARIBBEAN GULF REFINING CORP. | LUCHETTI INDUSTRIAL PARK Carr. 2 KM 2 |
| 86-0598 | PZIZER PHARMACEUTICALS | PFIZER PHARMACEUTICALS, INC. | ROUTE 689 KM 1.9 |
| 86-0602 | SOL PUERTO LIMITED | SHELL SERVICE STATION #804568 | RD. #173 KM 8.5 SUMIDERO WARD |
| 86-0603 | RUBEN TERRON | SUPER GAS STATION | RD #2 KM 18.6 |
| 86-0604 | SOL PUERTO LIMITED | SHELL S/S # 804592 | RD 176 KM 5.3 CUPEY ALTO |
| 86-0605 | SOL PUERTO LIMITED | SHELL SERVICE STATION #804606 | RD. 156 KM 52.5 |
| 86-0613 | SOL PUERTO LIMITED | SHELL S/S #804614 | RD 172 C/FRANCISCO CRUZ Urb Fernandez URB. FERNANDEZ Urb Fernandez |
| 86-0614 | SOL PUERTO LIMITED | SHELL SERVICE STATION #804584 | RD #20 KM 4.0 |
| 86-0618 | SOL PUERTO LIMITED | SHELL S/S #804932 | MENDEZ VIGO ST. #274 |
| 86-0619 | SOL PUERTO LIMITED | SHELL S/S #804959 | RD. #2, SANTA ROSA SHOP CENTER |
| 86-0623 | SOL PUERTO LIMITED | SHELL S/S #804851 | RD. #189 |
| 86-0626 | SOL PUERTO LIMITED | SHELL S/ S #804843 | RD. 908 KM 0.4 TEJAS AVE. Urb Los Pinos URB. LOS PINOS |
| 86-0632 | SOL PUERTO LIMITED | SHELL S/S #803979 | RD. 3 CORNER MAUNEZ |
| 86-0633 | JORGE ARGUELLES MORAN | INTERISLAND PETROLEUM RETAILERS, INC. | RD. #1, KM. 22.0 BO. RIO |
| 86-0638 | JOSÉ M. SANTIAGO CARTAGENA | SANTIAGO S/S | RD. 14, KM. 31.7 EXIT COAMO TO JUANA DIAZ |
| 86-0642 | Total Petroleum Puerto Rico Corp. | TOTAL. #2150 | RD. 152, KM. 18.2 |
| 86-0644 | Caribbean Petroleum Corporation | Gulf S/S #499 | RD 685 KM 2.2 INT RD 616 MAr Chiquita MAR CHIQUITA |
| 86-0647 | ANTONIO DE JESUS | Gel S/S | RD. #28, KM. 2 BO. JUAN SANCHEZ |
| 86-0652 | SOL PUERTO LIMITED | SHELL S/S #804444 | LOMAS VERDES AVE. 1-A-101 Royal Palm URB. ROYAL PALM |
| 86-0656 | SOL PUERTO LIMITED | SHELL S/ S #804738 | LOIZA ST., CORNER KINGS COURT |
| 86-0657 | SOL PUERTO LIMITED | SHELL S/ S #804835 | BETANCES ST. Salida Caguas a Aguas Buenas EXIT CAGUAS TO AGUAS BUENAS |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al.,* 07 Civ. 10470
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0658 | SOL PUERTO LIMITED | SHELL S/ S #804827 | DESVIO GURABO ESQ ACOSTA |
| 86-0661 | ANTONIO DE JESUS | Gel Service Station | RD. #1, KM 27.5<br>Bo Rio Cañas |
| 86-0662 | SOL PUERTO LIMITED | SHELL S/S #804100 | RD. 121 KM 214.8 |
| 86-0666 | SOL PUERTO LIMITED | SHELL S/S #804088 | RD. 2, KM. 158.1<br>EXIT LOS VELEZ |
| 86-0671 | Roque Schmidt | R.S. Sabanetas S/S | RD 1 KM 124. 4<br>SABANETAS WARD |
| 86-0674 | MIGUEL CHABRIER | CH Gasolines #2 | Calle Muñoz Rivera #102 |
| 86-0681 | Carlos Arbona | Super Speed Way | POST #200 SUR |
| 86-0686 | AGUSTIN PEREZ RODRIGUEZ | RIO JUEYES S/S | RD. 1 KM. 92.0<br>JUEYES WARD |
| 86-0689 | MANUEL SANTOS | Papún Service Station | RD 420 KM 1.1<br>VOLADORA WARD |
| 86-0705 | SOL PUERTO LIMITED | SHELL S/S 804975 | PONCE DE LEON, Parada 27 |
| 86-0709 | SOL PUERTO LIMITED | SHELL S/S #804797 | ROOSEVELT AVE. COR. ESCORIAL<br>AVE Puerto Nuevo<br>PUERTO NUEVO |
| 86-0711 | SOL PUERTO LIMITED | SHELL S/S #804720 | AVE. CAMPO RICO |
| 86-0723 | Pedro Rodriguez Orosco | Quisqueya S/S | QUISQUEYA ST. #55 |
| 86-0724 | Luis R. Rodriguez Rodriguez | L.R. Gas Station | STATE ROAD #176 KM 7.2<br>CUPEY ALTO WARD |
| 86-0726 | ISGARDO FUENTES | Servicentro Fuentes | RD 111 km 31.8<br>Bo. Juncal |
| 86-0727 | CIA PETROLERA CARIBE INC | Gasolinera CARIBE, INC. | R.H. TODD 1000 |
| 86-0746 | Autoridad de Energia Electrica | TALLER DE MECANICA AUTOMOTRIZ | Carr. # 1 Esq. José Mercado |
| 86-0748 | Autoridad de Energia Electrica | Taller Mecánica Automotriz | Carr. 3 km. 86.7 |
| 86-0750 | Autoridad de Energia Electrica | TALLER DE MECANICA AUTOMOTRIZ | Calle Muñoz Rivera # 100 |
| 86-0753 | Autoridad de Energia Electrica | TALLER DE MECANICA AUTOMOTRIZ | Calle Victoria Int Carr 115 |
| 86-0754 | Autoridad de Energia Electrica | TALLER DE MECANICA AUTOMOTRIZ | Carr. # 362 km. 0.0 |
| 86-0758 | Autoridad de Energia Electrica | Taller Mecánica Automotriz | Calle Patriota Pozo Esq. Carr. 2 |

*Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0763 | Autoridad de Energia Electrica | TALLER DE MECANICA AUTOMOTRIZ | Carr. # 2 km. 38.6 |
| 86-0796 | SOL PUERTO LIMITED | MUNICIPIO DE FAJARDO # 038610 | MUNICIPAL PUBLIC WORKS |
| 86-0797 | Municipio de Juncos | MUNICIPIO DE JUNCOS | OBRAS PUBLICAS MUNICIPAL ANT. CENTRAL JUNCOS |
| 86-0823 | SOL PUERTO LIMITED | BORICUA MOTORS, INC. | KM. 3.7, 65 INFANTRY AVE. |
| 86-0830 | SOL PUERTO LIMITED | COOPERATIVA DE GANADEROS | RD. #2 KM. 157.8 |
| 86-0836 | SOL PUERTO LIMITED | SHELL S/S #000922 | RD.#459,KM.4.6 JOBOS WARD |
| 86-0839 | SOL PUERTO LIMITED | SHELL S/S #002992 | RD.155 KM. 65.6 Sector Alvarado Pugnado Afuera Pugnado WARD |
| 86-0840 | Edwin Ayala Martinez | Atenas SHELL S/S # 03018 | RD 2 KM 48.1 Barrio Coto Norte COTTO NORTE WARD |
| 86-0842 | Caribbean Petroleum Corporation | GULF S/S #407 | RD 129 KM. 21.8 Int 454 CALLEJONES WARD |
| 86-0843 | SOL PUERTO LIMITED | SHELL S/S #001732 | RD.#129,KM. 40.4 |
| 86-0844 | BENJAMIN MENDEZ | SUN GAS | RD #2 KM. 40.3 |
| 86-0845 | SOL PUERTO LIMITED | SHELL S/S #003093 | RD. 2 ,KM. 55.5 |
| 86-0848 | Caribbean Petroleum Corporation | GULF S/S # 303 | RD. # 2 KM. 97.0 |
| 86-0850 | SOL PUERTO LIMITED | SHELL S/S #000990 | CELIS AGUILERA ST. # 62 |
| 86-0851 | Hector Gonzalez | Hector Gonzalez | RD #111 KM. 9.7 CAGUANA WARD |
| 86-0852 | SOL PUERTO LIMITED | SHELL S/S #001660 | RD 2 KM 38.4 |
| 86-0853 | SOL PUERTO LIMITED | SHELL S/S #003190 | RD. 670 KM. 1 HM. 5 Urb Onelll URB.O'NEILL |
| 86-0854 | Caribbean Petroleum Corporation | Gulf # 496 | RD. #2, KM. 91.1Bo Alcantarilla Bo Alcantarilla |
| 86-0855 | Caribbean Petroleum Corporation | Gulf #498 | RD 111, KM 1.5 EXIT TO SAN SEBASTIAN |
| 86-0857 | RAFAEL CORTES | CORTES SUPER | ROAD # P. R. 2 KM 109 COTTO MILITAR WARD |
| 86-0859 | Caribbean Petroleum Corporation | Gulf S/S #462 | RD # 165 KM 6.9. LEVITTOWN |
| 86-0862 | SOL PUERTO LIMITED | SHELL S/S #3492 | RD. 2 KM. 112.5 SECTOR LA CURVA |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0865 | SOL PUERTO LIMITED | SHELL S/S #000701 | AQUAMARINA #86 Villa Blanca<br>VILLA BLANCA |
| 86-0866 | Caribbean Petroleum Corporation | Gulf #408 | PLAZA LAS AMERICAS SHOPPING CTR. |
| 86-0867 | SOL PUERTO LIMITED | SHELL S/S # 000787 | DOMENECH AVE. COR. HOSTOS<br>HATO REY |
| 86-0868 | Jose Fuentes Hernández | Independiente (ExSHELL S/S #001694) | CENTRAL & DE DIEGO AVES. Caparra Terrace<br>CAPARRA TERRACE |
| 86-0869 | SOL PUERTO LIMITED | SHELL S/S # 003255 | CAMPO RICO AVE. Country Club<br>COUNTRY CLUB |
| 86-0870 | SOL PUERTO LIMITED | SHELL S/S # 002933 | FAIR VIEW SHOPPING CENTER<br>CUPEY |
| 86-0871 | SOL PUERTO LIMITED | SHELL S/S # 002879 | 21 ST., CORNER CALLE 6 Urb Mari Olga<br>URB. MARIOLGA |
| 86-0873 | SOL PUERTO LIMITED | SHELL S/S #0003034 | JESUS T. PIÑERO AVE. esq. Industrial |
| 86-0874 | SOL PUERTO LIMITED | SHELL SERVICE STATION #001465 | BARBOSA AVE. CORNER DUARTE |
| 86-0875 | SOL PUERTO LIMITED | SHELL S/S #000329 | FERNANDEZ JUNCOS AVE. Esq. Hipodromo<br>CORNER HIPODROMO |
| 86-0876 | SOL PUERTO LIMITED | SHELL S/S #000124 | PONCE DE LEON AVE. #351 Pda 6 1/2<br>PUERTA DE TIERRA pda 6 1/2 |
| 86-0880 | SOL PUERTO LIMITED | SHELL S/S #000841 | RD # 155, KM 16.1 Bo Bermejales<br>NUEVO PINO WARD |
| 86-0883 | SOL PUERTO LIMITED | SHELL S/S #002518 | RD # 861 CORNER SANTA Monica<br>SANTA MONICA |
| 86-0884 | Luis B Cruz | Ex SHELL S/S # 003409 | ORQUIDEA AVE. CORNER LIRIO Valencia Gardens<br>VALENCIA GARDENS |
| 86-0886 | SOL PUERTO LIMITED | SHELL S/S 002704 | RD. 107, KM 1.4 |
| 86-0887 | SOL PUERTO LIMITED | SHELL S/S #0108 | RD.# 10, KM. 35.7 |
| 86-0888 | MANUEL SANTOS | Manuel Santos | Calle Barbosa #252 |
| 86-0891 | SOL PUERTO LIMITED | SHELL SERVICE STATION #002267 | RD # 102, KM 2.6 |
| 86-0903 | SOL PUERTO LIMITED | SHELL S/S #002534 | RD 10 INT. CARR.111<br>SALTO ABAJO WARD |
| 86-0905 | SOL PUERTO LIMITED | SHELL S/S #000418 | JOSE DE DIEGO ST. #406 |
| 86-0908 | SOL PUERTO LIMITED | SHELL S/S #003247 | LEVITTOWN BOULEVARD<br>LEVITTOWN ALKES |
| 86-0912 | Caribbean Petroleum Corporation | Gulf S/S #461 | RD. #103, KM 9.1 Bo Llano Tuna<br>Llano Tuna ward |

*Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0913 | Eduardo Ruiz Valentín | ALL STAR GAS STATION | MCKINLEY ST. #157 WEST |
| 86-0914 | SOL PUERTO LIMITED | SHELL S/S #000132 | COLON ST.#150, ESQ. MARINA |
| 86-0915 | SOL PUERTO LIMITED | SHELL S/S #003689 | RF 103, KM 5.1 |
| 86-0928 | SOL PUERTO LIMITED | SHELL S/S #002550 | Carr 144 KM. 18.4 Bo, Jayuya Abajo Bo. JAYUYA ABAJO |
| 86-0930 | Caribbean Petroleum Corporation | GULF S/S# 495 | Carr. # 101 km. 6.3 |
| 86-0931 | Arsenio Rivera Valentin | Garage Villa Perez | RD. #135, KM. 75.8 YAHUECAS WARD |
| 86-0932 | SOL PUERTO LIMITED | SHELL S/S #003115 | RD. #2, KM. 24, HM.7 |
| 86-0933 | SOL PUERTO LIMITED | SHELL SERVICE STATION #000205 | POST ST. #101 NORTH |
| 86-0934 | SOL PUERTO LIMITED | SHELL S/S #003360 | MARTINO ST. CORNER EMILIANO POLL Bo Calmito CAIMITO WARD |
| 86-0935 | WILLIAM FERRER ORTIZ | Ferrer S/S | ROBERTO DIAZ #1 BDA. CANTERA |
| 86-0936 | SOL PUERTO LIMITED | SHELL S/S #000515 | SIMON MADERA AVE., CORNER ANDINO Villa Prades VILLA PRADES |
| 86-0938 | Ibrahim abuusba abdel fattah | Abu-USBA Petroleum | DE DIEGO AVE. 1155 TRUJILLO ALTO EXPRESSWAY |
| 86-0940 | SOL PUERTO LIMITED | SHELL S/S #002909 | Centro COMER. TURABO GARDENS |
| 86-0941 | SOL PUERTO LIMITED | SHELL S/S #000680 | LOIZA ST CORNER CAOBOS Punta Las Marias PUNTA LAS MARIAS,Santurce |
| 86-0945 | SOL PUERTO LIMITED | SHELL S/S #001503 | RD 1 INT. RD. #189 |
| 86-0946 | SOL PUERTO LIMITED | SHELL S/S 002291 | 140 APONTE STREET |
| 86-0947 | Alfonzo Gomez-Gulf Plaza Inc. | GLADIOLAS s/s | Calle Bolivia Esq. Calle Quisqueya |
| 86-0951 | SOL PUERTO LIMITED | SHELL S/S #002542 | SAN CLAUDIO ST. RD 845 KM 4 Sagrado Corazon URB. SAGRADO CORAZON |
| 86-0952 | SOL PUERTO LIMITED | SHELL S/S #002976 | RD. #183, KM 1.5 Bo Tomas de Castro TOMAS DE CASTRO WARD |
| 86-0956 | SOL PUERTO LIMITED | SHELL S/S#000302 | DE DIEGO AVE. CORNER WILSON |
| 86-0958 | SOL PUERTO LIMITED | Shell S/S #003140 | LOMAS VERDES AVE. Esq Nogal NOGAL CORNER |
| 86-0960 | Caribbean Petroleum Corporation | GULF S/S482 | FERNANDEZ JUNCOS AVE. #816 |

Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 07 Civ. 10470
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-0961 | SOL PUERTO LIMITED | SHELL S/S #002607 | LAUREL AVE. ESPANA CORNER Sta Juanita<br>SANTA JUANITA |
| 86-0962 | SOL PUERTO LIMITED | SHELL SERVICE STATION #000566 | PRINCIPAL AVE. MAGNOLIA GARD. |
| 86-0963 | SOL PUERTO LIMITED | SHELL S/S # 002887 | MUÑOZ RIVERA AVE., STOP 6 1/2 Puerta de Tierra<br>PUERTA DE TIERRA |
| 86-0964 | Sami Abraham | Abraham Petroleum S/S | RD. 861, KM. 2.6<br>BO. PAJAROS |
| 86-0965 | SOL PUERTO LIMITED | SHELL S/S #002410 | RD. #167, KM. 15.4 Bo Buena Vista<br>BO. BUENA VISTA |
| 86-0967 | SOL PUERTO LIMITED | SHELL S/S #000019 | PONCE DE LEON #1910 Santurce |
| 86-0968 | Wilson Acosta Anaya | Acosta S/S | RD. #33, KM. 141.9 |
| 86-0970 | OSCAR BARQUIN | CUATRO CALLES SERVICE STATION | RD. #3, KM. 130.4 |
| 86-0972 | SOL PUERTO LIMITED | SHELL S/S #002437 | CARR. 187, KM. 10.4 Loiza Aldea |
| 86-0973 | SOL PUERTO LIMITED | SHELL SERVICE STATION #002810 | RD. #3, KM. 57.1 |
| 86-0974 | SOL PUERTO LIMITED | SHELL #252 | GENERAL VALERO #252 |
| 86-0977 | Juan Simmons/Michele Diaz de Simmons | Villa Graciela S/S (EXSHELL S/S #002372 | RD. #189, KM. 13.2 |
| 86-0979 | YAMIL ABDEL RAHMAN | Eureka #3 gas Station | RD. 3, KM. 71.5<br>PUNTA SANTIAGO |
| 86-0986 | SOL PUERTO LIMITED | SHELL S/S #003549 | ROBERTO CLEMENTE AVE. CORNER 401<br>VILLA CAROLINA |
| 86-0987 | SOL PUERTO LIMITED | SHELL S/S #002828 | PRINCIPAL AVE. Esq. Ave. Monte Carlo<br>CORNER MONTECARLO |
| 86-0988 | SOL PUERTO LIMITED | SHELL S/S #002429 | RD. #3 KM 23.7 |
| 86-0992 | SOL PUERTO LIMITED | SHELL S/S #000299 | RD. 14, KM. 46.6 Bo Asomante<br>ASOMANTE WARD |
| 86-0993 | SOL PUERTO LIMITED | SHELL S/S #000558 | BARCELO ST. |
| 86-0994 | SOL PUERTO LIMITED | SHELL S/S #001244 | 4 DE JULIO ST. |
| 86-0996 | SOL PUERTO LIMITED | SHELL S/S #002453 | RD. 21, KM. 5, HM. 4<br>MONACILLOS WARD |
| 86-0997 | SOL PUERTO LIMITED | SHELL S/S #003220 | LOS DOMINICOS AVE. CORNER 25ST.<br>BARRIO MIRAFLORES |
| 86-0999 | SOL PUERTO LIMITED | SHELL S/S #003182 | RD. #168 Centro Comercial Riverview<br>RIVERVIEW SHOPPING CENTER |

Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 07 Civ. 10470
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1000 | SOL PUERTO LIMITED | SHELL S/S # 001821 | SAN JOSE ST. #5 |
| 86-1001 | SOL PUERTO LIMITED | SHELL S/S #804681 | RD. 155, KM. 55.1 Carr Morovis a Vega Baja<br>BARAHONA WARD |
| 86-1003 | Santa Paula Oil | Santa Paula Altamira s/s | RD. #19, KM. 1, HM. 0<br>ALTAMIRA |
| 86-1004 | SOL PUERTO LIMITED | SHELL S/S #002305 | RD.152 KM. 17.2 |
| 86-1005 | ISRAEL BENITEZ | HATO TEJAS GAS STATION | RD. #2, KM. 13.9<br>HATO TEJAS |
| 86-1007 | SOL PUERTO LIMITED | SHELL S/S #003450 | ALEJANDRINO ST. KM. 2.9 |
| 86-1009 | SOL PUERTO LIMITED | SHELL S/ S #003026 | RD. 167 KM. 20.7 Urb Contry Estates<br>URB.COUNTRY ESTATES |
| 86-1010 | Francisco Rivera Robles | SHELL Forest Hill/S # 001724 | RD. #167, CORNER 15 ST.<br>URB. FOREST HILLS |
| 86-1014 | Jean Michel Merhi | hato tejas S/S | RD #2, KM. 16.2<br>CANDELARIA WARD |
| 86-1016 | EDDIE MORALES | Pueblito del Rio S/S | RD. #31 km 17.2<br>PUEBLITO DEL RIO |
| 86-1018 | SOL PUERTO LIMITED | SHELL S/ S #001384 | CARR. 3, KM. 26.2 |
| 86-1022 | SOL PUERTO LIMITED | SHELL S/S/ #002330 | 65 DE INFANTERIA AVE. km 6.8 |
| 86-1024 | SOL PUERTO LIMITED | SHELL S/S # 003697 | RD. PR-177, INT. PR-833 Calle Muro Muñoz Rivera<br>SEC.L. FRAILES URB.MU¥OZ RIVERA |
| 86-1027 | SOL PUERTO LIMITED | SHELL S/ S #003271 | RD. 3, KM. 78.1 |
| 86-1028 | SOL PUERTO LIMITED | SHELL S/S # 003280 | RD. 3 Urb. Lomas de carolina<br>LOMAS DE CAROLINA |
| 86-1029 | SOL PUERTO LIMITED | SHELL S/S #003263 | Centro Comercial Urb Loiza Valley<br>URB. LOIZA VALLEY |
| 86-1030 | SOL PUERTO LIMITED | SHELL S/ S #002690 | RD. 856, KM. 0.7 Bo Canovanillas<br>CANOVANILLAS WARD |
| 86-1031 | SOL PUERTO LIMITED | SHELL S/S #003107 | PONTEZUELA AVE. Jardines de Country Club<br>JARDINES COUNTRY CLUB |
| 86-1039 | SOL PUERTO LIMITED | SHELL S/S #001627 | 25 DE JULIO # 68 |
| 86-1041 | SOL PUERTO LIMITED | SHELL S/S # 002593 | RD. 132, KM. 12.1 |
| 86-1042 | SOL PUERTO LIMITED | SHELL S/S #002844 | RD. 179, KM. 0.8 Bo. Caimital<br>CAIMITAL WARD |
| 86-1044 | Jose Maldonado | Garage Puente Alonso | CARR. #132, KM. 6.0<br>Barreno Ward. |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1046 | SOL PUERTO LIMITED | SHELL S/S #001740 | G. MARTINEZ #2 |
| 86-1048 | FELIX GONZALEZ | Atlantic S/S | 25 DE JULIO ST. # 60 Esq Mercado |
| 86-1049 | RAMON RODRIGUEZ | PINO SERVICE STATION | MARINA ST. CORNER JOBOS |
| 86-1050 | SOL PUERTO LIMITED | SHELL S/S #000426 | BY PASS CORNER MUÑOZ RIVERA |
| 86-1053 | SAN JUAN OIL COMPANY | Servicentro de Panamá #4 | RD. #1, KM. 108.1<br>PLAYITA CORTADA WARD |
| 86-1054 | SOL PUERTO LIMITED | SHELL S/S #002666 | RD. 149, KM. 65.0 Bo Guayabal<br>GUAYABAL WARD |
| 86-1055 | SOL PUERTO LIMITED | SHELL S/S #000736 | BARBOSA ST. |
| 86-1056 | SOL PUERTO LIMITED | SHELL S/S #002720 | YAGUER ST. #12 |
| 86-1058 | TEXACO PUERTO RICO INC | Texaco Jose Hernandez #866 | Calle Villa #237 Esq. Carr a Guayanilla |
| 86-1060 | SOL PUERTO LIMITED | SHELL S/S #002852 | RD. 3, KM. 139.9 |
| 86-1061 | SOL PUERTO LIMITED | SHELL S/S #003646 | RD. #14, KM. 32.5 |
| 86-1062 | SOL PUERTO LIMITED | SHEL S/S # 001260 | RD. #1, KM. 89.4 |
| 86-1076 | ESSO STANDARD OIL CO PR | ESSO S/S CO-301 | RD. 2 KM 157.4 Bo. Sabalos<br>SABALOS WARD |
| 86-1081 | ESSO STANDARD OIL CO PR | ESSO S/S CO-003 | RD. 19 KM. 1.2 Altamira<br>Altamira |
| 86-1093 | ESSO STANDARD OIL CO PR | ESSO S/S CO 240 | ROAD 183 KM 4.6 Bo Tomas de Castro<br>TOMAS DE CASTRO WARD |
| 86-1099 | ESSO STANDARD OIL CO PR | ESSO S/S CO-173 | RD. 860 KM 2.0 Bo. Martin Gonzalez<br>MARTIN GONZALEZ WARD |
| 86-1102 | ESSO STANDARD OIL CO PR | ESSO S/S CO-176 | BALDORIOTY DE CASTRO AVE.# 22<br>Villamar<br>Villamar |
| 86-1118 | ESSO STANDARD OIL CO PR | ESSO S/S CO-004 | Ave. Jesús T. Piñero # 1771 Summit<br>Hills<br>Summit Hills |
| 86-1119 | ESSO STANDARD OIL CO PR | ESSO S/S CO-006 | ESCORIAL AVE. #557 Caparra heights<br>CAPARRA HEIGHTS |
| 86-1139 | ESSO STANDARD OIL CO PR | ESSO S/S CO-185 | RD. 1 KM. 13.4 Urb Antonsanti<br>URB. ANTONSANTI |
| 86-1159 | ESSO STANDARD OIL CO PR | ESSO S/S CO-097 | MINILLAS & HOSTOS AVES. |
| 86-1172 | ESSO STANDARD OIL CO PR | ESSO S/S CO-143 | Carr. 2 km. 46.3 Bo. Campo Alegre<br>Barrio Campo Alegre |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1178 | ESSO STANDARD OIL CO PR | ESSO S/S CO-450 | RD 111 KM. 0.7 NUEVA AVE. |
| 86-1187 | ESSO STANDARD OIL CO PR | ESSO S/S CO-294 | RD. 2 KM. 121.4 Sector Victoria SECTOR VICTORIA |
| 86-1202 | ESSO STANDARD OIL CO PR | ESSO S/S CO-379 | Carr. 100, INT.Carr 311 |
| 86-1216 | Roberto Rodriguez | barinas S/S (Ex-ESSO S/S CO-409) | RD. 335, KM. 1.6 BARINAS WARD |
| 86-1242 | ESSO STANDARD OIL CO PR | ESSO S/S 2P-233 | ROAD 185 KM 2.6 |
| 86-1249 | Manuel Rodriguez Velazquez | Manuel Service Station | BARBOSA AVE. #107 |
| 86-1257 | ESSO STANDARD OIL CO PR | ESSO S/S DO-215 | RD. 976, KM. 2.6 |
| 86-1259 | ESSO STANDARD OIL CO PR | ESSO S/S 189 | RD. 189, KM. 8.6 BARRAZAS WARD |
| 86-1275 | ESSO STANDARD OIL CO PR | ESSO S/S 3P-089 | RD MUNOZ RIVERA 11 |
| 86-1276 | Marcopex/Global Stalon GRoup | Global Station Group | LOS DOMINICOS ESQ. SABANA SECA |
| 86-1279 | Noel Laureano Vega | Noel Service Station | Calle Comerio 308 |
| 86-1294 | Estaciones de Servicio Unidas Inc | Santana S/S (ExESSO S/S 2P-129) | CARR. 32, KM. 66.6 Bo Santana BO. SANTANA |
| 86-1298 | Oscar Varela | ESSO S/S 2P-130 | CARR. 639, RAMAL SABANA HOYOS WARD |
| 86-1320 | ANGEL PERÉZ ESTEVEZ | Colegas S/S | RD. 119, KM. 31.2 HOYA MALA WARD |
| 86-1321 | ESSO STANDARD OIL CO PR | ESSO S/S SC-313 | RD. 467, KM. 2.3 BORINQUEN WARD |
| 86-1322 | Miguel E. Monroig | Garaje Esso Salto | RD. 445, KM. 2.0 SALTOS WARD |
| 86-1325 | JOAQUIN CAPELLA BARRETO | JOAQUIN CApELLA | RD. 459, KM. 5.2 CALERO WARD |
| 86-1333 | Caribbean Petroleum Corporation | Estacion de Gasolina Gulf #424 | RD. 402 KM km 2.2 Bo Marias Bo.Maria |
| 86-1335 | Eduardo Ruiz Valentin | EX ESSO S/S 2P-314 | ROAD 2 KM 143 & ROAD 402 BO. CARACOL |
| 86-1344 | José Méndez, Jr. | PESCADERIA ROSAS, INC. | Carr. Principal 1158 Bo. Puerto Real |
| 86-1347 | Julio Lopez Rodriguez | Lopez Gas Station ( EXESSO S/S 2P-312) | ROAD 110, KM 4.4 CALERO WARD |
| 86-1349 | MIGUEL CHABRIER | CH Gasolinas | #2 JOBOS ST. COTO LAUREL WARD |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al, 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1352 | Felipe Casta Frias | Estación Garaje San Jose | CARR. 135 KM. 63.0 |
| 86-1355 | WAJEED M. SALEH | GARAJE CUATRO CALLES | CARR. 121 INT. RML 1116 CUATRO CALLES |
| 86-1356 | FELIPE PIAZZA MORESHI | Estacion Felipe Piazza | ROAD 372 KM 7.8 DUEY WARD |
| 86-1357 | Jaime Escobales | Roberto Escobales | ROAD 135 KM 75.9 Yahuecas ward |
| 86-1358 | Jose Maldonado | Maxxan Corp | ROAD 378 KM 1.5 MACANA WARD |
| 86-1359 | Heriberto Muñoz | Garage Muñoz | 25 DE JULIO #19-A |
| 86-1360 | PEDRO RULLAN ROMERO | GARAJE EL 22 | Rd. 128 Km. 25.9 Rublas Wd. |
| 86-1361 | CARLOS RIOS | ESSO S/S 2P-424 | DR. BARBOSA ST. #24 |
| 86-1370 | Angel L. Santana | Excel S/S | ROAD 3 KM 88.5 AGUACATE WARD |
| 86-1371 | Moises Velazquez | Pitahayas S/S | RD. 924 KM 3.3 BO PITAHAYA PITAHAYAS WARD |
| 86-1386 | ESSO STANDARD OIL CO PR | ESSO- Transportistas Independientes | Carr. 10 (Frente a P.R. Cement) |
| 86-1390 | ESSO STANDARD OIL CO PR | ESSO- Municipio de Guayama | ROAD 15 KM 1.1 LA TUNA WARD |
| 86-1415 | ESSO STANDARD OIL CO PR | GOMEZ HNOS. INC | LOIZA EXPRESSWAY 220 ST. SABANA ABAJO WARD |
| 86-1434 | ESSO STANDARD OIL CO PR | ESSO J.A. Jones Management Services | ROOSEVELT ROADS BASE |
| 86-1441 | ESSO STANDARD OIL CO PR | Esso Hotel La concha | Ave Ashford Condado |
| 86-1456 | ISLETA MARINA, INC. | ISLETA MARINA | FAJARDO |
| 86-1462 | OCTAVIO SANTINI | Papirin S/S | RD. 771, KM. 2.5 |
| 86-1471 | Caribbean Petroleum Corporation | GULF S/S #315 | RD. 152 KM 16.7 Bo Cedro Abajo |
| 86-1509 | Caribbean Petroleum Corporation | Gulf #013 | Carr. 167 km. 10.7 |
| 86-1515 | U.S.NAVAL COMPUTER AND TELECOMMU | NRTF ISABELA | ROUTE 2 KM 116.2 |
| 86-1519 | U.S.NAVAL COMPUTER AND TELECOMMU | NRTF AGUADA P.R. | 1710 TABLONAR BLDG. 2901 |
| 86-1533 | AUTORIDAD DE LOS PUERTOS | LUIS MUNOZ MARIN INT AIRPORT | Gobernadores Ava. Baldorioty de Castro Isla Verde |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1550 | Felix Betances | ExTexaco- Carolina S/S #337 | P.R. 3 KM. 9.8 |
| 86-1552 | TEXACO PUERTO RICO INC | Texaco Carrizales S/S # 563 | P.R. 2 KM. 85.2<br>CARRIZALES WARD |
| 86-1564 | TEXACO PUERTO RICO INC | Texaco Miramar S/S #217 | FERNANDEZ JUNCOS & ESTADO ST.<br>MIRAMAR |
| 86-1565 | ENRIQUE ROLON RIVERA | MOROVIS S/S | RD. 155 KM. 48.8 |
| 86-1566 | Angel Rivera | Angel Rivera S/S (AntesTexaco Parque S/S #330) | ROOSEVELT AVE. #950<br>PUERTO NUEVO |
| 86-1595 | TEXACO PUERTO RICO INC | Texaco- Julio Cancel Acosta S/S # 571 | RD PR 2 KM 90.1<br>PUENTE WARD |
| 86-1597 | TEXACO PUERTO RICO INC | Pablo R. Colon S/S | ROAD 152 KM 2.2 |
| 86-1600 | Caribbean Petroleum Corporation | Gulf 464 | 343 MENDEZ VIGO ST. |
| 86-1602 | TEXACO PUERTO RICO INC | Texaco- Enrique Cortez Rivera # 570 | ROAD 651 KM 3.2<br>BO. HATO ARRIBA |
| 86-1603 | HECTOR M. FEAL | Garaje El Leñero | ROAD 134 KM 29.5<br>AIBONITO WARD |
| 86-1605 | TEXACO PUERTO RICO INC | Texaco- Efrain González S/S #579 | RD. 129 KM. 13.6 |
| 86-1617 | TEXACO PUERTO RICO INC | HECTOR A. NOLLA S/S # 500 | 289 LUIS LLORENS TORRES AVE. |
| 86-1622 | FERDINAND VELEZ FIGUEROA | SERVICENTRO VELEZ | RD. 129, KM. 10.5<br>BUENOS AIRES WARD |
| 86-1624 | GUSTAVO LOURIDO | Lourido S/S | Carr. 140<br>Calle Ramón Torres #99 |
| 86-1647 | Sucn. Serrano Ríos y/o Juan A Santiago | Gasolinera Miraflores | CARR. 638 KM 5.4<br>BO. MIRAFLORES |
| 86-1655 | TEXACO PUERTO RICO INC | BIRD CONSTRUCTION CORP. | RD. 887 KM. 0.4 |
| 86-1674 | TEXACO PUERTO RICO INC | LORD ELECTRIC OF P.R. | VILLA PRADES IND. PARK |
| 86-1702 | ISRAEL BENITEZ | VILLA FONTANA S/S (EX Texaco #370) | 99 ST. BLQ. 99 NUM. 7<br>VILLA FONTANA |
| 86-1765 | Alberto Contreras | Rock S/S | RD. 1, KM. 20.3<br>Bo. Tortugo |
| 86-1770 | TEXACO PUERTO RICO INC | RAFAEL RIVERA S/S #304 | Carr. 156 KM. 52.1 |
| 86-1776 | TEXACO PUERTO RICO INC | RIO CAÑAS S/S #391 | RD. 1,KM. 27.2<br>RIO CAÑAS WARD |
| 86-1787 | JOSE BATIZ MELENDEZ | TEXACO FERROCARRIL S/S 801 | FERROCARRIL ST. CORNER HOSTOS |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-1793 | TEXACO PUERTO RICO INC | POST # 224 SUR S/S #600 | POST #224 SUR |
| 86-1798 | TEXACO PUERTO RICO INC | LAJAS ARRIBA S/S #661 | ROAD 117 INT. 118 SANTA ROSA WARD |
| 86-1821 | TEXACO PUERTO RICO INC | ARROYO S/S #803 | RD. 3, KM. 128.8 |
| 86-1830 | TEXACO PUERTO RICO INC | CARLOS JIMENEZ ROMAN S/S #684 | RD. #119, KM. 25.8 |
| 86-1836 | Sucesion Leonides Perez | GARAJE PEREZ | RD.119 KM. 23.2 Bo. Aibonito |
| 86-1841 | TEXACO PUERTO RICO INC | HECTOR RIOS S/S # 835 | RD. 10 KM. 0.2 SALIDA UTUADO |
| 86-1848 | TEXACO PUERTO RICO INC | NORYLUZ VELEZ S/S # 654 | RD. BOQUERON, KM. 13.9 |
| 86-1849 | TEXACO PUERTO RICO INC | ALBERTO SIERRA S/S # 689 | MAYAGUEZ MALL |
| 86-1850 | TEXACO PUERTO RICO INC | DAVID SOTO S/S 631 | CUESTA NUEVA, KM. 142.4 |
| 86-1858 | Pedro Acosta Crousset | Quemado # 1 | Carr 106 km 4.7 Bo Quemado |
| 86-1870 | Luis Martinez | LUIS MARTINEZ (Relacion Total 2162) S/ #873 | RD.1, KM. 87.3 Bo. Coco Viejo |
| 86-1871 | TEXACO PUERTO RICO INC | Edwin Almodovar  S/S # 865 | Calle Berdon #20 Carr. 116 KM 17.1 La Costa |
| 86-1874 | Aquiles Quiñones Ortiz | Las Colinas S/S | RAMAL 116, KM 1.0 ENSENADA |
| 86-1875 | Carlos Rivera Nazarlo | Gasolinas Triunfo S/S | JOSE I. QUINTON ST. #29 |
| 86-1876 | Samuel Vera Soto | Sammy's Service Station | RD. 435 INT PR 433 CALABAZAS WARD |
| 86-1878 | TEXACO PUERTO RICO INC | ILIA IRIZARRY S/S #620 | 65 DE INFANTERIA ST. #21 |
| 86-1911 | ESTACION EXPERIMENTAL AGRICOLA | SUBESTACION DE GURABO | RD. #189 KM 7.8 APT. 306 |
| 86-1912 | ESTACION EXPERIMENTAL AGRICOLA | SUBESTACION DE JUANA DIAZ | RD. 510 KM 3.3 FORTUNA WARD |
| 86-1914 | ESTACION EXPERIMENTAL AGRICOLA | ESTACION PRINCIPAL | RD.#1 KM 1 HM 0 VENEZUELA WARD,rio piedras |
| 86-1917 | PUERTO RICO AIR NATIONAL GUARD | PUERTO RICO AIR NATIONAL GUARD | MUNIZ ANG BASE LUIS MOUNOZ MARIN IAP |
| 86-1935 | U.S. Naval Station | U.S. NAVAL STATION-ROOSEVELT ROA | ROOSEVELT ROADS |
| 86-1946 | P.R. MEDICAL SERV. ADM. | MOTOR POOL | MEDICAL CENTER |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 86-2004 | ASFALTO DEL OESTE INC. | ASFALTO DEL OESTE INC. | PR 309 KM 0.2 Parcelas San Romualdo |
| 86-2015 | BERMUDEZ & LONGO, INC. | BERMUDEZ & LONGO, INC. | P.O. BOX 1213 |
| 86-2021 | Celestino Rosado Alejandro | San Patricio S/S (Ex GULF #383) | CARR #187 KM 10.6<br>Calle San Patricio 21 |
| 88-0005 | TEXACO PUERTO RICO INC | SABANA SECA S/S #306 | STATE ROAD 867 KM 0.1<br>SABANA SECA WARD |
| 88-0008 | HOSPITAL SAN PABLO, INC | HOSPITAL SAN PABLO | SANTA CRUZ # 70<br>Urb. Santa Cruz |
| 88-0077 | AVIS RENT A CAR DE PUERTO RICO | AVIS RENT A CAR DE PUERTO RICO | LUIS MUÑOZ MARIN INT.AIRPORT<br>ISLA VERDE |
| 88-0103 | Jose Perez | JOSE U.PEREZ #828 | RD.132 INT.RD. JAIME L. DREW<br>LINEA PEÑUELAS |
| 88-0106 | MUNICIPIO DE PATILLAS | GARAGE MUNICIPAL | MUÑOZ RIVERA ST. |
| 88-0107 | MUNICIPIO DE SAN JUAN | OBRAS PUBLICAS MUNICIPAL | KENNEDY AVE., KM. 1.7 |
| 88-0108 | MUNICIPIO DE ARECIBO | Centro Transportacion y Obras Publicas | ROAD # 10 Marginal frente Autopista<br>Tanama ward |
| 89-0165 | MUNICIPIO DE COMERIO | GARAGE MUNICIPAL DE COMERIO | BO.PINAS RD.775 KM,1.8 |
| 89-0168 | Municipio de Adjuntas | GARAGE MUNICIPAL | CARRETERA # 10<br>Bo. Garzas |
| 89-0174 | AMERICAN PETROLEUM CORPORATION | American petroleum Post S/S | Carr. #2 KM 186.5, Calle Post esq<br>Cuatro Hermanos |
| 89-0204 | Cecilia Lancara | EXPRESS AUTO S/S | RD 185 KM 3.2<br>CAMPO RICO WARD |
| 90-0031 | Santa Paula Oil | SANTA PAULA OIL | PALMA ST. #1304 |
| 90-0033 | Caribbean Petroleum Corporation | Gulf #469 | RD.189 KM 2.0 HM 3.0 |
| 90-0046 | SRA.SARA RIO MORALES | SRA.SARA RIO MORALES | RD 109 KM 8.3 |
| 90-0077 | VICTOR M TORRES, JULIO TORRES | Cerro Gordo S/S | RD.916 KM 1.0<br>CERRO GORDO |
| 90-0104 | NICOLAS A. PEREZ FELICIANO | NICOLAS A. PEREZ FELICIANO | UNION ST. #104<br>KM 5.9 RD 101 |
| 91-0009 | SOL PUERTO LIMITED | COOPERATIVA DE CAROLINA TRANSPOR | RD.26 KM 2.5<br>SAN ANTON WARD |
| 91-0040 | TEXACO PUERTO RICO INC | JIMMY FERRER # 303 | Carr. South East Main, Ext. Minillas<br>2da Sección Lomas Verdes |
| 91-0063 | V B INVESTMENT, INC. | VB Investment, Inc. | RD 1 KM 57.7<br>Montellano Ward |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 Civ. 10470*
**PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES**

| | | | |
|---|---|---|---|
| 91-0065 | Total Petroleum Puerto Rico Corp. | GPR 7 | PONCE DE LEON AVE. OCASIO ST. |
| 91-0084 | Total Petroleum Puerto Rico Corp. | GPR #3009 | BO. SAM ANTON |
| 91-0089 | Total Petroleum Puerto Rico Corp. | GPR #5398 | UNION ST. #41 |
| 91-0095 | Hauger Martin Hau | Martin Shell Service Center | RD 2, KM 110.1 Arenales Bajos Ward |
| 91-0129 | JUAN HERNANDEZ FALCON | Sucesion Juan Hernandez (Antes Gasolinera Comerio) | RD 156 KM 34.5 |
| 91-0159 | SOL PUERTO LIMITED | SHELL S/S #804924 | RD ISLA VERDE KM 2.4 |
| 91-0164 | PUERTO RICO TELEPHONE CO | GUERRERO REMOTO | RD 2 KM 113 Barrio Guerrero |
| 91-0173 | SOL PUERTO LIMITED | SHELL S/S 004030 | RD 852 KM 1.2 |
| 91-0190 | SOL PUERTO LIMITED | SHELL S/S #805033 | RD 153 KM 8.9 Coamo By Pass Coamo By pass |
| 91-0200 | Ismael Herrera | HERRERA S/S (antes Texaco 527) | RD. 111 KM 34.7 PUEBLO |
| 91-0232 | SOL PUERTO LIMITED | SHELL S/S #003964 | RD 883 KM 4.5 Santa ROsa SANTA ROSA |
| 91-0263 | SOL PUERTO LIMITED | SHELL S/S #003972 | RD 129 & 134, KM 15.2 BAYANEY WARD |
| 91-0277 | SOL PUERTO LIMITED | SHELL S/S #804096 | MAYOR CANTERA CORNER ACUEDUCTO |
| 91-0344 | ESSO STANDARD OIL CO PR | SEARS ROEBUCK DE P.R. | RD #176 KM 0.8, CUPEY |
| 91-0382 | Total Petroleum Puerto Rico Corp. | Total Petroleum #2307 | INT. RD 921 & RAMAL Bo tejas |
| 91-0384 | Fernando Soto | Raceway S/S | Ave. Hostos # 967 |
| 91-0397 | Total Petroleum Puerto Rico Corp. | Total Petroleum #1246 | RD 150 KM 18.7 |
| 91-0399 | OSCAR BARQUIN | GPR #2297 | Carr. 3 KM. 130.4 Esquina Morce Km 130.4 |
| 92-0001 | ESSO STANDARD OIL CO PR | ESSO S/S 43441 | RD. 144 KM. 4.4 |
| 92-0063 | Autoridad de Acueductos y Alcantarillados | PONCE WWTP | RD. 2 KM. 258.2 |
| 92-0079 | Autoridad de Energia Electrica | CENTRAL HIDROELECTRICA YAUCO II | ALMACIGO ALTO |
| 92-0105 | American Agencies Co. Inc. | American Agencies Co. Inc. | Carr. 887 Km. 0.9 Bo Martin Gonzalez Bo. Martin Gonzalez |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 CIV. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| | | | |
|---|---|---|---|
| 92-0128 | PUERTO RICO NATIONAL GUARD | GUARDIA NACIONAL DE P.R SALINAS-MATES | RD 1 km 88.5 Int Carr 154 Campamento Santiago |
| 93-0002 | SAN JUAN OIL COMPANY | Servicentro de Panama #5 | HOSTOS AVE. #1128 |
| 93-0009 | SUCESION RUIZ GRAU | PANADERIA RESTAURANTE LISBOA | PONCE DE LEON AVE. #1850 CORNER JORDAN ST. |
| 93-0052 | PUERTO RICO NATIONAL GUARD | JUANA DIAZ TRAINING SITE | EDIF. 222 FUERTE ALLEN |
| 93-0066 | AUTORIDAD DE EDIFICIOS PUBLICOS | ESCUELA BENITO CEREZO | RD. 458, KM 2 BORINQUEN WARD |
| 93-0067 | SOL PUERTO LIMITED | SHELL S/S #004017 | RD. 3 KM 28.2 |
| 94-0018 | JOSE LUIS GONZALEZ | LEE S/S | ST RD #111, KM 30.3 JUNCAL WARD |
| 94-0043 | BIENVENIDO MATOS CHAPARRO | Servicentro Matos | RD. 411 KM 1.3 JAGUEY Ward |
| 94-0116 | MILTON RAUL TORO SANTIAGO | COMERCIAL TORO | PR 312 KM. 1.1 BO.BALLAJA |
| 94-0132 | GARAGE MOLINO INC | Sunrise Gas Station | RD. 111 KM. 3.6 |
| 94-0142 | Ernesto Santiago | Family Service Station #1 (Antes garaje el Punto) | RD. 782 KM 9.3 NARANJO WARD |
| 94-0162 | SAN JUAN GAS COMPANY | SAN JUAN GAS COMPANY | EXPRESO MARGINAL SUR AVE. MIRAMAR |
| 94-0163 | Jose Perez de Leon | Cheo S/S I | RD. 165 KM 5.7 INT. RD. 824 QUEBRADA CRUZ WARD |
| 94-0171 | COMPAÑIA DE FOMENTO INDUSTRIAL | COMPANIA DE FOMENTO INDUSTRIAL | RD. 1 KM. 34.2 BAIROA WARD |
| 94-0178 | COMPAÑIA DE FOMENTO INDUSTRIAL | COMPAÑIA DE FOMENTO INDUSTRIAL | RD. 165 KM 10.6 CONTORNO WARD |
| 95-0044 | ADM.SERV.DESARROLLO AGROPECUARIO | ASDA GUANICA | RD. 116 KM 21.3 CIENAGAS WARD |
| 96-0009 | ADM.SERV.DESARROLLO AGROPECUARIO | ASDA LAS PIEDRAS | CARR. 189 KM.20.4 BARRIO ARENAS |
| 96-0011 | ADM.SERV.DESARROLLO AGROPECUARIO | ASDA NARANJITO | CARR. 152 KM. 12.6 BARRIO CEDRO ARRIBA |
| 96-0032 | ANTONIO DE JESUS | Gel S/S Borinquen Service Station | Road 2 Km. 6507 Bo. Factor 1 |
| 97-0014 | Teresa Rivera Maldonado | Gasolinera Miniños | Road 568 Km. 22.8 Bo. Cuchillas |
| 97-0015 | National Rental Car | National Rental Car | Aeropuerto Luis Muñoz Marin Ave. Salvador Caro |
| 97-0031 | Municipio de Dorado | Garaje Municipal "Juan Irene Rivera" | Carr. 693 Villa Caito |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 CIV. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES

| 98-0038 | Alcides Flores Quintero | Alcides Flores-Canovanas Medical Group | Calle Palmer # 61 |
|---|---|---|---|
| 98-0065 | Ramey Solar Observatory - US Air Force | Ramey Solar Observatory | Rd. 110 Km. 7.7 |
| 98-0128 | Guillermo A. Passalacua | Charneco S/S | Ponce de León esq. calle Cayey |
| 99-0013 | SOL PUERTO LIMITED | Shell S/S Los Paseos #4090 | Ave.Las Cumbres PR-199 |

*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al., 07 CIV. 10470*
PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF SITES PREVIOUSLY IDENTIFIED AS RELEASE SITES