UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470 (SAS) | |



**SHIRA A. SCHEINDLIN, U.S.D.J.**

[PROPOSED] CASE MANAGEMENT ORDER NO. 110

1. The parties shall abide by the following schedule, as well as any subsequently entered CMOs or orders of the Court:

| Date | Deadline |
|---|---|
| July 12, 2013 | Deadline to add third parties. |
| July 19, 2013 | Plaintiffs to designate non-site specific experts. |
| August 2, 2013 | Defendants to designate non-site specific experts. |
| October 18, 2013 | Close of fact discovery.<br><br>Plaintiffs to serve non-site specific expert reports.<br><br>Plaintiffs to designate site-specific experts.<br><br>Deadline for serving requests for admission. |
| November 22, 2013 | Defendants to designate site-specific experts. |
| December 6, 2013 | Plaintiffs to serve site-specific expert reports.<br><br>Defendants to serve non-site specific expert reports. |
| January 17, 2014 | Plaintiffs to serve non-site-specific rebuttal expert reports, if any. |

| Date | Deadline |
| --- | --- |
| February 7, 2014 | Defendants to serve site-specific expert reports. |
| February 28, 2014 | Plaintiffs to serve site-specific expert rebuttal reports, if any. |
| April 25, 2014 | Close of expert discovery. |

SO ORDERED

DATED: New York, New York
~~October~~, ~~2012~~
March 2013

Shira A. Scheindlin
U.S.D.J.

DM_US 30932955-3.037771.0188