Schiendlin S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This relates: 07 CV 10470 (SAS)

Master File No. 1:00-1898
MDL 1358 (SAS)

Commonwealth of Puerto Rico, et al.

v.

Shell Oil Company, et al.

### STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico Environmental Quality Board, and Defendant, Trafigura Beheer, B.V. ("TBBV"), by counsel, hereby stipulate that the deadline for TBBV to file any responsive pleading in the above-captioned case shall be extended to and including April 17, 2013. Defendant TBBV submits this Stipulation and Order by way of special appearance and expressly reserves its right to challenge personal jurisdiction and service in this matter.

Dated: March 21, 2013

Respectfully submitted,

John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5008
(340) 773-6142

**Attorneys for Plaintiffs**

3/22/13

*[signature: Richard Jarashow]*

Richard L. Jarashow
New York State Bar No. 1010024
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Telephone: (212) 548-7016
rjarashow@mcguirewoods.com

**Attorney for Defendant Trafigura Beheer, B.V.**

**APPROVED**

DATED: The ___22___ of ___March___, 2013.

_____
The Honorable Shira A. Scheindlin
United States District Court Judge