UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00-1898
Products Liability Litigation  MDL No. 1358 (SAS)
  M21-88

This Document Relates To:
*City of Fresno v. Chevron U.S.A. Inc., et al.,*
04 Civ. 04973
-----------------------------------------------------------X

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After having considered the foregoing Stipulation of Dismissal with Prejudice re Certain Claims Against Exxon Mobil Corporation, and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiff City of Fresno against Exxon Mobil Corporation regarding sites listed below are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees in connection with the following two sites:

1. Gilbert's Exxon, 4142 East Church

2. Exxon Service Station, 4594 E. Tulare

IT IS SO ORDERED.

Dated: Mar. 29, 2013

_____
United States District Judge

SMRH:408178122.1                    -4-