**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00-1898
Products Liability Litigation                 MDL No. 1358 (SAS)
                                              M21-88

**This Document Relates To:**
*City of Merced Redevelopment Agency, et al. v.*
*Exxon Mobil Corp., et al.*, 08 Civ. 06306
------------------------------------------------------------X

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After having considered the foregoing Stipulation of Dismissal with Prejudice re Certain Claims Against Tesoro Corporation and Tesoro Refining and Marketing Company, and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiffs City of Merced Redevelopment Agency and Merced Designated Local Authority, as Successor Agency to the Redevelopment Agency of the City of Merced, against Tesoro Corporation and Tesoro Refining and Marketing Company regarding the R Street Texaco a/k/a R Street Exxon a/k/a R Street Chevron site located at 1415 R Street, Merced, California are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees in connection with this dismissal.

IT IS SO ORDERED.

Dated: *March 29, 2013*

_____
United States District Judge