UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A., Inc., et al.,*
Case No. 04-Civ-04973

### [PROPOSED] ORDER OF DISMISSAL

After considering the parties' Stipulated Dismissal of Duke Energy Merchants California, Inc. and Duke Energy Trading and Marketing, LLC, and for good cause shown, the Court hereby:

**ORDERS, ADJUDGES, AND DECREES** that all claims and demands of Plaintiff City of Fresno against Defendants Duke Energy Merchants California, Inc. and Duke Energy Trading and Marketing, LLC are hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear its own costs, expenses, and attorneys' fees in connection with this dismissal.

**IT IS SO ORDERED**

Dated: 4/3/13

_____
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2013, I served a copy of the foregoing Stipulated Dismissal of Duke Energy Merchants California, Inc. and Duke Energy Trading and Marketing, LLC on all counsel of record in <u>City of Fresno v. Chevron U.S.A., Inc.</u>, Case No. 04-Civ-4973 (SAS) via LexisNexis File & Serve.

/s/ James R. Wedeking

James R. Wedeking