UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : Master File No. 00 Civ. 1898
LIABILITY LITIGATION : MDL 1358 (SAS)
------------------------------------------------------- : M21-88
:
This document relates to: :
:
COMMONWEALTH OF PUERTO :
RICO and COMMONWEALTH OF :
PUERTO RICO through the : ORDER
ENVIRONMENTAL QUALITY :
BOARD, :
: 07 Civ. 10470(SAS)
     Plaintiffs, :
:
     -against- :
:
SHELL OIL COMPANY et al., :
:
     Defendants. :
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

On March 25, 2013, Defendant Total, S.A. ("Total") submitted a letter to the Court requesting that its time to answer or otherwise plead to the Third Amended Complaint be extended to May 14, 2013. Plaintiffs submitted a response letter to the Court, opposing Total's request, on March 28, 2013; the next day, Total submitted a reply letter in further support of its request. Total was served with the Third Amended Complaint on March 12, 2013, and currently has until April 2, 2013 to answer or otherwise plead. Plaintiffs previously offered to extend

Total's time to answer until April 17, 2013.

After considering the contentions that the parties set forth in their letters, it appears that Total does not require, and judicial efficiency does not commend, granting the requested extension in full. Total's principal reason for asking for an extension of time is so that it may firm up a dispositive motion in lieu of answering the Third Amended Complaint. Based on Total's letters, it appears that such motion would relate to its alleged lack of involvement in the Puerto Rican market.

Granting a fifty-one day extension of Total's time to answer in order that Total may make such motion is excessive. The motions described in Total's letters would be based upon a limited number of facts that are already in Total's possession. Moreover, Total's proposed extension of time would further delay the progress of a six year old case.

In light of the foregoing, Total's request for an extension of time is granted in part and denied in part. Total may have until April 17, 2013 to answer or otherwise plead to the Third Amended Complaint. No further extensions of time will be granted.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 2, 2013