UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE: METHYL TERTIARY BUTYL : Master File No. 00 Civ. 1898
ETHER ("MTBE") PRODUCTS : MDL 1358 (SAS)
LIABILITY LITIGATION : M21-88
------------------------------------------------ :
:
This document relates to: :
:
COMMONWEALTH OF PUERTO :
RICO and COMMONWEALTH OF : ORDER
PUERTO RICO through the :
ENVIRONMENTAL QUALITY :
BOARD, : 07 Civ. 10470(SAS)
:
Plaintiffs, :
:
-against- :
:
SHELL OIL COMPANY et al., :
:
Defendants. :
------------------------------------------------------- X
SHIRA A. SCHEINDLIN, U.S.D.J.:

      Through a letter submitted to the Court on March 28, 2013, defendant Total Outre-Mer, S.A. ("TOM, S.A.") requests an extension of time to respond to the Third Amended Complaint until May 14, 2013. Plaintiffs have previously offered to extend TOM, S.A.'s time to respond to the Third Amended Complaint to April 17, 2013, but oppose TOM S.A.'s present request.[1]

      The parties' present contentions are substantially identical to those

---

[1]     See 4/3/13 Letter from Plaintiffs to Court, on file with Chambers.

considered by the Court in ruling on the recent request for an extension of time made by Total, S.A., TOM, S.A.'s affiliate. For the same reasons given in that Order, TOM, S.A.'s request for an extension of time is granted in part and denied in part. TOM, S.A. may have until April 17, 2013 to answer or otherwise plead to the Third Amended Complaint. No further extensions of time will be granted.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 3, 2013