UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

**This Document Relates To:**

*Commonwealth of Puerto Rico*, et al. *v. Shell Oil Company*, et al., Case No. 07 Civ. 10470

## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board, and Defendant Trafigura A.G. ("TAG"), by and through counsel, hereby stipulate that the deadline for TAG to file any responsive pleading in the above-captioned case shall be extended to and including April 15, 2013.

Dated: April 2, 2013

_____
Brent H. Allen (D.C. Bar #464934)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)
*Attorney for Defendant Trafigura A.G.*

_____
John K. Dema
Law Offices of John K. Dema, P.C.
Special Counsel for the Secretary of Justice
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5008
(340) 773-6142

Dated: The 10 of April, 2013.

**APPROVED**

_____
The Honorable Shira A. Scheindlin