UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00–1898<br>MDL 1358 (SAS)<br>M 21-88 |
| This document relates to:<br>*City of Fresno v. Chevron U.S.A., Inc., et al.,*<br>Case No. 1:04-cv-04973 | |

**PROOF OF SERVICE RE PLAINTIFF CITY OF FRESNO'S OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S NUISANCE**

1

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in *City of Fresno v. Chevron U.S.A., Inc., et al.*, Case No. 04 Civ 4973 (SAS), electronically through LexisNexis File & Serve:

   PLAINTIFF CITY OF FRESNO'S OPPOSITION TO
   CERTAIN DEFENDANTS' MOTION FOR PARTIAL
   SUMMARY JUDGMENT ON PLAINTIFF'S NUISANCE CLAIMS

   PLAINTIFF CITY OF FRESNO'S LOCAL RULE 56.1 STATEMENT OF
   MATERIAL FACTS SUBMITTED IN OPPOSITION TO CERTAIN
   DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
   PLAINTIFF'S NUISANCE

   DECLARATION OF TRACEY L. O'REILLY IN SUPPORT OF
   PLAINTIFF CITY OF FRESNO'S OPPOSITION TO CERTAIN
   DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
   PLAINTIFF'S NUISANCE

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 12, 2013, at Sacramento, California.

CHRISTINA KELLER