UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : Master File No. 1:00–1898<br>: MDL 1358 (SAS)<br>: M 21-88<br>:<br>: |
| This document relates to: | :<br>: |
| *City of Fresno v. Chevron U.S.A., Inc., et al.,*<br>Case No. 1:04-cv-04973 | :<br>:<br>:<br>: |

**DECLARATION OF MICHAEL D. AXLINE IN SUPPORT OF PLAINTIFF CITY OF FRESNO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR LACK OF EVIDENCE PERTAINING TO CAUSATION (EXHIBIT 11)**

1

## DECLARATION OF MICHAEL D. AXLINE

I, Michael D. Axline, declare:

      1.     I am an attorney admitted to practice law in the State of California, and I am associated with the law firm of Miller, Axline & Sawyer, attorneys for plaintiff City of Fresno in this action.

      2.     All of the exhibits attached hereto are documents are drawn from the litigation files kept in the ordinary course of business at Miller, Axline & Sawyer, and were copied either by me or by someone working directly under my supervision.

      3.     Attached as Exhibit 1 is a true and correct duplicate copy of the First Amended Complaint in this Action, filed on November 18, 2004.

      4.     Attached as Exhibit 2 is a true and correct duplicate copy of the letter from Mike Axline and Evan Eickmeyer to Jeffrey Parker, dated February 8, 2012.

      5.     Attached as Exhibit 3 is a true and correct duplicate copy of the letter from Mike Axline and Evan Eickmeyer to Brian Ledger, dated March 6, 2013.

      6.     Attached as Exhibit 4 is a true and correct duplicate copy of Defendant Ultramar, Inc.'s Disclosure Pursuant to June 9, 2005 Directive as Amended by the Court on August 12, 2005.

      7.     Attached as Exhibit 5 is a true and correct duplicate copy of excerpts from the transcript of the August 10, 2011 deposition of Gary Beacom.

      8.     Attached as Exhibit 6 is a true and correct duplicate copy of excerpts from the Valero Defendants' Objections and Responses to Plaintiff City of Fresno's First Set of

Interrogatories to Defendants.

9.      Attached as Exhibit 7 is a true and correct duplicate copy of Chevron U.S.A. Inc.'s Supply Declaration of Frank G. Soler and exhibits thereto, dated April 18, 2011.

10.     Attached as Exhibit 8 is a true and correct duplicate copy of Defendant Union Oil Company of California's Declaration of Grace N. Chan in Response to CMO #75, dated April 11, 2011.

11.     Attached as Exhibit 9 is a true and correct duplicate copy of the Further Response of Defendant Chevron U.S.A Inc. To Plaintiffs' Preliminary Set of Interrogatories re: Defendant Identification, dated August 30, 2004.

12.     Attached as Exhibit 10 is a true and correct duplicate copy of the Valero Defendants' Answers and Objections to Plaintiffs' Preliminary Set of Interrogatories re: Defendant Identification, dated August 30, 2004.

13.     Attached as Exhibit 11 is a true and correct duplicate copy of excerpts from the transcript of the March 16, 2011 deposition of James Shehadey and Exhibit 5 attached thereto.

14.     Attached as Exhibit 12 is a true and correct duplicate copy of excerpts from Marcel Moreau's Expert Report, dated November 2, 2011.

15.     Attached as Exhibit 13 is a true and correct duplicate copy of an excerpt from the transcript of the June 4, 2012 deposition of Sam Williams.

16.     Attached as Exhibit 14 is a true and correct duplicate copy of excerpts from the transcript of the February 16, 2011 deposition of Imtiaz Ahmad.

17.     Attached as Exhibit 15 is a true and correct duplicate copy of Defendant Exxon Mobil Corporation's Responses and Objections to Plaintiffs' Preliminary Set of Interrogatories

Regarding Defendant Identification, dated August 30, 2004.

18.     Attached as Exhibit 16 is a true and correct duplicate copy of excerpts from the transcript of the January 11, 2013 Status Conference before Honorable Shira A. Scheindlin.

19.     Attached as Exhibit 17 is a true and correct duplicate copy of the transcript of the May 10, 2001 deposition of Dickman Lum in the *South Tahoe Public Utility District v. Atlantic Richfield Co.* case.

20.     Attached as Exhibit 18 is a true and correct duplicate copy of excerpts from the transcript of the June 8, 1999 deposition of Elwanda Kovich in the *South Tahoe Public Utility District v. Atlantic Richfield Co.* case.

21.     Attached as Exhibit 19 is a true and correct duplicate copy of excerpts from Marcel Moreau's Site Specific Report, dated November 2, 2011.

22.     Attached as Exhibit 20 is a true and correct duplicate copy of Union Oil Company of California's Amendment to Its Supply Declaration with Declaration attached, dated August 9, 2012.

23.     Attached as Exhibit 21 is a true and correct duplicate copy of Union Oil Company of California's Supplemental and Amended Response to Plaintiff City of Fresno's First Set of Interrogatories, dated August 12, 2011.

24.     Attached as Exhibit 22 is a true and correct duplicate copy of excerpts from the transcript of the March 18, 2011 deposition of Gail Blue.

25.     Attached as Exhibit 23 is a true and correct duplicate copy of excerpts from the transcript of the March 17, 2011 deposition of Glen R. Blue.

4

26.     Attached as Exhibit 24 is a true and correct duplicate copy of excerpts from the transcript of the March 16, 2011 deposition of Narinder Singh.

27.     Attached as Exhibit 25 is a true and correct duplicate copy of excerpts from Defendant Exxon Mobil Corporation's Responses to Plaintiff City of Fresno's First Set of Interrogatories.

28.     Attached as Exhibit 26 is a true and correct duplicate copy of excerpts from the transcript of the March 29, 2011 deposition of James Clements.

29.     Attached as Exhibit 27 is a true and correct duplicate copy of excerpts form the transcript of the April 4, 2011 deposition of Garabed Bedirian.

30.     Attached as Exhibit 28 is a true and correct duplicate copy of excerpts from the February 16, 2011 deposition of Shirley McMurphy Ahmad.

31.     Attached as Exhibit 29 is a true and correct duplicate copy of Exhibit B from the Shell Defendants' Responses to City of Fresno's First Set of Interrogatories to Defendants.

32.     Attached as Exhibit 30 is a true and correct duplicate copy of excerpts from the transcript of the February 9, 2011 deposition of Joel Hohenshelt.

33.     Attached as Exhibit 31 is a true and correct duplicate copy of excerpts from the transcript of the August 11, 2011 deposition of Jatinder Paul Dhillon.

34.     Attached as Exhibit 32 is a true and correct duplicate copy of excerpts from the transcript of the August 17, 2011 deposition of Bryan Leonard Moe.

35.     Attached as Exhibit 33 is a true and correct duplicate copy of excerpts from the transcript of the August 17, 2011 deposition of Thomas K. Baughs and exhibits attached thereto.

36.     Attached as Exhibit 34 is a true and correct duplicate copy of excerpts from the

transcript of the August 9, 2011 deposition of David Benjamin.

37.     Attached as Exhibit 35 is a true and correct duplicate copy of excerpts from the transcript of the August 11, 2011 deposition of Ellis (Ike) Pursell.

38.     Attached as Exhibit 36 is a true and correct duplicate copy of the Declaration of the Valero Defendants in Anticipation of 30(b)(6) Deposition, dated _.

39.     Attached as Exhibit 37 is a true and correct duplicate copy of excerpts from the transcript of the July 27, 2011 deposition of Baldev Singh Sandhu.

40.     Attached as Exhibit 38 is a true and correct duplicate copy of Defendant Exxon Mobil Corporation's Supplemental Response to Plaintiff City of Fresno's First Set of Interrogatories, dated August 30, 2011.

41.     Attached as Exhibit 39 is a true and correct duplicate copy of The Shell Defendants' Responses to Plaintiff's First Set of Interrogatories, dated August 30, 2004.

42.     Attached as Exhibit 40 is a true and correct duplicate copy of excerpts from the transcript of the July 29, 1999 deposition of Mary F. Morgan.

43.     Attached as Exhibit 41 is a true and correct duplicate copy of excerpts from the transcript of the July 1, 1999 deposition of Kelly J. Hammar.

44.     Attached as Exhibit 42 is a true and correct duplicate copy of excerpts from the transcript of the September 22, 2000 deposition of Thomas Hooks.

45.     Attached as Exhibit 43 is a true and correct duplicate copy of excerpts from the transcript of the July 22, 1999 deposition of Bob Simonson.

46.     Attached as Exhibit 44 is a true and correct duplicate copy of excerpts from the transcript of the January 12, 2001 deposition of Dixon B. Smith.

47.    Attached as Exhibit 45 is a true and correct duplicate copy of Valero Corporate Representative Depositon - Early Knowledge and Taste & Odor.

48.    Attached as Exhibit 46 is a true and correct duplicate copy of selected Bills of Lading and Highway Receipts provided by Red Triangle.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Respectfully submitted,

DATED: April 12, 2013                 **MILLER, AXLINE & SAWYER**
                                      A Professional Corporation

                                      By: *Michael Axline*

                                      MICHAEL D. AXLINE
                                      Attorneys for Plaintiff


MILLER, AXLINE & SAWYER
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825-4225
Telephone:  (916) 488-6688

7

# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-oOo-

In re: Methyl Tertiary Butyl
Ether ("MTBE") Products
Liability Litigation

Master File No.
1:00-1898

This Document Relates To:

Case No.
MDL 1358(SAS)

City of Fresno
v. Chevron U.S.A. Inc., et al.,
Case No. 04 Civ. 4973



/

DEPOSITION OF JAMES SHEHADEY

March 16, 2011 at 1:00 (1:09) p.m.

Before:  ERIC L. JOHNSON
RPR, CSR #9771

Taken at:
Fresno, California



Court Reporting Services
(800) 830.8885
www.depobook.com
Professional Reporting Services Nationwide!

1     Q.  To the right of that, Cost would indicate the

2  cost to Red Triangle to have acquired that gasoline?

3     A.  Yes.

4     Q.  And to the right of that, the Profit column

5  would indicate the profit made for each of those grades

6  during that year?

7     A.  That would be the gross profit, yes.

8     Q.  For the customer listed first, the 34000, where

9  would that Fleet Card be, if you know?

10    A.  That is in Clovis Avenue, 3939 Clovis Avenue.

11                (Deposition Exhibit 5 marked for

12                  identification)

13     MR. EICKMEYER:  I will show you what I have

14  marked as Exhibit 5.  This appears to be a series of

15  bills of lading and highway transportation receipts

16  that were given to me in this form.  It is Bates

17  REDTRIANGLE-SHE-40 through 144.

18     Q.  Can you describe for us generally what these

19  documents indicate?

20     A.  These documents, and they all come in sets of

21  two, you know, at the top, would be the delivery made to

22  this site, Fleet Card Fuels 2809.  And then the cost

23  with the HTR Bill of Lading number on it and the gallons

24  that were put in each tank.  And immediately following

25  that is the HTR picked up at the facility that the

30

Deposition of James Shehadey / March 16, 2011

```
 1   product was loaded at, which -- which we attached to all
 2   of our invoices.  The top -- the first document would be
 3   the invoice, the page immediately following that would
 4   be the backup to that invoice.  And that goes in the
 5   same format for the rest -- the rest of all these
 6   documents which are just invoices for the entire year
 7   that we were able to pull last -- last week.
 8        Q.  Okay.  Let me ask you a few questions to break
 9   down what you described.  So on the very top document,
10   you had mentioned there is a box labeled HTR Bill of
11   Lading, that's toward the top right.
12        A.  Correct.
13        Q.  And this example says 617811.  That's on
14   page -- Bates Page 40?
15        A.  40.
16        Q.  Okay.  So if we turn to Bates Page 41, looking
17   toward about the center of the page under HTR number, it
18   also says 617811 at that point?
19        A.  Mm-hmm.  Yes.
20        Q.  Is that yes?  Okay.
21            So that would indicate that it is the same
22   delivery referenced on Pages 40 and 41?
23        A.  Yes.
24        Q.  And then you mentioned the gallons, so looking
25   at Page 40, for example, PREM. gasoline is circled.
```

31

```
 1    Across from that under LB/GAL it has a 1106; is that

 2    right?

 3         A.   Yes.

 4         Q.   So that would indicate 1,106 gallons of premium

 5    gasoline?

 6         A.   Yes.

 7         Q.   Below that is circled reg, REG. unleaded.

 8    Across from it has 2909, so that would indicate 2,909

 9    gallons of regular unleaded gasoline?

10         A.   Yes.

11         Q.   And then below that is circled CARB diesel

12    No. 2-taxable.  Further to the right says 4013.  So that

13    would would indicate 4,013 gallons of diesel fuel?

14         A.   Yes.

15         Q.   Then if we look at the second page in this

16    packet, Page 41, the numbers on here that I had

17    referenced, the 1106, 2909, and 4013, would be down at

18    the right edge toward the bottom under the Net Gallons

19    column?

20         A.   Correct.

21         Q.   Can you describe what the difference is between

22    the gross gallons shown and the net gallons?

23         A.   Yes, I can try.  It is based -- it is based on

24    the temperature at the time the delivery is picked up,

25    and based on the -- I think the way gasoline expands or
```

32

Deposition of James Shehadey / March 16, 2011

```
 1              THE WITNESS:  No --
 2              MS. KLEAVER:  Misstates prior testimony.
 3              THE WITNESS:  No, I wouldn't consider it -- in
 4    fact, we call it unbranded because, like I said, there's
 5    different people that -- some are traders and some hold
 6    no -- no title, or they -- they don't refine the
 7    product.  And I would actually call it unbranded and
 8    would just know it as -- as California Air Resource
 9    Board grade gasoline coming from any one of several
10    terminals in the Bay Area, or Bakersfield at that time,
11    but wouldn't -- wouldn't know what brand it is.
12              The only brand I would differentiate was -- and
13    we are a, you know, branded jobber now for, you know,
14    when -- when the -- when the fuel comes in, each brand,
15    say, Chevron or Shell or 76 has an additive that you put
16    in, then it is branded gasoline.  But on this, we would
17    refer to it really as unbranded gasoline.
18              MR. EICKMEYER:  Q.  Did you handle branded
19    gasoline, such as you just described, of putting
20    particular additives back in the 2002 or 2003 time
21    frame?
22         A.  At that time we were a -- yes, a branded
23    jobber.  It was Exxon -- we had Exxon -- Exxon stations
24    at that time.  And that was, I think, through a --
25    through an agreement with Valero.  It was actually
```

                                                        133

1    Valero refined because that was after the merger, and I

2    think it was through Valero, but it was Exxon branded

3    gasoline.

4         Q.  So to your understanding, gasoline was refined

5    by Valero and then sold under the Exxon brand?

6         A.  No, it was -- it would still have come in the

7    same pipeline and it had the Exxon additive.  But as far

8    as who refined it, I wouldn't be able to say.

9         Q.  So was the Exxon additive added at your bulk

10   plant?

11        A.  No, that is at the terminal.  At the terminal.

12   There are separate tanks with each additive component.

13        Q.  Would that gasoline that you just described,

14   then, have been designated for delivery to Valero

15   stations?

16        MS. KLEAVER:  Calls for speculation.

17        THE WITNESS:  It would be for more like an

18   Exxon station.

19        MR. EICKMEYER:  Q.  I am sorry, I said that

20   backward.  For an Exxon station.

21        A.  Yeah.

22        Q.  And would that gasoline have been stored in the

23   aboveground gasoline storage tanks at the bulk plant

24   that we discussed earlier?

25        A.  No.  No.  Usually when you deliver to a

134

```
 1    STATE OF CALIFORNIA      )
                               (      ss.
 2    COUNTY OF STANISLAUS     )

 3         I, ERIC L. JOHNSON, do hereby certify that I am a

 4    licensed Certified Shorthand Reporter, duly qualified

 5    and certified as such by the State of California;

 6         That prior to being examined, the witness named in

 7    the foregoing deposition was by me duly sworn to testify

 8    to tell the truth, the whole truth, and nothing but the

 9    truth;

10         That the said deposition was by me recorded

11    stenographically at the time and place herein mentioned;

12    and the foregoing pages constitute a full, true,

13    complete and correct record of the testimony given by

14    the said witness;

15         That I am a disinterested person, not being in any

16    way interested in the outcome of said action, or

17    connected with, nor related to any of the parties in

18    said action, or to their respective counsel, in any

19    manner whatsoever.

20

21         DATED:  March 30, 2011

22

23                          _____

24                          Eric L. Johnson, CSR, RPR

25
```

141

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE     4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66517**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 1/2/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetard Feed*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☑     RETURNED MDSE. ☐     HTR / BILL OF LADING   617 919

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1106 | 142.4 | 1574.94 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.39995 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2909 | 133.4 | 3880.61 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.30995 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 4013 | 93.25 | 3742.12 |
| SOLVENT | (UN 1255) | 0032 | | | | 1.33245 | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4015 | 9.5 | 381.43 |
| DIESEL PREPAY | | A97 | | | 4013 | 7.5 | 300.98 |
| FEDERAL EXCISE TAX | | | | | 4013 | 24.4 | 979.17 |
| STATE EXCISE TAX | | | | | 4013 | 18.0 | 722.34 |
| SUB-TOTAL | | | | | | | |

GASOLINE CONTAINS DETER ADDITIVE AS REQUIRED BY 40 CFR PART 80

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | 55 GAL. | | | | |

DELIVERED BY: *Mary 33A*     RECEIVED BY:

INVOICE TOTAL   1/581.59

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY



EXHIBIT
5
Shehadeh 3-16-11

REDTRIANGLE-SHE-000040

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

| DESTINATION | RED TRIANGLE OIL COMPANY |
|---|---|
| | P.O. BOX 2625 |
| | FRESNO, CA 93745 |

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 617811 | 11:27 | 01/07/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | NELLA OIL CO. | CONSIGNEE | 0371 |
|---|---|---|---|
| | | | NELLA OIL CO |
| | | | 2349 RICKENBACKER WAY |
| | | | AUBURN, CA 95602 |

SPOT 3E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1101 | 1106 |
| B 192 | PRM RFG W/A10 | 91.0 | 53 | 59.5 | | |
| 92 | PRM RFG (BASE) | | | | 1101 | 1106 |
| | GASOLINE 3, UN1203, P.G. II | | | | 2900 | 2909 |
| B 187 | REG RFG W/A10 | 87.0 | 56 | 60.2 | | |
| 87 | REG RFG (BASE) | | | | 2900 | 2909 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4004 | 4013 |
| B 108 | DSL CARB | 0.0 | 55 | 37.2 | | |
| 8 | DSL CARB (BASE) | | | | 4004 | 4013 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000041

**RED TRIANGLE O   CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHEST   'T AVE.
FRESNO, CALIF. 93745 • PHONE   -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66531**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 1/10/03 | |

SOLD TO: Red Triangle

DELIVER TO: Fleetcard Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
618880

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 8620 | 130.4 | 11240.48 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.28495 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8620 | 9.5 | 818.90 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | | |

DELIVERED BY: Rel TRK#1

RECEIVED BY:

**INVOICE TOTAL**
12059.38

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000042

L-4181-C
REV. 11/87

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: *JOEL MUNGUIA*

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 002 | 618880 | 12:24 | 01/10/03 | 000001060- | 0005 | REDT |

49 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

0371
CONSIGNEE   NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
|  | GOLINE 3, UNI203, P.G. II |  |  |  | 8603 | 8620 |
| 187 | REG RFG W/A10 | 87.0 | 57 | 60.2 |  |  |
| 87 | REG RFG (BASE) |  |  |  | 8603 | 8620 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000043

**RED TRIANGLE ⚠ CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66599**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 1/21/93 | |

**SOLD TO:** *Red Triangle*

**DELIVER TO:** *Fleetard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ |
|---|---|---|

HTR / BILL OF LADING
*622304/622305*

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1007 | 146.9 | 1479.28 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 144.9 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2008 | 137.9 | 2769.03 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | | |
| KEROSENE (UN 1223) | 0038 | | | | 135.844 | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 3015 | .09 | 286.43 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

**DELIVERED BY:** *Danny 334*

**RECEIVED BY:**

**INVOICE TOTAL**
*4534.74*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000044

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 5

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION    RED TRIANGLE OIL
P O BOX 2825
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1000 | 5L00242 | 3001 | 1VL5438 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 672305 | 06:41 | 01/21/03 | 000002825 | 0006 | REDT |

4147 SOUTH MAPLE AVENUE   FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

307

CONSIGNEE   NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4B

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 3002 | 3014 |
| 8 CYL | PRM RFG W/AID | 91.0 | 54 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 3002 | 3014 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000045

**RED TRIANGLE O** **CO.**
TRIANGLE PRODU

P.O. BOX 2625  •  2809 SO. CHEST  UT AVE.
FRESNO, CALIF. 93745  •  PHON   .5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 15-700181

INVOICE NO.
**66646**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 1/30/0.3 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 625541 |
|---|---|---|---|

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1004 | 1519 | 1525.08 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.4909 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 7211 | 1429 | 10304.52 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.4099 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8215 | 9.5 | 780.43 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | 55 GAL | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|

DELIVERED BY: *Rl TRKAI*

RECEIVED BY:

INVOICE TOTAL
12610.03

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000046

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S' UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Joel Munguia_

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION

RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y73198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 625543 | 07:42 | 01/30/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| NEW WEST PET. EPA ID # N/A | 307 NEW WEST PETROLEUM 1831 16TH ST SACRAMENTO, CA 95814 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3. UN1203, P.G. II | | | | 1001 | 1004 |
| 8 192 | PRM RFG W/A10 | 91.0 | 56 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1001 | 1004 |
| | GASOLINE 3. UN1203, P.G. II | | | | 7202 | 7211 |
| 8 187 | REG RFG W/A10 | 87.0 | 58 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7202 | 7211 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000047

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66776**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/18/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
632307

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1003 | 16.74 / 1.6419 | 1679.02 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2000 | 15.84 / 1.56419 | 3168.00 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3003 | 9.5 | 285.29 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL | | | | | |

DELIVERED BY: *Cyl Q* TP KH1

RECEIVED BY:

INVOICE TOTAL
5132.31

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000048

L-4381-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *Joel Munguia*
JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION   RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YCB153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 632307 | 12:32 | 02/18/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725          PAGE 1 OF 1
DUPLICATE COPY

SHIPPER   NEW WEST PET. EPA ID # N/A      CONSIGNEE   307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | | | | | 1001 | 1003 |
| | GASOLINE 3, UN1203, P.G. II | 91.0 | 58 | 60.9 | | |
| B 192 | PRM RFG W/A10 | | | | 1001 | 1003 |
| 92 | PRM RFG (BASE) | | | | 6814 | 6828 |
| | GASOLINE 3, UN1203, P.G. II | 87.0 | 57 | 60.0 | | |
| B 187 | REG RFG W/A10 | | | | 6814 | 6828 |
| 87 | REG RFG (BASE) | | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000049

**RED TRIANGLE** ( CO.
TRIANGLE PRODU S

P.O. BOX 2625 • 2809 SO. CHE  JT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66814**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 9/25/93 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetwood Feeds*
*2809 So. Chestnut*

**FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB**

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING *634771* |
|---|---|---|---|

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 4620 | 165.4 | 7641.48 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.63494 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | A98 | | | 4620 | 9.5 | 438.90 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: *Gil Tokii*

RECEIVED BY:

**INVOICE TOTAL**
*8080.38*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000050

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

DRIVER COPY 4

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *JOEL MUNGUIA*

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION   TRIANGLE STATIONS INC.
38440 S 99 HWY
KINGSBURY, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 834771 | 07:24 | 02/25/03 | 000228956 | 0005 | KBUT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   VALERO MARKETING & SUPPLY

CONSIGNEE   366
VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8613 | 8638 |
| R 251 | REG RFG W/A27 | 87.0 | 56 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8613 | 8638 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80.
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000051

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC.

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 16-700181

INVOICE NO.
**66767**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/14/33 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 631154 / 631163 |
|---|---|---|---|

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4015 | 158 4 | 6359.76 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 15609 5 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 4010 | 115 4 | 4627.54 |
| SOLVENT | (UN 1255) | 0032 | | | | 1555 9 | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4015 | 9 5 | 381.43 |
| DIESEL PREPAY | | A97 | | | 4010 | 7 5 | 300.75 |
| FEDERAL EXCISE TAX | | | | | 4010 | 24 4 | 978.44 |
| STATE EXCISE TAX | | | | | 4010 | 18 0 | 721.80 |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55-GAL | | | | |

DELIVERED BY: *Joel, T/T #1*

RECEIVED BY:

INVOICE TOTAL
**13369.72**

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000052

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

**DRIVER COPY 4**

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANYS" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Joel Munguia_

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

**DESTINATION**
RED TRIANGLE
2807 SO. CHESTNUT
FRESNO

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 8V13173 | 1041 | YC8153 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 631163 | 12:49 | 02/14/03 | 000090003 | 0005 | REDT |

414° SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

**SHIPPER**
TESORO REFINING & MRKTING

**CONSIGNEE**
12°
TESORO REFING
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4004 | 4015 |
| B 187 | REG RFG W/ALO | 87.0 | 56 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4004 | 4015 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.0 VOL% MTBE

REDTRIANGLE-SHE-000053

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Idel Munguia_

IDEL MUNGUIA

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION
RED TRIANGLE OIL COMPANY
P.O. BOX 2685

| TRUCK NO. FRESNO, | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y18198 | 1011 | 4C8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 631154 | 12:35 | 02/14/03 | 000091060 | 0005 | REDT |
| 4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725 | | | | | | PAGE 1 OF 1 |

SHIPPER  NELLA OIL CO.

CONSIGNEE  0371
NELLA OIL CO
2949 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| DIESEL FUEL, 3, NA1993, P.G. III | | | | | 4004 | 4010 |
| B 108 | DSL CARB | 0.0 | 5? | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4004 | 4010 |
| COMBUSTIBLE LIQUID | | | | | | |

REDTRIANGLE-SHE-000054

**RED TRIANGLE O.. CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHES.. T AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66833**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/28/03 | |

SOLD TO: Red Triangle

DELIVER TO: Fleetcard Fuel
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☒    RETURNED MDSE. ☐

HTR / BILL OF LADING
636190

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 121.9 | 181.9 | 2200.99 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 179419 | 179919 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2010 | 172.9 | 3475.79 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 170419 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3220 | 9.5 | 305.90 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: _____    RECEIVED BY: _____

INVOICE TOTAL: 5982.18

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000055

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANYS'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION: RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YZ8143 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0412 | 0.6140 | 12:29 | 02/28/05 | 70000167 | | FRUT |

4169 SOUTH MAPLE AVENUE, FRESNO, CA 93725                PAGE 1 OF 1

SHIPPER: NEW WEST PET, EPA ID # N/A

CONSIGNEE: 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| R 142 | RED REG W/ATD | 91.0 | 53 | 60.9 | 2410 | 2421 |
| 92 | P H PPG (BASE) | | | | 4835 | 4840 |
| GASOLINE 2, UN1203, P.G. II | | 87.0 | 53 | 60.9 | | |
| R 187 | RED REG W/ATD | | | | 4835 | 4840 |
| 87 | P H PPG (BASE) | | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
A_ CWA PART B.
THIS PRODUCT DOES NOT MEET THE OXYGENATE PROHIBITION OF SEC 520
SEC II AND MAY NOT BE USED IN ANY EPA RFG II _____ AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000056

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON   5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66682**

| ACCOUNT NUMBER | DATE 2/4/83 | CUSTOMER ORDER NUMBER |
| --- | --- | --- |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetwood Fuels 2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  627345 |

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4007 | 144.5 | 5790.12 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.4259 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | THIS GASOLINE CONTAINS DETER ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | |
| GASOLINE PREPAY | | A98 | | | 4007 | .095 | 380.67 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | 55 GAL | DELIVERED | RETURNED | NET CHANGE | RATE |
| --- | --- | --- | --- | --- | --- | --- | --- |

DELIVERED BY: *Henry 33A*

RECEIVED BY:

INVOICE TOTAL
*6170.79*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000057

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 5

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER:
HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT

# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 1625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 3000 | 5L0C292 | 3001   1 | 1VL5435 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0006 | 627345 | 10:54 | 02/04/03 | 000002625 | 0006 | REDT |

4147 SOUTH MAPLE AVENUE   FRESNO, CA  93726

PAGE 1 OF 1

| SHIPPER | | CONSIGNEE | |
|---------|--|-----------|--|
| NEW WEST PET. EPA ID # N/A | | NEW WEST PETROLEUM | 307 |
| | | 1831 16TH ST | |
| | | SACRAMENTO, CA  95814 | |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 2, UN1203, P.G. II | | | | 8801 | 8814 |
| B 187 | REG RFG W/AID | 87.0 | 58 | 60.0 | | |
| R. | REG RFG (BASE) | | | | 8801 | 8814 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000058

**RED TRIANGLE C   CO.**
TRIANGLE PRODUC S

P.O. BOX 2625 • 2809 SO. CHES   T AVE.
FRESNO, CALIF. 93745 • PHON.   5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700161

**INVOICE NO.**
**66852**

| ACCOUNT NUMBER | DATE 3/5/03 | CUSTOMER ORDER NUMBER |
|---|---|---|

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ✓ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 637782 |
|---|---|---|---|

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4005 4007 | 170.5 | 6837.94 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.6849 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4007 4008 | .095 | 380.67 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: *Napdry 33A*

RECEIVED BY:

**INVOICE TOTAL** 7212.61

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000059

DRIVER COPY 4

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER     HENRY BARZA

> **FOR PRODUCT EMERGENCY**
> Spill, Leak, Fire, Exposure or Accident
> **CALL CHEMTREC-DAY OR NIGHT**
> # 800-424-9300

DESTINATION     RED TRIANGLE OIL
P O BOX 8623
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|---|
| 3000 | SL00242 | | 3001 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 637782 | 10:04 | 03/05/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725     PAGE 1 OF 1

| SHIPPER | NEW WEST PET. EPA ID # N/A | CONSIGNEE | 307 NEW WEST PETROLEUM 1831 16TH ST SACRAMENTO, CA 95814 |
|---|---|---|---|

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | | | | | 8801 | 8815 |
| 8 197 87 | GASOLINE 3, UN1203, P.G. II REG RFG W/A10 REG RFG (BASE) | 87.0 | 57 | 60.0 | 8801 | 8815 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.4 VOL% MTBE

REDTRIANGLE-SHE-000060

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON... :5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66901**

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 3/8/03 |  |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

| CASH ☐ | TERMS ✓ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 639110 |
|---|---|---|---|

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 |  |  |  |  |  |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 |  |  |  |  |  |
| REG. UNLEADED (UN 1203) | 0006 |  |  | 2004 | 180.4 | 3615.12 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 |  |  |  | 1.7441? |  |
| KEROSENE (UN 1223) | 0038 |  |  |  |  |  |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 |  |  |  |  |  |
| SOLVENT (UN 1255) | 0032 |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| GASOLINE PREPAY | A98 |  |  | 2004 | .095 | 190.38 |
| DIESEL PREPAY | A97 |  |  |  |  |  |
| FEDERAL EXCISE TAX |  |  |  |  |  |  |
| STATE EXCISE TAX |  |  |  |  |  |  |
| SUB-TOTAL |  |  |  |  |  |  |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
|  |  | 55 GAL. |  |  |  |  |

DELIVERED BY: _____

RECEIVED BY: _____

INVOICE TOTAL
3805.60

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000061

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT

# 800-424-9300

DESTINATION

RED TRIANGLE OIL
P O BOX 2605
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3006 | 9L00042 | 3901 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 637110 | 10:45 | 03/08/00 | 000008625 | 0006 | REDT |

414 SOUTH MAPLE AVENUE, FRESNO, CA 93706

PAGE 1 OF 1

SHIPPER  NEW WEST PET, EPA ID # N/A

CONSIGNEE  NEW WEST PETROLEUM
1631 16TH ST
SACRAMENTO, CA 95814

DEPT 02

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8805 |
| E 100 | MID RFG BLEND W/410 | 87.0 | 58 | 60.0 | | |
| 90 | PRM RFG (BASE) | | | | 1399 | 1402 |
| 87 | REG RFG (BASE) | | | | 1402 | 1404 |
| | GASOLINE 3, UN1203, P.G. II | | | | 4001 | 4003 |
| P 187 | CFA RFG BLEND | 87.0 | 59 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 2001 | 2003 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80.
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY CFA RFG II COVERED AREA
CONTAINS GREATER THAN 1.0 VOL% MTBE

REDTRIANGLE-SHE-000062

**RED TRIANGLE O   CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHES   T AVE.
FRESNO, CALIF. 93745 • PHONE 4d5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66990**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 3/25/83 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetend Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 645395 |

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 4003 | 1575 | 6304 73 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.5591/6 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 4003 | 95 | 380 78 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY:                    RECEIVED BY:

INVOICE TOTAL
6685.01

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000063

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION   INTERCITY STARS
2869 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3901 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 643595 | 10:12 | 03/25/03 | 000374845 | 0005 | FSII |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

66

SHIPPER   TOSCO CORP. EPA ID#5627

CONSIGNEE   TOSCO REFINING COMPANY
1500 S. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 40

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G II | | | | 2801 | 2802 |
| 6 190 | MID N G BLEND W/A10 | 89.0 | 66 | 60.5 | | |
| 92 | PLM REG (BASE) | | | | 1401 | 1401 |
| 81 | REG REG (BASE) | | | | 1400 | 1401 |
| | GASOLINE 3, UN1203, P.G II | | | | 6001 | 6004 |
| 6 137 | R G REG W/R10 | 87.0 | 59 | 60.0 | | |
| 87 | REG REG (BASE) | | | | 6001 | 6004 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
REG II  AND MAY NOT BE USED IN ANY EPA REG II COVERED AREA
CONTAINING GREATER THAN 0.6 VOL% RVP%

REDTRIANGLE-SHE-000064

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE      -4320
E.I.N. 94 1270159
SG DH 76-003772
FW - DH 15-700181

INVOICE NO.
**66955**

| ACCOUNT NUMBER | DATE | CUSTOMER'S ORDER NUMBER |
|---|---|---|
| | 3/19/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☑     RETURNED MDSE. ☐

HTR / BILL OF LADING
643012

| PRODUCT NAME | | DESIG. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2012 | 1760 | 3541.12 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.79596 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 2012 | .095 | 191.14 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE          %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | | |

DELIVERED BY: *Dan Dan*     RECEIVED BY:

INVOICE TOTAL
3732.26

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000065

(LO DING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

VED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING
RSTOOD, AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO
SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO
DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND
TIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE"
ACES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED
ETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR
ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY
COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER
GEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

E: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

GNATURE OF DRIVER: _____
HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

NATION   INTERCITY 374845
         2809 S. CHESTNUT
         FRESNO, CA 93702

| CK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|--------|-------------------|-------------|---------------------|
| 3000   | 5L00242           | 3001        | 1VE5436             |

| RM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|--------|----------|------|------|--------------|------------|---------|
| 02     | 643012   | 06:12 | 03/19/03 | 000374845 | 0006 | REDT |

39 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

PER TOSCO CORP. EPA ID#5627

CONSIGNEE   66
            TOSCO REFINING COMPANY
            1500 N. PRIEST DRIVE
            TEMPE, AZ 85281

SPOT 2W

| ODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|------------|--------------|------|-------|---------|---------------|-------------|
|            | SOLINE 3, UN1203, P.G. II |      |       |         | 8812          | 8836        |
| 187        | REG REG W/A10 | 87.0 | 56 | 60.0 |               |             |
| 87         | REG REG (BASE) |      |       |         | 8812          | 8835        |

FS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
FS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
T II AND MAY NOT BE USED IN ANY EPA REG II COVERED AREA
TAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000066

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    1320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67123**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 4/12/ | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 Ro Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☒    RETURNED MDSE. ☐

HTR / BILL OF LADING
652881-652889

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | U. GAL | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 995 | 162.5 | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 159.5 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 7185 | 152.5 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 150.0% | |
| KEROSENE | (UN 1223) | 003B | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8180 | 9.0 | |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE: |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____    RECEIVED BY: _____

INVOICE TOTAL
13310.27

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. An additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000067

# HIGHWAY TRANSPORTATION RECEIPT   ⚪ DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW, WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____
JOEL MUNGUIA

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
**800-424-9300**

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 652845 | 13:49 | 04/12/03 | 000001060 | 0005 | RDTT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 1001 | 995 |
| 8 192 | RFM RFG W/A10 | 91.0 | 68 | 60.5 | | |
| 92 | RFM RFG (BASE) | | | | 1001 | 995 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80.
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000068

L-4181-C
REV. 11/97



# HIGHWAY TRANSPORTATION RECEIPT

○ DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

*159519*
*150096*

SIGNATURE OF DRIVER: _____

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC–DAY OR NIGHT
# 800-424-9300

DESTINATION   INTERCITY 374545
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3V13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 652881 | 13:45 | 04/12/03 | 000374845 | 0005 | REDT |

1149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   TOSCO CORP. EPA ID#5627

66
CONSIGNEE   TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 7201 | 7185 |
| 187 | RFG RFG W/A10 | 87.0 | 63 | 60.0 | | |
| 87 | RFG RFG (BASE) | | | | 7201 | 7185 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000069

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 185-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67200**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/25/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING  *657626*

CASH ☐          TERMS ☑          RETURNED MDSE. ☐

| PRODUCT NAME | | DESC CODE | PRODUCT CODE | CONTAINER CODE | LEGAL AMT | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| ~~PREM. GASOLINE~~ | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 8811 | 1.479 | |
| ~~REG. UNLEADED~~ | (UN 1203) | 0006 | | | | 1.4549 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8811 | .09 | |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT | | | | |

DRUMS REMAIN PROPERTY OF RED TRIANGLE

55 GAL   RECEIVED BY:

INVOICE TOTAL
**13824.46**

DELIVERED BY: *Gary 3A*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. All an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000070

181-C
v. 11/97

## HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

### (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

CEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING
DERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO
SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO
D DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND
NDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE"
RVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED
BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR
NER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

TE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY
D COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER
NGEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
OPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

TE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

GNATURE OF DRIVER: _Henry Garza_
HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

NATION   RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| K NO. | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|---|
| 3000 | 5L00242 | | 3001 | | 1VL543○ |

| A NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 02 | 557625 | 07:14 | 04/25/03 | C00002625 | 9006 | FRET |

9 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

ER  NEW WEST PET, EPA ID # N/A          CONSIGNEE   307
                                                    NEW WEST PETROLEUM
                                                    1831 16TH ST
                                                    SACRAMENTO, CA 95814

SPOT 2W

| UCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS | |
|---|---|---|---|---|---|---|---|
| CLIPS 3, UN1203, P.G. II | | | | | 8810 | 8811 | |
| 87 | RFG RFG W/A10 | 87.0 | 60 | 60.0 | | | |
| 87 | ERG RFG (BASE) | | | | 8810 | 8811 | |

S GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
S PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
TAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000071

**RED TRIANGLE    L CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHI...NUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 15-700181

INVOICE NO.
**67070**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 4/5/63 | |

SOLD TO: Red Triangle

DELIVER TO: Electrand Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐        TERMS ☑        RETURNED MDSE. ☐

HTR / BILL OF LADING
650004

| PRODUCT NAME | DESCR. CODE | PRODUCT CODE | CONTAINER | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1007 162.5 | 1636.37 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | 1.62.44 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 5205 153.5 | 7980.67 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | 1.5134 | |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | A98 | | | 6212.09 | |
| DIESEL PREPAY | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | SS GAL | | | | |

DELIVERED BY: Alexis 337

RECEIVED BY:

INVOICE TOTAL
10185.13

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

**OFFICE COPY**

REDTRIANGLE-SHE-000072

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Henry Garza_

PERRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION  RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5636 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 650004 | 12:35 | 04/05/03 | 000228955 | 0006 | REDT |

1149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373

SHIPPER  VALERO COMMUNITY

CONSIGNEE  VALERO MKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1004 | 1007 |
| 192 | PRM RFG W/A10 | 91.0 | 56 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1004 | 1007 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7207 | 7210 |
| 187 | REG RFG W/A10 | 87.0 | 59 | 60.9 | | |
| 87 | REG RFG (BASE) | | | | 7207 | 7210 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II & D MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000073

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 • 2809 SO. CHES___IT AVE.
FRESNO, CALIF. 93745 • PHON__ __5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67306**

| ACCOUNT NUMBER | DATE | CUSTOMER PO / ORDER NUMBER |
|---|---|---|
| | 5·21·03 | |

SOLD TO: *RED TRIANGLE*

DELIVER TO: *FLEETCARD Fuels*
*2809 S Chestu*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING *668245* |
|---|---|---|---|

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | NET GALS. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2283 | 134.5 | 3070.2_ |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 132519 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 2283 | .09 | 205.47 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: _____

RECEIVED BY: _____

**INVOICE TOTAL** *3276.11*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000074

4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER    HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 668249 | 12:33 | 05/21/03 | 000001960 | 0008 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1005 | 998 |
| 192 | PRM RFG W/A10 | 91.0 | 71 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1005 | 998 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7508 | 7466 |
| 187 | REG RFG W/A10 | 87.0 | 68 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7508 | 7466 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000075

RED TRIANGLE OIL CO.
TRIANGLE PRODUC...

P.O. BOX 2825 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON... 3-4320
E.I.N. 94 1270169
SQ DH 78-003772
FW - DH 16-700181

INVOICE NO.
67304

HTR / BILL OF LADING
667325

ELECTORED Fuels
2809 S. Chestnut

REID TRIANGLE

5-19-03

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

ACCOUNT NUMBER

DATE

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | 945 | 1477.83 | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | 1437.15 | | |
| REG. UNLEADED (UN 1203) | 0006 | | 135.65 | 1477.83 | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | 2789 | 3725.84.81 | |
| KEROSENE (UN 1223) | 0038 | | 1.9274 | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | | | |
| SUB-TOTAL | | | | | 3784.09 |
| STATE EXCISE TAX | | | | | |
| FEDERAL EXCISE TAX | A97 | | | | |
| DIESEL PREPAY | A98 | | | | |
| GASOLINE PREPAY | | | | | |
| DELIVERED BY: | | | | 340.56 | |
| DEPOSIT | | | | | |
| DRUM | | | | | |

RECEIVED BY:

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser agrees to, and will be liable for Attorney's fee and expense of collection.

DRUMS REMAIN PROPERTY OF RED TRIANGLE

INVOICE TOTAL
5519.60

CASH ☐     TERMS ☐     RETURNED MDSE. ☐     CONTAINER CODE ☐

STATE SALES TAX RATE

NET CHANGE     RATE     %

REDTRIANGLE-SHE-000076

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

...ED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ...ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO ...ONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION-SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION   RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 667325 | 14:27 | 05/19/03 | 000228955 | 0006 | REDT |

:149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  VALERO COMMUNITY

373

CONSIGNEE   VALERO MRKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 2002 | 1989 |
| 192 | PRM RFG W/A10 | 91.0 | 70 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 2002 | 1989 |
| | GASOLINE 3, UN1203, P.G. II | | | | 4801 | 4778 |
| 187 | REG RFG W/A10 | 87.0 | 67 | 60.9 | | |
| 87 | REG RFG (BASE) | | | | 4801 | 4778 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
0 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000077

# RED TRIANGLE OIL CO.
### TRIANGLE PRODUCTS

P.O. BOX 2825 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PH. 485-4320
E.I.N. 94-1470159
SG DH 78-003772
FV • DH 16-700181

**INVOICE NO. 67319**

SOLD TO

BILLED TO

ACCOUNT NUMBER | DATE 5/3/03

Red Triangle

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

2809 No. Chestnut

HTR/BILL OF LADING  6e4782

| PRODUCT NAME | TERMS | DESC. CODE | PRODUCT CODE | CONTAINER CODE | RETURNED MDSE. | GAL. | LB/GAL. UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | | 0002 | | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | | 0004 | | | | | | |
| REG. UNLEADED (UN 1203) | | 0006 | | | 8787 | 124.9 | 10974.96 | |
| DIESEL - UNLEADED (NA 1993) | | 0008 | | | | | | |
| DIESEL - DYED NON-TAX (UN 1203) | | 0009 | | | | 1.0719 | 1.0719 | |
| KEROSENE (NA 1223) | | 0038 | | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | | 0011 | | | | | | |
| SOLVENT (UN 1265) | | 0032 | | | | | | |
| SUB-TOTAL | | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8787 | 9.0 | 790.83 | |
| DIESEL PREPAY | | A97 | | | | | | |
| FEDERAL EXCISE TAX | | | | | | | | |
| STATE EXCISE TAX | | | | | | | | |
| SUB-TOTAL | | | | | | | | |
| DRUM DEPOSIT | | | | | | | | |
| DELIVERED BY | | | | RECEIVED BY | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80

CASH ☐

TERMS ☒

STATE SALES TAX RATE _____ %

DELIVERED | RETURNED | NET CHANGE | RATE

DRUMS REMAIN PROPERTY OF RED TRIANGLE

$5/GAL.

INVOICE TOTAL  11765779

TERMS: NET Due by _____ payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also, an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collection.

REDTRIANGLE-SHE-000078

81-C
11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

EIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING
ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO
SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO
DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND
DITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE"
ICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED
ETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR
ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY
COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER
GEROUS ARTICLES.

IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

E NET VOLUME HAS BEEN ADJUSTED TO 60°F.

NATURE OF DRIVER: _____

| FOR PRODUCT EMERGENCY |
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

ATION   RED TRIANGLE OIL COMPANY
        P.O. BOX 2625
        FRESNO, CA 93745

| NO. 1001 | TRUCK LICENSE NO. 3Y13198 | | TRAILER NO. 1011 | | TRAILER LICENSE NO. YC8153 |
|---|---|---|---|---|---|
| NO. 2 | HTR NO. 654782 | TIME 12:10 | DATE 05/13/03 | CUSTOMER NO. 000001050 | DRIVER NO. 0003 | CARRIER |

SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

NELLA OIL CO.                    CONSIGNEE   0371
                                             NELLA OIL CO
                                             2349 RICKENBACKER WAY
                                             AUBURN, CA 95602

SPOT 2W

| CT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | LINE 3, UN1203, P.G. II | | | | 8810 | 8787 |
| 7 | REG RFG W/AIO | 87.0 | 66 | 60.0 | | |
| 7 | REG RFG (BASE) | | | | 8810 | 8787 |

GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
FR PART 80
PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR RFG
II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
AINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000079

# RED TRIANGLE OIL CO.
## TRIANGLE PROD. 'S

P.O. BOX 2825 · 2809 SO. CHT.    NUT AVE.
FRESNO, CALIF. 93745 · PHO.—485-6230
ELIN. 94 1270159
SG DH 78-0003772
FW - DH 16-700161

**INVOICE NO.**
**67259**

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 5/6/03 | |

CASH ☐    TERMS

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | RETURNED MDSE. ☐ | CONTAINER | HTR/ BILL OF LADING | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | | | | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | 7602 | 81.5 | 6195.63 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | 101/69 | | |
| SUB-TOTAL | | | | | 2602.07 | 5322.14 | | |
| STATE EXCISE TAX | | | | | 2602 .244 | 1854.89 | | |
| FEDERAL EXCISE TAX | | | | | 2602 .18 | 136.8.36 | | |
| DIESEL PREPAY | | A97 | | | | | | |
| GASOLINE PREPAY | | A98 | | | | | | |

| | | | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|---|
| | | | STATE SALES TAX RATE _____ % | | | | | |

DELIVERED BY: _____     RECEIVED BY: _____

DRUMS REMAIN PROPERTY OF RED TRIANGLE

| DRUM DEPOSIT | | S.S./GAL. | | | INVOICE TOTAL |
|---|---|---|---|---|---|

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

REDTRIANGLE-SHE-000080



181-C
11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

EIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING
ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO
SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO
D DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND
DITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE"
VICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED
BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR
ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY
COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER
GEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

E: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

NATURE OF DRIVER: _____
HENRY GAZZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

ATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 2 | 661875 | 08:03 | 05/06/03 | 000001060 | 0008 | RRDT |

9 SOUTH MAPLE AVENUE, FRESNO, CA 93725                                    PAGE 1 OF 1

R NELLA OIL CO.                CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 1W

| CT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| EL FUEL, 3, NA1993, P.G. III | | | | | 7602 | 7602 |
| 3P | DSL CARB | 0.0 | 60 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 7602 | 7602 |

BUSTIBLE LIQUID

REDTRIANGLE-SHE-000081

RED TRIANGLE OIL CO.
TRIANGLE·PRODUC

P.O. BOX 2525 · 2609 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHONE     -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67487**

1/8/03

SOLD TO   *Red Triangle*

DELIVER TO   *Fleetwood Fuel*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING
**676378**

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ |

| PRODUCT NAME | CODE | PRODUCT CODE | ORDER CODE | TOTAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1985 | 1555 | 3086.68 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 1.5204 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2784 | 1435 | 3967.20 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.39484 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGEN ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | A98 | | | 4769 | 9.0 | 429.21 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

RECEIVED BY:

INVOICE TOTAL
**7483.09**

DELIVERED BY:  *Rick*   TRK #

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000082

DRIVER COPY 4

# ...WAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION: LUCKY EXXON
105 N. CLOVIS
FRESNO, CA 93611

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 676378 | 09:25 | 06/09/03 | 000228959 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

SHIPPER VALERO MARKETING & SUPPLY     CONSIGNEE VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| GASOLINE 3, UN1203, P.G. II | | | | | 2004 | 1985 |
| B 257 | PRM RFG W/A27 | 91.0 | 74 | 80.9 | | |
| 92 | PRM RFG (BASE) | | | | 2004 | 1985 |
| GASOLINE 3, UN1203, P.G. II | | | | | 6821 | 6749 |
| B 251 | REG RFG W/A27 | 87.0 | 75 | 60.9 | | |
| 87 | REG RFG (BASE) | | | | 6821 | 6749 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000083

DRIVER COPY 4

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67388**

SOLD TO: RED TRIANGLE OIL

DELIVER TO: FLEETCARD FUELS
2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 676635 |

| PRODUCT NAME | | PROD. CODE | PRODUCT CODE | CONTAINER | NET GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 6233 | 153,5 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 151344 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 6733 | .09 | 605.07 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|
| | 55 GAL | | | | | |

RECEIVED BY: _____

INVOICE TOTAL
1084113

PRODU...
...
8 192
92
GASOLINE...
8 187

receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also ...ent of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000084

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

INVOICE NO.
**388**

...ED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ...ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO ...ONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _KENNY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 676635 | 16:07 | 06/09/03 | 000228955 | 0006 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373
SHIPPER  VALERO COMMUNITY      CONSIGNEE  VALERO MRKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 2005 | 1984 |
| 132 | PRM RFG W/A10 | 91.0 | 75 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 2005 | 1984 |
| | GASOLINE 3, UN1203, P.G. II | | | | 6809 | 6733 |
| 187 | REG RFG W/A10 | 87.0 | 78 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 6809 | 6733 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000085

RED TRIANGLE OIL CO.
TRIANGLE PRODU

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON  )6-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67603**

SOLD TO: *Red Triangle*

DELIVER TO: *Electrad Fuels 2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  683365 |

| PRODUCT NAME | | PROD CODE | PRODUCT ORDER | CONTAINER CODE | NET GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 3956 | 4747 | 161.5 | 7666.41 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 4747 | 1.59269 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4747 | 9.0 | 4897.73 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

| | | STATE SALES TAX RATE | % |

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | SS GAL. | | | | |

DELIVERED BY

RECEIVED BY:

INVOICE TOTAL  8093.64

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000086

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS, NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES, HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT

## 800-424-9300

DESTINATION

RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO

| TRUCK NO. | | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|---|---|
| 1001 | | 3713173 | | 1011 | | VC9153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 683345 | 11:00 | 06/23/03 | 000001060 | 0003 | REDT |

4141 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

CONSIGNEE
0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

BFOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8805 | 8703 |
| E 187 | REG REG W/ALC | 87.0 | 73 | 60.9 | | |
| 87 | REG REG (BASE) | | | | 8805 | 8703 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
REG II  AND MAY NOT BE USED IN ANY EPA REG II COVERED AREA
CONTAINS GREATER THAN 0.1 VOL% MTBE

REDTRIANGLE-SHE-000087

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU S

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHOI  85-4320
E.I.N. 94 1270159
SG/DH 78-003772
FW · DH 16-700161

**INVOICE NO.**
**67563**

9/9/03

Red Triangle

Fleetcard Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 680678 |

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | NET GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4752 | 1624 | 7717.25 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.6052 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4752 | .09 | 475.68 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | | | | | |
| | 55 GAL | | | | |

DELIVERED BY: Henry 33a    RECEIVED BY:    **INVOICE TOTAL** 8744.93

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000088

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT ITS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO. WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _Henry Garza_

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION  RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|---------|------|------|--------------|------------|---------|
| 0002 | 680678 | 17:55 | 06/18/03 | 000061060 | 0006 | RSDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

CONSIGNEE  0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 8809 | 8705 |
| B 187 | REG RFG W/A10 | 87.0 | 77 | 60.0 | | |
| A7 | REG RFG (BASE) | | | | 8809 | 8705 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000089

**RED TRIANGLE (●) CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2609 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67653**

| ACCOUNT NUMBER | DATE | SALESMAN NO. |
|---|---|---|
| | 7403 | |

SOLD TO: RED TRIANGLE OIL

DELIVER TO: FLEETCARD FUELS
2209 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 687245 |
|---|---|---|---|

| PRODUCT NAME | CODE | PROMO CODE | TANK CODE | LEGAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 1958 | 1.421 | 2783.88 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 140.9 | |
| KEROSENE (UN 1223) | 0038 | | | | 198646 | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | 678646 | |
| SOLVENT (UN 1255) | 0032 | | | | 157.95 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 1958 | 9.0 | 176.22 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | 2955.04 |

DELIVERED BY: Henry 33 A

RECEIVED BY:

INVOICE TOTAL 3092.70

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000090

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT 

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT ITS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW, WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 66°F.

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION   WORLD FUEL /#37536
60 E SIR FRANCIS DRAKE 301
LARKSPUR, CA 94939

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 687240 | 10:38 | 07/04/03 | 000230174 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   TESORO REFINING & MRKTING

CONSIGNEE   129
TESORO REFING
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 2801 | 2750.00 |
| B 190 | MID RFG BLEND W/A10 | 89.0 | 82 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1399 | 1378 |
| 87 | REG RFG (BASE) | | | | 1402 | 1382 |
| | | | | | 6002 | 5915 |
| GASOLINE 3, UN1203, P.S. II | | | | | | |
| B 187 | REG RFG W/A10 | 87.0 | 81 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 6002 | 5915 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000091

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHONE ---4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67515**

| | | | | |
|---|---|---|---|---|
| | 7/1/03 | | | |

SOLD TO: Red Triangle O.C Co

DELIVER TO: Fleetard Fuels
2809 S. Chestnut
Fresno, CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
685892

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 1976 | 150.9 | 2981.78 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.4849 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| "THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80" | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 1976 | 9.0 | 177.84 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: ___ TRK #1

RECEIVED BY: _____

**INVOICE TOTAL**
**3159.62**

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000092

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT          DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

ESTINATION   RED TRIANGLE OIL
             P O BOX 2625
             FRESNO, CA 93745

| RUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| ERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 685892 | 15:53 | 07/01/03 | 000002625 | 0005 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| IPPER | NEW WEST PET, EPA ID # N/A | CONSIGNEE | 307 NEW WEST PETROLEUM 1831 167H ST SACRAMENTO, CA 95814 |
|---|---|---|---|

SPOT 2W

| RODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8810 | 8691 |
| 187 | REG RFG W/A10 | 87.0 | 80 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8810 | 8691 |

HIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
) CFR PART 80
HIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
FG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
ONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000093

DRIVER COPY 5

**RED TRIANGLE CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG-DH 78-003772
FW-DH 18-700181

INVOICE NO.
**67679**

7803

REDTRIANGLE

SOLD TO

DELIVER TO

FLEETWARD FUELS
2809 S Chestnut
PREmium delievered to Peoples
Tanks

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ |
|---|---|---|

HTR / BILL OF LADING
689160

| PRODUCT NAME | CODE | PRODUCT CODE | CONTAINER CODE | QTY/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PRÉM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 1957 | 145.5 | 2847.04 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 149006 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 1957 | .09 | 176.13 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: _____  JBA

RECEIVED BY: _____

INVOICE TOTAL
3023.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000094

L-4161-C
REV. 11/97

DRIVER COPY 6

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Henry Garza_

HENRY GARZA

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 30001 | 5600242 | 3001 | 3J 5432 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0008 | 68P160 | 12:35 | 07/09/03 | 000374845 | 0006 | REDT |

414 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER

TOSCO CORP, EPA ID#562

CONSIGNEE   66

TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SENT 25

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8605 | 8475 |
| 8 192 | PRM RFG W/AIO | 91.0 | 82 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 8605 | 8475 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
(RFG II) AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.5 VOL% MTBE

REDTRIANGLE-SHE-000095

**RED TRIANGLE OIL CO.**
TRIANGLE PRODS.

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHO... 85-4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67704**

7/9/03

Red Triangle

*Fleetwood Fuels*
*2809 So Chestnut*

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☐     RETURNED MDSE. ☐     HTR / BILL OF LADING
689035 / 689019

| PRODUCT NAME | | PROD. CODE | CONTAINER | QUANTITY | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1084 | 1.4515 | 1577.22 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 1.5604 | |
| REG. UNLEADED | (UN 1203) | 0006 | | 1988 | 1.39.9 | 2781.25 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 1.3759 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | 2571 | .929 | 2386.96 |
| SOLVENT | (UN 1255) | 0032 | | | 1.890 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 3072 | .09 | 276.48 |
| DIESEL PREPAY | | A97 | | 2571 | .07 | 179.92 |
| FEDERAL EXCISE TAX | | | | 2571 | .244 | 627.18 |
| STATE EXCISE TAX | | | | 2571 | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|---|
| DELIVERED BY: *Henry 33A* | | | 55 GAL | RECEIVED BY: | | INVOICE TOTAL | 7666.18 |

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000096

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF, ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER:

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC·DAY OR NIGHT

# 800-424-9300

DESTINATION

RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO.

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L0024C | 3001 | 1V15434 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0006 | 68*015 | 08:06 | 07/09/03 | 000888955 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER
VALERO COMMUNITY

CONSIGNEE  373
VALERO MKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1101 | 1084 |
| B 193 | PRM RFG W/010 | 91.0 | 82 | 50.9 | | |
| 9E | PRM RFG (BASE) | | | | 1101 | 1084 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE



RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 4SL00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 689035 | 08:34 | 07/09/03 | 000001060 | 0004 | RED1 |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| NELLA OIL CO. | 0371 |
| | NELLA OIL CO |
| | 2349 FICKENBACKER WAY |
| | AUBURN, CA 95602 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 2018 | 1986 |
| 3 187 | REG RFG W/A10 | 87.0 | 82 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 2018 | 1982 |
| DIESEL FUEL 3, NA1993, P.G. III | | | | | 2600 | 2571 |
| 4 108 | DSL CARB | 0.0 | 84 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 2600 | 2571 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000098

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHE...UT AVE.
FRESNO, CALIF 93745 • PHON... ;85-4320
E.I.N. 94 1270159
SG DH 78-003772
FW-DH 16-700181

**INVOICE NO.**
**67757**

SOLD TO: 7/5/63    *Red Triangle*

DELIVER TO: *2809 So Chestnut*
*Fleetcard Fuel*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 691575 |
|---|---|---|---|

| PRODUCT NAME | PRODUCT CODE | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | 8685 | 144.9 | 12584 357 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | | | |
| | | | | | |
| | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | |
| GASOLINE PREPAY | A98 | | 8685 | 9.0 | 786 65 |
| DIESEL PREPAY | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | 55 GAL | | | | |

DELIVERED BY: _____    RECEIVED BY: _____

**INVOICE TOTAL**
13366 22

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also, an additional late charge...in the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000099

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT ITS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *JOEL MUNGUIA*

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION

RED TRIANGLE OIL
P O BOX 2628

| TRUCK NO. | FRESNO, | TRUCK LICENSE NO. | TRAILER NO. | | TRAILER LICENSE NO. | |
|---|---|---|---|---|---|---|
| 1001 | | 3Y13198 | 1011 | | YC8153 | |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 691575 | 09:26 | 07/15/03 | 000002625 | 0005 | REDT |

#145 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| SHIPPER | | CONSIGNEE | 307 |
|---|---|---|---|
| NEW WEST PET, EPA ID # N/A | | | NEW WEST PETROLEUM |
| | | | 1831 16TH ST |
| | | | SACRAMENTO, CA 95814 |

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8821 | 8685 |
| B 187 | REG RFG W/A10 | 87.0 | 82 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8821 | 8685 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000100

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 10-700181

INVOICE NO.
**67664**

1/25/03

Red Triangle Oil Co

DELIVER TO: Fleetcard Fuels
2809 S Chestnut
Fresno, CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING
696113

CASH ☐     TERMS ☑     RETURNED MDSE. ☐

| PRODUCT NAME | | PRODUCT CODE | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| REM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | 3929 | 149.9 | 5889.52 |
| REG. UNLEADED | (UN 1203) | 0006 | | | 1475946 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| ADDITIVE AS REQUIRED BY | | | | | | |
| GASOLINE PREPAY | | A98 | | 3929 | 9.0 | 353.61 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

RECEIVED BY:

INVOICE TOTAL
6243.18

DELIVERED BY    TRC #1

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

REDTRIANGLE-SHE-000101

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY", BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER, TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANYS" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE
2209 SO. CHESTNUT
FRESNO, CA

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y11319B | 1011 | YG3169 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 696113 | 10:55 | 07/25/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| TESORO REFINING & MRKTING | 129 TESORO REFING TESORO DR. SAN ANTONIO, TX 78217 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8648 |
| 8 187 | REG RFG W/A10 | 87.0 | 86 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8648 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000102

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 • PHONE 4320
E.I.N. 94 1270159
SG/DH 78-003772
FW - DH 16-700131

INVOICE NO.
**68060**

2/3/63

*Red Triangle*

2809 So Chestnut

Fleetcard Fuels

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ✓    RETURNED MDSE ☐    HTR / BILL OF LADING
698402

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | GALS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1081 | 154.9 | 1674.47 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.82.789 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 7366 | 145.9 | 10746.99 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.43589 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8447 | .09 | 760.23 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *Lowry 33A*    RECEIVED BY: _____

INVOICE TOTAL
13181.69

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000103

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5



## (LOADING TICKET)

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *HENRY GARZA*

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 698402 | 05:51 | 07/31/03 | 000001060 | 0005 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

0371
SHIPPER NELLA OIL CO.   CONSIGNEE NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1101 | 1081 |
| 192 | PRM RFG W/A10 | 91.0 | 86 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1101 | 1081 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7501 | 7366 |
| 187 | REG RFG W/A10 | 87.0 | 86 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7366 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000104

RED TRIANGLE OIL CO.
TRIANGLE PROD...

P.O. BOX 2626 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHO... '85-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67864**

ACCOUNT NUMBER ... CUSTOMER'S ORDER NUMBER

8203

**SOLD TO** RED TRIANGLO

**DELIVER TO** FLEETCARD FUELS
2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR./ BILL OF LADING
707690

| PRODUCT NAME | PRODUCT CODE | PRODUCT CODE | CONTAINER CODE | GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1159 | 208 ... | 2452.04 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 2.0819 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 7322 | 199... | 14709.7... |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.9759 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 8556.09 | | 770.09 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT   DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | |

SS GAL    RECEIVED BY:

DELIVERED BY: Howar 33A

**INVOICE TOTAL**
17936.82

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000105

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY. (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY, CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *HENRY GARZA*

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION    RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 707690 | 13:07 | 08/21/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1200 | 1179 |
| B 192 | PRM RFG W/A10 | 91.0 | 85 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1200 | 1179 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7501 | 7377 |
| B 187 | REG RFG W/A10 | 87.0 | 84 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7377 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000106

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2808 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE     4320
E.I.N. 94-1270159
SG DH 7B-003772
FW - DH 18-700181

INVOICE NO.
**67861**

DATE 8-19-03

SOLD TO: RED TRIANGLE

DELIVER TO: FLEET CARD FUELS
2808 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐          TERMS ☑          RETURNED MDSE. ☐

HTR / BILL OF LADING
706772

| PRODUCT NAME | | PRODUCT CODE | | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 3930 | 195.9 | 7698.87 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.9399 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 3550 | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3930 | 9.0 | 3537.70 |
| DIESEL PREPAY | | A97 | | | 3930 | .0 | |
| FEDERAL EXCISE TAX | | | | | 3930 | .24 | |
| STATE EXCISE TAX | | | | | 3550 | .78 | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT | | | | |

DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

55 GAL.

DELIVERED BY: Gary 33A

RECEIVED BY:

INVOICE TOTAL
8052.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000107

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN MOVEMENT IS IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°.

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO  CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 707690 | 13:07 | 08/21/03 | 000001060 | 0006 | PHDT |

4149 SOUTH M PLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4V

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1200 | 1179 |
| 8 192 | PRM RFG W/A10 | 91.0 | 85 | 60.5 | | |
| 92 | PRM RFG (BASE) | | | | 1200 | 1179 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7501 | 7377 |
| 8 187 | REG RFG W/A10 | 87.0 | 94 | 60.5 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7377 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000108

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625  •  2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745  ;  PHONE       4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOIC
678

B-1903

SOLD TO   RED TRIANGCE

DELIVER TO   FLEET CARD FUELS
2809 S. Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐        TERMS ☑        RETURNED MDSE. ☐

HTR / BILL OF LADING
706372

| PRODUCT NAME | CODE | PRODUCT CODE | CONTAINER | NET GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | 3930 | 195.9 | 769899 |
| KEROSENE (UN 1223) | 0038 | | | | 1939/9 | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | 3930 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | | | |
| DIESEL PREPAY | A97 | | | 3930 | 9.0 | 3535.70 |
| FEDERAL EXCISE TAX | | | | 3932 | .07 | |
| STATE EXCISE TAX | | | | 3930 | 2.44 | |
| SUB-TOTAL | | | | 3930 | .78 | |

DRUM DEPOSIT

DRUMS REMAIN PROPERTY OF RED TRIANGLE

STATE SALES TAX RATE          %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| | | | | |

DELIVERED BY:               55 GAL       RECEIVED BY:

33A

INVOICE TOTAL
8052.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Als an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000109

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625

| TRUCK NO. | FRESNO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|---|
| 3000 | | SL00842 | 3008 | 1VL5406 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 706772 | 15:02 | 08/19/08 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE. FRESNO. CA  93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO. CA  95814

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8805 | 8659 |
| B 18" REG RFG W/A10 | | 87.0 | 84 | 60.0 | | |
| 87 REG RFG (BASE) | | | | | 8805 | 8659 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000110

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC[...]

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 16-700181

**INVOICE NO.**
**68007**

| ACCOUNT NUMBER | DATE | CUSTOMER'S ORDER NUMBER |
|---|---|---|
| | 9/17/03 | |

SOLD TO: Red Triangle Oil CO

DELIVER TO: Fleetcard Fuels
2809 S Chestnut
Fresno CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR/BILL OF LADING: 719287

CASH ☐   TERMS ☒   RETURNED MDSE. ☐

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | LEGAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 3945 | 143.9 | 5676.86 |
| REG. UNLEADED | (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | 3958 | 92.9 | 3679.61 |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVES AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3945 | 9.0 | 355.05 |
| DIESEL PREPAY | | A97 | | | 3958 | 1.0 | 395.80 |
| FEDERAL EXCISE TAX | | | | | 3958 | 24.4 | 965.75 |
| STATE EXCISE TAX | | | | | 3958 | 18.0 | 712.44 |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE ____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

RECEIVED BY: _____

DELIVERED BY: _____ TRK #1

**INVOICE TOTAL** 11604.77

TERMS: NET Due and payable on receipt of Invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000111

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT, TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | VC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 719287 | 10:32 | 09/17/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

CONSIGNEE   307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4002 | 3945 |
| B 187 | REG RFG W/A1G | 87.0 | 81 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4002 | 3945 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4002 | 3958 |
| B 108 | DSL CARB | 0.0 | 84 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4002 | 3958 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000112

**RED TRIANGLE O*** CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 · 2809 SO. CHEST *** AVE.
FRESNO, CALIF. 93745 · PHONE · *65-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68045**

SOLD TO: 9/8/03  *Red Triangle*

DELIVER TO: *Fleetwood Fuel*  *2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB.

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  71622 |

| PRODUCT NAME | | RESC. CODE | PRODUCT CODE | CONTAINER CODE | NO. GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4139 | 145.4 | 6018.71 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | 143079 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4139 | .09 | 372.51 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | | |

DELIVERED BY:                RECEIVED BY:

INVOICE TOTAL
6390.67

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000113

L-4181-C
REV. 11/97.

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

| FOR PRODUCT EMERGENCY |
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC–DAY OR NIGHT |
| **800-424-9300** |

DESTINATION   RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00292 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 716329 | 16:47 | 09/10/03 | 000228955 | 0006 | REDT |

4149 SOUTH M PLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

|  |  |
|---|---|
| SHIPPER   VALERO COMMUNITY | 373 |
| | CONSIGNEE   VALERO MKTG & SUPPLY-COMM |
| | ONE VALERO PLACE |
| | SAN ANTONIO, TX 78212 |

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8801 | 8678 |
| F 187 | REG RFG W/B10 | 87.0 | 80 | 60 0 | | |
| 97 | REG RFG (BASE) | | | | 8801 | 8678 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 C R PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000114

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHON 5-4320.
E.I.N. 94 1270159
SG. DH 78-003772
FW. DH 16-700181

INVOICE NO.
**68254**

| 9/23/03 | | | *Fleetcard Fuel* |
|---|---|---|---|
| *Red Triangle* | | | *2809 So Chestnut* |

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 72 939 |

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER | UNIT | PRICE | SALE AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 8651 | 133.4 | 15918 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 003B | | | | 18109 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| ALL GASOLINE CONTAINS DETERGEN ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8651 | 9.0 | 77415 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | STATE SALES TAX RATE _____ % | | | |
|---|---|---|---|---|---|
| | | DELIVERED | RETURNED | NET CHANGE | RATE |
| | 55 GAL. | | | | |

DELIVERED BY: *RL TRK+1*

RECEIVED BY:

INVOICE TOTAL
*12327 57*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE OF 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000115

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

181096

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC–DAY OR NIGHT**
# 800-424-9300

| DESTINATION | INTERCITY 374845 | | | |
|---|---|---|---|---|
| | 2809 S. CHESTNUT | | | |

| TRUCK NO. | FRESNO TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | VC81#3 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 721939 | 15:07 | 09/23/00 | 000374845 | 0005 | RED7 |

4199 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| SHIPPER | TOSCO CORP. EPA ID#5627 | CONSIGNEE | 66 TOSCO REFINING COMPANY |
|---|---|---|---|
| | | | 1500 N. PRIEST DRIVE |
| | | | TEMPE, AZ 85281 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8657 |
| 0 187 | REG RFG W/A10 | 87.0 | 94 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8657 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.5 VOL% MTBE

REDTRIANGLE-SHE-000116

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2525 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94-1270159
SG DH-78-003772
FW - DH 18-700181

**INVOICE NO.**
**68314**

SOLD TO: *Red Triangle*   10/3/63

DELIVER TO: *Fleetcard Fuels*
*3809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| | CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|---|
| | | | | 726008 |

| PRODUCT NAME | | PRODUCT CODE | GALLONS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | |
| REG. UNLEADED | (UN 1203) | 0006 | 2,850 | 146.9 | 4186.65 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | 149 | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | 2,850 | .09 | 256.50 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | - NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *Henry 334*

RECEIVED BY:

**INVOICE TOTAL** 4443.15

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000117

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, BE IT THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT, EXECUTED OR AGREED TO BETWEEN PARTIES HERETO, WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Henry Garza_

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
STUARTS PETROLEUM
11 EAST 4TH STREET

| TRUCK NO. | BAKERSFIELD INVOICE NO. 3307 | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|------------------------------|-------------|---------------------|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 7E6009 | 14:00 | 10/02/03 | 000859648 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---------|-----------|
| MOBIL OIL EPA ID # 5096 | 77802 MOBIL OIL CORPORATION 3700 W. 190TH STREET TORRANCE, CA 90058 |

SPOT EE

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 1100 | 1085 |
| B 207 | PRM RFG W/A12 | 91.0 | 80 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1100 | 1085 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7507 | 7399 |
| B 201 | REG RFG W/A12 | 87.0 | 81 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7507 | 7399 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

_TRUCK 2300 Reg   TRAILER 1100 Prem_
_2300 Reg            2900 Reg_

REDTRIANGLE-SHE-000118

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE ... 4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68353**

SOLD TO: *Red Triangle*   10/6/03

DELIVER TO: *Seaboard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE ☐

HTR / BILL OF LADING
Reg  728540 / Prem 728537

| | | | | | | |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1082 | 149.5 | 1611.59 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 147570 | |
| REG. UNLEADED | (UN 1203) | 0006 | | 7111 | 141.5 | 10062207 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0036 | | | 199594 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 8793 | 9.0 | 787.52 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT  DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | |
| | 55 GAL | | | |

DELIVERED BY:

RECEIVED BY:

INVOICE TOTAL
12417.03

TERMS: NET Due and payable on receipt of Invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also additional late charges. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY



REDTRIANGLE-SHE-000119

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

147596

SIGNATURE OF DRIVER: __JOEL MUNGUIA__

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION  RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 728540 | 16:00 | 10/08/03 | 000228955 | 0005 | RRDT |

414th SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373
SHIPPER  VALERO COMMUNITY                    CONSIGNEE  VALERO MKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 7201 | 7111 |
| R 187 | RFG RFG W/A10 | 87.0 | 78 | 60.8 | | |
| 87 | RFG RFG (BASE) | | | | 7201 | 7111 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000120

L-4181-C
REV. 11/97.

DRIVER COPY 5

# HIGHWAY TNSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

147896

SIGNATURE OF DRIVER:   JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure of Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 728537 | 15:43 | 10/08/03 | 000374845 | 0006 | RBDT |

0148 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

66
SHIPPER   TOSCO CORP. EPA ID#5627      CONSIGNEE   TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1101 | 1082 |
| P 192 | PRM RFG W/A10 | 91.0 | 85 | 60.9 | | |
| 92 | PPM RFG (BASE) | | | | 1101 | 1082 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000121

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHON    5-4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700161

INVOI
68

10/16/07

SOLD TO  RED TRIANGLE

DELIVER TO  FLEET CARD FUELS
2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  731938 |

| PRODUCT NAME | CODE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | 3962 | 1329 | 52163 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | 1354 9 | |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | 3965 | 99.4 | 3864 |
| SOLVENT (UN 1255) | 0032 | | | 1374 9 | |
| | | | | | |
| GASOLINE PREPAY | A98 | | | | |
| DIESEL PREPAY | A97 | | 3962 | 9.0 | 356 |
| FEDERAL EXCISE TAX | | | 3965 | 7.0 | 727 |
| STATE EXCISE TAX | | | 3965 | 24.4 | 967 46 |
| SUB-TOTAL | | | 3965 | 180 | 71 |

DRUM DEPOSIT

DELIVERED BY: _Henry 33A_

DRUMS REMAIN PROPERTY OF RED TRIANGLE

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| 55 GAL | | | | |

STATE SALES TAX RATE _____ %

RECEIVED BY: _____

INVOICE TOTAL  1640.0

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts as an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000122

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT  DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:  _Henry_  

HENRY GARZA

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5LC0242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 731938 | 12:17 | 10/16/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE  307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4002 | 3962 |
| B 187 | REG RFG W/A10 | 87.0 | 74 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4002 | 3962 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4001 | 3965 |
| B 108 | DSL CARB | 0.0 | 79 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4001 | 3965 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II   AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000123

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2825 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON    1-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68431**

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetens Fuels   2809 So Chestn X*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐     HTR / BILL OF LADING   734039

| PRODUCT NAME | | PRODUCT CODE | NET GALLONS | PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | 1090 | 143 0 | 1558 70 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | 1.41096 | |
| REG. UNLEADED | (UN 1203) | 0006 | 5422 | 134 0 | 6465 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | 1.320/6 | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | | 8512.09 | 766 20 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|---|
| | | | 55 GAL | | | | |

DELIVERED BY: *Henry 310*     RECEIVED BY:

**INVOICE TOTAL**   12270 26

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000124

L-4181-C
REV. 11 97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

141096

120191

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 734039 | 09:55 | 10/21/03 | 000374845 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER TOSCO CORP. EPA ID#5627

66

CONSIGNEE TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1096 | 1090 |
| B 192 | PRM RFG W/A10 | 91.0 | 72 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1099 | 1090 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7507 | 7422 |
| B 187 | REG RFG W/A10 | 87.0 | 76 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7507 | 7422 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000125

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 · 2809 SO. CHEST UT AVE.
FRESNO, CALIF. 93745 · PHON  5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW- DH 16-700181

INVOICE NO.
**68457**

| | | |
|---|---|---|
| | 11/6/03 | |

SOLD TO: Red Triangle Oil Co.

DELIVER TO: Fleetcard Fuels
2809 S. Chestnut Ave.
Fresno CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE ☐

HTR / BILL OF LADING
739804

| PRODUCT NAME | | PRODUCT CODE | STARTING | GALLONS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 3972 | 143.5 | 5??5 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | | A98 | | 3972 | 9.0 | 357.48 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: TBKM

RECEIVED BY:

INVOICE TOTAL
6073.19

TERMS: NET Due are payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000126

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANYS" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *JOEL MUNGUIA*

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE
2909 SO. CHESTNUT
FRESNO, CA 93735

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 739804 | 17:04 | 11/03/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   TESORO REFINING & MKTING

CONSIGNEE   129
TESORO REFINC
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 4N

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8801 | 8740 |
| P. 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 70 | 60.0 | | |
| 72 | REG CARBOB (BASE) | | | | 8299 | 8242 |
| 38 | ETH (BASE) | | | | 502 | 498 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000127

RED TRIANGLE OIL CO.
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE J-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68561**

DATE 11/6/03

SOLD TO: Red Triangle

DELIVER TO: Fleetwood Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ |
|---|---|---|

HTR / BILL OF LADING
741208

| PRODUCT | | CODE | | | | | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1096 | 150.9 | 1653.86 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 7460 | 141.9 | 10549 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8556 | .09 | 890.04 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|---|
| | | | 55 GAL. | | | | |

DELIVERED BY: Larry 330

RECEIVED BY:

**INVOICE TOTAL**
13029.64

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000128

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO. WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1 01 5434 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 741208 | 12:18 | 11/06/03 | 000374845 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE 66 |
|---|---|
| TOSCO CORP. EPA ID#5627 | TOSCO REFINING COMPANY<br>1500 N. PRIEST DRIVE<br>TEMPE, AZ 85281 |

SENT 4F

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1102 | 1096 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 68 | 60.9 | | |
| 79 | PRM CARBOB (BASE) | | | | 1037 | 1031 |
| 38 | ETH (BASE) | | | | 65 | 65 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7504 | 7460 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 68 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 7074 | 7033 |
| 38 | ETH (BASE) | | | | 430 | 427 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000129

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-1320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68619**

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR/ BILL OF LADING

| CASH ☐ | TERMS | RETURNED MDSE. ☐ | | | |
|---|---|---|---|---|---|
| PRODUCT NAME | | PRODUCT CODE | GALS. | UNIT PRICE | SALES AMOUNT |
| PREM. GASOLINE | (UN 1203) | 0002 | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | |
| REG. UNLEADED | (UN 1203) | 0006 | 1193 | 141.5 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | 1193 | 9.0 | |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| DELIVERED BY: | | 55 GAL. | RECEIVED BY: | | | |

INVOICE TOTAL

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000130

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW, WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION   TRIANGLE STATIONS INC.
4615 N. CEDAR
FRESNO, CA 93501

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 745941 | 11:09 | 11/17/03 | 000228960 | 0006 | RED'T |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

SHIPPER   VALERO MARKETING & SUPPLY

CONSIGNEE   VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8710 | 8688 |
| B 260 | REG CARBOB/5.7ETH W/A27 | 87.0 | 64 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 8205 | 8182 |
| 38 | ETH (BASE) | | | | 505 | 505 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000131

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    4320
E.I.N. 94 1270159
SG - DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68609**

SOLD TO: *Red Triangle*   91463

DELIVER TO: *Fleetland Fuels*   2809 *So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☒    RETURNED MDSE. ☐

HTR / BILL OF LADING   74052

| PRODUCT NAME | | | CONTAINER | GALLONS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 2785 | 142.0 | 3951.70 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 137.0 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 2785 | .09 | 250.65 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | |
| | 55 GAL | | | | |

DELIVERED BY: _____   RECEIVED BY: _____

INVOICE TOTAL   4205.35

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000132

L-4181-C
REV. 11/92

## HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

### (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION
TRIANGLE STATIONS INC.
4615 N. CEDAR
FRESNO, CA 93501

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 744992 | 13:20 | 11/14/03 | 000228960 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

| SHIPPER | CONSIGNEE |
|---|---|
| VALERO MARKETING & SUPPLY | VALERO MARKETING & SUPPLY |
| | P.O. BOX 50 |
| | SAN ANTONIO, TX 78292 |

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8809 | 8771 |
| B 260 | REG CARBOB/5.7ETH W/A27 | 87.0 | 66 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 8297 | 8260 |
| 38 | ETH (BASE) | | | | 512 | 511 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000133

DRIVER COPY 4

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU..

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHO.. 35-4320
E.I.N. 94 1270159
SG/DH 78-003772
FW - DH 16-700181

**INVOICE NO**
**6863?**

SOLD TO: Red Triangle  1/19/03

DELIVER TO: Westwind Fuels  3809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 746923 |

| PRODUCT NAME | | PROD. CODE | PRODUCT/DESC | CODE | TEMP | GAL | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | 1200 | 151.5 | 18,181.60 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | | 7184 | 141.5 | 10,165.36 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | 141.5 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | | |
| SOLVENT | (UN 1265) | 0032 | | | | | | |
| GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80" | | | | | | | | |
| GASOLINE PREPAY | | A98 | | | | 8384 | 9.0 | 754.56 |
| DIESEL PREPAY | | A97 | | | | | | |
| FEDERAL EXCISE TAX | | | | | | | | |
| STATE EXCISE TAX | | | | | | | | |
| SUB-TOTAL | | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | 55 GAL | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|

DELIVERED BY: TRk#1

RECEIVED BY:

**INVOICE TOTAL**
12737.92

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000134

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE



RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

147455

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3V13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 746923 | 10:34 | 11/19/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 1209 | 1200 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 63 | 60.9 | | |
| 79 | PRM CARBOB (BASE) | | | | 1132 | 1189 |
| 38 | ETH (BASE) | | | | 71 | 71 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7204 | 7184 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 64 | 60.0 | | |
| 79 | REG CARBOB (BASE) | | | | 6790 | 6771 |
| 38 | ETH (BASE) | | | | 414 | 413 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000135

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 - 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 - PHONE  5-4320
E.I.N. 94 1270159
SG DH 76-003772
FW - DH 16-700161

**INVOICE NO.**
**68717**

SOLD TO: 11/29/63  *To Red Triangle*

DELIVER TO: *Electrical Fuels 2809 N Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐   TERMS ☑   RETURNED MDSE. ☐

HTR / BILL OF LADING  751193

| PRODUCTS | | PRODUCT | | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 2901 | 132.9 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 15 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | - (UN 1255) | 0032 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 2901 | .09 | 290.09 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT | | | | |

DRUMS REMAIN PROPERTY OF RED TRIANGLE

55 GAL

DELIVERED BY: _____

RECEIVED BY: _____

**INVOICE TOTAL**
4116.52

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

REDTRIANGLE-SHE-000136

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3030 | 2L00243 | 3051 | 1VL3434 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 751193 | 18:57 | 11/28/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET, EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1103 | 1104 |
| B 111 | PRM CARBOB/5.7ETH W/AIO | 91.0 | 59 | 60.9 | | |
| GASOLINE 3, UN1203, P.G. II | | | | | 7504 | 7503 |
| B 110 | REG CARBOB/5.7ETH W/AIO | 87.0 | 60 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.2 VOL% MTBE

REDTRIANGLE-SHE-000137

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU[...]

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHO[...] 85-4920
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68707**

12503

Red TRIANGLE OIL

SOLD TO

FLEETCARD FUELS
2809 S Chestnut

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR/ BILL OF LADING 753611 /753603 |

| PRODUCT NAME | | PRODUCT CODE | AMOUNT | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | 1100 | 144.6 | 1588.46 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | |
| REG. UNLEADED | (UN 1203) | 0008 | 7507 | 133.9 | 10051.84 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | 8607 | .09 | 774.63 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

| STATE SALES TAX RATE _____ % |

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: Henry 334

RECEIVED BY:

INVOICE TOTAL
12414.90

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000138

REV. 11/97



# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

1.42055

SIGNATURE OF DRIVER: _____
HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 753611 | 11:45 | 12/05/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

0371

| SHIPPER | NELLA OIL CO. | CONSIGNEE | NELLA OIL CO 2349 RICKENBACKER WAY AUBURN, CA 95602 |
|---|---|---|---|

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1098 | 1100 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 57 | 60.9 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE



REDTRIANGLE-SHE-000139

L-4181-C
REV. 11/87

DRIVER COPY 4

## HIGHWAY TRANSPORTATION RECEIPT

### (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION   RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|-----------|---------|
| 0002 | 753603 | 11:39 | 12/05/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

307

CONSIGNEE   NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| GASOLINE 3, UN1203, P.G. II | | | | | 7508 | 750 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 60 | 60.0 | | 7507 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000140

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUL

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE
FRESNO, CALIF 93745 | PHON. 5-4320
E.I.N. 94 1270159
SG DH 78 003772
FW - DH 16-700181

INVOICE NO.
**68806**

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
757476

| PRODUCT NAME | CODE | PRODUCT CODE | GALLONS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | 8824 | 1.32455 | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | | | |

415 GASOLINE CONTAINS DETERGENT
ADDITIVE AS REQUIRED BY
40 CFR PART 80"

| | | |
|---|---|---|
| GASOLINE PREPAY | A98 | |
| DIESEL PREPAY | A97 | |
| FEDERAL EXCISE TAX | | |
| STATE EXCISE TAX | | |
| SUB-TOTAL | | |

STATE SALES TAX RATE ____%

DRUM
DEPOSIT
DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| | | | | |

55 GAL.

DELIVERED BY: ____ TRK#1     RECEIVED BY: ____

INVOICE TOTAL

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000141

L-4181-C
REV. 11/97



DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

137455

SIGNATURE OF DRIVER: _Joel Munguia_

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1010 | |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 757476 | 22:43 | 12/15/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4F

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8805 | 8824 |
| 3 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 57 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
THIS PRODUCT CONTAINS LESS THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000142

**RED TRIANGLE O~~ ~~CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 · 2809 SO. CHEST~~ ~~AVE.
FRESNO, CALIF. 93745 · PHONE  J-4920
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68956**

*P8L/b3*

*As Triangle*

Fleetland Fuels
2809 So Chest

**FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB**

HTR / BILL OF LADING

CASH ☐          TERMS ☐          RETURNED MDSE. ☐

| PRODUCT NAME | PRODUCT CODE | QUANTITY | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|
| EM. GASOLINE (UN 1203) | 0002 | | | |
| LEADED PLUS GASOLINE (UN 1203) | 0004 | | | |
| G. UNLEADED (UN 1203) | 0006 | 8626 | 1.3513 2 | |
| ESEL - DYED NON-TAX (NA 1993) | 0009 | | | |
| ROSENE (UN 1223) | 0038 | | | |
| ARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | |
| OLVENT (UN 1255) | 0032 | | | |
| | | | | |
| ASOLINE PREPAY | A98 | | | |
| IESEL PREPAY | A97 | | | |
| EDERAL EXCISE TAX | | | | |
| TATE EXCISE TAX | | | | |
| UB-TOTAL | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| RUM DEPOSIT | | | | |

DRUMS REMAIN PROPERTY OF RED TRIANGLE

55 GAL.

INVOICE TOTAL

DELIVERED BY: _____          RECEIVED BY: _____

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also n additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000143

L-4181-C
REV. 11/97

# HIGHWAY  TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _Joel Munguia_

JOEL MUNGUIA

1:35/18

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | VC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 761636 | 12:37 | 12/26/03 | 000374845 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER

TOSCO CORP. EPA ID#5627

CONSIGNEE 66

TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8603 | 8626 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 56 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
THIS PRODUCT CONTAINS LESS THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000144