UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

**This document pertains to:**

*City of Fresno v. Chevron, USA, Inc., et al., Case No. 04 Civ. 04973;*

*City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al., Case No. 08 Civ. 06306;*

*Orange County Water District v. Unocal Corp., et al., Case No. 04 CIV. 4968* (SAS).

------------------------------------------------------- X

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**HON. SHIRA A. SCHEINDLIN**

4/15/13

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of defendants Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining and Marketing Company (erroneously named as Tesoro Refining and Marketing Company, Inc.) (collectively, "Tesoro") to admit *pro hac vice* Suedy Torabi, Esq., of Hunton & Williams LLP, and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

Suedy Torabi, Esq. is admitted to practice before this Court *pro hac vice* on behalf of Tesoro in this civil action upon the deposit of the required $25 fee per applicant per case, to the Clerk of this Court.

Dated: April 15, 2013

The Honorable Shira A. Scheindlin
United States District Judge