*Seltendan/S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

In Re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

_____ X

This Document Relates to:

*City of Pomona v. Chevron USA, Inc., et al.,*
Case No. 09 Civ. 3738

_____ X

Master File No. 1:00-1898
MDL  1358  (SAS)
M21-88

## JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AS TO SETTLING DEFENDANT SOUTHERN COUNTIES OIL COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff in the above-captioned case and Settling Defendant Southern Counties Oil Company, hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendant as set forth in Plaintiff's current Complaint.  Each party will bear its own costs.

**Settling Defendant Southern Counties Oil Company is a party only in the City of Pomona case and is not a defendant in any other action pending in this MDL.**

DATED:   April ____11th____, 2013

Respectfully submitted,

Scott Summy
Carla Burke
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Fax:  214-520-1181

Todd E. Robins
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: 415-348-8300
Fax: 415-348-8333

*Counsel for Plaintiff City of Pomona*

by: _____
David P. Wood
Emil Macasinag
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Telephone: 310-481-7600
Fax: 310-481-7650

*Counsel for Southern Counties Oil Company*

SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

April 15, 2013
DATE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT STIPULATION

AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AS TO

SETTLING DEFENDANT SOUTHERN COUNTIES OIL COMPANY was served on all

counsel of record by posting it directly to LexisNexis File & Serve on April _____11th_____, 2013.

SHELLY PETERSEN