UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : : : : : : | Master File No. 1:00–1898 MDL 1358 (SAS) M 21-88 |
| This document relates to: | : : : | |
| *City of Fresno v. Chevron U.S.A., Inc., et al.,* Case No. 1:04-cv-04973 | : : : | |

**DECLARATION OF MICHAEL D. AXLINE IN SUPPORT OF PLAINTIFF CITY OF FRESNO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR LACK OF EVIDENCE PERTAINING TO CAUSATION (EXHIBIT 11)**

1

## DECLARATION OF MICHAEL D. AXLINE

I, Michael D. Axline, declare:

1.      I am an attorney admitted to practice law in the State of California, and I am associated with the law firm of Miller, Axline & Sawyer, attorneys for plaintiff City of Fresno in this action.

2.      All of the exhibits attached hereto are documents are drawn from the litigation files kept in the ordinary course of business at Miller, Axline & Sawyer, and were copied either by me or by someone working directly under my supervision.

3.      Attached as Exhibit 1 is a true and correct duplicate copy of the First Amended Complaint in this Action, filed on November 18, 2004.

4.      Attached as Exhibit 2 is a true and correct duplicate copy of the letter from Mike Axline and Evan Eickmeyer to Jeffrey Parker, dated February 8, 2012.

5.      Attached as Exhibit 3 is a true and correct duplicate copy of the letter from Mike Axline and Evan Eickmeyer to Brian Ledger, dated March 6, 2013.

6.      Attached as Exhibit 4 is a true and correct duplicate copy of Defendant Ultramar, Inc.'s Disclosure Pursuant to June 9, 2005 Directive as Amended by the Court on August 12, 2005.

7.      Attached as Exhibit 5 is a true and correct duplicate copy of excerpts from the transcript of the August 10, 2011 deposition of Gary Beacom.

8.      Attached as Exhibit 6 is a true and correct duplicate copy of excerpts from the Valero Defendants' Objections and Responses to Plaintiff City of Fresno's First Set of

2

Interrogatories to Defendants.

9.      Attached as Exhibit 7 is a true and correct duplicate copy of Chevron U.S.A. Inc.'s Supply Declaration of Frank G. Soler and exhibits thereto, dated April 18, 2011.

10.     Attached as Exhibit 8 is a true and correct duplicate copy of Defendant Union Oil Company of California's Declaration of Grace N. Chan in Response to CMO #75, dated April 11, 2011.

11.     Attached as Exhibit 9 is a true and correct duplicate copy of the Further Response of Defendant Chevron U.S.A Inc. To Plaintiffs' Preliminary Set of Interrogatories re: Defendant Identification, dated August 30, 2004.

12.     Attached as Exhibit 10 is a true and correct duplicate copy of the Valero Defendants' Answers and Objections to Plaintiffs' Preliminary Set of Interrogatories re: Defendant Identification, dated August 30, 2004.

13.     Attached as Exhibit 11 is a true and correct duplicate copy of excerpts from the transcript of the March 16, 2011 deposition of James Shehadey and Exhibit 5 attached thereto.

14.     Attached as Exhibit 12 is a true and correct duplicate copy of excerpts from Marcel Moreau's Expert Report, dated November 2, 2011.

15.     Attached as Exhibit 13 is a true and correct duplicate copy of an excerpt from the transcript of the June 4, 2012 deposition of Sam Williams.

16.     Attached as Exhibit 14 is a true and correct duplicate copy of excerpts from the transcript of the February 16, 2011 deposition of Imtiaz Ahmad.

17.     Attached as Exhibit 15 is a true and correct duplicate copy of Defendant Exxon Mobil Corporation's Responses and Objections to Plaintiffs' Preliminary Set of Interrogatories

3

Regarding Defendant Identification, dated August 30, 2004.

18.     Attached as Exhibit 16 is a true and correct duplicate copy of excerpts from the transcript of the January 11, 2013 Status Conference before Honorable Shira A. Scheindlin.

19.     Attached as Exhibit 17 is a true and correct duplicate copy of the transcript of the May 10, 2001 deposition of Dickman Lum in the *South Tahoe Public Utility District v. Atlantic Richfield Co.* case.

20.     Attached as Exhibit 18 is a true and correct duplicate copy of excerpts from the transcript of the June 8, 1999 deposition of Elwanda Kovich in the *South Tahoe Public Utility District v. Atlantic Richfield Co.* case.

21.     Attached as Exhibit 19 is a true and correct duplicate copy of excerpts from Marcel Moreau's Site Specific Report, dated November 2, 2011.

22.     Attached as Exhibit 20 is a true and correct duplicate copy of Union Oil Company of California's Amendment to Its Supply Declaration with Declaration attached, dated August 9, 2012.

23.     Attached as Exhibit 21 is a true and correct duplicate copy of Union Oil Company of California's Supplemental and Amended Response to Plaintiff City of Fresno's First Set of Interrogatories, dated August 12, 2011.

24.     Attached as Exhibit 22 is a true and correct duplicate copy of excerpts from the transcript of the March 18, 2011 deposition of Gail Blue.

25.     Attached as Exhibit 23 is a true and correct duplicate copy of excerpts from the transcript of the March 17, 2011 deposition of Glen R. Blue.

26.     Attached as Exhibit 24 is a true and correct duplicate copy of excerpts from the transcript of the March 16, 2011 deposition of Narinder Singh.

27.     Attached as Exhibit 25 is a true and correct duplicate copy of excerpts from Defendant Exxon Mobil Corporation's Responses to Plaintiff City of Fresno's First Set of Interrogatories.

28.     Attached as Exhibit 26 is a true and correct duplicate copy of excerpts from the transcript of the March 29, 2011 deposition of James Clements.

29.     Attached as Exhibit 27 is a true and correct duplicate copy of excerpts form the transcript of the April 4, 2011 deposition of Garabed Bedirian.

30.     Attached as Exhibit 28 is a true and correct duplicate copy of excerpts from the February 16, 2011 deposition of Shirley McMurphy Ahmad.

31.     Attached as Exhibit 29 is a true and correct duplicate copy of Exhibit B from the Shell Defendants' Responses to City of Fresno's First Set of Interrogatories to Defendants.

32.     Attached as Exhibit 30 is a true and correct duplicate copy of excerpts from the transcript of the February 9, 2011 deposition of Joel Hohenshelt.

33.     Attached as Exhibit 31 is a true and correct duplicate copy of excerpts from the transcript of the August 11, 2011 deposition of Jatinder Paul Dhillon.

34.     Attached as Exhibit 32 is a true and correct duplicate copy of excerpts from the transcript of the August 17, 2011 deposition of Bryan Leonard Moe.

35.     Attached as Exhibit 33 is a true and correct duplicate copy of excerpts from the transcript of the August 17, 2011 deposition of Thomas K. Baughs and exhibits attached thereto.

36.     Attached as Exhibit 34 is a true and correct duplicate copy of excerpts from the

transcript of the August 9, 2011 deposition of David Benjamin.

37.     Attached as Exhibit 35 is a true and correct duplicate copy of excerpts from the transcript of the August 11, 2011 deposition of Ellis (Ike) Pursell.

38.     Attached as Exhibit 36 is a true and correct duplicate copy of the Declaration of the Valero Defendants in Anticipation of 30(b)(6) Deposition, dated _.

39.     Attached as Exhibit 37 is a true and correct duplicate copy of excerpts from the transcript of the July 27, 2011 deposition of Baldev Singh Sandhu.

40.     Attached as Exhibit 38 is a true and correct duplicate copy of Defendant Exxon Mobil Corporation's Supplemental Response to Plaintiff City of Fresno's First Set of Interrogatories, dated August 30, 2011.

41.     Attached as Exhibit 39 is a true and correct duplicate copy of The Shell Defendants' Responses to Plaintiff's First Set of Interrogatories, dated August 30, 2004.

42.     Attached as Exhibit 40 is a true and correct duplicate copy of excerpts from the transcript of the July 29, 1999 deposition of Mary F. Morgan.

43.     Attached as Exhibit 41 is a true and correct duplicate copy of excerpts from the transcript of the July 1, 1999 deposition of Kelly J. Hammar.

44.     Attached as Exhibit 42 is a true and correct duplicate copy of excerpts from the transcript of the September 22, 2000 deposition of Thomas Hooks.

45.     Attached as Exhibit 43 is a true and correct duplicate copy of excerpts from the transcript of the July 22, 1999 deposition of Bob Simonson.

46.     Attached as Exhibit 44 is a true and correct duplicate copy of excerpts from the transcript of the January 12, 2001 deposition of Dixon B. Smith.

47.     Attached as Exhibit 45 is a true and correct duplicate copy of Valero Corporate

Representative Depositon - Early Knowledge and Taste & Odor.

48.     Attached as Exhibit 46 is a true and correct duplicate copy of selected Bills of

Lading and Highway Receipts provided by Red Triangle.


I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.



Respectfully submitted,

DATED: April 12, 2013                    MILLER, AXLINE & SAWYER
                                         A Professional Corporation

                                         By: _Michael Axline_____
                                             MICHAEL D. AXLINE
                                             Attorneys for Plaintiff


                                         MILLER, AXLINE & SAWYER
                                         A Professional Corporation
                                         1050 Fulton Avenue, Suite 100
                                         Sacramento, CA  95825-4225
                                         Telephone:  (916) 488-6688

7

# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-oOo-

In re: Methyl Tertiary Butyl
Ether ("MTBE") Products
Liability Litigation

Master File No.
1:00-1898

This Document Relates To:

Case No.
MDL 1358(SAS)

City of Fresno
v. Chevron U.S.A. Inc., et al.,
Case No. 04 Civ. 4973

_____/



DEPOSITION OF JAMES SHEHADEY

March 16, 2011 at 1:00 (1:09) p.m.

Before:  ERIC L. JOHNSON
RPR, CSR #9771

Taken at:
Fresno, California



Court Reporting Services
(800) 830.8885
www.depobook.com
Professional Reporting Services Nationwide!

1      Q.   To the right of that, Cost would indicate the

2    cost to Red Triangle to have acquired that gasoline?

3      A.   Yes.

4      Q.   And to the right of that, the Profit column

5    would indicate the profit made for each of those grades

6    during that year?

7      A.   That would be the gross profit, yes.

8      Q.   For the customer listed first, the 34000, where

9    would that Fleet Card be, if you know?

10      A.   That is in Clovis Avenue, 3939 Clovis Avenue.

11                   (Deposition Exhibit 5 marked for

12                        identification)

13           MR. EICKMEYER:   I will show you what I have

14    marked as Exhibit 5.   This appears to be a series of

15    bills of lading and highway transportation receipts

16    that were given to me in this form.   It is Bates

17    REDTRIANGLE-SHE-40 through 144.

18      Q.   Can you describe for us generally what these

19    documents indicate?

20      A.   These documents, and they all come in sets of

21    two, you know, at the top, would be the delivery made to

22    this site, Fleet Card Fuels 2809.   And then the cost

23    with the HTR Bill of Lading number on it and the gallons

24    that were put in each tank.   And immediately following

25    that is the HTR picked up at the facility that the

                                                          30

1   product was loaded at, which -- which we attached to all

2   of our invoices.  The top -- the first document would be

3   the invoice, the page immediately following that would be

4   be the backup to that invoice.  And that goes in the

5   same format for the rest -- the rest of all these

6   documents which are just invoices for the entire year

7   that we were able to pull last -- last week.

8       Q.  Okay.  Let me ask you a few questions to break

9   down what you described.  So on the very top document,

10  you had mentioned there is a box labeled HTR Bill of

11  Lading, that's toward the top right.

12      A.  Correct.

13      Q.  And this example says 617811.  That's on

14  page -- Bates Page 40?

15      A.  40.

16      Q.  Okay.  So if we turn to Bates Page 41, looking

17  toward about the center of the page under HTR number, it

18  also says 617811 at that point?

19      A.  Mm-hmm.  Yes.

20      Q.  Is that yes?  Okay.

21          So that would indicate that it is the same

22  delivery referenced on Pages 40 and 41?

23      A.  Yes.

24      Q.  And then you mentioned the gallons, so looking

25  at Page 40, for example, PREM. gasoline is circled.

31

1    Across from that under LB/GAL it has a 1106; is that

2    right?

3        A.  Yes.

4        Q.  So that would indicate 1,106 gallons of premium

5    gasoline?

6        A.  Yes.

7        Q.  Below that is circled reg, REG. unleaded.

8    Across from it has 2909, so that would indicate 2,909

9    gallons of regular unleaded gasoline?

10        A.  Yes.

11        Q.  And then below that is circled CARB diesel

12    No. 2-taxable.  Further to the right says 4013.  So that

13    would would indicate 4,013 gallons of diesel fuel?

14        A.  Yes.

15        Q.  Then if we look at the second page in this

16    packet, Page 41, the numbers on here that I had

17    referenced, the 1106, 2909, and 4013, would be down at

18    the right edge toward the bottom under the Net Gallons

19    column?

20        A.  Correct.

21        Q.  Can you describe what the difference is between

22    the gross gallons shown and the net gallons?

23        A.  Yes, I can try.  It is based -- it is based on

24    the temperature at the time the delivery is picked up,

25    and based on the -- I think the way gasoline expands or

                                                          32

Deposition of James Shehadey / March 16, 2011

```
 1              THE WITNESS:  No --

 2              MS. KLEAVER:  Misstates prior testimony.

 3              THE WITNESS:  No, I wouldn't consider it -- in

 4    fact, we call it unbranded because, like I said, there's

 5    different people that -- some are traders and some hold

 6    no -- no title, or they -- they don't refine the

 7    product.  And I would actually call it unbranded and

 8    would just know it as -- as California Air Resource

 9    Board grade gasoline coming from any one of several

10    terminals in the Bay Area, or Bakersfield at that time,

11    but wouldn't -- wouldn't know what brand it is.

12              The only brand I would differentiate was -- and

13    we are a, you know, branded jobber now for, you know,

14    when -- when the -- when the fuel comes in, each brand,

15    say, Chevron or Shell or 76 has an additive that you put

16    in, then it is branded gasoline.  But on this, we would

17    refer to it really as unbranded gasoline.

18              MR. EICKMEYER:  Q.  Did you handle branded

19    gasoline, such as you just described, of putting

20    particular additives back in the 2002 or 2003 time

21    frame?

22         A.  At that time we were a -- yes, a branded

23    jobber.  It was Exxon -- we had Exxon -- Exxon stations

24    at that time.  And that was, I think, through a --

25    through an agreement with Valero.  It was actually
```

133

1    Valero refined because that was after the merger, and I

2    think it was through Valero, but it was Exxon branded

3    gasoline.

4         Q.  So to your understanding, gasoline was refined

5    by Valero and then sold under the Exxon brand?

6         A.  No, it was -- it would still have come in the

7    same pipeline and it had the Exxon additive.  But as far

8    as who refined it, I wouldn't be able to say.

9         Q.  So was the Exxon additive added at your bulk

10   plant?

11        A.  No, that is at the terminal.  At the terminal.

12   There are separate tanks with each additive component.

13        Q.  Would that gasoline that you just described,

14   then, have been designated for delivery to Valero

15   stations?

16             MS. KLEAVER:  Calls for speculation.

17             THE WITNESS:  It would be for more like an

18   Exxon station.

19             MR. EICKMEYER:  Q.  I am sorry, I said that

20   backward.  For an Exxon station.

21        A.  Yeah.

22        Q.  And would that gasoline have been stored in the

23   aboveground gasoline storage tanks at the bulk plant

24   that we discussed earlier?

25        A.  No.  No.  Usually when you deliver to a

                                                           134

```
 1   STATE OF CALIFORNIA    )
                            (      ss.
 2   COUNTY OF STANISLAUS   )

 3        I, ERIC L. JOHNSON, do hereby certify that I am a

 4   licensed Certified Shorthand Reporter, duly qualified

 5   and certified as such by the State of California;

 6        That prior to being examined, the witness named in

 7   the foregoing deposition was by me duly sworn to testify

 8   to tell the truth, the whole truth, and nothing but the

 9   truth;

10        That the said deposition was by me recorded

11   stenographically at the time and place herein mentioned;

12   and the foregoing pages constitute a full, true,

13   complete and correct record of the testimony given by

14   the said witness;

15        That I am a disinterested person, not being in any

16   way interested in the outcome of said action, or

17   connected with, nor related to any of the parties in

18   said action, or to their respective counsel, in any

19   manner whatsoever.

20

21        DATED:  March 30, 2011

22

23                        _____
                          Eric L. Johnson, CSR, RPR
24

25

                                                        141
```

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66517**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 1/2/03 |  |

SOLD TO: Red Triangle

DELIVER TO: Fleetard Feed
2800 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING
617 717

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1106 | 142.4 | 1574.94 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.39995 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2909 | 133.4 | 3880.61 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.30995 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 4013 | 93.25 | 3742.12 |
| SOLVENT | (UN 1255) | 0032 | | | | 1.33245 | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4015 | 95 | 381.43 |
| DIESEL PREPAY | | A97 | | | 4013 | 75 | 300.98 |
| FEDERAL EXCISE TAX | | | | | 4013 | 24.4 | 979.17 |
| STATE EXCISE TAX | | | | | 4013 | 18.0 | 722.34 |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____ 33A

RECEIVED BY:

**INVOICE TOTAL**
11581.59

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY



EXHIBIT
5
Shehadeh 3-16-11

REDTRIANGLE-SHE-000040

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 617811 | 11:27 | 01/07/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 3E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1101 | 1106 |
| B 192 | PRM RFG W/A10 | 91.0 | 53 | 59.5 | | |
| 92 | PRM RFG (BASE) | | | | 1101 | 1106 |
| | GASOLINE 3, UN1203. P.G. II | | | | 2900 | 2909 |
| B 187 | REG RFG W/A10 | 87.0 | 56 | 60.2 | | |
| 87 | REG RFG (BASE) | | | | 2900 | 2909 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4004 | 4013 |
| B 108 | DSL CARB | 0.0 | 55 | 37.2 | | |
| 8 | DSL CARB (BASE) | | | | 4004 | 4013 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000041

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66531**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 1/10/03 |  |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels 2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☒    RETURNED MDSE. ☐

HTR / BILL OF LADING
618880

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 8620 | 130.4 | 11240.48 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.28495 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8620 | 9.5 | 818.90 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | | |

DELIVERED BY: *Rel TRKA1*

RECEIVED BY: 

INVOICE TOTAL
12059.38

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000042

L-4181-C
REV. 11/87

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION  RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 002 | 618880 | 12:24 | 01/10/03 | 000001060- | 0005 | REDT |

49 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

0371
CONSIGNEE  NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
|  | GSOLINE 3, UNI203, P.G. II |  |  |  | 8603 | 8620 |
| 187 | REG RFG W/A10 | 87.0 | 57 | 60.2 |  |  |
| 87 | REG RFG (BASE) |  |  |  | 8603 | 8620 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000043

**RED TRIANGLE CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 16-700181

**INVOICE NO.**
**66599**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 1/21/93 | |

SOLD TO: _Red Triangle_

DELIVER TO: _Fleetwood Fuels_
_2809 So Chestnut_

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING: 622304/622305

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1007 | 146.9 | 1479.28 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 144.9 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2008 | 137.9 | 2769.03 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 135.844 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| GASOLINE PREPAY | A98 | | | 3015 | .095 | 286.43 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

DRUM DEPOSIT — DRUMS REMAIN PROPERTY OF RED TRIANGLE | 55 GAL | DELIVERED | RETURNED | NET CHANGE | RATE |

DELIVERED BY: Harry 33A

RECEIVED BY:

**INVOICE TOTAL** 4534.74

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000044

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 5

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *Henry Garza*

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION   RED TRIANGLE OIL
              P O BOX 2625
              FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1000 | 5L00242 | 3001 | 1VL5438 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0001 | 672305 | 06:41 | 01/21/03 | 000002625 | 0006 | REDT |

4141 SOUTH MAPLE AVENUE   FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

CONSIGNEE   507
            NEW WEST PETROLEUM
            1831 16TH ST
            SACRAMENTO, CA 95814

SPOT 48

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UNL203, P.G. II | | | | 3002 | 3014 |
| 8 CVO | PRM RFG W/AID | 91.0 | 54 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 3002 | 3014 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.0 VOL% MTBE

REDTRIANGLE-SHE-000045

**RED TRIANGLE O⁻ CO.**
TRIANGLE PRODUC⁻

P.O. BOX 2625 · 2809 SO. CHEST⁻ UT AVE.
FRESNO, CALIF. 93745 · PHON⁻ ⁻5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66646**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 1/30/0⁻ |  |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☒    RETURNED MDSE. ☐

HTR / BILL OF LADING
625541

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1004 | 1519 | 1525.08 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.4919 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 7211 | 1429 | 10304.52 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.4099 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8215 | 9.5 | 780.43 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *Rel TRKAI*

RECEIVED BY:

**INVOICE TOTAL**
12610.03

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000046

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S' UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y73198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 625543 | 07:42 | 01/30/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | NEW WEST PET. EPA ID # N/A | CONSIGNEE | 307 NEW WEST PETROLEUM 1831 16TH ST SACRAMENTO, CA 95814 |
|---------|----------------------------|-----------|--------|

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3. UN1203, P.G. II | | | | 1001 | 1004 |
| 8 192 | PRM RFG W/A10 | 91.0 | 56 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1001 | 1004 |
| | GASOLINE 3. UN1203, P.G. II | | | | 7202 | 7211 |
| 8 187 | REG RFG W/A10 | 87.0 | 58 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7202 | 7211 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000047

# RED TRIANGLE OIL CO.
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66776**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/18/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
**632307**

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1003 | 16.74 | 1679.02 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.6419 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2000 | 15.84 | 3168.00 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.56419 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3003 | 9.5 | 285.29 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | 55 GAL | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|

DELIVERED BY: *Cal* TPK#1     RECEIVED BY:

**INVOICE TOTAL**
5132.31

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000048

L-4381-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|---|
| 1001 | 3Y13198 | | 1011 | | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 632307 | 12:32 | 02/18/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725
DUPLICATE COPY

307

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

CONSIGNEE   NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | 91.0 | 58 | 60.9 | 1001 | 1003 |
| P 192 | PRM RFG W/A10 | | | | 1001 | 1003 |
| 90 | PRM RFG (BASE) | | | | 6814 | 6828 |
| | GASOLINE 3, UN1203, P.G. II | 87.0 | 57 | 60.0 | | |
| P 187 | REG RFG W/A10 | | | | 6814 | 6828 |
| 87 | REG RFG (BASE) | | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000049

**RED TRIANGLE ( CO.**
TRIANGLE PRODU~ S

P.O. BOX 2625 • 2809 SO. CHE   JT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66814**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 9/25/83 |  |

SOLD TO: Red Triangle

DELIVER TO: Fleetwood Feeds
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 634771 |
|---|---|---|---|

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 4620 | 165.4 | 7641.48 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.63494 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | A98 | | | 4620 | 9.5 | 438.90 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY:

RECEIVED BY:

INVOICE TOTAL
8080.38

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000050

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   TRIANGLE STATIONS INC.
38440 S 99 HWY
KINGSBURY, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 634771 | 07:24 | 02/25/03 | 000228956 | 0005 | RBUT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   VALERO MARKETING & SUPPLY

CONSIGNEE   366
VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8613 | 8638 |
| P 251 | REG RFG W/A27 | 87.0 | 56 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8613 | 8638 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80.
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000051

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC.

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 16-700181

INVOICE NO.
**66767**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/14/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 631154 / 631163 |

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4015 | 1584 | 6359.76 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 156095 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 4010 | 1154 | 4627.54 |
| SOLVENT | (UN 1255) | 0032 | | | | 15559 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4015 | 9.5 | 381.43 |
| DIESEL PREPAY | | A97 | | | 4010 | 7.5 | 300.75 |
| FEDERAL EXCISE TAX | | | | | 4010 | 24.4 | 978.44 |
| STATE EXCISE TAX | | | | | 4010 | 18.0 | 721.80 |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | 55-GAL | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|

DELIVERED BY: *Joel, T/T #1*

RECEIVED BY:

INVOICE TOTAL
13369.72

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000052

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:  *Joel Munguia*

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE
2809 SO. CHESTNUT

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 FRESNO | 3Y13173 | 1041 | YCB153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 631163 | 12:49 | 02/14/03 | 000090003 | 0005 | REDT |

4145 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| TESORO REFINING & MRKTING | 12<br>TESORO REFING<br>8700 TESORO DR.<br>SAN ANTONIO, TX 78217 |

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4004 | 4015 |
| B 187 | REG RFG W/ALC | 87.0 | 56 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4004 | 4015 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000053

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 4

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JDEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2688

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| FRESNO, 1001 | 3Y18198 | 1011 | 4C8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 631154 | 12:35 | 02/14/03 | 000001060 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE  0371
NELLA OIL CO
2949 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4004 | 4010 |
| B 108 | DSL CARB | 0.0 | 57 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4004 | 4010 |
| | COMBUSTIBLE LIQUID | | | | | |

REDTRIANGLE-SHE-000054

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2825 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66833**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
|  | 2/28/03 |  |

SOLD TO: Red Triangle

DELIVER TO: Fleetcard Fuel
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
636190

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1210 | 181.9 | 2200.99 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 179419 | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 2010 | 172.9 | 3475.79 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 170419 | |
| KEROSENE | (UN 1203) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3220 | 9.5 | 305.90 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|---|
| | | | 55 GAL | | | | |

DELIVERED BY: _____   RECEIVED BY: _____

INVOICE TOTAL: 5982.18

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000055

DRIVER COPY 5

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE OIL
              P O BOX 2625
              FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001      | 3Y13198           | 1011        | Y78143              |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|---------|------|------|--------------|------------|---------|

4198 SOUTH MAPLE AVENUE, FRESNO, CA 93725                    PAGE 1 OF 1

SHIPPER   NEW WEST PET, EPA ID # N/A

CONSIGNEE   307
            NEW WEST PETROLEUM
            1831 16TH ST
            SACRAMENTO, CA 95814

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
|              |              | 91.0 | 95    | 60.9    |               |             |
| E 342        | PRD REG W/ATO |      |       |         | 2410          | 2421        |
| 92           | P-M RFG (BASE) |      |       |         | 4925          | 4840        |
| GASOLINE 2, UN1203, P.G. II |  |      |       |         |               |             |
| E 187        | PRD RFG W/ATO | 87.0 | 95    | 60.9    |               |             |
| 87           | P-M RFG (BASE) |      |       |         | 4925          | 4840        |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
ALL EPA PART B.
THIS PRODUCT DOES NOT MEET THE OXYGENATE PROHIBITION OF THE EPA
VOC II AND MAY NOT BE USED IN ANY EPA RFG II HAVING A AROMA
CONTENT GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000056

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON     5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**66682**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/4/83 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetwood Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING
*627345*

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE        (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE  (UN 1203) | 0004 | | | | | |
| REG. UNLEADED        (UN 1203) | 0006 | | | 4007 | 1445 | 5790.12 |
| DIESEL - DYED NON-TAX  (NA 1993) | 0009 | | | | 1.4251/9 | |
| KEROSENE             (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT              (UN 1255) | 0032 | | | | | |
| | | THIS GASOLINE CONTAINS DETER ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | |
| GASOLINE PREPAY | A98 | | | 4007 | .095 | 380.67 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *Henry 33A*

RECEIVED BY:

**INVOICE TOTAL**
*6170.79*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000057

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

DRIVER COPY 5

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 1625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---|---------------------|
| 3000 | 5L6C292 | 3001 | 1 | 1VL5435 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0006 | 627345 | 10:54 | 02/04/03 | 000002625 | 0006 | REDT |

4140 SOUTH MAPLE AVENUE    FRESNO, CA 93726

PAGE 1 OF 1

| SHIPPER | | CONSIGNEE | |
|---------|---|-----------|---|
| NEW WEST PET. EPA ID # N/A | | 307 NEW WEST PETROLEUM 1831 16TH ST SACRAMENTO, CA 95814 | |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 2, 002/004, P.G. II | | | | 8801 | 8814 |
| B 187 | REG RFG W/AID | 87.0 | 58 | 60.0 | | |
| B. | REG RFG (BASE) | | | | 8801 | 8814 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II   AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000058

**RED TRIANGLE C   CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHES   IT AVE.
FRESNO, CALIF. 93745 • PHON.   5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700161

INVOICE NO.
**66852**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 3/5/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ✓     RETURNED MDSE. ☐     HTR / BILL OF LADING  *637782*

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4005 4007 | 170.5 | 6837.94 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.6849 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4007 4008 | .095 | 380.67 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| | | 55 GAL | | | | | |

DELIVERED BY: *Rodney 338*

RECEIVED BY:

**INVOICE TOTAL**
*7212.61*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000059

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER   _HENRY BARZA_

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION   RED TRIANGLE OIL
P O BOX 8623
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | SL00242 | 3001 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 637782 | 10:04 | 03/05/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725                          PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A        CONSIGNEE   307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | 87.0 | 57 | 60.0 | 8801 | 8815 |
| B 197 | REG RFG W/A10 | | | | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8815 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.4 VOL% MTBE

REDTRIANGLE-SHE-000060

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON...  5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**66901**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 3/8/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 No Chestnut*

**FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB**

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING
639110

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2004 | 180.4 | 3615.12 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.7411? | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 2004 | .095 | 190.38 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____

RECEIVED BY: _____

INVOICE TOTAL
3805.60

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000061

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2605
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3006 | 9L00642 | 3901 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 63°110 | 10:45 | 03/08/00 | 000008625 | 0006 | REDT |

414° SOUTH MAPLE AVENUE, FRESNO, CA 93706

PAGE 1 OF 1

SHIPPER   NEW WEST PET, EPA ID # N/A

30°

CONSIGNEE   NEW WEST PETROLEUM
1031 16TH ST
SACRAMENTO, CA 95814

DEPT 25

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 2803 | 2805 |
| E 100 | MID RFG BLEND W/ALC | 87.0 | 58 | 40.5 | | |
| 90 | PRM RFG (BASE) | | | | 1395 | 1402 |
| 87 | REG RFG (BASE) | | | | 1408 | 1404 |
| | GASOLINE 3, UN1203, P.G. II | | | | 4001 | 4008 |
| P 187 | CFG RFG CLA90 | 87.0 | 58 | 50.0 | | |
| 82 | REG RFG (BASE) | | | | 2001 | 4006 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN AN RFG COVERED AREA
CONTAINS GREATER THAN 2.7 VOL WT OXY

RED TRIANGLE O   CO.
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHES    T AVE.
FRESNO, CALIF. 93745 • PHONE 4d5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-7001B1

**INVOICE NO.**
**66990**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 3/25/3 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetwind Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐        TERMS ☐        RETURNED MDSE. ☐

HTR / BILL OF LADING
645395

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 4003 | 1575 | 6304 73 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.5594 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 4003 | 95 | 380 28 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|
| | 55 GAL | | | | | |

DELIVERED BY:

RECEIVED BY:

**INVOICE TOTAL**
6685.01

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000063

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE, TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   INTERCITY STORES
2869 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|---------|------|------|--------------|------------|---------|
| 0002 | 845395 | 10:12 | 03/25/03 | 000374845 | | |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   TOSCO CORP. EPA ID#5627

66

CONSIGNEE   TOSCO REFINING COMPANY
1500 E. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 40

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UNL203, P.G II | | | | 2801 | 2802 |
| P 190 | MID N G BLEND W/A10 | 89.0 | 66 | 60.5 | | |
| 92 | PLM REG (BASE) | | | | 1401 | 1401 |
| 87 | PRG REG (BASE) | | | | 1400 | 1401 |
| | GASOLINE 3, UNL261, P.G II | | | | 6001 | 6004 |
| P 191 | R G REG W/A10 | 87.0 | 59 | 60.0 | | |
| 87 | PRG REG (BASE) | | | | 6001 | 6004 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR RFG
REG II AND MAY NOT BE USED IN ANY RFG REG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000064

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 • PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 15-700181

INVOICE NO.
**66955**

| ACCOUNT NUMBER | DATE | CUSTOMER'S ORDER NUMBER |
|---|---|---|
| | 3/19/03 | |

SOLD TO: Red Triangle

DELIVER TO: Fleetcard Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐        TERMS ☑        RETURNED MDSE. ☐

HTR / BILL OF LADING
643012

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2012 | 1760 | 354017 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | 1779596 | | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 2012 | .095 | 191.14 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: 

RECEIVED BY: 

INVOICE TOTAL
3732 26

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000065

(LC  DING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

VED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING
ERSTOOD, AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO. TRANSPORT AND DELIVER TO
ERSTOOD, AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO. TRANSPORT AND DELIVER TO
SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO.
DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND
TIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE"
ACES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED
ETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR
ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY
COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER
GEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

TE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

GNATURE OF DRIVER: _____
HENRY GARZA

| FOR PRODUCT EMERGENCY |
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

NATION    INTERCITY 374845
2809 S  CHESTNUT
FRESNO, CA 93702

| CK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VE5436 |

| RM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 02 | 643012 | 06:12 | 03/19/03 | 000374845 | 0006 | REDT |

9 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

66
PER TOSCO CORP. EPA ID#5627    CONSIGNEE   TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 2W

| DDUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | | | | | 8812 | 8836 |
| | OLINE 3, UN1203, P.G. II | 87.0 | 56 | 60.0 | | |
| 187 | REG RFG W/A10 | | | | 8812 | 8835 |
| 87 | REG RFG (BASE) | | | | | |

S GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
IS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
TAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000066

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE    1320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67123**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 4/12/ | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☒     RETURNED MDSE. ☐

HTR / BILL OF LADING
652881-652889

| PRODUCT NAME | DESC CODE | PRODUCT CODE | CONTAINER CODE | U/GAL | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 995 | 162.5 | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 159.5 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 7185 | 152.5 | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 150.0% | |
| KEROSENE (UN 1223) | 003B | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 8180 | 9.0 | |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY:            RECEIVED BY:

INVOICE TOTAL
13310.27

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. As an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

**OFFICE COPY**

REDTRIANGLE-SHE-000067

# HIGHWAY TRANSPORTATION RECEIPT   ◯   DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW, WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: JORI, MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION  RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 652845 | 13:49 | 04/12/03 | 000001060 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

0371
CONSIGNEE  NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1001 | 995 |
| 3 192 | REM RFG W/A10 | 91.0 | 68 | 60.5 | | |
| 92 | REM RFG (BASE) | | | | 1001 | 995 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000068

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT



DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

*159519*

*150096*

SIGNATURE OF DRIVER:

> **FOR PRODUCT EMERGENCY**
> Spill, Leak, Fire, Exposure or Accident
> **CALL CHEMTREC-DAY OR NIGHT**
> # 800-424-9300

DESTINATION   INTERCITY 374545
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3V13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 652881 | 13:45 | 04/12/03 | 000374845 | 0005 | REDT |

1149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   TOSCO CORP. EPA ID#5627

66

CONSIGNEE   TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 7201 | 7185 |
| 187 | RFG RFG W/A10 | 87.0 | 63 | 60.0 | | |
| 87 | RFG RFG (BASE) | | | | 7201 | 7185 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000069

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHO     185-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67200**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|
| | 2/25/03 | |

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetcard Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING: 657626

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | CONTAINER SIZE | LEGAL NET | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 8811 | 1.479 | 1303.45 |
| REG. UNLEADED | (UN 1203) | 0006 | | | | 1.4549 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8811 | .09 | 792.99 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE        %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | RECEIVED BY: | | | |

DELIVERED BY: *Henry 3A*

INVOICE TOTAL: 13824.46

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. All an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000070

181-C
v. 11/97

# HIGHWAY ⬭TRANSPORTATION RECEIPT⬭

DRIVER COPY 5

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

CEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING DERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO NSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO D DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND NDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" VICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR NER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

TE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY D COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER NGEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN OPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

TE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

GNATURE OF DRIVER: _Henry Garza_

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

NATION  RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| K NO. 3000 | TRUCK LICENSE NO. 5L00242 | TRAILER NO. 3001 | TRAILER LICENSE NO. 1VL543A |
|---|---|---|---|

| A NO. 02 | HTR. NO. 557525 | TIME 07:14 | DATE 04/25/03 | CUSTOMER NO. C00002625 | DRIVER NO. 9006 | CARRIER RED |
|---|---|---|---|---|---|---|

9 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

ER  NEW WEST PET, EPA ID # N/A

307
CONSIGNEE  NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2W

| UCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS | |
|---|---|---|---|---|---|---|---|
| CLIPS 3, UN1203, P.G. II | | | | | 8810 | 8811 | |
| 87 | RFG REG W/A10 | 87.0 | 60 | 60.0 | | | |
| 87 | RFG REG (BASE) | | | | 8810 | 8811 | |

S GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
S PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
TAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000071

RED TRIANGLE   L CO.
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 15-700181

INVOICE NO.
**67070**

| ACCOUNT NUMBER | DATE | CUSTOMER ORDER NUMBER |
|---|---|---|

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetand Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ |
|---|---|---|

HTR / BILL OF LADING
**650004**

| PRODUCT NAME | | DESCR. CODE | PRODUCT CODE | CONTAINER | | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1007 | 162.5 | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 16244 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 5205 | 153.5 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.51344 | |
| KEROSENE | (NA 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 6212.09 | | |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *Alexing337*

RECEIVED BY:

INVOICE TOTAL
**10185.13**

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000072

L-4181-C
REV. 11/97

## HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

### (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____
HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION  RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5636 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 650004 | 12:35 | 04/05/03 | 000228955 | 0006 | REDT |

1149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373

SHIPPER  VALERO COMMUNITY          CONSIGNEE  VALERO MKTG & SUPPLY—COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G, II | | | | | 1004 | 1007 |
| 192 | PRM RFG W/A10 | 91.0 | 56 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1004 | 1007 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7207 | 7210 |
| 187 | REG RFG W/A10 | 87.0 | 59 | 60.9 | | |
| 87 | REG RFG (BASE) | | | | 7207 | 7210 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80.
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II & D MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000073

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 • 2809 SO. CHES    IT AVE.
FRESNO, CALIF. 93745 •  PHON    J5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67306**

| ACCOUNT NUMBER | DATE | CUSTOMER P.C. / ORDER NUMBER |
|---|---|---|
| | 5 21   | |

SOLD TO: *RED TRiAngle*

DELIVER TO: *FLEETCARD Fuels  2809 S Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  *668249* |
|---|---|---|---|

| PRODUCT NAME | DESCR. CODE | PRODUCT CODE | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 2283 | 134.5 | 3070.2 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 132519 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 2283 | .09 | 205.47 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 55 GAL | | | | |

DELIVERED BY: *Doug Br*

RECEIVED BY:

INVOICE TOTAL
*3276.11*

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

## OFFICE COPY

REDTRIANGLE-SHE-000074

4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES. THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER _____   HENRY GARZA

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 668249 | 12:33 | 05/21/03 | 000001960 | 0008 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

0371
SHIPPER  NELLA OIL CO.       CONSIGNEE  NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1005 | 998 |
| 192 | PRM RFG W/AIO | 91.0 | 71 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1005 | 998 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7508 | 7466 |
| 187 | REG RFG W/AIO | 87.0 | 88 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7508 | 7466 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000075

# RED TRIANGLE O" CO.
## TRIANGLE PRODU..

P.O. BOX 2825 • 2808 SO. CHESTNUT AVE.
FRESNO, CA. • PHON. 3-4320
E.I.N. 94 1270189
SGD H 78-003772
FW • DH 16-700181

**INVOICE NO. 67304**

HTR/ BILL OF LADING    666 7325

ELECTORED Fuels
2808. S. Chestnut

ACCOUNT NUMBER    DATE  5-1903

RED TRIANGLE

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | LB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | 945 | 143.5 | 147.7.83 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | 143.14 | |
| REG. UNLEADED (UN 1203) | 0006 | | 2789 | 135.16 | 3725.h.81 |
| DIESEL - DYED NON-TAX (UN 1993) | 0009 | | | 135.944 | 1927.944 |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | | | |

| | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|
| SUB-TOTAL | | | | | |
| STATE EXCISE TAX | | | | | |
| FEDERAL EXCISE TAX | | | | | |
| DIESEL PREPAY A97 | | | | | |
| GASOLINE PREPAY A98 | | 3784 | 3784.09 | | |
| DELIVERED BY: | | | | | 340.56 |
| DEPOSIT | SS GAL. | | | | |
| DRUM | | | | | |

STATE SALES TAX RATE _____ %

RECIEVED BY:

INVOICE TOTAL    5519.60

DRUMS REMAIN PROPERTY OF RED TRIANGLE

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser agrees to, and will be liable for Attorney's fee and expenses of collection.

CASH ☐    RETURNED MDSE. ☐    CONTAINER CODE ☐

REDTRIANGLE-SHE-000076

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

...ED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ...ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO ...ONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION-SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION  RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 667325 | 14:27 | 05/19/03 | 000228955 | 0006 | REDT |

:149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373

SHIPPER VALERO COMMUNITY    CONSIGNEE  VALERO MRKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | ASOLINE 3, UN1203, P.G. II | | | | 2002 | 1989 |
| 192 | PRM RFG W/A10 | 91.0 | 70 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 2002 | 1989 |
| | ASOLINE 3, UN1203, P.G. II | | | | 4801 | 4778 |
| 187 | REG RFG W/A10 | 87.0 | 67 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4801 | 4778 |

HIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
0 CFR PART 80
HIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR RPA
FG II  AND MAY NOT BE USED IN ANY RPA RFG II COVERED AREA
ONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000077

# RED TRIANGLE OIL CO.
## TRIANGLE PRODUCTS

P.O. BOX 2825 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PH. 485-4320
B.I.N. 94-1270159
SG DH 78-003772
FV • DH 16-700181

**INVOICE NO.**
**67319**

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

SOLD TO

SHIP TO

| CASH ☐ | ACCOUNT NUMBER | DATE 5/3/03 | TERMS ☒ | "CUSTOMER'S ORDER NUMBER | HTR / BILL OF LADING 664782 |
|---|---|---|---|---|---|

| PRODUCT NAME | | DESC. CODE | PRODUCT CODE | RETURNED MDSE. ☐ | CONTAINER CODE | STATE SALES TAX RATE | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | | 8787 | 124.19 1.21019 | 10,574.96 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0008 | | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | | |
| | | | | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | | |
| | | | | | | | | |
| GASOLINE PREPAY | | A98 | | | | 8787 | 9.0 790.83 | |
| DIESEL PREPAY | | A97 | | | | | | |
| FEDERAL EXCISE TAX | | | | | | | | |
| STATE EXCISE TAX | | | | | | | | |
| SUB-TOTAL | | | | | | | | |
| DRUM DEPOSIT | | | | DELIVERED | RETURNED | NET CHARGE | RATE | |
| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | | | | |
| DELIVERED BY | | | | | | | INVOICE TOTAL | 11,76S,79 |

RECEIVED BY:

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collection.

REDTRIANGLE-SHE-000078

81-C
11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

EIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND DITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" ICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED ETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER GEROUS ARTICLES.

IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

E NET VOLUME HAS BEEN ADJUSTED TO 60°F.

NATURE OF DRIVER:

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

ATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| NO. | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|-----|-------------------|--|-------------|--|---------------------|
| 1001 | 3X13198 | | 1011 | | YG8153 |

| NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|-----|---------|------|------|--------------|------------|---------|
| 2 | 654782 | 12:10 | 05/13/03 | 000001060 | 0003 | RTOT |

SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

NELLA OIL CO.

CONSIGNEE

0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2W

| CT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---------|--------------|------|-------|---------|---------------|-------------|
| | LINE 3, UN1203, P.G. II | | | | 8810 | 8787 |
| 7 | REG RFG W/AIO | 87.0 | 66 | 60.0 | | |
| 7 | REG RFG (BASE) | | | | 8810 | 8787 |

GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
FR PART 80
PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
II AND MAY NOT BE USED IN ANY EPA REG II COVERED AREA
AINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000079

RED TRIANGLE OIL CO.
TRIANGLE PROD. 'S

P.O. BOX 2825 - 2809 SO. CHE    NUT AVE.
FRESNO, CALIF. 93745 - PHO     485-6230
EI.N. 94 1220159
SG DH 78-003772
FW - DH 16-700161

INVOICE NO.
67259

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| PRODUCT NAME | DESC. CODE | PRODUCT CODE | CONTAINER | NET CHANGE | RATE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | | |
| KEROSENE (UN 1223) | 0038 | | | 7602 | 81.5 | 6195.63 |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| SUB-TOTAL | | | | | | |
| STATE EXCISE TAX | | | | | | |
| FEDERAL EXCISE TAX | | A97 | | 7602 2602 2602 | .07 .244 .18 | 532.14 1854.89 1368.36 |
| DIESEL PREPAY | | A98 | | | | |
| GASOLINE PREPAY | | | | | | |
| SUB-TOTAL | | | | | | |
| DEPOSIT | | | | | | |
| DRUM | | | | | | |

STATE SALES TAX RATE _____ %

DELIVERED BY:                          RECEIVED BY:

INVOICE TOTAL

REDTRIANGLE-SHE-000080

81-C
11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE



EIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO SIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND DITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" VICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR ER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

E EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

RIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER GEROUS ARTICLES.

S IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

E: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

NATURE OF DRIVER: _____
HENRY GAZZA

> **FOR PRODUCT EMERGENCY**
> Spill, Leak, Fire, Exposure or Accident
> CALL CHEMTREC-DAY OR NIGHT
> **800-424-9300**

ATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----|-------------------|-------------|---------------------|
| 3000 | 5L60242 | 3001 | 1VL5436 |

| NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|-----|----------|------|------|--------------|------------|---------|
| 2 | 661875 | 08:03 | 05/06/03 | 000001060 | 0008 | REDT |

9 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

R NELLA OIL CO.

CONSIGNEE
0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 1W

| CT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---------|--------------|------|-------|---------|---------------|-------------|
| | EL FUEL, 3, NA1993, P.G. III | | | | 7602 | 7602 |
| P | DSL CARB | 0.0 | 60 | 37.4 | | |
| 9 | DSL CARB (BASE) | | | | 7602 | 7602 |

USTIBLE LIQUID

REDTRIANGLE-SHE-000081

**RED TRIANGLE OIL CO.**
TRIANGLE·PRODUC

P.O. BOX 2525 · 2609 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHONE      -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67487**

1/8/03

SOLD TO: *Red Triangle*

DELIVER TO: *Fleetwood Fuel*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 676378 |

| PRODUCT NAME | | PRODUCT CODE | CONTAINER | TOTAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1985 | 1555 | 3086·68 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 1.5204 | |
| REG. UNLEADED | (UN 1203) | 0006 | | 2784 | 1435 | 3967·20 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 1.39484 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| THIS GASOLINE CONTAINS DETERGEN. ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | | A98 | | 4769 | 9.0 | 429·21 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

RECEIVED BY: _____

DELIVERED BY: *Paul* TRK #7

INVOICE TOTAL
**7483·09**

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000082

DRIVER COPY 4

# ...WAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION: LUCKY EXXON
105 N. CLOVIS
FRESNO, CA 93611

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | MTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 676378 | 09:25 | 06/09/03 | 000228959 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

SHIPPER VALERO MARKETING & SUPPLY       CONSIGNEE VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| GASOLINE 3, UN1203, P.G. II | | | | | 2004 | 1985 |
| B 257 | PRM RFG W/A27 | 91.0 | 74 | 80.9 | | |
| 92 | PRM RFG (BASE) | | | | 2004 | 1985 |
| GASOLINE 3, UN1203, P.G. II | | | | | 6821 | 6749 |
| B 251 | REG RFG W/A27 | 87.0 | 75 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 6821 | 6749 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.5 VOL% MTBE

REDTRIANGLE-SHE-000083

DRIVER COPY 4

**RED TRIANGLE O. CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 · 2809 SO. CHES ·T AVE.
FRESNO, CALIF 93745. · PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW · DH 18-700181

INVOICE NO.
**67388**

SOLD TO: RED TRIANGLE OIL

DELIVER TO: FLEETCARD FUELS
2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  676635 |

| PRODUCT NAME | | PRICE CODE | PRODUCT CODE | CONTAINER | NET GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 6233 | 153,5 | 1435 6/6 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 151344 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 6733 | .05 | 605. 01 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| | | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| DRUMS REMAIN PROPERTY OF RED TRIANGLE | | 55 GAL | | | | | |

RECEIVED BY: _____

INVOICE TOTAL
10941.13

PRODU...
GASOL...
8 192
92
GASOLINE
8 187

receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also ent of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000084

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

INVOICE NO.
**388**

...ED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING ...ERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO ...ONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *KENNY GARZA*

```
FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
800-424-9300
```

ESTINATION   RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| RUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 676635 | 18:07 | 06/09/03 | 000228955 | 0006 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

373
HIPPER  VALERO COMMUNITY       CONSIGNEE  VALERO MRKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 2W

| RODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | ASOLINE 3, UN1203, P.G. II | | | | 2005 | 1984 |
| 132 | PRM RFG W/A10 | 91.0 | 75 | 50.9 | | |
| 92 | PRM RFG (BASE) | | | | 2005 | 1984 |
| | ASOLINE 3, UN1203, P.G. II | | | | 6809 | 6733 |
| 187 | REG RFG W/A10 | 87.0 | 76 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 6809 | 6733 |

HIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
0 CFR PART 80
HIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
PG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
ONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000085

DRIVER COPY 4

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 • 2809 SO. CHESNUT AVE.
FRESNO, CALIF. 93745 • PHON 06-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67603**

SOLD TO:  *Red Triangle*   6/25/03

DELIVER TO:  *Eleterd Fuels*
*2809 So. Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 683365 |
|---|---|---|---|

| PRODUCT NAME | | CODE | PRODUCT ORDER | CONTAINER | TOTAL GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 3956 | 4747 | 161.5 | 7666 41 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 4747 | | |
| KEROSENE | (UN 1223) | 0038 | | | | 1.5969 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4747 | 9.0 | 427 23 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

| | | STATE SALES TAX RATE | % |
|---|---|---|---|

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | | | | | |
| | SS GAL. | | | | |

DELIVERED BY  *Text 1*

RECEIVED BY:

INVOICE TOTAL  8093 64

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000086

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANYS" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

JCL. MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
## 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 3625
FRESNO

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3713173 | 1011 | VC9153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 633365 | 11:50 | 06/23/03 | 000001060 | 0002 | REDT |

4141 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NELLA OIL CO.

CONSIGNEE   0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

3FOT 45

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8805 | 8703 |
| B 187 | REG REG W/ACO | 87.0 | 73 | 63.7 | | |
| 87 | REG RFG (BASE) | | | | 8805 | 8703 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
REG II  AND MAY NOT BE USED IN ANY EPA REG II COVERED AREA
CONTAINS GREATER THAN 0.1 VOL% MTBE

REDTRIANGLE-SHE-000087

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHON... 85-4320
E.I.N. 94-1270159
SG-DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67563**

9/9/93

SOLD TO: Red Triangle

DELIVER TO: Fleetcard Fuels  2809 So. Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  680678 |

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | NET GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4752 | 1624 | 777.35 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.60529 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4752 | .09 | 475.68 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

| DELIVERED BY: Henry330 | RECEIVED BY: | **INVOICE TOTAL**  8744.93 |

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000088

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING OOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO NEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND NDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO. WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC DAY OR NIGHT**
# 800-424-9300

DESTINATION: RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 680678 | 17:55 | 06/18/03 | 000001060 | 0006 | RSDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER NELLA OIL CO.

CONSIGNEE
0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8809 | 8705 |
| R 187 | RFG RFG W/A10 | 87.0 | 77. | 60.0 | | |
| A7 | RFG RFG (BASE) | | | | 8809 | 8705 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL % MTBE

REDTRIANGLE-SHE-000089

**RED TRIANGLE** ○ **CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2609 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67653**

| ACCOUNT NUMBER | DATE | SALESMAN |
| --- | --- | --- |
| | 7403 | |

SOLD TO: RED TRIANGLE OIL

DELIVER TO: FLEETCARD FUELS
2209 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 687240 |

| PROD. NAME | CODE | PROMO CODE | TANK CODE | LEGAL | UNIT PRICE | SALES AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 1958 | 14.0 | 2958.85 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 140.9 | |
| KEROSENE (UN 1223) | 0038 | | | | 198606 | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | 153895 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 1958 | 9.0 | 176.22 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
| --- | --- | --- | --- | --- | --- | --- |
| | | 55 GAL. | | | | 2955.06 |

DELIVERED BY: Henry 33a

RECEIVED BY:

INVOICE TOTAL 3092.70

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000090



L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT ITS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _Henry Garza_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION   WORLD FUEL /#37538
60 E SIR FRANCIS DRAKE 301
LARKSPUR, CA 94939

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 687240 | 10:38 | 07/04/03 | 000230174 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| TESORO REFINING & MRKTING | 129<br>TESORO REFING<br>8700 TESORO DR.<br>SAN ANTONIO, TX 78217 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 2801 | 2760 |
| B 190 | MID RFG BLEND W/A10 | 89.0 | 82 | 60.9 | 1399 | 1378 |
| 92 | PRM RFG (BASE) | | | | 1402 | 1382 |
| 87 | REG RFG (BASE) | | | | 6002 | 5915 |
| GASOLINE 3, UN1203, P.G. II | | | | | | |
| B 187 | REG RFG W/A10 | 87.0 | 81 | 60.0 | 6002 | 5915 |
| 87 | REG RFG (BASE) | | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000091

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHONE         -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67515**

| | |
|---|---|
| DATE | 7/1/03 |

SOLD TO: Red Triangle O.C Co

DELIVER TO: Fleetard Fuels
2809 S. Chestnut
Fresno, CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 685892 |
|---|---|---|---|

| PRODUCT NAME | CODE | PRODUCT CODE | CONTAINER | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | | 1976 | 150.9 | 2984.25 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 1.4844 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| "THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80" | | | | | | |
| GASOLINE PREPAY | A98 | | | 1976 | 9.0 | 177.84 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____ TRK #1

RECEIVED BY: _____

INVOICE TOTAL
**3159.62**

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000092

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

| FOR PRODUCT EMERGENCY |
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION  RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 685892 | 15:53 | 07/01/03 | 000002625 | 0005 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER  NEW WEST PET, EPA ID # N/A

CONSIGNEE   307
NEW WEST PETROLEUM
1831 167H ST
SACRAMENTO, CA 95814

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8810 | 8691 |
| 187 | REG RFG W/A10 | 87.0 | 80 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8810 | 8691 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000093

DRIVER COPY

**RED TRIANGLE CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW DH 18-700181

INVOICE NO.
**67679**

7603

REDTRIANGLE

DELIVER TO: FLEETWARD FUELS
2809 S Chestnut
Emergency delivered to Peoples
Trucks

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 689160 |

| PRODUCT NAME | CODE | PRODUCT CODE | CONTAINER CODE | TB/GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE            (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE  (UN 1203) | 0004 | | | | | |
| REG. UNLEADED             (UN 1203) | 0006 | | | 1957 | 145.5 | 2847.04 |
| DIESEL - DYED NON-TAX    (NA 1993) | 0009 | | | | 149.06 | |
| KEROSENE                   (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT                    (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 1957 | .09 | 176.13 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: Deary 33A          RECEIVED BY:

INVOICE TOTAL
3023.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000094

L-4161-C
REV. 11/97

DRIVER COPY 6

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| **CALL CHEMTREC-DAY OR NIGHT** |
| **800-424-9300** |

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 30003 | 3E00242 | 3001 | 3V15432 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0008 | 6BP160 | 12:35 | 07/09/03 | 000374845 | 0006 | REDT |

414° SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE 66 |
|---|---|
| TOSCO CORP, EPA ID#562 | TOSCO REFINING COMPANY |
| | 1500 N. PRIEST DRIVE |
| | TEMPE, AZ 85281 |

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8605 | 8475 |
| 8 1/2 | PRM RFG W/AIO | 91.0 | 82 | 60.9 | | |
| 1/2 | PRM RFG (BASE) | | | | 8605 | 8475 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
(RFG II) AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000095

**RED TRIANGLE OIL CO.**
TRIANGLE PROD. S

P.O. BOX 2625 • 2809 SO. CHE? NUT AVE.
FRESNO, CALIF. 93745 • PHO.. 85-4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**67704**

SOLD TO

*Red Triangle*

DELIVER TO

*Fleetwood Fuels*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
| --- | --- | --- | --- |
| | | | *689035 / 689019* |

| PRODUCT NAME | | DESCRIP | PRODUCT CODE | CONTAINER | AMOUNT | UNIT PRICE | SALES AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PREM. GASOLINE | (UN 1203) | 0002 | | | 1084 | 1.4515 | 1571.22 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | 1.5804 | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 1988 | 1.39.9 | 2781.20 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.3751.9 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 2571 | .92.9 | 2386.96 |
| SOLVENT | | 0032 | | | | 1.8901.9 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3072 | .09 | 276.48 |
| DIESEL PREPAY | | A97 | | | 2571 | .07 | 179.97 |
| FEDERAL EXCISE TAX | | | | | 2571 | .244 | 627.18 |
| STATE EXCISE TAX | | | | | 2571 | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | SS GAL | | | | | |
| DELIVERED BY: *Henry 33A* | | | RECEIVED BY: | | | INVOICE TOTAL | *7666.18* |

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000096

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF, ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER:

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC·DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO.

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 3000 | 5L0024C | 3801 | 1V1536 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0006 | 68°019 | 08:06 | 07/09/03 | 000288955 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER
VALERO COMMUNITY

CONSIGNEE  373
VALERO MKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203. P.G. II | | | | 1101 | 1084 |
| B 193 | PRM RFG W/610 | 91.0 | 82 | 50.3 | | |
| 9E | PRM RFG (BASE) | | | | 1101 | 1084 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000097

L-4181-C
REV. 11/97



# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:

HENRY GARZA

| FOR PRODUCT EMERGENCY |
|---|
| Spill, Leak, Fire, Exposure or Accident |
| CALL CHEMTREC-DAY OR NIGHT |
| **800-424-9300** |

DESTINATION    RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 4SL00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 689035 | 08:34 | 07/09/03 | 000001060 | 0004 | RED7 |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725                    PAGE 1 OF 1

SHIPPER    NELLA OIL CO.          CONSIGNEE    0371
NELLA OIL CO
2349 FICKENBACKER WAY
AUBURN, CA 95602

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 2018 | 1986 |
| 3 187 | REG RFG W/A10 | 87.0 | 82 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 2018 | 1982 |
| DIESEL FUEL 3, NA1993, P.G. III | | | | | 2600 | 2571 |
| 1 108 | DSL CARB | 0.0 | 84 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 2600 | 2571 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000098

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU.

P.O. BOX 2625 • 2809 SO. CHE: UT AVE.
FRESNO, CALIF. 93745 • PHON. ;85-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67757**

7/15/63

Red Triangle

2809 So Chestnut
Fleetcard Fuel

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 691575 |

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 8685 | 144.9 | 12584.57 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 8685 | 9.0 | 786.65 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE                    %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY:

RECEIVED BY:

**INVOICE TOTAL**
13366.22

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000099

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *JOEL MUNGUIA*

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2628
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 691575 | 09:26 | 07/15/03 | 000002625 | 0005 | REDT |

#145 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| | GASOLINE 3, UN1203, P.G. II | | | | 8821 | 8685 |
| B 187 | REG RFG N/A10 | 87.0 | 82 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8821 | 8685 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000100

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 · PHONE    -4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 10-700181

INVOICE NO.
**67664**

7/25/03

Red Triangle Oil CO

DELIVER TO:
Fleetcard Fuels
2809 S Chestnut
Fresno, CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING
696113

CASH ☐        TERMS ☑        RETURNED MDSE. ☐

| PRODUCT NAME | | DESCRIPTION PRODUCT CODE | CONTAINER CODE | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| REM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | 3929 | 149.9 | 5889.52 |
| REG. UNLEADED | (UN 1203) | 0006 | | | 147596 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| DIESEL SOLVENT CONTAINS DETERGENT | | | | | | |
| ADDITIVE AS REQUIRED BY | | | | | | |
| 40 CFR PART 80 | | | | | | |
| | | | | 3929 | 9.0 | 353.61 |
| GASOLINE PREPAY | | A98 | | | | |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT | | | | |

DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

55 GAL

RECEIVED BY:

INVOICE TOTAL
6243.18

DELIVERED BY   TRC 1

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000101

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY", BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER, TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _JOEL MUNGUIA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE
2209 SO. CHESTNUT
FRESNO

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3V13198 | 1011 | VG3163 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 696113 | 10:55 | 07/25/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
TESORO REFINING & MRKTING

CONSIGNEE  129
TESORO REFING
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8648 |
| 8 167 | REG RFG W/A10 | 87.0 | 86 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8648 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000102

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE  -4320
E.I.N. 94 1270159
SG/DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68060**

2/3/03

Red Triangle

2809 So Chestnut

Fleetcard Fuels

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 698402 |

| PRODUCT NAME | CODE | PRODUCT CODE | CONTAINER CODE | GALS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1081 | 154.9 | 1674.47 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 152.789 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 7366 | 145.9 | 10746.99 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 143.789 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | A98 | | | 8447 | .09 | 760.23 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: Dowry 33A

RECEIVED BY:

**INVOICE TOTAL**
13181.69

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000103

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT 

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING — NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *HENRY GARZA*

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 698402 | 05:51 | 07/31/03 | 000001060 | 0605 | REDT |

149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

0371

SHIPPER NELLA OIL CO.

CONSIGNEE NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1101 | 1081 |
| 192 | PRM RFG W/A10 | 91.0 | 86 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1101 | 1081 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7501 | 7366 |
| 187 | REG RFG W/A10 | 87.0 | 86 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7366 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.5 VOL% MTBE

REDTRIANGLE-SHE-000104

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHO   '85-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**67864**

ACCOUNT NUMBER | CUSTOMER P.O. ORDER NUMBER

8203

SOLD TO: RED-TRIANGLE

DELIVER TO: FLEETCARD FUELS 2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING
707690

| PRODUCT NAME | | PRODUCT CODE | CONTAINERS CODE | GAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1159 | 208.4 | 2452.04 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 2.0549 | |
| REG. UNLEADED | (UN 1203) | 0006 | | 7322 | 199.4 | 14709.74 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 1.9959 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 8556.09 | | 770.09 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE        %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|

DRUM DEPOSIT    DRUMS REMAIN PROPERTY OF RED TRIANGLE

SS GAL.

DELIVERED BY: Henry 33A

RECEIVED BY:

**INVOICE TOTAL**
17936.82

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000105

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY. (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY, CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: *HENRY GARZA*

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
### CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION  RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO  CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 707690 | 13:07 | 08/21/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

0371

SHIPPER  NELLA OIL CO.

CONSIGNEE  NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1200 | 1179 |
| B 192 | PRM RFG W/A10 | 91.0 | 85 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1200 | 1179 |
| GASOLINE 3, UN1203, P.G. II | | | | | 7501 | 7377 |
| B 187 | REG RFG W/A10 | 87.0 | 84 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7377 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000106

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2808 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE        4320
E.I.N. 94-1270159
SG DH 7B-003772
FW - DH 1B-700181

**INVOICE NO.**
**67861**

DATE: 8-19-03

SOLD TO: RED TRIANGLE

DELIVER TO: FLEET CARD FUELS
2808 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐    TERMS ☑    RETURNED MDSE. ☐

HTR / BILL OF LADING: 706772

| PRODUCT NAME | | DESC CODE | PRODUCT I.D. | CONTAINER CODE | QUANTITY | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 3930 | 195.9 | 7698.87 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 1.9399 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | 3550 | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 3930 | 9.0 | 3933.70 |
| DIESEL PREPAY | | A97 | | | 3930 | .07 | |
| FEDERAL EXCISE TAX | | | | | 3930 | .84 | |
| STATE EXCISE TAX | | | | | 3550 | .78 | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____ 33A

RECEIVED BY: _____

**INVOICE TOTAL**
8052.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000107

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°.

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION  RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 707690 | 13:07 | 08/21/03 | 000001060 | 0006 | PMDT |

4149 SOUTH M PLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER  NELLA OIL CO.

CONSIGNEE  0371
NELLA OIL CO
2349 RICKENBACKER WAY
AUBURN, CA 95602

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1200 | 1179 |
| 8 192 | PHM RFG W/A10 | 91.0 | 85 | 60.0 | | |
| 92 | PHM RFG (BASE) | | | | 1200 | 1179 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7501 | 7377 |
| 8 187 | REG RFG W/A10 | 87.0 | 84 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7501 | 7377 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000108

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE ____ 4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOIC
678

B-1903

RED TRIANGLE

FLEET CARD FUELS
2809 S. Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐          TERMS ☑          RETURNED MDSE. ☐     HTR / BILL OF LADING
706772

| PRODUCT NAME | | CODE | PRODUCT CODE | CONTAINER CODE | NET GAL. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 3930 | 195.9 | 7698.99 |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | 1959.9 | |
| SOLVENT | (UN 1255) | 0032 | | | 3930 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | | | |
| DIESEL PREPAY | | A97 | | | 3930 | 9.0 | 353.70 |
| FEDERAL EXCISE TAX | | | | | 3930 | .07 | |
| STATE EXCISE TAX | | | | | 3930 | .44 | |
| SUB-TOTAL | | | | | 3930 | .78 | |

DRUM
DEPOSIT          DRUMS REMAIN
                 PROPERTY OF
                 RED TRIANGLE

STATE SALES TAX RATE ____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|

DELIVERED BY:  _____ 33A    55 GAL    RECEIVED BY:

INVOICE TOTAL
8052.57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Als an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000109

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: _HENRY GARZA_

---

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

---

DESTINATION  RED TRIANGLE OIL
P O BOX 2625

| TRUCK NO. | TRUCK LICENSE NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|---|
| FRESNO. | | | | | |
| 3000 | 5L00842 | | 3008 | | 1VL5496 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 706772 | 15:02 | 08/19/08 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE. FRESNO. CA  93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE |
|---|---|
| NEW WEST PET. EPA ID # N/A | 307 NEW WEST PETROLEUM<br>1831 16TH ST<br>SACRAMENTO. CA 95814 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3. UN1203. P.G. II | | | | | 8805 | 8659 |
| B 187 | REG RFG W/A10 | 87.0 | 84 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8805 | 8659 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000110

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW – DH 16-700181

INVOICE NO.
**68007**

| ACCOUNT NUMBER | DATE | CUSTOMER'S ORDER NUMBER |
|---|---|---|
| | 9/17/03 | |

SOLD TO: Red Triangle Oil CO

DELIVER TO: Fleetcard Fuels
2809 S Chestnut
Fresno CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING
719287

CASH ☐   TERMS ☒   RETURNED MDSE. ☐

| PRODUCT NAME | PRICE CODE | PRODUCT CODE | CONTAINER CODE | LEGAL | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | 3945 | 143.9 | 5616.88 |
| REG. UNLEADED (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | | |
| KEROSENE (UN 1223) | 0038 | | | 3958 | 91.4 | 3617.61 |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1255) | 0032 | | | | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVES AS REQUIRED BY 40 CFR PART 80

| | | | | | | |
|---|---|---|---|---|---|---|
| GASOLINE PREPAY | A98 | | | 3945 | 9.0 | 355.05 |
| DIESEL PREPAY | A97 | | | 3958 | 1.0 | 395.80 |
| FEDERAL EXCISE TAX | | | | 3958 | 24.4 | 965.75 |
| STATE EXCISE TAX | | | | 3958 | 18.0 | 712.44 |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE ___ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| DRUM DEPOSIT  DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | |

55 GAL.

RECEIVED BY:

INVOICE TOTAL
11604.77

DELIVERED BY: TRK #1

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000111

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT, TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60° F.

SIGNATURE OF DRIVER: JOEL MUNGUIA

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | VC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 719287 | 10:32 | 09/17/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE
307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4002 | 3945 |
| B 187 | REG RFG W/A1G | 87.0 | 81 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4002 | 3945 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4002 | 3958 |
| B 108 | DSL CARB | 0.0 | 84 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4002 | 3958 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000112

**RED TRIANGLE O** **CO.**
TRIANGLE PRODUC

P.O. BOX 2625 · 2809 SO. CHES   AVE.
FRESNO, CALIF. 93745 · PHONE  45-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
# 68045

SOLD TO: Red Triangle

9/8/03

DELIVER TO: Fleetwind Fuel
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☐ | | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|---|
| | | | | 716229 |

| PRODUCT NAME | | RESO CODE | PRODUCT CODE | CONTAINER CODE | GALS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | 4139 | 145.4 | 6018.71 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 143099 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 4139 | .09 | 372.51 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

| DELIVERED BY: | RECEIVED BY: | **INVOICE TOTAL** 6390.67 |
|---|---|---|

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection; the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000113

L-4181-C
REV. 11/97.

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION: RED TRIANGLE COMPANY
405 N. PALM AVE
FRESNO, CA 93701

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00292 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 716329 | 16:47 | 09/10/03 | 000228955 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

373

PAGE 1 OF 1

SHIPPER: VALERO COMMUNITY

CONSIGNEE: VALERO MKTG & SUPPLY-COMM
ONE VALERO PLACE
SAN ANTONIO, TX 78212

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8801 | 8678 |
| R 187 | REG RFG W/ALO | 87.0 | 80 | 60.0 | | |
| 97 | REG RFG (BASE) | | | | 8801 | 8678 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000114

**RED TRIANGLE OIL CO.**
TRIANGLE PROD'

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHON' '5-4320.
E.I.N. 94 1270159
SG. DH 78-003772
FW. DH 16-700181

INVOICE NO.
**68254**

| | | |
|---|---|---|
| SOLD TO | 1/23/03  Red Triangle | DELIVER TO  Fleetcard Fuel  2809 So Chestnut |

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐      TERMS ☒      RETURNED MDSE. ☐

HTR / BILL OF LADING
72|939

| PRODUCT NAME | | | | | | PRICE | SALE AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | | | 8651 | 133.4 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | | |
| KEROSENE | (UN 1223) | 003B | | | | 181096 | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | | |
| | | | | | | | |
| ALL GASOLINE CONTAINS DETERGN | | | | | | | |
| ADDITIVE AS REQUIRED BY | | | | | | | |
| 40 CFR PART 80* | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | | 8651 | 9.0 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|
| | 55 GAL | | | | |

DELIVERED BY: _____      RECEIVED BY: _____

INVOICE TOTAL
12327 57

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE OF 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000115

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT 

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:  JOEL MUNGUIA

121096

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION  INTERCITY 374845
2809 S. CHESTNUT

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| FRESNO | | | |
| 1001 | 3Y13198 | 1011 | 4FS1143 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 721939 | 15:07 | 09/23/00 | 000374845 | 0005 | RED7 |

4199 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

| SHIPPER | TOSCO CORP. EPA ID#5627 | CONSIGNEE | CC
TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281 |
|---|---|---|---|

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 8801 | 8657 |
| 0 187 | REG RFG W/A10 | 87.0 | 84 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 8801 | 8657 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.5 VOL% MTBE

REDTRIANGLE-SHE-000116

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68314**

SOLD TO

10/3/03
Red Triangle

DELIVER TO

Fleetcard Fuels
3809 So Chestnut

**FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB**

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 726008 |

| PRODUCT NAME | | PRODUCT CODE | | | | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 2850 | 146.9 | 4186 65 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | 1439 | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 2850 | .09 | 256 50 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

| | STATE SALES TAX RATE | % |

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | - NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |
| DELIVERED BY: Henry 334 | | RECEIVED BY: | | | | INVOICE TOTAL 4443615 |

TERMS: NET Due and payable on receipt of Invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000117

L-4181-C
REV. 11/97

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, BE IT THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT, EXECUTED OR AGREED TO BETWEEN PARTIES HERETO, WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60.5F.

SIGNATURE OF DRIVER: _HENRY GARZA_

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION
STUARTS PETROLEUM
11 EAST 4TH STREET
BAKERSFIELD CA 93307

| TRUCK NO. | | TRAILER NO. | | TRAILER LICENSE NO. |
|---|---|---|---|---|
| 3000 | 5L00242 | 3001 | | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 726009 | 14:00 | 10/02/03 | 000859648 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
MOBIL OIL EPA ID # 5096

CONSIGNEE 77802
MOBIL OIL CORPORATION
3700 W. 190TH STREET
TORRANCE, CA 90059

SPOT EE

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1100 | 1085 |
| B 207 | PRM RFG W/A12 | 91.0 | 80 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1100 | 1085 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7507 | 7399 |
| B 201 | REG RFG W/A12 | 87.0 | 81 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7507 | 7399 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

TRUCK 2300 Reg TRAILER 1100 Prem
2300 Reg                2900 Reg

REDTRIANGLE-SHE-000118

# RED TRIANGLE OIL CO.
### TRIANGLE PRODUCT

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE ____-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68353**

SOLD TO: Red Triangle    12/6/03

DELIVER TO: Shetland Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐   TERMS ☒   RETURNED MDSE ☐   HTR / BILL OF LADING
Reg 728540 / Prm 728537

| | | | | | |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1082 | 149.5 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 147570 |
| REG. UNLEADED | (UN 1203) | 0006 | | 7111 | 141.5 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | |
| KEROSENE | (UN 1223) | 0038 | | | 199594 |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | | 8793 | 9.0 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

RUM
EPOSIT

DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

| | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|
| 55 GAL | | | | | |

DELIVERED BY:

RECEIVED BY:

INVOICE TOTAL
12417'03

RMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also additional late charges. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY



REDTRIANGLE-SHE-000119

L-4181-C
REV. 11/97.

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER:
JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure of Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 728537 | 15:43 | 10/08/03 | 000374845 | 0006 | RBDT |

0140 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER  TOSCO CORP. EPA ID#5627

66
CONSIGNEE   TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1101 | 1082 |
| P 192 | PRM RFG W/A10 | 91.0 | 85 | 60.0 | | |
| 92 | PPM RFG (BASE) | | | | 1101 | 1082 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 · PHON    5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700161

INVOIC
68

| | | |
|---|---|---|
| | 101603 | |

SOLD TO: RED TRIANGLE

DELIVER TO: FLEET CARD FUELS
2809 S Chestnut

**FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB**

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 731938 |
|---|---|---|---|

| | CODE | | QUANTITY | UNIT PRICE | |
|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | |
| REG. UNLEADED (UN 1203) | 0006 | | 3962 | 1329 | |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | 13549 | |
| KEROSENE (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT (UN 1255) | 0032 | | 3965 | 97.4 | |
| | | | | 13749 | |
| GASOLINE PREPAY | A98 | | | | |
| DIESEL PREPAY | A97 | | 3962 | 9.0 | |
| FEDERAL EXCISE TAX | | | 3965 | 7.0 | |
| STATE EXCISE TAX | | | 3965 | 24.4 | |
| SUB-TOTAL | | | 3965 | 18.0 | |

DRUM DEPOSIT

DRUMS REMAIN PROPERTY OF RED TRIANGLE

| | DELIVERED | RETURNED | NET CHANGE | STATE SALES TAX RATE _____ % RATE |
|---|---|---|---|---|
| | | | | |
| 55 GAL | | | | |

DELIVERED BY: Jerry 33A

RECEIVED BY: _____

INVOICE TOTAL 1640.0

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts as an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000122

L-4181-C
REV. 11/97



# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT. SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
**800-424-9300**

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 731938 | 12:17 | 10/16/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 4002 | 3962 |
| B 187 | REG RFG W/A10 | 87.0 | 74 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 4002 | 3962 |
| | DIESEL FUEL, 3, NA1993, P.G. III | | | | 4001 | 3965 |
| B 108 | DSL CARB | 0.0 | 79 | 37.4 | | |
| 8 | DSL CARB (BASE) | | | | 4001 | 3965 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II   AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.4 VOL% MTBE
COMBUSTIBLE LIQUID

REDTRIANGLE-SHE-000123

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 • PHON... ...1-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

**INVOICE NO.**
**68431**

SOLD TO: Red Triangle

DELIVER TO: Fleetard Fuels  2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☑     RETURNED MDSE. ☐

HTR / BILL OF LADING: 734039

| PRODUCT NAME | | PRODUCT CODE | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | 1090 | 143.0 | 1558... |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | 1.41096 | |
| REG. UNLEADED | (UN 1203) | 0006 | 7422 | 134.0 | 9.95... |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | 1.920... | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | | 8512.09 | 766... |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____%

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|---|
| | | | SS GAL | | | | |

DELIVERED BY: Henry 310     RECEIVED BY:

INVOICE TOTAL: 12270 26

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000124

L-4181-C
REV. 11 97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

1.41096

100.91

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 734039 | 09:55 | 10/21/03 | 000374845 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER TOSCO CORP. EPA ID#5627

66

CONSIGNEE TOSCO REFINING COMPANY
1500 N. PRIEST DRIVE
TEMPE, AZ 85281

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1096 | 1090 |
| B 192 | PRM RFG W/A10 | 91.0 | 72 | 60.9 | | |
| 92 | PRM RFG (BASE) | | | | 1099 | 1090 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7507 | 7422 |
| B 187 | REG RFG W/A10 | 87.0 | 76 | 60.0 | | |
| 87 | REG RFG (BASE) | | | | 7507 | 7422 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT DOES NOT MEET THE OXYGENATE REQUIREMENTS FOR EPA
RFG II  AND MAY NOT BE USED IN ANY EPA RFG II COVERED AREA
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000125

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU

P.O. BOX 2625 · 2809 SO. CHEST  UT AVE.
FRESNO, CALIF. 93745 · PHON  5-4320
E.I.N. 94 1270159
SG DH 78-003772
FW DH 16-700181

INVOICE NO.
**68457**

11/8/03

SOLD TO: Red Triangle Oil Co.

DELIVER TO: Fleetcard Fuels
2809 S Chestnut Ave.
Fresno CA

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ | HTR / BILL OF LADING 739804 |

| PRODUCT NAME | | PRODUCT CODE | STAN/GA | LEGAL GAL | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0006 | | 3972 | 143.5 | 5705 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |

THIS GASOLINE CONTAINS DETERGENT
ADDITIVE AS REQUIRED BY
40 CFR PART 80

| GASOLINE PREPAY | | A98 | | 3972 | 9.0 | 357.40 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: TRKM

RECEIVED BY:

INVOICE TOTAL
6073.19

TERMS: NET Due are payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000126

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   R&D TRIANGLE
2909 SO. CHESTNUT
FRESNO, CA 93735

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|-----------|-------------------|-------------|---------------------|
| 1001 | 3Y13198 | 1011 | YC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|----------|----------|------|------|--------------|------------|---------|
| 0002 | 739804 | 17:04 | 11/03/03 | 000090003 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA  93725

PAGE 1 OF 1

SHIPPER   TESORO REFINING & MRKTING

CONSIGNEE   129
TESORO REFINC
8700 TESORO DR.
SAN ANTONIO, TX 78217

SPOT 4W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|--------------|--------------|------|-------|---------|---------------|-------------|
| GASOLINE 3, UN1203, P.G. II | | | | | 8801 | 8740 |
| P. 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 70 | 60.0 | | |
| 72 | REG CARBOB (BASE) | | | | 8299 | 8242 |
| 38 | ETH (BASE) | | | | 502 | 498 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000127

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE J-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68561**

SOLD TO:  11/6/03   Red Triangle

DELIVER TO: *Fleetwood Foods*
*2809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐      TERMS ☑      RETURNED MDSE. ☐

HTR / BILL OF LADING
741208

| PRODUCT NAME | | PRODUCT CODE | GALLONS | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | 1096 | 150.9 | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | |
| REG. UNLEADED | (UN 1203) | 0006 | 7460 | 141.9 | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | | A98 | 8556.09 | | 990.04 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY:        RECEIVED BY:

INVOICE TOTAL
13029.64

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000128

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 93725

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1U15484 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 741208 | 12:18 | 11/06/03 | 000374845 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE 66 |
|---|---|
| TOSCO CORP. EPA ID#5627 | TOSCO REFINING COMPANY<br>1500 N. PRIEST DRIVE<br>TEMPE, AZ 85281 |

SENT 4F

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1102 | 1094 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 68 | 60.9 | | |
| 79 | PRM CARBOB (BASE) | | | | 1037 | 1031 |
| 38 | ETH (BASE) | | | | 65 | 65 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7504 | 7460 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 68 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 7074 | 7033 |
| 38 | ETH (BASE) | | | | 430 | 427 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000129

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 485-1320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68619**

SOLD TO:

DELIVER TO:

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☐ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|

| PRODUCT NAME | | PRODUCT CODE | GALS. | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | |
| REG. UNLEADED | (UN 1203) | 0006 | 1193 | 141.5 | 1688.49 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | |
| KEROSENE | (UN 1223) | 0038 | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | |
| SOLVENT | (UN 1255) | 0032 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY. | | A98 | 1193 | 9.0 | 107.37 |
| DIESEL PREPAY | | A97 | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|

| DELIVERED BY: | 55 GAL. | RECEIVED BY: | INVOICE TOTAL |
|---|---|---|---|
| | | | 1795.47 |

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000130

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
## 800-424-9300

DESTINATION   TRIANGLE STATIONS INC.
4615 N. CEDAR
FRESNO, CA 93501

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 745941 | 11:09 | 11/17/03 | 000228960 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

| SHIPPER | VALERO MARKETING & SUPPLY | CONSIGNEE | VALERO MARKETING & SUPPLY P.O. BOX 50 SAN ANTONIO, TX 78292 |
|---|---|---|---|

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8710 | 8680 |
| B 260 | REG CARBOB/5.7ETH W/A27 | 87.0 | 64 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 8205 | 8182 |
| 38 | ETH (BASE) | | | | 505 | 505 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000131

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUC

P.O. BOX 2625  ·  2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745  ·  PHONE     4320
E.I.N. 94 1270159
SG·DH 78-003772
FW·DH 16-700181

INVOICE NO.
**68609**

SOLD TO

714/03

Red Triangle

DELIVER TO

Fleetland Fuels

2809 So. Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ |
|---|---|---|

HTR / BILL OF LADING

740052

| PRODUCT NAME | | CONTAINER | GALLONS | PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) 0002 | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) 0004 | | | | |
| REG. UNLEADED | (UN 1203) 0006 | | 2785 | 142.0 | 3951.70 |
| DIESEL - DYED NON-TAX | (NA 1993) 0009 | | | 137.00 | |
| KEROSENE | (UN 1223) 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) 0011 | | | | |
| SOLVENT | (UN 1255) 0032 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GASOLINE PREPAY | A98 | | 2785 | .09 | 250.65 |
| DIESEL PREPAY | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE. |
|---|---|---|---|---|
| DRUM DEPOSIT | | | | |
| | 55 GAL. | | | |

DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

DELIVERED BY: Henry 3???

RECEIVED BY:

INVOICE TOTAL
4205.35

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also on additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000132

L-4181-C
REV. 11/92

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 4



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION: TRIANGLE STATIONS INC.
4615 N. CEDAR
FRESNO, CA 93501

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 744992 | 13:20 | 11/14/03 | 000228960 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

366

SHIPPER: VALERO MARKETING & SUPPLY

CONSIGNEE: VALERO MARKETING & SUPPLY
P.O. BOX 50
SAN ANTONIO, TX 78292

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8809 | 8771 |
| B 260 | REG CARBOB/5.7ETH W/A27 | 87.0 | 66 | 60.0 | | |
| 78 | REG CARBOB (BASE) | | | | 8297 | 8260 |
| 38 | ETH (BASE) | | | | 512 | 511 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY
40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE



REDTRIANGLE-SHE-000133

DRIVER COPY 4

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU.. S

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 • PHO[ 35-4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO
6863?

SOLD TO: *Red Triangle*  1/19/83

DELIVER TO: *Westwind Fuels*
*3809 So Chestnut*

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING |
|---|---|---|---|
| | | | 746923 |

| PRODUCT NAME | CODE | PRODUCT GRAV | CODE | NET GAL | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE (UN 1203) | 0002 | | | 1200 | 151.5 | 18181.00 |
| UNLEADED PLUS GASOLINE (UN 1203) | 0004 | | | | 151.5 | |
| REG. UNLEADED (UN 1203) | 0006 | | | 7184 | 141.5 | 10165.36 |
| DIESEL - DYED NON-TAX (NA 1993) | 0009 | | | | 141.5 | |
| KEROSENE (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | | |
| SOLVENT (UN 1265) | 0032 | | | | | |
| 9% GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | | |
| GASOLINE PREPAY | A98 | | | 8384 | 9.0 | 750.56 |
| DIESEL PREPAY | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: *TRk #1*

RECEIVED BY:

INVOICE TOTAL
12737.92

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000134

L-4181-C
REV. 11/97

DRIVER COPY 5



# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

*149455*

SIGNATURE OF DRIVER: *Joel Munguia*

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3V13198 | 1011 | YCB153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 746923 | 10:34 | 11/19/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 1203 | 1200 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 63 | 60.9 | | |
| 79 | PRM CARBOB (BASE) | | | | 1132 | 1129 |
| 38 | ETH (BASE) | | | | 71 | 71 |
| | GASOLINE 3, UN1203, P.G. II | | | | 7204 | 7184 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 64 | 60.0 | | |
| 79 | REG CARBOB (BASE) | | | | 6790 | 6771 |
| 38 | ETH (BASE) | | | | 414 | 413 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000135

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCTS

P.O. BOX 2625 · 2809 SO. CHESTNUT AVE.
FRESNO, CALIF 93745 · PHONE 4320
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700161

INVOICE NO.
**68717**

SOLD TO:
11/29/03
TO Red Triangle

DELIVER TO:
Electrical Fuels
2809 So Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

CASH ☐     TERMS ☑     RETURNED MDSE. ☐     HTR / BILL OF LADING  751193

| PRODUCTS | | | PRODUCT | | GALLONS | UNIT PRICE | SALES AMOUNT |
|---|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | | | | |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | 2901 | 1329 | 3845 |
| REG. UNLEADED | (UN 1203) | 0006 | | | | | |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | 15 | |
| KEROSENE | (UN 1223) | 0038 | | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | | |
| SOLVENT | - | (UN 1255) | 0032 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GASOLINE PREPAY | | A98 | | | 2901 | .09 | 290.59 |
| DIESEL PREPAY | | A97 | | | | | |
| FEDERAL EXCISE TAX | | | | | | | |
| STATE EXCISE TAX | | | | | | | |
| SUB-TOTAL | | | | | | | |

STATE SALES TAX RATE _____ %

| | | | DELIVERED | RETURNED | NET CHANGE | RATE | |
|---|---|---|---|---|---|---|---|
| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | | | | | |
| | 55 GAL | | | | | | INVOICE TOTAL |

DELIVERED BY: Harris JA     RECEIVED BY:     4116.52

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

REDTRIANGLE-SHE-000136

L-4181-C
REV. 11/97

DRIVER COPY 5

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

### ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT, GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING, "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _____

HENRY GARZA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3030 | 2L00243 | 3031 | 1VL9434 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 751193 | 13:57 | 11/29/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1103 | 1104 |
| B 111 | PRM CARBOB/5.7ETH W/AIO | 91.0 | 59 | 60.9 | | |
| GASOLINE 3, UN1203, P.G. II | | | | | 7504 | 7503 |
| B 110 | REG CARBOB/5.7ETH W/AIO | 87.0 | 60 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.2 VOL% MTBE

REDTRIANGLE-SHE-000137

**RED TRIANGLE OIL CO.**
TRIANGLE PRODU...

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE.
FRESNO, CALIF. 93745 • PHONE 85-4920
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68707**

SOLD TO: 12503
Red TRIANGLE OTL

DELIVER TO: FLOOTCARD FUELS
2809 S Chestnut

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☑ | RETURNED MDSE. ☐ |
|---|---|---|

HTR/ BILL OF LADING: 753611 /753603

| PRODUCT NAME | | PRODUCT CODE | AMOUNT | PRICE | UNIT | SALES AMOUNT |
|---|---|---|---|---|---|---|
| PREM. GASOLINE | (UN 1203) | 0002 | | 1100 | 144.6 | 1580.40 |
| UNLEADED PLUS GASOLINE | (UN 1203) | 0004 | | | | |
| REG. UNLEADED | (UN 1203) | 0008 | | 7507 | 133.9 | 1005.68 |
| DIESEL - DYED NON-TAX | (NA 1993) | 0009 | | | | |
| KEROSENE | (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE | (NA 1993) | 0011 | | | | |
| SOLVENT | (UN 1255) | 0032 | | | | |
| | | | | | | |
| | | | | | | |
| GASOLINE PREPAY | | A98 | | 8607 | 09 | 774.63 |
| DIESEL PREPAY | | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | | |
| STATE EXCISE TAX | | | | | | |
| SUB-TOTAL | | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL | | | | |

DELIVERED BY: _Denny 334_   RECEIVED BY: _____

INVOICE TOTAL
1244.90

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000138

REV. 11/97



# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE TRANSPORTATION COMPANY'S UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

1,420.55

SIGNATURE OF DRIVER: _HENRY GARZA_

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION   RED TRIANGLE OIL COMPANY
P.O. BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 753611 | 11:45 | 12/05/03 | 000001060 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

0371

| SHIPPER | NELLA OIL CO. | CONSIGNEE | NELLA OIL CO |
|---|---|---|---|
| | | | 2349 RICKENBACKER WAY |
| | | | AUBURN, CA 95602 |

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| GASOLINE 3, UN1203, P.G. II | | | | | 1098 | 1100 |
| B 111 | PRM CARBOB/5.7ETH W/A10 | 91.0 | 57 | 60.9 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000139

L-4181-C
REV. 11/87

DRIVER COPY 4

# HIGHWAY TRANSPORTATION RECEIPT

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _HENRY GARZA_

### FOR PRODUCT EMERGENCY
Spill, Leak, Fire, Exposure or Accident
### CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION   RED TRIANGLE OIL
P O BOX 2625
FRESNO, CA 93745

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 3000 | 5L00242 | 3001 | 1VL5436 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 753603 | 11:39 | 12/05/03 | 000002625 | 0006 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER   NEW WEST PET. EPA ID # N/A

CONSIGNEE   307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 2W

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| B 110 | GASOLINE 3, UN1203, P.G. II<br>REG CARBOB/5.7ETH W/A10 | 87.0 | 60 | 60.0 | 7508 | 750<br>7508 |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
CONTAINS GREATER THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000140

**RED TRIANGLE OIL CO.**
TRIANGLE PRODUCT

P.O. BOX 2625 • 2809 SO. CHESTNUT AVE
FRESNO, CALIF 93745 | PHONE  5-4320
E.I.N. 94-1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68806**

SOLD TO

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

| CASH ☐ | TERMS ☒ | RETURNED MDSE. ☐ | HTR / BILL OF LADING  757476 |

| PRODUCT NAME | CODE | PRODUCT CODE | GALLONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| PREM. GASOLINE              (UN 1203) | 0002 | | | | |
| UNLEADED PLUS GASOLINE    (UN 1203) | 0004 | | | | |
| REG. UNLEADED               (UN 1203) | 0006 | | 8824 | 1.32455 | |
| DIESEL - DYED NON-TAX       (NA 1993) | 0009 | | | | |
| KEROSENE                    (UN 1223) | 0038 | | | | |
| CARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| SOLVENT                     (UN 1255) | 0032 | | | | |
| 45 GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY 40 CFR PART 80 | | | | | |
| GASOLINE PREPAY | A98 | | | | |
| DIESEL PREPAY | A97 | | | | |
| FEDERAL EXCISE TAX | | | | | |
| STATE EXCISE TAX | | | | | |
| SUB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| DRUM DEPOSIT | DRUMS REMAIN PROPERTY OF RED TRIANGLE | | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|---|---|
| | | 55 GAL. | | | | |

DELIVERED BY: _____ TRK #1         RECEIVED BY: _____

INVOICE TOTAL

TERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also an additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000141

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5



## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER, OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

137455

SIGNATURE OF DRIVER

JOEL MUNGUIA

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
**CALL CHEMTREC-DAY OR NIGHT**
# 800-424-9300

DESTINATION
RED TRIANGLE OIL
P O BOX 2625
FRESNO,

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1010 | |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 757476 | 22:43 | 12/15/03 | 000002625 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

SHIPPER
NEW WEST PET. EPA ID # N/A

CONSIGNEE 307
NEW WEST PETROLEUM
1831 16TH ST
SACRAMENTO, CA 95814

SPOT 4E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.S. II | | | | 8805 | 8824 |
| 3 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 57 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
THIS PRODUCT CONTAINS LESS THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000142

RED TRIANGLE O   CO.
TRIANGLE PRODUCTS

P.O. BOX 2625 · 2809 SO. CHEST   AVE.
FRESNO, CALIF. 93745 · PHONE   3-4920
E.I.N. 94 1270159
SG DH 78-003772
FW - DH 16-700181

INVOICE NO.
**68956**

7/6/83

Fleetland Fuels

2809 So Chest.

DELIVER TO

FOR PRODUCT EMERGENCY SPILL 1-800-DATA-HUB

HTR / BILL OF LADING

CASH ☐          TERMS ☐          RETURNED MDSE. ☐

| PRODUCT NAME | PRODUCT CODE | QUANTITY | CODE | PRICE | SALES AMOUNT |
|---|---|---|---|---|---|
| EM. GASOLINE (UN 1203) | 0002 | | | | |
| LEADED PLUS GASOLINE (UN 1203) | 0004 | | | | |
| G. UNLEADED (UN 1203) | 0006 | 8626 | | 1,3513 | |
| ESEL - DYED NON-TAX (NA 1993) | 0009 | | | | |
| ROSENE (UN 1223) | 0038 | | | | |
| ARB DIESEL NO. 2 - TAXABLE (NA 1993) | 0011 | | | | |
| OLVENT (UN 1255) | 0032 | | | | |
| | | | | | |
| ASOLINE PREPAY | A98 | | | | |
| IESEL PREPAY | A97 | | | | |
| EDERAL EXCISE TAX | | | | | |
| TATE EXCISE TAX | | | | | |
| UB-TOTAL | | | | | |

STATE SALES TAX RATE _____ %

| | DELIVERED | RETURNED | NET CHANGE | RATE |
|---|---|---|---|---|
| RUM DEPOSIT | | | | |

DRUMS REMAIN
PROPERTY OF
RED TRIANGLE

55 GAL

INVOICE TOTAL

DELIVERED BY:          RECEIVED BY:

ERMS: NET Due and payable on receipt of invoice following purchase. A SERVICE CHARGE OF 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged on all past due accounts. Also n additional late charge. In the event of judicial proceedings to enforce collection, the purchaser, agrees to, and will be liable for Attorney's fee and expense of collections.

OFFICE COPY

REDTRIANGLE-SHE-000143

L-4181-C
REV. 11/97

# HIGHWAY TRANSPORTATION RECEIPT

DRIVER COPY 5

## (LOADING TICKET)

## ORIGINAL BILL OF LADING—NOT NEGOTIABLE

RECEIVED, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER WHICH SAID TRANSPORTATION COMPANY (THE WORD "COMPANY" BEING UNDERSTOOD AS INCLUDING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY) AGREES TO TRANSPORT AND DELIVER TO CONSIGNEE AT HIS USUAL PLACE OF DELIVERY (IF ON ITS OWN LINE OR ROUTE), OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION, IT IS MUTUALLY AGREED THAT THE TRANSPORTATION SERVICES HEREUNDER ARE SUBJECT TO ALL THE PRINTED TERMS AND CONDITIONS NOT PROHIBITED BY LAW, OF THE "TRANSPORTATION COMPANY'S" UNIFORM BILL OF LADING. "CONTRACT" OR "ANYWHERE-FOR-HIRE" SERVICES WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT, SERVICE ORDER OR OTHER AGREEMENT EXECUTED OR AGREED TO BETWEEN PARTIES HERETO WHEN NOT IN CONTRAVENTION OF ANY EXISTING LAW. WHEN MOVEMENT IS IN A VEHICLE OPERATED BY SHIPPER OR OWNER OF PRODUCT, THIS DOCUMENT SERVES ONLY AS A RECEIPT FOR PRODUCT LOADED.

STATE EXCISE TAX, IF ANY, ON MOTOR VEHICLE FUEL COVERED BY THIS LOADING TICKET HAS BEEN ASSUMED AND WILL BE PAID BY THE SHIPPER.

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AND COMPLIES WITH THE DEPT. OF TRANSPORTATION SPECIFICATIONS AND REGULATIONS FOR THE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES.

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPT. OF TRANSPORTATION.

NOTE: NET VOLUME HAS BEEN ADJUSTED TO 60°F.

SIGNATURE OF DRIVER: _R l Munguia_

JOEL MUNGUIA

1:35/8

**FOR PRODUCT EMERGENCY**
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC-DAY OR NIGHT
# 800-424-9300

DESTINATION

INTERCITY 374845
2809 S. CHESTNUT
FRESNO, CA 92702

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| 1001 | 3Y13198 | 1011 | VC8153 |

| TERM NO. | HTR. NO. | TIME | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|---|
| 0002 | 761636 | 12:37 | 12/26/03 | 000374845 | 0005 | REDT |

4149 SOUTH MAPLE AVENUE, FRESNO, CA 93725

PAGE 1 OF 1

| SHIPPER | CONSIGNEE 66 |
|---|---|
| TOSCO CORP. EPA ID#5627 | TOSCO REFINING COMPANY<br>1500 N. PRIEST DRIVE<br>TEMPE, AZ 85281 |

SPOT 2E

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| | GASOLINE 3, UN1203, P.G. II | | | | 8603 | 8626 |
| B 110 | REG CARBOB/5.7ETH W/A10 | 87.0 | 56 | 60.0 | | |

THIS GASOLINE CONTAINS DETERGENT ADDITIVE AS REQUIRED BY THIS SHIPPER'S
SPECIFICATIONS AS REQUIRED BY 40 CFR PART 80
THIS PRODUCT CONTAINS 5.7 VOL% ETHANOL
THIS PRODUCT CONTAINS LESS THAN 0.6 VOL% MTBE

REDTRIANGLE-SHE-000144