Schendler, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 00 Civ. 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to:<br><br>COMMONWEALTH OF PUERTO RICO and COMMONWEALTH OF PUERTO RICO through the ENVIRONMENTAL QUALITY BOARD,<br>Plaintiffs,<br>- against -<br>SHELL OIL COMPANY et al.,<br>Defendants. | 07 Civ. 10470 (SAS)<br><br>ECF CASE<br><br>[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT TOTAL S.A.'S MOTION TO DISMISS |

THE MATTER before the Court is the Parties' request to establish a briefing schedule for Defendant Total S.A.'s Motion to Dismiss the Third Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(2) and (6) (the "Motion"). Defendant Total S.A. filed its notice of motion to dismiss, memorandum of law, and supporting declarations on April 17, 2013. The parties having agreed upon the following schedule, and for good cause shown, it is hereby

ORDERED that Plaintiffs' opposition memorandum to the Motion, together with any supporting papers, shall be filed and served no later than May 8, 2013; and it is further

ORDERED that Defendant Total S.A.'s reply memorandum in support of the Motion, if any, together with any supporting papers, shall be filed and served no later than May 22, 2013.



SO ORDERED this _22_ day of _April_, 2013

_____
Hon. Shira A. Scheindlin
United States District Judge