IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE*: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | Master File No: 1:00-cv-1898 MDL 1358 (SAS) |
| This document relates to: Commonwealth of Puerto Rico, *et al.* v. Shell Oil Company, *et al.*, USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT TOTAL OUTRE-MER, S.A.'S MOTION TO DISMISS |

THE MATTER before the Court is the parties' request for a briefing schedule for Defendant Total Outre-Mer, S.A.'s ("TOM") Motion to Dismiss the Third Amended Complaint, pursuant to Fed. R. Civ. P. 12(b) (2) and (6). TOM filed its Notice of Motion together with a memorandum of law and other supporting documents on April 17, 2013. The parties agreed upon the following schedule, and for good cause shown, it is hereby ORDERED:

1. That Plaintiff's opposition to the Motion to Dismiss together with any supporting documents shall be filed and served no later than May 10, 2013;

2. That Defendant TOM's reply memorandum in support of Motion, together with any supporting documents, shall be filed and served no later than May 24, 2013.

SO ORDERED this 23 day of April, 2013.

Hon. Shira A. Scheindlin
United States District Judge