UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A., Inc., et al.*,
1:04-cv-04973

## ORDER

The defendants jointly moving for summary judgment for lack of evidence pertaining to causation (Northridge Petroleum Marketing, Duke Energy Merchants, Kern Oil & Refining Co., Valero Refining Company-California, Valero Marketing and Supply Company, Tesoro Corporation, Tesoro Refining and Marketing Company, and Coastal Chem, Inc.) have requested permission to file a consolidated reply brief not to exceed 25 pages by Friday, April 26th. Plaintiff City of Fresno does not object to this request. The request is GRANTED.

Dated: April 23, 2013

United States District Judge

4/25/13