UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 MDL 1358 (SAS) |
| This Document Relates To: *City of Fresno v. Chevron U.S.A. Inc., et al.* Case No. 04 Civ. 04973(SAS) | The Honorable Shira A. Scheindlin |

### CERTAIN DEFENDANTS' OBJECTION AND MOTION TO STRIKE EXHIBITS 16 THROUGH 43 ATTACHED TO THE DECLARATION OF TRACEY O'REILLY SUBMITTED WITH PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTIONFOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S NUISANCE CLAIM

Certain Defendants hereby object to and move to strike Exhibits 16 through 43 attached to the Declaration of Tracey L. O'Reilly submitted with Plaintiff's Opposition to the Motion for Partial Summary Judgment on Plaintiff's Nuisance Claim. The O'Reilly Declaration attaches more than *twice* the permitted number of 15 exhibits. *See* Individual Rules and Procedures, Judge Shira A. Scheindlin, IV. Motions, Rule H (limiting each party to 15 exhibits of no more than 15 pages each). The excess exhibits (and others in the first 15 exhibits) are also irrelevant as they pertain to failure to warn allegations regarding MTBE as a product, not nuisance at any particular site. Accordingly, Certain Defendants hereby object to and move to strike Exhibits 16 to 43 to the O'Reilly Declaration.

Dated: April 26, 2013.

Respectfully submitted,

KING & SPALDING LLP[1]

*[signature: Charles C. Correll Jr.]*

_____
Robert E. Meadows
Jeremiah J. Anderson
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (713) 751-3290

Charles C. Correll Jr.
101 Second Street, Suite 2300
San Francisco, California  94105
Tel: (415) 318-1200
Fax: (415) 318-1300

***Attorneys for Defendants
Chevron U.S.A. Inc. and Union Oil
Company of California***

---

[1] The following page contains a list of Defendants who have joined in filing Certain Defendants' Objection and Motion to Strike Exhibits 16 through 43 Attached to the Declaration of Tracey O'Reilly Submitted with Plaintiff's Opposition to Certain Defendants' Partial Motion for Summary Judgment on Plaintiff's Nuisance Claim.

**DEFENDANTS JOINING CERTAIN DEFENDANTS' OBJECTION AND MOTION TO STRIKE EXHIBITS 16 THROUGH 43 ATTACHED TO THE DECLARATION OF TRACEY O'REILLY SUBMITTED WITH PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTIONFOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S NUISANCE CLAIM**

CHEVRON U.S.A. INC

UNION OIL COMPANY OF CALIFORNIA

SHELL OIL COMPANY

TEXACO REFINING AND MARKETING INC.

EQUILON ENTERPRISES LLC

EQUIVA SERVICES LLC

CITGO PETROLEUM CORPORATION

KERN OIL & REFINING CO.

NELLA OIL COMPANY

LYONDELL CHEMICAL COMPANY (FORMERLY KNOWN AS ARCO CHEMICAL COMPANY)

COASTAL CHEM, INC.

TESORO CORPORATION (FORMERLY KNOWN AS TESORO PETROLEUM CORPORATION)

TESORO REFINING AND MARKETING COMPANY (ERRONEOUSLY NAMES AS TESORO REFINING AND MARKETING COMPANY, INC.)

VALERO REFINING COMPANY-CALIFORNIA

VALERO MARKETING AND SUPPLY COMPANY

## Certificate of Service

I hereby certify that on the 26th day of April 2013, a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File& Serve.

_____
Jeremiah J. Anderson