UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No 1358 (SAS)<br>M21-88 |

This Document Relates To:

*City of Merced Redevelopment Agency v. Exxon Mobil Corp., et al.*, 08 Civ. 06306 (SAS)

# PROOF OF SERVICE RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE NUISANCE AND TRESPASS

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in this action and on plaintiffs' and defendants' liaison counsel in MDL 1358 electronically through LexisNexis File & Serve:

(1) **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE NUISANCE AND TRESPASS**

(2) **PLAINTIFF CITY OF MERCED REDEVELOPMENT AGENCY'S 56.1 STATEMENT OF MATERIAL FACTS SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE NUISANCE AND TRESPASS**

(3) **DECLARATION OF DUANE C. MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE NUISANCE AND TRESPASS**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 29, 2013, at Sacramento, California.

_Kathy Herron_
KATHY HERRON