UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88
——————————————————————X

This Document Relates to:

*City of Pomona v. Chevron USA, Inc., et al.*,
Case No. 09 Civ. 3738
——————————————————————X

### PLAINTIFF AND DEFENDANT KERN OIL & REFINING CO.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Plaintiff City of Pomona ("Plaintiff") owns and operates a drinking water system(s) that supplies water to residential users within its service area. Plaintiff alleges that its water supply is impacted and/or threatened by MTBE contamination. Because this matter is not a "focus case", minimal discovery or other work has been conducted in this matter.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Kern Oil & Refining Co. ask the Court to dismiss Plaintiff's MTBE claims against Kern Oil & Refining Co. without prejudice, with each party to bear its own costs. Plaintiff and Kern Oil & Refining Co. agree that this request is reasonable and prejudices neither Plaintiff nor Kern Oil & Refining Co.



4/30/13

DATED: April 29th, 2013

Respectfully submitted,

by: *[signature]*

Scott Summy
Cary McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181

Todd E. Robins
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: 415- 348-8300
Facsimile: 415-348-8333
*Counsel for Plaintiff City of Pomona*

by: *[signature]*
Brian M. Ledger
GORDON & REES, LLP
101 West Broadway, Suite 1600
San Diego, CA 92101-3541
Telephone: 619- 696-6700
Facsimile: 619- 696-7124
*Counsel for Defendant Kern Oil & Refining Co.*

SO ORDERED:

*[signature]*     4/30/13

THE HONORABLE SHIRA A. SCHEINDLIN    DATE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF AND DEFENDANT KERN OIL & REFINING CO.'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2) was served on all counsel of record by posting it directly to LexisNexis File & Serve on April 29th, 2013.

SHELLY PETERSEN