UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00 - 1898
Products Liability Litigation     MDL 1358 (SAS)
    M21-88

-----------------------------------------------------------------X
COMMONWEALTH OF PUERTO RICO and     **[PROPOSED] ORDER ESTABLISHING**
COMMONWEALTH OF PUERTO RICO through     **BRIEFING SCHEDULE FOR THE**
the ENVIRONMENTAL QUALITY BOARD,     **MOTION TO DISMISS OF**
    **DEFENDANTS TRAMMO**
                         Plaintiff,     **PETROLEUM, INC. AND TRAMMO**
    **CARIBBEAN, INC.**

       -against-

    Civil Action
SHELL OIL COMPANY, et al.;     Case No. 07 Civ. 10470 (SAS)

                         Defendants.
-----------------------------------------------------------------X

THE MATTER before the Court is the request by Defendants TRAMMO PETROLEUM, INC. and TRAMMO CARIBBEAN, INC. (collectively the "Trammo Defendants") to establish a briefing schedule for their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6). The Trammo Defendants filed their notice of motion to dismiss, memorandum of law and supporting papers on April 12, 2013. It is hereby:

ORDERED that Plaintiff's opposition memorandum to the Motion, together with any supporting papers, shall be filed and served no later than May 13, 2013; and it is further

ORDERED that the Trammo Defendants' reply memorandum in support of the Motion, if any, together with any supporting papers, shall be filed and served no later than May 29, 2013.

SO ORDERED this ___1___ day of _May_, 2013

Hon. Shira A. Scheindlin
United States District Judge

DATE: 5/1/13