UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document relates to: COMMONWEALTH OF PUERTO RICO and COMMONWEALTH OF PUERTO RICO through the ENVIRONMENTAL QUALITY BOARD, Plaintiff, v. SHELL OIL COMPANY, ET AL., Defendants. | Case No. 07 Civ. 10470 (SAS) |

### [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Defendant, Idemitsu Apollo Corporation and there being no opposition thereto, the pro hac vice admission of the following attorneys to appear on behalf of Defendant, Idemitsu Apollo Corporation in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office.

David N. Lutz, Esq.
Shane V. Bohnen, Esq.
Mary T. Novacheck, Esq.
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55406
david.lutz@bowmanandbrooke.com
shane.bohnen@bowmanandbrooke.com
mary.novacheck@bowmanandbrooke.com

2033604-EA 1

Telephone: (612) 339-8682
Facsimile: (612) 672-3200

Dated: May 6, 2013

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge

2033604-EA 1