UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470 | Civil Action |

# PLAINTIFFS' INDEX OF EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL, S.A.

| | |
|---|---|
| Exhibit 1 | Third Amended Complaint filed in this action on December 3, 2012. |
| Exhibit 2 | Information from the corporate website of TSA uploaded from the internet on May 8, 2013. |
| Exhibit 3 | Relevant portions of the Total S.A. Notice of Combined General Meeting for May 2005. |
| Exhibit 4 | Relevant portions of Total S.A. Form 6-K, Report of Foreign Private Issuer, For the Month of October 2004. |
| Exhibit 5 | Relevant portions of Total S.A. Form 20-F, For the fiscal year ended December 31, 2011. |
| Exhibit 6 | Relevant portions of the Report of Independent Auditors for Total Petroleum Puerto Rico Corp. dated June 9, 2006. |
| Exhibit 7 | Relevant portions of Total Petroleum Puerto Rico Corp. Statement Attached To and Made Part of the 2004 Corporate Annual Report for the period ended December 31, 2004. |
| Exhibit 8 | Relevant portions of the TPPRC Financial Statement for the years ended December 31, 2007 and 2006. |
| Exhibit 9 | Relevant portions of the Report of Independent Auditors for Total Petroleum Puerto Rico Corp. dated September 9, 2009. |
| Exhibit 10 | Documents Bate-stamped TPPRC.SUPPLY_000413, TPPRC.SUPPLY_000456-57; TPPRC.SUPPLY_000460; TPPRC.SUPPLY_000462-63; TPPRC.SUPPLY_000469; and TPPRC.SUPPLY_000480-81. |

| | |
|---|---|
| Exhibit 11 | Documents Bate-stamped TPPRC.SUPPLY_000420-23; and TPPRC.SUPPLY_000451-55. |
| Exhibit 12 | Total Petroleum Puerto Rico Corporation Corporate Disclosure Statement dated November 24, 2008. |
| Exhibit 13 | TPPRC Amended Corporate Disclosure Statement dated October 15, 2012. |
| Exhibit 14 | Letter dated April 17, 2013, from Michael Axline to Elliot Polebaum. |

Dated this 8th day of May, 2013.

Respectfully submitted,

_____
Daniel Boone
Counsel for Plaintiffs