UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

---

This Document Relates To:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470

Civil Action

---

# INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL OUTRE-MER, S.A.

| | |
|---|---|
| Exhibit 1 | Relevant portions of the Third Amended Complaint filed in this action on December 3, 2012. |
| Exhibit 2 | ███████████████████████████ |
| Exhibit 3 | ███████████████████████████ ███████████████████████████ ███████████████████████████ ██████. |
| Exhibit 4 | Letter dated February 16, 2005, from Groundwater & Environmental Services to Total Outre Mer S.A., et al., Bates-stamped TPPRC.GENERAL_000147 – 000148. |
| Exhibit 5 | Persons to Whom Remediation Cost Estimates Are To Be Sent, Bates-stamped TPPRC.EMPL.WFILE_000144. |
| Exhibit 6 | ███████████████████████████ ████████████████████. ████████████ |
| Exhibit 7 | Letters dated August 22, 2012, November 15, 2012, and January 9, 2013, from Michael Axline to Elaine Maldonado. |
| Exhibit 8 | ████████████████████ |
| Exhibit 9 | Relevant excerpts of the opinion of District Judge Besosa, dated September 30, 2011, U.S. District Court for the District of Puerto Rico, in *TPPRC v. Marisely Colon Colon* (Civil No. 08-1629 (FAB). |
| Exhibit 10 | ███████████████████████████ |

1

▮

| | |
|---|---|
| Exhibit 11 | Original Spanish and Certified English translation of the Certified Certificate of Incorporation for Gasolines De Puerto Rico Corporation dated February 23, 2001. |
| Exhibit 12 | Relevant portions of the TPPRC 2004 Financial Statement, and a certified English translation of one page thereof. |
| Exhibit 13 | Relevant portions of the TPPRC 2005 Financial Statement. |
| Exhibit 14 | Letter dated April 5, 2013, to Michael Axline from Elaine Maldonado and a letter dated April 15, 2013, to Elaine Maldonado from Michael Axline. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2013, at Sacramento, California.

_____
DANIEL BOONE