UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 1898<br>MDL 1358 (SAS)<br>M21-88 |
| | Civil Action |
| This Document Relates To:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470 | |

**CERTIFICATE OF SERVICE**

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

(1)     PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL OUTRE-MER, S.A. [redacted]

(2)     DECLARATION OF DANIEL BOONE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL OUTRE-MER, S.A. [redacted]

(3)     PLAINTIFFS' INDEX OF EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL, S.A. [redacted]; and

(4)     PLAINTIFFS' OBJECTIONS TO THE DECLARATION OF CHRISTOPHE JACQUET, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS BY DEFENDANT TOTAL OUTRE-MER, S.A.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on May 10, 2013, at Sacramento, California.

                                                      */s/ Kathy Herron*
                                                      KATHY HERRON