**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No.
1:00 – 1898 (SAS)
MDL 1358
M21-88

This Document Relates To:

*New Jersey Department of Environmental Protection, et al.
v. Atlantic Richfield Co., et al.,* No. 08 CIV 00312  (SAS)

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.,*
No. 07 CIV 10470  (SAS)

---

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS SUNOCO, INC. AND SUNOCO, INC. (R&M)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sunoco, Inc. (R&M) states

that it is a wholly-owned subsidiary company of Sunoco, Inc., which in turn is an indirect

subsidiary of Energy Transfer Equity L.P. ("ETE").  ETE is a publicly traded master limited

partnership, currently listed on the New York Stock Exchange.

Dated: Washington, D.C.
       May 13, 2013

By: _____

    John S. Guttmann (JG 7601)
    Daniel M. Krainin (DK 1128)
    Paula J. Schauwecker (PS 3449)
    BEVERIDGE & DIAMOND, P.C.
    477 Madison Avenue, 15th Floor
    New York, NY 10022
    (212) 702-5400

    Nessa Horewitch Coppinger (*pro hac vice*)
    Patrick R. Jacobi (*pro hac vice*)

BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W. Suite 700
Washington, D.C. 20005
(202) 789-6000

*Attorneys for Defendants Sunoco, Inc.*
*and Sunoco, Inc. (R&M)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Rule 7.1 Corporate

Disclosure Statement of Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) was served upon

counsel for Plaintiffs and to all other counsel of record via LexisNexis File and Serve on the 13th

day of May, 2013.

Patrick R. Jacobi