**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE")** <br> **Products Liability Litigation** | Master File No. 1:00 – 1898 <br> MDL 1358 (SAS): M21-88 |

**This document relates to:**
*ALL CASES*

_____

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Civil Rule 1.4, Exxon Mobil Corporation moves to withdraw the appearance of LAUREN E. HANDEL as counsel of record for the Exxon Mobil Corporation Defendants.  Ms. Handel is no longer associated with McDermott Will & Emery LLP and should be removed from the service list.  McDermott Will and Emery continues to serve as counsel for the Exxon Mobil Corporation Defendants through their attorneys:  Peter John Sacripanti, James A. Pardo, and Stephen J. Riccardulli, and all future correspondence and papers in this action should continue to be directed to them.

Dated: May 15, 2013

Respectfully submitted,

By: _____
Peter J. Sacripanti
James A. Pardo
Stephen J. Riccardulli (SR 7784)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: 212-547-5400
Fax: 212-547-5444

*Attorneys for the Exxon Mobil*
*Corporation Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE")** | Master File No. 1:00 – 1898 |
| **Products Liability Litigation** | MDL 1358 (SAS): M21-88 |
| **This document relates to:** | |
| *ALL CASES* | |

_____

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Lauren E. Handel as counsel of record for the

Exxon Mobil Corporation defendants, pursuant to Local Civil Rule 1.4 of the Local Rules of this

Court, is hereby **GRANTED**.


SO ORDERED


Dated: _____, 2013



_____
Hon. Shira A. Scheindlin
United States District Judge

## CERTIFICATE OF SERVICE

I, Stephen J. Riccardulli, hereby certify that on May 15, 2013, a true copy of the foregoing Motion to Withdraw Counsel and Proposed Order Approving Withdrawal of Counsel was served on all counsel of record by Lexis Nexis File & Serve.

Stephen J. Riccardulli