IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE*: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | Master File No: 1:00-cv-1898 MDL 1358 (SAS) |
| This document relates to: <br><br> Commonwealth of Puerto Rico, *et al.* v. Shell Oil Company, *et al.*, USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

Upon application of counsel, and there being no opposition thereto, the *pro hac vice* admission of the following attorney to appear on behalf of Defendant Total Outre-Mer, S.A. in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office:

Albéniz Couret-Fuentes
Sepulvado & Maldonado, PSC
252 Ponce de León Ave., 19th Floor
San Juan, P.R. 00985
Ph: 787.765.5656
Fax: 787.294.0073
acouret@smlawpr.com

SO ORDERED on this ____ day of _____, 2013.

Shira A. Scheindlin
United States District Judge