UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**
**This document relates to:**
*ALL CASES*

Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

---

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Lauren E. Handel as counsel of record for the Exxon Mobil Corporation defendants, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**.

SO ORDERED

Dated: May 15, 2013

Hon. Shira A. Scheindlin
United States District Judge

## CERTIFICATE OF SERVICE

I, Stephen J. Riccardulli, hereby certify that on May 15, 2013, a true copy of the foregoing Motion to Withdraw Counsel and Proposed Order Approving Withdrawal of Counsel was served on all counsel of record by Lexis Nexis File & Serve.

Stephen J. Riccardulli