UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates To:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470 (SAS)

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

[PROPOSED]
ORDER ESTABLISHING
BRIEFING SCHEDULE FOR
DEFENDANT PEERLESS OIL
& CHEMICALS'
MOTION TO DISMISS

SHIRA A. SCHEINDLIN, U.S.D.J.

THE MATTER before the Court is the parties' request for a briefing schedule for Defendant Peerless Oil & Chemicals, Inc.'s ("Peerless'") Motion to Dismiss the Third Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6). Peerless filed their notice of motion to dismiss, memorandum of law, and supporting documents on April 23, 2013, followed by certified translations of exhibits on May 6, 2013. The parties agree to the following schedule, and it is hereby ORDERED:

(1) that Plaintiff's opposition memorandum to the Motion, together with any supporting papers, shall be filed and served no later than May 28, 2013; and

(2) that Defendant Peerless' reply memorandum in support of the Motion, together with any supporting documents and any certified translations, shall be filed and served no later than June 12, 2013.

*No further extensions will be granted*

SO ORDERED this 23 day of May, 2013:

Shira A. Scheindlin
United States District Judge

## PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT PEERLESS OIL & CHEMICALS' MOTION TO DISMISS**

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on May 21, 2013, at Sacramento, California.

*/s/ Kathy Herron*
KATHY HERRON