UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This relates to:<br><br>Commonwealth of Puerto Rico, *et al.*<br>v. Shell Oil Company, *et al.*, No. 07 Civ. 10470 | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88<br><br>Civil Action |

**DECLARATION OF DANIEL BOONE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS
BY DEFENDANTS PEERLESS OIL & CHEMICALS, INC.**

1

I, Daniel Boone, declare:

1.  I am one of the attorneys in this case for plaintiffs Commonwealth of Puerto Rico and Commonwealth of Puerto Rico through the Environmental Quality Board. I have been involved in the discovery and pretrial proceedings in this action. This Declaration is based on my personal knowledge and, if called as a witness, I could testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the Third Amended Complaint, filed in this action on November 30, 2012.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the certified translation of *Fraguada Bonilla v. Hosp. Auxilio Mutuo,* 186 D.P.R. 365 (P.R. 2012), 2012 WL 3655336, by Juan E. Segarra, USCC/translator. This certified translation was originally filed by Defendant Peerless Oil & Chemicals, Inc. ("Peerless") on May 6, 2013 in Peerless' Motion Submitting Certified English Translation of Spanish Documents. Plaintiffs have added bracketing to guide the Court to portions of the opinion cited in plaintiffs' opposition.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the certified translation of *Otto R. Seda, et al. v. Miranda Hnos. & Co.,* 88 D.P.R. 355 (P.R. 1963), by Daniel Tomlinson, USCC/translator, and the original Spanish version of that opinion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2013, at Sacramento, California.

_____
DANIEL BOONE

## PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**DECLARATION OF DANIEL BOONE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS PEERLESS OIL & CHEMICALS, INC.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 28, 2013, at Sacramento, California.

_____
KATHY HERRON