**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL 1358 (SAS) Master File No. 1:00-1898 (SAS) M21-88 |
| This document pertains to: Commonwealth of Puerto Rico, et. al. v. Shell Oil Col., et al., No. 07-CV-10470 | |

## [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Defendant, Idemitsu Apollo Corporation and there being no opposition thereto, the pro hac vice admission of the following attorneys to appear on behalf of Defendant, Idemitsu Apollo Corporation in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office.

Dustin D. Fossey, Esq.
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55406
dustin.fossey@bowmanandbrooke.com
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

Dated: May ___, 2013

The Honorable Shira A. Scheindlin
United States District Judge

5001887v1