UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 00 Civ. 1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to:<br><br>COMMONWEALTH OF PUERTO RICO and COMMONWEALTH OF PUERTO RICO through the ENVIRONMENTAL QUALITY BOARD,<br>Plaintiffs,<br>- against -<br>SHELL OIL COMPANY et al.,<br>Defendants. | 07 Civ. 10470 (SAS)<br><br>ECF CASE |

### [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Defendant Total S.A., and there being no opposition thereto, the *pro hac vice* admission of the following attorney to appear on behalf of Defendant Total S.A. in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office.



Eugene N. Hansen, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000 (Tel)
(202) 639-7003 (Fax)
eugene.hansen@friedfrank.com

Dated: June 6, 2013

The Honorable Shira A. Scheindlin
U.S.D.J

2

9015027.2