UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, Case No. 07 Civ. 10470 | **ORDER**<br><br>Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

**SHIRA A. SCHEINDLIN, U.S.D.J.**

The Clerk of the Court is directed to replace:

1) the Memorandum of Law in Opposition to Motion to Dismiss (Docket Entry No. 261);

2) the Affidavit of Daniel Boone in Opposition to Motion to Dismiss (Docket Entry No. 262); and

3) the Notice of Index of Evidence in Support of Plaintiffs' Opposition to Motion to Dismiss by Defendants Trammo Petroleum, Inc. and Trammo Caribbean, Inc. Memorandum of Law in Opposition to Motion (Docket Entry No. 263),

which were conditionally under seal, with redacted versions of Docket Entry Nos. 261, 262, and 263 to be supplied by plaintiffs. The Clerk of the Court is further directed to then unseal all three docket entries in their entirety.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
June 14, 2013