UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
          :
IN RE: METHYL TERTIARY BUTYL            :
ETHER ("MTBE") PRODUCTS                 :         **ORDER**
LIABILITY LITIGATION                    :
          :    Master File No. 1:00-1898
-------------------------------------------------------  :    MDL 1358 (SAS)
          :    M21-88
**This document relates to:**              :
          :
*Commonwealth of Puerto Rico et al. v. Shell* :
*Oil Company, et al.*, 07 Civ. 10470    :
          :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Peerless Oil and Chemicals, Inc. ("Peerless") and Total Outre Mer, S.A ("TOM") have filed motions seeking leave to submit certified translations of certain documents (the "Translation Motions") in connection with their currently pending motions to dismiss.[1] The motions are granted.

      It is hereby ordered that, going forward, a party shall be permitted to submit English translations of Spanish-language documents offered in connection with the briefing of a motion within a reasonable time of the entry of the Spanish-language document, so long as opposing counsel stipulates and agrees to the delay.

---

[1] The Translation Motions are: (1) 4/22/13 Peerless' Motion for Authorization to Substitute Exhibits with Certified Translation and Spanish Case in English, Doc. No 236; (2) 5/6/13 Peerless Motion Submitting Certified English Translation of Spanish Documents, Doc. No. 248; (3) 5/24/13 TOM Motion for Leave to File Spanish Language Documents, Doc. No. 275; and (4) 5/30/13 TOM Motion to Submit Certified English Translation, Doc. No. 281.

The Clerk of the Court is directed to close the Translation Motions (Doc. Nos. 236, 248, 275, 281).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 14, 2013