UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| Commonwealth of Puerto Rico, et al.<br><br>v.<br><br>Shell Oil Company, et al. | Case No. 07-Civ.-10470 (SAS) |

6/24/13

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Through letter sent to Chambers on April 4, 2013, attorney James B. Harris requested admission *Pro Hac Vice* to appear for all purposes as counsel for Petrobras America Inc. According to the letter, Mr. Harris consulted with the adversaries and no opposition to his request was put forth.

There being no expressed opposition, the request of James B. Harris to practice *Pro Hac Vice* in the captioned case is granted.

Mr. Harris has declared that he is a member in good standing of the bar of Texas and various federal courts and that his contact information is as follows:

James B. Harris
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1102
Fax:    (214) 880-3247
E-mail: james.harris@tklaw.com

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE – Page 1

It is Hereby Ordered that James B. Harris is admitted to practice *Pro Hac Vice* in the above captioned case in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

DATED: the 20 day of ~~April~~ June, 2013.

United States District Court Judge

506560 000036 6807843.1

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE – Page 2