UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| Commonwealth of Puerto Rico; et. al. Plaintiff v. Shell Oil Company; et al. Defendants | Case No. 07-Civ.-10470 (SAS)  |

# Order for Admission Pro Hac Vice

Through letter sent to Chambers on June 21, 2013, attorney Amanda Collazo-Maguire requested admission *Pro Hac Vice* to appear for all purposes as counsel for Peerless Oil & Chemicals, Inc. According to the letter, the attorney consulted with her adversaries and no opposition to her intent was put forth.

There being no expressed opposition, the request made by attorney Amanda Collazo-Maguire to practice *Pro Hac Vice* in the case of caption is granted.

Ms. Collazo-Maguire has declared that she is a member in good standing of the bar of the Commonwealth of Puerto Rico and that her contact information is as follows:

Amanda Collazo-Maguire
acollazo@sbsmnlaw.com
P.O. Box 364428
San Juan, Puerto Rico 00936
Tel.: 787-756-7880
Fax: 787-753-6580

**It is Hereby Ordered** that Amanda Collazo-Maguire is admitted to practice *Pro Hac Vice* in the above caption case in the United District Court for the Souther District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/25/13

_____
United States District Judge