UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>*Mayor and City Council of Berlin et al v. 7-Eleven, Inc. et al.*, Case No. 1:11-cv-04072-SAS<br><br>and<br><br>*Coraopolis Water And Sewer Authority v. Ashland, Inc. et al.*, Case No. 1:10-cv-07874-SAS | |

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs City of Aberdeen, Maryland; Mayor and Council of Berlin, Maryland; Town of Chestertown, Maryland; City of Salisbury, Maryland; Commissioners of Sharptown, Maryland; City of Taneytown, Maryland; County Commissioners of Worcester County, Maryland; and Coraopolis Water & Sewer Authority, Pennsylvania (the "Settling Plaintiffs") and defendant Gulf Oil Limited Partnership (the "Settling Defendant") (collectively "the Parties"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendant in the above referenced actions. The Parties agree to this dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Plaintiff reserves all other rights as against all other defendants.

**Defendant Gulf Oil Limited Partnership remains a party to another matter pending in this MDL.**

DATED: June 25, 2013

*signature*

Carla M. Burke
Cary McDougal
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs*

DATED: June 21, 2013

*signature*

Chad W. Higgins
GOODWIN PROCTER LLP
Exchange Place
53 State St
Boston, MA 02109
Telephone: (212) 459-7413
Facsimile: (212) 355-3333

*Attorneys for Defendant Gulf Oil Limited Partnership*

SO ORDERED:

*signature*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: 6/27/13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST GULF OIL LIMITED PARTNERSHIP was served on all counsel of record by posting it directly to LexisNexis File & Serve on June 25th, 2013.

*Shelly Petersen*
SHELLY PETERSEN