UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

IN RE: METHYL TERTIARY BUTYL         :
ETHER ("MTBE") PRODUCTS              :   Master File No. 1:00-1898
LIABILITY LITIGATION                 :   MDL 1358 (SAS)
                                     :   M21-88
                                     :
-------------------------------------:
This document relates to:            :
                                     :
*City of Fresno v. Chevron U.S.A., Inc., et*  :
*al.*, 04 Civ. 04973 (SAS)           :
                                     :
------------------------------------------------------X

### [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANT LYONDELL CHEMICAL COMPANY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Procedures, **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to Defendant Lyondell Chemical Company's Motion for Good Faith Settlement Determination filed on June 28, 2013 in *City of Fresno v. Chevron U.S.A., Inc.*, Case No. 04 Civ. 04973:

July 12, 2013   Deadline for any opposition brief

July 19, 2013   Deadline for reply briefs (if necessary)

SO ORDERED

Shira A. Scheindlin

Dated: New York, New York
           July 2, 2013

## CERTIFICATE OF SERVICE

I, John J. DiChello, hereby declare under perjury of law that a true and correct copy of the [Proposed] Order regarding Briefing on Defendant Lyondell Chemical Company's Motion for Good Faith Settlement Determination was served this 28th day of June, 2013, upon all counsel via Lexis-Nexis File and Serve.

_____
JOHN J. DICHELLO