# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

July 3, 2013

7/10/13

**VIA FEDERAL EXPRESS**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, Master File No. 1:00-cv-1898, MDL 1358 (SAS): M21-88*

Dear Judge Scheindlin:

I write on behalf of and with the consent of my former colleague, Ms. Keena M. Hausmann, who previously appeared and represented Phillips 66 (formerly identified in this litigation as ConocoPhillips Company). Following Ms. Hausmann's recent departure from Latham & Watkins LLP, John J. Lyons, Alan E. Kraus, and I will continue to act as counsel for Phillips 66. As Latham & Watkins LLP will continue to represent Phillips 66, Ms. Hausmann's withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including Phillips 66). In light of the foregoing, I respectfully request that the Court remove Ms. Hausmann as counsel for Phillips 66, and that the official court docket be amended to reflect this change.

Thank you for your attention to this request.

Respectfully submitted,

*/s/ Matthew D. Thurlow*

Matthew D. Thurlow

cc:   All Counsel of Record via LexisNexis File & Serve

*The clerk of the Court is directed to remove Keena Hausmann's name as counsel for Phillips 66 on the docket.*

*So Ordered*

7/8/13

*Shira A. Scheindlin*
USDJ