UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :   **ORDER**
LIABILITY LITIGATION                                    :
                                                        :
------------------------------------------------------- :   Master File No. 1:00-1898
                                                        :   MDL 1358 (SAS)
**This document relates to:**                           :   M21-88
                                                        :
*Commonwealth of Puerto Rico v. Shell Oil*              :
*Co. et al.*, 07 Civ. 10470                             :
                                                        :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The July 10, 2013 Opinion and Order[1] incorrectly attributed statements that were made by William Jackson, Esq. at a June 11, 2013 Conference to Daniel Boone, Esq., another attorney for the Plaintiffs. Under Federal Rule of Civil Procedure 60(a), I am issuing an Amended Opinion and Order to correct this error. The Clerk is directed to docket this Order and the Amended Opinion and Order.

---

[1] Doc. No. 301.

-1-

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 17, 2013

## -Appearances-

**Counsel for Commonwealth**

Michael Axline, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, California 95825
Tel: (916) 488-6688

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
Tel: (212) 558-5500

**Counsel for Defendant Sunoco, Inc. (on Brief)**

Daniel M. Krainin, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, New York 10022
Tel: (212) 702-5417

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5583