UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Order Relates To:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al.*,
Case No. 07-CV-10470-SAS

ORDER

MDL NO. 1358
C.A. No. 1:00-1898 (SAS)
M21-88

HON. SHIRA SCHEINDLIN

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The Court has considered the unopposed request of Defendants, Vitol, S.A., and Vitol, Inc., to admit *pro hac vice* Attorney Andrés W. López to represent Vitol, S.A. and Vitol, Inc. in the above-captioned matter and the request is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Attorney Andrés W. López of *The Law Offices of Andrés W. López, P.S.C.*, P.O. Box 13909, San Juan, PR 00908; Ph: 787.294.9508, is admitted to practice before this Court *pro hac vice* on behalf of the above-named defendants in the above-captioned matter upon the deposit of the required fee to the Clerk of this Court.

Dated: July 15, 2013

The Honorable Shira A. Scheindlin
United States District Judge

7/17/13