UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)

---

This document pertains to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 07 Civ. 10470

---

**SHIRA A. SCHEINDLIN, U.S.D.J.**

## ORDER GRANTING PRO HAC VICE ADMISSION

The court has considered the unopposed request of Plaintiffs The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board for *pro hac vice* admission of Justin J. Arenas and the request is hereby **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Justin J. Arenas is admitted to practice before this Court *pro hac vice* on behalf of the above named Plaintiffs in this civil action upon the deposit of the required $200.00 fee per applicant ($200.00 total) to the Clerk of this Court.

Justin J. Arenas
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, St. Croix, USVI 00820
Telephone: (340) 773-6142
Facsimile: (340) 773-3944
jarenas@lojkd.com

SO ORDERED:

Dated: July 22, 2013

HON. SHIRA A. SCHEINDLIN,
United States District Judge

7/23/13