| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Master File No. 1:00-1898<br>MDL 1358 (SAS) |

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document pertains to:
*COMMONWEALTH OF PUERTO RICO
V. SHELL OIL CO., ET AL.*
Case No. 07-CV-10470

## ORDER

The Court has considered the unopposed request of defendants Chevron Phillips Chemical Puerto Rico Core, LLC and ConocoPhillips Company to admit *pro hac vice* Jessica Farley, of Fulbright & Jaworski, LLP, and there being no opposition thereto, the *pro hac* admission of the attorney listed below is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office:

>Jessica Farley
>Fulbright & Jaworski LLP
>1301 McKinney, Suite 5100
>Houston, Texas 77010-3095
>(713) 651-8487
>(713) 651-5246 Fax
>Jessica.farley@nortonrosefulbright.com

Dated: Jul 24 2013

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

81437400.1