

Texas
New York
Washington, DC
Connecticut
Seattle
Dubai
London

M. Coy Connelly
Partner

713.221.1335 Office
800.404.3970 Fax

Coy.Connelly@bgllp.com

Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas
77002-2770

August 16, 2013

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

   Re: *In re: MTBE Products Liability Litigation*, **No. 1:00-1898, MDL 1358**
      *City of Fresno v. Chevron U.S.A., Inc., et al.*, **04 Civ. 4973**

Dear Judge Scheindlin:

  Defendants Ultramar Inc., Valero Refining Company-California, and Valero Marketing and Supply Company (collectively, "Ultramar Defendants") and Plaintiff City of Fresno ("Plaintiff") have entered into a settlement in the above-referenced matter. Pursuant to California Code of Civil Procedure sections 877 and 877.6, Ultramar Defendants filed their Motion for Good Faith Settlement Determination (the "Motion") with the Court today.

  While Ultramar Defendants do not anticipate any opposition to the Motion, Ultramar Defendants and Plaintiff respectfully request that the Court enter the following briefing schedule pursuant to Rule IV.D of Your Honor's Individual Rules and Procedures:

  August 16, 2013 – Motion filed

  August 30, 2013 – Deadline for any opposition brief

  September 6, 2013 – Deadline for any reply briefs (if necessary)

Enclosed is a proposed order setting forth the above briefing schedule.

Thank you for your attention to this matter.

#4353673.1



The Honorable Shira A. Scheindlin
August 16, 2013
Page 2

                                Respectfully submitted,

                                Bracewell & Giuliani LLP

                                M. Coy Connelly

Enclosure

cc:    All Counsel (via LexisNexis File and Serve)

#4353673.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File C.A. No. 1:00-1898 (SAS) MDL 1358 |
| **This Document Relates To:** | |
| *City of Fresno v. Chevron U.S.A., Inc., et al.,* Case No. 04-cv-04973 | |

### [PROPOSED] ORDER REGARDING BRIEFING ON ULTRAMAR DEFENDANTS' MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Proecudres, **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to Ultramar Defendants' Motion for Good Faith Settlement Determination filed August 16, 2013 in *City of Fresno v. Chevron U.S.A., Inc.,* Case No. 04 Civ. 04973:

August 30, 2013 – Deadline for any opposition brief

September 6, 2013 – Deadline for any reply briefs (if necessary)

**SO ORDERED**

_____
Shira A. Scheindlin

Dated: New York, New York
           _____, 2013

#4353673.1

## CERTIFICATE OF SERVICE

I, M. Coy Connelly, hereby declare under penalty of perjury that a true and correct copy of the [Proposed] Order regarding Briefing on Ultramar Defendants' Motion for Good Faith Settlement Determination was served this 16th day of August, 2013, upon all counsel via LexisNexis File and Serve.

/s/ M. Coy Connelly
M. Coy Connelly

#4353673.1