UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE")          **Master File No. 1:00-1898**
Products Liability Litigation                        **MDL No. 1358 (SAS)**
                                                     **M21-88**

This Document Relates To:
*New Jersey Department of Environmental*
*Protection, et al., v. Atlantic Richfield Co., et al.,*
NO. 08 CIV. 00312 (SAS)
------------------------------------------------------------X

### [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, AJUDGED, and DECREED** that all claims asserted by

Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New

Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill

Compensation Fund  against Defendants Chevron Corporation and Chevron U.S.A. Inc. at the

Baker's Waldwick Gulf Station (#121359, Waldwick Borough, Bergen County, New Jersey) are

dismissed with prejudice.

It is further **ORDERED, AJUDGED, and DECREED** that the parties shall bear and pay

their own costs, expenses, and attorney's fees heretofore incurred or to be incurred in connection

with this dismissal.

SO ORDERED:

8/20/13

_____
THE HONORABLE SHIRA A. SCHEINDLIN