UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                      :

IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS       :         **ORDER**
LIABILITY LITIGATION            :
-------------------------------------------------- :    **Master File No. 1:00-1898**
                                        :    **MDL 1358 (SAS)**
**This document relates to:**    :    **M21-88**
                                          :

*New Jersey Department of Environmental*  :
*Protection, et al. v. Atlantic Richfield Co., et*  :
*al.,* No. 08 Civ. 312 (SAS)         :
                                         X

-------------------------------------------------

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The briefing schedule and page limits for the summary judgment

motions discussed at the August 19 Conference are set below.

| Motion | Opening Brief (Page Limit) | Opposition Brief (Page Limit) | Reply Brief (Page Limit) |
|---|---|---|---|
| *Ratification* | 10/1/2013 (25) | 11/1/2013 (25) | 11/15/2013 (10) |
| *Nuisance And Trespass* | 10/1/2013 (25) | 11/1/2013 (25) | 11/15/2013 (10) |
| *Chevron Defendants' Motion re: Prior Settlement* | 10/1/2013 (5) | 11/1/2013 (5) | 11/15/2013 (2) |
| *Shell Defendants' Motion re: Ridgewood Site* | 10/1/2013 (15) | 11/1/2013 (15) | 11/15/2013 (5) |

The following four motions are to be consolidated into one motion (and set of briefs): (1) Chevron/Kewanee Motion on Certain Trial Sites; (2) Getty Properties Corp.'s Motion on HP Delta Trial Site; (3) BP Defendants' Motion for Summary Judgment; and (4) Exxon Mobil's Motion on APCO Trial Site.  The opening brief for this consolidated motion is due October 15, 2013 and not to exceed fifty pages; the opposition brief is due November 30, 2013, and not to exceed fifty pages; the reply brief is due December 15, 2013, and not to exceed twenty pages.

The three proposed motions of third-party plaintiff/defendants pertaining to the H.P. Delta Trial Site are stayed pending the resolution of Getty Properties' motion pertaining to that Site.

SO ORDERED:

_____

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              August 22, 2013