UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 07 Civ. 10470

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

8/23/13

## ORDER GRANTING PRO HAC VICE ADMISSION

The Court has considered the unopposed request of Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and Conoco Phillips Company for *pro hac vice* admission of Isabel C. Frau-Nicole and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Isabel C. Frau-Nicole is admitted to practice before this Court *pro hac vice* on behalf of the named Defendants in this civil action upon the deposit of the required $200.00 fee per applicant ($200.00 total) to the Clerk of this Court.

Isabel C. Frau-Nicole
**PIETRANTONI MENDEZ & ALVAREZ LLP**
Popular Center, 19th Floor
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax. (787) 274-1470
ifrau@pmalaw.com

SO ORDERED:

Dated: Aug. 22, 2013

HON. SHIRA A. SCHEINDLIN,
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE) PRODUCTS LIABILITY
LITIGATION

This document relates to:

Commonwealth of Puerto Rico, et al. v. Shell Oil
Co., et al., No. 07 Civ. 10470

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Isabel C. Frau-Nicole, Esq., hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Defendants Chevron Phillips Chemical Puerto Rico Core, Inc. and Conoco Phillips Company, in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Puerto Rico (see attached Certificates of Good Standing issued by the Supreme Court of Puerto Rico and the United States District Court of Puerto Rico) and the United States District Court of Puerto Rico and there are no pending disciplinary proceedings against me in any state or federal court.

RESPECTFULLY SUBMITTED.

This 22nd day of August, 2013.

I hereby certify that today I notified the following counsel of record a true and correct copy of the foregoing document: **Hon. Guillermo Somoza Colombani**, Secretary of Justice, Commonwealth of Puerto Rico PO Box 9020192, San Juan PR 00902-0192; **Aaron R. Dias, Esq.**, Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A, Mount Pleasant, SC 29464; **David T. Ritter, Esq.**, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219; **Duane C. Miller, Esq.**, Miller, Axline & Sawyer, 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825; **John K. Dema, Esq.**, Law Offices of John K. Dema, P.C., 1236 Strand Street, Suite 103, Christiansted, VI 00820; **Michael D. Axline,**

Motion for Admission Pro Hac Vice

Esq., Miller, Axline & Sawyer, 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825; **Orlando H. Martinez-Echeverria, Esq.**, Orlando H. Martinez Law Offices, Centro De Seguros, Suite 413, 701 Ponce De Leon Avenue, San Juan, PR 00907; **Thomas P. Gressette, Esq.**, Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A Mount Pleasant, SC 29464; **Alec C. Zacaroli, Esq.**, Wallace King Domike & Reiskin, PLLC, 2900 K Street, N.W., Harbourside, Suite 500, Washington, DC 20007; **Alejandro J. Cepeda-Diaz, Esq.**, McConnell Valdes LLC, P.O. Box 364225, San Juan, PR 00936-4225; **Alejandro J. Diaz, Esq.**, PAUL HASTINGS, 1055 Washington Blvd., 9th floor Stamford, CT 06901; **Jan C. Rodriguez-Munoz, Esq.**, McConnell Valdes LLC, P.O. Box 364225, San Juan, PR 00936-4225; **Juan A. Marques-Diaz, Esq.**, McConnell Valdes LLC, P.O. Box 364225, San Juan, PR 00936-4225; **Peter John Sacripanti, Esq.**, McDermott, Will & Emery, LLP (NY), 340 Madison Avenue, New York, NY 10017; **Samuel D. Davis, Esq.**, King & Spalding LLP (TX), 1100 Louisiana, Houston, TX 77002; **Daniel A. Eisenberg, Esq.**, Beveridge & Diamond, P.C. (DC), 1350 I Street, N.W., Suite 700, Washington, DC 20005; **Nathan Philip Eimer, Esq.**, Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Il 60603; **Elaine M. Maldonado-Matias, Esq.**, Sepulvado & Associates, PSC, Citibank Tower, 252 Ponce de Leon Avenue, Suite 1202, San Juan, PR 00918; **Jorge A. Galiber, Esq.**, Sepulvado & Associates, PSC, Citibank Tower, 252 Ponce de Leon Avenue, Suite 1202 San Juan, PR 00918, **Steven Lawerence Leifer, Esq.**, Baker Botts LLP (DC), 1299 Pennsylvania Avenue, N.W., Washington, DC 20004;

PIETRANTONI MENDEZ & ALVAREZ LLP
Popular Center, 19th Floor
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax. (787) 274-1470

*[signature]*

<u>ISABEL C. FRAU-NICOLE</u>
USDC No. 231409
ifrau@pmalaw.com

2

AO 136 (Rev.9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT
For The District Of Puerto Rico

## CERTIFICATE OF GOOD STANDING

I, __**Frances Rios de Moran, Esq.**__, Clerk of this Court,

certify that __**Isabel C. Frau Nicole**__ Bar number __231409__,

was duly admitted to practice in this Court on __**July 16, 2013**__

and is in good standing as a member of the Bar of this Court.

Dated at _____San Juan_____, on ___August 15, 2013___
           City                                    Date

_Frances Rios de Moran_
  Clerk of The Court

                                    Jose L. Arroyo
                                    Deputy Clerk

# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

# Certificate

This is to certify that on 7th day of March, 2012

# Isabel C. Frau-Nicole

was admitted by this Supreme Court to practice as an attorney at law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that Ms. Frau-Nicole is in Good Standing on the Roll of Attorneys of this Court.

In Witness Whereof, Issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 15th day of August 2013.

_____
Assistant Clerk
Supreme Court of Puerto Rico



7611213 $1.00



| 8/22/2013 | CLERK OF THE COURT SOUTHE | | | $200.00 |
|---|---|---|---|---|
| 08-19-2013 | PRO HAC VICE FILING FEE | DRA 08/19/13 | 200.00 | 200.00 |

Total: $200.00

---

**PIETRANTONI MENDEZ & ALVAREZ LLC**
POPULAR CENTER, 19TH FLOOR
208 PONCE DE LEON AVE
SAN JUAN, PR 00918

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO
Hato Rey
Hato Rey, Puerto Rico
101-201-215
Void After One Year

59305

DATE 8/22/2013        AMOUNT $200.00

Two Hundred and No/100 Dollars----------

PAY TO THE ORDER OF: CLERK OF THE COURT SOUTHERN DISTRICT OF NEW YORK

AUTHORIZED SIGNATURE

⑈059305⑈ ⑆021502011⑆ 030⑈134315⑈

---

**PIETRANTONI MENDEZ & ALVAREZ LLC**           59305

| 9013 | CLERK OF THE COURT SOUTHERN D | 8/22/2013 | $200.00 |
|---|---|---|---|
| G/L Acct. | Matter I.D. | Inv.No. | Inv.Date | Amount |
| 1024-0000 | 46-0422 | DRA 08/19/13 | 08-19-2013 | 200.00 |

PRODUCT SSUM150   USE WITH 91500 ENVELOPE                    PRINTED IN U.S.A.

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★**

COLOR INSIDE THIS
LOCK AREA

SHOULD BE WHITE

RS-EG

 The security features listed below, as well as those
not listed, exceed industry guidelines.

**Security Features:**

| Feature | Description |
|---|---|
| Hologram | Multi-dimensional foil seal fused to check stock. Cannot be photocopied. |
| Heat Sensitive Ink | Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear. |
| True Watermark | Hold check to a light source to view. Cannot be photocopied. |
| Visible Fibers | Visible fibers embedded in the paper. |
| Invisible Fibers | Fibers in paper visible under ultraviolet light. |
| Check Background Pattern | Unique, colored background design discourages cut-and-paste alterations. |
| Chemically Sensitive Paper | Stains or spots may appear if chemical alterations attempts are made. |
| Microprinting | MP Small type in check border appears as dotted line when copied. |
| High Resolution Warning Band | Text alerts handler to security features. |
| Toner Adhesion Properties | Chemistry in paper bonds toner to paper fibers with heat. Damage is visible with alteration attempts. |
| Chemical Wash Detection Area | Any stains or discoloration in this area may indicate alteration attempt. |
| Original Document Back Pattern | Discourages cut-and-paste alterations. |

© Padlock design is a certification mark of the Check Payment Systems Association
★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC