UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |

This Document Relates To:
*New Jersey Department of Environmental Protection, et al., v. Atlantic Richfield Co., et al.,*
NO. 08 CIV. 00312 (SAS)
----------------------------------------------------------X

### [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY ORDERED, AJUDGED, and DECREED that all claims asserted by Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") against Defendants Chevron Corporation and Kewanee Industries, Inc. (collectively, "Defendants") are dismissed with prejudice.

It is further **ORDERED, AJUDGED, and DECREED** that the parties shall bear and pay their own costs, expenses, and attorney's fees heretofore incurred or to be incurred in connection with this dismissal.

SO ORDERED:

8/27/13

_____
THE HONORABLE SHIRA A. SCHEINDLIN

DMSLIBRARY01:21413744.1