# EXHIBIT B

## Chang, Haeji

| | |
|---|---|
| **From:** | HammerL@gtlaw.com |
| **Sent:** | Tuesday, August 27, 2013 5:07 PM |
| **To:** | LZK@NJLAWFIRM.COM |
| **Cc:** | ellisond@gtlaw.com; Gerson, Lisa |
| **Subject:** | RE: NJ MTBE - Letter re Barth Deposition |
| **Attachments:** | 2013.06.03 Ltr from Lawrence-Hammer to Kuafmann re Barth Expert Depositi....pdf; image001.jpg |

Lenny,
Please review the attached letter and email string below. I still haven't received a response to my question from 6/20, and almost all the issues raised in my 6/3 letter have not been addressed. It has been almost 3 months. If the requested documents are not produced in advance of the 9/10 status conference, we plan to raise this issue with the Court. I look forward to hearing from you.

-Lesley


**From:** Lawrence- Hammer, Lesley (Assoc-DC-LT)
**Sent:** Monday, July 29, 2013 9:43 AM
**To:** 'Leonard Z. Kaufmann'
**Cc:** Ellison, Dawn (OfCnsl-DC-LT); 'Gerson, Lisa'
**Subject:** RE: NJ MTBE - Letter re Barth Deposition

Lenny,
Please review the email string below and attached correspondence. Defendants still await your response. It has been almost two months. Please advise when these materials will be produced.

-Lesley


**From:** Lawrence- Hammer, Lesley (Assoc-DC-LT)
**Sent:** Monday, July 08, 2013 10:34 AM
**To:** 'Leonard Z. Kaufmann'
**Cc:** Ellison, Dawn (OfCnsl-DC-LT); 'Gerson, Lisa'
**Subject:** RE: NJ MTBE - Letter re Barth Deposition

Lenny,
I have not received a response to my email below, and the vast majority of items outlined in my letter from over a month ago (attached) remain outstanding. Please advise when these materials will be produced. Thank you.

-Lesley


**From:** Lawrence- Hammer, Lesley (Assoc-DC-LT)
**Sent:** Thursday, June 20, 2013 11:31 AM
**To:** 'Leonard Z. Kaufmann'
**Cc:** Ellison, Dawn (OfCnsl-DC-LT)
**Subject:** RE: NJ MTBE - Letter re Barth Deposition

Thank you, Lenny. Could you please explain how the capital budget file and the Department's capital request fit into the materials I requested in my 6/3/2013 letter? The connection is not clear to me. Thank you.

-Lesley

1

**From:** Leonard Z. Kaufmann [mailto:LZK@NJLAWFIRM.COM]
**Sent:** Wednesday, June 19, 2013 5:13 PM
**To:** Lawrence- Hammer, Lesley (Assoc-DC-LT)
**Cc:** Ellison, Dawn (OfCnsl-DC-LT)
**Subject:** RE: NJ MTBE - Letter re Barth Deposition

Lesley –
In partial response to your request, please find attached the capital budget file provided to the Commission on Capital Budgeting and Planning.

Please also find below a link to the Commissioner's testimony before the Senate Budget and Appropriations Committee for the Governor's proposed Fiscal Year 2014 Budget.

http://www.njleg.state.nj.us/legislativepub/budget_2014/DEP_Martin_testimony_SBA.pdf

The Department's capital request that is submitted to the Commission on Capital Budgeting and Planning is incorporated into the State's request and can be found on the following link beginning on page 4.

http://www.state.nj.us/treasury/omb/publications/14capital/pdf/COMM16.pdf

**From:** hammerl@gtlaw.com [mailto:hammerl@gtlaw.com]
**Sent:** Monday, June 17, 2013 5:51 PM
**To:** Leonard Z. Kaufmann
**Cc:** ellisond@gtlaw.com
**Subject:** FW: NJ MTBE - Letter re Barth Deposition

Lenny,
I have not received a response from Plaintiffs regarding the attached letter, sent two weeks ago. Please respond as soon as possible.

Regards,

-Lesley

**From:** Lawrence- Hammer, Lesley (Assoc-DC-LT)
**Sent:** Monday, June 03, 2013 5:28 PM
**To:** 'Leonard Z. Kaufmann'
**Cc:** Ellison, Dawn (OfCnsl-DC-LT)
**Subject:** NJ MTBE - Letter re Barth Deposition

Lenny,
Please find attached correspondence served today via LNFS. Thank you.

Lesley Lawrence-Hammer
Associate
Greenberg Traurig, LLP
2101 L Street N.W., Suite 1000 | Washington, D.C. 20037
Tel (202) 331-3161 | Fax 202.315.3814
hammerl@gtlaw.com | www.gtlaw.com

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

NOTICE: This e-mail communication (including any attachment) from Cohn Lifland Pearlman Herrmann & Knopf LLP may contain personal or confidential information which is protected from disclosure by the attorney-client privilege or other privilege or legal doctrine. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error and that your review, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this e-mail communication in error, please delete it and immediately notify Cohn Lifland Pearlman Herrmann & Knopf LLP by return e-mail or by telephone at 201-845-9600. Thank you.