# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER M.T.B.E PRODUCTS LIABILITY LITIGATION *MASTER FILE NO.: 1:00-1898
*MDL 1358 (SAS)
*M21-88
*

**********************************
COMMONWEALTH OF PUERTO RICO, ET AL. *CIVIL NO. 07-10470

PLAINTIFFS

JURY TRIAL DEMANDED

VS.

SHELL OIL CO. ET AL.

DEFENDANTS
**********************************

**TAKING OF THE DEPOSITION OF JOSEPHINE ACEVEDO ESQUILÍN**

DATE : MAY 29, 2013

TIME : 9:50 A.M. - 3:24 P.M.

OFFICE : DEPARTMENT OF NATURAL RESOURCES
8838 STREET. K.M. 6.3, SECTOR EL CINCO
SAN JUAN, P.R.

HELD BY : PIETRANTONI, MENDEZ & ÁLVAREZ
ATT: MR. DIEGO MURGIA
POPULAR CENTER, 19TH FLOOR
208 PONCE DE LEON AVE.
SAN JUAN, P.R. 00918
TEL. 787-274-1212

---

# BONARD

**COURT REPORTERS**
**URB. FAIRVIEW, STREET 1, #B-13**
**SAN JUAN, PUERTO RICO, 00926**
**TEL. 787-755-5349**

Q What have you done to prepare for your testimony today?

A I have met with counsel for, for the, Puerto Rico.

Q What else?

A I have spoken with other colleagues who have done depositions before.

Q Have you reviewed any documents to prepare for your testimony today?

A What the attorneys have submitted.

Q What documents have you reviewed to prepare?

A The subpoena for the deposition.

Q Are you referring to the notice of the deposition, the, the copy which I'm handing you?

A Yes.

Q When did you first see that?

A About...

MR. WILLIAM PETIT:

Objection to form. It's been revised a couple of times. You may answer.

DEPONENT:

About a month ago. About a month or a month and a half ago. Yes.

**BY MR. STEPHEN DILLARD, ESQ.:**

Q And you've not brought any documents here with

you today. Is that correct?

A No.

Q I'm going to show you what's been marked as Exhibit one (1) to your deposition. Have you seen this before?

A No.

Q The title of it is *Documents Used To Prepare Josephine Acevedo*. You see that?

A Yes.

Q Have you reviewed those documents to prepare for your testimony today?

A No.

Q No. Ms. Acevedo, at some time in the past, were you asked to preserve any documents in connection with the lawsuit that has been filed by the Commonwealth that we are here about today?

A Yes.

Q When?

A In February.

Q February of 2013?

A Yes.

Q What were you asked to preserve in February of 2013?

A All documents related to Chevron Phillips.

Q And did you provide all of the documents you

had that related to Chevron Phillips?

A Yes.

Q You provided that to counsel for the Commonwealth?

A I gave them to Ms. Diana Fontanes.

Q Is she an attorney with E.Q.B.?

A No, she is retained by counsel for the Commonwealtn.

Q I see. Before February 2013 you have not been asked to preserve any documents?

A Yes.

Q Yes, you had not been?

A Yes, I had been asked.

Q Had been asked. When were you first asked to preserve documents in relation to this lawsuit?

A In February of 2013.

Q All right. What was it you were asked to preserve before February of 2013?

A All of the documents related to what I was handling.

Q But that was not in relation to the lawsuit. Is that what you're saying?

A True.

Q Which of your colleagues did you talk to about a deposition?

A Wanda García and Roberto Ayala.

Q You said Roberto Ayala.

INTERPRETER:

Ayala.

DEPONENT:

Yes.

**BY MR. STEPHEN DILLARD, ESQ.:**

Q And why did you contact them or seek them out?

A Because I was told that they had had a deposition.

Q In February of 2013, when you were asked to preserve documents, were you also asked to preserve your e-mails at that time?

A No.

Q Has anyone ever asked you to preserve your e-mails that might relate to this litigation brought by the Commonwealth?

A No.

Q When you were asked to preserve documents in February of 2013, did that include electronically stored documents, as well as hard copy paper documents?

A No.

Q Just hard copy documents. Is that what you're saying?

A Yes.

Q Do you have any electronically stored documents that related to the Core facility or the litigation brought by the Commonwealth over M.T.B.E. contamination?

A Yes.

Q But you've not been asked to provide those. Correct?

A No.

Q No, you have not been asked to provide those.

A No, it is not correct.

Q All right. So you have been asked to provide electronically stored documents relating to either the Core facility or the M.T.B.E. litigation.

A Yes.

Q And have you provided those?

A Yes.

Q Do you have e-mails that relate either to the Core site or the M.T.B.E. litigation?

INTERPRETER:

"Le pregunto si usted tiene correos electrónicos que estén relacionados, o con el sitio del cuerpo o el litigio de M.T.B.E.".

DEPONENT:

Could you repeat the question?

MR. WILLIAM PETIT:

I think there's a translation issue here. "Core"