# **EXHIBIT H**

Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., 07 Civ. 10470
ESI INDEX FOR PLAINTIFFS' AUGUST 9, 2013 PRODUCTION

| Bates Begin | Bates End | Fantauzzi, Osvaldo | Acevedo, Josephine | Rodriguez, Brenda | Rodriguez, Lorna | Torres, Israel | Vazquez, Carmelo |
|---|---|---|---|---|---|---|---|
| PR-MTBE_ESI_0045747 | PR-MTBE_ESI_0045747 | | x | | | | |
| PR-MTBE_ESI_0045748 | PR-MTBE_ESI_0045790 | | x | | | | |
| PR-MTBE_ESI_0045751 | PR-MTBE_ESI_0045753 | | x | | | | |
| PR-MTBE_ESI_0045754 | PR-MTBE_ESI_0045755 | | x | | | | |
| PR-MTBE_ESI_0045756 | PR-MTBE_ESI_0045758 | | x | | | | |
| PR-MTBE_ESI_0045759 | PR-MTBE_ESI_0045760 | | x | | | | |
| PR-MTBE_ESI_0045761 | PR-MTBE_ESI_0045761 | | x | | | | |
| PR-MTBE_ESI_0045525 | PR-MTBE_ESI_0045525 | | x | | | | |
| PR-MTBE_ESI_0045526 | PR-MTBE_ESI_0045531 | | x | | | | |
| PR-MTBE_ESI_0045532 | PR-MTBE_ESI_0045532 | | x | | | | |
| PR-MTBE_ESI_0045533 | PR-MTBE_ESI_0045539 | | x | | | | |
| PR-MTBE_ESI_0045540 | PR-MTBE_ESI_0045540 | | x | | | | |
| PR-MTBE_ESI_0045541 | PR-MTBE_ESI_0045548 | | x | | | | |
| PR-MTBE_ESI_0045549 | PR-MTBE_ESI_0045550 | | x | | | | |
| PR-MTBE_ESI_0045551 | PR-MTBE_ESI_0045551 | | x | | | | |
| PR-MTBE_ESI_0045556 | PR-MTBE_ESI_0045557 | | x | | | | |
| PR-MTBE_ESI_0045558 | PR-MTBE_ESI_0045559 | | x | | | | |
| PR-MTBE_ESI_0045560 | PR-MTBE_ESI_0045562 | | x | | | | |
| PR-MTBE_ESI_0045563 | PR-MTBE_ESI_0045566 | | x | | | | |
| PR-MTBE_ESI_0045567 | PR-MTBE_ESI_0045569 | | x | | | | |
| PR-MTBE_ESI_0045552 | PR-MTBE_ESI_0045553 | | x | | | | |
| PR-MTBE_ESI_0045554 | PR-MTBE_ESI_0045555 | | x | | | | |
| PR-MTBE_ESI_0045524 | PR-MTBE_ESI_0045524 | | x | | | | |
| PR-MTBE_ESI_0045570 | PR-MTBE_ESI_0045570 | | x | | | | |
| PR-MTBE_ESI_0045654 | PR-MTBE_ESI_0045654 | | x | | | | |
| PR-MTBE_ESI_0045655 | PR-MTBE_ESI_0045662 | | x | | | | |
| PR-MTBE_ESI_0045663 | PR-MTBE_ESI_0045664 | | x | | | | |
| PR-MTBE_ESI_0045665 | PR-MTBE_ESI_0045669 | | x | | | | |
| PR-MTBE_ESI_0045670 | PR-MTBE_ESI_0045670 | | x | | | | |
| PR-MTBE_ESI_0045671 | PR-MTBE_ESI_0045671 | | x | | | | |
| PR-MTBE_ESI_0045672 | PR-MTBE_ESI_0045673 | | x | | | | |
| PR-MTBE_ESI_0045674 | PR-MTBE_ESI_0045677 | | x | | | | |
| PR-MTBE_ESI_0045678 | PR-MTBE_ESI_0045678 | | x | | | | |
| PR-MTBE_ESI_0045679 | PR-MTBE_ESI_0045679 | | x | | | | |
| PR-MTBE_ESI_0045680 | PR-MTBE_ESI_0045680 | | x | | | | |
| PR-MTBE_ESI_0045681 | PR-MTBE_ESI_0045683 | | x | | | | |
| PR-MTBE_ESI_0045684 | PR-MTBE_ESI_0045687 | | x | | | | |
| PR-MTBE_ESI_0045688 | PR-MTBE_ESI_0045688 | | x | | | | |
| PR-MTBE_ESI_0045689 | PR-MTBE_ESI_0045689 | | x | | | | |
| PR-MTBE_ESI_0045690 | PR-MTBE_ESI_0045690 | | x | | | | |
| PR-MTBE_ESI_0045691 | PR-MTBE_ESI_0045693 | | x | | | | |
| PR-MTBE_ESI_0045571 | PR-MTBE_ESI_0045571 | | x | | | | |
| PR-MTBE_ESI_0045572 | PR-MTBE_ESI_0045572 | | x | | | | |
| PR-MTBE_ESI_0045573 | PR-MTBE_ESI_0045576 | | x | | | | |
| PR-MTBE_ESI_0045577 | PR-MTBE_ESI_0045577 | | x | | | | |
| PR-MTBE_ESI_0045578 | PR-MTBE_ESI_0045578 | | x | | | | |
| PR-MTBE_ESI_0045579 | PR-MTBE_ESI_0045579 | | x | | | | |
| PR-MTBE_ESI_0045580 | PR-MTBE_ESI_0045582 | | x | | | | |
| PR-MTBE_ESI_0045583 | PR-MTBE_ESI_0045583 | | x | | | | |
| PR-MTBE_ESI_0045584 | PR-MTBE_ESI_0045584 | | x | | | | |

Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., 07 Civ. 10470
ESI INDEX FOR PLAINTIFFS' AUGUST 9, 2013 PRODUCTION

| Bates Begin | Bates End | Fantauzzi, Osvaldo | Acevedo, Josephine | Rodriguez, Brenda | Rodriguez, Lorna | Torres, Israel | Vazquez, Carmelo |
|---|---|---|---|---|---|---|---|
| PR-MTBE_ESI_0045585 | PR-MTBE_ESI_0045588 | | x | | | | x |
| PR-MTBE_ESI_0045589 | PR-MTBE_ESI_0045589 | | x | | | | x |
| PR-MTBE_ESI_0045590 | PR-MTBE_ESI_0045590 | | x | | | | x |
| PR-MTBE_ESI_0045591 | PR-MTBE_ESI_0045597 | | x | | | | x |
| PR-MTBE_ESI_0045598 | PR-MTBE_ESI_0045598 | | x | | | | x |
| PR-MTBE_ESI_0045599 | PR-MTBE_ESI_0045601 | | x | | | | |
| PR-MTBE_ESI_0045602 | PR-MTBE_ESI_0045608 | | x | | | | |
| PR-MTBE_ESI_0045609 | PR-MTBE_ESI_0045609 | | x | | | | |
| PR-MTBE_ESI_0045600 | PR-MTBE_ESI_0045613 | | x | | | | |
| PR-MTBE_ESI_0045614 | PR-MTBE_ESI_0045614 | | x | | | | |
| PR-MTBE_ESI_0045615 | PR-MTBE_ESI_0045615 | | x | | | | |
| PR-MTBE_ESI_0045616 | PR-MTBE_ESI_0045617 | | x | | | | |
| PR-MTBE_ESI_0045618 | PR-MTBE_ESI_0045621 | | x | | | | |
| PR-MTBE_ESI_0045622 | PR-MTBE_ESI_0045622 | | x | | | | |
| PR-MTBE_ESI_0045623 | PR-MTBE_ESI_0045623 | | x | | | | |
| PR-MTBE_ESI_0045624 | PR-MTBE_ESI_0045624 | | x | | | | |
| PR-MTBE_ESI_0045625 | PR-MTBE_ESI_0045625 | | x | | | | |
| PR-MTBE_ESI_0045626 | PR-MTBE_ESI_0045626 | | x | | | | |
| PR-MTBE_ESI_0045627 | PR-MTBE_ESI_0045627 | | x | | | | |
| PR-MTBE_ESI_0045628 | PR-MTBE_ESI_0045629 | | x | | | | |
| PR-MTBE_ESI_0045630 | PR-MTBE_ESI_0045634 | | x | | | | |
| PR-MTBE_ESI_0045635 | PR-MTBE_ESI_0045636 | | x | | | | |
| PR-MTBE_ESI_0045637 | PR-MTBE_ESI_0045639 | | x | | | | |
| PR-MTBE_ESI_0045640 | PR-MTBE_ESI_0045646 | | x | | | | |
| PR-MTBE_ESI_0045647 | PR-MTBE_ESI_0045648 | | x | | | | |
| PR-MTBE_ESI_0045649 | PR-MTBE_ESI_0045650 | | x | | | | |
| PR-MTBE_ESI_0045651 | PR-MTBE_ESI_0045651 | | x | | | | |
| PR-MTBE_ESI_0045652 | PR-MTBE_ESI_0045653 | | x | | | | |
| PR-MTBE_ESI_0045694 | PR-MTBE_ESI_0045700 | | x | | | | |
| PR-MTBE_ESI_0045701 | PR-MTBE_ESI_0045708 | | x | | | | |
| PR-MTBE_ESI_0045709 | PR-MTBE_ESI_0045710 | | x | | | | |
| PR-MTBE_ESI_0045711 | PR-MTBE_ESI_0045714 | | x | | | | |
| PR-MTBE_ESI_0045715 | PR-MTBE_ESI_0045721 | | x | | | | |
| PR-MTBE_ESI_0045722 | PR-MTBE_ESI_0045722 | | x | | | | |
| PR-MTBE_ESI_0045723 | PR-MTBE_ESI_0045726 | | x | | | | |
| PR-MTBE_ESI_0045727 | PR-MTBE_ESI_0045732 | | x | | | | |
| PR-MTBE_ESI_0045733 | PR-MTBE_ESI_0045734 | | | | | | |
| PR-MTBE_ESI_0045735 | PR-MTBE_ESI_0045735 | | | | | | |
| PR-MTBE_ESI_0045736 | PR-MTBE_ESI_0045746 | | | | | | |
| PR-MTBE_ESI_0045762 | PR-MTBE_ESI_0045763 | x | | | | | |
| PR-MTBE_ESI_0045764 | PR-MTBE_ESI_0045775 | | | | x | | |
| PR-MTBE_ESI_0045776 | PR-MTBE_ESI_0045777 | | | | x | | |
| PR-MTBE_ESI_0045778 | PR-MTBE_ESI_0045778 | | | | x | | |
| PR-MTBE_ESI_0045779 | PR-MTBE_ESI_0045779 | | | | x | | |
| PR-MTBE_ESI_0045780 | PR-MTBE_ESI_0045790 | | | | x | | |
| PR-MTBE_ESI_0045791 | PR-MTBE_ESI_0045791 | | | | x | | |
| PR-MTBE_ESI_0045792 | PR-MTBE_ESI_0045820 | | | | | | |
| PR-MTBE_ESI_0045821 | PR-MTBE_ESI_0045821 | | | | | | |
| PR-MTBE_ESI_0045822 | PR-MTBE_ESI_0045922 | | | | | | |
| PR-MTBE_ESI_0045923 | PR-MTBE_ESI_0045923 | | | | | | |

Commonwealth of Puerto Rico, et al. v Shell Oil Co., et al., 07 Civ. 10470
ESI INDEX FOR PLAINTIFFS' AUGUST 9, 2013 PRODUCTION

| Bates Begin | Bates End | Fantauzzi, Osvaldo | Acevedo, Josephine | Rodriguez, Brenda | Rodriguez, Lorna | Torres, Israel | Vazquez, Carmelo |
|---|---|---|---|---|---|---|---|
| PR-MTBE_ESI_0045924 | PR-MTBE_ESI_0045947 | | | | | | x |
| PR-MTBE_ESI_0045948 | PR-MTBE_ESI_0045948 | | | | | | |
| PR-MTBE_ESI_0045949 | PR-MTBE_ESI_0045972 | | | | | | x |
| PR-MTBE_ESI_0045973 | PR-MTBE_ESI_0045973 | | | | | | x |
| PR-MTBE_ESI_0045974 | PR-MTBE_ESI_0046044 | | | | | | x |
| PR-MTBE_ESI_0046265 | PR-MTBE_ESI_0046265 | | | | x | | |
| PR-MTBE_ESI_0046266 | PR-MTBE_ESI_0046266 | | | | x | | |
| PR-MTBE_ESI_0046267 | PR-MTBE_ESI_0046268 | | | | x | | |
| PR-MTBE_ESI_0046268 | PR-MTBE_ESI_0046269 | | | | x | | |
| PR-MTBE_ESI_0046269 | PR-MTBE_ESI_0046270 | | | | x | | |
| PR-MTBE_ESI_0046270 | PR-MTBE_ESI_0046270 | | | | x | | |
| PR-MTBE_ESI_0046045 | PR-MTBE_ESI_0046045 | | | x | | | |
| PR-MTBE_ESI_0046046 | PR-MTBE_ESI_0046046 | | | x | | | |
| PR-MTBE_ESI_0046047 | PR-MTBE_ESI_0046050 | | | x | | | |
| PR-MTBE_ESI_0046051 | PR-MTBE_ESI_0046052 | | | x | | | |
| PR-MTBE_ESI_0046053 | PR-MTBE_ESI_0046053 | | | x | | | |
| PR-MTBE_ESI_0046054 | PR-MTBE_ESI_0046060 | | | x | | | |
| PR-MTBE_ESI_0046061 | PR-MTBE_ESI_0046061 | | | x | | | |
| PR-MTBE_ESI_0046062 | PR-MTBE_ESI_0046069 | | | x | | | |
| PR-MTBE_ESI_0046070 | PR-MTBE_ESI_0046071 | | | x | | | |
| PR-MTBE_ESI_0046072 | PR-MTBE_ESI_0046076 | | | x | | | |
| PR-MTBE_ESI_0046077 | PR-MTBE_ESI_0046077 | | | x | | | |
| PR-MTBE_ESI_0046078 | PR-MTBE_ESI_0046079 | | | x | | | |
| PR-MTBE_ESI_0046080 | PR-MTBE_ESI_0046082 | | | x | | | |
| PR-MTBE_ESI_0046083 | PR-MTBE_ESI_0046084 | | | x | | | |
| PR-MTBE_ESI_0046085 | PR-MTBE_ESI_0046089 | | | x | | | |
| PR-MTBE_ESI_0046090 | PR-MTBE_ESI_0046092 | | | x | | | |
| PR-MTBE_ESI_0046093 | PR-MTBE_ESI_0046097 | | | x | | | |
| PR-MTBE_ESI_0046098 | PR-MTBE_ESI_0046100 | | | x | | | |
| PR-MTBE_ESI_0046101 | PR-MTBE_ESI_0046104 | | | x | | | |
| PR-MTBE_ESI_0046105 | PR-MTBE_ESI_0046105 | | | | | x | |
| PR-MTBE_ESI_0046107 | PR-MTBE_ESI_0046107 | | | | | x | |
| PR-MTBE_ESI_0046108 | PR-MTBE_ESI_0046112 | | | | | x | |
| PR-MTBE_ESI_0046113 | PR-MTBE_ESI_0046113 | | | | | x | |
| PR-MTBE_ESI_0046114 | PR-MTBE_ESI_0046120 | | | | | x | |
| PR-MTBE_ESI_0046106 | PR-MTBE_ESI_0046106 | | | | | x | |
| PR-MTBE_ESI_0046121 | PR-MTBE_ESI_0046122 | | | | | x | |
| PR-MTBE_ESI_0046123 | PR-MTBE_ESI_0046163 | | | | | x | |
| PR-MTBE_ESI_0046164 | PR-MTBE_ESI_0046165 | | | | | x | |
| PR-MTBE_ESI_0046166 | PR-MTBE_ESI_0046206 | | | | | x | |
| PR-MTBE_ESI_0046207 | PR-MTBE_ESI_0046208 | | | | | x | |
| PR-MTBE_ESI_0046209 | PR-MTBE_ESI_0046249 | | | | | x | |
| PR-MTBE_ESI_0046250 | PR-MTBE_ESI_0046250 | | | | | x | |
| PR-MTBE_ESI_0046251 | PR-MTBE_ESI_0046258 | | | | | x | |
| PR-MTBE_ESI_0046259 | PR-MTBE_ESI_0046259 | | | | | x | |
| PR-MTBE_ESI_0046260 | PR-MTBE_ESI_0046264 | | | | | x | |
| PR-MTBE_ESI_0046271 | PR-MTBE_ESI_0046271 | | | x | | | |
| PR-MTBE_ESI_0046272 | PR-MTBE_ESI_0046273 | | | x | | | |
| PR-MTBE_ESI_0046274 | PR-MTBE_ESI_0046278 | | | x | | | |