# **EXHIBIT I**

DM_US 35481469-1 T13305.0010

# NORTON ROSE FULBRIGHT

August 28, 2013

Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
United States

*Via Email & LNFS*

William C. Petit
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, Texas 77027

Direct line 713 651 8487
jfarley@fulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

Re:   Re: Master File C.A. No. 1:00-1898, MDL No. 1358 (SAS) M21-88
      This correspondence pertains to: Commonwealth of Puerto Rico., et al. v. Shell Oil Co., et al.

Dear Will:

On behalf of Defendants ConocoPhillips Company ("COP") and Chevron Phillips Chemical Puerto Rico Core LLC ("CPCPRC") (collectively, "Defendants"), we request a meet and confer on Plaintiffs' continued ESI deficiencies in advance of the September 10, 2013 status conference. This has been the subject of correspondence and discussion between the parties for the past several months. I refer you to my letters to you dated June 24, July 15, July 19, and July 30.

The Commonwealth presented Josephine Acevedo, the EQB's Project Manager assigned to Plaintiffs' Trial Site No. 1 – the Core facility – from approximately 2007 until recently, for deposition on May 29. The Commonwealth presented its designated representative for a 30(b)(6) deposition in relation to the Core facility on May 30. Two months later, on July 23, after numerous requests from Defendants, the Commonwealth made its first production to Defendants of Acevedo's ESI. That production consisted of less than 200 documents. The Commonwealth supplemented that ESI production on August 9 with 81 documents from Acevedo. *See* Exhibit A to Aug. 9 letter from W. Petit to J. Farley.

Likewise, only after Defendants specifically requested that the Commonwealth produce ESI from six custodians identified in the Acevedo deposition who were directly involved in the EQB's oversight of the Core facility (the custodians being supervisors and/or predecessors to Acevedo – Osvaldo Fantauzzi, Carmela Vasquez, Brenda Rodriguez, Flor Del Valle, Israel Torres, and Lorna Rodriguez Diaz), and two-and-a-half months after the Commonwealth presented their 30(b)(6) witness and Acevedo for deposition, the Commonwealth produced just 68 documents from those six custodians. Aside of the dearth of ESI specific to the Commonwealth's Trial Site No. 1, the Commonwealth has only produced ESI specific to the Core facility after Defendants have asked for each custodian by name. Moreover, the ESI that has been produced was done so two-and-a-half months after the Commonwealth presented its 30(b)(6) witness and Acevedo for deposition.

As I stated in my June 24 and July 15 letters, Defendants were prejudiced during the depositions of Acevedo and Bruce Green. Witnesses were not timely provided with preservation notices, and relevant information was likely disposed of as a result. Defendants renew their request for a 30(b)(6) deposition of Plaintiffs in relation to Core-specific ESI,

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.                                                                                        81451741.2

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

August 28, 2013
Page 2

NORTON ROSE FULBRIGHT

document collection, preservation, and discovery efforts. Defendants further request the continuation of the deposition of Josephine Acevedo in order to address her ESI, which was produced months after her deposition. We propose that these depositions take place during the week of September 23, when the parties will already be in Puerto Rico for the depositions of Juan Perez, Lorna Rodriguez, and Carmelo Vasquez. We will serve the deposition notices this week with placeholder dates.

We are available Thursday (tomorrow) afternoon to discuss these and other issues.

Very truly yours,

Jessica Earley

JGF

81451741.2