# **EXHIBIT C**

**Chang, Haeji**

**To:** Riccardulli, Stephen
**Subject:** RE: RE: MTBE - Commonwealth of Puerto Rico

>>> Alejandro J. Cepeda Diaz 8/24/2013 11:43 AM >>>
Mr. Boone,

I understand from your email that the Commonwealth intentionally failed to provide notice. I fail to see which Rule of Federal Procedure allows you to perform discovery of persons associated with a defendant without any prior notice to other parties in the case and particularly the affected defendant. We have also learned that you served a subpoena on Ms. Brenda Torano, a former Sol employee and current employee of PC Puerto Rico, which I believe is also a defendant. We request that you also withdraw the subpoena to Ms. Torano. We further request that you immediately inform us of any other subpoenas you chose to serve without notice to any other parties.

>>> "Daniel Boone" <dboone@toxictorts.org> 8/23/2013 5.46 PM >>>

Dear Mr. Cepeda,

Ms. O'Reilly may have additional comments in response to your letter. For my part, I point out that FRCP Rule 45(b) requires service of a notice on all parties only if the subpoena commands production of documents, electronically stored information or tangible things, or the inspection of premises. The subpoena did not command any of these things, so notice on all parties was not required. Thank you.

Daniel Boone
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225
Tel. (916) 488-6688
Fax (916) 488-4288
This private communication may be confidential or privileged. If you are not the intended recipient, any disclosure, distribution, or use of information herein or attached is prohibited.


**From:** Alejandro J. Cepeda Diaz [mailto:Ajc@mcvpr.com]
**Sent:** Friday, August 23, 2013 1:19 PM
**To:** dboone@toxictorts.org; toreilly@toxictorts.org
**Cc:** Jorge J. García-Díaz; Juan A. Marques <Jam@mcvpr.com> >
**Subject:** MTBE - Commonwealth of Puerto Rico


Please refer to the attached letters.

1



**Alejandro J. Cepeda Diaz**
Income Member
Ajc@mcvpr.com

www.mcvpr.com   T (787) 250-5637
M (787) 810-4240
F (787)620-8325



McConnell Valdés winner of Chambers Latin America Awards for Excellence 2012

McConnell Valdés selected as "Puerto Rico 2012 Tax Firm of the Year" by International Tax Review

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein