# Exhibit 5

David W. Norman, P.E.

Page 1054

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
IN RE:  METHYL TERTIARY BUTYL
ETHER ("MTBE")                    MDL 1358
PRODUCTS LIABILITY LITIGATION   (SAS)


This Document Relates to:

    CITY OF FRESNO v. CHEVRON U.S.A.
    INC., et al.
    Case No. 04 Civ. 04973 (SAS)
_____/


-- -- --
THURSDAY, JUNE 14, 2012
-- -- --

    Videotaped Deposition of DAVID W. NORMAN, P.E., VOLUME V, held at the Law Offices of Miller, Axline & Sawyer, 1050 Fulton Avenue, Suite 100, Sacramento, California, beginning at 9:11 a.m., before Sandra Bunch VanderPol, FAPR, RMR, CRR, CSR #3032
-- -- --

_____
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
Deps@golkow.com

David W. Norman, P.E.

Page 1269

1  A.        Maybe I can make this a little quicker.  Oh,
2  you don't --
3  Q.        Oh, Tab I is my tab.  But it is the rebuttal
4  report dated March 5th of 2012.
5  A.        Yes.
6  Q.        And let's see if I have it marked here.  It
7  is opinion 4, quote, "There is no evidence that any
8  COF supply well has been or will be impacted as a
9  result of petroleum hydrocarbons released at the
10 site."  That's a heading.
11 A.        Right.
12 Q.        Is that a heading that you pulled out of Sam
13 Williams's report?
14 A.        That's correct.
15 Q.        Are you aware of any evidence that any City
16 of Fresno supply well has been impacted as a result
17 of petroleum hydrocarbons released at any specific
18 site?
19           MS. O'REILLY:  Vague.  Ambiguous.
20 Overbroad.  Asked and answered multiple times.
21 Argumentative in light of prior answers.
22           THE WITNESS:  It's a three-part answer.
23           MR. ANDERSON:  Okay.
24           THE WITNESS:  One, we didn't -- we didn't do
25 that analysis, so I wouldn't have firsthand

David W. Norman, P.E.

Page 1270

1  knowledge.
2          Secondly, I didn't review other experts'
3  work on that, so I wouldn't know -- or spoke to them.
4  So I don't know if that opinion is held by somebody
5  else.  So I'm not aware of that.
6          And, third, I guess the only other thing I
7  could say is the fact that there is detections in
8  some wells indicates that it's there from some
9  underground tank.  But beyond that, I couldn't tell
10 you which one, no.  And I'm aware of any anybody's
11 opinion such that...
12 BY MR. ANDERSON:
13 Q.      I have heard one or more of the plaintiff's
14 experts say words to the effect of "contamination at
15 one or more of the wells came from one or more of
16 these 30 or so stations, but I can't tell you which
17 station and match any particular station to any
18 particular well."  I'm paraphrasing, but that's
19 been -- that's been stated.
20 A.      Okay.
21         MS. O'REILLY:  And I'm going to object to
22 that paraphrase.
23         Go ahead.
24 BY MR. ANDERSON:
25 Q.      From your perspective, is that a true

1   statement?
2           MS. O'REILLY:  Objection.  Vague.
3   Ambiguous.  Overbroad.  And -- and are you asking him
4   if your paraphrase is a true statement?
5           MR. ANDERSON:  No.  Let me ask it straight
6   out, then.
7   Q.      Mr. Norman, do you have an opinion that MTBE
8   released at any particular site that you have looked
9   at made its way into any particular City of Fresno or
10  Clovis well?
11          MS. O'REILLY:  Asked and answered multiple
12  times.  Vague.  Ambiguous.  Overbroad.  Exceeds scope
13  of designation.
14          Answer again.
15          THE WITNESS:  Yes, as I said, we didn't
16  provide that analysis.  We didn't conduct that
17  analysis.  So I have no opinion concerning the
18  presence or lack of presence of MTBE in any
19  particular City of Fresno well from any particular
20  site we looked at.
21  BY MR. ANDERSON:
22  Q.      Do you have an opinion that any City of
23  Fresno or City of Clovis supply well will in the
24  future be impacted by MTBE released at any particular
25  site in the City of Fresno?

David W. Norman, P.E.

Page 1272

1             MS. O'REILLY:  Same objection.
2             THE WITNESS:  Again, I don't have an expert
3    opinion.  But from a general point of view, given
4    that MTBE has been detected in some of the wells --
5    and there are at least 30 opportunities or 25,
6    whatever we recommend additional work for -- I would
7    say that that potential certainly exists.
8    BY MR. ANDERSON:
9    Q.        Okay.  And you have to agree that the
10   potential also exists that MTBE in one or more of the
11   Fresno drinking water wells came from a station other
12   than the 30 or so that you looked at, right?
13            MS. O'REILLY:  Calls for speculation.
14   Assumes facts.  Lacks foundation.  Vague and
15   ambiguous.  Overbroad.
16            THE WITNESS:  Without looking at that
17   information from each site, as I said before, I
18   couldn't have that opinion, but it is certainly a
19   possibility.
20   BY MR. ANDERSON:
21   Q.        Let's turn to Family Express Food & Liquor
22   at 4205 East Butler.  And I believe it is your
23   Exhibit 28.
24            I have a reference -- and I think it may
25   have come from your report -- that indicates words to

David W. Norman, P.E.

Page 1300

1        ACKNOWLEDGMENT OF DEPONENT
2
         I,_____, do
3   hereby certify that I have read the
    foregoing pages, and that the same
4   is a correct transcription of the answers
    given by me to the questions therein
5   propounded, except for the corrections or
    changes in form or substance, if any,
6   noted in the attached Errata Sheet.
7
    _____
8    DAVID W. NORMAN, P.E.              DATE
9
10
11
12
13
14
    Subscribed and sworn
15  to before me this
    _____ day of _____, 20____.
16
    My commission expires:_____
17
18  _____
    Notary Public
19
20
21
22
23
24
25

David W. Norman, P.E.

Page 1302

1  CERTIFICATE OF REPORTER
2      I, SANDRA BUNCH VANDER POL, a Certified
3  Shorthand Reporter, hereby certify that the witness
4  in the foregoing deposition was by me duly sworn to
5  tell the truth, the whole truth and nothing but the
6  truth in the within-entitled cause;
7      That said deposition was taken down in
8  shorthand by me, a disinterested person, at the time
9  and place therein stated, and that the testimony of
10 the said witness was thereafter reduced to
11 typewriting, by computer, under my direction and
12 supervision;
13     That before completion of the deposition,
14 review of the transcript was requested.  If
15 requested, any changes made by the deponent (and
16 provided to the reporter) during the period allowed
17 are appended hereto.
18     I further certify that I am not of counsel or
19 attorney for either or any of the parties to the said
20 deposition, nor in any way interested in the event of
21 this cause, and that I am not related to any of the
22 parties thereto.
23 DATED:
24                          _____
                            SANDRA BUNCH VANDER POL, CSR #3032
25