

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*City of Fresno v. Chevron U.S.A. Inc., et al*

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

# [PROPOSED] ORDER REGARDING BRIEFING ON COASTAL CHEM'S MOTION FOR GOOD FAITH SETTLEMENT

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Procedures, **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to Coastal Chem's Motion for Good Faith Settlement filed September 10, 2013 in *City of Fresno v. Chevron U.S.A., Inc.*, Case No. 04 Civ. 04973:

September 24, 2013 – Deadline for any opposition brief

October 1, 2013 – Deadline for any reply briefs (if necessary)

SO ORDERED:

_____
The Honorable Shira A. Scheindlin

Dated: New York, New York
       Sept 13, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013 I served a copy of this [Proposed] Order regarding Briefing on Coastal Chem's Motion for Good Faith Settlement on all counsel of record via LNFS.

*[signature]*