UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

**This Document Relates To:**

*City of Fresno v. Chevron U.S.A., Inc., et al.*,
Case No. 04-cv-04973

## [PROPOSED] ORDER REGARDING BRIEFING ON ULTRAMAR DEFENDANTS' MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Proecudres, **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to Ultramar Defendants' Motion for Good Faith Settlement Determination filed August 16, 2013 in *City of Fresno v. Chevron U.S.A., Inc.*, Case No. 04 Civ. 04973:

Sept 27, 2013 ~~August 30, 2013~~ – Deadline for any opposition brief

Oct 4, 2013 ~~September 6, 2013~~ – Deadline for any reply briefs (if necessary)

SO ORDERED

Shira A. Scheindlin

Dated: New York, New York
Sept 13, 2013

#4353673.1

## CERTIFICATE OF SERVICE

I, M. Coy Connelly, hereby declare under penalty of perjury that a true and correct copy of the [Proposed] Order regarding Briefing on Ultramar Defendants' Motion for Good Faith Settlement Determination was served this 16th day of August, 2013, upon all counsel via LexisNexis File and Serve.

/s/ M. Coy Connelly
M. Coy Connelly

#4353673.1