# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Lisa A. Gerson
Associate
lgerson@mwe.com
212.547.5769

September 30, 2013

**BY ELECTRONIC MAIL & HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re: *New Jersey DEP, et al., v. Atlantic Richfield Co., et al.*, No. 08-CIV-00312
Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
*Defendants' Motion for Partial Summary Judgment on Trespass and Public Nuisance*

Dear Judge Scheindlin:

Tomorrow Defendants will file our Motion for Partial Summary Judgment on Trespass and Public Nuisance. Defendants respectfully request an exception to the Court's limitation on the number of exhibits to motions. In addition to three non-site-specific exhibits, Defendants wish to attach to our motion a brief exhibit (1-2 pages) for each of the 19 Trial Sites at issue, which would necessarily exceed the Court's 15 exhibit limitation.

Thank you for your attention to this matter.

Respectfully submitted,

*Lisa A. Gerson*

Lisa A. Gerson

cc: Service on Plaintiffs' Liaison Counsel (by email)

---

*Handwritten annotation:* Defendants' request is hereby granted. Plaintiffs may also attach a brief 1-2 page exhibit for each of Trial Sites at issue.

Date: 10/1/13
SO ORDERED
Shira A. Scheindlin, U.S.D.J.