# EXHIBIT 2

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
By: Richard F. Engel, DAG
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093
Tel: (609) 984-4863

KANNER & WHITELEY, L.L.C.
By: Allan Kanner, Esq.
    Elizabeth B. Petersen, Esq.
Special Counsel
  to the Attorney General
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

NAGEL RICE, LLP
By: Bruce H. Nagel, Esq.
    Wayne D. Greenstone, Esq.
Special Counsel
  to the Attorney General
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 618-0400

RECEIVED / FILED
Superior Court of New Jersey

JAN -7 2009

CIVIL CASE MANAGEMENT
UNION COUNTY

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION and ADMINISTRATOR, NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY DIVISION - HUDSON COUNTY DOCKET NO. L-4415-04<br><br>consolidated with<br><br>SUPERIOR COURT OF NEW JERSEY LAW DIVISION - UNION COUNTY DOCKET NO. L-3026-04 LAW<br><br>Civil Action<br><br>FIRST AMENDED COMPLAINT (Bayway) |

Plaintiffs New Jersey Department of Environmental Protection ("DEP"), and the Administrator of the New Jersey Spill Compensation Fund ("Administrator") (collectively, "the Plaintiffs"), having

## SECOND COUNT

### Public Nuisance

34. Plaintiffs repeat each allegation of Paragraphs 1 through 33 above as though fully set forth in its entirety herein.

35. Groundwater is a natural resource of the State held in trust by the State.

36. The use, enjoyment and existence of uncontaminated natural resources is a right common to the general public.

37. The contamination of groundwater at the Site constitutes a physical invasion of public property and an unreasonable and substantial interference, both actual and potential, with the exercise of the public's common right to this natural resource.

38. As long as groundwater remains contaminated due to the Defendant's conduct, the public nuisance continues.

39. Until the groundwater is restored to its pre-injury quality, the Defendant is liable for the creation, and continued maintenance, of a public nuisance in contravention of the public's common right to clean groundwater.

### PRAYER FOR RELIEF

WHEREFORE, plaintiffs DEP and Administrator pray that this Court:

    a. Order the Defendant to reimburse the Plaintiffs for all cleanup and removal costs and damages, including