# EXHIBIT 4

Deposition of Joseph Costello  /  August 2, 2011

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK        Master File No.

-------------------------------      1:00-1898

IN RE:  METHYL TERTIARY BUTYL        MDL 1358 (SAS)

ETHER ("MTBE") PRODUCTS              M21-88

LIABILITY LITIGATION

-------------------------------

This document relates to:

New Jersey Department of

Environmental Protection, et al.

v.

Atlantic RIchfield Co., et al.,

Case No. 08-CIV-00312: (SAS)

-------------------------------

       Pursuant to Notice, the video deposition of JOSEPH COSTELLO, was taken on Tuesday, the 2nd day of August, 2011, commencing at approximately 9:43 a.m., at the Courtyard Charlottesville, University Medical Center, located at 1201 Main Street, Charlottesville, Virginia, before Brian M. McDonald, a Notary Public.

Deposition of Joseph Costello   /   August 2, 2011

Page 19

1   A.   I believe we incorporated in 1975 or '6
2   and to date I still have some input to the business
3   as such.
4   Q.   You said you incorporated in 1976.  Can
5   you describe that for me.  What do you mean by
6   incorporated?
7   A.   As a legal term, we just registered it as
8   a corporation in the State of New Jersey through my
9   attorney, Mr. McCambley.
10   Q.   What is the name of the corporation?
11   A.   Skyline Service Center, Incorporated.
12   Q.   And what was your position within the
13   corporation when it was formed?
14   A.   I guess the best way to describe it would
15   be owner-operator.
16   Q.   How long did you hold that position?
17   A.   Until about 2007.
18   Q.   Who is the current owner-operator?
19   A.   Michael Costello, my son.
20   Q.   And has he been owner-operator since 2007?
21   A.   Yes, that's when I retired.
22   Q.   Does Skyline Service Corporation own the
23   property where Skyline Service Station is located?
24   A.   They rent it from the MIK-GEN Realty
25   Company.  M-i-k dash G-e-n.

Deposition of Joseph Costello  /  August 2, 2011

Page 20

1   Q.   MIK-GEN Realty Company owns the real
2   estate where the station is located?
3   A.   Yes.
4   Q.   Does MIK-GEN Realty Company own the
5   physical buildings as well?
6   A.   Yes.
7   Q.   Does MIK-GEN Realty Company own the
8   underground storage tanks?
9   A.   Yes.
10  Q.   Are you associated with MIK-GEN Realty
11  Company?
12  A.   Yes.
13  Q.   What is your position in that company?
14  A.   General partner, 95 percent interest.
15  Q.   And who has the other five percent
16  interest?
17  A.   Michael Costello, 2.5, Gene Costello 2.5.
18  Q.   Who is Gene Costello?
19  A.   That's my other son.
20  Q.   And have you been general partner of
21  MIK-GEN Realty Company since its formation?
22  A.   Since -- yes.
23  Q.   And when was it formed?
24  A.   Probably 1975, '76, in that time period.
25  I can't give you an exact date because I don't