# EXHIBIT 5

Page 1

AMAR SINGH GILL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
CASE NO. 08-CIV-00312 (SAS)

_____X

IN RE:  METHYL TERTIARY
BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION


NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, et al.,

    Plaintiffs,

    vs.

ATLANTIC RICHFIELD CO., et al.,

    Defendants.
_____X


VIDEOTAPED DEPOSITION OF AMAR SINGH GILL

    Saddle Brook, New Jersey

      Thursday, July 21, 2011




Reported by:

LISA LYNCH, RMR, CCR, CRR, CLR

1         AMAR SINGH GILL
2    Tank Certification Questionnaire --
3         A. Yes.
4         Q. -- submitted to you by the
5    Department of Environmental Protection,
6    correct?
7         A. Yes.
8         Q. If you look down there, midway
9    down the first page, Facility Operator,
10   it says "Amar Singh Gill" --
11        A. Yes.
12        Q. -- and it looks like the date
13   stamp is -- well, it looks like there's
14   two date stamps.  One is July 19th, 2000
15   on the top left.
16        A. I have no idea why it is two.
17        Q. And so if you look at the
18   signature line on the back --
19        A. Yes.
20        Q. -- your name is listed with a
21   title President and dated July 12th,
22   2000.  Is that your signature?
23        A. That is my signature, yes.
24        Q. So that is it fair to say that
25   you owned the station -- the station in

1        AMAR SINGH GILL
2    Manalapan, 436 Route 33, as of July 12,
3    2000?
4        A. Looks that way.  But I'm not sure
5    when did we do the closing, but looks
6    that way.
7        Q. Okay.  When we talk about owning
8    the station, did you own the real estate
9    underneath the building?
10       A. Yes.  When I took over the
11   station, I bought it, then took over.
12       Q. And that includes the building --
13       A. Everything.
14       Q. -- and the real estate?
15       A. Yes.
16       Q. And what about the underground
17   storage tanks?
18       A. Yes.
19       Q. You own all of those?
20       A. Uh-huh.  They were maybe 10
21   years.  I didn't know that they were.
22       Q. Since approximately this time in
23   2000 --
24       A. Yes.
25       Q. -- you have owned the station --