# EXHIBIT 6



Oct 25 2010
5:17PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")        Master File No.: 1:00-1898
Productions Liability Litigation                                   MDL 1358 (SAS)

This document relates to:
*New Jersey Department of Environmental
Protection, et al. v. Atlantic Richfield Co., et al.*,
08 Civ. 00312
-----------------------------------------------------------------X

### CMO #75 DECLARATION
### OF GETTY PETROLEUM MARKETING INC.
### AND LUKOIL AMERICAS CORP.

1.  Pursuant to Case Management Order No. 75, defendants Getty Petroleum Marketing Inc. ("GPMI") and Lukoil Americas Corp ("LAC") submit this Declaration disclosing certain information regarding properties and underground storage tanks selected as "discovery" or "focus" sites in the above captioned matter.

2.  I am authorized to make this declaration on behalf of GPMI. Some of the facts set forth in this Declaration have been assembled from facts and information contained in GPMI's records. To the best of my knowledge, information and belief and on the basis of reasonable inquiry, the information contained herein is correct.

3.  GPMI was organized and incorporated in Maryland on October 1, 1996, and first began operations in March 1997. GPMI has been a wholly owned subsidiary of LAC since November of 2000. LAC has no direct connection with activities conducted by GPMI in New Jersey, other than as the parent company of GPMI. GPMI has never been a refiner of gasoline. GPMI never manufactured, sold, stored or purchased pure or neat MTBE, or otherwise blended or introduced MTBE into gasoline except during a portion of the calendar year 2005, at which time GPMI briefly manufactured a minimal amount of gasoline containing MTBE. The last

gasoline containing MTBE was sold by GPMI in or about June 2006. Accordingly, these responses cover the period March 1997 through 2006 (the "relevant period").

**LUKOIL Service Station #57207 (360 Rt. 9, Manalapan)**

4. From May 19, 2004 through the end of the relevant period, GPMI owned this property and the underground storage tanks located at the property, and leased the property to various lessee dealers.

**Getty Service Station #56206 (3710 Rt. 1, West Windsor)**

5. Throughout the relevant period, GPMI leased this property from Getty Properties Corp., GPMI owned the underground storage tanks at the property and GPMI leased the property to various lessee dealers.

**LUKOIL Service Station #57715 (590 Shrewsbury Ave, Shrewsbury)**

6. From May 19, 2004 through the end of the relevant period, GPMI owned this property and the underground storage tanks at the property, and leased the property to various lessee dealers.

Dated: October 25, 2010
      East Meadow, New York

                                                                    Paul J. Stendardi
                                                                    Director of Terminals and Transportation
                                                                    Getty Petroleum Marketing Inc.