# EXHIBIT 7



Oct 13 2010
5:23PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al.*, No. MER-L-1622-07 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## DEFENDANT EXXON MOBIL CORPORATION'S DECLARATION IN RESPONSE TO CASE MANAGEMENT ORDER NO. 75

1. In response to the request of the New Jersey Department of Environmental Protection ("NJDEP") and pursuant to Case Management Order #75 ("CMO #75"), Exxon Mobil Corporation and its related entities (collectively, "ExxonMobil") submit the following declaration identifying the properties and underground storage tanks that ExxonMobil owned or leased, and the date of such ownership or leasing within the Relevant Geographic Area ("RGA")[1] for the relevant time period.[2]

2. **Exxon 3-1013, 38 East Mount Pleasant Avenue, Livingston, NJ**

Based upon available information, which has been identified for plaintiff's review, the pre-merger Exxon purchased in 1930 a part of the property on which this station is located and purchased in 1968 the remaining parcel of land on which this station is located. The pre-merger

---

[1] ExxonMobil understands the term Relevant Geographic Area to mean the 36 "focus sites" identified by the parties on August 6th and September 13, 2010.
[2] ExxonMobil understands the term "relevant time period" to be 1985 through 2006.

Exxon and, since the merger, ExxonMobil continuously held title to this property through the end of the relevant period of time; however, the operation of the station was leased to independent operators. In 1985, the pre-merger Exxon owned six 4,000 gallon gasoline underground storage tanks, along with one 1,000 gallon waste oil underground storage tank and one 1,000 gallon fuel oil underground storage tank. In 1986, the six 4,000 gallon underground storage tanks were removed and replaced with one 8,000 gallon, one 10,000 gallon, and one 12,000 gallon single wall, fiberglass reinforced plastic ("FRP") underground storage tank. The waste oil tank was removed in 1993. The remaining gasoline USTs were in use at the property through the end of the relevant period of time.

3. **Exxon 3-6019, 78 Hightstown Road, Princeton Junction, NJ**

Based upon available information, which has been identified for plaintiff's review, ExxonMobil states that neither the pre-merger Exxon, pre-merger Mobil nor ExxonMobil owned or leased the real property at this location. However, as of 1985, the pre-merger Exxon owned one 6,000 gallon and two 8,000 gallon gasoline underground storage tanks at this location which were leased to the independent operator of the station. The pre-merger Exxon divested its supply relationship with this location on December 5, 1997 and thereafter removed the underground storage tanks in May, 1998. A Mobil distributor began supplying product to this location in 1998, however, neither the pre-merger Mobil, nor ExxonMobil owned any underground storage tanks at this location.