# EXHIBIT 8



Oct 13 2010
3:45PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*New Jersey Department of Environmental Protection,
et al. v. Atlantic Richfield Co., et al.*
Case No. 08-CV-00312

### DECLARATION OF SHERRY W. ROBEY ON BEHALF OF SUNOCO, INC. AND SUNOCO, INC. (R&M) PURSUANT TO CMO-75

Sherry W. Robey, being duly sworn, deposes and states:

1. My current position is paralegal at Sunoco, Inc. (R&M).

2. I have worked as a paralegal at Sunoco, Inc. (R&M) since November 2003.

3. I am familiar with Sunoco, Inc. (R&M)'s ownership or leasehold interest in property at retail gasoline stations and Sunoco, Inc. (R&M)'s ownership or leasehold interest in underground storage tanks ("USTs") at retail gasoline stations in the State of New Jersey. This declaration is provided to the best of my knowledge, information and belief, and is based upon my review of relevant documents.

4. Sunoco, Inc. (R&M) has an ownership or leasehold interest in properties or USTs at one of the Discovery Sites named by Plaintiffs and Defendants on August 6, 2010 and September 13, 2010 in the above-captioned matter: Sunoco Service Station #00069201 at 72 Bloomfield Avenue in Bloomfield Township, New Jersey.

5. Sunoco, Inc. (R&M) and its predecessors have owned the property for Sunoco Service Station #00069201 at 72 Bloomfield Avenue in Bloomfield Township, New Jersey since 1947. The property is defined as Block 20, Lot 24 in Bloomfield Township. The property is bordered by Bloomfield Avenue to the north and 17th Street to the west.

6. Sunoco, Inc. (R&M) currently owns three 8,000-gallon USTs at Sunoco Service Station #00069201 at 72 Bloomfield Avenue in Bloomfield Township, New Jersey. These three tanks have been on the property and owned by Sunoco, Inc. (R&M) since October 12, 1983. In March 1992, a 550-gallon UST was removed from the property. Sunoco, Inc. (R&M) owned