# EXHIBIT 9



Feb 9 2011
10:36AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL NO. 1358 C.A. No. 1:00-1898 (SAS) |
| *This Document Relates To:* | M21-88 |
| *New Jersey Dept. of Envtl. Prot., et al. v. Atlantic Richfield Co., et al.* Case No. 08-CV-312-SAS | |

### DEFENDANT HESS CORPORATION'S AMENDED DECLARATION IN RESPONSE TO CASE MANAGEMENT ORDER NO. 75

1. Pursuant to Case Management Order No. 75, Hess Corporation ("Hess") submits the following amended declaration disclosing certain information for properties and underground storage tanks that have been selected as "focus sites" in *New Jersey Dept. of Envtl. Prot., et al. v. Atlantic Richfield Co., et al.*, Case No. 08-CV-312 (S.D.N.Y.).

2. From 1969 to February 14, 1997, Hess owned former Station No. 30293 and the related underground storage tanks, located at 2815 Route 73 South, Maple Shade, NJ 08052. Hess operated former Station No. 30293 from February 1982 through August 12, 1996. On February 14, 1997, Hess sold former Station No. 30293 and the related underground storage tanks to ARFA Enterprises, Inc. *See* May 30, 2008 Hess Remedial Action Progress Report, at HESS NJ 000004.

3. From May 2000 to present day, Hess has owned and operated Station No. 30513 and the related underground storage tanks, located at 679 Convery Boulevard, Perth Amboy, New Jersey 08861-2553.