# EXHIBIT 12

```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK


        ----------------------------:
        IN RE:  METHYL TERTIARY      : Case No.
        BUTYL ETHER ("MTBE")         : 08-CIV-00312:(SAS)
        ----------------------------:
                                     :
        NEW JERSEY DEPARTMENT OF      :
        ENVIRONMENTAL PROTECTION,     :
        ET AL.                        :
                  vs.                 :
                                     :
        ATLANTIC RICHFIELD COMPANY,  :
        et al.                        :
        ----------------------------
```

Wednesday, January 25, 2012


Videotape deposition of SEMYON LOGOVINSKY, taken pursuant to notice, at the offices of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania, on the above date, at approximately 9:43 a.m., before `Josephine Cardillo, Registered Professional Reporter and Notary Public.

Deposition of Semyon Logovinsky  /  January 25, 2012

Page 20

```
 1   of those?

 2        A.   No, I own real estate, what previously

 3   was there when I left.   Thirty, forty years; I

 4   don't know.  I don't remember exact number but

 5   it's in the thirties --

 6        Q.   Okay.

 7        A.   -- or forties.

 8        Q.   You own the real estate for thirty to

 9   forty?

10        A.   Yes.

11        Q.   And is one of those the Five Points BP

12   station?

13        A.   Yes.

14        Q.   Do you recall when you acquired the

15   real estate for the Five Points BP station?

16        A.   Approximately.

17        Q.   I'm sorry?

18        A.   Approximately.

19        Q.   Approximately?

20        A.   '87 '89.  I don't know.  I don't

21   remember exactly.

22        Q.   But sometime in the late '80s?

23        A.   Very late, yeah.

24        Q.   Okay.

25        A.   And there was a time it wasn't -- I
```