# EXHIBIT 14

**IN THE UNITED STATERS DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**In Re:  Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**This document relates to:**

*New Jersey Department of Environmental*
*Protection v. Atlantic Richfield Co., et al.*
No. 08 Civ. 00312

Master File No. 1-00-1898
MDL 1358 (SAS):  M21-88

---

### PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST
### AMENDED REQUESTS FOR ADMISSION RELATED TO THE
### BOROUGH OF TINTON FALLS SITE

PLEASE TAKE NOTICE that, pursuant to Rule 36 of the Federal Rules of Civil

Procedure and the Local Rules of the Southern District of New York, Plaintiffs New Jersey

Department of Environmental Protection, Commissioner of the New Jersey Department of

Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund

(collectively, "Plaintiffs") hereby respond to the Defendants' First Amended Requests for

Admission Related to the Borough of Tinton Falls Site (the "Requests for Admission"), as

follows:

### GENERAL OBJECTIONS AND LIMITATIONS

1.      Plaintiffs object to the Requests for Admission to the extent they seek information

covered by the attorney-client privilege, the work product doctrine, or any other applicable

privilege or immunity.  Plaintiffs' responses are not intended as, nor should they be construed as,

a waiver or relinquishment of any part of the protections afforded by the attorney-client

privilege, the work product doctrine, or any other applicable privileges or immunities.  Plaintiffs

reserve the right to withdraw and recover any information covered by such privileges or

1

11.     Plaintiffs further object to the definition of "You," "Your," and "Plaintiff" to the extent it means any institution or person other than the named plaintiffs in this suit both because plaintiffs cannot and do not speak for all departments and institutions of the New Jersey State Government and because many of the posed Requests for Admission seem to assume that the terms "You," "Your," and "Plaintiff" only refer to the plaintiffs and not other departments and institutions of the New Jersey State Government. To the extent such interpretation is incorrect, the terms "you" and "your" are objected to as overly broad, requiring unreasonable investigation, unduly burdensome, and not reasonably calculated to lead to admissible evidence.

12.     Plaintiffs object to these requests to the extent they seek information about contaminants other than "MTBE" and/or "TBA," as unduly burdensome, overbroad, and seeking information not reasonably calculated to lead to admissible evidence.

## SPECIFIC OBJECTIONS AND RESPONSES

Subject to, and without waiver of objections, plaintiffs provide the following responses:

1.     Admit that the SITE is located at 556 Tinton Avenue, Borough of Tinton Falls, Monmouth County, New Jersey, 07724. *See, e.g.,* NJDEP-SITE527-00425.

   **RESPONSE:**

   Admitted.

2.     Admit that the SITE is owned by the Borough of Tinton Falls. *See, e.g.,* Deposition of Craig Wilkinson, February 2,2011, page 78, lines 2-9.

   **RESPONSE:**

   Admitted.