# EXHIBIT 17

Bk X495 Pg700 #233



## State of New Jersey
### DEPARTMENT OF ENVIRONMENTAL PROTECTION

JON S. CORZINE
*Governor*

LISA P. JACKSON
*Commissioner*

IN THE MATTER OF:
THE B.L. ENGLAND GENERATING STATION SITE     : REMEDIATION
ATLANTIC CITY ELECTRIC COMPANY AND     : AGREEMENT
RC CAPE MAY HOLDINGS, LLC

ISRA Case # E20000028
PI # 011645

    This Remediation Agreement is issued and entered into pursuant to the authority vested in the Commissioner of the New Jersey Department of Environmental Protection, (hereinafter the "Department" or "DEP") by N.J.S.A. 13:1D-1 et seq., the Industrial Site Recovery Act, N.J.S.A. 13:1K-6 et seq., and the Spill Compensation and Control Act, N.J.S.A. 58:10-23.11 et seq., and duly delegated to the Assistant Director for the Oversight Resources Allocation Element within the Division of Remediation Support pursuant to N.J.S.A. 13:1B-4.

### FINDINGS

1.    The property that is the subject of this Remediation Agreement is located at 900 North Shore Road in Beesley's Point, and designated as Block 479, Lots 74, 76, 76.01, 94.01, 97, 98 and 99 and Block 661, Lot 81 on the tax maps of Upper Township, Cape May County, New Jersey (hereinafter "Property"), and includes all other areas to which any hazardous substance discharged on the Property has migrated (collectively, "the Site" or "B.L. England Generating Station Site"). The Property is owned by and operated by Atlantic City Electric Company.

2.    On November 6, 2006, RC Cape May Holdings, LLC submitted to the Department an application for a Remediation Agreement pursuant to N.J.A.C. 7:26B-4.1. This Remediation Agreement application is incorporated herein by reference and includes the following information:

    A.    Transaction

        Seller:         Atlantic City Electric Company

        Buyer:         RC Cape May Holdings, LLC

*[handwritten notes:]* 3/6
For: Sylvia Pearce
From: Dwight Roskos
RE: County Clerk RA filing.

*New Jersey Is An Equal Opportunity Employer* ● *Printed on Recycled Paper and Recyclable*

NJDEP-SITE407-035353