# EXHIBIT 18



Prepared by: *[signature]*
Date: 3/15/04

## State of New Jersey
### Department of Environmental Protection

James E. McGreevey
*Governor*

Bradley M. Campbell
Commissioner

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
| THE SCARBOROUGH/PULTE, INC. | : | **RESTORATION** |
| SITE | : | |
| PROGRAM INTEREST NO. #002941 | : | **ADMINISTRATIVE CONSENT** |
| AND | : | |
| WEYERHAEUSER COMPANY | : | **ORDER** |

The Department enters this Restoration Administrative Consent Order pursuant to the authority vested in the Commissioner of the New Jersey Department of Environmental Protection (Department) by N.J.S.A. 13:1D-1 through -19, and the Spill Compensation and Control Act, N.J.S.A. 58:10-23.11 through 23.24, and duly delegated to the Assistant Commissioner, Natural and Historic Resources pursuant to N.J.S.A. 13:1B-4.

### FINDINGS

1.  The site that is the subject of this Restoration Administrative Consent Order is presently owned by Fox Voorhees, LLC, is located at 157 Route 73 South, Marlton, NJ and is designated as Block 228, Lot 9.01 on the tax maps of the Township of Voorhees, Camden County, New Jersey (Site).

2.  Weyerhaeuser Company, incorporated in the State of Washington with its principal offices at 33663 Weyerhaeuser Way South, Federal Way, WA has agreed to enter into this Restoration Administrative Consent Order.

3.  Weyerhaeuser Company is conducting the cleanup and removal of discharges at the Site pursuant to the Underground Storage of Hazardous Substances (UST) Rules, N.J.A.C. 7:14B.

4.  Weyerhaeuser Company has documented in a document dated November 18, 2002 fulfilling the requirements of N.J.A.C. 7:26E-3.11 (a) 4 that the co-occurrence of the following conditions does not exist as a result of discharges at or from the site:

    i.  Contaminants of ecological concern exist onsite;