# EXHIBIT 19

RECEIVED
APR 0C 2001

# PRELIMINARY ASSESSMENT / SITE INVESTIGATION
# AND
# REMEDIAL ACTION REPORT
# FOR
# TAMCREST COUNTRY CLUB
# (CART WASH AREA)
# BOROUGH OF CRESSKILL AND BOROUGH OF ALPINE
# BERGEN COUNTY, NEW JERSEY
Spill Case # 00-11-20-1215-12

*Prepared for:*
New Jersey Department of Environmental Protection
Division of Responsible Party Site Remediation
Bureau of Field Operations – Northern Regional Office
2 Babcock Place
West Orange, New Jersey 07052

Attention: Mr. Rodger Fedak, Case Manager

*And*
Cresskill Hills, L.L.C.
574 Grand Avenue, Englewood, New Jersey 07831

*Prepared by:*
EcolSciences, Inc.
75 Fleetwood Drive, Suite 250
Rockaway, New Jersey 07866

April 5, 2001

NJ-MTBE-DSSR-000-615629

### 4.0   SITE HISTORY

Available information pertaining to site history was reviewed by EcolSciences to identify potential areas of environmental concern resulting from past operations and land use practices on and in the vicinity of the subject property. The site history was compiled by reviewing municipal files, interviewing municipal officials, reviewing available deed/title information, and examining historical aerial photographs, maps, and directories, if available. This information was supplemented by discussions with the golf course superintendent, Mr. Ken Duggan. The following sections describe the findings of EcolSciences' historical review, including detailed interpretations of available historical aerial photographs and maps, and a summary of the known ownership and operational history.

### 4.1   Ownership and Operational History

Complete title search or chain-of-title documentation was not readily available for EcolSciences' review at the time of report preparation. However, records on file at the Borough of Cresskill Tax Assessor's Office indicate that Tamerelli [sic] Property Associates currently owns the Cresskill portion of the subject property. Records on file at the Alpine Borough Tax Assessor Office indicate that the eastern portion of the site is owned by Cresskill Hills, L.L.C. Both Tamerelli [sic] Property Associates and Cresskill Hills L.L.C. have a mailing address of 574 Grand Avenue, Englewood, New Jersey. Prior to 1985, the western portion of the site was also reportedly owned by Cresskill Hills (Cresskill Tax Assessor, July 20, 2000). No other prior ownership information was available at the Tax Assessors Offices.

According to the property owner the following is a summary of owners and operators:

*Owners:*
Tamcrest Corp from May 23, 1970 to June 30, 1986
Tamburelli Properties Associates from July 1, 1986 to September 31, 1996; and
Cresskill Hills, L.L.C. from January 1, 1997 to present

*Operators:*
Tamcrest Corp. from 1970 to 1979; and
Tamcrest Country Club, Inc. from 1980 to present.

NJ-MTBE-DSSR-000-615643