# EXHIBIT 22



Nov 30 2012
10:19PM

IN THE UNITED STATERS DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document relates to:<br><br>*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al.*<br>No. 08 Civ. 00312 | Master File No. 1-00-1898<br>MDL 1358 (SAS): M21-88 |

### PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSION REGARDING THE NJDOT W. ORANGE MAINTENANCE YARD

PLEASE TAKE NOTICE that, pursuant to Rule 36 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York, Plaintiffs New Jersey Department of Environmental Protection, Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") hereby respond to the Defendants' Requests for Admission Regarding the NJDOT W. Orange Maintenance Yard (the "Requests for Admission"), as follows:

### GENERAL OBJECTIONS AND LIMITATIONS

1. Plaintiffs object to the Requests for Admission to the extent they seek information covered by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity. Plaintiffs' responses are not intended as, nor should they be construed as, a waiver or relinquishment of any part of the protections afforded by the attorney-client privilege, the work product doctrine, or any other applicable privileges or immunities. Plaintiffs

**RESPONSE:**

Admitted.

4. Admit that no DRINKING WATER well is located at the SITE.

**RESPONSE:**

Admitted.

5. Admit that DRINKING WATER is supplied to the Township of West Orange from surface water supplies outside of the limits of the Township of West Orange.

**RESPONSE:**

After reasonable investigation (review of files), plaintiffs are unable to admit or deny the truth of this allegation. Plaintiffs believe that at least some residents of the Township of West Orange are supplied DRINKING WATER from public wells supplied from within the limits of the Township of West Orange. The files reviewed by plaintiffs have been produced in discovery.

6. Admit that the New Jersey Department of the Treasury has OWNED the SITE from at least 1977 to the present. (Lane Dep. 52:6 - 9, July 12, 2011.)[GczI]

**RESPONSE:**

Admitted.

7. Admit that NJDOT currently OPERATES the SITE. (Fedak W. Orange 30(b)(6) Dep. 121:20 - 122:2.)

**RESPONSE:**

Admitted.

8. Admit that NJDOT has OPERATED the SITE from at least 1977 to the present. (Fedak W. Orange 30(b)(6) Dep. 122:3 - 8.)

**RESPONSE:**

Admitted.

9. Admit that prior to August 1999, four USTs were located at the SITE.

**RESPONSE:**