Schendler S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This Document Relates To: City of Fresno v. Chevron U.S.A., et al., Case No. 04 Civ. 4973 (SAS) | |

10/2/13

## STIPULATED DISMISSAL WITH PREJUDICE OF LYONDELL CHEMICAL COMPANY AND ARCO CHEMICAL COMPANY

WHEREAS Plaintiff City of Fresno agreed to dismiss all claims with prejudice against Lyondell Chemical Company and ARCO Chemical Company pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS the parties now respectfully request that the Court enter the following stipulation and order of dismissal:

THE PARTIES HEREBY STIPULATE AND AGREE that the Court is hereby authorized and requested to execute and enter the attached Order of Dismissal and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Lyondell Chemical Company and ARCO Chemical Company with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that each of the parties to this stipulation shall bear and pay all of their own costs, expenses, and attorney's fees

- 1 -

heretofore incurred or to be incurred in connection with this stipulation and order of dismissal.

SO STIPULATED.

Dated: September 30, 2013

MILLER, AXLINE & SAWYER
A Professional Corporation

By: _____
Michael Axline
Daniel Boone
1050 Fulton Ave., Ste. 100
Sacramento, CA 95825
(916) 488-6688
Attorneys for Plaintiff
CITY OF FRESNO

Dated: September 30, 2013

BLANK ROME LLP

By: _____
Alan J. Hoffman
Jeffrey S. Moller
John J. DiChello
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 569-5500
Attorneys for Defendants
LYONDELL CHEMICAL
COMPANY AND ARCO
CHEMICAL COMPANY

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

This Document Relates To:

*City of Fresno v. Chevron U.S.A., et al.,*
*Case No. 04 Civ. 4973 (SAS)*

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After having considered the parties' Stipulated Dismissal of Lyondell Chemical Company and ARCO Chemical Company, and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiff City of Fresno against Lyondell Chemical Company and ARCO Chemical Company are hereby DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(2). Each party shall bear its own costs, expenses, and attorney's fees in connection with this dismissal.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in *City of Fresno v. Chevron U.S.A., Inc., et al.*, Case No. 04 Civ 4973 (SAS), electronically through LexisNexis File & Serve:

**STIPULATED DISMISSAL WITH PREJUDICE OF LYONDELL CHEMICAL COMPANY AND ARCO CHEMICAL COMPANY**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 1, 2013, at Sacramento, California.

*Kathy Herron*
KATHY HERRON