**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

10/7/13

| | |
|---|---|
| **IN RE METHYL TRETIARY BUTYLETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | Master File No. 1:00-cv-01898 MDL 1358 (SAS) |
| **This document relates to: All Cases** | **ORDER FOR ADMISSION PRO HAC VICE** |

The requests of James F. Bennett, Willie J. Epps, Jr. and Selena L. Evans, for admission to practice *Pro Hac Vice* in the above captioned action have been granted.

Applicants having requested admission Pro Hac Vice to appear for all purposes as counsel for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company Oklahoma and Valero Refining Company Texas, L.P., individually and as successor-in-interest to Valero Refining Company-Texas and Valero Refining Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED:**

Date: 10/7/13