# **EXHIBIT B**

DM_US 35481469-1.T13305.0010

**From:** "Correll, Charles" <CCorrell@KSLAW.com>
**Date:** September 23, 2013 at 5:44:02 PM EDT
**To:** Mike Axline <maxline@toxictorts.org>
**Cc:** "Doyle, Colleen" <DoyleC@hunton.com>, Brian Ledger <BLedger@gordonrees.com>, "Anderson, Jeremiah" <JJAnderson@KSLAW.com>, "Martin, Diana Pfeffer" <MartinDP@hunton.com>, "jparker@smrh.com" <jparker@smrh.com>, "Wroy@sheppardmullin.com" <Wroy@sheppardmullin.com>, "Wedeking, Jim" <jwedeking@sidley.com>, "peter.hart@leclairryan.com" <peter.hart@leclairryan.com>, "jradovich@EimerStahl.com" <jradovich@EimerStahl.com>, "smeyer@downeybrand.com" <smeyer@downeybrand.com>, "Peter.condron@sedgwicklaw.com" <Peter.condron@sedgwicklaw.com>, Toxictorts <toxictorts@toxictorts.org>
**Subject: Re: Fresno: Applicaton of Court's Order to Remaining Stations**

> Mike,
>
> I am following up on my letter of last week. Do you have a response?
>
> Thanks.
>
> Charles
> Sent from my iPhone
>
> On Sep 17, 2013, at 2:14 PM, "Correll, Charles" <CCorrell@KSLAW.com> wrote:
>
>> Mike,
>>
>> Please see the attached correspondence, which is also be served on LNFS.
>>
>> Charles
>>
>> <2013.9.17 Ltr to M. Axline re Remaining Stations.pdf>

1