# **EXHIBIT C**

DM_US 35481469-1.T13305.0010

**From:** Tracey O'Reilly <toreilly@toxictorts.org>
**Date:** September 23, 2013 at 6:12:11 PM EDT
**To:** "Correll, Charles" <CCorrell@KSLAW.com>, Mike Axline <maxline@toxictorts.org>, Duane Miller <dmiller@toxictorts.org>
**Cc:** "'Doyle, Colleen'" <DoyleC@hunton.com>, 'Brian Ledger' <BLedger@gordonrees.com>, "Anderson, Jeremiah" <JJAnderson@KSLAW.com>, "'Martin, Diana Pfeffer'" <MartinDP@hunton.com>, "jparker@smrh.com" <jparker@smrh.com>, "Wroy@sheppardmullin.com" <Wroy@sheppardmullin.com>, "'Wedeking, Jim'" <jwedeking@sidley.com>, "peter.hart@leclairryan.com" <peter.hart@leclairryan.com>, "jradovich@EimerStahl.com" <jradovich@EimerStahl.com>, "smeyer@downeybrand.com" <smeyer@downeybrand.com>, "Peter.condron@sedgwicklaw.com" <Peter.condron@sedgwicklaw.com>, Toxictorts <toxictorts@toxictorts.org>
**Subject: RE: Fresno: Application of Court's Order to Remaining Stations**
**Reply-To:** Tracey O'Reilly <toreilly@toxictorts.org>

Charles,

As you know, the court's ruling was issued just a short time ago and is fairly complex. Additionally, the process of correlating the rulings with prior dismissals, settlements and agreements in this matter, on a station by station basis, is also fairly complex. Thus, as I am sure you can understand, the process of analyzing the ruling, determining the appropriate response, and providing recommendations pursuant to discussions with our client takes some time. Additionally, our client was unavailable all last week.

We are in the process of conferring with our client and anticipate providing a response as promptly as possible. Since these motions have been pending for nearly six months, and have a significant impact on the litigation, we believe that it is appropriate to allow us a reasonable amount of time to confer with our client.

Sincerely,


Tracey L. O'Reilly
Miller, Axline & Sawyer

1

1050 Fulton Avenue, Suite 100
Sacramento, California  95825
Tel: 916-488-6688
Fax: 916-488-4288
Email: toreilly@toxictorts.org


-----Original Message-----
From: Correll, Charles [mailto:CCorrell@KSLAW.com]
Sent: Monday, September 23, 2013 2:44 PM
To: Mike Axline
Cc: Doyle, Colleen; Brian Ledger; Anderson, Jeremiah; Martin, Diana Pfeffer; jparker@smrh.com; Wroy@sheppardmullin.com; Wedeking, Jim; peter.hart@leclairryan.com; jradovich@EimerStahl.com; smeyer@downeybrand.com; Peter.condron@sedgwicklaw.com; Toxictorts
Subject: Re: Fresno: Applicaton of Court's Order to Remaining Stations

Mike,

I am following up on my letter of last week.  Do you have a response?

Thanks.

Charles
Sent from my iPhone

On Sep 17, 2013, at 2:14 PM, "Correll, Charles" <CCorrell@KSLAW.com<mailto:CCorrell@KSLAW.com>> wrote:

Mike,

Please see the attached correspondence, which is also be served on LNFS.

Charles
<2013.9.17 Ltr to M. Axline re Remaining Stations.pdf>

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

2