UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For October 15, 2013 Status Conference

### Defendants' Agenda Items:

1. *City of Fresno*: Application of Court's September 10, 2013 Ruling on Lack of Injury to Remaining Stations
2. *City of Fresno*: Dismissal of the Tesoro and Kern Defendants Based on the Court's MSJ Rulings
3. *Puerto Rico*: Plaintiffs' Failure to Properly Respond to Total Petroleum Puerto Rico Corp.'s (TPPRC) Discovery Requests Regarding Trial Site No. 9
4. *New Jersey*: Production of David Barth's Calculations If Not Yet Decided

### Plaintiffs' Agenda Items:

1. *New Jersey*: Status of Settlements

Dated: New York, New York
October 7, 2013

WEITZ & LUXENBERG, P.C.

_____
William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
Co-lead counsel for plaintiffs
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

_____
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*