# EXHIBIT A

| | Noticed to | Date Served | Location | Notice Date |
|---|---|---|---|---|
| 1 | Agustin Lledo | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/14/2013 |
| 2 | Al Hoo | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 3 | Altol Environmental Services, Inc | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/6/2013 |
| 4 | Ana Garcia Ramos | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/1/2013 |
| 5 | Angel Alonso Rodriguez | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/2/2013 |
| 6 | Applied Geosciences & Environmental Services, Inc | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/2/2013 |
| 7 | Arturo Hernandez | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 8 | Audry A. O'Toole | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 9 | Augusto Munoz-Lucot | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 10 | Camioneros, Cooperativa de Transporte de Carga | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 11 | Carlos A. Rodriguez Ortiz | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 12 | Carlos Berrios Casillas | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 13 | Carlos Figueroa | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 14 | Carlos Rodriguez | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/21/2013 |
| 15 | Carlos Tirado | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 16 | CH2MHILL, Inc | 10/11/2013 | CH2MHill INC.,: Englewood, CO 80112 | 12/4/2013 |
| 17 | Dalila Trevino | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 18 | David Harcharik | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 19 | David J. Swayne | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 20 | David Lewis | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/22/2013 |
| 21 | David Monasterio | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/6/2013 |
| 22 | David Potash | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 23 | David Tauber | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 24 | David Tauber, Jr. | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 25 | Deborah Caban | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 26 | Donald Aleong | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 27 | Ed Liszewski | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/20/2013 |
| 28 | Ed Meyer | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 29 | Eduardo Junior | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 30 | Efrain Andino Mendez | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/2/2013 |
| 31 | Eneida Hernandez Morales | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/1/2013 |
| 32 | ENSR International | 10/11/2013 | ENSR International: Chelmsford, MA | 12/4/2013 |
| 33 | ERTEC | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 34 | Felecia Gutierrez | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 35 | Fred Sisson | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 36 | Frederick Barrant | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 37 | Gary Bromley | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/12/2013 |
| 38 | George Wiltse | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/13/2013 |
| 39 | Groundwater & Environmental Services, Inc (1418 Ave Ponce De Leon, Ste. 201. San | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 40 | Groundwater & Environmental Services, Inc (Agent: The Corp. Trust Co., 1209 | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |

| | Noticed to | Date Served | Location | Notice Date |
|---|---|---|---|---|
| 41 | Groundwater and Environmental Services of Puerto Rico, LLC (1418 Ave Ponce De Leon, Ste. 201. San Juan, PR) | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 42 | Groundwater and Environmental Services of Puerto Rico, LLC (Agent: The Corp. Trust Co., 1209 Orange St. Wilmington, DE 19801) | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 43 | Guillermo Bolanos | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 44 | Hans Rudzen | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/19/2013 |
| 45 | Hector Sanchez | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 46 | Helen Sia | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 47 | Hess Corporation | 10/11/2013 | Gemean: New York, NY | 11/1/2013 |
| 48 | HOVIC & HOVENSA (Early Knowledge) | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 49 | HOVIC & HOVENSA (Taste & Odor) | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 50 | Intertek Testing Services Inc | 10/11/2013 | Prickett, Jones & Elliott: Wilmington, DE | 11/1/2013 |
| 51 | Israel Bravo Toledo | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/2/2013 |
| 52 | Jean Delgado | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 53 | Jean Michael Mommessin | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 54 | Jeff Loyka | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 55 | Jeffrey Byard | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/13/2013 |
| 56 | John D. Zimmerman Esq. | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 57 | Johnny Velazquez | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/12/2013 |
| 58 | Jonathan Watson | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2014 |
| 59 | Jorde Toledo | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 60 | Jorge Pavia | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/6/2013 |
| 61 | Jose "Chemo" Ferrer | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/21/2013 |
| 62 | Jose Lamboy | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |
| 63 | Jose Marrero | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/11/2013 |
| 64 | Joseph Rubbo | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 65 | Juan M. Lopez | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/18/2013 |
| 66 | Julio Bucci | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 67 | Kathleen McCaney | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/12/2013 |
| 68 | Loren Lazear | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 69 | Lucia Bolanos | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 70 | Luis Comas | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/11/2013 |
| 71 | Luis Fernandez | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/13/2013 |
| 72 | Luis Petrovich | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/4/2013 |
| 73 | Lyondell | 10/10/2013 | Blank Rome: Philadelphia, PA | 11/4/2013 |
| 74 | Marilyn Roberson | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 75 | Mark D. Scharre | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 76 | Marla Rivera | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 77 | Matt Kemple | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 78 | Maximo Alvarez | 10/11/2013 | The Justice Building: Miami, FL | 11/4/2013 |
| 79 | MFR Transport | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/3/2013 |

| # | Noticed to | Date Served | Location | Notice Date |
|---|---|---|---|---|
| 80 | Michael J. Colavita | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/15/2013 |
| 81 | Michael Price | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 82 | Miguel Vazquez | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 83 | Mike Pizarro | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/4/2013 |
| 84 | Monica Santos | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 85 | Nick Horler | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 86 | Noris Trujillo | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 87 | Norman Salas | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 88 | Patricia Bock | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 89 | Petro Taino Transport | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/6/2013 |
| 90 | R. Krug Fenz | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/20/2013 |
| 91 | Raymond McLeod | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 92 | Raymond Rosario | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 93 | Renaldo Fuentes | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/4/2013 |
| 94 | Renee Sagebien | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 95 | Rey Ortiz | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 96 | Rhonda Castillo | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 97 | Ricardo Garcia | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 98 | Richard E. Tauber | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 99 | Robert Ehrlich | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |
| 100 | Robert McGrath | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 101 | Roque Schmidt Colon | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 102 | Rosemary Haselroth | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/11/2013 |
| 103 | Sabin de Arbeloa | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 104 | Sam Jordan | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/1/2013 |
| 105 | Samuel Cruz | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 106 | Samuel Hernandez (2nd Notice) | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/4/2013 |
| 107 | Saulo Colon | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/6/2013 |
| 108 | Saybolt LP | 10/11/2013 | Prickett, Jones & Elliott: Wilmington, DE | 11/1/2013 |
| 109 | SGS North America, Inc | 10/11/2013 | Orlando H. Martinez Law Offices: San Juan, PR | 1/11/2013 |
| 110 | Sharetech Group Engineering, PSC | 10/11/2013 | Orlando H. Martinez Law Offices: San Juan, PR | 11/1/2013 |
| 111 | Shell Defendants | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/11/2013 |
| 112 | SoilTech | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 113 | Sol Puerto RIco | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/13/2013 |
| 114 | Stephen R. Walker | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/22/2013 |
| 115 | Sunoco Defendants | 10/11/2013 | Departamento de Justicia: San Juan, PR | 11/12/2013 |
| 116 | Test Environmental Inc. | 10/11/2013 | Departamento de Justicia: San Juan, PR | 12/5/2013 |
| 117 | TestAmerica | 10/11/2013 | TestAmerica: Nashville, TN | 12/3/2013 |
| 118 | Tony Maarraoui | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 119 | Wagner Freire | 10/11/2013 | Jackson Gilmour & Dobbs: Houston, TX | 11/4/2013 |
| 120 | Wilfredo Rivera | 10/10/2013 | Departamento de Justicia: San Juan, PR | 11/19/2013 |
| 121 | Woodworth Cummings | 10/11/2013 | Caribbean Scribes: St. Croix, VI | 11/1/2013 |