Schindler, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

This Document Relates To:

*City of Fresno v. Chevron U.S.A., et al.,*
*Case No. 04 Civ. 4973 (SAS)*

10/15/13

### STIPULATED DISMISSAL WITH PREJUDICE OF COASTAL CHEM, INC.

WHEREAS Plaintiff City of Fresno agreed to dismiss all claims with prejudice against Coastal Chem, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS the parties now respectfully request that the Court enter the following stipulation and order of dismissal:

THE PARTIES HEREBY STIPULATE AND AGREE that the Court is hereby authorized and requested to execute and enter the attached Order of Dismissal and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Coastal Chem, Inc., with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that each of the parties to this stipulation shall bear and pay all of their own costs, expenses, and attorney's fees

heretofore incurred or to be incurred in connection with this stipulation and order of dismissal.

SO STIPULATED.

Dated: October 11, 2013

MILLER, AXLINE & SAWYER
A Professional Corporation

By: _____
Michael Axline
Daniel Boone
1050 Fulton Ave., Ste. 100
Sacramento, CA 95825
(916) 488-6688
Attorneys for Plaintiff
CITY OF FRESNO

Dated: October 10, 2013

GREENBERG TAURIG, LLP

By: _____
Brent H. Allen
2101 L Street NW
Washington, DC 20037
(202) 331-3100
Attorneys for Defendant
COASTAL CHEM, INC.

SO ORDERED:

_____
U.S.D.J.

10/15/13

- 2 -