# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl *tertiary* Butyl Ether ("MtBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS) |
| This Document Relates To:<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.,*<br>Case No. 1:00-1898 (SAS) | DECLARATION OF<br>JEREMIAH J. ANDERSON |

I, Jeremiah J. Anderson, hereby declare and state as follows:

1.  I am over 21 years of age, of sound mind, and fully competent to make this Declaration.

2.  I am an attorney at law duly licensed to practice before all courts of the State of Texas and admitted *pro hac vice* in this matter. I am a partner with the firm of King & Spalding LLP, counsel for Defendant Chevron U.S.A. Inc. ("CUSA") in this matter. I have personal knowledge of the information set forth below, and I would testify to this information if called upon to do so.

3.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Plaintiffs' Responses to Defendants' First Set of Contention Interrogatories.

4.  Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' August 9, 2013 response to CUSA's pre-motion letter.

5.  Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' September 4, 2013 court-ordered supplemental correspondence to CUSA regarding the Skyline Service Center site.

6.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Expert Report of Dr. Michael Keeley and Amended Exhibit 1 to the Expert Report of Dr. Michael Keeley.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Dr. Michael Keeley.

8. Attached hereto as Exhibit 6 is a true and correct copy of CUSA's August 9, 2013 pre-motion letter.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Second Rebuttal Report of Plaintiffs' Expert Martin Tallett.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Houston, Texas, this 15th day of October, 2013.

_____
Jeremiah J. Anderson