

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Methyl Tertiary Butyl Ether ("MTBE")  :  MDL No. 1358 (SAS)
Products Liability Litigation                :  Docket No. M21-88
                                             :  Master File C.A. No. 1:00-1898 (SAS)
   This Document Relates To:                 :
                                             :
*New Jersey Department of Environmental Protection,*  :
*et al. v. Atlantic Richfield Co., et al.,* No. 08-CIV-
00312                                        :
                                             :
-------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST COASTAL DEFENDANTS WITH RESPECT TO LEONARDO MARINA AND BAYSIDE PRISON TRIAL SITES ONLY

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and Defendants Coastal Eagle Point Oil Company and El Paso Corporation (n/k/a El Paso LLC) (collectively, "Coastal Defendants") stipulate and hereby request that the Court enter a Voluntary Dismissal with Prejudice of Plaintiffs' claims against the Coastal Defendants with respect to the NJDEP Leonardo State Marina and NJ State Prison Bayside Trial Sites only. The parties further stipulate that each party shall bear and pay all costs, expenses, and attorney's fees heretofore incurred or to be incurred by each party respectively in connection with these claims.

Plaintiffs and the Coastal Defendants each reserve all other rights, claims, and defenses as against one another and all other defendants.

| | |
|---|---|
| Dated: August 16, 2013<br><br>_____<br>Tyler E. Wren, Esq.<br>Daniel Berger, Esq.<br>Merrill G. Davidoff, Esq.<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3098<br>Email: twren@bm.net<br><br>*Special Counsel to the Attorney General*<br><br>_____<br>Gwen P. Farley, Esq.<br>Deputy Attorney General<br>John Jay Hoffman, Esq.<br>Acting Attorney General<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-0093<br>(609) 984-2845<br>Email: Gwen.Farley@dol.lps.state.nj.us<br><br>*Attorneys for the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environment Protection, and the Administrator of the New Jersey Spill Compensation Fund* | Dated: August 16, 2013<br><br>_____<br>Brent H. Allen, Esq.<br>GREENBERG TRAURIG, LLP<br>2101 L Street, N.W.<br>Washington, DC 20037<br>(202) 331-3000<br>Email: allenbr@gtlaw.com<br><br>*Attorneys for Defendants El Paso Corporation (n/k/a El Paso LLC) and Coastal Eagle Point Oil Co.* |

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

Dated: 10/16/13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Stipulation and Order of Dismissal with Prejudice of All Claims Against Coastal Defendants with Respect to Leonardo Marina and Bayside Prison Trial Sites Only was served on all counsel of record by posting it directly to LexisNexis File & Serve on the 19th day of August 2013.

Tyler E. Wren, Esq.