# **EXHIBIT D**

DM_US 35481469-1.T13305.0010

| DEPONENT | AFFILIATION | DEFENDANT POSITION/OBJECTION |
|---|---|---|
| Donald Aleong | Tauber Oil | Will provide a date. |
| Patricia Bock | Tauber Oil | **Objection.** Ms. Bock is a former employee. Defendant does not have control over this witness and is presently unaware of the status or location of the former employee. Plaintiffs needed to have served a subpoena. |
| Michael Price | Tauber Oil | Will provide a date. |
| David J. Swayne | Tauber Oil | Will provide a date. |
| Frederick Barrant | Hovic/Hovensa | **Objection.** Mr. Barrant is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Woodworth Cummings | Hovic/Hovensa | **Objection.** Mr. Cummings is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Nick Horler | ConocoPhillips Company & Chevron Phillips Chemical Puerto Rico CORE LLC | **Objection.** Mr. Horler is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Mark D. Scharre | ConocoPhillips Company & Chevron Phillips Chemical Puerto Rico CORE LLC | **Objection.** Mr. Scharre is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Fred Sisson | ConocoPhillips Company & Chevron Phillips Chemical Puerto Rico CORE LLC | **Objection.** Mr. Sisson is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Samuel Cruz | Esso Standard Oil (Puerto Rico) | **Objection.** Mr. Cruz is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Carlos Figueroa | Esso Standard Oil (Puerto Rico) | Defendant will provide a date for Mr. Figueroa's deposition. Mr. Figueroa lives in Puerto Rico and will be available for deposition in San Juan. |
| Arturo Hernandez | Esso Standard Oil (Puerto Rico) | Defendant has proposed dates for Mr. Hernandez's deposition in December. Defendant is also exploring potential dates for Mr. Hernandez's deposition in November. Defendant will agree to produce him in Miami, FL. |
| Robert McGrath | ExxonMobil | Defendant will provide a date for Mr. McGrath's deposition. Mr. McGrath works in Fairfax, VA and will be available for deposition in Washington, D.C. |

| DEPONENT | AFFILIATION | DEFENDANT POSITION/OBJECTION |
|---|---|---|
| Augusto Munoz-Lacot | Esso Standard Oil (Puerto Rico) | Defendant will provide a date for Mr. Munoz-Lucat's deposition. Although Mr. Munoz-Lucat is a former employee, he has agreed to serve as a 30(b)(6) on a discrete topic for the company. Mr. Munoz-Lacot lives in Puerto Rico and will be available for deposition in San Juan. |
| Norman Salas | Exxon Trading InterAmerica, Inc. | **Objection.** Mr. Salas is a former employee of Exxon Trading InterAmerica, Inc. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Helen Sia | Esso Standard Oil (Puerto Rico) | **Objection.** Ms. Sia is a former employee. Defendant does not have control over her. Plaintiffs needed to have served a subpoena. |
| Luis Fernandez | SOL | **Objection.** Mr. Fernandez is a former employee of Shell Company Puerto Rico Limited. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. On information and belief, he does not reside within the Commonwealth of Puerto Rico. |
| Jose Marrero | SOL | **Objection.** Mr. Marrero is a former employee of SOL. Defendant does not have control over him. In addition, Mr. Marrero was identified to Plaintiffs in discovery responses as a person with knowledge in April 2010 (more than 3 years ago), and as an ESI Custodian in April 2013. Plaintiffs needed to have served a subpoena, and there is not basis for their delay. |
| R. Krug Fenz | Shell | **Objection.** Shell objects on the grounds of relevance. Mr. Fenz worked in the Finance Dept and was involved in the sale of the stock of the entity known as Shell Company Puerto Rico Limited, now known as Sol Puerto Rico Limited. |
| David Lewis | Shell | Will provide a date. However, Defendant will not produce Mr. Lewis in Houston, TX. He will be produced in London, UK, where he lives and works. |
| Carlos Rodriguez | N/A | **Objection.** Mr. Rodriguez is/was not an employee of Shell Chemical Yabucoa, Inc., Shell Oil Company, Shell Trading (US) Company, Shell Western Supply & Trading, or Shell International Petroleum Company (collectively, "Shell"). Shell objects on the grounds that Shell does not have control over him. |

| DEPONENT | AFFILIATION | DEFENDANT POSITION/OBJECTION |
|---|---|---|
| Hans Rutzen | Shell | **Objection.** Mr. Rutzen is a former Shell Chemical Yabucoa, Inc. employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Eneida Hernandez Morales | SOL | **Objection.** Ms. Hernandez Morales is a former employee of Shell Company Puerto Rico Limited. Defendant does not have control over her. Plaintiffs needed to have served a subpoena. |
| Augustin Lledo | Puerto Rico Sun Oil | **Objection.** Mr. Lledo is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Stephen R. Walker | Puerto Rico Sun Oil | **Objection.** Mr. Walker is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Jose Ferrer | Puerto Rico Sun Oil | **Objection.** Mr. Ferrer is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |
| Juan Lopez | Puerto Rico Sun Oil | **Objection.** Mr. Lopez is a former employee. Defendant does not have control over him. Plaintiffs needed to have served a subpoena. |