UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00 – 1898
Products Liability Litigation  MDL 1358 (SAS): M21-88

**ORDER**

This document relates to:

*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al.*, No. 08 Civ. 00312

SHIRA A. SCHEINDLIN, U.S.D.J.:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/13

The briefing schedule and page limits for the summary judgment motions of the Third-Party Defendants as discussed at the August 19 Conference are set forth below:

Third-Party Defendants' Opening Brief re: HP Delta trial site – December 6, 2013 (page limit  15 );

Getty Properties Corp.'s Opposition Brief – January 6, 2014 (page limit 15 );

Third-Party Defendants' Reply Brief – January 27, 2014 (page limit 10 )

SO ORDERED

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       October 25, 2013

5940204-1