Scheindlin, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
        :
In re: Methyl Tertiary Butyl Ether ("MTBE")  :  MDL 1358 (SAS)
Products Liability Litigation        :
        :  Master File C.A. No. 1:00-1898 (SAS)
        :
This document relates to:  :  No. M21-88
        :
*New Jersey Department of Environmental*  :
*Protection et al. v. Atlantic Richfield Co., et al.*  :
No. 08 Civ. 00312 (SAS)        :
------------------------------------------------------X

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between plaintiffs New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") on the one hand and defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, and Shell Trading (US) Company (collectively, the "Shell Defendants") on the other, as follows:

1.     Notwithstanding any allegation contained in the Fourth Amended Complaint in this action, Plaintiffs are not seeking to recover in this action any costs to treat water produced by the Village of Ridgewood's Walthery, Twinney, Paramus, East Ridgewood, or East Saddle River wells, either on their own behalf or on behalf of the Village of Ridgewood.

2.     The New Jersey Spill Compensation Fund has not expended any money or resources as of the date of this Stipulation for treatment of the Village of Ridgewood's Walthery, Twinney, Paramus, East Ridgewood, or East Saddle River wells and does not seek to recover any such costs in this action.

Dated : August 8, 2013

AGREED TO:

*(signature)*
Leonard Z. Kaufmann, Esq.
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West - Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, New Jersey 07663
(551) 497-7161

Attorneys for Plaintiffs New Jersey
Department of Environmental Protection, the
Commissioner of the New Jersey Department
of Environmental Protection, and the
Administrator of the New Jersey Spill
Compensation Fund

*(signature)*
By: Gwen Farley
Deputy Attorney General
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW
JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093
609-984-5016

Attorney for Plaintiffs New Jersey Department
of Environmental Protection, the
Commissioner of the New Jersey Department
of Environmental Protection, and the
Administrator of the New Jersey Spill
Compensation Fund

*(signature)*
Richard E. Wallace, Jr.
Peter C. Condron
SEDGWICK LLP
2900 K Street NW
Harbourside, Suite 500
Washington, D.C. 20007-5127
(202) 204-1000

Attorneys for Defendants Equilon Enterprises
LLC, Motiva Enterprises LLC, Shell Oil
Company, Shell Oil Products Company LLC,
and Shell Trading (US) Company

SO ORDERED
10/29/13
*(signature)*
Shira A. Scheindlin, U.S.D.J.

2