UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/13

This Document Relates To:

*City of Fresno v. Chevron U.S.A., et al.,*
*Case No. 04 Civ. 4973 (SAS)*

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After considering the parties' Stipulated Dismissal of Ultramar Inc., Valero

Refining Company--California and Valero Marketing and Supply Company, and for good

cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiff

City of Fresno against Ultramar Inc., Valero Refining Company--California and Valero

Marketing and Supply Company are hereby DISMISSED WITH PREJUDICE pursuant

to Fed.R.Civ.P. 41(a)(2).  Each party shall bear its own costs, expenses, and attorney's

fees in connection with this dismissal.

IT IS SO ORDERED.

Dated: 11/8/2013

_____
United States District Judge

- 3 -