UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*City of Manning v. Ashland Inc., et al.,*<br>**Case No. 13-CIV-07272 (SAS)**<br><br>*City of Portageville v. Ashland Inc., et al.,*<br>**Case No. 13-CIV-07299 (SAS)** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## ASHLAND INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Ashland Inc. certifies the following:

There is no parent corporation of Ashland Inc. There is no publicly held corporation owning 10% or more of the stock of Ashland Inc.

Dated: November 11, 2013

*[signature]*

Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7723
sleifer@bakerbotts.com

*Attorneys for Defendant Ashland Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2013, a true and correct copy of ASHLAND INC.'S RULE 7.1 DISCLOSURE STATEMENT was electronically served on counsel of record via LexisNexis File & Serve.

_____
Christopher Danley