UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>**This document pertains to:**<br><br>*Town of Brewster, et al. v. Atlantic Richfield Co., et al.*, **Case No. 13-CV-07247 (SAS)**<br><br>*Town of Hinesburg v. Atlantic Richfield Co., et al.*, **Case No. 13-CV-07271 (SAS)** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### HESS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Hess Corporation certifies the following:

There is no parent corporation of Hess Corporation. There is no publicly held corporation owning 10% or more of the stock of Hess Corporation.

Dated: November 11, 2013

*/s/ Steven L. Leifer*
Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7723
sleifer@bakerbotts.com

*Attorneys for Defendant Hess Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2013, a true and correct copy of HESS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT was electronically served on counsel of record via LexisNexis File & Serve.

Christopher Danley