UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>**This document pertains to:**<br><br>*City of Manning v. Ashland Inc., et al.,*<br>**Case No. 13-CIV-07272 (SAS)**<br><br>*City of Portageville v. Ashland Inc., et al.,*<br>**Case No. 13-CIV-07299 (SAS)** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## MARATHON OIL COMPANY'S AND MARATHON PETROLEUM COMPANY LP'S RULE 7.1 DISCLOSURE STATEMENTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Marathon Oil Company and Marathon Petroleum Company LP certifies the following:

Marathon Oil Company is a wholly-owned subsidiary of parent corporation Marathon Oil Corporation, which is a publicly held corporation.

Marathon Petroleum Company LP is a limited partnership comprised of two partners, MPC Investment LLC and Marathon Petroleum Corporation. Marathon Petroleum Corporation is a publicly held corporation.

Dated: November 11, 2013

*/s/ Steven L. Leifer*
Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building

2

       1299 Pennsylvania Ave., N.W.  
       Washington, DC 20004-2400  
       (202) 639-7723  
       sleifer@bakerbotts.com

*Attorneys for Defendants Marathon Oil Company and Marathon Petroleum Company LP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2013, a true and correct copy of MARATHON OIL COMPANY'S AND MARATHON PETROLEUM COMPANY LP'S RULE 7.1 DISCLOSURE STATEMENTS was electronically served on counsel of record via LexisNexis File & Serve.

_____
Christopher Danley