UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For November 18, 2013 Status Conference

### Joint Agenda Items:

1. *MDL 1358*: Proposed CMO for Newly Filed Cases

### Defendants' Agenda Items:

1. *City of Fresno*: Application of Court's September 10, 2013 Ruling on Lack of Injury to Remaining Station
2. *City of Fresno*: Dismissal of Tesoro with Prejudice
3. *Puerto Rico*: Defendants' Proposed Expert Protocol
4. *Puerto Rico*: Deadline for Plaintiffs to Produce Budget Information
5. *Puerto Rico*: Defendants' Request for Guayama Water Treatment Plant Trial Site Information
6. *Puerto Rico*: Preparation of Plaintiffs' Corporate Witness on MTBE Knowledge

### Plaintiffs' Agenda Items:

1. *New Jersey*: Settlement Submission Protocol
2. *Puerto Rico*: Pending Motions from Idemitsu and Vitol Defendants
3. *Puerto Rico*: CMO 4 Declarations
4. *Puerto Rico*: Sunoco's Refusal to Produce Rule 30(b)(6) Witnesses
5. *Puerto Rico*: Declarations Regarding Authenticity of Documents
6. *Puerto Rico*: Deposition Dates for Individuals Associated with Shell and Sol Puerto Rico
7. *Puerto Rico*: Idemitsu Motion to Delay Deposition Past Close of Discovery Date

- 2 -

Dated: New York, New York
November 8, 2013

WEITZ & LUXENBERG, P.C.

*signature*

William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
Co-lead counsel for plaintiffs
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

*signature*

Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*