# EXHIBIT K

```
                                                                    1
    Damrmtbc
 1  UNITED STATES DISTRICT COURT
 1  SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
 2
 3  In Re: METHYL TERTIARY BUTYL         00 MDL 1358 (SAS)
 3         ETHER ("MTBE") PRODUCTS       00 CV  1898 (SAS)
 4         LIABILITY LITIGATION
 4                                       Telephone Conference
 5  ------------------------------x
 5
 6                                       New York, N.Y.
 6                                       October 22, 2013
 7                                       2:30 p.m.
 7
 8  Before:
 8
 9             HON. SHIRA A. SCHEINDLIN
 9
10                                       District Judge
10
11
11
12             APPEARANCES
12
13
13  MILLER AXLINE & SAWYER
14       Attorneys for Plaintiffs
14  BY:  DUANE C. MILLER
15       MICHAEL AXLINE
15       TRACEY L. O'REILLY
16
16  JACKSON, GILMOUR & DOBBS
17       Attorneys for Plaintiffs
17  BY:  JOHN D.S. GILMOUR
18       NATHAN SHORT
18
19  McDERMOTT WILL & EMERY LLP
19       Attorneys for ExxonMobil
20  BY:  LISA GERSON
20       STEPHEN J. RICCARDULLI
21
21  SHEPPARD MULLIN RICHTER & HAMPTON
22       Attorneys for ExxonMobil
22  BY:  WILLIAM STACK
23
23  SEPULVADO & MALDONADO, PSC
24       Attorneys for Total Petroleum Puerto Rico
24  BY:  ELAINE M. MALDONADO-MATIAS
25       ALBENIZ COURET-FUENTES
25
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
                                                              26
     Damrmtbc
 1            If you want a one-paragraph declaration from Chevron
 2   Estella saying what I just said, that's fine, but I don't need
 3   to convene a deposition to have somebody say that in one and a
 4   half minutes.  I didn't even take me one half minute, but I
 5   speak fast.
 6            Chevron Puerto Rico.  The objection is that this
 7   latest notice is duplicative of a notice on September 5th, the
 8   September 13th is duplicative of the September 5th one, and
 9   Chevron produced a 30(b)(6) witness but plaintiffs didn't ask
10   the ten questions that were included on the notice, then they
11   want to reopen.
12            My view of that one is if plaintiff had the
13   opportunity to ask the ten questions and didn't, they probably
14   ran out of time.  That doesn't give them a right to do this
15   deposition again.  They are limited to written questions.
16            Plaintiffs, if you want to get those ten questions
17   answered that you could have asked then, you can take a
18   deposition on written questions.  Just ask the ten questions in
19   writing and you will get a written answer.  That's it.
20            Let's go on to CITGO.  CITGO has three objections.
21   The first one says they didn't sell, supply, or deliver
22   gasoline to retail service stations.  I don't know quite what
23   that means.  It is called issue 23, and there are too many
24   issues for me to go back to the underlying documents.
25            What's that about?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```