# EXHIBIT N

Rough - Bruce K. Green

VIDEO OPERATOR: We are on the record. The time now is 9:16. This marks the beginning of Disk Number 1 for the videotaped deposition testimony of Bruce Green in the matter of in re: MTBE Products Liability Litigation.

This case is pending in the United States District Court, the Southern District of New York, Master File Number 1:00-1898. Today's date is November the 7th, 2013. This deposition is being conducted at 1299 Pennsylvania Avenue, Northwest, Washington, D.C.

Counsel in attendance will be noted on the steno record. My name is Michael Gay. I'm with Golkow Technologies. Our court reporter today is Rosemary Locklear, also with Golkow Technologies, and will now swear in our witness.

BRUCE K. GREEN, having been duly sworn, was examined and testified

Rough - Bruce K. Green

1          Q.    And there are other copies

2    available here if anybody wants one, there's a

3    copy.  Everybody has one, I take it.

4                      Prior to appearing here today

5    to testify, had you seen a copy of the

6    document marked as Exhibit Number 1?

7          A.    Yes, sir.

8          Q.    And with respect to Exhibit Number

9    1, did you speak to James J. Malot, M-A-L-O-T,

10   to assist you in testifying concerning the

11   designated issues identified in Exhibit Number

12   1?

13         A.    No.

14         Q.    Do you know who Mr. Malot is?

15         A.    No.

16         Q.    Did you speak to Mr. Roberto Ayala

17   to assist you in giving testimony concerning

18   designated issues identified in Exhibit Number

19   1?

20         A.    No.

21         Q.    Do you know who Mr. Ayala is?

22         A.    Yes, I do.

23         Q.    And what is your understanding

24   from Mr. Ayala?

Rough - Bruce K. Green

1          A.      Mr. --

2          Q.      Was in terms of his service?

3          A.      Among other positions he's had,

4    the one that I know he filled in recent years

5    was the director of the water quality area at

6    the Environmental Quality Board in Puerto

7    Rico.

8          Q.      Did you review any of the

9    depositions of Mr. Ayala taken in this case?

10         A.      Yes, I did.

11         Q.      And when you reviewed Mr. Ayala's

12   deposition did you review excerpts pour the

13   entire text?

14         A.      The entire text.

15         Q.      And did you read it or did you

16   simply skim it?

17         A.      I read it.

18         Q.      With regard to Exhibit Number 1,

19   did you speak to Miguel Maldonado in order to

20   prepare to give testimony here today?

21         A.      No.

22         Q.      Have you reviewed his deposition?

23         A.      Yes.

24         Q.      And which of the depositions of

Rough - Bruce K. Green

1  Mr. Maldonado did you review in order to give

2  testimony here today regarding the designated

3  topics in Exhibit Number 1?

4      A.    I read a recent rough draft that I

5  assume is his last, latest deposition, and

6  then I believe it was the previous one before

7  that.

8      Q.    Did you speak with Aissa,

9  A-I-S-S-A, Colon in order to prepare to give

10 testimony concerning the designated topics in

11 Exhibit Number 1?

12     A.    No.

13     Q.    Did you speak to Katherine Batista

14 in order to assist you in giving testimony

15 relative to the designated topics in Exhibit

16 Number 1?

17     A.    No.

18     Q.    At any point in time did you speak

19 to a Mr. Hector Arroyo, ARROYO, in order to

20 assist you in giving testimony relative to

21 Exhibit Number 1?

22     A.    No.

23     Q.    Did you ever speak to /THO*PL

24 Rivera from the EQB relative to Exhibit Number

Case 1:00-cv-01898-VSB-VF  Document 3851-14  Filed 11/14/13  Page 6 of 21

1    1, the designated topics for which you're
2    testifying here today?
3          A.    No.
4          Q.    Did you ever speak to Dr.  Yvonne
5    Santiago relative to preparing to give
6    testimony regarding the designated topics in
7    Exhibit Number 1?
8          A.    No.
9          Q.    Did you speak to Wanda Garcia in
10   order to assist you in giving testimony
11   concerning the topics identified in Exhibit
12   Number 1?
13         A.    No.
14         Q.    Did you speak to he have /TPRAEUPB
15   act cost /STA with respect to giving testimony
16   about the designated topics in Exhibit Number
17   1?
18         A.    No.
19         Q.    Did you speak to anyone from PRASA
20   relative to giving testimony concerning the
21   designated topics in Exhibit Number 1?
22         A.    No.
23         Q.    Did you speak to anyone from the
24   EQB relative to giving testimony about the

Rough - Bruce K. Green

1    designated topics in Exhibit Number 1?

2          A.    No.

3          Q.    Did you speak to anyone from the

4    DENR of the Commonwealth of Puerto Rico in

5    order to assist you in giving testimony

6    concerning the topics identified in Exhibit

7    Number 1?

8          A.    No.

9          Q.    Did you speak to anyone at all to

10   assist you in giving testimony relative to the

11   topics identified in Exhibit Number 1?

12         A.    Yes.

13         Q.    And to whom did you speak?

14         A.    I spoke with counsel and their

15   staff.

16         Q.    And by counsel, you mean who?

17         A.    Attorney Dema, Attorney Kauff,

18   Attorney Short, attorney arraign /TPHUS.

19         Q.    Other than counsel, did you speak

20   to any current or former employees of any

21   agency of the Commonwealth of Puerto Rico

22   relative to obtaining information to assist

23   you in giving testimony regarding the

24   designated topics in Exhibit Number 1?

Rough - Bruce K. Green

1          A.    No.

2          Q.    When you spoke to Attorneys Dema,

3    Kauff, Short and arena, were all of you

4    together at one time on the phone or in a

5    room?

6          A.    No.

7          Q.    I take it that you've spoken to

8    counsel, then, at various times in various

9    settings, the gentlemen you identified?

10         A.    Yes, sir.

11         Q.    And with regard to Mr. Dema, did

12   Mr. Dema provide you with any E-mail

13   communications relative to appearing to

14   testify here today?

15         A.    Could you -- could you rephrase

16   that?

17         Q.    Yes.

18         A.    I'm not quite sure I understand.

19         Q.    Did Mr. Dema send you any E-mails

20   relative to your appearance to testify here

21   today relative to the designated topics in

22   Exhibit Number 1?

23               MR. DEMA:  Just for the record,

24         I'll object to form since I simply

Rough - Bruce K. Green

1    reviewed, have you identified by date and

2    subject the E-mails that were sent to you by

3    Mr. Dema?

4         A.   No.

5         Q.   How many E-mails did you receive

6    from Mr. Kauff relating to this deposition?

7         A.   I'd say about the same, half a

8    dozen.

9         Q.   Did you receive any E-mails

10   directly from Nathan short relative to this

11   deposition?

12        A.   Yes.

13        Q.   How many?

14        A.   I would say eight or ten.

15        Q.   And I believe you said the other

16   individual was Mr. Arenas?

17        A.   Yes, sir.

18        Q.   And how many E-mails have you

19   received from Mr. Arenas relative to this

20   deposition?

21        A.   Probably about the same.  Maybe

22   ten.

23        Q.   With regard to the documents that

24   were identified in Exhibit Number 2, were

Rough - Bruce K. Green

Page 40

1    those documents provided to you by counsel?

2         A.    The documents were provided to me

3    by counsel, except for research that I

4    conducted during my preparation.  For example,

5    some of these links to the EPA Websites or the

6    USGS Websites.

7         Q.    And which of the links to the web

8    sites identified in Exhibit Number 2 are links

9    which you've personally researched to give

10   testimony here today?

11        A.    The -- I'm going to read this in

12   Spanish, ma'am, if that's okay, the pro /SED

13   meant toes axe Joan I don't say Y recollect

14   meant tows paraseat knee permanent /TPHAPBT

15   tea Dee systems /PHAOEZ Dee tank tacks, the

16   /AL /SEUPL might setter record dose.  That is

17   the -- the guidelines in May '11.

18        Q.    And you obtained that on a Website

19   on your own?

20        A.    Uh-huh.  Yes, ma'am.

21        Q.    That --

22        A.    Yes, sir.  I'm sorry.  You're

23   right.  Yes.  Yes, I did.

24        Q.    Okay.  See?  It does happen?

Rough - Bruce K. Green

1    so depending on time of day, who was available

2    to speak to and the ongoing discussions about

3    preparing myself for the deposition and one of

4    the attorneys perhaps would give me a document

5    if they were otherwise occupied or not, they

6    would refer me to another.  But I can't

7    really -- I'm not going to be able to tell you

8    exactly who sent me what document.

9         Q.   With regard to the documents that

10   are identified on Exhibit Number 2, did you

11   specifically request the materials that are

12   identified under the heading Bates ranges?

13        A.   I requested information on topics

14   and counsel and their staffs supplied me with

15   those documents that were responsive to those

16   topics.

17        Q.   And what topics did you identify

18   for which you wanted documents provided to you

19   by counsel?  And if it's as easy as looking at

20   Exhibit Number 1, we can do that.

21        A.   It's as easy as that.

22        Q.   So I take it then you would go to

23   counsel and say, can you give me documents

24   indicating, for example, the date and manner

Rough - Bruce K. Green

1    by which plaintiffs first became aware that

2    MTBE was present in certain gasolines supplied

3    to or within the Commonwealth of Puerto Rico?

4         A.    That's correct.

5         Q.    At any point in time were you

6    provided with access to a database which

7    included all of the documents that were

8    produced by the Commonwealth of Puerto Rico in

9    this case where you could search yourself and

10   undertake an inquiry to find out whether there

11   were documents responsive to the designated

12   issues?

13        A.    I did not have access but my

14   understanding is that's what the lawyers did.

15        Q.    And with respect to the various

16   topics that are identified in Exhibit Number

17   1, did you rely exclusively on counsel to

18   conduct searches and provide you with

19   documents which were related to assisting you

20   in preparing to testify about these designated

21   issues?

22        A.    Well, as the preparation

23   proceeded, of course, I would read the

24   documents, it would bring questions to my

Golkow Technologies, Inc. - 1.877.370.DEPS

Rough - Bruce K. Green

Page 52

1    mind.  And as I stated earlier, I looked on

2    the Web sites and did some additional research

3    on these topics.  So it was an ongoing process

4    where there was a back and forth between

5    counsel and staff and me, which, as

6    discussions do, may lead to counsel providing

7    me with additional documents.

8                    MR. DEMA:  And just for the

9             record, since Mr. Stack, you're using

10            the word you, to Mr. Green as a

11            30(b)(6) witness, the Notice, which is

12            Exhibit 1, has you defined and

13            plaintiffs defined as including, for

14            example, PRASA, PRASA is not a

15            plaintiff.  We have objected and we've

16            served our objections to you.  The

17            only you in this case refers to the

18            plaintiffs and Mr. Green in

19            representing the plaintiffs as an

20            offered 30(b)(6) witness and Mr. Green

21            will not be testifying to you as

22            defined by the defendants in their

23            Notice and he will not be testifying

24            as to plaintiffs as defined by

Page 96

1    the document that was attached to the letter

2    to Mr. Ayala in June of 1997; am I correct?

3          A.    You are correct.

4          Q.    And with regard to the information

5    that you obtained to prepare to give testimony

6    here today, did you discuss with anyone other

7    than counsel whether the Commonwealth had

8    information pertaining to the characteristics

9    of MTBE in 1997?

10         A.    Well, first of all, just one

11   comment, although this letter is addressed to

12   Mr. Ayala, it wasn't Bates stamped as received

13   so, yes, it was addressed.  I can't verify

14   that Mr. Ayala actually received this or EQB

15   did but that's just a statement from the

16   previous question.

17         Q.    Is it your contention that the

18   letter that has been marked from Terra Vac was

19   never received by EQB?

20         A.    No.

21               MR. DEMA:  Objection.

22            Objection.  Misstates the testimony.

23   BY MR. STACK:

24         Q.    Did -- did you make an inquiry of

Rough - Bruce K. Green

1    anyone other than counsel to determine whether
2    or not the EQB had an understanding relative
3    to the characteristics of MTBE prior to 1998?
4          A.    Would you mind repeating the
5    question?
6                   MR. STACK:   I'll ask the court
7             reporter to read it back.
8                   (The court reporter read the
9             requested portion of the record.)
10                  THE WITNESS:   The -- the
11            counsel provided me with all relevant
12            documents for each specific topic so
13            I -- but I did not speak to anyone at
14            EQB personally.
15                  MR. STACK:   I will ask the
16            court reporter to mark another
17            document as Exhibit Number 17.
18                  (Exhibit Knowledge- was marked
19            for identification.) 17.
20   BY MR. STACK:
21         Q.    Exhibit Number 17 is a document
22   entitled cleanup of releases from petroleum
23   underground storage tanks, selected
24   technologies.   It's dated April 1988.   It's

Rough - Bruce K. Green

Page 137

1            the question?

2    BY MR. STACK:

3        Q.    Did you speak to Louise rod rod or

4    /HOR hey Sanchez from the might go guesses

5    regional office to learn what they may have

6    learned in attending a seminar in July of 1999

7    from EPA regarding MTBE?

8                    MR. DEMA:  The same objection.

9                    THE WITNESS:  Well, in -- in

10              reviewing the records, there's no

11              record of who attended this so all I

12              can say, these people were invited but

13              reading depositions from various

14              employees of EQB, those people cannot

15              recall who attended or they said they

16              did not attend.

17   BY MR. STACK:

18       Q.    You have a list of 28 individuals

19   who were identified as being people who were

20   either going to attend or were being invited

21   to attend.  Did you reach out and try to talk

22   to any of these individuals identified on

23   Bates Page 1436, included as part of Exhibit

24   Number 23, to find out what information was

Page 138

1    conveyed to them by the EPA at a seminar
2    concerning MTBE in July of 1999, if they
3    attended?
4               MR. DEMA:  Objection.  Form.
5               Foundation, the question assumes facts
6               not in evidence.
7               MR. STACK:  May he answer?
8               MR. DEMA:  Of course.
9               THE WITNESS:  The documents I
10              reviewed were to see if there was any
11              documentation at EQB regarding this
12              seminar.  I reviewed the deposition of
13              directors and -- and supervisors at
14              the EQB who were questioned about this
15              and based on their -- their
16              conversations, their -- their
17              testimony, no one could remember
18              anything about that seminar or had any
19              information on it.
20   BY MR. STACK:
21       Q.    Apart from reviewing the materials
22   you've just referred to in answering the prior
23   question, did you make any effort to talk to
24   any of the people identified in Exhibit Number

Rough - Bruce K. Green

Page 139

1    23 as having been invited to attend the

2    seminar by EPA in July of 1999?

3              A.    I did not speak to anyone directly

4    on this list.

5              Q.    Did you make any inquiry to find

6    out where information provided to EQB from the

7    EPA may have been kept in the EQB offices?

8                    MR. DEMA:  Objection.

9                    Foundation.

10                   THE WITNESS:  All information

11                   relevant to MTBE present at the agency

12                   has been reviewed and scanned and

13                   produced, whether it's electronic or

14                   hard-copy format, and that would

15                   include all locations where this

16                   information would be stored, so to the

17                   extent that there was no documentation

18                   other than what is on this exhibit,

19                   the search for that information was

20                   complete and exhaustive.

21   BY MR. STACK:

22             Q.    Did you personally undertake the

23   efforts to search for documents that were

24   responsive to the Requests for Production of

VIDEO OPERATOR:  We are back on
the record.  The time now is 8:37.

Today's date is November the
8th, 2013.  This marked the beginning
of Disk Number 1, Volume 2, for the
continuation of the deposition of
Bruce Green.

Mr. Green, sir, I remind you
that you're still under oath.

THE WITNESS:  Yes.  Thank you.

VIDEO OPERATOR:  You may
proceed.

EXAMINATION (Continued)

BY MR. STACK:

Q.    Good morning, Mr. Green.

A.    Good morning.

MR. STACK:  I would like to ask
the court reporter to mark a document
as Exhibit 39.

(Exhibit Knowledge- was marked
for identification.) 39.

BY MR. STACK:

Q.    This document is an inventory of
toxic emissions under SARA Title III, Section

Page 185

1              foundation.

2                      THE WITNESS:  I'm sorry.  I'm

3              having a little trouble understanding

4              what you're asking me.

5    BY MS. MEYER:

6         Q.    I'm asking you if -- let me

7    rephrase it.

8         A.    Yes, ma'am.

9         Q.    I'm asking you if you're prepared

10   today to testify about what the Commonwealth

11   learn about MTBE during the July 1999

12   conference?

13        A.    No.

14        Q.    Presented by EPA?

15        A.    I'm not.  Because there was no

16   information available on this and the

17   deposition testimony, when asked by

18   defendants, was that people did not remember

19   or have that information.  So I was not able

20   to review any presentation material that may

21   or may not have been presented during July.

22        Q.    Okay.  Are you familiar with which

23   areas in the United States were part of the

24   reformulated gasoline or oxygenated fuels

Rough - Bruce K. Green

Page 304

1          deposition.

2                    MR. DEMA:  Right.  And Exhibit

3            63, for the record, is a FOIA request

4            which counsel introduced and said she

5            had not gotten moments before from the

6            EPA and it had nothing to do with what

7            he reviewed, it was outside his scope

8            and if you're going to keep this --

9            any deposition open any time a new

10           document is found, the case would

11           never end.  The depositions would

12           never end.

13                    MR. STACK:  We understand

14            what --

15                    MR. DEMA:  We'll keep every

16           Esso deposition open, we'll keep every

17           Texaco deposition open.  It gets from

18           the sublime to the ridiculous.  So if

19           anyone wants to keep this open, pleads

20           address judge shin line because that's

21           the only way it's going to happen.

22                    MR. STACK:  We will make one

23            point clear.  Exhibit Number 63 is

24            essential to some of the most