UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*City of Portageville v. Ashland Inc., et al.,*  Master File No. 1:00 – 1898
No. 13-CV-07299                                  MDL 1358 (SAS): M21-88

*Town of Brewster, et al. v. Atlantic Richfield Co., et al.,* No. 13-CV-07247 (SAS)

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EL PASO MERCHANT ENERGY-PETROLEUM COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, El Paso Merchant Energy-Petroleum Company submits the following Corporate Disclosure Statement:

**A.     El Paso Merchant Energy-Petroleum Company**

El Paso Merchant Energy-Petroleum Company is 100% owned by its parent corporation, El Paso CGP Company, L.L.C. El Paso CGP Company, L.L.C. is 100% owned by its parent corporation, El Paso LLC. El Paso LLC is 100% owned by its parent corporation, El Paso Holdco LLC. El Paso Holdco LLC is 100% owned by its parent corporation, Kinder Morgan, Inc. Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

Dated:  November 15, 2013            Respectfully submitted,

*[signature]*

Brent H. Allen (D.C. Bar #464934)
Admitted *pro hac vice*
Dawn A. Ellison (D.C. Bar #464296)
Admitted *pro hac vice*
Lesley Lawrence-Hammer (D.C. Bar #982196)
Admitted *pro hac vice*
James Layman (D.C. Bar #983202)
Admitted *pro hac vice*
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)

*Attorneys for Defendant El Paso Merchant Energy-Petroleum Company*

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2013, a true and correct copy of this Corporate Disclosure Statement of El Paso Merchant Energy-Petroleum Company was electronically served on counsel of record via LexisNexis File & Serve and electronic mail.

*/s/ Dianna Aghion*