| | |
|---|---|
| **UNITED STATES DISTRICT COURT**       ) | Master File C.A. No. 1:00-1898 |
| **SOUTHERN DISTRICT OF NEW YORK**  ) | |
| _____ ) | MDL 1358 (SAS) |
|                                                                       ) | No. M21-88 |
| **In re Methyl Tertiary-Butyl Ether**           ) | |
| **("MTBE") Products Liability Litigation**   ) | TOTAL PETROCHEMICALS & |
| _____ ) | REFINING USA, INC.'S RULE 7.1 |
|                                                                       ) | DISCLOSURE STATEMENT |

**This document relates to:**

*City of Manning v. Ashland Inc. et al.*, Case No. 1:13-CV-07272 (SAS)
*City of Portageville v. Ashland Inc.*, Case No. 1:13-CV-07299 (SAS)
*Hinesburg, Town of v. Atlantic Richfield Company et al.*, Case No. 1:13-CV-07247 (SAS)
*Town of Brewster et al. v. Atlantic Richfield Company et al.*, Case No. 1:13-CV-07271 (SAS)

_____

### DEFENDANT TOTAL PETROCHEMICALS & REFINING USA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Total Petrochemicals & Refining USA, Inc. certifies the following:

Total Petrochemicals & Refining USA, Inc.'s (formerly known as TOTAL PETROCHEMICALS USA, INC.) parent corporation is TOTAL Delaware, Inc. TOTAL Delaware, Inc.'s parent corporation is TOTAL Holdings USA, Inc. TOTAL Holdings USA, Inc.'s parent corporation is TOTAL GESTION U.S.A., which is a French corporation. TOTAL GESTION U.S.A.'s parent corporation is TOTAL S.A., which is also a French corporation. TOTAL S.A. has no parent corporation. No other publicly held corporation owns 10% or more of Total Petrochemicals & Refining USA, Inc.'s stock.

-2-

Dated: November 15, 2013                    Respectfully submitted,


                                                              /s/ M. Coy Connelly
                                                              M. Coy Connelly
                                                              Amy E. Parker
                                                              Kimberly G. Alberts


                                                              BRACEWELL & GIULIANI LLP
                                                             711 Louisiana St., Suite 2300
                                                             Houston, Texas 77002-2770
                                                             Telephone: (713) 221-1335
                                                             Telecopier: (713) 221-2159
                                                             coy.connelly@bgllp.com

                                                             ATTORNEYS FOR DEFENDANT
                                                             TOTAL PETROCHEMICALS & REFINING
                                                             USA, INC.


## PROOF OF SERVICE

     I hereby certify that a true and correct copy of Defendant Total Petrochemicals & Refining USA, Inc.'s Rule 7.1 Disclosure Statement was served upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 15th day of November, 2013.


                                                             /s/ M. Coy Connelly
                                                                      M. Coy Connelly