| | |
|---|---|
| **UNITED STATES DISTRICT COURT**     ) | **Master File C.A. No. 1:00-1898** |
| **SOUTHERN DISTRICT OF NEW YORK**  ) | |
|                                                                                )  | **MDL 1358 (SAS)** |
| _____  ) | **No. M21-88** |
|                                                                                )  | |
|                                                                                )  | **VALERO DEFENDANTS AND THE** |
| **In re Methyl Tertiary-Butyl Ether**                )  | **PREMCOR REFINING GROUP INC.'S** |
| **("MTBE") Products Liability Litigation**     )  | **CORPORATE DISCLOSURE** |
|                                                                                )  | **STATEMENT** |
| _____  ) | |

**This document pertains to:**

*City of Manning v. Ashland Inc., et al.*,
**Case No. 13-cv-07272 (SAS)**

*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*,
**Case No. 13-cv-07247 (SAS)**

*Town of Hinesburg v. Atlantic Richfield Company, et al.*,
**Case No. 13-cv-07271 (SAS)**

*City of Portageville v. Ashland Inc.*,
**Case No. 13-cv-07299 (SAS)**

_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendants VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY-OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., and THE PREMCOR REFINING GROUP INC., by and through their attorneys, make the following disclosures:

VALERO ENERGY CORPORATION states that it is a publicly traded corporation.  No entity owns 10% or more of the stock of Valero Energy Corporation.  Valero Energy Corporation does not have a parent corporation.

VALERO MARKETING AND SUPPLY COMPANY is not a publicly traded

corporation. Valero Marketing and Supply Company states that its parent corporation is Valero Energy Corporation.

VALERO REFINING AND MARKETING COMPANY is not a publicly traded corporation. Valero Refining and Marketing Company states that its parent corporation is Valero Energy Corporation.

VALERO REFINING COMPANY–OKLAHOMA is not a publicly traded corporation. The ultimate parent of Valero Refining Company–Oklahoma is Valero Energy Corporation.

VALERO REFINING COMPANY TEXAS, L.P. does not exist. A similarly named entity exists as Valero Refining–Texas, L.P. Valero Refining–Texas, L.P. is not a publicly traded corporation. The ultimate parent of Valero Refining–Texas, L.P. is Valero Energy Corporation.

THE PREMCOR REFINING GROUP INC. is not a publicly traded corporation. The ultimate parent of The Premcor Refining Group Inc. is Valero Energy Corporation.

Dated: November 15, 2013               Respectfully submitted,

**DOWD BENNETT LLP**

By: ___/s/ James F. Bennett_____
James F. Bennett
Willie J. Epps, Jr.
Selena L. Evans

7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com
wepps@dowdbennett.com
sevans@dowdbennett.com
*Admitted pro hac vice*

ATTORNEYS FOR DEFENDANTS
VALERO ENERGY CORPORATION,
VALERO MARKETING AND SUPPLY
COMPANY, VALERO REFINING AND
MARKETING COMPANY, VALERO
REFINING COMPANY–OKLAHOMA,
VALERO REFINING COMPANY TEXAS,
L.P., AND THE PREMCOR REFINING
GROUP INC.

## **PROOF OF SERVICE**

        I hereby certify that a true and correct copy of Defendants VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY – OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., and THE PREMCOR REFINING GROUP INC.'s Corporate Disclosure Statement was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 15th day of November, 2013.

                                                        /s/ James F. Bennett
                                                              James F. Bennett