UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") 1898<br>Products Liability Litigation | Master File No. 1:00 –<br><br>MDL 1358 (SAS)<br>M21-88 |

**This document relates to:**

*City of Manning v. Ashland Inc., et al.* (No. 13 Civ. 07272);
*City of Portageville v. Ashland, Inc., et al.* (No. 13 Civ. 07299);
*Town of Brewster, et al. v. Atlantic Richfield Co., et al.* (No. 13 Civ. 07247);
*Town of Hinesburg v. Atlantic Richfield Co., et al.* (No. 13 Civ. 07271).

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SUNOCO, INC. AND SUNOCO, INC. (R&M)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sunoco, Inc. (R&M) states that it is a wholly-owned subsidiary company of Sunoco, Inc., which in turn is an indirect subsidiary of Energy Transfer Partners, L.P. ("ETP"). ETP is a publicly traded master limited partnership, currently listed on the New York Stock Exchange.

Dated: Washington, D.C.
      November 15, 2013

By: /s/ Patrick R. Jacobi
John S. Guttmann (JG 7601)
Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Nessa Horewitch Coppinger (*pro hac vice*)
Patrick R. Jacobi (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W. Suite 700

Washington, D.C. 20005
(202) 789-6000

*Attorneys for Defendants Sunoco, Inc.
and Sunoco, Inc. (R&M)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Rule 7.1 Corporate Disclosure Statement of Defendants Sunoco, Inc. and Sunoco, Inc. (R&M) was served upon counsel for Plaintiffs and to all other counsel of record via LexisNexis File and Serve on the 15th day of November, 2013.

_____
Patrick R. Jacobi