UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | |
| This Documents Relates to: *Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, Case No. 13-cv-07247 <br><br> ~~*Town of Hinesburg v. Atlantic Richfield Company, et al.*, Case No. 13-cv-07271~~ <br><br> *City of Manning v. Ashland Inc., et al.*, Case No. 13-cv-07272 <br><br> *City of Portageville v. Ashland, Inc., et al.*, Case No. 13-cv- 07299 | Master File No. 1:00-1898 <br> MDL NO. 1358 (SAS) <br> M21-88 |

### Exxon Mobil Defendants' Supplemental Statement Pursuant to Rule 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Exxon Mobil Corporation, Mobil Corporation, and ExxonMobil Oil Corporation certifies that: (1) Exxon Mobil Corporation is the corporate parent, and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock; (2) Mobil Corporation's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's stock; and (3) ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, and Mobil Corporation owns 100% of ExxonMobil Oil Corporation's stock.

Dated: New York, New York
November 15, 2013

By: /s/ Lisa A. Gerson
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
Lisa A. Gerson
McDERMOTT, WILL & EMERY
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Defendants Exxon Mobil Corporation, Mobil Corporation, and ExxonMobil Oil Corporation*