## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Exxon Mobil Corporation's Exxon Mobil Defendants' Supplemental Statement Pursuant to Rule 7.1 was served via Lexis Nexis File & Serve to all counsel of record on the 15th day of November, 2013.

_____
Lisa A. Gerson