## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2013, a true a correct copy of DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PUBLIC NUISANCE CLAIM FOR DAMAGES AND TRESPASS CLAIM was served on all counsel of record by LexisNexis File & Serve and on Plaintiffs' liaison counsel by electronic mail.

Lisa A. Gerson