UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
——————————————————————— )
)
In re Methyl Tertiary-Butyl Ether )
("MTBE") Products Liability Litigation ) Master File C.A. No. 1:00-1898
)
) MDL 1358 (SAS)
——————————————————————— )
This document relates to: ) No. M21-88
)
*All Cases in MDL 1358 in which CITGO* )
*Petroleum Corporation has been properly* )
*named and served and for which an answer is* )
*due.*

## CORPORATE DISCLOSURE STATEMENT FOR
## CITGO PETROLEUM CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Petroleum Corporation submits the following Corporate Disclosure Statement:

CITGO Petroleum Corporation's parent corporation is PDV America, Inc., which is a wholly owned subsidiary of PDV Holding, Inc., which is a wholly owned subsidiary of Petroleos de Venezuela Sociedad Anonima. No publicly held corporation owns 10% or more of its stock.

Dated: November 15, 2013

Respectfully submitted,

CITGO PETROLEUM COMPANY

By: /s/ Pamela R. Hanebutt
Nathan P. Eimer (neimer@eimerstahl.com)
 (New York Bar No. 1976067)
Pamela R. Hanebutt
 (phanebutt@eimerstahl.com)
Lisa S. Meyer (lmeyer@eimerstahl.com)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Ph. 312-660-7600
Fax 312-692-1718

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 15, 2013, a copy of the **CORPORATE DISCLOSURE STATEMENT FOR CITGO PETROLEUM COMPANY** was served upon all parties of record via LexisNexis File and Serve.

_Pamela R Hanebutt_