## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Exxon Mobil Corporation's Eleventh Master Answer and Affirmative Defenses was served via Lexis Nexis File & Serve to all counsel of record on the 15th day of November, 2013.

*Lisa A. Gerson*