| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>_____<br><br>In re Methyl Tertiary-Butyl Ether<br>("MTBE") Products Liability Litigation<br>_____<br><br>This document relates to:<br><br>*All Cases in MDL 1358 in which CITGO<br>Refining and Chemicals Company L.P. has<br>been properly named and served and for<br>which an answer is due.* | )<br>)<br>)<br>)<br>)<br>) Master File C.A. No. 1:00-1898<br>)<br>)<br>) MDL 1358 (SAS)<br>) No. M21-88<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT FOR
## CITGO REFINING AND CHEMICALS COMPANY L.P.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Refining and Chemicals Company L.P. submits the following Corporate Disclosure Statement:

CITGO Refining and Chemicals Company L.P. is a limited partnership. The limited partner is CITGO Investment Company, whose parent corporation is CITGO Petroleum Corporation. The general partner is CITGO Petroleum Corporation. No publicly held corporation owns 10% or more of its stock.

Dated:  November 15, 2013

Respectfully submitted,

CITGO PETROLEUM COMPANY

By: ___/s/ Pamela R. Hanebutt___
    Nathan P. Eimer (neimer@eimerstahl.com)
     (New York Bar No. 1976067)
    Pamela R. Hanebutt
     (phanebutt@eimerstahl.com)
    Lisa S. Meyer (lmeyer@eimerstahl.com)
    EIMER STAHL LLP
    224 South Michigan Avenue, Suite 1100
    Chicago, IL 60604
    Ph.   312-660-7600
    Fax  312-692-1718

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 15, 2013, a copy of the **CORPORATE DISCLOSURE STATEMENT FOR CITGO REFINING AND CHEMICALS COMPANY L.P.** was served upon all parties of record via LexisNexis File and Serve.

_____
Pamela R Hanebutt