UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
_____ )
                                  )
In re Methyl Tertiary-Butyl Ether )
("MTBE") Products Liability Litigation )     Master File C.A. No. 1:00-1898
_____ )
                                  )     MDL 1358 (SAS)
This document relates to:         )     No. M21-88
                                  )
*All Cases in MDL 1358 in which PDV* )
*Midwest Refining, L.L.C. has been properly* )
*named and served and for which an answer is* )
*due.* )

## CORPORATE DISCLOSURE STATEMENT FOR
## PDV MIDWEST REFINING, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PDV Midwest Refining,

L.L.C. submits the following Corporate Disclosure Statement:

PDV Midwest Refining, L.L.C. is 100% owned by VPHI Midwest, Inc., whose parent

corporation is CITGO Petroleum Corporation.  No publicly held corporation owns 10% or more of

its stock.

Dated:  November 15, 2013                 Respectfully submitted,

                                          CITGO PETROLEUM COMPANY

                                          By:  *Pamela R Hanebutt*
                                               _____
                                               Nathan P. Eimer (neimer@eimerstahl.com)
                                                 (New York Bar No. 1976067)
                                               Pamela R. Hanebutt
                                                 (phanebutt@eimerstahl.com)
                                               Lisa S. Meyer (lmeyer@eimerstahl.com)
                                               EIMER STAHL LLP
                                               224 South Michigan Avenue, Suite 1100
                                               Chicago, IL 60604
                                               Ph.  312-660-7600
                                               Fax  312-692-1718

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on November 15, 2013, a copy of the

**CORPORATE DISCLOSURE STATEMENT FOR PDV MIDWEST REFINING, L.L.C.**

was served upon all parties of record via LexisNexis File and Serve.

