UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This document relates to:

*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, No. 13-cv-07247
*Town of Hinesburg v. Atlantic Richfield Company, et al.*, No. 13-cv-07271
*City of Manning v. Ashland Inc., et al.*, No. 13-cv-07272
*City of Portageville v. Ashland, Inc., et al.*, No. 13-cv-07299



Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

## [PROPOSED] CASE MANAGEMENT ORDER NO. 111

The Court hereby sets the following deadlines in the above-captioned action:

| Event | Deadline |
|---|---|
| Deadline to Answer | November 15, 2013 |
| Parties to Comply with CMOs 4 and 10 Productions<br>Deadline to Amend Complaint | March 15, 2014 |
| Deadline to Join Third Parties | May 15, 2014 |
| Plaintiffs to Designate Non-Site-Specific Experts | September 15, 2014 |
| Defendants to Designate Non-Site Specific Experts | October 1, 2014 |
| Deadline to Serve Interrogatories and Document Requests | October 15, 2014 |
| Plaintiffs to Designate Site-Specific Experts | November 3, 2014 |
| Deadline to Notice Depositions<br>Deadline to Subpoena Documents and/or Deposition | November 14, 2014 |
| Plaintiffs to Serve Non-Site-Specific Expert Reports | November 17, 2014 |
| Defendants to Designate Site-Specific Experts | December 5, 2014 |
| Close of Fact Discovery<br>Defendants to Serve Non-Site Specific Expert Reports | January 5, 2015 |
| Plaintiffs to Serve Non-Site-Specific Rebuttal Reports, if any | February 6, 2015 |
| Plaintiffs to Serve Site-Specific Expert Reports | February 18, 2015 |

| | |
|---|---|
| Deadline to Serve Requests for Admission | April 3, 2015 |
| Defendants to Serve Site-Specific Expert Reports | |
| Plaintiffs to Serve Site-Specific Rebuttal Reports, if any. | May 15, 2015 |
| Close of Expert Discovery | June 15, 2015 |

SO ORDERED:

Dated: New York, New York
November 15, 2013

Shira A. Scheindlin
U.S.D.J.