

224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604-2516
Tel 312 660 7600   Fax 312 692 1718

Pamela R. Hanebutt
(312) 660-7625
phanebutt@eimerstahl.com

November 18, 2013

**Master File No. 1:00-1898**
**This document relates to:**

*All Cases in MDL 1358 in which the CITGO entities have been properly named and served and for which an answer is due, including:*

*City of Manning v. Ashland Inc., et al.,* Case No. 13-cv-07272

*City of Portageville v. Ashland Inc., et al.,* Case No. 13-cv-07299

*Town of Hinesburg v. Atlantic Richfield Company, et al.,* Case No. 13-cv-07271

*Town of Brewster v. Atlantic Richfield Company, et al.,* Case No. 13-cv-07247

Dear Judge Scheindlin:

  We were unable to meet a filing deadline on Friday due to technical difficulties encountered with the Court's ECF computer system. On Saturday, we were able to file the Eighth Amended Master Answer, Affirmative and Separate Defenses, Master Third-Party Complaint, and Master Cross-Claims of Defendants CITGO Petroleum Corporation ("CITGO"), CITGO Refining and Chemicals Company L.P. ("CRCC") and PDV Midwest Refining, L.L.C. ("PDVMR"). On Saturday, we also filed corporate disclosure statements for CRCC and PDVMR. (We were able to file CITGO's corporate disclosure statement on Friday before the technical failure.) All counsel of record were served with the documents on Friday.

  Thank you in advance for your understanding.

Sincerely,

*Pamela R. Hanebutt/gn*

Pamela R. Hanebutt

cc:  All Counsel of Record via LNFS

Chicago • Houston