UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to: | Master File C.A. No.<br>1:00 – 1898 (SAS)<br>MDL 1358<br>M21-88 |

*Orange County Water District v. Unocal Corporation, et al.,*
*No. 04 Civ. 04968*

*New Jersey Dep't of Environmental Protection, et al. v.*
*Atlantic Richfield Co., et al., No. 08 Civ. 00312*

*City of Manning, An Iowa Municipality v. Ashland, Inc.,*
*et al., No. 13 Civ. 03033*

*City of Portageville v. Ashland, Inc., et al.,*
*No. 13 Civ. 00091*

*Town of Brewster, et al. v. Atlantic Richfield Co., et al.,*
*No. 13 Civ. 11695*

*Town of Hinesburg v. Atlantic Richfield Co., et al.,*
*No. 13 Civ. 00198*
-------------------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT FOR THE BP DEFENDANTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP Corporation North America Inc., BP-Husky Refining, LLC, BP West Coast Products LLC, and BP Products North America Inc. submit the following Corporate Disclosure Statement:[1]

1.  Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

---

[1] Certain Complaints filed in MDL 1358 erroneously name BP entities that do not exist or no longer exist. A corporate disclosure statement cannot be filed for such fictitious or non-existent entities.

2.      BP Amoco Chemical Company's parent corporation is BP Company North America Inc.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

3.      BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

4.      BP-Husky Refining, LLC's parent corporations are Husky Oil Toledo Company and Toledo Refinery Holding Company LLC.

Husky Oil Toledo Company is a publicly traded corporation organized under the laws of Canada.

Toledo Refinery Holding Company LLC's parent corporation is BP Products North America Inc.  BP Products North America Inc.'s parent corporation is The Standard Oil Company.  The Standard Oil Company's parent corporation is BP Company North America Inc.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

5.      BP West Coast Products LLC's parent corporation is BP Products North America Inc.  BP Products North America Inc.'s parent corporation is The Standard Oil Company.  The Standard Oil Company's parent corporation is BP Company North America Inc.  BP Company

2

North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

6. BP Products North America Inc.'s parent corporation is The Standard Oil Company. The Standard Oil Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

Dated: November 15, 2013

Respectfully Submitted,

J. Andrew Langan, P.C.
Andrew A. Kassof, P.C.
Andrew R. Running
Sylvia Nichole Winston
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200

Matthew T. Heartney
Lawrence A. Cox
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, CA 90017
Phone: (213) 243-4150
Facsimile: (213) 243-4199

*Counsel for Atlantic Richfield Company, BP America, Inc., BP Products North America Inc., BP Corporation North America Inc., BP-Husky Refining, LLC, BP West Coast Products LLC, BP Amoco Chemical Company, and any other BP entity properly named and served*

## CERTIFICATE OF SERVICE

I, Sylvia Winston, an attorney, certify that on November 15, 2013, a true and correct copy of this **CORPORATE DISCLOSURE STATEMENT FOR THE BP DEFENDANTS** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve for Plaintiffs and Defendants in MDL 1358 Master File C.A. No. 1:00-1898 (SAS).