UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/13

In Re: Methyl Tertiary Butyl Ether Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document pertains to:

*City of Fresno v. Chevron, USA, et al.*,
No. 1:04-cv-04973

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS TESORO CORPORATION AND TESORO REFINING AND MARKETING COMPANY FOR ALL STATIONS AT ISSUE

On August 16, 2012, after the conclusion of all discovery related to this matter, the Court ordered Plaintiff City of Fresno ("Plaintiff") to identify all sites at which Plaintiff intended to pursue claims at trial and the defendants against which it would assert those claims for each site.

On October 5, 2012, pursuant to the Court's order, Plaintiff served a revised station matrix. The Court adopted Plaintiff's revised station matrix in Case Management Order 108, limiting Plaintiff's claims at trial to the sites and defendants listed in Section A of the matrix. All other sites were dismissed with prejudice.

On March 15, 2013, certain defendants in this matter, including Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company, Inc.) (collectively, "Tesoro") filed a Motion for Summary Judgment for Lack of Evidence Pertaining to Causation.

On September 10, 2013, the Court granted the defendants' Motion.

As a result of the Court's decision, Plaintiff has no remaining claims against Tesoro in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff City of Fresno against Tesoro for all stations at issue are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED:**

Dated: November ___, 2013

_____
The Honorable Shira A. Scheindlin
UNITED STATES DISTRICT JUDGE