```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS) |

This document pertains to:

*Commonwealth of Puerto Rico v. Shell Oil Co., et al.*

Case No. 07 Civ. 10470

### ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Plaintiffs and there being no opposition thereto, the *pro hac vice* admission of the following attorney to appear on behalf of Plaintiff Commonwealth of Puerto Rico in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office:

Jorge L. Flores De Jesus
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
(787) 721-7700, ext. 2105

SO ORDERED:

Dated: Nov. 22, 2013

HON. SHIRA A. SCHEINDLIN,
U.S.D.J.