**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This document pertains to:**<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,*<br><br>Case No. 08-cv-00312 | Master File No.: 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

---

**MEMORANDUM OF LAW IN SUPPORT OF**
**THIRD PARTY DEFENDANT, H.P. DELTA, INC'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

                    Stuart J. Lieberman, Esq.
                    Michael G. Sinkevich, Esq. (MS4355)
                    LIEBERMAN & BLECHER, P.C.
                    10 Jefferson Plaza, Suite 400
                    Princeton, New Jersey 08540
                    (732) 355-1311
                    On behalf of the Third Party
                    Defendant, H.P. Delta, Inc.

Third-Party Defendant, H.P. Delta, Inc., relies upon and incorporates herein by reference the arguments set forth in the brief and supporting documentation filed by Third-Party Defendant, Dhandi Transport, Inc. in support of its motion for summary judgment. The arguments and evidence cited therein proves that there is no evidence linking the contamination complained of in the above referenced matter with regard to the H.P. Delta site to Third-Party Defendant, H.P. Delta, Inc. Therefore, it is respectfully submitted that summary judgment should be granted in favor of Third-Party Defendant, H.P. Delta, Inc., thereby dismissing the claims asserted by Defendant, Getty Properties Corp. and Third-Party Defendant, H.P. Delta, Inc.

Respectfully submitted,

Dated: December 6, 2013

/s/ Stuart J. Lieberman
Stuart J. Lieberman, Esq.
Michael G. Sinkevich, Esq. (MS4355)
Lieberman & Blecher, P.C.
100 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
Phone: 732 355-1311
Fax: 732 355-1310
sjl@liebermanblecher.com
mgs@liebermanblecher.com