# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** <br><br>**This document pertains to:** <br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,* <br><br>Case No. 08-cv-00312 | **Master File No.: 1:00-1898** <br>**MDL 1358 (SAS)** <br>**M21-88** |

---

### ORDER GRANTING THIRD PARTY DEFENDANT, H.P. DELTA, INC'S MOTION FOR SUMMARY JUDGMENT

---

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby ORDERED that Third Party Defendant, H.P. Delta, Inc., is granted summary judgment in the above-captioned case.

SO ORDERED:

Dated: _____, 2014          _____
     New York, New York           Shira A. Scheindlin, U.S.D.J.