## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This document pertains to:**<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,*<br><br>Case No. 08-cv-00312 | **Master File No.: 1:00-1898**<br>**MDL 1358 (SAS)**<br>**M21-88** |

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I served the within Motion for Summary Judgment via the Electronic Case Filing system to all counsel of record.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  |
|---|---|
| Dated: December 6, 2013 | /s/ Stuart J. Lieberman<br>Stuart J. Lieberman, Esq.<br>Lieberman & Blecher, P.C.<br>100 Jefferson Plaza, Suite 400<br>Princeton, New Jersey 08540<br>Phone: 732 355-1311<br>Fax: 732 355-1310<br>sjl@liebermanblecher.com |