UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In Re: Methyl Tertiary Butyl Ether ("MTBE") :
Products Liability Litigation :
: **ORDER**
This documents relates to: :
: Master File No. 1:00 - 1898
*Town of Brewster, et al. v. Atlantic Richfield* : MDL 1358 (SAS)
*Company, et al.*, No. 13-cv-07247 : M21-88
:
*Town of Hinesburg v. Atlantic Richfield Company, et* :
*al.*, No. 13-cv-07271 :
---------------------------------------------------------------- X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

ORDER ADMITTING COUNSEL PRO HAC VICE

It is hereby ordered that Deborah E. Barnard, of

> HOLLAND & KNIGHT LLP
> 10 St. James Avenue
> Boston, MA 02116
> (617) 619-9240

is admitted to practice pro hac vice in the above-referenced action in this Court as counsel for defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation, upon receipt by the Cashier's Office of the total required fee of $400.00.

Dated: Dec. 12, 2013
New York, New York

SO ORDERED:

Hon. Shira A. Scheindlin
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/13