# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**This document pertains to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,*

　　Case No. 08-cv-00312

Master File No.: 1:00-1898
MDL 1358 (SAS)
M21-88

---

## ORDER GRANTING THIRD PARTY DEFENDANT, H.P. DELTA, INC'S MOTION FOR SUMMARY JUDGMENT

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

　　It is hereby ORDERED that Third Party Defendant, H.P. Delta, Inc., is granted summary judgment in the above-captioned case.

　　　　　　　　　　　　　　SO ORDERED:

Dated: _____, 2014　　　　　　_____
　　　　New York, New York　　　　　Shira A. Scheindlin, U.S.D.J.