**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** <br><br> **This document pertains to:** <br><br> *New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,* <br><br> Case No. 08-cv-00312 | **Master File No.: 1:00-1898 MDL 1358 (SAS) M21-88** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I served the within Motion for Summary Judgment via the Electronic Case Filing system to all counsel of record.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  | /s/ Stuart J. Lieberman |
|---|---|---|
| Dated: | December 6, 2013 | Stuart J. Lieberman, Esq. |

Lieberman & Blecher, P.C.
100 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
Phone: 732 355-1311
Fax: 732 355-1310
sjl@liebermanblecher.com