```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL 1358 (SAS)<br>Master File No. 1:00-1898 (SAS)<br>M21-88 |
| This document pertains to:<br><br>*Commonwealth of Puerto Rico, et. al. v. Shell Oil Col., et al.*, No. 07-CV-10470 | |

### [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Defendant, Idemitsu Apollo Corporation and there being no opposition thereto, the pro hac vice admission of the following attorneys to appear on behalf of Defendant, Idemitsu Apollo Corporation in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office.

> Theodore Dorenkamp III, Esq.
> BOWMAN AND BROOKE LLP
> 150 South Fifth Street, Suite 3000
> Minneapolis, Minnesota 55406
> Theodore.DorenkampIII@bowmanandbrooke.com
> Telephone: (612) 339-8682
> Facsimile: (612) 672-3200

Dated: December 17, 2013

_____
The Honorable Shira A. Scheindlin
United States District Judge

6910692v1