# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,*<br><br>Case No. 08-cv-00312 | Master File No.: 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I served the within Motion for Summary Judgment via the Electronic Case Filing system to all counsel of record.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  |  |
|---|---|---|
| Dated: | December 6, 2013 | /s/ Stuart J. Lieberman |
|  |  | Stuart J. Lieberman, Esq. |
|  |  | Lieberman & Blecher, P.C. |
|  |  | 100 Jefferson Plaza, Suite 400 |
|  |  | Princeton, New Jersey 08540 |
|  |  | Phone: 732 355-1311 |
|  |  | Fax: 732 355-1310 |
|  |  | sjl@liebermanblecher.com |