# RAWLE & HENDERSON LLP



JOHN C. MCMEEKIN II
215-575-4324
jmcmeekin@rawle.com

SUSAN M. DEAN
215-575-4296
sdean@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

January 2, 2014

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/14**

**VIA FACSIMILE & FEDERAL EXPRESS**
The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312

RE: **New Jersey Department of Environmental Protection, et al. v. Getty Properties Corp. v. HP Delta, Robert Melecci and Dhandi Transport**
**U.S.D.C. for the Southern District of New York (08-cv-312)**
**Master File No. 1:00-1898, MDL 1358 (SAS): M21-88**

Dear Judge Scheindlin:

I represent Defendant/Third-Party Plaintiff Getty Properties Corp. ("GPC") in the above-referenced matter. GPC's Opposition to Third-Party Defendants' Motion for Summary Judgment is due on January 6, 2014. GPC respectfully requests the Court's approval of a four-day extension of that deadline to file its Opposition on January 10, 2014. Please note that I had a medical procedure performed on December 20th and have had complications from the procedure and am currently out of the office as a result. I requested the Third-Party Defendants' consent to the requested extension, however, counsel for Dhandi Transport did not agree to the request. As of the writing of this letter, I have not heard back from counsel for Third-Party Defendants Robert Melecci or H.P. Delta. Thank you in advance for your consideration in this matter.

Respectfully,

RAWLE & HENDERSON LLP

By: _____
Susan M. Dean

SMD/ttp
cc: Lila T. Wynne, Esquire – via e-mail
    James Bride, Esquire – via e-mail
    Stuart J. Lieberman, Esquire – via e-mail
    All counsel of record – via LNFS

*Handwritten order:* The Defendant/Third-Party Plaintiff's request is hereby granted. The Opposition to Third-Party Defendants' Motion for Summary Judgment is due on January 10, 2014. No further extensions will be granted.

SO ORDERED
January 2, 2014
Shira A. Scheindlin, USDJ