# EXHIBIT 2

```
                                                                    1
     D8JMMTB1
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE:  MTBE LITIGATION
 3
 4                                              00 MDL 1358 (SAS)
 4
 5   ------------------------------x
 5                                              New York, N.Y.
 6                                              August 19, 2013
 6                                              4:40 p.m.
 7
 7   Before:
 8
 8                     HON. SHIRA A. SCHEINDLIN,
 9
 9                                              District Judge
10
10                           APPEARANCES
11
11   MILLER AXLINE & SAWYER
12        Attorneys for Plaintiffs NJ, PR, et al.
12   BY:  MICHAEL AXLINE
13        -and-
13   BERGER & MONTAGUE
14   BY:  TYLER E. WREN
14
15   GWEN FARLEY
15   YIN ZHOU
16        Attorneys for New Jersey Plaintiffs
16
17   McDERMOTT WILL & EMERY LLP
17        Attorneys for Defendant ExxonMobil, Defense Liaison
18   BY:  JAMES A. PARDO
18
19   ARCHER & GREINER, P.C.
19        Attorneys for Defendants
20   BY:  DAVID EDELSTEIN
20
21   KING & SPALDING LLP
21        Attorneys for Defendant Chevron
22   BY:  CHARLES C. CORRELL, JR.
22        ROBERT MEADOWS
23
23   SEDGWICK LLP
24        Attorneys for Defendant Shell
24   BY:  PETER C. CONDRON
25        RICHARD E. WALLACE, JR.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                                       90
        D8JMMTB3
 1      that are in the possession of GPMI related to this site from
 2      1987.  We were unable to find any supply records.  The owner of
 3      the property does not have any supply records.  So there is no
 4      affirmative --
 5                THE COURT:  Way to disprove it.
 6                MS. DEAN:  That's correct, your Honor.
 7                THE COURT:  That leaves his inference.
 8                MS. DEAN:  But, your Honor, he cannot meet the
 9      requirement of the preponderance of the evidence under the
10      Supreme Court's holding in DeMonte with an inference that there
11      was MTBE in the soil.
12                THE COURT:  I know the one you mean.
13                MS. DEAN:  Plaintiffs have to show with a
14      preponderance of the evidence that there was a connection
15      between a discharge, which in this case as to Getty the only
16      evidence is that there was soil contamination.  No groundwater
17      contamination.
18                THE COURT:  I got that.  But the only inference is
19      going to be the widespread use.  That's about it.
20                Is that going to meet the preponderance of the
21      evidence test, Mr. Axline?
22                MR. AXLINE:  It is, your Honor.  The DeMonte case was
23      decided after taking of evidence and I am not sure that the
24      preponderance of the evidence test is appropriate on a summary
25      judgment motion.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                  91
     D8JMMTB3
 1              THE COURT:  There is some evidence that can support a
 2   disputed issue of fact, I think you might be right on that.
 3   But for summary judgment purposes he doesn't have to meet the
 4   preponderance of the evidence test because then I would be
 5   weighing the evidence.  That can't be the test on summary
 6   judgment.  It has to be a record cite to something that will
 7   show that they will offer evidence at trial from which a
 8   reasonable juror could find.  That's the way it reads.  I
 9   wouldn't have to meet the preponderance of the evidence test.
10   Then I would be weighing.
11              MS. DEAN:  I understand, your Honor.  But the bottom
12   line is, plaintiffs don't even have an expert opinion to
13   connect MTBE that was found in 2006, 19 years after my client
14   pulled the USTs.
15              THE COURT:  He agrees with that.
16              MS. DEAN:  And the MTBE was located in a new tank
17   field.
18              THE COURT:  Which he says is right on top of the old
19   tank field.  He says it's right on top of the old tank field.
20              MS. DEAN:  In our motion, your Honor, we would present
21   evidence showing that that is not true.
22              THE COURT:  Then it will be a disputed issue of fact
23   and I can't decide it.  I'm trying to make a point as to when
24   these motions should be made and shouldn't be made.  If that's
25   disputed and if he relies on proof that virtually all the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```