# EXHIBIT 4

**PASRICHA**
**& PATEL, LLC**
ATTORNEYS AT LAW

1794 OAK TREE ROAD    EDISON, NEW JERSEY 08820    (732) 593-6200    FAX (732) 593-6201
E-MAIL: LAW@PASRICHA.COM    WWW.PASRICHA.COM

GARY S. PASRICHA*
SHEETAL A. PATEL
CLEMENT C. CHANG*

**OF COUNSEL**
SANDDEEP CHATHRATH△
JEREMY ESAKOFF*

February 2, 2007

*NJ AND NY
△NY AND MA

By Facsimile and Mail

Stuart J. Lieberman, Esq.
10 Jefferson Plaza, Suite 100
Princeton, New Jersey 08540

Re:    Dhandi Transport, Inc. with Rob's Towing Service

Dear Mr. Lieberman:

Please be advised that our firm represents Dhandi Transport, Inc. ("DTI"). I am compelled to respond to Mr. Ambrosio's letter to you dated January 22, 2007.

It is our understanding that Mr. Robert Melecci of Rob's Towing Service, the landlord of the property located at 439 Lake Avenue, Colonia, New Jersey, has alleged that our client negligently delivered gasoline products to your client HP Delta on January 17, 2007.

Our client vehemently denies any wrongful conduct. When DTI's driver handled the hose from the truck, a small amount of product, roughly half-liter, leaked onto the ground. Thereafter, the driver immediately soaked up the product with a rag. Therefore, Mr. Melecci's contention that the "gasoline spilled on the ground and pooled underneath the truck" is wrong. There was no pool. Moreover, Mr. Ambrosio's letter implies that there was significant spillage, which simply was not the case.

We therefore reject any claim of negligence asserted by your client or the landlord. We are confident that any environmental damage found on the property was not caused by or exacerbated by our client's conduct.

Please do not hesitate to contact me if you should have any questions or concerns.

Very truly yours,

Gary S. Pasricha

cc:    Dhandi Transport, Inc.

HP279