# EXHIBIT 5

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

```
1    SUPERIOR COURT OF NEW JERSEY
     LAW DIVISION - MIDDLESEX COUNTY
2    DOCKET NO. MID-L-7781-09
3
4    H.P. DELTA, INC.,        :
5       Plaintiff,            :
6       v.                    : Deposition of:
7    ROBERT MELECCI and GETTY : HARBANS SINGH
8    PROPERTIES CORP.,        :
9       Defendant.            :
10
11          Transcript of deposition taken
12   by and before CYNTHIA BAUERLE, a Certified
13   Shorthand Reporter and Notary Public, at the
14   Lieberman & Blecher, P.C., 10 Jefferson Plaza,
15   Suite 100, Princeton, New Jersey 08540, on
16   Wednesday, December 22, 2010, commencing at
17   10:05 a.m.
18
19
20
21
22
23
24
25   Job No. NJ304794
```

1

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

```
1    APPEARANCES:
2
3       LIEBERMAN & BLECHER, P.C.
4       BY: STUART J. LIEBERMAN, ESQ.
5       10 Jefferson Plaza, Suite 100
6       Princeton, New Jersey 08540
7       732-355-1311
8       Representing the Plaintiff
9
10      LOWENSTEIN SANDLER, P.C.
11      BY: ADAM B. LAVINTHAL, ESQ.
12      65 Livingston Avenue
13      Roseland, New Jersey 07068-1791
14      973-597-2493
15      Representing Getty Properties Corp.
16
17      MARSHALL, DENNEHEY, WARNER, COLEMAN
18      & GOGGIN
19      BY: MARC JONES, ESQ.
20      Woodland Falls Corporate Park
21      200 Lake Drive East, Suite 300
22      Cherry Hill, New Jersey 08002
23      856-414-6000
24      Representing Dhandi Transportation
25
```

2

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

```
1       LEARY, BRIDE, TINKER & MORAN, P.C.
2       BY: JAMES D. BRIDE, ESQ.
3       7 Ridgedale Avenue
4       Cedar Knolls, New Jersey 07927
5       973-539-2090
6       Representing Robert Melecci
```

3

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

```
1          -----
2          I N D E X
3          -----
4                PAGE
5    WITNESS: HARBANS SINGH
6    EXAMINATION BY MR. LAVINTHAL.................7
7          --------
8          E X H I B I T S
9          --------
10   NO.  DESCRIPTION                PAGE
11   HP-1 Notice of Deposition of Plaintiff
12        H.P. Delta, Inc.           14
13   HP-2 Picture                    37
14   HP-2a through
15   HP-2v Picture                   39
16   HP-3 Investigation plan         53
17   HP-4 Lease agreement            66
18   HP-5 Bill of Sale               75
19   HP-6 Interrogatory response     85
20   HP-7 Underground Storage Tank Systems
21        Registration Certificate   108
22   HP-8 Letter, dated September 28, 2010   114
23   HP-9 Letter, dated November 19, 2010    116
24   HP-10 P & J Fuel, Inc., Custom Transaction
25        Detail Report              126
```

4

## Page 169

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

1    materials were placed in a drum.
2    A.  Yes.
3    Q.  What type of drum?
4    A.  It's like metal drum or maybe
5    plastic drum maybe keep the, you know, safe.
6    Q.  How is it disposed of, the drum?
7    A.  We give it to the environmental
8    guy to take it.
9    Q.  What environmental guy?
10   A.  Like, C3.
11   Q.  How often was the drum -- did
12   the drum need to be emptied over the course of
13   the time that you've been there?
14   A.  It never fill up.
15   Q.  Never fills up?
16   A.  No.
17   Q.  So C3 has never had to dispose
18   of one of these drums?  It's still at your
19   property?
20       MR. LIEBERMAN: Objection. Form
21   of question.
22   A.  No.
23   Q.  I'm not sure I understand.
24   A.  No, because if we don't have
25   enough over there, they don't take it.

## Page 170

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

1    Q.  So you still have a drum with
2    Speedy Dry?
3    A.  Yes. We have Speedy Dry at all
4    stations, yes.
5    Q.  Going back to 2003?
6    A.  Oh, yeah.
7    Q.  Mr. Singh, was there a spill
8    discharge incident at the 439 Lake Avenue
9    property in December 2004?
10       MR. LIEBERMAN: Objection to the
11   form of the question.
12   A.  I think what happened as the
13   delivery guy left, maybe from the pipe, you
14   know, when he was -- he was, like, get
15   together his pipes, maybe, you know, half of
16   the liter was gone on the ground. Nothing
17   happened. My guy put the Speedy Dry and the
18   truck is gone, then maybe Melecci called the
19   fire people. They came. That's all.
20   Q.  And this happened December of
21   2004?
22   A.  I think so.
23   Q.  So just to make sure I
24   understand again what you said.
25   A.  It was like from the guy deliver

## Page 171

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

1    all of the gas in the tanks. When he was
2    disconnecting the pipes, he pull up, like, you
3    know, when he pull up the pipe, it was in the
4    pipe, like, maybe half a liter and, you know,
5    he lifted guy -- the guy lifted. He don't
6    take care, but my guy put Speedy Dry on it and
7    I clean it, but after that Melecci called to
8    the fire department.
9    Q.  You said there was a half liter?
10   A.  Half a liter.
11   Q.  Where did the half liter end up?
12   On the ground?
13   A.  On the ground, yes. When you
14   put the Speedy Dry, you know, it's like
15   nothing on it.
16   Q.  And this happened during a
17   delivery?
18   A.  Yes. When the guy was doing
19   delivery, yes. When he left, then it came
20   from his pipe.
21   Q.  And this was in 2004?
22   A.  Four, yes.
23   Q.  So that was a Dhandi delivery?
24   A.  Yes.
25   Q.  So I thought you testified

## Page 172

12/22/2010 10:05 AM Singh, Harbans Deposition (pp. 1 - 240)

1    earlier that there weren't any discharge
2    instances. So does this refresh your
3    recollection that there was one?
4        MR. LIEBERMAN: Objection to the
5    form.
6        MR. JONES: Join.
7    A.  This is not a discharge.
8    Discharge means, like, you spill more than
9    three liter. Four liter. This is half liter,
10   you know, anything going to happen on the
11   road. It's like what you can say is a half
12   liter.
13   Q.  Were there any other instances
14   like this?
15   A.  No. Never.
16       MR. LIEBERMAN: Just a quick
17   clarification. When you said the ground, what
18   is the ground?
19       THE WITNESS: On the surface.
20   On the blacktop.
21       MR. LIEBERMAN: The blacktop?
22       THE WITNESS: Yes.
23       MR. LIEBERMAN: Just wanted to
24   be clear on this.
25   Q.  This was on the blacktop?