# EXHIBIT 8




245 Fischer Avenue, Suite D
Costa Mesa, CA 92626, US
Tel. +1.714.770.8040
Web: www.aquilogic.com

# REVISED SITE SUMMARY
## ID # - 41958 HP DELTA SERVICE STATION
### Woodbridge Township, Middlesex County, New Jersey

Prepared on behalf of:
New Jersey Department of Environmental Protection (NJDEP)
The Commissioner of the NJDEP
The Administrator of the New Jersey Spill Compensation Fund

For:
The Office of the Attorney General of New Jersey
and
Miller, Axline & Sawyer
The Law Office of John K. Dema
Berger & Montague
Cohn Lifland Pearlman Herrmann & Knopf

Project No.: 003-01

January 2013

## 10.0   KEY OPINIONS

1. Releases of gasoline containing MTBE have occurred at the Site. Gasoline releases have been reported at the Site in December 2004 and August 2006. See Section 8.2.
2. MTBE has impacted soil and groundwater beneath the Site. MTBE contamination was first detected in soil beneath the Site in October 2006. See Section 6.2. MTBE contamination was first detected in groundwater beneath the Site in August 2006. See Section 6.4.
3. TBA has impacted soil and groundwater beneath the Site. TBA contamination was first detected in soil beneath the Site in October 2006. See Section 6.2. TBA contamination was first detected in groundwater beneath the Site in August 2006. See Section 6.4.
4. MTBE has migrated off-site beyond the Site boundaries. MTBE contamination in groundwater was first detected in May 2005 in the domestic supply well located at 31 Morningside Drive. See Section 6.4.
5. TBA has migrated off-site beyond the Site boundaries. TBA was detected in off-site well MW-01 on March 2010. See Section 6.4.3.2.
6. Groundwater contamination has not co-mingled with releases from nearby facilities. There is no indication that the plume of contaminated groundwater has co-mingled with gasoline-impacted groundwater associated with a release at another facility.
7. Investigations have failed to delineate the current extent of MTBE contamination in groundwater laterally. MTBE is not delineated laterally in the bedrock zone. See Section 6.4.3.2.
8. Investigations have failed to delineate MTBE in groundwater vertically. MTBE is not delineated vertically in the bedrock zone. See Section 6.4.3.2.
9. Investigations have delineated the current extent of TBA contamination in groundwater laterally. The plume of TBA contaminated groundwater appears to be laterally delineated and extends 250 feet west of the Site. See Section 6.4.3.3.
10. Investigations have failed to delineate TBA in groundwater vertically. TBA was detected in the on-site domestic supply well in July 2007. See Section 6.4.3.2.
11. MTBE contamination in groundwater exists beyond the current monitoring network. MTBE in groundwater extends at least 1,350 feet to the west-southwest of the Site (MTBE detected in domestic supply wells at 164 Jordan Road and 170 Jordan Road) See Section 6.4.3.3.
12. TBA contamination in groundwater exists beyond the current monitoring network. TBA was detected in off-site well MW-01 in March 2010 and also in the domestic supply well located on-site on July 11, 2007. TBA has not been delineated vertically. See Section 6.4.3.2.