# EXHIBIT 9



# Township of Woodbridge



One Main Street
Woodbridge, New Jersey 07095
www.twp.woodbridge.nj.us
Tel: (732) 634-4500

August 18, 2006

**HAND DELIVERED**

Robert Melecci
Rob's Service Center and H.P Delta, Inc
439 Lake Ave
Colonia, NJ 07067

Dear Mr. Melecci:

You have recently been issued a Directive from the NJDEP concerning "gross soil contamination and floating product in each observation well at the site" which is your business at 439 Lake Avenue, Colonia, known as Rob's Service Center and H.P. Delta. This Directive notifies you that, pursuant to the Spill Compensation and Control Act, you are responsible for the cleanup and to remove discharges associated with the "contaminated site".

Therefore, the Woodbridge Health Department is requesting that you notify us of your intent to remediate the contaminated potable wells associated with the above contaminated site. Such remediation will include but may not be limited to connecting the affected residents to a potable water supply and sealing the affected wells.

Please notify your intent concerning the above request to remediate the affected wells within 24 hours of receipt of this notice to:

Dennis M. Green, Health Officer
732-855-0600, Extension 5026.

Failure to respond will be construed to be a negative response. Thank you for your anticipated cooperation. If you have any questions please contact me at the above telephone number.

Officially,

Dennis M. Green
Health Officer/Director of Health

Cc:  Joseph F. Vitale, Interim Mayor
     Robert Landolfi, Business Administrator
     Philip Bujalski, Chief Health Inspector
     Valeri Morone, Sr. Health Inspector

*Woodbridge—A Township United*