# EXHIBIT 11



**Anthony P. Ambrosio**
**Attorney at Law**
**317 Belleville Avenue**
**Bloomfield, New Jersey 07003**
**E-Mail: apambrosio@yahoo.com**

**Telephone 973-748-7474**                    **Facsimile 973-748-0765**

January 22, 2007

**VIA LAWYERS SERVICE**
Stuart J. Lieberman, Esq.
10 Jefferson Plaza
Suite 100
Princeton, New Jersey  08540

    Re: Rob's Towing Service/Robert Melecci
       <u>439 Lake Avenue, Colonia, New Jersey</u>

Dear Stuart:

    This letter is to advise you that on Wednesday, January 17, 2007 my client, Robert Melecci, the owner of Rob's Towing Service observed a delivery being made some time in the afternoon by your client's gasoline transportation delivery service. During the delivery gasoline spilled on the ground and pooled underneath the truck. Although the spill was cleaned up, clearly some of the gasoline seeped into the group. This spill appears to be a recurrence of prior spills which may be the cause of the contamination now being investigated by the New Jersey Department of Environmental Protection ("NJDEP").

    Clearly the method used to deliver the gasoline does not comply with the standard required for such deliveries. No gasoline should leak during the delivery and your by your client and the delivery company

Stuart J. Lieberman, Esq.
January 22, 2007
Page 2

shall be held responsible for any adverse consequences for the negligent manner in which the gasoline deliveries have been made.

Sincerely,

Anthony P. Ambrosio

APA/la
cc:   Robert W. Muilenburg, Esq. (via facsimile)
      Joy Ricigliano, Esq. (via facsimile)
      Mr. Robert Melecci (via facsimile)