# EXHIBIT 13

```
                                                   g1080212.txt
00001
  1    UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
  2
  3    In Re: Methyl Tertiary      Master File
       Butyl Ether ("MTBE")        No. 1:00-1898
  4    Products Liability          MDL 1358
       Litigation                  (SAS): M21-88
  5
  6    This Document Relates To:
  7
       New Jersey Department of Environmental
  8    Protection, et al., v. Atlantic Richfield
       Co., et al.
  9    No. 08 Civ. 00312
 10              -   -   -
 11              August 2, 2012
 12              -   -   -
 13              Oral Rule 30(b)(6)
       deposition of Plaintiff New Jersey
 14    Department of Environmental Protection,
       through its representative GARY S.
 15    LIPSIUS, REGARDING HP DELTA, taken
       pursuant to notice, was held at the
 16    offices of the STATE OF NEW JERSEY,
       DEPARTMENT OF ENVIRONMENTAL PROTECTION,
 17    401 East State Street, Trenton, New
       Jersey, beginning at 9:56 a.m., on the
 18    above date, before Kimberly A. Cahill, a
       Federally Approved Registered Merit
 19    Reporter and Notary Public for the State
       of New Jersey.
 20
                     -   -   -
 21
               GOLKOW TECHNOLOGIES, INC.
 22        877.370.3377 ph| 917.591.5672 fax
                   deps@golkow.com
 23
 24
0
00002
  1
       APPEARANCES:
  2
  3
           MILLER, AXLINE & SAWYER
  4        BY:  BRIAN D. SHANNON, ESQUIRE
           1050 Fulton Avenue, Suite 100
  5        Sacramento, California  95825-4225
           (916) 488-6688
  6        bshannon@toxictorts.org
           Representing the Plaintiffs
  7
  8        EIMER STAHL LLP
           BY:  PAMELA R. HANEBUTT, ESQUIRE
  9        224 South Michigan Avenue
           Suite 1100
 10        Chicago, Illinois 60604-2516
           (312) 660-7600
 11        phanebutt@eimerstahl.com
           Representing the Defendant, CITGO
 12        Petroleum
                                                Page 1
```

```
                                            gl080212.txt
  4           A.   Mr. Corcory retired.
  5           Q.   Is there someone else that
  6   you could have spoken to in his stead?
  7                MR. SHANNON:  Calls for
  8           speculation.
  9                THE WITNESS:  Actually, I'd
 10           like to correct testimony that I
 11           made earlier, because I just
 12           remembered someone I did speak to.
 13                MS. HANEBUTT:  Okay.
 14                THE WITNESS:  Bradi Montozzi
 15           -- her name at the time I believe
 16           was Sklar.  It may have been
 17           Montozzi on some of the documents
 18           -- but she worked for Mr. Corcory
 19           and I had a brief discussion with
 20           her, which I just forgot about.
 21   BY MS. HANEBUTT:
 22           Q.   What did you talk to her
 23   about?
 24           A.   I mentioned to her that I
00042
  1   was being deposed for this HP Delta site
  2   and that she had been -- that I mentioned
  3   that I had seen her name listed on some
  4   of the enforcement documents at the time
  5   she worked for Mr. Corcory.
  6                And I asked her what she
  7   remembered about the -- the site,
  8   enforcement-wise.
  9           Q.   And what did she have to say
 10   in that regard?
 11           A.   She told me that she really
 12   didn't remember much about it at all, and
 13   it wasn't a very long discussion.  She
 14   just said, you know, I barely remember
 15   the case.  I remember there was some --
 16   some potable wells that were
 17   contaminated, but she said she didn't
 18   really have much detail to give me.
 19           Q.   Is it the DEP's contention
 20   that releases from the HP Delta station
 21   caused the MTBE impacts to the potable
 22   wells along Lancaster Road?
 23                MR. SHANNON:  Calls for
 24           expert opinion.  It's beyond the
00043
  1           scope for which this witness is
  2           being produced.
  3                THE WITNESS:  Could you
  4           clarify the question, the NJDEP's
  5           position?
  6   BY MS. HANEBUTT:
  7           Q.   Well, you're here today as a
  8   representative of the DEP.
  9           A.   Right.
 10           Q.   And as such, you have an
 11   obligation to answer questions based on
 12   information known to or available to DEP,
 13   and I'm just wondering if DEP has a
 14   position that the HP Delta station is
                             Page 20
```

```
                                         g1080212.txt
  15   responsible for the MTBE impacts in the
  16   potable wells along Lancaster Road.
  17            MR. SHANNON:  Calls for
  18   expert opinion and it's beyond the
  19   scope for which this witness is
  20   being produced.
  21            THE WITNESS:  I believe it
  22   would be NJDEP's position that the
  23   contamination -- the MTBE
  24   contamination and TBA
00044
   1   contamination found at the HP
   2   Delta site is in some part
   3   responsible for the potable well
   4   contamination associated with the
   5   Lancaster Road site.  And that
   6   would be shown by the directive
   7   and in the inclusion of a
   8   Lancaster Road well issue in the
   9   HP Delta directive.
  10   BY MS. HANEBUTT:
  11       Q.   And what is the basis for
  12   concluding that the HP Delta site is in
  13   some part responsible for the Lancaster
  14   Road contamination?
  15            MR. SHANNON:  Calls for
  16   expert opinion.  It's beyond the
  17   scope for which this witness is
  18   being produced.  I think that
  19   question is --
  20            MS. HANEBUTT:  No coaching.
  21   You can just state your objection
  22   -- I'm just going to tell you, as
  23   a matter of courtesy, because
  24   you're new to the case and you
00045
   1   have not met Her Honor, Judge
   2   Scheindlin, but she does not take
   3   very kindly to coaching witnesses
   4   on the record.
   5            All you're allowed to do is
   6   state the basis for your
   7   objection.  Anything else is
   8   improper.
   9            And if I have to, I'll get
  10   Special Master Warner on the
  11   phone.  He, in fact, has invited
  12   as much, so --
  13            MR. SHANNON:  That's what I
  14   was in the process of doing,
  15   counsel, and if I may finish, it's
  16   beyond the scope for which this
  17   witness is produced.
  18            I think that question is
  19   most appropriately addressed to
  20   Mr. Akshay Parikh, who will be
  21   produced later today regarding the
  22   issues related to the Lancaster
  23   Road wells.
  24            MR. HANEBUTT:  Are you able
```

```
                                                  g1080212.txt
00063
   1             contaminants that were found in
   2             the potable wells.
   3      BY MS. HANEBUTT:
   4          Q.   Anything else?
   5               MR. SHANNON:   Same
   6          objection.
   7               THE WITNESS:   As I mentioned
   8          before, I think the fact that
   9          MW-01 contaminant levels found
  10          when the system was shut off,
  11          which is in the direction of the
  12          potable wells, also would lend one
  13          to think that -- you know, that
  14          the northwest direction of the
  15          site, notwithstanding the
  16          groundwater -- deep groundwater
  17          flow levels, it still seemed to be
  18          a potential source of the potable
  19          well contamination.
  20      BY MS. HANEBUTT:
  21          Q.   What degree of confidence do
  22      you attach to that conclusion that HP
  23      Delta is a source of impacts to the
  24      Lancaster Road wells?
00064
   1               MR. SHANNON:   It's vague and
   2          ambiguous as phrased, calls for
   3          expert opinion.
   4               MS. HANEBUTT:   You just said
   5          potential, so I'm trying to
   6          explore that.
   7               MR. SHANNON:   Same
   8          objections; beyond the scope of
   9          the deposition -- or beyond the
  10          scope for which this witness is
  11          being produced.
  12               THE WITNESS:   Again, I think
  13          Mr. Parikh would have some good
  14          insight into this question, but
  15          I'd be happy to answer the
  16          question, if I may.
  17               MR. SHANNON:   Go ahead.
  18               THE WITNESS:   Okay.
  19               I would say it's -- looking
  20          at the total history of the case
  21          and the contaminants and the
  22          proximity, that it's a -- the HP
  23          Delta site is a likely source.
  24               So you asked me to define
00065
   1          the probability, I would say
   2          likely.   Likely doesn't mean for
   3          certain, but it's reasonable to
   4          assume that there has been a major
   5          component coming from the HP Delta
   6          site.
   7      BY MS. HANEBUTT:
   8          Q.   Aside from Mr. Corcory, is
   9      there anyone else that you would have
                                                  Page 29
```