IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Company, et al.,*<br><br>Case No. 08-cv-00312 | Master File No.: 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## REPLY TO PLAINTIFF'S OPPOSITION TO THIRD PARTY DEFENDANT, H.P. DELTA, INC'S MOTION FOR SUMMARY JUDGMENT

Stuart J. Lieberman, Esq.
Michael G. Sinkevich, Esq. (MS4355)
LIEBERMAN & BLECHER, P.C.
10 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
(732) 355-1311
On behalf of the Third Party
Defendant, H.P. Delta, Inc.

Third-Party Defendant, H.P. Delta, Inc. ("H.P. Delta"), adopts by reference, relies upon, and incorporates the arguments, authorities, and evidence set forth in the brief and supporting documentation filed by Third-Party Defendant, Dhandi Transport, Inc., in its reply to Plaintiff's opposition to Third Party Defendants' motion for summary judgment. For the reasons set forth therein, H.P. Delta respectfully submits that summary judgment as to Defendant Getty Property Corporation's third-party claims is appropriate as a matter of law and, respectfully, should be granted.

Respectfully submitted,

Dated:  January 27, 2014

/s/ Stuart J. Lieberman
Stuart J. Lieberman, Esq.
Michael G. Sinkevich, Esq. (MS4355)
Lieberman & Blecher, P.C.
100 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
Phone: 732 355-1311
Fax: 732 355-1310
sjl@liebermanblecher.com
mgs@liebermanblecher.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 27th day of January, 2014, a true and accurate copy of reply brief in further support of the motion for summary judgment filed by Third Party Defendant, H.P. Delta Inc. was served on all counsel of record by the Court's CM/ECF electronic filing service.

Dated:	January 27, 2014

Michael G. Sinkevich, Esq. (MS4355)
Lieberman & Blecher, P.C.
100 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
Phone: 732 355-1311
Fax: 732 355-1310
mgs@liebermanblecher.com