USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

Commonwealth of Puerto Rico, et al.
v. Shell Oil Company, et al., No. 07 Civ. 10470

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

Civil Action

## ORDER

Having considered the recently filed Notice for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1) of the Puma Defendants as to Puma Energy Caribe, LLC, Puma Energy Puerto Rico, Inc., and Puma Energy International, B.V. (the "Puma Defendants") under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

ORDERED that Puma Energy Caribe, LLC, Puma Energy Puerto Rico, Inc., and Puma Energy International, B.V. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
             Feb 6 , 2014