UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/14

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) M21-88 |
| This document relates to: | Civil Action |
| Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al., No. 07 Civ. 10470 | |

### ORDER

Having considered the recently filed Notice and Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Trafigura Beeher, B.V. and Trafigura A.G. under Federal Rule of Civil Procedure 41(a)(2), it is hereby:

ORDERED that Trafigura Beeher, B.V. and Trafigura A.G. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

*The clerk is directed to Close document # 361*

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         Feb. 6, 2014