UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This Document Relates To:**
*City of Merced Redevelopment Agency v. Exxon Mobil
Corporation, et al.,* Case No. 08 Civ. 06306
(SAS)

MDL 1358 (SAS)

---

## DESIGNATION OF CONTENTS OF RECORD TO BE REMANDED
## (JPML RULES OF PROCEDURE, RULE 10.4(a))

On or about September 23, 2013, the United States Judicial Panel on Multidistrict Litigation ((hereafter "JPML") issued an order remanding the above-captioned case to the United States District Court, Eastern District of California. Pursuant to JPML Rule 10.4, Plaintiff City of Merced Redevelopment Agency designates the entire case file for the above-referenced action, *City of Merced Redevelopment Agency v. Exxon Mobil Corporation, et al.*, Case No. 08 Civ. 06306 (SAS), as the contents of the record to be remanded to the United States District Court, Eastern District of California, including but not limited to, all items which appear in the documents list downloaded from SDNY-CM/ECF, attached hereto as Exhibit 1.

Defendants do not object to Plaintiff's designation.

Dated: 2/13/14

Miller, Axline & Sawyer
A Professional Corporation

By: Mike Axline /by permission

Duane Miller
Mike Axline
*Attorneys for Plaintiff City of
Merced Redevelopment Agency*

1

Dated: 2-13-14

King & Spalding LLP

By: _____
     Robert E. Meadows
     Charles C. Correll, Jr.
     Jeremiah J. Anderson
     *Attorneys for Defendant*
     *Chevron U.S.A. Inc.*

Dated: 2-13-14

Exxon Mobil Corporation

By: _Whitney Roy / by permission_
     Jeffrey J. Parker
     Whitney Jones Roy
     *Attorneys for Defendant*
     *Exxon Mobil Corporation*

Dated: 2-13-14

Sedgwick LLP

By: _Michael Williams / by permission_
     Richard E. Wallace, Jr.
     Michael Williams
     *Attorneys for Defendants*
     *Shell Oil Company and Equilon*
     *Enterprises LLC*

Dated: 2-13-14

Hunton & Williams LLP

By: _Diana Martin / by permission_
     Colleen P. Doyle
     Diana Pfeffer Martin
     *Attorneys for Defendants*
     *Tesoro Corporation and Tesoro*
     *Refining and Marketing Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the  13  day of February, 2014, a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File & Serve.

Jeremiah J. Anderson

3

# EXHIBIT 1

CLOSED, ECF, MDL, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-06306-SAS

| | |
|---|---|
| City of Merced Redevelopment Agency v. Exxon Mobil Corp. | Date Filed: 07/14/2008 |
| Assigned to: Judge Shira A. Scheindlin | Date Terminated: 10/02/2013 |
| Lead case: 1:00-cv-01898-SAS-DCF | Jury Demand: Plaintiff |
| Member case: (View Member Case) | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Related Case: 1:00-cv-01898-SAS-DCF | Jurisdiction: Federal Question |
| Case in other court: USDC-EDCA, 08cv714 | |
| Cause: 28:1331 Fed. Question: Other | |

**Special Master**

**Ronald J. Hedges**

**Plaintiff**

| | | |
|---|---|---|
| **City of Merced Redevelopment Agency** | represented by | **David T. Ritter**<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>(214) 521-3605<br>Fax: (214) 520-1181<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Duane C. Miller**<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>(916)-488-6688<br>Fax: (916)-488-4288<br>Email: dmiller@toxictorts.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Evan Eickmeyer**<br>Miller Axline & Sawyer<br>1050 Fulton Avenue<br>Suite 100<br>Sacramento, CA 95825<br>916-488-6688<br>Fax: 916 488 4288<br>Email: eeickmeyer@toxictorts.org<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Michael D. Axline**
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916)-488-6688
Fax: (916)-488-4288
Email: maxline@toxictorts.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Merced Designated Local Authority,**     represented by   **Michael D. Axline**
**as Successor Agency to the**                             (See above for address)
**Redevelopment Agency of the City of**                    *LEAD ATTORNEY*
**Merced**                                                 *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Exxon Mobil Corp.**                       represented by   **Jeffrey John Parker**
                                                            Sheppard, Mullin, Richter &
                                                            Hampton,LLP
                                                            333 South Hope Street, Suite 4800
                                                            Los Angeles, CA 90071-1727
                                                            213 617 5586
                                                            Fax: 213 620 1398
                                                            Email: jparker@sheppardmullin.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Whitney Jones Roy**
                                                            Sheppard, Mullin, Richter, and
                                                            Hampton, Llp
                                                            333 South Hope Street
                                                            48th Floor
                                                            Los Angeles, CA 90071
                                                            (213)617-4292
                                                            Fax: 213 620 1398
                                                            Email: wroy@sheppardmullin.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lisa Ann Gerson**
                                                            McDermott, Will & Emery, LLP (NY)
                                                            340 Madison Avenue
                                                            New York, NY 10017

(212) 547-5400 x5769
Fax: (212) 547-5444
Email: lgerson@mwe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Company**                represented by   **Alec C. Zacaroli**
Wallace King Domike & Reiskin,
PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
202 965-6021
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hojoon Hwang**
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-9781
(415) 512-4009
Fax: (415) 644-6909
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan C. Rodriguez-Munoz**
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 250-2630
Fax: (787) 250-5185
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan A. Marques-Diaz**
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 250-2619
Fax: (787) 759-2792
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
Munger Tolles & Olson , LLP
560 Mission Street
San Francisco, CA 94105

(415) 512-4014
Fax: (415) 512-4077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
Munger, Tolles & Olson, LLP
355 Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
Fax: (213) 687-3702
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chevon U.S.A., Inc.**          represented by  **David A. Grenardo**
King & Spalding LLP (TX)
1100 Louisiana
Houston, TX 77002
(713) 276-7329
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equilon Enterprises LLC**       represented by  **Alec C. Zacaroli**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hojoon Hwang**
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-9781
(415) 512-4009
Fax: (415) 644-6909
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan C. Rodriguez-Munoz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan A. Marques-Diaz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
Munger Tolles & Olson , LLP
560 Mission Street
San Francisco, CA 94105
(415) 512-4009
Fax: (415) 512-4077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesoro Corporation**                  represented by   **Berj Khoren Parseghian**
Bingham McCutchen LLP (LA)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6815
Fax: (213) 680-6499
Email: berj.parseghian@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen P. Doyle**
Bingham McCutchen, LLP
335 South Grand Avenue, Suite 4400
Los Angles, Ca 90071
(213)680-6400
Fax: (213)680-6499
Email: doylec@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diana Pfeffer Martin**
Bingham McCutchen,LLP(L.A.)
335 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213)680-6400
Fax: (213)680-6499
Email: martindp@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie O. Kendall**
Bingham McCutchen LLP (LA)

355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6400
Fax: (213) 830-8635
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesus R. Chavez**
Bingham McCutchen LLP (LA)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6400
Fax: (213) 830-8684
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conocophillips Corporation**                  represented by  **Jon D. Anderson**
*Individually and as successor-in-*                            Latham & Watkins, LLP
*interest by merger to Tosco*                                  650 Town Center Drive
*Corporation*                                                  20th Floor
*TERMINATED: 02/14/2012*                                       Costa Mesa, Ca 92626-1918
*formerly known as*                                            (714) 540-1235
Phillips Petroleum Company                                     Fax: (714) 755-8290
*TERMINATED: 02/14/2012*

**Defendant**

**Equilon Enterprises LLC, SFPP, L.P.**         represented by  **Hojoon Hwang**
                                                               Munger Tolles & Olson LLP
*TERMINATED: 03/04/2013*                                       560 Mission Street
                                                               27th Floor
                                                               San Francisco, CA 94105-9781
                                                               (415) 512-4077
                                                               Fax: (415) 644-6909
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jan C. Rodriguez-Munoz**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Juan A. Marques-Diaz**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

Patrick J. Cafferty
Munger Tolles & Olson , LLP
560 Mission Street
Los Angeles, CA 90071
(415) 512-4014
Fax: (415) 512-4077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William D. Temko
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
Fax: (213) 687-3702
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Exxon Corporation**

**Defendant**

| | | |
|---|---|---|
| **Kinder Morgan Energy Partners, L.P.**<br>*TERMINATED: 11/23/2011* | represented by | **Julia Christine Butler**<br>Reed, Smith, LLP<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612-2084<br>(510) 466-6829<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Chad W. Higgins
Goodwin Procter, LLP (Boston)
53 State Street,Exchange Place
Boston, MA 02109
(617) 570-1229
Fax: (617) 523-1231
Email: chiggins@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

Christopher J. Garvey
Goodwin Procter, LLP(NYC)
The New York Times Building, 620
Eighth Avenue
New York, NY 10018-1405
212-813-8800
Fax: 212-355-3333
Email: cgarvey@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**SFPP, LP**
*TERMINATED: 11/23/2011*

represented by **Julia Christine Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W. Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Garvey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesoro Refining and Marketing Company**

represented by **Colleen P. Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 200**
*Inclusive*

**Intervenor**

**United States**
*United States*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2008 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court - Eastern District of California, Case Number: 08cv714, MDL Number: MDL 1348, M Number: M21-88, 00cv1878 to the United States District Court - Southern District of New York. (Signed by MDL Panel on 06/23/2008) (jeh) (jeh). (Entered: 07/21/2008) |
| 07/14/2008 | | CASE ACCEPTED AS RELATED. Create association to 1:00-cv-01898-SAS-DCF. (jeh) (Entered: 07/21/2008) |
| 07/14/2008 | | CONSOLIDATED MDL CASE: Create association to 1:00-cv-01898-SAS-DCF. (jeh) (Entered: 07/21/2008) |
| 07/14/2008 | | Magistrate Judge Ronald L. Ellis is so designated. (jeh) (Entered: 07/21/2008) |
| 07/14/2008 | | Case Assignment Clerk mailed letter to the United States District Court - Eastern District of California requesting their entire file and a certified copy of their docket entries. (jeh) (Entered: 07/21/2008) |
| 07/28/2008 | 5 | MDL TRANSFER IN: Received certified copy of docket entries and from the United States District Court - Eastern District of California. Case Number: |

| | | |
|---|---|---|
| | | 1:08-cv-714 (LJO), MDL Number: MDL 1358, M Number: M21-88. (mbe) (Additional attachment(s) added on 10/2/2008: # 1 Doc 2 1 of 2, # 2 doc 2 of 2, # 3 Doc 3, # 4 Doc 4, # 5 Doc 6, # 6 Doc 7, # 7 Doc 8, # 8 Doc 9, # 9 Doc 10 1 of 2, # 10 Doc 10 2 of 2, # 11 doc 11, # 12 Doc 12, # 13 Doc 13, # 14 Doc 14, # 15 Doc 16, # 16 Doc 17, # 17 Doc 18, # 18 Doc 19, # 19 Doc 20, # 20 Doc 21, # 21 Doc 22, # 22 Doc 23, # 23 Doc 24, # 24 Doc 25, # 25 Doc 26, # 26 Doc 27, # 27 Doc 28) (mbe). (Entered: 09/18/2008) |
| 07/28/2008 | | Mailed letter to the United States District Court - Eastern District of California acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (mbe) (Entered: 09/18/2008) |
| 07/28/2008 | | Mailed notice to the attorney(s) of record. (mbe) (Entered: 09/18/2008) |
| 08/25/2008 | 2 | ORDER GRANTING ADMISSION JAN CARLOS RODRIGUEZ-MUNOZ: It is hereby ordered that Jan Carlos Rodriguez-Munoz, is admitted to practice pro hac vice. (Signed by Judge Shira A. Scheindlin on 8/22/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 08/25/2008) |
| 08/25/2008 | 3 | ORDER GRANTING ADMISSION OF JUAN A. MARQUES-DIAZ: It is hereby ordered that Juan A. Marques-Diaz, is admitted to practice pro hac vice in this action. (Signed by Judge Shira A. Scheindlin on 8/22/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 08/25/2008) |
| 09/12/2008 | 4 | ORDER GRANTING ADMISSION OF ELAINE M. MALDONADO-MATIAS: Maldonado-Matias is admitted to practice before this Court pro hac vice on behalf of Total Petroleum Puerto Rico Corporation and Total Oil, Inc. (Signed by Judge Shira A. Scheindlin on 9/12/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(tro) (Entered: 09/12/2008) |
| 09/12/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (6 in 1:06-cv-05937-SAS, 56 in 1:04-cv-01725-SAS, 7 in 1:06-cv-05956-SAS, 30 in 1:04-cv-02060-SAS, 7 in 1:06-cv-05950-SAS, 31 in 1:04-cv-05423-SAS, 35 in 1:06-cv-05496-SAS, 7 in 1:06-cv-05905-SAS, 7 in 1:07-cv-06848-SAS, 19 in 1:04-cv-04971-SAS, 53 in 1:03-cv-10051-SAS, 28 in 1:04-cv-01723-SAS, 78 in 1:03-cv-08248-SAS, 6 in 1:06-cv-05954-SAS, 7 in 1:06-cv-05942-SAS, 7 in 1:06-cv-05957-SAS, 28 in 1:04-cv-03413-SAS, 64 in 1:04-cv-04968-SAS, 7 in 1:06-cv-05906-SAS, 11 in 1:06-cv-01381-SAS, 31 in 1:04-cv-03420-SAS, 30 in 1:04-cv-02066-SAS, 7 in 1:06-cv-01379-SAS, 7 in 1:06-cv-05901-SAS, 10 in 1:06-cv-03751-SAS, 31 in 1:04-cv-01726-SAS, 51 in 1:04-cv-02388-SAS, 54 in 1:03-cv-10057-SAS, 6 in 1:06-cv-05948-SAS, 6 in 1:06-cv-05924-SAS, 6 in 1:06-cv-05928-SAS, 7 in 1:06-cv-05911-SAS, 7 in 1:07-cv-08360-SAS, 64 in 1:03-cv-09544-SAS, 7 in 1:06-cv-05912-SAS, 53 in 1:04-cv-01719-SAS, 12 in 1:05-cv-09070-SAS, 6 in 1:06-cv-05958-SAS, 6 in 1:06-cv-05926-SAS, 10 in 1:06-cv-03752-SAS, 6 in 1:06-cv-05916-SAS, 25 in 1:04-cv-04975-SAS, 34 in 1:04-cv-02068-SAS, 13 in 1:08-cv-00312-SAS, 7 in 1:06-cv-05962-SAS, 10 in 1:06-cv-03742-SAS, 6 in 1:06-cv-05921-SAS, 28 in 1:04-cv-02061-SAS, 27 in 1:04-cv-04969-SAS, 8 in 1:06-cv-00877-SAS, 56 in 1:04-cv-01720-SAS, 38 in 1:04-cv-02053-SAS, 8 in 1:06-cv-05903-SAS, 10 in 1:06-cv-03754-SAS, 7 in 1:06-cv-05902-SAS, 34 in 1:04-cv-02072-SAS, 7 in 1:06-cv-05959-SAS, 48 in 1:04-cv-03417-SAS, |

| | | |
|---|---|---|
| | | 47 in 1:04-cv-01718-SAS, 69 in 1:03-cv-09543-SAS, 6 in 1:06-cv-05917-SAS, 13 in 1:06-cv-03741-SAS, 52 in 1:03-cv-10055-SAS, 49 in 1:04-cv-01716-SAS, 7 in 1:06-cv-05949-SAS, 7 in 1:06-cv-05939-SAS, 7 in 1:06-cv-05955-SAS, 45 in 1:04-cv-03418-SAS, 10 in 1:06-cv-03750-SAS, 6 in 1:06-cv-05947-SAS, 27 in 1:04-cv-03419-SAS, 1969 in 1:00-cv-01898-SAS-DCF, 6 in 1:06-cv-05922-SAS, 24 in 1:07-cv-10470-SAS, 19 in 1:04-cv-01724-SAS, 6 in 1:06-cv-05952-SAS, 51 in 1:03-cv-10054-SAS, 52 in 1:04-cv-01721-SAS, 7 in 1:06-cv-05931-SAS, 6 in 1:06-cv-05953-SAS, 6 in 1:06-cv-05946-SAS, 6 in 1:06-cv-05919-SAS, 7 in 1:06-cv-05963-SAS, 7 in 1:06-cv-05923-SAS, 6 in 1:06-cv-05945-SAS, 7 in 1:06-cv-05940-SAS, 44 in 1:04-cv-04970-SAS, 30 in 1:04-cv-05421-SAS, 28 in 1:04-cv-02059-SAS, 7 in 1:06-cv-05938-SAS, 12 in 1:05-cv-04018-SAS, 7 in 1:06-cv-05907-SAS, 7 in 1:06-cv-05927-SAS, 27 in 1:04-cv-02062-SAS, 78 in 1:04-cv-02389-SAS, 18 in 1:06-cv-03753-SAS, 10 in 1:07-cv-04009-SAS, 37 in 1:04-cv-02070-SAS, 65 in 1:04-cv-04972-SAS, 6 in 1:06-cv-05915-SAS, 29 in 1:04-cv-03412-SAS, 30 in 1:04-cv-01722-SAS, 51 in 1:03-cv-10052-SAS, 5 in 1:07-cv-09453-SAS, 32 in 1:04-cv-03416-SAS, 7 in 1:06-cv-05925-SAS, 6 in 1:06-cv-05933-SAS, 10 in 1:07-cv-04011-SAS, 6 in 1:06-cv-05951-SAS, 18 in 1:04-cv-04973-SAS, 18 in 1:04-cv-04990-SAS, 52 in 1:03-cv-10056-SAS, 7 in 1:06-cv-05913-SAS, 25 in 1:04-cv-03415-SAS, 245 in 1:04-cv-05424-SAS, 6 in 1:06-cv-05930-SAS, 6 in 1:06-cv-05920-SAS, 68 in 1:07-cv-02405-SAS, 18 in 1:04-cv-02056-SAS, 6 in 1:06-cv-05941-SAS, 4 in 1:08-cv-06306-SAS, 7 in 1:06-cv-05932-SAS, 50 in 1:04-cv-02390-SAS, 32 in 1:04-cv-01727-SAS, 25 in 1:04-cv-02067-SAS, 32 in 1:04-cv-05422-SAS, 38 in 1:04-cv-06993-SAS, 6 in 1:06-cv-05960-SAS, 10 in 1:07-cv-04012-SAS, 69 in 1:03-cv-09050-SAS, 17 in 1:04-cv-02057-SAS, 52 in 1:03-cv-10053-SAS, 20 in 1:04-cv-02055-SAS, 10 in 1:08-cv-00278-SAS, 8 in 1:05-cv-10259-SAS, 6 in 1:06-cv-05914-SAS, 6 in 1:06-cv-05943-SAS, 6 in 1:06-cv-05961-SAS, 29 in 1:04-cv-04974-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(tro) (Entered: 09/22/2008) |
| 10/27/2008 | 6 | CASE MANAGEMENT ORDER #40: In the City of NY case, the trial will begin on 6/22/09. Defendants in the City of NY case will provide plaintiffs with updated site information from the two identified Shell stations by 10/10/08. Plaintiffs, in turn, will state by 10/23/08, whether each of the seven "potentially threatened wells" listed in their interrogatory response is threatened or not.....The next status conference is scheduled for 10/30/08 at 10:00 am. Status Conference set for 10/30/2008 at 10:00 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 10/27/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) Modified on 10/31/2008 (tro). (Entered: 10/27/2008) |
| 10/30/2008 | 7 | ORDER: Case Management Order #39, dated 10/27/08, should have been numbered 40 instead of 39. Accordingly, the Clerk of the Court is directed to amend the 10/27/08 Case Management Order #39 (Document #2077) so that it is entitled Case Management Order #40. (Signed by Judge Shira A. Scheindlin on 10/29/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(tro) (Entered: 10/30/2008) |

| 10/30/2008 | 8 | AMENDED ANSWER to (1238 in 1:00-cv-01898-SAS-DCF) Amended Complaint,,,,,. Document filed by Gulf Oil LP. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Garvey, Christopher) (Entered: 10/30/2008) |
| --- | --- | --- |
| 11/10/2008 | 9 | ORDER the motion to withdraw the appearances of John McGahren, Esquire and Daniel Mulvihill, Esquire, of Patton Boggs, LLP, on behalf of Defendants Getty Properties Corp. and Leemilt's Petroleum Inc., in the above-captioned matters is GRANTED. IT IS FURTHER ORDERED that John C. McMeekin II, Esquire, of Rawle & Henderson, LLP, is hereby substituted as counsel for Defendants Getty Properties Corp. and Leemilt's Petroleum Inc., in the above-captioned matters. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 11/10/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jmi) (Entered: 11/12/2008) |
| 11/10/2008 | 10 | ORDER ADMITTING ATTORNEY PRO HAC VICE Alan L. Sullivan and Amber M. Mettler for Defendant Huntsman Petrochemical Corporation. (Signed by Judge Shira A. Scheindlin on 11/10/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jmi) (Entered: 11/12/2008) |
| 11/10/2008 | 11 | ORDER GRANTING SUBSTITUTION OF COUNSEL Pursuant to Local Rule 1.4, Wallace King Domike & Reiskin PLLC and King & Spalding LLP, current counsel of record for defendant Huntsman Petrochemical Corporation, seek an order for substitution of counsel. Huntsman Petrochemical Corporation is currently represented by Richard E. Wallace, Jr., William F. Hughes, and Rebecca L. Schuller of Wallace Domike &Reiskin PLLC, and Robert E. Meadows and Charles C. Correll, Jr. of King & Spalding L.L.P. Huntsman Petrochemical Corporation has consented to representation by Alan L. Sullivan and Amber M. Mettler, of Snell & Wilmer LLP, and John C. Ertman and Mark A. Greenwood, of Ropes & Gray LLP. Alan L. Sullivan and Amber M. Mettler, of Snell & Wilmer LLP, and John C. Ertman and Mark A. Greenwood, of Ropes & Gray LLP, have accepted representation of Huntsman Petrochemical Corporation. (Signed by Judge Shira A. Scheindlin on 11/10/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al. (jmi) (Entered: 11/12/2008) |
| 11/12/2008 | 12 | ORDER TO SHOW CAUSE: Defendants are ordered to show cause by November 20 why this action should not be remanded to state court because it does not "arise under" federal law within the meaning of Article III of the Constitution, given that no federal issue appears to be stated in the complaint or the removal petition. If plaintiffs elect to respond, they must do so by 12/2/2008. (Signed by Judge Shira A. Scheindlin on 11/10/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(cd) (Entered: 11/12/2008) |
| 11/19/2008 | 13 | ORDER that with consent of both the City of New York and the Shell Defendants, the Court hereby ORDERS that the request by the Shell Defendants for relief from the deadlines in CMO 26 be referred to Special Master Warner pursuant to FRCP 72(a) for disposition in the course of resolving the City's motion to compel. Special Master Warner is hereby authorized to consider the Shell Defendants' request on its merits. (Signed by Judge Shira A. Scheindlin on 11/19/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 11/20/2008) |

| | | |
|---|---|---|
| 11/26/2008 | 14 | RESPONSE TO ORDER TO SHOW CAUSE re: (2126 in 1:00-cv-01898-SAS-DCF, 12 in 1:08-cv-06306-SAS) Order to Show Cause,,. Document filed by Exxon Mobil Corporation et al. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(cd) (Entered: 12/01/2008) |
| 11/26/2008 | 15 | ORDER that the Clerk of Court is directed to convert all open member cases of MDL 1358, 00-1898, into ECF cases. This includes the following cases and any that is made part of MDL 1358 in the future, as listed further in this document. (Signed by Judge Shira A. Scheindlin on 11/26/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 12/01/2008) |
| 12/01/2008 | 16 | CASE MANAGEMENT PLAN: With respect to the New Jersey and Commonwealth of Puerto Rico cases, the parties will attempt to agree upon, and submit, pre-trial schedules by the next status conference. For new focus cases, plaintiffs have selected American Water of New Jersey and defendants have selected Village of Sands Point, New York. The parties in both cases shall meet and confer to submit pre-trial schedules for these cases by the next status conference, with trial dates in each on June 29, 2009. In the newly filed TSCA cases, if the defendants wish to file a motion to dismiss the non-TSCA claims and the non-TSCA defendants, they shall do so by November 21,2008. Plaintiffs shall reply by December 19,2008 and defendants shall reply by January 5, 2009.The next status conference is scheduled for December 11,2008 at 2:00 p.m. SO ORDERED Replies due by 1/5/2009. Status Conference set for 12/11/2008 at 02:00 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 12/1/2008) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jmi) (Entered: 12/02/2008) |
| 12/02/2008 | 17 | ORDER GRANTING ADMISSION PRO HAC VICE: This Court has considered the unopposed request of Defendants Koch Industries, Inc. and Flint Hills Resources, LP to admit pro hac vice William P. Childress of Hunton & Williams LLP, and the request is hereby GRANTED. IT IS HEREBY ORDERED that William P. Childress is admitted to practice before the Court pro hac vice on behalf of the above-named Defendants in these civil actions upon payment of the required $25.00 fee to the Clerk of the Court. (Signed by Judge Shira A. Scheindlin on 12/1/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(tro) (Entered: 12/02/2008) |
| 12/02/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (16 in 1:06-cv-05951-SAS, 39 in 1:04-cv-01723-SAS, 31 in 1:04-cv-02055-SAS, 24 in 1:05-cv-04018-SAS, 29 in 1:04-cv-04990-SAS, 17 in 1:06-cv-05912-SAS, 16 in 1:06-cv-05915-SAS, 61 in 1:04-cv-03417-SAS, 16 in 1:06-cv-05948-SAS, 47 in 1:06-cv-05496-SAS, 19 in 1:08-cv-07764-SAS, 16 in 1:06-cv-05941-SAS, 63 in 1:03-cv-10055-SAS, 35 in 1:04-cv-02067-SAS, 16 in 1:06-cv-05919-SAS, 17 in 1:06-cv-01379-SAS, 46 in 1:04-cv-02068-SAS, 16 in 1:06-cv-05945-SAS, 78 in 1:04-cv-04972-SAS, 50 in 1:04-cv-06993-SAS, 17 in 1:06-cv-05956-SAS, 43 in 1:04-cv-01726-SAS, 75 in 1:07-cv-02403-SAS, 17 in 1:06-cv-05923-SAS, 18 in 1:06-cv-00877-SAS, 46 in 1:04-cv-02072-SAS, 21 in 1:06-cv-03750-SAS, 44 in 1:04-cv-05422-SAS, 17 in 1:06-cv-05907-SAS, 17 in 1:06-cv-05913-SAS, 81 in 1:03-cv-09543-SAS, 40 in 1:04-cv-02066-SAS, 56 in 1:04-cv-03418-SAS, 16 in 1:06-cv-05946-SAS, 16 in 1:06-cv-05960-SAS, 20 in 1:05-cv-01310-SAS, 39 in 1:04-cv-03413-SAS, 17 in 1:08- |

| | | |
|---|---|---|
| | | cv-06306-SAS, 18 in 1:08-cv-07766-SAS, 21 in 1:06-cv-03754-SAS, 62 in 1:03-cv-10053-SAS, 15 in 1:07-cv-09453-SAS, 18 in 1:07-cv-08360-SAS, 63 in 1:03-cv-10056-SAS, 39 in 1:04-cv-03419-SAS, 68 in 1:04-cv-01720-SAS, 16 in 1:06-cv-05933-SAS, 39 in 1:04-cv-02059-SAS, 57 in 1:04-cv-04970-SAS, 30 in 1:04-cv-01724-SAS, 16 in 1:06-cv-05928-SAS, 42 in 1:04-cv-04974-SAS, 17 in 1:06-cv-05906-SAS, 17 in 1:06-cv-05940-SAS, 16 in 1:06-cv-05922-SAS, 17 in 1:06-cv-05957-SAS, 16 in 1:06-cv-10205-SAS, 16 in 1:06-cv-05924-SAS, 75 in 1:07-cv-02407-SAS, 18 in 1:05-cv-10259-SAS, 16 in 1:06-cv-05921-SAS, 33 in 1:08-cv-00312-SAS, 17 in 1:06-cv-05959-SAS, 42 in 1:04-cv-03420-SAS, 59 in 1:04-cv-01718-SAS, 2169 in 1:00-cv-01898-SAS-DCF, 81 in 1:07-cv-02405-SAS, 62 in 1:03-cv-10052-SAS, 153 in 1:03-cv-08248-SAS, 64 in 1:03-cv-10057-SAS, 42 in 1:04-cv-05421-SAS, 59 in 1:04-cv-01716-SAS, 21 in 1:07-cv-04012-SAS, 16 in 1:06-cv-05914-SAS, 17 in 1:06-cv-05931-SAS, 16 in 1:06-cv-05916-SAS, 21 in 1:07-cv-04011-SAS, 257 in 1:04-cv-05424-SAS, 17 in 1:06-cv-05949-SAS, 21 in 1:06-cv-03752-SAS, 75 in 1:07-cv-02406-SAS, 17 in 1:06-cv-05905-SAS, 16 in 1:06-cv-05953-SAS, 61 in 1:03-cv-10054-SAS, 16 in 1:06-cv-05958-SAS, 39 in 1:04-cv-02061-SAS, 149 in 1:03-cv-09050-SAS, 16 in 1:06-cv-05947-SAS, 17 in 1:06-cv-05950-SAS, 65 in 1:04-cv-01719-SAS, 28 in 1:04-cv-02057-SAS, 76 in 1:04-cv-04968-SAS, 16 in 1:06-cv-05943-SAS, 17 in 1:06-cv-05962-SAS, 63 in 1:03-cv-10051-SAS, 29 in 1:04-cv-02056-SAS, 17 in 1:06-cv-05902-SAS, 17 in 1:06-cv-05911-SAS, 37 in 1:04-cv-03415-SAS, 17 in 1:06-cv-05939-SAS, 62 in 1:04-cv-02390-SAS, 54 in 1:04-cv-02053-SAS, 16 in 1:06-cv-05952-SAS, 43 in 1:04-cv-05423-SAS, 17 in 1:06-cv-05932-SAS, 41 in 1:04-cv-01722-SAS, 17 in 1:06-cv-05963-SAS, 38 in 1:04-cv-04975-SAS, 28 in 1:04-cv-04973-SAS, 17 in 1:06-cv-05938-SAS, 16 in 1:06-cv-05917-SAS, 21 in 1:06-cv-03742-SAS, 23 in 1:06-cv-01381-SAS, 16 in 1:06-cv-05937-SAS, 68 in 1:04-cv-01725-SAS, 63 in 1:04-cv-02388-SAS, 24 in 1:05-cv-09070-SAS, 23 in 1:08-cv-00278-SAS, 41 in 1:04-cv-02060-SAS, 40 in 1:04-cv-03412-SAS, 17 in 1:06-cv-05901-SAS, 44 in 1:04-cv-01727-SAS, 17 in 1:06-cv-05955-SAS, 30 in 1:06-cv-03753-SAS, 17 in 1:06-cv-05925-SAS, 64 in 1:04-cv-01721-SAS, 38 in 1:04-cv-02062-SAS, 18 in 1:07-cv-06848-SAS, 17 in 1:06-cv-05942-SAS, 21 in 1:07-cv-04009-SAS, 16 in 1:06-cv-05954-SAS, 76 in 1:03-cv-09544-SAS, 90 in 1:04-cv-02389-SAS, 16 in 1:06-cv-05920-SAS, 16 in 1:06-cv-05930-SAS, 18 in 1:06-cv-05903-SAS, 16 in 1:06-cv-05961-SAS, 40 in 1:04-cv-04969-SAS, 29 in 1:04-cv-04971-SAS, 43 in 1:07-cv-10470-SAS, 25 in 1:06-cv-03741-SAS, 48 in 1:04-cv-02070-SAS, 21 in 1:06-cv-03751-SAS, 17 in 1:06-cv-05927-SAS, 16 in 1:06-cv-05926-SAS, 44 in 1:04-cv-03416-SAS) Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(tro) (Entered: 12/02/2008) |
| 12/02/2008 | 18 | ORDER GRANTING ADMISSION PRO HAC VICE. This Court has considered the unopposed request of Defendants Koch Industries, Inc. and Flint Hills Resources, LP to admit pro hac vice William P. Childress of Hunton & Williams LLP, and the request is hereby GRANTED. IT IS HEREBY ORDERED that William P. Childress is admitted to practice before the Court pro hac vice on behalf of the above-named Defendants in these civil actions upon payment of the required $25.00 fee to the Clerk of the Court. Attorney William P. Childress for Koch Industries, Inc., Flint Hills Resources LP, Koch Industries, Inc., Fint Hills Resources, Koch Industries, Inc., Flint |

| | | |
|---|---|---|
| | | Hills Resources LP, Koch Industries, Inc., Flint Hills Resources LP, Koch Industries, Inc., Flint Hills Resources LP, Koch Industries, Inc., Flint Hills Resources LP, Koch Industries Inc., Flint Hills Resources, LP, Koch Industries Inc., Koch Industries, Inc, Koch Industries, Inc., Flint Hills Resources, LP, Koch Industries, Inc., Flint Hilss Resources, Flint Hills Resources LP, Koch Industries, Inc., Flint Hills Resources, LP, Koch Industries Inc., Koch Industries, Inc., Flint Hills Resources, LP, Koch Industries, Inc. and Flint Hills Resources, LP admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 12/1/08) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(db) (Entered: 12/02/2008) |
| 12/02/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (40 in 1:04-cv-02059-SAS, 65 in 1:04-cv-01721-SAS, 17 in 1:06-cv-05953-SAS, 22 in 1:06-cv-03751-SAS, 17 in 1:06-cv-05920-SAS, 17 in 1:06-cv-05933-SAS, 18 in 1:06-cv-05957-SAS, 18 in 1:06-cv-05906-SAS, 42 in 1:04-cv-01722-SAS, 17 in 1:06-cv-05922-SAS, 41 in 1:04-cv-03412-SAS, 22 in 1:06-cv-03752-SAS, 17 in 1:06-cv-05928-SAS, 30 in 1:04-cv-04971-SAS, 18 in 1:06-cv-05911-SAS, 63 in 1:04-cv-02390-SAS, 18 in 1:06-cv-05942-SAS, 22 in 1:07-cv-04009-SAS, 45 in 1:04-cv-03416-SAS, 17 in 1:06-cv-05915-SAS, 44 in 1:04-cv-05423-SAS, 17 in 1:06-cv-05961-SAS, 64 in 1:04-cv-02388-SAS, 82 in 1:07-cv-02405-SAS, 17 in 1:06-cv-05937-SAS, 30 in 1:04-cv-02056-SAS, 17 in 1:06-cv-05921-SAS, 69 in 1:04-cv-01720-SAS, 258 in 1:04-cv-05424-SAS, 25 in 1:05-cv-04018-SAS, 40 in 1:04-cv-01723-SAS, 82 in 1:03-cv-09543-SAS, 18 in 1:06-cv-05938-SAS, 18 in 1:06-cv-05927-SAS, 51 in 1:04-cv-06993-SAS, 76 in 1:07-cv-02407-SAS, 17 in 1:06-cv-05926-SAS, 17 in 1:06-cv-05952-SAS, 18 in 1:06-cv-05931-SAS, 19 in 1:05-cv-10259-SAS, 18 in 1:06-cv-05912-SAS, 18 in 1:08-cv-06306-SAS, 18 in 1:06-cv-05939-SAS, 18 in 1:06-cv-05923-SAS, 17 in 1:06-cv-05947-SAS, 24 in 1:08-cv-00278-SAS, 19 in 1:07-cv-08360-SAS, 17 in 1:06-cv-05943-SAS, 42 in 1:04-cv-02060-SAS, 48 in 1:06-cv-05496-SAS, 22 in 1:06-cv-03742-SAS, 77 in 1:03-cv-09544-SAS, 41 in 1:04-cv-02066-SAS, 76 in 1:07-cv-02403-SAS, 32 in 1:04-cv-02055-SAS, 18 in 1:06-cv-05940-SAS, 2170 in 1:00-cv-01898-SAS-DCF, 17 in 1:06-cv-05954-SAS, 44 in 1:04-cv-01726-SAS, 79 in 1:04-cv-04972-SAS, 17 in 1:06-cv-05951-SAS, 19 in 1:06-cv-05903-SAS, 39 in 1:04-cv-04975-SAS, 17 in 1:06-cv-05958-SAS, 77 in 1:04-cv-04968-SAS, 44 in 1:07-cv-10470-SAS, 18 in 1:06-cv-05955-SAS, 49 in 1:04-cv-02070-SAS, 18 in 1:06-cv-01379-SAS, 18 in 1:06-cv-05962-SAS, 17 in 1:06-cv-05946-SAS, 17 in 1:06-cv-05914-SAS, 22 in 1:06-cv-03754-SAS, 40 in 1:04-cv-02061-SAS, 17 in 1:06-cv-05941-SAS, 17 in 1:06-cv-05945-SAS, 18 in 1:06-cv-05932-SAS, 31 in 1:06-cv-03753-SAS, 18 in 1:06-cv-05913-SAS, 43 in 1:04-cv-04974-SAS, 18 in 1:06-cv-05959-SAS, 24 in 1:06-cv-01381-SAS, 18 in 1:06-cv-05950-SAS, 65 in 1:03-cv-10057-SAS, 154 in 1:03-cv-08248-SAS, 26 in 1:06-cv-03741-SAS, 18 in 1:06-cv-05905-SAS, 18 in 1:06-cv-05963-SAS, 17 in 1:06-cv-05960-SAS, 29 in 1:04-cv-02057-SAS, 40 in 1:04-cv-03413-SAS, 57 in 1:04-cv-03418-SAS, 17 in 1:06-cv-10205-SAS, 19 in 1:07-cv-06848-SAS, 31 in 1:04-cv-01724-SAS, 45 in 1:04-cv-01727-SAS, 60 in 1:04-cv-01716-SAS, 38 in 1:04-cv-03415-SAS, 18 in 1:06-cv-05925-SAS, 16 in 1:07-cv-09453-SAS, 18 in 1:06-cv-05902-SAS, 20 in 1:08-cv-07764-SAS, 69 in 1:04-cv-01725-SAS, 22 in 1:07-cv-04012-SAS, 34 in 1:08-cv-00312-SAS, 17 in 1:06-cv-05917-SAS, 64 in 1:03-cv-10051-SAS, 40 in 1:04-cv-03419-SAS, 45 in 1:04-cv-05422-SAS, 18 in 1:06-cv-05956-SAS, 21 in 1:05- |

| | | |
|---|---|---|
| | | cv-01310-SAS, 17 in 1:06-cv-05948-SAS, 39 in 1:04-cv-02062-SAS, 36 in 1:04-cv-02067-SAS, 47 in 1:04-cv-02068-SAS, 17 in 1:06-cv-05919-SAS, 25 in 1:05-cv-09070-SAS, 22 in 1:06-cv-03750-SAS, 63 in 1:03-cv-10053-SAS, 76 in 1:07-cv-02406-SAS, 19 in 1:06-cv-00877-SAS, 62 in 1:03-cv-10054-SAS, 18 in 1:06-cv-05949-SAS, 64 in 1:03-cv-10056-SAS, 47 in 1:04-cv-02072-SAS, 60 in 1:04-cv-01718-SAS, 150 in 1:03-cv-09050-SAS, 17 in 1:06-cv-05924-SAS, 55 in 1:04-cv-02053-SAS, 18 in 1:06-cv-05901-SAS, 63 in 1:03-cv-10052-SAS, 64 in 1:03-cv-10055-SAS, 62 in 1:04-cv-03417-SAS, 43 in 1:04-cv-03420-SAS, 17 in 1:06-cv-05916-SAS, 43 in 1:04-cv-05421-SAS, 17 in 1:06-cv-05930-SAS, 91 in 1:04-cv-02389-SAS, 58 in 1:04-cv-04970-SAS, 41 in 1:04-cv-04969-SAS, 30 in 1:04-cv-04990-SAS, 66 in 1:04-cv-01719-SAS, 29 in 1:04-cv-04973-SAS, 22 in 1:07-cv-04011-SAS, 18 in 1:06-cv-05907-SAS, 19 in 1:08-cv-07766-SAS) Order Admitting Attorney Pro Hac Vice,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(db) (Entered: 12/08/2008) |
| 12/09/2008 | 19 | RESPONSE TO ORDER TO SHOW CAUSE re: 12 Order to Show Cause,,. Document filed by City of Merced Redevelopment Agency. (Axline, Michael) (Entered: 12/09/2008) |
| 01/13/2009 | 20 | CASE MANAGEMENT PLAN #46: In the City of NY case, employees of the parties who will testify as experts must be disclosed at the same time as other experts. If the employees are not retained under Rule 26, they do not need to furnish an expert report. In the Orange County case, the three plumes that plaintiffs dismissed from defendants' selection of ten focus plumes are dismissed without prejudice because the claims relating to those plumes are not ripe. Plaintiffs will not dismiss all claims relating to the seven remaining plumes on defendants' list. Defendants will select three more focus plumes by 12/19/08 and plaintiffs will inform defendants by 1/7/09 whether plaintiffs' claims relating to the selected plumes are ripe. In the New Jersey case, the parties will provide discovery of all readily available electronic data by 2/6/09, including all electronically stored site file information. Because no "focus plumes" have been selected, this discovery is statewide. Plaintiffs may not redact information in the site files relating to tests for other contaminants. The next status conference is scheduled for 1/15/09 at 10:30 am. The following status conference is scheduled for 2/26/09 at 4:30 pm. Status Conference set for 2/26/2009 at 04:30 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 1/13/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 01/14/2009) |
| 01/23/2009 | 21 | AMENDED ANSWER to (1 in 1:08-cv-07766-SAS) Complaint,,,,,,, (1 in 1:07-cv-02405-SAS) Complaint,,,,,,, (1 in 1:07-cv-02406-SAS) Complaint,,,,,, (1 in 1:08-cv-07764-SAS) Complaint,,,,,,, (1 in 1:07-cv-02407-SAS) Complaint,,,,,, (1 in 1:07-cv-02403-SAS) Complaint,,,,,,, (1 in 1:08-cv-00278-SAS) Complaint,,,,,,. Document filed by Huntsman Corporation. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Edwards, Sarah) (Entered: 01/23/2009) |
| 01/31/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (5 in 1:06-cv-05911-SAS, 23 in 1:04-cv-04975-SAS, 28 in 1:04-cv-01722-SAS, 4 in 1:06- |

cv-05930-SAS, 5 in 1:06-cv-05962-SAS, 52 in 1:03-cv-10057-SAS, 76 in 1:04-cv-02389-SAS, 4 in 1:06-cv-05943-SAS, 11 in 1:06-cv-03741-SAS, 28 in 1:04-cv-05421-SAS, 5 in 1:06-cv-05938-SAS, 67 in 1:03-cv-09050-SAS, 50 in 1:04-cv-01721-SAS, 5 in 1:06-cv-05927-SAS, 28 in 1:04-cv-02060-SAS, 17 in 1:04-cv-01724-SAS, 25 in 1:04-cv-02062-SAS, 4 in 1:06-cv-05948-SAS, 51 in 1:03-cv-10051-SAS, 11 in 1:08-cv-00312-SAS, 4 in 1:06-cv-05961-SAS, 25 in 1:04-cv-03419-SAS, 46 in 1:04-cv-03417-SAS, 4 in 1:06-cv-05937-SAS, 8 in 1:07-cv-04009-SAS, 5 in 1:06-cv-05925-SAS, 2 in 1:08-cv-06306-SAS, 50 in 1:03-cv-10056-SAS, 32 in 1:04-cv-02068-SAS, 4 in 1:06-cv-05951-SAS, 5 in 1:06-cv-05913-SAS, 33 in 1:06-cv-05496-SAS, 51 in 1:04-cv-01719-SAS, 5 in 1:06-cv-05949-SAS, 4 in 1:06-cv-05926-SAS, 4 in 1:06-cv-05920-SAS, 29 in 1:04-cv-03420-SAS, 16 in 1:04-cv-02056-SAS, 35 in 1:04-cv-02070-SAS, 62 in 1:03-cv-09544-SAS, 5 in 1:06-cv-05956-SAS, 16 in 1:06-cv-03753-SAS, 5 in 1:06-cv-05907-SAS, 6 in 1:05-cv-10259-SAS, 4 in 1:06-cv-05914-SAS, 47 in 1:04-cv-01716-SAS, 4 in 1:06-cv-05945-SAS, 5 in 1:06-cv-05912-SAS, 30 in 1:04-cv-03416-SAS, 27 in 1:04-cv-04974-SAS, 76 in 1:03-cv-08248-SAS, 8 in 1:06-cv-03750-SAS, 23 in 1:04-cv-03415-SAS, 5 in 1:06-cv-05942-SAS, 6 in 1:06-cv-00877-SAS, 8 in 1:07-cv-04011-SAS, 4 in 1:06-cv-05916-SAS, 27 in 1:04-cv-03412-SAS, 4 in 1:06-cv-05922-SAS, 5 in 1:07-cv-08360-SAS, 63 in 1:04-cv-04972-SAS, 43 in 1:04-cv-03418-SAS, 8 in 1:06-cv-03751-SAS, 30 in 1:04-cv-01727-SAS, 16 in 1:04-cv-04990-SAS, 61 in 1:04-cv-04968-SAS, 4 in 1:06-cv-05958-SAS, 9 in 1:06-cv-01381-SAS, 8 in 1:08-cv-00278-SAS, 5 in 1:06-cv-05939-SAS, 5 in 1:07-cv-06848-SAS, 5 in 1:06-cv-05932-SAS, 10 in 1:05-cv-09070-SAS, 19 in 1:07-cv-10470-SAS, 26 in 1:04-cv-01723-SAS, 3 in 1:07-cv-09453-SAS, 5 in 1:06-cv-05957-SAS, 4 in 1:06-cv-05928-SAS, 48 in 1:04-cv-02390-SAS, 50 in 1:03-cv-10055-SAS, 30 in 1:04-cv-05422-SAS, 5 in 1:06-cv-05923-SAS, 25 in 1:04-cv-04969-SAS, 50 in 1:03-cv-10053-SAS, 66 in 1:07-cv-02405-SAS, 26 in 1:04-cv-02059-SAS, 5 in 1:06-cv-05955-SAS, 54 in 1:04-cv-01720-SAS, 28 in 1:04-cv-02066-SAS, 4 in 1:06-cv-05915-SAS, 18 in 1:04-cv-02055-SAS, 4 in 1:06-cv-05941-SAS, 45 in 1:04-cv-01718-SAS, 8 in 1:07-cv-04012-SAS, 49 in 1:03-cv-10052-SAS, 8 in 1:06-cv-03754-SAS, 8 in 1:06-cv-03742-SAS, 49 in 1:03-cv-10054-SAS, 36 in 1:04-cv-06993-SAS, 5 in 1:06-cv-05931-SAS, 23 in 1:04-cv-02067-SAS, 4 in 1:06-cv-05917-SAS, 4 in 1:06-cv-05953-SAS, 5 in 1:06-cv-05901-SAS, 8 in 1:06-cv-03752-SAS, 36 in 1:04-cv-02053-SAS, 5 in 1:06-cv-05959-SAS, 29 in 1:04-cv-05423-SAS, 5 in 1:06-cv-05963-SAS, 26 in 1:04-cv-03413-SAS, 49 in 1:04-cv-02388-SAS, 16 in 1:04-cv-04973-SAS, 4 in 1:06-cv-05946-SAS, 6 in 1:06-cv-05903-SAS, 15 in 1:04-cv-02057-SAS, 4 in 1:06-cv-05952-SAS, 5 in 1:06-cv-05950-SAS, 4 in 1:06-cv-05947-SAS, 4 in 1:06-cv-05933-SAS, 17 in 1:04-cv-04971-SAS, 4 in 1:06-cv-05954-SAS, 4 in 1:06-cv-05919-SAS, 67 in 1:03-cv-09543-SAS, 5 in 1:06-cv-05902-SAS, 4 in 1:06-cv-05924-SAS, 243 in 1:04-cv-05424-SAS, 10 in 1:05-cv-04018-SAS, 42 in 1:04-cv-04970-SAS, 4 in 1:06-cv-05960-SAS, 29 in 1:04-cv-01726-SAS, 26 in 1:04-cv-02061-SAS, 54 in 1:04-cv-01725-SAS, 1962 in 1:00-cv-01898-SAS-DCF, 5 in 1:06-cv-05906-SAS, 4 in 1:06-cv-05921-SAS, 5 in 1:06-cv-01379-SAS, 5 in 1:06-cv-05905-SAS, 32 in 1:04-cv-02072-SAS, 5 in 1:06-cv-05940-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 01/31/2009)

01/31/2009

Transmission to Attorney Admissions Clerk. Transmitted re: (6 in 1:07-cv-06848-SAS, 5 in 1:06-cv-05915-SAS, 9 in 1:06-cv-03751-SAS, 9 in 1:08-cv-00278-SAS, 5 in 1:06-cv-05941-SAS, 10 in 1:06-cv-01381-SAS, 5 in 1:06-cv-05945-SAS, 5 in 1:06-cv-05919-SAS, 52 in 1:03-cv-10051-SAS, 37 in 1:04-cv-06993-SAS, 11 in 1:05-cv-09070-SAS, 55 in 1:04-cv-01720-SAS, 49 in 1:04-cv-02390-SAS, 17 in 1:04-cv-02056-SAS, 5 in 1:06-cv-05961-SAS, 24 in 1:04-cv-02067-SAS, 17 in 1:04-cv-04973-SAS, 9 in 1:06-cv-03750-SAS, 27 in 1:04-cv-01723-SAS, 5 in 1:06-cv-05947-SAS, 67 in 1:07-cv-02405-SAS, 24 in 1:04-cv-04975-SAS, 9 in 1:06-cv-03752-SAS, 3 in 1:08-cv-06306-SAS, 5 in 1:06-cv-05937-SAS, 6 in 1:06-cv-05938-SAS, 68 in 1:03-cv-09050-SAS, 24 in 1:04-cv-03415-SAS, 6 in 1:06-cv-05923-SAS, 26 in 1:04-cv-02062-SAS, 55 in 1:04-cv-01725-SAS, 6 in 1:06-cv-05962-SAS, 28 in 1:04-cv-03412-SAS, 50 in 1:03-cv-10054-SAS, 4 in 1:07-cv-09453-SAS, 26 in 1:04-cv-04969-SAS, 6 in 1:06-cv-05963-SAS, 6 in 1:06-cv-05949-SAS, 47 in 1:04-cv-03417-SAS, 51 in 1:03-cv-10055-SAS, 5 in 1:06-cv-05926-SAS, 31 in 1:04-cv-05422-SAS, 20 in 1:07-cv-10470-SAS, 6 in 1:06-cv-01379-SAS, 30 in 1:04-cv-05423-SAS, 43 in 1:04-cv-04970-SAS, 12 in 1:08-cv-00312-SAS, 5 in 1:06-cv-05954-SAS, 62 in 1:04-cv-04968-SAS, 6 in 1:06-cv-05956-SAS, 5 in 1:06-cv-05953-SAS, 6 in 1:06-cv-05932-SAS, 17 in 1:04-cv-04990-SAS, 6 in 1:06-cv-05931-SAS, 1963 in 1:00-cv-01898-SAS-DCF, 7 in 1:06-cv-05903-SAS, 77 in 1:04-cv-02389-SAS, 46 in 1:04-cv-01718-SAS, 5 in 1:06-cv-05920-SAS, 37 in 1:04-cv-02053-SAS, 6 in 1:06-cv-05907-SAS, 6 in 1:06-cv-05902-SAS, 34 in 1:06-cv-05496-SAS, 6 in 1:06-cv-05940-SAS, 5 in 1:06-cv-05958-SAS, 29 in 1:04-cv-02066-SAS, 5 in 1:06-cv-05914-SAS, 5 in 1:06-cv-05952-SAS, 30 in 1:04-cv-03420-SAS, 5 in 1:06-cv-05924-SAS, 51 in 1:04-cv-01721-SAS, 6 in 1:06-cv-05942-SAS, 63 in 1:03-cv-09544-SAS, 16 in 1:04-cv-02057-SAS, 27 in 1:04-cv-03413-SAS, 27 in 1:04-cv-02059-SAS, 26 in 1:04-cv-03419-SAS, 52 in 1:04-cv-01719-SAS, 33 in 1:04-cv-02068-SAS, 6 in 1:06-cv-05901-SAS, 19 in 1:04-cv-02055-SAS, 5 in 1:06-cv-05951-SAS, 5 in 1:06-cv-05922-SAS, 31 in 1:04-cv-01727-SAS, 33 in 1:04-cv-02072-SAS, 7 in 1:06-cv-00877-SAS, 6 in 1:06-cv-05911-SAS, 44 in 1:04-cv-03418-SAS, 5 in 1:06-cv-05916-SAS, 6 in 1:06-cv-05913-SAS, 6 in 1:06-cv-05925-SAS, 17 in 1:06-cv-03753-SAS, 7 in 1:05-cv-10259-SAS, 51 in 1:03-cv-10056-SAS, 30 in 1:04-cv-01726-SAS, 36 in 1:04-cv-02070-SAS, 18 in 1:04-cv-04971-SAS, 5 in 1:06-cv-05960-SAS, 5 in 1:06-cv-05928-SAS, 68 in 1:03-cv-09543-SAS, 29 in 1:04-cv-02060-SAS, 6 in 1:06-cv-05905-SAS, 50 in 1:03-cv-10052-SAS, 11 in 1:05-cv-04018-SAS, 64 in 1:04-cv-04972-SAS, 29 in 1:04-cv-01722-SAS, 5 in 1:06-cv-05948-SAS, 6 in 1:06-cv-05906-SAS, 51 in 1:03-cv-10053-SAS, 50 in 1:04-cv-02388-SAS, 9 in 1:06-cv-03754-SAS, 9 in 1:07-cv-04011-SAS, 27 in 1:04-cv-02061-SAS, 6 in 1:06-cv-05927-SAS, 6 in 1:06-cv-05955-SAS, 5 in 1:06-cv-05943-SAS, 9 in 1:07-cv-04009-SAS, 6 in 1:06-cv-05939-SAS, 6 in 1:06-cv-05959-SAS, 48 in 1:04-cv-01716-SAS, 5 in 1:06-cv-05933-SAS, 29 in 1:04-cv-05421-SAS, 5 in 1:06-cv-05917-SAS, 9 in 1:07-cv-04012-SAS, 6 in 1:07-cv-08360-SAS, 5 in 1:06-cv-05946-SAS, 53 in 1:03-cv-10057-SAS, 244 in 1:04-cv-05424-SAS, 18 in 1:04-cv-01724-SAS, 5 in 1:06-cv-05921-SAS, 6 in 1:06-cv-05957-SAS, 77 in 1:03-cv-08248-SAS, 5 in 1:06-cv-05930-SAS, 31 in 1:04-cv-03416-SAS, 28 in 1:04-cv-04974-SAS, 6 in 1:06-cv-05912-SAS, 12 in 1:06-cv-03741-SAS, 6 in 1:06-cv-05950-SAS, 9 in 1:06-cv-03742-SAS) Order Admitting Attorney Pro Hac Vice,, to the

| | | |
|---|---|---|
| | | Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 01/31/2009) |
| 02/19/2009 | 22 | ORDER ADMITTING COUNSEL PRO HAC VICE. Attorney Daniel A. Eisenberg for Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc (R&M), Sunoco, Inc., Sunoco Inc R & M, Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco (R&M), Sunoco, Inc., Sunoco Inc,, Sunoco Inc R & M, Sunoco, Inc., Sunoco, Inc. (R & M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco Inc (R&M), Sunoco, Inc., Sunoco Inc (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), SFPP, L.P., Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco, Inc. and Sunoco, Inc. (R&M) admitted Pro Hac Vice, upon the deposit of the required $25 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 2/19/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 02/19/2009) |
| 02/19/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (21 in 1:06-cv-05927-SAS, 87 in 1:03-cv-09543-SAS, 21 in 1:06-cv-05963-SAS, 178 in 1:03-cv-08248-SAS, 49 in 1:04-cv-01726-SAS, 20 in 1:06-cv-05937-SAS, 50 in 1:04-cv-04974-SAS, 22 in 1:05-cv-10259-SAS, 70 in 1:04-cv-01721-SAS, 66 in 1:04-cv-02053-SAS, 26 in 1:05-cv-01310-SAS, 65 in 1:04-cv-04970-SAS, 74 in 1:04-cv-01725-SAS, 44 in 1:04-cv-03413-SAS, 264 in 1:04-cv-05424-SAS, 46 in 1:04-cv-02060-SAS, 20 in 1:06-cv-05941-SAS, 21 in 1:06-cv-05902-SAS, 50 in 1:04-cv-05422-SAS, 19 in 1:06-cv-05916-SAS, 21 in 1:06-cv-05950-SAS, 20 in 1:06-cv-05930-SAS, 26 in 1:06-cv-03751-SAS, 30 in 1:05-cv-09070-SAS, 39 in 1:04-cv-02067-SAS, 84 in 1:07-cv-02403-SAS, 20 in 1:06-cv-05917-SAS, 44 in 1:04-cv-02066-SAS, 21 in 1:06-cv-01379-SAS, 69 in 1:03-cv-10055-SAS, 51 in 1:04-cv-02072-SAS, 43 in 1:04-cv-02062-SAS, 34 in 1:04-cv-04973-SAS, 50 in 1:04-cv-03416-SAS, 21 in 1:06-cv-05940-SAS, 28 in 1:07-cv-04012-SAS, 44 in 1:04-cv-02059-SAS, 21 in 1:06-cv-05939-SAS, 87 in 1:04-cv-04972-SAS, 20 in 1:06-cv-10205-SAS, 20 in 1:06-cv-05926-SAS, 21 in 1:06-cv-05931-SAS, 44 in 1:04-cv-03419-SAS, 52 in 1:04-cv-02068-SAS, 34 in 1:04-cv-02056-SAS, 28 in 1:08-cv-07766-SAS, 36 in 1:04-cv-02055-SAS, 20 in 1:06-cv-05948-SAS, 21 in 1:06-cv-05905-SAS, 20 in 1:06-cv-05961-SAS, 29 in 1:07-cv-04009-SAS, 21 in 1:06-cv-05907-SAS, 20 in 1:06-cv-05952-SAS, 20 in 1:06-cv-05922-SAS, 43 in 1:04-cv-03415-SAS, 21 in 1:06-cv-05913-SAS, 21 in 1:06-cv-05932-SAS, 30 in 1:05-cv-04018-SAS, 20 in 1:06-cv-05953-SAS, 20 in 1:06-cv-05933-SAS, 54 in 1:04-cv-02070-SAS, 21 in 1:06-cv-05901-SAS, 20 in 1:06-cv-05943-SAS, 33 in 1:04-cv-02057-SAS, 46 in 1:04-cv-04975-SAS, 20 in 1:06-cv-05960-SAS, 2271 in 1:00-cv-01898-SAS-DCF, 68 in 1:03-cv-10056-SAS, 48 in 1:04-cv-04969-SAS, 21 in 1:06-cv-05911-SAS, 84 in 1:07-cv-02407-SAS, |

| | | |
|---|---|---|
| | | 21 in 1:06-cv-05938-SAS, 26 in 1:06-cv-03742-SAS, 63 in 1:04-cv-01716-SAS, 21 in 1:07-cv-09453-SAS, 71 in 1:04-cv-03417-SAS, 26 in 1:07-cv-06848-SAS, 20 in 1:06-cv-05921-SAS, 65 in 1:04-cv-01718-SAS, 20 in 1:06-cv-05914-SAS, 42 in 1:08-cv-00312-SAS, 29 in 1:08-cv-07764-SAS, 28 in 1:07-cv-04011-SAS, 21 in 1:06-cv-05956-SAS, 74 in 1:04-cv-01720-SAS, 20 in 1:06-cv-05945-SAS, 46 in 1:04-cv-01722-SAS, 69 in 1:04-cv-02388-SAS, 20 in 1:06-cv-05946-SAS, 66 in 1:03-cv-10054-SAS, 68 in 1:03-cv-10052-SAS, 20 in 1:06-cv-05919-SAS, 21 in 1:06-cv-05962-SAS, 82 in 1:03-cv-09544-SAS, 50 in 1:07-cv-10470-SAS, 62 in 1:04-cv-03418-SAS, 96 in 1:04-cv-02389-SAS, 84 in 1:07-cv-02406-SAS, 90 in 1:07-cv-02405-SAS, 44 in 1:04-cv-01723-SAS, 22 in 1:06-cv-00877-SAS, 35 in 1:08-cv-00278-SAS, 20 in 1:06-cv-05928-SAS, 54 in 1:06-cv-05496-SAS, 35 in 1:04-cv-01724-SAS, 49 in 1:04-cv-05423-SAS, 24 in 1:07-cv-08360-SAS, 43 in 1:04-cv-02061-SAS, 56 in 1:04-cv-06993-SAS, 20 in 1:06-cv-05951-SAS, 20 in 1:06-cv-05958-SAS, 48 in 1:04-cv-05421-SAS, 29 in 1:06-cv-01381-SAS, 67 in 1:03-cv-10053-SAS, 21 in 1:06-cv-05912-SAS, 82 in 1:04-cv-04968-SAS, 26 in 1:06-cv-03750-SAS, 68 in 1:04-cv-02390-SAS, 20 in 1:06-cv-05915-SAS, 20 in 1:06-cv-05920-SAS, 26 in 1:06-cv-03752-SAS, 34 in 1:04-cv-04990-SAS, 34 in 1:04-cv-04971-SAS, 21 in 1:06-cv-05942-SAS, 20 in 1:06-cv-05947-SAS, 21 in 1:06-cv-05923-SAS, 206 in 1:03-cv-09050-SAS, 68 in 1:03-cv-10051-SAS, 21 in 1:06-cv-05957-SAS, 69 in 1:03-cv-10057-SAS, 21 in 1:06-cv-05949-SAS, 31 in 1:06-cv-03741-SAS, 22 in 1:06-cv-05903-SAS, 35 in 1:06-cv-03753-SAS, 50 in 1:04-cv-01727-SAS, 21 in 1:06-cv-05959-SAS, 26 in 1:06-cv-03754-SAS, 71 in 1:04-cv-01719-SAS, 20 in 1:06-cv-05924-SAS, 21 in 1:06-cv-05955-SAS, 45 in 1:04-cv-03412-SAS, 21 in 1:06-cv-05906-SAS, 21 in 1:06-cv-05925-SAS, 47 in 1:04-cv-03420-SAS, 22 in 1:08-cv-06306-SAS, 20 in 1:06-cv-05954-SAS) Order Admitting Attorney Pro Hac Vice,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 02/19/2009) |
| 02/20/2009 | 23 | NOTICE OF APPEARANCE by Grace Leigh Chan on behalf of El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, El Paso Merchant Energy-Petroleum Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Company, El Paso Merchant Energy -Petroleum Company, El Paso Merchant Energy Petroleum Company, El Paso Merchant Energy-Petroleum Company, El Paso Merchant Energey-Petroleum Company, El Paso Merchant Energy-Petroleum Company, El Paso Merchant Energy -Petroleum Company, El Paso Merchant Energy- Coastal Eagle Piont Oil Company Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Chan, Grace) (Entered: 02/20/2009) |
| 02/23/2009 | 24 | CASE MANAGEMENT PLAN #48: re rulings of the 1/15/09 status conference. In the City of NY case, the City will select 200 log entries from Shell's Phase 2 attorney-client privilege logs. In all cases in which either Lyondell or Equistar is a defendant, the parties may submit briefing on (a) whether these defendants, who recently filed suggestions of bankruptcy, are immune to suit in light of the automatic bankruptcy stay and (b) whether the district court has jurisdiction to resolve this issue. On the jurisdictional issue, the parties shall file simultaneous briefs by 1/30/09, and responses by |

| | | |
|---|---|---|
| | | 2/16/09. On the merits issue, the plaintiffs shall submit moving papers by 2/6/09, the defendants shall respond by 2/27/09, and the plaintiffs' reply is due by 3/6/09....The next status conference is scheduled for 2/26/09 at 4:30 pm. Motion due by 2/6/2009. Response due by 2/27/2009. Reply due by 3/6/2009. Status Conference set for 2/26/2009 at 04:30 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 2/23/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 02/24/2009) |
| 02/25/2009 | 25 | ORDER ADMITTING ATTORNEY COUNSEL PRO HAC VICE that Debra S. Rosen, is hereby admitted to practice before this Court pro hac vice of Archer & Greiner, PC to represent third-party witness Leggett, Brashears & Graham in this civil action upon the deposit of the required $25.00 fee per applicant to the Clerk of the Court. (Signed by Judge Shira A. Scheindlin on 2/25/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 02/25/2009) |
| 02/25/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (52 in 1:04-cv-05423-SAS, 23 in 1:06-cv-05960-SAS, 181 in 1:03-cv-08248-SAS, 37 in 1:04-cv-04990-SAS, 66 in 1:04-cv-01716-SAS, 31 in 1:08-cv-07766-SAS, 53 in 1:04-cv-05422-SAS, 33 in 1:05-cv-04018-SAS, 73 in 1:04-cv-01721-SAS, 23 in 1:06-cv-05928-SAS, 32 in 1:08-cv-07764-SAS, 34 in 1:06-cv-03741-SAS, 25 in 1:05-cv-10259-SAS, 27 in 1:07-cv-08360-SAS, 85 in 1:04-cv-04968-SAS, 68 in 1:04-cv-04970-SAS, 23 in 1:06-cv-05945-SAS, 71 in 1:03-cv-10051-SAS, 24 in 1:06-cv-05911-SAS, 24 in 1:06-cv-05931-SAS, 37 in 1:04-cv-04971-SAS, 32 in 1:06-cv-01381-SAS, 90 in 1:04-cv-04972-SAS, 23 in 1:06-cv-10205-SAS, 267 in 1:04-cv-05424-SAS, 39 in 1:04-cv-02055-SAS, 23 in 1:06-cv-05952-SAS, 29 in 1:06-cv-03752-SAS, 24 in 1:06-cv-05938-SAS, 77 in 1:04-cv-01720-SAS, 23 in 1:06-cv-05946-SAS, 23 in 1:06-cv-05958-SAS, 23 in 1:06-cv-05948-SAS, 25 in 1:08-cv-06306-SAS, 68 in 1:04-cv-01718-SAS, 52 in 1:04-cv-01726-SAS, 29 in 1:05-cv-01310-SAS, 23 in 1:06-cv-05915-SAS, 23 in 1:06-cv-05922-SAS, 53 in 1:07-cv-10470-SAS, 24 in 1:06-cv-05925-SAS, 24 in 1:06-cv-05901-SAS, 23 in 1:06-cv-05933-SAS, 53 in 1:04-cv-01727-SAS, 93 in 1:07-cv-02405-SAS, 59 in 1:04-cv-06993-SAS, 77 in 1:04-cv-01725-SAS, 33 in 1:05-cv-09070-SAS, 38 in 1:04-cv-01724-SAS, 29 in 1:06-cv-03750-SAS, 23 in 1:06-cv-05924-SAS, 37 in 1:04-cv-04973-SAS, 31 in 1:07-cv-04011-SAS, 47 in 1:04-cv-01723-SAS, 38 in 1:06-cv-03753-SAS, 50 in 1:04-cv-03420-SAS, 47 in 1:04-cv-03419-SAS, 36 in 1:04-cv-02057-SAS, 51 in 1:04-cv-04969-SAS, 71 in 1:03-cv-10052-SAS, 31 in 1:07-cv-04012-SAS, 24 in 1:06-cv-05959-SAS, 23 in 1:06-cv-05953-SAS, 24 in 1:06-cv-01379-SAS, 23 in 1:06-cv-05961-SAS, 72 in 1:04-cv-02388-SAS, 45 in 1:08-cv-00312-SAS, 22 in 1:06-cv-05916-SAS, 25 in 1:06-cv-05903-SAS, 23 in 1:06-cv-05930-SAS, 24 in 1:06-cv-05940-SAS, 70 in 1:03-cv-10053-SAS, 47 in 1:04-cv-02066-SAS, 23 in 1:06-cv-05921-SAS, 72 in 1:03-cv-10055-SAS, 69 in 1:04-cv-02053-SAS, 23 in 1:06-cv-05917-SAS, 42 in 1:04-cv-02067-SAS, 54 in 1:04-cv-02072-SAS, 47 in 1:04-cv-02059-SAS, 25 in 1:06-cv-00877-SAS, 24 in 1:06-cv-05962-SAS, 57 in 1:04-cv-02070-SAS, 90 in 1:03-cv-09543-SAS, 49 in 1:04-cv-01722-SAS, 74 in 1:04-cv-03417-SAS, 53 in 1:04-cv-03416-SAS, 46 in 1:04-cv-03415-SAS, 85 in 1:03-cv-09544-SAS, 23 in 1:06-cv-05920-SAS, 29 in 1:07-cv-06848-SAS, 23 in 1:06-cv-05919-SAS, 87 in 1:07-cv-02406-SAS, 71 in 1:03-cv-10056-SAS, 47 in 1:04-cv-03413-SAS, 65 in 1:04-cv-03418-SAS, 87 in 1:07-cv- |

|  |  | 02403-SAS, 24 in 1:06-cv-05956-SAS, 57 in 1:06-cv-05496-SAS, 24 in 1:06-cv-05942-SAS, 24 in 1:06-cv-05963-SAS, 209 in 1:03-cv-09050-SAS, 23 in 1:06-cv-05954-SAS, 29 in 1:06-cv-03754-SAS, 53 in 1:04-cv-04974-SAS, 23 in 1:06-cv-05947-SAS, 48 in 1:04-cv-03412-SAS, 23 in 1:06-cv-05937-SAS, 38 in 1:08-cv-00278-SAS, 24 in 1:06-cv-05949-SAS, 24 in 1:06-cv-05913-SAS, 2274 in 1:00-cv-01898-SAS-DCF, 49 in 1:04-cv-04975-SAS, 24 in 1:06-cv-05955-SAS, 24 in 1:06-cv-05932-SAS, 29 in 1:06-cv-03742-SAS, 32 in 1:07-cv-04009-SAS, 23 in 1:06-cv-05943-SAS, 24 in 1:07-cv-09453-SAS, 49 in 1:04-cv-02060-SAS, 24 in 1:06-cv-05905-SAS, 24 in 1:06-cv-05906-SAS, 99 in 1:04-cv-02389-SAS, 24 in 1:06-cv-05902-SAS, 74 in 1:04-cv-01719-SAS, 23 in 1:06-cv-05914-SAS, 24 in 1:06-cv-05907-SAS, 24 in 1:06-cv-05927-SAS, 87 in 1:07-cv-02407-SAS, 24 in 1:06-cv-05957-SAS, 24 in 1:06-cv-05939-SAS, 55 in 1:04-cv-02068-SAS, 23 in 1:06-cv-05951-SAS, 72 in 1:03-cv-10057-SAS, 37 in 1:04-cv-02056-SAS, 23 in 1:06-cv-05941-SAS, 71 in 1:04-cv-02390-SAS, 51 in 1:04-cv-05421-SAS, 24 in 1:06-cv-05912-SAS, 24 in 1:06-cv-05923-SAS, 29 in 1:06-cv-03751-SAS, 46 in 1:04-cv-02062-SAS, 4 in 1:09-cv-01419-SAS, 46 in 1:04-cv-02061-SAS, 23 in 1:06-cv-05926-SAS, 24 in 1:06-cv-05950-SAS, 69 in 1:03-cv-10054-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 02/25/2009) |
| 02/27/2009 | 26 | LETTER addressed to Eric H. Holder, Jr. from Judge Shira A. Scheindlin dated 2/27/2009 re: Pursuant to section 2403(a) of title 28 of the United States Code, this Court hereby certifies to the Attorney General the fact that the constitutionality of an Act of Congress affecting the public interest has been drawn into question in litigation before this Court. Attached please find an order explaining the issue, the briefing from the parties and supporting exhibits. Pursuant to Federal Rule of Civil Procedure 5.1, the Attorney General may intervene within 60 days from the date of this certification. (jpo) (Entered: 02/27/2009) |
| 03/06/2009 | 27 | ORDER the Clerk of Court is directed to close the following motions on the master docket for MDL 1358, No. 00-1898: ##1841, 1971, 1976, 1981, 1984, 1986, 1988, 1990, 1992, 2056, 2057, 2078, 2067, 2078, 2100, 2109, 2127, and 2200. (Signed by Judge Shira A. Scheindlin on 3/6/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/09/2009) |
| 03/10/2009 | 28 | ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSIONS OF Khara A. A. Coleman and Christopher J. Esbrook for defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc.. (Signed by Judge Shira A. Scheindlin on 3/10/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/11/2009) |
| 03/10/2009 |  | Transmission to Attorney Admissions Clerk. Transmitted re: (74 in 1:03-cv-10057-SAS, 29 in 1:07-cv-08360-SAS, 54 in 1:08-cv-07764-SAS, 26 in 1:06-cv-05963-SAS, 35 in 1:05-cv-04018-SAS, 25 in 1:06-cv-05961-SAS, 59 in 1:04-cv-02070-SAS, 49 in 1:04-cv-02059-SAS, 48 in 1:04-cv-02062-SAS, 51 in 1:04-cv-02060-SAS, 73 in 1:03-cv-10052-SAS, 184 in 1:03-cv-08248-SAS, 87 in 1:04-cv-04968-SAS, 25 in 1:06-cv-05947-SAS, 26 in 1:06-cv- |

05925-SAS, 73 in 1:04-cv-02053-SAS, 26 in 1:06-cv-05955-SAS, 25 in 1:06-cv-05960-SAS, 25 in 1:06-cv-05954-SAS, 27 in 1:06-cv-05903-SAS, 56 in 1:04-cv-03416-SAS, 31 in 1:06-cv-03750-SAS, 33 in 1:07-cv-04012-SAS, 31 in 1:07-cv-06848-SAS, 25 in 1:06-cv-05952-SAS, 26 in 1:06-cv-05949-SAS, 25 in 1:06-cv-10205-SAS, 26 in 1:06-cv-05938-SAS, 55 in 1:04-cv-04974-SAS, 212 in 1:03-cv-09050-SAS, 25 in 1:06-cv-05948-SAS, 55 in 1:04-cv-05422-SAS, 39 in 1:04-cv-04990-SAS, 49 in 1:04-cv-03419-SAS, 72 in 1:03-cv-10053-SAS, 89 in 1:07-cv-02406-SAS, 55 in 1:04-cv-01727-SAS, 26 in 1:06-cv-05912-SAS, 31 in 1:06-cv-03751-SAS, 73 in 1:04-cv-02390-SAS, 40 in 1:06-cv-05753-SAS, 27 in 1:05-cv-10259-SAS, 38 in 1:04-cv-02057-SAS, 51 in 1:04-cv-04975-SAS, 56 in 1:07-cv-10470-SAS, 24 in 1:06-cv-05916-SAS, 26 in 1:06-cv-05957-SAS, 26 in 1:06-cv-01379-SAS, 48 in 1:04-cv-03415-SAS, 49 in 1:04-cv-02066-SAS, 36 in 1:06-cv-03741-SAS, 87 in 1:03-cv-09544-SAS, 57 in 1:04-cv-02068-SAS, 70 in 1:04-cv-01718-SAS, 48 in 1:08-cv-00312-SAS, 25 in 1:06-cv-05945-SAS, 25 in 1:06-cv-05930-SAS, 31 in 1:06-cv-03742-SAS, 56 in 1:04-cv-02072-SAS, 26 in 1:06-cv-05911-SAS, 71 in 1:03-cv-10054-SAS, 26 in 1:06-cv-05962-SAS, 92 in 1:03-cv-09543-SAS, 6 in 1:09-cv-01419-SAS, 26 in 1:06-cv-05932-SAS, 34 in 1:06-cv-01381-SAS, 53 in 1:04-cv-05421-SAS, 26 in 1:06-cv-05939-SAS, 25 in 1:06-cv-05926-SAS, 25 in 1:06-cv-05914-SAS, 25 in 1:06-cv-05958-SAS, 61 in 1:04-cv-06993-SAS, 25 in 1:06-cv-05941-SAS, 26 in 1:06-cv-05942-SAS, 25 in 1:06-cv-05921-SAS, 31 in 1:05-cv-01310-SAS, 74 in 1:03-cv-10056-SAS, 25 in 1:06-cv-05919-SAS, 92 in 1:04-cv-04972-SAS, 39 in 1:04-cv-02056-SAS, 26 in 1:06-cv-05902-SAS, 95 in 1:07-cv-02405-SAS, 59 in 1:06-cv-05496-SAS, 27 in 1:06-cv-00877-SAS, 26 in 1:06-cv-05923-SAS, 50 in 1:04-cv-03412-SAS, 25 in 1:06-cv-05937-SAS, 54 in 1:04-cv-05423-SAS, 25 in 1:06-cv-05917-SAS, 25 in 1:06-cv-05953-SAS, 73 in 1:03-cv-10051-SAS, 70 in 1:04-cv-04970-SAS, 35 in 1:05-cv-09070-SAS, 76 in 1:04-cv-01719-SAS, 49 in 1:04-cv-03413-SAS, 39 in 1:04-cv-04971-SAS, 74 in 1:04-cv-02388-SAS, 25 in 1:06-cv-05922-SAS, 41 in 1:04-cv-04973-SAS, 67 in 1:04-cv-03418-SAS, 52 in 1:04-cv-03420-SAS, 26 in 1:06-cv-05956-SAS, 89 in 1:07-cv-02407-SAS, 31 in 1:06-cv-03752-SAS, 44 in 1:04-cv-02067-SAS, 26 in 1:06-cv-05905-SAS, 25 in 1:06-cv-05920-SAS, 26 in 1:06-cv-05931-SAS, 25 in 1:06-cv-05943-SAS, 74 in 1:03-cv-10055-SAS, 25 in 1:06-cv-05915-SAS, 26 in 1:06-cv-05959-SAS, 25 in 1:06-cv-05946-SAS, 41 in 1:04-cv-02055-SAS, 41 in 1:08-cv-00278-SAS, 79 in 1:04-cv-01725-SAS, 269 in 1:04-cv-05424-SAS, 26 in 1:06-cv-05901-SAS, 26 in 1:07-cv-09453-SAS, 89 in 1:07-cv-02403-SAS, 51 in 1:04-cv-01722-SAS, 26 in 1:06-cv-05913-SAS, 33 in 1:07-cv-04011-SAS, 50 in 1:08-cv-07766-SAS, 25 in 1:06-cv-05924-SAS, 25 in 1:06-cv-05928-SAS, 31 in 1:06-cv-03754-SAS, 49 in 1:04-cv-01723-SAS, 77 in 1:04-cv-03417-SAS, 26 in 1:06-cv-05950-SAS, 26 in 1:06-cv-05940-SAS, 53 in 1:04-cv-04969-SAS, 75 in 1:04-cv-01721-SAS, 68 in 1:04-cv-01716-SAS, 28 in 1:08-cv-06306-SAS, 25 in 1:06-cv-05933-SAS, 2291 in 1:00-cv-01898-SAS-DCF, 101 in 1:04-cv-02389-SAS, 40 in 1:04-cv-01724-SAS, 26 in 1:06-cv-05906-SAS, 55 in 1:04-cv-01726-SAS, 79 in 1:04-cv-01720-SAS, 26 in 1:06-cv-05927-SAS, 48 in 1:04-cv-02061-SAS, 26 in 1:06-cv-05907-SAS, 25 in 1:06-cv-05951-SAS, 34 in 1:07-cv-04009-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/11/2009)

| | 29 | SUPPLEMENTAL BRIEF *Requesting That the Court Stay Any Order of Remand Pending Appeal*. Document filed by Exxon Mobil Corporation.Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Handel, Lauren) (Entered: 03/11/2009) |
| 03/12/2009 | 30 | SUPPLEMENTAL BRIEF *OPPOSING DEFENDANTS' REQUEST TO STAY EXECUTION OF ANY REMAND ORDER*. Document filed by City of Merced Redevelopment Agency.(Axline, Michael) (Entered: 03/12/2009) |
| 03/16/2009 | 31 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Khara A. A. Coleman for Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., BP Corporation North America, Inc., BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Corporation North America, Inc., BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Co., BP Products North America Inc., Atlantic Richfield Company, individually, BP Corporation North America Inc,, Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, Atlantic Richfield Company, Inc., BP Products North America, Inc., Atlantic Richfield CO., BP Corporation North America, Inc. (individually and f/k/a BP Amoco Corporation), BP Products North America, Inc.,, Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Co., BP Corporation North America, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, Atlantic Richfeild Company, BP Products North America, Inc,, Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company and BP Products North America, Inc., Christopher J. Esbrook for Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., BP Corporation North America, Inc., BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Co., BP Products North America Inc., Atlantic Richfield Company, individually, BP Corporation North America Inc,, Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, BP Products North Americas, Inc., Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company, Atlantic Richfield Company, Inc., BP Products North America, Inc., Atlantic Richfield CO., BP Corporation North America, Inc.(individually and f/k/a BP Amoco Corporation), BP Products North America, Inc.,, Atlantic Richfield Company, |

| | | |
|---|---|---|
| | | BP Products North America Inc., Atlantic Richfield Co., BP Corporation North America, Inc., Atlantic Richfield Company, BP Products North America Inc., Atlantic Richfield Company, Atlantic Richfeild Company, BP Products North America, Inc,, Atlantic Richfield Company, BP Products North America, Inc., Atlantic Richfield Company and BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 3/16/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jeh) (Entered: 03/16/2009) |
| 03/16/2009 | 32 | CASE MANAGEMENT ORDER #48 re rulings made during the status conference held on 2/26/09: In the New Jersey and Puerto Rico cases, the parties shall meet and confer in order to submit a joint pre-trial scheduling order at the next status conference. In the City of NY case, the City seeks an order from this Court finding a limited waiver of Shell's assertion of attorney-client privilege with respect to certain documents identified on its privilege logs, and as further set forth in this document.....The next status conference is scheduled for 4/2/09 at 10 am. Status Conference set for 4/2/2009 at 10:00 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 3/16/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/17/2009) |
| 03/17/2009 | 33 | ORDER TO AMEND, the Clerk of the Court is hereby directed to amend the caption of the order in In Re Methyl Tertiary Butyl Ether Products Liability Litigation, No. 00-1898, which was entered on 3/16/09 (document no. 2299), to read as follows: "CASE MANAGEMENT ORDER #51" (change in italics) re: (50 in 1:04-cv-02061-SAS, 78 in 1:04-cv-01719-SAS, 61 in 1:06-cv-05496-SAS, 28 in 1:06-cv-05927-SAS, 91 in 1:07-cv-02406-SAS, 27 in 1:06-cv-05921-SAS, 28 in 1:06-cv-05931-SAS, 28 in 1:06-cv-05932-SAS, 27 in 1:06-cv-05924-SAS, 26 in 1:06-cv-05916-SAS, 57 in 1:04-cv-01726-SAS, 76 in 1:03-cv-10057-SAS, 27 in 1:06-cv-05947-SAS, 27 in 1:06-cv-05946-SAS, 33 in 1:06-cv-03752-SAS, 28 in 1:06-cv-05950-SAS, 75 in 1:03-cv-10051-SAS, 91 in 1:07-cv-02407-SAS, 28 in 1:06-cv-05911-SAS, 55 in 1:04-cv-05421-SAS, 33 in 1:06-cv-03750-SAS, 27 in 1:06-cv-05937-SAS, 69 in 1:04-cv-03418-SAS, 57 in 1:04-cv-05422-SAS, 28 in 1:06-cv-05906-SAS, 70 in 1:04-cv-01716-SAS, 51 in 1:04-cv-01723-SAS, 42 in 1:06-cv-03753-SAS, 28 in 1:06-cv-05955-SAS, 27 in 1:06-cv-05922-SAS, 54 in 1:08-cv-07766-SAS, 28 in 1:06-cv-05912-SAS, 28 in 1:06-cv-05902-SAS, 97 in 1:07-cv-02405-SAS, 28 in 1:06-cv-05905-SAS, 103 in 1:04-cv-02389-SAS, 53 in 1:04-cv-01722-SAS, 27 in 1:06-cv-05941-SAS, 28 in 1:06-cv-05957-SAS, 38 in 1:06-cv-03741-SAS, 28 in 1:06-cv-05907-SAS, 81 in 1:04-cv-01725-SAS, 27 in 1:06-cv-05943-SAS, 27 in 1:06-cv-05917-SAS, 89 in 1:04-cv-04968-SAS, 52 in 1:04-cv-03412-SAS, 36 in 1:07-cv-04009-SAS, 58 in 1:04-cv-02072-SAS, 82 in 1:04-cv-03417-SAS, 43 in 1:04-cv-02055-SAS, 76 in 1:03-cv-10055-SAS, 32 in 1:08-cv-06306-SAS, 37 in 1:05-cv-04018-SAS, 42 in 1:04-cv-01724-SAS, 35 in 1:07-cv-04011-SAS, 28 in 1:06-cv-05959-SAS, 28 in 1:06-cv-05923-SAS, 56 in 1:04-cv-05423-SAS, 76 in 1:03-cv-10056-SAS, 59 in 1:04-cv-02068-SAS, 40 in 1:04-cv-02057-SAS, 27 in 1:06-cv-05945-SAS, 43 in 1:04-cv-04973-SAS, 41 in 1:04-cv-02056-SAS, 77 in 1:04-cv-01721-SAS, 214 in 1:03-cv-09050-SAS, 28 in 1:06-cv-05901-SAS, 94 in 1:03-cv-09543-SAS, 28 in 1:06-cv-01379-SAS, 29 in 1:06-cv-00877-SAS, 33 in 1:07-cv-06848-SAS, 54 in 1:04-cv-03420-SAS, 91 in 1:07-cv-02403-SAS, 28 in 1:06- |

cv-05940-SAS, 36 in 1:06-cv-01381-SAS, 10 in 1:09-cv-01419-SAS, 58 in
1:08-cv-07764-SAS, 46 in 1:04-cv-02067-SAS, 72 in 1:04-cv-01718-SAS,
186 in 1:03-cv-08248-SAS, 76 in 1:04-cv-02388-SAS, 27 in 1:06-cv-05914-
SAS, 43 in 1:08-cv-00278-SAS, 27 in 1:06-cv-05928-SAS, 33 in 1:05-cv-
01310-SAS, 27 in 1:06-cv-05951-SAS, 28 in 1:06-cv-05956-SAS, 33 in 1:06-
cv-03754-SAS, 89 in 1:03-cv-09544-SAS, 35 in 1:07-cv-04012-SAS, 61 in
1:04-cv-02070-SAS, 28 in 1:06-cv-05963-SAS, 28 in 1:06-cv-05939-SAS, 58
in 1:04-cv-04974-SAS, 73 in 1:03-cv-10054-SAS, 56 in 1:04-cv-04969-SAS,
2299 in 1:00-cv-01898-SAS-DCF, 74 in 1:03-cv-10053-SAS, 57 in 1:04-cv-
01727-SAS, 28 in 1:06-cv-05925-SAS, 37 in 1:05-cv-09070-SAS, 27 in 1:06-
cv-05948-SAS, 27 in 1:06-cv-05920-SAS, 27 in 1:06-cv-05961-SAS, 53 in
1:04-cv-02060-SAS, 51 in 1:04-cv-02059-SAS, 51 in 1:04-cv-02066-SAS, 75
in 1:03-cv-10052-SAS, 29 in 1:06-cv-05903-SAS, 75 in 1:04-cv-02053-SAS,
29 in 1:05-cv-10259-SAS, 41 in 1:04-cv-04971-SAS, 94 in 1:04-cv-04972-
SAS, 50 in 1:04-cv-03415-SAS, 59 in 1:07-cv-10470-SAS, 55 in 1:04-cv-
04975-SAS, 27 in 1:06-cv-05915-SAS, 33 in 1:06-cv-03742-SAS, 73 in 1:04-
cv-04970-SAS, 27 in 1:06-cv-05933-SAS, 28 in 1:06-cv-05962-SAS, 27 in
1:06-cv-05960-SAS, 27 in 1:06-cv-10205-SAS, 41 in 1:04-cv-04990-SAS, 28
in 1:06-cv-05942-SAS, 28 in 1:06-cv-05949-SAS, 27 in 1:06-cv-05930-SAS,
75 in 1:04-cv-02390-SAS, 58 in 1:04-cv-03416-SAS, 28 in 1:06-cv-05913-
SAS, 27 in 1:06-cv-05954-SAS, 50 in 1:04-cv-02062-SAS, 31 in 1:07-cv-
08360-SAS, 27 in 1:06-cv-05952-SAS, 51 in 1:04-cv-03419-SAS, 51 in 1:04-
cv-03413-SAS, 81 in 1:04-cv-01720-SAS, 271 in 1:04-cv-05424-SAS, 27 in
1:06-cv-05919-SAS, 33 in 1:06-cv-03751-SAS, 63 in 1:04-cv-06993-SAS, 50
in 1:08-cv-00312-SAS, 27 in 1:06-cv-05953-SAS, 28 in 1:06-cv-05938-SAS,
27 in 1:06-cv-05926-SAS, 28 in 1:07-cv-09453-SAS, 27 in 1:06-cv-05958-
SAS) Case Management Plan,,, (Signed by Judge Shira A. Scheindlin on
3/17/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd)
(Entered: 03/18/2009)

| 03/20/2009 | 34 | ORDER, the Clerk of Court is directed to close the following motions on the master docket for MDL 1358, No. 00civ.1898 ##2090, 2092, 2155, 2185. terminating (73) Motion to Dismiss in case 1:03-cv-09544-SAS; terminating (78) Motion to Dismiss in case 1:03-cv-09543-SAS; terminating (41) Motion to Dismiss in case 1:04-cv-01727-SAS; terminating (40) Motion to Dismiss in case 1:04-cv-01726-SAS; terminating (56) Motion to Dismiss in case 1:04-cv-01718-SAS; terminating (62) Motion to Dismiss in case 1:04-cv-01719-SAS; terminating (65) Motion to Dismiss in case 1:04-cv-01720-SAS; terminating (65) Motion to Dismiss in case 1:04-cv-01725-SAS; terminating (61) Motion to Dismiss in case 1:04-cv-01721-SAS; terminating (43) Motion to Dismiss in case 1:04-cv-02068-SAS; terminating (43) Motion to Dismiss in case 1:04-cv-02072-SAS; terminating (87) Motion to Dismiss in case 1:04-cv-02389-SAS; terminating (59) Motion to Dismiss in case 1:04-cv-02390-SAS; terminating (60) Motion to Dismiss in case 1:04-cv-02388-SAS; terminating (34) Motion to Dismiss in case 1:04-cv-03415-SAS; terminating (41) Motion to Dismiss in case 1:04-cv-03416-SAS; terminating (36) Motion to Dismiss in case 1:04-cv-03419-SAS; terminating (39) Motion to Dismiss in case 1:04-cv-05421-SAS; terminating (41) Motion to Dismiss in case 1:04-cv-05422-SAS; terminating (40) Motion to Dismiss in case 1:04-cv-05423-SAS; terminating (254) Motion to Dismiss in case 1:04-cv-05424-SAS; terminating (47) Motion to Dismiss in case 1:04-cv-06993-SAS; terminating |

| | | |
|---|---|---|
| | | (21) Motion to Dismiss in case 1:05-cv-04018-SAS; terminating (21) Motion to Dismiss in case 1:05-cv-09070-SAS; terminating (20) Motion to Dismiss in case 1:06-cv-01381-SAS; terminating (22) Motion to Dismiss in case 1:06-cv-03741-SAS; terminating (2090) Motion to Dismiss for Lack of Jurisdiction; terminating (2092) Motion to Dismiss; terminating (2155) Motion to Dismiss in case 1:00-cv-01898-SAS-DCF. (Signed by Judge Shira A. Scheindlin on 3/20/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/20/2009) |
| 04/02/2009 | 35 | ORDER GRANTING ADMISSION OF DELIRIS ORTIZ-TORRES: It is hereby ordered that Deliris Ortiz-Torres, Esq, is admitted to practice before this Court pro hac vice on behalf of Total Petroleum Puerto Rico Corporation and Atlantic Trading Marketing, Inc. (formerly known as Total Oil, Inc.) in this civil action upon the deposit of the required $25 fee to the Clerk of the Court. (Signed by Judge Shira A. Scheindlin on 4/2/2009) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 04/02/2009) |
| 04/17/2009 | 36 | CASE MANAGEMENT PLAN #52: In the New Jersey case, plaintiff shall identify, not later than 4/10/09, every discovery request to which it objects on the ground that the request call for site-specific discovery. If the parties are unable to resolve any dispute, they may bring the matter to this Court for resolution. Plaintiff shall provide non-site specific discovery by 5/15/09. In the City of NY case, the City shall respond to Shell's motion to exclude punitive damages by 4/30/09 and Shell shall reply by 5/11/09....This court will hold a hearing in the City of NY case on 4/24/09 at 10:30 am and in the Orange County Water District case on 5/15/09 at 11 am....In the recently filed Oyster Bay and Garden City case, defendants' unopposed motion for this Court to decline to exercise supplemental jurisdiction over the state law claims is granted. Defendants shall submit proposed Order reflecting this ruling. When necessary, the parties shall contact this Court to schedule the next omnibus status conference. Response due by 4/30/2009. Reply due by 5/11/2009. Oral Argument/hearing set for 4/24/2009 at 10:30 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 4/17/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/20/2009) |
| 04/24/2009 | 37 | ORDER It is hereby ordered that the United States may intervene in this action, pursuant to 28 U.S.C. 2403 (a), on or before June 28, 2009. No further extensions will be granted. (Signed by Judge Shira A. Scheindlin on 4/24/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS (mme) (Entered: 04/27/2009) |
| 04/27/2009 | 38 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION Lesley K. Lawrence-Hammer is admitted to practice pro hac vice as counsel for defendants El Paso Merchant Energy-Petroleum Company and Coastal Eagle Point Oil Company in the above captioned case. (Signed by Judge Shira A. Scheindlin on 4/27/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(mme) (Entered: 04/27/2009) |
| 04/27/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (32 in 1:06-cv-05948-SAS, 33 in 1:06-cv-05907-SAS, 56 in 1:04-cv-03413-SAS, 36 in 1:07-cv-08360-SAS, 32 in 1:06-cv-05960-SAS, 99 in 1:03-cv-09543-SAS, 32 in |

1:06-cv-05947-SAS, 66 in 1:06-cv-05496-SAS, 33 in 1:06-cv-05955-SAS, 64 in 1:07-cv-10470-SAS, 38 in 1:06-cv-03751-SAS, 38 in 1:05-cv-01310-SAS, 32 in 1:06-cv-05953-SAS, 33 in 1:06-cv-05906-SAS, 38 in 1:06-cv-03754-SAS, 60 in 1:04-cv-04975-SAS, 48 in 1:04-cv-04973-SAS, 60 in 1:04-cv-05421-SAS, 33 in 1:06-cv-05927-SAS, 38 in 1:08-cv-06306-SAS, 62 in 1:04-cv-01727-SAS, 32 in 1:06-cv-05930-SAS, 3 in 1:09-cv-03738-SAS, 34 in 1:06-cv-05903-SAS, 32 in 1:06-cv-05917-SAS, 40 in 1:07-cv-04011-SAS, 32 in 1:06-cv-05941-SAS, 33 in 1:06-cv-05959-SAS, 33 in 1:06-cv-05923-SAS, 32 in 1:06-cv-05915-SAS, 41 in 1:06-cv-01381-SAS, 41 in 1:07-cv-04009-SAS, 32 in 1:06-cv-05951-SAS, 33 in 1:06-cv-05950-SAS, 86 in 1:04-cv-01725-SAS, 32 in 1:06-cv-05945-SAS, 33 in 1:06-cv-05905-SAS, 33 in 1:06-cv-05902-SAS, 32 in 1:06-cv-05954-SAS, 33 in 1:06-cv-05939-SAS, 32 in 1:06-cv-05922-SAS, 33 in 1:06-cv-05949-SAS, 32 in 1:06-cv-05958-SAS, 99 in 1:04-cv-04972-SAS, 82 in 1:03-cv-10052-SAS, 94 in 1:03-cv-09544-SAS, 102 in 1:07-cv-02405-SAS, 2330 in 1:00-cv-01898-SAS-DCF, 62 in 1:04-cv-05422-SAS, 33 in 1:06-cv-05925-SAS, 38 in 1:06-cv-03752-SAS, 32 in 1:06-cv-05928-SAS, 79 in 1:03-cv-10053-SAS, 43 in 1:06-cv-03741-SAS, 32 in 1:06-cv-05946-SAS, 57 in 1:04-cv-03412-SAS, 56 in 1:04-cv-01723-SAS, 33 in 1:06-cv-05913-SAS, 3 in 1:09-cv-03739-SAS, 62 in 1:04-cv-01726-SAS, 80 in 1:03-cv-10051-SAS, 32 in 1:06-cv-05921-SAS, 33 in 1:06-cv-05963-SAS, 83 in 1:04-cv-01719-SAS, 78 in 1:04-cv-04970-SAS, 33 in 1:06-cv-05912-SAS, 42 in 1:05-cv-09070-SAS, 32 in 1:06-cv-05914-SAS, 33 in 1:06-cv-05940-SAS, 58 in 1:04-cv-01722-SAS, 63 in 1:04-cv-04974-SAS, 33 in 1:06-cv-05962-SAS, 40 in 1:07-cv-04012-SAS, 113 in 1:04-cv-03417-SAS, 237 in 1:03-cv-09050-SAS, 33 in 1:06-cv-05911-SAS, 32 in 1:06-cv-05924-SAS, 78 in 1:03-cv-10054-SAS, 68 in 1:04-cv-06993-SAS, 32 in 1:06-cv-05943-SAS, 77 in 1:04-cv-01718-SAS, 61 in 1:04-cv-04969-SAS, 32 in 1:06-cv-05926-SAS, 38 in 1:06-cv-03750-SAS, 33 in 1:06-cv-05938-SAS, 38 in 1:06-cv-03742-SAS, 32 in 1:06-cv-05933-SAS, 82 in 1:04-cv-01721-SAS, 81 in 1:03-cv-10056-SAS, 33 in 1:06-cv-05932-SAS, 32 in 1:06-cv-05961-SAS, 33 in 1:06-cv-05956-SAS, 33 in 1:06-cv-05901-SAS, 82 in 1:03-cv-10055-SAS, 33 in 1:06-cv-05957-SAS, 46 in 1:04-cv-04971-SAS, 32 in 1:06-cv-05952-SAS, 81 in 1:03-cv-10057-SAS, 32 in 1:06-cv-05937-SAS, 33 in 1:06-cv-05942-SAS, 33 in 1:06-cv-05931-SAS, 31 in 1:06-cv-05916-SAS, 33 in 1:06-cv-01379-SAS, 34 in 1:06-cv-00877-SAS, 32 in 1:06-cv-05920-SAS, 47 in 1:06-cv-03753-SAS, 32 in 1:06-cv-05919-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al. (mme) (Entered: 04/27/2009)

| 04/27/2009 | 39 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Grace Leigh Chan for El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle |

| | | |
|---|---|---|
| | | Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy -Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy Petroleum Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Company, El Paso Merchant Energey-Petroleum Company, Coastal Eagle Point Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy -Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy- Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy- Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Piont Oil Company, El Paso Merchant Energy -Petroleum Company, Coastal Eagle Piont Oil Company and El Paso Merchant Energy - Petroleum Company admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 4/27/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/28/2009) |
| 04/27/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (61 in 1:04-cv-04975-SAS, 87 in 1:04-cv-01720-SAS, 82 in 1:03-cv-10057-SAS, 238 in 1:03-cv-09050-SAS, 34 in 1:06-cv-05959-SAS, 100 in 1:03-cv-09543-SAS, 48 in 1:06-cv-03753-SAS, 100 in 1:04-cv-04972-SAS, 49 in 1:08-cv-00278-SAS, 64 in 1:04-cv-04974-SAS, 39 in 1:07-cv-06848-SAS, 32 in 1:06-cv-05916-SAS, 39 in 1:05-cv-01310-SAS, 34 in 1:06-cv-05940-SAS, 63 in 1:04-cv-01726-SAS, 64 in 1:08-cv-07764-SAS, 34 in 1:06-cv-05911-SAS, 277 in 1:04-cv-05424-SAS, 35 in 1:06-cv-05903-SAS, 56 in 1:04-cv-03415-SAS, 33 in 1:06-cv-05951-SAS, 34 in 1:06-cv-05932-SAS, 83 in 1:03-cv-10052-SAS, 34 in 1:06-cv-05901-SAS, 33 in 1:06-cv-05945-SAS, 34 in 1:06-cv-05923-SAS, 87 in 1:04-cv-01725-SAS, 33 in 1:06-cv-05958-SAS, 64 in 1:04-cv-02072-SAS, 4 in 1:09-cv-03738-SAS, 58 in 1:08-cv-00312-SAS, 57 in 1:04-cv-01723-SAS, 16 in 1:09-cv-01419-SAS, 34 in 1:07-cv-09453-SAS, 63 in 1:04-cv-01727-SAS, 39 in 1:06-cv-03754-SAS, 33 in 1:06-cv-05922-SAS, 57 in 1:04-cv-03413-SAS, 34 in 1:06-cv-01379-SAS, 33 in 1:06-cv-05926-SAS, 33 in 1:06-cv-05941-SAS, 34 in 1:06-cv-05907-SAS, 33 in 1:06-cv-05947-SAS, 95 in 1:03-cv-09544-SAS, 34 in 1:06-cv-05906-SAS, 109 in 1:04-cv-02389-SAS, 46 in 1:04-cv-02057-SAS, 34 in 1:06-cv-05912-SAS, 83 in 1:04-cv-01721-SAS, 33 in 1:06-cv-05952-SAS, 103 in 1:07-cv-02405-SAS, 48 in 1:04-cv-04990-SAS, 43 in 1:05-cv-04018-SAS, 81 in 1:04-cv-02390-SAS, 39 in 1:08-cv-06306-SAS, 47 in 1:04-cv-04971-SAS, 2337 in 1:00-cv-01898-SAS-DCF, 97 in 1:07-cv-02407-SAS, 33 in 1:06-cv-05919-SAS, 33 in 1:06-cv-05933-SAS, 49 in 1:04-cv-04973-SAS, 34 in 1:06-cv-05942-SAS, 33 in 1:06-cv-05924-SAS, 37 in 1:07-cv-08360-SAS, 39 in 1:06-cv-03751-SAS, 62 in 1:04-cv-04969-SAS, 34 in 1:06-cv-05938-SAS, 82 in 1:04-cv-02388-SAS, 79 in 1:03-cv-10054-SAS, 34 in 1:06-cv-05931-SAS, 83 in 1:03-cv-10055-SAS, 33 in 1:06-cv-05954-SAS, 41 in 1:07-cv-04012-SAS, 34 in 1:06-cv- |

| | | |
|---|---|---|
| | | 05956-SAS, 44 in 1:06-cv-03741-SAS, 34 in 1:06-cv-05957-SAS, 34 in 1:06-cv-05949-SAS, 67 in 1:06-cv-05496-SAS, 33 in 1:06-cv-05961-SAS, 57 in 1:04-cv-02066-SAS, 34 in 1:06-cv-05950-SAS, 4 in 1:09-cv-03739-SAS, 67 in 1:04-cv-02070-SAS, 33 in 1:06-cv-05920-SAS, 59 in 1:04-cv-02060-SAS, 42 in 1:07-cv-04009-SAS, 69 in 1:04-cv-06993-SAS, 65 in 1:04-cv-02068-SAS, 33 in 1:06-cv-05937-SAS, 118 in 1:04-cv-03417-SAS, 33 in 1:06-cv-05948-SAS, 39 in 1:06-cv-03750-SAS, 192 in 1:03-cv-08248-SAS, 49 in 1:04-cv-02055-SAS, 34 in 1:06-cv-05939-SAS, 52 in 1:04-cv-02067-SAS, 33 in 1:06-cv-05953-SAS, 42 in 1:06-cv-01381-SAS, 97 in 1:07-cv-02403-SAS, 95 in 1:04-cv-04968-SAS, 82 in 1:03-cv-10056-SAS, 58 in 1:04-cv-03412-SAS, 34 in 1:06-cv-05963-SAS, 33 in 1:06-cv-05915-SAS, 84 in 1:04-cv-01719-SAS, 33 in 1:06-cv-05928-SAS, 97 in 1:07-cv-02406-SAS, 78 in 1:04-cv-01718-SAS, 43 in 1:05-cv-09070-SAS, 60 in 1:04-cv-03420-SAS, 81 in 1:04-cv-02053-SAS, 39 in 1:06-cv-03742-SAS, 33 in 1:06-cv-05960-SAS, 33 in 1:06-cv-05930-SAS, 57 in 1:04-cv-02062-SAS, 33 in 1:06-cv-05917-SAS, 33 in 1:06-cv-05943-SAS, 80 in 1:03-cv-10053-SAS, 57 in 1:04-cv-02059-SAS, 65 in 1:07-cv-10470-SAS, 48 in 1:04-cv-01724-SAS, 81 in 1:03-cv-10051-SAS, 47 in 1:04-cv-02056-SAS, 62 in 1:04-cv-05423-SAS, 33 in 1:06-cv-05914-SAS, 76 in 1:04-cv-01716-SAS, 57 in 1:04-cv-03419-SAS, 34 in 1:06-cv-05962-SAS, 33 in 1:06-cv-05946-SAS, 34 in 1:06-cv-05927-SAS, 61 in 1:04-cv-05421-SAS, 33 in 1:06-cv-05921-SAS, 33 in 1:06-cv-10205-SAS, 63 in 1:04-cv-05422-SAS, 56 in 1:04-cv-02061-SAS, 75 in 1:04-cv-03418-SAS, 34 in 1:06-cv-05955-SAS, 34 in 1:06-cv-05913-SAS, 34 in 1:06-cv-05925-SAS, 35 in 1:06-cv-00877-SAS, 79 in 1:04-cv-04970-SAS, 34 in 1:06-cv-05902-SAS, 39 in 1:06-cv-03752-SAS, 64 in 1:04-cv-03416-SAS, 35 in 1:05-cv-10259-SAS, 60 in 1:08-cv-07766-SAS, 59 in 1:04-cv-01722-SAS, 41 in 1:07-cv-04011-SAS, 34 in 1:06-cv-05905-SAS) Order Admitting Attorney Pro Hac Vice,,,,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/28/2009) |
| 04/27/2009 | [40](#) | ORDER ADMITTING ATTORNEY PRO HAC VICE ON WRITTEN MOTION. Attorney Keara L. Kelley for El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy -Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy Petroleum Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Company, El Paso Merchant Energey-Petroleum Company, Coastal Eagle Point Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant |

|            |   |   |
|------------|---|---|
|            |   | Energy -Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy- Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy- Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy- Petroleum Company, Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Coastal Eagle Piont Oil Company, El Paso Merchant Energy -Petroleum Company, Coastal Eagle Piont Oil Company and El Paso Merchant Energy -Petroleum Company admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 4/27/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/28/2009) |
| 04/27/2009 |   | Transmission to Attorney Admissions Clerk. Transmitted re: (35 in 1:06-cv-05931-SAS, 34 in 1:06-cv-05954-SAS, 40 in 1:07-cv-06848-SAS, 34 in 1:06-cv-05952-SAS, 34 in 1:06-cv-05960-SAS, 82 in 1:03-cv-10051-SAS, 35 in 1:06-cv-05901-SAS, 40 in 1:06-cv-03750-SAS, 49 in 1:06-cv-03753-SAS, 59 in 1:08-cv-00312-SAS, 44 in 1:05-cv-09070-SAS, 34 in 1:06-cv-05948-SAS, 101 in 1:04-cv-04972-SAS, 68 in 1:06-cv-05496-SAS, 40 in 1:06-cv-03754-SAS, 35 in 1:06-cv-05956-SAS, 64 in 1:04-cv-01726-SAS, 83 in 1:04-cv-02388-SAS, 34 in 1:06-cv-05924-SAS, 42 in 1:07-cv-04011-SAS, 43 in 1:07-cv-04009-SAS, 35 in 1:06-cv-05907-SAS, 101 in 1:03-cv-09543-SAS, 34 in 1:06-cv-05921-SAS, 35 in 1:06-cv-05957-SAS, 35 in 1:06-cv-05925-SAS, 50 in 1:04-cv-02055-SAS, 62 in 1:04-cv-05421-SAS, 80 in 1:04-cv-04970-SAS, 81 in 1:03-cv-10053-SAS, 34 in 1:06-cv-05926-SAS, 40 in 1:05-cv-01310-SAS, 96 in 1:03-cv-09544-SAS, 34 in 1:06-cv-05945-SAS, 193 in 1:03-cv-08248-SAS, 34 in 1:06-cv-05917-SAS, 34 in 1:06-cv-05914-SAS, 64 in 1:04-cv-05422-SAS, 68 in 1:04-cv-02070-SAS, 58 in 1:04-cv-02062-SAS, 61 in 1:08-cv-07766-SAS, 35 in 1:06-cv-05905-SAS, 98 in 1:07-cv-02407-SAS, 35 in 1:06-cv-05959-SAS, 84 in 1:03-cv-10055-SAS, 40 in 1:08-cv-06306-SAS, 50 in 1:08-cv-00278-SAS, 34 in 1:06-cv-05951-SAS, 35 in 1:06-cv-05932-SAS, 40 in 1:06-cv-03742-SAS, 34 in 1:06-cv-05915-SAS, 36 in 1:06-cv-00877-SAS, 278 in 1:04-cv-05424-SAS, 82 in 1:04-cv-02053-SAS, 65 in 1:04-cv-03416-SAS, 5 in 1:09-cv-03738-SAS, 70 in 1:04-cv-06993-SAS, 53 in 1:04-cv-02067-SAS, 64 in 1:04-cv-01727-SAS, 2338 in 1:00-cv-01898-SAS-DCF, 35 in 1:06-cv-05949-SAS, 35 in 1:06-cv-05938-SAS, 63 in 1:04-cv-05423-SAS, 34 in 1:06-cv-05946-SAS, 35 in 1:06-cv-05912-SAS, 34 in 1:06-cv-05947-SAS, 35 in 1:06-cv-05950-SAS, 35 in 1:06-cv-05940-SAS, 76 in 1:04-cv-03418-SAS, 34 in 1:06-cv-05922-SAS, 61 in 1:04-cv-03420-SAS, 49 in 1:04-cv-04990-SAS, 35 in 1:06-cv-05902-SAS, 60 in 1:04-cv-01722-SAS, 50 in 1:04-cv-04973-SAS, 35 in 1:06-cv-05913-SAS, 65 in 1:08-cv-07764-SAS, 35 in 1:07-cv-09453-SAS, 96 in 1:04-cv-04968-SAS, 35 in 1:06-cv-05906-SAS, 44 in 1:05-cv-04018-SAS, 35 in 1:06-cv-05963-SAS, 66 in 1:07-cv-10470-SAS, 98 in 1:07-cv-02406-SAS, 35 in 1:06-cv-05911-SAS, 65 in 1:04-cv-02072-SAS, 119 in 1:04-cv-03417-SAS, 48 in 1:04-cv-04971-SAS, 88 in 1:04-cv-01720-SAS, 104 in 1:07-cv-02405-SAS, 62 in 1:04-cv-04975-SAS, 85 in 1:04-cv-01719-SAS, 35 in 1:06-cv-05942-SAS, 58 in 1:04-cv-01723-SAS, 84 in 1:03-cv-10052-SAS, 35 in 1:06-cv-05962-SAS, 60 in 1:04-cv-02060-SAS, 34 in 1:06-cv-05920-SAS, 239 in 1:03-cv-09050-SAS, |

| | | |
|---|---|---|
| | | 77 in 1:04-cv-01716-SAS, 84 in 1:04-cv-01721-SAS, 58 in 1:04-cv-03419-SAS, 47 in 1:04-cv-02057-SAS, 82 in 1:04-cv-02390-SAS, 63 in 1:04-cv-04969-SAS, 36 in 1:05-cv-10259-SAS, 80 in 1:03-cv-10054-SAS, 110 in 1:04-cv-02389-SAS, 36 in 1:06-cv-05903-SAS, 34 in 1:06-cv-05933-SAS, 5 in 1:09-cv-03739-SAS, 58 in 1:04-cv-02066-SAS, 57 in 1:04-cv-03415-SAS, 34 in 1:06-cv-05928-SAS, 35 in 1:06-cv-05939-SAS, 34 in 1:06-cv-05943-SAS, 66 in 1:04-cv-02068-SAS, 43 in 1:06-cv-01381-SAS, 98 in 1:07-cv-02403-SAS, 35 in 1:06-cv-01379-SAS, 65 in 1:04-cv-04974-SAS, 40 in 1:06-cv-03751-SAS, 57 in 1:04-cv-02061-SAS, 38 in 1:07-cv-08360-SAS, 34 in 1:06-cv-05941-SAS, 34 in 1:06-cv-05961-SAS, 83 in 1:03-cv-10056-SAS, 83 in 1:03-cv-10057-SAS, 17 in 1:09-cv-01419-SAS, 35 in 1:06-cv-05955-SAS, 35 in 1:06-cv-05923-SAS, 42 in 1:07-cv-04012-SAS, 34 in 1:06-cv-05937-SAS, 45 in 1:06-cv-03741-SAS, 59 in 1:04-cv-03412-SAS, 88 in 1:04-cv-01725-SAS, 40 in 1:06-cv-03752-SAS, 33 in 1:06-cv-05916-SAS, 58 in 1:04-cv-03413-SAS, 35 in 1:06-cv-05927-SAS, 34 in 1:06-cv-10205-SAS, 34 in 1:06-cv-05930-SAS, 79 in 1:04-cv-01718-SAS, 34 in 1:06-cv-05919-SAS, 58 in 1:04-cv-02059-SAS, 34 in 1:06-cv-05958-SAS, 34 in 1:06-cv-05953-SAS, 48 in 1:04-cv-02056-SAS, 49 in 1:04-cv-01724-SAS) Order Admitting Attorney Pro Hac Vice,,,,,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/28/2009) |
| 04/28/2009 | | ***DELETED DOCUMENT. Deleted document number 41 Notice of Appearance. The document was incorrectly filed in this case. (kkc) (Entered: 05/02/2009) |
| 04/28/2009 | | ***DELETED DOCUMENT. Deleted document number 42 Notice of Appearance. The document was incorrectly filed in this case. (kkc) (Entered: 05/02/2009) |
| 06/29/2009 | 41 | MEMORANDUM OF LAW in Support *of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by United States. (Normand, Sarah) (Entered: 06/29/2009) |
| 06/29/2009 | 42 | DECLARATION of Sarah S. Normand re: 41 Memorandum of Law in Support *of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by United States. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Normand, Sarah) (Entered: 06/29/2009) |
| 07/10/2009 | 43 | ORDER....Therefore, the parties have requested-and consented to the appointment of a special discovery master. Accordingly, I am appointing, pursuant to FRCP 53(a)(1)(A) and (a)(1)(C) (as amended effective 12/1/03), after giving the parties notice and an opportunity to be heard (including the opportunity to recommend candidates), Ronald J. Hedges, Esq to serve as Special Master, until further order of this Court...The Special master's appointment is therefore effective immediately. The Special Master is directed "to proceed with all reasonable diligence" in the performance of his duties, and as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 7/8/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 07/10/2009) |
| | | |

| 07/27/2009 | 44 | NOTICE OF WITHDRAWAL OF COUNSEL that Khara Coleman is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants... (Signed by Judge Shira A. Scheindlin on 7/27/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 07/28/2009) |
|---|---|---|
| 07/30/2009 | 45 | RESPONSE re: 41 Memorandum of Law in Support *Defendant's Response to the United States of America's Memorandum of Law in Support of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by Exxon Mobil Corp.. (Gerson, Lisa) (Entered: 07/30/2009) |
| 07/30/2009 | 46 | OPPOSITION BRIEF re: 41 Memorandum of Law in Support *of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by City of Merced Redevelopment Agency.(Axline, Michael) (Entered: 07/30/2009) |
| 08/10/2009 | 47 | REPLY re: (46 in 1:08-cv-06306-SAS) Opposition Brief *Defendants' Reply to Plaintiff City of Merced Redevelopment Agency's Brief in Response to United States of America's Memorandum of Law in Support of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by Exxon Corporation. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 08/10/2009) |
| 08/10/2009 | 48 | OPPOSITION BRIEF re: 45 Response, *Defendants' Response to the United States of America's Memorandum of Law in Support of the Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by City of Merced Redevelopment Agency. (Attachments: # 1 Exhibit 1 - Civil Docket for Case # 1:08-cv-00714-LJO-GSA, U.S. Dist. Ct. E.D. Cal.)(Axline, Michael) (Entered: 08/10/2009) |
| 08/10/2009 | 49 | MEMORANDUM OF LAW in Support., REPLY MEMORANDUM OF LAW in Support *of Constitutionality of Section 1503 of the Energy Policy Act of 2005*. Document filed by United States. (Normand, Sarah) (Entered: 08/10/2009) |
| 09/18/2009 | 50 | NOTICE OF APPEARANCE by Christopher J. Garvey on behalf of Kinder Morgan Energy Partners, L.P., SFPP, LP (Garvey, Christopher) (Entered: 09/18/2009) |
| 09/25/2009 | 51 | ORDER ADMITTING COUNSEL PRO HAC VICE. Attorney Anthony A. Orlandi for Gulf Limited Liability Partnership, Gulf Oil Limited Partnership, Gulf Limited Liability Partnership, Gulf Oil, Limited Partnership, and Gulf Oil Limited Partnership admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 9/25/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 09/29/2009) |
| 09/25/2009 |  | Transmission to Attorney Admissions Clerk. Transmitted re: (37 in 1:06-cv-05915-SAS, 69 in 1:04-cv-05421-SAS, 73 in 1:04-cv-02068-SAS, 85 in 1:04-cv-04970-SAS, 37 in 1:06-cv-05928-SAS, 88 in 1:03-cv-10057-SAS, 65 in 1:04-cv-01722-SAS, 37 in 1:06-cv-05953-SAS, 45 in 1:06-cv-03754-SAS, 70 in 1:04-cv-05423-SAS, 473 in 1:04-cv-03417-SAS, 38 in 1:06-cv-05956-SAS, 50 in 1:06-cv-03741-SAS, 38 in 1:06-cv-05906-SAS, 47 in 1:07-cv-04011-SAS, 37 in 1:06-cv-10205-SAS, 48 in 1:06-cv-01381-SAS, 117 in |

1:04-cv-02389-SAS, 70 in 1:08-cv-07764-SAS, 79 in 1:07-cv-10470-SAS, 37 in 1:06-cv-05951-SAS, 38 in 1:06-cv-05940-SAS, 38 in 1:06-cv-05957-SAS, 89 in 1:04-cv-02390-SAS, 37 in 1:06-cv-05922-SAS, 71 in 1:04-cv-01726-SAS, 43 in 1:07-cv-08360-SAS, 37 in 1:06-cv-05926-SAS, 39 in 1:06-cv-00877-SAS, 101 in 1:07-cv-02407-SAS, 38 in 1:06-cv-05963-SAS, 37 in 1:06-cv-05958-SAS, 38 in 1:06-cv-05962-SAS, 10 in 1:09-cv-03739-SAS, 45 in 1:06-cv-03742-SAS, 51 in 1:05-cv-09070-SAS, 37 in 1:06-cv-05919-SAS, 37 in 1:06-cv-05933-SAS, 53 in 1:04-cv-02057-SAS, 64 in 1:04-cv-01723-SAS, 65 in 1:04-cv-03419-SAS, 55 in 1:04-cv-01724-SAS, 37 in 1:06-cv-05952-SAS, 65 in 1:04-cv-03413-SAS, 37 in 1:06-cv-05961-SAS, 64 in 1:04-cv-03415-SAS, 101 in 1:07-cv-02403-SAS, 37 in 1:06-cv-05946-SAS, 37 in 1:06-cv-05948-SAS, 39 in 1:05-cv-10259-SAS, 54 in 1:06-cv-03753-SAS, 38 in 1:07-cv-09453-SAS, 38 in 1:06-cv-05927-SAS, 55 in 1:04-cv-04990-SAS, 37 in 1:06-cv-05954-SAS, 37 in 1:06-cv-05937-SAS, 86 in 1:03-cv-10053-SAS, 107 in 1:07-cv-02405-SAS, 37 in 1:06-cv-05945-SAS, 38 in 1:06-cv-05923-SAS, 87 in 1:03-cv-10051-SAS, 103 in 1:03-cv-09544-SAS, 53 in 1:04-cv-04971-SAS, 37 in 1:06-cv-05924-SAS, 75 in 1:04-cv-02070-SAS, 63 in 1:04-cv-02061-SAS, 108 in 1:03-cv-09543-SAS, 4 in 1:09-cv-06554-SAS, 2847 in 1:00-cv-01898-SAS-DCF, 38 in 1:06-cv-05902-SAS, 68 in 1:04-cv-03420-SAS, 52 in 1:05-cv-04018-SAS, 64 in 1:04-cv-02059-SAS, 72 in 1:04-cv-03416-SAS, 47 in 1:05-cv-01310-SAS, 37 in 1:06-cv-05960-SAS, 39 in 1:06-cv-05903-SAS, 38 in 1:06-cv-05932-SAS, 89 in 1:03-cv-10055-SAS, 68 in 1:08-cv-00312-SAS, 66 in 1:04-cv-02060-SAS, 96 in 1:04-cv-01719-SAS, 203 in 1:03-cv-08248-SAS, 38 in 1:06-cv-05925-SAS, 106 in 1:04-cv-04972-SAS, 45 in 1:06-cv-03750-SAS, 66 in 1:08-cv-07766-SAS, 72 in 1:04-cv-02072-SAS, 45 in 1:07-cv-06848-SAS, 88 in 1:04-cv-02053-SAS, 47 in 1:07-cv-04012-SAS, 53 in 1:08-cv-00278-SAS, 64 in 1:04-cv-02062-SAS, 90 in 1:04-cv-01718-SAS, 77 in 1:04-cv-06993-SAS, 73 in 1:06-cv-05496-SAS, 85 in 1:03-cv-10054-SAS, 99 in 1:04-cv-01720-SAS, 38 in 1:06-cv-05949-SAS, 37 in 1:06-cv-05921-SAS, 38 in 1:06-cv-05931-SAS, 56 in 1:04-cv-02067-SAS, 68 in 1:04-cv-04969-SAS, 38 in 1:06-cv-05913-SAS, 253 in 1:03-cv-09050-SAS, 88 in 1:03-cv-10056-SAS, 38 in 1:06-cv-01379-SAS, 288 in 1:04-cv-05424-SAS, 48 in 1:07-cv-04009-SAS, 38 in 1:06-cv-05912-SAS, 37 in 1:06-cv-05943-SAS, 38 in 1:06-cv-05907-SAS, 90 in 1:04-cv-02388-SAS, 38 in 1:06-cv-05901-SAS, 54 in 1:04-cv-02056-SAS, 37 in 1:06-cv-05930-SAS, 67 in 1:04-cv-04975-SAS, 97 in 1:04-cv-01725-SAS, 38 in 1:06-cv-05939-SAS, 36 in 1:06-cv-05916-SAS, 53 in 1:04-cv-04973-SAS, 56 in 1:04-cv-02055-SAS, 37 in 1:06-cv-05941-SAS, 38 in 1:06-cv-05955-SAS, 95 in 1:04-cv-01721-SAS, 45 in 1:06-cv-03751-SAS, 37 in 1:06-cv-05914-SAS, 80 in 1:04-cv-01716-SAS, 37 in 1:06-cv-05947-SAS, 71 in 1:04-cv-05422-SAS, 15 in 1:09-cv-03738-SAS, 61 in 1:04-cv-02066-SAS, 89 in 1:03-cv-10052-SAS, 38 in 1:06-cv-05911-SAS, 51 in 1:08-cv-06306-SAS, 37 in 1:06-cv-05920-SAS, 71 in 1:04-cv-01727-SAS, 70 in 1:04-cv-04974-SAS, 65 in 1:04-cv-03412-SAS, 38 in 1:06-cv-05959-SAS, 101 in 1:07-cv-02406-SAS, 38 in 1:06-cv-05950-SAS, 118 in 1:04-cv-04968-SAS, 20 in 1:09-cv-01419-SAS, 45 in 1:06-cv-03752-SAS, 38 in 1:06-cv-05942-SAS, 37 in 1:06-cv-05917-SAS, 83 in 1:04-cv-03418-SAS, 38 in 1:06-cv-05905-SAS, 38 in 1:06-cv-05938-SAS) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 09/29/2009)

| | 52 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Anthony A. Orlandi for Getty Oil Company admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 10/1/2009) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(jpo) (Entered: 10/01/2009) |
|---|---|---|
| 10/02/2009 | 53 | NOTICE OF APPEARANCE by Chad W. Higgins on behalf of Kinder Morgan Energy Partners, L.P., SFPP, LP (Higgins, Chad) (Entered: 10/02/2009) |
| 10/23/2009 | 54 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Nicole L. Picard for Gulf Oil Limited Partnership admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 10/23/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 10/23/2009) |
| 10/23/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (12 in 1:09-cv-03739-SAS, 67 in 1:04-cv-03412-SAS, 40 in 1:06-cv-05925-SAS, 75 in 1:06-cv-05496-SAS, 207 in 1:03-cv-08248-SAS, 39 in 1:06-cv-05947-SAS, 91 in 1:03-cv-10052-SAS, 39 in 1:06-cv-05917-SAS, 81 in 1:07-cv-10470-SAS, 72 in 1:04-cv-04974-SAS, 39 in 1:06-cv-05948-SAS, 63 in 1:04-cv-02066-SAS, 74 in 1:04-cv-02072-SAS, 91 in 1:03-cv-10055-SAS, 101 in 1:04-cv-01720-SAS, 70 in 1:04-cv-03420-SAS, 99 in 1:04-cv-01725-SAS, 91 in 1:04-cv-02390-SAS, 39 in 1:06-cv-05928-SAS, 89 in 1:03-cv-10051-SAS, 87 in 1:04-cv-04970-SAS, 88 in 1:03-cv-10053-SAS, 65 in 1:04-cv-02061-SAS, 90 in 1:03-cv-10057-SAS, 40 in 1:06-cv-05938-SAS, 40 in 1:06-cv-05949-SAS, 40 in 1:06-cv-05923-SAS, 39 in 1:06-cv-05924-SAS, 47 in 1:06-cv-03750-SAS, 66 in 1:04-cv-01723-SAS, 39 in 1:06-cv-05958-SAS, 40 in 1:06-cv-05901-SAS, 58 in 1:04-cv-02067-SAS, 40 in 1:06-cv-05955-SAS, 39 in 1:06-cv-05946-SAS, 110 in 1:03-cv-09543-SAS, 77 in 1:04-cv-02070-SAS, 40 in 1:06-cv-05902-SAS, 69 in 1:04-cv-04975-SAS, 66 in 1:04-cv-02062-SAS, 47 in 1:07-cv-06848-SAS, 98 in 1:04-cv-01719-SAS, 71 in 1:04-cv-05421-SAS, 39 in 1:06-cv-05951-SAS, 39 in 1:06-cv-05960-SAS, 40 in 1:06-cv-05959-SAS, 121 in 1:04-cv-04968-SAS, 39 in 1:06-cv-05945-SAS, 40 in 1:06-cv-05927-SAS, 49 in 1:07-cv-04012-SAS, 39 in 1:06-cv-10205-SAS, 39 in 1:06-cv-05922-SAS, 53 in 1:05-cv-09070-SAS, 50 in 1:07-cv-04009-SAS, 41 in 1:06-cv-05903-SAS, 103 in 1:07-cv-02406-SAS, 40 in 1:06-cv-05942-SAS, 45 in 1:07-cv-08360-SAS, 68 in 1:08-cv-07766-SAS, 79 in 1:04-cv-06993-SAS, 58 in 1:06-cv-03753-SAS, 39 in 1:06-cv-05953-SAS, 73 in 1:04-cv-01727-SAS, 41 in 1:06-cv-00877-SAS, 52 in 1:06-cv-03741-SAS, 87 in 1:03-cv-10054-SAS, 40 in 1:06-cv-05912-SAS, 74 in 1:04-cv-03416-SAS, 70 in 1:04-cv-04969-SAS, 40 in 1:06-cv-05963-SAS, 40 in 1:06-cv-05940-SAS, 68 in 1:04-cv-02060-SAS, 55 in 1:04-cv-04971-SAS, 54 in 1:05-cv-04018-SAS, 490 in 1:04-cv-03417-SAS, 39 in 1:06-cv-05914-SAS, 66 in 1:04-cv-02059-SAS, 92 in 1:04-cv-02388-SAS, 47 in 1:06-cv-03754-SAS, 38 in 1:06-cv-05916-SAS, 41 in 1:05-cv-10259-SAS, 67 in 1:04-cv-03413-SAS, 40 in 1:06-cv-05962-SAS, 40 in 1:06-cv-05956-SAS, 17 in 1:09-cv-03738-SAS, 40 in 1:06-cv-05932-SAS, 40 in 1:06-cv-05957-SAS, 49 in 1:07-cv-04011-SAS, 55 in 1:04-cv-04973-SAS, 40 in 1:07-cv-09453-SAS, 55 in 1:04-cv-02057-SAS, 47 in 1:06-cv-03751-SAS, 40 in 1:06-cv-05939-SAS, 40 in 1:06-cv-01379-SAS, 2867 in 1:00-cv-01898-SAS-DCF, 47 in 1:06-cv-03742-SAS, 39 in 1:06-cv-05921-SAS, 22 in 1:09-cv-01419-SAS, 103 in 1:07-cv-02407-SAS, 39 in 1:06-cv-05920-SAS, 67 in 1:04-cv-03419-SAS, 67 in 1:04-cv-01722- |

| | | |
|---|---|---|
| | | SAS, 40 in 1:06-cv-05911-SAS, 75 in 1:04-cv-02068-SAS, 119 in 1:04-cv-02389-SAS, 57 in 1:04-cv-01724-SAS, 6 in 1:09-cv-06554-SAS, 72 in 1:08-cv-07764-SAS, 58 in 1:04-cv-02055-SAS, 39 in 1:06-cv-05961-SAS, 39 in 1:06-cv-05919-SAS, 73 in 1:04-cv-01726-SAS, 290 in 1:04-cv-05424-SAS, 50 in 1:06-cv-01381-SAS, 90 in 1:03-cv-10056-SAS, 39 in 1:06-cv-05954-SAS, 54 in 1:08-cv-06306-SAS, 39 in 1:06-cv-05937-SAS, 97 in 1:04-cv-01721-SAS, 47 in 1:06-cv-03752-SAS, 40 in 1:06-cv-05931-SAS, 70 in 1:08-cv-00312-SAS, 90 in 1:04-cv-02053-SAS, 66 in 1:04-cv-03415-SAS, 55 in 1:08-cv-00278-SAS, 40 in 1:06-cv-05906-SAS, 257 in 1:03-cv-09050-SAS, 109 in 1:07-cv-02405-SAS, 39 in 1:06-cv-05926-SAS, 49 in 1:05-cv-01310-SAS, 103 in 1:07-cv-02403-SAS, 40 in 1:06-cv-05905-SAS, 39 in 1:06-cv-05933-SAS, 105 in 1:03-cv-09544-SAS, 56 in 1:04-cv-02056-SAS, 85 in 1:04-cv-03418-SAS, 39 in 1:06-cv-05941-SAS, 39 in 1:06-cv-05943-SAS, 40 in 1:06-cv-05913-SAS, 57 in 1:04-cv-04990-SAS, 82 in 1:04-cv-01716-SAS, 73 in 1:04-cv-05422-SAS, 39 in 1:06-cv-05930-SAS, 108 in 1:04-cv-04972-SAS, 39 in 1:06-cv-05915-SAS, 40 in 1:06-cv-05950-SAS, 40 in 1:06-cv-05907-SAS, 39 in 1:06-cv-05952-SAS, 72 in 1:04-cv-05423-SAS, 92 in 1:04-cv-01718-SAS) Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 10/23/2009) |
| 11/04/2009 | 55 | CASE MANAGEMENT PLAN #55, this Order memorializes the rulings made during the status conference held on 10/29/09, see document as further set forth. (Signed by Judge Shira A. Scheindlin on 11/4/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 11/04/2009) |
| 12/08/2009 | 56 | OPINION AND ORDER, for the reasons set forth above, this action shall not be remanded to state court. (Signed by Judge Shira A. Scheindlin on 12/8/09) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS (cd) (Entered: 12/09/2009) |
| 01/14/2010 | 57 | CASE MANAGEMENT ORDER #57: 1. Village ofHempstead and West Hempstead: A. A conference is scheduled for February 10, 2010 at lOAM to discuss preparation for the West Hempstead trial scheduled to begin on June 21, 2010. This conference may be converted to an "all cases" status conference if the parties identify a sufficient number of issues that should be decided by the Court.B. Plaintiffs are directed to supply defendants with the "Village of Hempstead spill documents" requested by defendants. If defendants are not satisfied with the documents produced, they may identify what documents they believe are missing to Special Master Warner. C. Plaintiffs are directed to supply defendants with the Bates numbers ofthe "West Hempstead Analyte Data and Laboratory Procedures" documents requested by defendants. 2. New Jersey:A. Plaintiffs are directed to produce the "Oracle" database in native format. If the parties cannot resolve the other electronic discovery disputes in this case, including whether portions of the "Oracle" database should be redacted, with ten (10) days, these disputes are referred to Special Master Warner.B. Plaintiffs are directed to produce the non-site-specific discovery requested by defendants. If plaintiffs object to any of these requests as being overbroad, the matter is referred to Special Master Warner. C. Plaintiffs are directed to produce a list of sites for which they have not identified specific MTBE release points. If defendants, with plaintiffs' |

direction, are unable to extract the other sites at issue in this case - i.e., those sites where specific lVITBE release points have been identified - from the databases already produced by plaintiffs, the parties are directed to meet with Special Master Warner to determine how to proceed with extracting a list ofMTBE release sites. D. The parties are directed to meet and confer to discuss ajoint proposedcase management order for the selection of focus sites. If the parties cannot agree upon ajoint proposal, they shall submit individual proposed case management orders. The parties shall not limit the selection of focus sites to a single county or geographic region and shall not use a "strike" process in selecting focus sites. In addition, the parties shall not sequence the proposal of focus sites between parties, but shall propose focus sites in two waves - e.g., both parties will propose eight (8) sites on one date and then both parties will propose four (4) additional sites on a later date. The parties mayselect a larger number of focus sites for discovery than for trial. The number of discovery sites shall be no greater than fifty (50), and the number of trial sites shall be no greater than twenty (20). E. Defendants shall be given limited discovery on the entire set of sites at issue in this case. The discovery should be aimed at providing defendants with the information needed to select focus sites for trial. The parties shall meet with Special Master Warner to determine the scope of this limited discovery. F. Plaintiffs are directed to provide short interrogatories to defendants requesting information regarding the refineries from which each defendant has shipped gasoline products into the State ofNew Jersey, the terminals that each defendant has used in doing so, the stations that each defendant owned in New Jersey, the underground storagetanks used at those stations, and the periods of time during whichdefendants had ownership of each one of those stations. Each defendant shall answer these interrogatories separately and retains the right to make objections as appropriate. F. The time for asserting third party claims is stayed. A deadline for asserting third party claims relating to focus sites will be set after those sites are chosen. As to all other sites, the time for asserting third party claims is stayed indefinitely. 2. Puerto Rico: A. Plaintiffs are directed to produce a list of sites for which they have notidentified specific MTBE release points. If defendants, with plaintiffs' direction, are unable to extract the other sites at issue in this case - i.e., those sites where specific MTBE release points have been identified - from the databases already produced by plaintiffs, the parties are directed to meet with Special Master Wan1er to determine how to proceed with extracting a list of MTBE release sites. B. The parties shall inform the Court of their progress following the parties' scheduled visit to Puerto Rico on January 14 and 15.C. The parties are directed to be ready to discuss the process of choosing focus sites for trial by the next status conference. The parties shouldlook to the Court's rulings in the New Jersty case for guidance on how to proceed with discovery and the selection of focus sites. 3. Exxon Mobil shall be permitted to take de bene esse fact depositions of Mr. Robert Reynolds, Mr. Robert Scala, and Mr. Sullivan D. Curran. Mr. Reynolds is already scheduled to be deposed in the Napoli Bern cases. Unless that deposition is cancelled, Exxon Mobil shall be permitted to take its deposition of Mr. Reynolds following the deposition relating to the Napoli Bern cases. 4. In the Napoli Bern cases, the defendants are directed to inform plaintiffs by January 11, 2010 which scheduled expert depositions, if any, they are waiving. 5. Tampa Bay Water, City ofCrystal

| | | |
|---|---|---|
| | | River, City ofInverness Water District, and City of Homosassa: Plaintiffs are directed, no later than January 15, 2010, to serve interrogatories and/or document requests on Gulf Oil Limited Partnership ("GOLP") in anticipation of GOLP filing a motion for summary judgment in these cases. Defendants shall either respond to these requests or explain to Special Master Warner why the requested documents do not exist. After any such issues are settled, GOLP shall submit a proposed schedule for briefing its summary judgment motion. 6. Riverhead Water District case: Plaintiff is directed to amend its interrogatory responses as directed at the status conference by January 20, 2010. 7. Town ofSouthampton: Plaintiff was directed to amend its interrogatory responses by January 8, 2010. 8. Orange County Water District: the parties are directed to select the ten (10) focus plumes that will be used for trial. The parties shall exchange their lists of five (5) focus plumes by January 15, 2010. The parties are directed to complete fact discovery by the end of August, and to submit a proposed expert discovery schedule for approval by the Court. Status Conference set for 2/10/2010 at 10:00 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 1/14/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(db) (Entered: 01/14/2010) |
| 03/11/2010 | 58 | CASE MANAGEMENT ORDER #60: re rulings made at the 3/4/10 status conference, see document for various deadlines..... In Incorporated Village of Mineola, West Hempstead Water District, Carle Place Water District, Town of Southhampton, Village of Hempstead, Town of East Hampton, Westbury Water District: Amended Pleadings due by 4/1/2010. Motion for summary judgment by defendant Barco in the West Hempstead case, due by 4/15/2010. Responses due by 5/13/2010 Replies due by 5/27/2010. Discovery due by 10/1/2010. All-cases Status Conference set for 4/14/2010 at 04:30 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 3/9/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/11/2010) |
| 03/24/2010 | 59 | ORDER ADMITTING ATTORNEY David T. Ritter PRO HAC VICE for all plaintiffs. (Signed by Judge Shira A. Scheindlin on 3/24/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 03/25/2010) |
| 03/29/2010 | 60 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Berj K. Parseghian for Tesoro Refining and Marketing Company, Inc. and Tesoro Petroleum Corporation., Jesus R. Chavez for Tesoro Refining and Marketing Company, Inc. and Tesoro Petroleum Corporation., Jamie O. Kendall for Tesoro Refining and Marketing Company, Inc., Tesoro Petroleum Corporation admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 3/29/10) (cd) (Entered: 03/30/2010) |
| 04/09/2010 | | CASHIERS OFFICE REMARK on 60 Order Admitting Attorney Pro Hac Vice, in the amount of $75.00, paid on 03/30/2010, Receipt Number 899235,899236,899237. (jd) (Entered: 04/09/2010) |
| 04/13/2010 | 61 | NOTICE OF WITHDRAWAL OF COUNSEL that John J. Amberg is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for the BP Defendants through their attorney(s) J. Andrew Langan, Wendy L. Bloom, |

|  |  | Peter Bellacosa and Christopher Esbrook and all future correspondence and papers in this action should continue to be directed to them. So Ordered. (Signed by Judge Shira A. Scheindlin on 4/12/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/13/2010) |
| 04/21/2010 | 62 | CASE MANAGEMENT ORDER #65: re discovery rulings made during the status conference held on 4/14/10 as to The Commonwealth of Puerto Rico and New Jersey cases, see document. All Cases Status Conference set for 5/19/2010 at 10:30 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 4/21/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 04/21/2010) |
| 05/26/2010 | 63 | ORDER. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Alec C. Zacaroli,Esq., is admitted to practice before this Court pro hac vice on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $25.00 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 5/26/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(rjm) (Entered: 05/27/2010) |
| 06/01/2010 | 64 | CASE MANAGEMENT ORDER #72 This Order memorializes the rulings made during the status conference held on 5/19/10. ExxonMobil is granted leave to notice de bene esse depositions of three ExxonMobil employees-Mr. Robert Biles, Mr. Vic Dugan, and Mr. Thomas Eizember-in all cases in this multi-district litigation, and as further set forth in this document. The next all-cases status conference is scheduled for 9/8/10 at 10:30. Status Conference set for 9/8/2010 at 10:30 AM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 5/27/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 06/01/2010) |
| 06/14/2010 | 65 | CASE MANAGEMENT ORDER NO. 73: The parties in the above referenced matter have agreed that the revised Rules 26(b)(4)(B)&(C), which go into effect in December, will apply to expert discovery in this case, as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 6/11/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 06/14/2010) |
| 06/15/2010 | 66 | CASE MANAGEMENT ORDER # 74: All Fact Discovery due 11/30/10. All Expert Discovery due by 4/21/2011. (Signed by Judge Shira A. Scheindlin on 6/15/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(db) (Entered: 06/15/2010) |
| 06/22/2010 | 67 | CASE MANAGEMENT ORDER #75: For each case currently pending in MDL 1358, those defendants who remain a party and who owned or leased property with underground storage tanks (USTs) or owned or leased USTs during the relevant time period and in the relevant geographic area at issue (as defined by the Court) shall provide declarations in that case identifying such property and underground storage tanks they owned or leased, and the dates |

| | | of such ownership or leasing, within the relevant geographic area. If a defendant owns or owned, or leases or leased more than 50 USTs or properties with USTs, such defendant may provide a printout from a database or other electronically available information together with a declaration describing the meaning of the printout. If a defendant would have to review numerous paper files or otherwise has data gaps based on the age of the information, the defendant may seek relief based on burden from theSpecial Master. For those cases where the use of "focus sites" has been ordered by the Court, a defendant shall provide a declaration regarding ownership and leasing information for properties and USTs for the focus sites that have been or will be selected in the case. (Signed by Judge Shira A. Scheindlin on 6/22/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(db) (Entered: 06/22/2010) |
|---|---|---|
| 07/30/2010 | 68 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; Upon the motion of Christine M. Riley and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that Michelle A. Burr is admitted to practice pro hac vice as counsel for Defendant Southern Counties Oil Company, Inc., in the above captioned Counsel shall forward the pro hac vice fee to the Clerk of Court. (Signed by Judge Shira A. Scheindlin on 7/29/10) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(djc) Modified on 8/9/2010 (djc). (Entered: 08/02/2010) |
| 09/21/2010 | 69 | ORDER: The Clerk of Court is directed to remove Sarah S. Normand, Assistant United States Attorney, from the ECF listing for both City of Merced Redevelopment Agency v. ExxonMobil Corp., et. ai, 08 Civ. 6306, and In re: MTBE Products Liability Litigation, 00 Civ. 1898. Counsel for the City of Merced and ExxonMobil shall serve the United States Attorneys Office by mail if any further papers are filed in this matter regarding constitutional issues addressed by the Court's December 8, 2009 Order in City of Merced. (Signed by Judge Shira A. Scheindlin on 9/21/2010) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(jfe) (Entered: 09/22/2010) |
| 10/19/2010 | 70 | NOTICE OF CHANGE OF ADDRESS by Lesley K Lawrence-Hammer on behalf of Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company. New Address: Greenberg Traurig LLP, 2101 L Street, NW, Suite 1000, Washington, DC, USA 20037, 202-331-3100. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Lawrence-Hammer, Lesley) (Entered: 10/19/2010) |
| 10/19/2010 | 71 | NOTICE OF CHANGE OF ADDRESS by Lesley K Lawrence-Hammer on behalf of Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company. New Address: Greenberg Traurig LLP, 2101 L Street, NW, Suite 1000, Washington, DC, USA 20037, 202-331-3100. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Lawrence-Hammer, Lesley) (Entered: 10/19/2010) |
| 10/19/2010 | 72 | NOTICE OF CHANGE OF ADDRESS by Lesley K Lawrence-Hammer on behalf of Coastal Eagle Point Oil Company, Coastal Mobile Refining |

| | | |
|---|---|---|
| | | Company, Coastal Oil New England, El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company. New Address: Greenberg Traurig LLP, 2101 L Street, NW, Suite 1000, Washington, DC, USA 20037, 202-331-3100. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Lawrence-Hammer, Lesley) (Entered: 10/19/2010) |
| 10/20/2010 | 73 | NOTICE OF CHANGE OF ADDRESS by Lesley K Lawrence-Hammer on behalf of Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company. New Address: Greenberg Traurig LLP, 2101 L Street, NW, Suite 1000, Washington, DC, USA 20037, 202-331-3100. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Lawrence-Hammer, Lesley) (Entered: 10/20/2010) |
| 11/03/2010 | 74 | MOTION for Extension of Time to Complete Discovery *[Public Redacted Version, F.R.C.P. 5.2(d)]*. Document filed by City of Merced Redevelopment Agency.(Axline, Michael) (Entered: 11/03/2010) |
| 11/05/2010 | 75 | REDACTION *Plaintiff RDA's Request for Extension of Fact Discovery Cutoff Date [F.R.C.P. 5.2(d)]* by City of Merced Redevelopment Agency(Axline, Michael) (Entered: 11/05/2010) |
| 11/08/2010 | 76 | RESPONSE in Opposition re: 74 MOTION for Extension of Time to Complete Discovery *[Public Redacted Version, F.R.C.P. 5.2(d)]*.. Document filed by Tesoro Corporation. (Martin, Diana) (Entered: 11/08/2010) |
| 11/23/2010 | 77 | SUPPLEMENTAL CONFIDENTIALITY AGREEMENT AND ORDER regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Shira A. Scheindlin on 11/23/10) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(rjm) (Entered: 11/24/2010) |
| 12/01/2010 | 78 | CASE MANAGEMENT ORDER #79, This Order memorializes the rulings made during the status conference held on November 23, 2010. 1. Commonwealth of Puerto Rico: Each party will choose twenty (20) focus sites for discovery. The parties shall propose the focus sites in two waves i.e., both parties will propose twelve (12) sites on one date and then both parties will propose eight (8) additional sites on a later date. The parties will meet and confer to discuss the number of trial sites and will propose an amendment to the discovery schedule in CM0 #65 to accommodate the staggered selection of focus sites. 2. Orange County Water District: A pre-motion conference for plaintiffs motion for partial summary judgment is scheduled for December 16, 2010 at 2:30 p.m. Plaintiffs pre-conference letter is due December 8, 2010; defendants' reply letter is due December 13, 2010. The page limit for both letters is five (5) pages. Additional relief as set forth in this Order. (Signed by Judge Shira A. Scheindlin on 12/1/10) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(pl) (Entered: 12/01/2010) |
| 12/01/2010 | 79 | CASE MANAGEMENT ORDER #79: 1. Commonwealth of Puerto Rico: Each party will choose twenty (20) focus sites for discovery. The parties shall propose the focus sites in two waves i.e., both parties will propose twelve (12) sites on one date and then both parties will propose eight (8) additional sites |

| | | |
|---|---|---|
| | | on a later date. The parties will meet and confer to discuss the number of trial sites and will propose an amendment to the discovery schedule in CM0 #65 to accommodate the staggered selection of focus sites. 2. Orange County Water District: A pre-motion conference for plaintiffs motion for partial summary judgment is scheduled for December 16, 2010 at 2:30 pm. Plaintiffs pre-conference letter is due on December 8, 2010; defendants' reply letter is due December 13, 2010. The page limit for both letters is five (5) pages. 3. Crescenta Valley: The Hamner Institute is directed to supply plaintiffs with data from its MTBE study in Excel format. The Hamner Institute will provide plaintiff with a progress report by December 6, 2010 explaining the time frame of production and any issues that may have arisen. The Hamner Institute will also provide an affidavit from a representative from Instem concerning which data, if any, it was unable to export. 4. New Jersey Department of Environmental Protection: A. Parties will submit a proposed CMO governing discovery, experts, pre-trial, and trial matters by February 28, 20ll. B. Defendants will be permitted to take up to eighteen (18) depositions of NJDEP case managers for defense focus sites in anticipation of trial site selection. These depositions will be limited to seven (7) hours in duration, and will take place in Trenton, New Jersey. C. Defendants are directed to provide plaintiffs with a revised list of possible topics for the proposed deposition of a witness from the Office of Natural Resource Restoration. If the parties still cannot agree, they are referred to Special Master Warner to resolve the dispute. D. The parties are directed to disclose the criteria they used to identify the receptors impacted by release sites by December 6, 2010. E. By December 13, 2010, plaintiffs will provide defendants with the number of private wells on each street that plaintiffs have identified as impacted by plaintiffs' release sites. F. The parties are directed to exchange proposed keywords for the search of case managers' emails by December 2, 2010; to meet and confer regarding the proposed keywords by December 8, 2010; and any dispute over the keywords is referred to Special Master Warner, to be resolved by December 15, 2010. Plaintiffs will then propose a schedule for production of case manager emails to defendants by December 20,2010. G. The parties are each directed to select their ten (10) trial sites by February 1, 2011. H. Defendants are directed to submit, by December 6, 2010, a list of ten (10) individuals whose hard drives they propose to search for the purpose of sampling. 5. Village of Bethalto, Town of Kouts, Coraopolis: Plaintiffs shall have until December 31, 2010 to file amended complaints. Defendants will have thirty (30) days after the amended complaints are filed to file a motion to dismiss or to answer. Amended Pleadings due by 12/31/2010. Joinder of Parties due by 12/31/2010. Pre-Motion Conference set for 12/16/2010 at 02:30 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 12/1/10) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(db) (Entered: 12/02/2010) |
| 12/07/2010 | 80 | CASE MANAGEMENT ORDER NO. 80: November 30, 2010 - Percipient discovery will conclude on November 30, 2010, with the exception that any discovery specific to water sampling and testing and the conflict of interest issue may continue for an additional three months, expiring on February 26, 2011. March 26, 2011 - Plaintiff will identify subject areas in which it plans to offer expert reports. Plaintiff will identify the experts who will be submitting reports. April 9, 2011 - Plaintiff will serve expert reports. |

| | | |
|---|---|---|
| | | Depositions of plaintiffs experts may commence. April 23, 2011 - Defendants will identify the experts who will be submitting reports. May 7, 2011 - Defendants will serve expert reports. Depositions of defendants' experts may commence. June 7, 2011 - Plaintiff will serve reply expert reports. Depositions of plaintiffs reply experts may commence. July 19, 2011 - Expert discovery is completed. There will be no further extensions for any reason. Master File No. 1:00-1898. MDL 1358 (SAS). M21-88. Discovery due by 7/19/2011. (Signed by Judge Shira A. Scheindlin on 12/7/2010) (lnl) (Entered: 12/07/2010) |
| 12/20/2010 | 81 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Jeremiah J. Anderson for Chevron Corporation,Jeremiah J. Anderson for Chevron Corporation,Jeremiah J. Anderson for Chevron U.S.A., Inc.,Jeremiah J. Anderson for Chevron U.S.A., Inc.,Jeremiah J. Anderson for Chevrontexaco Corporation,Jeremiah J. Anderson for TRMI Holdings Inc.,Jeremiah J. Anderson for Texaco Inc.,Jeremiah J. Anderson for Texaco Inc.,Jeremiah J. Anderson for Union Oil Company of California,Jeremiah J. Anderson for Union Oil Company of California,Jeremiah J. Anderson for Unocal Corporation admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 12/17/10) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(cd) (Entered: 12/21/2010) |
| 01/03/2011 | 82 | ORDER APPROVING SUBSTITUTION OF COUNSEL: The Court hereby approves the withdrawal of Russell D. Workman as counsel for Defendants Chevron USA, Inc. and Chevron Corporation (f/k/a Chevron Texaco Corporation). (Signed by Judge Shira A. Scheindlin on 1/3/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jpo) (Entered: 01/03/2011) |
| 01/03/2011 | 83 | ORDER APPROVING SUBSTITUTION OF COUNSEL: The Court hereby approves the withdrawal of Russell D. Workman as counsel for Defendants Chevron U.S.A. Inc. and Chevron Corporation (f/k/a ChevronTexaco Corporation)( collectively, "Chevron Defendants"). (Signed by Judge Shira A. Scheindlin on 1/3/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jpo) (Entered: 01/03/2011) |
| 01/18/2011 | 84 | ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION. Attorney Christina Lynn Henk for Atlantic Richfield Company,Christina Lynn Henk for BP Corporation North America Inc.,Christina Lynn Henk for BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 1/14/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(cd) (Entered: 01/18/2011) |
| 01/18/2011 | 85 | ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION Attorney Sylvia Nichole Winston for Atlantic Richfield Company,Sylvia Nichole Winston for BP Corporation North America Inc.,Sylvia Nichole Winston for BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 1/4/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(cd) (Entered: 01/19/2011) |
| 01/21/2011 | 86 | ORDER ADMITTING ATTORNEY PRO HAC VICE: The Court has considered the unopposed request of Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, |

| | | |
|---|---|---|
| | | Valero Refining Company-Oklahoma, Valero Refining Company-Texas, L.P., Valero Refining Company-New Jersey. Valero Refining Company-Delaware, Valero Refining Company-California, Ultramar Inc. and The Premcor Refining Group Inc. (hereinafter "Valero Defendants") to admit pro hac vice Eduardo S. Perez, Amy E. Parker, and Benjamin H. Patton of Bracewell & Giuliani LLP and the request is hereby GRANTED; Eduardo S. Perez, Amy E. Parker, and Benjamin H. Patton are admitted to practice before this Court pro hac vice on behalf of the Valero Defendants and "all predecessor companies named herein" in civil action upon the deposit of the required $25 per admission to the Clerk of this Court. Attorneys Eduardo S. Perez; Amy E. Parker; Benjamin H. Patton added. The applicants contact information is attached to this order. (Signed by Judge Shira A. Scheindlin on 1/20/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(db) (Entered: 01/21/2011) |
| 02/01/2011 | 87 | ORDER: James J. Maher, Esq. is admitted to practice before this Court pro hac vice on behalf of the Chevron Defendants and "all predecessor companies named herein" in this civil action upon the deposit of the required $25 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 2/1/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jpo) (Entered: 02/02/2011) |
| 02/09/2011 | 88 | ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION: Attorney Andrew R. Running for Atlantic Richfield Company, BP Corporation North America Inc., and BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/9/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 02/10/2011) |
| 02/09/2011 | 89 | ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION: Attorney Krenice M. Roseman for Atlantic Richfield Company, BP Corporation North America Inc., and BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/9/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 02/10/2011) |
| 02/09/2011 | 90 | ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION: Attorney P. Renee Wicklund for Atlantic Richfield Company, BP Corporation North America Inc., and BP Products North America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/9/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 02/10/2011) |
| 02/15/2011 | 91 | ORDER ADMITTING ATTORNEY PRO HAC VICE: Attorney Cheryl A. Sabnis' request is GRANTED, and is permitted to appear Pro Hac Vice for ChevronTexaco Corporation (now known as Chevron Corporation), Chevron U.S.A. Inc, TRMI Boldings Inc., Texaco Inc., Union Oil Company of California. and Unocal Corporation. Attorney Cheryl A. Sabnis for Chevron Corporation,Cheryl A. Sabnis for Chevron Corporation,Cheryl A. Sabnis for Chevron U.S.A., Inc.,Cheryl A. Sabnis for Chevron U.S.A., Inc.,Cheryl A. Sabnis for Chevrontexaco Corporation,Cheryl A. Sabnis for TRMI Holdings Inc.,Cheryl A. Sabnis for Texaco Inc.,Cheryl A. Sabnis for Union Oil |

| | | |
|---|---|---|
| | | Company of California,Cheryl A. Sabnis for Union Oil Company of California,Cheryl A. Sabnis for Unocal Corporation admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/14/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(db) (Entered: 02/15/2011) |
| 02/15/2011 | 92 | ORDER: The Motion for Extension of Time to Complete Discovery (Document #74 in 1:08cv6306), filed on November 3, 2010 was rendered moot by Case Management Order #80, filed December 7, 2010. The Clerk of the Court is therefore directed to close the motion. ORDER finding as moot (74) Motion for Extension of Time to Complete Discovery in case 1:08cv6306-SAS. (Signed by Judge Shira A. Scheindlin on 2/14/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF, 1:08-cv-06306-SAS(db) (Entered: 02/15/2011) |
| 02/16/2011 | 94 | ORDER, that Samuel D. Davis, Esq. is admitted to practice before this Court pro hac vice on behalf of the Chevron Defendants and "all predecessor companies named herein" in this civil action. (Signed by Judge Shira A. Scheindlin on 2/7/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 02/17/2011) |
| 02/17/2011 | 93 | ORDER, that David A. Grenardo, Esq. is admitted to practice before this Court pro hac vice on behalf of the Chevron Defendants and "all predecessor companies named herein" in this civil action. (Signed by Judge Shira A. Scheindlin on 2/7/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 02/17/2011) |
| 02/18/2011 | 95 | CASE MANAGEMENT (PLAN) ORDER: 1. Crescenta Valley Water District: A pre-motion conference for the defendants' contemplated dispositive motions is scheduled for March 11, 2011 at 4:30 pm. Defendants' pre-conference letter is due on February 25, 2011; plaintiff's reply letter is due on March 4, 2011. 2. California cases: The parties will meet and confer prior to March 11, 2011 to discuss mediation. Specifically, the parties will talk about which cases would be included in a structured settlement effort, and attempt to identify a mutually acceptable mediator. 3. The next status conference is scheduled for March 30, 2011 at 4:30 pm, subject to change. (Pre-Motion Conference set for 3/11/2011 at 04:30 PM before Judge Shira A. Scheindlin. Status Conference set for 3/30/2011 at 04:30 PM before Judge Shira A. Scheindlin.) (Signed by Judge Shira A. Scheindlin on 2/18/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(db) (Entered: 02/22/2011) |
| 02/23/2011 | 96 | ORDER ADMITTING FRANK A. DANTE PRO HAC VICE: It is hereby Ordered that Frank A. Dante is admitted to practice pro hac vice as counsel for Lyondell Chemical Company and Equistar Chemicals, LP in this matter. (Signed by Judge Shira A. Scheindlin on 2/22/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jfe) (Entered: 02/23/2011) |
| 02/28/2011 | 97 | AMENDED ANSWER to. Document filed by Exxon Mobil Corporation. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Gerson, Lisa) (Entered: 02/28/2011) |
| 03/17/2011 | 98 | AMENDED ANSWER to. Document filed by Exxon Mobil Corporation, |

|  |  | Exxon Mobil Corporation,, Exxon Mobil Corp., ExxonMobil Corporation, Exxon Mobil Corporation, Exxon Corporation, Exxonmobil Corporation. Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(Gerson, Lisa) (Entered: 03/17/2011) |
|---|---|---|
| 04/07/2011 | 99 | CASE MANAGEMENT ORDER #89: This Order memorializes the rulings made during the status conference held on March 30, 2011. (See ORDER as set forth) (Signed by Judge Shira A. Scheindlin on 4/5/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al. (lnl) (Entered: 04/07/2011) |
| 05/04/2011 | 100 | ORDER: The Court has considered the unopposed request of ChevronTexaco Corporation (now known as Chevron Corporation), Chevron U.S.A. Inc., TRMI Holdings Inc., Texaco Inc., Union Oil Company of California, and Unocal Corporation, and "all predecessor companies named herein" (hereinafter "Chevron Defendants") to admit pro hac vice Sara G. Noel, Esq. of King & Spalding LLP and the request is hereby GRANTED. So Ordered (Signed by Judge Shira A. Scheindlin on 5/4/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(js) (Entered: 05/05/2011) |
| 05/16/2011 | 101 | ORDER ADMITTING ATTORNEY PRO HAC VICE: Attorney Mitchell McCrea for All Plaintiffs admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 5/13/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jfe) (Entered: 05/17/2011) |
| 05/16/2011 | 102 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Ronland K. Tellis for All Plaintiffs admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 5/13/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jfe) (Entered: 05/17/2011) |
| 05/16/2011 | 103 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Daniel Alberstone for All Plaintiffs admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 5/13/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jfe) (Entered: 05/17/2011) |
| 05/20/2011 | 104 | ORDER APPROVING WITHDRAWAL OF COUNSEL, that the motion to withdraw the appearance of Anthony A. Orlandi as counsel of record for Defendant Gulf Oil Limited Partnership, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby GRANTED. in case 1:03-cv-09544-SAS; granting (3400) Motion to Withdraw as Attorney. Attorney Anthony A. Orlandi terminated in case 1:00-cv-01898-SAS -DCF. (Signed by Judge Shira A. Scheindlin on 5/19/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(pl) (Entered: 05/20/2011) |
| 06/02/2011 | 105 | ORDER APPROVING WITHDRAWAL OF COUNSEL: The motion to withdraw the appearance of Nicole L. Picard as counsel of record for Defendant Gulf Oil Limited Partnership, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby GRANTED. (Signed by Judge Shira A. Scheindlin on 6/2/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(jfe) (Entered: 06/02/2011) |
| 06/06/2011 | 106 | (MEMO ENDORSEMENT) ORDER in case 1:03-cv-09544-SAS; granting (664) Motion to Withdraw as Attorney. Attorney Nicholas G. Campins |

| | | |
|---|---|---|
| | | terminated in case 1:04-cv-03417-SAS; granting (72) Motion to Withdraw as Attorney. Attorney Nicholas G. Campins terminated in case 1:09-cv-01419-SAS; granting (68) Motion to Withdraw as Attorney. Pursuant to Local Civil Rule lA, please withdraw the appearance of Nicholas G. Campins as counsel of record in All MDL 1358 Cases, including City of New York v. Amerada Hess Corp., et at, Case No. 04-CIV-3417; City of Pomona v, Chevron USA, Inc et ai, No, CIVMSC08-032 14; Yosemite Springs Park Utility District v. Chevron, US.A., et 01., Case No.09-CIV-1419. ENDORSEMENT: Motion granted. The Clerk is directed to close this motion (docket #3410) So Ordered. Attorney Nicholas G. Campins terminated in case 1:09-cv-03738-SAS; granting (3411) Motion to Withdraw as Attorney. Attorney Nicholas G. Campins terminated in case 1:00-cv-01898-SAS -DCF. (Signed by Judge Shira A. Scheindlin on 6/3/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(tro) (Entered: 06/06/2011) |
| 06/07/2011 | 107 | MOTION for Determination of Good Faith Settlement. Document filed by Kinder Morgan Energy Partners, L.P., SFPP, LP.(Higgins, Chad) (Entered: 06/07/2011) |
| 06/07/2011 | 108 | MEMORANDUM OF LAW in Support re: 107 MOTION for Determination of Good Faith Settlement.. Document filed by Kinder Morgan Energy Partners, L.P., SFPP, LP. (Attachments: # 1 Exhibit A)(Higgins, Chad) (Entered: 06/07/2011) |
| 06/07/2011 | 109 | DECLARATION of John Lynn Smith in Support re: 107 MOTION for Determination of Good Faith Settlement.. Document filed by Kinder Morgan Energy Partners, L.P., SFPP, LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Higgins, Chad) (Entered: 06/07/2011) |
| 06/23/2011 | 110 | ORDER, that Mari C. Spears, Esq., is admitted to practice before this Court pro hac vice on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $25.00 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 6/23/11) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(pl) (Entered: 06/24/2011) |
| 07/05/2011 | 111 | RESPONSE to Motion re: 107 MOTION for Determination of Good Faith Settlement. *Shell Defendants' Response in Support of the Kinder Morgan Dismissal But in Opposition to the Request for Certification Under Code Section 877.* Document filed by Equilon Enterprises LLC, Shell Oil Company. (Wallace, Richard) (Entered: 07/05/2011) |
| 07/11/2011 | 112 | REPLY MEMORANDUM OF LAW in Support re: 107 MOTION for Determination of Good Faith Settlement.. Document filed by Kinder Morgan Energy Partners, L.P., SFPP, LP. (Higgins, Chad) (Entered: 07/11/2011) |
| 08/17/2011 | 113 | ORDER granting (3444) Motion to Withdraw as Attorney. The motion to |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|-----|-----|
|            |     | withdraw the appearances of Anthony F. King, Alec C. Zacaroli and Rebecca L Schuller as counsel pro hac vice for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise is GRANTED. Attorney Anthony Frazier King and Alec C. Zacaroli terminated in case 1:00-cv-01898-SAS -DCF. (Signed by Judge Shira A. Scheindlin on 8/17/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(mro) Modified on 8/19/2011 (mro). (Entered: 08/18/2011) |
| 10/18/2011 | 114 | ENDORSED LETTER: addressed to Judge Shira A. Scheindlin from Keena M. Hausmann dated 10/7/2011 re: Counsel for defendant writes with the consent of Mr. Rosenthal, respectfully requesting that he be relieved as counsel for defendant ConocoPhillips Company in the above referenced action. ENDORSEMENT: Defendants' request to relieve Mr. Rosenthal as counsel for ConocoPhilips is granted. So Ordered. (Spread to all cases as per chambers instruction) (Signed by Judge Shira A. Scheindlin on 10/17/2011) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(js) (Entered: 10/19/2011) |
| 11/14/2011 | 115 | TRANSCRIPT of Proceedings re: Conference held on 9/15/2011 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/8/2011. Redacted Transcript Deadline set for 12/19/2011. Release of Transcript Restriction set for 2/15/2012.Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(McGuirk, Kelly) (Entered: 11/14/2011) |
| 11/14/2011 | 116 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 9/15/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS -DCF et al.(McGuirk, Kelly) (Entered: 11/14/2011) |
| 11/22/2011 | 117 | MEMORANDUM OPINION AND ORDER re: (107 in 1:08-cv-06306-SAS) MOTION for Determination of Good Faith Settlement filed by SFPP, LP, Kinder Morgan Energy Partners, L.P. For the reasons stated above, Kinder Morgan's motion for good faith settlement is granted. Furthermore, pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason to delay the entry of judgment. The Clerk of the Court is directed to enter a final judgment dismissing the RDA's claim against Kinder Morgan and to close this motion (Docket No. 107). (Signed by Judge Shira A. Scheindlin on 11/22/2011) (lmb) (Entered: 11/22/2011) |
| 11/22/2011 |     | Transmission to Judgments and Orders Clerk. Transmitted re: 117 |

| | | Memorandum & Opinion, to the Judgments and Orders Clerk. (lmb) (Entered: 11/22/2011) |
|---|---|---|
| 11/23/2011 | 118 | RULE 54 (B) CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Opinion and Order dated November 22, 2011, Kinder Morgan's motion for good faith settlement is granted, and there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered dismissing the RDA's claim against Kinder Morgan. (Signed by Clerk of Court Ruby Krajick on 11/23/11) (Attachments: # 1 notice of right to appeal) Filed In Associated Cases: 1:00-cv-01898-SAS -DCF, 1:08-cv-06306-SAS (ml) (Entered: 11/23/2011) |
| 12/13/2011 | 119 | TRANSCRIPT of Proceedings re: Conference held on 9/15/2011 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/6/2012. Redacted Transcript Deadline set for 1/17/2012. Release of Transcript Restriction set for 3/15/2012.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 12/13/2011) |
| 12/13/2011 | 120 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 9/15/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 12/13/2011) |
| 01/04/2012 | 121 | ORDER APPROVING WITHDRAWAL OF COUNSEL in case 1:03-cv-09544-SAS granting (3401) MOTION for Anthony A. Orlandi to Withdraw as Attorney, filed by Kinder Morgan Energy Partners, L.P. and SFPP, L.P.: The motion to withdraw the appearance of Anthony A. Orlandi as counsel of record for Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P. is hereby granted. The Clerk of the Court is directed to close this motion [Docket No. 3401]. (Signed by Judge Shira A. Scheindlin on 1/3/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al. (ab) (Entered: 01/04/2012) |
| 01/27/2012 | 122 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Stephen J. Riccardulli dated 1/24/2012 re: On behalf of the parties, I write to request that the Court adjourn the status conference scheduled for January 26, 2012. ENDORSEMENT: Request granted. The status conference in this matter is adjourned until February 24, 2012 at 3:30 p.m. ( Status Conference set for 2/24/2012 at 03:30 PM before Judge Shira A. Scheindlin.) (Signed by Judge Shira A. Scheindlin on 1/25/2012) (lmb) (Entered: 01/27/2012) |
| 01/30/2012 | 123 | MOTION for Settlement *Defendant ConocoPhillips Company's Motion for Determination of Good Faith Settlement*. Document filed by Conocophillips Corporation. (Attachments: # 1 Proposed Order)(Handel, Lauren) (Entered: |

| | | 01/30/2012) |
|---|---|---|
| 01/30/2012 | 124 | MEMORANDUM OF LAW in Support re: 123 MOTION for Settlement *Defendant ConocoPhillips Company's Motion for Determination of Good Faith Settlement.*. Document filed by Conocophillips Corporation. (Handel, Lauren) (Entered: 01/30/2012) |
| 01/30/2012 | 125 | DECLARATION of Jon D. Anderson in Support re: 123 MOTION for Settlement *Defendant ConocoPhillips Company's Motion for Determination of Good Faith Settlement.*. Document filed by Conocophillips Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Certificate of Service)(Handel, Lauren) (Entered: 01/30/2012) |
| 01/30/2012 | 126 | MOTION to Seal *Defendant ConocoPhillips Company's Motion to Seal Its Memorandum of Points and Authorities in Support of Motion for Determination of Good Faith Settlement and Exhibits 8 and 10 Thereto.* Document filed by Conocophillips Corporation. (Attachments: # 1 Proposed Order)(Handel, Lauren) (Entered: 01/30/2012) |
| 02/14/2012 | 127 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2): IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows: 1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to settle this matter pursuant to a Settlement Agreement and Release and this Stipulated Order of Dismissal With Prejudice. 2. The Parties to this Stipulation consent to the dismissal with prejudice of this action as to ConocoPhillips Company. (Signed by Judge Shira A. Scheindlin on 2/10/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(mro) (Entered: 02/14/2012) |
| 02/16/2012 | 130 | ORDER: Marie S. Dennis, Esq., is admitted to practice before this Court pro hac vice on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR Company (f/k/a Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $200 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 2/15/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(ft) (Entered: 02/21/2012) |
| 02/16/2012 | 131 | ORDER: Benjamin L. Snowden, Esq., is admitted to practice before this Court pro hac vice on behalf of Chevron U.S.A, Inc., Equilon Enterprises LLC (d/b/a/ Shell Oil Products US), Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Oil Products Company, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc., TMR |

| | | |
|---|---|---|
| | | Company (f/k/a/ Texaco Refining and Marketing Inc.), Texaco Refining and Marketing (East) Inc., and TRMI Holdings, Inc. in this civil action upon the deposit of the required $200 fee to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 2/15/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(ft) (Entered: 02/21/2012) |
| 02/17/2012 | 128 | TRANSCRIPT of Proceedings re: Conference held on 9/15/2011 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2012. Redacted Transcript Deadline set for 3/22/2012. Release of Transcript Restriction set for 5/21/2012.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 02/17/2012) |
| 02/17/2012 | 129 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 9/15/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 02/17/2012) |
| 03/05/2012 | 132 | TRANSCRIPT of Proceedings re: Conference held on 2/24/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/29/2012. Redacted Transcript Deadline set for 4/9/2012. Release of Transcript Restriction set for 6/7/2012.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 03/05/2012) |
| 03/05/2012 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 2/24/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 03/05/2012) |
| 05/08/2012 | 134 | TRANSCRIPT of Proceedings re: HEARING held on 5/2/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Tara Jones, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/1/2012. Redacted Transcript Deadline set for 6/11/2012. Release of Transcript Restriction set for 8/9/2012.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 05/08/2012) |

| 05/08/2012 | 135 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/2/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 05/08/2012) |
|---|---|---|
| 05/18/2012 | 136 | ORDER GRANTING DEFENDANT CONOCOPHILLIPS COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT granting (123) Motion for Settlement in case 1:08-cv-06306-SAS. IT IS HEREBY ORDERED that ConocoPhillips's motion is GRANTED, and that the settlement agreement entered into between the City of Merced Redevelopment Agency ("Merced RDA") and ConocoPhillips is hereby determined to be a good faith settlement within the meaning of California Code of Civil Procedure §§ 877 and 877.6. Accordingly, all future actions or claims for indemnity or contribution by any party, including any defendant, cross-complainant, former defendant, and/or former cross-complainant to this case, are barred in their entirety as to ConocoPhillips, and each of its affiliates, partners, parents, subsidiaries, divisions, joint venturers, officers, directors, employees, attorneys, dealers, agents, representatives, successors, assigns, and all persons acting on their behalf. ENDORSEMENT: The Clerk of the Court is directed to close this motion (Docket No. 123 in 08 civ 6306). So ordered. (Signed by Judge Shira A. Scheindlin on 5/18/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(mro) (Entered: 05/18/2012) |
| 08/10/2012 | 137 | TRANSCRIPT of Proceedings re: HEARING held on 6/7/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/4/2012. Redacted Transcript Deadline set for 9/13/2012. Release of Transcript Restriction set for 11/13/2012.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 08/10/2012) |
| 08/10/2012 | 138 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 6/7/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(McGuirk, Kelly) (Entered: 08/10/2012) |
| 11/26/2012 | 139 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/11/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Michael McDaniel, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/20/2012. Redacted Transcript Deadline set for 1/2/2013. Release of Transcript Restriction set for 2/28/2013.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Rodriguez, Somari) (Entered: 11/26/2012) |
| 11/26/2012 | 140 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/11/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Rodriguez, Somari) (Entered: 11/26/2012) |
| 11/30/2012 | 141 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/22/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Ann Hairston, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/26/2012. Redacted Transcript Deadline set for 1/7/2013. Release of Transcript Restriction set for 3/4/2013.Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(Rodriguez, Somari) (Entered: 11/30/2012) |
| 12/19/2012 | 142 | ORDER: finding as moot (126) Motion to Seal in case 1:08-cv-06306-SAS; finding as moot [] Motion to Seal in case 1:00-cv-01898-SAS-DCF: Because Defendant ConocoPhillips Co. has been dismissed as a defendant in the above-captioned matter, and because it never filed its proposed Memorandum of Points and Authorities in Support of Motion for Determination of Good Faith Settlement and Exhibits 8 and 10 Thereto ("Memorandum"), its Motion to Seal the Memorandum is moot. For this reason, the Clerk of the Court is directed to close Defendant ConocoPhillips's Motion to Seal (Docket No. 126). (Signed by Judge Shira A. Scheindlin on 12/19/2012) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(pl) (Entered: 12/20/2012) |
| 02/22/2013 | 143 | ORDER GRANTING APPLICATIONS FOR PRO HAC VICE ADMISSION: This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP Products North America Inc., and BP Corporation North America Inc. to admit pro hac vice Jeffrey J. Freeman of Kirkland & Ellis LLP, and the request is hereby GRANTED. It is hereby ORDERED that Jeffrey J. Freeman is admitted to practice before the Court pro hac vice on behalf of the above named Defendants in these civil actions upon payment by each party of the required $200.00 to the Clerk of Court. (Signed by Judge Shira A. Scheindlin on 2/22/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(ft) (Entered: 02/22/2013) |
| 03/04/2013 | 144 | FIRST AMENDED COMPLAINT against Chevon U.S.A., Inc., Equilon Enterprises LLC, Exxon Corporation, Exxon Mobil Corp., Shell Oil Company, Tesoro Corporation, Merced Designated Local Authority, as Successor Agency to the Redevelopment Agency of the City of Merced, |

| | | |
|---|---|---|
| | | Tesoro Refining and Marketing Company, Does 1 through 200 with JURY DEMAND.Document filed by City of Merced Redevelopment Agency, Merced Designated Local Authority, as Successor Agency to the Redevelopment Agency of the City of Merced.(ft) (jab). (Entered: 03/06/2013) |
| 03/21/2013 | 145 | ANSWER to 144 Amended Complaint,,. Document filed by Tesoro Corporation, Tesoro Refining and Marketing Company.(Doyle, Colleen) (Entered: 03/21/2013) |
| 03/28/2013 | 146 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE RE CERTAIN CLAIMS AGAINST TESORO CORPORATION AND TESORO REFINING AND MARKETING COMPANY: that Plaintiffs' claims for relief against Tesoro Corporation and Tesoro Refining and Marketing Company are dismissed with prejudice at the following trial site: R Street Texaco a/k/a R Street Exxon a/k/a R Street Chevron, 1415 R Street. THE PARTIES FURTHER STIPULATE AND AGREE that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the claims referenced above. THE PARTIES FURTHER STIPULATE AND AGREE that each of the parties to this stipulation shall bear and pay all costs; expenses, and attorney's fees heretofore incurred or to be incurred by each respectively in connection with this stipulation and order of dismissal. ENDORSEMENT: ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiffs City of Merced Redevelopment Agency and Merced Designated Local Authority, as Successor Agency to the Redevelopment Agency of the City of Merced, against Tesoro Corporation and Tesoro Refining and Marketing Company regarding the R Street Texaco a/k/a R Street Exxon a/k/a R Street Chevron site located at 1415 R Street, Merced, California are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees in connection with this dismissal. IT IS SO ORDERED. (Signed by Judge Shira A. Scheindlin on 3/28/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(tro) (Entered: 03/28/2013) |
| 04/01/2013 | 147 | MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*. Document filed by Exxon Mobil Corp.. (Attachments: # 1 Text of Proposed Order)(Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 148 | DECLARATION of Whitney Jones Roy in Support re: 147 MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by Exxon Mobil Corp.. (Attachments: # 1 Index of Exhibits to Whitney Roy Declaration)(Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 149 | RULE 56.1 STATEMENT. Document filed by Exxon Mobil Corp.. (Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 150 | MEMORANDUM OF LAW in Support re: 147 MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by Exxon Mobil Corp.. (Gerson, Lisa) (Entered: 04/01/2013) |

| 04/01/2013 | 151 | MOTION for Partial Summary Judgment *Regarding Statute of Limitations*. Document filed by Exxon Mobil Corp.. (Attachments: # 1 Text of Proposed Order)(Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 152 | DECLARATION of Whitney Jones Roy in Support re: 151 MOTION for Partial Summary Judgment *Regarding Statute of Limitations*.. Document filed by Exxon Mobil Corp.. (Attachments: # 1 Index of Exhibits to Whitney Roy Declaration)(Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 153 | RULE 56.1 STATEMENT. Document filed by Exxon Mobil Corp.. (Gerson, Lisa) (Entered: 04/01/2013) |
| 04/01/2013 | 154 | MEMORANDUM OF LAW in Support re: 151 MOTION for Partial Summary Judgment *Regarding Statute of Limitations*.. Document filed by Exxon Mobil Corp.. (Gerson, Lisa) (Entered: 04/01/2013) |
| 04/02/2013 | 155 | ORDER OF DISMISSAL WITH PREJUDICE: After having considered the foregoing Stipulation of Dismissal with Prejudice re Certain Claims Against Tesoro Corporation and Tesoro Refining and Marketing Company, and for good cause shown, the Court hereby: ORDERS, ADJUDGES, AND DECREES that claims and demands of Plaintiffs City of Merced Redevelopment Agency and Merced Designated Local Authority, as Successor Agency to the Redevelopment Agency of the City of Merced, against Tesoro Corporation and Tesoro Refining and Marketing Company regarding the R Street Texaco a/k/a R Street Exxon a/k/a R Street Chevron site located at 1415 R Street, Merced, California are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees in connection with this dismissal. (Signed by Judge Shira A. Scheindlin on 3/29/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(ja) (Entered: 04/02/2013) |
| 04/15/2013 | 156 | ORDER GRANTING ADMISSION PRO HAC VICE: that Suedy Torabi, is admitted to practice before this Court pro hac vice on behalf of Tesoro in this civil action upon the deposit of the required $200 fee per applicant per case, to the Clerk of this Court. (Signed by Judge Shira A. Scheindlin on 4/15/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:04-cv-04968-SAS, 1:04-cv-04973-SAS, 1:08-cv-06306-SAS(ja) (Entered: 04/15/2013) |
| 04/29/2013 | 157 | MEMORANDUM OF LAW in Opposition re: (151 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Regarding Statute of Limitations*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/29/2013) |
| 04/29/2013 | 158 | RULE 56.1 STATEMENT. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/29/2013) |
| 04/29/2013 | 159 | DECLARATION of DUANE C. MILLER in Opposition re: (151 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Regarding Statute of Limitations*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS |

| | | (Axline, Michael) (Entered: 04/29/2013) |
|---|---|---|
| 04/29/2013 | 160 | CERTIFICATE OF SERVICE of Opposition to Motion served on All Counsel on 04/29/2013. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/29/2013) |
| 04/29/2013 | 161 | MEMORANDUM OF LAW in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass.*. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/29/2013) |
| 04/29/2013 | 162 | RULE 56.1 STATEMENT. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/29/2013) |
| 04/30/2013 | 163 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** DECLARATION of DUANE C. MILLER in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass.* Document filed by City of Merced Redevelopment Agency. (Attachments: # 1 Exhibit Exhibits 19 to 48)Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) Modified on 5/1/2013 (db). (Entered: 04/30/2013) |
| 04/30/2013 | 164 | CERTIFICATE OF SERVICE of Opposition to Motion served on All Counsel on April 29, 2013. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 04/30/2013) |
| 05/01/2013 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Michael D. Axline to RE-FILE Document (163 in 1:08-cv-06306-SAS, 3700 in 1:00-cv-01898-SAS-DCF) Declaration in Opposition to Motion,. ERROR(S): No signature or s/. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(db)** (Entered: 05/01/2013) |
| 05/01/2013 | 165 | DECLARATION of DUANE C. MILLER in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass.*. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/01/2013) |
| 05/01/2013 | 166 | DECLARATION of DUANE C. MILLER in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass.*. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/01/2013) |
| 05/07/2013 | 167 | MEMORANDUM OF LAW in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass.*. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, |

| | | |
|---|---|---|
| | | Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 168 | RULE 56.1 STATEMENT. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 169 | DECLARATION of Brian David Shannon in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 170 | DECLARATION of Daniel Boone in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 171 | DECLARATION of A. Curtis Sawyer in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 172 | DECLARATION of Duane C. Miller in Opposition re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/07/2013 | 173 | AFFIDAVIT OF SERVICE of Opposition, Separate Statement and Declarations served on All Counsel on May 7, 2013. Document filed by City of Merced Redevelopment Agency. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Axline, Michael) (Entered: 05/07/2013) |
| 05/08/2013 | 174 | Letter addressed to Judge Shira A. Scheindlin, from Jeffrey J. Parker, dated 5/1/2013, re: Opposition to Motion for Partial Summary Judgment re Nuisance & Trespass. Document filed by Exxon Corporation, Exxon Mobil Corp.(ja) (Main Document 174 replaced on 5/15/2013) (tro). (Entered: 05/09/2013) |
| 05/08/2013 | 175 | ORDER: Through a letter dated May 1, 2013, the Defendants in the above-captioned case informed the Court that: (1) Plaintiff's memorandum in opposition to the Motion for Partial Summary Judgment re Nuisance & Trespass, Doc. No. 147, substantially exceeded the page limit I set at the February 25, 2013 Status Conference; and (2) Plaintiff's declarations and exhibits in support of this motion exceeded the page limits set by my Individual Rules. I promptly directed my Clerk to transmit the following message (the "Resubmission Order") to the parties: Plaintiff's brief in opposition, and declarations, are rejected as oversized.... Because the declarations submitted by Plaintiff are plainly over the page limit set by my Individual Rules, and because Plaintiff was previously given a chance to cure |

| | | |
|---|---|---|
| | | and failed to do so, the excess pages of this declarations - found at Doc. Nos. 169-172 - shall be stricken. Defendants shall have until May 9, 2013 at 12:00 a.m., EST, to select the pages of these declarations they would like to strike and communicate this selection to my Chambers. If Defendants fail to timely make this communication, twenty-eight pages of the above-mentioned declarations shall be selected at random, stricken, and not considered by the Court. (Signed by Judge Shira A. Scheindlin on 5/8/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(ja) (Entered: 05/09/2013) |
| 05/13/2013 | 176 | REPLY MEMORANDUM OF LAW in Support re: (151 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Regarding Statute of Limitations*.. Document filed by Exxon Mobil Corp.. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 05/13/2013) |
| 05/13/2013 | 177 | RULE 56.1 STATEMENT. Document filed by Exxon Mobil Corp.. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 05/13/2013) |
| 05/15/2013 | 178 | REPLY MEMORANDUM OF LAW in Support re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by Exxon Mobil Corp.. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 05/15/2013) |
| 05/15/2013 | 179 | DECLARATION of Whitney Jones Roy in Support re: (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*.. Document filed by Exxon Mobil Corp.. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 05/15/2013) |
| 05/15/2013 | 180 | RULE 56.1 STATEMENT. Document filed by Exxon Mobil Corp.. Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(Gerson, Lisa) (Entered: 05/15/2013) |
| 05/16/2013 | 181 | ORDER APPROVING WITHDRAWAL OF COUNSEL. The motion to withdraw the appearance of Lauren E. Handel as counsel of record for the Exxon Mobil Corporation defendants, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court is hereby GRANTED: in case 1:03-cv-09544-SAS; granting (3732) Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:00-cv-01898-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-04012-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05916-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05943-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-02405-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-00877-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03752-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-08360-SAS; granting Motion to Withdraw as Attorney. Attorney |

Lauren Erica Handel terminated in case 1:06-cv-05960-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05903-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:05-cv-09070-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-05422-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-04009-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-04011-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-10470-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-06306-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:09-cv-03739-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:09-cv-03738-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-01379-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-01381-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03750-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03742-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03753-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03751-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03754-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-03741-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:11-cv-04072-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05496-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05924-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05925-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05927-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05928-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05930-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05931-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05932-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05959-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05958-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05957-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05956-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05933-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05963-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case

1:06-cv-05962-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05961-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05919-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05917-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05915-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05914-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05913-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05937-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05920-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05921-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05922-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05938-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05923-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05939-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05901-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05940-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05902-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05941-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05905-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05906-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05942-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05907-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05911-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05912-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05945-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05946-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05947-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05948-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05949-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05950-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05951-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05952-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05953-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05954-SAS; granting Motion

to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05955-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-05926-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04974-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04973-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04969-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04971-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04972-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04970-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04975-SAS; granting [] Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01719-SAS; granting [] Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01718-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01721-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01722-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01723-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03412-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03413-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01725-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01726-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-09050-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-05421-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10053-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03417-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-09543-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03416-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03415-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-08248-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10056-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10054-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02388-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10051-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02390-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01727-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-09544-

SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10052-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03418-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03419-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-03420-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04968-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01716-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01720-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02053-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-04990-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02055-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-01724-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02056-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02057-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02061-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02062-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02060-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02059-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02067-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02066-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-05424-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-05423-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02068-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10057-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-06993-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02070-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02072-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:04-cv-02389-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:03-cv-10055-SAS-DCF; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:05-cv-10259-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:05-cv-04018-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-06848-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-09453-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-00312-

| | | |
|---|---|---|
| | | SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-00278-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:05-cv-01310-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:06-cv-10205-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-02406-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-02407-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:07-cv-02403-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-07766-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-07764-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:09-cv-01419-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:09-cv-06554-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:08-cv-04290-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-07232-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-07874-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-08182-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-08184-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-08742-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:10-cv-08743-SAS; granting Motion to Withdraw as Attorney. Attorney Lauren Erica Handel terminated in case 1:11-cv-00479-SAS. (Signed by Judge Shira A. Scheindlin on 5/15/2013) Filed In Associated Cases: 1:07-cv-04012-SAS et al. (ja) (Entered: 05/17/2013) |
| 08/01/2013 | 182 | OPINION AND ORDER re: #103444 (151 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Regarding Statute of Limitations*, filed by Exxon Mobil Corp., (147 in 1:08-cv-06306-SAS) MOTION for Partial Summary Judgment *Re: Nuisance and Trespass*, filed by Exxon Mobil Corp. For the foregoing reasons Defendants' Motion for Summary Judgment Re: Statute of Limitations is GRANTED, and Defendants' Motion for Summary Judgment Re: Nuisance and Trespass is MOOT. The Clerk of the Court is directed to close these motions (Doc. Nos. 147 and 151). (Signed by Judge Shira A. Scheindlin on 7/31/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(ja) Modified on 8/8/2013 (sdi). (Entered: 08/02/2013) |
| 09/17/2013 | 183 | SUGGESTION TO REMAND: After reviewing the request of all parties for the Court to suggest to the United States Judicial Panel on Multidistrict Litigation (the "Panel") that it remand to the Eastern District of California-Fresno Division the lawsuit originally styled City of Merced Redevelopment Agency, et al. v. Exxon Mobil Corporation, et al., Case No. 1 :08-CV-00714-LJO-GSA (the "Lawsuit"), for final pretrial and trial proceedings, the Court hereby finds that the coordinated and consolidated pretrial proceedings in the Lawsuit have run their course. The Court therefore suggests that the Panel remand the Lawsuit to the District Court for the Eastern District of California- |

| | | |
|---|---|---|
| | | Fresno Division for all additional pretrial and trial proceedings on the sole remaining claim under the Polanco Redevelopment Act. (Signed by Judge Shira A. Scheindlin on 9/17/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF, 1:08-cv-06306-SAS(lmb) (Entered: 09/17/2013) |
| 10/02/2013 | 184 | CERTIFIED TRUE COPY OF MDL REMAND OUT ORDER FROM THE MDL PANEL...Pursuant to 28 U.S.C. 1407, this action is remanded from the U.S.D.C. (S.D.N.Y) to the transferor court United States District Court - Eastern District of California. (Signed by MDL Panel on 10/1/2013) (sjo) (Entered: 10/02/2013) |
| 10/02/2013 | | MDL TRANSFER OUT to the United States District Court - Eastern District of California. (sjo) (Entered: 10/02/2013) |
| 10/07/2013 | 185 | ORDER FOR ADMISSION PRO HAC VICE: The requests of James F. Bennett, Willie J. Epps, Jr. and Selena L. Evans, for admission to practice Pro Hac Vice in the above captioned action have been granted. SO ORDERED. Attorney James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company Valero Refining Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining Company-California,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining Company-Louisiana,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Refining and Marketing Company,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Energy Corporation,James F. Bennett for Valero Energy, Inc.,James F. Bennett for Valero Energy, Inc.,James F. Bennett for Valero Energy, Inc.,James F. Bennett for Valero Energy, Inc.,James F. Bennett for Valero Energy, Inc.,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Marketing and Supply Company,James F. Bennett for Valero Marketing and Supply |

Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining Company - Oklahoma,James
F. Bennett for Valero Refining Company - Oklahoma,James F. Bennett for
Valero Refining Company - Oklahoma,James F. Bennett for Valero Refining
Company - Oklahoma,James F. Bennett for Valero Refining Company -
Oklahoma,James F. Bennett for Valero Refining Company Texas, L.P.,James
F. Bennett for Valero Refining Company Texas, L.P.,James F. Bennett for
Valero Refining Company Texas, L.P.,James F. Bennett for Valero Refining
Company Texas, L.P.,James F. Bennett for Valero Refining Company Texas,
L.P.,James F. Bennett for Valero Refining and Marketing Company,James F.
Bennett for Valero Refining and Marketing Company,James F. Bennett for
Valero Refining and Marketing Company,James F. Bennett for Valero
Refining and Marketing Company,James F. Bennett for Valero Refining and
Marketing Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero RefiningTexas,James F. Bennett for
Valero RefiningTexas,James F. Bennett for Valero RefiningTexas,James F.
Bennett for Valero RefiningTexas,James F. Bennett for Valero
RefiningTexas,James F. Bennett for Valero RefiningTexas,James F. Bennett
for Valero RefiningTexas,James F. Bennett for Valero Energy Corp.,James F.
Bennett for Valero Mktg & Supply Co,James F. Bennett for Valero Refining
& Mktg Co,James F. Bennett for Valero Refining Company,James F. Bennett
for Valero Energy Corporation,James F. Bennett for Valero Marketing and
Supply Company,James F. Bennett for Valero Energy Corporation,James F.
Bennett for Valero Marketing and Supply Company,James F. Bennett for
Valero Refining Company - Oklahoma,James F. Bennett for Valero Refining
Company Texas, LP,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining and Marketing Company,James F. Bennett for Valero Energy
Corporation,James F. Bennett for Valero Marketing and Supply Company
Valero Refining Company,James F. Bennett for Valero Refining and
Marketing Company,James F. Bennett for Valero Marketing and Supply
Company (Doe 2),,James F. Bennett for Valero Refining,James F. Bennett for
Valero Energy Corporation,James F. Bennett for Valero Marketing & Supply
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining and Marketing Company,James F. Bennett for Valero Energy
Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining Company,James F. Bennett
for Valero Refining and Marketing Company,James F. Bennett for Valero
Energy Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Energy Corporation,James F. Bennett for Valero Marketing and
Supply Company,James F. Bennett for Valero Marketing and Supply

Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Refining-Texas, L.P.,James F. Bennett
for Valero Refining-Texas, L.P.,James F. Bennett for Valero Energy
Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining Company,James F. Bennett
for Valero Refining and Marketing Company,James F. Bennett for Valero
Energy Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining Company,James F. Bennett
for Valero Refining and Marketing Company,James F. Bennett for Valero
Energy Corporation,James F. Bennett for Valero Energy Corporation,James
F. Bennett for Valero Marketing and Supply Company,James F. Bennett for
Valero Marketing and Supply Company,James F. Bennett for Valero Refining
and Marketing Company,James F. Bennett for Valero Refining and
Marketing Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining and Marketing Company,James F. Bennett for Valero Energy
Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining Company,James F. Bennett
for Valero Energy Corporation,James F. Bennett for Valero Marketing and
Supply Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining Company Texas LP,James F. Bennett for Valero Refining and
Marketing Company,James F. Bennett for Valero Energy Corporation,James
F. Bennett for Valero Marketing and Supply Company,James F. Bennett for
Valero Refining Company - Oaklahoma,James F. Bennett for Valero Refining
Company Texas, L.P.,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining Company - Oklahoma,James F. Bennett for Valero Refining
Company Texas, LP,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining Company,James F. Bennett for Valero Refining and Marketing
Company,James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining and Marketing Company,James F. Bennett for Valero Energy
Corporation,James F. Bennett for Valero Marketing and Supply
Company,James F. Bennett for Valero Refining & Marketing
Company,James F. Bennett for Valero Marketing and Supply Company
[DOE 1],James F. Bennett for Valero Energy Corporation,James F. Bennett
for Valero Marketing and Supply Company,James F. Bennett for Valero
Refining Company,James F. Bennett for Valero Refining and Marketing
Company admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on
10/07/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(ama)

|  |  | (Entered: 10/07/2013) |
|---|---|---|
| 11/25/2013 | [186](#) | CASE MANAGEMENT ORDER #113 re rulings made during the 11/18/2013 status conference: Motions by defendants for summary judgment in the City of Fresno case, due by 1/10/2014. Responses due by 1/30/2014 Replies due by 2/14/2014. Depositions due by 12/20/2013. Discovery due by 12/20/2013. Tesoro and Kern are dismissed with prejudice for the stations at issue in the City of Fresno case. (Signed by Judge Shira A. Scheindlin on 11/25/2013) Filed In Associated Cases: 1:00-cv-01898-SAS-DCF et al.(cd) (Entered: 11/26/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/13/2014 18:19:19 | | | |
| **PACER Login:** | ks0086 | **Client Code:** | 51502.145208 |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-06306-SAS |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |