UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

------------------------------------------------------- :

This document relates to:

*New Jersey Dep't of Envtl. Prot. v. Atlantic Richfield Co.*, 08 Civ. 0312

------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/14

OPINION AND ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Judicial Consent Order as to Citgo Petroleum Corporation only, signed by the Court on February 13, 2014, is hereby withdrawn. In accordance with the Court's January 7, 2014 Case Management Order, Defendants have until February 28, 2014 to file their brief.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 18, 2014

1

- **Appearances** -

**For Plaintiffs:**

Michael Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, California  95825
(916) 488-6688

**For Defendant Chevron, U.S.A., Inc.:**

Robert E. Meadows, Esq.
James J. Maher, Esq.
Jeremiah J. Anderson, Esq.
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas  77002
(713) 751-3200

Charles C. Correll, Jr., Esq.
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, California  94015
(415) 318-1200