UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")    Master File No. 1:00-1898
Products Liability Litigation    MDL No. 1358 (SAS)
   M21-88

This Document Relates To:
*New Jersey Department of Environmental
Protection, et al., v. Atlantic Richfield Co., et al.,*
NO. 08 CIV. 00312 (SAS)
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AT THE HP DELTA SERVICE STATION AND GETTY WEST WINDSOR SERVICE STATION AGAINST DEFENDANT CHEVRON U.S.A. INC.

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") on the one hand, and Defendant Chevron U.S.A. Inc. on the other, that all of Plaintiffs' claims against Defendant Chevron U.S.A. Inc. at the HP Delta Service Station (#41958, 439 Lake Avenue, Woodbridge Township, Middlesex County, New Jersey) and the Getty West Windsor Service Station (#56206, 3710 Route 1, West Windsor Township, Mercer County, New Jersey) shall be dismissed with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss with prejudice the claims at the HP Delta Service Station and the Getty West Windsor Service Station against Defendant Chevron U.S.A. Inc.

THE PARTIES FURTHER STIPULATE AND AGREE that each of the parties to this stipulation shall bear and pay all costs, expenses, and attorney's fees heretofore incurred or to be incurred by each respectively in connection with this dismissal of these claims.

THE PARTIES FURTHER STIPULATE AND AGREE that the Plaintiffs are NOT stipulating in this stipulation to the dismissal of claims with respect to Chevron U.S.A. Inc. for sites other than the HP Delta Service Station and the Getty West Windsor Service Station.

THE PARTIES FURTHER STIPULATE AND AGREE that the stipulations contained herein are not intended to and do not affect Plaintiffs' claims to any parties other than Chevron U.S.A. Inc.

THE PARTIES FURTHER STIPULATE AND AGREE that the stipulations contained herein do not affect Chevron U.S.A. Inc.'s legal obligations (if any) to perform or reimburse costs of remediation in compliance with all applicable statutes, regulations and orders under federal and state law.

SO STIPULATED.

Dated: February 18, 2014

Miller, Axline & Sawyer
A Professional Corporation

By: _____
Michael Axline

*Attorneys for the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund*

2

Dated: February 18, 2014

JOHN J. HOFFMAN
Acting Attorney General

By: __/s/_____
    Gwen Farley
    Deputy Attorney General

*Attorneys for the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund*

Dated: February 26, 2014

King & Spalding LLP

By: __Charles Correll / by perm.__
    Charles C. Correll, Jr.

*Attorney for Chevron U.S.A. Inc.*