UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")          Master File No. 1:00-1898
Products Liability Litigation                        MDL No. 1358 (SAS)
                                                     M21-88
This Document Relates To:
*New Jersey Department of Environmental*
*Protection, et al., v. Atlantic Richfield Co., et al.,*
NO. 08 CIV. 00312 (SAS)
-------------------------------------------------------------X

## [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that all claims asserted by

Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New

Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill

Compensation Fund  against Defendant Chevron U.S.A. Inc. at the HP Delta Service Station

(#41958, 439 Lake Avenue, Woodbridge Township, Middlesex County, New Jersey) and the

Getty West Windsor Service Station (#56206, 3710 Route 1, West Windsor Township, Mercer

County, New Jersey) are dismissed with prejudice.

It is further **ORDERED, ADJUDGED, and DECREED** that the parties shall bear and

pay their own costs, expenses, and attorney's fees heretofore incurred or to be incurred in

connection with this dismissal.

SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN