USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al.,<br><br>Defendants. | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (SAS)<br><br>Civil Action No.: 08-00312 (SAS)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS MARATHON OIL CORPORATION AND MARATHON PETROLEUM COMPANY LP F/K/A MARATHON PETROLEUM COMPANY LLC F/K/A MARATHON ASHLAND PETROLEUM COMPANY LLC ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and defendants Marathon Oil Corporation and Marathon Petroleum Company LP f/k/a Marathon Petroleum Company LLC f/k/a Marathon Ashland Petroleum Company LLC, the matter as to those parties only shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

_____
Hon. Shira S. Sheindlin    2/27/14