USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00-1898
Products Liability Litigation                  MDL No. 1358 (SAS)
                                               M21-88

**This Document Relates To:**
*New Jersey Department of Environmental Protection, et al., v. Atlantic Richfield Co., et al.,*
NO. 08 CIV. 00312 (SAS)
-----------------------------------------------------------X

## [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that all claims asserted by Plaintiffs the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund against Defendant Chevron U.S.A. Inc. at the HP Delta Service Station (#41958, 439 Lake Avenue, Woodbridge Township, Middlesex County, New Jersey) and the Getty West Windsor Service Station (#56206, 3710 Route 1, West Windsor Township, Mercer County, New Jersey) are dismissed with prejudice.

It is further **ORDERED, ADJUDGED, and DECREED** that the parties shall bear and pay their own costs, expenses, and attorney's fees heretofore incurred or to be incurred in connection with this dismissal.

SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN
2/27/14

DMSLIBRARY01:21639176.1