Scheindlin, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

This document relates to:
*Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al.*, Case No. 14-CV-01014

### STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE AGAINST THE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs the Commonwealth of Puerto Rico and the Puerto Rico Environmental Quality Board (collectively, "Plaintiffs') filed the First Amended Complaint in the above-captioned action in the District Court for the District of Puerto Rico;

WHEREAS, the above-captioned action was transferred to MDL 1358 by the Judicial Panel on Multidistrict Litigation, effective February 10, 2014;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants in the above-captioned action, through undersigned counsel, that Defendants' time to answer or otherwise move against the First Amended Complaint shall be the time provided for by the Federal Rules of Civil Procedure or March 27, 2014, whichever is later.

AGREED TO BY:

_____
Scott E. Kauff, Esq.
Nathan P. Short, Esq.
Law Offices of John K. Dema, P.C.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Tel 301-881-5900
Fax 240-536-9108
*Counsel for Plaintiffs*

_____
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
Tel 212-547-5400
Fax 212-547-5444
*Counsel for Exxon Mobil Corporation and
Esso Standard Oil Company (Puerto Rico) and
as Liaison Counsel for Defendants*

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.      Date 3/7/14