Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/14
```

In Re:  Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates to:

*Town of Brewster, et al. v. Atlantic Richfield Co.,
et al.,* No. 1:13-cv-7247

Master File No. 1:10-1898
MDL 1358 (SAS)
No. M21-88

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS CLAIMS BROUGHT BY TOWN OF ATHOL AS TO ALL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)

The Court, having considered Plaintiff Town of Athol's Notice of and Motion to Dismiss Claims Brought by Town of Athol as to All Defendants Without Prejudice Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it hereby grants the motion and dismisses without prejudice Plaintiff Town of Athol's action as to all Defendants, with each party to bear its own costs.

Dated: March 10, 2014

SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE