USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Commonwealth of Puerto Rico <br> v. Shell Oil Company, *et al.*, USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | Master File No: 1:00-cv-1898 <br> MDL 1358 (SAS) |

**[PROPOSED] ORDER GRANTING MOTION TO SUBMIT NEW**
**REDACTED VERSIONS OF DOCUMENTS**
**IN COMPLIANCE WITH PROTECTIVE AND SEALING ORDER**

Pursuant to the Revised Confidentiality Order ("RCO") that governs these proceedings, 14 documents used in connection with the motion to dismiss of filed by Total Outre-Mer, S.A. ("TOM") were filed in redacted versions and provided to the Court in envelopes designating them as conditionally under seal. Invoking FED. R. CIV. P. 26(c) and Section II.L.a. of the RCO, on June 7, 2013, Total Petroleum Puerto Rico Corp. ("TPPRC") requested a protective and sealing order regarding the redacted documents. Doc. No. 290.

On July 12, 2013, the Court issued an Opinion and Order ("July 12 Order") granting TPPRC's request. The July 12 Order provided that "the documents w[ould] be maintained under seal pending my Order on the pending motion to dismiss. Thereafter, any portions of them pertinent to that Order - but only those portions - must be filed publicly." Doc. No. 302, at 14-15. Hence, "[t]he parties [were] directed to re-file the fourteen documents at issue, redacted only to the extent permitted" upon the Court's disposition of TOM's motion to dismiss. Id. at 15.

TOM and TPPRC have filed a Motion to Submit New Redacted Versions of Documents in Compliance with Protective and Sealing Order. Doc. No. 324. The motion states that the

parties have met and conferred and agreed on the new redacted versions of the relevant documents, in compliance with the July 12 Order. TOM also made three fillings resubmitting documents it had used in connection during briefing on its motion to dismiss. Doc. Nos. 325-327.

Upon consideration of TOM and TPPRC Motion to Submit New Redacted Versions of Documents in Compliance with Protective and Sealing Order (Doc. No. 324), TOM and TPPRC are deemed in compliance with the Court's July 12 Order regarding the re-filing of documents used in connection with TOM's motion to dismiss.

SO ORDERED this __11__ day of __March_____, 2014.


_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

2