# EXHIBIT C

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Stephen J. Riccardulli
Attorney at Law
sriccardulli@mwe.com
212.547.5579

June 11, 2012

**BY ELECTRONIC MAIL**

Michael D. Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4225

    Re:    Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
            *Commonwealth of Puerto Rico – Defendants' Trial Site Designations*

Dear Mike:

    Pursuant to the Court's direction, Defendants hereby designate the following "trial" sites:

| PRASA FACILITY NO. | FACILITY NAME | ADDRESS | MUNICIPALITY |
|---|---|---|---|
| S4C030W | POZO CLUB DE LEONES | CARR. 103 KM. 4.3, BO. BAJURAS | CABO ROJO |
| E12004W | GUAYAMA URBANO FILTRATION PLANT | CALLE MIRAFLORES FINAL | GUAYAMA |

    Defendants' selection of these "trial sites" is not a waiver of – and we specifically reiterate and preserve now – our prior objections to the use of "trial sites" in this case. Furthermore, Defendants object to having to make these designations now because discovery is incomplete as to all of the sites identified by Plaintiffs in this case, all of the "discovery sites" previously designated by the parties and all of the "trial sites" identified above. Plaintiffs have failed to produce complete well files or water quality data for all of the sites identified above (or any other PRASA receptors at issue in this matter), despite the Court's May 2, 2012 order to do so; and have failed to produce complete information and/or materials in response to Defendants' other discovery requests concerning identified "release sites".

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue New York New York 10173 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com