# EXHIBIT D

HRS DOCUMENTATION RECORD--REVIEW COVER SHEET

| | |
|---|---|
| Name of Site: | Cabo Rojo Ground Water Contamination |
| CERCLIS ID No.: | PRN000206319 |
| Date Prepared: | October 2010 |

Contact Persons

| | | |
|---|---|---|
| Site Investigations: | Denise V. Zeno | (212) 637-4319 |
| | U.S. Environmental Protection Agency | |
| | New York, NY | |
| Documentation Record: | Ildefonso Acosta | (212) 637-4344 |
| | U.S. Environmental Protection Agency | |
| | New York, NY | |
| | Michele L. Capriglione | (732) 417-5808 |
| | Weston Solutions, Inc. (Region 2 SAT 2 contractor) | |
| | Edison, NJ | |

Pathways, Components, or Threats Not Scored

The surface water, soil exposure, and air pathways were not scored because the listing decision is not significantly affected by those pathways. The site score is sufficient to list the site on the ground water pathway score.

Attribution:

In 2006, EPA launched the Cabo Rojo Site Discovery Initiative in order to identify potential hazardous waste sites in the vicinity of contaminated wells in Cabo Rojo [Ref. 26, p. 2]. During the initial phase of the Cabo Rojo Site Discovery Initiative, EPA collected ground water samples from seven public supply wells located in Cabo Rojo (Hacienda la Margarita, Cabo Rojo 1, Cabo Rojo 2, Cabo Rojo 3, Club de Leones, Ana Maria, and Remanzo), three privately owned wells (Lighthouse Tropical Inn, Mariola Bottled Water facility, and Schoenstatt Convent), and two wells from a neighboring PRASA system (Pozo III/Javieres and Pozo II /Hormigueros) [Ref. 7, pp. 3-7; 9, pp. 7-16]. A review of the analytical results confirmed the presence of chlorinated solvents in the Ana Maria and Club de Leones wells; chlorinated solvents were not detected in any of the other wells sampled [Ref. 7, p. 5; 8, pp. 42-86].

In order to initiate the task of identifying hazardous waste sites in the vicinity of confirmed ground water contamination, EPA conducted file searches at the offices of the Puerto Rico Environmental Quality Board (PREQB) and Puerto Rico Industrial Development Company (PRIDCO) to obtain information regarding hazardous waste storage practices and hazardous waste releases [Ref. 26, p. 2]. EPA also conducted an Internet search for listings of dry cleaning and automobile repair facilities in and around Cabo Rojo [Ref. 26, p. 2]. Based on the file and Internet searches, EPA compiled a complete list of facilities at which to conduct site reconnaissance activities [Ref. 26, p. 2]. In November and December 2006 EPA conducted site reconnaissance activities at 68 facilities within the municipality of Cabo Rojo [Ref. 9, pp. 18-40, 43-61; 26, pp. 8-33]. As a result of the Site Discovery Initiative, EPA identified fifteen facilities that required further investigation [Ref. 26, p. 34; 37, p. 1]. The 53 remaining facilities were mainly gas or service stations or retail facilities where there was evidence of use of only non-chlorinated substances, primarily excluded petroleum products [Ref. 26, pp. 8-33]. The fifteen facilities requiring further investigation were: four abandoned facilities where uncontained waste sources possibly exist, three dry cleaning facilities that use or were suspected of using chlorinated solvents, six mechanic shops where poor housekeeping or the usage of chlorinated solvents was observed or suspected, and two painting/print shops with partial outdoor operations and usage of chlorinated solvents [Ref. 26, pp. 8, 10-15, 20-22, 25-28].

In January 2007, EPA conducted source investigations at the fifteen facilities in Cabo Rojo identified as potential sources of the ground water contamination [Ref. 37, p.1]. These investigations included the completion of fourteen Preliminary Assessment/Site Inspections (PA/SI); the location of one of the facilities (i.e., PRIDCO) was not confirmed and a PA/SI could not be conducted [Ref. 37, p.1]. Of the fourteen facilities where PA/SI level investigations were completed, twelve investigations included collection of surface and subsurface soil and ground water samples [Ref. 37, p.1]. EPA collected a total of 61 surface soil samples, 66 subsurface soil samples, and 28 ground water samples from twelve facilities in an effort to identify potential sources of ground water contamination [Ref.18, pp. 3-5; 21, pp. 3, 5-6; 24, pp. 3-6; 38, pp. 3-4; 40, pp. 3-7; 42, pp. 3, 5; 45, pp. 3-7; 47, pp. 3-7; 49, pp. 3-7; 52, pp. 3, 5; 54, pp. 3-5; 56, pp. 3-7]. Samples collected from nine of these facilities did not indicate the presence of chlorinated solvents in soil or ground water samples [Ref. 39, pp. 35-58; 41, pp. 37-93; 43, pp. 27-60; 44, pp. 117-122; 46, pp. 38-48, 202-246; 48, pp. 165-212; 50, pp. 30-59; 51, pp. 41-52; 53, 146-166; 55, pp. 41-61; 57, pp. 119-163]. Chlorinated solvents (i.e., PCE, TCE, cis-1,2-DCE, trans-1,2-DCE, and vinyl chloride) were detected at the three remaining facilities [Ref. 19, pp. 13-14, 34-35, 37-38; 22, pp. 39, 42, 45; 25, pp. 9, 18, 21].

No facility in the immediate area of either the Ana Maria well or Club de Leones well had VOC contamination detected in both soil and ground water samples [Figure 2]. At the Extasy Q Prints (EQP) facility, ground water samples indicated the presence of PCE; however, there were no VOCs detected in surface or subsurface soil samples [Figure 2; Ref. 20, pp. 15-17; 21, pp. 6, 9; 22, pp. 39, 42, 45, 47-87]. At another nearby facility, Cabo Rojo Professional Dry Cleaners (CRPDC), surface and subsurface soil samples indicated the presence of PCE; however, PCE was not detected in the ground water samples [Figure 2; Ref. 23, p. 17; 24, pp. 4-5; 25, pp. 9, 18, 21, 27-37; 32, p. 6]. Conversely, both soil and ground water samples collected from the D'Elegant Fantastic Dry Cleaners (DFDC) facility indicated the presence of cis-1,2-DCE, TCE and PCE; however, the facility is not in close proximity to the Ana Maria well (i.e., the DFDC facility is located approximately 4,600 feet southwest of the well) and the CRPDC facility is located between the well and that facility [Figure 2; Ref. 18, pp. 4-5; 19, pp. 13-14, 34-35, 37-38]. Based on these considerations, the ground water contamination observed in the two public supply wells (i.e., Ana Maria and Club de Leones); is not known to be attributable to any specific source(s).

Descriptions of the three aforementioned facilities, including the results of the PA/SI investigations, are provided below:

PR-MTBE-BROWN-0003165