# EXHIBIT E

## EXHIBIT E

| WELL LIST #1 | | |
|---|---|---|
| | **Trial Site** | **Well Name (From Mr. Brown's Report)** |
| 1 | Caguas 3042 | JMUN Well |
| 2 | Caguas 3042 | Piezometer CJ 12 |
| 3 | Caguas 3042 | Villa Del Rey |
| 4 | Cayey 242 | Caserio 1 Well |
| 5 | Cayey 242 | Cayey 1 Well |
| 6 | Cayey 242 | Cayey 5 Well |
| 7 | Cayey 242 | Escuela Well |
| 8 | Cayey 242 | Minima Well |
| 9 | Cayey 242 | Munoz Rivera Well |
| 10 | Cayey 242 | Polvorin 1 Well |
| 11 | Cayey 242 | Polvorin 2 Well |
| 12 | Cayey 242 | Santo Domingo Well |
| 13 | Cayey 242 | USA 1 Well |
| 14 | Cayey 242 | USA 2 Well |
| 15 | Manati | Manati 3 Well |
| 16 | Manati | Manati 3B Well |
| 17 | Manati | Oficina P Well |
| 18 | Maysonet | Garrochales 1 Well |
| 19 | Maysonet | Garrochales 2 Artesian |
| 20 | Maysonet | Garrochales 3 Well |
| 21 | Maysonet | GRIV 4 Well |
| 22 | Maysonet | Griv 6 Well |
| 23 | Maysonet | Hman Well |
| 24 | Maysonet | Jas 7 Well |
| 25 | Maysonet | RROS 2 Well |
| 26 | Maysonet | RROS 3 Well |
| 27 | Maysonet | Sector Palmas Well |
| 28 | Maysonet | Smar Well |
| 29 | Ponce 364 | Albergue De Ninos Well |
| 30 | Ponce 364 | Angola 4 Well |
| 31 | Ponce 364 | AUS Well |
| 32 | Ponce 364 | Bla 1 Well |
| 33 | Ponce 364 | Bla 2 Well |
| 34 | Ponce 364 | Bla 3 Well |
| 35 | Ponce 364 | Bla 4 Well |
| 36 | Ponce 364 | Canas Well |
| 37 | Ponce 364 | Cementerio Well |
| 38 | Ponce 364 | Giron 1 Well |
| 39 | Ponce 364 | Heraclio Well |

**EXHIBIT E**

| WELL LIST #1 | | |
|---|---|---|
| | **Trial Site** | **Well Name (From Mr. Brown's Report)** |
| 40 | Ponce 364 | Hospital de Damas |
| 41 | Ponce 364 | ITEC Well |
| 42 | Ponce 364 | Jgar 1 Well |
| 43 | Ponce 364 | Jgar 2 Well |
| 44 | Ponce 364 | Manhattan 1 Well |
| 45 | Ponce 364 | Matilde 1 Well |
| 46 | Ponce 364 | Matilde 1A Well |
| 47 | Ponce 364 | Matilde 2 Well |
| 48 | Ponce 364 | Matilde 3 Well |
| 49 | Ponce 364 | Medio Magueyes Well |
| 50 | Ponce 364 | PC 1 Well |
| 51 | Ponce 364 | PC 2 Well |
| 52 | Ponce 364 | PC 3 Well |
| 53 | Ponce 364 | PC 4 Well |
| 54 | Ponce 364 | PC 5 Well |
| 55 | Ponce 364 | PC 6 Well |
| 56 | Ponce 364 | PC BTR Well |
| 57 | Ponce 364 | Perseverancia 1 Well |
| 58 | Ponce 364 | Perseverancia 2 Well |
| 59 | Ponce 364 | Perseverancia 3 Well |
| 60 | Ponce 364 | Perseverancia Dug Well |
| 61 | Ponce 364 | Piezometer Angor 8 |
| 62 | Ponce 364 | Piezometer Ser 1 |
| 63 | Ponce 364 | Piezometer Ser 2 |
| 64 | Ponce 364 | PRCEM 2 Well |
| 65 | Ponce 364 | RMAN Well |
| 66 | Ponce 364 | ROD Well |
| 67 | Ponce 364 | Rufina Well |
| 68 | Ponce 364 | Santiago 1 Well |
| 69 | Ponce 364 | Santiago Well |
| 70 | Ponce 364 | Sser 1 Well |
| 71 | Ponce 364 | UCAT 1 Well |
| 72 | Ponce 364 | UCAT 2 Well |
| 73 | Ponce 364 | Western P-1 Well |
| 74 | Ponce 364 | Western P-2 Well |
| 75 | Ponce 800 | Alhambra East Well |
| 76 | Ponce 800 | Alhambra West Well |
| 77 | Ponce 800 | Buena Vista Well |
| 78 | Ponce 800 | CAF 3 Well |

**EXHIBIT E**

| | WELL LIST #1 | |
|---|---|---|
| | **Trial Site** | **Well Name (From Mr. Brown's Report)** |
| 79 | Ponce 800 | CAF 4 Well |
| 80 | Ponce 800 | California Well |
| 81 | Ponce 800 | Can Well |
| 82 | Ponce 800 | CDEP Well |
| 83 | Ponce 800 | Constancia BTR Well |
| 84 | Ponce 800 | Cuatro Calles 1 Well |
| 85 | Ponce 800 | Cuatro Calles 2 Well |
| 86 | Ponce 800 | Cuatro Calles 3 Well |
| 87 | Ponce 800 | Cuatro Calles 4 Well |
| 88 | Ponce 800 | Flores Well |
| 89 | Ponce 800 | La Alhambra 2 Well |
| 90 | Ponce 800 | Pasto Test Well |
| 91 | Ponce 800 | Rovira 1 Well |
| 92 | Ponce 800 | Rovira 2 Well |
| 93 | Ponce 800 | Sac 3 Well |
| 94 | Ponce 800 | Sace 2 Well |
| 95 | Ponce 800 | Salazar Well |
| 96 | Ponce 800 | Sauri 1 North Well |
| 97 | Ponce 800 | Teneria BTR Well |
| 98 | Ponce 800 | Teneria Deep Well |
| 99 | Ponce 800 | Teneria Well |
| 100 | Ponce 800 | Valle Verde Well |
| 101 | Ponce 800 | Vasallo 1 Well |
| 102 | Pozo Club de Leones Well | Bajura 1 Well |
| 103 | Pozo Club de Leones Well | Bajura P3 Well |
| 104 | Pozo Club de Leones Well | Cabo Rojo #8 |
| 105 | Pozo Club de Leones Well | Cabo Rojo P2 Well |
| 106 | Pozo Club de Leones Well | El Remanso |
| 107 | Pozo Club de Leones Well | Lopez Well |
| 108 | Pozo Club de Leones Well | McDougal |
| 109 | Pozo Club de Leones Well | Terminal de Carros Publicos |
| 110 | Pozo Club de Leones Well | Viejo Well |
| 111 | Pozo Club de Leones Well | Weko 1 |
| 112 | Pozo Club de Leones Well | Weko 2 |
| 113 | San Juan 1012 | CUN Well |
| 114 | San Juan 1012 | Gabriela Mistral |
| 115 | San Juan 1012 | HAM 1 Well |
| 116 | San Juan 1012 | Hato Rey 2 Well |
| 117 | San Juan 1012 | Hato Rey 3 Well |

**EXHIBIT E**

| | WELL LIST #1 | |
|---|---|---|
| | **Trial Site** | **Well Name (From Mr. Brown's Report)** |
| 118 | San Juan 1012 | Hato Rey 4 Well |
| 119 | San Juan 1012 | Hospital Auxilio Mutuo |
| 120 | San Juan 1012 | HPAR Well |
| 121 | San Juan 1012 | Piezometer Jardin Botanico III-19 |
| 122 | San Juan 1012 | Piezometer Los Olmos 11 |
| 123 | San Juan 1012 | Piezometer Max Bohr I-12 |
| 124 | San Juan 1012 | Piezometer Max Bohr II-12 |
| 125 | San Juan 1012 | Piezometer UG 9 |
| 126 | San Juan 1012 | Planta Piloto Well |
| 127 | San Juan 1012 | Sorbona |
| 128 | San Juan 1012 | Sorbona Well |
| 129 | San Juan 1012 | University Garden Well |
| 130 | San Juan 1012 | UPR 2 Well |
| 131 | San Juan 1012 | UPR Front Well |
| 132 | San Juan 1012 | Villa Nevarez Well |

**EXHIBIT E**

| WELL LIST #2 | | |
|---|---|---|
| | **Site** | **Well Name (From Mr. Brown's Report)** |
| 1 | Caguas 3042 | CVDMAT |
| 2 | Caguas 3042 | Piezometer Caguas |
| 3 | Ponce 364 | Sprague Well |
| 4 | Ponce 364 | Reparada Domestic Well |
| 5 | Ponce 364 | CVS Well |
| 6 | Ponce 800 | San Anton North Well |
| 7 | Ponce 800 | Luciano 1 Well |
| 8 | Ponce 800 | Ismael Maldonado |
| 9 | Ponce 800 | Beljica Well |
| 10 | Ponce 800 | Estancia Well |
| 11 | Ponce 800 | Isabela BTR Well |

## EXHIBIT E

| WELL LIST #3 | | |
|---|---|---|
| | **Site** | **Well Name (From Mr. Brown's Report)** |
| 1 | Caguas 3042 | APER Well |
| 2 | Caguas 3042 | HREG 2 Well |
| 3 | Caguas 3042 | HREG 3 Well |
| 4 | Caguas 3042 | HREG 1 Well |
| 5 | Guayama Filtration Plant | VROV Well |
| 6 | Guayama Filtration Plant | IFAC 1 Well |
| 7 | Maysonet | RROS 1 Well |
| 8 | Maysonet | RROS 4 Well |
| 9 | Maysonet | Garrochales 2 Well |
| 10 | Ponce 364 | Vocacional Well |
| 11 | Ponce 800 | Cuatro Calles 5 Well |
| 12 | Ponce 800 | San Anton 1 Well |
| 13 | Ponce 800 | Reparto Constancia Well |
| 14 | Ponce 800 | Pasto 3 Well |
| 15 | Ponce 800 | Estrella 1 Well |
| 16 | Ponce 800 | Estrella 2 Well |
| 17 | Ponce 800 | Estrella BTR Well |
| 18 | Ponce 800 | Pampanos Well |
| 19 | Ponce 800 | Monagas 2 Well |
| 20 | Ponce 800 | Monagas 1 Well |
| 21 | Ponce 800 | Belgica Well |
| 22 | San Juan 1012 | Hato Rey 1 Well |
| 23 | San Juan 1012 | Piezometer Parque Fuentes I-7 |
| 24 | San Juan 1012 | Piezometer Parque Fuentes II-7 |
| 25 | San Juan 1012 | Piezometer Munoz Marin 1A-8 |
| 26 | San Juan 1012 | Piezometer Munoz Marin 1B-8 |
| 27 | San Juan 1012 | Osuna Well |
| 28 | San Juan 1012 | Roosevelt Well |
| 29 | San Juan 1012 | Extension Roosevelt Well |
| 30 | San Juan 1012 | Isabel La Catolica Well |