# EXHIBIT F

```
                                                                    1
     C52LMTB1
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE: METHYL TERTIARY BUTYL          MDL 1358
 3   ETHER ("MTBE") PRODUCTS               00 Civ. 1898 (SAS)
 4   LIABILITY LITIGATION
 4
 5   ------------------------------x
 5                                         New York, N.Y.
 6                                         May 2, 2012
 6                                         2:10 p.m.
 7
 7   Before:
 8
 8                    HON. SHIRA A. SCHEINDLIN,
 9
 9                                         District Judge
10
10                         APPEARANCES
11
11   MILLER, AXLINE & SAWYER
12        Attorneys for Plaintiff
12   BY:  MICHAEL AXLINE
13
13   LAW OFFICES OF JOHN K. DEMA, P.C.
14        Attorneys for Plaintiffs Puerto Rico and New Jersey
14   BY:  JOHN K. DEMA
15        SCOTT E. KAUFF
15
16   McDERMOTTT WILL & EMERY LLP
16        Attorneys for Defendant Exxon Mobil Corporation
17   BY:  JAMES PARDO
17        STEPHEN RICCARDULLI
18
18   KING & SPALDING
19        Attorneys for Defendant Chevron
19   BY:  JAMES J. MAHER
20
20   GREENBERG TRAURIG
21        Attorneys for Defendants
21   BY:  DAWN A. ELLISON
22
22   BAKER BOTTS LLP
23        Attorneys for Defendants Hovensa
23   BY:  CHRISTOPHER DANLEY
24
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                               16
     C52LMTB1
 1              THE COURT:  So now we go to defendants' agenda items.
 2              The first one is this delineation of the Tamcrest site
 3   where plaintiffs incorrectly delineated that particular site
 4   accidentally, I guess allegedly accidentally, delineated a
 5   different country club.  And this error has been discussed.
 6              And in the April 25 letter defendant asked the Court
 7   to order production of the correct delineation and instruct the
 8   plaintiffs to expedite responses, to cite specific discovery
 9   requests defendants might need after receiving the revised
10   delineations.
11              In the April 30 letter, plaintiffs said they now
12   provided the revised delineation on April 27, is that right,
13   did you get a revised delineation?
14              MR. PARDO:  We did, your Honor.  There are other
15   issues about the delineations.  But this issue I believe with
16   the country club has been resolved.
17              THE COURT:  Is there an issue that I need to address
18   today or no?
19              MR. PARDO:  Specific to that, no, your Honor.
20              THE COURT:  So we go to the next one.  The next one is
21   called Puerto Rico plaintiffs' failure to delineate its trial
22   sites.
23              Defendants' April 25 letter said plaintiffs had not
24   yet delineated its trial sites.  On April 27, plaintiffs did
25   advise the defendant which three of their ten they were
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    17
          C52LMTB1
 1    dropping and they say they produced delineations for the
 2    remaining seven.  But they also called them preliminary
 3    delineations.  They want to reserve the right for the expert to
 4    amend or modify the delineations.
 5              Apparently, in June of 2011, which of course I can't
 6    remember but that's why God created transcripts, June 2011 I
 7    said that the delineations should be final and the plaintiffs
 8    should live with the delineations they drew.
 9              But, apparently, October in the transcript I said
10    something like oh, no, that was earlier, October 2010, I
11    supposedly said with reference to a number of private wells
12    that were near the trial sites, I said this is far from final
13    and it would take more time to ascertain all the number of
14    private wells as opposed to public wells without an expert.
15              So I wasn't talking about the same subject, sounds
16    like it was two different subjects.
17              Also plaintiffs say that their nontestifying
18    consultants attempted to draw the site geographic boundaries
19    so-called generously so the discovery could cover the entire
20    scope of ground water contamination.
21              If these were drawn generously, it seems to me that
22    these delineations should be final and binding and not amended
23    and modified because they could change dramatically.  That
24    wouldn't be fair.
25              MR. AXLINE:  Your Honor, with respect to all of the
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```

```
                                                                    18
         C52LMTB1
   1     delineations that we've provided today in both New Jersey and
   2     Puerto Rico, we have made it clear and the defendants have
   3     accepted and I thought your Honor had understood that these
   4     delineations were for the purpose of narrowing down what the
   5     defendants had to look at.  They've been produced by our
   6     consulting experts, not by our testifying experts.
   7              THE COURT:  Right.  But they delineate the geographic
   8     limitations of the site.
   9              MR. AXLINE:  Correct.  But we've always reserved the
  10     right when we have our testifying experts do a closer analysis
  11     of these.
  12              THE COURT:  But you can't expand the site at that
  13     point.  You can contract it.  You could find more things within
  14     it, but you can't expand the geographic limitation.  That could
  15     change the site entirely.
  16              MR. AXLINE:  That's why we drew them generously.
  17              THE COURT:  I understand that.  So now you're bound to
  18     that.  You can draw the line narrower or make less of it, but
  19     you can't suddenly double it.  That would not be fair.  It
  20     would change entirely.
  21              So I'm saying the delineations you drew are final on
  22     the outer limits.  You can always contract them.  That seems to
  23     be OK, but you can't expand them.
  24              MR. AXLINE:  Understood, your Honor.
  25              THE COURT:  OK.  With that understanding, what's left,
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                    (212) 805-0300
```