# EXHIBIT G

1

```
     D1ikmtbc
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    IN RE:  MTBE                           MDL 1358
3
4    ------------------------------x
4                                           New York, N.Y.
5                                           January 18, 2013
5                                           3:00 p.m.
6
6    Before:
7
7                      HON. SHIRA A. SCHEINDLIN,
8
8                                        District Judge
9
9                          APPEARANCES
10
10   COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
11        Attorneys for Plaintiffs
11   LEONARD Z. KAUFMANN
12
12   McDERMOTT WILL & EMERY LLP
13        Defense Liaison Counsel and Attorneys for ExxonMobil
13   JAMES PARDO
14   STEPHEN RICCARDULLI
14   LISA GERSON
15
15   SEDGWICK LLP
16        Attorneys for Shell Oil Company/Motiva Enterprises LLC
16   PETER C. CONDRON
17
17   BEVERIDGE & DIAMOND PC
18        Attorneys for Sunoco Defendants
18   DANIEL M. KRAININ
19
20
21
22
23
24
25
```

23

D1ikmtbc

1      THE COURT:  So we need a date.  The last time I
2  counted two weeks, I managed to skip a week.  I'll try harder.
3      So February 1st would be exactly two weeks.  I think I
4  gave a little more before.  February 6th, February 8th,
5  something like that.  So that's when these files are due.
6  After you've had a chance to review them, Mr. Riccardulli,
7  either write a letter or just ask for a conference and we'll go
8  over it.
9      MR. RICCARDULLI:  OK.  Thank you, your Honor.
10      THE COURT:  So for now, I've addressed the issues in
11  the letters before me; is that right or wrong?
12      MR. RICCARDULLI:  That's right, your Honor.
13      THE COURT:  I think so.
14      MR. RICCARDULLI:  There's other -- well, two others
15  issues.  We have now received the sort of revised report of
16  Anthony Brown.  And there are a couple of issues that we wanted
17  to raise with the Court.
18      The first -- and Mr. Kaufmann and I spoke this
19  morning, so I'm doing this more I think for the record so we
20  can just put our agreement on the record.  Mr. Brown has
21  revised the report to remove the specific references to
22  receptors outside of the delineation.
23      However, in his narrative report, after he finishes
24  the narrative section about each of the sites, he then refers
25  the reader to a Figure 1, which is a map of the site, which

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

24

D1ikmtbc
```
 1   still identifies by name receptors, both inside and outside of
 2   the delineation.  Obviously, for us we want make sure that it's
 3   clear that anything outside the delineation is not in -- he
 4   can't point to them, either in the text of his report or in
 5   Figure 1.  Mr. Kaufmann, I believe, agrees that for those
 6   outside of the delineation, that they are not to be shown to
 7   the jury in any way, that that figure would have to be amended
 8   to make sure that there is no reference to those specific
 9   receptors outside of the delineations.  And I wanted to make
10   sure that our agreement is clear and just put it on the record.
11           MR. KAUFMANN:  That's correct, your Honor.  Assuming
12   that type of figure were to go to the jury, it would be excised
13   or edited in accordance with your Honor's order.
14           MR. RICCARDULLI:  OK.
15           The next issue, your Honor, is that when Mr. Brown
16   revised his report for each of the -- and there's an individual
17   sort of packet or section for each site -- he's now added the
18   language, particularly a sentence that has caused us some
19   concern, and it reads:  "The analysis of impacts to groundwater
20   from MTBE released at the site has been limited by the Court to
21   a delineated area in order to efficiently present evidence.
22   Contamination released at the site will continue to migrate
23   with groundwater, and without remediation, the contamination
24   may migrate beyond the delineation boundaries."
25           We're somewhat concerned, at least troubled, by the
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300