# EXHIBIT H

```
                                                                        1
     13UAMTBAps
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE:  METHYL TERTIARY BUTYL         00 MDL 1358
 3   ETHER ("MTBE") PRODUCTS               Master File C.A.
 4   LIABILITY LITIGATION                  No. 1:00-1898 (SAS)
 4
 5   ------------------------------x
 5
 6                                         March 30, 2011
 6                                         4:45 p.m.
 7
 7   Before:
 8
 8                  HON. SHIRA A. SCHEINDLIN,
 9
 9                                         District Judge
10
10                        APPEARANCES
11
11   MILLER, AXLINE & SAWYER
12        Attorneys for Plaintiffs
12   BY:  MICHAEL D. AXLINE, ESQ.
13
13   COHN LIFLAND PEARLMAN
14   HERRMANN & KNOPF LLP
14        Attorneys for New Jersey Plaintiffs
15   BY:  LEONARD Z. KAUFMANN, ESQ.
15
16   WEITZ & LUXENBERG, P.C.
16        Plaintiffs' Liaison Counsel
17   BY:  WILLIAM A. WALSH, ESQ.
17
18   McDERMOTT, WILL & EMERY
18        Attorneys for Defendants Exxon Mobil Corp.
19        and Defendants' Liaison Counsel
19   BY:  STEPHEN J. RICCARDULLI, ESQ.
20        JAMES A. PARDO, ESQ.
21   EIMER STAHL KLEVORN & SOLBERG, LLP
21        Attorneys for Defendant Citgo Refining
22        and Chemicals Company, L.P.
22   BY:  NATHAN P. EIMER, ESQ.
23
23
24   BEVERIDGE & DIAMOND, P.C.
24        Attorneys for Defendant Sunoco, Inc. (R&M)
25   BY:  JOHN S. GUTTMANN, ESQ.
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                               59
        13UAMTBAps
 1      send people out in trucks, with maps, stick the pin in the map
 2      where the well is.  They need to do it.  It needs to be
 3      produced to the defense.  If they don't have the single GIS
 4      coordinate -- what does this stand for, anyway?
 5               MR. PARDO:  Global Information -- Geographic
 6      Information.
 7               THE COURT:  Information what?
 8               MR. AXLINE:  Information Service.  I think that's the
 9      same thing that your nav system uses in your car.
10               THE COURT:  Yes.  If they don't have that, I guess we
11      have to send people out on the roads and fields.  They've got
12      to do it if they want to bring this lawsuit.  They hope to
13      recover damages.  They've got to be able to put a pin in a map.
14      And they have to do it by July 1.  Instead of asking them
15      what's possible, tell them that's what the Court ordered and
16      the Court is not moving this date.  And if they want to have a
17      case left at the end of it, they better do it by July 1.
18               In fact, putting it differently, any place there's not
19      a pin on a map is out of a case.  That's incentive.
20               MR. AXLINE:  Understood, your Honor.
21               THE COURT:  Now what, Mr. Pardo?
22               MR. PARDO:  Well, thank you, your Honor, for that
23      directive.  Is it possible to get the information on a rolling
24      basis as they get it?
25               THE COURT:  Why not?
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```