# EXHIBIT I

Confidential   (Per 2004 MDL 1358 Order)

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------X

IN RE:  METHYL TERTIARY-BUTYL   : MASTER FILE NO.
ETHER ("MTBE") PRODUCTS         : 1:00-1898
LIABILITY LITIGATION            : MDL 1358 (SAS):
                                : No. M21-88
THIS DOCUMENT RELATES TO:       :

COMMONWEALTH OF PUERTO          :
RICO, et al.,                   :
            Plaintiffs,         :

     vs.                        : Case No.:

SHELL OIL CO., et al.,          : 07-CIV-10470(SAS)

            Defendants.         :

------------------------------X

CONFIDENTIAL (PER 2004 MDL 1358 ORDER)

THIS TRANSCRIPT CONTAINS CONFIDENTIAL

DOCUMENT(S), INFORMATION OR OTHER THINGS

Videotaped 30(b)(6) Deposition of

Commonwealth of Puerto Rico

By and through its Designated Representative

BRUCE K. GREEN

Washington, D.C.

Wednesday, November 20, 2013

Reported by: Janet A. Hamilton, RDR

Golkow Technologies, Inc. - 1.877.370.DEPS

6612ab2d-11b8-48ce-83bc-6ad9f302d418

Confidential   (Per 2004 MDL 1358 Order)

1   5 Topic No. 1 Well Index?
2         A.   No.
3         Q.   Do you know who did?
4         A.   Counsel provided me this document. I don't
5   know who, who made this list.
6         Q.   With regard to this list, it cross-references
7   a topic number 1. Am I correct? Designated issue
8   number 1?
9         A.   I believe that it cross-references other
10  topics that are not specific to the line about having
11  impacted, been impacted or threatened by releases of
12  MTBE.  It's more of a generic question regarding the
13  general water resources of the area and wells that,
14  because in, in definition number 16, the definitions of
15  wells refers to those wells that are public or private
16  within plaintiffs' April 27, 2012, trial site
17  delineation for Trial Site No. 5 including but not
18  limited to the wells identified below, and those were
19  Coco, C-O-C-O well, and Santa Maria.
20              So my understanding of this was that there
21  was interest in finding out beyond those two wells,
22  Coco and Santa Maria, what other water resources, wells
23  were in the area, in the delineated area, and to
24  properly answer some of these questions, topics in the
25  back such as 6, 7, 8, 9, 10, 11, 12, these are more

Confidential   (Per 2004 MDL 1358 Order)

Page 56

1  generic questions that have, don't mention threats of
2  impact.
3          So to the extent that I thought we should be
4  as inclusive as we can and provide as much information
5  to you as possible, I requested to counsel if we could
6  identify every single well that was in that delineated
7  area.
8      Q.  Understood. Let's see if we can begin with a
9  basic description of the Topic No. 1 Well Index for
10 Trial Site 5. Where it says site number, that number
11 designation indicates what?
12     A.  That is a USGS ID number based on a latitude
13 and longitude.
14     Q.  And with respect to the latitude and
15 longitude, they are also indicated in the third and
16 fourth columns from the left; am I correct?
17     A.  That's correct, and my understanding is that
18 in many times older wells were, the latitude/longitude
19 in their original site ID were used with pre-GIS
20 technology. So rather than, and this is what I
21 understand. I'm not sure if it's in all jurisdictions,
22 but if it was a 50-year-old well, it was tagged with
23 the latitude/longitude taken from a map, a topo map,
24 but with the onset of GIS technology and the change to
25 decimal latitude/longitude that would be the location