# EXHIBIT J

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Lisa A. Gerson
Attorney at Law
lgerson@mwe.com
+1 212 547 5769

February 7, 2014

BY ELECTRONIC MAIL AND LNFS

Duane Miller, Esq.
Tracey L. O'Reilly, Esq.
Miller Axline & Sawyer PC
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825

Re: *Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 07-CV-10470
Stipulation on Authentication of Documents

Counselors,

On behalf of Defendants, I am writing regarding the Court's prior order requiring the parties to enter a stipulation on authentication of documents. On November 6, 2013, Defendants Esso and ExxonMobil sent Plaintiffs a draft stipulation regarding the authenticity of documents. Plaintiffs never responded to this draft declaration. Instead, Plaintiffs raised the issue of authentication of documents with the Court at the conference on November 18, 2013 and requested a deadline for Defendants' submission of declarations on this topic. Instead, after hearing argument, the Court placed the burden on Plaintiffs to move this process along. CMO 113 required Plaintiffs to "promptly" inform all Defendants whether the Esso and Exxon proposed stipulation on authentication of documents is acceptable. If not acceptable, Plaintiffs were required to "immediately notify Defendants of the deficiencies and attempt to resolve the dispute[.]" The Court also required that Plaintiffs submit a declaration on authenticity.

Plaintiffs never complied with CMO 113. Nor have Plaintiffs responded to Mr. Carlos Bollar's January 2, 2014 email again requesting a response to the original proposal. *See Email from C. Bollar to T. O'Reilly, et al.* (Jan. 2, 2014) (attached at Ex. A). Therefore, Defendants intend to present the attached Stipulation on Authentication of Documents to the Court at the March status conference and request that the same be So Ordered (attached at Ex. B). We would welcome your input on this proposed stipulation ahead of the March conference.