# EXHIBIT K

# Gerson, Lisa

**From:** Gerson, Lisa
**Sent:** Wednesday, March 05, 2014 5:47 PM
**To:** 'Duane Miller' (dmiller@toxictorts.org); 'Tracey O'Reilly' (toreilly@toxictorts.org)
**Cc:** 'mdl1358@weitzlux.com' (mdl1358@weitzlux.com); MDL1358; Miller, Axline & Sawyer (toxictorts@toxictorts.org)
**Subject:** FW: PR: Stipulation on Authentication of Documents

Counselors,

Defendants have not received a response to our February 7, 2014 letter regarding the proposed Stipulation on Authentication of Documents. As preconference letters are due next week, we are writing to confirm that Defendants intend to ask the Court to enter an Order regarding authentication of documents in substantially the same form as attached to our February 7th letter, with the addition that we will request that the Order define "parties" to include "Covered Persons."

Thank you,

Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Tel: 212-547-5769
Fax: 646-224-8675

**From:** MDL1358
**Sent:** Friday, February 07, 2014 4:09 PM
**To:** MDL1358 Users
**Subject:** FW: PR: Stipulation on Authentication of Documents


**From:** Gerson, Lisa
**Sent:** Friday, February 07, 2014 3:08:34 PM (UTC-06:00) Central Time (US & Canada)
**To:** 'Duane Miller' (dmiller@toxictorts.org); 'Tracey O'Reilly' (toreilly@toxictorts.org)
**Cc:** MDL1358; 'mdl1358@weitzlux.com' (mdl1358@weitzlux.com); Miller, Axline & Sawyer (toxictorts@toxictorts.org)
**Subject:** PR: Stipulation on Authentication of Documents

Counselors,
Please see the attached letter. The same will be served on all counsel of record by LNFS.

Thank you,

Lisa A. Gerson
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Tel: 212-547-5769
Fax: 646-224-8675