# EXHIBIT O

Law Offices of
# MILLER, AXLINE & SAWYER
A Professional Corporation



DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY
EVAN EICKMEYER
DANIEL BOONE
JUSTIN MASSEY
BRIAN D. SHANNON
DONALD MOONEY, of Counsel

April 17, 2013

VIA U.S. MAIL AND LNFS

Peter C. Condron, Esq.
Sedgwick
2900 K Street NW
Harbourside, Suite 500
Washington, D.C. 20007-5127

Re:   *Orange County Water District v. Unocal Corp., et al.*
      **Revised Service Station Matrix**

Dear Mr. Condron:

Pursuant to Judge Scheindlin's order at the April 10, 2013, status conference that plaintiff Orange County Water District (the "District") provide a revised station matrix which identifies the District's theories of liability and the role of each defendant, enclosed please find a Revised Service Station Matrix.  (R.T. (April 10, 2013) at 10:13-13:9.)

Sincerely,

Tracey L. O'Reilly

Encl.

cc: All Counsel (via LNFS w/h encl.)

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Arco #1887<br>16742 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | G&M #4<br>16990 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>G&M Oil<br>Lyondell<br>Shell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Shell #204359403<br>8471 Warner Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Lyondell<br>Shell<br>Texaco | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | Texaco #8520/Texaco #121608<br>8520 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Unocal #5376<br>8971 Warner Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |
| 1 | Exxon #4283/Chevron #208552<br>8980 Warner Avenue, Fountain Valley | Strict Products<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Valero | Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Mobil #18-G6B<br>9024 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | Texaco #121681<br>9475 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Unocal #5399<br>9525 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013