UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For March 19, 2014 Status Conference

### Defendants' Agenda Items:

1. *Puerto Rico*: Plaintiffs' Expert's Improper Inclusion of New Wells and Release Sites
2. *Puerto Rico*: Defendants' Request for an Order on Authentication of Documents
3. *Puerto Rico*: Plaintiffs Failure to Identify Theories of Liability at the Trial Sites
4. *Puerto Rico*: Plaintiffs' Failure to Produce Certain Expert Reliance Materials
5. *OCWD*: Schedule for Summary Judgment Pre-Motion Letters and Hearing
6. *OCWD*: Remaining Claims at Issue in the Case

### Plaintiffs' Agenda Items:

1. *Puerto Rico*: Plaintiffs' Pending Motion to Compel Tauber and Tauber's Pending Motion to Dismiss
2. *Puerto Rico*: Defendants' Excessive/Duplicative Expert Designations
3. *Puerto Rico*: Defendants' Designation of Irrelevant Experts

Dated: New York, New York
       March 11, 2014

| | |
|---|---|
| WEITZ & LUXENBERG, P.C. | McDERMOTT WILL & EMERY LLP |
| *[signature]* | *[signature]* |
| William A. Walsh (WW 3301) | Peter John Sacripanti (PS 8968) |
| Robert J. Gordon (RG 3408) | James A. Pardo (JP 9018) |
| Co-lead counsel for plaintiffs | Stephen J. Riccardulli (SR 7784) |
| 700 Broadway | 340 Madison Avenue |
| New York, New York 10003 | New York, New York 10173 |
| (212) 558-5500 | (212) 547-5400 |
| *Plaintiffs' Liaison Counsel* | *Defendants' Liaison Counsel* |