UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/14
```

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

: MDL No. 1358 (SAS)
:
: ORDER ADMITTING
: KIM HODGMAN MURPHY
: PRO HAC VICE

Came on to be considered this __12__ day of __March__ 2014, the unopposed request to admit Kimberly Elizabeth Hodgman pro hac vice, and after due consideration the Court is of the opinion that said request is well taken and should be in all things GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Kimberly Elizabeth Hodgman is admitted to practice before this Court *pro hac vice* on behalf of Tauber Oil Company in this civil action.

Dated: __March 12__, 2014.

HONORABLE SHIRA A. SCHEINDLIN

5706230.1/SP/10883/0121/031014