```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE METHYL TERTIARY BUTYL                    OPINION AND ORDER
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION                           00 Civ. 1898 (SAS)

------------------------------------------------------- X

This Document Relates to:

------------------------------------------------------- X

CITY OF NEW YORK, et al.,

                       Plaintiffs,

         - against -                           04 Civ. 3417 (SAS)

EXXON MOBIL CORPORATION, et al.,

                       Defendants.

------------------------------------------------------- X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

Upon review of defendant's letter motion, a conference has been scheduled for March 19, 2014 at 3 p.m. The Clerk of the Court is directed to close this motion (Docket Entry #694).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 13, 2014

-1-

# -Appearances-

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**Counsel for Plaintiff City of New York:**

Victor M. Sher, Esq.
Todd E. Robins, Esq.
Joshua G. Stein, Esq.
Nicholas G. Campins, Esq.
Marnie E. Riddle, Esq.
Sher Leff LLP
450 Mission Street, Suite 400
San Francisco, California 94105
(415) 348-1568

Susan Amron
Daniel Greene
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-1568

**Liaison Counsel for Defendants and Counsel for Exxon Mobil Corporation:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5583