USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/14

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Sylvia Nichole Winston
To Call Writer Directly:
(312) 862-7184
sylvia.winston@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

March 17, 2014

*Defendants' request to submit a 5 page surreply is hereby granted.*

*March 18, 2014    SO ORDERED:*

*Shira A. Scheindlin, USDJ*

**VIA E-MAIL**

The Honorable Shira A. Scheindlin
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:   Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358 (SAS)
      *New Jersey Dep't of Envt'l Prot., et al. v. Atlantic Richfield Co., et al.*
      No. 08-CIV-00312

Dear Judge Scheindlin:

In support of its Motion for Approval of the Proposed Citgo Judicial Consent Order, plaintiffs submitted an 18-page reply brief attaching two expert declarations, including one from their expert hydrogeologist Mr. Anthony Brown. Prior to filing the reply, none of plaintiffs' experts had disclosed any opinions or submitted any reports or declarations justifying the settlement terms. Accordingly, defendants did not have an opportunity to address Mr. Brown's arguments in their opposition briefs. Therefore, Defendants Atlantic Richfield Company and BP Products North America Inc. (collectively, "BP"), along with Defendants Chevron U.S.A. Inc., Getty Petroleum Marketing Inc., Getty Properties Corp., and Unocal Corporation, respectfully request leave to file a five-page sur-reply, a copy of which is attached, to address the issues raised in the reply brief and Mr. Brown's expert declaration.

Thank you for your consideration.

Respectfully,

Sylvia Winston

Enclosure
cc:   All Counsel of Record via LNFS (with attachment)

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.