IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/14
```

*In re* Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

This document relates to:
*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.,* Case No. 14-CV-01014

## STIPULATION AND ORDER EXTENDING TIME FOR ATLANTIC TRADING & MARKETING, INC. TO ANSWER OR OTHERWISE MOVE AGAINST THE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board ("Plaintiffs") filed the First Amended Complaint ("FAC") in the above-captioned action in the United States District Court for the District of Puerto Rico;

WHEREAS, the above-captioned action was transferred to MDL 1358 by the Judicial Panel on Multidistrict Litigation, effective February 10, 2014;

WHEREAS, Plaintiffs and Defendants in the above-captioned action stipulated that Defendants' time to answer or otherwise move against the FAC would be the time provided for by the Federal Rules of Civil Procedure or March 27, 2014, whichever is later (**Doc. No. 42**);

WHEREAS, Atlantic Trading & Marketing, Inc. ("ATMI") was named a defendant in this action;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and ATMI in the above-captioned action, through undersigned counsel, that ATMI's time to answer or otherwise move against the FAC shall be 45 days from March 27, 2014, and thus will be due on May 12, 2014.

AGREED TO BY:

_____
Nathan Short, Esq.
John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Tel 301-881-5900
Fax 240-536-9108
*Counsel for Plaintiffs*

_____
Albéniz Couret Fuentes, Esq.
Elaine M. Maldonado Matías, Esq.
Sepulvado & Maldonado, PSC
252 Ponce de León Ave.
Citibank Tower, 19th Floor
San Juan, Puerto Rico 00918
Telephone: (787) 765-4949
Fax: (787) 294-0073
*Counsel for Atlantic Trading & Marketing, Inc.*

SO ORDERED:

_____  _3/25/14_
Shira A. Scheindlin, U.S.D.J.    Date