EXHIBIT 1

AREA CODE 713 / 869-8700



# TAUBER OIL COMPANY

## MARKETING - TRANSPORTATION

O. J. TAUBER, SR.
CHAIRMAN OF THE BOARD

O. J. TAUBER, JR.
PRESIDENT

P.O. BOX 4645
HOUSTON, TEXAS 77210

## SALES ACKNOWLEDGMENT

TAUBER'S NO. S-10971

PURCHASER'S NO. _____

DATE 8/8/85

TO   Mr. Steve Kile
**PHILLIPS PETROLEUM COMPANY**            Page 1 of 2
Bartlesville, OK. 74004

WE ACKNOWLEDGE RECEIPT OF YOUR ORDER BY various telephone conversations between Mr.
Steve Kile and Jim Click & Bill Kyle on August 8, 1985.

TO BE SHIPPED TO   AS INSTRUCTED

DESTINATION   AS INSTRUCTED

INVOICE TO   SAME AS ABOVE
ADDRESS   SAME AS ABOVE

SHIPPING PERIOD September 1-15,
1985

SHIP VIA Buyer's Vessel

TERMS Net thirty days from bill
of lading date by wire transfer
F.O.B.   *See below

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| APPROXIMATELY 50,000 barrels | MTBE - meeting Texaco's published specifications.<br><br>Inspection for quality and quantity to be performed by a licensed petroleum inspector at point of loading. Quantity to be based on shore tank down gauges and quality to be based on shore tank samples. Cost of such inspection to be borne equally between Buyer and Seller.<br><br>Title to and risk of loss of product shall from Seller to Buyer at the flange connection between the terminal discharge line and the vessel receiving line.<br><br>Demurrage will be payable per running hour or pro rata for part thereof for all used laytime that exceeds the allowed time at the current standard industry practice applicable to a 50,000 barrel movement.<br><br>*F.O.B.  Paktank, Houston, Texas<br><br><br>WE THNAK YOU VERY MUCH FOR THIS BUSINESS!!! | *PRICE: See page 2<br><br>$1,09125<br><br>Note; Copy of inspection to be forwarded to Tauber Oil Co. P.O. Box 4645 Houston, Texas 77210.  ATTN: Jimmy Givens. |

APPLIES TO PURCHASE ORDER

_____        _____        _____        _____        _____
CORRECT          FUEL PERMIT          FREIGHT          APPLIES TO: COMPANY          P.O. NO.

**TAUBER001945**



AREA CODE 713 / 869-8700

# TAUBER OIL COMPANY

### MARKETING - TRANSPORTATION

O. J. TAUBER, SR.
CHAIRMAN OF THE BOARD

O. J. TAUBER, JR.
PRESIDENT

P.O. BOX 4645
HOUSTON, TEXAS 77210

### SALES ACKNOWLEDGMENT

TAUBER'S NO. S-10971

PURCHASER'S NO. _____

DATE 8/8/85

TO      Mr. Steve Kile
        **PHILLIPS PETROLEUM COMPANY**          Page 2 of 2
        Bartlesville, OK. 74004

WE ACKNOWLEDGE RECEIPT OF YOUR ORDER BY

TO BE SHIPPED TO                                          SHIPPING PERIOD

DESTINATION                                               SHIP VIA

INVOICE TO                                                TERMS

ADDRESS                                                   F. O. B.

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| $1.0910? | *PRICE:   $1.06 per net gallon (this price is established on basis of Platt's Oilgram posted U.S. Gulf Coast spot waterborne average unleaded gasoline price in effect on August 8, 1985).  Price to be adjusted up or down ± with any change in the posted U.S. Gulf Coast Platt's Oilgram average on date lifting commences versus August 8, 1985.  All customs fees, taxes, and duties are for the account of the buyer.<br><br>Tauber Oil Company shall be discharged and released from all liability of demurrage under this agreement, unless the claim has been presented in writing with supporting documents within ninety (90) days from completion of movement.<br><br>Please handle all scheduling through Jimmy Givens or Valerie Hayes at (713) 869-8700.<br><br>WE THANK YOU VERY MUCH FOR THIS BUSINESS!!! | JNC/WWK/ts |

APPLIES TO PURCHASE ORDER

CORRECT      FUEL PERMIT      FREIGHT             TEXACO                    P-10971
                                          APPLIES TO: COMPANY                P.O. NO.
             CC: ACCT, JAS, RF, TRANS, PETRO

**TAUBER001946**