EXHIBIT 2

MESSAGE RCVD  2/10/1994 14:10:43 13913 INBOUND PORT I
MCII 02/10/94 15:12

7689
1512 02/10 06329257 BERU6568
FAX   VERIFICATION 6568 001.4 MINS
ON 02/10/94 15:06 TO-9186621057 9186621057
CMID-0013889 DEPT-PC
0013889 :PC AT17:01 02-10
9186621057
BT


CONTRACT NO.: S-36439

GOOD MORNING, THIS IS TAUBER OIL COMPANY -- HOUSTON, TEXAS U.S.A.

FEBRUARY 10, 1994

ATTN:          MR. MARK MATTHIESEN
COMPANY:       PHILLIPS 66 COMPANY
               A DIVISION OF PHILLIPS PETROLEUM COMPANY
ADDRESS:       856 ADAMS BUILDING
               BARTLESVILLE, OK. 74004

INVOICE:       SAME

ATTN:          SAME

ADDRESS:       SAME


RE:    TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-36439

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED MAY 20, 1988, CONSTITUTES THE
ENTIRE AGREEMENT BETWEEN MARK MATTHIESON AND SCOTT PODSEDNIK ON
THIS DATE. WHEREIN TAUBER OIL COMPANY HAS AGREED TO SELL
PHILLIPS 66 COMPANY A DIVISION OF PHILLIPS PETROLEUM COMPANY
THE FOLLOWING:
                         70,000
QUANTITY:      ~~40,000~~ BARRELS +/- 5 PCT

PRODUCT:       MTBE-MEETING 95 PCT MIN. PURITY
                         .7 MAX. MEOH
                         1500 H20 MAX.     40 m B exactly $ 80.6125

PRICE:         USD ~~0.6125 PER NET GALLON~~  volume over 40 m B @ $.6050

F.O.B.:        HOUSTON, TEXAS

SHIPPING PERIOD: FEBRUARY 27-MARCH 5, 1994

PAYMENT TERMS:  NET TEN (10) AFTER BILL OF LADING DATE BY
                WIRE TRANSFER.

SHIP VIA:       BUYER'S VESSEL

SCHEDULING:     PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON
                AT 713/869-8700.

FET# 73-88-0116 SRXGH STTU

TAUBER002342

INSPECTIONS:       INSPECTION FOR QUALITY AND QUANTITY IS TO BE
                   PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT
                   POINT OF LOADING.  QUANTITY IS TO BE BASED ON
                   SHORE TANK DOWN GAUGES AND QUALITY IS TO BE BASED
                   ON SHORE TANK COMPOSITE SAMPLES.  COST OF SUCH
                   INSPECTION TO BE BORNE EQUALLY BETWEEN BUYER AND
                   SELLER.

TITLE TO:          TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS
                   FROM SELLER TO BUYER AT THE FLANGE CONNECTION
                   BETWEEN THE REFINERY DISCHARGE LINE AND THE
                   VESSEL RECEIVING LINE.

DEMURRAGE:         DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO
                   RATA FOR PART THEREOF FOR ALL USED LAYTIME PER
                   CHARTER PARTY UNLESS SUPPLIERS MARINE PROVISIONS
                   GOVERN.

                   IF MATERIAL IS LOADED AT A PUBLIC TERMINAL
                   VESSEL'S ARE LOADED ON A FIRST COME, FIRST SERVE
                   BASIS ONLY, THEREFORE, LAYTIME SHALL NOT COMMENCE
                   UNTIL VESSEL ACTUALLY OBTAINS A DOCK.

                   TAUBER OIL COMPANY SHALL BE DISCHARGED AND
                   RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER
                   THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN
                   PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS
                   WITHIN NINETY (90) DAYS UPON COMPLETION OF
                   MOVEMENT.

M.S.D.S.:          SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL
                   PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE
                   MATERIAL SAFETY DATA SHEET, LABELS AND ANY
                   UPDATED INFORMATION FOR THE PRODUCTS IN
                   ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF
                   THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
                   AT OR PRIOR TO THE TIME OF DELIVERY.

PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX
WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS
REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

SCOTT PODSEDNIK
MCI TELEX NUMBER: 6868905 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:     76-2757 TAUBER HOU
TWX NUMBER:       910-881-1645 TAUBOIL HOU
FAX NUMBER:       713-869-8069
TRT NUMBER:       1561535 TAUBER HOU

NNNN

TAUBER002343