# EXHIBIT 4

```
MESSAGE RCVD  8/04/1994 16:18:08 23598 INBOUND PORT 1
MCII 08/04/94 17:24

2863
1724 08/04 08557888 UREB2590
FAX   VERIFICATION 2590 001.9 MINS
ON 08/04/94 17:24 TO- 9186622112 9186622112
CMID-0023597 DEPT-PC
0023597 ;PC AT19:20 08-04
9186622112
BT
```

GOOD AFTERNOON, THIS IS TAUBER OIL COMPANY -- HOUSTON, TEXAS U.S.A.

AUGUST 4, 1994

| | |
|---|---|
| ATTN: | MR. STEVE BECKLOFF |
| COMPANY: | PHILLIPS 66 COMPANY |
| | A DIVISION OF PHILLIPS PETROLEUM COMPANY |
| ADDRESS: | 856 ADAMS BUILDING |
| | BARTLESVILLE, OK. 74004 |
| INVOICE: | SAME |
| ATTN: | SAME |
| ADDRESS: | SAME |

RE:   TAUBER OIL COMPANY MTBE SALES CONTRACT S-37965

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL
COMPANY'S GENERAL TERMS AND CONDITIONS DATED MAY 20, 1988,
CONSTITUTES THE ENTIRE AGREEMENT BETWEEN STEVE BECKLOFF AND
SCOTT PODSEDNIK ON THIS DATE, WHEREIN TAUBER OIL
COMPANY HAS AGREED TO SELL PHILLIPS 66 COMPANY A DIVISION OF
PHILLIPS PETROLEUM COMPANY THE FOLLOWING:

TO THE EXTENT OF ANY CONFLICT BETWEEN THE TERMS CONTAINED IN THIS
TELEX CONTRACT AND TAUBER'S GENERAL TERMS AND CONDITIONS, THE TERMS
IN THIS TELEX CONTRACT SHALL PREVAIL.

| | |
|---|---|
| QUANTITY: | 150,000 BARRELS +/- 5 PCT (SELLERS OPTION) |
| PRODUCT: | MTBE-MEETING 95 WT. PCT MIN. PURITY |
| | .5 WT. PCT MAX. MEOH |
| | 1500 PPM H20 MAX. |
| PRICE: | PLATT'S USGC AVERAGE WATERBORNE MEAN |
| | PLUS USD .0125 PER NET GALLON FOR THE WEEK |
| | LOADING COMMENCES (SUNDAY BEGINS WEEK) |
| (C.F.R.) | HOUSTON, TEXAS |
| SHIPPING PERIOD: | OCTOBER/NOVEMBER/DECEMBER, 1994 |
| | (APPROXIMATELY 50,000 BARRELS EACH MONTH, |
| | AS MUTUALLY SCHEDULED. |
| | PET# 73-88-0116 SR ST |
| PAYMENT TERMS: | NET TEN (10) AFTER BILL OF LADING DATE BY |
| | WIRE TRANSFER. |

dav

TAUBER002200

| | |
|---|---|
| SHIP VIA: | TANKER OR BARGE AS ARRANGED BY SELLER |
| SCHEDULING: | PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON OR JANET MILLER AT 713/869-8700. |
| INSPECTIONS: | INSPECTION FOR QUALITY AND QUANTITY IS TO BE PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT POINT OF LOADING.  QUANTITY IS TO BE BASED ON SHORE TANK DOWN GAUGES AND QUALITY IS TO BE BASED ON BARGE COMPOSITE SAMPLES.  COST OF SUCH INSPECTION TO BE BORNE EQUALLY BETWEEN BUYER AND SELLER. |
| TITLE TO: | TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS FROM SELLER TO BUYER AT THE FLANGE CONNECTION BETWEEN THE TERMINAL DISCHARGE LINE AND THE VESSEL RECEIVING LINE. |
| DEMURRAGE: | DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO RATA FOR PART THEREOF FOR ALL USED LAYTIME PER CHARTER PARTY.  ALLOWED LAYTIME SHALL BE CALCULATED AT 3 HOURS PLUS 2500 B.P.H. |
| OTHER: | REGARDING TAUBER GENERAL TERMS AND CONDITIONS, DELETE CLAUSE VI, FIRST SENTENCE OF BOTH CLAUSE VII AND CLAUSE X.E AND +ON HANDLING OR USE OF THE PRODUCT DELIVERY HEREUNDER+ FROM CLAUSE XIII. |
| | A FIFTEEN (15) DAY PRIOR MONTH NOTIFICATION IS REQUIRED, SHOULD PHILLIPS ELECT TO CANCEL VOLUME FOR MONTH STATED. |
| M.S.D.S.: | SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE MATERIAL SAFETY DATA SHEET, LABELS AND ANY UPDATED INFORMATION FOR THE PRODUCTS IN ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION AT OR PRIOR TO THE TIME OF DELIVERY. |

PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

SCOTT PODSEDNIK
MCI TELEX NUMBER:  6868905 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:      76-2757 TAUBER HOU
TWX NUMBER:        910-881-1645 TAUBOIL HOU
FAX NUMBER:        713-869-8069
TRT NUMBER:        1561535 TAUBER HOU

NNNN

TAUBER002201

```
FROM..   BLAINE JANZEN


CC..     TAUBER OIL
         ATTN..  KEVIN WILSON
         FAX..   713-869-8069

CC..     SGS
         ATTN..  CINDY SMITH
         FAX..   713-479-2734

TO..     OILTANKING HOUSTON
         ATTN..  MARSHA WATKINS
         FAX..   713-457-7990

BBJ4.215

THIS FAX SERVES TO CONFIRM MUTUAL ACCEPTANCE OF THE FOLLOWING
VERBAL NOMINATION..

PHILLIPS CONTRACT NO.  SW-94075

PRODUCT..              MTBE
APPROX. QUANTITY..     50 MB
BOAT..                 TBN
BARGES..               HW 2520,  HW 3027
LOAD PORT..            GATX - GALENA PARK
DISCHARGE PORT..       OILTANKING - HOUSTON
LOAD ETA..             SEPTEMBER 29 - 30, 1994
DISCHARGE ETA..        SEPTEMBER 30 - OCTOBER 1, 1994
INSPECTOR..            SGS
LOAD CHARGES..         50/50 PHILLIPS / TAUBER
DISCHARGE CHARGES..    100 PCT PHILLIPS
COMMENTS..             QUANTITY TO BE BASED ON STATIC SHORE TANK
                       DOWN GAUGE AT LOAD PORT.
                       QUALITY TO BE DETERMINED ON BARGE COMPOSITE
                       AFTER LOAD.


SPECS                  SPECIFICATIONS
-----                  --------------
MTBE CONTENT           95.0 PCT W. MIN
METHANOL                0.5 PCT W. MAX
WATER                  1500  PPM MAX


REGARDS,

BLAINE JANZEN
PHILLIPS 66 COMPANY, A DIVISION
OF PHILLIPS PETROLEUM COMPANY
BARTLESVILLE, OK
TELEX NUMBER 796289
FAX NUMBER 918-662-2112
SEPTEMBER 27, 1994
```

Handwritten annotation: Phillips 66 / 5-37965