# EXHIBIT 5

```
MESSAGE RCVD  3/22/1995 15:46:51 3631 INBOUND PORT 1
MCII 03/22/95 16:46

7513
1646 03/22 25556463 UREB6752
FAX    VERIFICATION 6752 001.2 MINS
ON 03/22/95 16:16 TO- 9186621057 9186621057
CMID-003624 DEPT-PC
003624 :PC AT18:15 03-21
9186621057
BT
```

GOOD AFTERNOON, THIS IS TAUBER OIL COMPANY--HOUSTON, TEXAS U.S.A.

MARCH 22, 1995

ATTN:              MR. FRED SISSON
COMPANY:           PHILLIPS CHEMICAL COMPANY
                   DIVISION OF PHILLIPS PETROLEUM COMPANY
ADDRESS:           ADAMS BUILDING
                   ROOM 8B10
                   BARTLESVILLE, OK. 74004

INVOICE:           SAME

ATTN:              MARILYN DUGAN

ADDRESS:           SAME

RE:      TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-39688

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED MAY 20, 1988 AS AMENDED JULY 10,
1989, CONSTITUTES THE ENTIRE AGREEMENT BETWEEN FRED SISSON AND
SCOTT PODSEDNIK ON THIS DATE. WHEREIN TAUBER OIL COMPANY HAS AGREED
TO SELL PHILLIPS CHEMICAL COMPANY DIVISION OF PHILLIPS PETROLEUM
COMPANY THE FOLLOWING:

QUANTITY:          20,000 BARRELS +/- 5 PCT

PRODUCT:           MTBE-MEETING 95 WT. PCT. MIN. PURITY
                        MEOH .5 WT. PCT MAX.
                        H2O 1500 PPM MAX.

PRICE:             USD  0.73 PER NET GALLON-PLUS SUPERFUND FEE

                   RECEIVING PARTY SHALL PROMPTLY REIMBURSE
                   DELIVERY PARTY FOR ALL APPLICABLE FEDERAL, STATE,
                   AND LOCAL TAXES/FEES AND OTHER CHARGES WITH
                   RESPECT TO DELIVERY OF THE PRODUCT(S) BY THE
                   DELIVERY PARTY.

F.O.B.:            HOUSTON/TEXAS CITY, TEXAS

SHIPPING PERIOD:   MARCH, 1995

PAYMENT TERMS:     WIRE TRANSFER TEN (10) DAYS AFTER BILL OF
                   LADING DATE.

SHIP VIA:          TANKER/BARGE

73-88-01165

**TAUBER002059**

INSPECTIONS:    INSPECTION FOR QUALITY AND QUANTITY IS TO BE
                PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT
                POINT OF LOADING.  QUANTITY IS TO BE BASED ON
                STATIC SHORE TANK DOWN GAUGES AND QUALITY IS TO
                BE BASED ON SHORE TANK COMPOSITE SAMPLES.
                COST OF SUCH INSPECTION TO BE BORNE EQUALLY
                BETWEEN BUYER AND SELLER.

TITLE TO:       TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS
                FROM SELLER TO BUYER AT THE FLANGE CONNECTION
                BETWEEN THE TERMINAL DISCHARGE LINE AND THE
                TANKER/BARGE RECEIVING LINE.

DEMURRAGE:      DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO
                RATA FOR PART THEREOF FOR ALL USED LAYTIME PER
                CHARTER PARTY UNLESS SUPPLIERS MARINE PROVISIONS
                GOVERN.

                TAUBER OIL COMPANY SHALL BE DISCHARGED AND
                RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER
                THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN
                PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS
                WITHIN NINETY (90) DAYS UPON COMPLETION OF
                MOVEMENT.

                IF MATERIAL IS LOADED AT A PUBLIC TERMINAL
                VESSEL'S ARE LOADED ON A FIRST COME FIRST SERVE
                BASIS ONLY, THEREFORE, LAYTIME SHALL NOT
                COMMENCE UNTIL VESSEL ACTUALLY OBTAINS A DOCK.

M.S.D.S.:       SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL
                PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE
                MATERIAL SAFETY DATA SHEET, LABELS AND ANY
                UPDATED INFORMATION FOR THE PRODUCTS IN
                ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF
                THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
                AT OR PRIOR TO THE TIME OF DELIVERY.

                1990 INCOTERMS TO GOVERN UNLESS OTHERWISE
                STIPULATED IN THIS AGREEMENT.


PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX
WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS
REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

SCOTT PODSEDNIK
MCI TELEX NUMBER: 6868905 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:     76-2757 TAUBER HOU
TWX NUMBER:       910-881-1645 TAUBOIL HOU
FAX NUMBER:       713-869-8069
TRT NUMBER:       1561535 TAUBER HOU

NNNN

TAUBER002060