# EXHIBIT 6

```
MESSAGE RCVD 10-24-1995 INBOUND
MCII 10/24/95 16:01
.2965
1601 10/24 25521047 UREB1659
FAX    VERIFICATION 1659 002.3 MINS
ON 10/24/95 16:01 TO- 9186621057 9186621057
CMID-0014888 DEPT-PC
0014888 :PC AT17:58 10-24
9186621057
BT
```

TS PJ
10/24

GOOD AFTERNOON, THIS IS TAUBER OIL COMPANY--HOUSTON, TEXAS  U.S.A.

++++++REVISION NO. 2++++++

OCTOBER 24, 1995

| | |
|---|---|
| ATTN: | MR. KYM GRIFFITH |
| COMPANY: | PHILLIPS CHEMICAL COMPANY |
| | A DIVISION OF PHILLIPS PETROLEUM |
| ADDRESS: | 856 ADAMS BUILDING |
| | BARTLESVILLE, OK. 74004 |
| INVOICE: | SAME |
| ATTN: | SAME |
| ADDRESS: | SAME |

RE:   TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-41435

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED MAY 20, 1988 AS AMENDED JULY 10,
1989, CONSTITUTES THE ENTIRE AGREEMENT BETWEEN KYM GRIFFITH AND
SCOTT PODSEDNIK ON THIS DATE, WHEREIN TAUBER OIL COMPANY HAS AGREED
TO SELL PHILLIPS CHEMICAL COMPANY A DIVISION OF PHILLIPS PETROLEUM
THE FOLLOWING:

QUANTITY:      50,000 BARRELS +/- 5 PCT

PRODUCT:       MTBE-MEETING 95 WT. PCT. MIN. PURITY
               MEOH     .5 WT. PCT. MAX.
               H2O      1500 PPM MAX.

PRICE:         THE FIVE (5) DAY ARITHMETIC AVERAGE OF THE
               EFFECTIVE MEAN U.S. GULF COAST WATER BORNE
               SPOT PRICE FOR MTBE AS REPORTED IN PLATT'S
               OILGRAM U.S. MARKET SCAN ON THE DAY DELIVERY
               COMMENCES, THE TWO (2) DAYS PRECEDING THE TWO
               (2) DAYS FOLLOWING PLUS USD .05 PER NET GALLON.
               IF THE COMMENCEMENT OF DELIVERY FALLS ON A
               SATURDAY OR A NON-MONDAY HOLIDAY IN THE U.S.,
               THEN THE DEEMED COMMENCEMENT OF DELIVERY SHALL
               BE THE MOST IMMEDIATELY PRECEDING FOR WHICH
               PLATT'S HAS REPORTED PRICES. IF THE COMMENCEMENT
               OF DELIVERY FALLS ON A SUNDAY OR A MONDAY HOLIDAY
               IN THE U.S., THEN THE DEEMED COMMENCEMENT OF DELIVERY
               SHALL BE THE MOST IMMEDIATELY FOLLOWING DATE FOR
               WHICH PLATT'S HAS REPORTED PRICES.

               RECEIVING PARTY SHALL PROMPTLY REIMBURSE
               DELIVERY PARTY FOR ALL APPLICABLE FEDERAL, STATE,
               AND LOCAL TAXES/FEES AND OTHER CHARGES WITH

TAUBER002125

```
                        RESPECT TO DELIVERY OF THE PRODUCT(S) BY THE
                        DELIVERY PARTY.

OTHER:++++++            DUTY PAID BY SUPPLIER.
++++++++                SUPPLIER TO BE IMPORTER OF RECORD.

C.I.F.:                 GUAYAMA, PUERTO RICO

SHIPPING PERIOD:        OCTOBER 29-NOVEMBER 2, 1995

PAYMENT TERMS:          WIRE TRANSFER TEN (10) DAYS AFTER BILL OF
                        LADING DATE.

SHIP VIA:               IVER SPLENDOR/OSS

SCHEDULING:             PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON
                        OR JANET MILLER AT (713) 869-8700.

INSPECTIONS:            INSPECTION FOR QUALITY AND QUANTITY IS TO BE
                        PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT
                        POINT OF LOADING.  QUANTITY IS TO BE BASED ON
                        STATIC SHORE TANK DOWN GAUGES AND QUALITY IS TO
                        BE BASED ON SHORE TANK COMPOSITE SAMPLES.
                        COST OF SUCH INSPECTION TO BE BORNE
                        EQUALLY BETWEEN BUYER AND SELLER.

TITLE TO:               TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS
                        FROM SELLER TO BUYER AT THE FLANGE CONNECTION
                        BETWEEN THE TERMINAL DISCHARGE LINE AND THE
                        BARGE RECEIVING LINE.

DEMURRAGE:              DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO
                        RATA FOR PART THEREOF FOR ALL USED LAYTIME PER
                        CHARTER PARTY UNLESS SUPPLIERS MARINE PROVISIONS
                        GOVERN.

                        TAUBER OIL COMPANY SHALL BE DISCHARGED AND
                        RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER
                        THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN
                        PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS
                        WITHIN NINETY (90) DAYS UPON COMPLETION OF
                        MOVEMENT.

M.S.D.S.:               SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL
                        PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE
                        MATERIAL SAFETY DATA SHEET, LABELS AND ANY
                        UPDATED INFORMATION FOR THE PRODUCTS IN
                        ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF
                        THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
                        AT OR PRIOR TO THE TIME OF DELIVERY.

                        1990 INCOTERMS TO GOVERN UNLESS OTHERWISE
                        STIPULATED IN THIS AGREEMENT.


PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX
WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS
REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

J. SCOTT PODSEDNIK
MCI TELEX NUMBER:  686?05 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:      76-?57 TAUBER HOU
TWX NUMBER:        910-881-1645 TAUBOIL HOU
FAX NUMBER:        713-869-8069
```