# EXHIBIT 7

```
*** Listing of file S-45208.pc1 ***


GOOD AFTERNOON, THIS IS TAUBER OIL COMPANY -- HOUSTON, TEXAS U.S.A.

JANUARY 27, 1997
                                                         8954
ATTN:          KYM GRIFFITH
COMPANY:       PHILLIPS CHEMICAL COMPANY
ADDRESS:       ADAMS BUILDING
               BARTLESVILLE, OKLAHOMA  74004


INVOICE:       SAME
ATTN:          SAME
ADDRESS:       SAME


RE:     TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-45208

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED JANUARY 1, 1997, CONSTITUTES THE
ENTIRE AGREEMENT BETWEEN KYM GRIFFITH AND SCOTT PODSEDNIK ON THIS
DATE, WHEREIN TAUBER OIL COMPANY HAS AGREED TO SELL PHILLIPS
CHEMICAL COMPANY THE FOLLOWING:

QUANTITY:        50,000 - 55,000 BARRELS

PRODUCT:         MTBE - MEETING THE FOLLOWING SPECIFICATIONS:
                    95 WT PCT MIN PURITY
                    .7 WT PCT MAX MEOH
                    1500 PPM H2O MAX

PRICE:           PLATTS U.S. GULF COAST WATERBORNE MEAN POSTING
                 FOR MTBE THE AVERAGE FOR THE MONTH OF FEBRUARY

F.O.B.:          HOUSTON, TEXAS

SHIPPING PERIOD: FEBRUARY 5-15, 1997

PAYMENT TERMS:   WIRE TRANSFER TEN (10) DAYS AFTER BILL OF LADING
                 DATE AND RECEIPT OF SUPPORTING DOCUMENTS.
                 B/L DATE WILL COUNT AS DAY ZERO (0).

SHIP VIA:        TANKER

SCHEDULING:      PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON
                 OR JANET MILLER AT 713/869-8700.

INSPECTIONS:     INSPECTION FOR QUALITY AND QUANTITY IS TO BE
                 PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT
                 POINT OF LOADING.  QUANTITY IS TO BE BASED ON
                 STATIC SHORE TANK DOWN GAUGES, OR METERS IF
                 CUSTOMARY AT LOADING FACILITY, AND QUALITY IS TO
                 BE BASED ON SHORE TANK COMPOSITE
                 SAMPLES. COST OF SUCH INSPECTION TO BE BORNE
                 EQUALLY BETWEEN BUYER AND SELLER.

TITLE TO:        TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS
                 FROM SELLER TO BUYER AT THE FLANGE CONNECTION
```

**TAUBER001397**

```
                    BETWEEN THE TERMINAL DISCHARGE LINE AND THE
                    TANKER RECEIVING LINE.

                    TAUBER OIL COMPANY SHALL BE DISCHARGED AND
                    RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER
                    THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN
                    PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS
                    WITHIN NINETY (90) DAYS UPON COMPLETION OF
                    MOVEMENT.

                    IF MATERIAL IS LOADED AT A PUBLIC TERMINAL
                    VESSEL'S ARE LOADED ON A FIRST COME FIRST SERVE
                    BASIS ONLY, THEREFORE, LAYTIME SHALL NOT
                    COMMENCE UNTIL VESSEL ACTUALLY OBTAINS A DOCK.

M.S.D.S.            SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL
                    PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE
                    MATERIAL SAFETY DATA SHEET, LABELS, AND ANY
                    UPDATED INFORMATION FOR THE PRODUCTS IN
                    ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF
                    THE OCCUPATIONAL SAFETY AND HEALTH
                    ADMINISTRATION. REFER TO TAUBER OIL COMPANY'S
                    GENERAL TERMS AND CONDITIIONS DATED JANUARY 1,
                    1997, CLAUSE 17 TITLED 'DUTY TO WARN OF PRODUCT
                    HAZARDS AND INDEMNIFICATION'.

                    1990 INCOTERMS TO GOVERN UNLESS OTHERWISE
                    STIPULATED IN THIS AGREEMENT.


PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX
WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS
REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,


J. SCOTT PODSEDNIK

MCI TELEX NUMBER:   6868905 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:       76-2757 TAUBER HOU
TWX NUMBER:         910-881-1645 TAUBOIL HOU
FAX NUMBER:         713-869-8069
TRT NUMBER:         1561535 TAUBER HOU
```

TAUBER001398