EXHIBIT 8

'GOOD MORNING, THIS IS TAUBER OIL COMPANY -- HOUSTON, TEXAS U.S.A.

AUGUST 27, 1997

918-662-1057

ATTN:          KYM GRIFFITH
COMPANY:       PHILLIPS CHEMICAL COMPANY
ADDRESS: 856   ADAMS BUILDING
               BARTLESVILLE, OK. 74004

# 9873

INVOICE:       SAME

ATTN:          SAME   Marilyn Dugan

ADDRESS:       SAME


RE:    TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-46807

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED JANUARY 1, 1997, CONSTITUTES THE
ENTIRE AGREEMENT BETWEEN KYM GRIFFITH AND SCOTT PODSEDNIK ON THIS
DATE, WHEREIN TAUBER OIL COMPANY HAS AGREED TO SELL PHILLIPS CHEMICAL
COMPANY THE FOLLOWING:

QUANTITY:          50,000-55,000 BARRELS

PRODUCT:           MTBE-MEETING 95 PCT MIN. PURITY
                        .5 MEOH MAX.
                        H20 MAX. 1500 PPM

PRICE:             USD  0.8900 PER NET GALLON

F.O.B.:            HOUSTON, TEXAS

SHIPPING PERIOD:   SEPTEMBER 3-6, 1997

CREDIT TERMS:      SUBJECT TO SELLER'S CREDIT REQUIREMENTS,
                   PREPAYMENT OR STANDBY, IRREVOCABLE LETTER OF
                   CREDIT FROM A BANK AND IN A FORM ACCEPTABLE TO
                   SELLER MAY BE REQUIRED THREE (3) WORKING DAYS
                   PRIOR TO LIFTING.  CREDIT CONTACT: STEVE HAMLIN
                   OR LISA SIMON AT 713/869-8700

PAYMENT TERMS:     WIRE TRANSFER 10 DAYS AFTER BILL OF LADING DATE
                   AND RECEIPT OF SUPPORTING DOCUMENTS.
                   B/L DATE WILL COUNT AS DAY ZERO (0).

SHIP VIA:          BUYER'S TANKER/BARGE

SCHEDULING:        PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON
                   OR JANET MILLER AT 713/869-8700.

INSPECTIONS:       INSPECTION FOR QUALITY AND QUANTITY IS TO BE
                   PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT
                   POINT OF LOADING.  QUANTITY IS TO BE BASED ON

TAUBER001149

STATIC SHORE TANK DOWN GAUGES AND QUALITY IS TO
BE PART OF THE SHORE TANK COMPOSITE SAMPLE. THE
COST OF SUCH INSPECTION TO BE BORNE
EQUALLY BETWEEN BUYER AND SELLER.

TITLE TO:          TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS
                   FROM SELLER TO BUYER AT THE FLANGE CONNECTION
                   BETWEEN THE TERMINAL DISCHARGE LINE AND THE
                   TANKER RECEIVING LINE.

DEMURRAGE:         DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO
                   RATA FOR PART THEREOF FOR ALL USED LAYTIME PER
                   CHARTER PARTY UNLESS SUPPLIERS MARINE PROVISIONS
                   GOVERN.

                   TAUBER OIL COMPANY SHALL BE DISCHARGED AND
                   RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER
                   THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN
                   PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS
                   WITHIN NINETY (90) DAYS UPON COMPLETION OF
                   MOVEMENT.

                   IF MATERIAL IS LOADED AT A PUBLIC TERMINAL
                   VESSEL'S ARE LOADED ON A FIRST COME FIRST SERVE
                   BASIS ONLY, THEREFORE, LAYTIME SHALL NOT
                   COMMENCE UNTIL VESSEL ACTUALLY OBTAINS A DOCK.

M.S.D.S.           SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL
                   PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE
                   MATERIAL SAFETY DATA SHEET, LABELS, AND ANY
                   UPDATED INFORMATION FOR THE PRODUCTS IN
                   ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF
                   THE OCCUPATIONAL SAFETY AND HEALTH
                   ADMINISTRATION. REFER TO TAUBER OIL COMPANY'S
                   GENERAL TERMS AND CONDITIONS DATED JANUARY 1,
                   1997, CLAUSE 17 TITLED 'DUTY TO WARN OF PRODUCT
                   HAZARDS AND INDEMNIFICATION'.

                   1990 INCOTERMS TO GOVERN UNLESS OTHERWISE
                   STIPULATED IN THIS AGREEMENT.

PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX
WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS
REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

J. SCOTT PODSEDNIK

MCI TELEX NUMBER: 6868905 TAUBER (PRIMARY NUMBER)
TELEX NUMBER:     76-2757 TAUBER HOU
TWX NUMBER:       910-881-1645 TAUBOIL HOU
FAX NUMBER:       713-869-8069
TRT NUMBER:       1561535 TAUBER HOU

TAUBER001150

FROM: MARILYN DUGAN

TO:    TAUBER - HOUSTON
       ATTN:   KEVIN WILSON
       FAX:    713-869-8069

TO:    INSPECTORATE - PASADENA
       ATTN:   RICK SLAUGHTER
       FAX:    713-477-4032

RE:    55,000 BBLS MTBE PURCHASE P-97087-P

PHILLIPS CONFIRMS THE FOLLOWING NOMINATION:
VESSEL:        HMI ASTRACHEM
LOAD PORT:     HESS - GALENA PARK
LAYDAYS:       SEPT 3-6
ETA:           SEPTEMBER 4
PRODUCT:       MTBE
VOLUME:        55,000 BBLS
DEMURRAGE:     $21,000 PER DAY

QUANTITY:      STATIC SHORE TANK DOWNGAUGE
QUALITY:       STATIC SHORE TANK COMPOSITE SAMPLE
               PURITY, MEOH AND WATER

AGENT:         RICE UNRUH REYNOLDS - FREEPORT
               CONTACT: LINDA HOOSER
               409-233-3208

INSPECTION COST TO BE SHARED EQUALLY BY ALL PARTIES

PLEASE SEND SUMMARY OF INSPECTION BY FAX, AND HARD COPY AND INVOICE
TO MY ATTENTION AT ADDRESS BELOW.

PLEASE ADVISE IF YOUR UNDERSTANDING OF OUR AGREEMENT IS DIFFERENT
FROM ABOVE.

BEST REGARDS,

MARILYN DUGAN
PHILLIPS CHEMICAL COMPANY
A DIVISION OF PHILLIPS PETROLEUM COMPANY
8 B10 ADAMS BUILDING
BARTLESVILLE, OK 74004
PHONE 918-661-8682
FAX   918-662-1057
HOME PHONE 918-336-7446
PAGER 1-800-443-7243 ID#068411
AUGUST 28, 1997

TAUBER001154