# EXHIBIT 9

GOOD MORNING, THIS IS TAUBER OIL COMPANY -- HOUSTON, TEXAS U.S.A.

SEPTEMBER 18, 1997

918-662-1057

P8 9/18

| | |
|---|---|
| ATTN: | KYM GRIFFITH |
| COMPANY: | PHILLIPS CHEMICAL COMPANY |
| ADDRESS: | 856 ADAMS BUILDING |
| | BARTLESVILLE, OK. 74004 |
| INVOICE: | SAME |
| ATTN: | MARILYN DUGAN |
| ADDRESS: | SAME |

#10926  #10919

RE:  TAUBER OIL COMPANY SALES ACKNOWLEDGEMENT NO. S-46957

THIS TELEXED SALES CONTRACT, ALONG WITH TAUBER OIL COMPANY'S
GENERAL TERMS AND CONDITIONS DATED JANUARY 1, 1997, CONSTITUTES THE
ENTIRE AGREEMENT BETWEEN KYM GRIFFITH AND SCOTT PODSEDNIK ON THIS
DATE, WHEREIN TAUBER OIL COMPANY HAS AGREED TO SELL PHILLIPS CHEMICAL
COMPANY THE FOLLOWING:

| | |
|---|---|
| QUANTITY: | 50,000-55,000 BARRELS |
| PRODUCT: | MTBE-MEETING 95 PCT MIN. PURITY<br>.5 MEOH MAX.<br>H20 MAX. 1500 PPM |
| PRICE: | PLATT'S U.S. GULF COAST WATERBORNE MEAN<br>AVERAGE POSTING FOR MTBE THE TWO DAYS BEFORE,<br>THE DAY OF COMMENCEMENT OF LOADING AND THE<br>TWO DAYS AFTER |
| F.O.B.: | HOUSTON, TEXAS |
| SHIPPING PERIOD: | OCTOBER 3-10, 1997 |
| CREDIT TERMS: | SUBJECT TO SELLER'S CREDIT REQUIREMENTS,<br>PREPAYMENT OR STANDBY, IRREVOCABLE LETTER OF<br>CREDIT FROM A BANK AND IN A FORM ACCEPTABLE TO<br>SELLER MAY BE REQUIRED THREE (3) WORKING DAYS<br>PRIOR TO LIFTING. CREDIT CONTACT: STEVE HAMLIN<br>OR LISA SIMON AT 713/869-8700 |
| PAYMENT TERMS: | WIRE TRANSFER 10 DAYS AFTER BILL OF LADING DATE<br>AND RECEIPT OF SUPPORTING DOCUMENTS.<br>B/L DATE WILL COUNT AS DAY ZERO (0). |
| SHIP VIA: | BUYER'S TANKER/BARGE |
| SCHEDULING: | PLEASE HANDLE ALL SCHEDULING THROUGH KEVIN WILSON<br>OR JANET MILLER AT 713/869-8700. |
| INSPECTIONS: | INSPECTION FOR QUALITY AND QUANTITY IS TO BE |

|  |  |
|---|---|
|  | PERFORMED BY A LICENSED PETROLEUM INSPECTOR AT POINT OF LOADING. QUANTITY IS TO BE BASED ON STATIC SHORE TANK DOWN GAUGES AND QUANTITY IS TO BE BASED ON SHORE TANK COMPOSITE SAMPLES. COST OF SUCH INSPECTION TO BE BORNE EQUALLY BETWEEN BUYER AND SELLER. |
| TITLE TO: | TITLE TO AND RISK OF LOSS OF PRODUCT SHALL PASS FROM SELLER TO BUYER AT THE FLANGE CONNECTION BETWEEN THE TERMINAL DISCHARGE LINE AND THE TANKER RECEIVING LINE. |
| DEMURRAGE: | DEMURRAGE WILL BE PAYABLE PER RUNNING HOUR OR PRO RATA FOR PART THEREOF FOR ALL USED LAYTIME PER CHARTER PARTY UNLESS SUPPLIERS MARINE PROVISIONS GOVERN. |
|  | TAUBER OIL COMPANY SHALL BE DISCHARGED AND RELEASED FROM ALL LIABILITY OF DEMURRAGE UNDER THIS AGREEMENT, UNLESS THE CLAIM HAS BEEN PRESENTED IN WRITING WITH SUPPORTING DOCUMENTS WITHIN NINETY (90) DAYS UPON COMPLETION OF MOVEMENT. |
|  | IF MATERIAL IS LOADED AT A PUBLIC TERMINAL VESSEL'S ARE LOADED ON A FIRST COME FIRST SERVE BASIS ONLY, THEREFORE, LAYTIME SHALL NOT COMMENCE UNTIL VESSEL ACTUALLY OBTAINS A DOCK. |
| M.S.D.S. | SELLER REPRESENTS THAT IT HAS PROVIDED OR WILL PROVIDE BUYER UPON REQUEST WITH AN APPROPRIATE MATERIAL SAFETY DATA SHEET, LABELS, AND ANY UPDATED INFORMATION FOR THE PRODUCTS IN ACCORDANCE WITH THE APPLICABLE REQUIREMENTS OF THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION. REFER TO TAUBER OIL COMPANY'S GENERAL TERMS AND CONDITIONS DATED JANUARY 1, 1997, CLAUSE 17 TITLED 'DUTY TO WARN OF PRODUCT HAZARDS AND INDEMNIFICATION'. |
|  | 1990 INCOTERMS TO GOVERN UNLESS OTHERWISE STIPULATED IN THIS AGREEMENT. |

PLEASE ADVISE YOUR AGREEMENT TO THE FOREGOING BY RETURN TELEX WITHIN 24 HOURS.  IN THE EVENT WE DO NOT RECEIVE YOUR REPLY AS REQUESTED, THEN THIS CONTRACT SHALL BE THE GOVERNING INSTRUMENT.

REGARDS,

J. SCOTT PODSEDNIK

| | |
|---|---|
| MCI TELEX NUMBER: | 6868905 TAUBER (PRIMARY NUMBER) |
| TELEX NUMBER: | 76-2757 TAUBER HOU |
| TWX NUMBER: | 910-881-1645 TAUBOIL HOU |
| FAX NUMBER: | 713-869-8069 |
| TRT NUMBER: | 1561535 TAUBER HOU |

FROM: MARILYN DUGAN

TO: TAUBER - HOUSTON
ATTN: KEVIN WILSON
FAX: 713-869-8069

TO: INSPECTORATE - PASADENA
ATTN: RICK SLAUGHTER
FAX: 713-477-4032

*Phillips*
*5 - 46957*

RE: MTBE PURCHASE P-97087-P

PER OUR PHONE CONVERSATIONS, PHILLIPS CONFIRMS THE FOLLOWING NOMINATION:

| | |
|---|---|
| VESSEL: | HMI ASTRACHEM |
| LOAD PORT: | HESS - GALENA PARK |
| LAYDAYS: | SEPT 3-10 |
| ETA: | PM SEPTEMBER 4 |
| PRODUCT: | MTBE |
| VOLUME: | 54,000 BBLS MIN/MAX |
| DEMURRAGE: | $21,000 PER DAY |
| LAYTIME: | 3,000 BPH + 3 |
| QUANTITY: | STATIC SHORE TANK DOWNGAUGE |
| QUALITY: | STATIC SHORE TANK COMPOSITE SAMPLE PURITY, MEOH AND WATER |

AGENT: RICE UNRUH REYNOLDS - FREEPORT
CONTACT: LINDA HOOSER
409-233-3208

INSPECTION COST TO BE SHARED EQUALLY BY ALL PARTIES

PLEASE SEND SUMMARY OF INSPECTION BY FAX, AND HARD COPY AND INVOICE TO MY ATTENTION AT ADDRESS BELOW.

PLEASE ADVISE IF YOUR UNDERSTANDING OF OUR AGREEMENT IS DIFFERENT FROM ABOVE.

BEST REGARDS,

MARILYN DUGAN
PHILLIPS CHEMICAL COMPANY
A DIVISION OF PHILLIPS PETROLEUM COMPANY
8 B10 ADAMS BUILDING
BARTLESVILLE, OK 74004
PHONE 918-661-8682
FAX 918-662-1057
HOME PHONE 918-336-7446
PAGER 1-800-443-7243 ID#068411
OCTOBER 1, 1997