# EXHIBIT 11

# PETROCHEMICAL SCHEDULE

| | | | |
|---|---|---|---|
| SUPPLIER: EcoFuels | PMT: | CUSTOMER: Phillips | PMT: |
| P/E #: 41436 | PRICE: 0.7488/Gal | S/E #: 41435 | PRICE: 0.7588/Gal |
| PRODUCT: MTBE | | PRODUCT: MTBE | |
| QUANTITY: 50 MB +/- 5% | | QUANTITY: 50 MB +/- 5% | |
| TERMS: FOB **CIF** CFR DLVD DDU DDP DES CIP | | TERMS: FOB **CIF** CFR DLVD DDU DDP DES CIP | |
| CONTRACT PERIOD: 10/29 - 11/2 | | CONTRACT PERIOD: 10/29 - 11/2 | |
| CONTRACT LOC: Guayama P.R. | | CONTRACT LOC: Guayama P.R. | |
| LOAD PORT: Jose, Venezuela | | DISCH PORT: Phillips, Guayama P.R. | |
| ETA: | COMPLETED: 10/30/95 | ETA: 11/1/95 | COMPLETED: 11/2/95 |
| LD QUANTITY: 52,595.36 BBLS | | DISCH QUANTITY: 52,777.07 BBLS | |
| BRG/VSL/BKT/ITT: T/Ven Splendor | LAST CARGO: N/A  52,595.36 | | CARRIER: Pen KW |
| FRT RATE: N/A | LAYTIME: | | DEM RATE: |
| FRT BROKER: | AGENT: Inchcape Shipping Services (809) 782-2030 | | |

NOTES:
ORIGIN: Venezuela

| | | | |
|---|---|---|---|
| LD INSP: N/A | | DISCH INSP: Brent | |
| PHONE: | | PHONE: | |
| SUPP CONTACT: Michelle DeRizzo | | CUST CONTACT: M. Dugan | |
| WK #: (212) 887-0882 | HM #: | WK #: (918) 661-8692 | HM #: |
| QUALITY: | | QUALITY: | |

Confirmed:   Written   Verbal
Supplier        ✓        ✓
Customer     ✓        ✓
Inspector

TOC: Importer ___ Exporter ___

Record # 19537

Prepared by: K. W____   Date: 11-7-95

---

| .n #: | SC903 | Effective Date: | July 21, 1995 | Revision #: |
|---|---|---|---|---|
| Form Name: | PETROCHEMICAL SCHEDULE | | | |
| Prepared By: | K. Wilson | | Approved By: DCL | |

TAUBER002068



# Inchcape Testing Services
## Caleb Brett

**INCHCAPE TESTING SERVICES**
**CALEB BRETT**
**P.O. BOX 730284**
**DALLAS, TX 75373-0284**

INVOICE: 6322 35PR
Date:   22-Nov-1995

DIRECT ALL INQUIRIES TO:   P.O. BOX 1083 PENUELAS, PUERTO RICO 00624 TEL: (809) 836-0448

TO: TAUBER OIL COMPANY      301505
P.O. BOX 4645
HOUSTON, TEXAS   77210

ATTN: MR. KEVIN WILSON

PURCHASE ORDER NO.:
YOUR REF. NUMBER:   REF: S-41435
OUR SURVEY NUMBER:   PR/95-4847

**NET DUE UPON RECEIPT**

PLEASE REFERENCE INVOICE NO. ON ALL REMITTANCES      AMOUNT DUE

Reference: M/T IVER SPLENDOR - DISCHARGED M.T.B.E AT PHILLIPS TERMINAL, GUAYAMA PUERTO RICO ON NOVEMBER 1-2, 1995

| Description | Price | Part | * | Extension |
|---|---|---|---|---|
| 6,110.86 L/TONS AT MINIMUM CHARGE | 1,065.00 | 50.00 | | 532.50 |
| FAX AND COMMUNICATIONS | 35.00 | 100.00 | | 35.00 |

Recv'd  041436
Contract No.  Phillips
Invoice No.  S4143507
Due Date: 12-11-95
Billing
Sales
Acct. Mgmt.

RECEIVED NOV 27 1995
Ans'd

TOTAL AMOUNT DUE  $     567.50

For CB use only   2241:567.50

ALL SERVICES OR WORK PERFORMED BY INCHCAPE TESTING SERVICES/CALEB BRETT ARE PURSUANT TO THE TERMS AND CONDITIONS SET OUT IN INCHCAPE TESTING SERVICES' CURRENT PRICE SCHEDULE.
(TO REQUEST A CURRENT PRICE SCHEDULE, PLEASE CALL 713/624-7000).

REMITTANCE BY WIRE TO:
FIRST NATIONAL BANK OF CHICAGO - CHICAGO, IL
ABA NO. 071000013
FOR FURTHER CREDIT TO:   INCHCAPE TESTING SERVICES/CALEB BRETT
ACCT NO: 52-85666

ORIGINAL

**TAUBER002096**

 **Inchcape Testing Services**
Caleb Brett

R E P O R T   O F   A N A L Y S I S

```
Vessel                 : M/T IVER SPLENDOR
Port/Terminal          : PHILLIPS-GUAYAMA, PR
Client Ref             :
Our Ref                : PR/95-4847
Date Sample Taken      : 11/01/95
Date Submitted         : 11/01/95
Date Tested            : 11/01/95
Sample Designated As   : M.T.B.E
Drawn By               : INCHCAPE TESTING SERVICES/CALEB BRETT PERSONNEL
Representing           : M/T IVER SPLENDOR

Lab Reference          :
```

| TEST | METHOD | RESULT | UNITS |
|---|---|---|---|
| COLOR PT-CO | | < 20 | |
| API GRAVITY | | 59.0 | |
| CORROSION | | 1A | |
| DISTILLATION | | | C |
|    IBP | | 52 | |
|    50% | | 55 | |
|    END POINT | | 73 | |
|    TOT. REC. | | 98 | |

THE ABOVE ANALYSIS RESULTS WERE PERFORMED BY PHILLIPS LABORATORY.
INCHCAPE TESTING/CALEB BRETT CANNOT ACCEPT LIABILITY FOR THE
ACCURACY OF ANY RESULTS NOT PERFORMED BY ITS OWN LABORATORIES.

_[signature]_
INCHCAPE TESTING SERVICES/



# Inchcape Testing Services Venezuela, C.A.

Capital Bs. 1.000.000
R.I.F. Nº J-070176903

FECHA / Date: Maracaibo, October 31st 1995

**FACTURA** / Invoice: **3281**

Messrs
*TAUBER OIL COMPANY*
55 Waugh Drive,
Suite 700
Houston, Texas 77007
Attn: Ms. Pat Bock

REF. 9551124PL

P.L.C.

For Services Rendered :

Inspection of 6,205.726 M/T of M.T.B.E., consigned to Tauber Oil Co., and loaded on board the vessel M.V. "IVER SPLENDOR", at Jose, Venezuela, October 26th-30th, 1995.-

6,205.726 M/T @ the rate of $ 0.085/M.T.=
Min. Charge = US$ 795.00 (divided between
TAUBER OIL CO. and ECOFUEL S.p.A.) - 50%=  US$   397.50

Travel Expenses - 50% .....................  US$    45.00

Communications  - 50% .....................  US$    60.00
                                              ------------
Total : ...................................  US$   502.50
                                              ============

(FIVE HUNDRED AND TWO U.S. DOLLARS AND 50 CENTS)

/as

P41436 / S41435
S41435D2+
11-21-95
noel

Wire Transfer Payments:
MARINE MIDLAND BANK N.A.
ATTN: GLOBAL PRODUCTS GROUP, 140 BROADWAY - 11TH FLOOR
NEW YORK - NY 10005 USA, CHIPS ABA 0108.
ACCOUNT NAME: ANSBACHER (CAYMAN) LTD
ACCOUNT No. 00004882-8
REF. - F5603

Checks to:
I.T.S. (LATIN AMERICA) LTD. - P.O. BOX 887 - GRAND CAYMAN ISLAND, B.W.I.
OR: I.T.S. (LATIN AMERICA) LTD. - P.O. BOX 12973 - HOUSTON, TX 77217

Inchcape Testing Services Venezuela, C.A.
Torre Socuy, entre Avda. Bella Vista y Avda. 8, Piso 4º, Teléfonos: (58) (61) 911243 - 911306 - 911280 - Faxes: (58) (61) 911378 - 922848
Telex: 62286 (Brett Vc) - Maracaibo - Estado Zulia

PLEASE STATE INVOICE NUMBER AND REMIT TO THE ABOVE ADDRESS.

TAUBER002106