USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>Commonwealth of Puerto Rico, et. al. v. Shell Oil Col., et al., No. 14-CV-1014-SAS | MDL 1358 (SAS)<br>Master File No. 1:00-1898 (SAS)<br>M21-88 |

## [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

Upon application of Counsel for Defendants, Colonial Group, Inc., Colonial Oil Industries, Inc., Colonial Caribbean, Inc. and Idemitsu Apollo Corporation and there being no opposition thereto, the pro hac vice admission of the following attorneys to appear on behalf of Defendants, Colonial Group, Inc., Colonial Oil Industries, Inc., Colonial Caribbean, Inc. and Idemitsu Apollo Corporation in this matter is hereby GRANTED, upon payment of the appropriate fee to the Cashier's Office.

David N. Lutz, Esq.
Theodore Dorenkamp, III, Esq.
Dustin D. Fossey, Esq.
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55406
david.lutz@bowmanandbrooke.com
theodore.dorenkamp@bowmanandbrooke.com
dustin.fossey@bowmanandbrooke.com
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

Dated: March 26, 2014

The Honorable Shira A. Scheindlin
United States District Judge

8108113v1