```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**
**M21-88**

---

**This Document Relates To:**
*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al.,* **No. 14 Civ. 01014**

---

### STIPULATION AND ORDER EXTENDING TIME FOR
### PETROBRAS AMERICA INC. TO ANSWER OR OTHERWISE
### MOVE AGAINST PLAINTIFFS' FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Puerto Rico Environmental Quality Board (collectively referred to as "Plaintiffs"), filed their First Amended Complaint ("Complaint") in the above-captioned action in the United States District Court for the District of Puerto Rico;

WHEREAS, the above-captioned action was transferred to MDL 1358 by the Judicial Panel on Multidistrict Litigation, effective February 10, 2014;

WHEREAS, Plaintiffs and Defendants in the above-captioned action stipulated that Defendants' time to answer or otherwise move against the Complaint would be the time provided for by the Federal Rules of Civil Procedure or March 27, 2014, whichever is later [Dkt No. 42];

WHEREAS, Petrobras America Inc. ("PAI" or "Defendant") was named a defendant in this action;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and PAI in the above-captioned action, through undersigned counsel, that PAI's time to answer or otherwise move against the Complaint shall be 7 days from March 27, 2014, and thus will be due on April 3, 2014.

JACKSON GILMOUR & DOBBS, PC

_____

William J. Jackson, Esq.
John D.S. Gilmour, Esq.
William C. Petit, Esq.
3900 Essex Lane, Suite 700
Houston, Texas 77027
Phone: 713-355-5000
Fax: 713-355-5001
ATTORNEYS FOR PLAINTIFFS

THOMPSON & KNIGHT LLP

_____

James B. Harris, Esq.
William M. Katz, Jr., Esq.
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751
E-mail: james.harris@tklaw.com
E-mail: william.katz@tklaw.com
ATTORNEYS FOR PETROBRAS AMERICA
INC.

SO ORDERED:

_____     _____
Shira A. Scheindlin, U.S.D.J.          Date   3/26/14

506560 000036 9556390 1

**STIPULATION AND ORDER EXTENDING TIME FOR PETROBRAS AMERICA INC. TO ANSWER OR OTHERWISE MOVE AGAINST PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 2- Page 2**