UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>**COMMONWEALTH OF PUERTO RICO et al. v. SHELL OIL COMPANY; ET AL.**<br>Case No. 14-cv-01014 | NOTICE OF APPEARANCE OF CHRISTOPHER P. DEPHILLIPS, ESQ. ON BEHALF OF DEFENDANT ENI USA R&M CO., INC. |

**PLEASE TAKE NOTICE** that the undersigned attorney, Christopher P. DePhillips of Gibbons P.C., hereby appears on behalf of Defendant ENI USA R&M Co., Inc. (f/k/a American Agip Company Inc.) in the above-entitled action and requests that all notices, pleadings and orders entered in this matter be sent to the undersigned.

                        GIBBONS P.C.
                        *Attorneys for Defendant*
                        ENI USA R&M Co., Inc.

By:  /s Christopher P. DePhillips

     Christopher P. DePhillips
     One Penn Plaza, 37th Floor
     New York, New York 10119-3701
     (212) 613-2000
     E-mail: cdephillips@gibbonslaw.com

Dated: March 27, 2014

2

## CERTIFICATE OF SERVICE

     I, Christopher P. DePhillips, hereby certify that on March 27, 2014, a true copy of the foregoing Notice of Appearance was served on Plaintiffs and on all other counsel of record in this action via ECF.

Dated: March 27, 2014

                                            By:  /s Christopher P. DePhillips
                                                    Christopher P. DePhillips