UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/14
```

In Re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

**This Document Relates To:**
*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Co., et al.,* No. 14 Civ. 01014

## STIPULATION AND ORDER EXTENDING TIME FOR PETROBRAS AMERICA INC. TO ANSWER OR OTHERWISE MOVE AGAINST PLAINTIFFS' FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Puerto Rico Environmental Quality Board (collectively referred to as "Plaintiffs"), filed their First Amended Complaint ("Complaint") in the above-captioned action in the United States District Court for the District of Puerto Rico;

WHEREAS, the above-captioned action was transferred to MDL 1358 by the Judicial Panel on Multidistrict Litigation, effective February 10, 2014;

WHEREAS, Plaintiffs and Defendants in the above-captioned action stipulated that Defendants' time to answer or otherwise move against the Complaint would be the time provided for by the Federal Rules of Civil Procedure or March 27, 2014, whichever is later [Dkt No. 42];

WHEREAS, Petrobras America Inc. ("PAI" or "Defendant") was named a defendant in this action;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and PAI in the above-captioned action, through undersigned counsel, that PAI's time to answer or otherwise move against the Complaint shall be 7 days from March 27, 2014, and thus will be due on April 3, 2014.

| | |
|---|---|
| JACKSON GILMOUR & DOBBS, PC | THOMPSON & KNIGHT LLP |
| *[signature]* | *[signature]* |
| William J. Jackson, Esq.<br>John D.S. Gilmour, Esq.<br>William C. Petit, Esq.<br>3900 Essex Lane, Suite 700<br>Houston, Texas 77027<br>Phone: 713-355-5000<br>Fax: 713-355-5001<br>ATTORNEYS FOR PLAINTIFFS | James B. Harris, Esq.<br>William M. Katz, Jr., Esq.<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Phone: 214-969-1700<br>Fax: 214-969-1751<br>E-mail: james.harris@tklaw.com<br>E-mail: william.katz@tklaw.com<br>ATTORNEYS FOR PETROBRAS AMERICA INC. |

SO ORDERED:

*[signature]*

_____   3/28/14
Shira A. Scheindlin, U.S.D.J.    Date

506560 000036 9556390.1