USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates only to:<br>*Orange County Water District v. Unocal, et al.*,<br>04 Civ. 4968 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br><br>STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS G & M OIL COMPANY, INC. AND G & M OIL COMPANY, LLC |

In Accordance with Local Civil Rule 1.4 and applicable law, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL that the law firm of Elkins Kalt Weintraub Reuben Gartside LLP hereby is substituted in place and in the stead of the law firm of Jeffer Mangels Butler & Mitchell LLP as counsel of record for defendants G & M Oil Company, Inc. and G & M Oil Company, LLC in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, documents to be served, and other filings in this matter be served upon the undersigned **incoming** counsel at the address set forth below.

1

**OUTGOING ATTORNEYS FOR DEFENDANTS
G & M OIL COMPANY, INC. AND G & M OIL COMPANY, LLC**

DATED: April 1, 2014

JEFFER, MANGELS, BUTLER & MITCHELL LLP

By: _____
Mark S. Adams

Outgoing Attorneys for Defendants G & M Oil Company, Inc. and G & M Oil Company, LLC

**INCOMING ATTORNEYS FOR DEFENDANTS
G & M OIL COMPANY, INC. AND G & M OIL COMPANY, LLC**

DATED: April 1, 2014

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
Kenneth A. Ehrlich
(previously admitted pro hac vice)

2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
310.746.4400
kehrlich@elkinskalt.com

Incoming Attorneys for Defendants G & M Oil Company, Inc. and G & M Oil Company, LLC

2

IT IS SO ORDERED:

DATED: April ___, 2014

Hon. Shira A. Scheindlin
Judge of the United States District Court
Southern District of New York