

**BARON & BUDD, P.C.**

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

April 4, 2014

*Via email: Elizabeth_Bierut@nysd.uscourts.gov*
Elizabeth Bierut
MTBE Law Clerk to Hon. Shira A. Scheindlin
USDC for the Southern District of New York
500 Pearl Street
New York, New York 10009

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/7/14

Re: MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)
*Town of Brewster, et al. v. Atlantic Richfield Co., et al.*, 1:13-cv-7247

Dear Ms. Bierut:

I am counsel for Plaintiffs in above-referenced matter. I am attempting to file a Second Amended Complaint changing the name of one of the Plaintiffs (rEVO Biologics, Inc. will become LFB USA, Inc.). I have met and conferred with counsel for Defendants and counsel (Mr. Riccardulli, copied on this letter) has indicated that Defendants do not oppose.

Although I was not at the status conference on March 19, 2014, it is my understanding that leave was granted by the Court to amend the complaint to effectuate the name change so long as Defendants did not oppose. The ECF clerk has requested that I provide proof that I have Court approval.

This letter is to request confirmation of the Court's approval to file Plaintiff Town of Brewster's Second Amended Complaint. Thank you for your consideration.

Very truly yours,

BARON & BUDD, P.C.

*Celeste A. Evangelisti*

Celeste Evangelisti

CAE/sp
cc: Stephen J. Riccardulli *(via email: sriccardulli@mwe.com)*

**Filing of Town of Brewster's Second Amended Complaint is hereby approved.**

Dated: April 7, 2014

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE