# EXHIBIT A



Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY
EVAN EICKMEYER
DANIEL BOONE
JUSTIN MASSEY
BRIAN D. SHANNON
DONALD MOONEY, of Counsel

April 17, 2013

VIA U.S. MAIL AND LNFS

Peter C. Condron, Esq.
Sedgwick
2900 K Street NW
Harbourside, Suite 500
Washington, D.C. 20007-5127

Re:   *Orange County Water District v. Unocal Corp., et al.*
      **Revised Service Station Matrix**

Dear Mr. Condron:

Pursuant to Judge Scheindlin's order at the April 10, 2013, status conference that plaintiff Orange County Water District (the "District") provide a revised station matrix which identifies the District's theories of liability and the role of each defendant, enclosed please find a Revised Service Station Matrix.   (R.T. (April 10, 2013) at 10:13-13:9.)

Sincerely,

Tracey L. O'Reilly

Encl.

cc: All Counsel (via LNFS w/h encl.)

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Arco #1887<br>16742 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | G&M #4<br>16990 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>G&M Oil<br>Lyondell<br>Shell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Shell #204359403<br>8471 Warner Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Lyondell<br>Shell<br>Texaco | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | Texaco #8520/Texaco #121608<br>8520 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Unocal #5376<br>8971 Warner Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |
| 1 | Exxon #4283/Chevron #208552<br>8980 Warner Avenue, Fountain Valley | Strict Products<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Valero | Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 1 | Mobil #18-G6B<br>9024 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 1 | Texaco #121681<br>9475 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---------|------------------------|------------------|--------------|------|
| 1 | Unocal #5399<br>9525 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

Page 5 of 19

_Orange County Water District v. Unocal Corp., et al._
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 2 | Mobil #18-HDR<br>3195 Harbor Boulevard, Costa Mesa | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 2 | Arco #6131<br>3201 Harbor Boulevard, Costa Mesa | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 2 | Mobil #18-JMY<br>3470 Fairview Road, Costa Mesa | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 3 | Arco #1912<br>18480 Brookhurst Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 3 | Thrifty #383<br>18520 Brookhurst Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 3 | Arco #1905<br>18025 Magnolia Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 3 | Beacon Bay Car Wash FV<br>10035 Ellis Avenue, Fountain Valley | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Conoco<br>Lyondell<br>Shell<br>Texaco<br>Tosco<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 8 | Mobil #18-HEP<br>2921 South Bristol Street, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 8 | G&M #24<br>3301 Bristol Street, Santa Ana | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>G&M Oil<br>Lyondell<br>Shell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 8 | Arco #3085<br>3361 South Bristol Street, Santa Ana | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 8 | Chevron #1921<br>3801 South Bristol Street, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Lyondell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 8 | Beacon Bay Car Wash SA<br>1501 West MacArthur Boulevard, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Conoco<br>Lyondell<br>Shell<br>Texaco<br>Tosco<br>Unocal | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 9 | Huntington Beach Arco<br>6002 Bolsa Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | *Refiner/Supplier*<br>*Refiner/Supplier*<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 9 | Shell #6502<br>6502 Bolsa Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

_Orange County Water District v. Unocal Corp., et al._

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 9 | USA Gasoline #141<br>14600 Edwards Street, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | Conoco<br>Tesoro<br>USA Gasoline<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier |
| 9 | Unocal #5123<br>14972 Springdale Street, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 9 | Westminster Shell<br>5981 Westminster Avenue, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 9 | Chevron #9-5401<br>5992 Westminster Boulevard, Westminster | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Lyondell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

_Orange County Water District v. Unocal Corp., et al._

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---------|------------------------|------------------|--------------|------|
| 9 | Thrifty #368<br>6311 Westminster Boulevard, Westminster | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 9 | Unocal #5226<br>6322 Westminster Avenue, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Tosco<br>Ultramar<br>Unocal<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---|---|---|---|---|
| 30 | Unocal #5792/ConocoPhillips #5792 4002 Ball Road, Cypress | Nuisance OCWD Act Declaratory Relief | Atlantic Richfield | Refiner/Supplier |
| | | | B.P. | Refiner/Supplier |
| | | | Chevron | Refiner/Supplier |
| | | | Conoco | Refiner/Supplier/Owner |
| | | | Exxon | Refiner/Supplier |
| | | | ExxonMobil | Refiner/Supplier |
| | | | Lyondell | Refiner/Supplier |
| | | | Mobil | Refiner/Supplier |
| | | | Shell | Refiner/Supplier |
| | | | Tesoro | Refiner/Supplier |
| | | | Texaco | Refiner/Supplier |
| | | | Tosco | Refiner/Supplier |
| | | | Ultramar | Refiner/Supplier |
| | | | Unocal | Refiner/Supplier/Owner |
| | | | Valero | Refiner/Supplier |

April 17, 2013

_Orange County Water District v. Unocal Corp., et al._
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---------|------------------------|------------------|--------------|------|
| 63 | Arco #6036<br>13142 Goldenwest Street, Westminister | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Exxon<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Tesoro<br>Texaco<br>Valero | Refiner/Supplier/Owner<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 72 | Chevron #9-5568<br>12541 Seal Beach Boulevard, Seal Beach | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Lyondell<br>Tesoro<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013

*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) | Role |
|---------|------------------------|------------------|--------------|------|
| 92 | Mobil #18-668<br>16230 Harbor Boulevard, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Chevron<br>Conoco<br>ExxonMobil<br>Lyondell<br>Mobil<br>Shell<br>Texaco<br>Tosco<br>Ultramar<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier/Owner/Operator<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |
| 127 | World Oil #39<br>3450 West Ball Road, Anaheim | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Atlantic Richfield<br>B.P.<br>Exxon<br>ExxonMobil<br>Lyondell<br>Valero | Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier<br>Refiner/Supplier |

April 17, 2013