UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                         :

IN RE: METHYL TERTIARY BUTYL    :
ETHER ("MTBE") PRODUCTS       :
LIABILITY LITIGATION              :
------------------------------------------------- :
                         :

This document relates to:         :
                         :
*Commonwealth of Puerto Rico v. Shell Oil*   :
*Co. et al.*, 07 Civ. 10470          :
                         :
------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/14

ORDER

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

In January 2014, Plaintiffs' expert, Anthony Brown, submitted a

report and created visual models based on groundwater flow. Defendants object

that Brown's report and models improperly include wells outside the delineated

areas that were not subject to discovery ("Outside Wells").[1] Had Defendants

known that Brown would include these wells, they would have conducted the

necessary discovery before the December 20, 2013 fact discovery deadline.

---

[1]     The Outside Wells are Villa Del Rey, Caserio 1, Munoz Rivera, Polvorin 2, UCAT 1, UCAT 2, Giron 1, PC 1, PC 5, PC 6, PRCEM 2, Santiago 1, Western P-1, Alhambra East, Buena Vista, CAF 3, CAF 4, California, Can, Cuatro Calles 1, Flores, Rovira 1, Valle Verde, Sauri 1, Hacienda la Margarita, Cabo Rojo 1, Cabo Rojo 2, Cabo Rojo 3, Hospital Auxilio Mutuo, Gabriela Mistral, Sorbona, Ham 2, Ham 3. Plaintiffs argue that two of these wells — Hospital Auxilio Mutuo and UCAT 2 — should remain in the case because the their capture zones reach inside the delineated areas. This distinction is irrelevant because these wells, like the other Outside Wells, were not subject to discovery.

To fairly respond to Brown's models, Defendants' experts would require real-world data on the wells' (1) actual pumping rates, (2) current operating status, (3) screen depth and length, and (4) hydraulic conductivity/geology in which the well is drilled.[2] Even after Plaintiffs gather and produce this information — assuming they are able to do so — Defendants' experts will need time to supplement their reports.

On April 7, Defendants submitted their expert reports, assuming the Outside Wells were out. The fact discovery deadline was December 20, 2013, and discovery cannot proceed endlessly in this seven-year-old case. Because expert discovery closes on May 30 and Defendants' experts would need extensive data to supplement their reports, Plaintiffs are ordered to strike the Outside Wells from Brown's report and modeling. The wells will be treated as in the *New Jersey* case. Brown may testify generally about the benefits of remediation.[3] But he may not mention the Outside Wells unless Defendants open the door by asking him

---

[2]     *See* 3/9/14 Letter from Lisa Gerson to the Court at 3-4.

[3]     *See* 12/5/12 Status Conference at 20:13-20 (COURT: "[Brown] is going to say one of the benefits of remediation is it stops the plume from continuing outside the perimeter where it is now. That's a perfectly fine opinion. You don't need to mention the words 'East Ridgewood well' and 'Salem well' and start taking about data and testing there.").

2

specifically about those wells on cross-examination.[4]

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            April 11, 2014

---

[4]      *See id.* at 21:10-14 (COURT: "I don't think [Defendants] would open
the door [during Brown's cross-examination] and say, you haven't named any
places that it might hurt in the next ten miles, have you?  They wouldn't do that,
because if they did, the trial judge I am sure would say, go for it.").

## - Appearances -

**Liaison Counsel for Plaintiffs:**      **Liaison Counsel for Defendants:**

Robin Greenwald, Esq.                     Peter John Sacripanti, Esq.
Robert Gordon, Esq.                       Stephen Ricardulli, Esq.
Weitz & Luxenberg, P.C.                   James A. Pardo, Esq.
180 Maiden Lane                           Lisa Gerson, Esq.
New York, NY 10038                        McDermott Will & Emery LLP
(212) 558-5500                            50 Rockefeller Plaza, 11th Floor
                                          New York, NY 10020
                                          (212) 547-5583

## Counsel for Commonwealth:

Michael Axline, Esq.
Tracey O'Reilly, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688

4