UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates to:<br>**COMMONWEALTH OF PUERTO RICO et al. v. SHELL OIL COMPANY; ET AL.**<br>Case No. 14-cv-01014 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ENI USA R&M CO., INC. |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant ENI USA R&M Co., Inc. (f/k/a American Agip Company Inc.) certifies that it is a wholly owned subsidiary of Eni International BV which in turn is a wholly owned subsidiary of Eni S.p.A.  No publicly owned company owns 10 percent or more of the stock of Eni S.p.A.

                  **GIBBONS P.C.**
                  *Attorneys for Defendant*
                  ENI USA R&M Co., Inc.

        By:  /s Christopher P. DePhillips

                  Christopher P. DePhillips
                  One Penn Plaza, 37th Floor
                  New York, New York 10119-3701
                  (212) 613-2000

Dated: April 7, 2014