# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Frankfurt Houston London Los Angeles Miami
Milan Munich New York Orange County Paris Rome Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

James A. Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

April 16, 2014

*The parties' request for an extension is hereby GRANTED. The CMO 4 and CMO 10 discovery deadline is now June 30, 2014.*

*April 18, 2014*

**SO ORDERED:**

*Shira A. Scheindlin*
U.S.D.J.

**BY HAND DELIVERY AND ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:   Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358

Dear Judge Scheindlin:

I write on behalf of Defendants and Plaintiffs in the four MTBE cases filed last year.[1]

The parties are actively engaged in settlement talks, with much progress being made. But both sides also face a May 15 deadline to provide CMO 4 and CMO 10 discovery – productions that would require very significant resources over the next month. I have conferred with Mr. Gordon, Mr. Summy and Ms. Greenwald, and we are all agreed that both sides would prefer to devote their resources to continued settlement efforts. Accordingly, both sides respectfully request a 45-day extension of the May 15 deadline for the CMO 4 and CMO 10 discovery.

As always, we appreciate your time and attention to this matter.

Respectfully submitted,

*James A. Pardo*

James A. Pardo

cc: All Counsel of Record by LNFS, Service on Plaintiffs' Liaison Counsel

---

[1] *Town of Brewster, et al. v. Atlantic Richfield Co., et al.*, No. 13-cv-07247; *Town of Hinesburg v. Atlantic Richfield Co., et al.*, No. 13-cv-07271; *City of Manning v. Ashland Inc., et al.*, No. 13-cv-07272; and *City of Portageville v. Ashland, Inc., et al.*, No. 13-cv-07299.

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York New York 10173-1922 Telephone: +1 212 547 5400 Facsimile: +1 212 547 5444 www.mwe.com