UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No.  1:00–1898<br>MDL  1358 (SAS)<br>M21-88 |
| This document relates only to:<br><br>All Cases | NOTICE OF CHANGE OF FIRM NAME |

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Miller, Axline & Sawyer, A Professional Corporation, has changed its firm name to **Miller & Axline, A Professional Corporation.** The firm address, telephone number, and facsimile number remain the same.

Dated: April 24, 2014

                                **MILLER & AXLINE**
                                A Professional Corporation

                                By: _____
                                MICHAEL AXLINE
                                Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE** |

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, Case No. 1:00-1898 MDL 1358 (SAS), electronically through LexisNexis File & Serve:

**NOTICE OF CHANGE OF FIRM NAME**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 24, 2014, at Sacramento, California.

_____
TONYA L. ZIMMERMAN