UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS :
LIABILITY LITIGATION :
--------------------------------------------------------- :
:
This document relates to: :
:
*Commonwealth of Puerto Rico v. Shell Oil* :
*Co. et al.*, 07 Civ. 10470 :
:
--------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/14

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.:

      In accordance with the Court's April 11, 2014 Order, Plaintiffs must produce Anthony Brown's revised report and model by April 28, 2014. In addition, all expert depositions must take place before the May 30, 2014 expert discovery deadline.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            April 25, 2014

## - Appearances -

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
Stephen Ricardulli, Esq.
James A. Pardo, Esq.
Lisa Gerson, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
(212) 547-5583

**Counsel for Commonwealth:**

Michael Axline, Esq.
Tracey O'Reilly, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688