

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Peter John Sacripanti
Chairman
psacripanti@mwe.com
+1 212 547 5583

May 5, 2014

BY HAND DELIVERY AND ELECTRONIC MAIL

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York  10007-1312

     Re:    <u>Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358</u>
             *Defendants' Pre-Conference Letter for May 13, 2014 Conference*

Dear Judge Scheindlin:

Defendants respectfully submit this letter in advance of the May 13, 2014 conference.

## DEFENDANTS' AGENDA ITEM

**I.**    <u>***OCWD*: Station Matrix**</u>

The parties have been working productively with each other since the last OCWD conference to draft a Case Management Order reflecting a workable station matrix that narrows the number of defendants targeted at each station and will enable many Defendants to prepare a more focused motion for summary judgment. Defendants will continue working with OCWD's counsel to try to resolve the matrix CMO. At the May 13 status conference, the parties may need the Court's assistance resolving open issues on the matrix CMO and/or related issues.

***

As always, we appreciate your Honor's attention this matter and ask that this letter be docketed by the Clerk's Office so that it is part of the Court's file.

The Honorable Shira A. Scheindlin
May 5, 2014
Page 2

Sincerely,

*Peter John Sacripanti*

Peter John Sacripanti

cc: All Counsel of Record by LNFS, Service on Plaintiffs' Liaison Counsel