UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

### Joint Agenda For May 13, 2014 Status Conference

**Court Agenda Items:**

1. *New Jersey*: CITGO Settlement

**Defendants' Agenda Items:**

1. *OCWD*: Station Matrix

**Plaintiffs' Agenda Items:**

1. *Puerto Rico*: Defendants' Requests for Admission
2. *New Jersey*: Update on Settlements
3. *All Cases*: Lifting of Protective Orders for Hamner Institute and EPL Documents

Dated: New York, New York
       May 5, 2014

WEITZ & LUXENBERG, P.C.

William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
Co-lead counsel for plaintiffs
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*