UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898<br>MDL 1358 (SAS) |
| This document relates to:<br>*Commonwealth of Puerto Rico, et al. v. Shell Oil, et al.*, Case No. 14-cv-01014 | |

## STIPULATED ORDER ON DISMISSED SITES

WHEREAS, Plaintiffs filed *Commonwealth of Puerto Rico, et al. v. Shell Oil, et al.*, Case No. 14-cv-01014 alleging damage at 53 sites;

WHEREAS, the 17 sites listed on Exhibit A hereto were previously identified by Plaintiffs as sites where MTBE had been detected and for which Plaintiffs are seeking damages in the previously filed action *Commonwealth of Puerto Rico, et al. v. Shell Oil, et al.*, Case No. 07-cv-10470;

THEREFORE IT IS STIPULATED AND AGREED that the sites listed in Exhibit A are dismissed from *Commonwealth of Puerto Rico, et al. v. Shell Oil, et al.*, Case No. 14-cv-01014, without prejudice to be tried in Case No. 07-cv-10470.

By: _____
Nathan P. Short, Esq.
LAW OFFICES OF JOHN K. DEMA, P.C.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Phone: (301) 881-5900
Fax: (240) 536-9108
*On behalf of Plaintiffs*

Dated: 5/12/14

By: _____
Stephen J. Riccardulli, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
*On behalf of Defendants*

Dated: 5/13/14

1

SO ORDERED: _____
Hon. Shira A. Scheindlin
U.S.D.J.

DATE: 5/13/14

## EXHIBIT A

| Case | Owner Name | Facility Name | Street Address | City |
|---|---|---|---|---|
| 86-0296 | Caribbean Petroleum Corporation | GULF S/S #089 | RD. 721 KM. 0.2 Bo. Los Robles Bo. Los Robles | Aibonito |
| 86-1083 | ESSO Standard Oil Co PR | ESSO S/S CO-070 | ROAD 20 LOS RANCHOS | Guaynabo |
| 86-1201 | ESSO Standard Oil Co PR | ESSO S/S CO-372 | RD. 119, KM. 3 | San German |
| 86-1225 | Higinio Aponte | MX S/S ( Ex ESSO S/S CO-429) | Carr. 1 Urb. Villa Juana Calle Baldorioty #71 | Santa Isabel |
| 86-1544 | Texaco Puerto Rico Inc. | Texaco- Barceloneta S/S #558 | TOMAS DAVILA ST. 13 | Barceloneta |
| 86-1567 | Texaco Puerto Rico Inc. | Texaco Pueblo Ward S/S # 554 | P.R. 111 KM. 34.3 PUEBLO WARD | Lares |
| 86-1580 | Texaco Puerto Rico Inc. | Texaco Sierra Bayamonll S/S #377 | WEST MAIN AVE. CORNER COMERIO SIERRA BAYAMON | Bayamon |
| 86-1588 | Sucesion Jose Vazquez | Odeh Freeway | P.R. 159 KM. 14/ Calle Bou #28 | Corozal |
| 86-1637 | Enrique Alejandro Figueroa | Cobra S/S | 165 BETANCES AVE. & E ST. | Bayamon |
| 86-1644 | Texaco Puerto Rico Inc. | Suc. Gabriel Agosto S/S | ROAD 2 KM 69.5 BO. SANTANA | Arecibo |
| 86-1692 | Texaco Puerto Rico Inc. | LUZ M. AGOSTO S/S # 235 | RD. #185 KM. 4.5 CAMPO RICO WARD | Canovanas |
| 86-1725 | Texaco Puerto Rico Inc. | MARCELINO Sola S/S #283 | ROAD 189 KM 6.1 | Gurabo |
| 86-1772 | Texaco Puerto Rico Inc. | EL CEREZAL S/S #331 | PONCE DE LEON AVE. Urb. El Cerezal | San Juan |
| 86-1775 | Texaco Puerto Rico Inc. | APOLO S/S 366 | APOLO AVE. MERCURIO ST. | San Juan |
| 86-1801 | Texaco Puerto Rico Inc. | MAYAGUEZ S/S #650 | COMERCIO ST. #81 | Mayaguez |
| 86-2009 | Texaco Puerto Rico Inc. | HUMACAO S/S # 343 | RD # 3 KM 80.2 | Humacao |
| 91-0145 | Total Petroleum Puerto Rico Corp. | GPR #1277 | RD #2, KM 16.6 COVADONGA URB. | Toa Baja |