UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |
| This document relates to: *Commonwealth of Puerto Rico, et al. v. Shell Oil, et al.*, Case No. 07-cv-10470 | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

## STIPULATED ORDER ON POZO CLUB DE LEONES TRIAL SITE

WHEREAS, Defendants selected Pozo Club de Leones (ID No. S4C030W) as a Trial Site for the first trial of the above-captioned action;

WHEREAS, Plaintiffs have identified Pozo Club de Leones as the only Trial Site in the first trial of the above-captioned action for which Plaintiffs seek to rely on the commingled product theory of liability;

WHEREAS, Defendants dispute the permissibility of certain expert opinions proffered by Plaintiffs as to the Pozo Club de Leones Trial Site; and

WHEREAS, the parties wish to avoid any delay of the first trial of the above-captioned action that may be occasioned by Plaintiffs' intention to rely on the commingled product theory of liability and/or by Defendants' objections to the above-referenced expert opinions;

THEREFORE IT IS STIPULATED AND AGREED that the Pozo Club de Leones will not be a Trial Site in the first trial of the above-captioned action; and

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs do not dismiss any claims as to Pozo Club de Leones or waive any right to pursue such claims in a later phase of the above-captioned action; and

IT IS FURTHER STIPULATED AND AGREED that Defendants do not waive any defenses or objections to Plaintiffs' claims as to Pozo Club de Leones or Plaintiffs' reliance on the commingled product theory of liability.

By: _____
Nathan P. Short, Esq.
LAW OFFICES OF JOHN K. DEMA, P.C.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Phone: (301) 881-5900
Fax: (240) 536-9108
*On behalf of Plaintiffs*

Dated: 5/12/14

By: _____
Stephen J. Riccardulli, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
*On behalf of Defendants*

Dated: 5/13/14

SO ORDERED: _____
Hon. Shira A. Scheindlin
U.S.D.J.

DATE: 5/14/14