UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*,
No. 04. Civ. 4968 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/14

**ORDER**
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## [PROPOSED] ORDER RE SUMMARY JUDGMENT DEADLINE

It is hereby **ORDERED** that the current summary judgment briefing schedule is revised to add an additional two weeks to the schedule. The new deadlines are as follows:

- June 6, 2014 – Defendants' Motion for Summary Judgment due
- July 21, 2014 – Plaintiff's Opposition to Motion for Summary Judgment due
- August 11, 2014 – Defendants' Reply brief due

There will be no additional extensions.

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
5/16/14

Respectfully submitted:

Dated: May 15, 2014     By    /s/ *Jeffrey J. Parker*
                               JEFFREY J. PARKER, Cal. Bar No. 155377
                               WHITNEY JONES ROY, Cal. Bar No. 211541
                               Sheppard, Mullin, Richter & Hampton LLP
                               333 South Hope Street, 48th Floor
                               Los Angeles, California 90071
                               Telephone: (213) 620-1780
                               Attys. for Defendant EXXON MOBIL CORPORATION

SMRH:423739293.1                    -1-