IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/14
```

---

*In re* Methyl Tertiary Butyl Ether ("MTBE")  
Products Liability Litigation

Master File No. 1:00 – 1898  
MDL 1358 (SAS): M21-88

This document relates to:  
Commonwealth of Puerto Rico, *et al.* v.  
Shell Oil Co., *et al.*, Case No. 14-CV-01014

---

### SECOND STIPULATION AND ORDER EXTENDING TIME FOR ATLANTIC TRADING & MARKETING, INC. TO ANSWER OR OTHERWISE MOVE AGAINST THE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs the Commonwealth of Puerto Rico and the Puerto Rico Environmental Quality Board ("Plaintiffs") filed the First Amended Complaint ("FAC") in the above-captioned action in the United States District Court for the District of Puerto Rico;

WHEREAS, the above-captioned action was transferred to MDL 1358 by the Judicial Panel on Multidistrict Litigation, effective February 10, 2014;

WHEREAS, Atlantic Trading & Marketing, Inc. ("ATMI") was named a defendant in the above-captioned action;

WHEREAS, pursuant to an order entered by the Court on March 28, 2014, the deadline for ATMI and other defendants to answer or otherwise move against the FAC was reset for May 27, 2014;

WHEREAS, Plaintiffs and ATMI are currently engaged in discussions that could make it unnecessary for ATMI to answer or move against the FAC;

WHEREAS, Plaintiffs and ATMI wish to complete the aforementioned discussions before occupying the Court's resources and time in entertaining the dispute between them;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and ATMI in the above-captioned action, through undersigned counsel, that ATMI's time to answer or otherwise move against the FAC shall be 45 days from May 27, 2014, and thus will be due on July 11, 2014.

*[Handwritten:]* No further extensions will be granted for any reason

AGREED TO BY:

*[signature]*

Nathan Short, Esq.
John K. Dema, Esq.
Law Offices of John K. Dema, P.C.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Tel  301-881-5900
Fax  240-536-9108
*Counsel for Plaintiffs*

Dated: 5/15/14

*[signature]*

Albéniz Couret Fuentes, Esq.
Sepúlvado & Maldonado, PSC
252 Ponce de León Ave.
Citibank Tower, 19th Floor
San Juan, Puerto Rico  00918
Telephone: (787) 765-4949
Fax: (787) 294-0073
*Counsel for Atlantic Trading & Marketing, Inc.*

Dated: 5/15/14

SO ORDERED:

*[signature]* 5/21/14

Shira A. Scheindlin, U.S.D.J.        Date