UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER   :   Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION   :   MDL 1358 (SAS)
:
----------------------------------------------------------X
:
This Document Relates To:   :
:
*Orange County Water District v. Unocal*   :
*Corporation, et al.*,   :
Case No. 04 Civ. 4968 (SAS)   :
:
:
----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/3/14

## [PROPOSED] ORDER OF DISMISSAL

After having considered the foregoing Stipulation and Request by Union Oil Company of California For Dismissal re: Certain Claims Against Union Oil, and for good cause shown, the Court hereby **ORDERS, ADJUDGES, AND DECREES** that Plaintiff Orange County Water District's claims for strict liability, negligence, and permanent nuisance against Union Oil are hereby **DISMISSED**, subject to any appeal of the November 19, 2009, Opinion and Order referenced in the Stipulation, as to the following sites:

1. Beacon Bay Car Wash Fountain Valley- Fountain Valley
2. Beacon Bay Car Wash Santa Ana- Santa Ana

If the Court's November 16, 2009, Opinion and Order is affirmed on appeal, or becomes final because an appeal is not filed, the dismissal of the above claims at the listed sites shall be with prejudice. Each side to bear its own costs.

IT IS SO ORDERED.

Dated 6/3/14

_____
United States District Judge

6

DMSLIBRARY01:23012789.1