UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER  :   Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION      :   MDL 1358 (SAS)
                                   :
----------------------------------------------------------X
                                   :
This Document Relates To:          :
                                   :
*Orange County Water District v. Unocal*  :
*Corporation, et al.*,             :
Case No. 04 Civ. 4968 (SAS)        :
                                   :
                                   :
                                   :
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/14

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After having considered the foregoing Stipulation of Dismissal with Prejudice as to Defendants Chevron Corporation and Unocal Corporation, and for good cause shown, the Court hereby:

**ORDERS, ADJUDGES, AND DECREES** that all claims and demands of Plaintiff Orange County Water District against Defendants Chevron Corporation and Unocal Corporation are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

IT IS SO ORDERED.

Dated: 6/3/14

United States District Judge