**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the below was served on this 6th day of June, 2014, on all counsel of record via LexisNexis File & Serve.

Notice of Motion and BP, Atlantic Richfield, and the Shell Defendants' Motion for Summary Judgment based on Res Judicata

Memorandum of Law in Support of BP, Atlantic Richfield, and the Shell Defendants' Motion for Summary Judgment based on Res Judicata

BP and Shell Defendants' Local Rule 56.1 Statement in Support of Motion for Summary Judgment based on Res Judicata

Declaration of Erik Alson in support of BP Defendants Motion for Summary Judgment

Declaration of Henry C. Windsor in Support of BP Defendants' Motion for Summary Judgment Based on Res Judicata

Declaration of Karen A. Lyons in Support of the Shell Defendants' Motion for Summary Judgment

Declaration of Lawrence A. Cox in Support of BP Defendants' Motion for Summary Judgment Based on Res Judicata

Declaration of Peter C. Condron in Support of BP and the Shell Defendants' Motion for Summary Judgment

BP and Shell Defendants' Request for Judicial notice in Support of Motion for Summary Judgment



/s/
Keith A. Kaider