**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the below was served on this 6th day of June, 2014, on all counsel of record via LexisNexis File & Serve.

Notice of Motion and Defendants' Motion for Summary Judgment Due to Lack of Injury and Damages at Certain Trial Sites

Memorandum of Law in Support of Motion for Summary Judgment Due to Lack of Injury and Damages at Certain Trial Sites

Defendants' Local Rule 56.1 Statement of Material Facts in Support of Motion for Summary Judgment Due to Lack of Injury and Damages at Certain Trial Sites

Declaration of Peter C. Condron in Support of Motion for Summary Judgment Due to Lack of Injury and Damages at Certain Trial Sites

/s/
Keith A. Kaider