UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE")       Master File No. 1:00-1898
Products Liability Litigation                     MDL No. 1358 (SAS)
                                                  M21-88

This Document Relates To:
*Orange County Water District v. Unocal, et al,*
*04 Civ. 4968*
-----------------------------------------------------------------X

### [PROPOSED] ORDER OF DISMISSAL

After having considered the foregoing Stipulation and Request Exxon Mobil Corporation and ExxonMobil Oil Corporation For Dismissal re Certain Claims Against Exxon Mobil Corporation and ExxonMobil Oil Corporation, and for good cause shown, the Court hereby

ORDERS, ADJUDGES, AND DECREES that Plaintiff Orange County Water District's claims for strict liability, negligence, and permanent nuisance against Exxon Mobil Corporation and ExxonMobil Oil Corporation are hereby DISMISSED, subject to any appeal of the November 16, 2009, Opinion and Order referenced in the Stipulation, as to the following sites:

1. Exxon 4283 – 8980 Warner Avenue, Fountain Valley
2. World Oil 39 – 3450 West Ball Road, Anaheim
3. Thrifty 368 – 6311 Westminster Boulevard, Westminster
4. Mobil 18-HEP – 2921 South Bristol Street, Santa Ana

If the Court's November 16, 2009, Opinion and Order is affirmed on appeal, or becomes final because an appeal is not filed, the dismissal of the above claims at the listed sites shall be with prejudice.

Each side to bear its own costs.

IT IS SO ORDERED.

Dated: 6/9/14

United States District Judge