```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")       Master File No. 1:00-1898
Products Liability Litigation                                   MDL No. 1358 (SAS)
                                                                           M21-88

This Document Relates To:
*Orange County Water District v. Unocal, et al,*
*04 Civ. 4968*
------------------------------------------------------------X

### [PROPOSED] ORDER RE SUBSTITUTION OF EXXONMOBIL OIL CORPORATION

After having considered the foregoing Stipulation re Substitution of ExxonMobil Oil Corporation, and for good cause shown, the Court hereby

ORDERS, ADJUDGES, AND DECREES that ExxonMobil Oil Corporation shall be substituted as a defendant in this case replacing Mobil Corporation and that Mobil Corporation shall be dismissed from the case.

IT IS SO ORDERED.

Dated: 6/9/14

United States District Judge