UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL NO. 1358
C.A. No. 1:00-1898 (SAS)
M21-88

This Document Relates To:
*Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al.*,
Case No. 14-CV-01014-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/14

## [PROPOSED] CONSENT ORDER ESTABLISHING BRIEFING SCHEDULE FOR THE MOTION TO DISMISS OF DEFENDANT VITOL ENERGY (BERMUDA) LTD.

THE MATTER before the Court is the request by Defendant Vitol Energy (Bermuda) Ltd. ("VEBL") to establish a briefing schedule for their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6). VEBL filed their notice of motion to dismiss, memorandum of law and supporting papers on May 27, 2014. The parties have met, conferred and agreed on dates for submission of papers. It is hereby:

ORDERED that Plaintiffs opposition memorandum to the Motion, together with any supporting papers, shall be filed and served no later than June 24, 2014; and it is further

ORDERED that VEBL's reply memorandum in support of the Motion, if any, together with any supporting papers, shall be filed and served no later than July 8, 2014.

SO ORDERED this 10 day of June, 2014

_____
Hon. Shira A. Scheindlin
United States District Judge

1

24106930.1