```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/14
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |

This Document Relates to:
*Mayor and City Council of Berlin et al v. 7Eleven, Inc. et al.*, Case No. 1:11-cv-04072SAS
and
*Coraopolis Water And Sewer Authority v. Ashland, Inc. et al.*, Case No. 1:10-cv-07874SAS

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CROWN CENTRAL LLC

Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, plaintiffs City of Aberdeen, Maryland; Mayor and Council of Berlin, Maryland; Town of Chestertown, Maryland; City of Salisbury, Maryland; Commissioners of Sharptown, Maryland; County Commissioners of Worcester County, Maryland; City of Taneytown, Maryland; Coraopolis Water & Sewer Authority, Pennsylvania; Village of Bethalto, Illinois; Village of Roanoke, Illinois; City of Nokomis, Illinois; Bridgewater Water Department, Massachusetts; Town of Russell, Massachusetts; Harrisville Fire District, Rhode Island; Town of North Kingstown, Rhode Island; City of Kennett, Missouri; City of Mound City, Missouri; City of Pattonsburg, Missouri (the "Settling Plaintiffs") and defendant Crown Central LLC (the "Settling Defendant") (collectively "the Parties"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendant in the above referenced actions.

The Parties agree to this dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

This dismissal resolves Plaintiffs' claims against all defendants except Getty Petroleum Marketing, Inc. ("GPMI"), whose bankruptcy proceeding remains pending in the Southern District of New York (Case No. 11-15606 (SCC)).

Defendant Crown Central LLC remains a party to another matter pending in this MDL --- *New Jersey Dept. of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*

DATED: _____        DATED: __6.26.14__

_____        _____
Carla M. Burke                        Ben Krowicki
Cary McDougal                         BINGHAM MCCUTCHEN LLP
BARON & BUDD, P.C.                    One State Street
3102 Oak Lawn Avenue, Suite 1100      Hartford, Connecticut 06103-3178
Dallas, TX 75219-4281                 Telephone: (860) 240-2700
Telephone: (214) 523-6267             Facsimile: (860) 240-2800
Facsimile: (214) 520-1181
*Attorneys for Plaintiffs*            *Attorneys for Defendant*


SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: __7/2/14__

The Parties agree to this dismissal and further agree that such dismissal is with prejudice, with each party bearing its own costs, expenses and attorneys' fees. Plaintiff reserves all other rights as against all other defendants.

This dismissal resolves Plaintiffs' claims against all defendants except Getty Petroleum Marketing, Inc. ("GPMI"), whose bankruptcy proceeding remains pending in the Southern District of New York (Case No. 11-15606 (SCC)).

Defendant Crown Central LLC remains a party to another matter pending in this MDL --- *New Jersey Dept. of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*

DATED: June 30, 2014                               DATED: _____


_____                          _____
Carla M. Burke                                     Ben Krowicki
Cary McDougal                                      BINGHAM MCCUTCHEN LLP
BARON & BUDD, P.C.                                 One State Street
3102 Oak Lawn Avenue, Suite 1100                   Hartford, Connecticut 06103-3178
Dallas, TX 75219-4281                              Telephone: (860) 240-2700
Telephone: (214) 523-6267                          Facsimile: (860) 240-2800
Facsimile: (214) 520-1181
*Attorneys for Plaintiffs*                         *Attorneys for Defendant*


SO ORDERED:


_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: 7/2/14

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CROWN CENTRAL LLC was served on all counsel of record by posting it directly to File & Serve Xpress on June 30th, 2014

*Shelly Petersen*
Shelly Petersen