UNITED STATES DISTRICT COURT )  Master File No. 1:00-1898
SOUTHERN DISTRICT OF NEW ) MDL No. 1358 (SAS)
YORK ) M21-88
 )
_____ )
 ) STIPULATION AND ORDER OF
In re Methyl Tertiary Butyl Ether ) SUBSTITUTION OF COUNSEL FOR
("MTBE") Products Liability Litigation ) DEFENDANTS THE PREMCOR
 ) REFINING GROUP INC., VALERO
_____ ) ENERGY CORPORATION, VALERO
 ) MARKETING AND SUPPLY
This document relates to: ) COMPANY, VALERO REFINING
 ) COMPANY-NEW JERSEY, VALERO
*New Jersey Department of Environmental* ) REFINING AND MARKETING
*Protection, et al. v. Atlantic Richfield Co.,* ) COMPANY, ULTRAMAR ENERGY
*et al.*; No. 08-CIV-00312 ) INC., AND ULTRAMAR LTD.
 )
_____ )

In accordance with Local Civil Rule 1.4 and applicable law, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL that the law firm of Dowd Bennett LLP is hereby substituted in place and in the stead of the law firm of Bracewell & Giuliani LLP as counsel of record for Defendants The Premcor Refining Group Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company-New Jersey, Valero Refining and Marketing Company, Ultramar Energy Inc., and Ultramar Ltd. in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, documents to be served, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

OUTGOING ATTORNEYS FOR DEFENDANTS THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.

Dated: July 1, 2014

BRACEWELL & GIULIANI LLP

_/s/ M. Coy Connelly / AEP_
M. Coy Connelly
Amy E. Parker

711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300
coy.connelly@bgllp.com
amy.parker@bgllp.com

Outgoing Attorneys for Defendants
THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.

INCOMING ATTORNEYS FOR DEFENDANTS THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.

Dated: July 1, 2014

DOWD BENNETT LLP

_/s/_
James F. Bennett
Willie J. Epps Jr.
Selena L. Evans

7733 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
jbennett@dowdbennett.com
epps@dowdbennett.com
sevans@dowdbennett.com

                                        Incoming Attorneys for Defendants
THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.

IT IS SO ORDERED.

DATED: _____, 2014

_____
Hon. Shira A. Scheindlin
Judge of the United States District Court
Southern District of New York