UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
No. 1:08-cv-00312-SAS

<u>**CONFIDENTIAL**
**FILED UNDER SEAL BY ORDER OF THE COURT**</u>

DECLARATION OF BRYAN BARNHART IN SUPPORT OF
PLAINTIFFS' MOTION TO ENFORCE PROTECTIVE ORDERS' WAIVER AND
DECLASSIFICATION PROVISIONS

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
United States District Court, Southern District of New York, Case No. 08 Civ. 00312 (SAS)

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**CONFIDENTIAL DECLARATION OF BRYAN BARNHART IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PROTECTIVE ORDERS' WAIVER AND DECLASSIFICATION PROVISIONS** [CAPTION PAGE ONLY]

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 2, 2014, at Sacramento, California.

_____
KATHY HERRON