USDC SDNY
DOCUMENT
ELECTROMICALLY FILED
DOC #: _____
DATE FILED: 7/3/14

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW<br>YORK<br><br>In re Methyl Tertiary Butyl Ether<br>("MTBE") Products Liability Litigation<br><br>This document relates to:<br><br>*New Jersey Department of Environmental<br>Protection, et al. v. Atlantic Richfield Co.,<br>et al.*; No. 08-CIV-00312 | Master File No. 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88<br><br>STIPULATION AND ORDER OF<br>SUBSTITUTION OF COUNSEL FOR<br>DEFENDANTS THE PREMCOR<br>REFINING GROUP INC., VALERO<br>ENERGY CORPORATION, VALERO<br>MARKETING AND SUPPLY<br>COMPANY, VALERO REFINING<br>COMPANY-NEW JERSEY, VALERO<br>REFINING AND MARKETING<br>COMPANY, ULTRAMAR ENERGY<br>INC., AND ULTRAMAR LTD. |

In accordance with Local Civil Rule 1.4 and applicable law, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL that the law firm of Dowd Bennett LLP is hereby substituted in place and in the stead of the law firm of Bracewell & Giuliani LLP as counsel of record for Defendants The Premcor Refining Group Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company-New Jersey, Valero Refining and Marketing Company, Ultramar Energy Inc., and Ultramar Ltd. in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, documents to be served, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

**OUTGOING ATTORNEYS FOR DEFENDANTS THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.**

Dated: July ___, 2014                                    BRACEWELL & GIULIANI LLP

                                                         M. Coy Connelly / AEP
                                                         M. Coy Connelly
                                                         Amy E. Parker

                                                         711 Louisiana Street, Suite 2300
                                                         Houston, Texas 77002
                                                         (713) 223-2300
                                                         coy.connelly@bgllp.com
                                                         amy.parker@bgllp.com

                                                         Outgoing Attorneys for Defendants
                                                         THE PREMCOR REFINING GROUP INC., VALERO
                                                         ENERGY CORPORATION, VALERO MARKETING
                                                         AND SUPPLY COMPANY, VALERO REFINING
                                                         COMPANY-NEW JERSEY, VALERO REFINING AND
                                                         MARKETING COMPANY, ULTRAMAR ENERGY
                                                         INC., AND ULTRAMAR LTD.

**INCOMING ATTORNEYS FOR DEFENDANTS THE PREMCOR REFINING GROUP INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING AND MARKETING COMPANY, ULTRAMAR ENERGY INC., AND ULTRAMAR LTD.**

Dated: July ___, 2014                                    DOWD BENNETT LLP

                                                         James F. Bennett
                                                         Willie J. Epps Jr.
                                                         Selena L. Evans

                                                         7733 Forsyth Boulevard, Suite 1900
                                                         St. Louis, Missouri 63105
                                                         (314) 889-7300
                                                         jbennett@dowdbennett.com
                                                         epps@dowdbennett.com
                                                         sevans@dowdbennett.com

4622688.1                                    -2-

Incoming Attorneys for Defendants
THE PREMCOR REFINING GROUP INC., VALERO
ENERGY CORPORATION, VALERO MARKETING
AND SUPPLY COMPANY, VALERO REFINING
COMPANY-NEW JERSEY, VALERO REFINING AND
MARKETING COMPANY, ULTRAMAR ENERGY
INC., AND ULTRAMAR LTD.

IT IS SO ORDERED.

DATED: _____ July 3, 2014

_____
Hon. Shira A. Scheindlin
Judge of the United States District Court
Southern District of New York