USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/14

UNITED STATES DISTRICT COURT )   Master File No. 1:00-1898
SOUTHERN DISTRICT OF NEW YORK )   MDL No. 1358 (SAS)
                              )   M21-88
_____)
                              )
In re Methyl Tertiary Butyl Ether )
("MTBE") Products Liability Litigation )
                              )   STIPULATION AND ORDER OF
                              )   SUBSTITUTION OF COUNSEL FOR
_____)   DEFENDANTS VALERO
                              )   MARKETING AND SUPPLY
This document relates to:     )   COMPANY, VALERO REFINING
                              )   COMPANY-CALIFORNIA, AND
*Orange County Water District v. Unocal* )   ULTRAMAR INC.
*Corp., et al.*, No. 04 Civ. 4968 )
_____)

In accordance with Local Civil Rule 1.4 and applicable law, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL that the law firm of Dowd Bennett LLP is hereby substituted in place and in the stead of the law firm of Bracewell & Giuliani LLP as counsel of record for Defendants Valero Marketing and Supply Company, Valero Refining Company-California, and Ultramar Inc. in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, documents to be served, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

**OUTGOING ATTORNEYS FOR DEFENDANTS VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-CALIFORNIA, AND ULTRAMAR INC.**

Dated: July 1, 2014

BRACEWELL & GIULIANI LLP

*/s/ M. Coy Connelly / AEP*

M. Coy Connelly
Amy E. Parker

711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300
coy.connelly@bgllp.com
amy.parker@bgllp.com

Outgoing Attorneys for Defendants
ULTRAMAR INC., VALERO MARKETING AND
SUPPLY COMPANY, VALERO REFINING
COMPANY-CALIFORNIA

**INCOMING ATTORNEYS FOR DEFENDANTS VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY-CALIFORNIA, AND ULTRAMAR INC.**

Dated: July 1, 2014

DOWD BENNETT LLP

*/s/*

James F. Bennett
Willie J. Epps Jr.
Selena L. Evans

7733 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
jbennett@dowdbennett.com
epps@dowdbennett.com
sevans@dowdbennett.com

Incoming Attorneys for Defendants
ULTRAMAR INC., VALERO MARKETING AND
SUPPLY COMPANY, VALERO REFINING
COMPANY-CALIFORNIA

IT IS SO ORDERED.

DATED: _July 3_, 2014

_____
Hon. Shira A. Scheindlin
Judge of the United States District Court
Southern District of New York