UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For July 15, 2014 Status Conference

### Joint Agenda Items

1. *Puerto Rico*: Pre-Motion Letters on Summary Judgment

### Defendants' Agenda Items:

1. *Puerto Rico*: Plaintiffs' Late ESI Production
2. *Puerto Rico*: Plaintiffs' Qualification on Limiting NRD Damages
3. *Puerto Rico*: A. Brown Late Report Addenda

### Plaintiffs' Agenda Items:

1. *MDL 1358:* Settlement with Crown Refining LLC

Dated: New York, New York
       July 7, 2014

| | |
|---|---|
| WEITZ & LUXENBERG, P.C. | McDERMOTT WILL & EMERY LLP |
| /s/ William A. Walsh | /s/ Stephen J. Riccardulli |
| William A. Walsh (WW 3301) | Peter John Sacripanti (PS 8968) |
| Robert J. Gordon (RG 3408) | James A. Pardo (JP 9018) |
| Co-lead counsel for plaintiffs | Stephen J. Riccardulli (SR 7784) |
| 700 Broadway | 340 Madison Avenue |
| New York, New York 10003 | New York, New York 10173 |
| (212) 558-5500 | (212) 547-5400 |
| *Plaintiffs' Liaison Counsel* | *Defendants' Liaison Counsel* |