UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al. | Case No. 07-Civ.-10470 (SAS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/14

## ORDER FOR ADMISSION PRO HAC VICE

By letter dated July 10, 2014, attorney David C. Schulte requested admission *pro hac vice* to appear for all purposes in the above-captioned action as counsel of record for Petrobras America Inc. According to the letter, Mr. Schulte consulted with the adversaries (counsel for plaintiffs, Michael D. Axline) and no opposition to his request was put forth.

There being no expressed opposition, the request of David C. Schulte to practice *pro hac vice* in the above-captioned action is granted.

Mr. Schulte has declared that he is a member in good standing of the bar of Texas and various federal courts and that his contact information is as follows:

David C. Schulte
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1314
Fax: (214) 999-1581
E-mail: david.schulte@tklaw.com

ORDER FOR ADMISSION PRO HAC VICE — Page 1

**It is Hereby Ordered** that David C. Schulte is admitted to practice *pro hac vice* in the above-captioned action in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Signed on July 11, 2014.

Honorable Shira A. Scheindlin
United States District Court Judge