**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**MDL No. 1358**
**Master File C.A. No.**
**1:00-1898 (SAS)**

---

**This document relates to the following case:**

*Orange County Water District v. Unocal, et al.*,
Case No. 04 Civ. 4968

---

**DECLARATION OF DAVID BOLIN IN SUPPORT OF PLAINTIFF ORANGE COUNTY
WATER DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT DUE TO LACK OF INJURY AND DAMAGES AT
CERTAIN TRIAL SITES**

1

I, David Bolin, declare:

1.      I am a certified hydrogeologist currently employed by the Orange County Water District (the "District").  I have participated in this matter and am familiar with or have personal knowledge concerning the facts stated herein.

2.      Unocal #5399 is part of the District's Bellwether Plume No. 1 and this plume is associated with the City of Newport Beach drinking water well NB-TAMD.  Sampling data obtained from Friedman & Bruya shows that MTBE was detected in this well in 2005 and 2008. A copy of the District's Bellwether Plume List is attached as Exhibit 1.

3.      Beacon Bay, Fountain Valley is part of the District's Bellwether Plume No. 3 and this plume is associated with District monitoring wells OCWD-M10, OCWD-M11, and OCWD-M45.  Sampling by the District shows that MTBE was detected in OCWD-M45 in 2005.

4.      Unocal #5123 and Thrifty #368 are both part of the District's Bellwether Plume No. 9 and this plume is associated with the City of Huntington Beach drinking water wells HB-1, HB-13, HB-4, and HB-7.

5.      By 2003, MTBE had been detected in nine public water supply wells and a handful of other water supply wells.

6.      In 2008 and 2010 the District conducted vulnerability assessments of the drinking water wells within its service area by contracting with Freidman & Bruya to analyze water samples for the presence of MTBE at levels of 0.02 ppb.  As a result of the 2010 study, MTBE was detected for the first time in fifty-six public drinking water wells.  It is my understanding that all of the sampling results obtained by Friedman & Bruya were produced in this matter.

7.     The District has incurred substantial costs to conduct Cone Penetration Testing and groundwater sampling of stations associated with Bellwether Plume Nos. 1, 3, and 9, as well as non-station specific costs that I understand have been set forth in detail in the District's discovery responses.

I declare under the laws of the State of California that the foregoing is true.  Executed this 19th day of July, 2014, at Fountain Valley, California.

David Bolin

3

# EXHIBIT 1

*Orange County Water District v. Unocal Corp., et al.*

**Bellwether Stations List**

| Plume | Station | Address | City |
|---|---|---|---|
| 1 | Arco #1887 | 16742 Beach Boulevard | Huntington Beach, CA |
| 1 | Exxon #4283 | 8980 Warner Avenue | Fountain Valley, CA |
| 1 | G&M #4 | 16990 Beach Boulevard | Huntington Beach, CA |
| 1 | Mobil #18-G6B | 9024 Warner Avenue | Fountain Valley, CA |
| 1 | Shell #204359403 | 8471 Warner Avenue | Huntington Beach, CA |
| 1 | Texaco #121681 | 9475 Warner Avenue | Fountain Valley, CA |
| 1 | Texaco #8520 | 8520 Warner Avenue | Fountain Valley, CA |
| 1 | Unocal #5376 | 8971 Warner Avenue | Huntington Beach, CA |
| 1 | Unocal #5399 | 9525 Warner Avenue | Fountain Valley, CA |
| 2 | Arco #6131 | 3201 Harbor Boulevard | Costa Mesa, CA |
| 2 | Mobil #18-HDR | 3195 Harbor Boulevard | Costa Mesa, CA |
| 2 | Mobil #18-JMY | 3470 Fairview road | Costa Mesa, CA |
| 3 | Arco #1905 | 18025 Magnolia Street | Fountain Valley, CA |
| 3 | Arco #1912 | 18480 Brookhurst Street | Fountain Valley, CA |
| 3 | Beacon Bay Carwash | 10036 Ellis Avenue | Fountain Valley, CA |
| 3 | Thrifty #383 | 18520 Brookhurst Street | Fountain Valley, CA |
| 8 | Arco #3085 | 3361 S. Bristol Street | Santa Ana, CA |
| 8 | Beacon Bay Carwash | 1501 W. MacArthur Boulevard | Santa Ana, CA |
| 8 | Chevron #1921 | 3801 S. Bristol Street | Santa Ana, CA |
| 8 | G&M #24 | 3301 Bristol Street | Santa Ana, CA |
| 8 | Mobil #18-HEP | 2921 S. Bristol Street | Santa Ana, CA |
| 9 | Chevron #9-5401 | 5992 Westminster Boulevard | Westminster, CA |
| 9 | Huntington Beach Arco | 6002 Bolsa Avenue | Huntington Beach, CA |
| 9 | Shell #6502 | 6502 Bolsa Avenue | Huntington Beach, CA |
| 9 | Thrifty #368 | 6311 Westminster Boulevard | Westminster, CA |
| 9 | Unocal #5123 | 14972 Springdale Street | Huntington Beach, CA |
| 9 | Unocal #5226 | 6322 Westminster Boulevard | Westminster, CA |
| 9 | USA Gasoline #141 | 14600 Edwards Street | Westminster, CA |
| 9 | Westminster Shell | 5981 Westminster Avenue | Westminster, CA |