UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

---

**This document relates to the following case:**
*Orange County Water District v. Unocal, et al.*, Case No. 04 Civ. 4968

---

**PROOF OF SERVICE**

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

(1) PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OPPOSITION TO BP AND SHELL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON *RES JUDICATA*

(2) PLAINTIFF ORANGE COUNTY WATER DISTRICT'S RESPONSES IN OPPOSITION TOBP AND SHELL DEFENDANTS' LOCAL RULE 56.1 STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON *RES JUDICATA*; AND PLAINTIFF ORANGE COUNTY WATER DISTRICT'S LOCAL RULE 56.1 STATEMENT IN SUPPORT OF ITS OPPOSITION TO BP AND SHELL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON *RES JUDICATA*

(3) DECLARATION OF BRYAN BARNHART IN SUPPORT OF PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OPPOSITION TO BP AND SHELL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON *RES JUDICATA*

I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on July 21, 2014.

TONYA L. ZIMMERMAN