UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

City of Aberdeen, (Maryland);
Mayor and Council of Berlin, (Maryland);
Town of Chestertown, (Maryland);
City of Salisbury, (Maryland);
Commissioners of Sharptown, (Maryland);
County Commissioners of Worcester, (Maryland);
City of Taneytown, (Maryland);
Corapolis Water & Sewer Authority, (Pennsylvania);
Village of Bethalto, (Illinois);
Village of Roanoke, (Illinois);
City of Nokomis, (Illinois);
Bridgewater Water Dep't, (Massachusetts);
Town of Russell, (Massachusetts);
Harrisville Fire District, (Rhode Island);
Town of North Kingston, (Rhode Island);
City of Kennett, (Missouri);
City of Mound City, (Missouri); and
City of Pattonsburg, (Missouri)

Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/14

SHIRA A. SCHEINDLIN, U.S.D.J.:

The plaintiffs in the above-referenced cases have reached a settlement with defendant Crown Refining LLC (Crown). Because the other defendants have previously settled with plaintiffs and Crown is the only defendant remaining in the case, the parties contend that a good-faith settlement hearing is not necessary. The issue, after prior notice, was raised with the Court on July 15, 2014, and no objection was raised.

Accordingly, the Court determines that a good-faith settlement hearing is not necessary.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
July 21, 2014