UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00–1898<br>MDL 1358 (SAS)<br>M21-88 |
| This document relates to:<br><br>Orange County Water District v. Unocal Corp., et al., No. 04 Civ. 4968 |  |

**PROOF OF SERVICE**

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

(1) **PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT**

(2) **PLAINTIFF ORANGE COUNTY WATER DISTRICTS' LOCAL RULE 56.1 STATEMENT OF DISPUTED AND MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' RULE 56.1 STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

(3) **PLAINTIFF'S SEPARATE RULE 56.1 STATEMENT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(4) **PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(5) **DECLARATION OF DUANE C. MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(6) **DECLARATION OF MICHAEL AXLINE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(7) **DECLARATION OF TRACEY L. O'REILLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(8) **DECLARATION OF JUSTIN MASSEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(9) **DECLARATION OF MOLLY MCGINLEY HAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(10) **DECLARATION OF BRYAN BARNHART IN SUPPORT OF PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(11) **DECLARATION OF ROY HERNDON IN SUPPORT OF PLAINTIFF ORANGE COUNTY WATER DISTRICT'S OPPOSITION TO OMNIBUS MOTION FOR SUMMARY JUDGMENT**

(12) **DECLARATION OF TENAYA HYDRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(13) **DECLARATION OF ALEX WALLACE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(14) **DECLARATION OF DANIEL BOONE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on July 21, 2014.

*Tonya L. Zimmerman*
TONYA L. ZIMMERMAN