UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates To:
Commonwealth of Puerto Rico, et al. v.
Shell Oil Company, et al.,

Case No. 14-CV-01014-SAS

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

Civil Action

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/14

## ORDER

Having considered the recently filed Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1) of Vitol Energy (Bermuda) Ltd. ("VEBL") under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

ORDERED that VEBL is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
July 25, 2014

1