USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")     Master File No. 1:00-1898
Products Liability Litigation                                  MDL No. 1358 (SAS)
                                                                          M21-88
This Document Relates To:
*City of Fresno v. Chevron U.S.A. Inc., et al.,*
04 Civ. 04973
------------------------------------------------------------X

## JUDGMENT IN A CIVIL CASE

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of __%, plus post judgment interest at the rate of __% per annum,
along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff
*(name)* _____.

■ other: the plaintiff recover nothing, the action be dismissed on the merits with
prejudice, and the plaintiff City of Fresno and the defendants Exxon Mobil Corporation,
Chevron U.S.A. Inc., Shell Oil Company, Equilon Enterprises LLC, Equiva Services
LLC, Texaco Refining and Marketing Inc., CITGO Petroleum Corporation, Chevron
U.S.A. Inc., Union Oil Company of California, and Texaco Inc., Kern Oil & Refining
Co., Tesoro Corporation, Tesoro Refining and Marketing Company, Duke Energy
Merchants, LLC, Northridge Petroleum Marketing U.S., New West Petroleum, and Nella
Oil Company shall bear their own costs.  This is a full and final judgment.  All relief not
expressly granted is hereby DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the
jury has rendered a verdict.

SMRH:424930512.1                            -7-

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge _____ Shira A. Scheindlin _____ on a motion for summary judgment by defendants and subsequent stipulation of the parties.

*CLERK OF COURT*

_____
*Signature of* ~~Clerk or~~ *Deputy Clerk*

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____

Schneider, S

Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")   Master File No. 1:00-1898
Products Liability Litigation                 MDL No. 1358 (SAS)
                                              M21-88
This Document Relates To:
*City of Fresno v. Chevron U.S.A. Inc., et al.*,
04 Civ. 04973
-----------------------------------------------------------X

## STIPULATION RE JUDGMENT AND WAIVER OF COSTS AND APPEAL

WHEREAS, the Court has issued a series of orders in this case in response to summary judgment motions and stipulations resolving the claims asserted by Plaintiff City of Fresno ("Plaintiff") against the remaining defendants Exxon Mobil Corporation, Chevron U.S.A. Inc., Shell Oil Company, Equilon Enterprises LLC, Equiva Services LLC, Texaco Refining and Marketing Inc., CITGO Petroleum Corporation, Chevron U.S.A. Inc., Union Oil Company of California, and Texaco Inc., Kern Oil & Refining Co., Tesoro Corporation, Tesoro Refining and Marketing Company, Duke Energy Merchants, LLC, Northridge Petroleum Marketing U.S., New West Petroleum, and Nella Oil Company (collectively, "Defendants");

WHEREAS, the only remaining items left for the Court to resolve are the award of costs to the prevailing parties and the entry of judgment;

WHEREAS, by this Stipulation, Plaintiff and Defendants wish to resolve the entire case, including the entry of judgment and waiver of appeal;

SMRH:424930512.1                    -1-

Accordingly, Plaintiff and Defendants enter into the following stipulation:

1. Defendants agree to waive all right to recover costs as the prevailing parties in this matter;

2. In exchange for Defendants' waiver of costs, Plaintiff agrees to waive all right to appeal;

3. Plaintiff and Defendants agree to the attached Proposed Judgment (Exhibit A) and jointly request the Court enter Judgment at its earliest convenience.

SO STIPULATED.

Dated: July 24, 2014         Miller & Axline
                             By: _____
                             MICHAEL AXLINE
                             Attorney for Plaintiff City of Fresno

Dated: July 26, 2014         Sheppard Mullin Richter & Hampton LLP
                             By: _____
                             Attorney for Defendant
                             Exxon Mobil Corporation

Dated: July __, 2014         Sedgwick LLP
                             By: _____ for Pete Condron
                             Attorney for Defendant

                             Shell Oil Company, Equilon
                             Enterprises LLC, Equiva Services
                             LLC, and Texaco Refining and
                             Marketing Inc.

SMRH:424930512.1                    -2-

Dated: July 28, 2014

Eimer Stahl LLP

By: _____ for Joan Radovich

Attorney for Defendant
CITGO Petroleum Corporation

Dated: July 28, 2014

King & Spalding

By: _____ for John Charles Correl

Attorney for Defendant Chevron
U.S.A. Inc., Union Oil Company of
California, and Texaco Inc.

Dated: July 28, 2014

LeClair Ryan LLP

By: _____ for Peter Hart

Attorney for Defendant
Nella Oil Company

Dated: July 25, 2014

Downey Brand LLP

By: _____ for Leila Bruderer

Attorney for Defendant
New West Petroleum

Dated: July 28, 2014

Hunton LLP

By: _____ for Diana Martin

Attorney for Defendants
Tesoro Corporation and
Tesoro Refining and Marketing Company

Dated: June 25, 2014

Gordon & Rees LLP

By: _____ for Brian Ledger

Attorney for Defendant
Kern Oil & Refining Co.

Dated: July 25, 2014

Sidley Austin LLP

By: _____ for Jim Wedeking

Attorney for Duke Energy Merchants, LLC and Northridge Petroleum Marketing U.S.