00 cv 1898

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/14

# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
· LAW OFFICES ·

700 BROADWAY • NEW YORK, NY 10003
TEL. 212-558-5500 • FAX 212-344-5461
WWW.WEITZLUX.COM

*Handwritten note:*
Plaintiffs' request is hereby granted. The Court will set a date for the CMO 4 and CMO 10 productions at the August 14 conference.

SO ORDERED:
Date: August 1, 2014
/s/ Shira A. Scheindlin
U.S.D.J.

Corrected Copy

August 1, 2014

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: MTBE: 2013 Cases[1]

Dear Judge Scheindlin:

We wrote to Your Honor on June 26, 2014, to inform the Court that the parties were on the eve of reaching settlement in the following cases:

City of Manning, Iowa, Case No. 3:13-cv-3033 (N.D. Iowa)
City of Portageville, Missouri, Case No. 1:13-CV-91-SNLJ (E.D. Mo.)
Town of Hinesburg, Vermont, Case No. 2:13-cv-198 (D. Vt.)
Town of Brewster, et al., Massachusetts, Case No. 13-11695 (D. Mass.)

While the parties have reached a settlement, they are now finalizing the settlement agreement itself. Thus, plaintiffs and defendants jointly respectfully request the Court's indulgence for another extension of the CMO 4 and CMO 10 productions to permit time to finalize the settlement documentation.

Respectfully submitted,

Robin Greenwald

Cc: James Pardo, Esq.
Stephen Riccardulli, Esq.

---

[1] This letter corrects the letter sent to Your Honor on July 30, 2014, that mistakenly stated that the *Manning* case was still pending against one of the defendants. This settlement, therefore, resolves all of the referenced cases against all parties.

200 LAKE DRIVE EAST, SUITE 205 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921