AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re Methyl Tertiary Butyl Either ("MTBE") | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   00-cv-1898 (SAS) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experimental Pathology Laboratories, Inc.

Date:     08/06/2014

*Attorney's signature*

Joel MacMull (JM 8239)
*Printed name and bar number*

Goetz Fitzpatrick LLP
One Penn Plaza, Suite 3100
New York, New York 10119

*Address*

jmacmull@goetzfitz.com
*E-mail address*

(212) 695-8100
*Telephone number*

(212) 629-4013
*FAX number*

```
Robert J. Cunningham, Jr. (Not Admitted)
Alison R. Mullins (Not Admitted)
Rees Broome, PC
Co-counsel for Experimental Pathology Laboratories, Inc.
1900 Gallows Road, Suite 700
P: 703.790.1911
F: 703.356.0893
amullins@reesbroome.com
```