# Exhibit G



# Parker Poe

James C. Thornton
*Partner*
Telephone: 919.890.4165
jamesthornton@parkerpoe.com

Charleston, SC
Charlotte, NC
Columbia, SC
Myrtle Beach, SC
Raleigh, NC
Spartanburg, SC

September 29, 2010

**VIA FEDERAL EXPRESS**

Michael D. Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825-4225

      Re: *Crescenta Valley Water District v. ExxonMobil Corporation, et al.;*
           Pending in Southern District of New York, 07-CV-9453 (SAS)

Dear Mike:

    Enclosed is the CD containing the electronic copy of the raw data used to prepare the draft Final Report. Also enclosed is a list of additional raw data available for review at The Hamne, including paper documents, tissue slides and blocks, etc. As previously indicated, we will make this additional raw data available for review at The Hamner office in Research Triangle Park, North Carolina at a mutually agreeable time.

    The emails will be available for production on a CD next week. We can send that CD to you via Federal Express if you like.

    Thanks for your efforts, and if you should have any questions please let me know.

Sincerely,

James C. Thornton

JCT:rd

Enclosures

Parker Poe Adams & Bernstein LLP   Attorneys and Counselors at Law   Wachovia Capitol Ctr   150 Fayetteville St   Ste 1400   Raleigh, NC 27601   PO Box 389   Raleigh, NC 27602-0389
t 919.828.0564   f 919.834.4564   www.parkerpoe.com

MTBE 2-Year Study in Rats

General Categories of Additional Raw Data On-Site (The Hamner Institutes)

- Analytical chromatograms of MTBE test material, MTBE drinking water doses, MTBE air monitoring, and TBA in biosamples
- Animal feed/bedding records and certifications
- Animal room checklists
- Animal receipt, assignments, and other pre-study preparations
- Animal cage and rack rotations
- Animal room water quality reports
- Animal cage-side observations (sentinel/study)
- Pododermatitis observations and follow-up
- Animal serology (sentinel)
- Animal in-life electronic data files (Instem Provantis$^{TM}$ software data collection system)
- Animal wet tissues, tissue blocks, and tissue slides
- Equipment/instruments - certifications and maintenance records
- Environmental monitoring data for animal rooms and for storage of test material and analytical standards
- Necropsy personnel sign-in sheets and activities checklist