# Exhibit H



# Parker Poe

**Kathryn S. Lehman**
*Associate*
Telephone: 919.835.4504
Direct Fax: 919.835.4579
katylehman@parkerpoe.com

Charleston, SC
Charlotte, NC
Columbia, SC
Myrtle Beach, SC
Raleigh, NC
Spartanburg, SC

October 14, 2010

**VIA FEDERAL EXPRESS**

Michael D. Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825-4225

    Re:  *Crescenta Valley Water District v. ExxonMobil Corporation, et al.;*
          Pending in Southern District of New York, 07-CV-9453 (SAS)

Dear Mike:

    Enclosed is a CD containing emails as promised in James Thornton's September 29, 2010 correspondence.

    Please do hesitate to contact me if you should have any questions regarding this matter.

Sincerely,

Kathryn S. Lehman

KSL:ahd

Enclosure

PPAB 1739767v1

Parker Poe Adams & Bernstein LLP  Attorneys and Counselors at Law  Wachovia Capitol Ctr  150 Fayetteville St  Ste 1400  Raleigh, NC 27601  PO Box 389  Raleigh, NC 27602-0389
t 919.828.0564  f 919.834.4564  www.parkerpoe.com