# Exhibit I



## Parker Poe

**James C. Thornton**
*Partner*
Telephone: 919.890.4165
jamesthornton@parkerpoe.com

Charleston, SC
Charlotte, NC
Columbia, SC
Myrtle Beach, SC
Raleigh, NC
Spartanburg, SC

December 23, 2010

**VIA FEDERAL EXPRESS**

Michael D. Axline, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225

Re: *Crescenta Valley Water District v. ExxonMobil Corporation, et al.;*
Pending in Southern District of New York, 07-CV-9453 (SAS)

Dear Mike:

A CD containing the Final Report and appendices is attached.

We have collected the information from Instem for the affidavit and provided them a draft. However, we have not received an executed copy of the affidavit. We will forward a copy of the affidavit to you upon receipt.

Sincerely,

James C. Thornton

JCT:rd

Enclosure

PPAB 1764434v1