# Exhibit J



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1422
213-620-1780 *office* | 213-620-1398 *fax* | www.sheppardmullin.com

Writer's Direct Line: 213-617-5586
jparker@sheppardmullin.com

April 12, 2011

Our File Number: 0MH4-115296

*Via FedEx*

Tracey O'Reilly, Esq.
Miller Axline & Sawyer
1050 Fulton Ave. #100
Sacramento, CA 95825

Re:   Orange County Water District v. Unocal Corp., et al.

Dear Tracey:

Pursuant to our agreement today in the hearing with Special Master Warner, enclosed is a CD containing the Hamner database "Oracle dump file" and log. This CD and the information on it is covered by the stipulation and protective order relating to Hamner documents and is labeled "HAMNER-CONFIDENTIAL" in accordance with that order.

As discussed at the end of the hearing, I am copying the Hamner Institute's counsel so they know that the database has been produced and can notify Judge Scheindlin's clerk of that fact.

Very truly yours,

Jeffrey J. Parker

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:LJA\403433782.1

cc:   James Thornton (Hamner Institute's counsel)