# Exhibit N


Parker Poe

**Scott E. Bayzle**
Telephone: 919.835.4627
Direct Fax: 919.834.4564
scottbayzle@parkerpoe.com

Charleston, SC
Charlotte, NC
Columbia, SC
Myrtle Beach, SC
Raleigh, NC
Spartanburg, SC

July 12, 2012

**VIA FEDERAL EXPRESS**

Duane C. Miller
Tracey O'Reilly
Miller, Axline & Sawyer
1050 Fulton Avenue, Ste. 100
Sacramento, California  95825
Phone: (916) 488-6688

Re: **Subpoena to Dr. Darol Dodd**
    In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
    Master File No. 1:00-1898 MDL 1358

Dear Mr. Miller and Ms. O'Reilly:

As you know, this firm represents Dr. Darol E. Dodd ("Dr. Dodd") in connection with the subpoena served on him in the above-referenced matter. Pursuant to that subpoena and subject to *Non-Party Dr. Darol E. Dodd's Objections to Subpoena Duces Tecum Pursuant to Fed. R. Civ. Pro. Rule 45(c)(2)(B)* dated March 21, 2012, enclosed find four (4) DVDs containing Dr. Dodd's document production. The documents are bates-labeled DP00001 – DP21266.

Please note that many of these documents have been marked as "HAMNER-CONFIDENTIAL." The marked documents are being produced under that certain *Stipulation and Protective Order* entered by Judge Scheindlin on September 29, 2010. These documents are not to be used in any manner contrary to the terms of that *Stipulation and Protective Order*.

By copy of this letter, I am also providing a copy of these DVDs to James A. Pardo, counsel for Exxon Mobil Corporation ("Exxon"). Exxon, pursuant to a subpoena, also requested these documents.

Should you have any trouble accessing the documents on the DVDs or if you have any questions, please do not hesitate to contact me.

PPAB 1977999v1

July 12, 2012
Page 2

Sincerely,

Scott E. Bayzle

cc: James A. Pardo (with enclosures) (via Federal Express)
McDermott Will & Emery LLP
340 Madison Aven.
New York, NY 10173
Phone: (212) 547-5400