# Exhibit O

Law Offices of
# MILLER & AXLINE
A Professional Corporation

DUANE C. MILLER  
MICHAEL AXLINE

TRACEY L. O'REILLY  
DANIEL BOONE  
JUSTIN MASSEY  
BRYAN BARNHART  
DAVE E. BLUM  
MOLLY MCGINLEY HAN

April 22, 2014

<u>VIA EMAIL</u>

William G. Pappas  
Parker Poe Adams & Bernstein LLP  
Wells Fargo Capitol Center  
150 Fayetteville Street  
Suite 1400  
Raleigh, NC 27601

    Re:    *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*  
            September 29, 2010 Stipulation and Protective Order Relating to Documents and  
            Deposition Testimony Produced by the Hamner Institutes for Health Sciences

Dear Mr. Pappas:

       I write to follow up on our telephone conversation this afternoon.

       As I explained during our call, we ask that your client, the Hamner Institute for Health Sciences, stipulate to an order dissolving the Protective Order that the Honorable Judge Scheindlin of the Southern District of New York executed on September 29, 2010 (copy enclosed).

       We make this request because your client's stated rationale for the Protective Order no longer applies, yet this obsolete Order continues to impose substantial and unnecessary burdens on all of the many persons and Courts that must comply with its terms.

       As you will remember, your client asked for the Protective Order to prevent public disclosure of "preliminary data" relating to its "two year cancer bioassay study" before that study was finalized. Now, Hamner's report has been finalized and published. The burdensome Protective Order has outlived its usefulness, therefore, and it should dissolved.

       Please let me know by Friday whether your client will stipulate to an order dissolving the Protective Order.

Thank you for your anticipated courtesy and cooperation.

Sincerely,

*Bryan Barnhart*

Bryan Barnhart

Enclosure: Protective Order