IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation | Master File No. 1:00 - 1898<br>MDL No. 1358 (SAS)<br>M21-88 |

)

This Document Relates to:

New Jersey Department of Environmental
Protection, et al. v. Atlantic Richfield Co., et al.
No. 1:08-cv-00312-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/14

### ORDER GRANTING PRO HAC VICE ADMISSION

The court has considered the unopposed request of Non-Parties The Hamner Institutes and Darol E. Dodd, Ph.D, DABT ("the Hamner Entities"), to admit *pro hac vice* William Pappas and Scott Bayzle to represent the Hamner Entities in the above-captioned matter and the request is hereby GRANTED.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that

> William Pappas
> Parker Poe Adams & Bernstein LLP
> Wells Fargo Capitol Center
> 150 Fayetteville Street, Suite 1400
> Raleigh, North Carolina 27601
> Tel: 919-890-4164;Fax: 919.834.4564
> Email: billpappas@parkerpoe.com
>
> and
>
> Scott Bayzle
> Parker Poe Adams & Bernstein LLP
> Wells Fargo Capitol Center
> 150 Fayetteville Street, Suite 1400
> Raleigh, North Carolina 27601
> Tel: 919-835-4627; Fax: 919.834.4564
> Email: scottbayzle@parkerpoe.com

are admitted to practice before this Court pro hac vice on behalf of the Hamner Entities in the above-captioned matter upon the deposit of the required fee to the Clerk of this Court.

Dated: Aug 7, 2014

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge