UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**
**M21-88**

This Document Relates To:

The Honorable Shira A. Scheindlin

*Orange County Water District v. Unocal Corporation, et al.,*
Case No. 04 Civ. 4968 (SAS).

---

# REPLY DECLARATION OF PETER C. CONDRON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE TO LACK OF INJURY AND DAMAGES AT CERTAIN TRIAL SITES

PETER C. CONDRON, under penalty of perjury, declares as follows:

1. I am admitted to practice before this Court and am an attorney at Sedgwick LLP, attorneys of record for Shell Oil Company, Equilon Enterprises LLC, and Texaco Refining and Marketing Inc. (the "Shell Defendants"). This Declaration is based on my personal knowledge and, if called as a witness, I could testify competently thereto.

2. Attached hereto as Exhibit 1 are true and correct copies of relevant portions of the order granting Defendants' Motion in Limine to Exclude Testimony of Dr. Wheatcraft in *Crescenta Valley Water Dist. v. Exxon Mobil Corp., et al.*, Case No. CV 07-2630-JST (C.D. Cal. Jan. 8, 2013).

3. Attached hereto as Exhibit 2 are true and correct copies of relevant portions of the transcript of the deposition of Graham E. Fogg, Ph.D. taken in this matter on January 21, 2012.

4. Attached hereto as Exhibit 3 are true and correct copies of relevant portions of the transcript of the deposition of Anthony Brown taken in this matter on February 1, 2012 and February 6, 2012.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from the Orange County Health Care Agency to Patrick Shea of Beacon Bay Enterprises regarding the Beacon Bay Auto Wash at 10035 Ellis Avenue, dated April 19, 2006, which was obtained from the California State Water Resources Control Board Geotracker website, http://geotracker.waterboards.ca.gov.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 50 to the deposition of Anthony Brown, taken in this matter on January 2, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Washington, DC on this 11th day of August, 2014.

_____
Peter C. Condron