# Exhibit 4




| | COUNTY OF ORANGE<br>**HEALTH CARE AGENCY**<br><br>REGULATORY HEALTH SERVICES<br>ENVIRONMENTAL HEALTH | JULIETTE A. POULSON, RN, MN<br>DIRECTOR<br><br>MIKE SPURGEON<br>DEPUTY AGENCY DIRECTOR<br>REGULATORY HEALTH SERVICES<br><br>STEVEN K. WONG, REHS, MPH<br>DIRECTOR<br>ENVIRONMENTAL HEALTH<br><br>MAILING ADDRESS:<br>1241 EAST DYER ROAD, SUITE 120<br>SANTA ANA, CA 92705-5611<br><br>TELEPHONE: (714) 433-6000<br>FAX: (714) 754-1732<br>E-MAIL: ehealth@ochca.com |
|---|---|---|

*Excellence*
*Integrity*
*Service*

April 19, 2006

Patrick Shea
Beacon Bay Enterprises
1600 Sunflower Ave., Suite 110
Costa Mesa, CA 92626

Subject: Remedial Action Completion Certification

Re: Underground Storage Tank (UST) Case
Beacon Bay Auto Wash
10035 Ellis Ave., Fountain Valley
O.C.H.C.A. Case # 89UT071

Dear Mr. Shea:

This letter confirms the completion of site investigation and corrective action for the underground storage tanks formerly located at the above-described location. Thank you for your cooperation throughout this investigation. Your willingness and promptness in responding to our inquiries concerning the former underground storage tanks are greatly appreciated.

Based on information in the above-referenced file and with the provision that the information provided to this Agency was accurate and representative of site conditions, this Agency finds that the site investigation and corrective action carried out at your underground storage tank(s) site is in compliance with the requirements of subdivisions (a) and (b) of Section 25296.10 of the Health and Safety Code and with corrective action regulations adopted pursuant to Section 25299.3 of the Health and Safety Code and that no further action related to the petroleum release(s) at the site is required.

This notice is issued pursuant to subdivision (h) of Section 25296.10 of the Health and Safety Code.

Please contact Joyce Krall of our office at (714) 433-6252 if you have any questions regarding this matter.

Sincerely,

Steven K. Wong, REHS, MPH, Director
Environmental Health Division

Attachment: Case Closure Summary

cc: Ken Williams, Santa Ana Regional Water Quality Control Board
SB 562 Database, State Water Resources Control Board
Cleanup Fund Manager, State Water Resources Control Board
Larry Honeybourne, Environmental Health
Adria Paesani, Fountain Valley Fire Department