# Exhibit 5



November 2000

Legend
- Extraction Well
- Groundwater Monitoring Well
- CPT Location
- Facility Boundary

Notes:
1. All facility boundaries and sample locations are approximate.
2. Sample locations from the California State Water Resources Control Board Geotracker, 2011.
3. Aerial Imagery (c) 2010 Microsoft Corporation and its data suppliers.
4. Concentrations are in micrograms per liter (ug/L).
5. TBA: tert-butyl alcohol.
6. TBA results from 11/16/2000.

Scale: Feet   0    60

Thrifty 368
6311 Westminster Avenue
Westminster, California

TBA in Groundwater

Date: 5/26/2011   Proj. #: USA-02011097-00   Figure 5a



**Thrifty 368**

MW-10: 77
(8/13/1998)

BW-2: 1.1
(6/26/2007)

BW-5: 8800
(8/13/1998)

BW-1: 27
(2/2/1998)

AW-1: 3.4
(3/25/2008)

AW-4: <0.63
(6/27/2006)

EW-3: <0.19
(9/23/2008)

BW-3: 320
(2/15/1999)

BW-4: 640
(2/2/1998)

AW-3: <0.63
(6/27/2006)

EW-1: 2.5
(9/28/2010)

MW-11: 150
(5/7/1998)

AW-2: 10
(3/27/2007)

MW-7: 140
(11/10/1998)

EW-2: 4.2
(9/23/2008)

MW-8: 11
(11/2/2004)

MW-6R: 2100
(8/11/1999)

MW-6: 10000
(2/4/1999)

MW-12: 36
(5/13/1999)

Westminster Blvd

MW-9: 93
(8/17/2000)

**Unocal 5226**

MW-15: 5600
(8/16/2004)

MW-12: 2400
(4/23/1999)

MW-8: 5.7
(9/26/2008)

MW-7: 32000
(7/21/1999)

U5226A

Willow Ln

MW-1: 370000
(5/11/1998)

MW-6: 88000
(9/3/1998)

MW-13D: 2.4
(1/19/2004)

MW-9: 12000
(7/26/2000)

MW-5: 30000
(4/23/1999)

MW-3: 27.4
(7/29/1998)

MW-10: 2.1
(1/19/2004)

MW-16: 2.7
(1/19/2004)

MW-13S: 2.5
(1/19/2004)

MW-14: 900
(10/21/2001)

MW-2: 480000
(5/11/1998)

MW-11: 9600
(5/14/2002)

U5226B

MW-17: 2.6
(1/19/2004)

### Legend

- 🔴 Extraction Well
- ◆ Groundwater Monitoring Well
- 🔴 CPT Location
- ⬜ Site Boundary

### Notes:

1. All facility boundaries and sample locations are approximate.
2. Sample locations from the California State Water Resources Control Board Geotracker, 2011.
3. Aerial imagery (c) 2010 Microsoft Corporation and its data suppliers.
4. Concentrations are in micrograms per liter (ug/L).
5. MTBE: methyl tert-butyl ether.
6. Depth in feet below land surface (bls).

0       60

Scale: Feet

Thrifty 368
6311 Westminster Avenue
Westminster, California
**Maximum Concentration of MTBE in Groundwater**

Date: 5/19/2011 | Proj. #: USA-02011097-00 | **Figure 6**