# Exhibit A

| | |
|---|---|
| KLESTADT & WINTERS, LLP | Hearing Date: September 28, 2010 |
| Tracy L. Klestadt | Hearing Time: 10:00 a.m. |
| Sean C. Southard | |
| Joseph C. Corneau | |
| 292 Madison Avenue, 17th Floor | |
| New York, New York 10017 | |
| (212) 972-3000 | |

STINSON MORRISON HECKER LLP
Lawrence P. Block
1150 18th Street N.W., Suite 800
Washington, D.C. 20036
(202) 785-9100

MILLER, AXLINE & SAWYER
Duane C. Miller
Michael D. Axline
Justin Massey
1050 Fulton Avenue, Suite 100
Sacramento, California 95825
(916) 488-6688

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MARK IV INDUSTRIES, INC., et al. | : | Case No. 09-12795(SMB) |
| | : | |
| Reorganized Debtors. | : | |

**RESPONSE OF THE ORANGE COUNTY WATER DISTRICT TO REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 1291**

Orange County Water District ("OCWD" or the "District"), by its counsel, Klestadt & Winters, LLP, Stinson Morrison Hecker LLP and Miller, Axline & Sawyer, as and for its response to Reorganized Debtors' Objection to Claim No. 1291 (the "Claim Objection"), respectfully represent and allege as follows:

1

burden to produce evidence that the District's claim is invalid.  For all of the above reasons, Mark IV's objections lack merit.

**I.      Mark IV Is Liable For Its Ongoing Contamination.**

1. Mark IV's argument that it has "fully remediated any contamination that may be attributable to the Mark IV sites" (Objection at 5) is simply incorrect.  Mark IV relies for its assertion on a simple "no further action" letter from the Santa Ana Regional Water Quality Control Board for its "Prout" and "EDO" sites, attached as Exhibit D to the Declaration of Mark Barbiero.  A no further action letter from the Regional Board, however, does not mean the contamination from the sites has been fully, or even partially, remediated.

2. As explained in *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation* [hereinafter *In re MTBE*], 2007 WL 700819 (S.D.N.Y. 2007), the Regional Board and the Orange County Water District are distinct entities with different but related interests and mandates.  "Both the Regional Board and [Orange County Health Care Agency (OCHCA)] have been active in remediation of MTBE at spill sites within OCWD's service area, but neither agency has undertaken MTBE remediation efforts beyond those spill sites." *Id*. at *3.  The District is responsible for protecting sources of drinking water from contamination that, like Mark IV's, has migrated off-site.  As noted in *In re MTBE, supra,* "OCWD is first and foremost a state environmental agency that may well have the best knowledge of what efforts are most likely to remediate MTBE plumes in its service area.  Indeed, OCWD's credentials are impressive."  The Court concluded that, "[w]hile other agencies such as the Regional Board or OCHCA may engage in spill-site remediation, they do not attempt remediation or containment of MTBE plumes that may have escaped the spill site before remediation efforts began (or may persist despite such efforts)."  *Id*. at *6.

to support apportionment. For all of the reasons set forth above, OCWD respectfully requests that the Court overrule the Claim Objection.

Dated: New York, New York
       August 31, 2010

                KLESTADT & WINTERS, LLP

                By:  _/s/ Tracy L. Klestadt_____
                    Tracy L. Klestadt
                    Sean C. Southard
                    Joseph C. Corneau
                292 Madison Avenue, 17th Floor
                New York, New York  10017
                Telephone:  (212) 972-3000
                Facsimile:  (212) 972-2245

                    -and-

                STINSON MORRISON HECKER LLP
                Lawrence P. Block
                1150 18th Street N.W., Suite 800
                Washington, D.C. 20036
                Telephone: (202) 785-9100

                    -and-

                MILLER, AXLINE & SAWYER
                Justin Massey
                1050 Fulton Avenue, Suite 100
                Sacramento, California 95825
                Telephone: (916) 488-6688

                Attorneys for the Orange County Water District