# Exhibit C

# EXHIBIT A

## ALISO VIEJO

27882 Aliso Creek
Aliso Viejo, CA 92656

27055 Aliso Creek Road
Aliso Viejo, CA 92550

## ANAHEIM

2331 E Katella Avenue
Anaheim, CA 92806

1200 S State College Blvd
Anaheim, CA 92806

2100 S Harbor
Anaheim, CA 92802

8275 E Santa Ana Cyn Rd
Anaheim, CA 92808

3125 Orangethorpe
Anaheim, CA 92806

201 South State College
Anaheim, CA 92805

601 W Ball Rd
Anaheim, CA 92805

101 S Brookhurst Street
Anaheim, CA 92804

1101 North Magnolia
Anaheim, CA 92801

1200 North Euclid
Anaheim, CA

956 Brookhurst St.
Anaheim, CA

3080 E La Palma
Anaheim, CA 92806

1131 W Lincoln
Anaheim, CA 92805

1198 West Ball Road
Anaheim, CA 92802

5650 E La Palma
Anaheim, CA 92807

400 S Anaheim Hills Rd
Anaheim, CA 92807

100 Katella Ave, West
Anaheim, CA 92804

1001 N. State College Blvd
Anaheim, CA

30 Orangethorpe
Anaheim, CA

128 State College Blvd
Anaheim, CA

## BREA

300 S. Brea Blvd
Brea, CA

2701 Valencia Ave
Brea, CA

300 S Brea
Brea, CA 92621

1730 Lambert
Brea, CA 92621

3300 Imperial
Brea, CA 92621

## BUENA PARK

7491 La Palma
Buena Park, CA 90620

7979 Orangethorpe
Buena Park, CA 90620

5321 Beach Blvd
Buena Park, CA 90620

5990 Orangethorpe Ave
Buena Park, CA

7011 Orangethorpe Ave
Buena Park, CA

6011 Manchester Ave
Buena Park, CA 90621

6000 Orangethorpe Ave
Buena Park, CA

6011 Manchester Blvd
Buena Park, CA 90620

## CAPISTRANO BEACH

34241 Doheny Park Road
Capistrano Beach, CA 92624

## CORONA DEL MAR

3600 E Coast Highway
Corona Del Mar, CA 92625

2801 Pacific Coast Hwy
Corona Del Mar, CA

## COSTA MESA

2590 Newport Blvd
Costa Mesa, CA 92627

2249 Harbor Blvd
Costa Mesa, CA 92627

1201 E Baker
Costa Mesa, CA 92626

3045 Bristol St
Costa Mesa, CA

801 19th St.
Costa Mesa, CA

3131 Harbor Blvd
Costa Mesa, CA

1901 19th St.
Costa Mesa, CA

3001 Harbor
Costa Mesa, CA 92627

2502 Harbor Blvd
Costa Mesa, CA 92626

2059 Harbor Blvd
Costa Mesa, CA 92660

1695 Superior
Costa Mesa, CA 92727

481 E 17th Street
Costa Mesa, CA 92626

## CYPRESS

6001 Orange
Cypress, CA 90630

4499 Cerritos Ave
Cypress, CA 90630

4001 Ball Rd
Cypress, CA

6000 Cerritos Ave
Cypress, CA 90630

## DANA POINT

34137 Pacific Coast Highway
Dana Point, CA 92629

34661 Puerto Place
Dana Point, CA 92629

## EL TORO

23751 El Toro Rd
El Toro, CA 92630

23581 Rockfield
El Toro, CA 92630

## FOUNTAIN VALLEY

18976 Brookhurst
Fountain Valley, CA 92708

16969 Brookhurst
Fountain Valley, CA 92708

8520 Warner Avenue
Fountain Valley, CA 92708

9475 Warner
Fountain Valley, CA 92708

10035 Ellis Street
Fountain Valley, CA 92708

17966 Brookhurst
Fountain Valley, CA 92708

## FULLERTON

1800 W. Orangethorpe Ave
Fullerton, CA 92633

944 W Orangethorpe Ave
Fullerton, CA 92832

1625 S Harbor Blvd
Fullerton, CA 92632

242 E Commonwealth Ave
Fullerton, CA 92632

351 N Placentia Avenue
Fullerton, CA 92634

2960 Yorba Linda Blvd
Fullerton, CA 92631

2450 Chapman Ave
Fullerton, CA

800 North Harbor Blvd
Fullerton, CA 92832

235 West Valencia Mesa Dr
Fullerton, CA 92635

3370 Yorba Linda Blvd., East
Fullerton, CA 92631

## GARDEN GROVE

6961 Chapman Ave
Garden Grove, CA 92845

13642 Euclid
Garden Grove, CA 92843

12161 Garden Grove Blvd
Garden Grove, CA 92643

10971 Chapman Ave
Garden Grove, CA 92640

6022 Chapman Ave
Garden Grove, CA

13471 Magnolia St
Garden Grove, CA 92644

12571 Valley View St
Garden Grove, CA 92645

11001 Westminster Ave
Garden Grove, CA

13472 Euclid ST.
Garden Grove, CA

## HUNTINGTON BEACH

20001 Brookhurst
Huntington Beach, CA 92646

18502 Beach Blvd (SR 39)
Huntington Beach, CA 92647

15971 Golden West
Huntington Beach, CA 92647

16001 Bolsa Chica
Huntington Beach, CA 92649

15922 P.C. Highway (SR 1)
Huntington Beach, CA 92649

6502 Bolsa Avenue
Huntington Beach, CA 92649

19002 Magnolia St
Huntington Beach, CA 92646

19002 Magnolia St
Huntington Beach, CA

6502 Bolsa Ave
Huntington Beach, CA

6962 Edinger
Huntington Beach, CA 92647

6001 Edinger
Huntington Beach, CA 92647

18502 Beach Blvd
Huntington Beach, CA

EXHIBIT A

2

21501 Brookhurst St.
Huntington Beach, CA

18742 Main St.
Huntington Beach, CA

## IRVINE

18011 Culver
Irvine, CA 92612

4162 Trabuco Road
Irvine, CA 92720

3720 Barranca Pkwy
Irvine, CA 92713

4550 Barranca Parkway
Irvine, CA 92714

3090 Main Street
Irvine, CA 92714

51 Technology
Irvine, CA 92618

## LA HABRA

650 S Beach Blvd
La Habra, CA 90631

101 E Imperial
La Habra, CA 90631

110 S Harbor
La Habra, CA 90631

401 E Imperial Hwy (SR 90)
La Habra, CA 90631

501 Whittier Blvd.
La Habra, CA

## LAGUNA BEACH

1342 N. Coast Highway
Laguna Beach, CA 92651

1833 Pacific Coast Hwy
Laguna Beach, CA

## LAGUNA HILLS

23971 El Toro Rd
Laguna Hills, CA 92653

23038 Lake Forest
Laguna Hills, CA 92653

## LAGUNA NIGUEL

28041 Greenfield
Laguna Niguel, CA 92677

30011 Crown Valley Pkwy
Laguna Niguel, CA 92677

28922 Golden Lantern
Laguna Niguel, CA 92677

## LAKE FOREST

21762 Lake Forest
Lake Forest, CA 92630

26271 Rancho Parkway
Lake Forest, CA 92630

23842 El Toro Rd.
Lake Forest, CA

23602 El Toro Rd
Lake Forest, CA 92630

20602 Lake Forest Dr
Lake Forest, CA 92630

23652 Rockfield
Lake Forest, CA 92630

## LOS ALAMITOS

10961 Los Alamitos
Los Alamitos, CA 90720

11250 Los Alamitos
Los Alamitos, CA 90720

3311 Katella Ave
Los Alamitos, CA

## MISSION VIEJO

27875 Santa Margarita
Mission Viejo, CA 92692

27600 Marguerite Pkwy
Mission Viejo, CA 92692

28681 Marguerite Pkwy
Mission Viejo, CA 92692

23156 Los Alisos Blvd
Mission Viejo, CA 92691

25561 Jeronimo
Mission Viejo, CA 92675

25212 Marguerite Hwy
Mission Viejo, CA

## NEWPORT BEACH

1600 Jamboree
Newport Beach, CA 92660

503 East Edgewater
Newport Beach, CA 92661

1000 Irvine
Newport Beach, CA 92660

2500 San Joaquin Hills Rd
Newport Beach, CA

990 Pacific Coast Hwy
Newport Beach, CA

4200 Birch Street
Newport Beach, CA 92660

150 Newport Center Drive
Newport Beach, CA 92660

260 Newport Center Dr
Newport Beach, CA 92660

4678 Campus D.
Newport Beach, CA

## ORANGE

4035 E Chapman Avenue
Orange, CA 92130

889 S Tustin
Orange, CA 92130

1914 E Chapman
Orange, CA 92130

1815 N Tustin
Orange, CA 92130

EXHIBIT A                                3

3232 E Chapman Avenue
Orange, CA 92869

830 E Katella Avenue
Orange, CA 92867

2355 N Tustin Street
Orange, CA 92865

2640 N Santiago Blvd
Orange, CA 92867

700 West Chapman Avenue
Orange, CA 92868

## PLACENTIA

1202 E Yorba Linda
Placentia, CA 92670

1810 Placentia Ave
Placentia, CA

## RANCHO SANTA MARGARITA

30114 Santa Margarita Pkwy
R. S. Margarita, CA 92688

## SAN CLEMENTE

2400 S. El Camino Real
San Clemente, CA 92672

530 Avenida Pico
San Clemente, CA 92672

## SAN JUAN CAPISTRANO

26571 Junipero Serra Rd
S. J. Capistrano, CA 92675

28662 Camino Capistrano
S. J. Capistrano, CA 92675

27101 Ortega Hwy (SR74)
S. J. Capistrano, CA 92675

23874 Ortega Hwy
San Juan Capistrano, CA

26874 Ortega Hwy

San Juan Capistrano, CA

## SANTA ANA

1512 S E Bristol
Santa Ana, CA 92707

401 N Tustin
Santa Ana, CA 92705

2302 E 17th St.
Santa Ana, CA 92701

1202 East Edinger Avenue
Santa Ana, CA 92707

3601 S Bristol
Santa Ana, CA 92704

2302 S Bristol
Santa Ana, CA 92704

3820 S Fairview
Santa Ana, CA 92704

702 S. Harbor
Santa Ana, CA 92704

2641 N Bristol
Santa Ana, CA 92706

510 N. Bristol St.
Santa Ana, CA

2010 East Edinger Avenue
Santa Ana, CA 92705

320 N Tustin
Santa Ana, CA 92705

2035 N. Tustin
Santa Ana, CA 92701

1205 West 17th Street
Santa Ana, CA 92707

4502 Westminster
Santa Ana, CA 92703

1111 South Harbor Blvd
Santa Ana, CA 92704

1501 West Mac Arthur Blvd
Santa Ana, CA 92704

## SEAL BEACH

1300 Pacific Coast Highway
Seal Beach, CA 90740

347 Main St.
Seal Beach, CA

## SOUTH LAGUNA

32342 South Coast Highway
South Laguna, CA 92677

## STANTON

12950 Beach Blvd
Stanton, CA 90680

## TRABUCO CANYON

21712 Plano Trabuco Rd
Trabuco Canyon, CA 92679

## TUSTIN

13131 Jamboree
Tustin, CA 92618

13891 Redhill
Tustin, CA 92618

16851 McFadden
Tustin, CA 92805

240 East First St
Tustin, CA 92681

14041 Newport Blvd.
Tustin, CA

14042 Redhill Ave
Tustin, CA

13931 Red Hill Ave
Tustin, CA

## WESTMINSTER

15501 Beach Blvd
Westminster, CA 92683

14502 Beach Blvd
Westminster, CA 92683

EXHIBIT A            4

10002 Bolsa
Westminster, CA 92683

5981 Westminster
Westminster, CA 92683

8990 Westminster
Westminster, CA 92683

10002 Bolsa
Westminster, CA 92683

15991 Magnolia St.
Westminster, CA

8990 Bolsa Avenue
Westminster, CA 92683

13712 Golden West St.
Westminster, CA

13502 Beach Blvd.
Westminster, CA

## YORBA LINDA

18503 Yorba Linda Blvd
Yorba Linda, CA 92886

22280 East La Palma Ave
Yorba Linda, CA 92887

EXHIBIT A                     5