# Exhibit D

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| **ALISO VIEJO** | | | |
| 27882 Aliso Creek, Aliso Viejo | ALISO VIEJO | CA | ORANGE |
| 27055 Aliso Creek Road | ALISO VIEJO | CA | ORANGE |
| | | | |
| **ANAHEIM** | | | |
| 2331 E. Katella Avenue | ANAHEIM | CA | ORANGE |
| 1200 S. State College Blvd. | ANAHEIM | CA | ORANGE |
| 2100 S. Harbor Blvd. | ANAHEIM | CA | ORANGE |
| 8275 E. Santa Ana Cyn. Rd. | ANAHEIM | CA | ORANGE |
| 3125 E. Orangethorpe Ave. | ANAHEIM | CA | ORANGE |
| 201 S. State College Blvd | ANAHEIM | CA | ORANGE |
| 601 W. Ball Rd. | ANAHEIM | CA | ORANGE |
| 101 S. Brookhurst Street | ANAHEIM | CA | ORANGE |
| 1101 W. Katella Ave. | ANAHEIM | CA | ORANGE |
| 1200 N. Euclid St. | ANAHEIM | CA | ORANGE |
| 956 S. Brookhurst St. | ANAHEIM | CA | ORANGE |
| 3080 E. La Palma Ave. | ANAHEIM | CA | ORANGE |
| 1131 W. Lincoln Ave. | ANAHEIM | CA | ORANGE |
| 5650 E. La Palma Ave. | ANAHEIM | CA | ORANGE |
| 400 S. Anaheim Hills Rd. | ANAHEIM | CA | ORANGE |
| 100 W. Katella Ave. | ANAHEIM | CA | ORANGE |
| 1001 N. State College Blvd. | ANAHEIM | CA | ORANGE |
| 3085 E. La Palma Ave. | ANAHEIM | CA | ORANGE |
| 101 N. Beach Blvd. | ANAHEIM | CA | ORANGE |
| 1680 W. Lincoln Avenue | ANAHEIM | CA | ORANGE |
| 128 S. State College Boulevard | ANAHEIM | CA | ORANGE |
| 818 East Katella Avenue | ANAHEIM | CA | ORANGE |
| | | | |
| **BREA** | | | |
| 300 S. Brea Blvd. | BREA | CA | ORANGE |
| 2701 Valencia Ave. | BREA | CA | ORANGE |
| 3300 E. Imperial Highway | BREA | CA | ORANGE |
| | | | |
| **BUENA PARK** | | | |
| 7491 La Palma | BUENA PARK | CA | ORANGE |
| 7979 Orangethorpe | BUENA PARK | CA | ORANGE |
| 5231 Beach Blvd. | BUENA PARK | CA | ORANGE |
| 5990 Orangethorpe Ave. | BUENA PARK | CA | ORANGE |
| 7011 Orangethorpe Ave. | BUENA PARK | CA | ORANGE |
| 6011 Manchester Ave. | BUENA PARK | CA | ORANGE |
| | | | |
| | | | |
| **CORONA DEL MAR** | | | |
| 3600 East Coast Highway | CORONA DEL MAR | CA | ORANGE |
| 2801 Pacific Coast Highway | CORONA DEL MAR | CA | ORANGE |

1

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| 2500 San Joaquin Hills Rd. | CORONA DEL MAR | CA | ORANGE |
| **COSTA MESA** | | | |
| 2249 Harbor Blvd. | COSTA MESA | CA | ORANGE |
| 1201 E. Baker | COSTA MESA | CA | ORANGE |
| 3045 Bristol Street | COSTA MESA | CA | ORANGE |
| 801 W. 19th Street | COSTA MESA | CA | ORANGE |
| 3131 Harbor Blvd. | COSTA MESA | CA | ORANGE |
| 3001 Harbor | COSTA MESA | CA | ORANGE |
| 1695 Superior | COSTA MESA | CA | ORANGE |
| 2800 N. Harbor | COSTA MESA | CA | ORANGE |
| **CYPRESS** | | | |
| 6001 Orange | CYPRESS | CA | ORANGE |
| 4499 Cerritos Ave. | CYPRESS | CA | ORANGE |
| 4001 Ball Rd. | CYPRESS | CA | ORANGE |
| 6000 Cerritos Ave. | CYPRESS | CA | ORANGE |
| 5471 Lincoln | CYPRESS | CA | ORANGE |
| **DANA POINT** | | | |
| 34137 Pacific Coast Highway | DANA POINT | CA | ORANGE |
| **FOUNTAIN VALLEY** | | | |
| 18976 Brookhurst | FOUNTAIN VALLEY | CA | ORANGE |
| 16969 Brookhurst | FOUNTAIN VALLEY | CA | ORANGE |
| 8520 Warner Avenue | FOUNTAIN VALLEY | CA | ORANGE |
| 9475 Warner | FOUNTAIN VALLEY | CA | ORANGE |
| 17966 Brookhurst | FOUNTAIN VALLEY | CA | ORANGE |
| 17975 Magnolia | FOUNTAIN VALLEY | CA | ORANGE |
| **FULLERTON** | | | |
| 1800 W. Orangethorpe Ave. | FULLERTON | CA | ORANGE |
| 1625 S. Harbor Blvd. | FULLERTON | CA | ORANGE |
| 242 E. Commonwealth Ave. | FULLERTON | CA | ORANGE |
| 351 N. Placentia Avenue | FULLERTON | CA | ORANGE |
| 2960 Yorba Linda Blvd. | FULLERTON | CA | ORANGE |
| 2450 E. Chapman Ave. | FULLERTON | CA | ORANGE |
| 2340 E. Chapman Ave. | FULLERTON | CA | ORANGE |
| 3370 Yorba Linda Boulevard East | FULLERTON | CA | ORANGE |
| **GARDEN GROVE** | | | |
| 6961 Chapman Ave. | GARDEN GROVE | CA | ORANGE |
| 12161 Garden Grove Blvd. | GARDEN GROVE | CA | ORANGE |
| 10971 Chapman Ave. | GARDEN GROVE | CA | ORANGE |
| 6022 Chapman Ave. | GARDEN GROVE | CA | ORANGE |
| 13471 Magnolia St. | GARDEN GROVE | CA | ORANGE |

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| 12571 Valley View St. | GARDEN GROVE | CA | ORANGE |
| 13472 Euclid Street | GARDEN GROVE | CA | ORANGE |
| 13991 Brookhurst | GARDEN GROVE | CA | ORANGE |
| 12881 Haster | GARDEN GROVE | CA | ORANGE |
| 13472 Euclid Street | GARDEN GROVE | CA | ORANGE |
| 11001 Westminster | GARDEN GROVE | CA | ORANGE |
| | | | |
| **HUNTINGTON BEACH** | | | |
| 20001 Brookhurst | HUNTINGTON BCH | CA | ORANGE |
| 18502 Beach Blvd. (SR 39) | HUNTINGTON BCH | CA | ORANGE |
| 18501 Beach Boulevard | HUNTINGTON BCH | CA | ORANGE |
| 15971 Goldenwest | HUNTINGTON BCH | CA | ORANGE |
| 16001 Bolsa Chica | HUNTINGTON BCH | CA | ORANGE |
| 6502 Bolsa Avenue | HUNTINGTON BCH | CA | ORANGE |
| 19002 Magnolia St. | HUNTINGTON BCH | CA | ORANGE |
| 6962 Edinger | HUNTINGTON BCH | CA | ORANGE |
| 18742 Main Street | HUNTINGTON BCH | CA | ORANGE |
| 16972 Goldenwest | HUNTINGTON BCH | CA | ORANGE |
| 16471 Springdale | HUNTINGTON BCH | CA | ORANGE |
| 20101 Goldenwest | HUNTINGTON BCH | CA | ORANGE |
| 16732 Beach Boulevard | HUNTINGTON BCH | CA | ORANGE |
| 21501 Brookhurst Street | HUNTINGTON BCH | CA | ORANGE |
| | | | |
| **IRVINE** | | | |
| 4162 Trabuco Road | IRVINE | CA | ORANGE |
| 3720 Barranca Pkwy | IRVINE | CA | ORANGE |
| 3090 Main Street | IRVINE | CA | ORANGE |
| 51 Technology | IRVINE | CA | ORANGE |
| | | | |
| **LA HABRA** | | | |
| 650 S. Beach Blvd. | LA HABRA | CA | ORANGE |
| 101 E. Imperial | LA HABRA | CA | ORANGE |
| 501 Whittier Blvd. | LA HABRA | CA | ORANGE |
| 397 Whittier | LA HABRA | CA | ORANGE |
| | | | |
| | | | |
| **LAGUNA BEACH** | | | |
| 1342 N. Coast Hwy. | LAGUNA BCH | CA | ORANGE |
| 1833 Pacific Coast Highway | LAGUNA BCH | CA | ORANGE |
| | | | |
| | | | |
| **LAGUNA HILLS** | | | |
| 23971 El Toro Road | LAGUNA HILLS | CA | ORANGE |
| 23038 Lake Forest | LAGUNA HILLS | CA | ORANGE |
| | | | |
| **LAGUNA NIGUEL** | | | |
| 30011 Crown Valley Parkway | LAGUNA NIGUEL | CA | ORANGE |

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| 28922 Golden Lantern | LAGUNA NIGUEL | CA | ORANGE |
| **LAKE FOREST** | | | |
| 21762 Lake Forest | LAKE FOREST | CA | ORANGE |
| 23842 El Toro Rd. | LAKE FOREST | CA | ORANGE |
| 23652 Rockfield | LAKE FOREST | CA | ORANGE |
| 23751 El Toro Rd. | LAKE FOREST | CA | ORANGE |
| **LOS ALAMITOS** | | | |
| 10961 Los Alamitos | LOS ALAMITOS | CA | ORANGE |
| 11250 Los Alamitos | LOS ALAMITOS | CA | ORANGE |
| 3311 Katella Ave. | LOS ALAMITOS | CA | ORANGE |
| 3422 Cerritos | LOS ALAMITOS | CA | ORANGE |
| **MISSION VIEJO** | | | |
| 27875 Santa Margarita | MISSION VIEJO | CA | ORANGE |
| 27600 Marguerite Pkwy. | MISSION VIEJO | CA | ORANGE |
| 28681 Marguerite Pkwy. | MISSION VIEJO | CA | ORANGE |
| 23156 Los Alisos Blvd. | MISSION VIEJO | CA | ORANGE |
| 25561 Jeronimo | MISSION VIEJO | CA | ORANGE |
| 25212 Marguerite Pkwy. | MISSION VIEJO | CA | ORANGE |
| **NEWPORT BEACH** | | | |
| 1600 Jamboree | NEWPORT BEACH | CA | ORANGE |
| 1000 Irvine | NEWPORT BEACH | CA | ORANGE |
| 990 Pacific Coast Hwy. | NEWPORT BEACH | CA | ORANGE |
| 260 Newport Center Dr. | NEWPORT BEACH | CA | ORANGE |
| 4678 Campus Dr. | NEWPORT BEACH | CA | ORANGE |
| 2800 West Coast Highway | NEWPORT BEACH | CA | ORANGE |
| **ORANGE** | | | |
| 4035 E. Chapman Avenue | ORANGE | CA | ORANGE |
| 889 S. Tustin | ORANGE | CA | ORANGE |
| 1914 E. Chapman | ORANGE | CA | ORANGE |
| 1815 N. Tustin | ORANGE | CA | ORANGE |
| 3232 E. Chapman | ORANGE | CA | ORANGE |
| 830 E. Katella Avenue | ORANGE | CA | ORANGE |
| 2640 N. Santiago Blvd. | ORANGE | CA | ORANGE |
| 1297 N. Tustin Ave. | ORANGE | CA | ORANGE |
| 2490 N. Tustin Ave. | ORANGE | CA | ORANGE |
| 2700 N. Santiago Blvd. | ORANGE | CA | ORANGE |
| **PLACENTIA** | | | |
| 1202 E. Yorba Linda | PLACENTIA | CA | ORANGE |
| 1810 Placentia Ave. | PLACENTIA | CA | ORANGE |
| 1701 Orangethorpe | PLACENTIA | CA | ORANGE |

4

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| **RANCHO SANTA MARGARITA** | | | |
| 30114 Santa Margarita Pkwy. | RANCHO SANTA MARG | CA | ORANGE |
| | | | |
| **SAN CLEMENTE** | | | |
| 2400 S. El Camino Real | SAN CLEMENTE | CA | ORANGE |
| 530 Avenida Pico | SAN CLEMENTE | CA | ORANGE |
| 795 S. El Camino Real | SAN CLEMENTE | CA | ORANGE |
| | | | |
| **SAN JUAN CAPISTRANO** | | | |
| 26571 Junipero Serra Rd. | SAN JUAN CAPISTRANO | CA | ORANGE |
| 28662 Camino Capistrano | SAN JUAN CAPISTRANO | CA | ORANGE |
| 27101 Ortega Hwy. (SR 74) | SAN JUAN CAPISTRANO | CA | ORANGE |
| 26874 Ortega Highway | SAN JUAN CAPISTRANO | CA | ORANGE |
| | | | |
| **SANTA ANA** | | | |
| 1512 S.E. Bristol | SANTA ANA | CA | ORANGE |
| 401 N. Tustin | SANTA ANA | CA | ORANGE |
| 2302 E. 17th Street | SANTA ANA | CA | ORANGE |
| 1202 East Edinger Avenue | SANTA ANA | CA | ORANGE |
| 3601 S. Bristol | SANTA ANA | CA | ORANGE |
| 2302 S. Bristol | SANTA ANA | CA | ORANGE |
| 3820 S. Fairview | SANTA ANA | CA | ORANGE |
| 702 S. Harbor | SANTA ANA | CA | ORANGE |
| 2641 N. Bristol | SANTA ANA | CA | ORANGE |
| 510 N. Bristol | SANTA ANA | CA | ORANGE |
| 2010 East Edinger Avenue | SANTA ANA | CA | ORANGE |
| 320 N. Tustin | SANTA ANA | CA | ORANGE |
| 414 Fairview St. | SANTA ANA | CA | ORANGE |
| 1302 N. Grand | SANTA ANA | CA | ORANGE |
| 1220 E. Fairhaven | SANTA ANA | CA | ORANGE |
| 220 W. 17th St. | SANTA ANA | CA | ORANGE |
| 4502 Westminster Avenue | SANTA ANA | CA | ORANGE |
| | | | |
| **SEAL BEACH** | | | |
| 347 Main Street | SEAL BEACH | CA | ORANGE |
| | | | |
| **SOUTH LAGUNA** | | | |
| 32342 South Coast Hwy. | SO. LAGUNA BCH | CA | ORANGE |
| | | | |
| **STANTON** | | | |
| 12950 Beach Blvd. | STANTON | CA | ORANGE |
| 12840 Beach Blvd. | STANTON | CA | ORANGE |
| 7470 Cerritos | STANTON | CA | ORANGE |
| | | | |
| **TRABUCO CANYON** | | | |
| 21712 Plano Trabuco Rd. | TRABUCO CANYON | CA | ORANGE |

5

Exhibit A - Released Sites

| FACILITY ADDRESS | CITY | STATE | COUNTY |
|---|---|---|---|
| **TUSTIN** | | | |
| 13131 Jamboree | TUSTIN | CA | ORANGE |
| 13891 Redhill | TUSTIN | CA | ORANGE |
| 14042 Redhill Avenue | TUSTIN | CA | ORANGE |
| 16851 McFadden Avenue | TUSTIN | CA | ORANGE |
| 14041 Newport Boulevard | TUSTIN | CA | ORANGE |
| 13931 Redhill Avenue | TUSTIN | CA | ORANGE |
| | | | |
| **WESTMINSTER** | | | |
| 15501 Beach Blvd. | WESTMINSTER | CA | ORANGE |
| 14502 Beach Blvd. | WESTMINSTER | CA | ORANGE |
| 10002 Bolsa | WESTMINSTER | CA | ORANGE |
| 5981 Westminster | WESTMINSTER | CA | ORANGE |
| 8990 Westminster | WESTMINSTER | CA | ORANGE |
| 8990 Bolsa Ave. | WESTMINSTER | CA | ORANGE |
| 13712 Goldenwest | WESTMINSTER | CA | ORANGE |
| 7951 Westminster | WESTMINSTER | CA | ORANGE |
| 13741 Beach Blvd. | WESTMINSTER | CA | ORANGE |
| 13502 Beach Boulevard | WESTMINSTER | CA | ORANGE |
| | | | |
| **YORBA LINDA** | | | |
| 18503 Yorba Linda Blvd. | YORBA LINDA | CA | ORANGE |