UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  　　　Master File C.A. No.
Products Liability Litigation  　　　1:00-1898 (SAS)
　　　MDL 1358

---

**This document applies to:  All Cases**

## WITHDRAWAL OF APPEARANCE

Sedgwick LLC, counsel for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise, hereby informs the Court that Michael L. Williams will no longer be associated with the firm, and requests that the Court withdraw the appearance of Mr. Williams as counsel pro hac vice in these actions.

Dated:  August 13, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Richard E. Wallace, Jr.
　　　　　　　　　　　　　　　　　　　　Peter C. Condron (PC4818)
　　　　　　　　　　　　　　　　　　　　SEDGWICK LLP
　　　　　　　　　　　　　　　　　　　　2900 K Street, N.W. Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20007
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 204-1000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 204-1001

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise

## Certificate of Service

This is to certify that on this 13th day of August, 2014, the foregoing Withdrawal of Appearance was served on all counsel of record by File & ServeXpress.

_____
Keith Kaider

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File C.A. No.
Products Liability Litigation      1:00-1898 (SAS)
    MDL 1358

---

**This document applies to: All Cases**

## ORDER

The motion to withdraw the appearance of Michael L. Williams as counsel pro hac vice for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise is GRANTED.

SO ORDERED

Dates this _____ day of _____, 2014

_____
Hon. Shira A. Scheindlin, U.S.D.J.