UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/14

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL 1358

This document applies to: All Cases

### ORDER

The motion to withdraw the appearance of Michael L. Williams as counsel pro hac vice for defendants Chevron U.S.A., Inc., Equilon Enterprises LLC (individually and a/k/a Shell Oil Products US), Equiva Trading Company, Four Star Oil & Gas Company, Gulf Oil Corp., Motiva Enterprises LLC, TRMI Holdings, Inc., Texaco Inc., Texaco Refining and Marketing Inc., Shell Oil Company, Shell Oil Products Company, Shell Petroleum, Inc., and Star Enterprise is GRANTED.

SO ORDERED

Dates this __14__ day of __Aug__, 2014

Hon. Shira A. Scheindlin, U.S.D.J.