UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00 - 1898
Products Liability Litigation  MDL No. 1358 (SAS)

This document relates to:

ALL CASES

*New Jersey Department of Environmental Protection, et al.*
*v. Atlantic Richfield Co., et al.*
Case No. 08-CV-00312

---

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Civil Rule 1.4, Sunoco, Inc. and Sunoco, Inc. (R&M) (collectively, Sunoco) move to withdraw the appearance of Patrick R. Jacobi, who was admitted *pro hac vice* on March 22, 2011, as counsel of record for the Sunoco Defendants. As of 5:30 p.m. on August 15, 2014, Mr. Jacobi will no longer be associated with Beveridge & Diamond, P.C. and should be removed from the service list. Beveridge & Diamond, P.C. continues to serve as counsel for the Sunoco Defendants through their attorneys John S. Guttmann, Daniel M. Krainin, Paula J. Schauwecker, and Nessa H. Coppinger, and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 15, 2014

Respectfully submitted,

BY: _____
John S. Guttmann (JG 7601)

Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Nessa Horewitch Coppinger (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W. Suite 700
Washington, D.C. 20005
(202) 789-6000

*Attorneys for Defendants Sunoco, Inc.
and Sunoco, Inc. (R&M)*