UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 1898 MDL No. 1358 (SAS) |

This document relates to:

ALL CASES

*New Jersey Department of Environmental Protection, et al.*
*v. Atlantic Richfield Co., et al.*
Case No. 08-CV-00312

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Patrick R. Jacobi as counsel of record for the Sunoco, Inc. and Sunoco, Inc. (R&M), pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED.

Dated: _____, 2014

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge