UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL No. 1358 (SAS)

This document relates to:

ALL CASES

*New Jersey Department of Environmental Protection, et al.
v. Atlantic Richfield Co., et al.*
Case No. 08-CV-00312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

[PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Patrick R. Jacobi as counsel of record for the Sunoco, Inc. and Sunoco, Inc. (R&M), pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**. The clerk of The Court is directed to close this motion (Dkt. No. 394).

SO ORDERED.

Dated: August 15, 2014

HON. SHIRA A. SCHEINDLIN
United States District Judge