Chevidlin, S.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | *  Master File No. 1:00-1898 |
| | *  MDL No. 1358 (SAS) |
| This document relates to | *  M21-88 |
| | * |
| *Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corporation, et al*, No. 1:14-cv-06228-SAS | * |
| | * |
| | * |

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/22/14

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
### F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANTS HOUSTON REFINING, LP AND
### LYONDELLBASELL INDUSTRIES N.V.

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the plaintiff, Commonwealth of Pennsylvania,  through its

undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed

without prejudice as to the following defendants, and only these defendants:

1.  HOUSTON REFINING, LP, individually and as f/k/a, d/b/a and/or successor in liability to Lyondell-Citgo Refining, LP;

2.  LYONDELLBASELL INDUSTRIES N.V., individually and as f/k/a, d/b/a and/or successor in liability to Lyondell Chemical Company, Lyondell Chemical Worldwide, Inc., Arco Chemical Company and Arco Chemical Corporation.

BERGER & MONTAGUE, P.C.

Tyler E. Wren, Esquire
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3098

Attorneys for Plaintiff
Commonwealth of Pennsylvania

SO ORDERED:

Shira. A. Scheindlin, U.S.D.J

8/22/14

## CERTIFICATE OF SERVICE

I, Tyler E. Wren, hereby certify that on August 22, 2014, a true and correct copy of the

attached Notice Of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Defendants

Houston Refining, LP And LyondellBasell Industries N.V. was served via email upon liaison

counsel, and via U.S. mail, first class postage prepaid, upon counsel of record, other counsel and

unrepresented parties per the attached list.

Tyler E. Wren

Attorney for Plaintiff
Commonwealth of Pennsylvania

| | |
|---|---|
| Edward M. Dunham, Jr., Esquire<br>Paul Gane, Esquire<br>KLEINBARD BELL & BREKER LLP<br>1650 Market Street, 46th Floor<br>Philadelphia, PA 19103<br><br>**AMERICAN REFINING GROUP, INC.** | J. Andrew Langan, P.C.<br>Andrew A. Kassof, P.C.<br>Andrew R. Running, Esquire<br>Sylvia Nichole Winston, Esquire<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br><br>**ATLANTIC RICHFIELD COMPANY<br>BP AMERICA, INC.<br>BP AMOCO CHEMICAL COMPANY<br>BP PRODUCTS NORTH AMERICA,<br>INC.<br>BP WEST COAST PRODUCTS, LLC** |
| Chad W. Higgins, Esquire<br>GOODWIN PROCTER, LLP<br>Exchange Place 53 State Street<br>Boston, MA 02109<br><br>**CUMBERLAND FARMS, INC.<br>GULF OIL LIMITED PARTNERSHIP** | Robert E. Meadows, Esquire<br>Jeremiah J. Anderson, Esquire<br>James J. Maher, Esquire<br>KING & SPALDING LLP<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002<br><br>Charles C. Correll, Jr., Esquire<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94015<br><br>**CHEVRON U.S.A., INC.<br>TEXACO INC<br>TRMI-H LLC** |
| Nathan P. Eimer, Esquire<br>Pamela R. Hanebutt, Esquire<br>Lisa S. Meyer, Esquire<br>ELMER STAHL LLP<br>224 S. Michigan Avenue, Suite 110<br>Chicago, IL 60604<br><br>**CITGO PETROLEUM CORPORATION<br>CITGO REFINING AND CHEMICALS<br>COMPANY, L.P.** | Brent H. Allen, Esquire<br>Dawn A. Ellison, Esquire<br>GREENBERG TRAURIG LLP<br>2101 L. Street N.W. Suite 1000<br>Washington, DC 20037<br><br>**COASTAL EAGLE POINT OIL<br>COMPANY<br>EL PASO MERCHANT ENERGY-<br>PETROLEUM COMPANY** |

| | |
|---|---|
| Alan E. Kraus, Esquire<br>Matthew D. Thurlow, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br><br>**CONOCOPHILLIPS COMPANY** | Ben M. Krowicki, Esquire<br>BINGHAM McCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103<br><br>**CROWN CENTRAL LLC** |
| James R. Wedeking, Esquire<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, CD 20005<br><br>**DUKE ENERGY MERCHANTS, LLC** | Ira Brad Matetsky, Esquire<br>GANFER & SHORE, LLP<br>360 Lexington Avenue<br>New York, NY 10017<br><br>**GEORGE E. WARREN CORPORATION** |
| Matthew G. Parisi, Esquire<br>BLEAKLEY PLATT & SCHMIDT, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br><br>Andrew N. Goldman, Esquire<br>Marc M. Allon, Esquire<br>WILMER CUTLER PICKERING HALE AND<br>DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br><br>**GETTY PETROLEUM MARKETING, INC.** | Steven L.Leifer, Esquire<br>BAKER BOTTS, LLP<br>The Warner Building<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br><br><br>**HESS CORPORATION<br>MARATHON OIL CORPORATION<br>MARATHON PETROLEUM COMPANY LP<br>MARATHON PETROLEUM CORPORATION** |
| Alan J. Hoffman, Esquire<br>Jeffrey S. Moller, Esquire<br>Frank A. Dante, Esquire<br>John J. DiChello, Esquire<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br><br>**HOUSTON REFINING, LP<br>LYONDELLBASELL INDUSTRIES N.V.** | Katherine M. Katchen, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br><br>**LUKOIL AMERICAS CORPORATION** |
| | |

| | |
|---|---|
| Nada Ismail Taha, Esquire<br>NUSTAR ENERGY L.P.<br>19003 IH 10 West<br>San Antonio, TX 78257<br><br>**NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP** | Paul F. Jenkins, Esquire<br>BALLARD SPAHR, LLP<br>210 Lake Drive, Suite 200<br>Cherry Hill, NJ 08002<br><br>**PREMCOR REFINING GROUP, INC.**<br>**PREMCOR USA, INC.**<br>**VALERO ENERGY CORPORATION**<br>**VALERO MARKETING AND SUPPLY COMPANY**<br>**VALERO REFINING AND MARKETING COMPANY** |
| Martin J. Healey, Esquire<br>SEDGWICK LLP<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>**EQUILLON ENTERPRISES, LLC**<br>**MOTIVA ENTERPRISES, LLC**<br>**SHELL OIL COMPANY**<br>**SHELL OIL PRODUCTS COMPANY LLC**<br>**TMR COMPANY** | John S. Guttmann, Esquire<br>Daniel M. Krainin, Esquire<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue, 15th floor<br>New York, NY 10022<br><br>**SUNOCO, INC. (R&M)**<br>**SUN COMPANY, INC.** |
| M. Coy Connelly, Esquire<br>Amy E. Parker, Esquire<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002<br><br>**TOTAL PETROCHEMICALS & REFINING USA, INC.** | John R. Wagner, Esquire<br>15 Bradley Street<br>Warren, PA 16365<br><br><br>**UNITED REFINING COMPANY** |
| Clement D. Carter, Esquire<br>Samuel T. Towell, Esquire<br>MCGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219<br><br>**WESTERN REFINING YORKTOWN, INC.** | Mark D. Shepard, Esquire<br>Leonard Fornella, Esquire<br>BABST CALLAND CLEMENTS AND ZOMNIR PC<br>Two Gateway Center<br>6th floor, Pittsburgh, PA 15222<br><br>Craig A. Bruens, Esquire<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br><br>**CHEMTURA CORPORATION** |

| | |
|---|---|
| Howard A. Rosenthal, Esquire<br>Marc A. Rollo, Esquire<br>Arthur H. Jones, Jr., Esquire<br>ARCHER & GREINER, P.C.<br>One Liberty Place<br>1650 Market Street, 32nd floor<br>Philadelphia, PA 19103<br><br>James A. Pardo, Esquire<br>Stephen J. Riccardulli<br>McDERMOTT WILL & EMERGY LLP<br>340 Madison Avenue<br>New York, NY 10173<br><br>**EXXON MOBIL CORPORATION**<br>**EXXONMOBIL OIL CORPORATION**<br><br>**PHILLIPS 66 COMPANY**<br>c/o Corporation Service Company<br>Suite 103, 2595 Interstate Drive<br>Harrisburg, PA 17110 | **ENERGY MERCHANT, LLC**<br>c/o Lexis Document Services, Inc.<br>Suite 103 – 2595 Interstate Drive<br>Harrisburg, PA 17110<br><br>**NORTH ATLANTIC REFINING, LTD**<br>P.O. Box 40<br>1 Refinery Road<br>Come by Chance, NL A0B IN0<br>Newfoundland, Canada<br><br>**PHILLIPS 66**<br>P.O. Box 4428<br>Houston, TX 77210<br><br><br><br>**VITOL, S.A.**<br>1270 6th Avenue, Suite 1030<br>New York, NY 10020 |