UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates To:

*Orange County Water District v. Unocal Corporation et al.,* Case No. 04 Civ. 4968 (SAS)

**Master File No. 1:00-1989**
**MDL 1358 (SAS)**

The Honorable Shira A. Scheindlin

---

**ERRATA TO PLAINTIFF ORANGE COUNTY WATER DISTRICT'S STATEMENT OF DISPUTED AND MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' RULE 56.1 STATEMENT IN SUPPORT OF OPPOSITION MOTION FOR SUMMARY JUDGMENT**

Plaintiff inadvertently omitted from ¶ 180 of its Rule 56.1 Statement of Disputed and Material Facts Submitted in Opposition to Defendants' Motion for Summary Judgment (Omnibus) a cross reference to ¶ 179. Plaintiff submits this errata to correct ¶ 180 as follows:

| DEFENDANTS' UNDISPUTED MATERIAL FACTS AND ALLEGED SUPPORTING EVIDENCE: | PLAINTIFF'S RESPONSE AND EVIDENCE |
|---|---|
| 180. Tesoro cannot be in the chain-of-title for sales of gasoline to Shell or Texaco based on exchange agreements, as there is no evidence Tesoro provided Shell or Texaco with gasoline, on exchange or otherwise, at the Shell Carson or Wilmington terminals or the Texaco Los Angeles terminal. (Martin Dec. ¶ 23 Mills Dec. ¶¶ 11, 12, 14-16.) | 180. Disputed. Plaintiff incorporates in its entirety its response to Fact ¶ 179. |

DATED: August 25, 2014          Respectfully submitted

                                           /s/
Michael Axline
MILLER & AXLINE
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225
Telephone: (916) 488-6688
Counsel for Plaintiff Orange County Water District

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

  I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

  On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

**ERRATA TO PLAINTIFF ORANGE COUNTY WATER DISTRICT'S STATEMENT OF DISPUTED AND MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' RULE 56.1 STATEMENT IN SUPPORT OF OPPOSITION MOTION FOR SUMMARY JUDGMENT**

  I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on August 25, 2014.



KATHY HERRON