UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document relates to:
*Commonwealth of Puerto Rico, et al.*
*v.*
*Shell Oil Co., et al.,*
*Case No. 1:07-cv-10470 (SAS)*

Master File No. 1:00-1898
MDL    1358 (SAS)
M21-88

Civil Action

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/14

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Heidi Bundren as counsel of record for The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through its Environmental Quality Board, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby GRANTED.

SO ORDERED.

Dated: August 27, 2014

HON. SHIRA A. SCHEINDLIN
United States District Judge