**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE : METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No.: 1:00-1898<br><br>MDL 1358 (SAS) |
| This Document Relates to:<br><br>**THE COMMONWEALTH OF PENNSYLVANIA v. EXXON MOBIL CORP. ET AL.** | Case No.: 1:14-cv-6228<br><br>**NOTICE OF APPEARANCE OF LEO G. KAILAS, ESQ. ON BEHALF OF DEFENDANT NORTH ATLANTIC REFINING LTD.** |

PLEASE TAKE NOTICE that the undersigned attorney, Leo G. Kailas of Reitler Kailas & Rosenblatt LLC, is admitted to practice in this court and hereby appears on behalf of Defendant North Atlantic Refining Ltd. in the above-captioned action.

Dated:  August 27, 2014

By:    s/ Leo G. Kailas
      Leo G. Kailas
      Edward P. Grosz
      Brett Van Benthysen
      885 Third Avenue, 20th Floor
      New York, New York 10022
      (212) 209-3050
      *Attorneys for Defendant*
      *North Atlantic Refining Ltd.*