**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE :  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No.: 1:00-1898<br><br>MDL 1358 (SAS) |
| This Document Relates to:<br><br>**THE COMMONWEALTH OF PENNSYLVANIA v. EXXON MOBIL CORP. ET AL.** | Case No.: 1:14-cv-6228<br><br>**NOTICE OF APPEARANCE OF EDWARD P. GROSZ, ESQ. ON BEHALF OF DEFENDANT NORTH ATLANTIC REFINING LTD.** |

PLEASE TAKE NOTICE that the undersigned attorney, Edward P. Grosz of Reitler Kailas & Rosenblatt LLC, is admitted to practice in this court and hereby appears on behalf of Defendant North Atlantic Refining Ltd. in the above-captioned action.


Dated:  August 27, 2014        By:   s/ Edward P. Grosz
                                        Leo G. Kailas
                                        Edward P. Grosz
                                        Brett Van Benthysen
                                        885 Third Avenue, 20th Floor
                                        New York, New York 10022
                                        (212) 209-3050
                                        *Attorneys for Defendant*
                                        *North Atlantic Refining Ltd.*