Law Offices of
# MILLER & AXLINE
A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE

TRACEY L. O'REILLY
DANIEL BOONE
JUSTIN MASSEY
BRYAN BARNHART
DAVE E. BLUM
MOLLY MCGINLEY HAN

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/14*

August 22, 2014

**VIA EMAIL AND FEDERAL EXPRESS**

Honorable Shira A. Scheindlin
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

*Plaintiff's request is hereby granted.*

*Date: August 29 2014*

*SO ORDERED:*
*Shira A. Scheindlin*
*U.S.D.J.*

Re: *In Re MTBE Products Liability Litigation* MDL No. 1358, Master File No. 1:00-1898 (SAS)
This Document Relates to: *Commonwealth of Puerto Rico, et al., v. Shell Oil Company, et at.,* Case No. ~~04-CIV-10470~~(SAS)  07-CIV-10470 (SAS)
**Parties Request for Extension re Service Station Matrix**

Dear Judge Scheindlin:

We write on behalf of all plaintiffs and the joint defense group to request a one-week extension until Friday, August 29, 2014, for the parties to reach an agreement on a stipulation and trial site matrix with respect to the Phase I trial sites in this matter. The original deadline set by the Court is today, August 22, 2014.

The parties have been meeting and conferring and have been working cooperatively on preparing a stipulation and matrix. The parties believe, however, that the issues for summary judgment and claims for trial can be narrowed further with the addition of one more week of negotiations.

Thank you in advance for your consideration.

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

Honorable Shira A. Scheindlin
Page 2
August 22, 2014

Very truly yours,

MICHAEL AXLINE

MA/tlz

cc: All Counsel (via LNFS)