UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/14

| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | |
|---|---|
| This document relates to: *Commonwealth of Puerto Rico, et. al. vs. Shell Oil Company, et. al.*; Case No. 07-10470 (SAS) | Master File No: 1:00CV1898 MDL 1358 (SAS) |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Deliris Ortiz-Torres as counsel of record for defendant Total Petroleum Puerto Rico Corp., pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED.

Dated: 9/4/14

SHIRA A. SCHEINDLIN
United States District Judge