UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No.: 1:00-1898 (SAS) |
| **This document relates to:** | MDL 1358 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## DEFENDANT NORTH ATLANTIC REFINING LTD. CONSENT TO REMOVAL

Defendant North Atlantic Refining Ltd. by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania, which has subsequently been transferred to the District Court for the Southern District of New York.

Dated: September 8, 2014

Respectfully submitted,

REITLER KAILAS & ROSENBLATT LLC

By:  s/ Leo G. Kailas
_____
Leo G. Kailas
Edward P. Grosz
Brett Van Benthysen
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
*Attorneys for Defendant North Atlantic Refining Ltd.*