UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

Master File No. 1:00-1898 (SAS)

MDL 1358

### STIPULATION AND ORDER EXTENDING TIME TO MOVE OR ANSWER THE COMPLAINT

WHEREAS, by prior Order of the Court (given on the record at the August 14 status conference), Defendants' deadline to move or answer the Complaint in the above-captioned matter is currently September 25, 2014;

WHEREAS, at the August 14, 2014 status conference the Court invited further adjournment of Defendants' time to move or answer the Complaint upon consultation with Plaintiff's counsel; and

WHEREAS, counsel for Plaintiff and Defendants have conferred and agreed that that the deadline to move or answer the Complaint should be adjourned *sine die* pending discussion of an actual date with the Court at the October 1, 2014 status conference.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants in the above-captioned action, through undersigned counsel, that Defendants' time to move or answer the Complaint shall be adjourned *sine die* and further scheduling shall be addressed at the October 1, 2014 status conference.

AGREED TO BY:

s/ Michael Axline
Michael Axline, Esq.
*Counsel for Plaintiff*

s/ James A. Pardo
James A. Pardo, Esq.
*Counsel for Exxon Mobil Corporation and as Liaison Counsel for Defendants*

SO ORDERED:

Hon. Shira A. Scheindlin, U.S.D.J.

Dated 9/8/14