UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For October 1, 2014 Status Conference

### Joint Agenda Items

1. *Pennsylvania*: Deadline to Move or Answer the Complaint

### Defendants' Agenda Items:

1. *Puerto Rico*: Plaintiffs' Responses to the Esso and PRASA Sets of Requests for Admission
2. *Puerto Rico*: Petrobras Stipulation Regarding Statute of Limitations

### Plaintiffs' Agenda Items:

1. *New Jersey*: Update on New Jersey Settlements
2. *Puerto Rico*: Plaintiffs' Request for Certification of Interlocutory Appeal Regarding Court's July 16, 2013, December 30, 2013 and August 29, 2014 Orders

Dated: New York, New York
September 22, 2014

WEITZ & LUXENBERG, P.C.

/s/ William A. Walsh
William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
Co-lead counsel for plaintiffs
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

/s/ Stephen J. Riccardulli
Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*