UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898 (SAS)
MDL 1358 (SAS)

This document pertains to:

**All MDL 1358 Cases**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/14

### ORDER GRANTING *PRO HAC VICE* ADMISSION

Upon application of counsel for plaintiffs and there being no opposition thereto, the *pro hac vice* admission of the following attorneys to appear on behalf of plaintiffs in this matter is hereby **GRANTED,** upon payment of the appropriate fee to the Cashier's Office:

**Michael Coren, Esquire**
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square – Suite 2900
2001 Market Street
Philadelphia, PA 19102
215-567-3500
mcoren@cprlaw.com

**Robert L. Pratter, Esquire**
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square – Suite 2900
2001 Market Street
Philadelphia, PA 19102
215-567-3500
rpratter@cprlaw.com

**Michael E. McMahon, Esquire**
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, New Jersey 07701
732-747-9003
mmcmahon@cprlaw.com

**James A. Donahue, III, Esquire**
OFFICE OF ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, PA 17120
717-705-0418
jdonahue@attorneygeneral.gov

Dated: Sept 24, 2014

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN,
U.S.D.J.