USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER (MTBE)
PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania v.
Exxon Mobil Corporation et al.*,
No. 1:14-cv-06228-SAS

Master File No.: 1:00-1898
MDL No. 1358 (SAS)
M21-88

## ORDER GRANTING PRO HAC VICE ADMISSION

By letter dated September 23, 2014, attorney James P. Tuite requested that he, Katherine M. Katchen, and Matthew A. Scarola be admitted *pro hac vice* to appear for all purposes in the above-captioned action to represent defendant LUKOIL Americas Corporation. According to the letter, counsel for the adversaries (Tyler E. Wren) has been consulted and does not oppose the admission request. Therefore, the request that Ms. Katchen, Mr. Scarola, and Mr. Tuite be permitted to practice *pro hac vice* is granted.

**IT IS HEREBY ORDERED** that

Katherine M. Katchen
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: (215) 965-1239
Fax: (215) 965-1210
kkatchen@akingump.com,

Matthew A. Scarola
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4542
Fax: (202) 887-4288
mscarola@akingump.com

and

1

James P. Tuite
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4406
Fax: (202) 887-4288
jtuite@akingump.com

are admitted to practice *pro hac vice* on behalf of LUKOIL Americas Corporation in the above-captioned case upon the deposit of the required fee with the Clerk of this Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 24, 2014

_____
Honorable Shira A. Scheindlin
United States District Court Judge

2