UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/14

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898 (SAS)

**This document relates to:**

Judge: Hon. Shira A. Scheindlin

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14 Civ. 06228

## ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendants NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP, PHILLIPS 66, PHILLIPS 66 COMPANY, and CONOCOPHILLIPS COMPANY, to admit, *pro hac vice*, Matthew D. Thurlow of Latham & Watkins LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Matthew D. Thurlow is admitted to practice before the Court *pro hac vice* on behalf of NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP, PHILLIPS 66, PHILLIPS 66 COMPANY, and CONOCOPHILLIPS COMPANY in *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.* upon payment of the required $200.00 to the Clerk of Court.

Matthew D. Thurlow
Latham & Watkins LLP
555 Eleventh Street N.W., Suite 1000
Washington, D.C. 20004-1304

Dated: Oct. 1, 2014

The Honorable Shira A. Scheindlin
United States District Judge