# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| This document relates to: ) ) ) ) | Master File No.: 1:00-1898<br>MDL No. 1358 (SAS)<br>M21-88 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation et al.*, No. 1:14-cv-06228-SAS ) ) ) ) ) | **NOTICE OF APPEARANCE OF KATHERINE M. KATCHEN ON BEHALF OF DEFENDANT LUKOIL AMERICAS CORPORATION** |

PLEASE TAKE NOTICE that the undersigned attorney, Katherine M. Katchen of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to practice in this court and hereby appears on behalf of Defendant LUKOIL Americas Corporation in the above-captioned action.

Dated: October 7, 2014

/s Katherine M. Katchen
James P. Tuite (*pro hac vice*)
Matthew A. Scarola (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4406
Fax: (202) 887-4288
jtuite@akingump.com
mscarola@akingump.com

Katherine M. Katchen (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: (215) 965-1239
Fax: (215) 965-1210
kkatchen@akingump.com

*Counsel for Defendant LUKOIL Americas Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2014, I caused a true and correct copy of the notice of appearance of Katherine M. Katchen to be served electronically on all counsel of record and on Plaintiff's counsel by electronic filing via File & ServeXpress.

/s James P. Tuite_____
James P. Tuite