UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| ) | Master File No.: 1:00-1898 |
| This document relates to: ) | MDL No. 1358 (SAS) |
| ) | M21-88 |
| ) | |
| ) | **LUKOIL AMERICAS** |
| *Commonwealth of Pennsylvania v.* ) | **CORPORATION'S** |
| *Exxon Mobil Corporation et al.*, ) | **RULE 7.1 DISCLOSURE** |
| No. 1:14-cv-06228-SAS ) | |
| ) | |

In accordance with Federal Rule of Civil Procedure 7.1, defendant LUKOIL Americas

Corporation states that it is an indirect wholly owned subsidiary of OAO LUKOIL, a publicly

traded Russian open joint stock company that trades on the London Stock Exchange as well as

stock exchanges in Russia.

Respectfully submitted this 7th day of October, 2014

s/  James P. Tuite_____
AKIN GUMP STRAUSS HAUER & FELD LLP
James P. Tuite (*pro hac vice*)
Matthew A. Scarola (*pro hac vice*)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4406
Fax: (202) 887-4288
jtuite@akingump.com
mscarola@akingump.com

Katherine M. Katchen (*pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: (215) 965-1239
Fax: (215) 965-1210
kkatchen@akingump.com

*Counsel for Defendant LUKOIL Americas Corporation*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2014, I caused a true and correct copy of the foregoing

Rule 7.1 disclosure statement to be served electronically on all counsel of record and on

Plaintiff's counsel by electronic filing via File & ServeXpress.


/s James P. Tuite
James P. Tuite