UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: METHYL TERTIARY BUTYL :
ETHER ("MTBE") PRODUCTS : ORDER
LIABILITY LITIGATION :
:
------------------------------------------------------- : Master File No. 1:00-1898
: MDL 1358 (SAS)
This document relates to: : M21-88
:
*Commonwealth of Puerto Rico, et al. v.* :
*Shell Oil Co., et al.*, 07 Civ. 10470 :
:
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This Order responds to defendants' request that the Court direct the Clerk of Court to send additional materials to the Clerk of the Puerto Rico Supreme Court pursuant to this Court's October 24, 2014 Order and Petition for Certification to the Puerto Rico Supreme Court.[1]

      The Court hereby directs the Clerk of Court to transmit this Order to the Clerk of the Puerto Rico Supreme Court with certain additional materials, which the Court deems relevant to its October 24, 2014 Order and Petition, listed in footnote 2 of this Order.[2]

---

[1]     *See* Dkt. 511.

[2]     *See* Defendants' Vitol S.A. and Vitol, Inc.'s Reply Memorandum of Law in Support of Motion for Summary Judgment and Objection to Summary Judgment Evidence (Nov. 5, 2013) (Dkt. # 346); Idemitsu Apollo's Reply Memorandum of Law in Support of Its Motion for Summary Judgment (Nov. 21,

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         October 30, 2014

---

2013) (Dkt. # 353); Plaintiffs' Letter Brief to Court on Law No. 53 (June 2, 2014); Defendants' Letter Brief to Court on Law No. 53 (June 2, 2014) (Dkt # 405) [filed June 3, 2014]; Plaintiffs' Reply Letter Brief to Court on Law No. 53 (June 5, 2014) (Dkt # 406); Defendants' Reply Letter Brief to Court on Law No. 53 (June 5, 2014) (Dkt # 408); Transcript of Court Hearing (June 10, 2014) (Dkt # 409).