UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

Master File No. 1:00 – 1898
MDL 1358 (SAS)

ORDER FOR ADMISSION *PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/14

    The motion of Edward M. Dunham, Jr., and Paul G. Gagne for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicants has declared that they are members in good standing of the bar of the Commonwealth of Pennsylvania; and that their contact information is as follows:

    Edward M. Dunham, Jr.

    Paul G. Gagne

    Kleinbard Bell & Brecker LLP

    1650 Market Street, 46th Floor

    Philadelphia, PA 19103

    215-568-2000 / 215-568-0140

    edunham@kleinbard.com

    pgagne@kleinbard.com

    Applicants having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant American Refining Group, Inc.;

    **IT IS HEEBY ORDERED** that Applicants are admitted to practice *Pro Hac Vice* in this matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

BY THE COURT:

_____
United States District Magistrate Judge

11/3/14

Dated: October 24, 2014

{00777672;v1 }