**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

In re: Methyl Tertiary Butyl Ether ("MTBE")          **Master File No. 1:00-1989**
Products Liability Litigation                                    **MDL 1358 (SAS)**


This Document Relates To:                                     The Honorable Shira A. Scheindlin

*Commonwealth of Puerto Rico, et al.  v. Shell*
*Oil Co., et al.,* Case No. 07 Civ. 1-470 (SAS)
_____


**DECLARATION OF MICHAEL D. AXLINE**
**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CHEVRON'S MOTION FOR**
**SUMMARY JUDGMENT REGARDING NO INJURY AT TEXACO #800**

I, Michael D. Axline, hereby declare:

1.      I am counsel of record for plaintiff Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board in this matter.  I make this declaration based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Anthony Brown taken in the above action on May 22, 2014.

3.      Attached as Exhibit 2 is a true and correct copy of an excerpt of the Expert Report of Anthony Brown dated January 2014.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts from the Revised Expert Report of Anthony Brown dated April 2014.

5.      Exhibit 4 is intentionally omitted.

6.      Attached as Exhibit 5 is a true and correct copies of excerpts of ERTEC documents prepared for Chevron Puerto Rico LLC (nka PC Puerto Rico LLC) regarding Texaco # 800.

7.      Exhibit 6 is intentionally omitted.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of John Connor dated July 3, 2014, and excerpts of Exhibit 3 from the deposition transcript of John Connor dated July 2, 2014 (Expert Opinion of John A. Connor, P.A., P.E., and BCEE, and Anthony D. Daus III, P.G., Concerning MTBE in Groundwater in the Vicinity of the Former Texaco 800 Service Station in Ponce, Puerto Rico).

9.      Attached as Exhibit 8 are true and correct copies of documents produced by

defense expert Dr. Peter Zeeb at SUN_PUERTO_ZEEB 019189 and SUN_PUERTO_ZEEB 001236.

      10.     Exhibit 9 is intentionally omitted.

      11.     Attached as Exhibit 10 is a true and correct copy of excerpts of the Addendum to Revised Expert Report of Anthony Brown dated May 2014.

      12.     Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Anthony Brown taken in the above action on May 23, 2014.

      13.     Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Jose De La Rosa taken in the above action on September 12, 2013, and Exhibit 2 thereto.

      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

      Executed this 7th day of November, 2014, at Sacramento, California.

Michael D. Axline

1

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

2

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

3

4

     I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action.  My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA  95825-4225.

5

6

     On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

7

**DECLARATION OF MICHAEL D. AXLINE**
**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CHEVRON'S MOTION FOR**
**SUMMARY JUDGMENT REGARDING NO INJURY AT TEXACO #800**

8

9

10

     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

11

12

     Executed on November 7, 2014, at Sacramento, California.

13

14

KATHY HERRON

15

16

17

18

19

20

21

22

23

24

25

26

27

28