Exhibit 1

Anthony Brown

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

_____X

Master File No. 1:00-1898
MDL No. 1358 (SA)
M21-88

_____X

Commonwealth of Puerto Rico, et al.
     v.
Shell Oil Co., et al.
Case No. 07-CIV-10470 (SAS)

_____X

— — —

THURSDAY, MAY 22, 2014

— — —

VIDEO DEPOSITION OF ANTHONY BROWN,
VOLUME 1, held at the offices of McDermott
Will & Emery, LLP, 4 Park Plaza, Suite 1700,
Irvine, California, commencing at 9:04 a.m.,
on the above date, before Lisa Moskowitz,
California Certified Shorthand Reporter
No. 10816, RPR, CLR.

— — —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
Deps@golkow.com

Anthony Brown

Page 140

1          which is indicated on Figure 5.3, does

2          indicate it's a public water supply

3          well.  But as you've indicated, we've

4          not been able to locate the well or

5          identify any pumping records for the

6          well.

7     BY MR. CORRELL:

8          Q.  So based upon your experience and

9     expertise, it would be improper to model

10    this well because it can't be located, and

11    there's no records to justify pumping rates;

12    correct?

13              MR. MASSEY:  Objection.

14         Compound, argumentative.

15              THE WITNESS:  No, that would

16         not be correct.  We understood based on

17         the information we had that there was a

18         public supply well at that location.

19         Therefore, that is why we modeled it as

20         such.  We didn't have any indication

21         that there was no such water supply

22         well.

23    BY MR. CORRELL:

24         Q.  Well, before you ran your model,

25    you couldn't find the well; correct?

Anthony Brown

Page 147

1    BY MR. CORRELL:

2         Q.   Or even in that general area?

3         A.   That's correct.

4         Q.   Let's turn our attention next to

5    the -- is it San Anton or Anton?

6         A.   San Anton well.

7         Q.   San Anton North well.

8         A.   Correct.

9         Q.   And to date, MTBE or TBA has not

10   been depicted in that well; correct?

11        A.   I'm not aware of any analytical

12   data for that well.

13        Q.   What did you do to verify that that

14   well, in fact, existed?

15        A.   My understanding is the location of

16   that well came from the USGS database.   It

17   is not a PRASA well but an irrigation well.

18   When I went to the site again, I just drove

19   around the neighborhood, but I did not

20   identify the specific location of the well.

21        Q.   What did you just look at to be

22   able to tell you that the source was the

23   USGS for this?

24        A.   Essentially on Figure 5.3.

25        Q.   In your revised report?

Anthony Brown

Page 151

1    immediate vicinity was a metal manhole.

2        Q.  And they took some pictures, I

3    believe.  I'll hand you what we are now

4    marking as Exhibit 21.

5            (Exhibit No. 21 was marked

6        for identification.)

7    BY MR. CORRELL:

8        Q.  You'll see this has Brown Bates

9    numbers.  And by that, I don't mean the

10   color, I mean your name.  You can look at

11   your chart that was produced with the

12   photographs to confirm whether or not this

13   is the San Anton well if you want.

14       A.  It does appear to be the location

15   that CRI photographed.

16       Q.  And you see under the notes in

17   Appendix F, it says, "Comments, metal

18   manhole with AAA ID letters."

19       A.  Yes.

20       Q.  Those comments, those are comments

21   from CRI?

22       A.  Correct.  Yes.

23       Q.  This doesn't look like a well, does

24   it, sir?

25       A.  Unfortunately, one cannot tell as

Anthony Brown

Page 152

1    it simply is a manhole.  It does not look

2    like a public water supply well.  Whether it

3    is an irrigation or domestic well, one could

4    not say.

5         Q.  Or a sewer cover?

6         A.  It could be a sewer cover.  It

7    could be connection to a main water line.

8    Based on the photograph, you could not say

9    for certain whether it is a well or not.

10        Q.  And even if it was a well, you

11   don't know whether it's used or unused;

12   correct?

13        A.  That is correct.

14        Q.  And --

15        A.  I shouldn't say that.  Sorry.  USGS

16   database indicates it is used.  That is the

17   only information we have as to whether it's

18   used or unused.

19        Q.  When was the USGS data collected?

20        A.  As I sit here, I do not know.

21        Q.  So, as you sit here today, you

22   don't know if it's currently an active well;

23   correct?

24        A.  The only information I have came

25   from the USGS database.  I do not know

Anthony Brown

1   they took there, would, based upon that, be

2   all that they found at that location that

3   indicates that a well may exist?

4       A.  Based on the photographic record,

5   that's correct.  That's the only item they

6   took a photograph of.

7       Q.  Now, what depth did you model for

8   this well?

9       A.  At the time we completed our

10  modeling, we did not have information as to

11  the completion depth of the well, and we

12  modeled the well as if it penetrated into

13  the deeper aquifer unit, that is, exceeding

14  a depth of 100 feet.  Subsequently,

15  information has been disclosed that

16  indicates the well is shallower than that,

17  and I believe it's only 61 feet deep.

18      Q.  What subsequent information has

19  been disclosed?  That's the second time

20  you've mentioned that.

21      A.  I believe it was disclosed by

22  Mr. Daus and Mr. Connor in their expert

23  report.

24      Q.  How was it that Mr. Daus and

25  Mr. Connor were able to obtain information

Anthony Brown

Page 157

1    on a well that you didn't?

2                    MR. MASSEY:   Calls for

3        speculation.

4                    THE WITNESS:   My understanding

5        is that Mr. Connor and Mr. Daus

6        identified information for the well from

7        a National Water Quality Monitoring

8        Council publication or actually from

9        their website.

10   BY MR. CORRELL:

11       Q.   And is there some reason when you

12   were doing your analysis you didn't locate

13   that data, sir?

14       A.   I cannot think of a reason, but we

15   obviously did not locate that particular

16   data.

17       Q.   You call this an irrigation well.

18   What does it irrigate?

19                   MR. MASSEY:   Objection.

20       Misstates testimony, argumentative.

21                   DEFENSE COUNSEL:   Exceeds the

22       scope.

23                   THE WITNESS:   As I sit here, I

24       do not know.

25   ///

Anthony Brown

Page 169

1      Q.  It doesn't take in account any

2   fluid soil interaction; correct?

3      A.  That's correct.  The purpose of the

4   modeling was simply to determine capture

5   zones for the water supply wells, not to

6   evaluate the fate and transport of specific

7   contaminants.

8      Q.  And your model doesn't predict at

9   what time MTBE or TBA will enter a capture

10   zone of a well, does it?

11      A.  Actually, the modeling can do that

12   simply by the geographic location of the

13   contamination.  If, for example, we look at

14   this particular case, given that the Belgica

15   well is only modeled as pumping from the

16   deeper groundwater, the model in that case

17   does not predict that the MTBE would enter

18   that particular capture zone at any

19   particular time.

20           The same would be true for the San

21   Anton North well.  If the well was, in fact,

22   completed in the deeper zone, which now we

23   know it isn't, in that case with pumping

24   solely from the shallow zone, if the capture

25   zone of that well extends across the known

Anthony Brown

Page 172

1      A.  That is correct, yes.

2      Q.  And from the work you've done

3  today, you haven't produced any tables or

4  reports that predicts when MTBE will, in

5  fact, enter the capture zone of the San

6  Anton well; right?

7      A.  Actually, as I've indicated, it is

8  already within the capture zone.

9      Q.  Based on the modeling and the

10  assumption the well is pumping?

11      A.  It would be based simply on the

12  fact that the well is pumping.  If the well

13  is not pumping, then there is no capture

14  zone.  If the well is pumping at any rate

15  above, even less than one gallon a minute,

16  in fact, then the capture zone would extend

17  to the area of the known contamination, not

18  just beneath it but the actual contamination

19  itself.

20      Q.  At what level?

21          MR. MASSEY:  Objection.  Vague.

22  BY MR. CORRELL:

23      Q.  If you -- if you contend -- if the

24  well is pumping and if, as you contend, MTBE

25  would be present in the capture zone at the

Anthony Brown

Page 190

1   for additional investigation because we

2   simply do not know the full extent of the

3   contamination.  Therefore, we cannot

4   determine that there is no threat as we do

5   not know its full extent.  As there are

6   other water supply wells in the vicinity of

7   the area.  Once we know the extent, we could

8   then evaluate whether in the absence of the

9   San Anton well whether there is a threat to

10  other wells.

11      Q.  But you've already identified the

12  wells in the area and listed them on

13  page 130; right?

14      A.  Right, yes.

15      Q.  And given what we know now, you've

16  ruled six of the eight out.  There's no

17  threat for six out of the eight?

18      A.  Actually, that's not a conclusion

19  I've reached.

20      Q.  The only two wells you've

21  identified as a potential threat are the San

22  Anton and Beljica well; right?

23      A.  Actually, that's not what I

24  identified.  I identified that the capture

25  zones for those two wells extend beneath the

Anthony Brown

Page 191

1   known area of the contamination.  Well, now

2   that we know we have additional data for the

3   San Anton well, it actually extends within

4   the area of contamination.  I've not then

5   excluded other wells as still being

6   potentially threatened.

7       Q.  Well, but you've concluded that the

8   capture zones of the other wells do not

9   reach the area of known contamination.

10      A.  That's correct.  If we assume that,

11  in fact, the pumping does occur at those two

12  wells as we've modeled it, then the capture

13  zones of the other wells do not extend

14  beneath the known area of contamination.

15      Q.  And you're saying that if it turns

16  out the San Anton well is really just a

17  manhole cover not pumping, that could

18  influence -- you'd have to rerun the model

19  to see what the impact would be on other

20  wells?

21      A.  That is correct.  The groundwater

22  flows and discharges somewhere.

23  Realistically another pumping well.  So if

24  the San Anton well wasn't pumping, then that

25  groundwater would flow to another well.

Anthony Brown

Page 192

1          Q.  But that's not an analysis you've
2      done to date?
3          A.  That is correct.
4          Q.  So when we go to trial in this
5      case, the capture zone that arguably is or
6      is not beneath this site will be the San
7      Anton well.
8               Do you understand that?
9          A.  That is the well, based upon the
10     analysis we've conducted, is the well that
11     is most threatened by the contamination.
12         Q.  And if the jury concludes that's
13     not really a well at all, then additional
14     remediation wouldn't be necessary at this
15     site, would it?
16         A.  No, we could not --
17              MR. MASSEY:  Misstates
18         testimony.  Argumentative.
19              THE WITNESS:  No, we could not
20         reach that conclusion.
21     BY MR. CORRELL:
22         Q.  And why not?
23         A.  If, for example, we take the
24     scenario or the hypothesis that the San
25     Anton well is not pumping, then we would

Anthony Brown

Page 193

1   need to evaluate which of the wells does, in

2   fact, have a capture zone that extends

3   beneath the known area of contamination or,

4   in fact, even extends within the known area

5   of contamination.

6        Q.  If any?

7        A.  If any.  But realistically given

8   the scenario or the situation at the site,

9   there will be a capture zone of a well that

10  extends beneath the area of contamination

11  given the pumping in the area.  It's just a

12  matter of which well would that be if the

13  San Anton well was not pumping.

14       Q.  If we turn to Figure 3.B in the

15  Connor report, given the additional site

16  assessment that GSI did along with your

17  additional site assessment, focusing now on

18  sort of the west, southwest, isn't it fully

19  delineated in the west and southwest?

20            MR. MASSEY:  Can you reread

21       that question, please?

22            MR. CORRELL:  Let me ask it

23       again because I have too much stuff in

24       there.

25  ///

Anthony Brown

Page 224

```
1              THE VIDEOGRAPHER:  We are now
2       going off the record, and the time is
3       approximately 4:34 p.m.
4              (Recess taken from
5       4:34 p.m. to 4:41 p.m.)
6              THE VIDEOGRAPHER:  We are now
7       going back on the record, and the time
8       is approximately 4:41 p.m.
9  BY MR. CORRELL:
10      Q.  Sir, several times in your, I
11  think, both in your rebuttal report and your
12  addendum you talk about that levels in some
13  of the monitoring wells increased after the
14  remediation actions in 2013 and '14?
15      A.  Yes.
16      Q.  Did concentrations increase in all
17  the on-site monitoring wells?
18      A.  No, they did not.
19      Q.  Have you evaluated the overall
20  concentrations changes within the plume
21  during the remediation activities?
22      A.  I believe so, yes.
23      Q.  And would you agree that the mass
24  of gasoline constituents underlying the site
25  was decreased as a result of these
```

Anthony Brown

Page 225

1   activities?

2        A.   I think in terms of the overall

3   massive contamination beneath the site, the

4   remedial activities will have decreased the

5   overall mass.  However, of concern is that

6   they may have mobilized residual sorb-phase

7   or even NAPL-phase contamination such that

8   the contaminant mass within groundwater may

9   have actually increased slightly.  This is

10  one of the effects of particularly the

11  surfactant element of the remediation

12  program.

13       Q.   The what element?

14       A.   Surfactant, in that, it mobilizes

15  contaminants that are essentially difficult

16  to remediate.  They're sorbed or residual

17  NAPL such that it is often seen the

18  concentrations in the groundwater

19  subsequently increase, and that's usually

20  addressed, then, by subsequent additions of

21  the same compound to eventually mobilize or

22  absorb contamination and eventually

23  hopefully remediate the groundwater

24  contamination.

25       Q.   You're speaking about the ORC one?

Exhibit 2



Notes:
1. Public Water System Wells from Puerto Rico Dept. of Health, 2007.
2. USGS Regional Well Database locations from USGS, 2011.

USGS Regional Well Database
- Domestic
- Irrigation
- Industrial (Cooling)
- Industrial
- Public Supply
- Institutional

Unused
Public Water System Well (PRDOH)

0    800
Feet

aquilogic, inc.

Puerto Rico MTBE

Texaco #800, Ponce, PR

**Regional Well Locations**

Date: 1/23/2014    Project 007-01    **Figure 5.3**

Exhibit 3



# REVISED EXPERT REPORT OF ANTHONY BROWN

## MTBE LITIGATION PROJECT
### Puerto Rico



Prepared for:
The Law Office of John K. Dema, P.C.
Orlando H. Martinez Law Offices
Miller, Axline & Sawyer
Jackson Gilmour & Dobbs P.C.

April 2014
Project No.: 007-02

**Exhibit 7**
Brown
5/22/14
Lisa Moskowitz
CSR 10816, RPR, CLR

Aquilogic, Inc.
245 Fischer Avenue, Suite D-2
Costa Mesa, CA 92626
Tel. +1.714.770.8040
Web: www.aquilogic.com



Given the magnitude of the damage to water resources from MTBE contamination, and the ongoing threat this contamination poses, the office of the Attorney General (AG) for the Commonwealth of Puerto Rico filed a lawsuit on behalf of the people of Puerto Rico against various companies considered responsible for the contamination. The AG retained the following outside counsel to support them in this ligation: Miller, Axline & Sawyer; the Law Offices of John K. Dema; and Jackson Gilmour & Dobbs (collectively referred to herein as plaintiff counsel).

Contamination by MTBE and TBA has been detected at numerous facilities throughout Puerto Rico. Addressing all of these facilities in one trial is impractical; therefore, a finite number of "trial sites" have been selected by the defendants and plaintiffs to be the subject of the first phase of litigation in this matter. The trial sites include ten facilities and areas in the immediate vicinity of the facilities where contamination is, or may be, present.

## 1.2 Project Objectives

Amongst other things, the litigation brought by the Commonwealth against the parties responsible for MTBE contamination seeks to recover damages; that is, money or equitable relief, to restore water resources impacted by MTBE and TBA.

**Aquilogic** has been retained by plaintiff counsel to conduct the following:

1. Review available information about nine of the ten trial sites (excluding Chevron Phillips Chemical Puerto Rico Core LLC Petrochemical Facility [CPCPRC]) including, but not limited to, files from the EQB and information provided by defendants;
2. Review available information for public and private water supply wells in the vicinity of the trial sites including, but not limited to, pumping records and chemical analyses (where available);
3. Summarize available information and data for the above;
4. Analyze release history, hydrogeology, and contaminant presence at the trial sites;
5. Evaluate the nature, magnitude, and extent of contamination;
6. Develop a conceptual site model (CSM) that considers contaminant sources, pathways, and receptors;
7. Identify data gaps and other deficiencies in the investigation and remediation programs implemented at the trial sites;
8. Evaluate the programs needed to restore water resources impacted by releases at the trial sites to their pre-impacted condition;
9. Develop costs to implement these restoration programs; and
10. Proffer opinions at trial related to the above.

Therefore, the ultimate objective of our work is to develop costs (i.e. damages) to implement programs to restore water resources contaminated by MTBE and TBA at the trial sites.



The Rio Portugues is located approximately 1,870 feet west of the Site. The Rio Bucana is located approximately 2,650 feet east of the Site (PR-MTBE-ERTEC-TEXACO_004888). Both rivers meet south of the Site and flow to the southwest to the Caribbean Sea.

### 5.1.4    Receptors

The following three public water supply wells, one domestic water supply wells, three irrigation water supply wells, and one industrial water supply wells are located within the court-ordered delineation boundaries at the Site (Figure 5.3):

- Ismael Maldonado - public water system well (PRDOH 2007), but noted as an unused well during a field investigation by CRI in 2013 (Appendix F);
- Beljica – public water supply well noted during a field investigation by CRI in 2013 (Appendix F);
- Febles 1 Well - public water supply well;
- NCHA 1 Well - domestic water supply well;
- Isabela BTR Well - irrigation water supply well;
- Estancia Well - irrigation water supply well;
- San Anton North Well - irrigation water supply well; and
- Luciano 1 Well - industrial water supply well

CRI, under contract with plaintiffs' counsel, conducted an abbreviated field investigation in an attempt to confirm the location of the existing wells (Appendix F). CRI was able to locate and sample two wells in the vicinity of the site. Grab groundwater samples were collected from either a sampling point at the top of the well or from a faucet or spigot in the building supplied



by the well.  Figure 5.4 shows the locations of these wells and the analytical results from the grab groundwater samples.

On-site workers and local residents are at risk from vapor intrusion from Site contamination.

## 5.2    Site History

### 5.2.1    Operational History

The property was undeveloped until 1972 (PR-MTBE-ERTEC-TEXACO_004890).  In 1972, the facility began operation as a Company-Owned/Retailer Operated (CORO) service station (CHEVMDL1358-PR-00000121550; CHEVMDL1358-PR-00000121553).  In April 2006, two 12,000 gallon, plastic-coated steel USTs and associated product piping were removed from the Site.  The USTs were replaced with two 12,000 gallon composite USTs within the same UST excavation.  Currently the subject Site is an active service station.

### 5.2.2    Site Chronology

| Date/Period | Activity |
| --- | --- |
| 1972 | Facility began operation as a CORO service station (CHEVMDL1358-PR-00000121550; CHEVMDL1358-PR-00000121553). |
| April 20 & 24, 2006 | ~~Two 12,000 gallon, plastic coated steel USTs were replaced with two new 12,000 gallon composite USTs.  A total of 21 soil samples were collected at the tank pit and distribution lines (CHEVMDL1358-PR-00000121553).  Benzene was detected in three soil samples with concentrations ranging from 0.48 mg/kg to 0.80 mg/kg (PR-MTBE_197408).  TPHg were detected in four soil samples with concentrations ranging from 62 mg/kg to 1,200 mg/kg (PR-MTBE_197408).  The soil samples with the highest TPHg and benzene concentrations were located at the north end of the western most UST.  Soil samples were not analyzed for MTBE or TBA.~~ |
| December 13, 2007 | Altol Environmental Service conducted Phase I and Phase II investigations at the Site (CHEVMDL 1358_PR-00000117388).  Three soil borings were drilled just to the north and west of the USTs.  In each boring, soil samples were collected from depths of 25 feet and 34 feet bgs.  Benzene was detected at a concentration of 1.43 mg/kg in one soil sample (B1 at 25 feet bgs).  TPHg was detected at concentrations of 226 mg/kg (B2 at 25 feet bgs) and 379.4 mg/kg (B1 at 25 feet bgs).  MTBE was not detected above the laboratory reporting limited in the soil samples analyzed (CHEVMDL 1358_PR-00000117403). |
| October 20-23, 2009 | Four groundwater monitoring wells (MW-101 through MW-104) were installed (PR-MTBE-TSCaseFiles_003842) by ERTEC.  During the drilling of |



| Date/Period | Activity |
|---|---|
| | these boreholes PID readings were recorded. In all four borings, PID readings steadily increased in magnitude from the ground surface to the bottom of each boring. A vadose zone soil sample was collected from MW-103 at a depth of 5 to 7 feet and submitted for laboratory analysis. MTBE was detected in this soil sample at a concentration of 0.00871 mg/kg. In addition, five soil samples and one duplicate were collected in water-saturated soil and submitted for analysis. Benzene was detected in one saturated soil sample at a concentration of 0.0524 mg/kg (SB-101 at 20 feet bgs) (PR-MTBE-TSCaseFiles_0038443). TPHg was detected in the saturated soil samples at concentrations ranging from 6.68 mg/kg to 993 mg/kg (PR-MTBE-TSCaseFiles_003844). MTBE was detected in two saturated soil samples at concentrations of 0.734 mg/kg (SB-101 at 20 feet bgs) and 1.37 mg/kg (SB-104 at 25 feet bgs) (PR-MTBE-TSCaseFiles_0038443). The maximum MTBE concentration of 1.37 mg/kg (SB-104 at 25 feet bgs) was detected near the USTs. |
| October 27, 2009 | Groundwater monitoring was performed at wells MW-101 through MW-104. The depths to groundwater ranged from 23.25 feet below TOC to 24.58 feet below TOC (PR-MTBE-TSCaseFiles_003841). Groundwater flow direction was reported to the south; however it was depicted on the groundwater flow diagram as flowing to the southeast. Benzene was detected at concentrations ranging from 90.3 ug/l (MW-101) to 8,740 ug/l (MW-103) (PR-MTBE-TSCaseFiles_003845). MTBE was detected at concentrations ranging from 27.8 ug/l (MW-101) to 10,900 ug/l (MW-103) (PR-MTBE-TSCaseFiles_003845). |
| August 25 - September 1, 2010 | Four groundwater monitoring wells (MW-201 through MW-204) were installed (CHEVMDL 1358_PR-00000080605) by ERTEC. A total of eight soil samples and one duplicate sample were collected during the well installation. Benzene and MTBE were detected in the soil sample collected from MW-202 (25 to 27 feet bgs) at concentrations of 0.08 mg/kg and 0.11 mg/kg, respectively. TPHg was detected in all eight soil samples, at concentrations ranging from 2.52 mg/kg to 467 mg/kg (CHEVMDL 1358_PR-00000080605). |
| September 8, 2010 | Groundwater monitoring was performed at seven wells (MW-102 through MW-104, MW-201 through MW-204). The depths to groundwater ranged from 20.95 feet below TOC to 22.62 feet below TOC (CHEVMDL 1358_PR-00000080603). According to the text of the report, groundwater flow direction was toward the southeast; however, a flow diagram was not prepared for this sampling event (CHEVMDL 1358_PR-00000080586). Benzene was detected in groundwater samples from all seven wells at |



### 5.4.2.2    Magnitude

No soil samples have been tested for TBA contamination. The following are the maximum concentrations of benzene, and MTBE in soil samples collected as part of the investigations for the Site:

Benzene

Benzene was detected in six of 43 soil samples collected at the Site (13.9%). Benzene concentrations ranged from 0.05 mg/kg (SB-101 at 20 feet bgs) to 1.43 mg/kg (B-1, 25 feet bgs) (Appendix 5.A). The soil sample analytical reporting limits for the analysis of benzene ranged from 0.005 mg/kg to 2.5 mg/kg (Appendix 5.A). On December 4, 2007, a maximum benzene concentration of 1.43 mg/kg was detected in a sample collected from B-1 at 25 feet bgs. (CHEVMDL1358_PR-00000117402).

MTBE

MTBE was detected in five of 15 soil samples collected at the Site (33.3%). The reported concentrations of MTBE ranged from 0.00871 mg/kg (SB-103, 5 feet bgs) to 1.37 mg/kg (SB-104, 25 feet bgs) (Appendix 5.A). The soil sample analytical reporting limits for the analysis of MTBE ranged from 0.005 mg/kg to 2.5 mg/kg (Appendix 5.A). On October 22, 2009, a maximum MTBE concentrations of 1.37 mg/kg was detected in a sample collected from MW-104 at 25 to 27 feet bgs. (XOM-PR-CO364-005917).

TBA

No soil samples at the Site have been analyzed for TBA.

### 5.4.2.3    Extent

The extent of benzene, MTBE, and TBA contamination in soil beneath the Site has not been fully investigated. Soil samples collected during UST removal and replacement, and PID readings collected during subsequent site assessment activities, indicate that gasoline contamination is present in vadose zone soils. However, only one vadose zone soil sample has been collected at the Site since the UST replacement activities. MTBE was detected at a concentration of 0.00871 mg/kg in this sample (SB-103 at 5 feet bgs). ~~Therefore, the extent of contamination within the vadose zone is not delineated in any direction.~~

The following is a summary of the delineation of contamination in the water-saturated soil:

Benzene

The extent of benzene contamination in water-saturated soil is laterally delineated at the Site except for the area south-southwest of the USTs in the vicinity of MW-202. Benzene has not



Revised Expert Report of Anthony Brown
MTBE Litigation Project, Puerto Rico
April 2014

In April 2011, ORC filter socks were installed in six on-site monitoring wells (MW-102, MW-103, MW-104, MW-201, MW-202, and MW-203). The ORC socks were replaced at least once in September 2011 (PR-MTBE_399884). Due to the addition of the ORC socks in monitoring wells at the Site in April 2011, samples collected from wells MW-102, MW-103, MW-104, MW-201, MW-202, and MW-203 are not representative of groundwater conditions beneath the Site. Thus, the groundwater monitoring data collected since April 2011 from these wells cannot be used to accurately assess the magnitude and extent of the contaminant plumes at the Site.

### 5.4.4.2    Magnitude

Between October 2009 and September 2013, nine groundwater sampling events were completed at the Site. The analytical results for groundwater samples collected at the Site indicate the presence of MTBE exceeding the PRACL of 12 ug/l and benzene exceeding the USEPA MCL of 5 ug/l (Table 5.1).

Benzene

Benzene was first detected at an initial concentration of 8,740 ug/l in a groundwater sample collected from MW-103 on October 27, 2009. MW-103 is located to the southeast of the USTs. Benzene was detected at a maximum historic concentration of 12,800 ug/l in the groundwater sample collected from MW-103 on September 8, 2010. This concentration was detected during the second groundwater monitoring event. The most recent maximum concentration of benzene of 10,500 ug/l was detected in the groundwater sample collected from MW-103. This concentration was detected after the installation of ORC socks in the well.

MTBE

MTBE was first detected at a concentration of 10,900 ug/l in a groundwater sample collected from MW-103 on October 27, 2009. MW-103 is located to the southeast of the USTs. MTBE was detected at a maximum historic concentration of 15,500 ug/l in the groundwater sample collected from MW-103 on September 8, 2010. This concentration was detected during the second groundwater monitoring event. The most recent maximum concentration of MTBE of 10,000 ug/l was detected in a groundwater sample collected from MW-103. This concentration was detected after the installation of ORC socks in the well.

TBA

Groundwater samples have not been analyzed for TBA as part of the groundwater monitoring program at the Site. In September 2009, TBA was detected at depth-discrete sampling locations GP-2 (179 ug/l at 32 feet bgs) and GP-3 (1,870 ug/l at 32 feet bgs). GP-3 is located approximately 20 feet southwest of MW-204. To date, no PRACL for TBA has been established.



Revised Expert Report of Anthony Brown
MTBE Litigation Project, Puerto Rico
April 2014

In September 2013, TBA was detected at a concentrations of 179 ug/l (32 feet bgs) and 1,870 ug/l (32 feet bgs) in depth-discrete groundwater samples collected from off-site, down-gradient sampling locations GP-2 and GP-3, respectively. To date, no PRACL has been established for TBA.

TBA contamination in groundwater has not been delineated laterally from the Site to the northwest, north, northeast, east, southeast, south, and southwest. The groundwater samples at GP-2 and GP-3 were collected at a depth of 32 feet bgs. No groundwater samples were collected below this depth; therefore, the vertical extent of MTBE contamination has not been delineated.

### 5.4.5   Water Supply Wells

Groundwater samples were collected on behalf of the Commonwealth of Puerto Rico from two regional water supply wells in the vicinity of the Site: Febles 1 and Beljica (Figure 5.3). The analytical results of groundwater samples collected from these wells are shown on Figure 5.4. Benzene, MTBE, and TBA were not detected in the groundwater samples from the water supply wells.

## 5.5   Remediation

In April 2011, ORC socks were installed in MW-102, MW-103, MW-104, MW-201, MW-202, and MW-203. In December 2011 it was reported that an ORC sock was placed in monitoring well MW-204; however, no documentation is available in the project record to confirm when an ORC sock was initially installed in monitoring well MW-204. Due to the addition of the ORC sock in monitoring wells MW-102, MW-103, MW-104, MW-201, MW-202, MW-203, and MW-204 groundwater samples collected from these wells are not representative of conditions within the aquifer beneath the Site distant from the wells. The groundwater monitoring data collected from wells in which an ORC sock has been placed cannot be used to accurately assess the magnitude and extent of the contaminant plumes at the Site.

An initial CAP was prepared for the Site in November 2011 to address groundwater and vadose zone contamination within the delineated plume area (PR-MTBE_412958-413057). This initial CAP proposed the use of ISCO through the injection of a mixture of compounds (reported to be a solid alkaline oxidant built around a sodium percarbonate complex activated by a catalyst) that is comparable to Fenton's Reagent (PR-MTBE_412973). Subsequent to the initial ISCO injections, an ORC was proposed as a longer term remedial action.

A revised CAP was subsequently prepared in January 2012 to address groundwater and vadose zone contamination within the delineated plume area (CHEVMDL1358_PR-00000116952-00000117089). The revised CAP proposed the use of ISCO through the injection of ISCO (RegenOx) and ORC (ORC-Advance). The revised CAP also proposed the use of HVE (PR-MTBE-



TSCaseFiles_003319). However, specific information regarding the application of HVE at the Site was not included within the revised CAP.

In April 2012, HVE was reportedly applied at groundwater monitoring well MW-103. The HVE at MW-103 operated for a total of 3.5 hours (PR-MTBE-TSCaseFiles_002999). Contaminant mass removal from the subsurface from this HVE application was estimated to be 2.9 lbs of VOCs (PR-MTBE-TSCaseFiles_003001). A total of 495 gallons of water was removed from groundwater monitoring well MW-103 as part of this 3.5-hour HVE remedial action (PR-MTBE-TSCaseFiles_003003). No LNAPL was reported to have been observed or measured during this HVE remedial action (PR-MTBE-TSCaseFiles_003003). No appreciable decline in the concentration of MTBE in groundwater were observed subsequent to this application of HVE (PR-MTBE-ERTEC-TEXACO_005310-005313).

A second revised CAP was prepared in August 2012 to address groundwater contamination within the delineated plume area (CHEVMDL1358-PR-00000121846-00000122046). This revised CAP proposed the application of HVE at groundwater monitoring wells MW-102 and MW-103 followed by the injection of ISCO (RegenOx) and ORC (ORC-Advance) compounds. ORC socks would be installed within groundwater monitoring wells MW-101, MW-104, MW-202, and MW-203.

A third further revised CAP was prepared for the Site in May 2013 (PR-MTBE-ERTEC-TEXACO_004876-005101). Remedial technologies selected to reduce the on-site groundwater contamination include ISCO (RegenOx PetroCleanze) and, if deemed necessary, HVE. The use of HVE is intended to recover any LNAPL observed between ISCO remedial injections. LNAPL has not been previously measured in groundwater monitoring wells at the Site.

No remedial activities have been proposed to address potential off-site groundwater contamination.

## 5.6    Fate and Transport

### 5.6.1    Physical and Chemical Properties of COCs

The environmental fate and transport of benzene, MTBE, and TBA in groundwater at the Site can be estimated from: (1) the release history; (2) the hydrogeology and groundwater flow conditions beneath the Site; (3) the chemical and biological properties of the aquifer; and (4) the physical and chemical properties of these constituents (Table 2.2).

The aqueous solubility of the constituents at their respective volume in gasoline will determine their partitioning into groundwater after a release; that is, the rate at which dissolution will occur and the resulting magnitude of the contaminant concentrations in groundwater. MTBE and TBA are considerably more soluble than benzene; in fact, TBA is completely miscible in



Revised Expert Report of Anthony Brown
MTBE Litigation Project, Puerto Rico
April 2014

Due to the delay in groundwater sampling after the release(s) at the Site, the lack of plume delineation, limited hydrogeologic characterization, limited or no data on-site-specific attenuation processes, and very limited off-site investigation, the ultimate fate and transport of the contaminants is difficult to predict.  However, based on the aforementioned summary of fate and transport properties, it is expected that MTBE and TBA should move conservatively (e.g. without significant attenuation) within groundwater.  MTBE would also be present at relatively high concentrations and persist longer.  Benzene is the most attenuated of these constituents; therefore, it would migrate slower than MTBE and TBA in groundwater.  In the absence of sufficient Site-specific data, it must be assumed that MTBE and TBA will be present in groundwater a significant distance from the Site.  In addition, with the implementation of on-site remedial actions and/or high groundwater recharge and migration velocities, a MTBE/TBA plume could, in fact, detach from the Site.

### 5.6.2    Sources

The following sources of petroleum hydrocarbon contamination, including MTBE and TBA, are evident from the data reviewed:

- In April 2006, BTEX compounds and TPHg were detected in soil samples collected in the vicinity of former USTs at depths less than 10 feet bgs.
- In October 2009, MTBE, BTEX, and TPHg were detected in groundwater samples collected from on-site groundwater monitoring wells constructed near the location of the former USTs.
- In October 2009, the maximum concentrations of benzene and MTBE detected in on-site groundwater monitoring wells were 8,740 ug/l (MW-103) and 10,900 ug/l (MW-103), respectively.  These concentrations are approximately 1,750 and 900 times greater than the USEPA MCL and PRACL for benzene (5 ug/l) and PRACL for MTBE (12 ug/l), respectively. During the most recent groundwater monitoring event (August 27, 2013), benzene and MTBE were detected at concentrations of 10,500 and 10,000 ug/l, respectively.  The current results are comparable to the initial results reported in 2006.
- In September 2013, off-site groundwater sampling was conducted on behalf of the Commonwealth of Puerto Rico.  TBA was detected in groundwater down-gradient of the Site at concentrations up to 1,870 ug/l.  Groundwater samples collected from on-site groundwater monitoring wells have not been analyzed for TBA.

### 5.6.3    Pathways

Based upon the available data, the pathway for releases of MTBE, TBA, and benzene from the Site to impact groundwater is complete:



- MTBE and benzene were detected in shallow soil samples (less than 10 feet bgs) in the vicinity of the former on-site USTs;
- Groundwater beneath the Site is first encountered at a depth of 22 to 24 feet bgs;
- Groundwater beneath the Site has been impacted by MTBE and BTEX, with the highest concentrations reported in groundwater samples collected from monitoring wells near the former on-site USTs;
- Groundwater beyond the boundaries of the Site has been impacted by BTEX, MTBE, and TBA in a contiguous plume emanating from the Site; and
- Groundwater samples collected from on-site groundwater monitoring wells have not been analyzed for TBA; however, TBA has been detected in groundwater samples obtained from off-site depth discrete sampling locations.

The groundwater flow direction reported to the south based on data collected in October 2009; however, the accompanying groundwater flow diagram showed groundwater flowing to the southeast.  Based on analytical data collected prior to April 2011, when the ORC socks were initially installed, groundwater flow direction likely ranges from the south-southeast to the south-southwest.  Groundwater contamination has been detected in the most down-gradient sampling location (GP-3):  Benzene at 6.16 ug/l; MTBE at 18.9 ug/L; and TBA at 1,870 ug/l.  Thus, the lateral extent of contamination has not been delineated in the down-gradient direction.  In the absence of active remediation, the migration of contaminants in groundwater, notably MTBE and TBA given their fate and transport properties, will continue unabated.

Numerous unused and active water supply wells are located in the vicinity of the Site.  The condition of the sanitary seal, if present, at these wells is unknown.  Therefore, groundwater contamination reaching such a well will likely migrate down into the South Coast Aquifer via well-bore leakage.  Once in the South Coast Aquifer, the contamination will be drawn directly to nearby water supply wells.

Benzene, MTBE, and TBA have been detected at concentrations of 10,500 ug/l and 10,000 ug/l in groundwater at a depth of 35 feet bgs (MW-103).  No groundwater samples are known to have been collected below this depth in the vicinity of the release(s); therefore, the vertical extent of contamination has not been delineated.

Given the pumping of groundwater at nearby water supply wells and surficial recharge, a downward vertical hydraulic gradient will likely exist.  No aquitard within the South Coast Aquifer has been identified.  Therefore, in the absence of active remediation, the vertical migration of contaminants, notably MTBE and TBA, into deeper portions of the South Coast Aquifer will continue unabated.  Once in the South Coast Aquifer, the contamination will be drawn directly to nearby water supply wells.



The potential for the intrusion of vapors into on-site and nearby buildings has not been investigated. However, given the current contaminant concentrations and the plume of contaminated water extending to the south of the Site, vapor intrusion into the on-site convenience store and the off-site residential buildings should be evaluated.

### 5.6.5    Water Supply Well Modeling

Analytical groundwater flow modeling was performed to evaluate the capture zones for water supply wells in the vicinity of the Site. The input values used in the modeling are provided in Appendix E. Two modeling runs were performed: (1) a simulation of groundwater flow within the underlying regional aquifer used for direct groundwater abstraction; and (2) a simulation of groundwater flow within the first groundwater of the Alluvial Valley Aquifer system detected at the Site. ~~In most areas, no competent aquitard is present between first groundwater and the regional aquifer, and the first groundwater is likely in hydraulic communication with the underlying regional aquifers.~~ Thus, given a prevalent downward hydraulic gradient created by groundwater abstraction and recharge, and sufficient transport distance, contaminants in the first groundwater will eventually enter the regional aquifer (as evidenced by the detection of MTBE in Pozo Club de Leones, screened in the regional aquifer in Cabo Rojo). Further, the condition of the sanitary seal on most water supply wells is unknown, and may not be present. Therefore, it is reasonable to assume that some leakage from first groundwater to the regional aquifer may occur at each supply well.

The regional aquifer models were initially constructed using a reference head and groundwater flow directions either: (1) inferred as toward the sea; (2) identical to the flow monitored in the first groundwater at the Site; or (3) known from regional hydrogeologic literature. The first groundwater models were initially constructed using a reference head and groundwater flow directions as monitored in the first groundwater at the Site. The effects of groundwater pumping were then simulated for each model run.

Groundwater extraction rates are not known for most of the water supply wells. Therefore, in the modeling runs, the following conservative (i.e. likely low) extraction rates were assumed: (1) public water supply well pumping at 100 gpm; (2) commercial, industrial, and cooling supply well pumping at 10 gpm; (3) irrigation well pumping at 5gpm; and (4) domestic supply well pumping at 1 gpm. In the first (regional aquifer) simulation, these pumping rates were applied to active water supply wells in the vicinity of the Site to assess capture zones in the regional aquifer. In the second (first groundwater) simulation, a well-bore leakage of 1 gpm was applied for any public, commercial, industrial, or irrigation well within 1,000 feet of the Site, and 0.25 gpm for any domestic retail or unused well within 1,000 feet of the Site to assess resultant capture zones in the first groundwater.



~~Where a water supply well capture zone in the regional aquifer extends beneath the area of known groundwater contamination beneath the Site, it is reasonable to assume that the contamination is within the capture zone of the water supply well, given the absence of an aquitard. In addition, where the capture zone in first groundwater created by leakage at a water supply well extends to the known groundwater contamination beneath the Site, then the contamination is clearly within the capture zone of the water supply well.~~

The regional groundwater flow modeling results indicate that pumping from the San Anton North and Beljica wells, located approximately 100 feet and 1,000 feet south-southeast of the Site, respectively, would create groundwater capture zones that extend beneath the known area of contamination at the Site. The simulated capture zones for the other water supply wells do not extend beneath the known area of contamination. Given the absence of a defined aquitard between the shallow aquifer and regional aquifer, it is likely that groundwater in the shallow aquifer (and any contamination therein) is in communication with, and recharges, the regional aquifer. Forward particle tracking indicates that particles released in the regional aquifer directly beneath the known area of contamination at the Site will ultimately reach the San Anton North and Beljica wells. Therefore, the contamination poses a threat to these water supply wells.

### 5.6.6    Conceptual Site Model

Groundwater is present beneath the Site in alluvial sediments at a depth of approximately 22 to 24 feet bgs (approximately 19 to 21 feet AMSL). Regional groundwater flow in the alluvial sediments has been reported to range from the southwest, south, and southeast. ~~No distinct aquitard is present between the Site alluvial sediments and the South Coast Aquifer. Groundwater in the sediments beneath the Site is likely in communication with the South Coast Aquifer.~~ Eight active water supply wells are located within the court-ordered delineation boundaries at the Site. Based upon groundwater flow modeling, groundwater contamination beneath the Site lies within the capture zones of the San Anton North and Beljica wells.

Releases of gasoline containing MTBE have occurred at the Site from the USTs and/or associated piping and dispensers. The extent of contamination in the vadose zone has not been delineated. The vertical extent of contamination in water-saturated soil has not been delineated. Eight monitoring wells have been installed at the Site to a maximum depth of 35 feet bgs. In April 2011, six of the eight site groundwater monitoring wells were converted to remediation wells when ORC socks were installed in them. In December 2011, a seventh monitoring well was also reported have had an ORC sock installed within the well. Groundwater samples collected from these wells after the ORC installation are not representative of the conditions within the aquifer. Additional groundwater monitoring wells have not been installed to accurately monitor groundwater conditions and contamination beneath the Site. No off-site groundwater

Privileged and Confidential
Attorney Work Product



monitoring wells have been installed. However, on behalf of the Commonwealth of Puerto Rico, six discrete-depth off-site groundwater samples have been collected in the vicinity of the Site to a maximum depth of 39 feet bgs.

In April 2012, one 3.5 hour long HVE event was conducted at the Site. The data from this event indicated that DPE was effective with a radius of influence of approximately 60 feet.

MTBE and other gasoline constituents (e.g. BTEX, TBA, TPHg) have been detected in groundwater beneath the Site. The maximum benzene, MTBE, and TBA concentrations most recently detected beneath the Site are 10,500 ug/l (MW-103), 10,000 ug/l (MW-103) and 1,870 ug/l (GP-3). It should be noted that the contaminant concentration at MW-103 were detected after the ORC socks were installed in the well. The lateral extent of MTBE and TBA contamination in groundwater has not been delineated, notably in the down-gradient direction to the south and south-southwest of MW-202. The vertical extent of groundwater contamination has also not been delineated.

Given the fate and transport properties of MTBE and TBA, these contaminants will migrate in groundwater with little attenuation. Therefore, in the absence of contaminant plume delineation, it should be assumed that MTBE and TBA contamination will be present a considerable distance down-gradient, may be present in deeper aquifers, and will persist for a long period of time. In the absence of remediation, the migration of contamination in groundwater will continue unabated. Therefore, the contamination poses a threat to nearby water supply wells. In addition, the contamination poses a risk to occupants of buildings located above the contaminant plume through vapor intrusion.

Additional investigation is needed at the Site to: (1) characterize hydrogeologic conditions; (2) delineate the extent of contamination, both laterally and vertically; (3) characterize contaminant fate and transport; and (4) provide data to assist in the design of a remediation program. In addition, based upon the currently observed magnitude and extent of contamination, remediation is required to address the known contamination, restoring the aquifer to its pre-discharge condition, and mitigating the threat posed to water supply wells and surface water resources. The remediation program may need to be expanded, based on the results of the additional site investigation activities.

## 5.7    Data Gaps

The following section describes data gaps and recommendations for additional site assessment and remediation based on the information reviewed.

### 5.7.1    Hydrogeology

• Groundwater velocities and flow direction have not been adequately calculated at the Site;



Revised Expert Report of Anthony Brown
MTBE Litigation Project, Puerto Rico
April 2014

## 5.8   Key Opinions

The following summarizes the key findings of the investigative and remedial activities conducted to date, and our opinions based on the data reviewed:

1.  Releases of gasoline containing MTBE have occurred at the Site.
2.  MTBE has impacted groundwater beneath the Site.
3.  TBA has impacted groundwater beneath the Site.
4.  MTBE has migrated off-site beyond the Site boundaries.
5.  TBA has migrated off-site beyond the Site boundaries.
6.  Groundwater contamination has not co-mingled with releases from nearby facilities.
7.  Investigations have not delineated the extent of MTBE contamination in groundwater laterally.
8.  Investigations have not delineated MTBE contamination in groundwater vertically.
9.  Investigations have not delineated the extent of TBA contamination in groundwater laterally.
10. Investigations have not delineated TBA contamination in groundwater vertically.
11. MTBE contamination in groundwater exists beyond the current monitoring network.
12. TBA contamination in groundwater exists beyond the current monitoring network.
13. Remediation performed to date has not effectively addressed on-site MTBE/TBA groundwater contamination.
14. Remediation performed to date has not effectively controlled the off-site migration of MTBE/TBA groundwater contamination.
15. Off-site groundwater contamination does exist.
16. Additional investigation is required.
17. Investigation of deeper groundwater zones is required.
18. Additional on-site remediation of groundwater is required.
19. Additional off-site remediation of groundwater may be required.
20. Releases threaten deeper groundwater within the South Coast Aquifer.
21. Releases pose a threat to water supply wells, and building occupants through vapor intrusion.

**Table 5.1: Groundwater Sample Results**

**Texaco #800**

| Sample Location | Sample Depth (ft bgs) | Sample Date | Sample Type | MTBE | TBA | Benzene | Toluene | Ethylbenzene | m,p-Xylene | o-Xylene | Total Xylenes | DIPE | ETBE | TAME | Gasoline Range Organics | Ethanol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \<Constituent> EPA Maximum Contaminant Levels | | | | --- | — | 5.0 | 1,000 | 700 | — | --- | 10,000 | — | — | — | — | — |
| Puerto Rico EQB Standards | | | | 12 | — | — | — | — | — | — | — | — | — | — | 50,000 | — |
| | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L |
| GP1 | 32 | 9/14/2013 | N | <1.00 | <10.0 | <1.00 | 0.319 J | <1.00 | — | — | <2.00 | <2.00 | <1.00 | <1.00 | <100 | — |
| GP1 | 39 | 9/16/2013 | N | <1.00 | <10.0 | <1.00 | 0.489 J | <1.00 | — | — | <2.00 | <2.00 | <1.00 | <1.00 | <100 | — |
| GP2 | 32 | 9/13/2013 | N | <1.00 | 179 | <1.00 | <1.00 | <1.00 | — | — | <2.00 | <2.00 | <1.00 | <1.00 | <100 | — |
| GP2 | 39 | 9/14/2013 | N | 4.11 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | <2.00 | <2.00 | <1.00 | <1.00 | <100 | — |
| GP3 | 32 | 9/12/2013 | N | 18.9 | 1,870 | 6.16 | 0.404 J | 13.2 | — | — | 2.92 | <2.00 | 0.239 J | <1.00 | 1,920 | — |
| GP3 | 39 | 9/13/2013 | N | 2.58 | <10.0 | <1.00 | <1.00 | <1.00 | — | — | <2.00 | <2.00 | <1.00 | <1.00 | 96.1 J | — |
| MW-101 | 19-34 | 10/27/2009 | N | 27.8 | — | 90.3 | <5.0 | 112 | 78.4 | <5.0 | — | — | — | — | 2,430 | <500 |
| MW-101 | 19-34 | 4/28/2011 | N | 649 | — | 1,130 | 8.82 | 882 | 456 | <5.0 | — | — | — | — | — | — |
| MW-103 | 19-34 | 6/28/2011 | N | 106 | — | 299 | <5.0 | 180 | — | — | 73.0 | — | — | — | — | — |
| MW-101 | 19-34 | 9/30/2011 | N | 32.0 | — | 69.0 | 1.00 | 56.0 | — | — | 29.0 | — | — | — | — | — |
| MW-101 | 19-34 | 12/6/2011 | N | 195 | — | 388 | 7.97 J | 201 | 107 | <5.0 | — | — | — | — | — | — |
| MW-101 | 19-34 | 3/9/2012 | N | 154 | — | 496 | <5.0 | 238 | 118 | <5.0 | — | — | — | — | — | — |
| MW-101 | 19-34 | 5/9/2012 | N | 452 | — | 812 | 6.65 | 369 | 143 | 0.54 J | — | — | — | — | — | — |
| MW-101 | 19-34 | 8/27/2013 | N | 192 | — | 620 | 6.39 | 395 | 113 | ND | — | — | — | — | 3.99 | — |
| MW-102 | 20-35 | 10/27/2009 | N | 1,440 | — | 1,120 | 2,060 | 415 | 1,210 | 262 | — | — | — | — | 30,500 | <500 |
| MW-102 | 20-35 | 10/27/2009 | FD | 3,410 | — | 3,020 | 5,620 | 1,110 | 3,360 | 668 | — | — | — | — | 30,800 | <25000 |
| MW-102 | 20-35 | 9/8/2010 | N | 14,500 | — | 8,200 | 2,760 | 3,100 | 5,930 | 494 | — | — | — | — | — | — |
| MW-102 | 20-35 | 4/29/2011 | N | 12,800 | — | 11,200 | 900 | 4,250 | 4,660 | 268 | — | — | — | — | — | — |
| MW-102 | 20-35 | 6/28/2011 | N | 7,220 | — | 1,500 | 1,220 | 532 | — | — | 1,166 | — | — | — | — | — |
| MW-102 | 20-35 | 9/30/2011 | N | 7,350 | — | 2,650 | 3,100 | 688 | — | — | 5,156 | — | — | — | — | — |
| MW-102 | 20-35 | 12/7/2011 | N | 11,200 | — | 4,090 | 4,640 | 1,430 | 4,520 | 682 | — | — | — | — | — | — |
| MW-102 | 20-35 | 3/9/2012 | N | 14,600 | — | 3,970 | 1,200 | 501 | 4,050 | 693 | — | — | — | — | — | — |
| MW-102 | 20-35 | 5/9/2012 | N | 9,530 | — | 6,440 | 4,050 | 1,900 | 6,770 | 943 | — | — | — | — | — | — |
| MW-102 | 20-35 | 8/27/2013 | N | 2,300 | — | 7,780 | 1,370 | 2,280 | 1,520 | ND | — | — | — | — | 25.4 | — |
| MW-103 | 20-35 | 10/27/2009 | N | 16,900 | — | 8,740 | 23,400 | 3,740 | 14,600 | 4,890 | — | — | — | — | 148,000 | <25000 |
| MW-103 | 20-35 | 9/8/2010 | N | 15,500 | — | 12,800 | 33,200 | 4,220 | 16,100 | 5,400 | — | — | — | — | — | — |
| MW-103 | 20-35 | 4/28/2011 | N | 12,900 | — | 11,300 | 29,700 | 4,320 | 16,800 | 5,860 | — | — | — | — | — | — |
| MW-103 | 20-35 | 6/28/2011 | N | 11,200 | — | 5,100 | 13,300 | 1,950 | — | — | 15,080 | — | — | — | — | — |
| MW-103 | 20-35 | 9/30/2011 | N | 7,570 | — | 6,520 | 13,700 | 1,980 | — | — | 14,310 | — | — | — | — | — |
| MW-103 | 20-35 | 12/7/2011 | N | 11,800 | — | 11,800 | 25,100 | 4,340 | 17,300 | 5,710 | — | — | — | — | — | — |
| MW-103 | 20-35 | 3/8/2012 | N | 9,600 | — | 9,520 | 32,900 | 4,080 | 15,300 | 5,750 | — | — | — | — | — | — |
| MW-103 | 20-35 | 5/9/2012 | N | 10,200 | — | 10,400 | 28,000 | 4,260 | 15,900 | 5,600 | — | — | — | — | — | — |
| MW-103 | 20-35 | 8/27/2013 | N | 10,000 | — | 10,500 | 37,000 | 3,810 | 15,100 | 5,220 | — | — | — | — | 108,000 | — |
| MW-104 | 20-35 | 10/27/2009 | N | 1,240 | — | 866 | <250 | 1,180 | 2,780 | <250 | — | — | — | — | 26,000 | <25000 |