Exhibit 4

Intentionally Omitted

Exhibit 5


**ERTEC**
ENVIRONMENTAL RESOURCE TECHNOLOGIES

**REMEDIAL INVESTIGATION
TEXACO SERVICE STATION 800
PONCE, PUERTO RICO
UST # 02-86-1825**

**PROJECT NUMBER: E-104386**

**PREPARED FOR:
CHEVRON PUERTO RICO LLC
EMC CARIBBEAN TEAM
BUILDING NO. 2, SUITE 400
TEXACO PLAZA-METRO OFFICE PARK
GUAYNABO, PUERTO RICO 00968**

**NOVEMBER 30, 2010**

**PREPARED BY:
ERTEC, PSC -- ENVIRONMENTAL CONSULTANS
(ERTEC)
P.O. BOX 195336
SAN JUAN, PUERTO RICO 00919-5336
TEL.: (787) 792-8902
FAX: (787) 783-5555
ertec@ertecpr.com**

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

CHEVMDL1358_PR-
00000080552

Executive Summary
Texaco 800 Service Station
Page 3 of 4

were selected from the 20-22 and 25-27 foot depth intervals from each of the four borings. Following is a summary of the analytical results for the soil samples:

- **Benzene** was detected in Sample **SB-202 (25-27)** at a concentration of 0.08 mg/kg.
- **Toluene** was detected in Sample **SB-203 (20-22)** at a concentration of 0.0128 mg/kg.
- **Ethylbenzene** was detected in five (5) samples at the following concentrations: **SB-201 (25-27)** at 0.209 mg/kg; **SB-202 (20-22)** at 0.020 mg/kg; **SB-202 (25-27)** at 2.09 mg/kg; **SB-203 (20-22)** at 0.0626 mg/kg; and **SB-203 (25-27)** at 11.9 mg/kg.
- **Total xylenes** were detected in three soil samples at the following concentrations: **SB-202 (25-27)** at 0.291 mg/kg; **SB-203 (20-22)** at 0.00996 mg/kg; and **SB-203 (25-27)** 14.3 mg/kg.
- **MTBE** was detected in Sample **SB-202 (25-27)** at a concentration of 0.11 mg/kg. The USEPA RSL for MTBE is 43 mg/kg.
- **TPH-GRO** was detected in all eight (8) soil samples at the following concentrations: **SB-201 (20-22)** at 9.64 mg/kg; **SB-201 (25-27)** at 42.7 mg/kg; **SB-202 (20-22)** at 3.31 mg/kg; **SB-202 (25-27)** at 84.3 mg/kg; **SB-203 (20-22)** at 40.6 mg/kg; **SB-203 (25-27)** at 467 mg/kg; **SB-204 (20-22)** at 17.7 mg/kg; and **SB-204 (25-27)** at 2.52 mg/kg.

Groundwater samples for analysis were collected from seven (7) wells (the four (4) new wells and three (3) existing wells). One duplicate was also collected for laboratory analysis. No free product was detected during sampling. The groundwater samples were analyzed for BTEX and MTBE. Following is a summary of the groundwater analytical results.

- **Benzene** was detected in all seven (7) samples at the following concentrations: **MW-102** at 8,200 ug/L; **MW-103** at 12,800 ug/L; **MW-104** at 798 ug/L; **MW-201** at 82.7 ug/L; **MW-202** at 501 ug/L and 91.5 ug/L in the duplicate sample; **MW-203** at 778 ug/L; and **MW-204** at 7.62 ug/L.
- **Toluene** was detected in four (4) samples at the following concentrations: **MW-102** at 2,760 ug/L; **MW-103** at 33,200 ug/L; **MW-104** at 27.2 ug/L; and **MW-202** at 155 ug/L.
- **Ethylbenzene** was detected in all seven (7) samples at the following concentrations: **MW-102** at 3,100 ug/L; **MW-103** at 4,220 ug/L; **MW-104** at 1,370 ug/L **MW-201** at 84.4 ug/L and 89.3 ug/L in the duplicate sample; **MW-202** at 531 ug/L; **MW-203** at 992 ug/L; and **MW-204** at 10.6 ug/L.
- **Total xylenes** were detected in five (5) samples at the following concentrations: **MW-102** at 6424 ug/L; **MW-103** at 21,500 ug/L; **MW-104** at 2724 ug/L; **MW-202** at 1009 ug/L; and **MW-203** at 826 ug/L.
- **MTBE** was detected in all seven (7) samples at the following concentrations: **MW-102** at 14,500 ug/L; **MW-103** at 15,500 ug/L; **MW-104** at 696 ug/L; **MW-201** at 11.8 ug/L and 14.4 ug/L in the duplicate sample; **MW-202** at 174 ug/L; **MW-203** at 333 ug/L; and **MW-204** at 9.31 ug/L.

E70284 E104386



CHEVMDL1358_PR-
00000080558




EXHIBIT NO. 10

# REMEDIAL INVESTIGATION
## TEXACO SERVICE STATION 800
## PONCE, PUERTO RICO
## UST # 02-86-1825

### PROJECT NUMBER: E-104386

**PREPARED FOR:**
CHEVRON PUERTO RICO LLC
EMC CARIBBEAN TEAM
BUILDING NO. 2, SUITE 400
TEXACO PLAZA-METRO OFFICE PARK
GUAYNABO, PUERTO RICO 00968

**NOVEMBER 30, 2010**

**PREPARED BY:**
ERTEC, PSC – ENVIRONMENTAL CONSULTANS
(ERTEC)
P.O. BOX 195336
SAN JUAN, PUERTO RICO 00919-5336
TEL.: (787) 792-8902
FAX: (787) 783-5555
ertec@ertecpr.com

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 · P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 · Fax (787) 783-5555

CHEVMDL1358_PR-00000080552

The groundwater flow diagram constructed from groundwater data collected during ERTEC's October 2009 Remedial Investigation shows that the direction of groundwater flow is toward the southeast. Based on the results of this Environmental Investigation, ERTEC concludes the following:

- Soil impacts are not a significant concern at the Site;
- Groundwater impacts are the focus of interest at the Site.
- The highest Benzene and MTBE concentrations in groundwater are found near the center of the Site, close to the USTs pit and line trench, at monitoring wells **MW-102** and **MW-103** where the detected concentrations of Benzene were 8,200 ug/L and 12,800 ug/L and the concentrations of MTBE were 14,500 ug/L and 15,500 ug/L, respectively.
- The detected concentrations of Benzene and MTBE decline rapidly in all directions from the center of the Site.
- The groundwater plume containing Benzene and MTBE appears to extend beyond the property boundary toward the north, west and east.

E70284 E104386


ERTEC



November 30, 2010

Ms. Yamira Rivera
Chevron Puerto Rico LLC
EMC Caribbean Team
Building No. 2, Suite 400
Texaco Plaza – Metro Office Park
Guaynabo, P.R. 00968

**RE: REMEDIAL INVESTIGATION**
**TEXACO SERVICE STATION 800**
**PONCE, PUERTO RICO**
**UST # 02-86-1825**
**PROJECT NUMBER: E-104386**

Dear Ms. Rivera:

Attached is the Final Remedial Investigation Report for the work conducted in August and September 2010 at the referenced site.

If you have any questions, please contact us at (787) 792-8902.

Cordially,

José C. Agrelot, MSCE, PE
Consulting Engineer

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

CHEVMDL1358_PR-
00000081601



November 30, 2010

Ms. Yamira Rivera
Chevron Puerto Rico LLC
EMC Caribbean Team
Building No. 2, Suite 400
Texaco Plaza -- Metro Office Park
Guaynabo, P.R. 00968

**RE: REMEDIAL INVESTIGATION**
**TEXACO SERVICE STATION 800**
**PONCE, PUERTO RICO**
**UST # 02-86-1825**
**PROJECT NUMBER: E-104386**

Dear Ms. Rivera:

ERTEC, PSC - Environmental Consultants (ERTEC) has completed a follow-up Remedial Investigation at the referenced Site. **Figure 1** is the Site Location Map showing sampling locations. The sampling results confirmed that hydrocarbon impacts (BTEX and MTBE) to groundwater are present beneath the Site. No significant concentrations of BTEX or MTBE were detected in the soil samples from the four new boreholes drilled at the Site. Benzene and MTBE concentrations in groundwater are focused near the center of the Site at Wells **MW-102** and **MW-103** where the detected concentrations of benzene were 8,200 ug/L and 12,800 ug/L and the concentrations of MTBE were 14,500 ug/L and 15,500 ug/L, respectively.

**Figure 2** presents a plot of the detected benzene concentrations in groundwater. The distribution of MTBE is very similar to that of Benzene. The groundwater depth was found at 20.95 to 22.62 feet measured from ground surface. <u>The groundwater flow direction is generally toward the southeast.</u>

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

CHEVMDL1358_PR-
00000081602

Based on groundwater analytical results, it appears that a plume of gasoline constituents has migrated radially toward west, north and east from the center of the Site, and possibly off site in those directions.

ERTEC recommends no additional site investigation. The Site Strategic Plan (SSP) should be revised to recommend the preparation of a Remedial Plan including the design of the remedial alternative. Chemical Oxidation by the in-situ application of Oxygen Release Compound and Regenox in the source area near the center of the Site at Wells MW-102 and MW-103, and at the four wells surrounding the source area (Wells MW-201, MW-104, MW-203 and MW-202) is the proposed remedial alternative. The locations of these wells are shown on **Figure 1**. Quarterly monitoring of existing wells at the Site for BTEX compounds and MTBE should be conducted to evaluate the progress of the remedial program

If you have any questions, please contact us at (787) 792-8902.

Cordially,

José C. Agrelot, MSCE, PE
Consulting Engineer

D70284 E104386



CHEVMDL1358_PR-
00000081603



**ERTEC**
ENVIRONMENTAL RESOURCE TECHNOLOGIES

# CORRECTIVE ACTION PLAN
# ENHANCED AEROBIC BIOREMEDIATION
# TEXACO SERVICE STATION 800
# PONCE, PUERTO RICO
# UST# 02-86-1825

**PROJECT NUMBER: E-114633**

**PREPARED FOR:**
**CHEVRON PUERTO RICO LLC**
**EMC CARIBBEAN TEAM**
**BUILDING NO. 2, SUITE 400, TEXACO PLAZA**
**METRO OFFICE PARK**
**GUAYNABO, PUERTO RICO 00968**

**NOVEMBER 28, 2011**

**PREPARED BY:**
**ERTEC, PSC-ENVIRONMENTAL CONSULTANTS**
**(ERTEC)**
**P.O. BOX 195336**
**SAN JUAN, PUERTO RICO 00919-5336**
**TEL.: (787) 792-8902**
**FAX: (787) 783-5555**
**ertec@ertecpr.com**

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

PR-MTBE_412958

## 4.0 CORRECTIVE ACTION IMPLEMENTATION

Based on the analytical groundwater and soil data, distribution of petroleum hydrocarbons in the subsoil and groundwater, and the hydro-geological characteristics of the groundwater below the Site, ERTEC recommends the application of in-situ chemical oxidation to treat the soil and groundwater and the use of a slow-release oxygen compound to stimulate aerobic biodegradation to treat the residual hydrocarbon within the delineated plume. These applications will be followed by groundwater monitoring events. More than one application may be necessary to meet clean-up goals. For the purpose of this CAP, the remedial goals to be achieved are those promulgated by the EQB or those established by the performance of RBCA. As of the date of this CAP, EQB has not adopted the implementation of the RBCA process.

After acceptable asymptotic levels are reached, bi-annual groundwater monitoring activities will continue for a period of one (1) year to monitor plume stability. Upon determination that the remaining petroleum hydrocarbons pose no significant health or environmental risk, a no further action (NFA) request will be submitted to the EQB.

### 4.1 Chemical Oxidation and ORC Technology Description

The chemical oxidation process uses a solid alkaline oxidant built around sodium per carbonate complex that is activated using a multi-part catalytic formula to maximize in-situ performance. The product is delivered in two parts that are combined and injected into the subsurface using common drilling techniques or direct push technology. Once in the subsurface, the combined product produces an effective oxidation reaction comparable to that of Fenton's Reagent yet without a violent exothermic hazard. As a result of this reaction, the applied compound can safely, effectively and rapidly destroy a wide range of contaminants in both soil and groundwater.





# REMEDIAL REPORT
## GROUNDWATER SAMPLING (DECEMBER 2011)
## TEXACO SERVICE STATION 800
## PONCE, PUERTO RICO
## UST #02-86-1825
## PROJECT NUMBER: E-114633

**PREPARED FOR:**
CHEVRON PUERTO RICO LLC
EMC CARIBBEAN TEAM
BUILDING NO. 2, SUITE 400, TEXACO PLAZA
METRO OFFICE PARK
GUAYNABO, PUERTO RICO 00968

**DECEMBER 21, 2011**

**PREPARED BY:**
ERTEC, PSC-ENVIRONMENTAL CONSULTANTS
(ERTEC)
P.O. BOX 195336
SAN JUAN, PUERTO RICO 00919-5336
TEL.: (787) 792-8902
FAX: (787) 783-5555
ertec@ertecpr.com

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

PR-MTBE_427694

Groundwater Event –December 2011
Texaco Service Station 800
December 21, 2011

- **Ethylbenzene** was detected in three (3) samples at concentrations ranging from 1,170 ug/L to 4,340 ug/L in monitoring well **MW-103**.
- **Total Xylenes** were detected in monitoring well **MW-103** at a concentration of 23,010 ug/L.
- <u>**MTBE** was detected in six (6) samples at concentrations ranging from 116 ug/L to 11,800 ug/L in monitoring well **MW-103**.</u>

**Table 3** presents a summary of the groundwater sample analytical results. **Appendix 10** contains the laboratory analytical report, certified by a Puerto Rico licensed chemist. **Table 4** compares the historical concentrations of BTEX and MTBE since September 2009.

## 8.0   CONCLUSIONS

Based on the results of this sampling event, ERTEC concludes the following:

<u>BTEX and MTBE concentrations currently exceed USEPA MCLs or EQB clean-up criteria (in parentheses) at the following monitoring wells. Also provided are the percent changes in detected concentrations from September 2011 to December 2011:</u>

- **Benzene (5 ug/L):**            **MW-101** at 388 ug/L         Up 462%
                                   **MW-102** at 4,090 ug/L       Up 54%
                                   **MW-103** at 11,800 ug/L      Up 81%
                                   **MW-104** at 180 ug/L         Down 76%
                                   **MW-202** at 1,070 ug/L       up 47%
                                   **MW-203** at 646 ug/L         Up 80%

- **Toluene (1,000 ug/L):**        **MW-102** at 4,640 ug/L       Up 49%
                                   **MW-103** at 25,100 ug/L      Up 83%

- **Ethylbenzene (700 ug/L):**     **MW-102** at 1,430 ug/L       Up 108%
                                   **MW-103** at 4,340 ug/L       Up 119%
                                   **MW-202** at 1,170 ug/L       Up 211%

D71363 E114633
Page 10 of 11



- **Total xylenes (10,000 ug/L):**  MW-103 at 23,010 ug/L    Up 61%

- ~~**MTBE (12 ug/L):**~~    ~~MW-101 at 195 ug/L~~    ~~Up 509%~~
  ~~MW-102 at 11,200 ug/L~~    ~~Up 52%~~
  ~~MW-103 at 11,800 ug/L~~    ~~Up 56%~~
  ~~MW-104 at 116 ug/L~~    ~~Down 89%~~
  ~~MW-202 at 611 ug/L~~    ~~Up 50%~~
  ~~MW-203 at 379ug/L~~    ~~Up 194%~~

The highest benzene and MTBE concentrations in groundwater were found near the center of the Site, close to the UST pit and line trenches, at monitoring wells **MW-102** and **MW-103**.

The detected concentrations of benzene and MTBE decrease rapidly in all directions from the center of the Site.




**ENVIRONMENTAL RESOURCE TECHNOLOGIES**

May 9, 2013

Mr. Rafael Romero
Mr. Carlos Maldonado
PC Puerto Rico LLC
Centro Internacional de Mercadeo
Suite 804
Guaynabo, Puerto Rico 00968

RE:   FORMER TEXACO SERVICE STATION 800
      PONCE, PUERTO RICO
      UST # 02-86-1825
      PROJECT NUMBER: E135145

Dear Mr. Romero:

Attached is the Corrective Action Plan for the referenced site.

If you have any questions, please contact us at (787) 792-8902.

Cordially,

José C. Agrelot, MSCE, PE
Consulting Engineer

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel. (787) 792-8902 • Fax (787) 783-5555

CHEVMDL1358-PR-00000122097



# CORRECTIVE ACTION PLAN
# FORMER TEXACO SS-800
# PONCE, PUERTO RICO
# UST # 02-86-1825

## PROJECT NUMBER: E135145

### PREPARED FOR:

PC PUERTO RICO LLC
CENTRO INTERNACIONAL DE MERCADEO
SUITE 804
GUAYNABO, PUERTO RICO 00968

MAY 9, 2013

### PREPARED BY:
ERTEC, PSC-ENVIRONMENTAL CONSULTANTS
(ERTEC)
P.O. BOX 195336
SAN JUAN, PUERTO RICO 00919-5336
TEL.: (787) 792-8902
FAX: (787) 783-5555
ertec@ertecpr.com

Amur St. A-5, Reparto Landrau, Río Piedras, P.R. 00921 • P.O. Box 195336, San Juan, P.R. 00919-5336
Tel: (787) 792-8902 • Fax (787) 783-5555

- In the meantime, ORC socks will be installed in the remaining impacted monitoring wells (**MW-101**, **MW-104**, **MW-202** and **MW-203**) where total BTEX and MTBE concentrations are less than 500 ug/L; and

- Two weeks after the last injection, sampling of all monitoring wells will be conducted for the compounds of concern. Based on previous experiences, Regenesis expect that between 60 to 90% reduction in dissolved hydrocarbons in groundwater will be achieved. For MCLs to be met, at least two additional injections of ORC advanced in a period of one year may be necessary together with ground water monitoring events.

For the purpose of this CAP, the remedial goals to be achieved are those promulgated by the PREQB. After levels acceptable to the PREQB are reached, bi-annual groundwater monitoring activities will continue for a period of one (1) year to monitor plume stability. Upon determination that the remaining petroleum hydrocarbons pose no significant health or environmental risk, a no further action (NFA) request will be submitted to PREQB.

## 4.2   High Vacuum Extraction (HVE)

The following is a description of the HVE technology to be applied in monitoring wells, if necessary, for the recovery of free product, if detected between injections. This technology is implemented using a vacuum truck with a suction capacity of 330 inches of water ($H_2O$) or 25 inches of mercury (Hg). The vacuum truck is attached to a stinger which is driven to the bottom depth of one or more existing monitoring well. Water, free product and vapors removed from the monitoring well are stored in the vacuum-truck tank. Hydrocarbon vapors accumulated inside the vacuum truck tank are treated with activated carbon for eventual discharge to the ambient air through a stack. **Figure 8** shows the process diagram to be followed. **Appendix 2** presents a detailed description of the HVE application, if necessary.

Exhibit 6

Intentionally Omitted