Exhibit 7

John A. Connor, P.E., PLG., BCEE

Page 237

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:  METHYL TERTIARY BUTYL          Master File
ETHER ("MTBE") PRODUCTS               No. 1:00-1898
LIABILITY LITIGATION                   MDL 1358
                                       (SAS): M21-88

This Document Relates to:

Commonwealth of Puerto Rico,
et al.
v.
Shell Oil Co., et al.
Case No. 07-CIV-10470 (SAS)
_____/


-- -- --
THURSDAY, JULY 3, 2014
-- -- --


        Videotape Deposition of JOHN A. CONNOR,
P.E., PLG., BCEE, Expert Witness, Volume II, held at
Glynn & Finley, LLP, One Walnut Creek Center,
100 Pringle Avenue, Suite 500, Walnut Creek,
California, beginning at 9:06 a.m., before Sandra
Bunch VanderPol, FAPR, RMR, CRR, CSR #3032

                -- -- --


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
Deps@golkow.com

569f6ca6-35ba-4fb7-b49c-509d28f8f269

John A. Connor, P.E., PLG., BCEE

Page 346

1      Q.     Yes.

2      A.     The wells that were associated with

3  the site for this matter were -- had been

4  predetermined by the parties, and we did not conduct

5  a well survey for the purpose of our evaluation

6  beyond the agreed wells.

7      Q.     Do you know --

8      A.     We are aware there are other wells,

9  but they are not subject to this matter.

10      Q.     In your report do you mention

11  anywhere that there's a drinking water well located

12  about a hundred feet south-southeast of the site?

13      A.     Are you referring to -- I'm trying to

14  remember the name of that well.  Just a moment.

15      Are you referring to the well designated as

16  San Antone North?

17      MR. MILLER:  Yes.

18      MR. CORRELL:  Is that a drinking water well?

19      THE WITNESS:  That well in the USGS database

20  is indicated to have been an irrigation well

21  installed in 1916 and is not present or in use at the

22  present time.

23  BY MR. MILLER:

24      Q.     Would MTBE from the site potentially

25  reach that well?

569f6ca6-35ba-4fb7-b49c-509d28f8f269

John A. Connor, P.E., PLG., BCEE

Page 347

1        A.      The delineation that we have

2    conducted shows that MTBE in excess of EQB guidelines

3    has not extended 500 feet from the site, and on

4    the -- to the southeast, or somewhere around that;

5    and to the southwest, less than 200 feet.

6            But in the intervening area, we can't

7    testify as to specific concentrations except that the

8    gradient suggests that they -- all of those

9    concentrations would also be well below the EQB

10   criterion of 12 because the concentration -- the

11   maximum concentrations to the periphery of the

12   facility are below that concentration or very close

13   to it.

14           The -- if that well existed, it would be

15   within the intervening distance between the property

16   and the downgradient wells designated as B-1 through

17   B-7, of which B-2, B-3, B-4 are downgradient;

18   therefore, the concentration at that location could

19   be a detectable concentration.  Although, we would

20   not expect it to exceed the EQB remediation standard

21   or criteria.

22   BY MR. MILLER:

23           Q.      Since it's within a hundred feet of

24   the station and generally downgradient of the

25   station, would you be surprised to see concentrations

569f6ca6-35ba-4fb7-b49c-509d28f8f269

John A. Connor, P.E., PLG., BCEE

Page 350

1          A.      They found the location that had been

2     indicated by Mr. Brown to be the location of

3     San Antone North well, and that was a manhole cover

4     called a waterline, called an aguaducto.  That was

5     not the San Antone North well.

6          They also visually inspected the surrounding

7     properties and were not able to find any indication

8     of the presence of that well or any continued use of

9     that well.

10         Q.      Did they go into private backyards?

11         A.      I don't believe so, no.

12         Q.      Isn't that the most likely place for

13    a private well?

14         A.      Not necessarily in this case, because

15    that well installed in 1916 was an irrigation well

16    for field crops.  And the later platting of that land

17    for residential and industrial development wouldn't

18    necessarily respect the layout of those field crops

19    and the location of that well.

20         So it's indeterminate whether that well

21    would be in a street, or plugged and abandoned, or

22    underneath a building.  We just -- we just don't

23    know.  It wouldn't -- I wouldn't think that it would

24    be related to one of the existing private residences.

25         Q.      Did your firm attempt to locate the

Golkow Technologies, Inc. - 1.877.370.DEPS

569f6ca6-35ba-4fb7-b49c-509d28f8f269

John A. Connor, P.E., PLG., BCEE

1   Costa Karibe Well?

2           K-a-r-i-b-e, Karibe.

3           A.      No, I don't believe so.  I believe

4   the investigations that were conducted in the field

5   were related to the wells that had been -- the water

6   supply -- water supply wells that were designated for

7   this matter.  Or they were understood to be so at the

8   time of our investigation, in our April 2014 report.

9           Q.      Did your firm investigate

10  Restaurada 8, a private well, used by a restaurant?

11          A.      No.

12          MR. CORRELL:  Assumes facts not in evidence.

13          THE WITNESS:  Yeah, I don't know the

14  characteristics of that well.  But the wells that we

15  did inspect are indicated on Figure 4 of our April

16  2014 report.  And in addition to the wells that are

17  on here, we also inspected a well called Belgica, but

18  with a "G."  B-e-l-g-i-c-a.

19          Q.      Do you have an understanding of where

20  the Costa Karibe well is located?

21          A.      I've seen other maps of wells in this

22  area.  But without looking back at those now, I

23  couldn't tell you where it's located.

24          Q.      Do you know if it's actively pumped?

25          A.      Without looking at the records, I

Golkow Technologies, Inc. - 1.877.370.DEPS

569f6ca6-35ba-4fb7-b49c-509d28f8f269



# EXPERT OPINION OF JOHN A. CONNOR, P.E., P.G., BCEE, AND ANTHONY D. DAUS, III, P.G., CONCERNING MTBE IN GROUNDWATER IN THE VICINITY OF THE FORMER TEXACO 800 SERVICE STATION IN PONCE, PUERTO RICO

Commonwealth of Puerto Rico et al. vs. Shell Oil Company et al.
U.S. District Court, Southern District of New York
Case No. 07-Civ-10470 (SAS)



Issued:  7 April 2014

Prepared for: King & Spalding LLP



**GSI Environmental Inc.**
2211 Norfolk, Suite 1000, Houston, Texas  77098-4054  tel. 713.522.6300





- the lateral extent of the groundwater plume is limited; and
- there is currently an on-site source mass with a consistent plume area diminishing in concentration with distance downgradient from the source.

***Groundwater Remediation:*** Mr. Brown has opined that remediation efforts have not been effective in addressing on-site MTBE/TBA affected groundwater and controlling off-site migration of MTBE/TBE groundwater impacts.  As discussed in Section 4.2 of this report, MTBE and TBA affected groundwater has been adequately delineated and shown to be confined to the near vicinity of the service station property and, therefore, significant off-site migration has not occurred.  Furthermore, as discussed in Section 4.1 of this report, <u>full-scale active remediation activities were commenced at the Site in the fall of 2013,</u> as approved by the EQB.   The effectiveness of the groundwater remedial activities is being monitored and reported to the responsible parties and to the EQB's counsel.

***Groundwater Modeling:*** Mr. Brown's report presents a modeling analysis that was performed using an analytical groundwater flow model (AquiferWin32 ver. 4.06).   While his stated purpose for this modeling effort was to estimate well capture zones in the shallow and regional aquifers in the vicinity of the Site, he also attempted to use the model to assess the ultimate fate transport of the gasoline constituents underlying the Site (Brown 2014; pp. 131-132 and Appendix E.5).   The modeling conducted by Mr. Brown is not a reliable predictor of the fate and transport of MTBE and TBA at the Site and the results should not be relied upon to predict potential impacts to any water supply wells in the vicinity of the Site.  The model employed by Mr. Brown is inappropriate for the stated purpose, is not representative of actual site conditions, and the modeling effort does not follow well-established modeling standards and guidelines.

ASTM International (formerly, the American Society for Testing and Materials), as well as several federal and state agencies, provide guidelines for application of a groundwater flow model to on a site-specific basis (for example, ASTM, 2004; Bear et al, 1992; CEPA, 1995; USEPA, 2008).  Following these standards and guidelines ensures that the model reflects the governing processes at the actual site that are pertinent to the modeling objectives.  However, Mr. Brown has failed to adequately follow several of the basic steps for model application during his modeling effort, each of which is sufficient to invalidate the model results given the objectives and site conditions.   The primary steps for model application, set forth by ASTM (ASTM International, 2004), include the following:

1. Define study objectives;
2. Develop a conceptual site model;
3. Select an appropriate computer code;
4. Construct the groundwater flow model;
5. Calibrate model and perform sensitivity analysis;
6. Make predictive simulations;
7. Document modeling study; and
8. Perform post-audit.

As noted by ASTM (ASTM International, 2004), "These steps are designed to ascertain and document an understanding of a system, the transition from conceptual model to mathematical

*Commonwealth of Puerto Rico et al. vs.*
*Shell Oil Company et al.*                                                                          38                                   *Expert Opinion of John A. Connor, P.E., P.G., BCEE*
*and Anthony D. Daus, III, P.G.*

GSI Job No. G-3583
Issued: 7 April 2014
Page 1 of 1



TABLE 5
**PLAINTIFF IDENTIFIED WATER SUPPLY WELLS IN THE VICINITY OF THE FORMER TEXACO 800 SERVICE STATION**
Expert Opinion of John A. Connor, P.E., P.G., BCEE and Anthony D. Daus, III, P.G.
Commonwealth of Puerto Rico et al. vs. Shell Oil Company et al.; Case No. 07-Civ-10470 (SAS)

| Well Name | Distance from Site[1] (ft) | Direction from Site | Construction Date | Well Depth (ft) | Borehole Depth (ft) | Well Status Active Based On Available Documentation | Existence/ Location Confirmed by Site Inspection |
|---|---|---|---|---|---|---|---|
| Atomica | 3,583 | WSW | NA | NA | NA | Yes (AAA, 2012) | Yes (Active) |
| Beljica[2] | 1,077 | S | NA | NA | NA | NA | No |
| Estancia | 2,724 | SE | 28 Mar 1928 | 149.2 | 150 | No (ERTEC, 2014b) | Not Inspected by GSI |
| Febles 1 | 3,060 | WSW | NA | NA | NA | Yes (AAA, 2012) | Yes (Active) |
| Isabella BTR | 2,719 | SE | Jan 1917 | NA | NA | No (ERTEC, 2014b) | Not Inspected by GSI |
| Ismael Maldonado | 1,281 | SW | NA | NA | NA | NA | Yes (Inactive) |
| Luciano 1 | 2,597 | WSW | 1 Jan 1958 | 90 | 90 | NA | No |
| NCHA 1 | 2,845 | S | 1962 | 130 | 130 | NA | Not Inspected by GSI |
| San Anton North | 210 | SE | 19 Sep 1916 | 61 | 85 | NA | No |

**Notes:**
1. Approximate distance from Site UST area.
2. Distance to the Beljica well is based on Mr. Brown's alleged location, which was not confirmed during GSI's site inspection.
3. References:
   - AAA, 2012. Inventario de Facilidades, Agua Potable, Autoridad de Acueductos y Alcantarillados. 14 May 2012.
   - ERTEC, 2014b. Summary of Texaco 800 Site Remediation and Well Receptor Survey, listed sources: USGS National Water Information System, maps.waterdata.usgs.gov and DNRE Wells Database of 2000.
   - NWQMC, 2014. Water Quality Data, National Water Quality Monitoring Council. http://www.waterqualitydata.us/portal.jsp, accessed 13 March 2014.
   - USGS, 2014. National Water Information System: Web Interface. http://waterdata.usgs.gov/nwis; accessed 27 February 2014.
4. NA = Information not available in documents reviewed.

GSI Job No. G-3565
Issued: 7 April 2014
Page 3 of 11



**TABLE C.2**
**SUMMARY OF GROUNDWATER SAMPLING RESULTS**
**AT THE FORMER TEXACO 600 SERVICE STATION: PRE-REMEDIATION IMPLEMENTATION**
Expert Opinion of John A. Connor, P.E., P.G., BCEE and Anthony O. Daus, III, P.G.
Commonwealth of Puerto Rico et al. vs. Shell Oil Company et al.; Case No. 07-Cv-10470 (SAS)

| Sample ID | | | | | ON-SITE MONITORING WELLS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | MW-10S | | | | |
| Sample Date | 27-Oct-08 | 8-Sep-10 | 28-Apr-11 | 28-Jun-11 | 30-Sep-11 | 7-Dec-11 | 8-Mar-12 | 8-May-12 | 27-Aug-13 |
| Sample Depth (feet) | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **BTEX, MTBE, and TBA (µg/L)** | | | | | | | | | |
| Benzene | 8,740 | 12,800 | 11,300 | 5,100 | 6,520 | 11,800 | 9,520 | 10,400 | 10,500 |
| Toluene | 23,400 | 30,200 | 29,700 | 13,300 | 13,700 | 25,100 | 32,800 | 28,000 | 37,000 |
| Ethylbenzene | 3,740 | 4,220 | 4,320 | 1,950 | 1,980 | 4,540 | 4,060 | 4,290 | 3,810 |
| m,p-Xylene | 14,600 | 15,100 | 15,600 | 10,500 | 10,300 | 17,300 | 15,300 | 15,800 | 15,100 |
| o-Xylene | 4,890 | 5,400 | 5,500 | 4,580 | 4,010 | 5,710 | 5,750 | 5,500 | 5,220 |
| Total Xylenes | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MTBE | 30,800 | 35,600 | 32,900 | 11,200 | 7,676 | 11,800 | 9,600 | 10,200 | 10,600 |
| TBA | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Total Petroleum Hydrocarbons (µg/L)** | | | | | | | | | |
| TPH as DRO | 3920 | -- | -- | -- | -- | -- | -- | -- | -- |
| TPH as GRO | 143,000 | -- | -- | -- | -- | -- | -- | -- | 108,000 |
| TPH as ORO | <500 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Volatile Organic Compounds (µg/L)** | | | | | | | | | |
| 1,1,1,2-Tetrachloroethane | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1,1-Trichloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1,2,2-Tetrachloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1,2-Trichloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1,2-Trichlorotrifluoroethane | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1-Dichloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,1-Dichloroethene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2,3-Trichlorobenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2,4-Trichlorobenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2,4-Trimethylbenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2-Dibromo-3-Chloropropane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2-Dibromoethane (EDB) | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2-Dichlorobenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2-Dichloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,2-Dichloropropane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,3,5-Trimethylbenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,3-Dichlorobenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1,4-Dichlorobenzene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 2-Butanone (MEK) | <500 | -- | -- | -- | -- | -- | -- | -- | -- |
| 2-Chlorotoluene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 2-Hexanone | <500 | -- | -- | -- | -- | -- | -- | -- | -- |
| 2-Methyl-2-pentanone (MIBK) | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 4-Chlorotoluene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 4-Methyl-2-pentanone (MIBK) | <500 | -- | -- | -- | -- | -- | -- | -- | -- |
| Acetone | 1900 | -- | -- | -- | -- | -- | -- | -- | -- |
| Bromodichloromethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Bromoform | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Bromomethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Carbon disulfide | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Carbon tetrachloride | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorobenzene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Chloroethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Chloroform | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Chloromethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| cis-1,2-Dichloroethene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| cis-1,3-Dichloropropene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Dibromochloromethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Dichlorodifluoromethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Diisopropyl ether | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Ethanol | <25,000 | -- | -- | -- | -- | -- | -- | -- | -- |
| Ethyl-tert-butyl ether | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hexachloro-1,3-butadiene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Isopropylbenzene | 254 | -- | -- | -- | -- | -- | -- | -- | -- |
| Methyl acetate | <500 | -- | -- | -- | -- | -- | -- | -- | -- |
| Methylene chloride | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Naphthalene | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Styrene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| tert-Amyl methyl ether | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Tetrachloroethene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| trans-1,2-Dichloroethene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| trans-1,3-Dichloropropene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Trichloroethene | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Trichlorofluoromethane | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| Vinyl chloride | <250 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Metals (µg/L)** | | | | | | | | | |
| Arsenic | <10 | -- | -- | -- | -- | -- | -- | -- | -- |
| Barium | 730 | -- | -- | -- | -- | -- | -- | -- | -- |
| Cadmium | <5 | -- | -- | -- | -- | -- | -- | -- | -- |
| Chromium | 64.2 | -- | -- | -- | -- | -- | -- | -- | -- |
| Iron | -- | -- | 97,700 | -- | -- | -- | 174,000 | -- | -- |
| Iron, dissolved | -- | -- | <100 | -- | -- | -- | 504 | -- | -- |
| Lead | 46.2 | -- | -- | -- | -- | -- | -- | -- | -- |
| Manganese | -- | -- | 3,640 | -- | -- | -- | 5,070 | -- | -- |
| Manganese, dissolved | -- | -- | 2,960 | -- | -- | -- | 2,590 | -- | -- |
| Mercury | <0.2 | -- | -- | -- | -- | -- | -- | -- | -- |
| Selenium | <35 | -- | -- | -- | -- | -- | -- | -- | -- |
| Silver | <10 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Inorganic Compounds (µg/L)** | | | | | | | | | |
| Alkalinity, Total | -- | -- | 260,000 | -- | -- | -- | 522,000 | -- | -- |
| Chemical Oxygen Demand | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Nitrate-Nitrite (as N) | -- | -- | <50 | -- | -- | -- | <50 | -- | -- |
| Nitrogen, Nitrate | -- | -- | <50 | -- | -- | -- | <50 | -- | -- |
| Nitrogen, Nitrite | -- | -- | <50 | -- | -- | -- | <50 | -- | -- |
| Sulfate | -- | -- | 8,900 | -- | -- | -- | <1,000 | -- | -- |

**Notes:**
1. Sample locations are shown on Figure C.3.
2. This dataset excludes samples collected from on-site monitoring wells after August 2013 due to on-going site remediation. Post-remediation implementation results represented on Table C.3.
3. -- = Not analyzed. * = Duplicate sample.
4. MTBE = methyl tert-butyl ether, NA = Not applicable; ND = Not detected and no detection limit reported; TBA = tert-butyl alcohol.
5. Sources of groundwater sampling results are presented on Table 4 of this expert report.

GSI Job No. G-3583
Issued: 7 April 2014
Page 1 of 1



TABLE C.3
SUMMARY OF GROUNDWATER SAMPLING RESULTS
AT THE FORMER TEXACO 800 SERVICE STATION: POST-REMEDIATION IMPLEMENTATION
Expert Opinion of John A. Connor, P.E., P.G., BCEE and Anthony D. Daus, III, P.G.
Commonwealth of Puerto Rico et al. vs. Shell Oil Company et al.; Case No. 07-Civ-10470 (SAS)

| Well ID | Sample Date | Benzene µg/L | Toluene µg/L | Ethylbenzene µg/L | m,p-Xylene µg/L | o-Xylenes µg/L | Total Xylenes µg/L | MTBE µg/L | TPH as DRO µg/L | TPH as GRO µg/L | COD µg/L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-101 | 6-Nov-13 | 634 | <25 | 533 | 429 | <25 | -- | 408 | 2,030 | 7,700 | 196,000 |
| | 4-Dec-13 | 351 | <5 | 536 | 370 | <5 | -- | 180 | 2,130 | 5,810 | -- |
| | 14-Jan-14 | 1,220 | <100 | 2,250 | 1,820 | <100 | -- | 699 | 3,730 | 18,900 | 151,000 |
| | 25-Feb-14 | 484 | ND | 874 | -- | -- | 433 | 377 | 2,680 | 7,870 | -- |
| MW-102 | 1-Oct-13 | 1,310 | 466 | 397 | -- | -- | 484 | 1,750 | 2,130 | 8,380 | 266,000 |
| | 4-Oct-13 | 3,420 | 15,500 | 2,180 | -- | -- | 9,320 | 2,520 | 3,240 | 79,100 | -- |
| | 6-Nov-13 | 6,830 | 8,480 | 2,820 | 7,530 | 1,730 | -- | 8,140 | 5,670 | 73,700 | 222,000 |
| | 4-Dec-13 | 9,060 | 16,800 | 4,470 | 13,800 | 2,790 | -- | 8,490 | 5,670 | 91,400 | -- |
| | 14-Jan-14 | 5,140 | 2,910 | 2,880 | 8,380 | 1,370 | -- | 5,550 | 6,170 | 46,200 | 251,000 |
| | 25-Feb-14 | 977 | 1,430 | 1,750 | -- | -- | 6,314 | 1,080 | 5,730 | 33,100 | -- |
| MW-103 | 6-Nov-13 | 7,430 | 22,400 | 3,790 | 14,100 | 5,100 | -- | 6,360 | 4,960 | 124,000 | 234,000 |
| | 4-Dec-13 | 6,090 | 13,100 | 3,160 | 13,400 | 3,940 | -- | 6,040 | 4,770 | 71,400 | 225,000 |
| | 14-Jan-14 | 8,720 | 26,600 | 4,030 | 16,100 | 5,620 | -- | 6,790 | 3,740 | 116,000 | 191,000 |
| | 25-Feb-14 | 5,980 | 13,800 | 2,980 | -- | -- | 15,930 | 5,450 | 2,660 | 105,000 | -- |
| MW-104 | 6-Nov-13 | 336 | <50 | 1,210 | 3,140 | 290 | -- | 210 | 1,200 | 18,700 | 413,000 |
| | 4-Dec-13 | 546 | 29 | 1,140 | 5,250 | 429 | -- | 613 | 1,965* | 19,300 | 149,000 |
| | 14-Jan-14 | 926 | <100 | 1,410 | 7,040 | 545 | -- | 1,510 | 1,765* | 25,900 | 614,000 |
| | 25-Feb-14 | 1,050 | ND | 1,540 | -- | -- | 8,683 | 1,520 | 2,580 | 27,800 | -- |
| MW-201 | 6-Nov-13 | <5 | <5 | <5 | <5 | <5 | -- | <5 | <500 | 59.7 | 37,500 |
| | 4-Dec-13 | <5 | <5 | <5 | <5 | <5 | -- | <5 | <500 | 60.3 | 36,600 |
| | 14-Jan-14 | <5 | <5 | <5 | <5 | <5 | -- | <5 | <500 | 102 | 19,800 |
| | 25-Feb-14 | ND | ND | ND | -- | -- | ND | ND | ND | 93.6 | -- |
| MW-202 | 6-Nov-13 | 333 | 17.4 | 87.1 | 46 | 8.21 | -- | 98 | 871 | 2,200 | 82,900 |
| | 4-Dec-13 | 386 | 72.2 | 129 | 197 | 35.5 | -- | 196 | 936 | 2,290 | -- |
| | 14-Jan-14 | 530 | 49.9 | 120 | 123 | <25 | -- | 134 | 741 | 2,790 | 67,100 |
| | 25-Feb-14 | 646 | ND | 75.6 | -- | -- | 49.9 | 102 | 1,110 | 3,310 | -- |
| MW-203 | 6-Nov-13 | 134 | <5 | 182 | 84.2 | <5 | -- | 69.9 | 1,320 | 3,800 | 117,000 |
| | 4-Dec-13 | 175 | <5 | 228 | 110 | <5 | -- | 95.2 | 851 | 3,710 | 105,000 |
| | 14-Jan-14 | 128 | <5 | 196 | 76.7 | <5 | -- | 87.7 | 1,040 | 2,580 | 94,700 |
| | 25-Feb-14 | 82.4 | ND | 142 | 35.7 | -- | -- | 78.3 | 1,270 | 2,520 | -- |
| MW-204 | 8-Nov-13 | 7.53 | <5 | <5 | <5 | <5 | -- | 13.6 | <500 | 598 | 57,200 |
| | 4-Dec-13 | <5 | <5 | <5 | <5 | <5 | -- | 12.9 | <500 | 218 | 44,400 |
| | 14-Jan-14 | <5 | <5 | <5 | <5 | <5 | -- | 15.1 | <500 | 256 | 33,600 |
| | 25-Feb-14 | ND | ND | ND | -- | -- | ND | 14.8 | ND | 204 | -- |

Notes:

1. Sample locations are shown on Figure C 2.

2. Remediation refers to the injection of RegenOx-PetroCleanze at the site, which was implemented in September 2013.

3. * = Result represents the average of two results reported by the laboratory.

4. COD = Chemical oxygen demand.
   DRO = Diesel range organics.
   GRO = Gasoline range organics.
   ND = Not detected and no detection limit reported.
   MTBE = Methyl tert-butyl ether.
   ORO = Oil range organics.
   TPH = Total petroleum hydrocarbons.

5. Sources of groundwater sampling results are presented on Table 4 of this expert report.

Exhibit 8

| Well Name | MTBE Sampling | | From 1092 list/USGS/BROWN_0000001 | | DNFR | DOH "Augdann..." | Well Status | |
|---|---|---|---|---|---|---|---|---|
| | Highest MTBE Well Detection | 2013 Sampling MTBE PHW Detection (ug/L) | Site Use | Well Type | DNFR Well Type (PR MTBE-DNFR_0000003) | (as of 2007) (PR-MTBE_ESI_00383 57) | Well Status | Well Status Source |
| COCO WELL, PONCE, PR | | | Withdrawal | Domestic (no USGS, all secondary subsurface site visit) | | | Emergency (no interest) | USGS Site Visit |
| SANTA MARIA WELL, PONCE, | NO by 2006 | | Withdrawal | Public Supply | | Destruction | In service, Permanent | PR-MTBE_ESI_00385 51; PR-MTBE_ESI_00387 57; Site Visit |
| CVS Well | ND (12/13) | ND (12/13) | Not Listed | Commercial (yes CRI) | | | A (emergency) no | Brown |
| Hacienda Goumenez Well | NU (12/13) | N D (17/13) | Destroyed | Unused | Commercial | | Unused | USGS |
| Sprague Well | | | Withdrawal | Industrial | | | In Service | USGS |
| Belpre | ND | | Unused | Unused | | Index | Unused | USGS; PR-MTBE_ESI_00385A L19-MTBE_ESI_30387 57 |
| PONCE 1 WELL, PONCE, PR | ND | ND (12/13) | Withdrawal | Public Supply | | Destruction | In service, Permanent | PR-MTBE_ESI_00385 51; PR-MTBE_ESI_00387 57 |
| NONA 1 WELL, PONCE, PR | | | Withdrawal | Domestic | | | Unused | Site Visit |
| Brown Well | ND (12/13) | ND (12/13) | Not Listed | Public Supply (no Brown) | | | Hopefully did not close or relocate at a supply well on this property | Site Visit |
| Estancia Well | | | Withdrawal | Irrigation | | | In Service | USGS |
| Isabela BTR Well | | | Withdrawal | Irrigation | | | In Service | USGS |
| Jossart Maldonado | | | Not Listed | Public (per Brown) | | active | Abandoned-Unknown as of 2005 | 00042581_ESI_00385 51; PR-MTBE_ESI_00387575 Brown |
| Locorio 2 Well | | | Withdrawal | Industrial | | | In Service | USGS |
| Jim Arenas Beach Well | | | Withdrawal | Irrigation | | | In Service | USGS |

SUN_PUERTO_ZEE6_019189



**LEGEND**

January 2014 temporary groundwater sampling location

Property boundary

**Attorney-Client Privileged**

**Notes**

1. MTBE: methyl tert-butyl ether; TBA: tert-butyl alcohol
2. J: Result is less than the RL but greater than or equal to the MDL and the concentration is an approximate value.
3. Background: USGS/Homeland Security - CityOrtho High Resolution Imagery - Islands of Puerto Rico, United States; Acquired: October 2009 - January 2010, Resolution: 0.3 meters

Projection: Geographic
Datum: WGS84
Units: Decimal Degrees

Feet
0   60   120

**GSI**
ENVIRONMENTAL

**SUPPLEMENTAL GROUNDWATER SAMPLING LOCATIONS AND SUMMARY OF MTBE & TBA RESULTS**
Supplemental Groundwater Investigation
Former Texaco 800 Service Station
Ponce, Puerto Rico

| | | |
|---|---|---|
| GSI Job No. | G-3970 | Drawn By: CDM |
| Project: | 11-Feb-14 | Check By: MWR |
| Map ID: | 001_03 | Apprv'd By: MWR |

**FIGURE 3**

*Former Texaco 800 Service Station*

*Avenue Cuatro Calles*

*Avenida Las Americas*

*Calle Fortuna*

*Calle San Francisco*

*Calle Igualdad*

*Calle Napoles*

*Calle Eureka*

*Calle Conquista*

*Calle Caloxo*

**B-7**

| Sample Depth | Conc. (µg/L) |
|---|---|
| | 44-45' |
| MTBE | 4.3 |
| TBA | <10 |

**B-6**

| Sample Depth | Conc. (µg/L) |
|---|---|
| | 32-33' |
| MTBE | 0.16 J |
| TBA | <10 |

**B-8**

| Sample Depth | Conc. (µg/L) | | |
|---|---|---|---|
| | 26-27' | 38-40' | 45-47' |
| MTBE | <0.12 | <0.12 | <0.12 |
| TBA | <10 | <10 | <10 |

**B-4**

| Sample Depth | Conc. (µg/L) | |
|---|---|---|
| | 20.5-21.5' | 30-34' |
| MTBE | <0.12 | <0.12 |
| TBA | <10 | <10 |

**B-3**

| Sample Depth | Conc. (µg/L) | | |
|---|---|---|---|
| | 28-30' | 36-38' | 51-52' |
| MTBE | <0.12 | <0.12 | <0.12 |
| TBA | <10 | <10 | <10 |

**B-1**

| Sample Depth | Conc. (µg/L) | | |
|---|---|---|---|
| | 25-26.5' | 32.5-34.5' | 48-49' |
| MTBE | <0.12 | 2.4 | 2.1 |
| TBA | <10 | <10 | <10 |

**B-2**

| Sample Depth | Conc. (µg/L) | | |
|---|---|---|---|
| | 34-36' | 41.5-43' | 53-56' |
| MTBE | <0.12 | <0.12 | <0.12 |
| TBA | <10 | <10 | <10 |

SUN_PUERTO_ZEEB_001236

Exhibit 9

Intentionally Omitted

Exhibit 10



245 Fischer Avenue, Suite D-2
Costa Mesa, CA 92626
Tel. +1.714.770.8040
Web: www.aquilogic.com

# MEMORANDUM

To:    Mr. Scott E. Kauff, Law Offices of John K. Dema, P.C.

From:  Mr. Anthony Brown

Date:  May 19, 2014

Project: PR MTBE Litigation (Project # 007-02)

**Re:**    **Addendum to Revised Expert Report**

      ID # 86-1825 Texaco Service Station #800, Ponce, Puerto Rico

---

## INTRODUCTION

This memorandum has been prepared to address the following data which were disclosed after December 20, 2013:

- Remedial Action Progress Report Data (Native Data).  (2014), 800 Service Station Ponce, Puerto Rico. February 26. CHEVMDL 1358-PR-00000123695 to CHEVMDL 1358-PR-00000123717.
- ERTEC. (2013). Remedial Action Implementation Progress Report –Former Texaco 800, Constancia, Ponce.  September 27.  CHEVMDL 1358-PR-00000123349 to CHEVMDL 1358-PR-00000123359
- ERTEC. (2014). Implementation of Remedial Action 2rd Progress Report – Period Covered: October 2013. Puma Service Station (Former Texaco 800 Service Station), Ponce Puerto Rico. January 9. CHEVMDL 1358-PR-00000123360 to CHEVMDL 1358-PR-00000123375
- ERTEC. (2014). Implementation of Remedial Action 3rd Progress Report – Period Covered: November to December 2013. Puma Service Station (Former Texaco 800 Service Station), Ponce Puerto Rico., January 9. CHEVMDL 1358-PR-00000123597 to CHEVMDL 1358-PR-00000123654
- GSI Environmental, Inc. (2014). Supplemental Groundwater Investigation. Former Texaco 800 Service Station. February 11. SUN_PUERTO_ZEEB_001129 to SUN_PUERTO_ZEEB_001344

## 5.0    Texaco #800

**p. 109, paragraphs 4 and 5**

In April 2011, Oxygen Releasing Compound (ORC) filter socks were installed in seven on-site monitoring wells (MW-102, MW-103, MW-104, MW-201, MW-202, and MW-203).  No site reports indicate exactly when an ORC sock was installed in MW-204; however, in December 2011 (PR-MTBE_427700), it was reported that an ORC sock was in MW-204.  According to a document provided after the discovery cut-off date (CHEVMDL1358-PR-00000123702 and



ug/L (May 8, 2012). <u>MTBE contamination in groundwater has not been delineated laterally from the Site to the northwest, southwest, and south.</u>

MTBE was detected in a depth-discrete groundwater sample collected from off-site, downgradient sampling location GP-3 at a concentration of 18.9 ug/L (32 feet bgs).  This concentration slightly exceeds the PRACL of 12 ug/L.  MTBE was detected in a deeper groundwater sample collected at the same location at 2.58 ug/L (39 feet bgs). <u>In January 2014, a Supplemental Groundwater Investigation was conducted for this site (GSI, 2014). MTBE was not detected in groundwater samples collected to the southeast of GP-3. However, MTBE was detected in depth discrete groundwater samples collected from locations B-1, B-6, and B-7 to the south southwest and southwest of the Site. The maximum MTBE concentration detected during this investigation was in the 44 to 45 foot sample from groundwater sampling location B-7 (4.3 ug/L). This boring was approximately 250 feet down-gradient from MW-202 to the southwest of the Site. No deeper groundwater samples were collected from this boring. Although B-6 appears to be further down-gradient of B-7 to the southwest, the groundwater sample from B-6 was collected from a depth of 32 to 33 feet bgs; therefore, this sampling location does not delineate groundwater contamination detected in B-7 at 44 to 45 feet bgs.</u> MTBE contamination is not delineated to the southwest of the Site.

### 5.4.4.3 Extent- TBA

**p. 124 to 125 paragraphs 2 and 3.**

In September 2013, TBA was detected at concentrations of 179 ug/L (32 feet bgs) and 1,870 ug/L (32 feet bgs) in depth-discrete groundwater samples collected from off-site, down-gradient sampling locations GP-2 and GP-3, respectively. To date, no PRACL has been established for TBA. TBA concentrations were not detected in deeper groundwater samples collected at these locations (39 feet bgs). In January 2014, TBA was not detected in groundwater samples collected further to the southeast of GP-3 and southwest of GP-2 (GSI, 2014).

<u>TBA contamination in groundwater has not been delineated laterally from the Site to the northwest, north, and northeast .</u>

### 5.5      Remediation

**p. 125 paragraphs 5 to 13. Delete paragraphs 1 and 4.**

A second revised CAP was prepared in August 2012 to address groundwater contamination within the delineated plume area (CHEVMDL1358-PR-00000121846-00000122046).  This revised CAP proposed conducting HVE events at groundwater monitoring wells MW-102 and MW-103 followed by the injection of ISCO (RegenOx) and ORC (ORC-Advance) compounds.   The second

**Table 5.1: Groundwater Sample Results**
Texaco #800

| Constituent | | | | MTBE | TBA | Benzene | Toluene | Ethylbenzene | m,p-Xylene | o-Xylene | Total Xylenes | DIPE | ETBE | TAME | Gasoline Range Organics | Ethanol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPA Maximum Contaminant Levels | | | | --- | --- | 5.0 | 1,000 | 700 | --- | --- | 10,000 | --- | --- | --- | --- | --- |
| Puerto Rico EQB Standards | | | | 12 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 50,000 | --- |
| Sample Location | Sample Depth (ft bgs) | Sample Date | Sample Type | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L |
| B-1 | 25 | 1/15/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-1 | 32.5 | 1/15/2014 | N | 2.40 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-1 | 48 | 1/15/2014 | N | 2.10 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-2 | 34 | 1/16/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-2 | 41.5 | 1/16/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-2 | 53 | 1/16/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-2 | 53 | 1/16/2014 | FD | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-3 | 28 | 1/20/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-3 | 36 | 1/20/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-3 | 51 | 1/20/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-4 | 20.5 | 1/17/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-4 | 30 | 1/17/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-5 | 26 | 1/21/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-5 | 38 | 1/21/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-5 | 45 | 1/21/2014 | N | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-5 | 45 | 1/21/2014 | FD | < 1 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-6 | 31 | 1/23/2014 | N | 0.16 J | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B-7 | 44 | 1/20/2014 | N | 4.30 | < 20 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GP1 | 32 | 9/14/2013 | N | < 1.00 | < 10.0 | < 1.00 | 0.319 J | < 1.00 | --- | --- | < 2.00 | < 2.00 | < 1.00 | < 1.00 | < 100 | --- |
| GP1 | 39 | 9/16/2013 | N | < 1.00 | < 10.0 | < 1.00 | 0.489 J | < 1.00 | --- | --- | < 2.00 | < 2.00 | < 1.00 | < 1.00 | < 100 | --- |
| GP2 | 32 | 9/13/2013 | N | < 1.00 | 179 | < 1.00 | < 1.00 | < 1.00 | --- | --- | < 2.00 | < 2.00 | < 1.00 | < 1.00 | < 100 | --- |
| GP2 | 39 | 9/14/2013 | N | 4.11 | < 10.0 | < 1.00 | < 1.00 | < 1.00 | --- | --- | < 2.00 | < 2.00 | < 1.00 | < 1.00 | < 100 | --- |
| GP3 | 32 | 9/12/2013 | N | 18.9 | 1,870 | 6.16 | 0.404 J | 13.2 | --- | --- | 2.92 | < 2.00 | 0.239 J | < 1.00 | 1,920 | --- |
| GP3 | 39 | 9/13/2013 | N | 2.58 | < 10.0 | < 1.00 | < 1.00 | 0.530 J | --- | --- | < 2.00 | < 2.00 | < 1.00 | < 1.00 | 96.1 J | --- |
| MW-101 | | 10/27/2009 | N | 27.8 | --- | 90.3 | < 5 | 132 | 78.4 | < 5 | --- | --- | --- | --- | 2,430 | < 500 |
| MW-101 | | 4/28/2011 | N | 649 | --- | 1,130 | 8.82 | 892 | 456 | < 5 | --- | --- | --- | --- | --- | --- |
| MW-101 | | 6/28/2011 | N | 106 | --- | 299 | < 5.0 | 180 | --- | --- | 73.0 | --- | --- | --- | --- | --- |
| MW-101 | | 9/30/2011 | N | 31.6 | --- | 69.0 | 0.96 J | 56.0 | --- | --- | 29.2 | --- | --- | --- | --- | --- |
| MW-101 | | 12/6/2011 | N | 195 | --- | 388 | 2.97 J | 201 | 107 | < 5 | --- | --- | --- | --- | --- | --- |
| MW-101 | | 3/9/2012 | N | 154 | --- | 496 | < 5 | 238 | 114 | < 5 | --- | --- | --- | --- | --- | --- |
| MW-101 | | 5/9/2012 | N | 452 | --- | 812 | 6.65 | 369 | 143 | 0.54 J | --- | --- | --- | --- | --- | --- |
| MW-101 | | 8/27/2013 | N | 192 | --- | 620 | 6.39 | 395 | 113 | ND | --- | --- | --- | --- | 3.99 | --- |
| MW-101 | | 11/6/2013 | N | 408 | --- | 634 | < 25.0 | 533 | 429 | < 25.0 | --- | --- | --- | --- | 7,700 | --- |

**Table 5.1: Groundwater Sample Results**

**Texaco #800**

| Sample Location | Sample Depth (ft bgs) | Sample Date | Sample Type | MTBE | TBA | Benzene | Toluene | Ethylbenzene | m,p-Xylene | o-Xylene | Total Xylenes | DIPE | ETBE | TAME | Gasoline Range Organics | Ethanol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPA Maximum Contaminant Levels | | | | --- | --- | 5.0 | 1,000 | 700 | --- | --- | 10,000 | --- | --- | --- | --- | --- |
| Puerto Rico EQB Standards | | | | 12 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 50,000 | --- |
| | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L |
| MW-101 | | 12/4/2013 | N | 180 | --- | 351 | < 5.00 | 536 | 370 | < 100 | --- | --- | --- | --- | 5,810 | --- |
| MW-101 | | 1/14/2014 | N | 699 | --- | 1,220 | < 100 | 2,250 | 1,620 | < 100 | --- | --- | --- | --- | 18,900 | --- |
| MW-101 | | 2/25/2014 | N | 377 | --- | 484 | ND | 874 | --- | --- | 433 | --- | --- | --- | 7,870 | --- |
| MW-102 | | 10/27/2009 | N | 1,440 | --- | 1,120 | 2,060 | 415 | 1,210 | 262 | --- | --- | --- | --- | 30,500 | < 500 |
| MW-102 | | 10/27/2009 | FD | 3,410 | --- | 3,020 | 5,620 | 1,110 | 3,360 | 668 | --- | --- | --- | --- | 30,800 | < 25000 |
| MW-102 | | 9/8/2010 | N | 14,500 | --- | 8,200 | 2,760 | 3,100 | 5,930 | 494 | --- | --- | --- | --- | --- | --- |
| MW-102 | | 4/29/2011 | N | 12,800 | --- | 11,200 | 900 | 4,250 | 4,660 | 268 | --- | --- | --- | --- | --- | --- |
| MW-102 | | 6/28/2011 | N | 7,220 | --- | 1,500 | 1,220 | 532 | --- | --- | 1,166 | --- | --- | --- | --- | --- |
| MW-102 | | 9/30/2011 | N | 7,350 | --- | 2,650 | 3,100 | 688 | --- | --- | 5,156 | --- | --- | --- | --- | --- |
| MW-102 | | 12/7/2011 | N | 11,200 | --- | 4,090 | 4,640 | 1,430 | 4,520 | 682 | --- | --- | --- | --- | --- | --- |
| MW-102 | | 3/9/2012 | N | 14,600 | --- | 3,970 | 1,200 | 501 | 4,050 | 693 | --- | --- | --- | --- | --- | --- |
| MW-102 | | 5/9/2012 | N | 9,530 | --- | 6,440 | 4,050 | 1,900 | 6,770 | 943 | --- | --- | --- | --- | --- | --- |
| MW-102 | | 8/27/2013 | N | 2,300 | --- | 7,780 | 1,370 | 2,280 | 1,520 | ND | --- | --- | --- | --- | 25.4 | --- |
| MW-102 | | 11/6/2013 | N | 8,140 | --- | 6,830 | 8,460 | 2,820 | 7,530 | 1,730 | --- | --- | --- | --- | 73,700 | --- |
| MW-102 | | 12/4/2013 | N | 8,490 | --- | 9,060 | 16,800 | 4,470 | 13,800 | 2,790 | --- | --- | --- | --- | 91,400 | --- |
| MW-102 | | 1/14/2014 | N | 5,550 | --- | 5,140 | 2,910 | 2,880 | 8,380 | 1,370 | --- | --- | --- | --- | 46,200 | --- |
| MW-102 | | 2/25/2014 | N | 1,080 | --- | 977 | 1,430 | 1,750 | --- | --- | 6,314 | --- | --- | --- | 33,100 | --- |
| MW-103 | | 10/27/2009 | N | 10,900 | --- | 8,740 | 23,400 | 3,740 | 14,600 | 4,890 | --- | --- | --- | --- | 143,000 | < 25000 |
| MW-103 | | 9/8/2010 | N | 15,500 | --- | 12,800 | 33,200 | 4,220 | 16,100 | 5,400 | --- | --- | --- | --- | --- | --- |
| MW-103 | | 4/28/2011 | N | 12,900 | --- | 11,300 | 29,700 | 4,320 | 16,800 | 5,860 | --- | --- | --- | --- | --- | --- |
| MW-103 | | 6/28/2011 | N | 11,200 | --- | 5,100 | 13,300 | 1,950 | --- | --- | 15,080 | --- | --- | --- | --- | --- |
| MW-103 | | 9/30/2011 | N | 7,570 | --- | 6,520 | 13,700 | 1,980 | --- | --- | 14,310 | --- | --- | --- | --- | --- |
| MW-103 | | 12/7/2011 | N | 11,800 | --- | 11,800 | 25,100 | 4,340 | 17,300 | 5,710 | --- | --- | --- | --- | --- | --- |
| MW-103 | | 3/8/2012 | N | 9,600 | --- | 9,520 | 32,900 | 4,080 | 15,300 | 5,750 | --- | --- | --- | --- | --- | --- |
| MW-103 | | 5/9/2012 | N | 10,200 | --- | 10,400 | 28,000 | 4,260 | 15,900 | 5,600 | --- | --- | --- | --- | --- | --- |
| MW-103 | | 8/27/2013 | N | 10,000 | --- | 10,500 | 37,000 | 3,810 | 15,100 | 5,220 | --- | --- | --- | --- | 108,000 | --- |
| MW-103 | | 11/6/2013 | N | 6,360 | --- | 7,430 | 22,400 | 3,790 | 14,100 | 5,100 | --- | --- | --- | --- | 124,000 | --- |
| MW-103 | | 12/4/2013 | N | 6,040 | --- | 6,090 | 13,100 | 3,160 | 13,400 | 3,940 | --- | --- | --- | --- | 71,400 | --- |
| MW-103 | | 1/14/2014 | N | 6,790 | --- | 8,720 | 26,600 | 4,030 | 16,100 | 5,620 | --- | --- | --- | --- | 114,000 | --- |
| MW-103 | | 2/25/2014 | N | 5,450 | --- | 5,960 | 13,800 | 2,980 | --- | --- | 15,930 | --- | --- | --- | 105,000 | --- |
| MW-104 | | 10/27/2009 | N | 1,240 | --- | 866 | < 250 | 1,180 | 2,780 | < 250 | --- | --- | --- | --- | 26,000 | < 25000 |
| MW-104 | | 9/8/2010 | N | 696 | --- | 798 | 27.2 | 1,370 | 2,620 | 104 | --- | --- | --- | --- | --- | --- |
| MW-104 | | 4/29/2011 | N | 527 | --- | 568 | < 50 | 901 | 1,140 | < 50 | --- | --- | --- | --- | --- | --- |

Exhibit 11

Anthony Brown

Page 243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————X

In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

——————————————————————————X

Master File No. 1:00-1898
MDL No. 1358 (SA)
M21-88

——————————————————————————X

Commonwealth of Puerto Rico, et al.
     v.
Shell Oil Co., et al.
Case No. 07-CIV-10470 (SAS)

——————————————————————————X


— — —


FRIDAY, MAY 23, 2014


— — —


        VIDEO DEPOSITION OF ANTHONY BROWN,
VOLUME 2, held at the offices of McDermott
Will & Emery, LLP, 4 Park Plaza, Suite 1700,
Irvine, California, commencing at 9:14 a.m.,
on the above date, before Lisa Moskowitz,
California Certified Shorthand Reporter
No. 10816, RPR, CLR.

                — — —

        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph|917.591.5672 fax
            Deps@golkow.com

Anthony Brown

Page 361

1    felt may have well bore leakage that would

2    supplement the more aerial extensive leakage

3    that relates to the percolation of

4    groundwater.

5         Q.   And when you say that there is well

6    bore leakage, that is as a consequence of

7    what condition or defect in the particular

8    well in which you assume leakage?

9         A.   Essentially, well bore leakage can

10   occur from several factors.   The first might

11   be that simply the well pack itself or open

12   hole condition actually extends into the

13   shallow zone.   That is, the cement bond and

14   the seal for the well does not seal the well

15   all the way down to the deeper production

16   zone.   That's commonly seen in older wells

17   where the nature of the drilling and the

18   construction of the well was such that they

19   may have open hole conditions that extend

20   some distance or filter packs that extend

21   some distance and not have very deep seals.

22           The second condition relates to the

23   quality of the cement seal that's placed in

24   a well such that perhaps the seal itself

25   does not bond to the native formation such

Anthony Brown

Page 362

 1   that there's a very small -- it allows a
 2   small area of leakage between the seal and
 3   the native formation along the well bore.
 4        Q.  With regard to the investigation
 5   that you conducted in this case, are you
 6   able to identify for us at any of the focus
 7   sites where modeling was conducted a
 8   specific well where you observed well bore
 9   leakage at the rate specified in your model?
10        A.  No, there is no data that's been
11   collected as it relates to specific leakage
12   at certain wells.
13        Q.  With regard to the work that you've
14   done in this case as part of your
15   investigation, did you identify any well at
16   any of the sites where modeling was
17   conducted in this case where the well pack
18   was defective?
19        A.  No.  We have no data as it relates
20   to the condition of the well pack.  As I
21   pointed out earlier, that's one of the data
22   gaps that we identified.
23        Q.  With respect to the investigation
24   that you've conducted in this case, were you
25   able to identify any well at any of the

Anthony Brown

Page 399

1          referring to the water supply wells --
2      BY MR. STACK:
3          Q.  Correct.
4          A.  -- the remediation wells?
5          Q.  Yes.
6          A.  Based upon the data limitations and
7      the analysis that I've performed to date
8      with respect to the Esso 242 site, Esso 364
9      site, Shell 3042 site, and Total 1012 site,
10     I could not conclude that MTBE would be
11     detected at any of the water supply wells in
12     the immediate vicinity of these sites within
13     the next five years.
14         Q.  With respect to the Texaco 800
15     site?
16         A.  With respect to the Texaco 800
17     site, given my current understanding of site
18     conditions, knowledge now that the well is
19     screened somewhere above 61 feet below
20     ground surface -- sorry, I should say I'm
21     referring to the San Anton north well, and
22     given its close proximity to the known
23     extent of contamination --
24                 (Interruption in the
25         proceedings.)

Anthony Brown

Page 400

1          THE WITNESS:  Would you like to

2     pause for a second?

3          MR. STACK:  By all means.

4          THE VIDEOGRAPHER:  We are now

5     going off the record, and the time is

6     approximately 3:54 p.m.

7          (Recess taken from

8     3:54 p.m. to 3:57 p.m.)

9          THE VIDEOGRAPHER:  We are now

10     going back on the record, and the time

11     is approximately 3:57 p.m.

12          THE WITNESS:  Now we'll

13     continue.  And if we assume that the

14     well is, in fact, present and pumping,

15     then it is more likely than not in the

16     absence of further remedial actions that

17     this well would be impacted by MTBE

18     contamination within five years.

19          (Discussion off the

20     record.)

21     BY MR. STACK:

22     Q.  Did you learn from Mr. Colby what

23     the time step was?

24     A.  Not exactly as the arrows on the

25     figures that were provided are not time

Exhibit 12

Jose De La Rosa

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: METHYL TERTIARY | ) | MASTER FILE |
| BUTYL ETHER ("MTBE) | ) | NO. 1:00-1898 |
| PRODUCTS | ) | M21-88 |
| LIABILITY LITIGATION | ) | MDL  1358(SAS) |
| | ) | |
| _____ | ) | |
| | ) | |
| COMMONWEALTH OF PUERTO | ) | |
| RICO, ET AL. | ) | |
|  PLAINTIFF, | ) | CASE NO. 07-CIV-10470 |
| | ) | (SAS) |
| VS. | ) | |
| | ) | |
| SHELL OIL CO., ET AL., | ) | |
|  DEFENDANTS. | ) | |


DEPOSITION OF

JOSE DE LA ROSA

SEPTEMBER 12, 2013


        Called as a witness by counsel for the
Plaintiffs, taken before Dorothy A. Rull, CSR, CRR,
a Certified Shorthand Reporter and Notary Public in
and for the State of Texas, on the 12th day of
September, 2013, from 9:05 a.m. to 2:59 p.m., at the
law offices of Norton Rose Fulbright, 1301 McKinney,
Suite 5100, Houston, Texas 77010, pursuant to Notice
and the Federal Rules of Civil Procedure.

Jose De La Rosa

Page 9

1                    MR. AXLINE:  Mike Axline for the

2    Commonwealth of Puerto Rico.

3                    And we have the names of the folks

4    on the phone.  I don't think we need to have them

5    announce themselves.

6                    But we do have a -- a statement that

7    counsel for Texaco and I have agreed to before we

8    went on the record.

9                    So, Jim, would you do the honors.

10                   MR. MAHER:  Yeah.

11                   Mr. De La Rosa be -- is being

12   presented in response to the Plaintiffs' notice to

13   Chevron Puerto Rico, LLC.  That company was formerly

14   known as Texaco Puerto Rico, Inc.

15                   And what we are going to agree to

16   today is that references -- we're going to use the

17   word "Texaco" to refer to those companies generally.

18                   But, if it's agreed, any references

19   to "Chevron" or "Texaco" throughout the course of

20   the day, unless otherwise stated, will reference

21   Chevron Puerto Rico, LLC, formerly Texaco Puerto

22   Rico.

23                   MR. AXLINE:  Okay.  That's

24   acceptable to me.

Jose De La Rosa

Page 13

1      A.      No.   There's no reason.

2      Q.      All right.   Now, before the deposition

3    started, I handed you what's labeled as Exhibit 1.

4                    Do you see that document?

5      A.      Could I have a -- look at it?   I

6    already --

7      Q.      Yes.

8      A.      -- saw Exhibit 2.   And, yes, I've seen

9    it before.

10     Q.      This is the First Amended Notice of

11   Deposition.

12                   And you have seen this before?

13     A.      Yes.   I have seen it before.

14     Q.      Okay.   And there are a list of topics in

15   this deposition notice.

16                   You've had a chance to review those

17   topics?

18     A.      Do you refer to the "Designated Issues"?

19     Q.      Yes.

20     A.      Yes.

21     Q.      Okay.  Is it -- and it's your

22   understanding, is it not, that you're here today on

23   behalf of Texaco to answer to the best of your

24   ability on behalf of Texaco the questions I'll be

Jose De La Rosa

Page 14

 1   asking; is that correct?

 2       A.      Yes.   On behalf of Texaco Puerto Rico.

 3       Q.      Very good.

 4               MR. CORRELL:  You had -- he's not

 5   designated on all topics.

 6               MR. AXLINE:  I --

 7               MR. MAHER:  I don't think the

 8   question said anything about topics.

 9               MR. CORRELL:  I know.

10               MR. AXLINE:  Yeah.  We -- I don't

11   mind saying we have an agreement that for some of

12   these topics we'll either get a separate declaration

13   or do another witness.

14               MR. MAHER:  Right.

15               MR. AXLINE:  But I -- so I won't be

16   asking questions about some of the topics.  I just

17   wanted to make sure the witness had seen this and

18   looked at the list.

19   BY MR. AXLINE:

20       Q.      So, Mr. De La Rosa, I think you have

21   Exhibit No. 2 in front of you that was handed to you

22   before the deposition started.

23               And have you seen this document

24   before?

Jose De La Rosa

Page 147

1    April 2012 ERTEC conducted high vacuum extraction

2    from MW-103 at Texaco 800; correct?

3         A.      Yes.

4         Q.      Now, was that done because the in-situ

5    chemical oxidation and addition of slow-acting

6    oxygen was not -- was judged not to be adequate and

7    needed to be supplemented?

8         A.      Not necessarily.  All the time we have

9    been thinking on -- that the cause for these high

10   readings need to be the presence of some amount of

11   product -- I mean, gasoline -- right? -- in the

12   vicinity of the -- of where the sample was taken.

13        Q.      Do -- let me --

14        A.      We --

15        Q.      I'm sorry to interrupt.

16                But do you mean free product?  You

17   thought there might be free product there?

18        A.      There's a possibility that the high

19   concentrations measure suggests that some free

20   product -- or residues of free product could be in

21   the vicinity of where the sample has been taken.

22        Q.      Uh-huh.

23        A.      We haven't found free product in the

24   wells where the samples have been taken.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00-1898

----------------------------------------------------------------------X      MDL No. 1358 (SAS)

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products          M21-88
Liability Litigation


This Document Relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*
No. 07 Civ. 10470 (SAS)
----------------------------------------------------------------------X

### CHEVRON PUERTO RICO LLC'S DECLARATIONS
### IN LIEU OF DEPOSITION TESTIMONY

Defendant Chevron Puerto Rico LLC (f/k/a Texaco Puerto Rico Inc.) (herein "Chevron

PR LLC")[1] submits these Declarations In Lieu of Deposition Testimony responsive to Plaintiffs'

September 5, 2013 First Amended Notice of Deposition of Defendant Chevron Puerto Rico LLC

on Designated Issues With Production of Documents & Videotaping (Trial Site #10).

The following declarations, attached as Exhibit A, are made solely for the purpose of this

action and in lieu of deposition testimony responsive to Plaintiffs' September 5, 2013 first

amended deposition notice served pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure.  Chevron Puerto Rico LLC reserves the right to offer additional testimony at trial

related to the general topics of these declarations.

Dated:  September **11**, 2013
        Houston, Texas

--------------------------------------

[1] These declarations are made by Chevron Puerto Rico LLC based on information, documents
and events that occurred prior to the sale of its stock to Puma Energy Puerto Rico Holding LLC
and the change of its name to PC Puerto Rico LLC, with the exception of the ongoing
remediation work at the former Texaco #800 (Trial Site #10).

Respectfully submitted,

Robert E. Meadows
James J. Maher
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Charles C. Correll, Jr.
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, California 94015
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

William F. Hughes
SEDGWICK LLP
2900 K Street, NW, Harbourside
Washington, D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001

**Attorneys for Defendant Chevron Puerto Rico LLC, now PC Puerto Rico LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September _11_, 2013 a true, correct, and exact copy of the foregoing document was served on all counsel via LexisNexis File & Serve.

James J. Maher

2

- The USTs at Texaco #800 were upgraded again in 2006 with fiberglass, secondary containment and four monitoring wells located in the tank pit.

- A Veeder Root System was installed at Texaco #800 in 2011-2012.

- In April 2006, at TPRI's request, two 12,000 gasoline USTs were removed at Texaco #800 by Ponce Maintenance Corporation. The tanks appeared to be intact upon removal. There was soil staining below the UST system. Ponce Maintenance Corporation removed soil down to about 18 feet. Safety concerns (including collapse of the excavation pit and the possible compromise of the foundation of service station building) prevented Ponce Maintenance Corporation from removing soil below about 18 feet. Ponce Construction Corporation did not encounter groundwater during the excavation.

- In April 2006, on behalf of TPRI, Applied Geosciences & Environmental Services, Inc. ("AGES") conducted soil sampling and analysis after removal of the USTS at Texaco #800. MTBE was not sampled.

- In December 2007, on behalf of TPRI, Altol Environmental Services, Inc. ("Altol") drilled three soil borings to 35 bgs north of the UST pit at Texaco #800. At TPRI's request, MTBE was sampled. No MTBE was detected in seven samples.

- In October 2009, on behalf of TPRI, Environmental Resources Technologies ("ERTEC") drilled four soil borings and installed four monitoring wells at Texaco #800: MW-101 through MS-104. MTBE was detected in soil samples with a maximum concentration of 1.37 milograms per kilogram ("mg/kg"). MTBE was detected in samples from monitoring wells with a maximum concentration of 10,900 parts per billion ("ppb") in MW-103.

- In August and September 2010, ERTEC drilled four soil borings and installed four additional monitoring wells at Texaco #800: MW-201 through MW-204. MTBE was detected in one of nine soil samples with a maximum concentration of 0.11 mg/kg. MTBE was detected in samples from monitoring wells with a maximum concentration of 15,500 ppb in MW-103.

- In April 2011, ERTEC conducted groundwater sampling. MTBE was detected in seven of eight samples ranging from non-detect ("ND") in MW-201 to 12,900 ppb in MW-103.

- In April 2011, ERTEC installed Oxygen Release Compound Socks at Texaco #800 in MW-102, MW-103, MW-104, MW-201, MW-202, MW-203, and MW-204.

- In June 2011, ERTEC conducted quarterly groundwater sampling in MW-101 through MW-104 and MW-201, MW-203, MW-204 at Texaco #800. MTBE was detected in samples ranging from 10.6 ppb in MW-204 to 12,900 in MW-103.

- In September 2011, ERTEC conducted quarterly groundwater sampling. MTBE was detected ranging from 129 ppb to 7,570 ppb.

- In September 2011, ERTEC replaced the Oxygen Release Compound Socks in MW-102, MW-103, MW-104, MW-201, MW-202, MW-203 and MW-204 at Texaco #800.

- On November 28, 2011, on behalf of TPRI, ERTEC submitted to the Puerto Rico Environmental Quality Board (EQB) its Corrective Action Plan for Enhanced Aerobic Bioremediation at Texaco #800.

- In December 2011, on behalf of TPRI, ERTEC submitted to the EQB its Groundwater Sampling Report. MTBE was detected, as follows:

  - MW-101: 195 ppb
  - MW-102: 11,200 ppb
  - MW-103: 11,800 ppb
  - MW-104: 116 ppb
  - MW-201: 3.88 ppb
  - MW-202: 611 ppb
  - MW-203: 379 ppb
  - MW-204: 8.52 ppb

- In January 2012, on behalf of TPRI, ERTEC submitted to the EQB its Revised Corrective Action Plan for the introduction of chemical oxidizers and oxygen release compounds followed by mobile vacuum extraction and groundwater monitoring at Texaco #800.

- In April 2012, ERTEC conducted high vacuum extraction from MW-103 at Texaco #800.

- In May 2012, ERTEC conducted groundwater sampling at Texaco #800. MTBE was detected, as follows:

  - MW-101: 452 ppb
  - MW-102: 9,530 ppb
  - MW-103: 10,200 ppb
  - MW-104: 144 ppb
  - MW-201: ND
  - MW-202: 433 ppb
  - MW-203: 197 ppb

- MW-204: 5.94 ppb

- In August 2012, on behalf of TPRI, ERTEC submitted to the EQB its report of April 2012 high vacuum extraction and May 2012 groundwater sampling at Texaco #800.

- In August 2012, on behalf of TPRI, ERTEC submitted to the EQB its Corrective Action Plan calling for high vacuum extraction followed by application of chemical oxidizers and oxygen release compounds at Texaco #800.

- In May 2013, on behalf of TPRI, ERTEC submitted to the EQB its Corrective Action Plan calling for multiple injections of in-situ chemicals followed by high vacuum extraction, if necessary, and groundwater monitoring at Texaco #800.

- All documents produced by Chevron Puerto Rico LLC are true and correct copies of the documents obtained from its files.

## VERIFICATION

I, Jose A. De La Rosa, declare and state:

I am H.E.S. Advisor of Chevron Project Resources Company. I am authorized to make this verification for and on behalf of Chevron Puerto Rico LLC, and I make this verification for that reason.

I have read the foregoing Exhibit A - Declarations of Chevron Puerto Rico LLC in this matter entitled In Re Methyl Tertiary Butyl Ether Products Liability Litigation: *Commonwealth of Puerto Rico, et al. v. Shell Oil Co. et al.,* MDL 1358 (SAS) in the United States District Court for the Southern District of New York. I am informed and believe that the matters stated therein are true and on that ground allege that the matters stated therein are true. I do not believe that any one person knows all of the matters stated therein, and therefore these responses were prepared with the assistance and advice of representatives of, and counsel for, said Chevron Puerto Rico LLC., upon whose assistance and advice I have relied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Houston, TX_, this ___11___ day of _September_, 2013.

_____
Jose A. De La Rosa


STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was executed before me on the _17th_ day of _September_, 2013, by Jose A. De La Rosa.

_____
Printed Name: _Gina C. Green_
Notary Public in and for the State of Texas
My Commission Expires: _8-7-14_

GINA C GREEN
NOTARY PUBLIC. STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 7, 2014

1

1

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

2   *Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court,
Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

3

4   I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein
referred to, over the age of 18 years and not a party to this action. My business address is 1050
Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

5

6   On the date below, I served the following document on all counsel in this action
electronically through LexisNexis File & Serve:

7
**DECLARATION OF MICHAEL D. AXLINE
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CHEVRON'S MOTION FOR
SUMMARY JUDGMENT REGARDING NO INJURY AT TEXACO #800**

8

9

10
I declare under penalty of perjury under the laws of the United States of America and the
11   State of California that the foregoing is true and correct.

12
Executed on November 7, 2014, at Sacramento, California.

13

14                                    _____
                                       KATHY HERRON
15

16

17

18

19

20

21

22

23

24

25

26

27

28