| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> ) <br> ) <br> ) <br> ) <br> In re Methyl Tertiary-Butyl Ether ) <br> ("MTBE") Products Liability Litigation ) <br> ) <br> ) | Master File C.A. No. 1:00-1898 <br><br> MDL 1358 (SAS) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Comes now Willie J. Epps, Jr. and moves this Court to accept his withdrawal of appearance on behalf of Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma for the following reason:

1. Willie J. Epps, Jr. has accepted a position with Edward Jones as Associate General Counsel and Head of Litigation.

WHEREFORE, Willie J. Epps, Jr. respectfully requests this Court to accept his Withdrawal of Appearance as counsel for DefendantsValero Energy Corporation, Valero Marketing and Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma.

Dated: November 7, 2014                                  Respectfully submitted,

                                                                            **DOWD BENNETT LLP**

                                                               By: ____/s/ Willie J. Epps, Jr._____
                                                                    Willie J. Epps, Jr.
                                                                    7733 Forsyth Blvd., Suite 1900
                                                                    St. Louis, Missouri 63105
                                                                    Telephone: (314) 889-7300
                                                                    Facsimile: (314) 863-2111
                                                                    wepps@dowdbennett.com
                                                                    *Admitted pro hac vice*

ATTORNEYS FOR DEFENDANTS VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC.

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy Willie J. Epps, Jr.'s Motion for Withdrawal of Appearance was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 7th day of November, 2014.

/s/ Willie J. Epps, Jr.