UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

This document relates to:

*City of Manning v. Ashland Inc., et al.*, Case No. 3:13-cv-3033 (N.D. Iowa), Case No. 1:13-cv-7272 (S.D.N.Y.)

*City of Portageville v. Ashland Inc., et al.*, Case No. 1:13-CV-91-SNLJ (E.D. Mo.), Case No. 1:13-cv-7299 (S.D.N.Y.)

*Town of Hinesburg v. Atlantic Richfield Co., et al.*, Case No. 2:13-cv-198 (D. Vt.), Case No. 1:13-cv-7271 (S.D.N.Y.)

*Town of Brewster, RIGR Realty, LLC, Harborside Village Cooperative Corporation, LFB USA, Inc., f/k/a rEVO Biologics, Inc., St. Mark Coptic Orthodox Church, LLC, RPI Blueberry, LLC, Town of Hopkinton, City of Newburyport v. Atlantic Richfield Co., et al.*, Case No. 13-11695 (D. Mass.), Case No. 1:13-cv-7247 (S.D.N.Y.)

---

Master File No. 1:00-1898

MDL 1358 (SAS)

M21-88

Civil Action

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/14

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively "Plaintiffs") and settling Defendants listed in Exhibit 1 (collectively Settling Defendants"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Settling Defendants as set forth in Plaintiffs' current Complaints. Plaintiffs reserve all other rights as against all other defendants.

1

Dates: December 4, 2014

*[signature]*

Robin Greenwald, Esq.
Weitz & Luxenberg PC
180 Maiden Lane
New York, NY 10038
Telephone: (212) 558-5500
FAX: (212) 344-5461
Email: rgreenwald@weitzlux.com

*Representative for Plaintiffs*

Dated: December 4, 2014

*[signature]*

James Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5353
FAX: (212) 547-5444
Email: jpardo@mwe.com

*Representative for Settling Defendants*

SO ORDERED:

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge

Dated: December 5, 2014

2

## Exhibit 1 to Stipulations of Dismissal
### Settling Defendants

### Settling BP-related Defendants[1]
Atlantic Richfield Company
Atlantic Richfield Company (formerly known as Atlantic Richfield Delaware Corporation), individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation), and doing business as ARCO Products Company
BP Amoco Chemical Company
BP Amoco Chemical Company (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation)
BP-Husky Refining, LLC
BP Products North America, Inc.
BP Products North America Inc. (f/k/a Amoco Oil Company and The American Oil Company, individually and as successor-by-merger to BP Exploration and Oil, Inc., and successor-in-interest to BP North America, Inc.)

### Settling Chevron-related Defendants
Chevron Corporation (f/k/a ChevronTexaco Corporation)
Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation), individually and on behalf of its operating divisions, Chevron Products Company and Chevron Chemical Company
Four Star Oil & Gas Company (f/k/a Getty Oil Company)
Texaco Inc. (f/k/a The Texas Company)
TRMI-H LLC (f/k/a TRMI Holdings Inc.)
Union Oil Company of California
Unocal Corporation

### Settling Citgo-related Defendants
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
PDV Midwest Refining, L.L.C.

### Settling ConocoPhillips-related Defendant
ConocoPhillips Company

### Settling El Paso Merchant Energy-related Defendants
Coastal Derby Refining Company
Coastal Eagle Point Oil Company
Coastal Oil New England, Inc.
Coastal Refining & Marketing, Inc.

---

[1] Plaintiffs in certain of these cases have named non-existent entities as defendants, including for example entities that never existed or have ceased to exist as separate companies. This list comprises allegedly BP-related entities named as defendants in these cases. Inclusion of an entity on this list does not constitute an admission that such entity exists, ever existed, or could properly be a defendant.

3

Coastal States Trading, Inc.
Colorado Oil and Gas Corporation
Derby Refining Company
El Paso Merchant Energy-Petroleum Company

**Settling Exxon Mobil-related Defendants**
Exxon Mobil Corporation
ExxonMobil Chemical Company
ExxonMobil Oil Corporation
Mobil Corporation

**Settling Hess-related Defendant**
Hess Corporation (f/k/a Amerada Hess Corporation)

**Settling Marathon and Ashland-related Defendants**
Ashland Inc.
Marathon Oil Company
Marathon Petroleum Company, LP (f/k/a Marathon Petroleum Company LLC, successor to
    Marathon Ashland Petroleum LLC)

**Settling Shell-related Defendants**
Equilon Enterprises LLC
Equiva Services LLC
Equiva Trading Co.
Motiva Enterprises LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Star Enterprise
Texaco Refining and Marketing Inc.
Texaco Refining and Marketing (East) Inc.
TMR Company
TRME Company

**Settling Sunoco-related Defendants**
Sunoco, Inc.
Sunoco, Inc. (R&M)

**Settling Total Petrochemicals-related Defendant**
Total Petrochemicals & Refining USA, Inc. (f/k/a Atofina Petrochemicals, Inc., Fina Oil and
    Chemical Company, and American Petrofina Company of Texas)
**Settling Valero-related Defendants**
Paulsboro Refining Company, LLC f/k/a Valero Refining Company-New Jersey
The Premcor Refining Group Inc.
Ultramar Inc.

4

Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining Company-California
Valero Refining Company-Oklahoma
Valero Refining-Texas, L.P.
Valero Refining and Marketing Company