USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE) PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil
Co., et al.,* Case No. 07 Civ. 10470

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

SHIRA A. SCHEINDLIN, U.S.D.J.

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE

WHEREAS, on November 25 and 26, 2014, certain Defendants in the above-captioned

action filed the following motions: (1) Defendants Hess Oil Virgin Islands Corp.'s and Hovensa

L.L.C.'s Motion to Strike Plaintiffs' Exhibit 1 Attached to Nathan Short's Declaration [Dkt.

#543]; (2) Certain Defendants' Motion to Strike the Declaration of Luis Pagan Rodriguez

Submitted in Opposition to Defendants' Motions for Summary Judgment [Dkt. # 565]; and (3)

Exxon Mobil Corporation's Motion to Strike Plaintiffs' New Theory of Liability in Opposition

to Defendants' Motion for Summary Judgment for Lack of Causation [Dkt # 568];

WHEREAS, the parties have conferred and submit a proposed briefing schedule;

NOW THEREFORE, IT IS ORDERED that Plaintiffs' Opposition papers shall be filed

on or before December 12, 2014, and Defendants' Reply papers shall be filed on or before

December 19, 2014.

Dated: New York, New York
       December ___, 2014

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.