USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :     ORDER
LIABILITY LITIGATION                                    :
                                                        :     Master File No. 1:00-1898
------------------------------------------------------- :     MDL 1358 (SAS)
                                                        :     M21-88
This document relates to:                               :
                                                        :
New Jersey Dep't of Envtl. Prot. v. Atlantic            :
Richfield Co., et al. 08 Civ. 0312                      :
                                                        :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The law firm Cohn Lifland Pearlman Herrmann & Knopf LLP ("CLPHK"), on behalf of CLPHK, Miller and Axline P.C, the Law Office of John K. Dema, P.C., and Berger & Montague P.C. (collectively referred to herein as "Special Counsel"), and upon notice to and with the support of John J. Hoffman, Acting Attorney General of the State of New Jersey, has recently petitioned this Court to approve attorneys' fees sought in connection with recent settlements approved in the above-captioned action. To streamline the fee application process in this action, the Court hereby orders as follows:

        1.     This Order establishes a protocol for the submission of fee applications and for approval of the attorneys' fees to be paid on the recoveries

1

resulting from settlements approved, or judgments obtained, in this action.

      2.      With each application for a fee, Special Counsel shall furnish the Court with the following information: the gross and net value of the recovery, the fee sought for that particular recovery, as well as the cumulative amount of settlements (or judgments) achieved as of the time of the application, the cumulative fees approved as of the time of the application, the cumulative amount of costs, and the cumulative lodestar and its basis.

      3.      Special Counsel shall also provide to the Court with each fee application an updated chart in the form attached hereto as Exhibit "A."

      4.      In future applications to this Court for fees in this action, Special Counsel and plaintiffs may rely on and incorporate by reference documents submitted in conjunction with the applications submitted for fees with respect to the first four settlements obtained in this action. Such reliance does not negate the explicit obligations set forth in Paragraphs 2 & 3 above.

      5.      A copy of this Order shall be served upon the Office of the Attorney General of the State of New Jersey within five (5) days of the receipt thereof.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           December 12, 2014

## - Appearances -

**For Special Counsel:**

Leonard Z. Kaufmann, Esq.
Cohn Lifland Pearlman Herrmann & Knopf, LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ
(201) 845-9600

**For the Attorney General of the State of New Jersey**

Gwen Farley, Esq.
Deputy Attorney General of the State of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625
(609) 984-5016

**Liaison Counsel for Plaintiffs:**

William A. Walsh, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Lisa A. Gerson, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
(212) 547-5583

# EXHIBIT "A"

## CUMULATIVE SETTLEMENT INFORMATION
## [INSERT DATE]

| Settling Defendant | Settlement Amount | Cumulative Gross Settlement | Costs | Net Settlement | Fee Requested | Cumulative Net Settlement | Cumulative Fee | Hours for Lodestar | Lodestar approved by Client | Cumulative Fee as % of Cumulative Net Settlement |
|---|---|---|---|---|---|---|---|---|---|---|
| Citgo | | | | | | | | | | |
| Warren | | | | | | | | | | |
| Valero | | | | | | | | | | |
| Hess | | | | | | | | | | |