# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY-BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) This document related to: ) ) ) ) ) Commonwealth of Pennsylvania v. ) Exxon Mobil Corporation et al., ) No. 1:14-cv-06228-SAS ) ) ) ) ) ) ) ) | Master File C.A. No. 1:00-1898 MDL 1358 (SAS) M21-88  NOTICE OF APPEARANCE OF JENNIFER L. ASPINALL ON BEHALF OF DEFENDANTS VALERO ENERGY COPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC. |

PLEASE TAKE NOTICE that the undersigned attorney, Jennifer L. Aspinall of Dowd Bennett LLP, is admitted pro hac vice to practice in this court and hereby appears on behalf of Defendants **VALERO ENERGY COPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC.** in the above-captioned action.

Dated: December 16, 2014                    Respectfully submitted,

**DOWD BENNETT LLP**

By: ____/s/ Jennifer L. Aspinall_____
Jennifer L. Aspinall
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jaspinall@dowdbennett.com
*Admitted pro hac vice*

*Counsel For Defendants Valero Energy Corporation, Valero Marketing And Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma, Valero Refining Company Texas, L.P., And The Premcor Refining Group Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2014, a true and correct copy of the notice of appearance of Jennifer L. Aspinall was served electronically on all counsel of record and on Plaintiff's counsel by electronic filing via File & ServeXpress.

\s\ Jennifer L. Aspinall