UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY-BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION ) ) ) ) | Master File C.A. No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document related to: ) ) ) ) | NOTICE OF APPEARANCE OF KELLY J. H. MURRIE ON BEHALF OF DEFENDANTS VALERO ENERGY |
| Commonwealth of Pennsylvania v. Exxon Mobil Corporation et al., No. 1:14-cv-06228-SAS ) ) ) ) ) ) ) ) ) ) | COPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC. |

PLEASE TAKE NOTICE that the undersigned attorney, Kelly J. H. Murrie of Dowd Bennett LLP, is admitted pro hac vice to practice in this court and hereby appears on behalf of Defendants **VALERO ENERGY COPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC.** in the above-captioned action.

Dated: December 16, 2014    Respectfully submitted,

**DOWD BENNETT LLP**

By: ___/s/ Kelly J. H. Murrie_____
 Jennifer L. Aspinall
 7733 Forsyth Blvd., Suite 1900
 St. Louis, Missouri 63105
 Telephone: (314) 889-7300
 Facsimile: (314) 863-2111
 kmurrie@dowdbennett.com
 *Admitted pro hac vice*

2

*Counsel For Defendants Valero Energy Corporation, Valero Marketing And Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma, Valero Refining Company Texas, L.P., And The Premcor Refining Group Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2014, a true and correct copy of the notice of appearance of Kelly J. H. Murrie was served electronically on all counsel of record and on Plaintiff's counsel by electronic filing via File & ServeXpress.

\s\ Kelly J. H. Murrie


4819-5948-3937, v. 1