# Exhibit H

Certificate of Common Stock Ownership
(January 25, 2001)

Certificate No. _____   Transferred from _____
For _____ Shares Issued to _____   No. Original Certificate _____  No. Original Shares _____  No. Of Shares Transferred _____ /20

Dated _____, 20____   Receipt acknowledged _____

NUMBER _____   SHARES _____

THE STATE OF MARYLAND

# GETTY PETROLEUM MARKETING INC.

𝕿𝖍𝖎𝖘 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖊𝖘 𝖙𝖍𝖆𝖙   **Lukoil Americas Corporation**   is the owner of

**Twenty Million**   **Common Stock**   fully paid

and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

𝕴𝖓 𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this   25th   day of   January A.D. 20 01

_____   _____
TREASURER/SECRETARY                       PRESIDENT

## EXPLANATION OF ABBREVIATIONS

The following abbreviations, when used in the inscription of ownership on the face of this certificate, shall be construed as if they were written out in full according to applicable laws or regulations. Abbreviations, in addition to those appearing below, may be used.

| | | | |
|---|---|---|---|
| JT TEN | As joint tenants with right of survivorship and not as tenants in common | TEN ENT | As tenants by the entireties |
| TEN COM | As tenants in common | UNIF GIFT MIN ACT CUST | Uniform Transfers to Minors Act Custodian for |

*For Value Received,* _____ *hereby sell, assign and transfer unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

_____ *Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint* _____ *Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

Dated _____ 20__

In presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER



CERTIFICATE FOR SHARES OF GETTY PETROLEUM MARKETING INC.

Issued to Lukoil Americas Corporation

Dated January 25, 2001

THE SECURITIES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933 (THE "ACT") AND MAY NOT BE OFFERED, SOLD OR OTHERWISE TRANSFERRED, ASSIGNED, PLEDGED OR HYPOTHECATED IN THE ABSENCE OF A REGISTRATION STATEMENT IN EFFECT WITH RESPECT TO THE SECURITIES UNDER THE ACT OR AN OPINION OF COUNSEL SATISFACTORY TO THE COMPANY AND ITS COUNSEL THAT SUCH REGISTRATION IS NOT REQUIRED.