UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) MDL 1358 (SAS) |
| This document pertains to: **All MDL 1358 Cases** | |

### ORDER GRANTING *PRO HAC VICE* ADMISSION

Upon application of counsel for plaintiffs and there being no opposition thereto, the *pro hac vice* admission of the following attorneys to appear on behalf of plaintiffs in this matter is hereby **GRANTED,** upon payment of the appropriate fee to the Cashier's Office:

**Stephen A. Corr, Esquire**
STARK & STARK, P.C.
777 Township Line Road, Suite 120
Yardley, PA 19067
267-907-9600
scorr@stark-stark.com

**John A. Corr, Esquire**
STARK & STARK, P.C.
777 Township Line Road, Suite 120
Yardley, PA 19067
267-907-9600
jcorr@stark-stark.com

Dated: Dec. 22, 2014

SO ORDERED:
HON. SHIRA A. SCHEINDLIN,
U.S.D.J.