UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | ORDER<br><br>Master File No. 1:00-1898<br>MDL 1358 (SAS) |

### ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of defendants COASTAL EAGLE POINT OIL COMPANY and EL PASO MERCHANT ENERGY PETROLEUM COMPANY, in their capacity as MTBE defendants, to admit, *pro hac vice*, Joseph F. Lagrotteria, Esq., and James L. Messenger, Esq., of LeClairRyan, a Virginia Professional Corporation, and the request is hereby **GRANTED**.

It is hereby **ORDERED** that Joseph F. Lagrotteria, Esq., and James L. Messenger, Esq., are admitted to practice before this Court *pro hac vice* on behalf of COASTAL EAGLE POINT OIL COMPANY and EL PASO MERCHANT ENERGY PETROLEUM COMPANY, in their capacity as MTBE defendants, in *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 upon payment of the required $400.00 fee.

Joseph F. Lagrotteria
LeClairRyan
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, New Jersey 07102
(973)-491-3516

Dated: Dec 23, 2014

James L. Messenger
LeClairRyan
One International Place
Eleventh Floor
Boston, Massachusetts 02110
(617)-502-8231

_____
The Honorable Shira A. Scheindlin
United States District Judge