UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

Master File No. 1:00-1898 (SAS)

MDL 1358

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/24/14

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), counsel for Plaintiff in the above-captioned action hereby gives notice that the action is voluntarily dismissed without prejudice and with each side to bear its own costs against defendant North Atlantic Refining Ltd.

Dated: December 23, 2014

Respectfully Submitted,

/s/
Duane C. Miller
MILLER & AXLINE, APC
1050 Fulton Ave., Ste. 100
Sacramento, CA 95825
(916) 488-6688
*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*

**SO ORDERED:**

_____
U.S.D.J.                    12/24/14

## PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*,
United States District Court, Southern District of New York Case No. No. 14-cv-06228 (SAS)

I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**NOTICE OF VOLUNTARY DISMISSAL [NORTH ATLANTIC REFINING LTD.]**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 23, 2014, at Sacramento, California.

_____
KATHY HERRON