UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |
| This document relates to:<br><br>The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al. | Case No.: 1-14-cv-6228 |

## CORPORATE DISCLOSURE STATEMENT OF GETTY PROPERTIES CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Getty Properties Corp. ("GPC") certifies that 100% of GPC's stock is owned by Getty Realty Corp., a publicly traded company.

Respectfully submitted,

Dated: December 30, 2014

RAWLE & HENDERSON LLP

By: /s/ John C. McMeekin II
John C. McMeekin II, Esquire (JM8956)
Susan M. Dean, Esquire
The Widener Building
One South Penn Square
Philadelphia, PA  19107
Phone: 215-575-4324 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: jmcmeekin@rawle.com
sdean@rawle.com

*Attorneys for Defendant*
*Getty Properties Corp.*

7965089-1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Corporate Disclosure Statement of Getty Properties Corp. has been served on all counsel of record via LexisNexis File and Serve on the date below.

Dated: December 30, 2014                                RAWLE & HENDERSON LLP

                                                                        By: /s/ John C. McMeekin II
                                                                               John C. McMeekin II, Esquire

                                                                        *Attorneys for Defendant*
                                                                        *Getty Properties Corp.*

7965089-1