UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |
| This document relates to: | Case No.: 1-14-cv-6228 |
| The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al. | |

### CORPORATE DISCLOSURE STATEMENT OF GETTY PROPERTIES CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Getty Properties Corp. ("GPC") certifies that 100% of GPC's stock is owned by Getty Realty Corp., a publicly traded company.

                                                                                     Respectfully submitted,

Dated: December 30, 2014                RAWLE & HENDERSON LLP

                                                  By: /s/ John C. McMeekin II
                                                        John C. McMeekin II, Esquire (JM8956)
                                                        Susan M. Dean, Esquire
                                                        The Widener Building
                                                        One South Penn Square
                                                        Philadelphia, PA  19107
                                                        Phone: 215-575-4324 (Phone)
                                                        Fax: 215-563-2583 (Fax)
                                                        E-mail: jmcmeekin@rawle.com
                                                        sdean@rawle.com

                                                        *Attorneys for Defendant*
                                                        *Getty Properties Corp.*

7965089-1

Case 1:00-cv-01898-VSB-VF   Document 4156   Filed 12/31/14   Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Corporate Disclosure Statement of Getty Properties Corp. has been served on all counsel of record via LexisNexis File and Serve on the date below.

Dated: December 30, 2014                         RAWLE & HENDERSON LLP

                                                By: /s/ John C. McMeekin II
                                                    John C. McMeekin II, Esquire

                                                    *Attorneys for Defendant*
                                                    *Getty Properties Corp.*

7965089-1