UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

This document relates to:

*Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corp., et al.*
No. 1:14-cv-06228

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/15
```

ORDER
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## [PROPOSED] ORDER RE BRIEFING SCHEDULE

It is hereby **ORDERED** that the briefing schedule for defendants' Motions to Dismiss and Motion to Sever shall be as follows:

- ~~March 2~~, Feb. 20, 2015 – Plaintiffs' Oppositions are due
- ~~April 2~~, Mar. 20, 2015 – Defendants' Replies are due

There will be no additional extensions.

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
1/5/15

-1-