UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document related to:
All Cases

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

## Joint Agenda For January 15, 2015 Status Conference

### Court's Agenda Items

*New Jersey*
1. Suggestion of Remand
2. Update on Settlements

*Pennsylvania*
3. Review of Current Procedural Posture of the Case
4. Overview of Issues and Arguments Presented in Pending Motions
5. Briefing Schedule/Additional Motions Contemplated

*Puerto Rico*
6. Identification and Discussion of Common Issues Affecting Some or All Motions for Summary Judgment
7. Overview of Arguments and Common Issues Presented in Motions to Strike
8. Update on Proceedings Before the Puerto Rico Supreme Court Regarding Certified Question

### Defendants' Agenda Item

*Puerto Rico*
1. *Puerto Rico*: Request for Leave to File Summary Judgment Motion Based on Statute of Limitations in PR I and Leave to File Motion to Dismiss in PR II

Dated: New York, New York
January 7, 2015

| | |
|---|---|
| WEITZ & LUXENBERG, P.C. | McDERMOTT WILL & EMERY LLP |
| *[signature]* | *[signature]* |
| William A. Walsh (WW 3301) | Peter John Sacripanti (PS 8968) |
| Robert J. Gordon (RG 3408) | James A. Pardo (JP 9018) |
| Co-lead counsel for plaintiffs | Stephen J. Riccardulli (SR 7784) |
| 700 Broadway | 340 Madison Avenue |
| New York, New York 10003 | New York, New York 10173 |
| (212) 558-5500 | (212) 547-5400 |
| *Plaintiffs' Liaison Counsel* | *Defendants' Liaison Counsel* |