UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(SAS)<br>MDL 1358<br><br>**NOTICE OF APPEARANCE OF DANIEL Z. RIVLIN** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Daniel Z. Rivlin of Buchanan Ingersoll & Rooney PC hereby appears as counsel for Defendants, Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by electronic mail to the address below.

Dated: New York, New York
       January 13, 2015

                                    Respectfully submitted,

                                    /s/ Daniel Z. Rivlin
                                    Daniel Z. Rivlin (DR6294)

                                    BUCHANAN INGERSOLL & ROONEY PC
                                    1290 Avenue of the Americas, 30th Floor
                                    New York, NY 10104-3001
                                    Tel.:   (212) 440-4400
                                    Fax:   (212)440-4401
                                    daniel.rivlin@bipc.com

                                    *Attorneys for Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015 I caused to be electronically filed the foregoing Notice of Appearance of Daniel Z. Rivlin with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

/s/ Daniel Z. Rivlin
Daniel Z. Rivlin (DR6294)