UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898(SAS)<br>MDL 1358 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MARATHON OIL CORPORATION, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, MARATHON PETROLEUM COMPANY LLC AND SPEEDWAY LLC PURSUANT TO FED.R.CIV.P. 7.1

The nongovernmental corporate parties, *Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC,* in the above-listed civil action do not have any parent corporations and publicly held corporations that own 10% of their stock.

Dated: New York, New York
          January 13, 2015

Respectfully submitted,

/s/ Daniel Z. Rivlin
Daniel Z. Rivlin (DR6294)

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Tel.:   (212) 440-4400
Fax:   (212)440-4401
daniel.rivlin@bipc.com

*Attorneys for Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015 I caused to be electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

/s/ Daniel Z. Rivlin
Daniel Z. Rivlin (DR6294)