# Buchanan Ingersoll ⚑ Rooney PC
Attorneys & Government Relations Professionals

550 Broad Street, Suite 810
Newark, NJ 07102-4582
T 973 273 9800
F 973 273 9430
www.bipc.com

**Daniel Z. Rivlin**
973 424 5622
daniel.rivlin@bipc.com

January 29, 2015

**VIA ECF**
Hon. Shirà A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

> Re: In Re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation
> Master File No. 1:00-1898 (SAS)
> MDL 1358
> This document relates to:
> Commonwealth of Pennsylvania v. Exxon Mobile Corporation, et, al.,
> Case No. 14-cv-06228

Dear Judge Scheindlin:

We represent Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC in the above action. I respectfully request that Eugene A. Giotto, of our Pittsburgh office, be admitted *pro hac vice* to the SDNY for all purposes as counsel for said Defendants.

While we are aware of Your Honor's rules regarding attorneys seeking *pro hac vice* admission in cases before you, pursuant to our conversation with Mr. Cliff Bloomfield, from Your Honor's chambers, our office is submitting this letter requesting said relief and seeking the Court's guidance regarding which parties, if any, we should consult, in order to ascertain whether there is any opposition to our request.

A proposed Order granting Mr. Giotto's *pro hac vice* admission including his mailing address and phone number is enclosed.

We thank the Court in advance for its courtesies.

Respectfully yours,

/s/ Daniel Z. Rivlin

Daniel Z. Rivlin

Enclosure

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(SAS)<br>MDL 1358<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Eugene A. Giotto, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his contact information is as follows (please print):

> Eugene A. Giotto
> BUCHANAN INGERSOLL & ROONEY PC
> One Oxford Centre, 20th Floor
> 301 Grant Street
> Pittsburgh, PA  19219
> Telephone:  (412) 562-8800
> Facsimile:  (412) 562-1041

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                                        United States District / Magistrate Judge