UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

Master File No. 1:00-1898(SAS)
MDL 1358

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/15

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Eugene A. Giotto, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his contact information is as follows (please print):

> Eugene A. Giotto
> BUCHANAN INGERSOLL & ROONEY PC
> One Oxford Centre, 20th Floor
> 301 Grant Street
> Pittsburgh, PA 19219
> Telephone: (412) 562-8800
> Facsimile: (412) 562-1041

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/30/15

_____
United States District / Magistrate Judge