UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

-----------------------------------------------

This document relates to:

*Orange County Water District v. Unocal Corp., et al.*, 04 Civ. 4968 (SAS)

-----------------------------------------------------X

### [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANT LYONDELL CHEMICAL COMPANY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Procedures, **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to Defendant Lyondell Chemical Company's Motion for Good Faith Settlement Determination filed on February 10, 2015 in *Orange County Water District v. Unocal Corp., et al.*, No. 04 Civ. 4968:

February 24, 2015     Deadline for any opposition brief

March 3, 2015     Deadline for reply briefs (if necessary)

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February 11, 2015