COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (SAS) |
| **This document relates to:** | Judge: Hon. Shira A. Scheindlin |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Todd W. Mensing of Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing P.C. shall be substituted in the place of and in the stead of Alan E. Kraus and Matthew D. Thurlow of Latham & Watkins LLP as counsel of record for Defendant NuStar Terminals Operations Partnership L.P. in the matter *Commonwealth of Pennsylvania v. Exxon Mobil Corp. et al.*, No. 1:14-cv-06228.

Dated: New York, New York
       February 17, 2015

| OUTGOING COUNSEL | INCOMING COUNSEL |
|---|---|
| **LATHAM & WATKINS LLP** | **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING P.C.** |

*(signature)*
Alan E. Kraus
Matthew D. Thurlow (Pro Hac Vice)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*(signature)*
Todd W. Mensing (Pro Hac Vice)
1221 McKinney St., Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

*Attorney for Defendant NUSTAR TERMINALS OPERATIONS PARTNERSHIP L.P.*

**NUSTAR TERMINALS OPERATIONS PARTNERSHIP L.P.**

By: _____
Nada Ismail Taha

**SO ORDERED:**

2/17/15
Date

_____
Hon. Shira A. Scheindlin, U.S.D.J.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (SAS) |
| **This document relates to:** | Judge: Hon. Shira A. Scheindlin |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## DECLARATION OF ALAN E. KRAUS

I, Alan E. Kraus, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice before this Court and am counsel to the law firm of Latham & Watkins LLP. I submit this declaration pursuant to Local Civil Rule 1.4, in support of the accompanying Stipulation and Order Substituting Counsel for Defendant Nustar Terminals Operations Partnership L.P.

2. The Defendant consents to the substitution of Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing P.C. for Latham & Watkins LLP. Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing P.C. has been retained as primary defense counsel for Defendant in this matter, and it has been acting on Defendant's behalf in this matter since February 2015. Accordingly, the proposed substitution of counsel will not affect the continuity of Defendant's representation or the administration of this case, nor will it cause any prejudice to the Plaintiffs or other Defendants.

3. Latham & Watkins LLP is not presently asserting any retaining or charging liens against any of the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

Executed in New York, NY on February __/2__, 2015

_____
Alan E. Kraus

## CERTIFICATE OF SERVICE

I certify that on February 12, 2015, I caused a true and correct copy of the foregoing documents to be served electronically on all counsel of record and on Plaintiff's counsel by electronic filing via File & ServeXpress.

*/s/ Alan E. Kraus*

LATHAM & WATKINS LLP
Alan E. Kraus
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864