

224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604-2516
Tel 312 660 7600   Fax 312 692 1718

Pamela R. Hanebutt

(312) 660-7625
phanebutt@eimerstahl.com

February 18, 2015

*VIA E-MAIL AND HAND DELIVERY*

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York  10007-1312

    Re:    MDL No. 1358, Master File No. 1:00-1898 (SAS)
              *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,*
              *Case No. 14-cv-06228*

Dear Judge Scheindlin:

    I am writing on behalf of CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO") to inform you that Plaintiffs have agreed to dismiss without prejudice the insurance claims made against CITGO in the Amended Complaint (Counts VII, VIII and IX).

    The parties have signed the enclosed Stipulation regarding their agreement, and we respectfully request that you sign the enclosed Proposed Order.

    After the Proposed Order is signed, CITGO will withdraw its motion to dismiss the insurance claims (Memorandum in Support at Dkt. No. 95) and its joinder in Certain Insurance Defendants' Motion to Dismiss (Dkt. No. 83).  CITGO continues to join in the MTBE Defendants' Motion to Dismiss (Dkt. No. 81).

                                           Sincerely,

                                           Pamela R. Hanebutt

Enclosures
cc:    Stephen A. Corr (via Email)
       All Counsel of Record via LNFS