UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* **Case No. 14-cv-06228** | Master File No. 1:00-1898 (SAS)<br>MDL No. 1358 |

## STIPULATION OF DISMISSAL OF INSURANCE CLAIMS AGAINST CITGO

WHEREAS Plaintiffs have agreed to dismiss without prejudice their insurance claims (as defined below) against CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO");

WHEREAS the parties have agreed to jointly request that the Court enter the attached proposed order of dismissal:

THE PARTIES HEREBY STIPULATE AND AGREE that Count VII (subrogation), Count VIII (unjust enrichment) and Count IX (Pennsylvania Storage Tank and Spill Prevention Act) of the Amended Complaint, which collectively are defined as the "Insurance Claims," are dismissed without prejudice as to CITGO.  All other claims in the Amended Complaint remain pending and unaffected by this Stipulation.

THE PARTIES FURTHER STIPULATE AND AGREE that each of the parties to this stipulation shall bear and pay its own costs, expenses, and attorneys' fees heretofore incurred in connection with the claims made against CITGO in Counts VII, VIII and IX of the Amended Complaint.

SO STIPULATED.

Dated: February 18, 2015

THE COMMONWEALTH OF PENNSYLVANIA, BY AND THROUGH PENNSYLVANIA ATTORNEY GENERAL KATHLEEN G. KANE, THE PENNSYLVANIA INSURANCE DEPARTMENT, THE PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND THE PENNSYLVANIA UNDERGROUND STORAGE TANK INDEMNIFICATIN FUND

By:   s/ Stephen A. Corr
    Stephen A. Corr (scorr@stark-stark.com)
    Special Counsel to the Commonwealth of Pennsylvania
    STARK & STARK, P.C.
    777 Township Line Road, Suite 120
    Yardley, Pennsylvania 19067
    Ph. (267) 907-9600
    Fax (267) 907-9659

CITGO PETROLEUM CORPORATION AND CITGO REFINING AND CHEMICALS COMPANY L.P.

By:   s/ Pamela R. Hanebutt
    Nathan P. Eimer (neimer@eimerstahl.com)
    (New York Bar No. 1976067)
    Pamela R. Hanebutt
    (phanebutt@eimerstahl.com)
    Lisa S. Meyer (lmeyer@eimerstahl.com)
    EIMER STAHL LLP
    224 South Michigan Avenue, Suite 1100
    Chicago, IL 60604
    Ph. 312-660-7600
    Fax 312-692-1718