UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation** | Master File No. 1:00-1898 (SAS)<br>MDL No. 1358 |
| **This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* **Case No. 14-cv-06228** | |

### [PROPOSED] ORDER OF DISMISSAL OF INSURANCE CLAIMS AGAINST CITGO

After having considered the Stipulation of Dismissal of Insurance Claims Against CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P., and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that Count VII (subrogation), Count VIII (unjust enrichment) and Count IX (Pennsylvania Storage Tank and Spill Prevention Act) of the Amended Complaint are hereby DISMISSED WITHOUTOUT PREJUDICE as to CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO"), with each party to bear and pay its own costs, expenses, and attorneys' fees heretofore incurred in connection with the claims made against CITGO in Counts VII, VIII and IX of the Amended Complaint. All other claims in the Amended Complaint against CITGO remain pending and unaffected by this dismissal order.

IT IS SO ORDERED.

Dated: _____                        _____
                                                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 18, 2015, a copy of the STIPULATION OF DISMISSAL OF INSURANCE CLAIMS AGAINST CITGO AND [PROPOSED] ORDER OF DISMISSAL OF INSURANCE CLAIMS AGAINST CITGO were served upon all parties of record via LexisNexis File and Serve.

                                                                                            s/ Joan Radovich