USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898 (SAS)
MDL No. 1358

This document pertains to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

## [PROPOSED] ORDER OF DISMISSAL OF INSURANCE CLAIMS AGAINST CITGO

After having considered the Stipulation of Dismissal of Insurance Claims Against CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P., and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that Count VII (subrogation), Count VIII (unjust enrichment) and Count IX (Pennsylvania Storage Tank and Spill Prevention Act) of the Amended Complaint are hereby DISMISSED WITHOUTOUT PREJUDICE as to CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO"), with each party to bear and pay its own costs, expenses, and attorneys' fees heretofore incurred in connection with the claims made against CITGO in Counts VII, VIII and IX of the Amended Complaint. All other claims in the Amended Complaint against CITGO remain pending and unaffected by this dismissal order.

IT IS SO ORDERED.

Dated: 2/19/15

United States District Judge