UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-cv-1898<br>MDL 1358 (SAS) |
| This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Joseph F. Lagrotteria, Esq., James L. Messenger, Esq., and Dorothy M. Laguzza, Esq. of LeClairRyan, a Virginia Professional Corporation, shall be substituted in the place of and in the stead of Brent H. Allen, Esq. of Greenberg Traurig, LLP, as counsel of record for Defendants Coastal Eagle Point Oil Company and El Paso Merchant Energy-Petroleum Company (in its capacity as an MTBE Defendant) in the matter *Commonwealth of Pennsylvania v. Exxon Mobil Corp. et al.*, No. 1:14-cv-06228.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the addresses set forth below.

Respectfully submitted this 12th day of January, 2014.

| **OUTGOING COUNSEL** | **INCOMING COUNSEL** |
|---|---|
| **Greenberg Traurig, LLP** | **LeClairRyan**<br>A Virginia Professional Corporation |
| /s/ Brent H. Allen<br>Brent H. Allen, (*Pro Hac Vice*)<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, D.C. 20037<br>Tel.: (202) 331-3100<br>Fax: (202) 331-3101<br>E-mail: AllenBr@GTLaw.com | /s/ Joseph F. Lagrotteria<br>Joseph F. Lagrotteria, (*Pro Hac Vice*)<br>Dorothy M. Laguzza<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, New Jersey 07102<br>Tel.: (973) 491-3600<br>Fax: (973) 491-3555<br>E-mail: Joseph.Lagrotteria@LeClairRyan.com<br>E-mail: Dorothy.Laguzza@LeClairRyan.com |
| | James L. Messenger, (*Pro Hac Vice*)<br>One International Place<br>Eleventh Floor<br>Boston, Massachusetts 02110<br>Tel.: (617) 502-8231<br>Fax: (617) 502-8241<br>E-mail: James.Messenger@LeClairRyan.com |

*Attorneys for Coastal Eagle Point Oil Company and*
*El Paso Merchant Energy-Petroleum Company*
*(in its capacity as an MTBE Defendant)*

SO ORDERED

The Honorable Shira A. Scheindlin
United States District Judge

Dated: 2/19/15

## CERTIFICATE OF SERVICE

I certify that on January 12, 2015, a true and correct copy of this Stipulation and Order of Substitution of Counsel was electronically served on counsel of record via the CM/ECF system and LexisNexis File and Serve.

      /s/ Joseph F. Lagrotteria
Joseph F. Lagrotteria, (*Pro Hac Vice*)
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, New Jersey 07102
Tel.: (973) 491-3600
Fax: (973) 491-3555
E-mail: Joseph.Lagrotteria@LeClairRyan.com

*Attorneys for Coastal Eagle Point Oil Company and El Paso Merchant Energy-Petroleum Company (in its capacity as an MTBE Defendant)*