UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

IN RE: METHYL TERTIARY BUTYL : 
ETHER ("MTBE") PRODUCTS : Master File No. 1:00-1898
LIABILITY LITIGATION : MDL 1358 (SAS)
: M21-88
:
-------------------------------------------------- :
This document relates to: :
:
*Orange County Water District v. Unocal* :
*Corp., et al.*, 04 Civ. 4968 (SAS) :
------------------------------------------------------X

### [PROPOSED] REVISED ORDER REGARDING BRIEFING ON DEFENDANT LYONDELL CHEMICAL COMPANY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Pursuant to Local Civil Rule 6.1(b) and Rule IV.D of this Court's Individual Rules and Procedures, **IT IS HEREBY ORDERED** that the following *revised* briefing schedule shall apply to Defendant Lyondell Chemical Company's Motion for Good Faith Settlement Determination filed on February 10, 2015 in *Orange County Water District v. Unocal Corp., et al.*, No. 04 Civ. 4968:

| | |
|---|---|
| March 3, 2015 | Deadline for any opposition brief |
| March 17, 2015 | Deadline for reply briefs (if necessary) |

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February 24, 2015