UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|4|15
```

-------------------------------------------------X

IN RE: METHYL TERTIARY BUTYL        :
ETHER ("MTBE") PRODUCTS             :    **Master File No. 1:00-1898**
LIABILITY LITIGATION                :    **MDL 1358 (SAS)**
                                    :    **M21-88**
                                    :
-------------------------------------------------   :
                                    :
This document relates to:           :
                                    :
*Orange County Water District v. Unocal*   :
*Corp, et al.*, 04 Civ. 4968 (SAS)   :
                                    :
-------------------------------------------------X

## RE~~VISED~~ [~~PROPOSED~~] ORDER GRANTING DEFENDANT LYONDELL CHEMICAL COMPANY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

The Court having considered the Motion for Good Faith Settlement Determination (the

"Motion") of Defendant Lyondell Chemical Company, individually and as successor-in-interest

to Defendant ARCO Chemical Company, the Delaware corporation (collectively, "Lyondell"),

the Memorandum of Law submitted in support thereof, the accompanying Declaration of John J.

DiChello with exhibits thereto, and other evidence, all the pleadings, filings, and proceedings in

this action, and any arguments of counsel:

**IT IS HEREBY ORDERED** that Lyondell's Motion is **GRANTED**, and that:

1.       The settlement entered into between Plaintiff Orange County Water District

("OCWD") and the Creditor Representative appointed under the confirmed plan of

reorganization in Lyondell's chapter 11 proceeding pending in the United States Bankruptcy

Court for the Southern District of New York, captioned *In re: Lyondell Chemical Company et.*

*al.*, Chapter 11, Case No. 09-10023 (REG) (Bankr. S.D.N.Y.), that resolves OCWD's claims

against Lyondell in this matter and of which Lyondell is an intended third-party beneficiary

under the settlement agreement (the "Settlement Agreement") is hereby determined to be a good

faith settlement within the meaning of California Code of Civil Procedure §§ 877 and 877.6 and

case law interpreting those sections, including *Tech-Bilt, Inc. v. Woodward-Clyde & Assoc.*, 38

Cal. 3d 488 (Cal. 1985).

2.    The negotiations of the Settlement Agreement between OCWD and the Creditor

Representative were conducted fairly, in good faith, and at arm's length.  There is no evidence of

bad faith, fraud, collusion, or any intent to impact unfairly or injure the rights or interests of other

Defendants, former Defendants, prior settling Defendants, or others.

3.    Pursuant to California Code of Civil Procedure § 877.6(c), this good faith

determination shall bar any and all further claims by any person, including, but not limited to,

any Defendant, former Defendant, prior settling Defendant, cross-complainant, and/or former

cross-complainant, against Lyondell and the "Released Parties," as that term is defined by the

Settlement Agreement, for equitable comparative contribution, or partial or comparative

indemnity, based on comparative negligence or comparative fault.

4.    Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court

determines that there is no just cause for delay and expressly DIRECTS the ENTRY OF

JUDGMENT on the issue of the determination that the Settlement Agreement is a good faith

settlement under California law and that Lyondell and the "Released Parties," as that term is

defined by the Settlement Agreement, are protected from joint tortfeasor claims for contribution

and indemnity in accordance with California Code of Civil Procedure § 877.6(c).

5.    OCWD and the Creditor Representative agreed to settle OCWD's claims against

Lyondell in this matter by allowing a general unsecured claim of $9.35 million under the Third

Amended Joint Plan of Reorganization for the LyondellBasell Debtors confirmed by the

bankruptcy court on April 23, 2010, which became effective on April 30, 2010. As a result of

that allowed general unsecured claim, OCWD is receiving 29,351 class A shares of

LyondellBasell Industries N.V. common stock (NYSE: LYB), plus $1,398,508 in cash as

consideration for the release. The consideration paid for the release is valued collectively at

$4,000,000.

6.      Pursuant to California Code of Civil Procedure § 877(a), the settlement shall

reduce the claims against all other Defendants, jointly and severally, by the total sum of

$4,000,000.

**SO ORDERED:**

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
        March 4, 2015