```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------X

**This document relates to:**

Orange County Water District v. Unocal
Corp., et al., 04 Civ. 4968 (SAS)
-----------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88 (SAS)

**RULE 54(b) JUDGMENT**

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on March 4, 2015, having rendered its Order that there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), directing entry of judgment on the issue of the determination that the Settlement Agreement is a good faith settlement under California law and that Lyondell and the "Released Parties," as the term is defined by the Settlement Agreement, are protected from joint tortfeasor claims for contribution and indemnity in accordance with California Code of Civil Procedure § 877.6(c), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2014, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered that the Settlement Agreement is a good faith settlement under California law and that Lyondell and the "Released Parties," as the term is defined by the Settlement Agreement, are protected from joint tortfeasor claims for contribution and indemnity in accordance with California Code of Civil Procedure § 877.6(c).

**Dated:** New York, New York
March 6, 2015

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____