```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) |
| **This document relates to:** | Judge: Hon. Shira A. Scheindlin |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.* No. 1:14-cv-06228 | |

## ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendant CHEVRON U.S.A., INC., to admit, *pro hac vice*, Ryan A. Shores, Hunton & Williams, LLP and the request is hereby GRANTED.

It is hereby ORDERED that Ryan A. Shores is admitted to practice before the Court *pro hac vice* on behalf of CHEVRON U.S.A., INC. in *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.* upon payment of the required $200 to the Clerk of Court.

Ryan A. Shores
Hunton & Williams, LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037-1701
Phone: 202 • 955 • 1500

Dated: 3/9/15

_____
The Honorable Shira A. Scheindlin
United States District Judge