USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This document relates to:

Commonwealth of Puerto Rico, *et al.*
v. Shell Oil Company, *et al.*, No. 07 Civ. 10470

Master File No. 1:00 – 1898
MDL 1358 (SAS)
M21-88

Civil Action

## ORDER

Having considered the Motion for Voluntary Dismissal with Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Lyondell Chemical Company, it is hereby:

ORDERED that Lyondell Chemical Company is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York,
         March 19, 2015