UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Methyl Tertiary-Butyl Ether
("MTBE") Products Liability Litigation

This document pertains to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

Master File No. 1:00-1898 (SAS)
MDL No. 1358

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/15

## ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of defendant CROWN CENTRAL LLC, in its capacity as MTBE defendant, to admit, *pro hac vice*, Duke K. McCall, III, Esq., of Morgan, Lewis & Bockius LLP, and the request is hereby **GRANTED**.

It is hereby **ORDERED** that Duke K. McCall, III, Esq., is admitted to practice before this Court *pro hac vice* on behalf of CROWN CENTRAL LLC in the matter of *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No. 14-cv-06228, upon payment of the required $200.00 fee.

Duke K. McCall, III
Morgan, Lewis & Bockius LLP
2020 K Street, N.W.
Washington, D.C. 20006
duke.mccall@morganlewis.com
Telephone: (202) 373-6607
Facsimile: (202) 373-6443

Dated: 3/23/15

The Honorable Shira A. Scheindlin
United States District Judge

A/76600644.1