UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") -- Products Liability Litigation<br><br>This document relates to:<br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, 14 Civ. 006228 | Master File C.A. No.<br>1:00 – 1898 (SAS)<br>MDL 1358<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/14/15 |

## ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC to admit *pro hac vice* Martin L Roth of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Martin L. Roth is admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $200.00 to the Clerk of Court.

Martin L. Roth
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654
(312) 862-7170
rothm@kirkland.com

DATED: April 14, 2015

The Honorable Shira A. Scheindlin
United States District Judge