UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") -- Products Liability Litigation<br><br>This document relates to:<br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, 14 Civ. 006228 | Master File C.A. No.<br>1:00 – 1898 (SAS)<br>MDL 1358<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/14/15 |

## ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC to admit *pro hac vice* Daniel I. Siegfried of Kirkland & Ellis LLP, and the request is hereby GRANTED.

It is hereby ORDERED that Daniel I. Siegfried is admitted to practice before the Court *pro hac vice* on behalf of the above named Defendants in these civil actions upon payment by each party of the required $200.00 to the Clerk of Court.

        Daniel I. Siegfried
        Kirkland & Ellis LLP
        300 North LaSalle
        Chicago, Illinois 60654
        (312) 862-3813
        daniel.siegfried@kirkland.com

DATED: April 14, 2015

_____
The Honorable Shira A. Scheindlin
United States District Judge