| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/16/15 |
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE)<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Commonwealth of Puerto Rico, et al.<br>v. Shell Oil Company, et al.,<br>USDC-SDNY 14-01014 (SAS);<br>USDC-PR 13-01678 (CCC) | Master File No: 1:00-cv-1898<br>MDL 1358 (SAS) |

## [PROPOSED] ORDER

Having considered the recently filed Notice of Voluntary Dismissal Without Prejudice Under FED. R. CIV. P. 41(a)(1) and Joint Stipulation as to Atlantic Trading & Marketing, Inc., it is hereby:

**ORDERED** that Atlantic Trading & Marketing, Inc. is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(1) and according to the terms of the agreement of the parties as evidenced in the Notice of Voluntary Dismissal Without Prejudice Under FED. R. CIV. P. 41(a)(1) and Joint Stipulation as to Atlantic Trading & Marketing, Inc. filed on April 15, 2015.

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated:   New York, New York
         April 16, 2015