Law Offices of
# MILLER & AXLINE
A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE

TRACEY L. O'REILLY
DANIEL BOONE
JUSTIN MASSEY
BRYAN BARNHART
DAVE E. BLUM
MOLLY MCGINLEY HAN

April 15, 2015

VIA ECF & EMAIL

Honorable Shira A. Scheindlin
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    *In Re MTBE Products Liability* MDL 1358
             This Document Relates to: *Orange County Water District v. Unocal Corp., et al.*
             **Order of Dismissal as to Lyondell Chemical Company and ARCO Chemical Company Only**

Dear Judge Scheindlin:

      On April 8, 2015, the Court approved the settlement between plaintiff Orange County Water District and the Creditor Representative appointed under the confirmed plan of reorganization in Lyondell Chemical Company's Chapter 11 case that resolved plaintiff's claims against Lyondell Chemical Company (f/k/a ARCO Chemical Company) in the above-captioned matter, and of which Lyondell is an intended third-party beneficiary. Pursuant to the terms of that settlement, plaintiff respectfully requests that the Court enter the attached Order of Dismissal.

                                              Respectfully Submitted,

                                              Michael Axline
                                              Counsel for Orange County Water District

Encls.

cc: All Counsel (via LNFS)