UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

This document relates to:
Orange County Water District v. Unocal Corp., et al.
No. 04 Civ. 4968 (SAS)

---

### ORDER OF DISMISSAL AS TO LYONDELL CHEMICAL COMPANY AND ARCO CHEMICAL COMPANY ONLY

---

The Court hereby ORDERS, ADJUDGES, AND DECREES that the actions of plaintiff Orange County Water District against Lyondell Chemical Company and ARCO Chemical Company are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees in connection with this dismissal.

New York, New York
DATED: _____

_____
Hon. Shira S. Scheindlin, USDJ

1

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.,* Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

**[PROPOSED] ORDER OF DISMISSAL AS TO LYONDELL CHEMICAL COMPANY AND ARCO CHEMICAL COMPANY ONLY**

I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on April 16, 2015.

_____
KATHY HERRON