UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document related to:
All Cases

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

## Joint Agenda For April 24, 2015 Status Conference

### Joint Agenda Item

1. *OCWD*: Remand of Focus Sites to the Trial Court and Process to Address Non-Focus Sites in the MDL

### Defendants' Agenda Items

1. *Commonwealth of Pennsylvania:* Proposed CMO Covering Initial Disclosures

2. *Puerto Rico*: Request for Briefing Schedule & Proposed Order on Count VII

3. *Puerto Rico*: Status of Petrobras Stipulation Regarding Statute of Limitations or Need for Summary Judgment

### Plaintiffs' Agenda Items

1. *Puerto Rico*: Update on Certification to Puerto Rico Supreme Court

2. *Puerto Rico*: Briefing Schedule for Anticipated Motions for Summary Judgment on Prescription

3. *Commonwealth of Pennsylvania:* Draft CMO

4. *Commonwealth of Pennsylvania:* Lukoil Americas Corp. Personal Jurisdiction Discovery

5. *OCWD*: Form of Judgment for Shell and BP Defendants

Dated:   New York, New York
         April 16, 2015

WEITZ & LUXENBERG, P.C.


William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
Co-lead counsel for plaintiffs
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP


Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*