UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/15

**In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation**

MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

This document relates to:
Orange County Water District v. Unocal Corp., et al.
No. 04 Civ. 4968 (SAS)

**ORDER OF DISMISSAL AS TO LYONDELL CHEMICAL COMPANY AND
ARCO CHEMICAL COMPANY ONLY**

The Court hereby ORDERS, ADJUDGES, AND DECREES that the actions of plaintiff Orange County Water District against Lyondell Chemical Company and ARCO Chemical Company are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees in connection with this dismissal.

New York, New York
DATED: 4/17/15

_____
Hon. Shira S. Scheindlin, USDJ

1