| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> ) <br> ) <br> ) <br> ) <br> **In re Methyl Tertiary-Butyl Ether** ) <br> **("MTBE") Products Liability Litigation** ) <br> ) <br> ) | Master File C.A. No. 1:00-1898 <br><br> MDL 1358 (SAS) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Comes now Selena L. Evans and moves this Court to accept her withdrawal of appearance on behalf of Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma for the following reason:

1. Selena L. Evans is leaving the Dowd Bennett LLC firm.

WHEREFORE, Selena L. Evans respectfully requests this Court to accept her Withdrawal of Appearance as counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining And Marketing Company, Valero Refining Company–Oklahoma.

Dated: April 17, 2015                     Respectfully submitted,

                                                      **DOWD BENNETT LLP**

                                                      By: ___/s/ Selena L. Evans_____
                                                      Selena L. Evans
                                                      7733 Forsyth Blvd., Suite 1900
                                                      St. Louis, Missouri 63105
                                                      Telephone: (314) 889-7300
                                                      Facsimile: (314) 863-2111
                                                      sevans@dowdbennett.com
                                                      *Admitted pro hac vice*

                                                      ATTORNEYS FOR DEFENDANTS

VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY–OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC.

## **PROOF OF SERVICE**

       I hereby certify that a true and correct copy of Selena L. Evan's Motion for Withdrawal of Appearance was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 17th day of April, 2015.

                                                      /s/ Selena L. Evans