USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This document related to:**

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, Case No. 14-CV-01014

Master File No. 1:00 – 1898
MDL 1358 (SAS): M21-88

[PROPOSED] CASE MANAGEMENT ORDER # 118

This Order memorializes the Court's rulings at the May 1 and June 10, 2014 status conferences.

WHEREAS Defendants have advised the Court that they intend to move to dismiss Count VII, Restitution for Unjust Enrichment, *inter alia*, on the grounds enumerated in the Court's amended July 17, 2013 Opinion and Order, in which I concluded that Puerto Rico authority would not permit Plaintiffs to pursue unjust enrichment as either a separate cause of action or remedy. *Commonwealth of Puerto Rico v. Shell Oil Co.*, No. 07 Civ. 10470, Amended Opinion and Order (July 17, 2013) (hereinafter "July 17, 2013 Order");

NOW THEREFORE IT IS ORDERED that Plaintiffs' Count VII, Restitution for Unjust Enrichment, is dismissed with prejudice on the same grounds set forth in the July 17, 2013 Order, which apply equally here.

SO ORDERED:

_____    4/24/15
Shira A. Scheindlin, U.S.D.J.    Date