UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/15

| | |
|---|---|
| IN RE METHYL TRETIARY BUTYLETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-cv-01898<br>MDL 1358 (SAS) |
| This document relates to: All Cases | WILLIE J. EPPS, JR.<br>WITHDRAWAL OF APPEARANCE |

The request of Willie J. Epps Jr., to withdraw his appearance in the above captioned action have been granted.

Willie J. Epps, Jr. has requested to withdraw his appearance as counsel for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company Oklahoma and Valero Refining Company Texas, L.P., individually and as successor-in-interest to Valero Refining Company-Texas and Valero Refining Company in the above-captioned case in the United States District Court for the Southern District of New York. .

**SO ORDERED:**

Date: 5/14/15

The clerk of court is directed to close this motion (Docket #4117).