UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (SAS) |
| **This document relates to:** | Judge: Hon. Shira A. Scheindlin |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No. 1:14-cv-06228 | |

### ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION

This Court has considered the unopposed request of Defendant NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP, to admit, *pro hac vice*, Megan L. Bibb of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., and the request is hereby GRANTED.

It is hereby ORDERED that Megan L. Bibb is admitted to practice before the Court *pro hac vice* on behalf of NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP in *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.* upon payment of the required $200 to the Clerk of Court.

Megan L. Bibb
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Phone: (713) 655-1101

Dated: 5/20/15

_____
The Honorable Shira A. Scheindlin
United States District Judge