

### COMMONWEALTH OF PUERTO RICO
### DEPARTMENT OF STATE
### SAN JUAN, PUERTO RICO

## CERTIFICATE OF AUTHORIZATION TO DO BUSINESS IN

## PUERTO RICO

**THIS IS TO CERTIFY THAT:** ·              **No.12,233-F**

### PETROBRAS AMERICA INC.

is **a** profit corporation organized under the laws of **Delaware** duly authorized to

do business in Puerto Rico since **August 7, 2002 at 9:35 a.m.**



**IN WITNESS WHEREOF**, the undersigned by

virtue of the authority vested by law, hereby

issue this certificate and affixes the Great Seal

of the Commonwealth of Puerto Rico, in the

City of San Juan, today August 7th of the year

two thousand two.

Gricel Falgás Rodríguez
Assistant Director
Corporate Registry

GFR/Jar
10DO 000F 457-407

# EXHIBIT A



**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF STATE**
**SAN JUAN, PUERTO RICO**

**CERTIFICATE OF AUTHORIZATION TO DO BUSINESS IN**

**PUERTO RICO**

THIS IS TO CERTIFY THAT:                                    **No.12,233-F**

**PETROBRAS AMERICA INC.**

is **a** profit corporation organized under the laws of **Delaware** duly authorized to

do business in Puerto Rico since **August 7, 2002 at 9:35 a.m.**



**IN WITNESS WHEREOF**, the undersigned by

virtue of the authority vested by law, hereby

issue this certificate and affixes the Great Seal

of the Commonwealth of Puerto Rico, in the

City of San Juan, today August 7th of the year

two thousand two.

Gricel Falgás Rodríguez
Assistant Director
Corporate Registry

GFR/Jar
10DO 000F 457-407

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Negociado de Procesamiento de Planillas

*V. SLUOY*

# SOLICITUD DE CERTIFICACION DE RADICACION Y COPIA DE PLANILLA

(Véanse instrucciones al dorso)

USO OFICIAL SOLAMENTE PARA LA SECCION DE FOTOCOPIAS

Número de solicitud

Número(s) de serie

## Información General

**Clase de planilla o declaración que solicita:**

- [ ] ón $5
- [ ] ción $5
- [ ] Copia de planilla (simple) $5
- [ ] Copia de planilla (protocolar) $7

- [X] Contribución sobre ingresos
- [ ] Caudal relicto y donaciones
- [ ] Certificación de cancelación de gravamen (Relevo)
- [ ] Arbitrios

- [ ] Trimestrales
- [ ] Otros _____

**Tipo de Contribuyente**
- [ ] Individuo
- [ ] Fiduciario o Sucesión
- [ ] Sociedad

Fecha de organización
___ / ___ / ___

- [X] Corporación

Fecha de incorporación
___ / ___ / ___

**Propósito de esta solicitud:**
- [ ] Instituciones financieras
- [ ] Asistencia económica (por ejemplo, subsidio de renta)
- [ ] Herencia
- [ ] Tribunal
- [ ] Inmigración
- [X] Otro (especifique) *Records*

**Período contributivo y cantidad de copias o certificaciones que solicita:**

| Día | Mes | Año | Día | Mes | Año | Cantidad |
|-----|-----|-----|-----|-----|-----|----------|
| ___ / | ___ / | ___ | a | ___ / | ___ / | ___ | |
| ___ / | ___ / | ___ | a | ___ / | ___ / | ___ | |
| ___ / | ___ / | ___ | a | ___ / | ___ / | ___ | |
| ___ / | ___ / | ___ | a | ___ / | ___ / | ___ | |
| ___ / | ___ / | ___ | a | ___ / | ___ / | ___ | |

Si es una declaración, favor indicar el (los) mes(es) trimestre(s)

_____

**Nombre del contribuyente, causante o donante**
*Petrobras America, Inc.*

**Núm. seguro social o identificación patronal**
*760-235183*

**Nombre del solicitante (si es diferente al nombre del contribuyente)**
*Edgar Rivera*

**Relación del solicitante con el contribuyente, causante o donante**
*Representante Autorizado*

**Dirección postal del contribuyente o solicitante**
*PO BOX 363566*
*San Juan, PR 00936-3566*

Teléfono oficina: _____ -7970

Teléfono residencia: _____

Se acompaña la cantidad de $ *5.00* en sellos de Rentas Internas. Número(s) de serie _____

*(Round stamp: DEPARTAMENTO DE HACIENDA · ASISTENCIA CONTRIBUTIVA #2 · ESTADO LIBRE ASOCIADO DE PUERTO RICO)*

## Complete sólo si el contribuyente es un individuo y solicita certificación de planilla de contribución sobre ingresos

**Estado civil**
- [ ] Soltero
- [ ] Casado
- [ ] Separado

**Nombre del cónyuge**
_____

**Núm. seguro social del cónyuge**
_____

El contribuyente vive:  Sí [ ]   No [ ]        Indique la fecha de fallecimiento: _____

| Ingresos | Contribuyente | | Cónyuge | |
|----------|---------------|--|---------|--|
| Empleado de gobierno ................................................ | | | | |
| Empleado de empresa privada ................................... | | | | |
| Trabajo por cuenta propia .......................................... | | | | |
| Indicar profesión u ocupación ................................... | | | | |
| Salario o ingreso del período contributivo más reciente ....... | $ | 00 | $ | |

## Complete sólo si está solicitando copia de planilla de caudal relicto y donaciones o certificación de cancelación de gravamen

**Número del caso o relevo**
_____

**Fecha de fallecimiento o donación**
_____

## Declaración y Firma

Declaro bajo las penalidades de perjurio que esta solicitud ha sido examinada por mi, y la información en esta solicitud es cierta, correcta y completa.

| | *8/6/02* | |
|---|---|---|
| Firma del contribuyente | Fecha de solicitud | Firma del solicitante |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
**ADMINISTRACIÓN DEL DERECHO AL TRABAJO**
**SECCION DE CONTRIBUCIONES**
**UNIDAD DE DETERMINACION DE PATRONOS**
**505 AVE. MUÑOZ RIVERA, SAN JUAN PR 00919**
**TELEFONOS: (787) 281-5673 - (787) 754-5271 – FAX: (787) 281-5649**

# CERTIFICACION

LA UNIDAD DE EMPLEO: PETROBRAS AMERICA, INC.

NUMERO SEGURO SOCIAL: 76-0235183

NO APARECE REGISTRADA COMO PATRONO, POR LO QUE NO TIENE DEUDA

PENDIENTE EN ESTE NEGOCIADO, PARA LOS PROGRAMAS DE SEGURO POR

DESEMPLEO E INCAPACIDAD.

EN SAN JUAN, PUERTO RICO, 2DE AGOSTO DE 2002.

**ALVILDA MARIN**
**DIRECTORA**
**SECCION DE CONTRIBUCIONES**

ECR2423                    DEPARTA    TO DE HACIENDA              FEC    05-08-2002
                                                                 HORA . 10:59

                         NEGOCIADO DE RECAUDACIONES

                          CERTIFICACION DE DEUDA

NL   CUENTA: 001 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 PETROBRAS AMERICA INC
10777 WESTHEIMA RD
SUITE 1200
HOUSTON TX 77042-

     CERTIFICO QUE LA PERSONA O CORPORACION
     ARRIBA MENCIONADA NO FIGURA EN NUESTRO
     SISTEMA PRITAS COMO CONTRIBUYENTE
     AL DIA DE HOY 05-08-2002

     --------------------------------------------------
     COLECTOR DE RENTAS INTERNAS O SU REPRESENTANTE AUTORIZADO

NOTA: ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA
      Y EL SELLO DEL DEPARTAMENTO DE HACIENDA



Modelo AS-53
Mayo 1997

| USO OFICIAL |
| --- |
| 02-0778 |
| Núm. |
| Certificación |



GOBIERNO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

## *CERTIFICACIÓN NEGATIVA*

Hacemos   constar   que   **Petrobras America, Inc.**   con número de Seguro Social o

patronal  **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**  no figura radicando planillas de  propiedad mueble o no posee

propiedad inmueble en nuestro sistema contributivo computadorizado.


Sin embargo, la información suministrada puede ser afectada por cualquier  investigación

o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.

Emitida hoy, <u>2</u> <u>de</u> <u>agosto</u> <u>de</u> <u>2002</u>.

Preparada por:                                                   Aprobada por:


Ivette Matías Ramos                                      Carlos Martínez
Auxiliar Administrativo                                 Gerente Regional o Director de
Centro Regional de <u>Central</u>                         Servicios Operacionales o su
                                                                      Representante Autorizado



### COMMONWEALTH OF PUERTO RICO
### DEPARTMENT OF STATE
### SAN JUAN, PUERTO RICO

### CERTIFICATE OF AUTHORIZATION TO DO BUSINESS IN

### PUERTO RICO

**THIS IS TO CERTIFY THAT:**                              **No.12,233-F**

### PETROBRAS AMERICA INC.

is  a  profit corporation organized under the laws of **Delaware** duly authorized to

do business in Puerto Rico since **August 7, 2002 at 9:35 a.m.**

IN WITNESS WHEREOF, the undersigned by

virtue of the authority vested by law, hereby

issue this certificate and affixes the Great Seal

of the Commonwealth of Puerto Rico, in the

City of San Juan, today August 7th of the year

two thousand two.

Gricel Falgás Rodríguez
Assistant Director
Corporate Registry

GFR/Jar
1ODO 000F 457-407



# Delaware

PAGE   1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "PETROBRAS AMERICA INC." IS DULY
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE
RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF AUGUST, A.D.
2002.



*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

2140907   8300

020489111

AUTHENTICATION: 1914819

DATE: 08-01-02

PETROBRAS AMERICA, INC.

INSTRUCTIONS FOR FILING
2002 CORPORATE ANNUAL REPORT

SIGNATURES    The original of the report should be signed and dated
by both the President or Vice-President and the
Treasurer or Assistant Treasurer in the spaces
provided on page 3.

These signatures must be affixed in the presence of an
authorized notary who should complete and sign the
notarization statement as indicated.

DUE DATE    On or before July 14, 2003.

HOW TO FILE    The signed and notarized original of the report and
attachments should be sent in time to be received by
the above due date to:

    Department of State
    P.O. Box 9023271
    San Juan, Puerto Rico 00902

We suggest that you consider sending the report by
Certified Mail - Return Receipt Requested.

ANNUAL FEE    (ONLY MARKED ITEMS APPLY)

☒    A P.R. Internal Revenue Voucher (Modelo SC-848)
("Recibo de Pago") for $100 representing the annual
filing fee should be attached (YELLOW COPY ONLY) to
the report prior to filing. This voucher can be
purchased from any Collector's office in Puerto Rico.

The number and date of purchase of this voucher should
be entered on page 1 of the report in the spaces
provided in the upper left corner.

In case you don't have access to purchase the Voucher
in Puerto Rico, you can attach to the Report a
Certified Check payable to the "Secretary of the
Treasury" in the amount of $100, representing the
filing fee.



Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*

Departamento de Estado
*Department of State*

**INFORME ANUAL DE CORPORACIONES**
*CORPORATE ANNUAL REPORT*

Año ___2002___
*Year*

**Núm. seguro social patronal:** 760235183
*Employer social security no.*

**Comprobante número:** _____   **Registro número:** 12233-F   **Fecha:** _____
*Voucher number:*   *Registry number:*   *Date:*

**Tipo de Corporación:** ___doméstica **X** foránea **X** con fines lucrativos ___sin fines lucrativos
___*domestic*   *foreign*   *profitable*   *not for profit*

**Volumen del negocio:** Sobrepasa un millón  ☞   No sobrepasa un millón  ☞ **X**
*Volume of business:*   *Exceeds one million dollars*   *Does not exceed one million dollars*

**Nombre de la corporación:** PETROBRAS AMERICA, INC.
*Name of the corporation:*

**Dirección de la oficina designada:** 10777 Westheimer Road Suite 1200
**(Física y postal)** Houston , TX 77042
*Address of the designated office:*
*(Physical and mailing)*

**Nombre del agente residente:** Ivan Reichard, Esq
*Name of resident agent:*

**Dirección física y postal del agente residente:** Reichard & Calaf, P.S.C. 2946 San Francisco St.
*Physical and mailing address of the resident agent:* San Juan , PR 00909

*Rev. 12-02*

**Nombre, posición, dirección postal y fecha de expiración del cargo de los directores en funciones, a la fecha de radicación del informe.**
*Name, position, mailing address and date of expiration of the term of the directors holding office at the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See List Attached | | | |
| | | | |
| | | | |
| | | | |

**Nombre, posición, dirección postal y fecha de expiración del cargo de los oficiales en funciones a la fecha de radicación del informe.**
*Name, position, mailing address and date of expiration of the term of the officers holding office at the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See List Attached | | | |
| | | | |
| | | | |
| | | | |

**Estado de situación [1]**
*(Balance sheet)*

## SEE STATEMENT ATTACHED

[1] AUDITORÍA POR UN CONTADOR PÚBLICO AUTORIZADO
*CERTIFIED PUBLIC ACCOUNTANT AUDIT*

Si el volumen de negocio de esta corporación sobrepasara un millón (1,000,000) de dólares, el estado de situación que acompaña a este informe anual habrá de estar debidamente auditado por un Contador Público Autorizado con licencia en el Estado Libre Asociado de Puerto Rico, que no sea ni accionista ni empleado de la corporación, junto con la opinión correspondiente de dicho Contador Público Autorizado.

*When the volume of business of this corporation exceeds one million (1,000,000) dollars, the financial statement provided herewith shall be duly audited by a Certified Public Accountant licensed by the Commonwealth of Puerto Rico, who is neither a stockholder nor employee of such corporation, together with the corresponding opinion of such Certified Public Accountant.*

Rev. 12-02

## DECLARACIÓN JURADA
### *SWORN STATEMENT*

EN TESTIMONIO DE LO CUAL, nosotros, _____(Presidente o Vicepresidente), y _____ (Tesorero o Subtesorero), declaramos que la información contenida en este informe Anual es correcta. Hoy, ___ de _____ de 20__.

*IN WITNESS WHEREOF, we, _____ (President or Vice-President), and _____ (Treasurer or Assistant-Treasurer), do hereby declare that the information contained in the foregoing Annual Report is correct. This ___ of _____, 20__.*

_____                    _____
**Presidente o Vicepresidente**                    **Tesorero o Subtesorero**
*President or Vice-President*                    *Treasurer or Assistant-Treasurer*

                                                **Affidávit núm.:** _____
                                                *Affidavit no.:*

**JURADO Y SUSCRITO ANTE MÍ POR:**
*SWORN AND SUBSCRIBED TO BEFORE ME BY:*
_____y_____,
                                        *and*

de las siguientes circunstancias personales:_____
_____
_____(mayoría de edad, profesión, vecindad y puesto que ocupa en la corporación), a quienes conozco personalmente.

*Of          the          following          personal          circumstances:*
_____(legal age, profession, residents
*of, and position they hold in the corporation), whom I personally know.*

Dada en _____, Puerto Rico, hoy, _____ de _____ de 200___.

*In _____ _____, Puerto Rico, on _____, 200___.*

**SELLO NOTARIAL**                    _____
*NOTARIAL SEAL*                       **NOTARIO PÚBLICO**
                                      *NOTARY PUBLIC*

Rev. 12-02



PricewaterhouseCoopers LLP
254 Munoz Rivera Avenue
BBV Tower, 9th Floor
Hato Rey PR 00918
Telephone (787) 754 9090
Facsimile (787) 766 1094

### Report of Independent Auditors

### On Balance Sheet Filed with the Department of State

We certify that the Petrobras America, Inc.'s operations in Puerto Rico for the year ended December 31, 2002, had been inactive and had neither assets nor liabilities within Puerto Rico.

This report is intended solely for the information and use of the board of directors and management of the Company and the Department of State of the Commonwealth of Puerto Rico and is not intended to be and should not be used by anyone other than these specified parties.



*Pricewaterhouse Coopers LLP*

By *Ramon E. Porter*
License No. 1358

July 8, 2003

**PETROBRAS AMERICA, INC.**
**ACCOUNT NO. 76-0235183**
**REGISTRY NO. 12233-F**

**2002 CORPORATE ANNUAL REPORT**

**List of Officers and Directors**

---

### Officers

Renato Bertani – President
10777 Westheimer Road, Suite #1200
Houston, TX 77042

Homero Ventura – Finance Manager
10777 Westheimer Road, Suite #1200
Houston, TX 77042

Ivan Pereira de Sá – Commercial Manager
10777 Westheimer Road, Suite #1200
Houston, TX 77042

### Directors

José M. Camargo – Director
Av. Republica do Chile, 65 – RJ – Brazil

Joao C. Figueira – Director
Av. Republica do Chile, 65 – RJ – Brazil

Renato Bertani – Director
10777 Westheimer Road, Suite #1200
Houston, TX 77042

Homero Ventura – Secretary
10777 Westheimer Road, Suite #1200
Houston, TX 77042



PriceWaterhouseCoopers [LLP]

PricewaterhouseCoopers LLP
PO Box 363566
San Juan   PR 00936-3566
Telephone   (787) 754 9090
Facsimile   (787) 766 1094

April 14, 2003

Department of State
P.O. Box 9023271
San Juan, Puerto Rico 00902

Dear Sirs:

**PETROBRAS AMERICA, INC.**
**ACCOUNT NO. 76-0235183**
**FILE NO. 12233-F**

On behalf of the above taxpayer, we respectfully request an extension of time until July 14, 2003, within which to file the Corporate Annual Report for the year 2002. The extension is necessary due to delays in assembling the information required to complete the report.

Please acknowledge receipt of this letter by date stamping the attached copy. If you have any questions, please contact José Salvatella or me.

Very truly yours,

Héctor Bernier

cc: Mr. Alvaro Hiroshi Tutia – Petrobras America, Inc.

DEPARTAMENTO DE ESTADO
APR 1 4 2003
CORPORACIONES

INCOME

⫶⫶⫶ ERNST & YOUNG

■ Ernst & Young LLP
1000 Scotiabank Plaza
273 Ponce de Leon Avenue
Hato Rey, Puerto Rico 00917-1989

■ Phone: (787) 759-8212
Fax:    (787) 753-0808
Fax:    (787) 753-0813
www.ey.com

### Report of Independent Auditors

To the Management of Petrobras America, Inc.

We have audited the accompanying statement of net assets of Petrobras America, Inc. – Puerto Rico Operations (a division of Petrobras America, Inc.), as of December 31, 2003, and the related statements of income, changes in net assets, and cash flows for the year then ended. These financial statements are the responsibility of the division's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Petrobras America, Inc. – Puerto Rico Operations (a division of Petrobras America, Inc.) at December 31 2003, and its income and cash flows for the year then ended in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

February 7, 2005

2004067

By: _____

Victor M. Alvear, CPA
Lic. No. 1864

A Member Practice of Ernst & Young Global

**PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS**
**(a Division of Petrobras America Inc.)**
**STATEMENT OF NET ASSETS**
**December 31, 2003**

### ASSETS

| | |
|---|---:|
| Current Assets | |
|   Accounts Receivable: | |
|     Nonaffiliates | $ 42,468,379 |
|   Inventories | 10,537,005 |
|     Total Current Assets | 53,005,384 |
| | |
| TOTAL ASSETS | $ 53,005,384 |

### LIABILITIES AND NET ASSETS

| | |
|---|---:|
| Current Liabilities | |
|   Accounts Payable and Accrued Liabilities: | |
|     Affiliates | $ 35,425,755 |
|     Nonaffiliates | 489,005 |
|   Tax Payable | 1,268,990 |
|     Total Current Liabilities | 37,183,750 |
| | |
|     Total Liabilities | 37,183,750 |
| | |
| Investment From PAI | 14,221,408 |
| Accumulated Earnings | 1,600,226 |
|   Total Net Assets | 15,821,634 |
| | |
| TOTAL LIABILITIES AND NET ASSETS | $ 53,005,384 |

**PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS**
(a Division of Petrobras America Inc.)
STATEMENT OF INCOME
Year Ended December 31, 2003

| | |
|---|---:|
| **Revenues** | |
| No. 6 Residual Fuel Oil | $ 233,096,258 |
| | |
| **Costs** | |
| No. 6 Residual Fuel Oil | 226,589,858 |
| **Gross Profit** | 6,506,400 |
| | |
| **Operating Expenses** | |
| Duties | 416,930 |
| Freight | 317,251 |
| Unloading Inspection Expense | 140,806 |
| Storage Expense | 2,224,081 |
| Bond Insurance | 202,500 |
| Total Operating Expenses | 3,301,568 |
| | |
| **Net Operating Profit** | 3,204,832 |
| | |
| General & Administrative Allocation | 233,526 |
| Consultants/Professional Fees | 102,090 |
| | 335,616 |
| | |
| **Income Before Income Taxes** | 2,869,216 |
| | |
| **Provision for Income Taxes** | 1,268,990 |
| **Net Income** | $ 1,600,226 |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
STATEMENT OF CHANGES IN NET ASSETS
Year Ended December 31, 2003

| | Investment From PAI | Accumulated Earnings | Total |
|---|---|---|---|
| Balance – December 31, 2002 | $ (382,259) | $ – | $ (382,259) |
| Net funding from PAI | 14,603,667 | – | 14,603,667 |
| Current year earnings | – | 1,600,226 | 1,600,226 |
| Balance – December 31, 2003 | $ 14,221,408 | $ 1,600,226 | $ 15,821,634 |

**PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS**
(a Division of Petrobras America Inc.)
STATEMENT OF CASH FLOWS
Year Ended December 31, 2003

| | |
|---|---:|
| **Operating activities** | |
| Net Income | $    1,600,226 |
| Adjustments to reconcile net incoem to net cash provided by operating activities: | |
| Changes in operating assets and liabilities: | |
| (Increase) decrease in accounts receivable: | |
| Nonaffiliates | (42,468,379) |
| (Increase) decrease in inventories | (1,745,493) |
| Increase (decrease) in accounts payable : | |
| Affiliates | 26,251,984 |
| Nonaffiliates | 489,005 |
| Increase (decrease) in tax payable | 1,268,990 |
| Net cash used in operating activities | (14,603,667) |
| | |
| **Financing activities** | |
| Net proceeds from PAI | 14,603,667 |
| Net cash provided by financing activities | 14,603,667 |
| | |
| Net increase (decrease) in cash and cash equivalents | – |
| Cash and cash equivalents at beginning of year | – |
| Cash and cash equivalents at end of year | $            – |
| | |
| | |
| **Additional dosclosures:** | |
| Cash paid for interest | $            – |
| Cash paid for income taxes | $            – |
| Non–cash financing and investing activities: | |
| Additions to accounts payables–affiliates included in payments to PAI | $            – |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003

1.  ORGANIZATION

Petrobras America Inc. (PAI), a U. S. Corporation and a wholly–owned subsidiary of
Petrobras International Braspetro B.V. in Netherlands, was formed on October 15,
1987 to acquire, own and operate rights–of–way and operating rights for the purpose
of conducting oil and gas exploration and development activities on the Outer
Continental Shelf of the United States of America. In 1990, PAI expanded its business
activities to include the purchase of petroleum industry equipment, spare parts and
similar related products (procurement activities) for sale to the Parent or its affiliates
and to include the purchase and sale of crude oil and refined products from and to
foreign companies and companies in the United States.

On August 7, 2002, PAI registered with Puerto Rico Department of State and was
authorized to do business in Puerto Rico as a foreign corporation. In December
2002, PAI was selected as the supplier of No. 6 residual fuel oil to the Puerto Rico
Electric and Power Authority (PREPA) on a one–year contract with automatic renewal
of one year.  In addition to making direct sales to PREPA, PAI also engages in indirect
sales to PREPA through another customer, Fuel and Marine Marketing LLC (FAMM).

PAI purchases the No. 6 residual fuel oil from its parent and/or other affiliates and
stores the inventory in oil tanks located in the premises of the Commonwealth Oil
Refining Company (CORCO), a location designated as a Foreign Trade Zone (FTZ). PAI
does not maintain employees or offices in Puerto Rico.

2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Basis of Presentation
The accounts of the Company are maintained on the accrual basis of accounting in
accordance with accounting principles generally accepted in the United States of
America.

The accompanying financial statements present, on a historical cost basis, the assets,
liabilities, revenue and expense related to the Puerto Rico Operations of Petrobras
America Inc. (the Division) as of December 31, 2003. These statements are presented
as if the Division had existed as a separate entity during the period presented.

1

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003

The Division incurs certain common costs which relate to both the Division and other Petrobras America Inc. operations, and management has made allocations of these costs to the Division.

Total Equity reflects Petrobras America Inc.'s historical cost basis investment in the Division, accumulated earnings and losses of the Division and intercompany activity with Petrobras America Inc. which are not settled on a current basis.

The Division is part of Petrobras America Inc. and has no separate legal status or existence. Its resources and existence are at the disposal of corporate management. The Division's assets are legally available for the satisfactions of debts of the entire corporation, not solely those appearing on the accompanying balance sheet, and its debts may result in claims against assets not appearing thereon.

Cash
All cash and cash equivalents are transferred to Petrobras America Inc. through the investment account on a current basis and are excluded from assets on the accompanying statements. The Division is part of a centralized cash management system of Petrobras America Inc., whereby all cash disbursements of the Division are funded by, and all cash receipts are transferred to, Petrobras America Inc.

Allowance for Doubtful Accounts
The Division routinely assesses the recoverability of all material trade and other receivables to determine their collectibility. The Division accrues a reserve on a receivable when, based on the judgment of management, it is probable that a receivable will not be collected and the amount of any reserve may be reasonably estimated. As of December 31, 2003, the Division had no allowance for doubtful accounts.

Concentrations of Credit Risk
Substantially all of the Division's accounts receivable for nonaffiliates are due from either PREPA or FAMM. To date, this concentration has not had a material adverse effect on the financial position of the Division.

Inventories
Inventories consist of No. 6 residual fuel oil, which is valued at the lower of cost, determined using weighted-average cost, or market.

2

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003

Functional Currency
The U. S. dollar is the functional currency for the Division. All transactions are
denominated in U. S. dollars.

Revenue Recognition
Sales revenue is recognized as fuel is sold at a determinable price, when delivery has
occurred, title has transferred and the collectibility of the revenue is probable.

Use of Estimates
The financial statements, which are prepared in conformity with generally accepted
accounting principles, include amounts that are based, in part, on management's
best estimates and judgments.

3. INVENTORIES

At December 31, 2003, inventories pertaining to Puerto Rico Operations consisted of
the following:

|  | 2003 |
|---|---|
| No. 6 Residual Fuel Oil.................................. | $ 10,537,005 |

The fuel oil inventories in Puerto Rico is maintained at storage facility owned by
Commonwealth Oil Refining Company (CORCO).

4. INCOME TAXES

A reconciliation of the United States statutory income tax amount to the effective
amount is shown below:

|  | For the year ended December 31, 2003 |
|---|---|
| Statutory income tax.................................... | $       1,004,226 |
| Additional taxes related to Puerto Rico statutory tax.............................................. | 289,790 |
|  | $       1,294,016 |

3

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003

5. EQUITY

Petrobras America Inc. – Puerto Rico operations has been administered and fully
funded by the Petrobras America Inc. (PAI) in Houston, Texas. Since the Puerto Rico
operations hold neither separate cash account nor identifiable cash balance, all cash
related transactions are booked through Investment From PAI, which is disclosed in
the Equity section of the Balance Sheet.

6. RELATED PARTY TRANSACTIONS

Transactions related to Puerto Rico operations by the Company with its Parent and
affiliated companies for the year ended December 31, 2003 were as follows:

|                                          | 2003        |
| ---------------------------------------- | ----------- |
| Purchase of No. 6 Fuel Oil.............. | $ 228,335,351 |

7. SUBSEQUENT EVENT

The current PREPA Fuel Purchase Contract ended in December 2004, PAI did not
renew the contract with PREPA for 2005.

4

*To: Leonard   7/14/05*

*2004 P.R. Annual Report*

*Grace Chou*



Estado Libre Asociado de  Puerto Rico
*Commonwealth of Puerto Rico*

Departamento de Estado
*Department of State*

### INFORME ANUAL DE CORPORACIONES
*CORPORATE ANNUAL REPORT*

Año <u>2004</u>
*Year*

**Núm. seguro social patronal:** _____ <u>76-0235163</u>
*Employer social security no.*

**Comprobante número:** _____   **Registro número:** <u>12233-F</u>   **Fecha:** _____
*Voucher number:*                       *Registry number:*                   *Date:*

**Tipo de Corporación:** _____ doméstica <u>X</u> foránea <u>X</u> con fines lucrativos _____ sin fines lucrativos
                              *domestic*      *foreign*     *profitable*              *not for profit*

**Volumen del negocio: Sobrepasa un millón** <u>X</u>   **No sobrepasa un millón** _____
*Volume of Business:*  *Exceeds one million dollars*   *Does not exceed one million dollars*

**Nombre de la corporación:** <u>Petrobras America, Inc. – Puerto Rico Operations</u>
*Name of the corporation:*

**Dirección de la oficina designada:** <u>10777 Westheimer Road, Suite 1200</u>
**(Física y postal)** <u>Houston TX 77042</u>
*Address of the designated office:* <u>10777 Westheimer Road, Suite 1200</u>
*(Physical and mailing)* <u>Houston TX 77042</u>

**Nombre del agente residente:** <u>Ivan Reichard, Esq.</u>
*Name of the resident agent*

**Dirección física y postal del agente residente:** <u>Reichard & Calaf, P.S.C. 2946 San Francisco Street</u>
*Physical and mailing address of the resident agent:* <u>San Juan PR 00909</u>
<u>Reichard & Calaf, P.S.C. 2946 San Francisco Street  San Juan PR 00909</u>

Rev. 12-02

Nombre, posición, dirección postal y fecha de expiración del cargo de los directores en funciones, a la fecha de radicación del informe.
*Name, mailing address and date of expiration of the term of the directors holding office at the time this report is field.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See List Attached | | | |
| | | | |
| | | | |

Nombre, posición, dirección postal y fecha de expiración del cargo de los oficiales en funciones, a la fecha de radicación del informe.
*Name, mailing address and date of expiration of the term of the officers holding office at the time this report is field.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See List Attached | | | |
| | | | |
| | | | |

## Estado de situación [1]
### *(Balance sheet)*

## See Statement Attached

---

[1] AUDITORÍA POR UN CONTADORA PÚBLICO AUTORIZADO
*CERTIFIED PUBLIC ACCOUNT AUDIT*

Si el volumen de negocio de esta corporación sobrepasara un millón (1,000,000) de dólares, el estado de situación que acompaña a este informe annual habrá de estar debidamente auditado por un Contador Público Autorizado con licencia en el Estado Libre Asociando de Puerto Rico, que no sea ni accionista ni empleado de la Corporación, junto con la opinión correspondiente de dicho Contador Público Autorizado.

*When the volume of business of this corporation exceeds one millon (1,000,000) dollars, the financial statement provided Herewith shall de duly audited by a Certified Public Accountant licensed by the Commonwealth of Puerto Rico, who is Neither a stockholder nor employee of such corporation, together with the corresponding opinion of such Certified Public Accountant.*

Rev. 12-02

PETROBRAS AMERICA INC.
ACCT # 76-0235183

ATTACHMENT TO
2004 PUERTO RICO PERSONAL PROPERTY TAX

LIST OF OFFICERS AND DIRECTORS

**OFFICERS**

Renato Bertani        President
10777 Westheimer, Suite 1200, Houston, TX 77042

Gustavo Barbosa       Finance Manager
10777 Westheimer, Suite 1200, Houston, TX 77042

Date of expiration of the term
Continuing until succeeded

**DIRECTORS**

Joao Figueira
Av. Republica do Chile, 65 - RJ - Brazil

Nestor Cervero
Av. Republica do Chile, 65 - RJ - Brazil

Renato Bertani
10777 Westheimer, Suite 1200, Houston, TX 77042

Date of expiration of the term
Continuing until succeeded

## DECLARACIÓN JURADA
### *SWORN STATEMENT*

EN TESTIMONIO DE LO CUAL, nosotros, _____ (Presidente o Vicepresidente), y _____ (Tesorero o Subtesorero), declaramos que la información contenida en este Informe Anual es correcta. Hoy, ___ de _____ de 20 _____.

*IN WITNESS WHEREOF,* we, Renato Bertani _____ *(President or Vice-President),* _and_ Philip Limon _____ *(Treasure or Assistant-Treasure), do hereby declare that the information contained in the foregoing Annual Report is correct. This* 14 th *of* July *, 20* 05

_____
Presidente o Vicepresidente
*President or Vice-President*

_____
Tesorero o Subtesorero
*Treasure or Assistant-Treasure*

Affidávit núm.: _____
*Affídavit no.:*

JURADO Y SUSCRITO ANTE MÍ POR
*SWORN AND SUBSCRIBED TO BEFORE ME BY:*
Renato Bertani _____ y Philip Limon _____
*and*

de las siguiente circunstancias personales: 51 years - president - Resident
in U.S.A. _____ (mayoría de edad, profesión, vecindad y puesto que ocupa en la corporación), a quienes conozco personalmente.

*of the following personal circumstances:*
Philip Limon, 47, Asst. Trea., USA. *(legal age, profession, residents of, and position they hold in the corporation), whom I personally know.*

Dada en _____, Puerto Rico, hoy, ___ de _____ de 200 ___.
*In* Houston, TX *,* Puerto Rico, *on* 14 th July *, 200* 05
U.S.A.

Christine R. Miller _____

SELLO NOTARIAL
*NOTARIAL SEAL*

NOTARIO PÚBLICO
*NOTARY PUBLIC*

CHRISTINE R. MILLER
MY COMMISSION EXPIRES
June 15, 2009

Rev. 12-02



**PETROBRAS AMERICA, INC. – PUERTO RICO OPERATIONS**
**INSTRUCTIONS FOR FILING**
**2004 CORPORATE ANNUAL REPORT**

- SIGNATURES    The original of the report should be signed and dated by both the President or Vice President and the Treasurer or the Assistant Treasurer in the spaces provided on page 3.

These signatures must be affixed in the presence of an authorized notary who should complete and sign the notarization statement as indicated.

DUE DATE    On or before JULY 14, 2005.

HOW TO FILE    The signed and notarized original of the report and attachments should be sent in time to be received by the above due date to:

> Department of State
> P.O. Box 9023271
> San Juan, P.R.  00902

We strongly suggest that you send the return by Certified Mail-Return Receipt Requested.

ANNUAL FEE    A P.R. Internal Revenue Voucher for $100 ("Recibo de Pago") representing the annual filing fee should be attached to the report prior to filing. This voucher can be purchased from any Collector's office in Puerto Rico.

The number and date of purchase of this voucher should be entered on page 1 of the report in the spaces provided in the upper left corner.

In case you don't have access to purchase the Voucher in Puerto Rico, you can attach to the Report a Certified Check payable to the "Secretary of the Treasury" in the amount of $100, representing the filing fee.

OTHER    - The corporation's audited Balance Sheet as of December, 31, 2004 and accompanying certification bearing the original stamp of the Puerto Rico Society of CPA should be attached to the report prior to filing.

- A schedule listing the name, address and date of expiration of term of each officer and director of The corporation should be attached to the original report before filing. An additional copy should be furnished to us for our files.

- In the case that the report is notarized outside of Puerto Rico a "County Clerk Certificate" certifying that the notary is authorized by the County should be included with the report prior to filing.

# PRICEWATERHOUSECOOPERS 🏦

PricewaterhouseCoopers LLP
254 Muñoz Rivera
BBVA Tower, 9th Floor
Hato Rey PR 00918
Telephone (787) 754 9090
Facsimile (787) 766 1094

05 APR 11 PM 2: 58
BUZON UNICO EXPRESO

April 8, 2005

Department of State
P.O. Box 9023271
San Juan, Puerto Rico 00902

Dear Sirs:

**PETROBRAS AMERICA, INC.**
**ACCOUNT NO. 76-0235183**
**FILE NO. 12233-F**

On behalf of the above taxpayer, we respectfully request an extension of time until July 14, 2005, within which to file the Corporate Annual Report for the year 2004. The extension is necessary due to delays in assembling the information required to complete the report.

Please acknowledge receipt of this letter by date stamping the attached copy. If you have any questions, please call us.

Very truly yours,

Héctor Bernier

cc: Mr. Elau Lau – Petrobras America, Inc

2004 Annual
Report will
file 7/05
give copy to
Lenard !

**三ll ERNST & YOUNG**

INCOME

⊠ Ernst & Young LLP
1000 Scotiabank Plaza
273 Ponce de Leon Avenue
Hato Rey, Puerto Rico 00917-1989

⊠ Phone: (787) 759-8212
Fax:   (787) 753-0808
Fax:   (787) 753-0813
www.ey.com

### Report of Independent Auditors

To the Management of Petrobras America Inc.:

We have audited the accompanying statement of net assets of Petrobras America Inc. – Puerto Rico Operations (a division of Petrobras America Inc.), as of December 31, 2005 and 2004, and the related statements of operations, changes in net assets, and cash flows for the two years then ended. These financial statements are the responsibility of the division's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Petrobras America Inc. – Puerto Rico Operations (a division of Petrobras America Inc.) at December 31, 2005 and 2004, and its results of operations and cash flows for the two years then ended in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

June 13, 2006

By: *Arturo I. Ondina*
Arturo I. Ondina, CPA
Lic. No. 2567

A member firm of Ernst & Young Global Limited

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
BALANCE SHEET
December 31, 2005 & 2004

|  | 2005 | 2004 |
|---|---|---|
| **ASSETS** | | |
| | | |
| Current Assets | | |
| Accounts Receivable: | | |
| Nonaffiliates | $ 293,510 | $ 38,964,593 |
| Inventories | – | 12,003,054 |
| Total Current Assets | 293,510 | 50,967,647 |
| | | |
| TOTAL ASSETS | $ 293,510 | $ 50,967,647 |
| | | |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| Current Liabilities | | |
| Accounts Payable and Accrued Liabilities: | | |
| Affiliates | $ – | $ 35,733,287 |
| Nonaffiliates | 129,734 | 502,168 |
| Total Current Liabilities | 129,734 | 36,235,455 |
| | | |
| Total Liabilities | 129,734 | 36,235,455 |
| | | |
| Investment From PAI | 1,802,915 | 15,475,215 |
| Accumulated Earnings | (1,639,139) | (743,023) |
| Total Equity | 163,776 | 14,732,192 |
| | | |
| TOTAL LIABILITIES AND EQUITY | $ 293,510 | $ 50,967,647 |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
STATEMENTS OF OPERATIONS
For Years Ended December 31, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Revenues |  |  |
| No. 6 Residual Fuel Oil | $ 11,787,558 | $ 239,117,307 |
| Costs |  |  |
| No. 6 Residual Fuel Oil | 12,003,045 | 232,336,856 |
| Gross Profit | (215,487) | 6,780,451 |
| Operating Expenses |  |  |
| Freight | 387,644 | 4,926,847 |
| Storage Expense | 129,734 | 2,483,981 |
| Unloading Inspection Expense | 108,643 | 706,652 |
| Duties | 23,573 | 388,812 |
| Bond Insurance | 750 | 203,250 |
| Other Operating Expense | 84 | 23,674 |
| Insurance Premium | – | 18,056 |
| Total Operating Expenses | 650,428 | 8,751,272 |
| Net Operating Loss | (865,915) | (1,970,821) |
| General & Administrative Allocation | 17,201 | 297,108 |
| Consultants/Professional Fees | 13,000 | 75,320 |
|  | 30,201 | 372,428 |
| Loss Before Income Tax Benefit | (896,116) | (2,343,249) |
| Income Tax Benefit | – | – |
| Net Loss | $ (896,116) | $ (2,343,249) |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
STATEMENT OF EQUITY
For Years Ended December 31, 2005 and 2004

| | Investment From PAI | Accumulated Earnings | Total |
|---|---|---|---|
| Balance – December 31, 2003 | $  14,221,408 | $   1,600,226 | $ 15,821,634 |
| Net funding from PAI | 1,253,807 | – | 1,253,807 |
| Net Loss | – | (2,343,249) | (2,343,249) |
| Balance – December 31, 2004 | $  15,475,215 | $    (743,023) | $ 14,732,192 |
| Net distributions to PAI | (13,672,300) | – | (13,672,300) |
| Net Loss | – | (896,116) | (896,116) |
| Balance – December 31, 2005 | $    1,802,915 | $  (1,639,139) | $    163,776 |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
STATEMENT OF CASH FLOWS
For Years Ended December 31, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Operating activities |  |  |
| Net Loss | $          (896,116) | $          (2,343,249) |
| Adjustments to reconcile net loss to net cash provided by operating activities: |  |  |
| Changes in operating assets and liabilities: |  |  |
| (Increase) decrease in accounts receivable: |  |  |
| Nonaffiliates | 38,671,083 | 2,234,796 |
| (Increase) decrease in inventories | 12,003,054 | (1,466,049) |
| Increase (decrease) in accounts payable : |  |  |
| Affiliates | (35,733,287) | 307,532 |
| Nonaffiliates | (372,434) | 13;163 |
| Net cash provided by in operating activities | 13,672,300 | (1,253,807) |
| Financing activities |  |  |
| (Distributions to)/funding from PAI | (13,672,300) | 1,253,807 |
| Net cash used in financing activities | (13,672,300) | 1,253,807 |
| Net increase (decrease) in cash and cash equivalents | – | – |
| Cash and cash equivalents at beginning of year | – | – |
| Cash and cash equivalents at end of year | $          – | $          – |
| Additional dosclosures: |  |  |
| Cash paid for income taxes | $          – | $          1,562,500 |

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
December 31, 2005 and 2004

The Division incurs certain common costs which relate to both the Division and other Petrobras America Inc. operations, and management has made allocations of these costs to the Division.

Total Equity reflects Petrobras America Inc.'s historical cost basis investment in the Division, accumulated earnings and losses of the Division and intercompany activity with Petrobras America Inc. which are not settled on a current basis.

The Division is part of Petrobras America Inc. and has no separate legal status or existence. Its resources and existence are at the disposal of corporate management. The Division's assets are legally available for the satisfactions of debts of the entire corporation, not solely those appearing on the accompanying balance sheet, and its debts may result in claims against assets not appearing thereon.

Cash
All cash and cash equivalents are transferred to Petrobras America Inc. through the investment account on a current basis and are excluded from assets on the accompanying statements. The Division is part of a centralized cash management system of Petrobras America Inc., whereby all cash disbursements of the Division are funded by, and all cash receipts are transferred to, Petrobras America Inc.

Allowance for Doubtful Accounts
The Division routinely assesses the recoverability of all material trade and other receivables to determine their collectibility. The Division accrues a reserve on a receivable when, based on the judgment of management, it is probable that a receivable will not be collected and the amount of any reserve may be reasonably estimated. As of December 31, 2005 and 2004, the Division had no allowance for doubtful accounts.

Concentrations of Credit Risk
Substantially all of the Division's accounts receivable from nonaffiliates are due from either PREPA or FAMM. To date, this concentration has not had a material adverse effect on the financial position of the Division.

Inventories
Inventories consist of No. 6 residual fuel oil, which is valued at the lower of cost, determined using weighted–average cost, or market.

2

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
December 31, 2005 and 2004

Functional Currency
The U. S. dollar is the functional currency for the Division. All transactions are
denominated in U. S. dollars.

Revenue Recognition
Sales revenue is recognized as fuel is sold at a determinable price, when delivery has
occurred, title has transferred and the collectibility of the revenue is probable.

Use of Estimates
The financial statements, which are prepared in conformity with generally accepted
accounting principles, include amounts that are based, in part, on management's
best estimates and judgments.

3. INVENTORIES

For years ended December 31, 2005 and 2004, inventories pertaining to Puerto Rico
Operations consisted of the following:

|  | 2005 | 2004 |
|---|---|---|
| No. 6 Residual Fuel Oil.............. | $   – | $ 12,003,054 |

The fuel oil inventories in Puerto Rico are maintained at storage facility owned by
Commonwealth Oil Refining Company (CORCO).

4. INCOME TAXES

For years ended December 31, 2005 and 2004, a reconciliation of the United States
statutory income tax expense (benefit) to the effective amount is shown below:

|  | 2005 | 2004 |
|---|---|---|
| Statutory income tax................... | $ (313,641) | $ (820,137) |
| Additional taxes related to Puerto Rico statutory tax.................... | (90,507) | (236,668) |
| Valuation Allowance | 404,148 | 1,056,805 |
|  | $   – | $   – |

3

PETROBRAS AMERICA INC. – PUERTO RICO OPERATIONS
(a Division of Petrobras America Inc.)
NOTES TO FINANCIAL STATEMENTS
December 31, 2005 and 2004

The Company recorded a valuation allowance against the 2004 and 2005 net operating losses. These net operating losses will expire in 2011 and 2012 respectively.

5.  EQUITY

Petrobras America Inc. – Puerto Rico operations has been administered and fully funded by the Petrobras America Inc. (PAI) in Houston, Texas. Since the Puerto Rico operations hold neither separate cash account nor identifiable cash balance, all cash related transactions are recorded through Investment from PAI, which is disclosed in the Equity section of the Balance Sheet.

6.  RELATED PARTY TRANSACTIONS

Transactions related to Puerto Rico operations by the Company with its Parent and affiliated companies for year ended December 31, 2005 and year ended December 31, 2004 were as follows:

|  | 2005 | 2004 |
|---|---|---|
| Purchase of No. 6 Fuel Oil................ | $ – | $ 197,337,711 |

4



Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*

Departamento de Estado
*Department of State*

**INFORME ANUAL DE CORPORACIONES CON FINES DE LUCRO**
*PROFITABLE CORPORATE ANNUAL REPORT*

**Año**      2005
*Year*

**Registro número:**   12233-F
*Registry number:*

**Nombre de la corporación:**   Petrobras America, Inc. – Puerto Rico Operations
*Name of the corporation:*

**Tipo de Corporación:**      X   doméstica      _____ foránea
                                  *domestic*           *foreign*

**Núm. seguro social patronal:**   76-0235183
*Employer social security no.*

**Comprobante número:** _____
*Voucher number:*

**Volumen del negocio: Sobrepasa un millón**   X   **No sobrepasa un millón** _____
*Volume of Business:    Exceeds one million dollars    Does not exceed one million dollars*

**Direccion de la oficina designada:**   10777 Westheimer Road, Suite 1200
**(Física y postal)**   Houston TX 77042
*Address of the designated office:*   10777 Westheimer Road, Suite 1200
*(Physical and mailing)*   Houston TX 77042

**Nombre del agente residente:**   Ivan Reichard, Esq.
*Name of resident agent*

**Dirección física y postal del agente residente:**   Reichard & Calaf, P.S.C. 2946 San Francisco Street
*Physical and mailing address of the resident agent:* San Juan PR 00909
Reichard & Calaf, P.S.C. 2946 San Francisco Street  San Juan PR 00909

Rev. 02-06

Nombre, posición, dirección postal y fecha de expiración del cargo de los <u>directores</u> en
funciones, a la fecha de radicación del informe.
*Name, position, mailing address and date of expiration of the term of the directors holding office
at the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See Statement Attached | | | |
| | | | |
| | | | |
| | | | |

Nombre, posición, dirección postal y fecha de expiración del cargo de los <u>oficiales</u> en
funciones a la fecha de radicación del informe.
*Name, position, mailing address and date of expiration of the term of the officers holding office at
the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| See Statement Attached | · | | |
| | | | |
| | | | |
| | | | |

**Estado de situación 1**
*(Balance sheet)*

**See Statement Attached**

---

¹ AUDITORIA POR UN CONTADOR PÚBLICO AUTORIZADO
*CERTIFIED PUBLIC ACCOUNTANT AUDIT*

Si el <u>volumen de negocio</u> de esta corporación sobrepasara un millón (1,000,000) de dólares, el estado de
situación que acompaña a este informe anual habrá de estar debidamente auditado por un Contador Público
Autorizado con licencia en el Estado Libre Asociado de Puerto Rico, que no sea ni accionista ni empleado de la
corporación, <u>junto con la opinión correspondiente de dicho Contador Público Autorizado.</u>

*When the <u>volume of business</u> of this corporation exceeds one million (1,000,000) dollars, the financial statement provided
herewith shall be duly audited by a Certified Public Accountant licensed by the Commonwealth of Puerto Rico, who is
neither a stockholder nor employee of such corporation, <u>together with the corresponding opinion of such Certified Public
Accountant.</u>*

Rev. 02-06

---

**PETROBRAS AMERICA, INC. – PUERTO RICO OPERATIONS**
**ACCOUNT NO. 76-0235183**
**RGISTRY NO. 12233-F**
**2005 CORPORATE ANNUAL REPORT**

---

### LIST OF OFFICERS AND DIRECTORS

### OFFICERS

Renato Bertani - President
10777 Westheimer, Suite 1200, Houston, TX 77042

Gustavo Barbosa - Chief Financial Officer
10777 Westheimer, Suite 1200, Houston, TX 77042

Date of expiration of the term
Continuing until succeeded

### DIRECTORS

Joao Figueira
Av. Republica do Chile, 65 - RJ - Brazil

Nestor Cervero
Av. Republica do Chile, 65 - RJ - Brazil

Renato Bertani
10777 Westheimer, Suite 1200, Houston, TX 77042

Date of expiration of the term
Continuing until succeeded

## DECLARACIÓN JURADA
*SWORN STATEMENT*

**EN TESTIMONIO DE LO CUAL,** nosotros, _____ (Presidente o Vicepresidente), y _____ (Tesorero o Subtesorero), declaramos que la información contenida en este Informe Anual es correcta. Hoy, ____ de _____ de 20 ____ .

*IN WITNESS WHEREOF, we,* Renato Bertani *(President or Vice-President), and* Gustavo Barbosa *(Treasurer or Assistant-Treasurer), do hereby declare that the information contained in the foregoing Annual Report is correct. This* 12 th *of* July *,* 2005

**Presidente o Vicepresidente**
*President or Vice-President*

**Tesorero o Subtesorero**
C.F.O. *Treasurer or Assistant-Treasurer*

**Affidávit núm.:** _____
*Affidávit no.:*

**JURADO Y SUSCRITO ANTE MÍ POR:**
*SWORN AND SUBSCRIBED TO BEFORE ME BY:*
Renato Bertani y Gustavo Barbosa .
*and*

de las siguientes cincunstancias personales: 52 years · President ·
Resident of U.S.A. _____ (mayoría de edad, profesión, vecindad y puesto que ocupa en la corporacion), a quienes conozco personalmente.

*Of* GustavoBarbosa, *the* 45yrsold, *following* Resident of USA *personal* *circumstances:* (legal age, profession, residents of, and position they hold in the corporation), whom I personally know.

Dada en _____ , Puerto Rico, hoy, ____ de _____ de ____ .
*In* Houston, TX *Puerto Rico, on* 12th July *200* 6 .
USA

**SELLO NOTARIAL**
*NOTARY SEAL*

**NOTARIO PÚBLICO**
*NOTARY PUBLIC*

JODI L. KNIGHT
MY COMMISSION EXPIRES
June 15, 2009

Rev 02-06

PETROBRAS AMERICA, INC. - PUERTO RICO OPERATIONS
ACCOUNT NO. 76-0235183
RGISTRY NO. 12233-F
2005 CORPORATE ANNUAL REPORT

An examination of the financial statements of the company by an independent certified public accountant for the year ended December 31, 2005 is presently in process. Upon completion of the examination, the required financial statements and the Accountant's Report thereon will be submitted.

# CHASE

FOR YOUR PROTECTION SAVE THIS COPY
## OFFICIAL CHECK

Customer Copy

557368706

07/13/2006

Texas

Remitter  Petrobras America Inc.

$ ************600.00  ***

Pay To The
Order Of   Secretary of the Treasury
Dept of State, San Juan P.R.

Drawer: JPMORGAN CHASE BANK, N.A.

## NON NEGOTIABLE

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    OFFICIAL CHECK    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

4991562438402 Rev.1 3/05 M 68806-H / M.1285830

# CHASE

557368706  10-86
                220

Date   07/13/2006

Texas

Remitter  Petrobras America Inc.

Pay:   SIX HUNDRED DOLLARS AND 00 CENTS

$ ************600.00  ***

Pay To The
Order Of   Secretary of the Treasury
Dept of State, San Juan P.R.

Drawer: JPMORGAN CHASE BANK, N.A.

*Stephid P. Hughes*
First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

⑈450918⑈ ⑆022000868⑆ 2500557368706⑆⑈

---

Vendor :1000199   Document :2000007566  Date : 07/12/2006

| Your Reference | Our Reference | Date | Gross amount |
|---|---|---|---|
| JPMORGAN CHASE PAY FOR CASHIER CHECK (DEPT. OF STATE) | 1900005488 | 07/12/2006 | 600.00 |
| Sum total | | | 600.00 |

**PETROBRAS AMERICA, INC. - PUERTO RICO OPERATIONS**
**INSTRUCTIONS FOR FILING**
**2005 CORPORATE ANNUAL REPORT**

SIGNATURES    The original of the report should be signed and dated by both the President or Vice President and the Treasurer or the Assistant Treasurer in the spaces provided on page 3.

These signatures must be affixed in the presence of an authorized notary who should complete and sign the notarization statement as indicated.

DUE DATE    On or before **July, 14, 2006.**

HOW TO FILE    The signed and notarized original of the report and attachments should be sent in time to be received by the above due date to:

**Department of State**
**P.O. Box 9023271**
**San Juan, P.R. 00902**

We strongly suggest that you send the report by Certified Mail-Return Receipt Requested.

ANNUAL FEE    A P.R. Internal Revenue Voucher for $100 ("Recibo de Pago") representing the annual filing fee should be attached to the report prior to filing. This voucher can be purchased from any Collector's office in Puerto Rico.

The number of this voucher should be entered on page 1 of the report in the spaces provided in the upper left corner. *Cashier Ck*

In case you don't have access to purchase the Voucher in Puerto Rico, you can attach to the Report a Certified Check payable to the "Secretary of the Treasury" in the amount of $100, representing the filing fee.

OTHER    - The corporation's audited Balance Sheet as of **December, 31, 2005** and accompanying certification bearing the original stamp of the Puerto Rico Society of CPA should be attached to the report prior to filing.

- In the case that the report is notarized outside of Puerto Rico a "County Clerk Certificate" certifying that the notary is authorized by the County should be included with the report prior to filing.

2005

# PRICEWATERHOUSECOOPERS 🏢

06 APR -6   AM 10: 27

ᴧUᏃᎧᏒ ᎬXᏢᎡᎬSᎤ

PricewaterhouseCoopers LLP
254 Muñoz Rivera
BBVA Tower, Suite 900
Hato Rey, PR 00918
Telephone (787) 754 9090
Facsimile (787) 766 1094

April 4, 2006

Department of State
P.O. Box 9023271
San Juan, Puerto Rico 00902

Dear Sirs:

**PETROBRAS AMERICA, INC. – PUERTO RICO OPERATIONS**
**ACCOUNT NO. 76-0235183**
**FILE NO. 12233-F**

On behalf of the above taxpayer, we respectfully request an extension of time until July 14, 2006, within which to file the Corporate Annual Report for the year 2005. The extension is necessary due to delays in assembling the information required to complete the report.

Please acknowledge receipt of this letter by date stamping the attached copy. If you have any questions, please call us.

Very truly yours,

Héctor Bernier

cc: Mr. Elau Lau – Petrobras America, Inc.



Dirijase toda correspondencia
a la Administradora

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACION DE SERVICIOS GENERALES**
**Registro Único de Licitadores**

### CERTIFICADO DE ELEGIBILIDAD

**LICITADOR:**            PETROBRAS AMERICA INC.

Núm. de Licitador:        7243

Seguro Social Patronal:   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

Direccion Postal:         10777 Westheimer Suite 1200

                          Houston TX 77042

Teléfono:                 713-781-9798

Núm. de Fax:              713-781-3570

E-Mail:                   mmagalhaes@petrobras-usa.com

Persona Autorizada a Firmar la Oferta: Marcio Magalhaes

Titulo que Ostenta:                     Oil Manager

Registro vigente desde  3 de noviembre de 2004    hasta  3 de noviembre de 2005

### ELEGIBILIDAD:

El Licitador tiene sus documentos[1] al dia y está elegible para la adjudicacion de subastas compras bajo contrato, y expedición de ordenes de compra hasta el 17 de abril de 2005.

Será responsabilidad del Licitador mantener todos sus documentos al dia, durante el año de registro. Además cada Agencia Ejecutiva o Corporación Pública será responsable de verificar la elegibilidad del licitador antes de adjudicar subastas y emitir ordenes de compra.

Y PARA QUE ASI CONSTE expido la presente en San Juan, Puerto Rico hoy 18 de febrero de 2005

**Administradora Auxiliar**
**Area de Adquisiciones**
**o su Representante Autorizado**

---

[1] Patente Municipal, Certificación de Radicación de Planillas Propiedad Mueble, Certificación de Deuda de Propiedad Mueble, Certificación de Deuda Propiedad Inmueble ó Certificación Negativa, Certificación de Radicación de Planillas de Contribución sobre Ingresos últimos 5 años, Certificación de Deuda Contributiva, Certificación de Póliza del Fondo del Seguro del Estado, Certificación de Deuda del Fondo del Seguro del Estado, Certificación de Deuda del Departamento del Trabajo de Seguro de Incapacidad y Desempleo, Certificación de Deuda del Seguro Social Choferil, Certificado de Cumplimiento con la Ley General de Corporaciones (Good Standing), Certificación de Deuda de la Administración para el Sustento de Menores en el caso de negocio individual (Asunto).