UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 MDL 1358 (SAS) M21-88 |
| This document relates to: *Commonwealth of Puerto Rico, et al.* v. *Shell Oil Co., et al.,* Case No. 07-CIV-10470 (SAS) | DECLARATION OF Matthew Anderson |

I, Matthew Anderson, declare and state:

1. I am over the age of 21. I have not been convicted of any crimes and I am competent to make this declaration. I have personal knowledge of the facts and matters set forth in this Declaration and they are all true and correct.

2. I am the Chief Operating Officer with Charter Brokerage LLC ("Charter"), a position I have held since 2012. Charter is a leading global trade services company providing complete customs, import, export, drawback, and related services to importers and exporters in the United States of America. Since 2000, we have provided customs related services to Petrobras America Inc. ("PAI").

3. Among the services we have provided to PAI is completing and filing necessary United States Customs and Border Protection ("CBP") forms related to the importation of petroleum products to the Commonwealth of Puerto Rico. Among the forms that have to be filed in connection with the importation of petroleum products to the Commonwealth of Puerto Rico is CBP (formerly CF) Form 7501. A true and correct copy of an unexecuted current version of that form is attached as Exhibit A. The form requires, among other data, an identification of the

Page 1

Declaration of Matthew D. Anderson
506560 000036 9803409.1

# EXHIBIT C

importer of record, which is the entity that is the owner or consignee of the imported cargo described in that form, within the United States or Puerto Rico, . Charter caused Form 7501s to be filed on behalf of PAI in connection with petroleum products entering Puerto Rico between 2002 and 2005.

4. Material information from the CF 7501s Charter files on behalf of clients, including PAI, is recorded and maintained by Charter. That information is normally recorded at or near the time that the Form 7501 is completed and filed with Customs, and such information is kept in the regular course of Charter's business. Attached as Exhibit B is that portion of the recorded material Charter maintains describing Form 7501 information filed on behalf of PAI between November of 2002 and May of 2005 for unleaded motor gasoline entering Puerto Rico in which PAI was identified as the importer of record.

5. Exhibit B is a representation of the information from Form 7501s filed with CBP on behalf of PAI. For example, line 11 of Exhibit B describing the entry into Puerto Rico on March 12, 2004, of 228,086 barrels of gasoline transported on the vessel Bene captures material data fields from the Form 7501. On the bills of lading for that transaction, which are Attached as Exhibit C, the shipper is identified as Petrobras America Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 22, 2015___ .

_____
(Signature of Declarant)

___Mathew D. Anderson___
(Printed Name of Declarant)

___Chief Operating Officer___
(Title of Declarant)

Page 2

Declaration of _Matthew D. Anderson
506560 000036 9803409.1



Form Approved OMB No. 1651-0022
EXP. 08-31-2014

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

# ENTRY SUMMARY

| 1. Filer Code/Entry No. | | 2. Entry Type | 3. Summary Date |
|---|---|---|---|
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
| 21. Location of Goods/G.O. No. | 22. Consignee No. | | 23. Importer No. | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| City     State     Zip | City     State     Zip |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars     Cents |

| Other Fee Summary for Block 39 | 35. Total Entered Value $ | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner | | | E. Ascertained Total | 40. Total |

or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|

CBP Form 7501 (06/09)

| DEPARTMENT OF HOMELAND SECURITY U.S. Customs and Border Protection | ENTRY SUMMARY CONTINUATION SHEET | | OMB No. 1651-0022 EXP. 08-31-2014 |
|---|---|---|---|
| | 1. Filer Code/Entry No. | | |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |  |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | | | | |

CBP Form 7501 (06/09)

B

| Importer Name | Importer Number | Vessel | File Number | Entry Number | Created By | MoT | Entry Date | Entry Summary Date | Import Date | ABI Status | Entry | Port of Entry | Port of Un | Ultima | CoE | Export Date | CoO | Bill of Lading |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PETROBRAS AMERICA INC. | 76-023518300 | IBORA | PBR02-133 | UI4-3002150-8 | AP | 10 | 10/26/2002 | 11/6/2002 | 10/26/2002 | LIQUIDATED | 01 | 4909 | 4909 | PR | BR | 10/14/2002 | BR | Multi |
| PETROBRAS AMERICA INC. | 76-023518300 | FAITHFUL | PBR02-141 | UI4-3002314-0 | EJC | 10 | 11/26/2002 | 12/9/2002 | 11/24/2002 | LIQUIDATED | 01 | 4909 | 4909 | PR | BR | 11/11/2002 | BR | AYLAST2002319 |
| PETROBRAS AMERICA INC. | 76-023518300 | BALUNI | PBR02-152 | UI4-3002438-7 | AA | 10 | 12/26/2002 | 1/8/2003 | 12/19/2002 | LIQUIDATED | 01 | 4909 | 4909 | PR | AR | 10/30/2002 | AR | Multi |
| PETROBRAS AMERICA INC. | 76-023518300 | MARCHEKAN | PBR03-005 | UI4-3002598-8 | AA | 10 | 1/21/2003 | 1/31/2003 | 1/21/2003 | LIQUIDATED | 01 | 4909 | 4909 | PR | BR | 1/2/2003 | BR | DPKTP3DKB0301011 |
| PETROBRAS AMERICA INC. | 76-023518300 | BALUNI | PBR03-060 | UI4-3003567-2 | KLK | 10 | 6/11/2003 | 6/23/2003 | 6/11/2003 | LIQUIDATED | 01 | 4909 | 4909 | PR | AN | 6/10/2003 | AN | BROD3580803 |
| PETROBRAS AMERICA INC. | 76-023518300 | SKOWHEGAN | PBR03-095 | UI4-3004092-0 | AA | 10 | 8/15/2003 | 8/27/2003 | 8/15/2003 | LIQUIDATED | 01 | 4909 | 4909 | PR | BS | 8/12/2003 | BR | AYLA2003122 |
| PETROBRAS AMERICA INC. | 76-023518300 | FAITHFUL | PBR03-127 | UI4-3004486-4 | KLK | 10 | 10/1/2003 | 10/14/2003 | 10/1/2003 | LIQUIDATED | 01 | 4908 | 4908 | PR | BR | 9/19/2003 | BR | AYLAGMHP011001 |
| PETROBRAS AMERICA INC. | 76-023518300 | BALUNI | PBR03-133 | UI4-3004574-7 | KLK | 10 | 10/15/2003 | 10/27/2003 | 10/15/2003 | LIQUIDATED | 01 | 4908 | 4908 | PR | BR | 10/7/2003 | BR | AYLABROD35814030 |
| PETROBRAS AMERICA INC. | 76-023518300 | PODRAVINA | PBR03-144 | UI4-3004796-6 | AA | 10 | 11/12/2003 | 11/24/2003 | 11/11/2003 | LIQUIDATED | 01 | 4908 | 4908 | PR | BR | 10/29/2003 | BR | AYLACITGOPON1111 |
| PETROBRAS AMERICA INC. | 76-023518300 | AMAZON GUARDIAN | PBR03-150 | UI4-3005107-5 | AA | 10 | 12/16/2003 | 12/29/2003 | 12/16/2003 | LIQUIDATED | 01 | 4908 | 4912 | PR | BR | 12/5/2003 | BR | Multi |
| PETROBRAS AMERICA INC. | 76-023518300 | CABO TAMAR | PBR03-152 | UI4-3005131-5 | AA | 10 | 12/22/2003 | 1/5/2004 | 12/19/2003 | LIQUIDATED | 01 | 4908 | 4912 | PR | BS | 12/16/2003 | BR | AYLAPETROBR1712 |
| PETROBRAS AMERICA INC. | 76-023518300 | AMAZON GUARDIAN | PBR03-153 | UI4-3005203-2 | BLR | 10 | 12/25/2003 | 1/7/2004 | 12/25/2003 | LIQUIDATED | 01 | 4908 | 4908 | PR | CO | 12/22/2003 | CO | UNKN031222 |
| PETROBRAS AMERICA INC. | 76-023518300 | CABO TAMAR | PBR04-004 | UI4-3005342-8 | BLR | 10 | 1/15/2004 | 1/28/2004 | 1/15/2004 | LIQUIDATED | 01 | 4908 | 4912 | PR | BS | 1/12/2004 | BR | ANNV075004062 |
| PETROBRAS AMERICA INC. | 76-023518300 | AMAZON EXPLORER | PBR04-007 | UI4-3005457-4 | AA | 10 | 1/28/2004 | 2/9/2004 | 1/28/2004 | LIQUIDATED | 01 | 4908 | 4912 | PR | BS | 1/25/2004 | BR | AYLAPETROAE0430 |
| PETROBRAS AMERICA INC. | 76-023518300 | AMAZON EXPLORER | PBR04-009 | UI4-3005522-5 | AA | 10 | 2/6/2004 | 2/19/2004 | 2/6/2004 | LIQUIDATED | 01 | 4908 | 4912 | PR | BS | 2/3/2004 | BR | PRMNEXP010204001 |
| PETROBRAS AMERICA INC. | 76-023518300 | AMAZON GLADIATOR | PBR04-011 | UI4-3005838-5 | AA | 10 | 3/9/2004 | 3/19/2004 | 3/9/2004 | LIQUIDATED | 01 | 4908 | 4912 | PR | BS | 3/6/2004 | BS | CSHVGLA040304001 |
| PETROBRAS AMERICA INC. | 76-023518300 | BENE | PBR04-012 | UI4-3005848-4 | AA | 10 | 3/10/2004 | 3/22/2004 | 3/10/2004 | CANCELED | 01 | 4908 | 4908 | PR | BR | 2/3/2004 | BR | AYLACITGOBE10 |
| PETROBRAS AMERICA INC. | 76-023518300 | BENE | PBR04-013 | UI4-3005868-2 | AA | 10 | 3/12/2004 | 3/24/2004 | 3/12/2004 | LIQUIDATED | 01 | 4909 | 4909 | PR | AN | 2/3/2004 | AN | Multi |
| PETROBRAS AMERICA INC. | 76-023518300 | CHAMPION EXPRESS | PBR04-014 | UI4-3005894-8 | AA | 10 | 3/15/2004 | 3/25/2004 | 3/15/2004 | LIQUIDATED | 01 | 4908 | 4908 | PR | AN | 2/16/2004 | AN | AYLACITGOCE15 |

| Manufacturer Id | FIRMS | Line It | HTS Classifica | HTSUS Description | Product Name | Product Description | SPI | Entered Quantity | Entered Weight | Entered Value | Duty_Rate | Duty | HMF | MPF | Liq. Date | Liq. Duty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRPETBRA65RIO | IM391- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | | | 246854 | 29547730 | 9086983 | 0.525 | 129598.35 | 11358.73 | 485 | 10/10/2003 | 129598.35 |
| BRPETBRA65RIO | IM337- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | | | 160666 | 19384310 | 14521154 | 0.525 | 84349.65 | 5651.44 | 485 | 10/10/2003 | 84349.65 |
| BRPETBRA65RIO | IM391- | 1002 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | | | | 137708 | 15921801 | 4887261 | 0.525 | 72296.70 | 6109.08 | | 11/7/2003 | 78098.54 |
| BRPETBRA65RIO | IM391- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | | | 156876 | 18517600 | 5630128 | 0.525 | 82359.90 | 7037.66 | 485 | 12/5/2003 | 82359.9 |
| BRPETBRA65RIO | IM391- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 148363 | 17012420 | 5177875 | 0.525 | 77890.58 | 6472.34 | | 4/23/2004 | 77890.58 |
| BRPETBRA65RIO | IM391- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 64612 | 7728960 | 2548303 | 0.525 | 33921.30 | 3185.38 | 485 | 6/25/2004 | 33921.3 |
| BRPETBRA65RIO | IO792- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 141104 | 16924670 | 4912967 | 0.525 | 74079.60 | 6141.21 | 485 | 8/13/2004 | 74079.6 |
| BRPETBRA65RIO | IO792- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | | | | 41829 | 4961370 | 1528428 | 0.525 | 21960.23 | 0.00 | 485 | 8/27/2004 | 21960.23 |
| BRPETBRA65RIO | IO010- | 1001 | 2710111518 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 100699 | 12078300 | 3566198 | 0.525 | 52866.98 | 4457.75 | 485 | 9/24/2004 | 52866.98 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 427746 | 67913285 | 10648730 | 0.0525 | 22456.67 | 0.00 | 485 | 10/29/2004 | 22456.67 |
| COECOCAR | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | D+ | 344730 | 55481471 | 8550299 | 0.0525 | 18098.33 | 0.00 | 485 | 11/5/2004 | 18098.33 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 100333 | 16405761 | 2236914 | 0 | 0.00 | 0.00 | 485 | 11/12/2004 | 0 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 343817 | 54823719 | 7990310 | 0.0525 | 18050.39 | 0.00 | 485 | 11/26/2004 | 18050.39 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 351687 | 56158983 | 9583464 | 0.0525 | 18463.57 | 0.00 | 485 | 12/10/2004 | 18463.57 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 400033 | 64107784 | 11240931 | 0.0525 | 21001.73 | 0.00 | 485 | 12/17/2004 | 21001.73 |
| BRPETBRA65RIO | IM408- | 1001 | 2710190530 | FUEL OIL NO. 6.SAYBOLT UNI | FUEL OIL NO. 6 | FUEL OIL NO. 6 | | 444838 | 70577957 | 11118720 | 0.0525 | 23354.00 | 0.00 | | 1/21/2005 | 23354 |
| BRPETBRA65RIO | IO010- | 1001 | 2710111519 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 50000 | 1 | 2246000 | 0.525 | 26250.00 | 2807.50 | 485 | | |
| BRPETBRA65RIO | IM391- | 1001 | 2710111519 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 228086 | 27041820 | 10047084 | 0.525 | 119745.15 | 12558.86 | | 1/21/2005 | 139308.76 |
| BRPETBRA65RIO | IM408- | 1001 | 2710111519 | UNLEADED GAS MOTOR FUEL OT | GASOLINE - UNLEADED OTHER | GASOLINE - UNLEADED OTHER | | 105401 | 12449540 | 4642887 | 0.525 | 55335.53 | 5803.61 | | 11/28/2005 | 55335.53 |

| Liq. Fee | Invoice Description 2 | Charges | Quantl | Entry Creation | NAFTA Recon |
|---|---|---|---|---|---|
| 11843.73 |  | 1431134 | BBL | 10/25/2002 | F |
| 6136.44 |  | 1241000 | BBL | 11/22/2002 | F |
| 6725.94 |  | 1203003 | BBL | 12/18/2002 | F |
| 7522.66 | API GRAVITY @ 60 DEG. F=58.6 | 1239393 | BBL | 1/17/2003 | F |
| 6472.34 | API GRAVITY @ 60 DEG.F=64.2 | 1388483 | BBL | 6/10/2003 | F |
| 3670.38 | API GRAVITY @ 60 DEG.F=56.1 | 154826 | BBL | 8/13/2003 | F |
| 6626.21 | API GRAVITY @ 60 DEG.F=55.6 | 1285031 | BBL | 9/30/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 57.7 | 160652 | BBL | 10/14/2003 | F |
| 4942.75 | API GRAVITY @ 60 DEG= 55.6 | 1206433 | BBL | 11/10/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 14.0 | 1274682 | BBL | 12/15/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 8.0 | 1671811 | BBL | 12/18/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 5.8 | 1132640 | BBL | 12/24/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 9.3 | 1662192 | BBL | 1/14/2004 | F |
| 485 | API GRAVITY @ 60 DEG= 9.1 | 1774766 | BBL | 1/27/2004 | F |
| 485 | API GRAVITY @ 60 DEG= 8.6 | 1886073 | BBL | 2/5/2004 | F |
| 0 | API GRAVITY @ 60 DEG= 9.9 | 1624552 | BBL | 3/8/2004 | F |
|  |  | 12 | BBL | 3/9/2004 | F |
| 13003.49 |  | 1564854 | BBL | 3/11/2004 | F |
| 5803.61 | API GRAVITY @ 60 DEG= 58.5 | 1261032 | BBL | 3/12/2004 | F |

| Liq. Fee | Invoice Description 2 | Charges | Quantl | Entry Creation | NAFTA Recon |
|---|---|---|---|---|---|
| 11843.73 |  | 1431134 | BBL | 10/25/2002 | F |
| 6136.44 |  | 1241000 | BBL | 11/22/2002 | F |
| 6725.94 |  | 1203003 | BBL | 12/18/2002 | F |
| 7522.66 | API GRAVITY @ 60 DEG. F=58.6 | 1239393 | BBL | 1/17/2003 | F |
| 6472.34 | API GRAVITY @ 60 DEG.F=64.2 | 1388483 | BBL | 6/10/2003 | F |
| 3670.38 | API GRAVITY @ 60 DEG.F=56.1 | 154826 | BBL | 8/13/2003 | F |
| 6626.21 | API GRAVITY @ 60 DEG.F=55.6 | 1285031 | BBL | 9/30/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 57.7 | 160652 | BBL | 10/14/2003 | F |
| 4942.75 | API GRAVITY @ 60 DEG= 55.6 | 1206433 | BBL | 11/10/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 14.0 | 1274682 | BBL | 12/15/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 8.0 | 1671811 | BBL | 12/18/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 5.8 | 1132640 | BBL | 12/24/2003 | F |
| 485 | API GRAVITY @ 60 DEG= 9.3 | 1662192 | BBL | 1/14/2004 | F |
| 485 | API GRAVITY @ 60 DEG= 9.1 | 1774766 | BBL | 1/27/2004 | F |
| 485 | API GRAVITY @ 60 DEG= 8.6 | 1886073 | BBL | 2/5/2004 | F |

C

**PARCEL 1**

**Statia Terminals, N.V.**
**TANKER BILL OF LADING**
SCAC CODE: BROD / 35909031

Non-Negotiable Copy

Shipped in apparent good order and condition by: __PETROBRAS AMERICA INC.__
(Shipper)

on board the __CROATIAN__ M/V __BENE__
(Flag)   (Type)   (Vessel's Name)

whereof: __PETAR BUSURELO__ is Master; at the port of
(Master's Full Name)

St. Eustatius, Netherlands Antilles; a quantity said to be:

| Cargo Description | QUANTITY | |
|---|---|---|
| UNLEADED GASOLINE | 98,973 | Net U.S. Barrels at 60° F |
| | 4,156,866 | Net U.S. Gallons at 60° F |
| | 11,565.98 | Net Long Tons |
| | 15,724.830 | Cubic Meters at 15° C |
| | 11,752.054 | Net Metric Tons |

the stated weight, quantity, quality, measurement, grade, nature, value and condition of the cargo being unknown to the vessel and to the Master, is to be delivered in like good order and condition at the port of: __SAN JUAN, PUERTO RICO__
(Discharge Port)

or so near thereto as the vessel can safely get, always afloat unto: __THE ORDER OF ASTRA OIL__
(Consignee)

or order, on payment of freight, or as per charter party dated __As Per Charter Party__
(C/P Date)

between __As Per Charter Party__ . All the terms
(Charterer and Owner)

whatsoever of the said Charter except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.

If this Bill of Lading is a document of title to which the Carriage of Goods by Sea Act of the United States, approved April 16, 1936, or similar legislation giving statutory effect to the International Convention for the Unification of Certain Rules relating to Bills of Lading at Brussels of August 25, 1924, applies by reason of the port of loading or discharging being in territory in which the said Act or other similar legislation is in force, this Bill of Lading shall have effect subject to the provisions of the said Act or other similar legislation, as the case may be, which shall be deemed incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act or other similar legislation. If any term of this Bill of Lading is repugnant to the said Act or other similar legislation as so incorporated, such terms shall be void to that extent but no further.

In witness whereof, the Master, or his Agent, has signed __Three (3)__ Original Bill(s) of Lading, all of this tenor and date, drawn as one set and consecutively numbered, any one of which being accomplished, all others being void.
(Number Of Original Bill(s) Of Lading)

Received on board / Clean on board
Freight payable as per charter party
1. "All terms, conditions and exceptions including the arbitration clause of the charter party are incorporated herein."
2. If one original Bill of Lading is placed on board, delivery of cargo may properly be made on instructions received from the charterers.

St. Eustatius, Netherlands Antilles
MARCH 09, 2004

Master, _____   M/V BENE
(Vessel's Name)
PETAR BUSURELO
(Master's Full Name)

PAI/PR 000426
CONFIDENTIAL (per 2004 MDL 1358 Order)

PER 03/04

**Statia Terminals, N.V.**

**PARCEL 2**  **TANKER BILL OF LADING**  **NON-NEGOTIABLE COPY**

SCAC CODE: BROD / 35911032

Shipped in apparent good order and condition by: _____PETROBRAS AMERICA INC._____
(Shipper)

on board the ___CROATIAN___ M/V ___BENE___
            (Flag)    (Type)    (Vessel's Name)

whereof: _____PETAR BUSURELO_____ is Master, at the port of
            (Master's Full Name)

St. Eustatius, Netherlands Antilles; a quantity said to be:

Cargo Description                 QUANTITY

|  | | |
|---|---|---|
| | 129,908 | Net U.S. Barrels at 60° F |
| | 5,456,136 | Net U.S. Gallons at 60° F |
| UNLEADED GASOLINE | 15,005.67 | Net Long Tons |
| | 20,639.783 | Cubic Meters at 15° C |
| | 15,247.302 | Net Metric Tons |

the stated weight, quantity, quality, measurement, grade, nature, value and condition of the cargo being unknown to the vessel and to the Master, is to be delivered in like good order and condition at the port of: _____SAN JUAN, PUERTO RICO_____
(Discharge Port)

or so near thereto as the vessel can safely get, always afloat unto: ___THE ORDER OF___

_____ASTRA OIL_____
(Consignee)

or order, on payment of freight, or as per charter party dated ___As Per Charter Party___
(C/P Date)

between _____As Per Charter Party_____ . All the terms
(Charterer and Owner)

whatsoever of the said Charter except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.

If this Bill of Lading is a document of title to which the Carriage of Goods by Sea Act of the United States, approved April 16, 1936, or similar legislation giving statutory effect to the International Convention for the Unification of Certain Rules relating to Bills of Lading at Brussels of August 25, 1924, applies by reason of the port of loading or discharging being in territory in which the said Act or other similar legislation is in force, this Bill of Lading shall have effect subject to the provisions of the said Act or other similar legislation, as the case may be, which shall be deemed incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act or other similar legislation. If any term of this Bill of Lading is repugnant to the said Act or other similar legislation as so incorporated, such terms shall be void to that extent but no further.

In witness whereof, the Master, or his Agent, has signed ___Three (3)___
(Number of Original Bill(s) of Lading)

Original Bill(s) of Lading, all of this tenor and date, drawn as one set and consecutively numbered, any one of which being accomplished, all others being void.

Received on board / Clean on board
Freight payable as per charter party

1. "All terms, conditions and exceptions including the arbitration clause of the charter party are incorporated herein."
2. If one original Bill of Lading is placed on board, delivery of cargo may properly be made on instructions received from the charterers.

St. Eustatius, Netherlands Antilles
MARCH 11TH, 2004

_____
Master

M/V BENE
(Vessel's Name)

PETAR BUSURELO
(Master's Full Name)

PAI/PR 000425
CONFIDENTIAL (per 2004 MDL 1358 Order)

# Statia Terminals, N.V.

**PARCEL 3**  **TANKER BILL OF LADING**  **NON-NEGOTIABLE COPY**

SCAC CODE: BROD / 35912033

Shipped in apparent good order and condition by: __PETROBRAS AMERICA INC.__ (Shipper)

on board the __CROATIAN__ (Flag) M/V (Type) __BENE__ (Vessel's Name)

whereof: __PETAR BUSURELO__ (Master's Full Name) is Master, at the port of St. Eustatius, Netherlands Antilles; a quantity said to be:

| Cargo Description | QUANTITY | |
|---|---|---|
| MTBE | 7,991 | Net U.S. Barrels at 60° F |
| | 335,622 | Net U.S. Gallons at 60° F |
| | 929.91 | Net Long Tons |
| | 1,269.610 | Cubic Meters at 15° C |
| | 944.856 | Net Metric Tons |

the stated weight, quantity, quality, measurement, grade, nature, value and condition of the cargo being unknown to the vessel and to the Master, is to be delivered in like good order and condition at the port of: __SAN JUAN, PUERTO RICO__ (Discharge Port)

or so near thereto as the vessel can safely get, always afloat unto: __THE ORDER OF ASTRA OIL__ (Consignee)

or order, on payment of freight, or as per charter party dated __As Per Charter Party__ (C/P Date) between __As Per Charter Party__ (Charterer and Owner). All the terms whatsoever of the said Charter except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.

If this Bill of Lading is a document of title to which the Carriage of Goods by Sea Act of the United States, approved April 16, 1936, or similar legislation giving statutory effect to the International Convention for the Unification of Certain Rules relating to Bills of Lading at Brussels of August 25, 1924, applies by reason of the port of loading or discharging being in territory in which the said Act or other similar legislation is in force, this Bill of Lading shall have effect subject to the provisions of the said Act or other similar legislation, as the case may be, which shall be deemed incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act or other similar legislation. If any term of this Bill of Lading is repugnant to the said Act or other similar legislation as so incorporated, such terms shall be void to that extent but no further.

In witness whereof, the Master, or his Agent, has signed __Three (3)__ (Number of Original Bill(s) of Lading) Original Bill(s) of Lading, all of this tenor and date, drawn as one set and consecutively numbered, any one of which being accomplished, all others being void.

Received on board / Clean on board
Freight payable as per charter party
1. "All terms, conditions and exceptions including the arbitration clause of the charter party are incorporated herein."
2. If one original Bill of Lading is placed on board, delivery of cargo may properly be made on instructions received from the charterers.

St. Eustatius, Netherlands Antilles
__MARCH 12TH, 2004__

-Master-, M/V BENE (Vessel's Name)

PETAR BUSURELO (Master's Full Name)

PAI/PR 000424
CONFIDENTIAL (per 2004 MDL 1358 Order)