| RPT_PERIOD | R_S_NAME | LINE_NUM | PROD_CODE | PROD_NAME | PORT_CODE | PORT_CITY | PORT_STATE | PORT_PADD | GCTRY_CODE | CNTRY_NAME | QUANTITY | SULFUR | APIGRAVITY | PCOMP_R | PCOMP_S | PCOMP_S STATE_N | PCOMP_PADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0112 | PETROBRAS AMERICA INC | 3 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 120 | | | 0 | 0 | | |
| 0112 | PETROBRAS AMERICA INC | 4 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 209 | | | 0 | 0 | | |

# EXHIBIT D

| RPT_PERIOD | R_S_NAME | LINE_NUM | PROD_CODE | PROD_NAME | PORT_CODE | PORT_CITY | PORT_STATE | PORT_PADD | GCTRY_CODE | CNTRY_NAME | QUANTITY | SULFUR | APIGRAVITY | PCOMP_RNAM | PCOMP_SNAM | PCOMP_STAT | STATE_NAME | PCOMP_PADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0202 | PETROBRAS AMERICA INC | 10 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 29 | 0 | 0 | | | | | |
| 0203 | PETROBRAS AMERICA INC | 12 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 29 | 0 | 0 | | | | | |
| 0203 | PETROBRAS AMERICA INC | 13 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 44 | 0 | 0 | | | | | |
| 0203 | PETROBRAS AMERICA INC | 14 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 25 | 0 | 0 | | | | | |
| 0203 | PETROBRAS AMERICA INC | 15 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 11 | 0 | 0 | | | | | |
| 0204 | PETROBRAS AMERICA INC | 4 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 150 | ARGENTINA | 100 | 0 | 0 | | | | | |
| 0204 | PETROBRAS AMERICA INC | 8 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 56 | 0 | 0 | | | | | |
| 0205 | PETROBRAS AMERICA INC | 3 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 35 | 0 | 0 | | | | | |
| 0205 | PETROBRAS AMERICA INC | 4 | 152 | MOGAS, OTHER FINISHED | 4912 | GUAYANILLA, PR | PR | 600 | 220 | BRAZIL | 64 | 0 | 0 | | | | | |
| 0210 | PETROBRAS AMERICA INC | 11 | 152 | MOGAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PR | 600 | 220 | BRAZIL | 247 | 0 | 0 | | | | | |
| 0211 | PETROBRAS AMERICA INC | 4 | 152 | MOGAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PR | 600 | 220 | BRAZIL | 161 | 0 | 0 | | | | | |
| 0212 | PETROBRAS AMERICA INC | 7 | 144 | MTBE | 4909 | SAN JUAN, PR | PR | 600 | 220 | BRAZIL | 4 | 0 | 0 | UNKNOWN PROCESSOR-PR | UNKNOWN | 72 | PR | 6 |
| 0212 | PETROBRAS AMERICA INC | 11 | 511 | RESIDUAL FUEL | 4909 | SAN JUAN, PR | PR | 600 | 180 | BAHAMAS | 350 | 0.01 | 0 | | | | | |

| RPT_PERIOD | R_S_NAME | LINE_NUM | PROD_CC | PROD_NAME | PORT_CODE | PORT_CITY | PORT_STATE | PORT_PADD | GCTRY_CODE | CNTRY_NAME | QUANTITY | SULFUR | APIGRAVITY | PCOMP_R | PCOMP_S | PCOMP_S | STATE_N | PCOMP_PADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-03 | PETROBRAS AMERICA INC | 10 | 508 | RESIDUAL FUEL, < 0.31% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 353 | 0.01 | | 0 | | | | |
| Jan-03 | PETROBRAS AMERICA INC | 11 | 508 | RESIDUAL FUEL, < 0.31% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 350 | 0.01 | | 0 | | | | |
| Feb-03 | PETROBRAS AMERICA INC | 12 | 508 | RESIDUAL FUEL, < 0.31% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 232 | 0.01 | | 0 | | | | |
| Mar-03 | PETROBRAS AMERICA INC | 35 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 443 | 0.87 | | 0 | | | | |
| Mar-03 | PETROBRAS AMERICA INC | 44 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 480 | 0.66 | | 0 | | | | |
| Apr-03 | PETROBRAS AMERICA INC | 45 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 486 | 0.99 | | 0 | | | | |
| May-03 | PETROBRAS AMERICA INC | 76 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 346 | 0.91 | | 0 | | | | |
| May-03 | PETROBRAS AMERICA INC | 74 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 344 | 0.94 | | 0 | | | | |
| Jun-03 | PETROBRAS AMERICA INC | 75 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 595 | 0.83 | | 0 | | | | |
| Jun-03 | PETROBRAS AMERICA INC | 62 | 152 | MOTOR GAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERLANDS | 148 | 0 | | 0 | | | | |
| Sep-03 | PETROBRAS AMERICA INC | 70 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 445 | 0.98 | | 0 | | | | |
| Sep-03 | PETROBRAS AMERICA INC | 16 | 152 | MOTOR GAS, OTHER FINISHED | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 141 | 0 | | 0 | | | | |
| Sep-03 | PETROBRAS AMERICA INC | 17 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4912 | GUAYANILLA, PR | PUERTO RICO | 6 | 220 | BRAZIL | 352 | 0.93 | | 0 | | | | |
| Sep-03 | PETROBRAS AMERICA INC | 48 | 152 | MOTOR GAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 101 | 0 | | 0 | | | | |
| Oct-03 | PETROBRAS AMERICA INC | 49 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4912 | GUAYANILLA, PR | PUERTO RICO | 6 | 220 | BRAZIL | 440 | 0.61 | | 0 | | | | |
| Oct-03 | PETROBRAS AMERICA INC | 1 | 152 | MOTOR GAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | | 0 | | | | |
| Oct-03 | PETROBRAS AMERICA INC | 2 | 152 | MOTOR GAS, OTHER FINISHED | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | | 0 | | | | |
| Oct-03 | PETROBRAS AMERICA INC | 6 | 152 | MOTOR GAS, OTHER FINISHED | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 42 | 0 | | 0 | | | | |
| Nov-03 | PETROBRAS AMERICA INC | 13 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4912 | GUAYANILLA, PR | PUERTO RICO | 6 | 220 | BRAZIL | 439 | 0.96 | | 0 | | | | |
| Nov-03 | PETROBRAS AMERICA INC | 4 | 152 | MOTOR GAS, OTHER FINISHED | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 101 | 0 | | 0 | | | | |
| Nov-03 | PETROBRAS AMERICA INC | 7 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4912 | GUAYANILLA, PR | PUERTO RICO | 6 | 220 | BRAZIL | 491 | 0.96 | | 0 | | | | |
| Dec-03 | PETROBRAS AMERICA INC | 8 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4912 | GUAYANILLA, PR | PUERTO RICO | 6 | 220 | BRAZIL | 374 | 1 | | 0 | | | | |
| Dec-03 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 428 | 0.81 | | 0 | | | | |
| Dec-03 | PETROBRAS AMERICA INC | 5 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 345 | 0.9 | | 0 | | | | |
| Dec-03 | PETROBRAS AMERICA INC | 6 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 285 | COLOMBIA | 100 | 1.58 | | 0 | | | | |

| RPT_PERIOD | R_S_NAME | LINE_NUM | PROD_CODE | PROD_NAME | PORT_CODE | PORT_CITY | PORT_STATE | PORT_PADD | GCTRY_CODE | CNTRY_NAME | QUANTITY | SULFUR | APIGRAVITY | PCOMP_RNAM | PCOMP_SNAM | PCOMP_STAT | STATE_NAME | PCOMP_PADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-04 | PETROBRAS AMERICA INC | 3 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 344 | 1.02 | 0 | | | | | |
| Jan-04 | PETROBRAS AMERICA INC | 5 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 352 | 0.95 | 0 | | | | | |
| Feb-04 | PETROBRAS AMERICA INC | 2 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 400 | 0.91 | 0 | | | | | |
| Mar-04 | PETROBRAS AMERICA INC | 1 | 130 | MOTOR GAS, CONVENTIONAL, OTHER | 4908 | PONCE, PR | PUERTO RICO | 6 | 150 | ARGENTINA | 105 | 0 | 0 | | | | | |
| Mar-04 | PETROBRAS AMERICA INC | 2 | 138 | MOTOR GAS BLENDING COMPONENTS, ALL OTHER | 4913 | SAN JUAN INT AP, PR | PUERTO RICO | 6 | 220 | BRAZIL | 228 | 0 | 0 | CARIBBEAN PETRO CORP | BAYAMON | PR | PUERTO RICO | 6 |
| Mar-04 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 357 | 0.79 | 0 | | | | | |
| Mar-04 | PETROBRAS AMERICA INC | 4 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 428 | 0.94 | 0 | | | | | |
| Mar-04 | PETROBRAS AMERICA INC | 5 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 445 | 0.87 | 0 | | | | | |
| Mar-04 | PETROBRAS AMERICA INC | 6 | 138 | MOTOR GAS BLENDING COMPONENTS, ALL OTHER | 4913 | SAN JUAN INT AP, PR | PUERTO RICO | 6 | 220 | BRAZIL | 8 | 0 | 0 | CARIBBEAN PETRO CORP | BAYAMON | PR | PUERTO RICO | 6 |
| Apr-04 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 364 | 0.88 | 0 | | | | | |
| May-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 460 | 0.98 | 0 | | | | | |
| May-04 | PETROBRAS AMERICA INC | 2 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 285 | COLOMBIA | 150 | 1.62 | 0 | | | | | |
| Jun-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 150 | 0.64 | 0 | | | | | |
| Jun-04 | PETROBRAS AMERICA INC | 2 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 285 | COLOMBIA | 185 | 1.55 | 0 | | | | | |
| Jun-04 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 151 | 0.56 | 0 | | | | | |
| Jul-04 | PETROBRAS AMERICA INC | 5 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 255 | 0.84 | 0 | | | | | |
| Jul-04 | PETROBRAS AMERICA INC | 6 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 334 | 0.85 | 0 | | | | | |
| Aug-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 230 | 0.89 | 0 | | | | | |
| Aug-04 | PETROBRAS AMERICA INC | 2 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 202 | 0.94 | 0 | | | | | |
| Aug-04 | PETROBRAS AMERICA INC | 4 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 887 | TRINIDAD & TOBAGO | 318 | 1.4 | 0 | | | | | |
| Aug-04 | PETROBRAS AMERICA INC | 5 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 276 | 0.67 | 0 | | | | | |
| Aug-04 | PETROBRAS AMERICA INC | 6 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 301 | 0.89 | 0 | | | | | |
| Sep-04 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 62 | 0.94 | 0 | | | | | |
| Sep-04 | PETROBRAS AMERICA INC | 4 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 331 | 0.94 | 0 | | | | | |
| Sep-04 | PETROBRAS AMERICA INC | 5 | 130 | MOTOR GAS, CONVENTIONAL, OTHER | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 138 | 0 | 0 | | | | | |
| Oct-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 312 | 0.91 | 0 | | | | | |
| Oct-04 | PETROBRAS AMERICA INC | 2 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 325 | 0.83 | 0 | | | | | |
| Nov-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 270 | 0.83 | 0 | | | | | |
| Nov-04 | PETROBRAS AMERICA INC | 2 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 220 | BRAZIL | 249 | 0.77 | 0 | | | | | |
| Dec-04 | PETROBRAS AMERICA INC | 1 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 396 | 0.81 | 0 | | | | | |
| Dec-04 | PETROBRAS AMERICA INC | 2 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 207 | 0.54 | 0 | | | | | |
| Dec-04 | PETROBRAS AMERICA INC | 3 | 509 | RESIDUAL FUEL, 0.31-1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 180 | BAHAMAS | 221 | 0.84 | 0 | | | | | |
| Dec-04 | PETROBRAS AMERICA INC | 4 | 510 | RESIDUAL FUEL, > 1.00% SULFUR | 4908 | PONCE, PR | PUERTO RICO | 6 | 285 | COLOMBIA | 245 | 1.65 | 0 | | | | | |
| Dec-04 | PETROBRAS AMERICA INC | 7 | 130 | MOTOR GAS, CONVENTIONAL, OTHER | 4913 | SAN JUAN INT AP, PR | PUERTO RICO | 6 | 220 | BRAZIL | 35 | 0 | 0 | | | | | |

| RPT_PERI | R_S_NAME | LINE_N | PROD_CC | PROD_NAME | PORT_CO | PORT_CITY | PORT_STATE | PORT_PAI | GCTRY_C | CNTRY_N | QUANTITY | SULFUR | APIGRAVITY | PCOMP_RNAM | PCOMP_SNAM | PCOMP_S | STATE_NAME | PCOMP_PADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb-05 | PETROBRAS AMERICA IN | 10 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | 0 | | | | | |
| Feb-05 | PETROBRAS AMERICA IN | 11 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 70 | 0 | 0 | | | | | |
| Apr-05 | PETROBRAS AMERICA IN | 4 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | 0 | | | | | |
| May-05 | PETROBRAS AMERICA IN | 1 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 55 | 0 | 0 | | | | | |
| May-05 | PETROBRAS AMERICA IN | 2 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 25 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 1 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 20 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 2 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 3 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 4 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 100 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 5 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 50 | 0 | 0 | | | | | |
| Jun-05 | PETROBRAS AMERICA IN | 6 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 31 | 0 | 0 | | | | | |
| Jul-05 | PETROBRAS AMERICA IN | 1 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 47 | 0 | 0 | | | | | |
| Jul-05 | PETROBRAS AMERICA IN | 2 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 60 | 0 | 0 | | | | | |
| Jul-05 | PETROBRAS AMERICA IN | 3 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 60 | 0 | 0 | | | | | |
| Jul-05 | PETROBRAS AMERICA IN | 4 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 60 | 0 | 0 | | | | | |
| Jul-05 | PETROBRAS AMERICA IN | 5 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 125 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | FL | FLORIDA | 6 |
| Aug-05 | PETROBRAS AMERICA IN | 11 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 16 | 0 | 0 | | | | | |
| Aug-05 | PETROBRAS AMERICA IN | 13 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 31 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Aug-05 | PETROBRAS AMERICA IN | 14 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 50 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Aug-05 | PETROBRAS AMERICA IN | 15 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 75 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Aug-05 | PETROBRAS AMERICA IN | 16 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 75 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Aug-05 | PETROBRAS AMERICA IN | 17 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 90 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Sep-05 | PETROBRAS AMERICA IN | 6 | 130 | MOTOR GAS, CONVEN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 40 | 0 | 0 | | | | | |
| Sep-05 | PETROBRAS AMERICA IN | 7 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 40 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Sep-05 | PETROBRAS AMERICA IN | 8 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 40 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Sep-05 | PETROBRAS AMERICA IN | 9 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 60 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Oct-05 | PETROBRAS AMERICA IN | 5 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 640 | NETHERL | 42 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Nov-05 | PETROBRAS AMERICA IN | 2 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 50 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Nov-05 | PETROBRAS AMERICA IN | 3 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 75 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Nov-05 | PETROBRAS AMERICA IN | 4 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 220 | BRAZIL | 15 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Dec-05 | PETROBRAS AMERICA IN | 3 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 50 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |
| Dec-05 | PETROBRAS AMERICA IN | 5 | 138 | MOTOR GAS BLENDIN | 4909 | SAN JUAN, PR | PUERTO RICO | 6 | 630 | NETHERL | 97 | 0 | 0 | UNKNOWN PROCESS | UNKNOWN PROCESSOR-F | PR | PUERTO RICO | 6 |