USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898 (SAS)

MDL 1358

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

## STIPULATION AND ORDER SETTING DEFENDANTS' TIME TO ANSWER

WHEREAS, on May 14, 2015, the Court issued an Opinion and Order granting in part and denying in part the Insurance Defendants' motion to dismiss;

WHEREAS, the May 14, 2015 Opinion and Order granted the Commonwealth of Pennsylvania leave to replead Count IX of the Amended Complaint; and

WHEREAS, certain Insurance Defendants also joined the MTBE Defendants' motion to dismiss, which is not yet decided;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants in the above-captioned action, through undersigned counsel, that all Defendants' time to answer shall be twenty (20) calendar days after the later of: (i) the date an order is entered on the MTBE Defendants' motion to dismiss, **or** (ii) the date Plaintiff repleads Count IX.

AGREED TO BY:

_s/ Michael Axline_
Michael Axline, Esq.
*Counsel for Plaintiff*

_s/ James A. Pardo_
James A. Pardo, Esq.
*Counsel for Exxon Mobil Corporation and as Liaison Counsel for Defendants*

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

5/26/15
Dated