USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
           :
IN RE: METHYL TERTIARY BUTYL     :
ETHER ("MTBE") PRODUCTS           :   ORDER
LIABILITY LITIGATION                :
---------------------------------------------------------- :   Master File No. 1:00-1898
            :   MDL 1358 (SAS)
This document relates to:              :   M21-88
            :
*Commonwealth of Pennsylvania v. Exxon*   :
*Mobil Corporation, et al.*, 14 Civ. 6228     :
            :
---------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On April 24, 2015, the Court held a status conference in the above-captioned action. At that conference, the Court directed defendant LUKOIL Americas Corporation ("LAC"), in connection with jurisdictional discovery on its pending motion to dismiss for lack of personal jurisdiction, to submit for *in camera* review certain transcripts from a proceeding arising out of the bankruptcy of Getty Petroleum Marketing Inc. LAC had previously produced redacted copies of those transcripts to plaintiff (the "Commonwealth"), withholding those portions it claimed were subject to attorney-client privilege. Following the status conference, LAC reviewed the transcripts and determined that additional portions could be produced. LAC then submitted the full transcripts to the Court, marking the portions it still withheld due to attorney-client privilege. Having reviewed the

transcripts *in camera*, the Court is satisfied that the portions withheld by LAC are indeed privileged.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 26, 2015

- **Appearances** -

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
William A. Walsh, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500

**Counsel for the Commonwealth:**

Michael Axline, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Lisa A. Gerson, Esq.
Stephen J. Riccardulli, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
(212) 547-5583

**Counsel for LAC:**

James P. Tuite, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 997-4406

3