USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, No. 14 Civ. 01014 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br><br>Civil Action |

## ORDER

Having considered the recently filed Notice of Voluntary Dismissal With Prejudice of Equilon Enterprises LLC, Shell Trading (US) Company, and TMR Company Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby:

ORDERED that Equilon Enterprises LLC, Shell Trading (US) Company, and TMR Company are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 10, 2015