UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document related to:<br>All Cases | Master File No. 1:00–1898<br>MDL 1358 (SAS)<br>M21-88 |

## Joint Agenda For June 18, 2015 Status Conference

### Joint Agenda Items

1. *New Jersey*: Record on Remand
2. *Commonwealth of Pennsylvania*: Proposed CMOs Covering Initial Disclosures
3. *OCWD*: Suggestion of Remand

### Defendants' Agenda Items

1. *Puerto Rico II*: Report on Status of Rule 12 Motions
2. *OCWD*: Shell and BP Defendants' Request for Rule 54(b) Certification

### Plaintiffs' Agenda Items

1. *New Jersey*: Motion to Amend Complaint
2. *Commonwealth of Pennsylvania*: Motion to Amend Complaint

Dated: New York, New York
       June 10, 2015

WEITZ & LUXENBERG, P.C.

William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
700 Broadway
New York, New York 10003
(212) 558-5500

*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

Peter John Sacripanti (PS 8968)
James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Defendants' Liaison Counsel*