USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation<br><br>This document pertains to:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.,* No. 07 Civ. 10470 (SAS) | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br><br>Civil Action |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF EQUILON ENTERPRISES LLC, SHELL TRADING (US) COMPANY, AND TMR COMPANY

WHEREAS, Plaintiff, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Puerto Rico Environmental Quality Board (collectively referred to as the "Commonwealth"), alleges causes of action against Equilon Enterprises LLC, Shell Trading (US) Company, and TMR Company (collectively the "Shell Defendants") in the Commonwealth's Third Amended Complaint in the above-captioned action;

WHEREAS, the Shell Defendants filed a motion for summary judgment on September 26, 2014, as to all claims against them in the above-captioned action;

WHEREAS, in its opposition to that summary judgment motion, the Commonwealth agreed to dismiss all claims and causes of action in the Third Amended Complaint in the above-captioned action against Equilon Enterprises LLC, Shell Trading (US) Company, and TMR Company;

THEREFORE, IT IS STIPULATED AND AGREED that all claims and causes of action asserted by Plaintiff against defendants Equilon Enterprises LLC, Shell Trading (US) Company, and TMR Company in the Third Amended Complaint are dismissed with prejudice and with each party bearing its own costs and attorneys' fees, pursuant to Fed. R. Civ. Proc. 41(a)(2).

s/ Jorge L. Flores De Jesus
**Puerto Rico Department of Justice**
Jorge L. Flores De Jesus
Legal Counsel
Olimpo Street, Pda. 11
San Juan, Puerto Rico 00907


s/ Orlando H. Martinez
**Orlando H. Martinez Law Offices**
Orlando H. Martinez-Echevarria
Special Counsel for the Secretary of Justice
Centro de Seguros, Suite 413
701 Ponce de Leon Avenue
San Juan, Puerto Rico 00907

/s John K. Dema
**Law Offices of John K., Dema, P.C.**
John K. Dema
Special Counsel for the Secretary of Justice
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 000820-5008

/s William J. Jackson
**Jackson Gilmour & Dobbs, PC**
William J. Jackson
John D.S. Gilmour
Special Counsel for the Secretary of Justice
3900 Essex, Suite 700
Houston, Texas 77027

/s Michael Axline
**Miller &Axline**
Duane C. Miller
Michael D. Axline
Special Counsel for the Secretary of Justice
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225


Attorneys for Plaintiff

Dated:  June 10, 2015

By: s/ Ruben F. Reyna
Richard E. Wallace, Jr.
Ruben F. Reyna
SEDGWICK LLP
2900 K Street, N.W.
Harbourside, Suite 500
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

Attorneys for the Shell Defendants

Dated:  June 10, 2015

SO ORDERED: _____
Hon. Shira A. Scheindlin
U.S.D.J.

DATE: _____, 2015