USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
IN RE: METHYL TERTIARY BUTYL                                :
ETHER ("MTBE") PRODUCTS                                     :   **ORDER**
LIABILITY LITIGATION                                        :
                                                            :   Master File No. 1:00-1898
-----------------------------------------------------------:   MDL 1358 (SAS)
                                                            :   M21-88
**This document relates to:**                               :
                                                            :
*Commonwealth of Pennsylvania v. Exxon*                     :
*Mobil Corporation, et al.*, 14 Civ. 6228                   :
                                                            :
----------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       This Order clarifies the Court's July 2, 2015 Opinion and Order in the above-captioned action (Dkt. 152), which granted certain defendants' motion to dismiss claims of public nuisance, trespass, and violations of the Unfair Trade Practices & Consumer Protection Law. The Opinion and Order mistakenly directed the Clerk of Court to enter judgment in favor of defendants. The Clerk of Court should not enter judgment at this time.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            July 2, 2015

- Appearances -

**Liaison Counsel for Plaintiffs:**

Robert J. Gordon, Esq.
Robin L. Greenwald, Esq.
William A. Walsh, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500

**Counsel for the Commonwealth:**

Daniel Berger, Esq.
Tyler Wren, Esq.
Berger & Montague, P.C.
Special Counsel to the Commonwealth
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Michael Axline, Esq.
Duane C. Miller, Esq.
Tracey L. O'Reilly, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

Stewart L. Cohen, Esq.
Robert L. Pratter, Esq.
Michael Coren, Esq.
Cohen, Placitella & Roth, P.C.
Special Counsel to the Commonwealth
Two Commerce Square, Suite 29000
Philadelphia, PA 19103
(215) 567-3500

James A. Donahue, III
Executive Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
(717) 705-0418

Linda C. Barrett
Deputy General Counsel
Pennsylvania Governor's Office of General Counsel
333 Market Street
Harrisburg, PA 17101
(717) 787-9347

**Liaison Counsel for Defendants and on behalf of Defendants:**

Peter J. Sacripanti, Esq.
James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
Lisa A. Gerson, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
(212) 547-5583