AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

IN RE METHYL TERTIARY BUTLE ETHER ("MTBE")
PRODUCT LIABILITY LITIGATION

This document pertains to:
Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.
No.1:14-CV-06228-SAS

Master File No. 1:00-CV-1898 (SAS)
MDL 1358

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants, Coastal Eagle Point Oil Company and El Paso Merchant Energy-Petroleum Company (in its capacity as a MTBE Defendant)                                                     .

Date:   07/08/2015

_____
*Attorney's signature*

William A. Ruskin (WR8412)
*Printed name and bar number*

Gordon & Rees LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
*Address*

wruskin@gordonrees.com
*E-mail address*

(212) 269-5500
*Telephone number*

(212) 269-5505
*FAX number*