UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE METHYL TERTIARY BUTYL ETHER      Master File No. 1:00-cv-1898 (SAS)
("MTBE") PRODUCT LIABILITY LITIGATION     MDL 1358

**This document pertains to:**

*Commonwealth of Pennsylvania v.*
*Exxon Mobil Corporation, et al.,*
No. 1:14-cv-06228-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC. #:
DATE FILED: 7/14/15

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The Motion for Withdrawal of Appearances of Joseph F. Lagrotteria, Dorothy M.

Laguzza, and LeClairRyan, P.C. as counsel of record for the Defendants Coastal Eagle Point Oil

Company and El Paso Merchant Energy-Petroleum Company (in its capacity as a MTBE

Defendant), pursuant to Local Civil Rule 1.4, is hereby **GRANTED**.


SO ORDERED.

Dated: _____July 14_____, 2015

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge