

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami

Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

James A. Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

July 20, 2015

BY HAND DELIVERY AND ELECTRONIC MAIL

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1620
New York, New York  10007-1312

> Re:   Master File C.A. No. 1:00-1898 (SAS), M21-88, MDL No. 1358
> *Defendants' Pre-Conference Letter for July 28, 2015 Status Conference*

Dear Judge Scheindlin:

Defendants respectfully submit this letter in advance of the July 28, 2015 conference.

### JOINT AGENDA ITEM

**I.   *Commonwealth of Pennsylvania*: Report on CMO Negotiations**

The parties are continuing to meet and confer regarding a joint proposed CMO. Defendants will provide the Court with an update on those discussions in their reply letter.

### PLAINTIFFS' AGENDA ITEM

**I.   *Commonwealth of Puerto Rico I & II*: Implications of Post-*Fraguada* Development in Puerto Rico Law**

On July 14, Plaintiffs submitted a letter to the Court indicating that they had discovered a number of post-*Fraguada* cases allegedly impacting certain of the Court's prior rulings on statute of limitations.  As also indicated in that letter, Plaintiffs discussed these cases – and their alleged implication – in opposition to the motion for summary judgment of certain Shell defendants.  *See Ltr. from S. Kauff to Court* (July 14, 2015), at 1 n.1.  Therefore, the moving Shell entities will timely respond to Plaintiffs' new arguments in their reply brief, which is due Friday, July 24.  In the interim, it is sufficient to say that Defendants disagree that these cases would have had any impact on the Court's prior decisions or that they demonstrate a

U.S. practice conducted through McDermott Will & Emery LLP.

The Honorable Shira A. Scheindlin
July 20, 2015
Page 2


"development" in Puerto Rico law.  Defendants will be ready to address this issue with the Court on July 28 should the Court have any questions.

***

   As always, we appreciate your Honor's attention to this matter and ask that this letter be docketed by the Clerk's Office so that it is part of the Court's file.


Sincerely,

*James A. Pardo*

James A. Pardo


cc:  All Counsel of Record by LNFS, Service on Plaintiffs' Liaison Counsel