UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document related to:
All Cases

## Joint Agenda For July 28, 2015 Status Conference

### Joint Agenda Item

1. *Commonwealth of Pennsylvania*: Report on CMO Negotiations

### Plaintiffs' Agenda Item

2. *Commonwealth of Puerto Rico I & II*: Implications of Post-*Fraguada* Development in Puerto Rico Law

Dated: New York, New York
       July 20, 2015

WEITZ & LUXENBERG, P.C.

William A. Walsh (WW 3301)
Robert J. Gordon (RG 3408)
700 Broadway
New York, New York 10003
(212) 558-5500

*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

James A. Pardo (JP 9018)
Stephen J. Riccardulli (SR 7784)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Defendants' Liaison Counsel*