USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 7/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |
| This document relates to: *City of Breaux Bridge, Louisiana v. Alon Refining Krotz Springs, Inc.*, Case No. 6:15-cv-01959-RFD-PJH (W.D. La.) | |

## STIPULATION AND ORDER SETTING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS, on June 25, 2015, the City of Breaux Bridge, Louisiana ("Plaintiff") filed a Complaint against the defendants listed in Attachment A (collectively, "Defendants") in the United States District Court for the Western District of Louisiana (the "Action");

WHEREAS, on July 9, 2015, Plaintiff filed a Notice of Potential Tag-Along Action before the United States Judicial Panel on Multidistrict Litigation ("JPML") identifying the Action as a related, tag-along action to *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation,* Master File No. 1:00-1898, MDL 1358 ("MDL 1358");

WHEREAS, on July 20, 2015, the JPML issued Conditional Transfer Order No. 45 ("CTO-45"), in which transmittal of CTO-45 to the Office of the Clerk of the United States District Court for the Southern District of New York was stayed for a period of seven (7) days (the "Stay");

WHEREAS, on July 28, 2015, the JPML, having received no objections to CTO-45, finalized CTO-45 and lifted the Stay;

WHEREAS, on July 29, 2015, CTO-45 was filed with the Clerk of the United States District Court for the Southern District of New York, thereby effectuating transfer of the Action to MDL 1358;

WHEREAS, some Defendants' deadline to serve a responsive pleading to Plaintiff's Complaint in this Action is on or about August 3, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned Action, through undersigned counsel, that Defendants' time to respond to the Complaint shall be August 31, 2015.

AGREED TO BY:

Dated: July 29, 2015

_s/ Scott Summy_
Scott Summy, Esq.
*Counsel for Plaintiff*

_s/ James A. Pardo_
James A. Pardo, Esq.
*Counsel for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation, and as Liaison Counsel for Defendants Listed on Attachment A*

SO ORDERED:

Hon. Shira A. Scheindlin, U.S.D.J.

July 30, 2015
Dated

-2-

## Attachment A

Alon Refining Krotz Springs, Inc.
Ashland Oil Inc.
Atlantic Richfield Company
BP Products North America Inc.
Chevron U.S.A. Inc.
Citgo Petroleum Corporation
Citgo Refining and Chemicals Company, LP
Coastal Eagle Point Oil Company
ConocoPhillips Company
Diamond Shamrock Refining Company, L.P.
El Paso Merchant Energy-Petroleum Company
Equilon Enterprises LLC
Exxon Mobil Corporation
ExxonMobil Oil Corporation
Marathon Oil Company
Marathon Petroleum Company LP
Mobil Corporation
Motiva Enterprises LLC
Paulsboro Refining Company, LLC
PDV Midwest Refining, LLC
The Premcor Refining Group Inc.
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sunoco, Inc.
Sunoco, Inc. (R&M)
Texaco, Inc.
TMR Company
Total Petrochemicals & Refining USA, Inc.
TRMI-H LLC
Ultramar Energy, Inc.
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining and Marketing Company
Valero Refining-Texas, L.P.