UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE METHYL TERTIARY BUTLE ETHER ("MTBE")
PRODUCT LIABILITY LITIGATION

Master File No. 4:1:00-CV-1898 (SAS)
MDL 1358

This document pertains to:
Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.
No.1:14-CV-06228-SAS
------------------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

William A. Ruskin
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WR8412          My State Bar Number is 1302900

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Epstein Becker & Green, P.C.
             FIRM ADDRESS: 250 Park Avenue, New York, NY, 10177
             FIRM TELEPHONE NUMBER: (212) 351-4500
             FIRM FAX NUMBER: (212) 878-8600

NEW FIRM:    FIRM NAME: Gordon & Rees LLP
             FIRM ADDRESS: One Battery Park Plaza, 28th Fl., NY, NY 10004
             FIRM TELEPHONE NUMBER: (212) 269-5500
             FIRM FAX NUMBER: (212) 269-5505

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 5, 2015

s/William A. Ruskin
ATTORNEY'S SIGNATURE