USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al., USDC-SDNY 14-01014 (SAS); USDC-PR 13-01678 (CCC) | Master File No: 1:00-cv-1898 <br> MDL 1358 (SAS) |

## [PROPOSED] ORDER

Having considered the recently filed "Notice of Voluntary Dismissal of Colonial Group, Inc., Without Prejudice Under Fed. R. Civ. P. 41(a)(1) and Joint Stipulation as to Colonial Oil Industries, Inc. and Colonial Group, Inc.," it is hereby:

**ORDERED** that Colonial Group, Inc. is hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) and according to the terms of the agreement of the parties as evidenced in the Notice and Joint Stipulation document referenced in the paragraph above, which was filed on August 5, 2015.

SO ORDERED:

_/s/ Shira A. Scheindlin_
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       August 5, 2015