USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Commonwealth of Puerto Rico, *et al.*<br>v. Shell Oil Company, *et al.*,<br>USDC-SDNY 14-01014 (SAS);<br>USDC-PR 13-01678 (CCC) | Master File No: 1:00-cv-1898<br>MDL 1358 (SAS) |

## [PROPOSED] ORDER

Having considered the recently filed Notice of Voluntary Dismissal Without Prejudice Under FED. R. CIV. P. 41(a)(1) and Joint Stipulation as to Hartree Partners, LP, it is hereby:

**ORDERED** that Hartree Partners, LP is hereby dismissed without prejudice pursuant to FED. R. Civ. P. 41(a)(1) and according to the terms of the agreement of the parties as evidenced in the Notice of Voluntary Dismissal Without Prejudice Under FED. R. CIV. P. 41(a)(1) and Joint Stipulation as to Hartree Partners, LP, Inc. filed on August 6, 2015.

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       August 6, 2015