UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document is related to:
All Cases

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

### Joint Agenda For August 20, 2015 Status Conference

#### Joint Agenda Items

1. *Commonwealth of Pennsylvania*: Report on CMO Negotiations
2. *City of Breaux Bridge*: New Tag-Along Action to MDL 1358

#### Defendants' Agenda Items

1. *Commonwealth of Pennsylvania*: Covered Persons Disclosure
2. *Commonwealth of Pennsylvania*: Deadline for Amendment


Dated: New York, New York
       August 12, 2015

| WEITZ & LUXENBERG, P.C. | McDERMOTT WILL & EMERY LLP |
|---|---|
| __s/ William A. Walsh_____ | ___s/ James A. Pardo_____ |
| William A. Walsh (WW 3301) | James A. Pardo (JP 9018) |
| Robert J. Gordon (RG 3408) | Stephen J. Riccardulli (SR 7784) |
| 700 Broadway | 340 Madison Avenue |
| New York, New York 10003 | New York, New York 10173 |
| (212) 558-5500 | (212) 547-5400 |
| *Plaintiffs' Liaison Counsel* | *Defendants' Liaison Counsel* |