```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)

**This document relates to:**
*City of Breaux Bridge, Louisiana v. Alon Refining Krotz Springs, Inc.*, Case No. 1:15-cv-06012

---

## STIPULATION AND ORDER ON AMENDMENT OF COMPLAINT AND SETTING DEFENDANTS' TIME TO RESPOND

WHEREAS, on June 25, 2015, Plaintiff City of Breaux Bridge, Louisiana ("Plaintiff") filed a Complaint (the "Original Complaint") in the Western District of Louisiana;

WHEREAS, on July 29, 2015, pursuant to the Judicial Panel on Multidistrict Litigation's CTO-45, transfer of the above-captioned action to MDL 1358 was effectuated;

WHEREAS, no Defendant has yet answered and Plaintiff desires to file an Amended Complaint removing Counts III through VII; and

WHEREAS, Defendants' current deadline by which to respond to the Original Complaint is set for August 31, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned Action, through undersigned counsel, that Plaintiff will file an Amended Complaint on or before September 8, 2015; and

IT IS FURTHER STIPULATED AND AGREED that no Defendant shall be required to respond to the Original Complaint and that Defendants' deadline to respond to the Amended Complaint shall be September 29, 2015.

AGREED TO BY:

Dated: August 19, 2015

| | |
|---|---|
| s/ Celeste Evangelisti | s/ James A. Pardo |
| Scott Summy, Esq. | James A. Pardo, Esq. |
| Celeste Evangelisti, Esq. | *Counsel for Defendants Exxon Mobil* |
| *Counsel for Plaintiff* | *Corporation, ExxonMobil Oil* |
| | *Corporation, and Mobil Corporation,* |
| | *and as Liaison Counsel for Defendants* |
| | *Listed on Attachment A* |

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

_____
Dated 8/19/15

## Attachment A

Alon Refining Krotz Springs, Inc.
Ashland Oil Inc.
Atlantic Richfield Company
BP Products North America Inc.
Chevron U.S.A. Inc.
Citgo Petroleum Corporation
Citgo Refining and Chemicals Company, LP
Coastal Eagle Point Oil Company
ConocoPhillips Company
Diamond Shamrock Refining Company, L.P.
El Paso Merchant Energy-Petroleum Company
Equilon Enterprises LLC
Exxon Mobil Corporation
ExxonMobil Oil Corporation
Marathon Oil Company
Marathon Petroleum Company LP
Mobil Corporation
Motiva Enterprises LLC
Paulsboro Refining Company, LLC
PDV Midwest Refining, LLC
The Premcor Refining Group Inc.
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sunoco, Inc.
Sunoco, Inc. (R&M)
Texaco, Inc.
TMR Company
Total Petrochemicals & Refining USA, Inc.
TRMI-H LLC
Ultramar Energy, Inc.
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining and Marketing Company
Valero Refining-Texas, L.P.