UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*City of Breaux Bridge, Louisiana v. Alon Refining Krotz Springs, Inc., et al.,* **Case No. 6:15-cv-01959** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### NOTICE OF RULE 41(a)(1)(i) DISMISSAL OF DEFENDANT ASHLAND OIL INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby dismisses without prejudice Ashland Oil Inc. (n/k/a Ashland Inc.) from the above-captioned action, with each party to bear its own costs. Plaintiff reserves all other rights against all other defendants.

Dated:   August 25, 2015

_____
Celeste Evangelisti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-4281
(214) 521-3605

Robert J. Gordon
Stanley N. Alpert
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10038-4925

*Attorneys for Plaintiff*
*City of Breaux Bridge, Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF RULE 41(a)(1)(i) DISMISSAL OF DEFENDANT ASHLAND OIL INC.** was served on all counsel of record by posting it directly to File & Serve Xpress on August 25, 2015.

*Shelly Petersen*
SHELLY PETERSEN