USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document relates to:**

*City of Breaux Bridge, Louisiana v. Alon Refining
Krotz Springs, Inc., et al.,* **Case No. 6:15-cv-01959**

## NOTICE OF RULE 41(a)(1)(i) DISMISSAL OF DEFENDANT ASHLAND OIL INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, by counsel,

hereby dismisses without prejudice Ashland Oil Inc. (n/k/a Ashland Inc.) from the above-

captioned action, with each party to bear its own costs. Plaintiff reserves all other rights against

all other defendants.

Dated:   August 25, 2015

*Celeste A. Evangelisti*

Celeste Evangelisti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-4281
(214) 521-3605

Robert J. Gordon
Stanley N. Alpert
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10038-4925

*Attorneys for Plaintiff
City of Breaux Bridge, Louisiana*

**SO ORDERED:**

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE                    $\tau m$

DATE