UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

This document relates to:

*Orange County Water District v. Unocal Corporation, et al.*, 04 Civ. 4968

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Stephanie B. Weirick
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is CA SBN 204790

I am,

[ ] An attorney
[ ] A Government Agency attorney
[X] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Arnold & Porter LLP
             FIRM ADDRESS: 555 Twelfth Street, NW, Washington, DC 20004-1206
             FIRM TELEPHONE NUMBER: 202.942.5169
             FIRM FAX NUMBER: 202.942.5999

NEW FIRM:    FIRM NAME: Arnold & Porter LLP
             FIRM ADDRESS: 601 Massachusetts Avenue, NW, Washington, DC 20001-3743
             FIRM TELEPHONE NUMBER: 202.942.5169
             FIRM FAX NUMBER: 202.942.5999

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: Sept. 14, 2015

ATTORNEY'S SIGNATURE