```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |

This document relates to:

*City of Breaux Bridge, Louisiana v. Alon Refining Krotz Springs, Inc., et al.*, Case No. 1:15-cv-06012

## [PROPOSED] BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

WHEREAS Defendants filed a motion to dismiss on September 29, 2015.

NOW THEREFORE, it is ordered that Plaintiff shall file any opposition brief on or before November 3, 2015; and Defendants shall file any reply brief on or before November 24, 2015.

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

10/2/15
Dated