```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/15
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Commonwealth of Puerto Rico, *et al.*<br>v. Shell Oil Company, *et al.*,<br>USDC-SDNY 14-01014 (SAS);<br>USDC-PR 13-01678 (ADC) | Master File No: 1:00-cv-1898<br>MDL 1358 (SAS) |

## [PROPOSED] ORDER

Having considered the recently filed Notice of Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1) as to TPC Group LLC, sued as "TPC Group Inc. (f/k/a Texas Petrochemical Company)," under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

**ORDERED** that TPC is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       October 14, 2015