UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

-------------------------------------------------------

This document relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 07 Civ. 10470




------------------------------------------------------------- X

**ORDER TO
SHOW CAUSE**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/15

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS on July 16, 2013, this Court granted a motion to dismiss on statute of limitations in favor of Peerless Oil and Chemicals, Inc.; Trammo Carribean, Inc.; and Trammo Petroleum, Inc.;

    WHEREAS on December 30, 2013, this Court granted a motion for summary judgment on statute of limitations in favor of Idemitsu Apollo Corporation; Vitol, Inc.; and Vitol, S.A.;

    WHEREAS on May 19, 2015, the Commonwealth of Puerto Rico stipulated to and on May 21, 2015, this Court ordered the dismissal of Petrobras America Inc. because it was similarly situated to the above defendants;

    WHEREAS this Court is now concerned that those decisions may be

1

erroneous;[1] and

WHEREAS "any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties . . . may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."[2]

The above defendants[3] are ORDERED TO SHOW CAUSE why this Court should not vacate and reconsider the July 16, 2013; December 30, 2013; and May 19, 2015 Orders. Defendants may submit a Memorandum of Law of no more than ten (10) pages by November 2, 2015.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Date: New York, New York
October 15, 2015

---

[1]   *See* Transcript of Oral Argument October 15, 2015.

[2]   Fed. R. Civ. P. 54(b).

[3]   Idemitsu Apollo Corporation; Peerless Oil and Chemicals, Inc.; Petrobras America Inc.; Vitol, Inc.; Vitol, S.A.; Trammo Carribean, Inc.; and Trammo Petroleum, Inc.

2

- **Appearances** -

## Liaison Counsel for Plaintiffs:

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## Counsel for Commonwealth:

Michael Axline, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688

## Liaison Counsel for Defendants:

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Michael J. Dillon, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

## Counsel for Idemitsu Apollo Corporation:

David N. Lutz, Esq.
Dustin Fossey, Esq.
Mary T. Novacheck, Esq.
Bowman & Brooke, LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55406
(612) 339-8682

Robert Dickerson Wilson, Jr., Esq.
Littleton Joyce Ughetta Park & Kelly, LLP
4 Manhattanville Road, Suite 202
Purchase, NY 10577
(914) 417-3408

**Counsel for Peerless Oil and Chemical, Inc.:**

Adrian Sanchez-Pagan, Esq.
Sife & Munoz-Noya, PSC
P.O. Box 364428
San Juan, Puerto Rico, 00936
(787) 756-7880

**Counsel for Petrobras America Inc.**

James B. Harris, Esq.
Thompson & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1102

**Counsel for Trammo Petroleum, Inc. and Trammo Caribbean, Inc.:**

Mark S. Katz, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

**Counsel for Vitol, Inc. and Vitol, S.A. Defendants:**

David Peter Langlois, Esq.
Sutherland Asbil & Brennan, LLP
1114 Avenue of the Americas
40th Floor
New York, NY 10036
(212) 389-5007

4