Law Offices of
# MILLER & AXLINE
A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE

TRACEY L. O'REILLY
DANIEL BOONE
JUSTIN MASSEY
BRYAN BARNHART
DAVE E. BLUM
MOLLY MCGINLEY HAN

October 19, 2015

**VIA EMAIL AND FEDERAL EXPRESS**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*
MDL No. 1358; Case No. 1:14-cv-06228-SAS
**Extension of Time to File Second Amended Complaint**

Dear Judge Scheindlin:

The Commonwealth respectfully requests a brief extension of the time to file its Second Amended Complaint in the above case, from October 23, 2015, to November 6, 2015, with defendants' time to move or answer extended to December 7, 2015. Defendants do not oppose this extension and the parties have jointly prepared a proposed order granting the extension (attached). The extension is requested to allow the Commonwealth sufficient time to review the voluminous information it has received in response to its initial set of interrogatories and requests for production, as well as in response to certain deadlines established in recently entered CMO 119. As always, we appreciate the Court's consideration of this request.

Sincerely,

Michael Axline
Counsel for Plaintiff

MA/kh

Encl.

cc: All Counsel via File & ServeXpress and Email

1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225; Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*,<br>Case No. 1:14-cv-06228 SAS | Master File No. 1:00-1898<br>MDL 1358 (SAS) M21-88 |

## [JOINT PROPOSED]  ORDER

Plaintiff's deadline to file its Second Amended Complaint in the above case is hereby extended from October 23, 2015, to November 6, 2015.  Defendants' time to move or answer is extended to December 7, 2015.

SO ORDERED

DATED: New York, New York
_____, 2015

_____
Shira A. Scheindlin, U.S.D.J.