UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS) M21-88

This document relates to:

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.,*
Case No. 1:14-cv-06228 SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/15

## [JOINT PROPOSED] ORDER

Plaintiff's deadline to file its Second Amended Complaint in the above case is hereby extended from October 23, 2015, to November 6, 2015. Defendants' time to move or answer is extended to December 7, 2015.

SO ORDERED

[signature]

DATED: New York, New York
October 19, 2015

Shira A. Scheindlin, U.S.D.J.