USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION
-------------------------------------------------

This document relates to:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, 14 Civ. 1014

------------------------------------------------------- X

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Notice is hereby given that Trammo Caribbean, Inc.'s July 20, 2015 Motion to Dismiss is converted to a motion for summary judgment under Fed. R. Civ. P. 56. All parties shall have "a reasonable opportunity to present all the material that is pertinent to the motion" pursuant to Fed. R. Civ. P. 12(d). Any submissions must be received by November 20, 2015.

SO ORDERED:

[signature]

Shira A. Scheindlin
U.S.D.J.

Date: New York, New York
      October 20, 2015

1

- Appearances -

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**Counsel for Commonwealth:**

Michael Axline, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688

**Liaison Counsel for Defendants:**

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Michael J. Dillon, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

**Counsel for Trammo Caribbean, Inc.:**
Barry R. Temkin, Esq.
Sara Lewis, Esq.
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
New York, NY 10004
(212) 804-4200