UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

-----------------------------------------------------

This document relates to:

*City of Breaux Bridge, Louisiana v. Alon Refining Kroltz Spring, Inc., et al*, No. 15 Civ. 6012

------------------------------------------------------- X

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/15

SHIRA A. SCHEINDLIN, U.S.D.J.:

The deadline for the plaintiff to respond to Defendants' Motion to Dismiss (Dkt. No. 21) is adjourned *sine die*.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Date: New York, New York
      October 28, 2015

1

- **Appearances** -

**Counsel for City of Breaux Bridge:**

Carla B. Pickrel, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605

**Liaison Counsel for Defendants:**

James A. Pardo, Esq.
Stephen J. Riccardulli, Esq.
Lisa A. Gerson, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5400