UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/17/15

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898 (SAS)

**This document relates to:**

MDL 1358

*Commonwealth of Puerto Rico, et al, v. Shell Oil Co., et al., No. 14-cv-01014 (SAS)*

### ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE COMPLAINT

Defendants' deadline to answer Plaintiffs' Amended Complaint in the above-referenced matter is hereby extended from November 18, 2015 to December 7, 2015.

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       November 17, 2015