UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS) M21-88

This document relates to:

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*,
Case No. 1:14-cv-06228 SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/15

**[PROPOSED] ORDER**

Now this __17__ day of November, 2015, the Clerk of Court shall accept and deem the Commonwealth of Pennsylvania's Second Amended Complaint (Docket No. 173, 174 and 175) as being filed as of November 6, 2015.

Defendants named in the First Amended Complaint shall answer or otherwise respond to the Second Amended Complaint on or before January 5, 2016. Newly added Defendants shall answer or otherwise respond to the Second Amended Complaint within 60 days following service.

SO ORDERED

Shira A. Scheindlin, U.S.D.J.

DATED: New York, New York
November 17, 2015