USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/15

Case 1:00-cv-01898-VSB-VF   Document 4292   Filed 12/02/15   Page 1 of 1

Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al. | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (SAS)<br><br>Civil Action No.: 08-00312 (SAS)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS LYONDELL CHEMICAL COMPANY AND LYONDELL-CITGO REFINING LP ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and defendants Lyondell Chemical Company and Lyondell-Citgo Refining LP, the matter as to Lyondell Chemical Company and Lyondell-Citgo Refining LP shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

Hon. Shira A. Scheindlin, USDJ

DATE: 12/2/15