USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al. | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (SAS)<br><br>Civil Action No.: 08-00312 (SAS)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT VITOL S.A. ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and defendant Vitol S.A., the matter as to Vitol S.A. shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

Hon. Shira A. Scheindlin, USDJ

DATE: 12/2/15