```
  FBGLMTBC                       TELEPHONE CONFERENCE

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  IN RE:  MTBE PRODUCTS
   LIABILITY LITIGATION
4
                                          00 CV 1898 (SAS)
5                                         MDL 1358 (SAS)

6  ------------------------------x
                                          New York, N.Y.
7                                         November 16, 2015
                                          2:33 p.m.
8

9  Before:

10                 HON. SHIRA A. SCHEINDLIN,

11                                        District Judge

12

13                 APPEARANCES (By Telephone)

14 NATHAN SHORT
   SCOTT KAUFF
15 WILL PETIT
        Attorneys for Plaintiffs
16
   ROBERT GOODMAN
17 BARRY TEMKIN
        Attorneys for Defendants
18

19

20

21

22

23

24

25
```

1              (In chambers; all counsel appearing via speakerphone)

2              THE COURT:  This is Judge Scheindlin.  Is Mr. Short on

3     the line?

4              MR. SHORT:  Yes, your Honor.  Nathan Short and Scott

5     Kauff.

6              THE COURT:  Mr. Kauff and Mr. Petit?

7              MR. KAUFF:  Yes, your Honor.  Good afternoon.

8              THE COURT:  And for defendants, Mr. Goodman and

9     Mr. Temkin?

10             MR. GOODMAN:  Yes, your Honor.  Good afternoon.

11             THE COURT:  And observing we have Mr. Ligh, Mr. Mock,

12    Mr. Anderson, and Ms. Farley.

13             Is anybody else on the line whose name I didn't

14    mention?  Okay.  Quiet must mean that I've called everybody's

15    name.

16             I'm on the phone, obviously, in chambers with a court

17    reporter.  And the only topic today is the follow up from our

18    last conference.  After we converted the pending motion with

19    respect to Trammo Caribbean from a motion to dismiss to summary

20    judgment, there was a discovery conference in which I directed

21    Trammo to turn over all documentation about the dissolution

22    that would show whether it had a negative net worth at the

23    time.  And those documents were due to be produced on

24    November 6.  Today being November 16, ten days later, I was

25    hoping for a report from the parties as to where we stand.

1          MR. GOODMAN:  On behalf of defendant, this is Robert
2    Goodman.  We did produce those documents on November 6 in
3    accordance with the October 28 conference.
4          THE COURT:  So would somebody report from the
5    plaintiff's side what your views are now?
6          MR. SHORT:  Your Honor.
7          THE COURT:  Wait.  Who's speaking?
8          MR. SHORT:  This is Nathan Short.
9          In the ten days that we've had the documents, we've
10   had a chance to do a cursory review of the documents and we, as
11   a result of that review, we reached out to speak with counsel
12   for Trammo Caribbean and would like to have some time to
13   negotiate a possible stipulated dismissal.  Those documents are
14   consistent with the representations of counsel regarding what's
15   contained therein.
16         THE COURT:  Good.
17         MR. SHORT:  And we spoke with counsel, Mr. Goodman and
18   Mr. Temkin, earlier today and reached an agreement to discuss
19   the language for a stipulated dismissal and wanted to request
20   30 days of the Court to engage in that process.
21         THE COURT:  Thirty days to work out the language of a
22   stipulated dismissal?  I just have to tell you my reaction is
23   that is just extreme.
24         MR. SHORT:  We believe that outside counsel would be
25   able to reach agreement on language rather quickly.  However,

1    getting consent from the Secretary of Justice and the Secretary

2    of the Commonwealth of Puerto Rico has taken some time.

3             THE COURT:  Well, you know, I just want to get this

4    done before the end of the year and before the holidays start.

5    And you know whatever date I pick, somebody is going to say we

6    need another bunch of weeks.  And I'm telling you now if

7    there's a way that I can enforce this, I'll think of something.

8    We need to end this in 2015.

9             So I will say for no good reason that you have until

10   December 11 to get this done.  But if for some reason you fail,

11   then you have to come into court and travel all this way to be

12   here on the 14th and tell me why you're failing.

13            MR. SHORT:  Your Honor, if I may make a suggestion.

14   In the alternative, if we're not able to reach an agreement by

15   the 11th, we would suggest that plaintiff be required to submit

16   an opposition submission regarding the summary judgment.

17            THE COURT:  Well, you really can't.  I don't know that

18   you can do that -- what's the phrase I want -- in accordance

19   with your obligations under Rule 11.  I'm not here to run a

20   game.  Either there's a case that should be pursued or there's

21   a case that shouldn't be pursued.  And it seems to me that

22   having received these documents on November 6 and my giving you

23   until December 11 to get it done, that's all I'm prepared to

24   do.  Do not file an opposition.  Come in in person on the 14th,

25   as I said, and look me in the eye and tell me what your

1   problems are.  That's it.  That's my ruling.  I hope it's quite
2   clear.  So I hope to hear from you with a stipulated dismissal
3   by the 11th.  But if not, you come into court on the 14th at
4   4:30 and you explain it.
5            MR. SHORT:  Yes, your Honor.
6            MR. GOODMAN:  Yes, your Honor.
7            THE COURT:  This is for both Puerto Rico cases, this
8   would be one and two?
9            MR. GOODMAN:  That's correct, your Honor.
10           THE COURT:  Okay.  Fine.
11           MR. SHORT:  It would be to resolve not only the motion
12  in the Puerto Rico two matter, but also would include a
13  dismissal for the Puerto Rico one matter, same defendants.
14           THE COURT:  I understand.  That's what I just asked.
15           So I hope I don't see you on the 14th at 4:30.  I hope
16  you do find a way to resolve the matter and I appreciate that
17  you're trying to do that.  So thank you for your time.
18           MR. GOODMAN:  Thank you, your Honor.
19                                o0o
20
21
22
23
24
25