```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------X

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**This document relates to:**

Orange County Water District v. Unocal
Corporation, et al., 04 Civ. 4968
-----------------------------------------------------------X

**RULE 54(b) JUDGMENT**

    Whereas defendants Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America Inc. (the "BP Defendants"), Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing Inc. (the "Shell Defendants") (together, the "Judgment Defendants"), having requested that the Court enter final judgment under Fed. R. Civ. P. 54(b), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 1, 2015, having rendered its Opinion and Order granting the request for a 54(b) judgment and directing the Clerk of Court to enter final judgment for Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America Inc., Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing Inc., it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2014, the request for a 54(b) final judgment is granted; accordingly, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay, judgment is entered for Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America, Inc., Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing, Inc.

**Dated:** New York, New York
        December 3, 2015

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____