UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN RE: METHYL TERTIARY BUTYL          :
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION                            :          Master File No. 1:00-cv-1898 (SAS)
                                                 MDL 1358
                                      :
**This document pertains to:**       :

*All Cases*                          :

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>MOTION FOR WITHDRAWAL OF APPEARANCES</u>

Pursuant to Local Civil Rule 1.4, Michael J. Dillon and Stephen J. Riccardulli move this

Court to withdraw their appearances in the above-captioned matter on behalf of Defendants

Exxon Mobil Corporation, Exxon Mobil Oil Corporation, ExxonMobil Refining & Supply

Company, Exxon Company, U.S.A., Mobil Oil Corporation, Exxon Caribbean Sales Inc., Exxon

Mobil Sales and Supply LLC, and Esso Standard Oil Co. (Puerto Rico) (collectively, the

"ExxonMobil Defendants").   McDermott Will & Emery LLP will continue to represent the

ExxonMobil Defendants through their attorneys James A. Pardo, Anthony Bongiorno, and Lisa

Gerson, and all future correspondence and papers in this action should be directed to them.

WHEREFORE, the undersigned counsel respectively request this Court grant this motion

and permit the withdrawal of Michael J. Dillon and Stephen J. Riccardulli as counsel for the

ExxonMobil Defendants.

Dated: November 30, 2015

Respectfully submitted,

McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173-1922
+1 212 547 5400

By: _____
    Michael Dillon, Esq.

_____ (SR 7784)
    Stephen Riccardulli, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2015, a true copy of the foregoing was electronically filed through the CM/ECF system and served via Lexis Nexis File & Serve on all counsel of record.

Lisa Gerson