UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File C.A. No. 1:00-1898; MDL 1358 (SAS); M21-88

This Appeal Relates To: S.D.N.Y. No. 04 Civ. 4968

|  |  |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation )))))) | |
| *Orange County Water District*<br>    *Plaintiff,*<br><br>v.<br><br>*Unocal Corporation, et al.,*<br>    *Defendants*<br><br>04 Civ. 4968 ))))))))))))) | **Notice of Appeal** |

      Notice is hereby give that Orange County Water District, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the "Rule 54(b) Judgment" entered in this action on the third day of December, 2015.

Date:   December 3, 2015

                                       By:   _____
                                              MICHAEL AXLINE

                                              Attorney for
                                              Plaintiff The Orange County Water District

                                              Miller & Axline
                                              1050 Fulton Avenue, Suite 100
                                              Sacramento, California  95825
                                              Phone: 916-488-6688

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller, Axline, & Sawyer, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve, described below, on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website:

**NOTICE OF APPEAL**

I declare under penalty of perjury that true and correct copies of the above document(s) were served via LexisNexis File & Serve on December 3, 2015.



TONYA L. ZIMMERMAN