```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
IN RE: METHYL TERTIARY BUTYL           :
ETHER ("MTBE") PRODUCTS LIABILITY         Master File No. 1:00-cv-1898 (SAS)
LITIGATION                             :  MDL 1358

**This document pertains to:**                :

*All Cases*                            :

                                       :
------------------------------------ X

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The Motion for Withdrawal of Appearances of Michael Dillon and Stephen Riccardulli as counsel of record for the Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation, ExxonMobil Refining & Supply Company, Exxon Company, U.S.A., Mobil Oil Corporation, Exxon Caribbean Sales Inc., Exxon Mobil Sales and Supply LLC, and Esso Standard Oil Co. (Puerto Rico) (collectively, the "ExxonMobil Defendants"), pursuant to Local Civil Rule 1.4, is hereby **GRANTED**.

SO ORDERED.

Dated: Dec. 3, 2015

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

-4-