UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | |
| **This Documents Relates to:** *Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, Case No. 14-CV-01014 *Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al*, Case No. 07-CV-10470 | Master File No. 1:00-1898 MDL NO. 1358 (SAS) M21-88 |

**Esso Standard Oil Company (Puerto Rico) Supplemental Statement Pursuant to Rule 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Esso Standard Oil Company (Puerto Rico) in the above-captioned matters certifies that: Esso Caribbean Investments Limited is the corporate parent of Esso Standard Oil Company (Puerto Rico), and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Esso Standard Oil Company (Puerto Rico)'s stock.

Dated: New York, New York
December 7, 2015

By: _____
James A. Pardo
Lisa A. Gerson
McDERMOTT, WILL & EMERY
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
*Attorneys for Defendant Esso Standard Oil (Puerto Rico)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Esso Standard Oil Company (Puerto Rico)'s Supplemental Statement Pursuant to Rule 7.1 was served via Lexis Nexis File & Serve to all counsel of record on the 7th day of December, 2015.

_____
Lisa A. Gerson