```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

MDL NO. 1358
C.A. No. 1:00-1898 (SAS)
M21-88

---

**This Document Relates To:**
*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Company, et al.,*
Case No. 1:14-CV-01014-SAS

**ORDER FOR ADMISSION**
**PRO HAC VICE**

---

By letter dated December 7, 2015, attorney David C. Schulte requested admission *pro hac vice* to appear for all purposes in the above-captioned action as counsel of record for Petrobras America Inc. According to the letter, Mr. Schulte consulted with the adversaries (counsel for plaintiffs, Michael D. Axline) and no opposition to his request was put forth.

There being no expressed opposition, the request of David C. Schulte to practice *pro hac vice* in the above-captioned action is granted.

Mr. Schulte has declared that he is a member in good standing of the bar of Texas and various federal courts and that his contact information is as follows:

David C. Schulte
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1314
Fax:    (214) 999-1581
E-mail: david.schulte@tklaw.com

**It is Hereby Ordered** that David C. Schulte is admitted to practice *pro hac vice* in the above-captioned action in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Signed on December __9__, 2015.

_____
Honorable Shira A. Scheindlin
United States District Court Judge

ORDER FOR ADMISSION PRO HAC VICE — Page 2