USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | Master File No: 1:00-cv-1898 MDL 1358 (SAS) |
| This document relates to: <br><br> Commonwealth of Puerto Rico, v. Shell Oil Company, *et al.*, USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | |

## [PROPOSED] ORDER

Having considered the recently filed Notice of Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1) as to Trammo Caribbean, Inc. under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

**ORDERED** that Trammo Caribbean, Inc. is dismissed <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       Dec. 14, 2015