UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

**This document relates to:**

Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 07 Civ. 10470, and

Commonwealth of Puerto Rico, et al. v.
Shell Oil Co., et al., 14 Civ. 01014
------------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**RULE 54(b) JUDGMENT**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2015

    Whereas on May 5, 2014, Defendant Tauber Oil Company was dismissed for lack of personal jurisdiction in both the Puerto Rico I and Puerto Rico II cases; Tauber now requests, without opposition, that this Court enter final judgment under Federal Rule of Civil Procedure 54(b), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 31, 2015, having rendered its Memorandum Opinion and Order granting the request for a 54(b) final judgment, that there is no just reason for delay, directing the Clerk of Court to enter final judgment for Trauber Oil Company and close these motions (07 Civ. 10470, Dkt. No 652; 14 Civ. 01014, Dkt. No. 176), it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 31, 2015, the request for a 54(b) final Judgment is granted, there is no just reason for delay, pursuant to Fed. R. Civ. 54(b), judgment is entered for Trauber Oil Company in 07 Civ. 10470 and 14 Civ. 01014.

**Dated:** New York, New York
       December 31, 2015

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____