```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898 (SAS)

**This document relates to:**

MDL 1358

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

## NOTICE OF VOLUNTARY DISMISSAL OF GETTY PROPERTIES CORP. WITHOUT PREJUDICE AS TO COUNTS VIII AND IX OF THE SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff, Commonwealth of Pennsylvania, hereby gives notice that Counts VIII and IX only of the Second Amended Complaint are dismissed, without prejudice, as to Defendant Getty Properties Corp. only, with each side to bear its own costs. Getty Properties Corporation remains an "MTBE Defendant" as stated in Paragraph 122 of the Second Amended Complaint, and all other claims against Getty Properties Corp. are maintained. All claims against the other Defendants in the Second Amended Complaint are maintained.

Stephen A. Corr
Stark & Stark, P.C.
777 Township Line Road, Suite 120
Yardley, PA 19067

Attorney for Plaintiff
Commonwealth of Pennsylvania

SO ORDERED:

Shira A. Scheindlin, USDJ
Date: 1/8/16

8914061-1