UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)

This document relates to:

**PROPOSED ORDER**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228 (SAS),

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/16

IT IS HEREBY ORDERED that the motion of Erik M. Zissu, brought on by notice of motion and supported by the declaration of Erik M. Zissu of Ballard Spahr LLP, to withdraw as counsel to Defendant NuStar Terminals Operations Partnership LP in this action is hereby GRANTED.

IT IS FURTHER ORDERED that ECF notifications no longer be delivered to Attorney Zissu in this case.

Dated: New York, New York
January 11, 2016

_____
Shira A. Scheindlin, U.S.D.J.