USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898 (SAS)

MDL 1358

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

## [PROPOSED] BRIEFING SCHEDULE FOR CERTAIN DEFENDANTS' MOTION TO DISMISS & LUKOIL AMERICAS CORPORATION'S MOTION TO DISMISS

WHEREAS Certain Defendants and Lukoil Americas Corporation filed motions to dismiss on January 8, 2016.

NOW THEREFORE, it is ordered that Plaintiff shall file any opposition briefs on or before February 5, 2016; and Defendants shall file any reply briefs on or before March 11, 2016.

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

Jan 13, 2016
Dated