USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/16

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Commonwealth of Puerto Rico,<br>v. Shell Oil Company, *et al.*,<br>USDC-SDNY 07-CIV-10470 (SAS); | Master File No: 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### [PROPOSED] ORDER

WHEREAS, on December 17, 2015, plaintiff Commonwealth of Puerto Rico filed papers in support of a motion for reconsideration of this Court's order of December 3, 2015 dismissing Trammo Petroleum from this action on the ground of lack of personal jurisdiction; and

WHEREAS, the Commonwealth filed all papers in support of said motion in docket no. 667 rather than filing its motion papers in separate docket entries; and

WHEREAS, all counsel have been on notice of said motion; and

WHEREAS, the Court on December 21, 2015 approved a briefing schedule on the motion for reconsideration of opposition on January 15, 2016 and reply on January 27, 2016; and

WHEREAS, Trammo Petroleum has requested that, due to foreign country business travel of its client, that the schedule be modified to provide that its opposition to the motion will be filed on January 21, 2016 and that the Commonwealth's reply will be filed on February 2, 2016; and

WHEREAS, Trammo Petroleum's counsel has consulted with counsel for the Commonwealth and has advised the Court that the Commonwealth consents to Trammo Petroleum's request to modify the briefing schedule;

**NOW THEREFORE, IT IS HEREBY ORDERED** as follows:

1. The Commonwealth shall re-file its motion for reconsideration in accordance with the docketing procedures of this Court and such re-filing shall relate back to December 17, 2015, the original date of the filing of such motion.

2. Trammo Petroleum's request for a modification of the briefing schedule is granted.

3. Trammo Petroleum's opposition to the reconsideration motion is now due to be filed on January 21, 2016 and the Commonwealth's reply on such motion is now due to be filed on February 2, 2016.

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York

January 13, 2016