UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/16

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products Liability Litigation | ) ) ) |
| This document pertains to: | ) Master File No. 1:00-1898 ) MDL 1358 (SAS) ) M21-88 |
| *City of Breaux Bridge, Louisiana v. Alon Refining Krotz Spring, Inc., et al.*, No. 15-CV-6012 | ) Civil Action ) ) ) ) |

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff in the above-captioned case and Defendants listed in Exhibit 1 (collectively "Settling Defendants"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims set forth in Plaintiff's current complaint against Settling Defendants. Plaintiff reserves all other rights as against all other defendants, if any. *The Clerk of Court is directed to close Dkt. No. 21 and terminate this case.*

Dates: January 26, 2016

_____
Celeste Evangelisti, Esq.
Baron & Budd PC
3102 Oaklawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
FAX: (214) 520-1181
cevangelisti@baronbudd.com

*Counsel for Plaintiff*

Dated: January 26, 2016

_____
James A. Pardo, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (202) 547-5353
FAX: (202) 547-5444
jpardo@mwe.com

*Counsel for Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation,*

*and on behalf of Setting Defendants.*

Active 23466012.1                                1

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: January 27, 2016

## Exhibit 1 to Stipulation of Dismissal

### Settling Alon Refining Krotz Springs-related Defendant
Alon Refining Krotz Springs, Inc. (f/k/a Valero Refining Company – Louisiana)

### Settling BP-related Defendants
Atlantic Richfield Company
BP Products North America, Inc.

### Settling Chevron-related Defendants
Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation), individually and on behalf of its operating divisions, Chevron Products Company and Chevron Chemical Company
Texaco Inc. (f/k/a The Texas Company)
TRMI-H LLC (f/k/a TRMI Holdings Inc.)

### Settling Citgo-related Defendants
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
PDV Midwest Refining, L.L.C.

### Settling ConocoPhillips-related Defendant
ConocoPhillips Company

### Settling El Paso Merchant Energy-related Defendants
Coastal Eagle Point Oil Company
El Paso Merchant Energy-Petroleum Company

### Settling Exxon Mobil-related Defendants
Exxon Mobil Corporation
ExxonMobil Oil Corporation
Mobil Corporation

### Settling Marathon-related Defendants
Marathon Oil Company
Marathon Petroleum Company LP (f/k/a Marathon Petroleum Company LLC, successor to Marathon Ashland Petroleum LLC)

### Settling Shell-related Defendants
Equilon Enterprises LLC
Motiva Enterprises LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
TMR Company

**Settling Sunoco-related Defendants**
Sunoco, Inc.
Sunoco, Inc. (R&M)

**Settling Total Petrochemicals-related Defendant**
Total Petrochemicals & Refining USA, Inc. (f/k/a Atofina Petrochemicals, Inc., Fina Oil and Chemical Company, and American Petrofina Company of Texas)

**Settling Valero-related Defendants**
Diamond Shamrock Refining Company, L.P.
Paulsboro Refining Company, LLC f/k/a Valero Refining Company-New Jersey
The Premcor Refining Group Inc.
Ultramar Energy, Inc.
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining-Texas, L.P.
Valero Refining and Marketing Company