| | |
|---|---|
| **UNITED STATES DISTRICT COURT** )<br>**SOUTHERN DISTRICT OF NEW YORK** )<br>_____ )<br>) | |
| ) | **Master File No. 1:00-1898** |
| ) | **MDL 1358 (SAS)** |
| **In re: Methyl Tertiary Butyl Ether** ) | **M21-88** |
| **("MTBE") Products Liability Litigation** ) | |
| ) | |
| _____ ) | |
| ) | **MOTION FOR WITHDRAWAL OF** |
| ) | **APPEARANCE** |
| **This document relates to: All cases** ) | |
| ) | |
| _____ ) | |

Pursuant to Local Civil Rile 1.4, Total Petrochemicals & Refining USA, Inc. ("Total") hereby moves this Court to withdraw the appearance of M. Coy Connelly as counsel of record in the above-captioned Multi-District Litigation and all cases consolidated therein. Total is making this request as a result of Mr. Connelly's recent departure from the law firm of Bracewell LLP (f/k/a Bracewell & Giuliani LLP). Amy E. Parker of Bracewell LLP has previously entered her appearance and will continue to represent Total in these matters. All future correspondence and papers in this action, including all CM/ECF notifications should be directed to her attention.

Dated:    January 29, 2016              Respectfully submitted,

                                         BRACEWELL LLP


                                              /s/ *Amy E. Parker*
                                         Amy E. Parker
                                         711 Louisiana Street, Suite 2300
                                         Houston, Texas 77002-2770
                                         Telephone:  (713) 223-2300
                                         Telecopier:  (713) 221-1212
                                         amy.parker@bracewelllaw.com

                                         ATTORNEYS FOR DEFENDANT
                                         TOTAL PETROCHEMICALS & REFINING
                                         USA, INC.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Motion for Withdrawal of Appearance was served upon counsel for MDL Plaintiffs and all other counsel of record via File & ServeXpress on the 29th day of January 2016.

                                         /s/ *Amy E. Parker*
                                           Amy E. Parker