| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br> ) <br> ) <br> ) <br> **In re: Methyl Tertiary Butyl Ether** ) <br> **("MTBE") Products Liability Litigation** ) <br> ) <br> _____ ) <br> ) <br> ) <br> ) <br> **This document relates to: All cases** ) <br> ) <br> _____ ) | <br><br><br> **Master File No. 1:00-1898** <br> **MDL 1358 (SAS)** <br> **M21-88** <br><br><br><br> **PROPOSED ORDER** |

IT IS HEREBY ORDERED that Total Petrochemicals & Refining USA, Inc.'s Motion to Withdraw Appearance seeking to remove M. Coy Connelly as counsel of record in the above-captioned Multi-District Litigation and all cases consolidated therein pursuant to Local Civil Rule 1.4 is hereby GRANTED.

IT IS FURTHER ORDERED that CM/ECF notifications should no longer be delivered to M. Coy Connelly but instead to Amy E. Parker at amy.parker@bracewelllaw.com.

SO ORDERED

Dated this _____ day of _____, 2016

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE