UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al.,* 07 Civ. 10470, and<br><br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al.,* 14 Civ. 01014 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88<br><br>NOTICE OF APPEAL |

Notice is hereby given that the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico, through its Environmental Quality Board, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Rule 54(b) Judgments entered in these actions on the fourth day of January, 2016.

Date: 2nd day of February, 2016

By: _____
MICHAEL AXLINE

Attorney for Plaintiff

Miller & Axline
1050 Fulton Avenue, Suite 100
Sacramento, California 95825
Phone: 916-488-6688

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case No. No. 07 Civ. 10470 (SAS)

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court, Southern District of New York Case  No. 14 Civ. 01014 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action.  My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA  95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**NOTICE OF APPEAL**

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 2, 2016, at Sacramento, California.

_/s/ Tonya L. Zimmerman_
TONYA L. ZIMMERMAN