USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/16

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
)
_____ )
) Master File No. 1:00-1898
) MDL 1358 (SAS)
In re: Methyl Tertiary Butyl Ether ) M21-88
("MTBE") Products Liability Litigation )
)
_____ )
) PROPOSED ORDER
)
This document relates to: All cases )
)
_____ )

IT IS HEREBY ORDERED that Total Petrochemicals & Refining USA, Inc.'s Motion to Withdraw Appearance seeking to remove M. Coy Connelly as counsel of record in the above-captioned Multi-District Litigation and all cases consolidated therein pursuant to Local Civil Rule 1.4 is hereby GRANTED.

IT IS FURTHER ORDERED that CM/ECF notifications should no longer be delivered to M. Coy Connelly but instead to Amy E. Parker at amy.parker@bracewelllaw.com.

SO ORDERED

Dated this __1__ day of __February__, 2016

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE