UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document is related to:
All Cases

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

### Joint Agenda For February 16, 2016 Status Conference

#### Joint Agenda Item

1. *Puerto Rico I*: Suggestion of Remand for Phase I Trial Sites

#### Plaintiffs' Agenda Items

1. *Pennsylvania* – Release Site Lists
2. *Pennsylvania* – Lukoil America Corporation's Privilege Assertions
3. *Pennsylvania* – Alternative Service on OAO Lukoil
4. *OCWD* – Use of Public Records Act to Conduct Discovery

#### Defendants' Agenda Item

1. *New Jersey*: Defendants' Request for Plaintiff NJDEP to Update Hazardous Sites Database Production

Dated: New York, New York
       February 8, 2016

| WEITZ & LUXENBERG, P.C. | McDERMOTT WILL & EMERY LLP |
|---|---|
| __s/ William A. Walsh_____ | __s/ James A. Pardo_____ |
| William A. Walsh (WW 3301) | James A. Pardo (JP 9018) |
| 700 Broadway | 340 Madison Avenue |
| New York, New York 10003 | New York, New York 10173 |
| (212) 558-5500 | (212) 547-5400 |
| *Plaintiffs' Liaison Counsel* | *Defendants' Liaison Counsel* |