# Ex. E

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

E-SERVICE
58354173
Dec 29 2015
07:19PM
File & ServeXpress

December 29, 2015

File No. 036309-0044

**VIA FEDEX AND F&S**

Duane C. Miller, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4288

Re:   In re MTBE Products Liability Litigation, MDL 1358
      *Orange County Water District v. Unocal Corp., et al.*

Dear Mr. Miller:

Enclosed please find a CD (Bates range 2MDLCP01029914 – 2MDLCP01037728) containing supplemental documents being produced by ConocoPhillips Company in the above-captioned action.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Matthew Thurlow (PEK)

Matthew D. Thurlow
of LATHAM & WATKINS LLP

Enclosure (CD disc)

cc:   All Counsel (via F&S, w/o encl.)
      Alan E. Kraus, Esq. (w/o encl.)