## Ex. F

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
213.620.1780 main
213.620.1398 main fax
www.sheppardmullin.com

213.617.4292 direct
wroy@sheppardmullin.com

December 11, 2015

Our File Number: 0MH4-115296

**_Via Federal Express & LNFS_**
Tracey O'Reilly, Esq.
Miller Axline & Sawyer
1050 Fulton Ave. #100
Sacramento, CA 95825

Re:   Orange County Water District v. Unocal Corp., et al.

Dear Tracey:

Enclosed please find a flash drive (Bates labeled EXMO_4283_029398 – 03905 and EXMO_18HDR_034101 - 042518) that contains the following folders:

1. Additional 7-4283 Station Files; and

2. Additional 18-HDR Station Files.

Please note that there are a number of discovery responses in which Exxon Mobil Corporation and ExxonMobil Oil Corporation referred to station files in lieu of a substantive response. These stations files are responsive as well. Let me know if you have any questions.

Very truly yours,

Whitney Jones Roy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:474089772.1