# Ex. G

# KING & SPALDING



King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, Texas 77002-5213
Tel: (713) 751-3200
www.kslaw.com

Tamara Y. Kirkpatrick
Paralegal
Direct Dial: (832) 397-8692
Direct Fax: (713) 751-3290
tkirkpatrick@kslaw.com

December 31, 2015

*Via UPS Overnight*
Tracey O'Reilly
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4272

   *Re: MDL 1358; Orange County Water District v. Unocal Corp., et al.*

Dear Ms. O'Reilly:

  Enclosed is a CD containing supplemental production in the above-referenced matter.

  The bates range for this production is CHEVMDL1358_00000710862 – CHEVMDL1358_00000738214.

  Please contact me via email to retrieve the password to this CD.

           Very truly yours,

           Tamara Y. Kirkpatrick w/p
           Paralegal

Enclosures