```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/16
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> <u>Commonwealth of Puerto Rico v. Shell Oil Company, *et al.*,</u> USDC-SDNY 14-01014 (SAS); USDC-PR 13-01678 (ADC) | Master File No: 1:00-cv-1898 <br> MDL 1358 (SAS) |

**[PROPOSED] ORDER**

Having considered the recently filed Notice of Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1) of Colonial Group, Inc., Colonial Oil Industries, Inc. and Colonial Caribbean, Inc. under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

**ORDERED** that Colonial Group, Inc., Colonial Oil Industries, Inc. and Colonial Caribbean, Inc. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       Feb 19, 2016