UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 2/23/16
```

IN RE METHYL TRETIARY BUTYLETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-cv-01898
MDL 1358 (SAS)

This document relates to: All Cases

ORDER FOR ADMISSION
PRO HAC VICE

The request of Meghan E. Judge, for admission to practice *Pro Hac Vice* in the above captioned action has been granted. 7733 Forsyth Blvd., Suite 1900, Clayton, MO 63105 (314) 889-7300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company Oklahoma and Valero Refining Company Texas, L.P., individually and as successor-in-interest to Valero Refining Company-Texas, Valero Refining Company, The Premcor Refining Group, Inc. and Premcor USA, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Date: 2/23/16