# SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 4805 | 199568 | | 2 BLACK OAK DRIVE | 2 BLACK OAK DR | VERNON TWP | SUSSEX |
| 4806 | 200293 | | DIMAURO PROPERTY | 13 DENNIS DR | ANDOVER TWP | SUSSEX |
| 4807 | 200507 | | 316 WESTMINSTER AVENUE | 316 WESTMINSTER AVE | CHERRY HILL TWP | CAMDEN |
| 4808 | 200742 | | 105 NICHOLS STREET | 105 NICHOLS ST | NEWARK CITY | ESSEX |
| 4809 | 200760 | | DIFFENBAUGH | 1452 MAIN ST | STAFFORD TWP | OCEAN |
| 4810 | 200904 | | 68 MORNING GLORY ROAD | 68 MORNING GLORY RD | WARREN TWP | SOMERSET |
| 4811 | 201376 | | 867 ELTON ADELPHIA ROAD | 867 ELTON ADELPHIA RD | FREEHOLD TWP | MONMOUTH |
| 4812 | 201705 | | 80 TINDALL ROAD | 80 TINDALL RD | MIDDLETOWN TWP | MONMOUTH |
| 4813 | 202577 | | GETTY SERVICE STATION | 75 SPRINGSIDE RD | WESTAMPTON TWP | BURLINGTON |
| 4814 | 202700 | | 1135 HECK AVENUE | 1135 HECK AVE. | NEPTUNE TWP | MONMOUTH |
| 4815 | 202731 | | 1221 WABASH AVENUE | 1221 WABASH AVE | LINWOOD CITY | ATLANTIC |
| 4816 | 202751 | | HASKELL PAVING | 30 GREENWOOD LAKE TPKE | RINGWOOD BORO | PASSAIC |
| 4817 | 202867 | | RAMTOWN INDUSTRIAL COMPLEX | 175 RAMTOWN GREENVILLE RD | HOWELL TWP | MONMOUTH |
| 4818 | 202988 | | HARRAHS RESORT ATLANTIC CITY | 777 HARRAHS BLVD | ATLANTIC CITY | ATLANTIC |
| 4819 | 203504 | | BLUE ROSE MOBIL SERVICE STATION & TRUCK STOP | RT 130 & N MAIN ST | CRANBURY TWP | MIDDLESEX |
| 4820 | 204882 | | 315 CONSTITUTION DRIVE | 315 CONSTITUTION DR | LACEY TWP | OCEAN |
| 4821 | 205200 | | COURT HOUSE SQUARE OFFICE BUILDING | 75 VETERANS MEMORIAL DR | SOMERVILLE BORO | SOMERSET |
| 4822 | 205586 | | 22 GROVE AVENUE | 22 GROVE AVE | ROCHELLE PARK TWP | BERGEN |
| 4823 | 213910 | | JCP&L LAKEWOOD MGP FORMER | 378 LAUREL AVE | LAKEWOOD TWP | OCEAN |
| 4824 | 214045 | | 30 MADISON STREET | 30 MADISON ST. | LOGAN TWP | GLOUCESTER |
| 4825 | 214047 | | 4 CARTERET ROAD | 4 CARTERET RD | HOPATCONG BORO | SUSSEX |
| 4826 | 214250 | | 10 MASON COURT | 10 MASON CT | HAMILTON TWP | MERCER |
| 4827 | 214751 | | 87 PLEASANT RUN ROAD | 87 PLEASANT RUN RD | READINGTON TWP | HUNTERDON |
| 4828 | 214832 | | MANHATTAN PRODUCTS INC | 600 602 WASHINGTON AVE | CARLSTADT BORO | BERGEN |
| 4829 | 215735 | | OPPENHEIMER MEAT PURVEYOR | 112 114 WALNUT ST | MONTCLAIR TWP | ESSEX |
| 4830 | 215996 | | TEXACO SERVICE STATION #27479 | 200 ESSEX ST | HACKENSACK CITY | BERGEN |
| 4831 | 216469 | | 530 HADDON AVENUE | 530 HADDON AVE | COLLINGSWOOD BORO | CAMDEN |
| 4832 | 216561 | | 549 WESTWOOD AVENUE | 549 WESTWOOD AVE | RIVER VALE TWP | BERGEN |
| 4833 | 216582 | | TABERNACLE TWP RICHTER ROAD GROUNDWATER | 44 48 51 53 55 62 63 65 RICHTER RD | TABERNACLE TWP | BURLINGTON |
| 4834 | 216921 | | 300 LOCUST AVENUE | 300 LOCUST AVE | HOWELL TWP | MONMOUTH |
| 4835 | 216943 | | 116 BRADY ROAD STORM SEWER OUTFALL | 116 BRADY RD & IOWA AVE | JEFFERSON TWP | MORRIS |
| 4836 | 217430 | | SHERWOOD COURT & CLUB CONDOMINIUMS | 520 CLIFFWOOD AVE | MATAWAN BORO | MONMOUTH |
| 4837 | 217431 | | 224 CHESTNUT STREET | 224 CHESTNUT ST | NEWARK CITY | ESSEX |
| 4838 | 217833 | | 26 SENECA AVENUE | 26 SENECA AVE | DUMONT BORO | BERGEN |
| 4839 | 218582 | | MAPLECREST SHELTER HOUSE @ MAPLECREST PARK | TUSCAN RD & SPRINGFIELD AVE | MAPLEWOOD TWP | ESSEX |
| 4840 | 219024 | | 521 MADISON AVENUE | 521 MADISON AVE | PATERSON CITY | PASSAIC |
| 4841 | 219057 | | SOURCE ONE CAPITAL | 3 NEWARK POMPTON TPKE | LITTLE FALLS TWP | PASSAIC |
| 4842 | 219359 | | 25 ARCHANGELA AVENUE | 25 ARCHANGELA AVE | WOODBRIDGE TWP | MIDDLESEX |
| 4843 | 219370 | | 2738 SPRUCE STREET | 2738 SPRUCE ST | UNION TWP | UNION |
| 4844 | 219702 | | 34 WEST EDSALL BOULEVARD | 34 W EDSALL BLVD | PALISADES PARK BORO | BERGEN |
| 4845 | 219764 | | 44 EAST PARK AVENUE | 44 E PARK AVE | PLEASANTVILLE CITY | ATLANTIC |
| 4846 | 220217 | | CVS PHARMACY | 24 BLACKHORSE PK. | MOUNT EPHRAIM BORO | CAMDEN |
| 4847 | 221009 | | ARTHUR W KISER | | OUT OF STATE | OUT OF STATE |
| 4848 | 221413 | | 713 ORANGE COURT | 713 ORANGE CT | RIVER VALE TWP | BERGEN |
| 4849 | 221628 | | 32 WOODLAND AVENUE | 32 WOODLAND AVE | HAMBURG BORO | SUSSEX |
| 4850 | 222020 | | 214 BEACON HILL ROAD | 214 BEACON HILL RD | WASHINGTON TWP | MORRIS |
| 4851 | 222024 | | 113 EAST SHORE TRAIL | 113 E SHORE TRAIL | SPARTA TWP | SUSSEX |
| 4852 | 222298 | | ATLAS PAVING | 847 RINGWOOD AVE | WANAQUE BORO | PASSAIC |
| 4853 | 222556 | | RITE AID PHARMACY #2713 | 80 CENTRAL AVE | EAST ORANGE CITY | ESSEX |

## SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED * | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 4854 | 222657 | | 9 WOODSEND TRAIL | 9 WOODSEND TRAIL | ROCKAWAY TWP | MORRIS |
| 4855 | 222896 | | 44 RIDGE ROAD | 44 RIDGE RD | EAST AMWELL TWP | HUNTERDON |
| 4856 | 223496 | | 30 ABBINGTON LANE | 30 ABBINGTON LN | WASHINGTON TWP | GLOUCESTER |
| 4857 | 223791 | | 8 RUSSELL ROAD | 8 RUSSELL RD | HARDYSTON TWP | SUSSEX |
| 4858 | 223934 | | THE RAPTOR TRUST | 1452 WHITE BRIDGE RD | LONG HILL TWP | MORRIS |
| 4859 | 224003 | | WAYNE TWP BD OF ED PUBLIC SCHOOLS BLDG | 50 NELLIS DR | WAYNE TWP | PASSAIC |
| 4860 | 224154 | | 204 MINEBROOK ROAD | 204 MINEBROOK RD | FAR HILLS BORO | SOMERSET |
| 4861 | 224318 | | 3019 MARNE HIGHWAY | 3019 MARNE HWY | MOUNT LAUREL TWP | BURLINGTON |
| 4862 | 224372 | | SLEEPER CENTER | 731 BROADWAY | WESTWOOD BORO | BERGEN |
| 4863 | 224765 | | 65 FEATHERBED LANE | 65 FEATHERBED LN | HOPEWELL TWP | MERCER |
| 4864 | 225395 | | 1504 ROUTE 565 | 1504 RT 565 | VERNON TWP | SUSSEX |
| 4865 | 225675 | | 140 STERLING AVENUE | 140 STERLING AVE | JERSEY CITY | HUDSON |
| 4866 | 225709 | | 763 DUNCAN AVENUE | 763 DUNCAN AVE | GREENWICH TWP | GLOUCESTER |
| 4867 | 225886 | | KARLS SALE & SERVICE CENTER FORMER | 10 PROSPECT ST | MADISON BORO | MORRIS |
| 4868 | 225928 | | FITZPATRICK & ASSOC INC | 1115 PINEBROOK RD | TINTON FALLS BORO | MONMOUTH |
| 4869 | 226659 | | 494 SUMMIT STREET | 494 SUMMIT ST | NORWOOD BORO | BERGEN |
| 4870 | 226678 | | 1001 HIGH STREET | 1001 HIGH ST | WESTVILLE BORO | GLOUCESTER |
| 4871 | 226786 | | 126 CENTRAL AVENUE | 126 CENTRAL AVE | JERSEY CITY | HUDSON |
| 4872 | 227031 | | 5 ROUND TOP ROAD | 5 ROUND-TOP RD | TEWKSBURY TWP | HUNTERDON |
| 4873 | 227263 | | PASSAIC REAL ESTATE DEVELOPERS | 67 HOOVER AVE | PASSAIC CITY | PASSAIC |
| 4874 | 227934 | | 12 MATURAN AVENUE | 12 MATURAN AVE | LINCOLN PARK BORO | MORRIS |
| 4875 | 228169 | | 323 PINE BROOK ROAD | 323 PINE BROOK RD | MANALAPAN TWP | MONMOUTH |
| 4876 | 228398 | | 13 MORRIS FARM ROAD | 13 MORRIS FARM RD | LAFAYETTE TWP | SUSSEX |
| 4877 | 229446 | | 31 NORTH CRESCENT AVENUE | 31 N CRESCENT AVE | MAPLEWOOD TWP | ESSEX |
| 4878 | 229559 | | A TO Z AUTO SALES INC | 500 RT 46 W | SOUTH HACKENSACK TWP | BERGEN |
| 4879 | 229905 | | TALIAFERROS DAY CARE CENTER | 423 N TENNESSEE AVE | ATLANTIC CITY | ATLANTIC |
| 4880 | 230026 | | 374 MAIN AVENUE | 374 MAIN AVE | LONG HILL TWP | MORRIS |
| 4881 | 230338 | | 69 EDGEMONT PLACE | 69 EDGEMONT PL | TEANECK TWP | BERGEN |
| 4882 | 230754 | | HARMON COVE TOWERS | MEADOWLANDS PKWY | SECAUCUS TOWN | HUDSON |
| 4883 | 231166 | | 30 UPPER MOUNTAIN AVENUE | 30 UPPER MOUNTAIN AVE | ROCKAWAY TWP | MORRIS |
| 4884 | 231543 | | LABAW HARDWARE FORMER | 27 READING BLVD | MONTGOMERY TWP | SOMERSET |
| 4885 | 231597 | | 7 HAMILTON STREET | 7 HAMILTON ST | ENGLISHTOWN BORO | MONMOUTH |
| 4886 | 257348 | | 54 KENDAL AVENUE | 54 KENDAL AVE | MAPLEWOOD TWP | ESSEX |
| 4887 | 257570 | | 1 VAN BLARCOM COURT | 1 VAN BLARCOM CT | VERNON TWP | SUSSEX |
| 4888 | 258510 | | 44 HELLER HILL RD | 44 HELLER HILL RD | BLAIRSTOWN TWP | WARREN |
| 4889 | 258512 | | 155 POWDERHORN DRIVE | 155 POWDERHORN DR | LAKEWOOD TWP | OCEAN |
| 4890 | 258642 | | 165 MOUNTAIN AVENUE | 165 MOUNTAIN AVE | SOMERVILLE BORO | SOMERSET |
| 4891 | 258969 | | JACKS AUTO SALES & SERVICE CENTER | 4 BLACKHORSE PK | MONROE TWP | GLOUCESTER |
| 4892 | 260710 | | ABC CLEANERS | 1067 RINGWOOD AVE | WANAQUE BORO | PASSAIC |
| 4893 | 260758 | | ABESCO INC | 101 INDUSTRIAL AVE | HASBROUCK HEIGHTS BORO | BERGEN |
| 4894 | 263413 | | AMERICAN DISTRIBUTORS INC @ CHRISTIAN PETER PK | 9 WHIPPANY RD | HANOVER TWP | MORRIS |
| 4895 | 272391 | | CAROLINE CLEANERS @ MENDHAM VILLAGE SHOPPING CENTER | RT 24 | MENDHAM BORO | MORRIS |
| 4896 | 274979 | | CLEVELAND INDUSTRIAL CENTER | 20 PAKER RD | WASHINGTON TWP | MORRIS |
| 4897 | 294277 | | ITT PUMPS & COMPRESSORS MARLOW | 445 GODWIN AVE | MIDLAND PARK BORO | BERGEN |
| 4898 | 295155 | | JENNING CITGO SERVICE STATION | 686 LIVINGSTON AVE | NORTH BRUNSWICK TWP | MIDDLESEX |
| 4899 | 308576 | | NJDEP | 661 S BROAD ST | PENNSVILLE TWP | SALEM |
| 4900 | 309743 | | BORO AUTO WRECKING | 2271 HAMILTON BLVD | SOUTH PLAINFIELD BORO | MIDDLESEX |
| 4901 | 318647 | | PUMPING SERVICES INC | 201 LINCOLN BLVD | MIDDLESEX BORO | MIDDLESEX |

## SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED * | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 4902 | 321317 | | RODICO INC | 20 INDUSTRIAL AVE | UPPER SADDLE RIVER BORO | BERGEN |
| 4903 | 322727 | | SALS AUTO | RT 35 & MERRITT AVE | NEPTUNE TWP | MONMOUTH |
| 4904 | 324474 | | SHELL OIL CO | RT 40 & GREEN ST | WOODSTOWN BORO | SALEM |
| 4905 | 324551 | | SHELL OIL CORP | 90 MAPLE AVE | PLAINFIELD CITY | UNION |
| 4906 | 325648 | | SOMERSET TIRE SERVICE INC | 2 MAIN ST | LITTLE FALLS TWP | PASSAIC |
| 4907 | 340071 | | P&M TIRE & BRAKES PROPERTY FORMER | 101 HARRISON ST | HOBOKEN CITY | HUDSON |
| 4908 | 340672 | | 77 OAKDENE AVENUE | 77 OAKDENE AVE | CLIFFSIDE PARK BORO | BERGEN |
| 4909 | 340931 | | 315 STEGMAN PARKWAY | 315 STEGMAN PKWY | JERSEY CITY | HUDSON |
| 4910 | 340943 | | 423 VAN HOLTEN ROAD | 423 VAN HOLTEN RD | BRIDGEWATER TWP | SOMERSET |
| 4911 | 341016 | | INTERNATIONAL AUTO BROKERS INC | 1010 ST GEORGES AVE | WOODBRIDGE TWP | MIDDLESEX |
| 4912 | 341099 | | 114 DOVER AVENUE | 114 DOVER AVE | EGG HARBOR TWP | ATLANTIC |
| 4913 | 341159 | | 111 NORTH GRANVILLE AVENUE | 111 N GRANVILLE AVE | MARGATE CITY | ATLANTIC |
| 4914 | 341190 | | 1 CHEYENNE TRAIL | 1 CHEYENNE TRAIL | SPARTA TWP | SUSSEX |
| 4915 | 341395 | | BARRI ELECTRIC SUPPLY | KENNEDY BLVD | JERSEY CITY | HUDSON |
| 4916 | 341603 | | 1003 CLAIRMORE AVENUE | 1003 CLAIRMORE AVE | LACEY TWP | OCEAN |
| 4917 | 341620 | | 19 KIAWAH AVENUE | 19 KIAWAH AVE | FREEHOLD BORO | MONMOUTH |
| 4918 | 342439 | | DEER RUN FARM | 121 RT 202 | FAR HILLS BORO | SOMERSET |
| 4919 | 342611 | | 5 REBECCA COURT | 5 REBECCA CT | OLD BRIDGE TWP | MIDDLESEX |
| 4920 | 342660 | | 546 SPRUCE AVENUE | 546 SPRUCE AVE. | GARWOOD BORO | UNION |
| 4921 | 343017 | | 20 HIGH POINT CIRCLE | 20 HIGH POINT CIR | FRANKLIN BORO | SUSSEX |
| 4922 | 343425 | | 210 FULLWOOD ROAD | 210 FULLWOOD RD | DELRAN TWP | BURLINGTON |
| 4923 | 344201 | | 146 EAST STIMPSON AVENUE | 146 E STIMPSON AVE | LINDEN CITY | UNION |
| 4924 | 344302 | | 72 ALPINE TRAIL | 72 ALPINE TRAIL | SPARTA TWP | SUSSEX |
| 4925 | 351875 | | 2 JANICE DRIVE | 2 JANICE DR | MOUNT OLIVE TWP | MORRIS |
| 4926 | 352698 | | 13 HARVEY ROAD | 13 HARVEY RD. | WEST MILFORD TWP | PASSAIC |
| 4927 | 352763 | | 14 EAST SHORE TRAIL | 14 E SHORE TRLAIL | SPARTA TWP | SUSSEX |
| 4928 | 353232 | | 100 PLEASANT VALLEY HARBOURTON ROAD | 100 PLEASANT VALLEY HARBOURTON RD | WEST AMWELL TWP | HUNTERDON |
| 4929 | 353297 | | 76 EAST SHORE DRIVE | 76 E SHORE DR | HAMPTON TWP | SUSSEX |
| 4930 | 354628 | | 2 SEDGEFIELD DRIVE | 2 SEDGEFIELD DR | PARSIPPANY TROY-HILLS | MORRIS |
| 4931 | 354934 | | 179 OLD FARMERS ROAD | 179 OLD FARMERS RD | WASHINGTON TWP | MORRIS |
| 4932 | 354970 | | 179 MADISON AVENUE | 179 MADISON AVE | SCOTCH PLAINS TWP | UNION |
| 4933 | 354999 | | 4 1/2 STONYBROOK ROAD | 4 STONYBROOK RD 2-Jan | ROCKAWAY TWP | MORRIS |
| 4934 | 355544 | | CHASE BANK | 1 E CLINTON ST | DOVER TOWN | MORRIS |
| 4935 | 355915 | | OCTAGON OIL | 547 WHITEHORSE PK | HAMMONTON TOWN | ATLANTIC |
| 4936 | 356276 | | 11 COLONIAL ROAD. | 11 COLONIAL RD | ROCKAWAY TWP | MORRIS |
| 4937 | 356864 | | 193 SERGEANTSVILLE ROAD | 193 SERGEANTSVILLE RD | RARITAN TWP | HUNTERDON |
| 4938 | 357093 | | 13 ST MALO DRIVE | 13 ST MALO DR | MONTVILLE TWP | MORRIS |
| 4939 | 357917 | | 14 PARTRIDGE LANE | 14 PARTRIDGE LN | WASHINGTON TWP | MORRIS |
| 4940 | 358032 | | 5 HICKORY LANE | 5 HICKORY LN | READINGTON TWP | HUNTERDON |
| 4941 | 358101 | | 214 SHERMAN AVENUE | 214 SHERMAN AVE | RARITAN BORO | SOMERSET |
| 4942 | 358159 | | 764 ELM STREET | 764 ELM ST | KEARNY TOWN | HUDSON |
| 4943 | 358414 | | 202 KENNEDY BOULEVARD | 202 KENNEDY BLVD | BAYONNE CITY | HUDSON |
| 4944 | 358531 | | 115 LAKE STREET | 115 LAKE ST | BRIDGETON CITY | CUMBERLAND |
| 4945 | 358823 | | EXXON SERVICE STATION #36640 FORMER | 125 RT 130 | BURLINGTON CITY | BURLINGTON |
| 4946 | 359019 | | OFFICE BUILDING @ 732 ROUTE 36 | 732 RT 36 | MIDDLETOWN TWP | MONMOUTH |
| 4947 | 359219 | | 86 WOODLAND AVENUE | 86 WOODLAND AVE | SUMMIT CITY | UNION |
| 4948 | 359295 | | 68 KEMAH MECCA LAKE ROAD | 68 KEMAH MECCA LAKE RD | HAMPTON TWP | SUSSEX |
| 4949 | 359456 | | 9 FOXCROFT DRIVE | 9 FOXCROFT DR | SUSSEX BORO | SUSSEX |

## SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED * | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 4950 | 362443 | | PRINCETON NURSERIES INC | 119 MAPLETON RD | SOUTH BRUNSWICK TWP | MIDDLESEX |
| 4951 | 362790 | | WIENERS CLOTHES LINE INC FORMER | 93 THROCKMORTON ST | FREEHOLD BORO | MONMOUTH |
| 4952 | 363272 | | 12 WINDERMERE ROAD | 12 WINDERMERE RD | MONTCLAIR TWP | ESSEX |
| 4953 | 363332 | | 10 BROOKRUN DRIVE | 10 BROOKRUN DR | MOUNT HOLLY TWP | BURLINGTON |
| 4954 | 364190 | | 367 ROCK ROAD EAST | 367 ROCK RD E | WEST AMWELL TWP | HUNTERDON |
| 4955 | 364767 | | STAVOLA REALTY | 161 165 CENTRAL AVE | ROCHELLE PARK TWP | BERGEN |
| 4956 | 364944 | | 115 LOCUST STREET | 115 LOCUST ST | ROSELLE PARK BORO | UNION |
| 4957 | 365983 | | 325 TERRILL ROAD | 325 TERRILL RD | FANWOOD BORO | UNION |
| 4958 | 366833 | | TEMMER SYLVIA | 1 BUTLER RD | FRANKLIN TWP | SOMERSET |
| 4959 | 366873 | | THE SALVATION ARMY | 13 TRINITY PL | MONTCLAIR TWP | ESSEX |
| 4960 | 367474 | | 31 OSCEOLA ROAD | 31 OSCEOLA RD | WAYNE TWP | PASSAIC |
| 4961 | 370103 | | 130 EYLAND AVENUE | 130 EYLAND AVE | ROXBURY TWP | MORRIS |
| 4962 | 370260 | | NEWARK PRESCHOOL COUNCIL INC HEAD START PROGRAM | 292 296 CHANCELLOR AVE | NEWARK CITY | ESSEX |
| 4963 | 370262 | | 14 BALDWIN STREET | 14 BALDWIN ST | PENNINGTON BORO | MERCER |
| 4964 | 370716 | | 595 LONG LANE | 595 LONG LN | FAR HILLS BORO | SOMERSET |
| 4965 | 371508 | | 25 THREE GABLES ROAD | 25 THREE GABLES RD | MORRISTOWN TOWN | MORRIS |
| 4966 | 373276 | | 98 MAGNOLIA AVENUE | 98 MAGNOLIA AVE | PLUMSTED TWP | OCEAN |
| 4967 | 373511 | | 489 RIFLE CAMP ROAD | 489 RIFLE CAMP RD | WOODLAND PARK BORO | PASSAIC |
| 4968 | 373860 | | 431 433 MARTIN LUTHER KING BOULEVARD | 431 433 MARTIN LUTHER KING BLVD | EAST ORANGE CITY | ESSEX |
| 4969 | 374621 | | NJDEP RUSSOS BP SERVICE STATION | 56 E BAY AVE | STAFFORD TWP | OCEAN |
| 4970 | 376483 | | 500 ELIZABETH AVENUE | 500 ELIZABETH AVE | ELIZABETH CITY | UNION |
| 4971 | 377171 | | 546 OTTERHOLE ROAD | 546 OTTERHOLE RD | WEST MILFORD TWP | PASSAIC |
| 4972 | 377318 | | 4 SHELDON ROAD | 4 SHELDON RD | PEMBERTON TWP | BURLINGTON |
| 4973 | 377381 | | 153 MADISON AVENUE | 153 MADISON AVE | IRVINGTON TWP | ESSEX |
| 4974 | 377418 | | 309 FLORENCE ROAD | 309 FLORENCE RD | MIDDLETOWN TWP | MONMOUTH |
| 4975 | 377547 | | 922 CLEVELAND AVENUE | 922 CLEVELAND AVE | WESTFIELD TOWN | UNION |
| 4976 | 377857 | | 755 ABBOTT AVENUE | 755 ABBOTT AVE | RIDGEFIELD BORO | BERGEN |
| 4977 | 380407 | | 47 ZABRISKIE AVENUE | 47 ZABRISKIE AVE | BAYONNE CITY | HUDSON |
| 4978 | 381116 | | THE CLAYTON PROPERTY | 6 RIVER ST | SEA BRIGHT BORO | MONMOUTH |
| 4979 | 381447 | | 75 BRIGHTON AVENUE | 75 BRIGHTON AVE | KEARNY TOWN | HUDSON |
| 4980 | 382296 | 18275 | MORRIS SD | 120 RIDGEDALE AVE | MORRISTOWN TOWN | MORRIS |
| 4981 | 382333 | | 174 PLEASANT PLAINS ROAD | 174 PLEASANT PLAINS RD | LONG HILL TWP | MORRIS |
| 4982 | 384419 | | THUL AUTO STORES | 1281 RT 22 | LEBANON BORO | HUNTERDON |
| 4983 | 384931 | | VALLEY NATIONAL BANK | 22 BLOOMFIELD AVE | BELLEVILLE TWP | ESSEX |
| 4984 | 385643 | | 125 HOOK MOUNTAIN ROAD | 125 HOOK MOUNTAIN RD | MONTVILLE TWP | MORRIS |
| 4985 | 385883 | | 65 WHITE ROAD | 65 WHITE RD | WEST MILFORD TWP | PASSAIC |
| 4986 | 386334 | | EDISON SHELL SERVICE STATION | 881 RT 1 | EDISON TWP | MIDDLESEX |
| 4987 | 386518 | | IDA WILL HOLDING CO | 630 638 W ST GEORGES AVE | LINDEN CITY | UNION |
| 4988 | 387149 | | 13 WARREN DRIVE | 13 WARREN DR | MOUNT OLIVE TWP | MORRIS |
| 4989 | 388304 | | 2169 ROUTE 4 FORT LEE | 2169 RT 4 E | FORT LEE BORO | BERGEN |
| 4990 | 389686 | | 166 CYPRESS AVENUE | 166 CYPRESS AVE | BOGOTA BORO | BERGEN |
| 4991 | 390547 | | 46 SUMMIT DRIVE | 46 SUMMIT DR | WANTAGE TWP | SUSSEX |
| 4992 | 391381 | | NJ TRANSIT AUTH HUDSON BERGEN | 20 CAVEN POINT AVE | JERSEY CITY | HUDSON |
| 4993 | 391943 | | CLEARVIEW CINEMAS BERGENFIELD CINEMA #5 | 58 S WASHINGTON AVE | BERGENFIELD BORO | BERGEN |
| 4994 | 392327 | | 303 3RD AVENUE | 303 3RD AVE | BELMAR BORO | MONMOUTH |
| 4995 | 392329 | | ATLANTIC HIGHLANDS BORO 1ST AVENUE DRAINGAGE IMPROVEMENTS | 26 W HIGHLAND AVE | ATLANTIC HIGHLANDS BORO | MONMOUTH |
| 4996 | 392548 | | MCCANDLESS FUELS | 2231 DELSEA DR | FRANKLIN TWP | GLOUCESTER |
| 4997 | 392693 | | ADVANTAGE ENVIRONMENTAL CORP | 395 RT 34 | MATAWAN BORO | MONMOUTH |

## SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 4998 | 394221 | | 554 OLYMPIA AVENUE | 554 OLYMPIA AVE | CLIFFSIDE PARK BORO | BERGEN |
| 4999 | 394919 | | 197 BARTLEY ROAD | 197 BARTLEY RD | WASHINGTON TWP | MORRIS |
| 5000 | 395373 | | THE ARC PROJECT | UNDERGROUND TUNNEL FOR REGIONAL TRANSIT | KEARNY TOWN | HUDSON |
| 5001 | 395606 | | JAREM PROPERTY | 92 MOONACHIE AVE | MOONACHIE BORO | BERGEN |
| 5002 | 396296 | | MOBIL SERVICE STATION #15JBK | 695 IRVINGTON AVE | NEWARK CITY | ESSEX |
| 5003 | 397219 | | 27 7TH STREET | 27 7TH ST | ENGLEWOOD CLIFFS BORO | BERGEN |
| 5004 | 397641 | | NEWARK CITY PASSAIC RIVER WATERFRONT PARK | RAYMOND BLVD & JERSEY ST | NEWARK CITY | ESSEX |
| 5005 | 397724 | | 57 CLARK ROAD | 57 CLARK RD | WANTAGE TWP | SUSSEX |
| 5006 | 399044 | | 979 CARTERET AVENUE | 979 CARTERET AVE | UNION TWP | UNION |
| 5007 | 400479 | | ST PETERS COLLEGE | 920 MONTGOMERY ST | JERSEY CITY | HUDSON |
| 5008 | 400542 | | 50 BOARS HEAD ROAD | 50 BOARS HEAD RD | DELAWARE TWP | HUNTERDON |
| 5009 | 401149 | | THE COPPERHOUSE | 11 27 WARREN ST | PATERSON CITY | PASSAIC |
| 5010 | 401332 | | 608 10TH STREET | 608 10TH ST | UNION CITY | HUDSON |
| 5011 | 406992 | | 8 16 MAIN STREET | 8 16 MAIN ST | MIDDLESEX BORO | MIDDLESEX |
| 5012 | 407915 | | PALMER INDUSTRIES INC | 59 67 CHAPEL ST | NEWARK CITY | ESSEX |
| 5013 | 408901 | | 19 WEST LAKEVIEW ROAD | 19 W LAKEVIEW RD | VERNON TWP | SUSSEX |
| 5014 | 410234 | | SAI SHARNAM CORP | 125 ST GEORGES AVE | RAHWAY CITY | UNION |
| 5015 | 410241 | | NORTH BERGEN FUEL ENTERPRISES CORP | 9280 KENNEDY BLVD | NORTH BERGEN TWP | HUDSON |
| 5016 | 411936 | | 21 ORCHARD STREET | 21 ORCHARD ST | HAMBURG BORO | SUSSEX |
| 5017 | 412941 | | 220 280 IRVINE TURNER BOULEVARD | 220 280 IRVINE TURNER BLVD | NEWARK CITY | ESSEX |
| 5018 | 413829 | | 205 1ST STREET | 205 215 1ST ST | ELIZABETH CITY | UNION |
| 5019 | 414560 | | DONS AUTOMOTIVE & TIRE CENTER | 301 RT 94 | VERNON TWP | SUSSEX |
| 5020 | 414749 | | AUTO MAGIC | 201 224 DELSEA DR | GLASSBORO BORO | GLOUCESTER |
| 5021 | 415260 | | 5 ELVIN AVENUE | 5 ELVIN AVE | PENNS GROVE BORO | SALEM |
| 5022 | 416259 | | TIDAL WAVE TRUCK WASH INC | 2 FISH HOUSE RD | KEARNY TOWN | HUDSON |
| 5023 | 418844 | | LEONARD NEIGHBOR FARMSTEAD | 177 W MILL RD | WASHINGTON TWP | MORRIS |
| 5024 | 420653 | | SIMMONDS PRECISION FACILITY FORMER | 155 160 OAKDALE RD | CHESTER TWP | MORRIS |
| 5025 | 421716 | | 234 PACIFIC STREET CORP | 234 252 PACIFIC ST | NEWARK CITY | ESSEX |
| 5026 | 424105 | | CHOICE PETROLEUM | 2089 OAK TREE RD | EDISON TWP | MIDDLESEX |
| 5027 | 425500 | | UNITED DOLLAR PLUS | 1141 1143 COOPER ST | EDGEWATER PARK TWP | BURLINGTON |
| 5028 | 431679 | | 171 PENNSYLVANIA AVENUE | 171 PENNSYLVANIA AVE | RARITAN TWP | HUNTERDON |
| 5029 | 431750 | | 89 MOSLE ROAD | 89 MOSLE RD | PEAPACK-GLADSTONE | SOMERSET |
| 5030 | 432547 | | 1801 HOLLAND BROOK ROAD | 1801 HOLLAND BROOK RD | BRANCHBURG TWP | SOMERSET |
| 5031 | 435488 | | SIXTH BORO REALTY INC | 550 GRAND ST | JERSEY CITY | HUDSON |
| 5032 | 435909 | | 34 TEMPLE PLACE | 34 TEMPLE PL | IRVINGTON TWP | ESSEX |
| 5033 | 437651 | | 23 MARION ROAD | 23 MARION RD | MONTCLAIR TWP | ESSEX |
| 5034 | 438041 | | 21 LEXINGTON AVENUE | 21 LEXINGTON AVE | JERSEY CITY | HUDSON |
| 5035 | 438234 | | 41 DOGWOOD CIRCLE | 41 DOGWOOD CIR | MONTVILLE TWP | MORRIS |
| 5036 | 438312 | | CROWES NEST CONDOMINIUM ASSOC | 40 FAYETTE ST | PERTH AMBOY CITY | MIDDLESEX |
| 5037 | 438671 | | 568 KEMAH LAKE ROAD | 568 KEMAH LAKE RD | FRANKFORD TWP | SUSSEX |
| 5038 | 438991 | | 45 GAISLER ROAD | 45 GAISLER RD | BLAIRSTOWN TWP | WARREN |
| 5039 | 439631 | | 10 NORTH WHITEHORSE PIKE | 10 N WHITEHORSE PK | HAMMONTON TOWN | ATLANTIC |
| 5040 | 439738 | | 325 WEST SIDE AVENUE | 325 WEST SIDE AVE | JERSEY CITY | HUDSON |
| 5041 | 439981 | | 1426 WILLOW AVENUE | 1426 WILLOW AVE | HOBOKEN CITY | HUDSON |
| 5042 | 443853 | | JERSEY CITY RADIATION THERAPY | 631 GRAND ST | JERSEY CITY | HUDSON |
| 5043 | 444021 | | 913 RENATE DRIVE | 913 RENATE DR | HILLSBOROUGH TWP | SOMERSET |
| 5044 | 444510 | | 3121 ROUTE 37 | 3121 RT 37 | TOMS RIVER TWP | OCEAN |
| 5045 | 444790 | | GRIFFIN BUILDING | 511 COOKMAN AVE | ASBURY PARK CITY | MONMOUTH |
| 5046 | 448023 | | NO CORRESPONDING SITE NAME IN NJEMS | | | |

## SITES WITH MTBE CONTAMINATION, UPDATED MAY 2013

| No. | SITE ID | SITE ID PREVIOUSLY USED* | SITE NAME (MOST RECENT) | ADDRESS | MUNICIPALITY | COUNTY |
|---|---|---|---|---|---|---|
| 5047 | 450877 | | NO CORRESPONDING SITE NAME IN NJEMS | | | |
| 5048 | 454566 | | NO CORRESPONDING SITE NAME IN NJEMS | | | |

* For some sites, an erroneous Site ID may have been cited in previous productions; these are shown together with the corrected Site ID