USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/1/16_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE")* *Products Liability Litigation* | Master File No. 1:00 – 1898 MDL 1358 (SAS) M21-88 |
| This document relates to: | Civil Action |
| *Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 07-10470 (SAS) USDC-PR Civ. No. 07-1505 (CCC) | |

## ORDER

Having considered the recently filed Joint Motion for Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Hess Oil Virgin Islands Corporation and HOVENSA L.L.C., it is hereby:

ORDERED that Hess Oil Virgin Islands Corporation and HOVENSA L.L.C. are dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York

_March_____, 2016