UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
In re: Methyl Tertiary Butyl Ether :
("MTBE") Products Liability Litigation :
: **ORDER**
: Master File 1:00-cv-1898
This Document Relates To:  All Cases : MDL No. 1358 (SAS)
:
:
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The March 14, 2016 MTBE Status Conference for all cases is rescheduled for March 29, 2016 at 2:30 PM.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           March 3, 2016

1