AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether (MTBE) Product Liability Litigation | ) ) ) ) ) Case No.  MDL No. 1358 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiffs

Date: 03/04/2016

*Attorney's signature*

William A. Walsh (WW3301)
*Printed name and bar number*

Weitz & Luxenberg
700 Broadway
New York, NY  10003

*Address*

wwalsh@weitzlux.com
*E-mail address*

(212) 558-5836
*Telephone number*

(212) 344-5461
*FAX number*