UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER (SAS) ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898<br><br>MDL 1358 (SAS)<br>M21-88 |

This document pertains to:

*All Cases*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW APPEARANCE
## OF COUNSEL BRIAN J. SULLIVAN

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of BRIAN J. SULLIVAN as counsel of record for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership.  Mr. Sullivan is no longer associated with Goodwin Procter LLP, will no longer represent either Cumberland Farms, Inc. or Gulf Oil Limited Partnership, and should be removed from the service list.  Goodwin Procter LLP continues to serve as counsel for Cumberland Farms, Inc. and Gulf Oil Limited Partnership through their attorneys Mark E. Tully and Chad W. Higgins, and all future correspondence and papers in this action should continue to be directed to them.

Dated: March 11, 2016

Respectfully submitted,

By: /s/ Chad W. Higgins
Chad W. Higgins (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
E-Mail: chiggins@goodwinprocter.com

*Attorney for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership*

## **CERTIFICATE OF SERVICE**

I, Chad W. Higgins, hereby certify that on March 11, 2016, a true copy of the foregoing Motion to Withdraw Appearance of Counsel Brian J. Sullivan and Proposed Order Approving Withdrawal of Counsel Brian J. Sullivan was served on all counsel via LexisNexis File & Serve.

Dated: March 11, 2016                                /s/ Chad W. Higgins
                                                                                                       Chad W. Higgins