UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898 (SAS)<br>MDL 1358 (SAS)<br>M21-88 |

This document pertains to:

*All Cases*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER
### APPROVING WITHDRAWAL OF COUNSEL BRIAN J. SULLIVAN

The motion to withdraw the appearance of Brian J. Sullivan as counsel of record for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**.

SO ORDERED

Dated: _____, 2016

_____
Hon. Shira A. Scheindlin
United States District Judge