DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.,*<br>USDC-SDNY Civ. No. 14-01014 (SAS)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88<br><br>Civil Action |

### [PROPOSED] ORDER

Having considered the recently filed Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1) of HOVENSA L.L.C. under Federal Rule of Civil Procedure 41(a)(1), it is hereby:

**ORDERED** that HOVENSA L.L.C. is dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
       MAR 17, 2016