```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File C.A. No.
1:00-1898 (SAS)
MDL No. 1358
M-21-88

---

**This Document Relates To:  All Cases**

## ORDER

The Court has considered the unopposed request of Petroleum Products Corporation (now known as Pyramid LLC)  to admit *pro hac vice* Barry Goheen, Esq., Geoffrey M. Drake, Esq., and Jonathan M. Goossen, Esq., of King & Spalding LLP and the request is hereby **GRANTED;**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Barry Goheen, Esq., Geoffrey M. Drake, Esq., and Jonathan M. Goossen, Esq. are admitted to practice before this Court *pro hac vice* on behalf of Petroleum Products Corporation (now known as Pyramid LLC) in this civil action upon the deposit of the required $600 fee to the Clerk of this Court.

| Barry Goheen | Geoffrey M. Drake | Jonathan M. Goossen |
|---|---|---|
| 1180 Peachtree St. NE | 1180 Peachtree St. NE | 1100 Louisiana, Suite 4000 |
| Atlanta, GA 30309 | Atlanta, GA 30309 | Houston, TX 77002 |
| Phone: 404/572-4618 | Phone: 404/572-4726 | Phone: 713/276-7307 |
| bgoheen@kslaw.com | gdrake@kslaw.com | jgoossen@kslaw.com |

Dated:  3/18/16

The Honorable Shira A. Scheindlin
United States District Judge