UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al. | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (SAS)<br><br>Civil Action No.: 08-00312 (SAS)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS COASTAL EAGLE POINT OIL COMPANY and EL PASO CORPORATION (n/k/a El Paso LLC) ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and Defendants Coastal Eagle Point Oil Company and El Paso Corporation (n/k/a El Paso LLC) only, the matter as to Defendants Coastal Eagle Point Oil Company and El Paso Corporation (n/k/a El Paso LLC) only shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

_____
Hon. Shira A. Scheindlin, USDJ

DATE: 3/29/16