**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |
| This Document Relates To:<br><br>*Orange County Water District v. Unocal Corp., et al.,* 04 Civ. 04968 | NOTICE OF WITHDRAWAL OF COUNSEL |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/16

TO: The Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE THAT JAIME L. ABRAHAM is no longer associated with Manatt, Phelps & Phillips, LLP ("Manatt") and should be removed from the service list. Manatt continues to serve as counsel for USA Gasoline Corporation through its attorney(s) Peter Duchesneau, Craig J. de Recat and Samantha J. Katze, and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 6, 2016

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Samantha J. Katze
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
E-mail: SKatze@manatt.com

*Attorneys for USA Gasoline Corporation*

**SO ORDERED:**

Dated: New York, New York
April 7, 2016

_____
Hon. Shira A. Scheindlin, U.S.D.J.