AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Methyl Tertiary Butyl Ether (MTBE) Product | ) |
|---|---|
| | ) |
| | ) Case No.  MDL No. 1358 |
| Product Liability Litigation | ) |
| | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company, Inc.

Date: 4-12-16

_Attorney's signature_

Colleen P. Doyle
*Printed name and bar number*

HUNTON & WILLIAMS LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
*Address*

DoyleC@hunton.com
*E-mail address*

213-532-2102
*Telephone number*

213-532-2020
*FAX number*