AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In re: Methyl Tertiary Butyl Ether (MTBE) Product )
)
) Case No.   MDL No. 1358
Product Liability Litigation )
)
)

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants Tesoro Corporation (f/k/a Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company, Inc.                          .

Date: 4/12/2016

*Diana Pfeffer Martin*
*Attorney's signature*

Diana Pfeffer Martin
*Printed name and bar number*

HUNTON & WILLIAMS LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071

*Address*

MartinDP@hunton.com
*E-mail address*

213-532-2162
*Telephone number*

213-532-2020
*FAX number*