UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MASTER FILE NO. 1:00-1898 MDL 1358 (SAS) |

**This Document Relates To:**

*Orange County Water District v. Unocal Corp., et al., 04 Civ. 4968 (SAS)*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule Civil Rule 1.4, please withdraw the appearances of the following attorneys as counsel of record for Defendants Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company Inc.) (collectively, "Tesoro"):  Berj Khoren Parseghian, Jamie Olivia Kendall, and Jesus R. Chavez.  The aforementioned attorneys are no longer with the former law firm of Bingham McCutchen LLP and no longer serve as counsel for Tesoro.

Consistent with the notice provided to the Court in December 2012, attorneys Colleen P. Doyle and Diana Pfeffer Martin of the former law firm of Bingham McCutchen LLP are now affiliated with the firm of **Hunton & Williams LLP.**  Hunton & Williams LLP now represents Tesoro through counsel of record Colleen P. Doyle and Diana Pfeffer Martin who have previously entered their appearances.  All future correspondence and papers in this action should be directed to Colleen P. Doyle and Diana Pfeffer Martin.

Dated: April 12, 2016

                               Respectfully submitted,

                               /s/ Colleen P. Doyle
                               Colleen P. Doyle
                               Diana Pfeffer Martin
                               HUNTON & WILLIAMS LLP
                               550 S. Hope Street, Suite 2000
                               Los Angeles, CA 90071
                               Tel: 213-532-2000
                               Fax: 213-532-2020

                               Attorneys for Defendants
                               Tesoro Corporation (formerly known as
                               Tesoro Petroleum Corporation) and Tesoro
                               Refining & Marketing Company
                               (erroneously named by Plaintiff as Tesoro
                               Refining & Marketing Company Inc.)

## Certificate of Service

This is to certify that on this 12th day of April, 2016, the foregoing Motion to Withdraw Appearance of Counsel was served on all counsel of record by Lexis Nexis File and Serve.

_____
Jude Enriquez