UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MASTER FILE NO. 1:00-1898** <br> **MDL 1358 (SAS)** |

**This Document Relates To:**

*Orange County Water District v. Unocal Corp., et al., 04 Civ. 4968 (SAS)*

# [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The Motion to Withdraw Appearance of Counsel Berj Khoren Parseghian, Jamie Olivia Kendall, and Jesus R. Chavez, as counsel of record for Defendants Tesoro Corporation (formerly known as Tesoro Petroleum Corporation) and Tesoro Refining & Marketing Company (erroneously named by Plaintiff as Tesoro Refining & Marketing Company Inc.), pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED.

Dated: _____, 2016

_____
Hon. Shira A. Scheindlin
United States District Judge