Matthew D. Thurlow
Direct Dial: +1.202.637.1051
matthew.thurlow@lw.com

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | ~~San Francisco~~ |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/11/16]

[Handwritten annotation: The request to withdraw Alan Kraus as counsel is GRANTED. SO ORDERED: /s/ Shira A. Scheindlin, U.S.D.J. 4/11/16]

April 8, 2016

**BY HAND DELIVERY**

Hon. Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  In Re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation
Master File No. 1:00-1898 (SAS)
MDL 1358
**This document relates to:**
*Commonwealth of Pennsylvania v. Exxon Mobile Corporation, et. al.*,
Case No. 14-cv-06228

Dear Judge Scheindlin:

Latham & Watkins LLP, counsel for Defendants ConocoPhillips Company, Phillips 66, and Phillips 66 Company (collectively, the "Defendants"), hereby informs the Court that Alan E. Kraus recently passed away, and requests that the Court withdraw the appearance of Alan E. Kraus as counsel in this matter. Mr. Kraus had previously appeared and represented Defendants in this matter, along with Matthew D. Thurlow, the undersigned (his colleague at Latham & Watkins LLP). Latham & Watkins LLP will continue to represent Defendants through its attorney, Matthew D. Thurlow, and all future correspondence and papers in this action should be directed to him.

As Latham & Watkins LLP will continue to represent Defendants, Mr. Kraus's withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including Defendants). In light of the foregoing, I respectfully request that that the Court relieve Mr. Kraus as counsel for Defendants and that the official court docket be amended to reflect this change.

Thank you for your attention to this request.

Respectfully submitted,

Matthew D. Thurlow
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via LNFS)