**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------- X
                        :

**IN RE METHYL TERTIARY BUTYL**   :
**ETHER ("MTBE") PRODUCTS**      :
**LIABILITY LITIGATION**            :
------------------------------------------------- :
                        :

**This document relates to:**       :
                        :

*Commonwealth of Pennsylvania v. Exxon*  :
*Mobil Corporation, et al.*, 14 Civ. 6228   :
                        :
------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/16

**ORDER**

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Commonwealth of Pennsylvania's (the "Commonwealth's") request to supplement the Declaration of Molly McGinley Han in Support of the Commonwealth's Opposition to LUKOIL Americas Corporation's ("LAC's") Motion to Dismiss for Lack of Personal Jurisdiction with the document attached to its April 11, 2016 letter to this Court is GRANTED.

      The Commonwealth may file a supplemental brief of no more than three pages, double-spaced, by April 15, 2016. LAC may file a responsive brief of the same length with no more than five pages of exhibits by April 22, 2016. In addition, both parties must file their letters of April 11 and April 12, 2016, with this Court.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              April 13, 2016

2

- Appearances -

**Liaison Counsel for Plaintiffs:**

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500

**Counsel for the Commonwealth:**

Michael D. Axline, Esq.
Duane Miller, Esq.
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
(916) 488-6688

**Liaison Counsel for Defendants:**

Lisa A. Gerson, Esq.
James A. Pardo, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
(212) 547-5583

**Counsel for LUKOIL Americas Corporation:**

James P. Tuite, Esq.
Katherine M. Katchen, Esq.
Matthew A. Scarola, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000