UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898(SAS) MDL 1358 |
| **This document relates to:** *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GUTTMAN REALTY COMPANY PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the nongovernmental corporate party, *Guttman Realty Company,* through its undersigned counsel in the above-listed civil action, hereby submits the following corporate disclosure statement: (1) it does not have any parent corporation; and, (2) there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      April 18, 2016

Respectfully submitted,

/s/ Daniel Z. Rivlin
Daniel Z. Rivlin (DR6294)

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Tel.:   (212) 440-4400
Fax:   (212)440-4401
daniel.rivlin@bipc.com

*Attorneys for Defendant*
*Guttman Realty Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016 I caused to be electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

                                            /s/ Daniel Z. Rivlin
                                            Daniel Z. Rivlin (DR6294)