UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

Master File No. 1:00–1898
MDL 1358 (SAS)
M21-88

This document is related to:
*All Cases*

## Joint Agenda For April 26, 2016 Status Conference

### Joint Agenda Items

1. *New Jersey*: Phase II Issues
2. *Puerto Rico*: Phase II Issues
3. *Pennsylvania*: Next CMO

### Plaintiffs' Agenda Item

1. *Pennsylvania*: Enforcement of Third Party Subpoenas

### Defendants' Agenda Item

1. *Pennsylvania*: Dismissal Request for Newly Added ExxonMobil Entities

Dated: New York, New York
April 18, 2016

WEITZ & LUXENBERG, P.C.

William A. Walsh (WW 3301)
700 Broadway
New York, New York 10003
(212) 558-5500
*Plaintiffs' Liaison Counsel*

McDERMOTT WILL & EMERY LLP

James A. Pardo (JP 9018)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Defendants' Liaison Counsel*