

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/16

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

*In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation*

This Document Relates To:

*City of Manning v. Ashland Inc., et al.*, Case No. 3:13-cv-3033 (N.D. Iowa), Case No. 1:13-cv-7272 (S.D.N.Y.)

*City of Portageville v. Ashland Inc., et al.*, Case No. 1:13-CV-91-SNLJ (E.D. Mo.), Case No. 1:13-cv-7299 (S.D.N.Y)

*Town of Hinesburg v. Atlantic Richfield Co., et al.*, Case No. 2:13-cv-198 (D. Vt.), Case No. 1:13-cv-7271 (S.D.N.Y)

*Town of Brewster, et al. v. Atlantic Richfield Co., et al.*, Case No. 13-11695 (D. Mass), Case No. 1:13-cv-7247 (S.D.N.Y)

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Civil Action

## STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST CROWN CENTRAL LLC AND SUN COMPANY, INC.

WHEREAS, Crown Central LLC was not served in *City of Manning v. Ashland Inc., et al.*, Case No. 3:13-cv-3033 (N.D. Iowa), Case No. 1:13-cv-7272 (S.D.N.Y.); and

WHEREAS, Sun Company, Inc. is the predecessor of previously dismissed defendant Sunoco, Inc.;

NOW THEREFORE it is stipulated and agreed that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively "Plaintiffs") and Crown Central LLC and Sun Company, Inc. (collectively, "Dismissal Defendants"), hereby request that the Court enter this voluntary dismissal with prejudice of all claims against Dismissal Defendants as set forth in Plaintiffs' Complaints.

Dated: April 26, 2016

_____  _____
Robin L. Greenwald, Esq.          Lisa A. Gerson
William A. Walsh, Esq.            McDERMOTT WILL & EMERY LLP
Weitz & Luxenberg PC              340 Madison Avenue
180 Maiden Lane                   New York, New York 10173
New York, NY 10038                (212) 547-5400 Telephone
Telephone: (212) 558-5500         (212) 547-5444 Facsimile
FAX: (212) 344-5461               lgerson@mwe.com
Email: rgreenwald@weitzlux.com
                                  *Liaison Counsel for Defendants*

*Representative for Plaintiffs*

All remaining defendants should be dismissed with prejudice pursuant to the December 5, 2014 Stipulation and Order. The Clerk of the Court is directed to close these cases.

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: April 26, 2016