UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Commonwealth of Pennsylvania   Plaintiff,

Case No. 1:14-cv-06228

-against-

Exxon Mobil Corp., et al.   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__James L. Messenger__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: pro hac vice     My State Bar Number is  MA 547236

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Gordon Rees Scully Mansukhani, LLP
            FIRM ADDRESS: 745 Atlantic Avenue, Boston, MA 02111
            FIRM TELEPHONE NUMBER: 617-902-0098
            FIRM FAX NUMBER: 857-264-2836

NEW FIRM:   FIRM NAME: Gordon Rees Scully Mansukhani, LLP
            FIRM ADDRESS: 21 Custom House Street, Boston, MA 02110
            FIRM TELEPHONE NUMBER: 857-263-2000
            FIRM FAX NUMBER: 857-264-2836

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 27, 2016

_____
ATTORNEY'S SIGNATURE