USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al. | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (SAS)<br><br>Civil Action No.: 08-00312 (SAS)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT DUKE ENERGY MERCHANTS LLC ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and Defendant Duke Energy Merchants LLC only, the matter as to Defendant Duke Energy Merchants LLC only shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

Hon. Shira A. Scheindlin, USDJ

DATE: 4/29/16