USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
IN RE METHYL TERTIARY BUTYL                              :
ETHER ("MTBE") PRODUCTS                                  :    ORDER
LIABILITY LITIGATION                                     :
                                                         :    Master File No. 1:00-1898
-------------------------------------------------------- :    MDL 1358 (SAS)
                                                         :    M21-88
This document relates to:                                :
                                                         :
Commonwealth of Puerto Rico, et al. v.                   :
Shell Oil Co., et al., 07 Civ. 10470                     :
                                                         :
New Jersey Dep't of Envtl. Prot. v. Atlantic             :
Richfield Co., 08 Civ. 0312                              :
                                                         :
-------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER NO. 124

WHEREAS both the *New Jersey*, 08 Civ. 0312, and *Puerto Rico I*, 07 Civ. 10470, cases have been partially remanded to their respective district courts for a Phase I trial on certain focus sites;

WHEREAS the parties have begun to engage in discovery for any trial or trials following the Phase I trial pursuant to Case Management Orders ("CMOs") Nos. 122, 123;

WHEREAS future discovery can be better focused with a defined structure for any future trials;

WHEREAS justice requires the efficient resolution of all litigation

consistent with the requirements of due process;

It is hereby ORDERED that any and all claims that remain following the Phase I trials shall be resolved in a single trial ("Phase II"), so long as such a trial protects the constitutional rights of all parties. The parties are directed to meet and confer on the structure of a Phase II trial in each case by the dates set in CMO No. 122 section 2 and CMO No. 123 section 6. Any dispute regarding the structure of such a trial will be resolved by the Court after full briefing, if required. Because the *New Jersey* and *Puerto Rico I* cases differ, the parties are not required to reach the same structure for a Phase II trial in each of those cases.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 29, 2016