UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(SAS)<br>MDL 1358<br><br><br>NOTICE OF APPEARANCE<br>OF EUGENE A. GIOTTO |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE** that Eugene A. Giotto of Buchanan Ingersoll & Rooney PC hereby appears as counsel for Defendant, Guttman Realty Company in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by electronic mail to the address below.

Dated: New York, New York
      May 5, 2016

Respectfully submitted,

/s/ Eugene A. Giotto
Eugene A. Giotto, *Admitted Pro Hac Vice*

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Tel.:  (212) 440-4400
Fax:  (212)440-4401
eugene.giotto@bipc.com

*Attorneys for Defendant*
*Guttman Realty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016 I caused to be electronically filed the foregoing Notice of Appearance of Eugene A. Giotto with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

Dated: New York, New York
May 5, 2016

/s/ Eugene A. Giotto
Eugene A. Giotto, *Admitted Pro Hac Vice*