UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania., et al. v. Exxon Mobil Corp., et al.,*<br>Case No. 14-cv-06228 | Master File No: 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David J. Kahne, associate at Stroock & Stroock & Lavan, LLP ("Stroock"), certifies that he is admitted to practice in this Court and respectfully enters his appearance as counsel of record for Defendant Hartree Partners, LP, formerly known as Hess Energy Trading Company, LLC ("Hartree") in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, in satisfaction of its obligations under Rule 1.12(d) of the New York Rules of Professional Conduct, Stroock hereby provides written notice of the following:

1. On May 2, 2016, former United States District Court Judge Shira A. Scheindlin of the Southern District of New York joined Stroock's Litigation Practice Group as Of Counsel.

2. Judge Sheindlin has had and will have no involvement in Stroock's representation of Hartree in the above-captioned matter or in any other matter transferred to this MTBE multi-district litigation.

3. Upon Judge Scheindlin's arrival to the firm, Stroock promptly:

   (a) notified, as appropriate, all lawyers and non-lawyer personnel within the firm that Judge Scheindlin is prohibited from participating in the representation of Hartree in this matter;

  (b) implemented screening procedures to prevent the flow of information about this matter between Judge Scheindlin and others within the firm; and

  (c) ensured that Judge Scheindlin is apportioned no part of the fee derived from the firm's representation of Hartree in this matter.

Dated: May 11, 2016
   New York, New York

        STROOCK & STROOCK & LAVAN LLP

        By: s/David J. Kahne
          David J. Kahne

        180 Maiden Lane
        New York, New York 10038
        Tel: (212) 806-5400
        dkahne@stroock.com

        *Attorneys for Defendant Hartree Partners, LP*