# MANDATE

N.Y.S.D. Case # 00-cv-1898(SAS)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand and sixteen.

The Commonwealth of Puerto Rico, Commonwealth of Puerto Rico Through The Environmental Quality Board,

    Plaintiffs - Appellants,

Commonwealth of Puerto Rico Environmental Quality Board,

    Plaintiff,

v.

Tauber Oil Company,

    Defendant - Appellee,

John and Jane Does 1-99

    Third - Party - Defendant - Cross - Defendant,

Total Petroleum Puerto Rico Corporation,

    Third - Party - Plaintiff - Cross- Clainmant - Defendant,

Shell Oil Company, *et al.*,

    Defendants.

ORDER

Docket No. 16-329

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 16, 2016

    The parties have filed a stipulation to withdraw the above-captioned appeal with prejudice.

**MANDATE ISSUED ON 0516/2016**

The stipulation is SO ORDERED.

.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]