# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

N.Y.S.D. Case #
00-cv-1898(SAS)

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand and sixteen.

_____

The Commonwealth of Puerto Rico,
Commonwealth of Puerto Rico Through The
Environmental Quality Board,

      Plaintiffs - Appellants,

v.

Tauber Oil Company,

      Defendant - Appellee,

Total Petroleum Puerto Rico Corporation, Citgo, International, Inc., Citgo Refining and Chemical Company, LP, , Citgo International P.R., Citgo Petroleum Corporation,

      Third-Party - Plaintiffs - Cross-Claimants - Defendants,

John and Jane Does 1-99,

      Third-Party - Plaintiff - Third-Party -Defendant - Defendant,

John and Jane Does, 100-200,

      Cross - Defendant,

Shell Oil Company, *et al*.,

      Defendants.
_____

**ORDER**

Docket No. 16-333

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 17, 2016

    The parties have filed a stipulation to withdraw the above-captioned appeal with prejudice.

**MANDATE ISSUED ON 05/17/2016**

The stipulation is SO ORDERED.

.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit