UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **Master File No. 1:00 - 1898**<br>**MDL 1358**<br>**M21-88** |

This Document Relates to:

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
No. 1:08-cv-00312

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT Plaintiffs New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund hereby move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Room 415, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Unopposed Motion for Leave to File Fifth Amended Complaint.

This Motion is based on this Notice of Motion and on the Exhibits thereto. This Court previously authorized these amendments to the Complaint, and the Lukoil entities do not oppose this motion.

Dated: June 28, 2016                     Respectfully submitted,

                                         _____
                                         MICHAEL AXLINE, State Bar #229840
                                         *Special Counsel for Plaintiffs*
                                         MILLER & AXLINE
                                         A Professional Corporation
                                         1050 Fulton Avenue, Suite 100
                                         Sacramento, CA  95825-4225
                                         Telephone:  (916) 488-6688
                                         Facsimile:  (916) 488-4288

Dated: June 28, 2016                     /s/_____
                                         GWEN FARLEY
                                         Deputy Attorney General
                                         *Counsel for Plaintiffs*
                                         CHRISTOPHER S. PORRINO
                                         Acting Attorney General
                                         Hughes Justice Complex
                                         25 Market Street
                                         P.O. Box 093
                                         Trenton, NJ 08625-0093
                                         Telephone:  (609) 984-2845

1

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
United States District Court, Southern District of New York, Case No. 08 Civ. 00312 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through LexisNexis File & Serve:

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT**

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on June 28, 2016, at Sacramento, California.

_____
KATHY HERRON