UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL No. 1358**<br>**Master File C.A. No.**<br>**1:00-1898 (SAS)** |

**This document relates to the following case**:
*Commonwealth of Pennsylvania v.*
*Exxon Mobil Corp. et al.*
Case No. 1:14-cv-06228

### MOTION FOR WITHDRAWAL OF APPEARANCE OF MATTHEW A. SCAROLA

Pursuant to Local Civil Rule 1.4, Matthew A. Scarola moves this Court to withdraw his appearance in the above-captioned matter on behalf of (i) Lukoil Americas Corporation; (ii) Lukoil North America LLC; and (iii) Lukoil Pan Americas, LLC (collectively, the "Defendants"). The Defendants will continue to be represented by Akin Gump Strauss Hauer & Feld LLP through their attorneys James P. Tuite and Katherine M. Katchen.

Dated: August 18, 2016

                                                    Respectfully submitted,

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/26/2016

|  |  |
|---|---|
|  | /s/ Matthew A. Scarola (*pro hac vice*) |
| Katherine M. Katchen | Matthew A. Scarola |
| AKIN GUMP STRAUSS | AKIN GUMP STRAUSS |
|     HAUER & FELD LLP |     HAUER & FELD LLP |
| 2001 Market Street | 580 California Street |
| Suite 4100 | Suite 1500 |
| Philadelphia, PA 19103 | San Francisco, C.A. 94104 |
| Phone: 215-965-1239 | Phone: 415-765-9507 |
| Fax: 215-965-1210 | Fax: 202-887-4288 |
| kkatchen@akingump.com | mscarola@akingump.com |
|  |  |
|  | James P. Tuite |
|  | AKIN GUMP STRAUSS |
|  |     HAUER & FELD LLP |
|  | 1333 New Hampshire Ave., NW |
|  | Washington, D.C. 20036 |
|  | Phone: 202-887-4406 |
|  | Fax: 202-887-4288 |
|  | jtuite@akingump.com |

*Attorneys for LUKOIL Americas Corporation; Lukoil North America LLC; and Lukoil Pan Americas, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, a true and correct copy of this Response was electronically served on counsel of record via LexisNexis File & Serve.

/s/ Matthew A. Scarola

Date: August 18, 2016