UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
_____ )
                                        )
                                        )
In re Methyl Tertiary Butyl Ether       )
("MTBE") Products Liability Litigation  )   Master File No. 1:00-1898
                                        )   MDL No. 1358 (VSB)
_____ )   M21-88
                                        )
This document relates to:               )
                                        )
*All Cases*                             )
                                        )
_____ )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Carlton D. Wilde, III, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Total Petrochemicals & Refining USA, Inc. in the above-captioned action.

I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Date:   September 21, 2016              Respectfully Submitted,

                                        BRACEWELL LLP

                                        _____
                                        Amy E. Parker
                                        Carlton D. Wilde, III
                                        711 Louisiana Street, Suite 2300
                                        Houston, Texas 77002-2770
                                        Telephone: (713) 223-2300
                                        Telecopier: (713) 221-1212
                                        amy.parker@bracewelllaw.com
                                        cd.wilde@bracewelllaw.com

                                        ATTORNEYS FOR DEFENDANT
                                        TOTAL PETROCHEMICALS & REFINING
                                        USA, INC.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion for Admission *Pro Hac Vice* was served upon counsel for MDL Plaintiffs and all other counsel of record via File & ServeXpress on the 21st day of September 2016.

_____
Carlton D. Wilde, III