| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> _____ ) <br> ) <br> **In re Methyl Tertiary Butyl Ether** ) <br> **("MTBE") Products Liability Litigation** ) <br> _____ ) <br> ) <br> **This document relates to:** ) <br> ) <br> *All Cases* ) <br> _____ ) | **Master File No. 1:00-1898** <br> **MDL No. 1358 (VSB)** <br> **M21-88** |

## ORDER

The motion of Carlton D. Wilde, III for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

**Carlton D. Wilde, III**
**Bracewell LLP**
**711 Louisiana Street, Suite 2300**
**Houston, Texas 77002**
Ph: (713) 221-1555 / Fax: (713) 221-1212
cd.wilde@bracewelllaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Total Petrochemicals & Refining USA, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2016

_____
United States District/Magistrate Judge