# DOWD BENNETT LLP

| Kelly J. H. Murrie | Direct Dial: 314.889.7300 | Email: kmurrie@dowdbennett.com |
|---|---|---|

November 4, 2016

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE**:   *In Re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation*
Master File No. 1:00-1898 (SAS)
MDL 1358
**This documents relates to:**
*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,*
Case No. 14-cv-06228 and
*Orange County Water District v. Unocal Corp., et al.,*
Case No. No. 04-cv-04968

Dear Judge Broderick:

Dowd Bennett LLP, counsel for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Premcor Refining Group, Inc., and Premcor USA, Inc., in the *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* matter and counsel for Valero Marketing and Supply Company, Valero Refining Company-California, and Ultramar in the *Orange County Water District v. Unocal Corp., et al.,* matter (collectively, the "Defendants"), hereby informs the Court that Jennifer L. Aspinall recently passed away, and respectfully requests that the Court withdraw her appearance as counsel in these matters.

Ms. Aspinall had previously appeared and represented Defendants in these matters, along with James Bennett, Kelly Murrie, Erika Anderson, and Meghan Ball of Dowd Bennett LLP.  Dowd Bennett LLP will continue to represent Defendants through its attorneys, James Bennett, Kelly Murrie, Erika Anderson, and Meghan Ball, and all future correspondence and papers in these actions should be directed to them.

As Dowd Bennett LLP will continue to represent Defendants, Ms. Aspinall's withdrawal will have no material effect on the schedule of these matters, nor will it cause prejudice to any party. Accordingly, I respectfully request that the Court withdraw Ms. Aspinall as counsel for Defendants and that the official court dockets be amended to reflect this change.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

*Kelly J. H. Murrie*

Kelly J. H. Murrie

cc:     All Counsel of Record via LNFS & ECF