**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2017
```

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*      Master File No. 1:00 – 1898
*Products Liability Litigation*     MDL 1358 (VSB)

**This Document Relates to:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-VSB**

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of James P. Tuite as counsel of record for Defendants (i) LUKOIL Americas Corporation, (ii) LUKOIL North America LLC, and (iii) LUKOIL Pan Americas, LLC, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED,

Dated: January 5, 2017

*Vernon S. Broderick*
United States District Judge