UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL EHTER (MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Commonwealth of Puerto Rico, et als.<br>Vs. Shell Oil Company, et als.; USDC-SDNY 07-10470 (SAS); USDC-PR 07-1505 (CCC) | Master File No.: 1:00CV1898<br>MDL 1358 (SAS) |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Albéniz Couret-Fuentes as counsel of record for defendant Total Petroleum Puerto Rico Corp., pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED.

Dated: 4/17/2017

Vernon S. Broderick
United States District Judge