

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico, et al, v. Shell Oil Co., et al.*, Case No. 07-cv-10470 | Master File No. 1:00-1898<br>MDL 1358 (VSB) |

**STIPULATION ~~& PROPOSED~~ ORDER PURSUANT TO JPML RULE 10.4(a)**

WHEREAS, on March 18, 2016 the Judicial Panel on Multidistrict Litigation ("JPML") entered a Conditional Remand Order, which became final on March 28, 2016, remanding certain sites in the Action to the District of Puerto Rico for trial;

WHEREAS, pursuant to Rule 10.4(a) of the Rules of the JPML, the parties are to furnish to the transferee district clerk a stipulation or designation of the contents of the record or part thereof to be remanded;

NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The parties request that the documents listed on Attachment A, which were previously submitted to the MDL Court but not docketed, be added to the docket for Case No. 07-cv-10470. Such documents will be promptly filed by the parties via ECF upon entry of this Order; and

2. The parties further request that, after such addition, the entirety of the docket for Case No. 07-cv-10470, with the exception of the documents listed on Attachment B, be remanded to the United States District Court for District of Puerto Rico; and

3. The parties further request that the documents listed on Attachment C, which are contained on the MDL 1358 Master Docket, Case No. 00-cv-1898, also be remanded to the United States District Court for District of Puerto Rico.

AGREED TO BY:

By: ______________________
Michael Axline, Esq.
*Counsel for Plaintiffs*

Dated: July 28, 2016

By: ______________________
James A. Pardo, Esq.
*Liaison Counsel for Defendants*

Dated: August 2, 2016

**SO ORDERED:**

______________________
**HON. VERNON S. BRODERICK** 5/2/2017
**UNITED STATES DISTRICT JUDGE**

**ATTACHMENT A**

Documents to be added to the docket for Case No. 07-cv-10470:

| DOCUMENT DATE | DESCRIPTION |
|---|---|
| 03/25/2009 | Defendants' Pre-Conference Letter |
| 03/30/2009 | Defendants' Reply Letter |
| 10/23/2009 | Plaintiffs' Pre-Conference Letter |
| 10/26/2009 | Plaintiffs' Reply Letter |
| 12/31/2009 | Plaintiffs' Pre-Conference Letter |
| 12/31/2009 | Defendants' Pre-Conference Letter |
| 01/04/2010 | Plaintiffs' Reply Letter |
| 01/04/2010 | Defendants' Reply Letter |
| 02/23/2010 | Plaintiffs' Pre-Conference Letter |
| 02/23/2010 | Defendants' Pre-Conference Letter |
| 02/25/2010 | Defendants' Reply Letter |
| 04/07/2010 | Plaintiffs' Pre-Conference Letter |
| 04/07/2010 | Defendants' Pre-Conference Letter |
| 04/09/2010 | Plaintiffs' Reply Letter |
| 04/09/2010 | Defendants' Reply Letter |
| 05/14/2010 | Plaintiffs' Reply Letter |
| 05/14/2010 | Defendants' Reply Letter |
| 11/09/2010 | Plaintiffs' Pre-Conference Letter |
| 11/09/2010 | Defendants' Pre-Conference Letter |
| 11/18/2010 | Plaintiffs' Reply Letter |
| 11/18/2010 | Defendants' Reply Letter |
| 03/22/2011 | Defendants' Pre-Conference Letter |
| 03/25/2011 | Plaintiffs' Reply Letter |
| 01/12/2012 | Defendants' Pre-Conference Letter |
| 01/17/2012 | Plaintiffs' Reply Letter |
| 02/16/2012 | Defendants' Pre-Conference Letter |
| 02/21/2012 | Plaintiffs' Reply Letter |
| 02/21/2012 | Defendants' Reply Letter |
| 03/22/2012 | Defendants' Pre-Conference Letter |
| 03/27/2012 | Plaintiffs' Reply Letter |
| 0 5/30/2012 | Plaintiffs' Pre-Conference Letter |
| 06/04/2012 | Defendants' Reply Letter |
| 07/03/2012 | Plaintiffs' Pre-Conference Letter |
| 07/03/2012 | Defendants' Pre-Conference Letter |
| 07/09/2012 | Plaintiffs' Reply Letter |
| 07/09/2012 | Defendants' Reply Letter |
| 08/08/2012 | Plaintiffs' Pre-Conference Letter |
| 10/12/2012 | Plaintiffs' Pre-Conference Letter |
| 10/17/2012 | Defendants' Reply Letter |
| 11/27/2012 | Plaintiffs' Pre-Conference Letter |
| 11/27/2012 | Defendants' Pre-Conference Letter |
| 11/30/2012 | Plaintiffs' Reply Letter |

**ATTACHMENT A**

| | |
|---|---|
| 11/30/2012 | Defendants' Reply Letter |
| 02/15/2013 | Plaintiffs' Pre-Conference Letter |
| 02/20/2013 | Plaintiffs' Reply Letter |
| 04/02/2013 | Plaintiffs' Pre-Conference Letter |
| 04/02/2013 | Defendants' Pre-Conference Letter |
| 04/05/2013 | Plaintiffs' Reply Letter |
| 04/05/2013 | Defendants' Reply Letter |
| 0 6/03/2013 | Plaintiffs' Pre-Conference Letter |
| 06/03/2013 | Defendants' Pre-Conference Letter |
| 06/06/2013 | Plaintiffs' Reply Letter |
| 06/06/2013 | Defendants' Reply Letter |
| 07/09/2013 | Plaintiffs' Pre-Conference Letter |
| 07/09/2013 | Defendants' Pre-Conference Letter |
| 07/12/2013 | Plaintiffs' Reply Letter |
| 07/12/2013 | Defendants' Reply Letter |
| 08/30/2013 | Plaintiffs' Pre-Conference Letter |
| 09/04/2013 | Plaintiffs' Reply Letter |
| 10/10/2013 | Plaintiffs' Reply Letter |
| 11/08/2013 | Plaintiffs' Pre-Conference Letter |
| 11/13/2013 | Plaintiffs' Reply Letter |
| 01/06/2014 | Plaintiffs' Pre-Conference Letter |
| 03/11/2014 | Plaintiffs' Pre-Conference Letter |
| 03/14/2014 | Plaintiffs' Reply Letter |
| 05/05/2014 | Plaintiffs' Pre-Conference Letter |
| 07/10/2014 | Plaintiffs' Reply Letter |
| 08/06/2014 | Plaintiffs' Pre-Conference Letter |
| 08/11/2014 | Plaintiffs' Reply Letter |
| 09/22/2014 | Plaintiffs' Pre-Conference Letter |
| 09/25/2014 | Plaintiffs' Reply Letter |
| 01/07/2015 | Plaintiffs' Pre-Conference Letter |
| 01/12/2015 | Plaintiffs Reply Letter |
| 04/16/2015 | Plaintiffs' Pre-Conference Letter |
| 04/21/2015 | Plaintiffs' Reply Letter |
| 07/20/2015 | Plaintiffs' Pre-Conference Letter |

**ATTACHMENT B**

Documents to be EXCLUDED from remand of Case No. 07-cv-10470 file:

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 03/24/2008 | 2 | Order Admitting Pro Hac Vice |
| 03/27/2008 | 3 | Order Admitting Pro Hac Vice |
| 04/25/2008 | 9 | Motion to Appear Pro Hac Vice |
| 04/25/2008 | 10 | Motion to Appear Pro Hac Vice |
| 08/25/2008 | 19 | Order Admitting Pro Hac Vice |
| 08/25/2008 | 20 | Order Admitting Pro Hac Vice |
| 09/12/2008 | 24 | Order Admitting Pro Hac Vice |
| 09/22/2008 | 26 | Order Admitting Pro Hac Vice |
| 10/07/2008 | 28 | Order Admitting Pro Hac Vice |
| 10/15/2008 | 31 | Order for Withdrawal of Counsel |
| 10/30/2008 | 33 | Order to Correct Case Management Order |
| 11/10/2008 | 35 | Order for Withdrawal of Counsel |
| 11/10/2008 | 36 | Order Admitting Pro Hac Vice |
| 11/10/2008 | 37 | Order Granting Substitution of Counsel |
| 11/19/2008 | 38 | Order on Deadlines |
| 11/26/2008 | 39 | Order to Clerk of Court |
| 12/02/2008 | 43 | Order Admitting Pro Hac Vice |
| 12/02/2008 | 44 | Order Admitting Pro Hac Vice |
| 01/09/2009 | 47 | Suggestion of Bankruptcy |
| 01/13/2009 | 48 | Case Management Plan for *City of New York* (misfiled) |
| 01/23/2009 | 49 | Amended Answer |
| 02/19/2009 | 50 | Order Admitting Pro Hac Vice |
| 02/20/2009 | 51 | Notice of Appearance |
| 02/23/2009 | 52 | Case Management Plan for *City of New York* (misfiled) |
| 02/25/2009 | 53 | Order Admitting Pro Hac Vice |
| 03/06/2009 | 54 | Order to Close Motions |
| 03/10/2009 | 55 | Order Admitting Pro Hac Vice |
| 03/10/2009 | 56 | Order Admitting Pro Hac Vice |
| 03/12/2009 | 57 | Order of Dismissal |
| 03/16/2009 | 58 | Order Admitting Pro Hac Vice |
| 03/20/2009 | 61 | Order to Close Motions |
| 04/02/2009 | 62 | Order Admitting Pro Hac Vice |
| 04/17/2009 | 63 | Case Management Plan for *New Jersey* (misfiled) |
| 04/27/2009 | 64 | Order Admitting Pro Hac Vice |
| 04/27/2009 | 65 | Order Admitting Pro Hac Vice |
| 04/27/2009 | 66 | Order Admitting Pro Hac Vice |
| 04/27/2009 | 71 | Order of Dismissal |
| 07/10/2009 | 77 | Order Appointing Special Master |

## ATTACHMENT B

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 07/27/2009 | 78 | Notice of Withdrawal of Counsel |
| 09/25/2009 | 79 | Order Admitting Pro Hac Vice |
| 10/01/2009 | 80 | Order Admitting Pro Hac Vice |
| 10/23/2009 | 81 | Order Admitting Pro Hac Vice |
| 03/24/2010 | 85 | Order Admitting Pro Hac Vice |
| 04/13/2010 | 86 | Notice of Withdrawal of Counsel |
| 05/26/2010 | 88 | Order Admitting Pro Hac Vice |
| 05/27/2010 | 89 | Notice of Withdrawal of Counsel |
| 07/30/2010 | 93 | Order Admitting Pro Hac Vice |
| 10/19/2010 | 94 | Notice of Change of Address |
| 10/19/2010 | 95 | Notice of Change of Address |
| 10/19/2010 | 96 | Notice of Change of Address |
| 10/20/2010 | 97 | Notice of Change of Address |
| 12/20/2010 | 102 | Order Admitting Pro Hac Vice |
| 01/03/2011 | 103 | Order Granting Substitution of Counsel |
| 01/03/2011 | 104 | Order Granting Substitution of Counsel |
| 01/18/2011 | 105 | Order Admitting Pro Hac Vice |
| 01/18/2011 | 106 | Order Admitting Pro Hac Vice |
| 01/21/2011 | 107 | Order Admitting Pro Hac Vice |
| 02/01/2011 | 110 | Order Admitting Pro Hac Vice |
| 02/09/2011 | 111 | Order Admitting Pro Hac Vice |
| 02/09/2011 | 112 | Order Admitting Pro Hac Vice |
| 02/09/2011 | 113 | Order Admitting Pro Hac Vice |
| 02/15/2011 | 114 | Order Admitting Pro Hac Vice |
| 02/17/2011 | 115 | Order Admitting Pro Hac Vice |
| 02/16/2011 | 116 | Order Admitting Pro Hac Vice |
| 02/18/2011 | 117 | Case Management Plan for *Crescenta Valley* (misfiled) |
| 02/23/2011 | 118 | Order Admitting Pro Hac Vice |
| 05/04/2011 | 122 | Order Admitting Pro Hac Vice |
| 05/16/2011 | 124 | Order Admitting Pro Hac Vice |
| 05/16/2011 | 125 | Order Admitting Pro Hac Vice |
| 05/16/2011 | 126 | Order Admitting Pro Hac Vice |
| 05/20/2011 | 127 | Order for Withdrawal of Counsel |
| 06/02/2011 | 129 | Order for Withdrawal of Counsel |
| 06/06/2011 | 130 | Order for Withdrawal of Counsel |
| 06/23/2011 | 131 | Order Admitting Pro Hac Vice |
| 08/05/2011 | 132 | Motion to Appear Pro Hac Vice |
| 08/09/2011 | 133 | Motion to Appear Pro Hac Vice |
| 08/09/2011 | 134 | Motion to Appear Pro Hac Vice |

**ATTACHMENT B**

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 08/09/2011 | 135 | Motion to Appear Pro Hac Vice |
| 08/17/2011 | 137 | Order for Withdrawal of Counsel |
| 08/22/2011 | 138 | Order Admitting Pro Hac Vice |
| 09/20/2011 | 140 | Notice of Filing of Transcript |
| 10/18/2011 | 141 | Order for Withdrawal of Counsel |
| 11/14/2011 | 143 | Notice of Filing of Transcript |
| 12/13/2011 | 146 | Notice of Filing of Transcript |
| 01/04/2012 | 147 | Order Admitting Pro Hac Vice |
| 01/04/2012 | 148 | Order for Withdrawal of Counsel |
| 02/17/2012 | 150 | Notice of Filing of Transcript |
| 02/16/2012 | 151 | Order Admitting Pro Hac Vice |
| 02/16/2012 | 152 | Order Admitting Pro Hac Vice |
| 03/05/2012 | 156 | Notice of Filing of Transcript |
| 04/26/2012 | 158 | Notice of Filing of Transcript |
| 04/30/2012 | 159 | Order for Withdrawal of Counsel |
| 05/08/2012 | 161 | Notice of Filing of Transcript |
| 08/10/2012 | 165 | Notice of Filing of Transcript |
| 11/26/2012 | 171 | Notice of Filing of Transcript |
| 11/30/2012 | 173 | Order Admitting Pro Hac Vice |
| 01/28/2013 | 176 | Order for Withdrawal of Counsel |
| 01/25/2013 | 177 | Order Admitting Pro Hac Vice |
| 02/15/2013 | 179 | Notice of Appearance |
| 02/15/2013 | 180 | Notice of Appearance |
| 02/15/2013 | 181 | Notice of Appearance |
| 02/22/2013 | 182 | Order Admitting Pro Hac Vice |
| 03/07/2013 | 187 | Filing Error Notice |
| 03/07/2013 | 188 | Corporate Disclosure |
| 03/12/2013 | 189 | Stipulation & Order |
| 03/13/2013 | 190 | Order Admitting Pro Hac Vice |
| 03/19/2013 | 191 | Order Admitting Pro Hac Vice |
| 03/20/2013 | 192 | Order Admitting Pro Hac Vice |
| 03/21/2013 | 196 | Stipulation & Order |
| 03/22/2013 | 197 | Stipulation & Order |
| 03/26/2013 | 198 | Notice of Appearance |
| 04/11/2013 | 204 | Stipulation & Order |
| 04/15/2013 | 211 | Corporate Disclosure |
| 04/15/2013 | 212 | Defendant Trafigura Answer |
| 04/17/2013 | 217 | Filing Error Notice |
| 04/17/2013 | 220 | Defendant Trafigura Answer |

**ATTACHMENT B**

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 04/17/2013 | 221 | Corporate Disclosure |
| 04/22/2013 | 230 | Order on Briefing Schedule |
| 04/23/2013 | 237 | Notice of Appearance |
| 04/23/2013 | 238 | Discovery |
| 04/24/2013 | 239 | Order on Briefing Schedule |
| 04/24/2013 | 240 | Notice of Appearance |
| 04/26/2013 | 241 | Filing Error Notice |
| 04/29/2013 | 242 | Notice of Appearance |
| 04/29/2013 | 244 | Notice of Appearance |
| 04/29/2013 | 245 | Notice of Appearance |
| 04/29/2013 | 246 | Notice of Appearance |
| 05/01/2013 | 247 | Order on Briefing Schedule |
| 05/07/2013 | 249 | Order Admitting Pro Hac Vice |
| 05/13/2013 | 259 | Filing Error Notice |
| 05/15/2013 | 264 | Order Admitting Pro Hac Vice |
| 05/16/2013 | 265 | Order for Withdrawal of Counsel |
| 05/23/2013 | 268 | Order on Briefing Schedule |
| 06/03/2013 | 282 | Order Admitting Pro Hac Vice |
| 06/06/2013 | 288 | Order Admitting Pro Hac Vice |
| 06/14/2013 | 292 | Order Striking Documents from Record |
| 06/24/2013 | 296 | Order Admitting Pro Hac Vice |
| 06/25/2013 | 297 | Order Admitting Pro Hac Vice |
| 07/15/2013 | 303 | Filing Error Notice |
| 07/15/2013 | 304 | Filing Error Notice |
| 07/17/2013 | 312 | Order Admitting Pro Hac Vice |
| 07/23/2013 | 313 | Order Admitting Pro Hac Vice |
| 07/23/2013 | 314 | Order Admitting Pro Hac Vice |
| 07/26/2013 | 315 | Order Admitting Pro Hac Vice |
| 07/30/2013 | 316 | Notice of Motion for Reconsideration |
| 07/30/2013 | 317 | Filing Error Notice |
| 07/31/2013 | 318 | Filing Error Notice |
| 07/31/2013 | 320 | Filing Error Notice |
| 08/23/2013 | 323 | Order Admitting Pro Hac Vice |
| 10/07/2013 | 330 | Order Admitting Pro Hac Vice |
| 10/17/2013 | 331 | Order |
| 11/14/2013 | 348 | Filing Error Notice |
| 11/25/2013 | 354 | Order Admitting Pro Hac Vice |
| 12/17/2013 | 356 | Order Admitting Pro Hac Vice |
| 01/22/2014 | 359 | Notice of Filing of Transcript |


**ATTACHMENT B**

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 01/30/2014 | 360 | Notice of Referral to Judge for Approval |
| 01/30/2014 | 361 | Trafigura Defendant Motion Papers |
| 03/03/2014 | 364 | Tauber Defendant Motion Papers |
| 03/03/2014 | 365 | Tauber Defendant Motion Papers |
| 03/03/2014 | 366 | Tauber Defendant Motion Papers |
| 03/03/2014 | 367 | Tauber Defendant Motion Papers |
| 03/03/2014 | 368 | Tauber Defendant Motion Papers |
| 03/12/2014 | 370 | Order on Briefing Schedule |
| 03/18/2014 | 374 | Filing Error Notice |
| 03/25/2014 | 379 | Tauber Defendant Motion Papers |
| 03/25/2013 | 380 | Tauber Defendant Motion Papers |
| 03/25/2013 | 381 | Tauber Defendant Motion Papers |
| 04/10/2014 | 386 | Notice of Filing of Transcript |
| 04/10/2014 | 388 | Notice of Filing of Transcript |
| 04/23/2014 | 390 | Notice of Change of Firm Name |
| 05/09/2014 | 400 | Notice of Filing of Transcript |
| 06/10/2014 | 410 | Notice of Filing of Transcript |
| 06/18/2014 | 412 | Notice of Filing of Transcript |
| 07/01/2014 | 426 | Notice of Motion |
| 07/01/2014 | 427 | Notice of Motion Filing Error Notice |
| 07/11/2014 | 433 | Order Admitting Pro Hac Vice |
| 07/22/2014 | 435 | Notice of Appearance |
| 07/23/2014 | 443 | Notice of Filing of Transcript |
| 08/22/2014 | 447 | Motion for Withdrawal of Counsel |
| 08/27/2014 | 448 | Order for Withdrawal of Counsel |
| 09/02/2014 | 452 | Notice of Filing of Transcript |
| 09/05/2014 | 454 | Order for Withdrawal of Counsel |
| 09/19/2014 | 458 | Notice of Change of Address |
| 09/22/2014 | 459 | Notice of Change of Address |
| 09/22/2014 | 460 | Notice of Change of Address |
| 09/26/2014 | 488 | Filing Error Notice |
| 09/29/2014 | 499 | Filing Error Notice |
| 09/29/2014 | 501 | Filing Error Notice |
| 09/29/2014 | 502 | Filing Error Notice |
| 09/29/2014 | 503 | Filing Error Notice |
| 09/29/2014 | 504 | Filing Error Notice |
| 10/17/2014 | 509 | Notice of Filing of Transcript |
| 10/30/2014 | 512 | Order |
| 11/08/2014 | 538 | Declaration |

**ATTACHMENT B**

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 11/25/2014 | 542 | Filing Error Notice |
| 11/26/2014 | 543 | Filing Error Notice |
| 12/08/2014 | 572 | Order on Briefing Schedule |
| 01/16/2015 | 585 | Lyondell Defendant Motion for Voluntary Dismissal |
| 02/02/2015 | 587 | Notice of Change of Firm Name |
| 03/19/2015 | 592 | Order on Voluntary Dismissal |
| 03/25/2015 | 593 | Motion for Withdrawal of Counsel |
| 04/09/2015 | 594 | Order for Withdrawal of Counsel |
| 05/14/2015 | 596 | Order for Withdrawal of Counsel |
| 10/05/2015 | 638 | Notice of Change of Address |
| 11/02/2015 | 647 | Notice of Appearance |
| 11/02/2015 | 648 | Notice of Appearance |
| 11/02/2015 | 649 | Notice of Appearance |
| 11/18/2015 | 652 | Tauber Defendant Motion Papers |
| 11/18/2015 | 653 | Tauber Defendant Motion Papers |
| 12/03/2015 | 654 | Tauber Defendant Motion Papers |
| 12/03/2015 | 657 | Order for Withdrawal of Counsel |
| 12/07/2015 | 659 | Filing Error Notice |
| 12/11/2015 | 664 | Filing Error Notice |
| 12/31/2015 | 673 | Order on Tauber Motion |
| 01/04/2016 | 674 | Tauber 54(b) Judgment |
| 01/05/2016 | 675 | Tauber 54(b) Judgment |
| 01/13/2016 | 676 | Order on Briefing Schedule |
| 01/19/2016 | 681 | Filing Error Notice |
| 02/02/2016 | 687 | Notice of Appeal |
| 02/01/2016 | 692 | Order for Withdrawal of Counsel |
| 02/23/2016 | 693 | Order Admitting Pro Hac Vice |
| 02/29/2016 | 694 | Motion for Voluntary Dismissal |
| 03/14/2016 | 698 | Order for Withdrawal of Counsel |
| 03/18/2016 | 699 | Order Admitting Pro Hac Vice |

**ATTACHMENT C**

Documents on MDL 1358, Case No. 00-cv-1898 docket to be included in remand record:

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 12/15/2009 | 2916 | Letter to Court |
| 12/15/2009 | 2918 | Letter to Court |
| 11/18/2011 | 3471 | Letter to Court |
| 11/18/2011 | 3472 | Letter to Court |
| 05/01/2012 | 3538 | Letter to Court |
| 05/01/2012 | 3539 | Letter to Court |
| 05/01/2012 | 3540 | Letter to Court |
| 05/01/2012 | 3541 | Letter to Court |
| 09/03/2013 | 3790 | Letter to Court |
| 09/06/2013 | 3791 | Letter to Court |
| 10/09/2013 | 3819 | Letter to Court |
| 10/15/2013 | 3822 | Letter to Court |
| 10/15/2013 | 3823 | Letter to Court |
| 10/21/2013 | 3834 | Letter to Court |
| 11/12/2013 | 3849 | Letter to Court |
| 11/14/2013 | 3851 | Letter to Court |
| 03/12/2014 | 3942 | Letter to Court |
| 03/17/2014 | 3949 | Letter to Court |
| 05/06/2014 | 3984 | Letter to Court |
| 05/09/2014 | 3985 | Letter to Court |
| 06/03/2014 | 3991 | Letter to Court |
| 06/05/2014 | 3994 | Letter to Court |
| 08/06/2014 | 4058 | Letter to Court |
| 08/11/2014 | 4066 | Letter to Court |
| 09/23/2014 | 4092 | Letter to Court |
| 09/25/2014 | 4094 | Letter to Court |
| 01/08/2015 | 4160 | Letter to Court |
| 01/13/2015 | 4161 | Letter to Court |
| 04/17/2015 | 4198 | Letter to Court |
| 04/22/2015 | 4202 | Letter to Court |
| 06/11/2015 | 4219 | Letter to Court |
| 06/16/2015 | 4222 | Letter to Court |
| 08/13/2015 | 4249 | Letter to Court |
| 08/18/2015 | 4250 | Letter to Court |
| 10/29/2015 | 4281 | Letter to Court |
| 02/08/2016 | 4375 | Letter to Court |
| 02/11/2016 | 4376 | Letter to Court |
| 02/29/2016 | 4382 | Letter to Court |
| 03/22/2016 | 4400 | Letter to Court |
| 03/24/2016 | 4401 | Letter to Court |
| 04/18/2016 | 4419 | Letter to Court |

**ATTACHMENT C**

| DOCUMENT DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 04/21/2016 | 4420 | Letter to Court |
| 04/26/2016 | 4421 | Letter to Court |
| 04/26/2016 | 4422 | Letter to Court |
| 04/26/2016 | 4423 | Letter to Court |
| 04/26/2016 | 4424 | Letter to Court |