UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB) |

## STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Michael D. Goodstein, Esq. of Hunsucker Goodstein, PC, shall be substituted in the place of and in the stead of McGuire Woods LLP, as counsel of record for Defendant Western Refining Yorktown, Inc. (in its capacity as an MTBE Defendant) in the matter *Commonwealth of Pennsylvania v. Exxon Mobil Corp. et al.*, No. 1:14-cv-06228 and *In re: Methyl Tertiary Butyl Ether Products Liability Litigation*, Master File No. 1:00-1898 MDL 1358 (VSB). Therefore, pursuant to Local Civil Rule 1.4, Western Refining Yorktown, Inc. seeks an order for substitution of counsel.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the addresses set forth below.

Michael D. Goodstein
5335 Wisconsin Avenue NW, Suite 410
Washington, D.C. 20015
Tel.: (202) 895-5380
Fax: (202) 895-5390
mgoodstein@hgnlaw.com

Respectfully submitted this 30th day of May, 2017.

| OUTGOING COUNSEL | INCOMING COUNSEL |
|---|---|
| McGuire Woods, LLP | Hunsucker Goodstein, PC |
| /s/ Clement D. Carter | /s/ Michael D. Goodstein |
| Clement D. Carter | Michael D. Goodstein |
| Jonathan A. Wolfson | 5335 Wisconsin Avenue NW, Suite 410 |
| One James Center | Washington, D.C. 20015 |
| 901 East Cary Street | Tel.: (202) 895-5380 |
| Richmond, Virginia 23219 | Fax: (202) 895-5390 |
| Tel.: (804) 775-4757 | mgoodstein@hgnlaw.com |
| Fax: (804) 698-2161 | *Attorneys for Western Refining Yorktown, Inc.* |
| ccarter@mcguirewoods.com | *(in its capacity as an MTBE Defendant)* |

SO ORDERED:

/s/ Vernon Broderick

HON. VERNON S. BRODERICK  6/1/2017
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I certify that on May 30, 2017, a true and correct copy of this Stipulation and Order of Substitution of Counsel was electronically served on counsel of record via the CM/ECF system and LexisNexis File and Serve.

/s/ Michael D. Goodstein
Michael D. Goodstein
5335 Wisconsin Avenue NW, Suite 410
Washington, D.C. 20015
Tel.: (202) 895-5380
Fax: (202) 895-5390
mgoodstein@hgnlaw.com

*Attorneys for Western Refining Yorktown, Inc.*
*(in its capacity as an MTBE Defendant)*