JAMES L. MESSENGER
JMESSENGER@GORDONREES.COM
DIRECT DIAL: (617) 902-0098



ATTORNEYS AT LAW
21 CUSTOM HOUSE 5TH FLOOR
BOSTON, MA 02110
PHONE: (617) 902-0098
WWW.GORDONREES.COM

June 12, 2017

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In Re: MTBE Product Liability Litigation*, Master File No. 1:00-1898-VSB, MDL
           No. 1358; *Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.*,
           Case No. 1:14-cv-06228-VSB
           Mr. Leron Thumim

Dear Judge Broderick:

       Gordon & Rees, LLP (the "Firm") represents certain defendants in the matter of
*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.*, Case No. 1:14-cv-06228-
VSB.

       This letter serves to inform the Court that Mr. Leron Thumim, a law clerk to Judge
Scheindlin from approximately March 2012 to January 2013, has accepted an offer to join the
Firm as an associate. Mr. Thumin was previously employed by a firm representing parties in the
MDL after similar notification to Judge Scheindlin. *See* August 13, 2015 letter from Stephen J.
Riccardulli to Judge Scheindlin. The Firm has implemented a Screening Restriction (the
"Screen") that will prevent Mr. Thumim from engaging in any work related to any MTBE case
or any matters that have been or will be consolidated in MDL 1358. The Screen also prevents
Mr. Thumim from communicating with any witness, employee, agent or representative of any
entity involved in MTBE or MDL 1358 matters about MTBE or MDL 1358 matters in which the
Firm has or will appear. Lastly, the Screen prevents Mr. Thumim from reviewing any
documents or other information relating to the MTBE or MDL 1358 matters in which the Firm
has or will appear.

       Please let us know if Your Honor has any questions related to this Screening Restriction
or Mr. Thumim's employment with Gordon & Rees, LLP.

                                        Respectfully submitted,

                                        James L. Messenger

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ MARYLAND ♦ MASSACHUSETTS ♦
MISSOURI ♦ NEVADA ♦ NEW JERSEY ♦ NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OKLAHOMA ♦ OREGON ♦ PENNSYLVANIA ♦ SOUTH
CAROLINA ♦ SOUTH DAKOTA ♦ TEXAS ♦ UTAH ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA ♦ WISCONSIN

June 12, 2017
Page 2


cc: All counsel of record via ECF