UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litig.   Plaintiff,

-against-

Defendant.
--------------------------------------------------------

Case No. 1:00-1898, MDL 1358, M21-88

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard E. Wallace**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: pro hac vice    My State Bar Number is DC: 367718

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 2900 K Street NW, Suite 500, Washington, DC 20007
            FIRM TELEPHONE NUMBER: 202-204-1000
            FIRM FAX NUMBER: 202-204-1001

NEW FIRM:   FIRM NAME: Crowell & Moring LLP
            FIRM ADDRESS: 1001 Pennsylvania Ave. NW, Washington, DC 20004
            FIRM TELEPHONE NUMBER: 202-624-2609
            FIRM FAX NUMBER: 202-628-5116

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 19, 2017

ATTORNEY'S SIGNATURE