UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re: Methyl Tertiary Butyl Ether      Case No. 1:00-1898, MDL 1358, M21-88
("MTBE") Products Liability Litig.   Plaintiff,

    -against-

                              Defendant.
-----------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Peter C. Condron**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PC4818    My State Bar Number is 2160307

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                  FIRM ADDRESS: 2900 K Street NW, Suite 500, Washington, DC 20007
                  FIRM TELEPHONE NUMBER: 202-204-1000
                  FIRM FAX NUMBER: 202-204-1001

NEW FIRM:    FIRM NAME: Crowell & Moring LLP
                  FIRM ADDRESS: 1001 Pennsylvania Ave. NW, Washington, DC 20004
                  FIRM TELEPHONE NUMBER: 202-624-2558
                  FIRM FAX NUMBER: 202-628-5116

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 21, 2017

                                                        ATTORNEY'S SIGNATURE