**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
04-cv-4968(SAS)
00-cv-1898(SAS)

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and seventeen.

Before:       Barrington D. Parker,
                 Reena Raggi,
                 Peter W. Hall,
                       *Circuit Judges.*

_____

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products
Liability Litigation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 19, 2017

**JUDGMENT**
Docket No. 15-3934

Orange County Water District,

      Plaintiff - Appellant,

v.

Texaco Refining and Marketing, Inc., Equilon Enterprises LLC, Shell Oil Company, DBA Shell Oil Products US, Atlantic Richfield Company, FKA Arco Petroleum Company, DBA Arco Products Company, AKA Arco, BP Products North America, Inc., BP West Coast LLC, (Doe 3),

      Defendants - Appellees,

Unocal Corporation, ConocoPhillips Company, Chevron U.S.A., Inc., DBA Chevron Products Company, DBA Chevron Chemical Company, Union Oil Company of California, Inc., Tosco Corporation, Exxon Mobil Corporation, FKA Exxon Corporation, DBA Exxonmobil Refining and Supply Company, ExxonMobil Chemical, Corporation, Exxon, CHEMICAL U.S.A., Mobile Corporation, Ultramar, Inc., Valero Refining and Marketing Company, Valero Refining Company-California, Valero Refining, Tesoro Petroleum Corporation., (Doe 4), Tesoro Refining and Marketing Company, Inc., Petro-Diamond, Inc., (Doe 6), Southern Counties Oil Co., (Doe 7), Arco Chemical Company, (Doe 201), Lyondell Chemical Company,

FKA Arco Chemical Company G&M Oil Company, Inc.,
7-Eleven, Inc., USA Gasoline Corporation, Does, 9-200, and
Does 202-1000, inclusive, Chevron Corporation, Exxon Mobil
Oil Corporation, TMR Company, Chevrontexaco Corporation,

       Defendants.

_____

      The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the claims against BP and Shell are REMANDED for further proceedings consistent with the Court's opinion.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit