UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |  |
|---|---|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : : : : : | Master File No. MDL M21-88 | 1:00–1898 1358 (VSB) |
| This document relates only to: *Orange County Water District v. Unocal, et al.,* Case No. 04 Civ. 4968 | : : : : : |  |  |

**DECLARATION OF MICHAEL AXLINE IN SUPPORT OF PLAINTIFF ORANGE COUNTY WATER DISTRICT'S MOTION TO REMAND PHASE 1 CLAIMS AGAINST DEFENDANTS TEXACO REFINING AND MARKETING, INC., EQUILON ENTERPRISES LLC, SHELL OIL COMPANY, D/B/A SHELL OIL PRODUCTS US, ATLANTIC RICHFIELD COMPANY, F/K/A ARCO PETROLEUM COMPANY, D/B/A ARCO PRODUCTS COMPANY A/K/A ARCO, BP PRODUCTS NORTH AMERICA, INC., BP WEST COAST LLC**

1

I, Michael Axline, declare:

1. I am one of the attorneys of record in this case for plaintiff Orange County Water District. I make this declaration from personal knowledge.

2.     Attached as Exhibit 1 is a true and correct copy of the Order from the United States Court of Appeal for the Second Circuit denying Shell and BP's petition for rehearing dated July 11, 2017.

3.     Attached as Exhibit 2 is a true and correct copy of a Mandate from the United States Court of Appeal for the Second Circuit dated July 19, 2017.

4.     Attached as Exhibit 3 is a true and correct copy of this Court's CMO 116 (Trial Sites and Dismissed Sites) dated July 16, 2014.

5.     Attached as Exhibit 4 is a true and correct copy of the United States Judicial Panel on Multidistrict Litigation's Separation of Claims and Conditional Remand Order dated November 5, 2015.

6.     Attached as Exhibit 5 is a true and correct copy of the Civil Minutes from the United States District Court, Central District of California, dated June 26, 2017, vacating the current trial.

7.     Attached as Exhibit 6 is a true and correct copy of the Order from the United States District Court, Central District of California, dated July 18, 2017, vacating the hearing and briefing schedule.

8.     Attached as Exhibit 7 is a true and correct copy of this Court's Rule 54(b) Judgment dated December 3, 2015.

9.     Attached as Exhibit 8 is a true and correct copy of United States District Court,

2

Central District of California, Notice of Opinion from the United States Court of Appeals for the Second Circuit dated June 16, 2017.

10.   Attached as Exhibit 9 is a true and correct copy of an email from Peter Condron to Michael Axline dated July 21, 2017.

11.   Attached as Exhibit 10 is a true and correct copy of the United States District Court, Central District of California, Scheduling Order dated February 23, 2017.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated: July 25, 2017                    Respectfully submitted,

                                        MICHAEL D. AXLINE
                                        Counsel for Orange County Water District

# EXHIBIT 1

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July two thousand and seventeen,

Before:   Barrington D. Parker,
          Reena Raggi,
          Peter W. Hall,
                    *Circuit Judges.*

---

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation. **ORDER**

Docket No. 15-3934

**************************************************************

Orange County Water District,

        Plaintiff - Appellant,

v.

Texaco Refining and Marketing, Inc., Equilon Enterprises LLC, Shell Oil Company, DBA Shell Oil Products US, Atlantic Richfield Company, FKA Arco Petroleum Company, DBA Arco Products Company, AKA Arco, BP Products North America, Inc., BP West Coast LLC, (Doe 3),

        Defendants - Appellees,

Unocal Corporation, ConocoPhillips Company, Chevron U.S.A., Inc., DBA Chevron Products Campany, DBA Chevron Chemical Company, Union Oil Company of California, Inc., Tosco Corporation, Exxon Mobil Corporation, FKA Exxon Corporation, DBA Exxonmobil Refining and Supply Company, ExxonMobil Chemical, Corporation, Exxon, CHEMICAL U.S.A., Mobile Corporation, Ultramar, Inc., Valero Refining and Marketing Company, Valero Refining Company-California, Valero Refining, Tesoro Petroleum Corporation., (Doe 4), Tesoro Refining and Marketing Company, Inc., Petro-Diamond, Inc., (Doe 6), Southern Counties Oil Co., (Doe 7), Arco Chemical Company, (Doe 201), Lyondell Chemical Company, FKA Arco Chemical Company, G&M Oil Company, Inc., 7-Eleven, Inc., USA Gasoline Corporation, Does, 9-200, and Does 202-1000, inclusive, Chevron Corporation, Exxon Mobil Oil Corporation, TMR Company, Chevrontexaco Corporation,

Defendants.

Appellee Equilon Enterprises LLC, Shell Oil Company and Texaco Refining and Marketing, Inc., having filed a petition for panel rehearing Appellee Atlantic Richfield Company, BP Products North America, Inc. and BP West Coast LLC, joining the petition for rehearing and the panel that determined the appeal having considered the request, ,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

# EXHIBIT 2

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and seventeen.

Before:     Barrington D. Parker,
            Reena Raggi,
            Peter W. Hall,
                *Circuit Judges.*

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation.

**JUDGMENT**
Docket No. 15-3934

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Orange County Water District,

           Plaintiff - Appellant,

v.

Texaco Refining and Marketing, Inc., Equilon Enterprises LLC, Shell Oil Company, DBA Shell Oil Products US, Atlantic Richfield Company, FKA Arco Petroleum Company, DBA Arco Products Company, AKA Arco, BP Products North America, Inc., BP West Coast LLC, (Doe 3),

           Defendants - Appellees,

Unocal Corporation, ConocoPhillips Company, Chevron U.S.A., Inc., DBA Chevron Products Company, DBA Chevron Chemical Company, Union Oil Company of California, Inc., Tosco Corporation, Exxon Mobil Corporation, FKA Exxon Corporation, DBA Exxonmobil Refining and Supply Company, ExxonMobil Chemical, Corporation, Exxon, CHEMICAL U.S.A., Mobile Corporation, Ultramar, Inc., Valero Refining and Marketing Company, Valero Refining Company-California, Valero Refining, Tesoro Petroleum Corporation., (Doe 4), Tesoro Refining and Marketing Company, Inc., Petro-Diamond, Inc., (Doe 6), Southern Counties Oil Co., (Doe 7), Arco Chemical Company, (Doe 201), Lyondell Chemical Company,

## MANDATE ISSUED ON 07/19/2017

FKA Arco Chemical Company G&M Oil Company, Inc.,
7-Eleven, Inc., USA Gasoline Corporation, Does, 9-200, and
Does 202-1000, inclusive, Chevron Corporation, Exxon Mobil
Oil Corporation, TMR Company, Chevrontexaco Corporation,

        Defendants.

---

       The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the claims against BP and Shell are REMANDED for further proceedings consistent with the Court's opinion.


              For The Court:

              Catherine O'Hagan Wolfe,
              Clerk of Court

**A True Copy**

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Orange County Water District v. Unocal Corp., et al.,*
No. 04. Civ. 4968 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/14

ORDER
Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## CASE MANAGEMENT ORDER #116
(Trial Sites and Dismissed Sites)

On May 6, 2003, Plaintiff Orange County Water District ("OCWD") filed its Complaint

against Defendants Unocal Corporation, individually and formerly known as Union Oil

Company of California; Tosco Corporation; ConocoPhillips Company; Chevron U.S.A. Inc.;

ChevronTexaco Corporation; Texaco Refining & Marketing, Inc.; Equilon Enterprises, LLC;

Shell Oil Company; Exxon Mobil Corporation; Mobil Corporation; Ultramar Inc.; Valero

Refining Company – California; Valero Marketing and Supply Company; Atlantic Richfield

Company; BP Products North America, Inc.; Lyondell Chemical Company, individually and

formerly known as Arco Chemical Company; G&M Oil Company, Inc.; 7-Eleven, Inc.; USA

Gasoline Corporation; and Does 1-600 inclusive, in Orange County Superior Court, alleging that

Defendants were liable for contaminating Orange County Water District's drinking water

supplies with MTBE and TBA. The Complaint was subsequently amended to add Defendants

and correct Defendants' names.

The case was removed to federal court and transferred to this court, where discovery and

pretrial matters have been proceeding. The parties have completed all discovery related to the

stations previously identified by the parties as focus plume stations. Based upon the stations

listed on the matrix attached as Exhibit A ("Focus Plume Stations") and the stipulation of the

parties attached as Exhibit B ("Stipulation"), this Case Management Order identifies the stations

and Defendants at each station against whom OCWD will assert causes of action at the focus

plume trial and the causes of action that will be asserted.  Defendants do not stipulate to the

validity and/or viability of any claims or as to any station names referenced in Exhibit A.

Plaintiff does not stipulate to any lack of validity of its claims at stations or against defendants

dropped from the matrix.

After considering the foregoing, the revised Focus Plume Station matrix attached hereto

as Exhibit A, the Stipulation as to Defendants' ownership, operation, and/or gasoline supply

relationships with the Focus Plume Stations attached hereto as Exhibit B and the arguments of

counsel, it is hereby **ORDERED** that:

Plaintiff may assert claims at the Focus Plume Stations only against the Defendant(s)

identified for each station in the Focus Plume Station matrix attached hereto as Exhibit A and

only for the causes of action identified at each station in the Focus Plume Station matrix.  The

Focus Plume Station matrix may be modified to delete stations and/or Defendants as to each

station, but cannot be revised to add stations and/or Defendants to a station at which they are not

currently listed.  Claims with regard to "focus plume" stations previously identified on the

April 14, 2014, matrix in this case but not identified on Exhibit A and claims against defendants

at Focus Plume Stations where the defendant is not identified in the station matrix attached

hereto as Exhibit A are dismissed with prejudice.  This Order does not address or apply to claims

that were the subject of the Court's November 16, 2009, Opinion and Order on the statute of

limitations.  This Order does not address or apply to claims at any stations other than the Focus

Plume Stations listed on Exhibit A and focus plume stations previously identified on the

April 14, 2014, matrix in this case.

The Stipulation may be read to a jury to the extent indicated in Exhibit B.

SO ORDERED:

The Honorable Shira A. Scheindlin

7/15/14

## EXHIBIT A

# Orange County Water District v. Unocal Corp., et al.
## Service Station Matrix

EXHIBIT A
*Orange County Water District v. Unocal Corp., et al.*
Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 1 | Arco #1887<br>16742 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants[1] |
| 1 | G&M #4<br>16990 Beach Boulevard, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron U.S.A. Inc.<br>G&M Oil<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 1 | Texaco #8520/Texaco #121608<br>8520 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Texaco<br>Equilon<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 1 | Unocal #5376<br>8971 Warner Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil<br>Lyondell<br>Tesoro<br>Valero Defendants |

-5-

[1] Valero Defendants include Valero Marketing and Supply, Inc., Valero Refining Company–California, and Ultramar, Inc.

Case 1:00-cv-01898-SAS-DCF   Document 4034   Filed 07/16/14   Page 6 of 34

EXHIBIT A

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 1 | Exxon #4283/Chevron #208552<br>8980 Warner Avenue, Fountain Valley | Strict Products<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Exxon Mobil Corporation<br>(Nuisance, OCWD Act and<br>Declaratory Relief only)<br>Chevron U.S.A. Inc.<br>Lyondell<br>Valero Defendants |
| 1 | Mobil #18-G6B<br>9024 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | ExxonMobil Oil Corporation<br>Lyondell<br>Valero Defendants |
| 1 | Texaco #121681<br>9475 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Texaco<br>Equilon<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 1 | Unocal #5399<br>9525 Warner Avenue, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 2 | Mobil #18-HDR<br>3195 Harbor Boulevard, Costa Mesa | Nuisance<br>OCWD Act<br>Declaratory Relief | ExxonMobil Oil Corporation<br>Lyondell<br>Valero Defendants |

## EXHIBIT A

### *Orange County Water District v. Unocal Corp., et al.*
#### Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 2 | Arco #6131<br>3201 Harbor Boulevard, Costa Mesa | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 2 | Mobil #18-JMY<br>3470 Fairview Road, Costa Mesa | Nuisance<br>OCWD Act<br>Declaratory Relief | ExxonMobil Oil Corporation<br>Lyondell<br>Valero Defendants |
| 3 | Arco #1912<br>18480 Brookhurst Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 3 | Thrifty #383<br>18520 Brookhurst Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief<br>Strict Liability<br>Negligence | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 3 | Arco #1905<br>18025 Magnolia Street, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |

Case 1:00-cv-01898-SAS-DCF   Document 4034   Filed 07/16/14   Page 8 of 34

EXHIBIT A

*Orange County Water District v. Unocal Corp., et al.*

**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 3 | Beacon Bay Car Wash FV<br>10035 Ellis Avenue, Fountain Valley | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil (Nuisance, OCWD Act and Declaratory Relief only)<br>Texaco<br>Equilon<br>Lyondell<br>Valero Defendants |
| 8 | Mobil #18-HEP<br>2921 South Bristol Street, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | ExxonMobil Oil Corporation<br>Lyondell<br>Valero Defendants |
| 8 | G&M #24<br>3301 Bristol Street, Santa Ana | Nuisance<br>OCWD Act<br>Declaratory Relief | Texaco<br>Chevron U.S.A. Inc.<br>G&M Oil<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 8 | Arco #3085<br>3361 South Bristol Street, Santa Ana | Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |

-8-

Case 1:00-cv-01898-SAS-DCF   Document 4034   Filed 07/16/14   Page 9 of 34

EXHIBIT A

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 8 | Chevron #1921<br>3801 South Bristol Street, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron U.S.A. Inc.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 8 | Beacon Bay Car Wash SA<br>1501 West MacArthur Boulevard, Santa Ana | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil (Nuisance, OCWD Act<br>and Declaratory Relief only)<br>Texaco<br>Equilon<br>Lyondell |
| 9 | Huntington Beach Arco<br>6002 Bolsa Avenue, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Texaco<br>B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 9 | Unocal #5123<br>14972 Springdale Street, Huntington Beach | Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 9 | Westminster Shell<br>5981 Westminster Avenue, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | Shell<br>Equilon<br>Lyondell<br>Tesoro<br>Valero Defendants |

# EXHIBIT A

*Orange County Water District v. Unocal Corp., et al.*
**Service Station Matrix**

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 9 | Chevron #9-5401<br>5992 Westminster Boulevard, Westminster | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron U.S.A. Inc.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 9 | Thrifty #368<br>6311 Westminster Boulevard, Westminster | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 9 | Unocal #5226<br>6322 Westminster Avenue, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil<br>ConocoPhillips Defendants[2]<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 30 | Unocal #5792/ConocoPhillips #5792<br>4002 Ball Road, Cypress | Nuisance<br>OCWD Act<br>Declaratory Relief | Union Oil<br>ConocoPhillips Defendants<br>Lyondell<br>Tesoro<br>Valero Defendants |

[2] ConocoPhillips Defendants include ConocoPhillips Company and Tosco.

-10-

Case 1:00-cv-01898-SAS-DCF   Document 4034   Filed 07/16/14   Page 11 of 34

EXHIBIT A

*Orange County Water District v. Unocal Corp., et al.*

Service Station Matrix

| Plume # | Station Name & Address | Causes of Action | Defendant(s) |
|---|---|---|---|
| 63 | Arco #6036<br>13142 Goldenwest Street, Westminster | Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 72 | Chevron #9-5568<br>12541 Seal Beach Boulevard, Seal Beach | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | Chevron U.S.A. Inc.<br>Lyondell<br>Tesoro<br>Valero Defendants |
| 92 | Mobil #18-668<br>16230 Harbor Boulevard, Fountain Valley | Nuisance<br>OCWD Act<br>Declaratory Relief | ExxonMobil Oil Corporation<br>Lyondell<br>Valero Defendants |
| 127 | World Oil #39<br>3450 West Ball Road, Anaheim | Strict Liability<br>Negligence<br>Nuisance<br>OCWD Act<br>Declaratory Relief | B.P.<br>Exxon (Nuisance, OWCD Act and Declaratory Relief only)<br>Lyondell<br>Valero Defendants |

## EXHIBIT B

## THIS SECTION IS NOT TO BE READ TO OR PROVIDED TO THE JURY

OCWD alleges claims on a joint and several basis at each of the stations listed on

Exhibit A.  To streamline the case for dispositive motions and trial, each individual Defendant

listed below makes the following stipulations as to certain Focus Plume Stations, including

stipulations with respect to supply of MTBE gasoline to those stations.  By entering into this

stipulation, Defendants do not stipulate to the validity of any claims.  By entering into this

stipulation, Plaintiff does not stipulate to the validity of any defenses.

The parties agree and stipulate that nothing in this stipulation shall be construed as a

waiver of OCWD's right to challenge on appeal the Court's November 16, 2009, Opinion and

Order on the statute of limitations with respect to any and all stations and defendants that were

the subject of that Opinion and Order.  If the Court's November 16, 2009, Opinion and Order on

the statute of limitations is overturned on appeal, the parties further agree and stipulate that

nothing in this stipulation shall be construed as a waiver of OCWD's right to pursue negligence,

strict liability and permanent nuisance claims with respect to all stations that were the subject of

the Opinion and Order against those Defendants named at each such station in Exhibit A.  The

parties further agree and stipulate that nothing in this stipulation applies to, nor shall the

stipulation be construed to apply to, claims at any stations other than the Focus Plume Stations as

set forth below or previously listed "focus plume" stations not on Exhibit A.

Defendants dispute and deny the claims asserted at all stations.  Plaintiff disputes and

denies the defenses asserted at all stations. Notwithstanding that a Defendant has agreed, for

purposes of this stipulation, that it will not argue that other Defendants' MTBE gasoline was

supplied to a particular station during the period that Defendant supplied the station, all

Defendants reserve the right to seek contribution and/or indemnity from any other person (including any Defendant).

**THIS SECTION MAY BE READ TO THE JURY**

In order to streamline the case for trial, each individual Defendant listed below makes the following stipulations. Defendants dispute and deny the claims asserted at all stations and, by entering into this stipulation, do not stipulate to the validity of any claims. Plaintiff disputes and denies the defenses asserted at all stations and, by entering into this stipulation, does not stipulate to the validity of any defenses. This stipulation does not affect any claims by Plaintiff against any party who has not signed this stipulation who directly or indirectly supplied gasoline and/or MTBE to a Defendant who did sign this stipulation or that Defendant's predecessor corporations.

### *Chevron U.S.A. Inc. ("CUSA")*

1.  ***Chevron #9-1921—3801 S. Bristol Street, Santa Ana***. CUSA owned Chevron #9-1921, including underground storage tanks (USTs), from 1986 until after December 31, 2003. Any MTBE gasoline delivered to Chevron #9-1921 between 1986 and September 19, 1995, was supplied by CUSA. Not all gasoline supplied during this time period, however, contained MTBE. All gasoline delivered to Chevron #9-1921 between September 20, 1995, and January 14, 2003, contained MTBE and was supplied by CUSA. Chevron branded gasoline was sold at Chevron #9-1921 during the entire relevant time period.

2.  ***Chevron #9-5401—5992 Westminster Boulevard, Westminster***. CUSA owned Chevron #9-5401, including USTs, from 1986 until January 7, 2002. Any MTBE gasoline delivered to Chevron #9-5401 between 1986 and September 17, 1995, was supplied by CUSA. Not all gasoline supplied during this time period, however, contained MTBE. All gasoline delivered to Chevron #9-5401 between September 18, 1995, and January 14, 2002, contained

MTBE and was supplied by CUSA.  Chevron branded gasoline was sold at Chevron #9-5401 during the entire relevant time period.

3.    *Chevron #9-5568—12541 Seal Beach Boulevard, Seal Beach*.  CUSA owned Chevron #9-5568, including USTs, from 1986 through December 31, 2003.  Any MTBE gasoline delivered to Chevron #9-5568 between 1986 and September 18, 1995, was supplied by CUSA.  Not all gasoline supplied during this time period, however, contained MTBE.  All gasoline delivered to Chevron #9-5568 between September 19, 1995, and December 31, 2002, contained MTBE and was supplied by CUSA.  Chevron branded gasoline was sold at Chevron #9-5568 during the entire relevant time period.

4.    *G&M # 4—16990 Beach Boulevard, Huntington Beach*.  Any MTBE gasoline delivered to G&M #4 between December 1, 1991, and September 18, 1995, was supplied by CUSA.  Not all gasoline supplied during this time period, however, contained MTBE.  All gasoline delivered to G&M #4 between September 19, 1995, and December 29, 2002, contained MTBE and was supplied by CUSA. Chevron branded gasoline was sold at G&M #4 during the entire time period between December 1, 1991, and December 29, 2002.

5.    *Chevron #208554—8980 Warner Avenue, Fountain Valley*.  All gasoline delivered to Chevron #208554 between June 22, 1999, and December 31, 2002, contained MTBE and was supplied by CUSA.  Chevron branded gasoline was sold at Chevron #208554 during the entire time period between June 22, 1999, and December 31, 2002.

6.    *G&M #24—3301 Bristol Street, Santa Ana*.  All gasoline delivered to G&M #24 between April 4, 1997, and December 31, 2002, contained MTBE and was supplied by CUSA.  Chevron branded gasoline was sold at G&M #24 during the entire time period between April 4, 1997, and December 31, 2002.

7.    CUSA makes the stipulations in Paragraphs 1-6 based on its agreement with OCWD that OCWD will not associate CUSA with the following service stations on OCWD's Station Matrix:  Arco #1887; Texaco #8520/Texaco #121608; Shell #204359403; Unocal #5376; Mobil #18-G6B; Unocal #5399; Texaco #121681; Mobil #18-HDR; Arco #6131; Mobil #18-

JMY; Arco #1912; Arco #1905; Beacon Bay Car Wash Fountain Valley; Mobil #18-HEP; Arco #3085; Beacon Bay Car Wash Santa Ana; Unocal #5123; Huntington Beach Arco; Shell #6502; Westminster Shell; Unocal #5226; Unocal #5792; Arco #6036; Thrifty #383; Thrifty #368; World Oil #39; and Mobil #18-668.

### *Union Oil Company of California ("Union Oil")*

1.    *Unocal #5376—8971 Warner Avenue, Huntington Beach*. Union Oil owned Unocal #5376, including the USTs, from 1986 until 1998, although the station was closed in March 1992 and the USTs were removed in January 1993. Any MTBE gasoline delivered to Unocal #5376 between 1986 and February 18, 1992, was supplied by Union Oil. Not all gasoline supplied during this time period, however, contained MTBE. Union Oil branded gasoline was sold at Unocal #5376 during the entire time period between 1986 and February 18, 1992.

2.    *Unocal #5399—9525 Warner Avenue, Fountain Valley*. Union Oil owned Unocal #5399, including the USTs, from 1986 until 1998, although the station was closed in March 1993 and the USTs were removed in January 1994. Any MTBE gasoline delivered to Unocal #5399 between 1986 and April 1, 1993, was supplied by Union Oil. Not all gasoline supplied during this time period, however, contained MTBE. Union Oil branded gasoline was sold at Unocal #5399 during the entire time period between 1986 and April 1, 1993.

3.    *Beacon Bay Car Wash FV—10035 Ellis Avenue, Fountain Valley*. Any MTBE gasoline delivered to Beacon Bay Car Wash FV between 1986 and August 24, 1994, was supplied by Union Oil. Not all gasoline supplied during this time period, however, contained MTBE.

4.    *Beacon Bay Car Wash SA—1501 West MacArthur Boulevard, Santa Ana*. Any MTBE gasoline delivered to Beacon Bay Car Wash SA between 1986 and August 23, 1994, was supplied by Union Oil. Not all gasoline supplied during this time period, however, contained MTBE.

SMRH:424784472.1                             -15-

5.    *Unocal #5123—14972 Springdale, Huntington Beach*.  Union Oil owned Unocal #5123, including USTs, from 1986 until the station was demolished in 1994.  Any MTBE gasoline delivered to Unocal #5123 between 1986 and September 30, 1994, was supplied by Union Oil.  Not all gasoline supplied during this time period, however, contained MTBE.  Union Oil branded gasoline was sold at Unocal #5123 during the entire time period between 1986 and September 30, 1994.

6.    *Unocal #5226—6322 Westminster Avenue, Westminster*.  Union Oil owned Unocal #5226, including USTs, from 1986 until March 1997, when Unocal #5226 was sold to Tosco.  Any MTBE gasoline delivered to Unocal #5226 between 1986 and April 1, 1993, was supplied by Union Oil.  Not all gasoline supplied during this time period, however, contained MTBE.  Union Oil branded gasoline was sold at Unocal #5226 during the entire time period between 1986 and April 1, 1993.

7.    *Unocal #5792—4002 Ball Road, Cypress*.  Union Oil leased this station from 1986 until March, 1997, when Unocal #5792 was sold to Tosco.  Any MTBE gasoline delivered to Unocal #5792 between 1986 and September 20, 1995, was supplied by Union Oil.  Not all gasoline supplied during this time period, however, contained MTBE.  All gasoline delivered to Unocal #5792 between September 20, 1995, and March 1997 contained MTBE and was supplied by Union Oil.  Union Oil branded gasoline was sold at Unocal #5792 during the entire time period between 1986 and April 1, 1997.

8.    Union Oil makes the stipulations in Paragraphs 1-7 based on its agreement with OCWD that OCWD will not associate Union Oil with the following service stations on OCWD's Station Matrix:  Arco #1887; G&M #4; Texaco #8520/Texaco #121608; Shell #204359403; Exxon #4283/Chevron #208554; Mobil #18-G6B; Texaco #121681; Mobil #18-HDR; Arco #6131; Mobil #18-JMY; Arco #1912; Thrifty #383; Arco #1905; Mobil #18-HEP; G&M #24; Arco #3085; Chevron #1921; Huntington Beach Arco; Shell #6502; Westminster Shell; Chevron #9-5401; Thrifty #368; Arco #6036; Chevron #9-5568; World Oil #39; and Mobil #18-668.

## *Texaco Refining and Marketing Inc. ("Texaco")*

1.  ***Texaco #8520/#121608 - 8520 Warner Avenue, Fountain Valley***. Between October 1986 and December 2003, one of the Shell Defendants owned the USTs and real property at this site. Texaco leased Texaco #8520 to a dealer from before 1986 until 1998. Any MTBE gasoline delivered to this station between 1986 and September 20, 1995, was supplied by Texaco. Not all gasoline supplied during this time period, however, contained MTBE. All gasoline delivered to Texaco #8520/#121608 between September 20, 1995, and 1998 contained MTBE and was supplied by Texaco. Beginning in 1998 until December 2003, Equilon Enterprises LLC leased Texaco #8520/#121608 to a dealer. All gasoline delivered to Texaco #8520/#121608 between 1998 and 2002 contained MTBE and was supplied by Equilon. Texaco-branded gasoline was sold at this station from 1986 through approximately 2002. The station became Shell-branded in approximately 2002.

2.  ***Texaco #121681 - 9475 Warner Avenue, Fountain Valley***. Texaco leased Texaco #121681 to a dealer from before 1986 until 1998. Between 1989 and December 2002, Shell Defendants owned the USTs at this site. Any MTBE gasoline delivered to this station between 1986 and September 20, 1995, was supplied by Texaco. Not all gasoline supplied during this time period, however, contained MTBE. All gasoline delivered to Texaco #121681 between September 20, 1995, and 1998 contained MTBE and was supplied by Texaco. Texaco-branded gasoline was sold at this station from 1986 through approximately 2002. Beginning in 1998 and until December 2002, Equilon Enterprises LLC leased Texaco #121681 to a dealer. All gasoline delivered to Texaco #121681 between 1998 and December 2002 contained MTBE and was supplied by Equilon. Shell branded gasoline was sold at this station during 2002. The station closed in December 2002.

SMRH:424784472.1                              -17-

3.    *Beacon Bay Car Wash, Fountain Valley - 10035 Ellis Avenue, Fountain Valley*.

Any MTBE gasoline delivered to Beacon Bay Fountain Valley between 1994 and September 20,

1995, was supplied by Texaco.  Not all gasoline supplied during this time period, however,

contained MTBE.  All gasoline delivered to Beacon Bay Car Wash Fountain Valley between

September 20, 1995, and 1998 contained MTBE and was supplied by Texaco.   All gasoline

delivered to Beacon Bay Fountain Valley between 1998 and 2001 contained MTBE and was

supplied by Equilon Enterprises LLC.  Texaco branded gasoline was sold at the Beacon Bay

Fountain Valley station from 1994-2001.

4.    *Beacon Bay Car Wash Santa Ana - 1501 West MacArthur Blvd., Santa Ana*.

Any MTBE gasoline delivered to Beacon Bay Santa Ana between May 1, 1994, and September

20, 1995, was supplied by Texaco.  Not all gasoline supplied during this time period, however,

contained MTBE.  All gasoline delivered to Beacon Bay Car Wash Santa Ana between

September 20, 1995, and 1998 contained MTBE and was supplied by Texaco.  All gasoline

delivered to Beacon Bay Car Wash Santa Ana between 1998 and 2001 contained MTBE and was

supplied by Equilon Enterprises LLC.  Texaco branded gasoline was sold at the Beacon Bay

Santa Ana station from 1994-2001.

5.    *Huntington Beach Arco - 6002 Bolsa Avenue, Huntington Beach.*  If any

MTBE gasoline was delivered to Huntington Beach Arco between 1989 and April 1990, it was

supplied by Texaco.  Not all gasoline supplied during this time period, however, contained

MTBE.  Texaco branded gasoline was sold at the station from June 1, 1987 through April 1990.

6.    *G&M #24 - 3301 Bristol Street, Santa Ana*.  Any MTBE gasoline delivered to

G&M #24 between December 15, 1991, and 1994, was supplied by Texaco.  Not all gasoline

supplied during this time period, however, contained MTBE.

SMRH:424784472.1                                    -18-

7.      Texaco makes the stipulations in Paragraphs 1-6 based on its agreement with OCWD that OCWD will not make claims against Texaco with respect to the following service stations on OCWD's Station Matrix:  Arco #1887; G&M #4; former Shell #204359403; Unocal #5376; Exxon #4283/Chevron #208552; Mobil #18-G6B; Unocal #5399; Mobil #18-HDR; Arco #6131; Mobil #18-JMY; Arco #1912; Arco #1905; Mobil #18-HEP; Arco #3085; Chevron #9-1921; Shell #6502; Unocal #5123; Westminster Shell; Chevron #9-5401; Unocal #5226; Unocal #5792; Arco #6036; Chevron #9-5568; Thrifty #383; Thrifty #368; World Oil #39; and Mobil #18-668.

## *Shell Oil Company ("Shell")*

1.      *Westminster Shell – 5981 Westminster Avenue, Westminster.*  Shell Defendants leased the Westminster Shell to a dealer from 1991 through 1998.  Shell Defendants owned USTs at this site from 1986 to December 2001.  Any MTBE gasoline delivered to Westminster Shell between 1991 and September 20, 1995, was supplied by Shell Defendants.  Not all gasoline supplied during this time period, however, contained MTBE.  All gasoline delivered to Westminster Shell between September 20, 1995, and 1998 contained MTBE and was supplied by Shell.

2.      Shell makes the stipulations in Paragraph 1 based on its agreement with OCWD that OCWD will not make claims against Shell with respect to the following service stations on OCWD's Station Matrix: Arco #1887; G&M #4; former Shell #204359403; Texaco #8520/#121608; Unocal #5376; Exxon #4283/Chevron #208552; Mobil #18-G6B; Texaco #121681; Unocal #5399; Mobil #18-HDR; Arco #6131; Mobil #18-JMY; Arco #1912; Arco #1905; Beacon Bay Fountain Valley; Mobil #18-HEP; G&M #24; Arco #3085; Chevron #9-

1921; Beacon Bay Santa Ana; Huntington Beach Arco; Unocal #5123; Chevron #9-5401; Unocal

#5226; Unocal #5792; Arco #6036; Chevron #9-5568; Thrifty #383; Thrifty #368; World Oil

#39; and Mobil #18-668.

### Equilon Enterprises LLC ("Equilon")

1.      *Texaco #8520/#121608 - 8520 Warner Avenue, Fountain Valley*.  Beginning in

1998, Equilon Enterprises LLC leased Texaco #8520 to a dealer.  All gasoline delivered to

Texaco #8520/#121608 between 1998 and December 2002 contained MTBE and was supplied

by Equilon Enterprises LLC.

2.      *Texaco #121681 - 9475 Warner Avenue, Fountain Valley*. Beginning in 1998,

Equilon Enterprises LLC leased Texaco #121681 to a dealer.  All gasoline delivered to Texaco

#121681 between 1998 and December 2002 contained MTBE and was supplied by Equilon

Enterprises LLC.  Shell branded gasoline was sold at this station during 2002.  The station closed

in December 2002.

3.      *Beacon Bay Car Wash, Fountain Valley - 10035 Ellis Avenue, Fountain Valley*.

All gasoline delivered to Beacon Bay Car Wash between 1998 and 2001 contained MTBE and

was supplied by Equilon Enterprises LLC.

4.      *Beacon Bay Car Wash Santa Ana - 1501 West MacArthur Blvd., Santa Ana*.

All gasoline delivered to Beacon Bay Car Wash Santa Ana between 1998 and 2001 contained

MTBE and was supplied by Equilon Enterprises LLC.

5.      *Westminster Shell – 5981 Westminster Avenue, Westminster*.  Beginning in

1998 through 2001, Equilon Enterprises LLC leased the Westminster Shell to a dealer.  All

gasoline delivered to Westminster Shell between 1998 and 2001 contained MTBE and was

supplied by Equilon Enterprises LLC. Equilon did not operate the Westminster Shell. The station closed in 2001. Shell branded gasoline was sold at the station from 1991 through 2001.

6.      Equilon makes the stipulations in Paragraphs 1-5 based on its agreement with OCWD that OCWD will not make claims against Equilon with respect to the following service stations on OCWD's Station Matrix: Arco #1887; G&M #4; former Shell #204359403; Unocal #5376; Exxon #4283/Chevron #208552; Mobil #18-G6B; Unocal #5399; Mobil #18-HDR; Arco #6131; Mobil #18-JMY; Arco #1912; Arco #1905; Mobil #18-HEP; G&M #24; Arco #3085; Chevron #9-1921; Huntington Beach Arco; Unocal #5123; Chevron #9-5401; Unocal #5226; Unocal #5792; Arco #6036; Chevron #9-5568; Thrifty #383; Thrifty #368; World Oil #39; and Mobil #18-668.

### _Exxon Mobil Corporation_

1.      *Exxon #4283—8980 Warner Ave., Fountain Valley*. Exxon Corporation owned the property from at least 1987 until June 1996 and owned the USTs at the station from 1987 until 1992. The station was permanently closed in July 1992 and the USTs were removed in September 1992. From July 1990 through December 1990, the only gasoline supplied to this station that may have contained MTBE was Exxon Extra Unleaded. However, not all Exxon Extra Unleaded gasoline contained MTBE. Exxon branded gasoline was sold at the station and supplied by Exxon Corporation from 1987 through station closure in July 1992.

2.      *World Oil #39—3450 West Ball Road, Anaheim.* Beginning no earlier than July 1, 1997, and ending May 14, 2000, all gasoline delivered to World Oil #39 contained MTBE and was supplied by Exxon. Exxon branded gasoline was sold at this station during this period.

3.      Exxon Mobil Corporation makes the stipulations in Paragraphs 1-2 based on its agreement with OCWD that OCWD will not associate Exxon Mobil Corporation/Exxon

Corporation with the following service stations on OCWD's Second Revised Service Station Matrix: Arco #1887, G&M #4, Shell #204359403, Texaco #8520/Texaco #121608, Unocal #5376, Texaco #121681, Unocal #5399, Arco #6131, Arco #1912, Thrifty #383, Arco #1905, Beacon Bay Car Wash FY, G&M #24, Arco #3085, Chevron #1921, Beacon Bay Car Wash SA, Huntington Beach Arco, Shell #6502, Unocal #5123, Westminster Shell, Chevron #9-5401, Thrifty #368, Unocal #5226, Unocal #5792/ConocoPhillips #5792, Arco #6036, Chevron #9-5568, Mobil 18-G6B, Mobil #18-JMY, Mobil #18-HDR, Mobil #18-HEP, Mobil #18-668, and USA #141.

### *ExxonMobil Oil Corporation*

1. ***Mobil #18-G6B—9024 Warner Ave., Fountain Valley.***  Mobil Oil Corporation (now known as ExxonMobil Oil Corporation) owned the property at 9024 Warner Ave., including USTs, from at least 1986 to December 2003. Mobil leased the station to operators during this time. Any MTBE gasoline delivered to the station from October 30, 1992, to September 30, 1995, was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation. Not all gasoline supplied during this time period, however, contained MTBE. All gasoline delivered to Mobil #18-G6B between October 1, 1995, and January 9, 2003, contained MTBE and was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation. Mobil-branded gasoline was sold at the station throughout the relevant time-period.

2. ***Mobil #18-HDR—3195 Harbor Blvd., Costa Mesa.***  Mobil Oil Corporation leased the property at 3195 Harbor Blvd., from at least 1986 to December 2003. Mobil owned the USTs at this station during this time. Mobil in turn leased the station to operators during this time. Any MTBE gasoline delivered to the station from October 29, 1992, to September 30, 1995, was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation. Not all gasoline

-22-

supplied during this time period, however, contained MTBE. All gasoline delivered to Mobil

#18-HDR between October 1, 1995, and January 20, 2003, contained MTBE and was supplied

by Mobil Oil Corporation/ExxonMobil Oil Corporation. Mobil-branded gasoline was sold at the

station throughout the relevant time-period.

      3.     *Mobil #18-JMY—3470 Fairview Rd., Costa Mesa.* Mobil Oil Corporation leased

the property at 3470 Fairview Rd. from 1986 through at least December 2003, and owned the

USTs at this station from 1988 through at least December 2003. Mobil operated the station from

1988 until at least December 2003. Any MTBE gasoline delivered to the station from

October 29, 1992, to September 30, 1995, was supplied by Mobil Oil Corporation/ExxonMobil

Oil Corporation. Not all gasoline supplied during this time period, however, contained MTBE.

All gasoline delivered to Mobil #18-JMY between October 1, 1995, and January 8, 2003,

contained MTBE and was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation.

Mobil-branded gasoline was sold at the station from at least 1988 until at least December 2003.

      4.     *Mobil #18-HEP—2921 S. Bristol Ave., Santa Ana.* Mobil Oil Corporation

leased the property at 2921 S. Bristol from 1968 until 1998, and owned USTs at the station from

1982 until 1998. Mobil leased the station to an operator during this time. Any MTBE gasoline

delivered to the station from November 1, 1992, to September 30, 1995, was supplied by Mobil

Oil Corporation/ ExxonMobil Oil Corporation. Not all gasoline supplied during this time period,

however, contained MTBE. All gasoline delivered to Mobil #18-HEP between October 1, 1995,

and August 31, 1998, contained MTBE and was supplied by Mobil Oil Corporation/ExxonMobil

Oil Corporation. From before 1986 until 1998, Mobil-branded gasoline was sold at the station.

      5.     *Mobil #18-668—16230 Harbor Blvd., Santa Ana.* Mobil Oil Corporation leased

and operated the property at 16230 Harbor Blvd. from 1984 until 1993, and owned the USTs at

the station from 1984 through at least December 2003.  From 1993 through the end of the relevant time period, Mobil leased operation of the station to a third party.  Any MTBE gasoline delivered to the station from November 1, 1992, to September 30, 1995, was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation.  Not all gasoline supplied during this time period, however, contained MTBE.  All gasoline delivered to Mobil #18-668 between October 1, 1995, and January 19, 2003, contained MTBE and was supplied by Mobil Oil Corporation/ExxonMobil Oil Corporation.  Mobil-branded gasoline was sold at the station throughout the relevant time period.

6.      Mobil makes the stipulations in Paragraphs 1-5 based on its agreement with OCWD that OCWD will not associate Mobil with the following service stations on OCWD's Second Revised Service Station Matrix: Arco #1887, G&M #4, Shell #204359403, Texaco #8520/Texaco #121608, Unocal #5376, Texaco #121681, Unocal #5399, Arco #6131, Arco #1912, Thrifty #383, Arco #1905, Beacon Bay Car Wash FY, G&M #24, Arco #3085, Chevron #1921, Beacon Bay Car Wash SA, Huntington Beach Arco, Shell #6502, Unocal #5123, Westminster Shell, Chevron #9-5401, Thrifty #368, Unocal #5226, Unocal #5792/ ConocoPhillips #5792, Arco #6036, Chevron #9-5568, Exxon #4283, World Oil #39, and USA #141.

*ConocoPhillips Company, individually and as successor-in-interest to Tosco Corporation and Phillips Petroleum Company ("ConocoPhillips")*

1.      *Unocal #5226—6322 Westminster Avenue, Westminster*. ConocoPhillips owned Unocal #5226, including USTs, from April 1, 1997, through the end of the relevant time period (December 31, 2003).   All gasoline delivered to Unocal #5226 between April 1, 1997, and December 17, 2000, contained MTBE and was supplied by ConocoPhillips.

2.      *Unocal #5792—4002 Ball Road, Cypress*. ConocoPhillips owned Unocal #5792, including USTs, from April 1, 1997, through the end of the relevant time period (December 31, 2003).  All gasoline delivered to Unocal #5792 between April 1, 1997,  and December 13, 2000, contained MTBE and was supplied by ConocoPhillips.

3.      ConocoPhillips makes the stipulations in Paragraphs 1-2 above based on its agreement with OCWD that OCWD will not associate ConocoPhillips with the following service stations on OCWD's Station Matrix: Arco# 1887; G&M #4; Shell #204359403; Texaco #8520/ Texaco #121608; Unocal #5376; Exxon #4283/ Chevron #208552; Mobil #18-G6B; Texaco #121681; Unocal #5399; Mobil #18-HDR; Arco #6131; Mobil #18-JMY; Arco #1912; Thrifty #383; Arco #1905; Beacon Bay Car Wash FV; Mobil #18-HEP; G&M #24; Arco #3085; Chevron #1921; Beacon Bay Car Wash SA; Huntington Beach Arco; Shell #6502; Unocal #5123; Westminster Shell; Chevron #9-5401; Thrifty #368; Arco #6036; Chevron #9-5568; and Mobil #18-668.

*Atlantic Richfield Company, BP Products North America Inc. and BP West Coast Products LLP (collectively "BP")*

1.      *ARCO #1887—16742 Beach Boulevard, Huntington Beach.* BP leased the real property at ARCO #1887 from the late summer/early fall of 1989 through October 2001.  BP

SMRH:424784472.1                                          -25-

owned the USTs at ARCO #1887, and leased the station to a third party, during this same time period. Any MTBE gasoline delivered to ARCO #1887 between 1989 and October, 1995 was supplied by BP. All gasoline delivered to Arco # 1887 between October 1, 1995, and October, 2001, contained MTBE and was supplied by BP. ARCO-branded gasoline was sold to this station during these time periods.

2.    *ARCO #6131—3201 Harbor Boulevard, Costa Mesa.* BP owned the real property and USTs at ARCO #6131 from the late summer/early fall of 1989 through January 2003. BP leased the station to a third party during this same time period. Any MTBE gasoline delivered to ARCO #6131 between 1989 and October, 1995 was supplied by BP. All gasoline delivered to Arco # 6131 between October 1, 1995, and January, 2003 contained MTBE and was supplied by BP. ARCO-branded gasoline was sold to this station during these time periods.

3.    *ARCO #1912—18480 Brookhurst Street, Fountain Valley.* BP owned the real property and USTs at ARCO #1912 from the late summer/early fall of 1989 through January 2003. BP leased the station to a third party during this same time period. Any MTBE gasoline delivered to  ARCO #1912 between 1989 and October, 1995, was supplied by BP. All gasoline delivered to Arco # 1912 between October 1, 1995, and January, 2003 contained MTBE and was supplied by BP. ARCO-branded gasoline was sold to this station during these time periods.

4.    *Thrifty #383—18520 Brookhurst Street, Fountain Valley.* BP leased the real property at Thrifty #383 from April 1, 1997, through January 2003. BP owned the USTs at

Thrifty #383, during this time period. All gasoline delivered to Thrifty #383 during this time period contained MTBE and was supplied by BP.

5. *ARCO #1905—18025 Magnolia Street, Fountain Valley.* BP leased the real property at ARCO #1905 from the late summer/early fall of 1989 through January 2003. BP owned the USTs at ARCO #1905, and leased the station to a third party, during this same time period. Any MTBE gasoline delivered to ARCO #1905 between 1989 and October, 1995, was supplied by BP. All gasoline delivered to Arco # 1905 between October 1, 1995, and January, 2003 contained MTBE and was supplied by BP. ARCO-branded gasoline was sold at this station during these time periods.

6. *ARCO #3085—3361 South Bristol Street, Santa Ana.* BP leased the real property at ARCO #3085 from the late summer/early fall of 1989 through February 1997. BP owned the USTs at ARCO #3085, and leased the station to a third party, during this same time period. Any MTBE gasoline delivered to ARCO# 3085 between 1989 and October, 1995, was supplied by BP. All gasoline delivered to ARCO 3085 between October, 1995 and February 1997, contained MTBE and was supplied by BP. ARCO-branded gasoline was sold at this station during these time periods.

7. *Huntington Beach ARCO—6002 Bolsa Avenue, Huntington Beach.* Any MTBE gasoline delivered to Huntington Beach ARCO between April 11, 1990, and October, 1995, was supplied by BP. All gasoline delivered to Huntington Beach Arco between October,

1995 and January 2003 was supplied by BP. ARCO-branded gasoline was sold at this station during these time periods.

8. ***Thrifty #368—6311 Westminster Boulevard, Westminster.*** BP leased the real property at Thrifty #368 from April 30, 1997 through January 2003. BP owned the USTs at Thrifty #368 during the same time period. All gasoline delivered to Thrifty #368 between April 30, 1997 and January 2003 contained MTBE and was supplied by BP.

9. ***ARCO #6036—13142 Goldenwest Street, Westminster.*** BP owned the real property and USTs at ARCO #6036 from the late summer/early fall of 1989 through January 2003. BP leased the station to a third party during this same time period. Any MTBE gasoline delivered to ARCO #6036 between 1989 and October, 1995, was supplied by BP. All gasoline delivered to ARCO # 6036 between October 1, 1995 and January 2003, contained MTBE and was supplied by BP. ARCO-branded gasoline was sold at this station during these time periods.

10. ***World Oil #39—3450 West Ball Road, Anaheim.*** Any MTBE gasoline delivered to World Oil #39 between late summer/early fall of 1989 and the end of 1993 was supplied by BP. ARCO-branded gasoline was sold at this station during this time period.

11. BP makes the stipulations in Paragraphs 1-10 based on its agreement with OCWD that OCWD will not associate BP with the following service stations on OCWD's Station Matrix: G&M #4; Texaco #8520/Texaco #121608; Shell #204359403; Unocal #5376; Exxon #4283/Chevron #208552; Mobil #18-G6B; Unocal #5399; Texaco #121681; Mobil #18-HDR;

Mobil #18-JMY; Beacon Bay Car Wash Fountain Valley; Mobil #18-HEP; G&M #24; Chevron

#1921; Beacon Bay Car Wash Santa Ana; Unocal #5123; Shell #6502; Westminster Shell;

Chevron #9-5401; Unocal #5226; Unocal #5792/ConocoPhillips #5792; Chevron #9-5568; and

Mobil #18-668.


SO STIPULATED.

Dated:   June 6, 2014

MILLER & AXLINE

By: *Michael Axline*

Duane Miller/Michael Axline
*Attorney for Plaintiff OCWD*

Dated:   June 6, 2014

KING & SPALDING LLP

By: _____
Robert E. Meadows/Charles C. Correll, Jr./
Jeremiah J. Anderson
*Attorneys for Defendants Chevron U.S.A. Inc.
and Union Oil Company of California*

Dated:   June 6, 2014

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____
Jeffrey J. Parker/Whitney Jones Roy
*Attorney for Defendants Exxon Mobil
Corporation and ExxonMobil Oil Corporation*

Dated:   June 6, 2014

SEDGWICK LLP

By: _____
Richard E. Wallace, Jr./Peter C. Condron
*Attorney for Defendants Shell Oil Company,
Equilon Enterprises LLC, and Texaco
Refining and Marketing Inc.*

SMRH:424784472.1

-29-

Mobil #18-JMY; Beacon Bay Car Wash Fountain Valley; Mobil #18-HEP; G&M #24; Chevron

#1921; Beacon Bay Car Wash Santa Ana; Unocal #5123; Shell #6502; Westminster Shell;

Chevron #9-5401; Unocal #5226; Unocal #5792/ConocoPhillips #5792; Chevron #9-5568; and

Mobil #18-668.


SO STIPULATED.

Dated:  June 6, 2014

MILLER & AXLINE

By: _____
Duane Miller/Michael Axline
*Attorney for Plaintiff OCWD*

Dated:  June 6, 2014

KING & SPALDING LLP

By: _____
Robert E. Meadows/Charles C. Correll, Jr.
Jeremiah J. Anderson
*Attorneys for Defendants Chevron U.S.A. Inc.*
*and Union Oil Company of California*

Dated:  June 6, 2014

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____
Jeffrey J. Parker/Whitney Jones Roy
*Attorney for Defendants Exxon Mobil*
*Corporation and ExxonMobil Oil Corporation*

Dated:  June 6, 2014

SEDGWICK LLP

By: _____
Richard E. Wallace, Jr./Peter C. Condron
*Attorney for Defendants Shell Oil Company,*
*Equilon Enterprises LLC, and Texaco*
*Refining and Marketing Inc.*


SMRH:424784472.1

-29-

Mobil #18-JMY; Beacon Bay Car Wash Fountain Valley; Mobil #18-HEP; G&M #24; Chevron

#1921; Beacon Bay Car Wash Santa Ana; Unocal #5123; Shell #6502; Westminster Shell;

Chevron #9-5401; Unocal #5226; Unocal #5792/ConocoPhillips #5792; Chevron #9-5568; and

Mobil #18-668.

SO STIPULATED.

Dated:  June 6, 2014

MILLER & AXLINE

By:_____
Duane Miller/Michael Axline
*Attorney for Plaintiff OCWD*

Dated:  June 6, 2014

KING & SPALDING LLP

By: *Jeremiah J Anderson*
Robert E. Meadows/Charles C. Correll, Jr.
Jeremiah J. Anderson
*Attorneys for Defendants Chevron U.S.A. Inc.*
*and Union Oil Company of California*

Dated:  June 6, 2014

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: *Jeffrey J Parker*
Jeffrey J. Parker/Wendy Jones Roy
*Attorney for Defendants Exxon Mobil*
*Corporation and ExxonMobil Oil Corporation*

Dated:  June 6, 2014

SEDGWICK LLP

By: _____
Richard E. Wallace, Jr./Peter C. Condron
*Attorney for Defendants Shell Oil Company,*
*Equilon Enterprises LLC, and Texaco*
*Refining and Marketing Inc.*

SMRH:424784472.1                                 -29-

Mobil #18-JMY; Beacon Bay Car Wash Fountain Valley; Mobil #18-HEP; G&M #24; Chevron

#1921; Beacon Bay Car Wash Santa Ana; Unocal #5123; Shell #6502; Westminster Shell;

Chevron #9-5401; Unocal #5226; Unocal #5792/ConocoPhillips #5792; Chevron #9-5568; and

Mobil #18-668.


SO STIPULATED.

Dated:   June 6, 2014

                   MILLER & AXLINE

                   By:_____
                   Duane Miller/Michael Axline
                   *Attorney for Plaintiff OCWD*

Dated:   June 6, 2014

                   KING & SPALDING LLP

                   By:_____
                   Robert E. Meadows/Charles C. Correll, Jr./
                   Jeremiah J. Anderson
                   *Attorneys for Defendants Chevron U.S.A. Inc.*
                   *and Union Oil Company of California*

Dated:   June 6, 2014

                   SHEPPARD MULLIN RICHTER &
                   HAMPTON LLP

                   By:_____
                   Jeffrey J. Parker/Whitney Jones Roy
                   *Attorney for Defendants Exxon Mobil*
                   *Corporation and ExxonMobil Oil Corporation*

Dated:   June 6, 2014

                   SEDGWICK LLP

                   By:_____
                   Richard E. Wallace, Jr./Peter C. Condron
                   *Attorney for Defendants Shell Oil Company,*
                   *Equilon Enterprises LLC, and Texaco*
                   *Refining and Marketing Inc.*

Dated:   June 6, 2014                           ARNOLD & PORTER LLP

                                                By: _____
                                                Matthew T. Heartney/Lawrence A. Cox/
                                                Stephanie B. Weirick
                                                *Attorney for Defendants Atlantic Richfield*
                                                *Company, BP West Coast Products LLC, BP*
                                                *Products North America Inc.*

Dated:   June 6, 2014                           LATHAM & WATKINS LLP

                                                By: _____
                                                Jon D. Anderson
                                                *Attorneys for Defendant CONOCOPHILLIPS*
                                                *COMPANY, individually and as successor-in-*
                                                *interest to Defendant TOSCO*
                                                *CORPORATION and Phillips Petroleum*
                                                *Company*

Dated: June 6, 2014

ARNOLD & PORTER LLP

By: _____
Matthew T. Heartney/Lawrence A. Cox/
Stephanie B. Weirick
*Attorney for Defendants Atlantic Richfield
Company, BP West Coast Products LLC, BP
Products North America Inc.*

Dated: June 6, 2014

LATHAM & WATKINS LLP

By: _____
Jon D. Anderson
*Attorneys for Defendant CONOCOPHILLIPS
COMPANY, individually and as successor-in-
interest to Defendant TOSCO
CORPORATION and Phillips Petroleum
Company*

# EXHIBIT 4

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Orange County Water District v. Unocal Corp., et al., | ) | |
| S.D. New York, C.A. No. 1:04-04986 | ) | MDL No. 1358 |
| (C.D. California, C.A. No. 8:03-01742) | ) | |

SEPARATION OF CLAIMS AND
CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings regarding certain claims in the above-captioned action have been completed as to sixteen allegedly contaminated sites ("focus plume sites") and that remand of the claims with respect to those sites and defendants to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate. *See* Suggestion of Remand & Exhibit 1 (S.D.N.Y. filed Sept. 29, 2015) (Attachment A).

IT IS THEREFORE ORDERED that the pending claims concerning the sixteen focus plume sites in the above-captioned civil action be separated and remanded to the transferor court as to the following defendants, as set forth in Attachment A: Chevron U.S.A., Inc.; ConocoPhillips Company & Tosco; Exxon Mobil Corporation; ExxonMobil Oil Corporation; G&M Oil; and Union Oil.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Orange County Water District v. Unocal Corp., et al.,*
No. 04. Civ. 4968 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/15

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

## SUGGESTION TO REMAND

On May 6, 2003, Plaintiff Orange County Water District ("OCWD") filed its Complaint against Defendants in Orange County Superior Court, alleging that Defendants were liable for MTBE and TBA in the Orange County Water District's drinking water supplies. On June 16, 2004, the Judicial Panel on Multidistrict Litigation transferred this case to this Court for coordinated and consolidated pretrial proceedings in MDL No. 1358.

The parties have completed all discovery related to the focus sites identified in Exhibit A to Case Management Order #116.

The Court hereby finds that the consolidated pretrial proceedings have run their course with respect to the claims related to the focus plume sites. The Court therefore suggests that the Panel remand to the United States District Court for the Central District of California all remaining claims as to the focus plume sites for all further proceedings, including additional pretrial and trial proceedings. Attached as Exhibit 1 is the list of the remaining claims for relief and Defendants at each focus plume site to be remanded for trial in this matter. All other claims for relief were either decided against the plaintiff or stipulated as dismissed on the terms set forth in the applicable stipulations, subject to right to appeal, so no other claims or Defendants remain

at these sites for purposes of trial after remand. As of this time this Court will retain jurisdiction over the remainder of the Action (i.e., the non-focus plume sites) in order to conduct coordinated and consolidated pretrial proceedings.

SO ORDERED:

9/29/15

_____

The Honorable Shira A. Scheindlin

Case 1:00-cv-01898-VSB-VF   Document 4461   Filed 07/26/17   Page 49 of 73

Case CAC/8:03-cv-01742   Document 2-1   Filed 11/05/15   Page 3 of 3
Case 1:04-cv-04968-SAS   Document 460   Filed 09/25/15   Page 3 of 3

## EXHIBIT 1

*Orange County Water District v. Unocal*
*Focus Stations and Claims for Remand*

| | | | |
|---|---|---|---|
| 1 | G&M #4<br>16990 Beach Boulevard, Huntington Beach | G&M Oil | Continuing Nuisance<br>Declaratory Relief |
| 1 | Unocal #5376<br>8971 Warner Avenue, Huntington Beach | Union Oil | Continuing Nuisance<br>Declaratory Relief |
| 1 | Exxon #4283<br>8980 Warner Avenue, Fountain Valley | Exxon Mobil Corporation | Continuing Nuisance<br>Declaratory Relief |
| 1 | Mobil #18-G6B<br>9024 Warner Avenue, Fountain Valley | ExxonMobil Oil Corporation | Continuing Nuisance<br>Declaratory Relief |
| 1 | Unocal #5399<br>9525 Warner Avenue, Fountain Valley | Union Oil | Continuing Nuisance<br>Declaratory Relief |
| 2 | Mobil #18-HDR<br>3195 Harbor Boulevard, Costa Mesa | ExxonMobil Oil Corporation | Continuing Nuisance<br>Declaratory Relief |
| 2 | Mobil #18-JMY<br>3470 Fairview Road, Costa Mesa | ExxonMobil Oil Corporation | Continuing Nuisance<br>Declaratory Relief |
| 8 | Mobil #18-HEP<br>2921 South Bristol Street, Santa Ana | ExxonMobil Oil Corporation | Continuing Nuisance<br>Declaratory Relief |
| 8 | G&M #24<br>3301 Bristol Street, Santa Ana | G&M Oil | Continuing Nuisance<br>Declaratory Relief |
| 8 | Chevron #1921<br>3801 South Bristol Street, Santa Ana | Chevron U.S.A. Inc. | Strict Liability (Post 05/06/00 Releases)<br>Negligence (Post 05/06/00 Releases)<br>Permanent Nuisance (Post 05/06/00 Releases)<br>Continuing Nuisance<br>Declaratory Relief |
| 9 | Unocal #5123<br>14972 Springdale Street, Huntington Beach | Union Oil | Continuing Nuisance<br>Declaratory Relief |
| 9 | Chevron #9-5401<br>5992 Westminster Boulevard, Westminster | Chevron U.S.A. Inc. | Strict Liability (Post 05/06/00 Releases)<br>Negligence (Post 05/06/00 Releases)<br>Permanent Nuisance (Post 05/06/00 Releases)<br>Continuing Nuisance<br>Declaratory Relief |
| 9 | Unocal #5226<br>6322 Westminster Avenue, Westminster | Union Oil<br>ConocoPhillips Company & Tosco | Continuing Nuisance<br>Declaratory Relief |
| 30 | Unocal #5792/ConocoPhillips #5792<br>4002 Ball Road, Cypress | Union Oil<br>ConocoPhillips Company & Tosco | Continuing Nuisance<br>Declaratory Relief |
| 72 | Chevron #9-5568<br>12541 Seal Beach Boulevard, Seal Beach | Chevron U.S.A. Inc. | Continuing Nuisance<br>Declaratory Relief |
| 92 | Mobil #18-668<br>16230 Harbor Boulevard, Fountain Valley | ExxonMobil Oil Corporation | Continuing Nuisance<br>Declaratory Relief |

# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 03-01742-CJC (ANx) | Date | June 26, 2017 |
|---|---|---|---|
| Title | Orange County Water v. Unocal Corporation, et al. | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Melissa Kunig                          Debbie Hino-Spaan
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Michael Axline; Duane Miller;          Charles Correll; Jeffrey Parker;
Tracy O'Reilly                         Whitney Roy; Kenneth Ehrlich; Robert
                                       Meadows

**PROCEEDINGS:   STATUS CONFERENCE**

Status conference held. The Court confers further with counsel confer regarding the upcoming trial date.

For the reasons stated on the record, the Court **VACATES** the current trial and related dates and deadlines.   (Dkt. 253).

The Court sets a status conference for **Monday, September 11, 2017 at 3:00 p.m.**

The parties shall meet and confer and submit a proposed case management order no later than **August 28, 2017** regarding the deadlines and hearings discussed at the hearing.

|  | 0 | : | 42 |
|---|---|---|---|

Initials of Deputy Clerk   mku

cc:

# EXHIBIT 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 03-01742-CJC(ANx)                    Date:  July 18, 2017

Title: ORANGE COUNTY WATER DISTRICT V. UNOCAL CORPORATION ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig                              N/A
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING HEARING AND
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR
RECONSIDERATION AND DIRECTING THE PARTIES TO INCLUDE SUCH
DATES IN THEIR AUGUST 28, 2017, STIPULATION**

On July 5, 2017, Plaintiff filed a motion for reconsideration of the MDL Court's dismissal of Plaintiff's OCWD Act claim.  (Dkt. 284.)  Plaintiff set the motion for hearing on September 11, 2017.  Before the Court is Defendants' request for clarification of the briefing and hearing schedule on Plaintiff's motion.  (Dkt. 285.)  Plaintiff joined in Defendants' request.  (Dkt. 288.)  BP and Shell—two entities presumably that will be joined in this to join this case as additional Defendants—have a significant interest in the outcome of Plaintiff's motion and must be given an opportunity to oppose that motion. To avoid litigating Plaintiff's motion twice, the parties shall include in the August 28, 2017, stipulation a briefing and hearing schedule for Plaintiff's motion that will allow all interested parties to oppose Plaintiff's motion.  The September 11, 2017, hearing on Plaintiff's motion is VACATED and OFF CALENDAR.

nhm

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk MKU

# EXHIBIT 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

This document relates to:

Orange County Water District v. Unocal
Corporation, et al., 04 Civ. 4968
------------------------------------------------------------X

**Master File No. 1:00-1898**
**MDL 1358 (SAS)**
**M21-88**

**RULE 54(b) JUDGMENT**

Whereas defendants Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America Inc. (the "BP Defendants"), Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing Inc. (the "Shell Defendants") (together, the "Judgment Defendants"), having requested that the Court enter final judgment under Fed. R. Civ. P. 54(b), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 1, 2015, having rendered its Opinion and Order granting the request for a 54(b) judgment and directing the Clerk of Court to enter final judgment for Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America Inc., Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing Inc., it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2014, the request for a 54(b) final judgment is granted; accordingly, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay, judgment is entered for Atlantic Richfield Company, Inc., BP West Coast Products LLC, BP Products North America, Inc., Equilon Enterprises LLC, Shell Oil Company, Inc., and Texaco Refining and Marketing, Inc.

**Dated:** New York, New York
December 3, 2015

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**

# EXHIBIT 8

1  CHARLES C. CORRELL, JR. (SBN 258085)
   ccorrell@kslaw.com
2  KING & SPALDING LLP
   101 Second Street, Suite 2300
3  San Francisco, CA 94105
   Telephone:  (415) 318-1200
4  Facsimile:  (415) 318-1300

5  JEREMIAH J. ANDERSON (admitted *pro hac vice*)
   jjanderson@kslaw.com
6  KING & SPALDING LLP
   1100 Louisiana Street, Suite 4000
7  Houston, TX 77002
   Telephone:  (713) 751-3200
8  Facsimile:  (713) 751-3290

9  *Attorneys for Defendants*
   CHEVRON U.S.A. INC.
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                       SOUTHERN DIVISION

14

15 | ORANGE COUNTY WATER | CASE NO. 8:03-cv-01742-CJC (ANx) |
   | DISTRICT, | |
16 | | *Assigned to:  Hon. Cormac J. Carney* |
   |     Plaintiff, | |
17 | | **NOTICE OF OPINION FROM THE** |
   |     v. | **UNITED STATES COURT OF** |
18 | | **APPEALS FOR THE SECOND** |
   | UNOCAL CORPORATION, *et al.*, | **CIRCUIT** |
19 | | |
   |     Defendants. | |
20

21

22

23

24

25

26

27

28
                                      CASE NO. 8:03-cv-01742 CJC (ANx)

1    Plaintiff Orange County Water District ("the District") and Defendants
2  Chevron U.S.A. Inc., Union Oil Company of California, ConocoPhillips Company,
3  Tosco, Exxon Mobil Corporation, ExxonMobil Oil Corporation, and G&M Oil
4  (collectively, the "Parties") hereby notify the Court of a recent decision from the
5  United States Court of Appeals for the Second Circuit in this case.

6    Prior to remand, the MDL Court granted the Shell and BP Defendants
7  summary judgment on res judicata grounds.  The MDL Court issued a Rule 54(b)
8  judgment so that the District could appeal that decision to the Second Circuit, and
9  the claims against the Shell and BP Defendants were not remanded to this Court.

10    The Parties have attached the Second Circuit opinion to this Notice (Ex. A).
11  In short, the Second Circuit reversed and vacated "the summary judgment [in favor
12  of the BP and Shell Defendants] on res judicata grounds and remand[ed] the
13  District's action against BP and Shell to the Southern District of New York for
14  further proceedings consistent with this opinion."  The Second Circuit did not
15  address any of the other issues raised on appeal, finding that it did not have
16  jurisdiction based on the limited Rule 54(b) order.

17    Although there may be further proceedings related to the appeal, there are
18  not expected to be any proceedings in the MDL Court after remand from the
19  Second Circuit, other than issuance of a Suggestion of Remand of the District's
20  claims against the Shell and BP Defendants to this Court.  Therefore, the Parties
21  wish to inform the Court that, in the near future, the District's claims against the
22  Shell Defendants and the BP Defendants may get remanded to this Court.
23  Although those claims arise from different stations than are currently before the
24  Court, all of those stations are in Focus Plumes that were litigated to the point of
25  remand in the MDL Court, including nine stations that are designated as part of the
26  Focus Plumes currently set for trial in this Court (i.e., the District claims that those
27  nine Shell or BP stations caused or contributed to contamination that the District
28  alleges is present in Focus Plume Nos. 1, 2, 8, and 9 and constitutes a continuing

1                          CASE NO. 8:03-cv-01742 CJC (ANx)

1  nuisance).

2  The Parties look forward to discussing with the Court at the June 26, 2017

3  conference the potential effect this opinion could have on the trial structure,

4  pretrial deadlines, and the trial date.

5

6  DATED: June 14, 2016                    Respectfully submitted,

7

8                                          KING & SPALDING LLP

9                                          By:  /s/ Charles C. Correll, Jr.
10                                              Charles C. Correll, Jr.
                                                Jeremiah J. Anderson
11

12                                         Attorneys for Defendants Chevron U.S.A.
                                           Inc. and Union Oil Company of California
13

14

15                                         LATHAM & WATKINS LLP

16                                         By:  /s/ Matthew D. Thurlow
                                                Matthew D. Thurlow
17

18                                         Attorneys for Defendants ConocoPhillips
                                           Company, individually and as successor-in-
19                                         interest to Tosco Corporation and Phillips
                                           Petroleum Corporation
20

21

22                                         SHEPPARD,   MULLIN,   RICHTER   &
                                           HAMPTON LLP
23

24                                         By:  /s/ Jeffrey J. Parker
                                                Jeffrey J. Parker
25                                              Whitney Jones Roy

26

27                                         Attorneys  for  Defendants  Exxon  Mobil
                                           Corporation    and    ExxonMobil    Oil
28                                         Corporation

ELKINS KALT WEINTRAUB REUBEN GARTSIDE, LLP

By:   /s/ Kenneth A. Ehrlich
      Kenneth A. Ehrlich

Attorneys for Defendant G&M Oil Company

MILLER AXLINE

By:   /s/ Mike Axline
      Mike Axline

Attorneys for Plaintiff Orange County Water District

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 16, 2017.

/s/ Charles C. Correll, Jr.
CHARLES C. CORRELL, JR.

*Attorney for Defendants*
CHEVRON U.S.A. INC. AND UNION OIL COMPANY OF CALIFORNIA

3                           CASE NO. 8:03-cv-01742 CJC (ANx)

# EXHIBIT 9

**Kathy Herron**

| | |
|---|---|
| **From:** | Condron, Peter <PCondron@crowell.com> |
| **Sent:** | Friday, July 21, 2017 2:19 PM |
| **To:** | maxline@toxictorts.org; Matthew.Heartney@APORTER.COM |
| **Cc:** | 'Jeffrey Parker'; 'Whitney Roy'; 'Correll, Charles'; 'Kenneth A. Ehrlich'; dmiller@toxictorts.org; 'Tracey O'Reilly'; 'Bryan Barnhart'; Miller & Axline |
| **Subject:** | RE: Remand in OCWD MTBE |

Mike, I have conferred with counsel for BP. We are continuing to weigh all of our options, and will not be joining a motion to remand the BP and Shell focus plume sites to the Central District of California. Such a motion is not consistent with the Second Circuit's decision. Instead, we intend to develop the record further regarding the privity issue, which is appropriately done in the MDL court in the Southern District of New York. That court currently has jurisdiction over all of the BP and Shell sites at issue in the case, and therefore additional proceedings regarding res judicata issues are more appropriate there than in the Central District of California. We can make arrangements to discuss if you think it would be beneficial.

Best regards.

Peter C. Condron
pcondron@crowell.com
Direct: 202.624.2558

**Crowell & Moring LLP | www.crowell.com**
1001 Pennsylvania Avenue NW
Washington, DC 20004

---

**From:** Michael Axline [mailto:maxline@toxictorts.org]
**Sent:** Thursday, July 20, 2017 6:16 PM
**To:** Condron, Peter; Matthew.Heartney@APORTER.COM
**Cc:** 'Jeffrey Parker'; 'Whitney Roy'; 'Correll, Charles'; 'Kenneth A. Ehrlich'; dmiller@toxictorts.org; 'Tracey O'Reilly'; 'Bryan Barnhart'; Miller & Axline
**Subject:** Remand in OCWD MTBE
**Importance:** High

Pete and Matt

I am following up on our conversations last week regarding next steps in light of the Second Circuit's opinion in the above case.

Now that the mandate has issued and jurisdiction has been transferred back to the MDL Court, the District believes that the next step should be to ask the MDL Court to transfer the Shell and BP focus sites listed in CMO 116 to the Central District of California to be tried along with the already-transferred focus sites. If BP and Shell agree we should draft a joint pleading to the MDL Court submitting a proposed suggestion of remand. . If BP and Shell do not agree the District will submit its own motion.

You can reach me on my cell – (916) 803-6910 at any time tomorrow. If we have not heard from you by the close of business tomorrow (Friday) we will go ahead and file our motion.

Sincerely

1

Mike

Miller & Axline / phone (916) 488-6688 / fax (916) 488-4288 This private communication may be confidential or privileged. If you are not the intended recipient, any disclosure, distribution, or use of information herein or attached is prohibited.

# EXHIBIT 10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| ORANGE COUNTY WATER DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> UNOCAL CORPORATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: SACV 03-01742-CJC(ANx) <br><br> SCHEDULING ORDER |

In light of the parties' stipulation filed February 21, 2017, (Dkt. 250), the Court issues the following Scheduling Order regarding case management and deadlines in advance of the trial in this case.

**A. Trial**

As stated at the status conference held on February 10, 2017, trial is set to begin on **October 17, 2017, at 8:30 a.m.**

**B. Updating Discovery**

The parties shall use the following schedule to update certain discovery items:

1. Production of Data

The parties shall produce updated data regarding water quality and testing by **March 31, 2017.** Included in this production, Plaintiff shall provide a complete copy of the LIMS and WRMS databases and documents related to all investigation and/or remediation that was performed by or on behalf of OCWD. Each Defendant shall provide the results of any water quality testing conducted by it or on its behalf in electronic format such as Excel (to the extent it exists and is reasonably available) since the date of its last production of site remediation files.

2. Production of Agency or Water Producer Correspondence

The parties shall produce all correspondence and materials related to any Focus Plume well or station submitted to or received from any federal, state, regional, or local regulator (*e.g.*, California Department of Public Health (CDPH), California Department of Toxic Substances Control, California State Water Resources Control Board, Regional Water Quality Control Board, Local Oversight Program (LOP), and Certified Unified Program Agency (CUPA)), or Water Producer regarding water quality and testing by **March 31, 2017.**

### 3. Updated Expert Reports

By **April 5, 2017**, the parties will exchange lists of expert witnesses for whom they intend to serve updated expert reports.  The parties are to promptly meet and confer concerning the scope of updated expert discovery, and if the parties are unable to reach an agreement, they will promptly seek the assistance of the Court to resolve any disputes.

To the extent that Plaintiff wishes to update its experts' reports based on new data, such updated reports are due on **April 28, 2017**.  To the extent that any Defendant wishes to update its experts' reports, such updated defense expert reports are due on **May 30, 2017**.  If any party wishes to take the deposition of an expert regarding the content of an updated report, the parties are directed to meet and confer.  If an agreement cannot be reached, the parties may seek leave of Court for a hearing or conference to resolve the issue.

### 4. Damages

Plaintiff is directed to update its responses to Defendants' damages interrogatories to provide all relevant information regarding damages and costs it seeks to recover at trial no later than **June 2, 2017**.  At a minimum, Plaintiff's response must include a chart detailing each item of cost, the date the cost was incurred, the amount of the cost, and a brief explanation of what the cost was for.  The response shall include all past costs Plaintiff seeks to recover and, for any stations for which future damages are available, a description of all future damages Plaintiff is seeking.  At the same time, to the extent it has not already done so, Plaintiff shall produce all documents supporting its claim for damages.  After Plaintiff has served its updated damages discovery responses, the parties shall meet and confer regarding the need for any follow-up depositions.  If the parties are not able to reach a resolution, the parties shall seek leave of the Court for a brief

1  conference or hearing to resolve the issue.  The purpose of the supplementation is to
2  update damages evidence, not to assert new damages theories.

4          5.  Dr. Wheatcraft

6          By **March 31, 2017,** Plaintiff shall identify the 87 wells referenced in ¶ 27 of Dr.
7  Wheatcraft's January 9, 2017, Declaration, (Dkt. 168-2 ("Of the 87 wells that the model
8  predicts breakthrough at some time before the present, every single well that Friedman
9  and Bruya sampled has tested positive with MTBE.")).

11  **C.  Chevron's Motion for Summary Judgment**

13          Pursuant to the Court's October 6, 2016, Order Denying Without Prejudice
14  Chevron's Motion for Summary Judgment, (Dkt. 132), should Defendant Chevron wish
15  to file a second independent motion for summary judgment, such motion shall be filed
16  and briefed as follows:

18    •  Motion due **May 1, 2017**
19    •  Opposition due **June 9, 2017**
20    •  Reply due **June 26, 2017**

22          The Court will hold a hearing on Chevron's motion, if necessary, at **9:00 a.m. on**
23  **July 26, 2017**.

25  //
26  //
27  //
28  //

### D.  Motions in Limine

If parties wish to join in any of the motions in limine that have already been heard by the Court, they may file brief joinders no later than **May 31, 2017**.

New motions in limine are ***strongly disfavored***.  As discussed by the Court repeatedly and at length, motions in limine should only be used to challenge narrow, discrete pieces of evidence.  They will be granted *only* in the rare instance where the evidence is *clearly* inadmissible on *all* potential grounds.  Motions in limine are not to be used as another bite at a motion to dismiss or a motion for summary judgment.  The parties are strongly encouraged to heed the Court's direction regarding motions in limine, particularly in light of the Court's denial of all fifteen of the previously filed motions that ran afoul of this Court's guidance.  Finally, the Court reminds the parties once again of its strong belief that in nearly all instances "evidentiary rulings should be deferred until trial so that questions of foundation, relevancy and potential prejudice may be resolved in proper context."  *Hawthorne Partners v. AT & T Techs., Inc.*, 831 F. Supp. 1398, 1400–01 (N.D. Ill. 1993).

Nevertheless, should the parties believe that additional motions in limine, unlike the prior set of fifteen, fit within this Court's parameters and expectations, have merit, and are necessary, the parties shall follow the briefing schedule set forth below:

- Motions due **June 19, 2017**
- Oppositions due **July  10, 2017**
- Replies due **July 24, 2017**

The Court will hold a hearing on any motions in limine at 3:00 p.m. on **July 31, 2017**.

**E.  Jury Qualification/Questionnaire Conference**

The Court will hold a conference for all parties at **3:00 p.m. on June 26, 2017**, for the purpose of finalizing the Jury Qualification letter and Jury Questionnaire to be sent to prospective jurors.

In advance of this conference, the parties are to meet and confer regarding the content of the Jury Questionnaire.

The parties shall submit to the Court a draft Joint Jury Questionnaire no later than **June 14, 2017**.  To the extent that the parties are not able to agree on certain questions, the parties should identify the disputed questions for the Court and provide brief statements explaining the parties' respective positions.

**F.  Jury Instructions Conference**

The Court will hold a conference at **3:00 p.m. on September 11, 2017**, for all parties for purposes of preparing the jury instructions and verdict form.  The parties are directed to meet and confer regarding jury instructions and verdict form prior to this conference and prepare a joint submission.  The parties are directed to exchange proposed jury instructions on **August 1, 2017**.  The joint submission is due **September 1, 2017**.

The joint submission shall include the following: (1) agreed upon jury instructions; (2) disputed jury instructions offered by Plaintiff; and (3) disputed jury instructions offered by Defendant(s).  To the extent that certain instructions are disputed, the parties shall provide brief statements explaining the dispute.  The joint submission shall include a brief statement of the case to be read to the jury.  The joint submission shall also

1   include a proposed verdict form.  If the parties are not able to agree on a verdict form, the

2   parties may submit competing versions.

4   **G.  Working Session and Final Status Conference**

6       The Court will hold a Working Session with all parties at **3:00 p.m. on September**

7   **25, 2017**, and Final Status Conference at **3:00 p.m. on October 2, 2017**.

9       1.  Working Session

11      The purpose of the Working Session will be to review and resolve issues regarding

12  the witness list and exhibit list.  In advance of this Working Session, the parties are to

13  meet and confer and prepare the following documents:  (1) Joint Witness List; and (2)

14  Joint Exhibit List.  These documents must be submitted to the Court no later than

15  **September 18, 2017**.

17      In order to meet the September 18 deadline, the parties will use the following

18  schedule to guide their meet and confer efforts:

20  •   Parties shall exchange list of expert witnesses that they intend to call at trial by

21      **August 4, 2017**.

22  •   Parties shall exchange preliminary list of fact witnesses that they intend to call at

23      trial and note which witnesses will be presented via deposition testimony by

24      **August 11, 2017**.

25  •   Parties shall exchange preliminary exhibit lists by **August 25, 2017**.

27  //

28  //

2.  Final Status Conference

The purpose of the Final Status Conference will be to resolve any remaining issues regarding trial preparation and to review and finalize deposition designations.  On **September 25, 2017**, the parties shall file a Joint Designation of Testimony To Be Presented Via Deposition.  This submission shall contain all of the parties' designations and highlight for the Court objections that the parties have not been able to resolve. In order to prepare the Final Status Conference, the parties will use the following schedule:

• Parties shall exchange deposition designations for witnesses that Plaintiff intends to offer in its case-in-chief via deposition and witnesses that Defendants anticipate they may offer in their defense via deposition by **August 18, 2017**.

• Parties shall exchange deposition counter-designations for witnesses the opposing party designates to testify via deposition by **September 8, 2017**.

• If a party designates a deposition testimony witness on an issue for which the opposing party needs to designate a rebuttal witness to testify via deposition, the opposing party shall provide deposition designations for such rebuttal witness(es) by **September 15, 2017**.

• To the extent rebuttal witness designations are made, the opposing parties shall provide rebuttal witness counter-designations by **September 20, 2017**.

DATED:      February 23, 2017

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1   *In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
    *Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968
2   U.S.D.C. Central District of CA Case No. SACV 8: 03-01742-CJC-ANx

3   ## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

4          I am a citizen of the United States and an employee in the County of Sacramento.  I am
5   over the age of eighteen (18) years and not a party to this action.  My business address is Miller
    & Axline, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

6          On the date executed below, I electronically served the document(s) via LexisNexis File
7   & Serve, described below, on the recipients designated on the Transaction Receipt located on the
    LexisNexis File & Serve website:

8
9   **DECLARATION OF MICHAEL AXLINE IN SUPPORT OF PLAINTIFF ORANGE
    COUNTY WATER DISTRICT'S MOTION TO REMAND PHASE 1 CLAIMS AGAINST
10  DEFENDANTS TEXACO REFINING AND MARKETING, INC., EQUILON
    ENTERPRISES LLC, SHELL OIL COMPANY, D/B/A SHELL OIL PRODUCTS US,
11  ATLANTIC RICHFIELD COMPANY, F/K/A ARCO PETROLEUM COMPANY, D/B/A
    ARCO PRODUCTS COMPANY A/K/A ARCO, BP PRODUCTS NORTH AMERICA,
12  INC., BP WEST COAST LLC**

13
14
15
16         I declare under penalty of perjury that true and correct copies of the above document(s)
17  were served via LexisNexis File & Serve on July 25, 2017.

18
19
20                                             *Kathy Herron*
21                                             KATHY HERRON
22
23
24
25
26
27
28