# Orange County Water District



DRAFT

# Budget Report
# FY 2015-2016

# ORANGE COUNTY WATER DISTRICT
# HISTORY AND CHARACTER

The District receives an average of only 13 to 15 inches of rainfall annually, yet sustains a population of approximately 2.4 million people. The residents and businesses within the District have two primary sources of drinking water. One source is a natural underground reservoir, called the Orange County groundwater basin. The other source, referred to as imported water, comes from Colorado through the Colorado River Aqueduct and from the Sacramento/San Joaquin Delta in Northern California through the State Water Project.

The groundwater basin was used by early settlers to supplement flows from the Santa Ana River.

As the area developed into a thriving agricultural center, the increased demand upon the subsurface water by the county's many wells resulted in a gradual lowering of the water table. In response, the Orange County Water District was formed in 1933 by a special act of the California State Legislature. OCWD manages the groundwater basin that underlies the northwest half of the county, supplying a significant percentage of the District's total water demand.  The remaining demand is obtained through the Colorado River Aqueduct and State Water Project via the Metropolitan Water District of Southern California and the Municipal Water District of Orange County.



## DISTRICT VITAL STATISTICS

```
Date of Enactment:        1933
Form of Government:       Special District of the State of California
Area (square miles):      358
Employees (full-time equivalent): 218.5
```

Major Groundwater Producing Agencies:

| | |
|---|---|
| Anaheim, City of | Mesa Water District |
| Buena Park, City of | Newport Beach, City of |
| East Orange County Water District | Orange, City of |
| Fountain Valley, City of | Santa Ana, City of |
| Fullerton, City of | Seal Beach, City of |
| Garden Grove, City of | Serrano Water District |
| Golden State Water Company | Tustin, City of |
| Huntington Beach, City of | Westminster, City of |
| Irvine Ranch Water District | Yorba Linda Water District |
| La Palma, City of | |