# Orange County Water District



# Budget Report
# FY 2017-2018

## OFFICE OF THE GENERAL MANAGER

```
                General Counsel          General Manager
                  (Outside) .............    Markus

                                                       Assistant GM
                                                       Water Quality &
                                                       Regulations
                                                         Wehner
         Executive Director    Executive Director                    Executive Director
           Operations         Engineering & Water                    Planning & Natural    CFO/Treasurer
             Dunivin              Resources                              Resources            Fick
                                   Kennedy                                Woodside

                               Director of Special     Director
                                   Projects          Public Affairs
                                     Hunt               Torres

   Senior Administrative
      Coordinator
         Warren

Administrative    Administrative
   Support           Support
  Technician        Technician
    Krause          N. Nguyen

Administrative
   Support
  Technician
    Gamez
```

### Summary Information

### Existing Staff –6 FTEs

    1 – General Manager

    1 – Senior Administrative Coordinator

    3 – Administrative Support Technicians

    1 – Director of Special Projects

### Mission

Implement the policies of the Board of Directors.

### Key issues for FY 2017-18

- Continue work on the Prado Basin CA feasibility study to increase water conservation at Prado Dam to elevation 505 year-round
- Continue to provide analysis for the proposed Huntington Beach Desalination project
- Preparation of design documents for the GWRS Final Expansion
- Implementation of North & South Basin Contamination Clean-up Strategies
- Securing funding for capital projects through State or Federal programs

♦ Securing funding for capital projects through State or Federal programs

| Account Information | FY 2015-16 Actual | FY 2016-17 Budget | FY 2017-18 Proposed Budget |
|---|---|---|---|
| Salaries and Benefits | 691,222 | 959,535 | 992,460 |
| Services and Supplies | 1,661,493 | 1,431,450 | 1,578,360 |
| **Total** | **$2,352,715** | **$2,390,985** | **$2,570,820** |

**I       FY 2017-18 Major New Initiatives/Programs**

With Board approval, commence strategic planning workshops with Directors and staff on major initiatives for the next five years.

**II      Core Activities**

The General Manager's Office is charged with directing the activities of 220.5 full time employees in their efforts to manage and protect the Orange County groundwater basin, which supplies the majority of the water used by 2.4 million people living in northern Orange County.

Core activities include:

- ♦ Implementing and communicating the policies of the Board of Directors
- ♦ Supporting and preparing for Board and Committee meetings
- ♦ Managing organizational issues
- ♦ Managing outside legal services
- ♦ Coordinating legislative activities
- ♦ Providing external communications
- ♦ Participation in WateReuse to help support District initiatives and policy development for indirect and direct potable reuse
- ♦ Attending Santa Ana Water Project Authority (SAWPA) meetings and engaging the member agencies general managers in upper Santa Ana watershed activities
- ♦ Coordination with Municipal Water District of Orange County (MWDOC), Association of California Water Agencies (ACWA), and groundwater producers
- ♦ Providing mailroom and copy production support services
- ♦ Managing organizational memberships and office supplies

**III     Non-Core Activities**

- ♦ Numerous requests for presentations and tours of District facilities

### IV  Group Goals for FY 2017-18

<u>Lawsuits</u> – Actively manage and pursue legal actions including:

- MTBE litigation
- North Basin Groundwater Protection Project
- South Basin Groundwater Protection Project

<u>Legislation</u> - Advocate for the District's legislative interests at the federal, state, and local levels. Actively monitor and aggressively support/oppose legislation impacting the District's operations as necessary.

- *Federal:* Work with the Army Corps of Engineers (ACOE) to pursue additional water conservation and development of a sediment removal project behind Prado Dam.  Work with the Environmental Protection Agency to secure additional State Revolving Funds for California.  Continue working with federal legislators to secure funding for District projects and visit legislators and legislators' staff in Washington D.C.
- *State:*  Work with Association of California Water Agencies (ACWA), SAWPA, California Special Districts Association (CSDA), WateReuse, and others to: monitor potential legislation concerning water quality, prevent shifting property tax revenue, and oppose legislating local issues; support good governance measures; monitor and apply for infrastructure/resources bond funding opportunities; monitor State Regional Board movement to change recycled water policy; and monitor and take positions on legislation of importance to the District; and visit legislators and legislators' staff in Sacramento.
- *Local:* Work with local agencies, organizations, (including the Orange County Business Council [OCBC],Orange County Association of California Cities [ACC-OC] and Orange County Council of Government [OCCOG]), elected officials and their staff members to protect the District's interests and operations. Meet with county supervisors and local city councilmembers.

<u>GWRS Operation</u> – Achieve production of 103,000 acre-feet

<u>Organizational</u> – Work to improve recruitment and retention of employees

<u>Metropolitan Water District of Southern California (MWD)</u> – Actively participate in development of new policies dealing with groundwater issues

<u>Grant Funding</u> – Actively pursue any source of grant funding for selected projects

### V  Pending Activities

- Active participation in WateReuse and ACWA
- Actively pursue operational efficiencies and explore additional opportunities for supply to the groundwater basin

- Continue to develop relationships with both SAWPA and non-SAWPA upper Santa Ana River watershed agencies

## VI  Staff Addition Needed for FY 2017-18

None

## VII  Future Issues

None

# PUBLIC AFFAIRS



## Summary Information

## Existing Staff –7 FTEs

    1 – Director of Public Affairs

    1 – Legislative Affairs Liaison

    1 – Principal Communications Specialist

    1 – Senior Communications Specialist

    1 – Communications Specialist

    1 – Community Outreach & Education Coordinator

    1 – Senior Administrative Support Specialist

## Mission

To demonstrate OCWD's value to community stakeholders; to inform stakeholders about District projects and highlight programs, projects and achievements that demonstrate the District's commitments to water quality, water supply and reliability, sound financial management, industry leadership and innovation, sound planning, transparency and environmental stewardship; provide communications support for OCWD Board, General Manager and staff; and, forge and maintain relationships and partnerships with Producers, elected officials, related professional membership associations, key community organizations, media and other stakeholders.

**Key Issues for FY 2017-18**

- Creating and implementing legislative strategy
- Water bond funding for District projects
- Prado Basin Feasibility Study
- Marketing of Bottled GWRS Water
- Commemorating 10th Anniversary of GWRS
- Wide community engagement, with extensive face-to-face community and media outreach
- Implement middle school and high school tour program
- Marketing of education programs and District learning center
- Launch of new Water Hero Program
- Crisis communications
- National Contingency Plan and groundwater cleanup communications
- Support for exploration of desalination and GWRS final expansion
- Increase social media presence

| Account Information | FY 2015-16 Actual | FY 2016-17 Budget | FY 2017-18 Proposed Budget |
|---|---|---|---|
| Salaries and Benefits | 917,373 | 954,843 | 1,047,578 |
| Services and Supplies | 643,454 | 828,750 | 871,124 |
| **Total** | **$1,560,827** | **$1,783,593** | **$1,918,702** |

**I   FY 2017-18 MAJOR NEW INITIATIVES/PROGRAMS**

- Finalize and implement middle school and high school tour program with Inside the Outdoors.
- Seek funding and start design for a wildlife and watershed exhibit featuring the District's collection of taxidermy.
- Design and implement marketing and outreach program for the new tour and hallway programs and to maximize exposure for speaker bureau activities and District accomplishments.
- Work with legislators, legal counsel and legislative consultants to secure support for District groundwater contamination clean-up projects and other District projects.
- Schedule and provide support for bi-yearly meetings with individual Producers
- Mange website, social media and district collateral editorial calendars.
- Marketing GWRS bottled water
- Commemorate 10th Anniversary of the GWRS
- Produce quarterly communications regarding District groundwater cleanup efforts

- Assist planning in submitting funding applications and securing support for water bond funding.
- Organize District photo, video and graphics library with high definition images.
- Provide support as needed for ocean desalination exploration.
- Increase social media presence.
- Event, awards submittals and media for the Water Education Corridor Project and bottling of GWRS.

**II   CORE ACTIVITIES**

- Continue to build awareness and support for OCWD's programs and projects by communicating to key elected officials, community leaders, stakeholders, businesses, environmental groups, etc.
- Manage editorial calendars for websites, social media and publications to keep information timely.
- Work with legislature regarding groundwater contamination remediation and other priorities.
- Continue to advocate for Prado Basin Feasibility Study
- Market and maintain new Water Hero Program.
- Increase social media presence through GWRS bottled water campaign and tour onsite Water Drop Mosaic campaign.
- Distribute weekly Water Lines media feed and produce monthly Hydrospectives newsletter.
- Continue to survey 25-35 % of tour guests; Surveys are part of water reuse global research projects.
- Continue construction Outreach – provide support to all departments doing new and/or regular maintenance projects
- Apply for grants for Children's Water Education Festival, H2O Learning Center, Water Hero, and Tour Program.
- Continue to assist other departments in applying for grants involving construction, studies, water capture, water quality, etc.
- Video production and graphics for corporate fact sheets, website and company brochure.
- Work with WateReuse Research Foundation and Association to advance Direct Potable Reuse
- 9th Annual Water Summit.
- Continue to produce monthly press releases.
- Award submittals
- Media relations - Pitch media for coverage on newly completed projects (GWRS bottled water, GWRS 10th Anniversary and middle school and high school tour programs

- Monthly committee write-ups.
- Monthly WACO meetings.
- Continue to participate in and lead various water associations' working groups/committees (ACWA, WRA, CSDA, ISDOC, SAWPA, etc.).
- Maintain and update hallway interactive displays and videos.
- Conduct annual Groundwater Adventure Tour of OCWD facilities for groundwater producers, general managers, and staffs.
- Work with city councils, city managers and water boards to be more informed and supportive of OCWD's commitments, goals and objectives.
- Assist OCWD Board members in their communication efforts with their stakeholders.
- Improve communications for and between OCWD Public Affairs Department and groundwater producers' public information representatives in order to generate a positive, mutually beneficial relationship and increase clarity of wholesaler/retailer messages.
- Be responsive to needs of community neighbors impacted by OCWD construction, operations or projects, so that they understand the need for the work and so that impacts are mitigated as much as possible.
- Ensure OCWD's innovations are noted in trade publications by developing relationships with key trade press.
- Keep elected officials and their staff members up-to-date and supportive of OCWD issues and needs.
- Build recognition, trust and awareness of OCWD in leading community organizations.
- Maintain support of OCWD's environmental efforts by communicating with local environmental organizations.
- Continue to support communication efforts of other OCWD departments including water quality and emerging contaminants outreach, legislative support, and water rights.
- Continue proactive media relations program, including distributing press releases, contacting and meeting with new local reporters, coordinating media tours and monitoring news media.
- Inform stakeholders about District projects and highlight programs, projects and achievements that demonstrate the District's commitments to water quality, water supply and reliability, sound financial management, industry leadership and innovation, and environmental stewardship.
- Provide communications support to OCWD Board, General Manager, and staff.
- Communicate effectively, both internally and externally, about OCWD and its mission.

- Forge and maintain relationships and partnerships with Producers, elected officials, related professional membership associations, businesses, key community organizations, environmental groups, media and other stakeholders.
- Additional functions and key tasks include crisis management, marketing, media relations, community relations, reputation management, outreach and education.
- Other related activities.

### III   NON-CORE ACTIVITIES

- Support of outside water industry agencies (American Water Works Association Research Foundation [AWWARF], WateReuse, the Clean Water Alliance, Water Environment Research Foundation, ACWA, National Water Research Institute [NWRI], etc.) for research support, conference support, etc.
- Other related activities.

### IV   GROUP GOALS FOR FY 2017-18

- Reach new audiences and strengthen and build upon existing relationships.
- Demonstrate value/importance of OCWD groundwater management to cities, producers, policy makers, media, residents, and businesses.
- Secure legislative, business and community trust and support for District projects.
- Set OCWD apart from other special districts.
- Execute a marketing plan for GWRS bottled water that generates positive media attention and increases presence on social media platforms

### V   PENDING ACTIVITIES

None

### VI   STAFF ADDITION NEEDED FOR FY 2017-18

None

### VII   FUTURE ISSUES

None