UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |
| This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al.,*<br>USDC-SDNY Civ. No. 07-10470 (VSB)<br>USDC-PR Civ. No. 07-01505 (CCC) | Civil Action |

## ORDER

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Trammo Petroleum, Inc. and Trammo Caribbean, Inc., it is hereby:

ORDERED that Defendants Trammo Petroleum, Inc. and Trammo Caribbean, Inc. are dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge

Dated: New York, New York

___September 11_____, 2017