UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* <br><br> This document relates to: <br><br> *Commonwealth of Puerto Rico v. Shell Oil Co., et al.,* <br> USDC-SDNY Civ. No. 14-01014 (VSB) <br> USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898 <br> MDL 1358 (VSB) <br> M21-88 <br><br> Civil Action |

## ORDER

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Trammo Petroleum, Inc. and Trammo Caribbean, Inc., it is hereby:

ORDERED that Defendants Trammo Petroleum, Inc. and Trammo Caribbean, Inc. are dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED:

Vernon S. Broderick
United States District Judge

Dated: New York, New York

September 13, 2017