UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | **Master File No. 1:00-cv-01898 MDL 1358 (VSB)** |

---

**This Document Relates to:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.*, No. 1:14-CV-06228-VSB

---

## MOTION FOR WITHDRAWAL OF APPEARANCE OF EUGENE GIOTTO

Consistent with Local Civil Rule 1.4, Eugene Giotto moves this Court to enter an order withdrawing his appearance in the above-captioned matter on behalf of Defendant Guttman Energy. The law firm of Buchanan Ingersoll & Rooney PC will continue to represent this defendant and Stephen Riccardulli, Esquire, will soon file an entry of appearance on its behalf. Defendant Guttman Energy has been advised of and consents to this development.

| | |
|---|---|
| Dated: November 2, 2017 | Respectfully submitted, |
| | /s/Eugene A. Giotto |
| | Eugene A. Giotto, Esquire |
| | Pa. I.D. #58286 |
| | egiotto@cozen.com |
| | |
| | **COZEN O'CONNOR** |
| | One Oxford Centre, 26th Floor |
| | Pittsburgh, PA 15219 |
| | Telephone: 412-620-6500 |
| | Fax: 412-275-2390 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*  **Master File No. 1:00-cv-01898**
*Products Liability Litigation*  **MDL 1358 (VSB)**

---

**This Document Relates to:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-VSB**

---

### CERTIFICATE OF SERVICE

I certify that on November 2, 2017, a true and correct copy of the foregoing Motion for Withdrawal was electronically served on counsel of record via LexisNexis File & Serve.

/s/Eugene A. Giotto
Eugene A. Giotto, Esquire
Pa. I.D. #58286
egiotto@cozen.com

**COZEN O'CONNOR**
One Oxford Centre, 26th Floor
Pittsburgh, PA 15219
Telephone: 412-620-6500
Fax: 412-275-2390

LEGAL\33210528\1