UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

Master File No. 1:00-cv-01898
MDL 1358 (VSB)

---

**This Document Relates to:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.*, No. 1:14-CV-06228-VSB

---

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Eugene Giotto as counsel of record for Defendant Guttman Energy, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED,

Dated:_____, 2017

_____
HON. VERNON S. BRODERICK

LEGAL\33210528\1