UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898(VSB)<br>MDL 1358<br><br>NOTICE OF APPEARANCE<br>OF VERNON A. CASSIN |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Vernon A. Cassin of Baker Botts L.L.P. hereby appears as counsel for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp., and WilcoHess LLC in the above-captioned action and requests that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by electronic mail to the address below.

Dated: Washington, DC
November 17, 2017

Respectfully submitted,

/s/ Vernon A. Cassin

Vernon A. Cassin (#4777157)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel.:   (202) 639-7700
Fax:    (202) 639-7890
vernon.cassin@bakerbotts.com
*Attorneys for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp, WilcoHess LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017 I caused to be electronically filed the foregoing Notice of Appearance of Vernon A. Cassin with the Clerk of the Court via CM/ECF. Notice of this filing will be sent to all counsel of record by ECF, and by email to Defendants' Liaison Counsel. Parties may access the filing through the Court's CM/ECF System.

/s/ Vernon A. Cassin
Vernon A. Cassin