UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(VSB)<br>MDL 1358<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE OF STEVEN L. LEIFER** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES OF RECORD:**

Pursuant to Local Civil Rule 1.4, Steven L. Leifer moves this Court to enter an order withdrawing his appearance in the above-captioned matters on behalf of Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp., and WilcoHess LLC ("Defendants"). Mr. Leifer is retiring from Baker Botts L.L.P.

Defendants will continue to be represented in this action by other attorneys from Baker Botts L.L.P., including the undersigned. In addition, we intend to file a *pro hac vice* motion for the admission of Joshua Frank, a partner from Baker Botts L.L.P. Defendants have been advised of and consent to this development. Counsel for Plaintiff was advised of this motion before its filing.

Dated: Washington, DC
     December 18, 2017                      Respectfully submitted,

                                                    /s/ Vernon A. Cassin

                                                    Vernon A. Cassin (#4777157)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel.:   (202) 639-7700
Fax:   (202) 639-7890
vernon.cassin@bakerbotts.com
*Attorneys for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp, WilcoHess LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017 I caused to be electronically filed the foregoing Motion for Withdrawal of Steven L. Leifer with the Clerk of the Court via CM/ECF. Notice of this filing will be sent to all counsel of record by ECF. Parties may access the filing through the Court's CM/ECF System.

                                                        /s/ Vernon A. Cassin
                                                        Vernon A. Cassin