UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(VSB)<br>MDL 1358 |

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Steven L. Leifer as counsel of record for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp., and WilcoHess LLC, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED,

Dated: December 19, 2017

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge