UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")     Case No. MDL 1358
Products Liability Litigation
**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Eugene A. Giotto**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Buchanan Ingersoll & Rooney PC, One Oxford Centre
                  FIRM ADDRESS: 20th Floor, 301 Grant Street, Pittsburgh, PA 19219
                  FIRM TELEPHONE NUMBER: (412) 562-8800
                  FIRM FAX NUMBER: (412) 562-1041

NEW FIRM:     FIRM NAME: Cozen O'Connor, One Oxford Centre, 26th floor,
                  FIRM ADDRESS: 301 Grant Street, Pittsburgh, PA 15219
                  FIRM TELEPHONE NUMBER: (412) 620-6560
                  FIRM FAX NUMBER: (412) 275-2390

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: Nov. 16, 2017         *Eugene A. Giotto*
                                             ATTORNEY'S SIGNATURE