UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether ("MTBE")         MDL 1358
Products Liability Litigation

This document relates to:

*Commonwealth of Pennsylvania v. Exon Mobil Corporation, et al., Case No. 14-cv-06228*
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for the Defendants Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC, appears in this case and requests that all notices, all papers and all pleadings served or required to be served be given to the undersigned.

Dated: New York, New York
       November 10, 2017

COZEN O'CONNOR

By:  s/ Matthew L. Elkin

Matthew L. Elkin
45 Broadway Atrium, Suite 1600
New York, New York 10006
Telephone: (212) 453-3786
Facsimile: (917) 521-5869
Email melkin@cozen.com

*Attorneys for Defendants
Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Marathon Petroleum Company LLC and Speedway LLC*