| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>     Plaintiffs,<br><br>    v.<br><br>ATLANTIC RICHFIELD CO., et al.,<br><br>     Defendants. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK IN RE MTBE LITIGATION MASTER FILE No. 1:00-1898 MDL No. 1358 (VSB)<br><br><u>Civil Action No. 08 Civ. 00312</u><br><br>ORDER FOR FEES RELATED TO THE SETTLEMENT WITH DEFENDANTS SUNOCO, INC. and SUNOCO, INC. (R&M) and the AUGUST 8, 2017 DISTRIBUTION FROM THE SETTLEMENT WITH LYONDELL CHEMICAL COMPANY |

  **THIS MATTER** having come before the Court on application by Cohn Lifland Pearlman Herrmann &Knopf LLP ("CLPHK") (Leonard Z. Kaufmann appearing), on behalf of CLPHK and on behalf of Miller and Axline P.C., the Law Office of John K. Dema, P.C. and Berger & Montague P.C. (collectively referred to herein as "Special Counsel"), and upon notice to and with the support of Christopher S. Porrino, Attorney General of the State of New Jersey, upon motion of Special Counsel to establish the Attorneys Fees to be paid on the recovery resulting from the settlement with defendants Sunoco Inc. and Sunoco Inc. (R&M) (collectively "Sunoco"), and on the August 8, 2017 distributions related to the settlement with Lyondell Chemical Company ("Lyondell"), and the Court having read and considered the papers submitted, and good cause having been shown for the making and granting of the within Order;

  It is on this _____ day of _____, 2017;

ORDERED as follows:

1. Special Counsel shall be and herby is entitled to a fee of twenty percent (20%) of the net recovery resulting from the settlement with Sunoco, and the August 8, 2017 distributions received by plaintiffs related to the settlement with Lyondell. The Court finds such fee to be reasonable and in accordance with Rule 1:21-7 of the Rules Governing the Courts of New Jersey and Rule 1.5 of the New Jersey Rules of Professional Conduct.

2. Plaintiffs shall pay said amount to Special Counsel forthwith, specifically: Twelve million, six hundred and six thousand, six hundred and one dollars and fifteen cents ($12,606,601.15).

3. A copy of the within Order shall be served upon the Office of the Attorney General of the State of New Jersey within five (5) days of the receipt thereof.

SO ORDERED.

Vernon S. Broderick   12/22/2017
United States District Judge

