UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898 (VSB) MDL No. 1358 |
| **This document relates to:** *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/27/2017 |

**~~PROPOSED~~ ORDER APPROVING WITHDRAWAL OF APPEARANCE**

The Motion for Withdrawal of Appearance of Linda C. Barrett as counsel of record for Plaintiffs, the Commonwealth of Pennsylvania, the Pennsylvania Insurance Department, the Pennsylvania Department of Environmental Protection and the Pennsylvania Underground Storage Tank Indemnification Fund under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED,

Date: __December 27__, 2017

*[signature]*
Vernon S. Broderick
United States District Judge