UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) MDL 1358 |

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

## MOTION FOR WITHDRAWAL OF APPEARANCE OF MARK S. LILLIE

Pursuant to Local Civil Rule 1.4, Mark S. Lillie moves this Court to enter an order withdrawing his appearance in the above-captioned matters on behalf of Defendants BP America Inc., BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., BP West Coast Products LLC ("BP Defendants").  The BP Defendants will continue to be represented in this action by other attorneys from Kirkland & Ellis LLP.

Dated:  January 3, 2018

Respectfully submitted,

/s/ Mark S. Lillie
Mark S. Lillie (#6227288)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.:    (312) 862-2000
Fax:    (312) 862-2200
mark.lillie@kirkland.com
*Attorneys for Defendants BP America Inc.,
BP Holdings North America Limited,
BP p.l.c., BP Products North America Inc.,
BP West Coast Products LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2018 I caused to be electronically filed the foregoing Motion for Withdrawal of Appearance of Mark S. Lillie with the Clerk of the Court via CM/ECF. Notice of this filing will be sent to all counsel of record by ECF. Parties may access the filing through the Court's CM/ECF System.

/s/ Mark S. Lillie
Mark S. Lillie