UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) MDL 1358 |

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Mark S. Lillie as counsel of record for Defendants BP America Inc., BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., BP West Coast Products LLC, under Local Civil Rule 1.4, is hereby GRANTED. SO ORDERED.

Dated: _____, 2018

_____
HON. VERNON S. BRODERICK