UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898(VSB)<br>MDL 1358<br><br>**Motion for Admission**<br>**Pro Hac Vice** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Joshua Frank hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp., and WilcoHess LLC in the above-captioned action.

   I am a member in good standing of the Bar of the District of Columbia and an inactive member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affirmation required under Local Rule 1.3.

Dated: January 5, 2018

Respectfully submitted,

/s/ Joshua Frank
Joshua Frank
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave. N.W.
Washington, DC 20004
Tel. 202.639.7700
joshua.frank@bakerbotts.com

*Attorney for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp, WilcoHess LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, I caused to be electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court via CM/ECF. Notice of this filing will be sent to all counsel of record by ECF. Parties may access the filing through the Court's CM/ECF System.

/s/ Vernon A. Cassin
Vernon A. Cassin
