UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898(VSB) MDL 1358 |
| **This document relates to:** | ECF case |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | |

**AFFIDAVIT OF JOSHUA FRANK IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Joshua Frank, being sworn, hereby affirms as follows:

1. I am a Partner at the law firm of Baker Botts L.L.P., located in Washington, D.C.

2. I submit this affirmation in support of the motion of Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp., and WilcoHess LLC for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and an inactive member in good standing of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. I respectfully request to be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned cases for the Defendants listed in paragraph 2.

Dated: January 5, 2018

/s/ Joshua Frank
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave. N.W.
Washington, DC 20004
Tel. 202.639.7700
joshua.frank@bakerbotts.com

*Attorney for Defendants Marathon Oil Corporation, Marathon Petroleum Company LP, Marathon Petroleum Corporation, Hess Corporation, Hess Oil Virgin Islands Corp, WilcoHess LLC*



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOSHUA FRANK

was on **DECEMBER 7, 1998** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on DECEMBER 22, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Joshua Bradford Frank

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/21/1998 and is in good standing, so far as the records of this office disclose.

Further, the referenced attorney is registered as an inactive attorney pursuant to Supreme Court Rule 756(a)(5), and therefore is no longer eligible to practice law or hold himself/herself out as being authorized to practice law in Illinois.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of December, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois