**EXHIBIT A**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 19, 2018


Re: Sammy Ford IV, State Bar Number 24061331

To Whom It May Concern:

This is to certify that Sammy Ford IV was licensed to practice law in Texas on January 10, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167