UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228-VSB | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB)<br>M21-88<br><br>**AFFIDAVIT OF SAMMY FORD IV IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF TEXAS        )

COUNTY OF HARRIS   )

SAMMY FORD IV, being duly sworn, deposes and states under oath: I am an attorney with Ahmad Zavitsanos, Anaipakos, Alavi & Mensing P.C. and counsel for Defendant Nustar Terminals Operations Partnership, L.P. I make these statements of the facts set forth herein and in support of my motion for admission as *pro hac vice* to represent Defendant Nustar Terminals Operations Partnership, LP in this matter.

I have never been convicted of a felony and I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently against me.

I am a member in good standing of the Bar of the State of Texas, I am experienced in Federal practice and am familiar with the Federal Rules of Procedure.

_____
Sammy Ford IV

Sworn before me this 22nd day of January 2018.

_____
Notary Public

TRACY M. ZAMORA
ID #4571724
My Commission Expires
March 28, 2020