UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228-VSB | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB)<br>M21-88<br><br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sammy Ford IV, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sammy Ford IV |
| Firm Name: | Ahmad Zavitsanos, Anaipakos, Alavi & Mensing P.C. |
| Address: | 1221 McKinney, Suite 2500 |
| City/State/Zip: | Houston, Texas 77010 |
| Telephone/Fax: | (713) 655-1101 / (713) 655-0062 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Nustar Terminals Operations Partnership, LP in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

United States District Court
Southern District of New York