UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228-VSB | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB)<br>M21-88 |

## **CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sammy Ford IV hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Nustar Terminals Operations Partnership, LP in the above-captioned action.

I am a member in good standing of the Bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

AHMAD ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.

/s/ Sammy Ford IV
Todd W. Mensing (pro hac vice)
Texas Bar No. 24013156
tmensing@azalaw.com
Edward B. Goolsby (pro hac vice)
Texas Bar No. 24092436
egoolsby@azalaw.com
Sammy Ford IV
Texas Bar No. 24061331
sford@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

**ATTORNEYS FOR DEFENDANT, NUSTAR TERMINALS OPERATIONS PARTNERSHIP, LP**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 23, 2018.

                                            /s/ Sammy Ford IV
                                            Sammy Ford IV