UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |
| **This Document Relates To:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda A. Jacobowski, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affirmation required under Local Rule 1.3.

Dated:  January 23, 2016	Respectfully submitted,

/s/ *Amanda A. Jacobowski*
Amanda A. Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000 Telephone
(312) 862-2200 Facsimile
amanda.jacobowski@kirkland.com

*One of the Attorney for Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., and BP West Coast Products LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion for Admission Pro Hac Vice, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 23, 2018.

                                                        _/s/ Amanda A. Jacobowski_ _____
                                                          Amanda A. Jacobowski