UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Steven C. Greene, et al.        Plaintiff,

Case No. 1:00-cv-01898-VSB

-against-

Amerada Hess Corporation, et al.   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Chad W. Higgins
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A        My State Bar Number is: N/A

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Goodwin Procter LLP
             FIRM ADDRESS: 100 Northern Avenue, Boston, MA 02210
             FIRM TELEPHONE NUMBER: 617-570-1000
             FIRM FAX NUMBER: 617-523-1231

NEW FIRM:    FIRM NAME: Bernstein, Shur, Sawyer & Nelson, P.A.
             FIRM ADDRESS: 100 Middle Street, PO Box 9723, Portland, ME 04104
             FIRM TELEPHONE NUMBER: 207-228-7186
             FIRM FAX NUMBER: 207-774-1127

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 5, 2018

/s/ Chad W. Higgins
_____
ATTORNEY'S SIGNATURE