| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> SOUTHERN DISTRICT OF NEW YORK ) <br> ) <br> ) <br> ) <br> In re: Methyl Tertiary Butyl Ether ) <br> ("MTBE") Products Liability Litigation ) <br> ) <br> ) <br> ) <br> ) <br> This document relates to: All cases ) <br> ) <br> ) | Master File No. 1:00-1898 <br> MDL 1358 (SAS) <br> M21-88 <br><br><br> STIPULATION AND ORDER OF <br> SUBSTITUTION OF COUNSEL |

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 1.4, it is hereby stipulated and agreed by the undersigned counsel that Amy E. Parker and Carlton D. Wilde, III of Bracewell LLP shall be substituted by the following as counsel of record for Defendant Total Petrochemicals & Refining USA, Inc., f/k/a Atofina Petrochemicals, Inc. ("Total") in the above captioned MDL proceeding:

| | |
|---|---|
| Traci L. Lovitt <br> Jones Day <br> 100 High Street, 21st Floor <br> Boston, MA 02110-1781 <br> Telephone: (614)449-6900 <br> Facsimile: (617)449-6999 <br> tlovitt@JonesDay.com | Christopher H. Domingo (*pro hac vice* application forthcoming) <br> Diane Myers (*pro hac vice* application forthcoming) <br> Jones Day <br> 717 Texas, Suite 3300 <br> Houston, TX 77002 <br> Telephone: (832)239-3827 <br> Facsimile: (832)239-3600 <br> cdomingo@JonesDay.com <br> dmyers@JonesDay.com |

Upon entry of this Order, Ms. Parker and Mr. Wilde shall be removed from the Court's service list, and all pleadings, notices of hearing, and other filings in the cases consolidated in this proceeding shall be served upon the aforementioned incoming counsel. Substitution of counsel will not delay the proceeding, nor will it cause prejudice to any other party.

Dated:   February 14, 2018                           Respectfully submitted,

/s/ Traci L. Lovitt                                  /s/ Amy E. Parker
Traci L. Lovitt                                      Amy E. Parker
Jones Day                                            Carlton D. Wilde, III
100 High Street, 21st Floor                          Bracewell LLP
Boston, MA 02110-1781                                711 Louisiana Street, Suite 2300
Telephone: (614)449-6900                             Houston, Texas 77002-2770
Facsimile: (617)449-6999                             Telephone:  (713) 223-2300
tlovitt@JonesDay.com                                 Telecopier:  (713) 221-1212
                                                     amy.parker@bracewell.com
Christopher H. Domingo                               cd.wilde@bracewell.com
Diane Myers
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832)239-3827
Facsimile: (832)239-3600
cdomingo@JonesDay.com
dmyers@JonesDay.com

Counsel for Defendant Total Petrochemicals & Refining USA, Inc.

**SO ORDERED**

Dated this _____ day of _____, 2018

                                                     _____
                                                     HON. VERNON S. BRODERICK
                                                     UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Stipulation and Order of Substitution of Counsel was served upon counsel for MDL Plaintiffs and all other counsel of record via File & Serve Express on February 14, 2018.  I further confirm that service upon Total Petrochemicals & Refining USA, Inc. was accomplished via electronic mail on the same date.

                                                                     */s/ Amy E. Parker*
                                                                       Amy E. Parker