USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE")    **MDL NO. 1358**
Products Liability Litigation                  **C.A. No. 1:00-1898 (VSB)**
                                               **M21-88**

**This Document Relates To:**
*Commonwealth of Puerto Rico, et al. v.*
*Shell Oil Company, et al.,*
**Case No. 1:14-CV-01014-VSB**

### [PROPOSED] ORDER

Came on for consideration the unopposed motion of Defendant Petrobras America Inc. ("PAI"), incorrectly named Petrobras America, Inc., for withdrawal of attorney. The Court, having considered the motion, the record, and applicable authorities, concludes that PAI's motion should be granted. Therefore,

The Court ORDERS that PAI's unopposed motion for withdrawal of attorney be, and is hereby, GRANTED. The Court FURTHER ORDERS that David C. Schulte be, and is hereby, withdrawn as counsel of record for PAI, and that David C. Schulte be, and is hereby, relieved of any further obligations as counsel of record for PAI in this action.

SIGNED this ____ 1st ____ day of ____ March ____, 2018.

Vernon S. Broderick
United States District Judge