UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____                │
│ DATE FILED: __3/23/18__      │
└─────────────────────────────┘
```

In Re: Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

Master File No. 1:00-1898 (VSB)

MDL 1358

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon
Mobil Corporation, et al.*,

Case No. 14-cv-06228

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on or about January 24, 2018, Plaintiff, the Commonwealth of

Pennsylvania served a subpoena and Notice of Deposition on non-party Lehigh

Gas Wholesale, LLC ("LGW).

WHEREAS, on or about March 12, 2018, LGW filed a Motion to Quash the

subpoena and the Commonwealth's response is due on March 26, 2018.

WHEREAS, Plaintiff and LGW are currently meeting and conferring

regarding the subpoena and need additional time to meet and confer regarding the

subpoena.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

and LGW, through undersigned counsel, that Plaintiff's time to respond to LGW's

Motion to Quash shall be extended until April 16, 2018.

DATED:     March 22, 2018

AGREED TO BY:


MILLER & AXLINE, P.C.                BONNER KIERNAN TREBACK
                                                      & CROCIATA LLP


_____/s/_____                         _____/s/_____

DUANE C. MILLER                       SCOTT H. GOLDSTEIN
1050 Fulton Ave., Suite 100           Empire State Building
Sacramento, CA  95825                 350 Fifth Avenue, 59th Floor
(916) 488-6688                              New York, New York
                                                     (212) 268-7535
*Special Counsel for Plaintiff*          *Attorneys for Lehigh Gas Wholesale LLC*


SO ORDERED.


Dated:   _3/23/18_                         _____
              New York, New York            Vernon S. Broderick
                                                      United States District Judge

                                                      **Debra Freeman**
                                                      **United States Magistrate Judge**
                                                      **Eastern District of New York**

2