# EXHIBIT 2

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| ORANGE COUNTY WATER DISTRICT, | Case No. 8:03-cv-01742 CJC (ANx) |
|---|---|
| Plaintiff, | *Assigned to: Hon. Cormac J. Carney* |
| v. | **ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT (CAL. CODE CIV. PROC. S 877.6)** |
| UNOCAL CORPORATION, et al., | |
| Defendants. | Date:   December 4, 2017<br>Time:   1:30 PM<br>Courtroom:  9B<br>Judge: Hon. Cormac J. Carney |

Having considered the Motion for Order Determining Good Faith Settlement of Phillips 66, agent and successor-in-interest to ConocoPhillips Company and Tosco Corporation (collectively, the "Settling Defendants"), the Memorandum of Points and Authorities submitted in support thereof, the accompanying Declarations, exhibits, and other evidence, including the Settlement Agreement and Release ("Settlement Agreement"), all of the pleadings, filings, and proceedings in this case and in MDL 1358, and any arguments of counsel:

IT IS HEREBY ORDERED and Phillips 66's Motion is GRANTED that:

1. The Settlement Agreement reached between Plaintiff Orange County Water District ("OCWD"), on the one hand, and Settling Defendants, on the other hand, was entered into in good faith pursuant to the provisions of §§ 877 and 877.6 of the California Code of Civil Procedure.

2. The negotiations of the Settlement Agreement between OCWD and Settling Defendants were conducted fairly, in good faith, and at arm's length. There is no evidence of bad faith, fraud, collusion, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others.

3. Pursuant to California Code of Civil Procedure § 877.6(c), as a result of this good faith determination, all parties who are released from claims by

1  OCWD under the Settlement Agreement are entitled to protection as settling

2  tortfeasors to the extent provided by California Code of Civil Procedure § 877.6(c).

3

4      4. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the

5  Court determines that there is no just cause for delay and expressly DIRECTS the

6  ENTRY OF JUDGMENT on the issue of the determination that the Settlement

7

8  Agreement is a good faith settlement under California law and that all parties who

9  are released from claims by OCWD under the Settlement Agreement are entitled to

10 protection as settling tortfeasors to the extent provided by California Code of Civil

11

12 Procedure § 877.6(c).

13     **IT IS SO ORDERED.**

14 DATED: December 11, 2017

15

16                                                             _____
17                                                             HON. CORMAC J. CARNEY
                                                               UNITED STATES DISTRICT JUDGE