# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| ORANGE COUNTY WATER DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNOCAL CORPORATION, *et al.*,<br><br>  Defendants. | CASE NO. 8:03-cv-01742-CJC (ANx)<br><br>**ORDER OF DISMISSAL AS TO TOSCO CORPORATION, CONOCOPHILLIPS COMPANY, f/k/a PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO TOSCO CORPORATION, AND PHILLIPS 66 ("CONOCOPHILLIPS") ONLY**<br><br>Judge:   Hon. Cormac J. Carney<br>Dept:    9B |

Pursuant to the Order Granting Motion Determining Good Faith Settlement (Docket #311) entered December 11, 2017, the Court hereby ORDERS, ADJUDGES, AND DECREES that the actions of plaintiff Orange County Water District against Tosco Corporation, ConocoPhillips Company, f/k/a Phillips Petroleum Company, individually and as successor-in-interest to Tosco Corporation, and Phillips 66 ("ConocoPhillips") are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees in connection with this dismissal.

**IT IS SO ORDERED.**

DATED: January 3, 2018

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE