**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE METHYL TERTIARY BUTYL ETHER**
**PRODUCTS LIABILITY LITIGATION**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document pertains to:**

*All Cases*

### [PROPOSED] ORDER APPROVING REMOVAL OF STEVEN LEIFER FROM SERVICE LISTS

The Motion to Remove Steven Leifer from Service Lists is hereby GRANTED. The Clerk's Office shall remove Mr. Leifer from the service lists of the MTBE MDL (00-CV-1898) and all cases within the MTBE MDL including:

1:00-cv-01898, 1:04-cv-01715, 1:04-cv-01716, 1:04-cv-01717, 1:04-cv-01718,

1:04-cv-01719, 1:04-cv-01720, 1:04-cv-01721, 1:04-cv-02055, 1:04-cv-02057,

1:04-cv-02059, 1:04-cv-02061, 1:04-cv-02062, 1:04-cv-02066, 1:04-cv-02067,

1:04-cv-02068, 1:04-cv-02069, 1:04-cv-02071, 1:04-cv-02072, 1:04-cv-02390,

1:04-cv-03412, 1:04-cv-03415, 1:04-cv-03416, 1:04-cv-03417, 1:04-cv-03418,

1:04-cv-03419, 1:04-cv-04990, 1:04-cv-05421, 1:04-cv-05422, 1:04-cv-05423,

1:04-cv-06993, 1:07-cv-10470, 1:08-cv-00312, 1:09-cv-06554, 1:10-cv-07874,

1:10-cv-08182, 1:10-cv-08184, 1:10-cv-08742, 1:10-cv-08743, 1:11-cv-00479,

1:13-cv-07247, 1:13-cv-07271, 1:13-cv-07272, 1:13-cv-07299, 1:14-cv-01014,

1:14-cv-06228.

SO ORDERED,


Dated: _____, 2018

2

 

_____
Vernon Broderick
United States District Judge