**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION**<br><br>**This document pertains to:**<br><br>*All Cases* | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### DEFENDANTS' MOTION TO REMOVE STEVEN LEIFER FROM SERVICE LISTS

Defendants Hess Corporation, Hess Oil Virgin Islands Corp., Marathon Oil Corporation, Marathon Petroleum Corporation, and Marathon Petroleum Company LP, by and through their attorneys Baker Botts LLP, respectfully request that the Court enter an Order directing the Clerk of Court to remove Steven Leifer from the service lists for all MTBE cases.

On December 19, 2017, the Court entered an order approving of the withdrawal of Mr. Leifer from the MTBE MDL (00-CV-1898) and the Pennsylvania MTBE case (14-CV-6228). All the other MTBE cases in which Mr. Leifer had appeared have either settled or the companies represented by Mr. Leifer have settled. The ECF Clerk has indicated that a court order is required to remove Mr. Leifer from the MDL service lists. Accordingly, the above Defendants request that the Court grant this motion and enter the attached proposed order removing Mr. Leifer from the service lists related to the MTBE MDL (00-cv-1898) including the following cases:

1:00-cv-01898, 1:04-cv-01715, 1:04-cv-01716, 1:04-cv-01717, 1:04-cv-01718,

1:04-cv-01719, 1:04-cv-01720, 1:04-cv-01721, 1:04-cv-02055, 1:04-cv-02057,

1:04-cv-02059, 1:04-cv-02061, 1:04-cv-02062, 1:04-cv-02066, 1:04-cv-02067,

1:04-cv-02068, 1:04-cv-02069, 1:04-cv-02071, 1:04-cv-02072, 1:04-cv-02390,

1:04-cv-03412, 1:04-cv-03415, 1:04-cv-03416, 1:04-cv-03417, 1:04-cv-03418,

1:04-cv-03419, 1:04-cv-04990, 1:04-cv-05421, 1:04-cv-05422, 1:04-cv-05423, 1:04-cv-06993, 1:07-cv-10470, 1:08-cv-00312, 1:09-cv-06554, 1:10-cv-07874, 1:10-cv-08182, 1:10-cv-08184, 1:10-cv-08742, 1:10-cv-08743, 1:11-cv-00479, 1:13-cv-07247, 1:13-cv-07271, 1:13-cv-07272, 1:13-cv-07299, 1:14-cv-01014, 1:14-cv-06228.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, a true and correct copy of DEFENDANTS' MOTION TO REMOVE STEVEN LEIFER FROM SERVICE LISTS was electronically served on counsel of record via the Court's CM/ECF system.

                                            */s/ Vern Cassin*
                                            Vernon Cassin

3