UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION**<br><br>**This document pertains to:**<br><br>*All Cases* | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

# [PROPOSED] ORDER APPROVING REMOVAL OF STEVEN LEIFER FROM SERVICE LISTS

The Motion to Remove Steven Leifer from Service Lists is hereby GRANTED. The Clerk's Office shall remove Mr. Leifer from the service lists of the MTBE MDL (00-CV-1898) and all cases within the MTBE MDL including:

1:00-cv-01898, 1:04-cv-01715, 1:04-cv-01716, 1:04-cv-01717, 1:04-cv-01718,

1:04-cv-01719, 1:04-cv-01720, 1:04-cv-01721, 1:04-cv-02055, 1:04-cv-02057,

1:04-cv-02059, 1:04-cv-02061, 1:04-cv-02062, 1:04-cv-02066, 1:04-cv-02067,

1:04-cv-02068, 1:04-cv-02069, 1:04-cv-02071, 1:04-cv-02072, 1:04-cv-02390,

1:04-cv-03412, 1:04-cv-03415, 1:04-cv-03416, 1:04-cv-03417, 1:04-cv-03418,

1:04-cv-03419, 1:04-cv-04990, 1:04-cv-05421, 1:04-cv-05422, 1:04-cv-05423,

1:04-cv-06993, 1:07-cv-10470, 1:08-cv-00312, 1:09-cv-06554, 1:10-cv-07874,

1:10-cv-08182, 1:10-cv-08184, 1:10-cv-08742, 1:10-cv-08743, 1:11-cv-00479,

1:13-cv-07247, 1:13-cv-07271, 1:13-cv-07272, 1:13-cv-07299, 1:14-cv-01014,

1:14-cv-06228.

SO ORDERED,


Dated: __April 25_____, 2018

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

2