

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB)<br><br>MDL 1358 |
| This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,*<br><br>Case No. 14-cv-06228 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED:  6/21/18 |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on or about January 24, 2018, Plaintiff, the Commonwealth of Pennsylvania, served a subpoena and Notice of Deposition on non-party Lehigh Gas Wholesale, LLC ("LGW).

WHEREAS, on or about March 12, 2018, LGW filed a Motion to Quash the subpoena.

WHEREAS, on or about March 23, 2018, this Court entered a "Stipulation and Order," allowing the Commonwealth an extension of time to respond to LGW's Motion to Quash until April 16, 2018.

WHEREAS, on or about March 13, 2018, this Court entered a "Stipulation and Order," allowing the Commonwealth an extension of time to respond to LGW's Motion to Quash until May 31, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Commonwealth and LGW, through undersigned counsel, that LGW will withdraw LGW's Motion to Quash, without prejudice, to re-file the Motion to Quash if meet and confer discussions do not resolve the issue.

AGREED TO BY:

MILLER & AXLINE, P.C.

DUANE C. MILLER
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688

*Special Counsel for Plaintiff*

BONNER KIERNAN TREBACK
& CROCIATA LLP

SCOTT H. GOLDSTEIN
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York
(212) 268-7535
*Attorneys for Lehigh Gas Wholesale LLC*

SO ORDERED.   (This resolves Dkt. 368)

Dated: June 21, 2018
New York, New York

Debra Freeman
United States Magistrate Judge

2