UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898 (VSB)<br><br>MDL 1358 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i) AS TO VITOL S.A., INC. ONLY

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Commonwealth of Pennsylvania ("Plaintiff"), by and through its undersigned counsel, respectfully submits this Notice of Voluntary Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Vitol S.A., Inc. ("Vitol") only.

**WHEREAS** Plaintiff initially filed its Complaint on or about June 19, 2014, in the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania. This case was originally captioned as Case ID 140602881 (this matter is hereinafter referred to as "the Litigation");

**WHEREAS** the Litigation is currently pending as part of a multidistrict litigation in the United States District Court for the Southern District of New York, MDL 1358 (VSB), Master File No. 1:00-1898, No. 1:14-cv-06228 (VSB);

**WHEREAS** Plaintiff and Vitol have agreed to a dismissal *with prejudice* of Vitol, and Vitol only, from the Litigation.

1

40503675.1

**IT IS HEREBY NOTICED THAT** Plaintiff dismisses Vitol, and Vitol only, *with prejudice* from the Litigation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED

Dated: June 27, 2018

MILLER & AXLINE
A PROFESSIONAL CORPORATION

Duane C. Miller
Special Counsel for Plaintiff
Commonwealth of Pennsylvania

IT IS SO ORDERED:

Vernon S. Broderick  7/2/2018
United States District Judge

2

**PROOF OF SERVICE VIA FILE & SERVEXPRESS**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*,
United States District Court, Southern District of New York Case No. 14-cv-06228 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through File & ServeXpress:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED.R.CIV.P.41(a)(1)(A)(I) AS TO VITOL S.A., INC. ONLY**

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 27, 2018, at Sacramento, California.

_____
TONGA L. ELLSWORTH