UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*,<br><br>Case No. 14-cv-06228 | Master File No. 1:00-1898 (VSB)<br><br>MDL 1358 |

## [PROPOSED] ORDER GRANTING PLAINTIFF COMMONWEALTH OF PENNSYLVANIA'S MOTION TO REMAND

The Motion by Plaintiff Commonwealth of Pennsylvania for a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation, recommending that Pennsylvania's action be remanded for all purposes to the District Court for the Eastern District of Pennsylvania, is GRANTED. A Suggestion of Remand accompanies this Order.

SO ORDERED.

Dated:_____          _____
      New York, New York              Vernon S. Broderick
                                      United States District Judge

**PROOF OF SERVICE VIA FILE & SERVEXPRESS**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,*
United States District Court, Southern District of New York Case No. 14-cv-06228 (SAS)

    I, the undersigned, declare that I am, and was at the time of service of the paper(s) herein referred to, over the age of 18 years and not a party to this action. My business address is 1050 Fulton Avenue, Suite 100, Sacramento, CA 95825-4225.

    On the date below, I served the following document on all counsel in this action electronically through File & ServeXpress:

**[PROPOSED] ORDER GRANTING PLAINTIFF COMMONWEALTH OF PENNSYLVANIA'S MOTION TO REMAND**

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on July 23, 2018, at Sacramento, California.

_____
KATHY HERRON