UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv- 06228-VSB | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that Christopher T. Scanlon of Clausen Miller, PC shall be substituted in the place of and in the stead of Barry Goheen, Geoffrey M. Drake, Charles C. Correll, Jr., Jeremiah J. Anderson, and Jonathan M. Goossen of King & Spalding LLP, as counsel of record for Defendant Petroleum Products Corporation (now known as Pyramid LLC) in the above-captioned action. Substitution of counsel will not delay the case, nor will it cause prejudice to the Plaintiffs or other Defendants.

Therefore, pursuant to Local Civil Rule 1.4, Defendant Petroleum Products Corporation seek an order for substitution of counsel.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the addresses set forth below:

Christopher T. Scanlon
cscanlon@clausen.com
Clausen Miller, PC
28 Liberty Street, 39th Floor
New York, New York 10005
Phone: 212-805-3979
Fax: 212-805-3939

Respectfully submitted this 12th day of June, 2018

**OUTGOING COUNSEL**

**KING & SPALDING LLP**

_____
Geoffrey M. Drake
Barry Goheen
1180 Peachtree St. NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Charles C. Correll, Jr.
101 2nd St., #2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Jeremiah J. Anderson
Jonathan M. Goossen
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

**INCOMING COUNSEL**

**CLAUSEN MILLER, PC**

_____
Christopher T. Scanlon
28 Liberty Street, 39th Floor
New York, New York 10005
Telephone: (212) 805-3979
Facsimile: (212) 805-3939

**Counsel for Defendant Petroleum Products Corporation**

**SO ORDERED**

_____
Vernon S. Broderick  6/13/2018
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018 a copy of the foregoing document was served electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
Geoffrey M. Drake