**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 - 1898<br>MDL 1358<br>M21-88 |

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
No. 1:08-cv-00312

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTH AMENDED COMPLAINT

Plaintiffs' Unopposed Motion for Leave to File a Fifth Amended Complaint is granted. The Clerk of the Court is directed to file plaintiffs' Fifth Amended Complaint.

New defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC (formerly OAO) Lukoil shall respond to the Fifth Amended Complaint. Defendants Lukoil Americas Corporation and Getty Petroleum Marketing Inc. shall respond to the new allegations in the Fifth Amended Complaint.

Answers previously filed by all other defendants are deemed answers to the Fifth Amended Complaint.

SO ORDERED:

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge

Dated: New York, New York
        September 28, 2016