UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |

**This Document Relates To:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co.,* **No. 1:08-CV-00312-SAS**

### NOTICE OF APPEARANCE OF JOSEPH L. SORKIN ON BEHALF OF DEFENDANTS LUKOIL NORTH AMERICA LLC, LUKOIL PAN AMERICAS, LLC, AND PJSC LUKOIL

PLEASE TAKE NOTICE that the undersigned attorney, Joseph L. Sorkin, of Akin Gump Strauss Hauer & Feld LLP, hereby appears in the above-captioned action on behalf of Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL.

Respectfully submitted this 9th day of October, 2018.

s/ Joseph L. Sorkin
Joseph L. Sorkin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
(212) 872-7464

*Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL*

## CERTIFICATE OF SERVICE

I certify that on October 9, 2018, I caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on all counsel of record by electronic filing via File & ServeXpress.

s/ Katherine M. Katchen<br>
Katherine M. Katchen