UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |

**This Document Relates To:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co.,* **No. 1:08-CV-00312-SAS**

## NOTICE OF APPEARANCE OF KATHERINE M. KATCHEN ON BEHALF OF DEFENDANTS LUKOIL NORTH AMERICA LLC, LUKOIL PAN AMERICAS, LLC, AND PJSC LUKOIL

PLEASE TAKE NOTICE that the undersigned attorney, Katherine M. Katchen, of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to practice in this court and hereby appears in the above-captioned action on behalf of Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL.

Respectfully submitted this 10th day of October, 2018.

s/ Katherine M. Katchen
Katherine M. Katchen (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: (215) 965-1239 | Fax: (215) 965-1210
kkatchen@akingump.com

*Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2018, I caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on all counsel of record by electronic filing via File & ServeXpress.

s/ Katherine M. Katchen<br>
Katherine M. Katchen