# Akin Gump
STRAUSS HAUER & FELD LLP

**APPLICATION GRANTED**
**SO ORDERED** *Vernon Broad*
**VERNON S. BRODERICK**
**U.S.D.J.** 10/11/2018

October 10, 2018

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: MDL 1358 / MTBE, New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al., No. 1:08-cv-00312-VSB

Dear Judge Broderick:

  We represent newly-added defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC Lukoil ("newly-added Lukoil Defendants"), which entities were added as Defendants in the above-referenced litigation by the Court's Order of September 28, 2018, granting leave to file a Fifth Amended Complaint.

  The newly-added Lukoil Defendants respectfully request an extension of time through November 30, 2018, in which to answer, move or otherwise respond to the Fifth Amended Complaint.

  Existing Defendants Lukoil Americas Corporation and Getty Petroleum Marking Inc., represented by Matthew G. Parisi of Bleakley Platt & Schmidt, LLP, join in this request for an extension.

  We have conferred with counsel for Plaintiff, and they have no objection to this extension.

  The Parties have signed the enclosed stipulation, and we respectfully request your signature on the enclosed "Stipulation and [Proposed] Order."

        Respectfully,

        Katherine M. Katchen



cc:    All Counsel of Record (via LNFS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*
*Products Liability Litigation*

**Master File No. 1:00 – 1898**
**MDL 1358 (VSB)**

---

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v.*
*Atlantic Richfield Co., et al., No. 1:08-CV-00312-VSB*

---

## STIPULATION AND [PROPOSED] ORDER

On or about September 28, 2018, the Court granted Plaintiffs' Unopposed Motion for

Leave to File a Fifth Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, newly-added

Defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC Lukoil

(collectively the "newly-added Lukoil Defendants"), and existing Defendants Lukoil Americas

Corporation and Getty Petroleum Marketing Inc., that the newly-added Lukoil Defendants,

Lukoil Americas Corporation and Getty Petroleum Marking Inc. shall have until November 30,

2018 in which to answer, move or otherwise respond to the Fifth Amended Complaint.

Dated: October 10, 2018

AGREED TO BY:

AKIN GUMP STRAUSS HAUER & FELD LLP

KATHERINE M. KATCHEN
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200
*Counsel for Newly-Added Lukoil Defendants*


MILLER & AXLINE, P.C.

_____/s/_____
DUANE C. MILLER
MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688
*Counsel for plaintiff*


BLEAKLEY PLATT & SCHMIDT, LLP

MATTHEW G. PARISI
One North Lexington Avenue
White Plains, NY 10601
(914)949-2700
*Counsel for Lukoil Americas Corporation & Getty Petroleum Marketing Inc.*


SO ORDERED,


Dated: _____, 2018


_____
HON. VERNON S. BRODERICK

AGREED TO BY:

AKIN GUMP STRAUSS HAUER & FELD LLP

KATHERINE M. KATCHEN
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200
*Counsel for Newly-Added Lukoil Defendants*

MILLER & AXLINE, P.C.

/s/

DUANE C. MILLER
MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688
*Counsel for plaintiff*

BLEAKLEY PLATT & SCHMIDT, LLP

/s/

MATTHEW G. PARISI
One North Lexington Avenue
White Plains, NY 10601
(914)949-2700
*Counsel for Lukoil Americas Corporation & Getty Petroleum Marketing Inc.*

SO ORDERED,

Dated: _____, 2018

_____
HON. VERNON S. BRODERICK