UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |

**This Document Relates To:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co.,* **No. 1:08-CV-00312-SAS**

### LUKOIL NORTH AMERICA, LLC's RULE 7.1 DISCLOSURE

In accordance with Federal Rule of Civil Procedure 7.1, defendant Lukoil North America, LLC states that it is (1) a wholly owned subsidiary of Lukoil Americas Corporation and (ii) an indirect wholly owned subsidiary of PJSC Lukoil, a publicly traded Russian open joint stock company that trades on the London Stock Exchange as well as stock exchanges in Russia[1]. Respectfully submitted this 25th day of October, 2018.

                        s/ Katherine M. Katchen
                        Katherine M. Katchen (*pro hac vice*)
                        Joseph L. Sorkin
                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        One Bryant Park
                        New York, NY 10036-6745
                        (212) 872-7464

                        *Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL*

---

[1] In July 2015, to comply with Russian legal requirements regarding corporate names, the name of OAO LUKOIL (also known as Open Joint Stock Company or OJSC LUKOIL) was changed to Public Joint Stock Company LUKOIL (PJSC LUKOIL or PAO LUKOIL).

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 25, 2018, Rule 7.1 disclosure statement of Defendant Lukoil North America, LLC, was electronically filed and served on all counsel of record via the Court's CM/ECF system.

                                             s/ Katherine M. Katchen
                                             Katherine M. Katchen