UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |

**This Document Relates To:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co.,* **No. 1:08-CV-00312-SAS**

### PJSC LUKOIL's RULE 7.1 DISCLOSURE

In accordance with Federal Rule of Civil Procedure 7.1, defendant PJSC Lukoil states that it is a publicly traded Russian open joint stock company that was formed in, and according to the laws of, the Russian Federation.[1] PJSC Lukoil trades on the London Stock Exchange as well as stock exchanges in Russia. PJSC Lukoil has no parent company. Respectfully submitted this 25th day of October, 2018.

s/ Katherine M. Katchen
Katherine M. Katchen (*pro hac vice*)
Joseph L. Sorkin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
(212) 872-7464

*Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas, LLC, and PJSC LUKOIL*

---

[1] In July 2015, to comply with Russian legal requirements regarding corporate names, the name of OAO LUKOIL (also known as Open Joint Stock Company or OJSC LUKOIL) was changed to Public Joint Stock Company LUKOIL (PJSC LUKOIL or PAO LUKOIL).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2018, Rule 7.1 disclosure statement of Defendant PJSC Lukoil, was electronically filed and served on all counsel of record via the Court's CM/ECF system.

s/ Katherine M. Katchen
Katherine M. Katchen
