**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*      **Master File No. 1:00 – 1898**
*Products Liability Litigation*                              **MDL 1358 (SAS)**
                                                                      **M21-88**

_____

**This Document Relates To:**

***New Jersey Department of Environmental Protection, et al. v.***
***Atlantic Richfield Co.,*** **No. 1:08-CV-00312-SAS**

_____

## <u>LUKOIL PAN AMERICAS, LLC's RULE 7.1 DISCLOSURE</u>

In accordance with Federal Rule of Civil Procedure 7.1, defendant Lukoil Pan Americas,

LLC states that it is a wholly owned subsidiary of LITASCO SA in Geneva, Switzerland.

LITASCO SA is an indirect wholly owned subsidiary of PJSC LUKOIL, a publicly traded

Russian open joint stock company that trades on the London Stock Exchange as well as stock

exchanges in Russia[1].  Respectfully submitted this 25th day of October, 2018.

<u>s/ Katherine M. Katchen</u>
Katherine M. Katchen (*pro hac vice*)
Joseph L. Sorkin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
(212) 872-7464

*Counsel for Defendants LUKOIL North*
*America LLC, LUKOIL Pan Americas, LLC,*
*and PJSC LUKOIL*

_____

[1] In July 2015, to comply with Russian legal requirements regarding corporate names, the name of OAO LUKOIL (also known as Open Joint Stock Company or OJSC LUKOIL) was changed to Public Joint Stock Company LUKOIL (PJSC LUKOIL or PAO LUKOIL).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2018, Rule 7.1 disclosure statement of

Defendant Lukoil Pan Americas, LLC, was electronically filed and served on all counsel of

record via the Court's CM/ECF system.

s/  Katherine M. Katchen
Katherine M. Katchen
