UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898 (SAS)<br>MDL 1358 |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance as counsel for Defendants ConocoPhillips Company and Phillips 66 Company in the above-captioned matter.

Defendants ConocoPhillips Company and Phillips 66 Company will continue to be represented by Stephen C. Dillard and Jessica G. Farley of Norton Rose Fulbright.

Gabriel D. Kaim
Norton Rose Fulbright US LP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: 713-651-5151
Fax: 713-651-5246

Respectfully submitted this 3rd day of January, 2019.

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Gabriel D. Kaim*
Gabriel D. Kaim
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

**Counsel for Defendants ConocoPhillips Company and Phillips 66 Company**

37253319.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2019 a copy of the foregoing document was served electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure.

                      /s/  Gabriel D. Kaim
                      Gabriel D. Kaim

37253319.1