# Exhibit 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNOCAL CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. SACV 03-01742-CJC (DFMx)<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** [Dkt. 525] |

Defendants Chevron U.S.A. Inc. and Union Oil Company of California's (collectively, the "Chevron U.S.A. Defendants") Motion for Order Determining Good Faith Settlement (the "Motion") came on for hearing in this Court on January 7, 2019. Having considered the papers submitted by the parties, and for good cause shown, the Court will and hereby does issue the following orders:

1) The Settlement Agreement, Exhibit 1 to the Declaration of Charles C. Correll, Jr. submitted in support of the Motion, between Plaintiff Orange County Water District ("OCWD") and the Chevron U.S.A. Defendants, was entered into in good faith, as defined under California Code of Civil Procedure sections 877 and 877.6;

2) The negotiations of the Settlement Agreement between OCWD and the Chevron U.S.A. Defendants were conducted fairly, in good faith, and at arm's length, and there is no evidence of bad faith, fraud, collusion, tortious conduct, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others;

3) Pursuant to California Code of Civil Procedure section 877.6(c), all parties who are released from claims by OCWD under the Settlement Agreement are entitled to protection as settling tortfeasors to the extent provided by California Code of Civil Procedure section 877.6(c); and

4) Pursuant to Federal Rule of Civil Procedure 54(b), final judgment dismissing all claims against the Chevron U.S.A. Defendants is entered.

**IT IS SO ORDERED.**

DATED: January 7, 2019

HON. CORMAC J. CARNEY
DISTRICT COURT JUDGE

2