```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

This Document Relates To:
*Orange County Water District v. Unocal Corp., et al. 04 Civ. 4968 (SAS)*

MLD NO. 1358 (SAS)
Master File No. 1:00-1898

**ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT**

## ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT

Having considered the papers submitted by the parties for Defendants Chevron U.S.A. Inc. and Union Oil Company of California's (collectively, the "Chevron U.S.A. Defendants") Motion for Order Determining Good Faith Settlement (the "Motion"), there being no objection to the Motion, and for good cause shown, the Court will and hereby does issue the following orders:

1) The Settlement Agreement, Exhibit 1 to the Declaration of Charles C. Correll, Jr. submitted in support of the Motion, between Plaintiff Orange County Water District ("OCWD") and the Chevron U.S.A. Defendants, was entered into in good faith, as defined under California Code of Civil Procedure sections 877 and 877.6;

1

2) The negotiations of the Settlement Agreement between OCWD and the Chevron U.S.A. Defendants were conducted fairly, in good faith, and at arm's length, and there is no evidence of bad faith, fraud, collusion, tortious conduct, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others;

3) Pursuant to California Code of Civil Procedure section 877.6(c), all parties who are released from claims by OCWD under the Settlement Agreement are entitled to protection as settling tortfeasors to the extent provided by California Code of Civil Procedure section 877.6(c); and

4) Pursuant to Federal Rule of Civil Procedure 54(b), final judgment dismissing all claims against the Chevron U.S.A. Defendants is entered.

IT IS SO ORDERED.

Dated: __1/17/2019_____

_____
Vernon S. Broderick
United States District Judge