Law Offices of
# MILLER & AXLINE
A Professional Corporation

DUANE C. MILLER  
MICHAEL AXLINE

TRACEY L. O'REILLY  
DANIEL BOONE  
JUSTIN MASSEY  
BRYAN BARNHART  
DAVE E. BLUM  
MOLLY MCGINLEY HAN

January 22, 2019

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Plaintiffs' Request For Extension to File Reply in Support of Motion to Remand  
*New Jersey Dep't of Env'l Prot. et al., v. Atlantic Richfield Co., et al.*  
Case No. 08-civ-00312 (VSB)

Dear Judge Broderick:

Plaintiffs in the above-referenced litigation, New Jersey Department of Environmental Protection, et al., respectfully request a short five-day extension until January 28, 2019, to submit a Reply in support of the Motion to Remand (ECF No. 563), due to the intervening holiday and to allow all plaintiffs time to review and approve the Reply. The original due date is January 23, 2019, and plaintiffs have not previously requested an extension. Counsel for plaintiffs have conferred with counsel for the opposing parties, and they have no objection to this request for a short extension.

The parties have signed the enclosed stipulation, and we respectfully request your signature on the enclosed "Stipulation and [Proposed] Order."

Respectfully submitted,

*/s/ Michael Axline*  
Michael Axline  
Special Counsel for Plaintiffs

Encl.  
cc: All Counsel of Record via (LNF&S)