**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **Master File No. 1:00 - 1898**<br>**MDL 1358**<br>**M21-88** |

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
No. 1:08-cv-00312

**STIPULATION AND [PROPOSED] ORDER**

On January 2, 2019, Plaintiffs, New Jersey Department of Environmental Protection, *et al.*, filed a Motion to Remand. Civil No. 1:08-CV-312, ECF No. 563. On January 16, 2019, Defendants filed an Opposition to the Motion to Remand on behalf of ExxonMobil Corp., ExxonMobil Oil Corp., and the defendants listed on Exhibit A, attached to the Opposition. Civil No. 1:08-CV-312, ECF No. 567.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that Plaintiffs shall have until January 28, 2019 in which to file a Reply in support of the Motion to Remand.

AGREED TO BY:

Dated: January 22, 2019                MILLER & AXLINE, P.C.

*[signature]*

MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA   95825
*Special Counsel for Plaintiffs New Jersey Department of Environmental Prot., et at.*

Dated:   January 22, 2019              McDERMOTT WILL & EMERY LLP

*[signature]*

JAMES A. PARDO
LISA GERSON
340 Madison Avenue
New York, New York 10173
*Counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation, and on behalf of all defendants listed on Exhibit A of the Opposition to the Motion to Remand.*

SO ORDERED:

DATED:  January ____, 2019.

_____
Hon. Vernon S. Broderick, U.S.D.J.