UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

MDL NO. 1358 (VSB)
Master File No. 1:00-1898

**DEFENDANTS ATLANTIC RICHFIED COMPANY'S, BP WEST COAST PRODUCTS LLC'S, AND BP PRODUCTS NORTH AMERICA INC.'S NOTICE OF SETTLEMENT**

This Document Relates To:
*Orange County Water District v. Unocal Corp., et al.*, No. 04 Civ. 4968 (VSB)

**DEFENDANTS ATLANTIC RICHFIELD COMPANY'S, BP WEST COAST PRODUCTS LLC'S, AND BP PRODUCTS NORTH AMERICA INC.'S NOTICE OF SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants Atlantic Richfield Company, BP West Coast Products LLC, and BP Products North America Inc. (collectively, "BP") have settled all disputes with plaintiff Orange County Water District ("OCWD"), and have filed a Notice of Motion for Order Determining Good Faith Settlement. The Motion will be heard on Monday, February 25, 2019, at 1:30 p.m. in Courtroom 7C of the Central District of California, located at 350 W. 1st Street, Los Angeles, California, 90012.

1

Attached hereto as Exhibit A are the Notice of Motion and Memorandum of Points and Authorities filed with the Central District of California on January 23, 2019; Exhibit B is the Declaration of Matthew T. Heartney filed in support of the Motion, with the Settlement Agreement attached as Exhibit 1 thereto; and Exhibit C is the Proposed Order filed therewith.

Dated:  January 23, 2019

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLC

By: */s/ Matthew T. Heartney*

Matthew T. Heartney
Attorneys for Defendants
ATLANTIC RICHFIELD COMPANY, BP WEST COAST PRODUCTS LLC, BP PRODUCTS NORTH AMERICA INC.

## **CERTIFICATE OF SERVICE**

The undersigned counsel for BP hereby certifies that a true and correct copy of the foregoing document was served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on January 23, 2019.

                                              */s/ Matthew T. Heartney*
                                              Matthew T. Heartney