# Exhibit C

TIMOTHY R. MACDONALD (*Admitted Pro Hac Vice*)
timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: 303.863.1000
Facsimile: 303.832.0428

MATTHEW T. HEARTNEY (State Bar No. 123516)
matthew.heartney@arnoldporter.com
STEPHANIE B. WEIRICK (State Bar No. 204790)
stephanie.weirick@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Atlantic Richfield Company, BP West Coast Products LLC, and BP Products North America Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNOCAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:03-cv-01742-CJC (DFMx)<br><br>*Assigned to: Hon. Cormac J. Carney*<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT**<br><br>Date: February 25, 2019<br>Time: 1:30 p.m.<br>Courtroom: 7C<br>Judge: Hon. Cormac J. Carney |

- 1 - Case No. 8:03-cv-01742-CJC (ANx)
[PROPOSED] ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT

The Motion of Defendants Atlantic Richfield Company, BP West Coast Products LLC, and BP Products North America Inc. (collectively, "BP") for Order Determining Good Faith Settlement (the "Motion") came on for hearing in this Court on February 25, 2019. Having considered the papers submitted by the parties, and for good cause shown, the Court will and hereby does issue the following orders:

1) The Settlement Agreement, Exhibit 1 to the Declaration of Matthew T. Heartney, between Plaintiff Orange County Water District ("OCWD") and BP, was entered into in good faith, as defined under California Code of Civil Procedure sections 877 and 877.6;

2) The negotiations of the Settlement Agreement between OCWD and BP were conducted fairly, in good faith, and at arm's length, and there is no evidence of bad faith, fraud, collusion, tortious conduct, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others;

3) Pursuant to California Code of Civil Procedure section 877.6(c), all parties who are released from claims by OCWD under the Settlement Agreement are entitled to protection as settling tortfeasors to the extent provided by California Code of Civil Procedure section 877.6(c); and

4) Pursuant to Federal Rule of Civil Procedure 54(b), final judgment is entered.

IT IS SO ORDERED.

Dated: _____  By: _____
                                     Hon. Cormac J. Carney