UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898 (SAS)<br>MDL 1358 |

## CONOCOPHILLIPS DEFENDANTS' SECOND AMENDED AND SUPPLEMENTAL IDENTIFICATION OF SITES PURSUANT TO CASE MANAGEMENT ORDER NO. 119

ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company ("ConocoPhillips"), Phillips Petroleum Company ("Phillips"), Conoco, Inc. ("Conoco"), Tosco Corporation, and Tosco Refining Co. ("Tosco") (collectively the "ConocoPhillips Defendants"), identify the following Sites pursuant to Section III. A of Case Management Order No. 119. ConocoPhillips Defendants reserve the right to further modify or supplement this list at any time in the event that additional information becomes available.

In identifying these Sites from its records, ConocoPhillips Defendants do not admit that MTBE is currently present at these Sites.  The identification of these Sites also is not an admission that ConocoPhillips Defendants caused or are in any way responsible for the presence or release of MTBE at any of these Sites.  ConocoPhillips Defendants do not admit any liability at these Sites and expressly reserve, and do not waive, any and all claims and defenses based on the presence of or release of MTBE at these Sites.

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2635069 | 1450 OLD YORK RD | ABINGTON | MONTGOMERY | 46-41508 |
| 2635145 | 1950 OLD YORK RD. | ABINGTON | MONTGOMERY | 46-41433 |
| 2634847 | 1340 N CEDAR CREST BLVD | ALLENTOWN | LEHIGH | 39-42588 |
| 2634933 | 640 N 7TH STREET | ALLENTOWN | LEHIGH | 39-43636 |
| 2634940 | 3101 LEHIGH ST | ALLENTOWN | LEHIGH | 39-43635 |
| 2634962 | 3575 AIRPORT RD | ALLENTOWN | LEHIGH | 39-41529 |
| 2635020 | 1452 W. TILGHMAN ST | ALLENTOWN | LEHIGH | 39-41528 |
| 2635151 | 741 N. CEDAR CREST BLVD | ALLENTOWN | LEHIGH | 39-41527 |
| 2634959 | 30 S BETHLEHEM PIKE | AMBLER | MONTGOMERY | 46-41441 |
| 2634824 | 5 WEST CITY LINE AVENUE (1 West City Avenue) | BALA CNWYD | MONTGOMERY | 46-41442 |
| 2634939 | 1608 BRISTOL PARK | BENSALEM | BUCKS | 09-43614 |
| 2634211 | 5281 LIBRARY RD | BETHEL PARK | ALLEGHENY | 02-29664 |
| 2634914 | 309 S NEW ST | BETHLEHEM | LEHIGH NORTHAMPTON | 48-12121 |
| 2635153 | 2450 CATASAUQUA RD | BETHLEHEM | LEHIGH NORTHAMPTON | 39-27986 |

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2634892 | 641 W BAUMSTOWN RD | BIRDSBORO | BERKS | 06-43637 |
| 2635111 | 802 BATH RD | BRISTOL | BUCKS | 09-41456 |
| 2634907 | 4612 EDGMONT AVE | BROOKHAVEN | DELAWARE | 23-43627 |
| 2634960 | 547 FRONT ST | CATASAUQUA | LEHIGH | 39-41530 |
| 2634992 | RT 202 & COUNTY LINE RD | CHALFONT | BUCKS | 09-41491 |
| 2634906 | 729 HIGHLAND AVE | CHESTER | DELAWARE | 23-42596 |
| 2634223 | 1003 FREEPORT RD (Freeport and Jefferson) | CHESWICK | ALLEGHENY | 02-29677 |
| 2634217 | 1405 N STATE ST | CLAIRTON | ALLEGHENY | 02-29659 |
| 2634946 | 901 BALTIMORE PIKE | CONCORDVILLE | DELAWARE | 23-29695 |
| 2634848 | 607 RIDGE PIKE | CONSHOHOCKEN | MONTGOMERY | 46-41452 |
| 2635156 | 7 E RIDGE PIKE | CONSHOHOCKEN | MONTGOMERY | 46-41443 |
| 2705822 | FRONT & CRAWFORD (101 W. Crawford Street, West Conshohocken) | CONSHOHOCKEN | MONTGOMERY | 46-42593 |
| 2634215 | 20110 RT 19 | CRANBERRY TWP | BUTLER | 10-90150 |
| 2705891 | 399 WUWCHLAN AVE | DOWNINGTON | CHESTER | |

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2705870 | ROUTE 202 & SWAMP RD (440 Swamp Road) | DOYLESTOWN | BUCKS | 09-42592 |
| 2705917 (2634990) | 659 N EASTON RD (RT 611 AND 313) | DOYLESTOWN | BUCKS | 09-41492 |
| 2705950 | 102 N POTTSTOWN PIKE | EXTON | CHESTER | 15-09145 |
| 2635119 | 501 S OXFORD RD | FAIRLESS HILLS | BUCKS | 09-41455 |
| 2634903 | 305 STREET RD | FEASTERVILLE | BUCKS | 09-12148 |
| 2705823 | 518 PENNSYLVANIA AVE | FORT WASHINGTON | MONTGOMERY | 46-42585 |
| 2705863 | 401 BETHLEHEM PIKE | FORT WASHINGTON | MONTGOMERY | 46-12147 |
| 2634905 | 441 SOUTH MACDADE | GLENOLDEN | DELAWARE | 23-43625 |
| 2634998 | 630 BETHLEHEM PIKE | GLENSIDE | MONTGOMERY | 46-41449 |
| 2635009 | 200 EASTON RD | GLENSIDE | MONTGOMERY | 46-41506 |
| 2634982 | MAIN & MAPLE (495 Main St) | HARLEYSVILLE | MONTGOMERY | 46-41550 |
| 2705824 | 598 N YORK RD | HATBORO | MONTGOMERY | 46-45284 |
| 2634996 | 2500 BETHLEHEM PIKE | HATFIELD | MONTGOMERY | 46-26551 |

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2635051 | 701 MAIN ST | HELLERTOWN | NORTHAMPTON | 48-41523 |
| 2634224 | 135 W 8TH AVE | HOMESTEAD | ALLEGHENY | 02-29654 |
| 2634966 | 496 EASTON RD | HORSHAM | MONTGOMERY | 46-41439 |
| 2705883 | 2201 OLD YORK RD | JAMISON | BUCKS | 09-43682 |
| 2705890 | 807 E BALTIMORE PIKE | KENNETT SQUARE | CHESTER | 15-41470 |
| 2705886 | 800 W DEKALB PIKE | KING OF PRUSSIA | MONTGOMERY | 46-42595 |
| 2705880 | 1685 SUMNEYTOWN PIKE | KULPSVILLE | MONTGOMERY | 46-41558 |
| 2705862 | 152 E MAPLE AVE | LANGHORNE | BUCKS | 09-43615 |
| 2634970 | 720 E. LINCOLN HWY | LANGHORNE | BUCKS | 09-41458 |
| 2634451 | 1900 N BROAD ST | LANSDALE | MONTGOMERY | 46-41275 |
| 2634846 | 1054 E MAIN ST | LANSDALE | MONTGOMERY | 46-42586 |
| 2634934 | 8 E MAIN ST | LANSDALE | MONTGOMERY | 46-43632 |
| 2705913 | 550 N LEWIS RD | LIMERICK | MONTGOMERY | 46-37308 |
| 2634208 | 2700 LEECHBURG RD | LOWER BURRELL | WESTMORELAND | 65-82366 |
| 2705898 | 201 MOREHALL RD | MALVERN | CHESTER | 15-35591 |
| 2634221 | 5441 STEUBENVILLE PIKE | MCKEES ROCKS | ALLEGHENY | 02-29657 |

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2634220 | 1400 LYSLE | MCKEESPORT (Pittsburgh) | ALLEGHENY | 02-29675 |
| 2705897 | 501 E BALTIMORE PIKE | MEDIA | DELAWARE | 23-42587 |
| 2634222 | 2602 FREEPORT RD | NATRONA HTS | ALLEGHENY | 02-29673 |
| 2634997 | 350 W BRIDGE ST | NEW HOPE | BUCKS | 09-41457 |
| 2705889 | 2 S SYCAMORE ST (Swamp Road and Sycamore Street) | NEWTON | BUCKS | 09-26732 |
| 2634908 | 433 EGYPT RD | NORRISTOWN WEST NORRISTOWN | MONTGOMERY | 46-41953 |
| 2705875 | 80 W GERMANTOWN PIKE | NORRISTOWN | MONTGOMERY | 46-46606 |
| 2634910 | 539 N SUMNEYTOWN PIKE | NORTH WALES | MONTGOMERY | 46-43634 |
| 2705869 | 913 BETHLEHEM PIKE | NORTH WALES | MONTGOMERY | 46-41438 |
| 2634209 | 507 ALLEGHENY AVE | OAKMONT | ALLEGHENY | 02-29688 |
| 2635110 | 100 E LANCASTER AVE | PAOLI | CHESTER | 15-41472 |
| 2634977 | 200 LINCOLN HWY | PENNDEL | BUCKS | 09-41461 |

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2634911 | 9100 FRANKFORD AVE | PHILADELPHIA | PHILADELPHIA | 51-41952 |
| 2634912 | 5748 BALTIMORE AVE | PHILADELPHIA | PHILADELPHIA | 51-43617 |
| 2634913 | 4200 G STREET | PHILADELPHIA | PHILADELPHIA | 51-43621 |
| 2634915 | 8005 OGONTZ AVE | PHILADELPHIA | PHILADELPHIA | 51-12152 |
| 2634916 | 1243 SOUTH BROAD ST | PHILADELPHIA | PHILADELPHIA | 51-43618 |
| 2634917 | 201 W. LEHIGH AVE | PHILADELPHIA | PHILADELPHIA | 51-43624 |
| 2634918 | 402 ADAMS AVE | PHILADELPHIA | PHILADELPHIA | 51-43622 |
| 2634919 | 4421 BROAD ST | PHILADELPHIA | PHILADELPHIA | 51-12151 |
| 2634984 | 7300 ROOSEVELT BLVD | PHILADELPHIA | PHILADELPHIA | 51-41436 |
| 2635010 | 7959 ROOSEVELT BLVD | PHILADELPHIA | PHILADELPHIA | 51-43437 |
| 2635036 | 7500 CITY LINE AVE (7500 CITY AVENUE) | PHILADELPHIA | PHILADELPHIA | 51-41446 |
| 2635073 | 12001 KNIGHTS ROAD | PHILADELPHIA | PHILADELPHIA | 51-14205 |
| 2635122 | 9418 BUSTLETON AVE | PHILADELPHIA | PHILADELPHIA | 51-41431 |

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2635127 | 4813-25 TACONY ST (4813 TACONY STREET) | PHILADELPHIA | PHILADELPHIA | 51-14340 |
| 2635133 | 7300 ALGON AVE | PHILADELPHIA | PHILADELPHIA | 51-41434 |
| 2635141 | 12001 ROOSEVELT & COMLY | PHILADELPHIA | PHILADELPHIA | 51-41454 |
| 2705818 | 4400 CITY LINE AVE | PHILADELPHIA | PHILADELPHIA | 51-42583 |
| 2705860 | 600 NORTH DELAWARE AVE | PHILADELPHIA | PHILADELPHIA | 51-43620 |
| 2705871 | 9499 ROOSEVELT BLVD | PHILADELPHIA | PHILADELPHIA | 21-41440 |
| 2705874 | 800 E WASHINGTON LANE | PHILADELPHIA | PHILADELPHIA | 51-41448 |
| 2705902 | 500 KIMBERTON RD | PHOENIXVILLE | CHESTER | |
| 2634210 | 4616 MCKNIGHT RD | PITTSBURGH (Ross Township) | ALLEGHENY | 02-29687 |
| 2634213 | 1540 WASHINGTON RD | PITTSBURGH (Mt. Lebanon) | ALLEGHENY | 02-29663 |

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2634214 | 14 FORT COUCH RD | PITTSBURGH (Bethel Park) | ALLEGHENY | 02-29662 |
| 2634216 | 1636 COCHRAN RD | PITTSBURGH (Mt. Lebanon) | ALLEGHENY | 02-29660 |
| 2634220 | 1400 LYLE | PITTSBURGH | ALLEGHENY | 02-29675 |
| 2634226 | 8035 MCKNIGHT ROAD | PITTSBURGH (Ross Township) | ALLEGHENY | 02-29670 |
| 2634227 | 7530 PENN AVE | PITTSBURGH | ALLEGHENY | 02-29669 |
| 2634229 | 1100 FREEPORT RD | PITTSBURGH (O'Hara Township) (Aspinwall) | ALLEGHENY | 02-29668 |
| 2634230 | 2501 BRIGHTON AVE | PITTSBURGH | ALLEGHENY | 02-29667 |
| 2634232 | 2405 ROUTE 286 (Presque Isle, Plum Borough) | PITTSBURGH | ALLEGHENY | 02-29666 |
| 2705181 | 421 RODI RD | PITTSBURGH (Penn Hills) | ALLEGHENY | 02-29678 |
| 2705182 | 2200 BABCOCK BLVD | PITTSBURGH | ALLEGHENY | 02-82766 |
| 2705184 | 4501 OHIO RIVER BLVD | PITTSBURGH (Bellevue) | ALLEGHENY | 02-29671 |
| 2705949 (2785203) | 584 BUTLER ST | PITTSBURGH (Etna) | ALLEGHENY | 02-29676 |
| 2705865 | 199 W GERMANTOWN PIKE | PLYMOUTH MEETING | MONTGOMERY | 46-43741 |
| 2705881 | 435 W GERMANTOWN PIKE | PLYMOUTH MEETING | MONTGOMERY | 46-41509 |
| 2705893 | 434 W GERMANTOWN PIKE | PLYMOUTH MEETING | MONTGOMERY | 46-41444 |
| 2634904 | 20 S WEST END BLVD | QUAKERTOWN | BUCKS | 09-43612 |
| 2634935 | 1099 EASTON AVE | ROSLYN | MONTGOMERY | 46-41869 |
| 2634968 | 4124 SKIPPACK PIKE | SKIPPACK | MONTGOMERY | 46-41548 |

37264089.1

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2634994 | 681 E BROAD ST | SOUDERTON | MONTGOMERY | 46-41546 |
| 2705864 | 501 W. LANCASTER AVE | STRAFFORD | DELAWARE | 23-43626 |
| 2634902 | 4613 E STREET RD | TREVOSE | BUCKS | 09-43610 |
| 2635105 | 2600 W RIDGE PIKE | TROOPER | MONTGOMERY | 46-26514 |
| 2634228 | 53 W FAYETTE ST | UNIONTOWN | FAYETTE | 26-29652 |
| 2635079 | 6901 MARSHALL RD | UPPER DARBY | DELAWARE | 23-42582 |
| 2634212 | 4901 ALLEGHENY RIVER BLVD | VERONA | ALLEGHENY | 02-29685 |
| 2634218 | US RT 19 & BAYNE RD | WARRENDALE | ALLEGHENY | 02-29681 |
| 2634969 | 1400 EASTON RD | WARRINGTON | BUCKS | 09-41459 |
| 2635123 | 1165 VALLEY FORGE DR | WAYNE | DELAWARE | 15-41543 |
| 2634901 | 1209 WILMINGTON PIKE | WEST CHESTER | CHESTER | 15-42590 |
| 2635001 | 1457 POTTSTOWN PIKE | WEST CHESTER | CHESTER | 15-41471 |
| 2705812 | 845 PAOLI PIKE | WEST CHESTER | CHES'FER | 15-42589 |
| 2705888 | 1302 OLD WILMINGTON PIKE | WEST CHESTER | CHESTER | 15-37652 |
| 2705905 | 455 HANNUM AVE. | WEST CHESTER | CHESTER | 15-37574 |
| 2634231 | 5700 HOMEVILLE RD | WEST MIFFLIN | ALLEGHENY | 02-29651 |
| 2705840 | 315 PENN AVE | WEST READING | BERKS | 06-26699 |
| 2634219 | 411 PERRYSVILLE AVE | WEST VIEW | ALLEGHENY | 02-29677 |
| 2634909 | 2607 EASTON RD | WILLOW GROVE | MONTGOMERY | 46-43631 |
| 2634981 | 3401 WESTMORELAND RD | WILLOW GROVE | MONTGOMERY | 46-41507 |
| 2635164 | 2600 EASTON RD | WILLOW GROVE | MONTGOMERY | 46-26731 |
| 2705852 | 1901 MACDADE | WOODLYN | DELAWARE | 09-43615 |

| Site Number | Address | City | County | PADEP Facility ID No. |
|---|---|---|---|---|
| 2635017 | 105 GREENWOOD AVE | WYNCOTE | MONTGOMERY | 46-41445 |
| 2705877 | 558 CHURCH LANE | YEADON | DELAWARE | 23-43720<br>23-40720 |

Dated: February 1, 2019

**Norton Rose Fulbright US LLP**

*/s/ Stephen C. Dillard*
Stephen C. Dillard
TBN: 05868000
Steve.dillard@nortonrosefulbright.com
Jessica G. Farley
TBN: 24049060
Jessica.farley@nortonrosefulbright.com1
301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

**Counsel for Defendants ConocoPhillips Company and Phillips 66 Company**

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019 a copy of the foregoing document was served electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Stephen C. Dillard
Stephen C. Dillard

37264089.1