UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation** <br><br> **This document relates to:** <br> **ALL CASES** | **Master File No. 1:00 – 1898** <br> **MDL No. 1358 (VSB)** |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR GRAHAM C. ZORN**

In support of the Motion for admission Pro Hac Vice for Graham C. Zorn in the above-captioned action, I hereby state and affirm that

(a) I have never been convicted of a felony;
(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court;
(c) There are no disciplinary proceedings presently against me.

Dated: March 25, 2019

Respectfully submitted,

*/s/ Graham C. Zorn*
Graham C. Zorn
WI 1077220
DC 981974
BEVERIDGE & DIAMOND, PC
1350 I Street NW
Suite 700
Washington, DC 20005-3311
Telephone: (202) 789-6024
Fax: (202) 789-6190
Email: gzorn@bdlaw.com