**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re: Methyl Tertiary Butyl Ether ("MTBE")** **Products Liability Litigation** | |
| | **Master File No. 1:00 – 1898** **MDL No. 1358 (VSB)** |
| **This document relates to:** **ALL CASES** | |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE FOR GRAHAM C. ZORN**

The Motion of Graham C. Zorn for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Wisconsin and the District of Columbia; and that his contact information is as follows:

Graham C. Zorn
Beveridge & Diamond PC
1350 I Street NW
Suite 700
Washington, DC 20005-3311
Telephone: (202) 789-6024
Fax: (202) 789-6190
Email: gzorn@bdlaw.com

**IT IS HEREBY ORDERED** that Graham C. Zorn is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Judge