UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This Document Relates To:**<br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Company, et al.*,<br>**Case No. 14-cv-01014-SAS** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br><br>NOTICE OF WITHDRAWAL OF TRAVIS J. MOCK ON BEHALF OF VITOL S.A. AND VITOL INC. |

TO:   Clerk of the Court and all Parties of Record:
        United States District Court
        Southern District of New York

PLEASE TAKE NOTE THAT I will no longer be associated with Eversheds Sutherland (US) LLP and I should be removed from the Court's service list with respect to the above referenced action.  Eversheds Sutherland (US) LLP continues to serve as counsel for Defendants Vitol S.A. and Vitol, Inc. as indicated on the docket.

Dated:  New York, New York
        September 4, 2018

                                            Respectfully submitted,

                                            */s/ Travis J. Mock*
                                            Travis J. Mock

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK  4/1/2019
UNITED STATES DISTRICT JUDGE

40884094.1