UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

Civil Action

This document relates to:
*Commonwealth of Puerto Rico, et al.*
*v.*
*Shell Oil Co., et al.,*
*Case No. 1:07-cv-10470 (SAS)*

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Victor L. Cardenas, Jr., as counsel of record for The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through its Environmental Quality Board, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby GRANTED.

SO ORDERED.

Dated: April 1, 2019, 2016

*Vernon Broderick*
Vernon S. Broderick
United States District Judge