UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : Master File No. 1:00-1898<br>: MDL 1358 (SAS)<br>: M21-88<br>:<br>: |
| | : Civil Action |
| This document relates to:<br>*Commonwealth of Puerto Rico, et al.*<br>*v.*<br>*Shell Oil Co., et al.,*<br>*Case No. 1:07-cv-10470 (SAS)* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Noe Reyna as counsel of record for The

Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through its

Environmental Quality Board, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court,

is hereby GRANTED.

SO ORDERED.

Dated: April 1, 2019      , 2016

_____

Vernon S. Broderick
United States District Judge