UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

_____

This Document Relates To:
*Orange County Water District v. Unocal Corp., et al., No. 04 Civ. 4968 (VSB)*

MDL NO. 1358 (VSB)
Master File No. 1:00-1898

**ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT & ENTRY OF JUDGMENT**

## ORDER GRANTING MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT; JUDGMENT

Having considered the papers submitted by the parties for Defendants G&M Oil Company, Inc. and G&M Oil Co., LLC's (collectively, "G&M") Motion for Order Determining Good Faith Settlement (the "Motion"), there being no objection to the Motion, and for good cause shown, the Court will and hereby does issue the following orders:

1) The Settlement Agreement, Exhibit 1 to the Declaration of Kenneth A. Ehrlich submitted in support of the Motion, between Plaintiff Orange County Water District ("OCWD") on the one hand and Defendants G&M on the other, was entered into in good faith, as defined under California Code of Civil Procedure §§ 877 and 877.6;

2)  The negotiations of the Settlement Agreement between OCWD and G&M were conducted fairly, in good faith, and at arm's length, and there is no evidence of bad faith, fraud, collusion, tortious conduct, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others;

3)  Pursuant to California Code of Civil Procedure § 877.6(c), all parties who are released from claims by OCWD in the Settlement Agreement are entitled to protection as settling tortfeasors to the extent provided by California Code of Civil Procedure § 877.6(c); and

4)  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final judgment dismissing all claims against G&M is entered.

**IT IS SO ORDERED.**

Dated:  April 1, 2019

By: /s/ Vernon Broderick
Vernon S. Broderick
United States District Judge