## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 2, 2019, a copy of the STIPULATION OF DISMISSAL OF INSURANCE CLAIMS AGAINST CHEVRON CORPORATION, CHEVRON U.S.A. INC., TEXACO INC., AND TRMI-H LLC AND [PROPOSED] ORDER OF DISMISSAL OF INSURANCE CLAIMS AGAINST CHEVRON CORPORATION, CHEVRON U.S.A. INC., TEXACO INC., AND TRMI-H LLC was served upon all parties of record via LexisNexis File and Serve.

_____
Ryan A. Shores