UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (SAS) MDL No. 1358 |
| This document pertains to: Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228 | |

## [PROPOSED] ORDER OF DISMISSAL OF INSURANCE CLAIMS AGAINST CHEVRON CORPORATION, CHEVRON U.S.A. INC., TEXACO INC., AND TRMI-H LLC

After having considered the Stipulation of Dismissal of Insurance Claims Against Chevron Corporation, Chevron U.S.A. Inc., Texaco Inc., and TRMI-H LLC (collectively, "Chevron") and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that Count VIII (unjust enrichment) and Count IX (Pennsylvania Storage Tank and Spill Prevention Act) of the Second Amended Complaint filed November 6, 2015, are hereby DISMISSED WITH PREJUDICE as to Chevron, with each party to bear and pay its own costs, expenses, and attorneys' fees heretofore incurred in connection with the claims made against Chevron in Counts VIII and IX of the Second Amended Complaint. All other claims in the Second Amended Complaint against Chevron remain pending and unaffected by this dismissal order.

IT IS SO ORDERED.

Dated: May 5, 2019

Vernon S. Broderick
United States District Judge