**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al., 1:14-cv-06228*

Master File No. 1:00 – 1898
MDL 1358 : M21 – 88

---

VERNON S. BRODERICK, U.S.D.J.

## STIPULATION RELATED TO PENNVEST DOCUMENTS AND FILES

**WHEREAS,** Defendants have deposed Brion Johnson and Plaintiff Commonwealth of Pennsylvania ("Commonwealth") represents it has produced to MTBE Defense counsel all of the documents from the Ron Matz Exxon PENNVEST file in PENNVEST's possession, custody or control;

**WHEREAS,** Counsel for the Commonwealth has represented that the Ron Matz facility is the only underground storage tank release for which PENNVEST has provided funding to treat or replace potable wells contaminated by MTBE or TBA; and,

**WHEREAS,** Counsel for the Commonwealth has agreed that going forward PENNVEST will comply with Rule 26 and will preserve and produce all documents which come into PENNVEST's possession, custody or control which may be potentially responsive to discovery requests in the above litigation.

## NOW, THEREFORE, THE PARTIES DO HEREBY STIPULATE AND AGREE

1. PENNVEST is hereby relieved of its obligation to preserve all non-responsive documents, emails, correspondence or other file materials for purposes of this litigation.

2. Going forward, PENNVEST will comply with Rule 26 as to all documents which come into PENNVEST's possession, custody or control which may be potentially responsive to discovery requests in the above litigation.

Michael Coren, Esq.

*Special Counsel to the Commonwealth Of Pennsylvania*

By: _____

Dated: April 15, 2019

**SO ORDERED:**

_____

**HON. VERNON S. BRODERICK** 5/22/2019
**UNITED STATES DISTRICT JUDGE**

*Liaison Counsel for Defendants*

By _____

Dated: _____ 4/16/19 _____

216259601v1