UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*
*Products Liability Litigation*

Master File No. 1:00 – 1898
MDL 1358 (VSB)

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v.*
*Atlantic Richfield Co., et al.,* No. 1:08-CV-00312-VSB

### STIPULATION AND [PROPOSED] ORDER

On or about September 28, 2018, the Court granted Plaintiffs' Unopposed Motion for Leave to File a Fifth Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, newly-added Defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC Lukoil (collectively the "newly-added Lukoil Defendants"), and existing Defendants Lukoil Americas Corporation and Getty Petroleum Marketing Inc., that the newly-added Lukoil Defendants, Lukoil Americas Corporation and Getty Petroleum Marking Inc. shall have until Monday, December 2, 2019 in which to answer, move or otherwise respond to the Fifth Amended Complaint.

Dated: October 1, 2019

AGREED TO BY:

AKIN GUMP STRAUSS HAUER & FELD LLP

*Katherine M. Katchen* / AME
KATHERINE M. KATCHEN
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200
*Counsel for Newly-Added Lukoil Defendants*

BLEAKLEY PLATT & SCHMIDT, LLP

*Matthew G. Parisi* / AME
MATTHEW G. PARISI
One North Lexington Avenue
White Plains, NY 10601
(914) 949-2700
*Counsel for Lukoil Americas Corporation & Getty Petroleum Marketing Inc.*

MILLER & AXLINE, P.C.

*Michael Axline* / AME
DUANE C. MILLER
MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688
*Counsel for Plaintiff*

*Gwen Farley* / AME
GWEN FARLEY
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
Environmental Enforcement & Environmental Justice Section
25 Market Street, 7th floor
Trenton, NJ 80625-0093

2

SO ORDERED,

Dated: _____, 2019

_____
HON. VERNON S. BRODERICK