UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In re: Methyl Tertiary Butyl Ether ("MTBE")  :  **Master File No. 1:00-1898**
Products Liability Litigation                   **MDL No. 1358 (VSB)**
                                             :  **M21-88**

This Document Relates To:                    :  The Honorable Vernon S. Broderick
*Orange County Water District v. Unocal*
*Corporation, et al.*, Case No. 04 Civ. 4968 :
(VSB)
                                             :

---------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, AND TEXACO REFINING AND MARKETING INC. ONLY

PLEASE TAKE NOTICE that plaintiff Orange County Water District hereby dismisses all claims in this action as to defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, Shell Oil Company, Equilon Enterprises LLC, and Texaco Refining and Marketing Inc. only, with prejudice, with each side to bear their own costs and attorney's fees.

Dated: July 22, 2019                         Respectfully submitted,

                                             /s/ Duane C. Miller
                                             Duane C. Miller
                                             Tracey O'Reilly
                                             MILLER & AXLINE, P.C.
                                             1050 Fulton Avenue, Suite 100
                                             Sacramento, California  95825
                                             Tel. 916.488.6688
                                             dmiller@toxictorts.org
                                             *Attorneys for Plaintiff*
                                             *Orange County Water District*

SO ORDERED:

_____
Vernon S. Broderick, U.S.D.J.

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968
U.S.D.C. Central District of CA Case No. SACV: 03-01742-CJC-ANx

## PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller & Axline, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via File & ServeXpress, described below, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website:

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, AND TEXACO REFINING AND MARKETING INC. ONLY**

I declare under penalty of perjury that true and correct copies of the above document(s) were served via File & ServeXpress on November 26, 2019.

_Kathy Herron_
KATHY HERRON