UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re: Methyl Tertiary Butyl Ether ("MTBE") : **Master File No. 1:00-1898**
Products Liability Litigation **MDL No. 1358 (VSB)**
: **M21-88**

This Document Relates To: :
*Orange County Water District v. Unocal* The Honorable Vernon S. Broderick
*Corporation, et al.*, Case No. 04 Civ. 4968 :
(VSB)
:

------------------------------------x

### NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, AND TEXACO REFINING AND MARKETING INC. ONLY

PLEASE TAKE NOTICE that plaintiff Orange County Water District hereby dismisses all claims in this action as to defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, Shell Oil Company, Equilon Enterprises LLC, and Texaco Refining and Marketing Inc. only, with prejudice, with each side to bear their own costs and attorney's fees.

Dated: July 22, 2019  Respectfully submitted,

 /s/ Duane C. Miller
Duane C. Miller
Tracey O'Reilly
MILLER & AXLINE, P.C.
1050 Fulton Avenue, Suite 100
Sacramento, California 95825
Tel. 916.488.6688
dmiller@toxictorts.org
*Attorneys for Plaintiff
Orange County Water District*

**SO ORDERED:**

*/s/ Vernon Broderick*

**HON. VERNON S. BRODERICK** 11/30/2019
**UNITED STATES DISTRICT JUDGE**

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968
U.S.D.C. Central District of CA Case No. SACV: 03-01742-CJC-ANx

### PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE

I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller & Axline, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

On the date executed below, I electronically served the document(s) via File & ServeXpress, described below, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website:

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, AND TEXACO REFINING AND MARKETING INC. ONLY**

**I declare under penalty of perjury that true and correct copies of the above document(s) were served via File & ServeXpress on November 26, 2019.**

_____
KATHY HERRON