# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | **Master File No. 1:00 – 1898** <br> **MDL 1358 (VSB)** |

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, No. 1:08-CV-00312-VSB

## STIPULATION AND [~~PROPOSED~~] ORDER

On or about September 28, 2018, the Court granted Plaintiffs' Unopposed Motion for Leave to File a Fifth Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, newly-added Defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC Lukoil (collectively the "newly-added Lukoil Defendants"), and existing Defendants Lukoil Americas Corporation and Getty Petroleum Marketing Inc., that the newly-added Lukoil Defendants, Lukoil Americas Corporation and Getty Petroleum Marking Inc. shall have until Monday, February 3, ~~2019~~ 2020 in which to answer, move or otherwise respond to the Fifth Amended Complaint.

Dated: November 27, 2019

AGREED TO BY:

AKIN GUMP STRAUSS HAUER & FELD LLP

*Katherine Katchen / DR*

KATHERINE M. KATCHEN
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200
*Counsel for Newly-Added Lukoil Defendants*

BLEAKLEY PLATT & SCHMIDT, LLP

*Matthew Parisi / DR*

MATTHEW G. PARISI
One North Lexington Avenue
White Plains, NY 10601
(914) 949-2700
*Counsel for Lukoil Americas Corporation & Getty Petroleum Marketing Inc.*

MILLER & AXLINE, P.C.

*Michael Axline / DR*

DUANE C. MILLER
MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688
*Counsel for Plaintiff*

*Gwen Farley / DR*

GWEN FARLEY
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
Environmental Enforcement & Environmental Justice Section
25 Market Street, 7th floor
Trenton, NJ 80625-0093

SO ORDERED,

Dated: December 2, 2019

Vernon S. Broderick
United States District Judge