USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

Master File No. 1:00-1898
MDL 1358 (VSB)

## [PROPOSED] ORDER APPROVING WITHDRAWWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Meredith C. Eilers as counsel of record for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED.

Dated: _January 14_, 2020

_____
HON. VERNON S. BRODERICK

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**