**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*      **Master File No. 1:00 – 1898**
*Products Liability Litigation*     **MDL 1358 (VSB)**

_____

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v.*
*Atlantic Richfield Co., et al.,* No. 1:08-CV-00312-VSB

_____

## STIPULATION AND [PROPOSED] ORDER

On or about September 28, 2018, the Court granted Plaintiffs' Unopposed Motion for Leave to File a Fifth Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, newly-added Defendants Lukoil North America LLC, Lukoil Pan Americas, LLC, and PJSC Lukoil (collectively the "newly-added Lukoil Defendants"), and existing Defendants Lukoil Americas Corporation and Getty Petroleum Marketing Inc., that the newly-added Lukoil Defendants, Lukoil Americas Corporation and Getty Petroleum Marking Inc. shall have until Friday, April 3, 2020 in which to answer, move or otherwise respond to the Fifth Amended Complaint.

Dated: January 31, 2020

AGREED TO BY:

AKIN GUMP STRAUSS HAUER & FELD LLP

*Katherine M. Katchen /AME*
KATHERINE M. KATCHEN
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200
*Counsel for Newly-Added Lukoil Defendants*

BLEAKLEY PLATT & SCHMIDT, LLP

*Matthew Parisi / AME*
MATTHEW G. PARISI
One North Lexington Avenue
White Plains, NY 10601
(914) 949-2700
*Counsel for Lukoil Americas Corporation & Getty Petroleum Marketing Inc.*

MILLER & AXLINE, P.C.

*Michael Axline /AME*
DUANE C. MILLER
MICHAEL AXLINE
1050 Fulton Ave., Suite 100
Sacramento, CA 95825
(916) 488-6688
*Counsel for Plaintiff*

*Gwen Farley /AME*
GWEN FARLEY
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
Environmental Enforcement & Environmental Justice Section
25 Market Street, 7th floor
Trenton, NJ 80625-0093

2

SO ORDERED,

Dated: February 4, 2020

Vernon S. Broderick
United States District Judge