UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In Re: Methyl Tertiary Butyl Ether ("MTBE")      Master File No. 1:00-1898
Products Liability Litigation

   MDL 1358 (VSB)

------------------------------------------------------------------- x

**This document relates to the following case:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228
----------------------------------------------------------------x

## ORDER GRANTING WITHDRAW OF APPEARANCE

The Motion to Withdraw Appearance of Stephen A. Corr, Esquire as Counsel for the Commonwealth of Pennsylvania, pursuant to Local Civil Rule 1.4, is hereby **GRANTED**.  The Clerk of Court shall remove the name, address and email address of Stephen A. Corr, Esquire from the docket.

**IT IS SO ORDERED**

Dated:_____                _____
                                                            JUDGE VERNON S. BRODERICK

{00891441/}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898<br><br>MDL 1358 (VSB) |

-------------------------------------------------------------------- x

**This document relates to the following case:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228
----------------------------------------------------------------x

### MOTION TO WITHDRAW APPEARANCE OF STEPHEN A. CORR, ESQUIRE AS COUNSEL FOR COMMONWEALTH OF PENNSYLVANIA

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Stephen A. Corr, Esquire of Begley, Carlin & Mandio, LLP (formerly of Stark & Stark, P.C.) moves this Honorable Court for an Order withdrawing his appearance as counsel for the Commonwealth of Pennsylvania and removing his name, address and email address from the official docket in the above-referenced matter. In support of this Motion, I incorporate the attached Affidavit of Counsel as if fully set forth herein at length. The Commonwealth of Pennsylvania will continue to be represented by other competent counsel as set forth in the Affidavit of Counsel.

Dated: February 24, 2020                              Respectfully submitted,

**BEGLEY CARLIN & MANDIO, LLP**

By:   */s      Stephen A. Corr*
         Stephen A. Corr, Esquire (admitted *pro hac vice*)
         680 Middletown Boulevard
         Langhorne, PA  19047
         (215) 750-0110
         scorr@begleycarlin.com

{00891441/}

## CERTIFICATION OF SERVICE

I, Stephen A. Corr, Esquire, certify that on February 24, 2020, a copy of the foregoing document is being filed using the court's CM/ECF system, and that an electronic copy of the document is being served upon all counsel of record through that system.

Dated: February 24, 2020

                                        **BEGLEY CARLIN & MANDIO, LLP**

By:  /s      Stephen A. Corr
Stephen A. Corr, Esquire (admitted *pro hac vice*)
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110
scorr@begleycarlin.com