UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00-1898

MDL 1358 (VSB)

------------------------------------------------------------x

**This document relates to the following case:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

------------------------------------------------------------x

## AFFIDAVIT OF COUNSEL

I, Stephen A. Corr, Esquire, in support of the Motion to Withdraw as Counsel for the Commonwealth of Pennsylvania in the above-captioned matter, hereby depose and say:

1. I am a partner with the law firm Begley, Carlin & Mandio, LLP licensed to practice law in Pennsylvania and New Jersey;

2. I, was retained by the Commonwealth of Pennsylvania to represent Pennsylvania with respect to Counts VIII and IX of the Second Amended Complaint;

3. Under a separate retainer agreement, the Commonwealth of Pennsylvania retained the law firms of Berger & Montague, P.C., Miller Axline & Sawyer, and Cohen Placitella & Roth to represent Pennsylvania with respect to all claims arising out of MTBE contamination;

4. The Commonwealth of Pennsylvania is also represented in this matter by attorneys from the Office of the Governor's General Counsel and the Pennsylvania Office of Attorney General;

5. On or about January 5, 2015, I paid the *pro hac vice* fee and was admitted to practice, *pro have vice*, in this matter;

{00892593/}

6. The retainer agreement I had with the Commonwealth of Pennsylvania has expired and has not been renewed, and after consultation with attorneys from the Pennsylvania Office of Attorney General and the Governor's Office of General Counsel, the retainer agreement will not be renewed;

7. I no longer represent the Commonwealth of Pennsylvania and no longer have authority to act on its behalf in this lawsuit;

8. I respectfully request an Order withdrawing my appearance in this matter and removing my name and email address from the official docket;

9. Our withdraw from this case will not delay the case or harm the Commonwealth of Pennsylvania as the Commonwealth will continue to be represented by the other capable counsel already in this case.

Respectfully submitted,
BEGLEY, CARLIN & MANDIO, LLP

By: _____
Stephen A. Corr, Esquire

Sworn to and subscribed before me this 24th day of February, 2020.

_____
Notary

Commonwealth of Pennsylvania - Notary Seal
Michelle C. Mandolesi, Notary Public
Bucks County
My commission expires December 17, 2021
Commission number 1101267
Member, Pennsylvania Association of Notaries

{00892593/}