**JEFFREY P. GARTON**
**JOSEPH S. BRITTON**
**DOUGLAS C. MALONEY**
**THOMAS J. PROFY, IV\*†**
**FRANCIS X. DILLON**
**JOHN A. TORRENTE\***
**STEVEN M. JONES**
**STEPHEN A. CORR\***
**MICHAEL J. MEGINNISS**
**BREANDAN Q. NEMEC\***
**SIOBHAN TIMMERMAN†**
**BRENDAN M. CALLAHAN\***
**SARAH C. BRUCIE**
**AIMEE E. SCHNECKER**
**BRYCE H. McGUIGAN\***
**BRADLEY R. CORNETT\***

*Member of PA & NJ Bars
†Master of Laws (Taxation)

*OF COUNSEL*
**THOMAS J. PROFY III**
**JOHN P. KOOPMAN**
**JAMES A. DOWNEY, III**
**SCOTT A. PETRI**
**FRANK A. FARRY**
**THOMAS E. HORA**

*NEW HOPE OFFICE*
**123 W. BRIDGE STREET**
**NEW HOPE, PA 18938**
215.862.0701



**680 MIDDLETOWN BOULEVARD**
**P.O. BOX 308**
**LANGHORNE, PENNSYLVANIA 19047-0308**
**TELEPHONE:  215.750.0110**
**FAX:  215.750.0954**

**STEPHEN A. CORR, ESQUIRE**
*scorr@begleycarlin.com*
**Direct Dial: (215) 750-4515**

March 5, 2020

<u>*Via ECF Only*</u>

Honorable Debra Freeman
U.S.D.C., S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

   **Re:** **Motion to Withdraw as Counsel for the Commonwealth of Pennsylvania**
      **Case No. 1:00-1898 and Member Case 14-06228**

Dear Judge Freeman:

  As you know, I filed a Motion to Withdraw Appearance of Stephen A. Corr, Esquire as Counsel for Commonwealth of Pennsylvania (Case No. 00-1989, docket document no. 4577) on February 24, 2020.  While Your honor was addressing that Motion, it was discovered that the docket incorrectly reflects that I am also counsel for five entities, none of which is The Commonwealth of Pennsylvania.  Specifically, the docket reflects that I am counsel for: 1) Village of Island Lake, 2) Village of Bethalto, 3) Water Authority of Great Neck North, 4) Water Finance Agency, and 5) rEVO Biologics, Inc.  I do not, and have never, represented any of those five entities.  Therefore, I am requesting, in addition to my Motion to Withdraw, that I also be removed from the docket as counsel for those five entities.

  Thank you for your consideration of this request.

            Very truly yours,

            *Stephen A. Corr*
            Stephen A. Corr

SAC:ss