USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,*

Case No. 14-cv-06228

Master File No. 1:00-1898 (VSB)

MDL 1358

**[PROPOSED] ORDER FOR ADMISSION OF**
**SUSAN M. RAZZANO TO PRACTICE *PRO HAC VICE***

The motion of Susan M. Razzano for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the State of Illinois and that her contact information is as follows:

> Susan M. Razzano
> Eimer Stahl LLP
> 224 South Michigan Ave., Suite 1100
> Chicago, Illinois 60604
> Telephone: 312-660-7600
> Email: srazzano@eimerstahl.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. in the above-captioned action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/5/2020

_____
United States ~~District~~ / Magistrate Judge

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK