>One Bryant Park
>New York, NY 10036

For LAC and LNA:

>Robert Ferluga
>Lukoil Americas Corporation
>505 Fifth Avenue, 9th Floor
>New York, NY 11554

For LPA:

>Managing Director
>Lukoil Pan Americas, LLC
>1095 Avenue of the Americas
>New York, NY 10036

41. The Parties to this JCO agree that it was negotiated fairly between them at arms' length and that the final terms of this JCO shall be deemed to have been jointly and equally drafted by them, and that the provisions of this JCO therefore should not be construed against a Party to it on the grounds that the Party drafted or was more responsible for drafting the provision(s).

**SO ORDERED** this 27th day of March, 2020 , .

*Vernon S. Broderick*
United States District Judge

Gurbir S. Grewal
Attorney General of New Jersey
Attorney for Plaintiffs

By: _____

Gurbir S. Grewal,
Attorney General of New Jersey
Attorney for Plaintiffs

By: *[signature: Gwen Farley]*
Gwen Farley
Deputy Attorney General

Dated: 1/30/20

Gwen Farley
Deputy Attorney General

Dated: _____




NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND NEW JERSEY
SPILL COMPENSATION FUND CONSENT TO THE FORM AND ENTRY OF THIS
ORDER

By: _____
Catherine R. McCabe, Commissioner
New Jersey Department of Environmental
Protection, and Administrator
New Jersey Spill Compensation Fund


Dated: 1/27/20

LUKOIL AMERICAS CORPORATION CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Robert Ferluga
CEO

Dated: 01.29.2020

LUKOIL NORTH AMERICA, LLC CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Robert Ferluga
CEO

Dated: 01.29.2020

OAO LUKOIL N/K/A PUBLIC JOINT STOCK COMPANY OIL COMPANY LUKOIL CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Aleksandr K. Matytsyn
First Vice-President

Dated: 02.06.2020

LUKOIL PAN AMERICAS, LLC CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Simon Fenner
Managing Director

Dated: _____

28



LUKOIL AMERICAS CORPORATION CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Robert Ferluga
CEO

Dated: _____

LUKOIL NORTH AMERICA, LLC CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Robert Ferluga
CEO

Dated: _____

OAO LUKOIL N/K/A PUBLIC JOINT STOCK COMPANY OIL COMPANY LUKOIL CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____
Anatoly Martynov

Dated: _____

LUKOIL PAN AMERICAS, LLC CONSENTS TO THE FORM AND ENTRY OF THIS ORDER

By: _____/s/ Simon Fenner_____
Simon Fenner
Managing Director

Dated: ____2/7/20____