# EXHIBIT A

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1 | 43562 | | U HAUL CENTER | 1 ABSECON BLVD | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 2 | 15586 | | SICO CO DIRECT SERVICE STATION #4/841 | 101 ABSECON BLVD & SHORE RD | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 3 | 363012 | | 111 LENAPE LANE | 111 LENAPE LN | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 4 | 15585 | | ABSECON SHELL SERVICE STATION | 128 ABSECON BLVD AKA RT 30 | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 5 | 12828 | | SUNOCO SERVICE STATION #0004 5328 | 2 ABSECON BLVD & NEW YORK AVE | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 6 | 15587 | | SAFETY BUS SERVICE | 235 ABSECON BLVD | ABSECON | ABSECON CITY | 08109 | ATLANTIC |
| 7 | 15564 | | SUNOCO SERVICE STATION #0004-6649 | 471 WHITEHORSE PK AKA RT 30 | ABSECON | ABSECON CITY | 08232 | ATLANTIC |
| 8 | 15567 | | TEXACO SERVICE STATION #100230 | 802 ABSECON BLVD | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 9 | 51126 | | H&B TEXACO SERVICE STATION | ABSECON BLVD & NEW RD | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 10 | 15584 | | EXXON SERVICE STATION #86351 | RT 9 & ABSECON BLVD AKA RT 30 WHITEHORSE PK | ABSECON | ABSECON CITY | 08201 | ATLANTIC |
| 11 | 12781 | | SUNOCO SERVICE STATION | 101 111 ALBANY AVE & WINCHESTER AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 12 | 83564 | | 105 MASSACHUSETTS AVENUE | 105 MASSACHUSETTS AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 13 | 12786 | | ATLANTIC CITY SERVICE STATION | 1125 N ALBANY AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 14 | 64369 | | 137 LIBERTY AVENUE | 137 LIBERTY AVE | ATLANTIC CITY | ATLANTIC CITY | 08400 | ATLANTIC |
| 15 | 65303 | | 139 NORTH IOWA AVENUE | 139 N IOWA AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 16 | 171948 | | 1607 ATLANTIC AVENUE | 1607 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 17 | 171941 | | 1612 ARCTIC AVENUE | 1612 ARCTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 18 | 485717 | 49552 | SPENCER GIFTS | 1635 N ALBANY AVE | ATLANTIC CITY | ATLANTIC CITY | 08201 | ATLANTIC |
| 19 | 46113 | | ARCTIC AVENUE GULF SERVICE STATION #122686 | 1928 ARCTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 20 | 65110 | | SOUTH JERSEY GAS CO | 2001 ATLANTIC AVE & MICHIGAN AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 21 | 12778 | | TEXACO SERVICE STATION #1404501334 | 2140 ATLANTIC AVE AKA 2120 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 070840000 | ATLANTIC |
| 22 | 117843 | | THE SALVATION ARMY | 22 S TEXAS AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 23 | 12829 | | VINAS MOBIL SERVICE STATION #15KYO | 2401 ARCTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 24 | 12818 | | VANS SUNOCO SERVICE STATION | 2507 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 25 | 56340 | | SOLTZ PAINT STORE | 2517 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08201 | ATLANTIC |
| 26 | 147546 | | 262 CONNECTICUT AVENUE | 262 N CONNECTICUT AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 27 | 93368 | | SOUTH JERSEY AUTO SUPPLY | 2919 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 28 | 171933 | | 30 NORTH KENTUCKY AVENUE | 30 N KENTUCKY AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 29 | 12821 | | CUMBERLAND FARMS INC GULF SERVICE STATION #2910 | 3114 ARCTIC AVE & MONTPELIER AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 30 | 83751 | | BOYS & GIRLS CLUB OF ATLANTIC CITY | 317 PENNSYLVANIA AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 31 | 14605 | | ATLANTIC CLUB CASINO HOTEL | 3400 BOARDWALK & BOSTON AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 32 | 23031 | | PARKWAY AUTO SERVICE INC | 3609 VENTNOR AVE & ALBANY AVE | ATLANTIC CITY | ATLANTIC CITY | 08012 | ATLANTIC |
| 33 | 12790 | | CUMBERLAND FARMS GULF SERVICE STATION #2946 | 3701 VENTNOR AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 34 | 229905 | | TALIAFERROS DAY CARE CENTER | 423 N TENNESSEE AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 35 | 52546 | | ENGINES INC | 435 MASSACHUSETTS AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 36 | 12804 | | TRUMP CASTLE ASSOC FRANK FARLEY STATE MARINA | 600 HURON AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 37 | 124275 | | BUTLER AVIATION @ BADER FIELD AIRPORT | 601 N ALBANY AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 38 | 202988 | | HARRAHS RESORT ATLANTIC CITY | 777 HARRAHS BLVD AKA 1725 BRIGANTIVE BLVD | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 39 | 56542 | | SEASHORE FRUIT & PRODUCE | 800 NEW YORK AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 40 | 17225 | | PMG #2503 SERVICE STATION | 9 N ARKANSAS AVE | ATLANTIC CITY | ATLANTIC CITY | 08441 | ATLANTIC |
| 41 | 84298 | | EDS FURNITURE | 915 ATLANTIC AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 42 | 63910 | | ATLANTIC CITY COAL GAS #2 | GEORGIA AVE & SUNSET AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 43 | 47102 | | USCOD NAVAL RESERVE CENTER @ US COAST GUARD STATION | HURON AVE FT OF | ATLANTIC CITY | ATLANTIC CITY | 08021 | ATLANTIC |
| 44 | 81189 | | ATLANTIC CITY ELECTRIC CO | LEXINGTON AVE & CONNECTICUT AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 45 | 85818 | | HURON NORTH REDEVELOPMENT | MASSACHUSETTS AVE & BRIGANTINE BLVD & HURON AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 46 | 65620 | | NORTH RIVERSIDE DRIVE & PARK AVENUE | N RIVERSIDE DR & PARK AVE | ATLANTIC CITY | ATLANTIC CITY | 08401 | ATLANTIC |
| 47 | 12805 | | BRIGANTINE GULF SERVICE STATION #122656 | 3401 ATLANTIC BRIGANTINE BLVD | BRIGANTINE | BRIGANTINE CITY | 08203 | ATLANTIC |
| 48 | 12802 | | FRIENDLY MANAGEMENT CO SERVICE STATION | 3600 ATLANTIC BRIGANTINE BLVD | BRIGANTINE | BRIGANTINE CITY | 082030000 | ATLANTIC |
| 49 | 12754 | | ANDYS SHELL SERVICE STATION #138903 | 4012 ATLANTIC BRIGANTINE BLVD | BRIGANTINE | BRIGANTINE CITY | 08203 | ATLANTIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 50 | 12755 | | JERSEY STATE MARINE | 601 BAYSHORE AVE | BRIGANTINE | BRIGANTINE CITY | 08203 | ATLANTIC |
| 51 | 124476 | | LASAMMANA HOTEL | 1400 1406-W BRIGANTINE AVE | BRIGANTINE CITY | BRIGANTINE CITY | 08203 | ATLANTIC |
| 52 | 74935 | | 3 SHERIDAN PLACE | 3 SHERIDAN PL | BRIGANTINE CITY | BRIGANTINE CITY | 08203 | ATLANTIC |
| 53 | 12738 | | TRADE IMAGES CORP | 701 HARDING HWY | BUENA | BUENA BORO | 08310 | ATLANTIC |
| 54 | 12737 | | NJDOT BUENA BORO MAINTENANCE YARD | 722 HARDING HWY 500 W OF RT 54 | BUENA | BUENA BORO | 08310 | ATLANTIC |
| 55 | 65425 | | VANCANT LOT @ 502 NORTH WEST BOULEVARD | 502 N WEST BLVD | BUENA BORO | BUENA BORO | 08310 | ATLANTIC |
| 56 | 12740 | | SCIENTIFIC PRODUCTS INC WILMAD GLASS DIV | 1002 HARDING HWY & OAK RD | BUENA VISTA TWP | BUENA VISTA TWP | 08310 | ATLANTIC |
| 57 | 57299 | | BUENA SUNOCO SERVICE STATION | 377 RT 54 | BUENA VISTA TWP | BUENA VISTA TWP | 08310 | ATLANTIC |
| 58 | 44421 | | FIVE POINTS SERVICE STATION @ FIVE POINTS | 5204 LANDIS AVE | BUENA VISTA TWP | BUENA VISTA TWP | 08360 | ATLANTIC |
| 59 | 443475 | 12742 | BACHAN PETROL | 751 HARDING HWY | BUENA VISTA TWP | BUENA VISTA TWP | 08310 | ATLANTIC |
| 60 | 12745 | | AMOCO SERVICE STATION @ VINELAND TRUCK STOP | 760 HARDING HWY & BLUE ANCHOR RD AKA RT 40 | BUENA VISTA TWP | BUENA VISTA TWP | 08310 | ATLANTIC |
| 61 | 56345 | | DELTONA DISCOUNT TIRES INC | 6700 BLACKHORSE PK & CARDIFF CIR | CARDIFF | EGG HARBOR TWP | 08221 | ATLANTIC |
| 62 | 12720 | | MOBIL SERVICE STATION #57290 | BLACKHORSE PK & TILTON RD CARDIFF CIR | CARDIFF | EGG HARBOR TWP | 08232 | ATLANTIC |
| 63 | 44738 | | CORBIN CITY BD OF ED | 112 RT 50 | CORBIN CITY | CORBIN CITY | 08270 | ATLANTIC |
| 64 | 12728 | | DORSEYS OLD PLACE INC | 218 MAIN ST & RT 50 | CORBIN CITY | CORBIN CITY | 08270 | ATLANTIC |
| 65 | 15578 | | SUNOCO SERVICE STATION #0827-6479 | 1451 WHITEHORSE PK & ANTWERP AVE | EGG HARBOR | EGG HARBOR CITY | 08215 | ATLANTIC |
| 66 | 54631 | | LAMAN LOESCHE SUPPLY CO INC | 402 WHITEHORSE PK | EGG HARBOR | EGG HARBOR CITY | 08016 | ATLANTIC |
| 67 | 12725 | | EGG HARBOR CITY STATION | 600 WHITEHORSE PK & PHILADELPHIA AVE AKA RT 30 & PHILADELPHIA AVE | EGG HARBOR | EGG HARBOR CITY | 08215 | ATLANTIC |
| 68 | 15577 | | HERRS FOOD INC | 801 BREMEN AVE & DUERER ST | EGG HARBOR | EGG HARBOR CITY | 08215 | ATLANTIC |
| 69 | 45995 | | CUMBERLAND FARMS INC #2903 | 827 WHITEHORSE PK | EGG HARBOR | EGG HARBOR CITY | 08232 | ATLANTIC |
| 70 | 12722 | | FERRARI OIL INC | 1020 WHITEHORSE PK | EGG HARBOR CITY | EGG HARBOR CITY | 082150000 | ATLANTIC |
| 71 | 56245 | | RAYS SPORTS MARINE CENTRE | 1300 1308 WHITEHORSE PK | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 72 | 75344 | | 223 BUFFALO AVENUE | 223 BUFFALO AVE | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 73 | 64291 | | CITGO SERVICE STATION | 27 WHITEHORSE PK | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 74 | 64785 | | 327 WHITEHORSE PIKE | 327 WHITEHORSE PK LOT | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 75 | 147438 | | PEMBROKE CLOTHING | 801 ATLANTIC AVE | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 76 | 39585 | | SOUTH JERSEY GAS CO EGG HARBOR CITY COAL GAS FORMER | ATLANTIC AVE & BUFFALO AVE 700 WHITEHORSE PK | EGG HARBOR CITY | EGG HARBOR CITY | 08215 | ATLANTIC |
| 77 | 12679 | | HESS SERVICE STATION #30244 | 1600 VERONA AVE FORMERLY 7058 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 78 | 122669 | | BERTUCCI PROPERTY | 2043 OCEAN HEIGHTS AVE | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 79 | 12700 | | ARFA SERVICE STATION | 2164 OCEAN HEIGHTS AVE & LEAP ST | EGG HARBOR TWP | EGG HARBOR TWP | 08282 | ATLANTIC |
| 80 | 18097 | | EGG HARBOR TWP SUNOCO SERVICE STATION | 2601 FIRE RD | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 81 | 12701 | | SUNOCO SERVICE STATION #0004 5351 | 2652 TILTON RD & 1900 BLCKHRSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08330 | ATLANTIC |
| 82 | 12674 | | PMG #2506 SERVICE STATION | 3001 OCEAN HEIGHTS AVE & ZION RD | EGG HARBOR TWP | EGG HARBOR TWP | 08221 | ATLANTIC |
| 83 | 44888 | | NATIONAL HOME INSULATORS | 3364 FIRE RD | EGG HARBOR TWP | EGG HARBOR TWP | 08221 | ATLANTIC |
| 84 | 15865 | | NJDM&VA AIR NATIONAL GUARD 177TH FIGHTER GROUP @ ATLANTIC CITY INTNL AIRPT | 400 LANGLEY RD | EGG HARBOR TWP | EGG HARBOR TWP | 082349500 | ATLANTIC |
| 85 | 125798 | | DINOS DELI & SUBS | 402 ZION RD | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 86 | 17780 | | SUNOCO SERVICE STATION #0360-7702 | 6027 BLACKHORSE PK & TILTON RD | EGG HARBOR TWP | EGG HARBOR TWP | 08221 | ATLANTIC |
| 87 | 64328 | | AVALON MARBLE CO | 6084 REEGA AVE | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 88 | 12708 | | LUKOIL SERVICE STATION #57725 | 6101 BLACKHORSE PK & MCKEE AVE | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 89 | 35497 | | WEEDS TEXACO SERVICE STATION | 6223 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08330 | ATLANTIC |
| 90 | 153163 | | WAWA FOOD MARKET #947 | 6678 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 91 | 12688 | 15572 | CARDIFF RIGGINS SERVICE STATION | 6710 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08221 | ATLANTIC |
| 92 | 30180 | | BENNETT CHEVROLET GEO INC | 6721 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08221 | ATLANTIC |
| 93 | 12718 | | LUKOIL SERVICE STATION #57201 | 6752 BLACKHORSE PK & FIRE RD | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 94 | 12695 | | TILTON ROAD SUNOCO SERVICE STATION | 6801 TILTON RD & FIRE RD | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 95 | 224057 | | ELEGANCE DRY CLEANERS @ HEATHERCROFT SHOPPING CENTER | 6825 TILTON RD | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 96 | 187316 | | MOONEY THOMAS | 7008 BLACKHORSE PK | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 97 | 64373 | | DELANCY AVENUE GROUNDWATER CONTAMINATION | DELANCY AVE | EGG HARBOR TWP | EGG HARBOR TWP | 08234 | ATLANTIC |
| 98 | 45282 | | BUTLER AVIATION INC @ ATLANTIC CITY INTNL AIRPORT | TILTON RD | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 99 | 46228 | | MOBIL SERVICE STATION #15FM4 | TILTON RD & FIRE RD | EGG HARBOR TWP | EGG HARBOR TWP | 08232 | ATLANTIC |
| 100 | 12555 | | ELWOOD VALERO SERVICE STATION | 4523 WHITEHORSE PK & UNION AVE | ELWOOD | MULLICA TWP | 08217 | ATLANTIC |
| 101 | 15816 | | CONECTIV POWER INC PLEASANTVILLE OPERATIONS | 2542 FIRE RD OFF DELILAH RD | FARMINGTON | EGG HARBOR TWP | 08232 | ATLANTIC |
| 102 | 12684 | | AIRPORT CIRCLE SUNOCO SERVICE STATION | 6501 DELILAH RD & TILTON RD | FARMINGTON | EGG HARBOR TWP | 08234 | ATLANTIC |
| 103 | 14538 | | FOLSOM CITGO SERVICE STATION | 1411 BLACKHORSE PK | FOLSOM | FOLSOM BORO | 08037 | ATLANTIC |
| 104 | 12569 | | COLLINGS LAKE VALERO SERVICE STATION | 2 BLACKHORSE PK & CAINS MILL RD | FOLSOM | FOLSOM BORO | 08332 | ATLANTIC |
| 105 | 39157 | | LIBERTY SQUARE SHOPPING CENTER | 301 BLACKHORSE PK | FOLSOM | FOLSOM BORO | 08094 | ATLANTIC |
| 106 | 14534 | | POMONA HEATING & COOLING CORP | 135 S ODESSA AVE | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 107 | 17155 | | KENNYS CLASSIC CARS | 212 WHITEHORSE PK AKA RT 30 | GALLOWAY TWP | GALLOWAY TWP | 08201 | ATLANTIC |
| 108 | 74044 | | NJ STATE POLICE ABSECON STATION | 244 WHITEHORSE PK E | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 109 | 12662 | | LEHIGH GAS SERVICE STATION | 261 WHITEHORSE PK & 6TH AVE AKA RT 30 | GALLOWAY TWP | GALLOWAY TWP | 08201 | ATLANTIC |
| 110 | 75778 | | POMONA DINER | 275 W WHITEHORSE PK WHITEHORSE PK POMONA RD | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 111 | 36629 | | SHELL SERVICE STATION #116794 | 300 WHITEHORSE PK AKA RT 30 & 6TH | GALLOWAY TWP | GALLOWAY TWP | 08201 | ATLANTIC |
| 112 | 21388 | | ABSECON MOBIL SERVICE STATION | 345 WHITEHORSE PK | GALLOWAY TWP | GALLOWAY TWP | 08205 | ATLANTIC |
| 113 | 18040 | | PHA INC | 609 WHITEHORSE PK | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 114 | 40937 | | FIRST STUDENT INC | 730 WHITEHORSE PK & COLOGNE AVE AKA RT 30 & COLOGNE AVE | GALLOWAY TWP | GALLOWAY TWP | 08213 | ATLANTIC |
| 115 | 12668 | | NJ TURNPIKE AUTH MAINTENANCE DISTRICT #2 | GARDEN STATE PKWY MM 41 S INTERCHANGE 40 & 44 | GALLOWAY TWP | GALLOWAY TWP | 08201 | ATLANTIC |
| 116 | 21427 | | SUNOCO SERVICE STATION #0153-5699/7741 | GARDEN STATE PKWY MM 41.3 | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 117 | 214913 | | NJ HIGHWAY AUTH ATLANTIC CITY SERVICE AREA | GARDEN STATE PKWY MM 41.4 N | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 118 | 65339 | | GENOA AVENUE GROUNDWATER CONTAMINATION | GENOA AVE & COLOGNE PORT RD | GALLOWAY TWP | GALLOWAY TWP | 08215 | ATLANTIC |
| 119 | 64127 | | PINEHURST SECTION GROUNDWATER CONTAMINATION | VARIOUS LOCATIONS | GALLOWAY TWP | GALLOWAY TWP | 08023 | ATLANTIC |
| 120 | 12649 | | BLACKHORSE AMOCO SERVICE STATION | 4259 BLACKHORSE PK | HAMILTON TWP | HAMILTON TWP | 08330 | ATLANTIC |
| 121 | 47240 | | ATLANTIC BLUEBERRY CO | 7201 WEYMOUTH RD & RT 559 | HAMILTON TWP | HAMILTON TWP | 08037 | ATLANTIC |
| 122 | 12635 | | SUNOCO SERVICE STATION #0263-7908 @ FARLEY SERVICE PLAZA | ATLANTIC CITY EXPWY MM 21.4 | HAMILTON TWP | HAMILTON TWP | 08037 | ATLANTIC |
| 123 | 12634 | | KORD SUNOCO SERVICE STATION FORMER | HARDING HWY & JEFFERSON ST | HAMILTON TWP | HAMILTON TWP | 08330 | ATLANTIC |
| 124 | 12584 | | SOUTH JERSEY TRANSPORTATION AUTH MAINTENANCE FACILITY | 1 TROOPERS LN | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 125 | 203159 | | HAMMONTON AMOCO SERVICE STATION | 11 WHITEHORSE PK AKA RT 30 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 126 | 14373 | | PETETTIS BODY SHOP | 2 LINE ST | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 127 | 12598 | | EXXON SERVICE STATION #30167 | 2 WHITEHORSE PK & BELLEVUE AVE AKA RT 30 & 54 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 128 | 12590 | | HAMMONTON SHELL SERVICE STATION | 2 WHITEHORSE PK & RT 206 AKA RT 30 & 206 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 129 | 363007 | | MAZZAS FLOORING | 200 12TH ST | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 130 | 12617 | | ML RUBERTON CONSTRUCTION CO | 309 311 CHESTNUT ST REAR | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 131 | 12601 | | ROSADOS AMOCO SERVICE STATION | 350 RAILROAD AVE | HAMMONTON | HAMMONTON TOWN | 080370000 | ATLANTIC |
| 132 | 44732 | | HAMMONTON GULF SERVICE STATION | 383 391 WHITEHORSE PK AKA RT 30 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 133 | 355915 | | OCTAGON OIL | 547 WHITEHORSE PK | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 134 | 14523 | | GETTY SERVICE STATION #56315 | 605 12TH ST | HAMMONTON | HAMMONTON TOWN | 08330 | ATLANTIC |
| 135 | 43615 | | HAMMONTON FUEL STOP SERVICE STATION | 725 12TH ST & CHEW RD | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 136 | 12610 | | AL & RICHS SERVICE STATION | 734 12TH ST & CHEW RD | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 137 | 39374 | | PETETTI SAM | 810 S EGG HARBOR RD | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 138 | 12606 | | AGWAY INC ENERGY PRODUCTS | 849 WHITEHORSE PK S AKA RT 30 FORMERLY 701 WHITEHORSE PK S | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 139 | 12599 | | PETES CITGO SERVICE STATION | 880 S WHITEHORSE PK AKA RT 30 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 140 | 12605 | | HAMMONTON SUNOCO SERVICE STATION | 950 S WHITEHORSE PK AKA RT 30 | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 141 | 14613 | 55439 | ATLANTIC COMMERCE CENTER | 999 1001 S GRAND ST | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 142 | 12600 | | NJDM&VA HAMMONTON ARMORY | EGG HARBOR RD | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 143 | 64128 | | LAKESHORE GARDENS GRD WTR CONTAM | LAKESHORE DR & LAKEVIEW AVE | HAMMONTON | HAMMONTON TOWN | 08037 | ATLANTIC |
| 144 | 439631 | | 10 NORTH WHITEHORSE PIKE | 10 N WHITEHORSE PIKE | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 145 | 70780 | | 120 PLEASANT STREET | 120 PLEASANT ST | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 146 | 48584 | | HAMMONTON TOWN MUA | 12TH ST & LINCOLN ST | HAMMONTON TOWN | HAMMONTON TOWN | 08500 | ATLANTIC |
| 147 | 46316 | | PARKHURST FARM & GARDEN SUPPLY INC | 301 WHITEHORSE PK AKA RT 30 | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 148 | 43862 | 65640 | 548 WHITEHORSE PIKE | 520 548 564 WHITEHORSE PK N AKA RT 30 | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 149 | 65639 | | HAMMONTON VALERO SERVICE STATION | 730 12TH ST AKA RT 54 | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 150 | 191702 | | CORSON PROPERTY | 787 WHITEHORSE PK AKA RT 30 | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 151 | 127680 | | DEFICCIO VINEYARDS | OAK RD & UNION RD | HAMMONTON TOWN | HAMMONTON TOWN | 08037 | ATLANTIC |
| 152 | 12746 | | CITGO SERVICE STATION | 104 HARDING HWY & TUCKAHOE RD & BUENA VISTA AVE | LANDISVILLE | BUENA BORO | 08326 | ATLANTIC |
| 153 | 449950 | | BUENA BORO SLF | 300 SUMMER RD & SUMNER ST | LANDISVILLE | BUENA BORO | 08326 | ATLANTIC |
| 154 | 202731 | | 1221 WABASH AVENUE | 1221 WABASH AVE | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 155 | 12578 | | LINWOOD CITGO SERVICE STATION | 1711 NEW RD AKA RT 9 | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 156 | 147009 | | 501 KIRKLIN AVENUE | 501 KIRKLIN AVE | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 157 | 153622 | | 507 KIRKLIN AVENUE | 507 KIRKLIN AVE | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 158 | 12587 | | LINWOOD GULF SERVICE STATION #122670 | 600 NEW RD & MAPLE AVE | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 159 | 12579 | | SHELL SERVICE STATION #4450 0200 | NEW RD & MARVIN AVE | LINWOOD | LINWOOD CITY | 08221 | ATLANTIC |
| 160 | 184177 | | BERGEN BRUNSWIG DRUG CO | NEW RD & OAKLAND AVE AKA RT 9 & OAKLAND AVE | LINWOOD CITY | LINWOOD CITY | 926135910 | ATLANTIC |
| 161 | 413960 | | NJ AMERICAN WATER CO WELL #8 | 1 28TH AVE | LINWOOD CITY | LINWOOD CITY | 08221 | ATLANTIC |
| 162 | 126349 | | A1 QUALITY ROOFING & SIDING | 2900 VENTNOR AVE & 29TH AVE | LONGPORT | LONGPORT BORO | 08403 | ATLANTIC |
| 163 | 12582 | | EISSLERS MOBIL SERVICE STATION | 7701 VENTNOR AVE & DELAVAN AVE | LONGPORT | LONGPORT BORO | 08403 | ATLANTIC |
| 164 | 12571 | | SUNNY SUNOCO SERVICE STATION | 7824 VENTNOR AVE & ESSEX AVE | MARGATE | MARGATE CITY | 08402 | ATLANTIC |
| 165 | 51142 | | MARGATE MOBIL SERVICE STATION | 7901 VENTNOR AVE | MARGATE | MARGATE CITY | 08402 | ATLANTIC |
| 166 | 12577 | | TAYLORS GULF SERVICE STATION | 9101 VENTNOR AVE | MARGATE | MARGATE CITY | 08402 | ATLANTIC |
| 167 | 146235 | | WAWA FOOD MARKET #463 | 111 N GRANVILLE AVE | MARGATE | MARGATE CITY | 08402 | ATLANTIC |
| 168 | 341159 | | 111 NORTH GRANVILLE AVENUE | 7504 ATLANTIC AVE | MARGATE CITY | MARGATE CITY | 08402 | ATLANTIC |
| 169 | 92874 | | 7504 ATLANTIC AVENUE | 7721 VENTNOR AVE | MARGATE CITY | MARGATE CITY | 08402 | ATLANTIC |
| 170 | 62643 | | MARGATE COASTAL SERVICE STATION | 3113 RT 50 | MARGATE CITY | MARGATE CITY | 08402 | ATLANTIC |
| 171 | 59481 | | AMERICAN RECYCLING | 4176 BLACKHORSE PK | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 172 | 118896 | | CHOICE PETROELUEM INC | 5800 APPLE ST & RT 50 NEAR MM 21.5 | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 173 | 12622 | | NJDOT MAYS LANDING MAINTENANCE YARD | 5809 MAIN ST & LINWOOD AVE | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 174 | 12637 | | MAYS LANDING COASTAL SERVICE STATION | 6115 OLD HARDING HWY | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 175 | 60121 | | LAWSON MARDON WHEATON PLASTIC OPERATIONS | 6200 BLACKHORSE PK | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 176 | 47241 | | ATLANTIC BLUEBERRY CO | 6390 HARDING HWY & RT 552 | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 177 | 12625 | | SUNOCO SERVICE STATION #0821-1458 | RT 50 & HARDING HWY | MAYS LANDING | HAMILTON TWP | 08330 | ATLANTIC |
| 178 | 12624 | | LUKOIL SERVICE STATION #57701 | TUCKAHOE RD PO BOX 13 | MILMAY | BUENA VISTA TWP | 083400000 | ATLANTIC |
| 179 | 44844 | | MILMAY AUTO REPAIR | 1502 1504 CENTRAL AVE | MINOTOLA | BUENA BORO | 08341 | ATLANTIC |
| 180 | 45563 | | WAWA FOOD MARKET #409 | ROUTE 40 | MIZPAH | HAMILTON TWP | | ATLANTIC |
| 181 | 0 | | SUNOCO SITE DUNS NUMBER: 00100289 | 3606 NESCO RD | MULLICA TWP | MULLICA TWP | 08037 | ATLANTIC |
| 182 | 127710 | | LOSASSO FARMS | WHITEHORSE PK | MULLICA TWP | MULLICA TWP | 08217 | ATLANTIC |
| 183 | 70831 | | WHITEHORSE PIKE GROUNDWATER CONTAMINATION | 1121 NEW RD & TILTON RD | NORTHFIELD | NORTHFIELD CITY | 082250000 | ATLANTIC |
| 184 | 12556 | | NORTHFIELD GULF SERVICE STATION #122680 | 1141 TILTON RD | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 185 | 19565 | | BLAZERS AUTO SERVICE STATION | 1408 TILTON RD & NORTHFIELD AVE | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 186 | 12550 | | P&R PETROLEUM | 1416 ZION RD & TILTON RD | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 187 | 12554 | | NORTHFIELD CITGO SERVICE STATION | 1823 WABASH AVE | NORTHFIELD | NORTHFIELD CITY | 082250004 | ATLANTIC |
| 188 | 12551 | | WECO CONSTRUCTION INC | 2401 NEW RD & MERRITT DR | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 189 | 16997 | | TEXACO SERVICE STATION #101792 | 300 NEW RD | NORTHFIELD | NORTHFIELD CITY | 082250000 | ATLANTIC |
| 190 | 44845 | | HALLS NORTHFIELD SERVICE STATION | 800 810 TILTON RD | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 191 | 294991 | | MILLER JOHN | RT 9 & MERRIT RD | NORTHFIELD | NORTHFIELD CITY | 08225 | ATLANTIC |
| 192 | 327077 | | STAR ENTERPRISE | 1728 SHORE RD & E MILL RD | NORTHFIELD CITY | NORTHFIELD CITY | 08225 | ATLANTIC |
| 193 | 46563 | | EXXON SERVICE STATION #30657 | HADDON AVE | NORTHFIELD CITY | NORTHFIELD CITY | 08225 | ATLANTIC |
| 194 | 64416 | | HADDON AVENUE GROUNDWATER CONTAMINATION | 111 N FRANKLIN AVE | PLEASANTVILLE | PLEASANTVILLE CITY | 08037 | ATLANTIC |
| 195 | 12548 | | SOUTH JERSEY GAS CO PLEASANTVILLE COAL GAS | 1151 N MAIN ST | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 196 | 12549 | | ATLANTIC CITY MUA | | | | | |