NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 197 | 42972 | | NEW ATLANTIC DODGE | 310 E VERONA AVE | PLEASANTVILLE | PLEASANTVILLE CITY | 082320000 | ATLANTIC |
| 198 | 12528 | | GUENTHERS MOBIL SERVICE STATION | 407 NEW RD | PLEASANTVILLE | PLEASANTVILLE CITY | 082320000 | ATLANTIC |
| 199 | 12546 | | EXXON SERVICE STATION #39905 | 444 W VERONA AVE | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 200 | 119036 | | WAWA FOOD MARKET #970 | 513 W DELILAH RD STE A | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 201 | 388683 | | PLEASANTVILLE DISTRIBUTORS INC | 7 N FRANKLIN BLVD | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 202 | 259731 | | JERRYS CLEANERS | 700 S MAIN ST | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 203 | 169087 | | WINDOW WIZARDS | 7066 BLACKHORSE PK | PLEASANTVILLE | PLEASANTVILLE CITY | 08234 | ATLANTIC |
| 204 | 12525 | | MOBIL SERVICE STATION #2634822 | 824 MAIN ST & DELILAH RD | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 205 | 12539 | | PARISI AUTO REPAIR | 900 N MAIN ST & DELILAH RD | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 206 | 12529 | | BELLMAWR GAS & DIESEL SERVICE STATION | 910 NEW RD | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 207 | 12534 | | EXXON SERVICE STATION #38712 | BLACKHORSE PK & DOUGHTY RD | PLEASANTVILLE | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 208 | 49148 | | MAZZO TRIANGLE AMOCO SERVICE STATION | DOUGHTY RD & NEW RD | PLEASANTVILLE | PLEASANTVILLE CITY | 082320000 | ATLANTIC |
| 209 | 45950 | | OLE HANSEN & SONS INC | 22 N FRANKLIN AVE | PLEASANTVILLE CITY | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 210 | 65931 | | WRIGHT STREET GROUNDWATER CONTAMINATION | WRIGHT ST & PROSPECT AVE | PLEASANTVILLE CITY | PLEASANTVILLE CITY | 08232 | ATLANTIC |
| 211 | 12655 | | SUNOCO SERVICE STATION #0894 1163 | 282 WHITEHORSE PK & COLOGNE PT REPUBLIC RD | POMONA | GALLOWAY TWP | 08050 | ATLANTIC |
| 212 | 12651 | | CUMBERLAND FARMS INC GULF SERVICE STATION #7556 | 2914 WHITEHORSE PK | POMONA | GALLOWAY TWP | 08240 | ATLANTIC |
| 213 | 12517 | | PORT GENERAL STORE | 205 CLARKS LANDING RD | PORT REPUBLIC | PORT REPUBLIC CITY | 082410000 | ATLANTIC |
| 214 | 12518 | | CHESTNUT NECK BOAT YARD | 757 OLD NEW YORK RD & GARDEN STATE PKWY | PORT REPUBLIC | PORT REPUBLIC CITY | 08241 | ATLANTIC |
| 215 | 12645 | | HORNERS GULF SERVICE STATION | 14 S NEW YORK RD AKA RT 9 | SMITHVILLE | GALLOWAY TWP | 08201 | ATLANTIC |
| 216 | 12506 | | CAMEYS GULF SERVICE STATION #122671 | 1 TRAFFIC CIRCLE DR | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 217 | 39266 | | MEINEKE DISCOUNT MUFFLERS | 110 NEW RD | SOMERS POINT | SOMERS POINT CITY | 08999 | ATLANTIC |
| 218 | 12512 | | EAST COAST AUTO CENTER INC | 19 MACARTHUR BLVD | SOMERS POINT | SOMERS POINT CITY | 08401 | ATLANTIC |
| 219 | 12502 | | LUKOIL SERVICE STATION #57214 | 200 NEW RD & BETHEL RD | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 220 | 12511 | | SOMERS POINT SUNOCO SERVICE STATION | 45 S1 LAUREL DR | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 221 | 181609 | | 6 CLIVEDON AVENUE | 6 CLIVEDON AVE | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 222 | 12519 | | MARINEMAX NORTHEAST SERVICE STATION | 600 BAY AVE | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 223 | 12508 | | SUNOCO SERVICE STATION #0004-6227 | 620 642 NEW RD & CONNECTICUT AVE AKA RT 9 & CONNECTICUT AVE | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 224 | 53077 | | SOMERS POINT COASTAL SERVICE STATION | 668 NEW RD | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 225 | 56820 | | MAYERS INN & MARINA | 800 BAY AVE | SOMERS POINT | SOMERS POINT CITY | 082442307 | ATLANTIC |
| 226 | 12520 | | SOMERS POINT MARINA | 830 BAY AVE | SOMERS POINT | SOMERS POINT CITY | 082442307 | ATLANTIC |
| 227 | 12501 | | FAIRWAY FUEL SERVICE STATION INC | 991 MAYS LANDING RD & NEW RD | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 228 | 92654 | | SUNSET BAY MARINA | MAYS LANDING SOMERS POINT RD & WOODLAWN AVE AKA RT 559 | SOMERS POINT | SOMERS POINT CITY | 08244 | ATLANTIC |
| 229 | 51946 | | CITGO SERVICE STATION | 100 MARYLAND AVE & BAY AVE | SOMERS POINT CITY | SOMERS POINT CITY | 08232 | ATLANTIC |
| 230 | 94534 | | 207 SACRAMENTO AVENUE | 207 SACRAMENTO AVE | VENTNOR | VENTNOR CITY | 08406 | ATLANTIC |
| 231 | 12492 | | GNAC CORP SERVICE STATION | 4900 WELLINGTON AVE | VENTNOR | VENTNOR CITY | 08406 | ATLANTIC |
| 232 | 44255 | | TABASSO GULF SERVICE STATION | 6400 VENTNOR AVE | VENTNOR | VENTNOR CITY | 08406 | ATLANTIC |
| 233 | 74914 | | 203 ROSBOROUGH AVENUE | 203 ROSBOROUGH AVE | VENTNOR CITY | VENTNOR CITY | 08406 | ATLANTIC |
| 234 | 74411 | | 6 PORTLAND AVENUE | 6 PORTLAND AVE | VENTNOR CITY | VENTNOR CITY | 08406 | ATLANTIC |
| 235 | 12490 | | PRECISION AUTOMOTIVE OF ALLENDALE SERVICE STATION | 11 W ALLENDALE AVE | ALLENDALE | ALLENDALE BORO | 07401 | BERGEN |
| 236 | 23191 | | OSTEONICS CORP @ ALLENDALE IND PK | 2 PEARL CT | ALLENDALE | ALLENDALE BORO | 07401 | BERGEN |
| 237 | 12487 | | ALLENDALE GETTY SERVICE STATION | 41 MYRTLE AVE | ALLENDALE | ALLENDALE BORO | 07401 | BERGEN |
| 238 | 38230 | | ALLENDALE BORO DPW | 98 101 NEW ST | ALLENDALE | ALLENDALE BORO | 07401 | BERGEN |
| 239 | 12486 | | ALPINE TEXACO SERVICE STATION | 962 CLOSTER DOCK RD & CHURCH ST | ALPINE | ALPINE BORO | 07620 | BERGEN |
| 240 | 48695 | | PALISADES INTERSTATE PARK COMM ALPINE BOAT BASIN & MAINTENANCE YARD | RT 9 W | ALPINE | ALPINE BORO | 07620 | BERGEN |
| 241 | 59237 | | TAMCREST COUNTRY CLUB | RT 9 W & MONTAMMY DR | ALPINE | ALPINE BORO | 07626 | BERGEN |
| 242 | 55226 | | ALPINE CITGO SERVICE STATION | 1016 CLOSTER DOCK RD | ALPINE BORO | ALPINE BORO | 076200000 | BERGEN |
| 243 | 44686 | | SCHIRMER NATIONAL CO | 100 PORTLAND AVE | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 244 | 38264 | | ROCKLAND COACHES | 126 N WASHINGTON AVE | BERGENFIELD | BERGENFIELD BORO | 076210000 | BERGEN |
| 245 | 12459 | | LEHIGH GAS SERVICE STATION | 135 N WASHINGTON AVE & HICK | BERGENFIELD | BERGENFIELD BORO | 07654 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 246 | 38263 | | ROCKLAND COACHES | 14 HOME PL | BERGENFIELD | BERGENFIELD BORO | 076210000 | BERGEN |
| 247 | 12471 | | BERGENFIELD BORO MUNICIPAL BUILDING | 198 N WASHINGTON AVE | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 248 | 12472 | | SUNOCO SERVICE STATION | 218 N WASHINGTON AVE | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 249 | 44942 | | ROOFERS SUPPLIES INC | 30 COLUMBIA AVE | BERGENFIELD | BERGENFIELD BORO | 076210126 | BERGEN |
| 250 | 12450 | | BP SERVICE STATION #22180 | 420 S WASHINGTON AVE | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 251 | 391943 | | CLEARVIEW CINEMAS BERGENFIELD CINEMA #5 | 58 S WASHINGTON AVE | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 252 | 12476 | | BERGENFIELD EXXON SERVICE STATION | 60 N WASHINGTON AVE & CHURCH ST | BERGENFIELD | BERGENFIELD BORO | 07650 | BERGEN |
| 253 | 12474 | | NEWBRIDGE GULF SERVICE STATION #121257 | 69 NEW BRIDGE RD | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 254 | 119403 | | FISCHER NISSAN OF BERGENFIELD | 90 W CHURCH ST | BERGENFIELD | BERGENFIELD BORO | 07621 | BERGEN |
| 255 | 14474 | | TOMS SERVICE CENTER | 151 W FORT LEE RD | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 256 | 389686 | | 166 CYPRESS AVENUE | 166 CYPRESS AVE | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 257 | 15754 | | HESS CORP BOGOTA TERMINAL | 172 238 W FORT LEE RD | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 258 | 18216 | | JK DELTA SERVICE STATION | 234 E FORT LEE RD | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 259 | 44914 | | KENBEE REALTY | 24 RIVER RD | BOGOTA | BOGOTA BORO | 076030000 | BERGEN |
| 260 | 14475 | | HI TECH CITGO SERVICE STATION | 330 PALISADE AVE | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 261 | 12446 | | LUKOIL SERVICE STATION #57346 | 51 QUEEN ANN RD | BOGOTA | BOGOTA BORO | 07603 | BERGEN |
| 262 | 12419 | | PAN TECHNOLOGY INC | 115 117 MOONACHIE AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 263 | 12432 | | HERTZ CORP CAR RENTAL @ TETERBORO AIRPORT | 125 COMMERCIAL AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 264 | 52238 | | RJF GRAPHICS | 171 COMMERCE RD | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 265 | 50507 | | EAST COAST TOYOTA | 181 191 BROAD ST | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 266 | 53853 | | UNIVISION RADIO | 240 PATERSON PLANK RD | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 267 | 12415 | 55536 | JAKE & TOMS MEADOWLAND SERVICE | 284 WASHINGTON AVE & MOONACHIE AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 268 | 14268 | | GIFT BOX CORP OF AMERICA | 295 305 VETERANS BLVD | CARLSTADT | CARLSTADT BORO | 07008 | BERGEN |
| 269 | 14956 | | ELCO SOLVENTS CORP | 30 AMOR AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 270 | 43132 | | AA TRUCKING RENTING CORP | 319 13TH ST | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 271 | 33538 | | ST JOHNSBURY TRUCKING CO INC | 50 MOONACHIE AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 272 | 49366 | | ARSYNCO INC | 511 13TH ST FT OF | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 273 | 12429 | | POTTERS INDUSTRIES INC | 600 INDUSTRIAL RD | CARLSTADT | CARLSTADT BORO | 070720000 | BERGEN |
| 274 | 14270 | | NOVUS FINE CHEMICALS | 611 641 BROAD ST | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 275 | 12408 | | CARLSTADT GULF SERVICE STATION #121348 | 700 RT 17 & PASSAIC AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 276 | 14261 | | TRANSCONTINENTAL GAS PIPELINE CORP M&R STATION #0240 | 718 PATERSON PLANK RD | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 277 | 32411 | | QUICK CHEK SERV/CE STATION | 720 WASHINGTON AVE | CARLSTADT | CARLSTADT BORO | 08816 | BERGEN |
| 278 | 14948 | | SCAPA NORTH AMERICA | 746 GOTHAM PKWY | CARLSTADT | CARLSTADT BORO | 070720000 | BERGEN |
| 279 | 166815 | | STELLA DORO FORMER | 773 WASHINGTON AVE | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 280 | 14459 | | FRED HEINZELMAN & SONS | 790 WASHINGTON AVE | CARLSTADT | CARLSTADT BORO | 070726596 | BERGEN |
| 281 | 14944 | | TUNNEL BARREL & DRUM CO INC | 85 TRIANGLE BLVD | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 282 | 47381 | | NJ TURNPIKE AUTH INTERCHANGE 18W TOLL PLAZA | NEW JERSEY TPKE MM 113.8 W | CARLSTADT | CARLSTADT BORO | 07072 | BERGEN |
| 283 | 47188 | | DIAMOND SHAMROCK CHEMICALS CO | RT 17 N & BERRY AVE | CARLSTADT | CARLSTADT BORO | 07000 | BERGEN |
| 284 | 214832 | 2148323 | MANHATTAN PRODUCTS INC | 600 602 WASHINGTON AVE | CARLSTADT BORO | CARLSTADT BORO | 07072 | BERGEN |
| 285 | 14958 | | RANDOLPH PRODUCTS CO | 701 12TH ST | CARLSTADT BORO | CARLSTADT BORO | 07072 | BERGEN |
| 286 | 157513 | | 226 WHEELER STREET | 226 WHEELER ST | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 287 | 12404 | | BP SERVICE STATION #22191 | 341 GORGE RD | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 288 | 394221 | | 554 OLYMPIA AVENUE | 554 OLYMPIA AVE | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 289 | 12957 | | MAIN FUEL SERVICE STATION | 73 PALISADE AVE & HUDSON TER | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 290 | 340672 | | 77 OAKDENE AVENUE | 77 OAKDENE AVE | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 291 | 44475 | | NICKS FRIENDLY SERVICE INC | 81 PALISADE AVE | CLIFFSIDE PARK | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 292 | 47956 | | CLIFFSIDE PARK BORO BD OF ED SCHOOL #6 | OAKDENE AVE | CLIFFSIDE PARK BORO | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 293 | 93127 | | 2 CRESCENT AVENUE | 2 CRESCENT AVE | CLIFFSIDE PARK BORO | CLIFFSIDE PARK BORO | 07010 | BERGEN |
| 294 | 14445 | | EXXON SERVICE STATION #36653 | 1 KNICKERBOCKER RD | CLOSTER | CLOSTER BORO | 07625 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 295 | 12376 | | CLOSTER GETTY SERVICE STATION | 121 SCHRAALENBERGH RD | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 296 | 45675 | | CLOSTER BORO DPW COMPLEX | 130 RUCKMAN RD | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 297 | 12387 | | NEW CLOSTER CLEANERS | 141 OAKLAND AVE | CLOSTER | CLOSTER BORO | 07626 | BERGEN |
| 298 | 50238 | | DONALD R SCHMIDT INC | 277 HERBERT AVE | CLOSTER | CLOSTER BORO | 07000 | BERGEN |
| 299 | 43026 | | CLOSTER DOCK SERVICE CENTER | 309 CLOSTER DOCK RD | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 300 | 13083 | | DTR AUTOMOTIVE | 422 DEMAREST AVE | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 301 | 26441 | | GERBER AUTO CENTER | 434 DEMAREST AVE | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 302 | 12389 | | CLOSTER FUEL SERVICE STATION | 457 CLOSTER DOCK RD | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 303 | 64006 | | HOTEL RESEARCH LABS INC | 48 PERRY ST | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 304 | 12390 | | NORTHERN VALLEY MOTORS INC @ BP AMOCO SERVICE STATION #3630 | 484 CLOSTER DOCK RD | CLOSTER | CLOSTER BORO | 076240000 | BERGEN |
| 305 | 12384 | | SHELL SERVICE STATION #138823 | 530 PIERMONT RD & HOMANS AVE | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 306 | 12380 | | CLOSTER EXXON SERVICE STATION | 681 PIERMONT RD | CLOSTER | CLOSTER BORO | 07624 | BERGEN |
| 307 | 45676 | | CLOSTER BORO | 295 CLOSTER DOCK RD | CLOSTER BORO | CLOSTER BORO | 07624 | BERGEN |
| 308 | 55138 | | JOE DIRESE & SONS INC | 18 PIERMONT RD | CRESSKILL | CRESSKILL BORO | 076260000 | BERGEN |
| 309 | 12379 | | LOG CABIN SERVICE STATION | 191 COUNTY RD | CRESSKILL | CRESSKILL BORO | 07628 | BERGEN |
| 310 | 12373 | | LUKOIL SERVICE STATION #57313 | 229 KNICKERBOCKER RD & MADISON AVE | CRESSKILL | CRESSKILL BORO | 07626 | BERGEN |
| 311 | 14438 | | CRESSKILL EXXON SERVICE STATION #85109 | 480 KNICKERBOCKER RD | CRESSKILL | CRESSKILL BORO | 07628 | BERGEN |
| 312 | 44825 | | BAVARIAN FOREIGN CAR SERVICE | 123 W MADISON AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 313 | 57883 | | PRESIDENTS SQUARE MALL | 125 WASHINGTON AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 314 | 119845 | | ARC AUTOMOTIVE INC | 2 WASHINGTON AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 315 | 12366 | | C&R MOBIL SERVICE STATION | 387 NEW MILFORD AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 316 | 12367 | | GEORGES FRIENDLY SERVICE | 406 NEW MILFORD AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 317 | 12361 | | CUMBERLAND FARMS UST SPILL | 419 WASHINGTON AVE & GRANT AVE | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 318 | 12345 | | SHELL SAP NO: 128613 | 563 WASHINGTON AVE / MASSACHUSETTS AVE | DUMONT | DUMONT | | BERGEN |
| 319 | 454055 | 454055; 12344 | PYRAMID OIL CO | CHESTNUT BEND 562 WASHINGTON AVE FORMER | DUMONT | DUMONT BORO | 07628 | BERGEN |
| 320 | 30696 | | ERFED CORP @ KELSWAY IND PK | 1 MADISON ST | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 321 | 141338 | | LUMER ASSOC | 1 MAPLE ST | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07070 | BERGEN |
| 322 | 14409 | | ANDY & SONS SERVICE STATION | 200 HOBOKEN RD | EAST RUTHERFORD | EAST RUTHERFORD BORO | 08000 | BERGEN |
| 323 | 12297 | | GASLAND SERVICE STATION | 370 PATERSON AVE | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 324 | 15759 | | SEQUA CAN CO | 397 401 CENTRAL AVE | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 325 | 45281 | | SPORT TECH | 450 MURRAY HILL PKWY 85 MADISON CIR | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 326 | 12286 | | NJ SPORTS & EXPO AUTH @ MEADOWLANDS COMPLEX | 50 RT 120 | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 327 | 21877 | | VERIZON COMMUNICATIONS INC E RUTHERFORD C O | 85 WILLOW ST | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 328 | 12300 | | MEADOWLANDS PLATING & FINISING INC | 890 PATERSON PLANK RD | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 329 | 12293 | | MATHESON TRI GAS INC | 932 PATERSON PLANK RD | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 330 | 14402 | | NJ TURNPIKE AUTH MAINTENANCE DIST #8 | NEW JERSEY TPKE MM 112.5 | EAST RUTHERFORD | EAST RUTHERFORD BORO | 08000 | BERGEN |
| 331 | 87469 | | 107 CARLTON STREET | 107 CARLTON ST | EAST RUTHERFORD | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 332 | 87373 | | AMERICAN LEGION POST #67 | GROVE ST & CLINTON PL | EAST RUTHERFORD BORO | EAST RUTHERFORD BORO | 07073 | BERGEN |
| 333 | 43789 | | J FLETCHER CREAMER & SON INC | 799 RIVER RD | EDGEWATER | EDGEWATER BORO | 07020 | BERGEN |
| 334 | 59782 | | TOWER @ MARINERS COVE | 943 RIVER RD | EDGEWATER | EDGEWATER BORO | 07020 | BERGEN |
| 335 | 18081 | | LUKOIL SERVICE STATION #57727 | 955 RIVER RD | EDGEWATER | EDGEWATER BORO | 07020 | BERGEN |
| 336 | 480720 | | HESS EDGEWATER TERMINAL WEST | 615 RIVER RD | EDGEWATER BORO | EDGEWATER BORO | 07020 | BERGEN |
| 337 | 27699 | | PLATINUM CAR CARE CENTER | 100 RT 46 | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 338 | 12340 | | SPEEDWAY SERVICE STATION #03488 | 121 BROADWAY | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 339 | 45332 | | LARKINS FRIENDLY SERVICE | 129 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 340 | 15980 | | MARCAL MFG | 15 RIVER RD | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 341 | 12323 | | EMPIRE OVERALL DRY CLEANERS | 18 STEFANIC AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 342 | 56787 | | GO WITH PROPANE CO | 205 RT 46 | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 343 | 21000 | | AETNA CHEMICAL CORP | 21 WALLACE ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 344 | 12313 | | EXXON SERVICE STATION #32138 | 210 RT 46 & MILL ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 345 | 12338 | | PERRELLYS AUTO REPAIR | 211 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 346 | 14412 | | EXXON SERVICE STATION #32053 | 227 RT 46 & GANTNER AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07631 | BERGEN |
| 347 | 51089 | | DMC CITGO SERVICE STATION | 254 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 348 | 52195 | | K&M CERTIFIED AUTOMOTIVE | 257 MOLNAR DR | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 349 | 12330 | | PREMIUM TIRE & REPAIR SERVICE CENTER | 259 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 350 | 12314 | | L&M LAPLACE CHEMICAL CO | 2654 LELIARTS LN | ELMWOOD PARK | ELMWOOD PARK BORO | 07234 | BERGEN |
| 351 | 20268 | | ELMWOOD FORD AUTO SALES | 30 BROADWAY & RT 4 | ELMWOOD PARK | ELMWOOD PARK BORO | 07470 | BERGEN |
| 352 | 12385 | | 302 MOLNAR DRIVE SERVICE STATION | 320 MOLNAR DR | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 353 | 51547 | | 35 MARKET STREET | 35 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 354 | 12316 | | TEXACO SERVICE STATION #100117 | 357 MARKET ST & BOULEVARD | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 355 | 17420 | | ELMWOOD PARK BORO BD OF ED MEMORIAL JUNIOR & SENIOR HIGH SCHOOL | 375 RIVER DR. | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 356 | 183555 | | VALERO SERVICE STATION #240127 | 409 RT 46 | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 357 | 59259 | 43013 | KIRSCH OIL CO | 463 MARKET ST 457 MARKET ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 358 | 12318 | | HERBIES GULF SERVICE STATION #121271 | 609 MARKET ST & MIDLAND AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 359 | 12312 | | LUKOIL SERVICE STATION #57353 | 68 RT 45 & ROOSEVELT AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 360 | 12326 | | DELTA SERVICE STATION | 7 RIVER DR | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 361 | 50556 | | HILLMANS GOLF LAND | 700 RIVER DR | ELMWOOD PARK | ELMWOOD PARK BORO | 074070000 | BERGEN |
| 362 | 44071 | | STOR DYNAMICS & ATLAS CONVEYOR INC | 99 MAIN AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 363 | 40954 | | ELMWOOD PARK BORO DPW MARTHA AVENUE PUMP STATION | MARTHA AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 364 | 50150 | | ELMWOOD PARK BORO DPW STP #1 | PARKVIEW AVE | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 365 | 12333 | | GETTY SERVICE STATION #56881 | RT 46 & MILL ST | ELMWOOD PARK | ELMWOOD PARK BORO | 07407 | BERGEN |
| 366 | 84168 | | 176 MILLER AVENUE | 176 MILLER AVE | ELMWOOD PARK BORO | ELMWOOD PARK BORO | 07407 | BERGEN |
| 367 | 164538 | | 197 ROOSEVELT AVENUE | 197 ROOSEVELT AVE | ELMWOOD PARK BORO | ELMWOOD PARK BORO | 07407 | BERGEN |
| 368 | 35831 | | IFF CHEMICAL HOLDINGS INC | 205 RT 46 WEST | ELMWOOD PARK BORO | ELMWOOD PARK BORO | 32254 | BERGEN |
| 369 | 64531 | | DELTA SERVICE STATION | 39 53 BROADWAY | ELMWOOD PARK BORO | ELMWOOD PARK BORO | 07407 | BERGEN |
| 370 | 12276 | | VALERO SERVICE STATION | 161 KINDERKAMACK RD | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 371 | 22684 | | OCKER & TRAPP LIBRARY BINDERY | 17 PALISADE AVE 'A' & C | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 372 | 45277 | | GEORGES EMERSON AUTO REPAIR | 200 KINDERKAMACK RD | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 373 | 12263 | | MOBIL SERVICE STATION #LSC2Y ABANDONED | 345 KINDERKAMACK RD | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 374 | 12273 | | RIZVI PETROLEUM | 39 KINDERKAMACK RD | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 375 | 12274 | | LIBERTY SUBARU INC | 55 KINDERKAMACK RD | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 376 | 24174 | | PLAZA AUTO REPAIR & SERVICE INC | 9 EMERSON PLAZA E | EMERSON | EMERSON BORO | 07630 | BERGEN |
| 377 | 14942 | | STAR LITHO INC | 1 W FOREST AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 378 | 12198 | | SUNOCO SERVICE STATION #0006 6514 | 100 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 379 | 12216 | | PHILLIPS 66 REMEDIATION MANAGEMENT | 101 RT 4 BOBS 206 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 380 | 12243 | | SHELL SERVICE STATION #2430 0100 | 105 N DEAN ST & DEMAREST AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 381 | 12214 | | EXXON SERVICE STATION #32024 | 119 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 382 | 12208 | | EXXON SERVICE STATION #32025 | 120 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 383 | 12209 | | LEHIGH GAS SERVICE STATION | 134 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 384 | 12205 | | ENGLEWOOD SERVICE STATION | 137 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 385 | 24972 | | MEYER LABEL CO INC | 150 COOLIDGE AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 386 | 12231 | | FIRST STUDENT INC #11309 | 170 S DEAN ST | ENGLEWOOD | ENGLEWOOD CITY | 076310000 | BERGEN |
| 387 | 470130 | | MEDICAL NUTRITION INC | 244 W FOREST AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 388 | 46557 | | HIGHWOOD AUTO SERVICE #5114 | 26 W HUDSON AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 389 | 56958 | | HOME FUEL OIL CO | 27 FOREST AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 390 | 28978 | | ENGLEWOOD JOHNS CHEVRON SERVICE STATION | 29 W DEMAREST AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 391 | 12229 | | 3G SISTERS | 30 VAN NOSTRAND AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 392 | 126063 | | ENGLEWOOD CHEVROLET & OLDSMOBILE | 386 GRAND AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 393 | 14951 | | C&C METAL PRODUCTS | 456 NORDHOFF PL | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 394 | 12199 | | DELTA SERVICE STATION | 461 RT 4 & MYRTLE AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 395 | 12247 | | EXXON SERVICE STATION #30203 | 476 GRAND AVE & ROCKWOOD AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 396 | 12207 | | TIGER SERVICE STATION | 484 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 397 | 225822 | 12238 | METIS GASOLINE SERVICE STATION | 491 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 398 | 14384 | | ROYAL GLASS & MILLWORK CORP | 500 NORDHOFF PL | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 399 | 12249 | | LUKOIL SERVICE STATION #57295 | 501 GRAND AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 400 | 12238 | | BP SERVICE STATION #21411 | 57 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 401 | 28160 | | GRAND DODGE OF ENGLEWOOD CORP | 60 ROCKWOOD PL | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 402 | 12212 | | ROUTE 4 PETROLEUM SERVICE STATION | 70 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 403 | 63936 | 46934 | TEXACO SERVICE STATION #140450049 | 80 RT 4 | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 404 | 12224 | | ROYAL CLEANERS & SHIRT LAUNDERERS | 86 WEST ST | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 405 | 12200 | | US OIL CORP CITGO SERVICE STATION | 9 11 DEMAREST AVE & N DEAN ST | ENGLEWOOD | ENGLEWOOD CITY | 07000 | BERGEN |
| 406 | 12237 | | PHILS SHAMROCK EXXON SERVICE STATION #32245 | 9 11 DEMAREST AVE & N DEAN ST | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 407 | 12265 | | LUKOIL SERVICE STATION #57262 | 9 BENNETT RD & LAFAYETTE AVE | ENGLEWOOD | ENGLEWOOD CITY | 07631 | BERGEN |
| 408 | 85237 | | APPLE AIR COMPRESSOR CORP | 162 168 S VAN BRUNT ST | ENGLEWOOD CITY | ENGLEWOOD CITY | 07631 | BERGEN |
| 409 | 65438 | | 18 ARMORY STREET | 18 ARMORY ST | ENGLEWOOD CITY | ENGLEWOOD CITY | 07673 | BERGEN |
| 410 | 65565 | | POINT OF PURCHASE ADVERTISING INSTITUTE | 66 VAN BRUNT ST | ENGLEWOOD CITY | ENGLEWOOD CITY | 07631 | BERGEN |
| 411 | 46940 | | TEXACO SERVICE STATION | 85 RT 4 W | ENGLEWOOD CITY | ENGLEWOOD CITY | 07631 | BERGEN |
| 412 | 122243 | | TEXACO SERVICE STATION FORMER | 85 RT4 | ENGLEWOOD CITY | ENGLEWOOD CITY | 07631 | BERGEN |
| 413 | 36844 | | ENGLEWOOD CLIFFS BORO DPW | 342 HUDSON TER | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 076322805 | BERGEN |
| 414 | 12195 | | DELTA SERVICE STATION | 35 SYLVAN AVE & BAYVIEW AVE | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 415 | 32455 | | ALL PRO MOTORS | 374 380 SYLVAN AVE AKA RT 9 | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 416 | 12196 | | LUKOIL SERVICE STATION #57351 | 490 SYLVAN AVE | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 417 | 40212 | | SUNOCO SERVICE STATION #0006 6944 FORMER | 50 SYLVAN AVE | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 418 | 15561 | | EXXON SERVICE STATION #35601 | 754 SYLVAN AVE & HOLLYWOOD AVE AKA RT 9 W | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 419 | 12197 | | UNILEVER BOB AHART | 800 SYLVAN AVE | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 420 | 15560 | | PMG PIP NORTH SERVICE STATION | PALISADES PKWY N | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 421 | 18879 | | PMG PIP SOUTH SERVICE STATION | PALISADES PKWY S | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07631 | BERGEN |
| 422 | 48694 | | PALISADES INTERSTATE PARK COMM PARKWAY MAINTENANCE AREA | SYLVAN AVE AKA RT 9 W | ENGLEWOOD CLIFFS | ENGLEWOOD CLIFFS BORO | 07632 | BERGEN |
| 423 | 397219 | | 27 7TH STREET | 27 7TH ST | ENGLEWOOD CLIFFS BORO | ENGLEWOOD CLIFFS BORO | 074100000l | BERGEN |
| 424 | 14979 | | FISHER SCIENTIFIC CO INC | 1 REAGENT LN | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 425 | 53086 | | STATE TIRE AUTOMOTIVE DISCOUNT CENTER | 1510 RIVER RD | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 426 | 19973 | | MALINCHAK BROTHERS INC | 177 LINCOLN AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 427 | 59371 | | AKORN TIRE | 20 15 MAPLE AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 428 | 12185 | | J&G GULF SERVICE STATION #60102 | 2011 FAIR LAWN AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 429 | 12186 | | VACANT LOT 2202 FAIR LAWN AVENUE | 2202 FAIR LAWN AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 430 | 12155 | | RADURN EXXON SERVICE STATION | 2220 FAIR LAWN AVE & PLAZA RD | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 431 | 12143 | | US OIL CORP SERVICE STATION | 2232 MAPLE AVE & ELM AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 432 | 12169 | | BP SERVICE STATION #20498 | 401 WAGARAW RD | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 433 | 12136 | | ARMO FUEL CORP | 4010 BROADWAY AKA RT 4 | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 434 | 18575 | | FAIR LAWN BORO BD OF ED MAINTENANCE OFFICE | 501 BERGEN AVE | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 435 | 27317 | | AUTO SUMSER INC | 706 SADDLE RIVER RD | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 436 | 14186 | | BORDEN CHEMICAL CO PRINTING INK DIV | 810 22ND ST | FAIR LAWN | FAIR LAWN BORO | 07977 | BERGEN |
| 437 | 12157 | | CLARIANT CORP | 9 FAIR LAWN AVE & 3RD AVE | FAIR LAWN | FAIR LAWN BORO | 074101283 | BERGEN |
| 438 | 12172 | | LUKOIL SERVICE STATION #57740 | RT 208 & PLAZA RD | FAIR LAWN | FAIR LAWN BORO | 07410 | BERGEN |
| 439 | 63978 | | COLE ENGINEERING INC | 1300 PLAZA RD | FAIR LAWN BORO | FAIR LAWN BORO | 07410 | BERGEN |
| 440 | 41463 | | DWORETZKY INC | 801 LAKE ST | FAIR LAWN BORO | FAIR LAWN BORO | 07410 | BERGEN |
| 441 | 83290 | | NJ TRANSIT AUTH RAIL OPERATIONS RADBURN TRAIN | POLLITT DR & FAIR LAWN AVE | FAIR LAWN BORO | FAIR LAWN BORO | 07410 | BERGEN |