NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 442 | 46502 | | MOBIL SERVICE STATION #15C23 | 191 BROAD AVE & FAIRVIEW | FAIRVIEW | FAIRVIEW BORO | 07022 | BERGEN |
| 443 | 119371 | | ALL ASPECTS AUTO REPAIR | 313 BERGEN BLVD | FAIRVIEW | FAIRVIEW BORO | 07022 | BERGEN |
| 444 | 12128 | | NJ TRANSIT AUTH BUS OPER FAIRVIEW GARAGE | 419 ANDERSON AVE | FAIRVIEW | FAIRVIEW BORO | 07022 | BERGEN |
| 445 | 30732 | 218270 | NOVEL KNIT INC | 688 693 W PROSPECT AVE | FAIRVIEW | FAIRVIEW BORO | 07022 | BERGEN |
| 446 | 277997 | | CROWN AUTO COACH | 770 FAIRVIEW AVE | FAIRVIEW | FAIRVIEW BORO | 07022 | BERGEN |
| 447 | 14335 | | EXXON SERVICE STATION #30252 | 1175 PALISADE AVE | FORT LEE | FORT LEE BORO | 07088 | BERGEN |
| 448 | 12079 | | SHELL SERVICE STATION #138358 | 1195 ANDERSON AVE & RT 5 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 449 | 48597 | | DRC REALTY | 1200 ANDERSON AVE | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 450 | 49621 | | FORT LEE BORO POLICE DEPT | 1325 INWOOD TER & 2265 LEMOINE AV | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 451 | 12068 | | MOBIL SERVICE STATION | 1430 RT 46 1435 BERGEN BLVD | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 452 | 46229 | | MOBIL SERVICE STATION #15JX5 | 1475 BERGEN BLVD | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 453 | 12099 | | BP SERVICE STATION #10169 | 1480 BERGEN BLVD STE B | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 454 | 12115 | | LEHIGH GAS SERVICE STATION | 1490 BERGEN BLVD AKA RT 46 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 455 | 12069 | | EXXON SERVICE STATION #35427 | 1549 RT 46 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 456 | 12117 | | TIGER ZONE INC SERVICE STATION | 1616 BERGEN BLVD & RT 46 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 457 | 458330 | 12118 | SUNOCO SERVICE STATION | 1630 BERGEN BLVD AKA RT 46 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 458 | 12093 | | SPEEDWAY SERVICE STATION #03481 | 1640 1642 RT 46 & CHRISTIE LN | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 459 | 12108 | | ROUTE 46 GULF SERVICE STATION #121276 | 1651 BERGEN BLVD | FORT LEE | FORT LEE BORO | 07088 | BERGEN |
| 460 | 12109 | | BP SERVICE STATION #21415 | 1671 BERGEN BLVD | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 461 | 12089 | | SUNOCO SERVICE STATION | 2140 2142 LEMOINE AVE | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 462 | 14325 | | EXXON SERVICE STATION #34837 | 2143 RT 4 | FORT LEE | FORT LEE BORO | 07088 | BERGEN |
| 463 | 57500 | | WASHINGTON BRIDGE PLAZA | 2151 LEMOINE AVE | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 464 | 388304 | | 2169 ROUTE 4 FORT LEE | 2169 RT 4 E | FORT LEE | FORT LEE BORO | 07042 | BERGEN |
| 465 | 12080 | | LUKOIL SERVICE STATION #57312 | 2195 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 466 | 14343 | | PORT AUTH NY/NJ GEORGE WASHINGTON BRIDGE BUS STATION | 220 BRIDGE PLAZA S | FORT LEE | FORT LEE BORO | 07088 | BERGEN |
| 467 | 70803 | | REUTTER COACHWORKS INC | 2207 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 468 | 12074 | | SHELL SERVICE STATION #138356 | 2215 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 469 | 12076 | | LEHIGH GAS SERVICE STATION | 2284 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 470 | 12098 | | SPEEDWAY SERVICE STATION #03493 | 2295 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 471 | 12077 | | ZAVEN SERVICE STATION | 2336 2338 RT 4 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 472 | 12075 | | TONYS SERVICE CENTER #121263 | 2339 RT 4 & I-95 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 473 | 12101 | | KELLYS VALERO SERVICE STATION | 2470 LEMOINE AVE AKA RT 9 | FORT LEE | FORT LEE BORO | 0904 | BERGEN |
| 474 | 12083 | | LUKOIL SERVICE STATION #57723 | 2550 FLETCHER AVE & LINWOOD AVE | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 475 | 426998 | | TXA 5851 | 2550 RT 9 | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 476 | 384340 | | 505 NORTH AVENUE | 505 NORTH AVE | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 477 | 14334 | | PAULS CAR CARE CENTER OF FORT LEE INC | 548 MAIN ST | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 478 | 45663 | | SHELL SERVICE STATION #27460307 | RT 46 & CHARLES PL | FORT LEE | FORT LEE BORO | 07024 | BERGEN |
| 479 | 83525 | | 1153 16TH STREET | 1153 16TH ST | FORT LEE BORO | FORT LEE BORO | 07024 | BERGEN |
| 480 | 45501 | | CARSALVE SERVICE STATION | 2152 LEMOINE AVE | FORT LEE BORO | FORT LEE BORO | 07024 | BERGEN |
| 481 | 46888 | | FRANKLIN LAKES BORO MUNICIPAL COMPLEX | 480 490 DEKORTE DR | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 482 | 20466 | | GLEBAR CO INC | 527 COMMERCE ST | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 483 | 12065 | | SUPER VALUE CITGO SERVICE STATION | 735 FRANKLIN AVE | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 484 | 12066 | | LUKOIL SERVICE STATION #57216 | 791 FRANKLIN AVE | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 485 | 54608 | | UNITED JERSEY BANK | 795 SUSQUEHANNA AVE | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07601 | BERGEN |
| 486 | 12060 | | URBAN FARMS SHOPPING CENTER | 808 845 HIGH MOUNTAIN RD | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 487 | 53033 | | HIGH MOUNTAIN GOLF CLUB | 845 EWING AVE | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 488 | 12056 | | EXXON SERVICE STATION #35094 | 845 FRANKLIN LAKES RD ANN VIC INC | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 489 | 12054 | | P&M SERVICE STATION | 941 FRANKLIN AVE | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 490 | 48777 | | CHRIST THE KING CEMETERY | 966 980 HURON RD | FRANKLIN LAKES | FRANKLIN LAKES BORO | 07417 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 491 | 193362 | | 300 VALLEY VIEW DRIVE | 300 VALLEY VIEW DR | FRANKLIN LAKES BORO | FRANKLIN LAKES BORO | 07417 | BERGEN |
| 492 | 12053 | | EC ELECTRO PLATING INC | 125 CLARK ST | GARFIELD | GARFIELD CITY | 07072 | BERGEN |
| 493 | 57617 | | CENTURY AUTOMOTIVE | 262 MIDLAND AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 494 | 12001 | | J&G SERVICE STATION | 271 RIVER DR | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 495 | 45421 | | GARFIELD CITY DPW GARAGE | 413 MIDLAND AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 496 | 12036 | | CHOMAS AMOCO SERVICE STATION #04115 | 45 MONROE ST | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 497 | 479194 | | MILL SHOPPES OF GARFIELD | 5 JEWELL ST 7 JEWELL ST | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 498 | 12034 | | GETTY SERVICE STATION #56924 | 605 MIDLAND AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 499 | 12019 | | CUSTOM OIL CO | 627 RIVER DR | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 500 | 31591 | | FRAGALES BAKERY INC | 68 72 GASTON AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 501 | 163130 | | LITTEL FERRY ALINE TRANSMISSIONS | 781 MIDLAND AVE 783 MIDLAND AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 502 | 54995 | | J&G FURNITURE | 80 GRAND ST | GARFIELD | GARFIELD CITY | 072260000 | BERGEN |
| 503 | 12005 | | SHELL SERVICE STATION #9518 | 99 RIVER DR & MIDLAND AVE | GARFIELD | GARFIELD CITY | 07026 | BERGEN |
| 504 | 84521 | | 159 MARKET STREET | 159 MARKET ST | GARFIELD CITY | GARFIELD CITY | 07026 | BERGEN |
| 505 | 65780 | | PIONEER BOX LUNCH | 532 568 RIVER DR | GARFIELD CITY | GARFIELD CITY | 07026 | BERGEN |
| 506 | 11992 | | LEHIGH GAS SERVICE STATION | 390 MAPLE AVE | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 507 | 55185 | | GRASSEY EQUIPMENT CO | 432 GROVE ST | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 508 | 37509 | | KARA HOMES DEVELOPMENT | 471 DOREMUS AVE | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 509 | 11997 | | GLEN ROCK BORO DPW | 473 DOREMUS AVE | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 510 | 30968 | | M&M INTERNATIONAL TEAM INC | 531 PROSPECT ST | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 511 | 11994 | | MAPLE ROCK EXXON SERVICE STATION | 650 MAPLE AVE & ROCK RD | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 512 | 46699 | | GLEN ROCK BORO MUNICIPAL BUILDING | HARDING PLAZA RD | GLEN ROCK | GLEN ROCK BORO | 07452 | BERGEN |
| 513 | 45612 | | SHELL SERVICE STATION #3225 0205 | 1 POLIFLY RD & ESSEX ST | HACKENSACK | HACKENSACK CITY | 07602 | BERGEN |
| 514 | 22483 | | GUY ROSS CHEVROLET | 111 RIVER ST PO BOX 587 | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 515 | 22607 | | MIKE & JOHNS SERVICE CENTER | 112 PASSAIC ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 516 | 11902 | | CITY LINE SUNOCO SERVICE STATION #0006-6449 | 130 STATE ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 517 | 11974 | | UNITED WATER NJ HACKENSACK YARD | 135 HACKENSACK AVE | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 518 | 11912 | | LUKOIL SERVICE STATION #57289 | 149 151 S STATE ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 519 | 24547 | | VAL METAL WORKS INC | 150 ATLANTIC ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 520 | 11948 | | SHELL SERVICE STATION #138365 | 160 PASSAIC ST & LINDEN ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 521 | 34754 | | MIKES TEXACO SERVICE STATION | 185 1ST ST | HACKENSACK | HACKENSACK CITY | 07000 | BERGEN |
| 522 | 22280 | | HOLMES AUTO & TRUCK REPAIR | 188 JOHNSON AVE | HACKENSACK | HACKENSACK CITY | 076010000 | BERGEN |
| 523 | 43019 | | BERGEN LIMOUSINE RENTAL SERVICE INC | 199 LEXINGTON AVE | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 524 | 11922 | | LUKOIL SERVICE STATION #57289 | 20 RT 4 | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 525 | 20588 | | CIRCLE BRAKE & TIRE SERVICE | 200 RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 526 | 40613 | 41449 | A1 TABLECLOTH INC | 239 BERRY ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 527 | 11921 | | LUKOIL SERVICE STATION #57292 | 27 RT 4 | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 528 | 11952 | | EXXON SERVICE STATION #32505 | 282 POLIFLY RD | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 529 | 11913 | | LANCIA OIL CO | 340 RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 530 | 11944 | | BUDGET CAR & TRUCK RENTAL | 360 RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 531 | 11905 | | BP SERVICE STATION #2057 | 393 ESSEX ST & SUMMIT AVE | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 532 | 51840 | | BERGEN CNTY HOUSING AUTH FLORENCE COURT | 40 PASSAIC ST | HACKENSACK | HACKENSACK CITY | 07602 | BERGEN |
| 533 | 19453 | | ALL BRANDS AUTO SALES | 400 RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 534 | 42099 | | RA HAMILTON CORP | 409 S RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 535 | 58280 | 55671 | SEARS AUTO CENTER #1094 & SEARS ROEBUCK & CO | 436 MAIN ST AKA 516 MAIN ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 536 | 11920 | | BP SERVICE STATION #21420 | 445 RT 17 | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 537 | 56528 | | MORRONES GULF SERVICE STATION | 445 PASSAIC ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 538 | 11970 | | EXXON SERVICE STATION #34013 | 497 HUDSON ST | HACKENSACK | HACKENSACK CITY | 07602 | BERGEN |
| 539 | 79880 | | DESIGNERS MARBLE & TILE INC | 510 HUDSON ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 540 | 63642 | | POWER MATE CORP | 514 RIVER ST | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 541 | 50822 | | PACKARD BAMBERGER INC | 630 MAIN ST | HACKENSACK | HACKENSACK CITY | 07630 | BERGEN |
| 542 | 55582 | | APEX COPY CENTER | 8 JOHNSON AVE | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 543 | 16756 | | HALOCARBON PRODUCTS CORP | 82 BURLEWS CT | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 544 | 43427 | | CANADA DRY BOTTLING CO OF NY | 88 POLIFLY RD | HACKENSACK | HACKENSACK CITY | 07601 | BERGEN |
| 545 | 63641 | | FORD FASTENERS INC | 110 NEWMAN ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 546 | 63754 | | ODYSSEY BODY WORKS INC | 161 LINDEN ST | HACKENSACK CITY | HACKENSACK CITY | 07610 | BERGEN |
| 547 | 215996 | | TEXACO SERVICE STATION #27479 | 200 ESSEX ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 548 | 81982 | | HACKENSACK CITY FIRE DEPT | 205 STATE ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 549 | 45751 | | PSE&G HACKENSACK COAL GAS | 214 HUDSON ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 550 | 63598 | | CONSUMERS BUYING SERVICE | 30 JOHNSON AVE | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 551 | 43483 | | TOWN ENGINEERING CO | 395 RIVER ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 552 | 41414 | | HACKENSACK CHEVRON SERVICE STATION | 433 PASSAIC ST | HACKENSACK CITY | HACKENSACK CITY | 07000 | BERGEN |
| 553 | 57186 | | SERVICE STATION | 623 625 MAIN ST | HACKENSACK CITY | HACKENSACK CITY | 07601 | BERGEN |
| 554 | 11895 | | PARK SERVICE STATION | 106 SCHRAALENBURGH RD | HARRINGTON PARK | HARRINGTON PARK BORO | 07640000 | BERGEN |
| 555 | 42268 | | HARRINGTON PARK BORO DPW GARAGE | 66 SCHRAALENBURGH RD | HARRINGTON PARK | HARRINGTON PARK BORO | 07640 | BERGEN |
| 556 | 21318 | | ORANGE & ROCKLAND UTILITIES INC HARRINGTON PARK OPER CENTER | SCHRAALENBURGH RD | HARRINGTON PARK | HARRINGTON PARK BORO | 07640 | BERGEN |
| 557 | 148305 | | HASBROUCK HEIGHTS DPW | 1 PLANT RD | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 558 | 260758 | | ABESCO INC | 101 INDUSTRIAL AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 559 | 45620 | | PEPSI COLA BOTTLING CO | 12 PLANT RD | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 560 | 11877 | | LEHIGH GAS SERVICE STATION | 123 RT 17 & PASSAIC AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 561 | 11873 | | ROUTE 17 SOUTH SHELL SERVICE STATION | 146 RT 17 & HENRY ST | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 562 | 11888 | | EXXON SERVICE STATION #35228 | 180 BOULEVARD | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 563 | 11876 | | SHELL SERVICE STATION #9513 | 220 RT 17 & FRANKLIN AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 564 | 11868 | 11887 | EXPRESS GAS USA SERVICE STATION | 226 RT 17 | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 565 | 11881 | | EXXON SERVICE STATION | 24 RT 17 | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 566 | 11890 | | SHELL SERVICE STATION #138871 | 300 BOULEVARD & CENTRAL AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 567 | 11891 | | EXXON SERVICE STATION #32120 | 321 BOULEVARD & MADISON AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 568 | 11879 | | EXXON SERVICE STATION #35629 | 423 RT 17 | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 569 | 11939 | | BP SERVICE STATION #21425 | 426 BOULEVARD & WILLIAMS AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 570 | 11886 | | FRED GULF SERVICE STATION | 464 BOULEVARD & LONGWORTH | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 571 | 11884 | | JOHN CAHILL CITGO SERVICE STATION | 502 TERRACE AVE | HASBROUCK HEIGHTS | HASBROUCK HEIGHTS BORO | 07604 | BERGEN |
| 572 | 11871 | | LUKOIL SERVICE STATION #57310 | 170 SCHRAALENBERGH RD & HAWORTH AVE | HAWORTH | HAWORTH BORO | 07641 | BERGEN |
| 573 | 27839 | | EURO STAR MOTORS CO | 3 SCHRAALENBURGH RD | HAWORTH | HAWORTH BORO | 07641 | BERGEN |
| 574 | 11869 | | HAWORTH BP SERVICE STATION | 329 HAWORTH AVE | HAWORTH | HAWORTH BORO | 07641 | BERGEN |
| 575 | 11866 | | LEHIGH GAS SERVICE STATION | 145 BROADWAY & ORCHARD ST | HILLSDALE | HILLSDALE BORO | 07642 | BERGEN |
| 576 | 11865 | | AMOCO SERVICE STATION | 60 BROADWAY & HARRINGTON ST | HILLSDALE | HILLSDALE BORO | 07642 | BERGEN |
| 577 | 11854 | | HOHOKUS BORO DPW | 23 HOLLYWOOD AVE | HO-HO-KUS | HO-HO-KUS BORO | 07423 | BERGEN |
| 578 | 11843 | | A&D AUTO BODY INC | 118 FORT LEE RD | LEONIA | LEONIA BORO | 07605 | BERGEN |
| 579 | 11849 | | DELTA SERVICE STATION | 360 BROAD AVE | LEONIA | LEONIA BORO | 07605 | BERGEN |
| 580 | 11851 | | LEONIA TEXACO SERVICE STATION #014 | 381 BROAD AVE | LEONIA | LEONIA BORO | 07605 | BERGEN |
| 581 | 11853 | | DELTA SERVICE STATION | 441 BROAD AVE | LEONIA | LEONIA BORO | 07605 | BERGEN |
| 582 | 64084 | | LEONIA OIL SPILL | BERGEN BLVD | LEONIA BORO | LEONIA BORO | 07605 | BERGEN |
| 583 | 11834 | | LITTLE FERRY BORO DPW GARAGE | 179 MEHRHOF RD & CRESCENT ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 584 | 11827 | | SHELL SERVICE STATION #138404 | 179 RT 46 & FREDERICK ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 585 | 11833 | | GULF SERVICE STATION FORMER | 252 LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 586 | 11837 | | AMOCO SERVICE STATION #1827 | 263 RT 46 & LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 587 | 11825 | | CUMBERLAND FARMS INC GULF SERVICE STATION #12144 | 269 RT 46 & LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 588 | 11826 | | GETTY SERVICE STATION #57306 | 270 RT 46 & LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NIEMS SITE_ID | Former NIEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 589 | 41975 | | HALRICK PRESS INC | 32 INDUSTRIAL AVE | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 590 | 15557 | | GETTY SERVICE STATION #56161 | 449 RT 46 | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 591 | 11841 | | BOBS FRIENDLY SERVICE INC | 46 LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 592 | 41821 | | CP TRANSMISSIONS INC | 9 LIBERTY ST | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 593 | 373360 | | AMERADA HESS CORP LITTLE FERRY TERMINAL | RT 46 | LITTLE FERRY | LITTLE FERRY BORO | 07643 | BERGEN |
| 594 | 94403 | | HOBBY WORLD DEVELOPMENT INC | 120 INDUSTRIAL AVE | LITTLE FERRY BORO | LITTLE FERRY BORO | 07643 | BERGEN |
| 595 | 146244 | | 162 WOODLAND AVENUE | 162 WOODLAND AVE | LITTLE FERRY BORO | LITTLE FERRY BORO | 07643 | BERGEN |
| 596 | 85300 | | INDUSTRIAL AVENUE FOOT OF | INDUSTRIAL AVE FT OF | LITTLE FERRY BORO | LITTLE FERRY BORO | 07643 | BERGEN |
| 597 | 11768 | | GETTY SERVICE STATION #56102 | 1 UNION ST & MAIN ST | LODI | LODI BORO | 07456 | BERGEN |
| 598 | 56373 | | BAR SAN CONTRACTORS INC | 101 RT 46 | LODI | LODI BORO | 07644 | BERGEN |
| 599 | 14247 | | HESS SERVICE STATION #30236 | 110 ESSEX ST | LODI | LODI BORO | 076443808 | BERGEN |
| 600 | 44350 | | CITGO SERVICE STATION | 120 RT 46 | LODI | LODI BORO | 07644 | BERGEN |
| 601 | 11771 | | SPEEDWAY SERVICE STATION #03441 | 138 140 RT 46 | LODI | LODI BORO | 07644 | BERGEN |
| 602 | 461550 | | 150 174 ESSEX STREET | 150 174 ESSEX ST | LODI | LODI BORO | 07644 | BERGEN |
| 603 | 56976 | | FORTUNATO PROPERTY FORMER | 165 167 MAIN ST | LODI | LODI BORO | 07644 | BERGEN |
| 604 | 11819 | | BERGEN CABLE TECHNOLOGIES INC | 170 GREGG ST | LODI | LODI BORO | 07644 | BERGEN |
| 605 | 11770 | | ROUTE 46 PETROLEUM SERVICE STATION | 179 RT 46 & SAVOIE ST | LODI | LODI BORO | 07644 | BERGEN |
| 606 | 36698 | | UNITED PIECE DYE WORKS | 199 201 MAIN ST | LODI | LODI BORO | 07644 | BERGEN |
| 607 | 11815 | | GIBRALTAR PLASTICS CORP | 199 GARIBALDI AVE | LODI | LODI BORO | 07644 | BERGEN |
| 608 | 57882 | | ST NICHOLAS CEMETERY | 2 TERRACE AVE | LODI | LODI BORO | 07644 | BERGEN |
| 609 | 11809 | | BASF CORP INMONT DIV CTNGS & CLRNTS | 200 GREGG ST | LODI | LODI BORO | 07644 | BERGEN |
| 610 | 11813 | | HEXCEL CORP | 205 MAIN ST | LODI | LODI BORO | 076440687 | BERGEN |
| 611 | 20004 | | PAN GRAPHICS INC | 339 MAIN ST | LODI | LODI BORO | 07644 | BERGEN |
| 612 | 11814 | | LODI GETTY SERVICE STATION | 366 ESSEX ST & PORTER AVE | LODI | LODI BORO | 07644 | BERGEN |
| 613 | 11796 | | NOREIKAS GETTY SERVICE STATION | 460 MAIN ST | LODI | LODI BORO | 07644 | BERGEN |
| 614 | 11802 | | GULF SERVICE STATION | 500 BALDWIN AVE | LODI | LODI BORO | 07644 | BERGEN |
| 615 | 11799 | | NUTCHIES TEXACO SERVICE | 72 S MAIN ST | LODI | LODI BORO | 07644 | BERGEN |
| 616 | 42127 | | VITO STAMATO & CO | 76 SIDNEY ST | LODI | LODI BORO | 07644 | BERGEN |
| 617 | 11822 | | BP SERVICE STATION #20917 | 80 ESSEX ST | LODI | LODI BORO | 07644 | BERGEN |
| 618 | 14230 | | NJDOT LODI MAINTENANCE YARD | RT 17 & GREGG ST | LODI | LODI BORO | 076443808 | BERGEN |
| 619 | 11795 | | LODI SUNOCO SERVICE STATION | RT 17 N | LODI | LODI BORO | 076440000 | BERGEN |
| 620 | 87456 | | 114 118 LAWRENCE AVENUE | 114 118 LAWRENCE AVE | LODI | LODI BORO | 07644 | BERGEN |
| 621 | 65458 | | LODI COURT APARTMENTS | 126 RT 46 | LODI BORO | LODI BORO | 07644 | BERGEN |
| 622 | 179988 | | 54 KIPP AVENUE | 54 KIPP AVE | LODI BORO | LODI BORO | 07644 | BERGEN |
| 623 | 65365 | | VISTA GARDEN APARTMENTS | 5800 BEL VISTA CT | LODI BORO | LODI BORO | 07644 | BERGEN |
| 624 | 36162 | | ZEMA CORP DIV ST JON LABS INC | 80 ESSEX ST | LODI BORO | LODI BORO | 90710 | BERGEN |
| 625 | 83418 | | NJDOT ROUTE 17 ESSEX STREET INTERCHANGE | RT 17 & ESSEX ST | LODI BORO | LODI BORO | 07644 | BERGEN |
| 626 | 44774 | | JERSEY EXPRESS INC | 1 NELSON ST PO BOX 786 | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 627 | 11747 | | SCORE GAS SERVICE STATION | 161 RIDGE RD | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 628 | 50020 | | LYNDHURST TWP DPW | 265 CHASE AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 629 | 11743 | | BENECKI BROTHERS SUNOCO SERVICE STATION | 310 RUTHERFORD AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 630 | 11741 | | M&E SUNOCO SERVICE STATION | 345 VALLEY BROOK AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 631 | 18730 | | LYNDHURST TWP MUNICIPAL COMPLEX | 367 VALLEY BROOK AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 632 | 11729 | | GETTY SERVICE STATION #56136 | 45 RIDGE RD & 5TH AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 633 | 11745 | | S&D SERVICE STATION | 543 RIVERSIDE AVE & KINGLANDS AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 634 | 11749 | | RIDGE SERVICE STATION | 590 RIDGE RD & KINGSLAND | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 635 | 35408 | | 7 ELEVEN STORE #32353 | 744 750 RUTHERFORD AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 636 | 11735 | | DELTA SERVICE STATION | 852 RIVERSIDE AVE & ROOSEVELT AVE | LYNDHURST | LYNDHURST TWP | 07071 | BERGEN |
| 637 | 164781 | | REINAUER SITE FORMER | 601 RIVERSIDE AVE | LYNDHURST TWP | LYNDHURST TWP | 070713003 | BERGEN |

Page 13 of 128

10/14/2015

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 638 | 37537 | | COUNTRY OIL CORP @ INTERNATIONAL MOTOR PLAZA | 130 RT 17 | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 639 | 146548 | | ROYAL GAS & DIESEL SERVICE STATION | 131 RT 17 | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 640 | 11726 | | BP SERVICE STATION #95653 | 140 FRANKLIN TPKE | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 641 | 11715 | | MAHWAH TWP | 142 N RAILROAD AVE | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 642 | 44659 | | RUSMAN JOHN | 145 RAMAPO VALLEY RD | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 643 | 11727 | | DELTA SERVICE STATION | 147 FRANKLIN TPKE | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 644 | 38865 | | SHORTLINE BUS TERMINAL SYSTEMS INC | 17 FRANKLIN TPKE | MAHWAH TWP | MAHWAH TWP | 074300000 | BERGEN |
| 645 | 11695 | | MOBIL SERVICE STATION | 193 197 RT 17 | MAHWAH TWP | MAHWAH TWP | 07747 | BERGEN |
| 646 | 57182 | | WILSONS AUTO & TRUCK REPAIR | 22 RAMAPO VALLEY RD | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 647 | 38949 | | INTERSTATE MOTOR PLAZA | 230 RT 17 | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 648 | 11708 | | US OIL CORP SERVICE STATION | 231 RT 17 & RAMAPO VALLEY RD | MAHWAH TWP | MAHWAH TWP | 07042 | BERGEN |
| 649 | 45671 | | MAHWAH TWP SERVICE STATION #2 | 241 RT 17 | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 650 | 11710 | | 261 MAHWAH SERVICE STATION | 261 RT 17 & MOFFAT RD | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 651 | 11696 | | LUKOIL SERVICE STATION #57361 | 389 RT 17 & ISLAND RD | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 652 | 32224 | | CELCO | 479 RT 17 | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 653 | 11730 | | SUPER VALUE INC SERVICE STATION | 48 FRANKLIN TPKE | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 654 | 14207 | | MAHWAH SHELL SERVICE STATION | 62 FRANKLIN TPKE | MAHWAH TWP | MAHWAH TWP | 07747 | BERGEN |
| 655 | 38304 | | BOLKEMA FUEL CO INC | 75 MOLLIE CT | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 656 | 64543 | | CITGO SERVICE STATION | WYCKOFF AVE & FOREST RD | MAHWAH TWP | MAHWAH TWP | 07430 | BERGEN |
| 657 | 47611 | | FEDERAL EXPRESS CORP | 137 RT 17 | MAYWOOD | MAYWOOD BORO | 07607 | BERGEN |
| 658 | 11685 | | NJLG UST1 NJ0212 SERVICE STATION | 2 E PASSAIC ST & MAYWOOD AVE | MAYWOOD | MAYWOOD BORO | 07607 | BERGEN |
| 659 | 11683 | | MAYWOOD SUNOCO SERVICE STATION | 239 RT 17 | MAYWOOD | MAYWOOD BORO | 07607 | BERGEN |
| 660 | 11680 | | HUNTER DOUGLAS INC | 87 RT 17 | MAYWOOD | MAYWOOD BORO | 076071026 | BERGEN |
| 661 | 11689 | | EA BERG & SONS INC | 9 BROOK AVE | MAYWOOD | MAYWOOD BORO | 07607 | BERGEN |
| 662 | 11688 | | HESS SERVICE STATION #30321 | RT 17 S & BECKER AVE | MAYWOOD | MAYWOOD BORO | 07607 | BERGEN |
| 663 | 45978 | | MAYWOOD SUNOCO SERVICE STATION | 147 PASSAIC ST | MAYWOOD BORO | MAYWOOD BORO | 07607 | BERGEN |
| 664 | 63971 | | MAYWOOD BORO WEST MAGNOLIA AVENUE WELLS | W MAGNOLIA AVE | MAYWOOD BORO | MAYWOOD BORO | 07607 | BERGEN |
| 665 | 11670 | | 76 SERVICE STATION | 119 GODWIN AVE & GOFFLE RD | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 666 | 28581 | | MIDLAND PARK U SAVE SERVICE STATION | 369 GODWIN AVE | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 667 | 294277 | | MIDLAND PARK AMBULANCE CORPS INC | 471 GODWIN AVE | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 668 | 11673 | | US OIL CORP SERVICE STATION | 595 GODWIN AVE & CENTRAL AVE | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 669 | 11663 | | SHELL SERVICE STATION #138429 | 612 GODWIN AVE & MYRTLE ST | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 670 | 27253 | | HEIGHTS SERVICE STATION INC | 70 GLEN AVE | MIDLAND PARK | MIDLAND PARK BORO | 07432 | BERGEN |
| 671 | 11649 | | TOWN TEXACO SERVICE STATION | 1 KINDERKAMACK RD | MONTVALE | MONTVALE BORO | 076450000 | BERGEN |
| 672 | 11641 | | LUKOIL SERVICE STATION #57356 | 1 PARK ST | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 673 | 11648 | | LUKOIL SERVICE STATION #57332 | 105 SPRING VALLEY RD & SUMMIT AVE | MONTVALE | MONTVALE BORO | 07654 | BERGEN |
| 674 | 11645 | | J&F SERVICE INC | 12 RAILROAD AVE | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 675 | 11657 | | GLOBAL MONTELLO GROUP SERVICE STATION | 124 128 CHESTNUT RIDGE RD | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 676 | 11658 | | CHESTNUT RIDGE EXXON ON THE RUN SERVICE STATION | 142 CHESTNUT RIDGE RD | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 677 | 11659 | | HANDY & HARMAN ELECTRONIC MATERIALS FORMER | 20 CRAIG RD | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 678 | 11655 | | MIDDLE RIDGE EXXON SERVICE STATION #38922 | 28 30 CHESTNUT RIDGE RD | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 679 | 34721 | | MONTVALE AUTO TECH | 91 KINDERKAMACK RD | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 680 | 11638 | | MONTVALE SHELL SERVICE STATION | 98 KINDERKAMACK RD & MAGNOLIA AVE | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 681 | 11643 | | SUNOCO SERVICE STATION #0225-5370/7748 | GARDEN STATE PKWY MM 170.3 | MONTVALE | MONTVALE BORO | 07645 | BERGEN |
| 682 | 49962 | | TERMINAL CONSTRUCTION CORP | 100 ANDERSON AVE | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 683 | 30657 | | UNIVERSAL DIESEL GAS REBUILDERS INC | 155 ANDERSON AVE | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 684 | 33699 | | AEP INDUSTRIES INC | 20 KNICKERBOCKER RD | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 685 | 11629 | | AE&A SERVICE STATION | 270 MOONACHIE AVE | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 686 | 11630 | | UNITED PARCEL SERVICE GROUND FREIGHT INC | 280 MOONACHIE AVE | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |