NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 687 | 11632 | | GENERAL MILLS SAFER TEXTILES FACILITY FORMER | 7 31 CAPITOL DR | MOONACHIE | MOONACHIE BORO | 07606 | BERGEN |
| 688 | 25235 | | CONCORD MARKETING | 8 EMPIRE BLVD | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 689 | 395606 | | JAREM PROPERTY | 92 MOONACHIE AVE | MOONACHIE | MOONACHIE BORO | 07074 | BERGEN |
| 690 | 48381 | | ESSELTE PENDAFLEX CORP | 10 CAESAR PL | MOONACHIE BORO | MOONACHIE BORO | 07074 | BERGEN |
| 691 | 11610 | | KIRKS TEXACO SERVICE STATION & AUTO REPAIR | 201 HENLEY AVE | NEW MILFORD | NEW MILFORD BORO | 07646 | BERGEN |
| 692 | 18627 | | NEW MILFORD BORO BD OF ED NEW MILFORD HIGH SCHOOL | 330 340 RIVER RD | NEW MILFORD | NEW MILFORD BORO | 07646 | BERGEN |
| 693 | 11604 | | GETTY SERVICE STATION #56909 | 381 RIVER RD & MADISON AVE | NEW MILFORD | NEW MILFORD BORO | 07646 | BERGEN |
| 694 | 11598 | | SHELL SERVICE STATION #138444 | 720 722 RIVER RD | NEW MILFORD | NEW MILFORD BORO | 07646 | BERGEN |
| 695 | 65229 | | 178 RIVER ROAD | 178 RIVER RD | NEW MILFORD | NEW MILFORD BORO | 07646 | BERGEN |
| 696 | 11583 | | NORTH ARLINGTON MOTORS | 2 SCHUYLER AVE | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07032 | BERGEN |
| 697 | 52963 | | HOLY CROSS CEMETERY | 340 RIDGE RD | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07031 0000 | BERGEN |
| 698 | 11580 | | SCHUYLER SERVICENTER | 35 SCHUYLER AVE | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07032 | BERGEN |
| 699 | 11592 | | LUKOIL SERVICE STATION #57293 | 353 RIDGE RD & ALBERT ST | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07032 | BERGEN |
| 700 | 46725 | | NORTH ARLINGTON BORO VOLUNTEER AMBULANCE SQAUD | 575 SCHUYLER AVE | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07032 0000 | BERGEN |
| 701 | 381041 | | RIDGE ROAD SERVICE STATION | 586 590 RIDGE RD | NORTH ARLINGTON | NORTH ARLINGTON BORO | 07031 | BERGEN |
| 702 | 11576 | | WH INDUSTRIES DELAWARE INC | 140 LUDLOW AVE | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 703 | 46024 | | NORTHVALE BORO DPW | 195 PARIS AVE | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 704 | 50696 | | MINETTO HOMES INC | 199 PARIS AVE & INDUSTRIAL PKWY | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 705 | 14179 | | SUPER VALUE CITGO SERVICE STATION | 258 LIVINGSTON ST | NORTHVALE | NORTHVALE BORO | 07467 0000 | BERGEN |
| 706 | 11574 | | NORTHVALE GAS SERVICE STATION | 264 LIVINGSTON ST | NORTHVALE | NORTHVALE BORO | 07648 | BERGEN |
| 707 | 20818 | | DUMONT MFG CO BUILDING | 271 LIVINGSTON ST | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 708 | 57150 | | NORTHVALE PROPERTIES INC | 273 LIVINGSTON ST | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 709 | 11568 | | LUKOIL SERVICE STATION #57741 | 278 LIVINGSTON ST | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 710 | 11622 | | SHELL SERVICE STATION #138457 | 405 TAPPAN RD & PARIS AVE | NORTHVALE | NORTHVALE BORO | 07647 | BERGEN |
| 711 | 85301 | | SHOPRITE SUPERMARKET @ SHOPPING CENTER | 245 250 LIVINGSTON ST & PEGASUS AVE | NORTHVALE BORO | NORTHVALE BORO | 07647 | BERGEN |
| 712 | 44604 | | NORWOOD BORO HALL | 455 BROADWAY | NORWOOD | NORWOOD BORO | 07648 | BERGEN |
| 713 | 11614 | | NORWOOD SHELL SERVICE STATION | 550 LIVINGSTON ST & ROCKLAND AVE | NORWOOD | NORWOOD BORO | 07648 | BERGEN |
| 714 | 11613 | | N&G AUTO SERVICE CENTER | 575 BROADWAY | NORWOOD | NORWOOD BORO | 07648 | BERGEN |
| 715 | 226659 | | 494 SUMMIT STREET | 494 SUMMIT ST | NORWOOD BORO | NORWOOD BORO | 07648 | BERGEN |
| 716 | 11546 | | EXXON SERVICE STATION #32238 | 160 RAMAPO VALLEY RD | OAKLAND | OAKLAND BORO | 07436 | BERGEN |
| 717 | 11548 | | US OIL CORP SERVICE STATION | 78 RAMAPO VALLEY RD | OAKLAND | OAKLAND BORO | 07436 | BERGEN |
| 718 | 98278 | | 67 MONHEGAN AVENUE | 67 MONHEGAN AVE | OAKLAND BORO | OAKLAND BORO | 07436 | BERGEN |
| 719 | 84065 | | 815 RAMAPO VALLEY ROAD | 815 RAMAPO VALLEY RD | OAKLAND BORO | OAKLAND BORO | 07436 | BERGEN |
| 720 | 11535 | | KIMBER PETROLEUM CORP @ EXXON SERVICE STATION #N0147 | 167 OLD TAPPAN RD | OLD TAPPAN | OLD TAPPAN BORO | 07675 | BERGEN |
| 721 | 46029 | | OLD TAPPAN SERVICE STATION | 3 ORANGEBURG RD | OLD TAPPAN | OLD TAPPAN BORO | 07675 | BERGEN |
| 722 | 11521 | | ORADELL CITGO SERVICE STATION | 255 KINDERKAMACK RD | ORADELL | ORADELL BORO | 07649 | BERGEN |
| 723 | 14176 | | ORADELL COASTAL SERVICE STATION | 280 KINDERKAMACK RD | ORADELL | ORADELL BORO | 07649 | BERGEN |
| 724 | 11525 | | ORADELL GULF SERVICE STATION | 317 KINDERKAMACK RD | ORADELL | ORADELL BORO | 07649 | BERGEN |
| 725 | 14175 | | SHELL SERVICE STATION #9529 | 444 KINDERKAMACK RD | ORADELL | ORADELL BORO | 07649 0000 | BERGEN |
| 726 | 143114 | | 685 CENTER STREET | 685 CENTER ST | ORADELL | ORADELL BORO | 07649 | BERGEN |
| 727 | 50293 | | RUSMAN SCHOOL BUS SERVICE | 12 BELLVIEW PL | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 728 | 11510 | | R&K MOCKLER MFG | 20 FAIRVIEW ST | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 729 | 163221 | | HURRY CORP | 319 COMMERCIAL AVE | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 730 | 11515 | | EXXON SERVICE STATION #32154 | 349 BROAD AVE & PALISADE BLVD | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 731 | 11508 | | EXXON SERVICE STATION #30197 | 386 GRAND AVE & PALISADE RD | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 732 | 11507 | | ROUTE 46 TRUCK STOP & SERVICE STATION | 41 W HARRIET AVE | PALISADES PARK | PALISADES PARK BORO | 07650 | BERGEN |
| 733 | 44588 | | C RAIMONDO & SONS CONSTRUCTION CO | 550 BERGEN BLVD | PALISADES PARK | PALISADES PARK BORO | 07026 | BERGEN |
| 734 | 11498 | | SUNOCO SERVICE STATION #0006 7082 | RT 46 E & ABBOTT AVE | PALISADES PARK | PALISADES PARK BORO | 07649 0000 | BERGEN |
| 735 | 219702 | | 34 WEST EDSALL BOULEVARD | 34 W EDSALL BLVD | PALISADES PARK BORO | PALISADES PARK BORO | 07650 | BERGEN |

NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 736 | 579547 | | CHEEMA OIL CORPORATION | 41 WEST HARRIET AVE | PALISADES PARK BORO | PALISADES PARK BORO | | BERGEN |
| 737 | 12882 | | WOODSIDE EXXON SERVICE STATION #85009 | 100 RT 17 | PARAMUS | PARAMUS BORO | 076520000 | BERGEN |
| 738 | 11448 | | SUNOCO SERVICE STATION #0006 6431 | 102 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 739 | 16095 | | TRIMECH CORP | 106 PROSPECT ST | PARAMUS | PARAMUS BORO | 07444 | BERGEN |
| 740 | 11470 | | PARAMUS SERVICENTER | 129 RIDGEWOOD AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 741 | 11461 | | LUKOIL SERVICE STATION #57218 | 137 RT 17 & GERTRUDE AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 742 | 11451 | | LUKOIL SERVICE STATION #57307 | 138 RIDGEWOOD AVE & PARAMUS RD | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 743 | 20711 | | TREE LAND NURSERY INC | 148 SPRING VALLEY RD | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 744 | 11450 | | EXXON SERVICE STATION #32230 | 153 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 745 | 11497 | | SN WALZ | 169 MIDLAND AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 746 | 11484 | | SHELL SERVICE STATION #6330 0300 | 220 RT 4 & PARAMUS RD | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 747 | 29612 | | WILD BILLS PARAMUS DODGE | 234 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 748 | 11467 | | TEXACO SERVICE STATION #100160 | 242 ORADELL AVE & PASCACK RD | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 749 | 46590 | | BP AMOCO SERVICE STATION | 253 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 750 | 11490 | | SUPER VALUE SERVICE STATION | 269 FOREST AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 751 | 11491 | | C&R TEXACO SERVICE STATION | 292 FOREST AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 752 | 25120 | | POTAMKIN DODGE HYUNDAI | 315 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 753 | 11485 | | SUNOCO SERVICE STATION #0006 7041 | 327 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 754 | 17096 | | SUNOCO SERVICE STATION #0006-6811 | 335 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 755 | 13074 | | SPEED FUEL SERVICE STATION | 344 RT 4 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 756 | 493179 | 11499 | PARAMUS SUPER VALUE SERVICE STATION | 345 MIDLAND AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 757 | 11453 | | LEHIGH GAS SERVICE STATION | 357 RT 17 | PARAMUS | PARAMUS BORO | 07654 | BERGEN |
| 758 | 11458 | | NJ ENERGY CORP SERVICE STATION #92249 | 361 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 759 | 20259 | | PARAMUS FORD INC | 375 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 760 | 11496 | | SUNOCO SERVICE STATION #0006-6621 | 50 E MIDLAND AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 761 | 11494 | | SUNOCO SERVICE STATION | 539 FOREST AVE | PARAMUS | PARAMUS BORO | 07042 | BERGEN |
| 762 | 11482 | | SPEEDWAY SERVICE STATION #03487 | 565 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 763 | 120250 | | TROAST GROUP | 579 WINTERS AVE | PARAMUS | PARAMUS BORO | 07952 | BERGEN |
| 764 | 19840 | | DATASCOPE CORP | 580 WINTERS AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 765 | 45126 | | SEARS ROEBUCK & CO #1664 | 585 FROM RD | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 766 | 11458 | | PARAMUS NORTH SERVICE STATION | 612 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 767 | 11459 | | GETTY SERVICE STATION #57217 | 624 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 768 | 11454 | | GETTY SERVICE STATION #10667 | 639 RT 17 | PARAMUS | PARAMUS BORO | 076520000 | BERGEN |
| 769 | 11471 | | GO GREEN 17 SERVICE STATION | 640 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 770 | 11455 | | SHELL SERVICE STATION #9580 | 655 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 771 | 28962 | | ALANS JAGUAR OF PARAMUS | 670 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 772 | 11456 | | BP SERVICE STATION #30369 | 845 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 773 | 11489 | | AY PARAMUS GAS INC | 9 FOREST AVE | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 774 | 19757 | | HERTZ RENT A CAR | 92 RT 17 | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 775 | 46989 | | PARAMUS BORO POLICE DEPT STATION | CARLOUGH DR | PARAMUS | PARAMUS BORO | 07652 | BERGEN |
| 776 | 84454 | | SATURN OF PARAMUS | 101 RT 4 | PARAMUS BORO | PARAMUS BORO | 07652 | BERGEN |
| 777 | 68962 | | MERIT OIL OF NJ VALUE SERVICE STATION FORMER | 80 RT 4 AKA MERIT MALL SS | PARAMUS BORO | PARAMUS BORO | 07652 | BERGEN |
| 778 | 124601 | | NJ HIGHWAY AUTH PARAMUS SOUTHBOUNT RAMP TOLLS | GARDEN STATE PKWY 164.4 | PARAMUS BORO | PARAMUS BORO | 07652 | BERGEN |
| 779 | 11444 | | DELTA SERVICE STATION | 122 KINDERKAMACK RD | PARK RIDGE | PARK RIDGE BORO | 07656 | BERGEN |
| 780 | 11445 | | IDEAL PETROLEUM PRODUCTS INC | 156 KINDERKAMACK RD | PARK RIDGE | PARK RIDGE BORO | 07656 | BERGEN |
| 781 | 11446 | | PARK RIDGE GULF SERVICE STATION #121338 | 161 KINDERKAMACK RD | PARK RIDGE | PARK RIDGE BORO | 076560000 | BERGEN |
| 782 | 11442 | | PARK RIDGE BORO POLICE DEPT | 55 PARK AVE | PARK RIDGE | PARK RIDGE BORO | 07656 | BERGEN |
| 783 | 11434 | | LUKOIL SERVICE STATION | 61 63 PASCACK AVE & SULAK LN | PARK RIDGE | PARK RIDGE BORO | 07656 | BERGEN |
| 784 | 61498 | 11443 | WASTE MANAGEMENT OF NJ INC | 94 PERRY ST | PARK RIDGE | PARK RIDGE BORO | 07656 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 785 | 11417 | | LUKOIL SERVICE STATION #57314 | 1065 RT 17 | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 786 | 11432 | | RAMSEY CITGO SERVICE STATION | 116 N CENTRAL AVE C/O F&E REALTY | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 787 | 11436 | | LEEM LSS FILTRATION | 25 ARROW RD | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 788 | 11424 | | DELTA SERVICE STATION | 260 FRANKLIN TPKE N | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 789 | 18801 | | RAMSEY BORO PUBLIC LIBRARY | 30 WYCKOFF AVE | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 790 | 14168 | | RAMSEY CITGO SERVICE STATION | 36 RT 17 NORTH | RAMSEY | RAMSEY BORO | 074461207 | BERGEN |
| 791 | 11418 | | SPEEDWAY SERVICE STATION #03468 | 456 RT 17 | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 792 | 11439 | | RAMSEY AMOCO SERVICE STATION #01540 | 67 E MAIN ST | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 793 | 58041 | | CORY LUMBER CORP | 74 N CENTRAL AVE | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 794 | 11412 | | EXXON SERVICE STATION #32235 | 75 RT 17 & NOTTINGHAM RD | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 795 | 11410 | | E&E EXXON SERVICE STATION | 842 RT 17 | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 796 | 56652 | | RAMSEY HYUNDAI | 905 RT 17 | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 797 | 56718 | | RAMSEY CYCLE SPORTS | 995 RT 17 | RAMSEY | RAMSEY BORO | 07446 | BERGEN |
| 798 | 11422 | | RAMSEY BORO DPW GARAGE | WEST SIDE PLAZA | RAMSEY | RAMSEY BORO | 074460000 | BERGEN |
| 799 | 186843 | 53753 | ST PAULS RC CHURCH | 187 200 WYCOFF AVE | RAMSEY BORO | RAMSEY BORO | 07446 | BERGEN |
| 800 | 54579 | | GOLD SEAL TRANSMISSION | 35 GRANT ST | RAMSEY BORO | RAMSEY BORO | 07446 | BERGEN |
| 801 | 14165 | | CPC INTERNATIONAL BEST FOODS | 1 RAILROAD AVE | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 802 | 11466 | | METRO FUEL OIL CO | 1011 HUDSON AVE | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 803 | 14274 | | SIMKINS INDUSTRIES INC | 1050 RIVER ST | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 804 | 14262 | | PFISTER CHEMICAL INC | 1098 RT 46 & LINDEN AVE | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 805 | 11389 | | LUKOIL SERVICE STATION #57212 | 312 BROAD AVE | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 806 | 37732 | | TR METRO CHEMICALS INC | 376 HUDSON AVE FT OF | RIDGEFIELD | RIDGEFIELD BORO | 076570976 | BERGEN |
| 807 | 11404 | | SUNOCO SERVICE STATION #0005-6498 | 452 462 BROAD AVE & HOWARD PL | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 808 | 11406 | | STANDARD COATING CORP | 461 BROAD AVE | RIDGEFIELD | RIDGEFIELD BORO | 075570000 | BERGEN |
| 809 | 16140 | | RIDGEFIELD BORO DPW | 515 CHURCH ST | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 810 | 125078 | | DYPRO AUTO CENTER | 567 GRAND AVE | RIDGEFIELD | RIDGEFIELD BORO | 07652 | BERGEN |
| 811 | 11463 | | LAWTON EXXON SERVICE STATION | 678 BERGEN BLVD | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 812 | 11465 | | DOUBLE LEE AUTO SERVICE INC | 719 GRAND AVE | RIDGEFIELD | RIDGEFIELD BORO | 07652 | BERGEN |
| 813 | 40508 | | CUSTOM MERCHANDISE CORP | 730 GRAND AVE | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 814 | 46070 | | FEDERAL AUTO CENTER INC #121417 | RT 45 W | RIDGEFIELD | RIDGEFIELD BORO | 07657 | BERGEN |
| 815 | 64510 | | TEXAGON MILLS INC | 645 GRAND AVE | RIDGEFIELD BORO | RIDGEFIELD BORO | 07657 | BERGEN |
| 816 | 277857 | | 755 ABBOTT AVENUE | 755 ABBOTT AVE | RIDGEFIELD BORO | RIDGEFIELD BORO | 07657 | BERGEN |
| 817 | 12289 | | NJ TURNPIKE AUTH VINCE LOMBARDI SERVICE AREA 13S | NEW JERSEY TPKE MM 116.0 S | RIDGEFIELD BORO | RIDGEFIELD BORO | 07643 | BERGEN |
| 818 | 65468 | | DEPALMA PRINTING CO INC | 1 TEANECK RD | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 819 | 11376 | | GETTY SERVICE STATION #56291 | 125 RAILROAD AVE | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07000 | BERGEN |
| 820 | 11366 | | ACAK SERVICE STATION | 150 RT 46 & OVERPECK DR | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07650 | BERGEN |
| 821 | 438698 | 57052 | JOE E BRAY INC | 16 INDUSTRIAL AVE | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 822 | 23595 | | APACHE AUTO WRECKERS INC | 2 MT VERNON ST | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 823 | 11374 | | LUKOIL SERVICE STATION #57229 | 210 RT 46 & MAIN ST | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 824 | 11381 | | TEXACO SERVICE STATION #05 FORMER | 215 MAIN ST & PARK ST | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 825 | 43571 | | KNAPPS EXPRESS INC | 37 EMERSON ST | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 076600000 | BERGEN |
| 826 | 45444 | | GETTY SERVICE STATION #56152 | 40 CHALLENGER RD & RT 46 | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 827 | 14163 | | RIDGEFIELD PARK CITGO SERVICE STATION | 5 WINANT AVE | RIDGEFIELD PARK | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 828 | 50319 | | LINCOLN PAPER CO | 300 BERGEN TPKE | RIDGEFIELD PARK VILLAGE | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 829 | 186601 | | TIRE WAREHOUSE | 67 RT 46 | RIDGEFIELD PARK VILLAGE | RIDGEFIELD PARK VILLAGE | 07660 | BERGEN |
| 830 | 11365 | | EXXON SERVICE STATION #32020 | 10 GODWIN AVE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07451 | BERGEN |
| 831 | 55116 | | GRAND UNION CORP | 175 FRANKLIN AVE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07045 | BERGEN |
| 832 | 11370 | | RIDGEWOOD VILLAGE DPW CENTRAL GARAGE | 218 220 CHESTNUT ST | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 833 | 43368 | | CORNER GARAGE | 24 FRANKLIN AVE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 834 | 11361 | | SPEEDWAY SERVICE STATION #03466 | 465 475 GOFFLE RD | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 835 | 11340 | | BERGEN CONVENIENCE-FLAGSHIP SERVICE STATION | 490 RT 17 | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 836 | 11353 | | LEHIGH GAS SERVICE STATION | 51 N WALNUT ST | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 837 | 11331 | | SUNOCO SERVICE STATION #0006-6993 FORMER | 520 RT 17 | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 838 | 11351 | | US OIL CORP SERVICE STATION | 536 N MAPLE AVE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 839 | 11332 | | NJDOT RIDGEWOOD MAINTENANCE YARD | 547 FRANKLIN TPKE & RT 17 | RIDGEWOOD | RIDGEWOOD VILLAGE | 07416 | BERGEN |
| 840 | 56184 | | JOSEPH H FERGUSON & SONS INC | 607 FRANKLIN TPKE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07052 | BERGEN |
| 841 | 11346 | | RIDGEWOOD SHELL SERVICE STATION | 657 RT 17 & FRANKLIN TPKE | RIDGEWOOD | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 842 | 83687 | | 46 CHESTNUT STREET | 46 CHESTNUT ST | RIDGEWOOD VILLAGE | RIDGEWOOD VILLAGE | 07450 | BERGEN |
| 843 | 11402 | | DANS SUNOCO SERVICE STATION | 2 RT 4 | RIVER EDGE | RIVER EDGE BORO | 07070 | BERGEN |
| 844 | 47317 | | RIVER DELL RGNL SD MIDDLE SCHOOL | 230 WOODLAND AVE | RIVER EDGE | RIVER EDGE BORO | 07661 | BERGEN |
| 845 | 22540 | | LEONARD TOYOTA | 5 NEWBRIDGE RD | RIVER EDGE | RIVER EDGE BORO | 07661 | BERGEN |
| 846 | 11334 | | BP SERVICE STATION #3483 | 525 HACKENSACK AVE | RIVER EDGE | RIVER EDGE BORO | 07661 | BERGEN |
| 847 | 11326 | | SHELL SERVICE STATION #7190 0109 | 584 KINDERKAMACK RD | RIVER EDGE | RIVER EDGE BORO | 076610000 | BERGEN |
| 848 | 42046 | | 55 KINDERKAMACK CORP | 55 KINDERKAMACK RD | RIVER EDGE BORO | RIVER EDGE BORO | 07661 | BERGEN |
| 849 | 42550 | | RIVER VALE TWP DPW | 336 RIVERVALE RD | RIVER VALE | RIVER VALE TWP | 07675 | BERGEN |
| 850 | 216561 | | 549 WESTWOOD AVENUE | 549 WESTWOOD AVE | RIVER VALE | RIVER VALE TWP | 07675 | BERGEN |
| 851 | 11395 | | RIVER VALE SUNOCO SERVICE STATION | 660 WESTWOOD AVE | RIVER VALE | RIVER VALE TWP | 07675 | BERGEN |
| 852 | 221413 | | 713 ORANGE COURT | 713 ORANGE CT | RIVER VALE TWP | RIVER VALE TWP | 07675 | BERGEN |
| 853 | 42480 | | DIXO CO | 158 CENTRAL AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 854 | 11312 | | ROCHELLE GULF SERVICE STATION #121308 | 16 W PASSAIC ST & ROCHELLE AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 855 | 364767 | | STAVOLA REALTY | 161 165 CENTRAL AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 856 | 30760 | | FIMS MFG CORP | 168 CENTRAL AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 857 | 11304 | | ANI SERVICE STATION | 178 RT 17 | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 858 | 11310 | | KC AUTOMOTIVE INC SERVICE STATION | 200 W PASSAIC ST | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 859 | 205586 | | 22 GROVE AVENUE | 22 GROVE AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07752 | BERGEN |
| 860 | 14997 | | LUKOIL SERVICE STATION #74076 | 230 ROCHELLE AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 08000 | BERGEN |
| 861 | 47876 | | RAMADA INN | 375 W PASSAIC ST | ROCHELLE PARK | ROCHELLE PARK TWP | 076620000 | BERGEN |
| 862 | 43629 | | ROCHELLE PARK MOGAS SERVICE STATION | 378 W PASSAIC ST | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 863 | 11317 | | ROCHELLE PARK TWP DPW GARAGE | 405 ROCHELLE AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 864 | 11323 | | FIRST STUDENT INC #11310 | 53 CENTRAL AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 076620177 | BERGEN |
| 865 | 60251 | | MULTITONE ENGRAVING CO INC | 60 ESSEX ST | ROCHELLE PARK | ROCHELLE PARK TWP | 07662 | BERGEN |
| 866 | 94877 | | 90 HOWARD AVENUE | 90 HOWARD AVE | ROCHELLE PARK | ROCHELLE PARK TWP | 07762 | BERGEN |
| 867 | 11306 | | BERGEN CNTY BD OF ED SPECIAL SERVICES SCHOOL | 35 PIERMONT RD | ROCKLEIGH | ROCKLEIGH BORO | 07647 | BERGEN |
| 868 | 11305 | | SPECTRA LABORATORIES | 8 KING RD | ROCKLEIGH | ROCKLEIGH BORO | 07647 | BERGEN |
| 869 | 199393 | | 10 MYRTLE STREET | 10 MYRTLE ST | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 870 | 43428 | | BI STATE CARRIERS INC | 102 BOROUGH ST | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 871 | 95156 | | HIGHLAND CROSS DEVELOPMENT | 12 BOROUGH ST & VETERANS BLVD | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 872 | 11275 | | LUKOIL SERVICE STATION #57266 | 131 149 HIGHLAND CROSS RD & RT 17 N | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 873 | 151252 | | GFM CONSTRUCTION INC | 17 MEADOW RD | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 874 | 11290 | | AMOCO SERVICE STATION #461 | 177 PARK AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 875 | 11302 | | RUTHERFORD BORO DPW | 2 AGNEW PL & ERIE AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 876 | 145594 | | 245 WOODWARD AVENUE | 245 WOODWARD AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 877 | 11284 | | SHELL SERVICE STATION #138496 | 265 PARK AVE & PIERREPONT AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 878 | 11285 | 45553 | PARK AVENUE TOWNHOUSES | 311 331 PARK AVE 21 29 WOODLAND AVE PARK AVE & WOODLAND AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 879 | 19331 | | HOWMEDICA INC ORTHOPEDICS DIV | 320 VETERANS BLVD | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 880 | 11270 | | AMOCO SERVICE STATION #54809 | 5 JACKSON AVE & ERIE AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 881 | 11286 | | EXXON SERVICE STATION #39784 | 50 RT 17 & MEADOW RD | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 882 | 11280 | | COASTAL SERVICE STATION | 51 UNION AVE | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 883 | 11277 | | PASQUIN FORD MOTOR SALES INC BODY SHOP | 55 RT 17 | RUTHERFORD | RUTHERFORD BORO | 07070 | BERGEN |
| 884 | 52357 | | AZCO STEEL CO | 100 MIDLAND AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 885 | 38485 | | HI WAY CONCRETE PRODUCTS CORP @ WOIT INDUSTRIES PROPERTY | 147 5TH ST | SADDLE BROOK TWP | SADDLE BROOK TWP | 076620000 | BERGEN |
| 886 | 20224 | | P MICHELOTTI & SONS CONCRETE DIV | 150 MIDLAND AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 887 | 11236 | | MAR RICH FRIENDLY SERVICE INC | 16 PEHLE AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07663 | BERGEN |
| 888 | 45627 | | SADDLE BROOK MOVING CENTER | 210 RT 46 | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 889 | 11242 | | NORTH JERSEY TRUCK CENTER INC | 235 RT 46 | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 890 | 27592 | | NICKS AMOCO AUTO REPAIR INC | 247 PRESIDENT ST | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 891 | 11248 | | TEXACO SERVICE STATION #100149 | 255 PEHLE AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 892 | 11267 | | COINING INC @ ZUCKERBERGS IND PK | 280 MIDLAND AVE STE L | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 893 | 157640 | | ESTATE OF HELLER HAROLD | 316 9TH ST | SADDLE BROOK TWP | SADDLE BROOK TWP | 07663 | BERGEN |
| 894 | 32413 | | ITT CONTINENTAL BAKING CO | 320 330 MIDLAND AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 08816 | BERGEN |
| 895 | 11261 | | AMOCO SERVICE STATION #84770 | 395 MARKET ST | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 896 | 22104 | | CURCIO SCRAP METAL INC | 416 LANZA AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07663 | BERGEN |
| 897 | 60075 | | CLIFTON WHOLESALE FLORISTS | 435 PRESIDENT ST | SADDLE BROOK TWP | SADDLE BROOK TWP | 07657 | BERGEN |
| 898 | 11249 | | ENTERPRISE CORRUGATED CONTAINER CORP | 575 N MIDLAND AVE | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 899 | 49596 | | NJ HIGHWAY AUTH SADDLE BROOK TOLL PLAZA | GARDEN STATE PKWY MM 150.2 | SADDLE BROOK TWP | SADDLE BROOK TWP | 07662 | BERGEN |
| 900 | 125916 | | 11 DEER TRAIL ROAD | 11 DEER TRAIL RD | SADDLE RIVER | SADDLE RIVER BORO | 07458 | BERGEN |
| 901 | 46873 | | SIMPSONS EXXON SERVICE STATION #35275 | 31 WOODCLIFF LAKE RD | SADDLE RIVER | SADDLE RIVER BORO | 07458 | BERGEN |
| 902 | 14153 | | EXXON SERVICE STATION #35264 | 66 E ALLENDALE RD & SADDLE RIVER RD | SADDLE RIVER | SADDLE RIVER BORO | 07458 | BERGEN |
| 903 | 11239 | | SADDLE RIVER TEXACO SERVICE STATION | 75 E ALLENDALE RD | SADDLE RIVER | SADDLE RIVER BORO | 074580000 | BERGEN |
| 904 | 11240 | | MOBIL SERVICE STATION #15KFC | 76 E ALLENDALE RD | SADDLE RIVER | SADDLE RIVER BORO | 07458 | BERGEN |
| 905 | 64433 | | SADDLE RIVER BORO GROUNDWATER CONTAMINATION | BURNING HOLLOW & STONEWALL & CAMERON RDS | SADDLE RIVER BORO | SADDLE RIVER BORO | 07458 | BERGEN |
| 906 | 21058 | | SPINNERIN YARN CO INC | 30 WESLEY ST | SOUTH HACKENSACK | SOUTH HACKENSACK TWP | 07606 | BERGEN |
| 907 | 229559 | | A TO Z AUTO SALES INC | 500 RT 46 W | SOUTH HACKENSACK | SOUTH HACKENSACK TWP | 07606 | BERGEN |
| 908 | 53495 | | AEP INDUSTRIES INC | 571 HUYLER ST | SOUTH HACKENSACK | SOUTH HACKENSACK TWP | 07606 | BERGEN |
| 909 | 44449 | | TEANECK IGNITION SERVICE STATION | 1188 TEANECK RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 910 | 11201 | | US OIL SERVICE STATION | 1280 TEANECK RD | TEANECK | TEANECK TWP | 07506 | BERGEN |
| 911 | 35545 | | TEANECK TWP BD OF ED BENJAMIN FRANKLIN MIDDLE SCHOOL | 1315 TAFT RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 912 | 11207 | | RDL IGNITION AUTOMOTIVE INC | 1351 QUEEN ANNE RD | TEANECK | TEANECK TWP | 07000 | BERGEN |
| 913 | 11189 | | UTILITIES PAINTING ASSOC INC | 1475 PALISADE AVE | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 914 | 129509 | | 170 COPLEY AVENUE | 170 COPLEY AVE | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 915 | 11215 | | SHELL SERVICE STATION #100127 | 209 CEDAR LN | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 916 | 14147 | | SHELL SERVICE STATION #8385 0102 | 227 TEANECK RD & FT LEE RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 917 | 11206 | | DEGRAW GULF SERVICE STATION #121585 | 335 QUEEN ANNE RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 918 | 26021 | | TAKI MOTORS | 351 QUEEN ANNE RD | TEANECK | TEANECK TWP | 07665 | BERGEN |
| 919 | 11205 | | ENRITE SERVICE STATION | 457 TEANECK RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 920 | 11198 | | MICHAELS SERVICE STATION | 468 TEANECK RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 921 | 11218 | | LARRYS FRIENDLY SERVICE | 520 CEDAR LN | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 922 | 14150 | | ELIS TEXACO SERVICE STATION | 618 CEDAR LN | TEANECK | TEANECK TWP | 08625 | BERGEN |
| 923 | 41358 | | EMMANUEL AUTO CENTER | 635 TEANECK RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 924 | 230338 | | 69 EDGEMONT PLACE | 69 EDGEMONT PL | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 925 | 11219 | | ENRITE SERVICE STATION | 724 CEDAR LN | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 926 | 17805 | | SUNOCO SERVICE STATION #00066340 | 725 729 CEDAR LN & RIVER RD | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 927 | 83851 | | TEANECK SR CITIZEN HOUSING | 735 745 GLENWOOD AVE | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 928 | 11210 | | SHELL SERVICE STATION #138515 | 735 CEDAR LN & RIVER | TEANECK | TEANECK TWP | 07666 | BERGEN |
| 929 | 92129 | 47766 | BERGEN CNTY DEPT OF PARKS OVERPECK CREEK PARK | I-85 & 80 | TEANECK | TEANECK TWP | 07665 | BERGEN |
| 930 | 129909 | | 297 DEGRAW AVENUE | 297 DEGRAW AVE | TEANECK TWP | TEANECK TWP | 07666 | BERGEN |
| 931 | 50756 | | ROCCO CARUSO INC | 111 N SUMMIT ST | TENAFLY | TENAFLY BORO | 076700000 | BERGEN |