NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

10/14/2016

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 932 | 33133 | | CLINTON INN HOTEL | 145 DEAN DR | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 933 | 11161 | | NISANS AMOCO SERVICE STATION | 20 COUNTY RD & HILLSIDE AVE | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 934 | 11179 | | SUNOCO SERVICE STATION #0006 6365 | 21 COUNTY RD | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 935 | 11174 | | LUKOIL SERVICE STATION #57319 | 268 COUNTY RD | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 936 | 11180 | | EXXON SERVICE STATION #32156 | 29 COUNTY RD & JAY ST | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 937 | 14143 | | TENAFLY GETTY SERVICE STATION | 32 RIVEREDGE RD | TENAFLY | TENAFLY BORO | 07675 | BERGEN |
| 938 | 11166 | | CLINTON AUTO SERVICE INC | 343 TENAFLY RD | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 939 | 11176 | | C&E AUTO BODY & SERVICE STATION | 36 CENTRAL AVE | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 940 | 11181 | | SEOUL AUTO SERVICE CORP | 71 COUNTY RD | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 941 | 14983 | | PENETONE CORP BUILDING | 74 HUDSON AVE | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 942 | 42441 | | VINCENT M IPPOLITO INC | 80 W RAILROAD AVE | TENAFLY | TENAFLY BORO | 07000 | BERGEN |
| 943 | 498083 | | VALLEY NATIONAL BANK | 85 COUNTY RD | TENAFLY | TENAFLY BORO | 07670 | BERGEN |
| 944 | 11141 | | GREIF BROTHERS CORP E COAST DIV @ TETERBORO AIRPORT | 10 MALCOLM AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 945 | 11140 | | EXXON SERVICE STATION #32007 | 2 4 RT 46 & INDUSTRIAL AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 946 | 83391 | | RICHARD CATENA AUTO WHOLESALERS @ TETERBORO AIRPORT | 430 INDUSTRIAL AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 947 | 11143 | | AMB PROPERTY | 698 RT 46 & HENRY ST | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 948 | 14276 | | PROLOGIS TETERBORO @ TETERBORO AIRPORT | 699 RT 46 & MALCOLM AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 949 | 11157 | | PROLOGIS SUMITOMO CORP FORMER @ TETERBORO AIRPORT | 7 MALCOLM AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 950 | 50155 | | TEXACO REFINING & MARKETING INC @ TETERBORO AIRPORT | MALCOLM AVE | TETERBORO | TETERBORO BORO | 07608 | BERGEN |
| 951 | 18860 | 57173 | UPPER SADDLE RIVER VALERO SERVICE STATION | 142 RT 17 | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 952 | 321317 | | RODICO INC | 20 INDUSTRIAL AVE | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 953 | 11132 | | NJLG UST1 SERVICE STATION | 281 RT 17 & PLEASANT AVE | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 954 | 15517 | | LUKOIL SERVICE STATION #57220 | 359 E SADDLE RIVER RD & LAKE ST | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 955 | 47988 | | SUNOCO SERVICE STATION #0011 7770 | 681 RT 17 & LAKE ST | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07446 | BERGEN |
| 956 | 84982 | | ROUTE 17 & PLEASANT AVENUE GROUNDWATER CONTAMINATION | RT 17 & PLEASANT AVE & LENAPE TRAIL | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 957 | 46933 | | TEXACO SERVICE STATION | RT 17 S & PLEASANT AVE | UPPER SADDLE RIVER | UPPER SADDLE RIVER BORO | 07458 | BERGEN |
| 958 | 46375 | | WALDWICK EXXON SERVICE STATION #32192 | 137 FRANKLIN TPKE | WALDWICK | WALDWICK BORO | 07463 | BERGEN |
| 959 | 11127 | | MOSSTYPE CORP | 150 FRANKLIN TPKE | WALDWICK | WALDWICK BORO | 076430000 | BERGEN |
| 960 | 43791 | | CHIPS SERVICE CENTER | 171 FRANKLIN TPKE | WALDWICK | WALDWICK BORO | 07463 | BERGEN |
| 961 | 11121 | | KAPLAN CLEANERS INC | 18 WYCKOFF AVE | WALDWICK | WALDWICK BORO | 07463 | BERGEN |
| 962 | 14142 | | MOBIL SERVICE STATION | 226 WYCKOFF AVE & 64 CRESCENT AV | WALDWICK | WALDWICK BORO | 07643 | BERGEN |
| 963 | 11125 | | COLONADE CLEANERS @ WALDWICK SHOPPING CENTER | 30 FRANKLIN TPKE | WALDWICK | WALDWICK BORO | 07463 | BERGEN |
| 964 | 11126 | | BAKERS WALDWICK GULF SERVICE STATION #121359 | 49 FRANKLIN TPKE & PROSPECT AVE | WALDWICK | WALDWICK BORO | 07463 | BERGEN |
| 965 | 14140 | | L&S AUTO REPAIR CENTER | 59 W PROSPECT ST | WALDWICK | WALDWICK BORO | 076430000 | BERGEN |
| 966 | 64994 | | MARPAC INDUSTRIES INC | 164 FRANKLIN TPKE | WALDWICK BORO | WALDWICK BORO | 07463 | BERGEN |
| 967 | 63939 | | FLEXOGRAPHIC TECHNOLOGY CO | 60 W PROSPECT ST | WALDWICK BORO | WALDWICK BORO | 07463 | BERGEN |
| 968 | 14139 | | 120 PETRO SERVICE STATION | 120 WALLINGTON AVE | WALLINGTON | WALLINGTON BORO | 070573340 | BERGEN |
| 969 | 11122 | | SHELL SERVICE STATION #138541 | 165 PATERSON AVE & LOCUST AVE | WALLINGTON | WALLINGTON BORO | 07057 | BERGEN |
| 970 | 46559 | | MARKS EXXON SERVICE STATION #89607 | 199 MAIN AVE | WALLINGTON | WALLINGTON BORO | 070570000 | BERGEN |
| 971 | 11110 | | WALLINGTON AMOCO SERVICE STATION #4111 | 41 LOCUST AVE & MAPLE AVE | WALLINGTON | WALLINGTON BORO | 07057 | BERGEN |
| 972 | 40820 | | WHC SEVEN REAL ESTATE | 480 MAIN AVE | WALLINGTON | WALLINGTON BORO | 07057 | BERGEN |
| 973 | 11173 | | FARMLAND DAIRIES INC | 520 MAIN AVE | WALLINGTON | WALLINGTON BORO | 070573340 | BERGEN |
| 974 | 11171 | | MAIN STREET SUPER SAVER SERVICE STATION INC | 6 MAIN AVE & PATERSON AVE | WALLINGTON | WALLINGTON BORO | 07057 | BERGEN |
| 975 | 63369 | | SONDEY PAINT | 232 MIDLAND AVE | WALLINGTON BORO | WALLINGTON BORO | 07057 | BERGEN |
| 976 | 164608 | | 238 WOODFIELD ROAD | 238 WOODFIELD RD | WASHINGTON TWP | WASHINGTON TWP | 07676 | BERGEN |
| 977 | 84478 | | WASHINGTON TOWN CENTER | 285 PASCACK RD | WASHINGTON TWP | WASHINGTON TWP | 07675 | BERGEN |
| 978 | 11111 | | LUKOIL SERVICE STATION #57301 | 290 PASCACK RD | WASHINGTON TWP | WASHINGTON TWP | 07675 | BERGEN |
| 979 | 42664 | | WASHINGTON TWP MUNICIPAL BUILDING | 350 HUDSON AVE | WASHINGTON TWP | WASHINGTON TWP | 07675 | BERGEN |
| 980 | 11113 | | BP SERVICE STATION #9570B | 615 WASHINGTON AVE CLEAVELAND AVE | WASHINGTON TWP | WASHINGTON TWP | 07675 | BERGEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 981 | 46081 | | US OIL CORP SERVICE STATION | 700 WASHINGTON AVE & PASCACK RD | WASHINGTON TWP | WASHINGTON TWP | 07675 | BERGEN |
| 982 | 14136 | | KIMBER ALLEN PETROLEUM CORP | 100 KINDERKAMACK RD & OLD HOOK | WESTWOOD BORO | WESTWOOD BORO | 07679 | BERGEN |
| 983 | 52936 | | B&B TEXACO SERVICE STATION | 132 CENTER AVE | WESTWOOD | WESTWOOD BORO | 07675 | BERGEN |
| 984 | 11097 | | ROCKLAND COACHES | 180 OLD HOOK RD | WESTWOOD | WESTWOOD BORO | 07675 | BERGEN |
| 985 | 49482 | | BUDGET RENT A CAR | 255 OLD HOOK RD | WESTWOOD | WESTWOOD BORO | 07675 | BERGEN |
| 986 | 11099 | | DELTA SERVICE STATION | 320 OLD HOOK RD | WESTWOOD | WESTWOOD BORO | 07675 | BERGEN |
| 987 | 26744 | | TIMMYS SERVICE CENTER | 661 BROADWAY | WESTWOOD | WESTWOOD BORO | 07675 | BERGEN |
| 988 | 476991 | | 500 CENTER AVENUE | 500 CENTER AVE | WESTWOOD BORO | WESTWOOD BORO | 07675 | BERGEN |
| 989 | 224372 | | SLEEPER CENTER | 731 BROADWAY | WESTWOOD BORO | WESTWOOD BORO | 07675 | BERGEN |
| 990 | 11089 | | US OIL CORP SERVICE STATION | 126 BROADWAY | WOODCLIFF LAKE BORO | WOODCLIFF LAKE BORO | 07675 | BERGEN |
| 991 | 11077 | | BERGEN CNTY PARK COMM WOODALE PARK | 129 PROSPECT AVE | WOODCLIFF LAKE BORO | WOODCLIFF LAKE BORO | 07675 | BERGEN |
| 992 | 44211 | | WOODCLIFF LAKE FRIENDLY SERVICE STATION | 223 WOODCLIFF AVE | WOODCLIFF LAKE BORO | WOODCLIFF LAKE BORO | 07675 | BERGEN |
| 993 | 125431 | | 28 MULHOLLAND DRIVE | 28 MULHOLLAND DR 14 VALLEY VIEW DR FORMERLY 150 WERIMUS LN | WOODCLIFF LAKE BORO | WOODCLIFF LAKE BORO | 07642 | BERGEN |
| 994 | 57555 | | COMFORT RENT A WRECK INC | 3 BROADWAY | WOODCLIFF LAKE BORO | WOODCLIFF LAKE BORO | 07675 | BERGEN |
| 995 | 11079 | | WOOD RIDGE INDUSTRIAL PROPERTY | 1 PASSAIC ST | WOOD-RIDGE | WOOD-RIDGE BORO | 07075 | BERGEN |
| 996 | 11078 | | T&J AMOCO SERVICE STATION | 39 41 HACKENSACK ST | WOOD-RIDGE | WOOD-RIDGE BORO | 07075 | BERGEN |
| 997 | 14952 | | WOOD RIDGE BORO DPW STP | 40 CONCORD ST | WOOD-RIDGE | WOOD-RIDGE BORO | 070750000 | BERGEN |
| 998 | 33442 | | GODWIN EXXON SERVICE STATION #35024 | 178 GODWIN AVE & CRESCENT AVW | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 999 | 11068 | | LUKOIL SERVICE STATION #57221 | 276 GODWIN AVE & FRANKLIN TER | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1000 | 11061 | | LUKOIL SERVICE STATION #57222 | 295 SICOMAC AVE & CEDAR HILL AVE | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1001 | 11066 | | LUKOIL SERVICE STATION #75245 | 322 FRANKLIN AVE | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1002 | 84714 | | VALLEY NATIONAL BANK PROPERTY | 392 MAIN ST & 666 WYCKOFF AVE | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1003 | 11069 | | LUKOIL SERVICE STATION #57223 | 401 GOFFLE RD | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1004 | 11055 | | WYCKOFF TWP DPW | 475 W MAIN ST | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1005 | 11059 | | WYCKOFF MOGAS SERVICE STATION | 585 GOFFLE RD | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1006 | 11053 | | LUKOIL SERVICE STATION #57720 | 671 WYCKOFF AVE & MAIN ST | WYCKOFF | WYCKOFF TWP | 07481 | BERGEN |
| 1007 | 14130 | | NJ TURNPIKE BASS RIVER STATE POLICE STATION | GARDEN STATE PKWY MM 52.8 | BASS RIVER TWP | BASS RIVER TWP | 08224 | BURLINGTON |
| 1008 | 32285 | | HERTZ CORP | 1037 RT 206 | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1009 | 55053 | | PJ GOLDMAN PAINTING INC | 15 PARK ST | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1010 | 11041 | | BORDENTOWN SUNOCO SERVICE STATION | 156 RT 130 & RT 206 S | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1011 | 11033 | | US GAS SERVICE STATION | 196 251 RT 130 & CROSSWICKS ST | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1012 | 11036 | | C&M GULF SERVICE STATION #126329 | 231 RT 130 & RT 206 | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1013 | 14127 | | LEHIGH GAS SERVICE STATION | 258 260 RT 130 & CROSSWICKS ST | BORDENTOWN | BORDENTOWN CITY | 08505 | BURLINGTON |
| 1014 | 15700 | | TURNPIKE AMOCO SERVICE STATION | 1080 RT 206 | BORDENTOWN TWP | BORDENTOWN TWP | 08505 | BURLINGTON |
| 1015 | 11027 | | SHELL SERVICE STATION #138302 | 252 RT 130 & FARNSWORTH AVE | BORDENTOWN TWP | BORDENTOWN TWP | 08505 | BURLINGTON |
| 1016 | 26465 | | PETRO INC BORDENTOWN JUNCTION TRUCKSTOP #14 | 400 402 RISING SUN RD & RT 206 | BORDENTOWN TWP | BORDENTOWN TWP | 08505 | BURLINGTON |
| 1017 | 15509 | | BORDENTOWN GASWAY SERVICE STATION | 51 RT 130 | BORDENTOWN TWP | BORDENTOWN TWP | 08620 | BURLINGTON |
| 1018 | 11013 | | DELTA GAS SERVICE STATION | 686 RT 206 & BORDENTOWN CHESTERFIELD RD | BORDENTOWN TWP | BORDENTOWN TWP | 08505 | BURLINGTON |
| 1019 | 11020 | | NJDOT BORDENTOWN MAINTENANCE YARD | RT 130 & DUNNS MILL RD | BORDENTOWN TWP | BORDENTOWN TWP | 08505 | BURLINGTON |
| 1020 | 14420 | | MUELLER PROPERTY HOLDINGS | 1101 E PEARL BLVD | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1021 | 358823 | | EXXON SERVICE STATION #36640 FORMER | 125 RT 130 | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1022 | 27514 | | LIBERTY TOYOTA INC | 204 RT 130 & JEROME ST | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1023 | 11003 | | KEIM CITGO SERVICE STATION | 325 RT 130 & KEIM BLVD | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1024 | 49269 | | BURLINGTON SUNOCO SERVICE STATION | 357 RT 130 & FEDERAL ST | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1025 | 11002 | | KEIM BOULEVARD LUKOIL SERVICE STATION | 420 KEIM BLVD B | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1026 | 11005 | | FUEL EXPRESS SERVICE STATION | 58 RT 130 & WOOD ST | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1027 | 28086 | | RDS AUTO REPAIR INC | 511 RT 130 & MOTT AVE | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1028 | 11006 | | BURLINGTON AMOCO SERVICE STATION #60750 | 629 HIGH ST & RT 130 | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1029 | 17228 | | TEXACO SERVICE STATION | 701 SALEM RD & RT 130 | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1030 | 11000 | | GASKO LUMBERTON MOBIL SERVICE STATION | 844 COLUMBUS RD & RT 130 | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1031 | 11001 | | US 4 GAS SERVICE STATION | 915 HIGH ST & 4TH ST | BURLINGTON | BURLINGTON CITY | 08016 | BURLINGTON |
| 1032 | 499343 | 11007 | GUR RAM PETROLEUM INC | 1011 RT 130 | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1033 | 15535 | | AMERICAN TIRE CENTER | 1040 BORDENTOWN RD | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1034 | 60542 | | WALGREENS PHARMACY #5983 | 2 W RT 130 RT 130 & HIGH ST | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1035 | 65597 | | BANDI CORP BURLINGTON MART | 745 SALEM RD | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1036 | 179160 | | 810 WOODLAND AVENUE | 810 WOODLAND AVE | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1037 | 70938 | | BURLINGTON DINER | RT 130 & HIGH ST | BURLINGTON CITY | BURLINGTON CITY | 08016 | BURLINGTON |
| 1038 | 24170 | | WILLIS HONDA INC | 1201 RT 130 | BURLINGTON CITY | BURLINGTON TWP | 08016 | BURLINGTON |
| 1039 | 37560 | | AMERICAN DRY ICE CORP BURLINGTON | 180 DULTYS LN & NECK RD | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1040 | 20264 | | POLYONE CORP | 1804 RIVER RD | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1041 | 11015 | | PSEG FOSSIL GENERATING STATION | 200 DEVLIN AVE & W BROAD ST | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1042 | 14104 | | MSSG ASSOC INC CITGO SERVICE STATION | 2006 BURLINGTON MT HOLLY RD & SUNSET RD AKA RT 541 & SUNSET RD | BURLINGTON TWP | BURLINGTON TWP | 08500 | BURLINGTON |
| 1043 | 10997 | | HESS SERVICE STATION #30319 | 2201 BURLINGTON MT HOLLY RD AKA RT 541 | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1044 | 15531 | | SPEEDY GAS SERVICE STATION | 2212 BURLINGTON MT HOLLY RD & I-295 AKA RT 541 & I-295 | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1045 | 15532 | | APCO BURLINGTON SERVICE STATION | 2218 BURLINGTON MT HOLLY RD AKA RT 541 | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1046 | 397136 | | CROPSMART CORP | 300 CONNECTICUT DR | BURLINGTON TWP | BURLINGTON TWP | 23451 | BURLINGTON |
| 1047 | 15529 | | PSE&G BURLINGTON GAS @ CROSSROADS BUSINESS CENTER | 300 CONNECTICUT DR T & D | BURLINGTON TWP | BURLINGTON TWP | 08099 | BURLINGTON |
| 1048 | 64610 | | BURLINGTON SELF STORAGE @ CROSSROADS BUSINESS CENTER | 94 CONNECTICUT DR | BURLINGTON TWP | BURLINGTON TWP | 08016 | BURLINGTON |
| 1049 | 57362 | | CHATSWORTH DELI | 484 MAIN ST AKA RT 563 | CHATSWORTH | WOODLAND TWP | 08026 | BURLINGTON |
| 1050 | 375388 | | SUNOCO LOGISTICS CROSSWICKS MAINTENANCE FACILITY | NEW JERSEY TPKE EXIT 7 & 7A | CHESTERFIELD TWP | CHESTERFIELD TWP | 08075 | BURLINGTON |
| 1051 | 14405 | | CINNAMINSON TWP BD OF ED CINNAMINSON HIGH SCHOOL | 1197 RIVERTON RD | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1052 | 10943 | | CINNAMINSON SHELL SERVICE STATION | 1400 RT 130 & WILLOW DR | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1053 | 10978 | | LUKOIL SERVICE STATION #57329 | 2101 BRANCH PK & CHURCH RD | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1054 | 10965 | | EXXON SERVICE STATION #39790 | 4 RT 130 & CHURCH RD | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1055 | 32633 | | JIFFY LUBE #940 | RT 130 & CINNAMINSON AVE | CINNAMINSON | CINNAMINSON TWP | 08808 | BURLINGTON |
| 1056 | 10960 | | GETTY SERVICE STATION #56254 | RT 130 & RIVERTON RD | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1057 | 10962 | | MOBIL SERVICE STATION #2634948 | RT 130 & WILLOW DR | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1058 | 93709 | | HOEGANAES CORP SLF | UNION LANDING & RIVER RD | CINNAMINSON | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1059 | 10969 | | CINNAMINSON SUNOCO SERVICE STATION | 104 RT 130 | CINNAMINSON TWP | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1060 | 10975 | | TREX PROPERTIES & IND CENTER OF CINNAMINSON | 835 INDUSTRIAL HWY GOLD SHIELD DIV | CINNAMINSON TWP | CINNAMINSON TWP | 08077 | BURLINGTON |
| 1061 | 10810 | | NORTHERN BURLINGTON CNTY RGNL SD JR SR HIGH SCHOOL | 160 MANSFIELD SQUARE GEORGETOWN RD | COLUMBUS | MANSFIELD TWP | 08022 | BURLINGTON |
| 1062 | 43179 | | MANSFIELD OIL CO | MILL LN | COLUMBUS | MANSFIELD TWP | 08022 | BURLINGTON |
| 1063 | 10977 | | NJ TURNPIKE AUTH MAINTENANCE DIST #3 | NEW JERSEY TPKE MM 57.0 N | CROSSWICKS | CHESTERFIELD TWP | 08515 | BURLINGTON |
| 1064 | 40211 | | SUNOCO SERVICE STATION FORMER | 205 BURLINGTON AVE | DELANCO | DELANCO TWP | 08075 | BURLINGTON |
| 1065 | 10931 | | TIEMANS TIRE & REPAIR SERVICE | 551 BURLINGTON AVE | DELANCO | DELANCO TWP | 08075 | BURLINGTON |
| 1066 | 10923 | | LORINGERS BP SERVICE STATION | 901 BURLINGTON AVE | DELANCO | DELANCO TWP | 08075 | BURLINGTON |
| 1067 | 10909 | | MILLSIDE SERVICE STATION | 16 HAINES MILL RD & RT 130 | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1068 | 343425 | | 210 FULLWOOD ROAD | 210 FULLWOOD RD | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1069 | 190425 | | CURTIS YOUNG CORP @ CINDEL IND PK | 2704 CINDEL DR | DELRAN TWP | DELRAN TWP | 08077 | BURLINGTON |
| 1070 | 15523 | | DELRAN FUEL SERVICE STATION | 2913 RT 130 | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1071 | 10994 | | LUKOIL SERVICE STATION #57275 | 2933 RT 130 & TENBY CHASE DR | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1072 | 10928 | | VINCES GULF SERVICE STATION #126364 | 3000 RT 130 & TENBY CHASE DR | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1073 | 10936 | | SUNOCO SERVICE STATION | 3029 RT 130 & MANOR DR | DELRAN TWP | DELRAN TWP | 08975 | BURLINGTON |
| 1074 | 10915 | | SHELL SERVICE STATION #100310 | 4061 RT 130 & CHESTER AVE | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1075 | 42122 | | JOSEPH H DENNELER INC | 5004 RT 130 & CHESTER AVE | DELRAN TWP | DELRAN TWP | 080750000 | BURLINGTON |
| 1076 | 158613 | | 6018 ROUTE 130 NORTH | 6018 RT 130 N | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1077 | 25589 | | MONGOS AUTO REPAIR @ AMOCO SERVICE STATION | 8004 RT 130 | DELRAN TWP | DELRAN TWP | 08075 | BURLINGTON |
| 1078 | 15518 | | MOBIL SERVICE STATION #57732 | 1301 WOODLANE RD | EASTAMPTON TWP | EASTAMPTON TWP | 08060 | BURLINGTON |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1079 | 89612 | | EASTAMPTON TWP DPW | SMITHVILLE RD | EASTAMPTON TWP | EASTAMPTON TWP | 08060 | BURLINGTON |
| 1080 | 425500 | | UNITED DOLLAR PLUS | 1141 1143 COOPER ST | EDGEWATER PARK | EDGEWATER PARK TWP | 08010 | BURLINGTON |
| 1081 | 169485 | | 13 GAYLORD LANE | 13 GAYLORD LANE | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1082 | 10894 | | MARLTON SUNOCO SERVICE STATION | 160 RT 73 & BAKER BLVD | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1083 | 181490 | | 2 LINCOLN LANE | 2 LINCOLN LN | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1084 | 88953 | | 2251 OLD MARLTON PIKE | 2251 OLD MARLTON PIKE | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1085 | 173985 | | 3 LEAVERING MILL LANE | 3 LEAVERING MILL LN | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1086 | 10869 | | APCO MARLTON SERVICE STATION | 929 RT 70 & CONESTOGA DR | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1087 | 10886 | | SHELL SERVICE STATION #100270 | RT 73 & MAPLE AVE | EVESHAM TWP | EVESHAM TWP | 08053 | BURLINGTON |
| 1088 | 158218 | | 23 DELAWARE STREET | 23 DELAWARE ST | FIELDSBORO | FIELDSBORO BORO | 08505 | BURLINGTON |
| 1089 | 99256 | | 40 DELAWARE AVENUE | 40 DELAWARE AVE | FIELDSBORO | FIELDSBORO BORO | 08505 | BURLINGTON |
| 1090 | 14687 | | FLORENCE GRIFFIN ADVISORS | 1100 W FRONT ST | FLORENCE | FLORENCE TWP | 08518 | BURLINGTON |
| 1091 | 191368 | | PENSKE TRUCK LEASING CO | 500 CEDAR LN | FLORENCE | FLORENCE TWP | 08518 | BURLINGTON |
| 1092 | 51358 | | ROBERT T WINZINGER INC GARAGE | 2025 MARNE HWY | HAINESPORT | HAINESPORT TWP | 08036 | BURLINGTON |
| 1093 | 10833 | | CUMBERLAND FARMS INC GULF SERVICE STATION #180316 | 2403 MARNE HWY & DELAWARE AVE | HAINESPORT | HAINESPORT TWP | 08060 | BURLINGTON |
| 1094 | 40310 | | BURLINGTON CNTY ROAD DEPT GARAGE | 9 MAPLE AVE | HAINESPORT | HAINESPORT TWP | 08036 | BURLINGTON |
| 1095 | 10841 | | OAKDALE SERVICE CENTER | 903 MARNE HWY | HAINESPORT | HAINESPORT TWP | 08036 | BURLINGTON |
| 1096 | 53005 | | SMJ HARDWARE & INDUSTRIAL TOOL CO | RT 38 & CREEK RD | HAINESPORT | HAINESPORT TWP | 080340000 | BURLINGTON |
| 1097 | 496834 | 25796 | HAINESPORT EXXON SERVICE STATION | 1477 RT 38 | HAINESPORT TWP | HAINESPORT TWP | 08060 | BURLINGTON |
| 1098 | 10814 | | EXXON SERVICE STATION #36464 | 1572 RT 38 & MAIN ST AKA LUMBERTON RD | LUMBERTON | LUMBERTON TWP | 08048 | BURLINGTON |
| 1099 | 40309 | | BURLINGTON CNTY ELECTIONS & MOSQUITO CONTROL COMM | 6500 EAYRESTOWN RD | LUMBERTON | LUMBERTON TWP | 08048 | BURLINGTON |
| 1100 | 14121 | | ELECTRONIC PARTS SPECIALTY CO | 10 COLES AVE | LUMBERTON TWP | LUMBERTON TWP | 08048 | BURLINGTON |
| 1101 | 10821 | | SHELL SERVICE STATION #138438 | 1543 RT 38 & MT HOLLY BYPASS | LUMBERTON TWP | LUMBERTON TWP | 08048 | BURLINGTON |
| 1102 | 10811 | | COLUMBUS TEXACO SERVICE STATION | 3146 RT 206 | MANSFIELD | MANSFIELD TWP | 08022 | BURLINGTON |
| 1103 | 10816 | | TRI STATE PETRO INC @ MOBIL SERVICE STATION | 3372 RT 206 & RT 68 | MANSFIELD | MANSFIELD TWP | 08022 | BURLINGTON |
| 1104 | 163227 | | THE GRANDE CLUB CRYSTAL LAKE | 5298 RT 130 | MANSFIELD TWP | MANSFIELD TWP | 08505 | BURLINGTON |
| 1105 | 166270 | | DURR FARM | 625 RT 68 | MANSFIELD TWP | MANSFIELD TWP | 08022 | BURLINGTON |
| 1106 | 39636 | | US POSTAL SERVICE MAPLE SHADE POST OFFICE | 1 E MAIN ST | MAPLE SHADE | MAPLE SHADE TWP | 080529998 | BURLINGTON |
| 1107 | 10792 | | MAPLE SHADE CITGO SERVICE STATION | 2815 RT 73 & REGENT RD | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1108 | 10788 | | SHELL SERVICE STATION #138415 @ DEERFIELD VILLAGE | 2890 RT 73 | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1109 | 48005 | | AKZO CHEMICALS INC | 2980 RT 73 N | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1110 | 10775 | | TEXACO SERVICE STATION | 3013 RT 73 | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1111 | 10797 | | EDGEWATER PARK AMOCO SERVICE STATION #4838 | 3101 RT 73 & HIGH ST | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1112 | 10659 | | SHELL SERVICE STATION | 36 CHURCH RD & HEATHER DR | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1113 | 10804 | | AMOCO SERVICE STATION #5186 | 440 RT 38 E 320 RT 38 W | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1114 | 16702 | | AMOCO SERVICE STATION #12075 | 4695 LENOLA RD & COLLINS RD | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1115 | 10784 | | MAPLE SHADE US GAS SERVICE STATION | 475 RT 38 & CUTLER AVE | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1116 | 551008 | | GULF FACILITY #126424 FORMER | 587 KINGS HWY & S LENOLA RD | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1117 | 10785 | | TEXACO SERVICE STATION #100227 | RT 73 & COLLINS AVE | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1118 | 10793 | | TEXACO SERVICE STATION #100235 | RT 73 & WAVERLY AVE | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1119 | 10808 | | US GAS SERVICE STATION | 106 112 MAIN ST | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1120 | 64840 | | BURGER KING RESTAURANT #2557 | 2795 RT 73 & WAVERLY AVE | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1121 | 10787 | | APCO MAPLE SHADE EXXON SERVICE STATION | 2811 RT 73 & REGENT RD | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1122 | 10799 | | MAPLE SHADE CITGO SERVICE STATION | 3034 3400 RT 73 & PRINCETON AVE | MAPLE SHADE TWP | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1123 | 64644 | | 400 W MAIN STREET | 400 W MAIN ST | MAPLE SHADE TWP | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1124 | 10791 | | SHELL SERVICE STATION | 597 RT 38 & LENOLA RD | MAPLE SHADE | MAPLE SHADE TWP | 08052 | BURLINGTON |
| 1125 | 10726 | | CLASSIC CHEVROLET | 600 RT 38 & LENOLA RD | MAPLE SHADE TWP | MAPLE SHADE TWP | 08057 | BURLINGTON |
| 1126 | 60842 | | EAST STOW ROAD ASSOC | 11 STOW RD | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1127 | 52885 | | GLOBAL INDUSTRIES | 17 W STOW RD | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |

10/14/2016

Page 23 of 128

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1128 | 10903 | | MARLTON CITGO SERVICE STATION | 210 RT 70 | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1129 | 10878 | | LEES DUTCH CLEANERS @ EVESHAM PLAZA | 740 750 RT 70 | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1130 | 10879 | | VALERO SERVICE STATION | 771 RT 70 & CROPWELL RD | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1131 | 10870 | | SHELL SERVICE STATION #138419 | 80 RT 70 & RT 73 @ MARLTON CIR | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1132 | 17095 | | EXXON SERVICE STATION #32257 | 930 936 RT 70 & MARLTON PK | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1133 | 10872 | | SUNOCO SERVICE STATION #0004 6284 | 930 RT 70 & OLD MARLTON PK | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1134 | 50999 | | EVESHAM TWP BD OF ED BUS GARAGE | OAK AVE | MARLTON | EVESHAM TWP | 08053 | BURLINGTON |
| 1135 | 10884 | | MARLTON GULF SERVICE STATION #126379 | RT 70 & 73 NE COR | MARLTON | EVESHAM TWP | 080530000 | BURLINGTON |
| 1136 | 10754 | | MERRITTS CITGO SERVICE STATION | 124 MT HOLLY MEDFORD RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1137 | 10767 | | SHELL SERVICE STATION #138423 | 172 RT 70 & JONES RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1138 | 10756 | | LEHIGH GAS SERVICE STATION | 210 TUCKERTON RD & TAUNTON RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1139 | 24488 | | HADDON HOUSE FOOD PRODUCTS INC | 250 MARLTON PK | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1140 | 10759 | | SHELL SERVICE STATION #100907 | 716 STOKES RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1141 | 10764 | | LUKOIL SERVICE STATION #57288 | 755 STOKES RD & TABERNACLE RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1142 | 47982 | | SUNOCO SERVICE STATION #0004-5781 | RT 70 & MEDFORD EVESBORO RD | MEDFORD | MEDFORD TWP | 08055 | BURLINGTON |
| 1143 | 52245 | | MEDFORD LAKES AUTO REPAIR | 32 STOKES RD & LENAPE TRAIL | MEDFORD LAKES | MEDFORD LAKES BORO | 08055 | BURLINGTON |
| 1144 | 10757 | | SHELL SERVICE STATION #138424 | 103 TAUNTON BLVD & TUCKERTON RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1145 | 14118 | | INN TOWN AUTO INC | 148 MARLTON PK & HARTFORD RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1146 | 65913 | | 222 JACKSON ROAD | 222 JACKSON RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1147 | 165403 | | 26 KNOTTY OAK DRIVE | 26 KNOTTY OAK DR | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1148 | 73611 | | 40 LAKESIDE DRIVE | 40 LAKESIDE DR | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1149 | 74249 | | 51 WATSON WAY | 51 WATSON WAY | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1150 | 50320 | | WILLIAM W HENRY & SON INC | 520 GRAVELLY HOLLOW RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1151 | 65183 | | J&J EVANS CO | 8 TIDSWELL ST | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1152 | 363046 | | LEE TRANSPORT MVA | RT 70 & HARTFORD RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1153 | 14119 | | SUNOCO SERVICE STATION #0011 8059 | STOKES RD & JACKSON RD | MEDFORD TWP | MEDFORD TWP | 08055 | BURLINGTON |
| 1154 | 37268 | | MOORESTOWN TWP MUNICIPAL COMPLEX | 111 W 2ND ST | MOORESTOWN | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1155 | 75388 | | 147 HAINES DRIVE | 147 HAINES DR | MOORESTOWN | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1156 | 10741 | | WARDS AUTOMOTIVE INC FORMER | 2 E MAIN ST & 1 HIGH ST | MOORESTOWN | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1157 | 10735 | | SHELL SERVICE STATION #138433 | 201 RT 38 & CHURCH ST | MOORESTOWN | MOORESTOWN TWP | 080570000 | BURLINGTON |
| 1158 | 10723 | | MOBIL SERVICE STATION #15EWD | 225 CHESTER AVE & PLUM ST | MOORESTOWN | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1159 | 10730 | | SHELL SERVICE STATION #138432 | 253 W MAIN ST & UNION AVE | MOORESTOWN | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1160 | 14683 | | FLEXPRINT INC | 390 NEW ALBANY RD | MOORESTOWN | MOORESTOWN TWP | 080571105 | BURLINGTON |
| 1161 | 141283 | | MOORESTOWN TWP | 711 LIPPINCOTT AVE | MOORESTOWN | MOORESTOWN TWP | 080570505 | BURLINGTON |
| 1162 | 63660 | | CARDINAL PRESS INC @ MOORESTOWN IND PK | 1253 GLEN AVE | MOORESTOWN TWP | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1163 | 14117 | | GETTY SERVICE STATION #56111 | 201 CAMDEN AVE & COTTAGE AVE | MOORESTOWN TWP | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1164 | 10733 | | HERCULES HOLDING CO | 301 NEW ALBANY RD | MOORESTOWN TWP | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1165 | 41351 | | HOLLINGSHEAD CO INC | 309 CHESTNUT ST & 3RD ST | MOORESTOWN TWP | MOORESTOWN TWP | 08057 | BURLINGTON |
| 1166 | 10699 | | RESOURCE RENEWAL BUSINESS PARK | 10 LIPPINCOTT LN TOMLINSON LN 325 & 337 WASHINGTON ST | MOUNT HOLLY | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1167 | 10699 | | PINNACLE PETROLEUM MOUNT HOLLY SERVICE STATION | 1651 RT 38 & PINE ST | MOUNT HOLLY | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1168 | 10700 | | TEXACO SERVICE STATION #100273 | 1653 RT 38 & PINE ST | MOUNT HOLLY | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1169 | 63684 | | AGWAY INC | 201 203 PINE ST | MOUNT HOLLY | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1170 | 15522 | | BRENNANS GAS & GO INC SERVICE STATION | 130 FRONT ST | MOUNT HOLLY TWP | MOUNT HOLLY TWP | 08088 | BURLINGTON |
| 1171 | 63604 | | ANKOKAS DYE & PROCESS CO | 14 KING ST | MOUNT HOLLY TWP | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1172 | 74824 | | 4 NORTH ROAD | 4 NORTH RD | MOUNT HOLLY TWP | MOUNT HOLLY TWP | 08060 | BURLINGTON |
| 1173 | 56770 | | RAMBLEWOOD COUNTRY CLUB | 200 COUNTRY CLUB PKWY | MOUNT LAUREL | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1174 | 224318 | | 3019 MARNE HIGHWAY | 3019 MARNE HWY | MOUNT LAUREL | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1175 | 10664 | | SUNOCO SERVICE STATION #0012-2697 | 721 CHURCH ST & ELBO LN | MOUNT LAUREL | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1176 | 19101 | | NJ TURNPIKE AUTH JAMES COOPER SERVICE AREA 4N | NEW JERSEY TPKE MM 39.3 N | MOUNT LAUREL | MOUNT LAUREL TWP | 08054 | BURLINGTON |

10/14/2016