NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1177 | 49676 | | NJDOT PARCEL #36 | RT 73 & CHURCH RD SW CORNER | MOUNT LAUREL | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1178 | 10704 | | SHELL SERVICE STATION #138434 | RT 73 S & GRANITE RD | MOUNT LAUREL | MOUNT LAUREL TWP | 08052 | BURLINGTON |
| 1179 | 74043 | | 11 SNOWBALL COURT | 11 SNOWBALL CT | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1180 | 10668 | | LUKOIL SERVICE STATION #57731 | 1110 RT 73 | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1181 | 10671 | | RAMBLEWOOD GAS SERVICE STATION | 1201 RT 73 & CHURCH RD | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1182 | 10678 | | LEHIGH GAS SERVICE STATION | 3051 RT 38 & ARK RD | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1183 | 10683 | | HARTFORD SERVICE CENTER | 3301 MARNE HWY | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1184 | 10677 | | SHELL SERVICE STATION #100223 | 3530 RT 38 & MARTER AVE | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1185 | 92649 | | DAVIS MALIBU ASSOC | 501 FELLOWSHIP RD | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1186 | 65813 | | 5044 CHURCH ROAD | 5044 CHURCH RD | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1187 | 10706 | | LEHIGH GAS SERVICE STATION | 912 RT 73 & BEAVER AVE | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1188 | 15519 | | REYS GULF SERVICE STATION #126398 | 919 RT 73 & NEW JERSEY TPKE EXIT 4 | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08057 | BURLINGTON |
| 1189 | 10705 | | LUKOIL SERVICE STATION #57700 | 921 FELLOWSHIP RD & RT 73 | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1190 | 74220 | | 922 ROUTE 73 SOUTH | 922 RT 73 | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1191 | 10666 | | NJ TURNPIKE AUTH MOORESTOWN STATE POLICE | NEW JERSEY TPKE MM 38.0 N | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1192 | 10721 | | LUKOIL SERVICE STATION #57717 | RT 38 & HARTFORD RD | MOUNT LAUREL TWP | MOUNT LAUREL TWP | 08054 | BURLINGTON |
| 1193 | 11047 | | BERNIES COASTAL SERVICE CENTER | 5695 RT 9 & GARDEN STATE PKWY OVERPASS | NEW GRETNA | BASS RIVER TWP | 08224 | BURLINGTON |
| 1194 | 15483 | | AMOCO SERVICE STATION #60751 | 10 WRIGHTSTOWN COOKSTOWN RD | NEW HANOVER TWP | NEW HANOVER TWP | 08511 | BURLINGTON |
| 1195 | 10634 | | EXXON SERVICE STATION #37413 | 16 WRIGHTSTOWN COOKSTOWN RD | NEW HANOVER TWP | NEW HANOVER TWP | 08511 | BURLINGTON |
| 1196 | 15792 | | USDOD AIR FORCE BASE MCGUIRE @ JOINT BASE MDL | 2401 VANDENBERG AVE & WRIGHTSTOWN COOKSTOWN RD | NEW HANOVER TWP | NEW HANOVER TWP | 08641 | BURLINGTON |
| 1197 | 65992 | | HANOVER SHOPPING PLAZA | 7 WRIGHTSTOWN COOKSTOWN RD | NEW HANOVER TWP | NEW HANOVER TWP | 08016 | BURLINGTON |
| 1198 | 27981 | | USDOD MCGUIRE DIX LAKEHURST & FORT DIX | FORT DIX | NEW HANOVER TWP | NEW HANOVER TWP | 08640 | BURLINGTON |
| 1199 | 21470 | | GPU ENERGY INC COOKSTOWN DIST | 214 COOKSTOWN NEW EGYPT RD & RT 528 S | NORTH HANOVER TWP | NORTH HANOVER TWP | 08511 | BURLINGTON |
| 1200 | 14107 | | 534 GULF SERVICE STATION | 534 WRIGHTSTOWN SYKESVILLE RD | NORTH HANOVER TWP | NORTH HANOVER TWP | 08562 | BURLINGTON |
| 1201 | 15511 | | SUNOCO SERVICE STATION #0004-5922 FORMER | 546 WRIGHTSTOWN SYKESVILLE RD | NORTH HANOVER TWP | NORTH HANOVER TWP | 08562 | BURLINGTON |
| 1202 | 10622 | | SHELL SERVICE STATION #138467 | 1205 RT 73 & VANDERVEER ST | PALMYRA | PALMYRA BORO | 08065 | BURLINGTON |
| 1203 | 10619 | | GETTY SERVICE STATION #56322 | 19 RT 73 | PALMYRA | PALMYRA BORO | 08065 | BURLINGTON |
| 1204 | 10624 | | PALMYRA ASTO SERVICE STATION | RT 73 & MADISON ST & JEFFERSON ST BTWN 1105 RT 73 | PALMYRA | PALMYRA BORO | 08065 | BURLINGTON |
| 1205 | 10625 | | CUMBERLAND FARMS INC GULF SERVICE STATION #2902 | RT 73 & VANDERVEER ST | PALMYRA | PALMYRA BORO | 08065 | BURLINGTON |
| 1206 | 10611 | | FRIENDLY MANAGEMENT CO SERVICE STATION | 206 HANOVER ST | PEMBERTON | PEMBERTON BORO | 08068 | BURLINGTON |
| 1207 | 14105 | | SUNOCO SERVICE STATION #0004 6276 | 209 211 HANOVER ST & HAMPTON ST | PEMBERTON | PEMBERTON BORO | 08068 | BURLINGTON |
| 1208 | 56160 | | EARLINE WALTER GARAGE | 107 TRENTON RD | PEMBERTON TWP | PEMBERTON TWP | 08015 | BURLINGTON |
| 1209 | 10610 | | BROWNS MILLS SERVICE STATION | 2 LAKEHURST RD JLSTWN BRWNS MLS POINTVILLE RD | PEMBERTON TWP | PEMBERTON TWP | 08015 | BURLINGTON |
| 1210 | 44546 | | MCELVEN FUEL INC | 4 MAGNOLIA RD | PEMBERTON TWP | PEMBERTON TWP | 080680000 | BURLINGTON |
| 1211 | 377318 | | 4 SHELDON ROAD | 4 SHELDON RD | PEMBERTON TWP | PEMBERTON TWP | 08068 | BURLINGTON |
| 1212 | 45791 | | PEMBERTON TWP | 500 PEMBERTON BROWNS MILLS RD | PEMBERTON TWP | PEMBERTON TWP | 08015 | BURLINGTON |
| 1213 | 74695 | | 75 CLUB HOUSE ROAD | 75 CLUB HOUSE RD | PEMBERTON TWP | PEMBERTON TWP | 08060 | BURLINGTON |
| 1214 | 93729 | | USDOD ARMY FORT DIX SLF #1 | BROWNS MILLS RD 7200 AREA ATZD EHN | PEMBERTON TWP | PEMBERTON TWP | 08640 | BURLINGTON |
| 1215 | 46191 | | TRENTON OIL CO | LAKEHURST RD | PEMBERTON TWP | PEMBERTON TWP | 08015 | BURLINGTON |
| 1216 | 62253 | | MIGHTY JOES SERVICE STATION DELI & GRILL | 1231 RT 206 | SHAMONG TWP | SHAMONG TWP | 08088 | BURLINGTON |
| 1217 | 75729 | | 43 MANITOBA TRAIL | 43 MANITOBA TRAIL | SHAMONG TWP | SHAMONG TWP | 08088 | BURLINGTON |
| 1218 | 10554 | | SALUGAS AUTO BODY INC | 1751 RT 206 & RED LION CIR | SOUTHAMPTON TWP | SOUTHAMPTON TWP | 08088 | BURLINGTON |
| 1219 | 62200 | | RED LION DINER | 1753 RT 206 | SOUTHAMPTON TWP | SOUTHAMPTON TWP | 08088 | BURLINGTON |
| 1220 | 10550 | | L&L REDI MIX INC | 1939 RT 206 | SOUTHAMPTON TWP | SOUTHAMPTON TWP | 08088 | BURLINGTON |
| 1221 | 10549 | | SOUTHAMPTON GASCO SERVICE STATION | 2343 RT 206 & S PEMBERTON RD | SOUTHAMPTON TWP | SOUTHAMPTON TWP | 08068 | BURLINGTON |
| 1222 | 37590 | | MOBILE ESTATES OF SOUTHAMPTON | 2362 RT 206 | SOUTHAMPTON TWP | SOUTHAMPTON TWP | 08060 | BURLINGTON |
| 1223 | 15501 | | WRIGHTSTOWN BP SERVICE STATION | 213 GEORGETOWN RD & MONMOUTH RD AKA RT 545 & RT 537 | SPRINGFIELD | SPRINGFIELD TWP | 08041 | BURLINGTON |
| 1224 | 10548 | | BAS CITGO SERVICE STATION | 2675 RT 206 & RT 537 | SPRINGFIELD | SPRINGFIELD TWP | 08060 | BURLINGTON |
| 1225 | 10613 | | FINE SERVICE STATION | 2951 RT 206 | SPRINGFIELD TWP | SPRINGFIELD TWP | 08022 | BURLINGTON |

Page 25 of 128

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1226 | 42689 | | KAUFFMAN & MINTEER INC | 6 JOBSTOWN JULIUSTOWN RD | SPRINGFIELD TWP | SPRINGFIELD TWP | 08041 | BURLINGTON |
| 1227 | 50310 | | COMMERCIAL CREDIT SERVICES | JULIUSTOWN RD & MONMOUTH RD JULIUSTOWN RD & AKA RT 537 | SPRINGFIELD TWP | SPRINGFIELD TWP | 08041 | BURLINGTON |
| 1228 | 15500 | | TABERNACLE HIGHWAY PETROLEUM SERVICE STATION | 1528 RT 206 & CRAMER RD | TABERNACLE | TABERNACLE TWP | 08088 | BURLINGTON |
| 1229 | 10544 | | JOANS CLEANERS INC @ HASS PLAZA | 1529 RT 206 & CRAMER RD | TABERNACLE | TABERNACLE TWP | 08088 | BURLINGTON |
| 1230 | 173972 | | 29 FOX SPARROW TURN | 29 FOXSPARROW TURN | TABERNACLE | TABERNACLE TWP | 08088 | BURLINGTON |
| 1231 | 10545 | | COLONIAL CHEMICAL CO | 78 CARRANZA RD | TABERNACLE | TABERNACLE TWP | 08088 | BURLINGTON |
| 1232 | 47601 | | NOC ENTERPRISES INC | 30 CRAMER RD & RT 206 | TABERNACLE TWP | TABERNACLE TWP | 08088 | BURLINGTON |
| 1233 | 216582 | | TABERNACLE TWP RICHTER ROAD GROUNDWATER | 44 65 RICHTER RD | TABERNACLE TWP | TABERNACLE TWP | 08088 | BURLINGTON |
| 1234 | 10546 | | NJLG UST1 NJ0028 SERVICE STATION | 1771 RT 206 & RT 70 @ CIR | VINCENTOWN | SOUTHAMPTON TWP | 08088 | BURLINGTON |
| 1235 | 129519 | | 2054 RIVER ROAD | 2054 RIVER RD | WASHINGTON TWP | WASHINGTON TWP | 08215 | BURLINGTON |
| 1236 | 149461 | | JERSEY CAPE YACHTS INC | 2143 RIVER RD | WASHINGTON TWP | WASHINGTON TWP | 08019 | BURLINGTON |
| 1237 | 10701 | | CITGO SERVICE STATION | 939 WOODLANE RD & JACKSONVILLE RD | WESTAMPTON | WESTAMPTON TWP | 08060 | BURLINGTON |
| 1238 | 15504 | | TEXACO SERVICE STATION # 100234 | 1843 BURLINGTON MT HOLLY RD AKA RT 541 | WESTAMPTON TWP | WESTAMPTON TWP | 08060 | BURLINGTON |
| 1239 | 14403 | | WOODLANE AMOCO SERVICE STATION #60894 | 1866 BURLINGTON MT HOLLY RD AKA RT 541 | WESTAMPTON TWP | WESTAMPTON TWP | 08073 | BURLINGTON |
| 1240 | 10535 | | BURRS ROAD CITGO SERVICE STATION #876 | 1930 BURLINGTON MT HOLLY RD & BURRS RD AKA RT 541 | WESTAMPTON TWP | WESTAMPTON TWP | 08060 | BURLINGTON |
| 1241 | 49550 | | GETTY SERVICE STATION #56204 | 2048 BURLINGTON MT HOLLY RD & WESTERN DR AKA RT 541 & WESTERN DR | WESTAMPTON TWP | WESTAMPTON TWP | 08073 | BURLINGTON |
| 1242 | 15699 | | APCO PETROLEUM CORP WESTAMPTON | 2056 BURLINGTON MT HOLLY RD AKA RT 541 | WESTAMPTON TWP | WESTAMPTON TWP | 08016 | BURLINGTON |
| 1243 | 23004 | | BRENNANS GAS & GO SERVICE STATION | 487 WOODLANE RD & SPRINGDALE RD AKA RT 630 | WESTAMPTON TWP | WESTAMPTON TWP | 08046 | BURLINGTON |
| 1244 | 62550 | | BURLINGTON CNTY FIRE TRAINING ACADEMY | 53 ACADEMY DR | WESTAMPTON TWP | WESTAMPTON TWP | 08060 | BURLINGTON |
| 1245 | 10526 | 202577 | GETTY SERVICE STATION | 75 SPRINGSIDE RD | WESTAMPTON TWP | WESTAMPTON TWP | 08060 | BURLINGTON |
| 1246 | 10508 | | METHODE ELECTRONICS INC @ WILLINGBORO IND PK | 10 INDUSTRIAL DR | WILLINGBORO | WILLINGBORO TWP | 080480000 | BURLINGTON |
| 1247 | 10505 | | R&J RADIATOR & SUNOCO STATION #0004 6318 | 100 JFK WAY & BEVERLY RANCOCAS RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1248 | 10502 | | VIJAN SONS PETROLEUM SERVICE STATION | 102 JFK WAY & BEVERLY RANCOCAS RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1249 | 10506 | | CAR WASH MANAGEMENT INC | 33 LEVITT PKWY & PLAZA CIR | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1250 | 10512 | | BOB LORINGERS SUNOCO SERVICE STATION | 411 VAN SCIVER PKWY & NORTH-HAMPTON RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1251 | 10558 | | LEHIGH GAS SERVICE STATION | 4212 RT 130 & BEVERLY RANCOCAS RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1252 | 10559 | | WILLINGBORO LUKOIL SERVICE STATION | 4302 RT 130 & CHARLESTON RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1253 | 10509 | | MOBIL SERVICE STATION #15LV7 | 651 LEVITT PKWY & VAN SCIVER PKWY | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1254 | 10503 | 10516 | RUNWAY GAS SERVICE STATION | 99 SALEM RD & BEVERLY RANCOCAS RD | WILLINGBORO | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1255 | 74278 | | 10 BONNIE LANE | 10 BONNIE LN | WILLINGBORO TWP | WILLINGBORO TWP | 08046 | BURLINGTON |
| 1256 | 54333 | | BURLINGTON CNTY CAR CO | 39 FORT DIX ST 551 WRIGHTSTOWN SKYESVILLE RD | WRIGHTSTOWN | WRIGHTSTOWN BORO | 08562 | BURLINGTON |
| 1257 | 15492 | | EXXON SERVICE STATION #36208 | 67 FORT DIX ST & MAIN ST | WRIGHTSTOWN | WRIGHTSTOWN BORO | 08562 | BURLINGTON |
| 1258 | 9776 | | GETTY SERVICE STATION #56262 | 208 JACKSON RD & COOPER ST | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1259 | 9773 | | TEXACO SERVICE STATION #100294 | 385 WHITEHORSE PK | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1260 | 18546 | | ATCO COASTAL SERVICE STATION | 399 WHITEHORSE PK | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1261 | 45292 | | SHELL SERVICE STATION | 404 WHITEHORSE PK & ATCO AVE AKA 294 WHITEHORSE PK | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1262 | 50497 | | KRISANNA CONSTRUCTION INC | 632 WHITEHORSE PK & A AVE | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1263 | 49926 | | BRIDGESTATE FOUNDRY CORP | 80 JACKSON RD | ATCO | WATERFORD TWP | 08004 | CAMDEN |
| 1264 | 63982 | | SUBURBAN PAVING | 100 CUTHBERT BLVD | AUDUBON | AUDUBON BORO | 08106 | CAMDEN |
| 1265 | 10482 | | GETTY SERVICE STATION #56959 | 6 S WHITEHORSE PK & NICHOLSON RD | AUDUBON | AUDUBON BORO | 08106 | CAMDEN |
| 1266 | 10472 | | SHELL SERVICE STATION #100805 | 750 KINGS HWY & WHITEHORSE PK | AUDUBON | AUDUBON BORO | 08106 | CAMDEN |
| 1267 | 480212 | | WHITEHORSE PIKE SOUTH & KINGS HWY GROUNDWATER CONTAMINATION | WHITEHORSE PK S & KINGS HWY | AUDUBON | AUDUBON BORO | 08106 | CAMDEN |
| 1268 | 31699 | | SESSAS SUNOCO SERVICE STATION | 1303 CLEMENTS BRIDGE RD | BARRINGTON | BARRINGTON BORO | 08007 | CAMDEN |
| 1269 | 88173 | | 138 KINGSTON AVENUE | 138 KINGSTON AVE | BARRINGTON BORO | BARRINGTON BORO | 08007 | CAMDEN |
| 1270 | 53498 | | HOUCK SERVICE CO | 222 CLEMENTS BRIDGE RD | BARRINGTON BORO | BARRINGTON BORO | 08000 | CAMDEN |
| 1271 | 158716 | | 408 KINGSTON AVENUE | 408 KINGSTON AVE | BARRINGTON BORO | BARRINGTON BORO | 08007 | CAMDEN |
| 1272 | 10464 | | BELLMAWR XTRA SERVICE STATION | 1 BLACKHORSE PK | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1273 | 10449 | | LUKOIL SERVICE STATION | 1 CREEK RD & EDGEWOOD AVE | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1274 | 14100 | | JIMS SERVICE STATION | 132 BLACKHORSE PK | BELLMAWR | BELLMAWR BORO | 08543 | CAMDEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1275 | 10459 | | BELLMAWR AUTO & TIRE SERVICE | 220 BLACKHORSE PK | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1276 | 10465 | | DEANGELIS COASTAL SERVICE STATION | 65 BLACKHORSE PK | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1277 | 10451 | | PSE&G SOUTHERN DIV BELLMAWR SUB HDQTRS | 80 HELLER PL | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1278 | 10494 | | SUNOCO SERVICE STATION #0011 6798 | RT 42 & LEAF AVE WELLWOOD AVE & EDGEWOOD AVE | BELLMAWR | BELLMAWR BORO | 08031 | CAMDEN |
| 1279 | 10442 | | EXXON SERVICE STATION #38349 | 100 RT 73 & BERLIN CIR | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1280 | 14101 | | OWENS CORNING FIBERGLAS CORP | 160 JACKSON RD | BERLIN | BERLIN BORO | 080090608 | CAMDEN |
| 1281 | 15490 | | TEXACO SERVICE STATION #100325 | 195 WHITEHORSE PK & FRANKLIN AVE | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1282 | 10466 | | LUXOIL SERVICE STATION #57250 | 201 WHITEHORSE PK & JACKSON RD AKA RT 30 | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1283 | 10485 | | BERLIN COASTAL SERVICE STATION | 33 WHITEHORSE PK & PARKER | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1284 | 10483 | | TEXACO SERVICE STATION | RT 73 & BEECH AVE | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1285 | 16970 | | TEXACO SERVICE STATION #1404500392 | WHITEHORSE PK & CROSS KEYS RD | BERLIN | BERLIN BORO | 08009 | CAMDEN |
| 1286 | 146786 | | 3 WAYSIDE ROAD | 3 WAYSIDE RD | BERLIN BORO | BERLIN BORO | 080091329 | CAMDEN |
| 1287 | 120399 | | METAL PLEX | 14 W COLLINGS AVE & RT 73 | BERLIN TWP | BERLIN TWP | 08009 | CAMDEN |
| 1288 | 10428 | | LUXOIL SERVICE STATION #57737 | 250 RT 73 & MINICK AVE | BERLIN TWP | BERLIN TWP | 08091 | CAMDEN |
| 1289 | 223255 | | PENNY PLATE INC | 430 COOPER RD | BERLIN TWP | BERLIN TWP | 08091 | CAMDEN |
| 1290 | 10431 | | SHELL SERVICE STATION #100335 | 594 RT 73 & LAFAYETTE AVE | BERLIN TWP | BERLIN TWP | 08091 | CAMDEN |
| 1291 | 14099 | | NJDOT WEST BERLIN YARD | RT 73 & WALKER AVE | BERLIN TWP | BERLIN TWP | 08091 | CAMDEN |
| 1292 | 10054 | | BLACKWOOD GAS & GO | 1027 ERIAL RD & LITTLE GLOUCESTER RD | BLACKWOOD | GLOUCESTER TWP | 08012 | CAMDEN |
| 1293 | 10092 | | BLACKWOOD MOBIL SERVICE STATION #15FWL | 2 BLACKHORSE PK & CHURCH ST | BLACKWOOD | GLOUCESTER TWP | 08012 | CAMDEN |
| 1294 | 10089 | | GETTY SERVICE STATION #56098 | 912 BLACKHORSE PK S & LAKELAND RD | BLACKWOOD | GLOUCESTER TWP | 08012 | CAMDEN |
| 1295 | 15473 | | LEHIGH GAS SERVICE STATION | 715 BLACKHORSE PK & CHURCH ST | BLENHEIM | GLOUCESTER TWP | 08012 | CAMDEN |
| 1296 | 9762 | | BLUE ANCHOR ROUTE 73 SERVICE STATION | 425 RT 73 AKA MAYS LANDING RD | BLUE ANCHOR | WINSLOW TWP | 08037 | CAMDEN |
| 1297 | 51359 | | DANDREA TIRE INC | 100 NEW BROADWAY | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1298 | 117861 | 45160 | BROOKLAWN BORO DPW | 101 NEW BROADWAY AKA RT 130 | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1299 | 10423 | | BROOKLAWN CITGO SERVICE STATION | 299 CRESCENT BLVD & HORTON AVE AKA RT 130 | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1300 | 10425 | | SPEEDWAY SERVICE STATION #03499 | 342 RT 130 & BROOKLAWN CIR | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1301 | 10422 | | TEXACO SERVICE STATION #100217 | 3528 KINGS HWY & BROWNING LN | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1302 | 16938 | | TOP ENTERPRISES AMOCO SERVICE STATION #12077 | CRESCENT BLVD & BROOKLAWN CIR @ KINGS HWY | BROOKLAWN | BROOKLAWN BORO | 08030 | CAMDEN |
| 1303 | 14663 | | CAMPBELL SUPPLY CO | 1 CAMPBELL PL | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1304 | 10373 | | SHELL SERVICE STATION #138310 | 1033 KAIGHNS AVE & MT EPHRAIM AVE | CAMDEN | CAMDEN CITY | 08105 | CAMDEN |
| 1305 | 10326 | | CENTRAL METALS INC | 1054 S 2ND ST | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1306 | 14675 | | GEORGIA PACIFIC GYPSUM | 1101 FRONT ST | CAMDEN | CAMDEN CITY | 08999 | CAMDEN |
| 1307 | 10362 | | EVERLAST COATINGS INC | 1416 6TH ST | CAMDEN | CAMDEN CITY | 08104 | CAMDEN |
| 1308 | 10418 | | SPEEDWAY SERVICE STATION #03500 | 1420 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08105 | CAMDEN |
| 1309 | 10398 | | PLASTIC CONSULTING & MFG CO | 1431 FERRY AVE | CAMDEN | CAMDEN CITY | 08104 | CAMDEN |
| 1310 | 10288 | | KAPLAN & ZUBRIN | 146 KAIGHNS AVE & 2ND ST | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1311 | 10405 | | RHODES DRUM INC | 1542 BROADWAY | CAMDEN | CAMDEN CITY | 08104 | CAMDEN |
| 1312 | 14388 | | OUR LADY OF LOURDES MEDICAL CENTER | 1600 HADDON AVE | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1313 | 10379 | | PHC INDUSTRIES INC | 1643 HADDON AVE | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1314 | 45618 | | TRAILWAYS INC | 17TH ST & ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08109 | CAMDEN |
| 1315 | 14672 | | FRONTIER TERMINAL | 1800 CARMEN ST & 18TH ST | CAMDEN | CAMDEN CITY | 08105 | CAMDEN |
| 1316 | 10419 | | MOBIL SERVICE STATION #2635032 | 1836 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1317 | 10420 | | PINNACLE PETROLEUM CAMDEN SERVICE STATION | 1839 ADMIRAL WILSON BLVD & 18TH ST | CAMDEN | CAMDEN CITY | 08109 | CAMDEN |
| 1318 | 10366 | | ADMIRAL WILSON AMOCO SERVICE STATION #5179 | 1901 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1319 | 58103 | | FOUR WINDS MOTOR LODGE | 1950 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08109 | CAMDEN |
| 1320 | 10378 | | SWISCO | 200 210 KAIGHNS AVE & 2ND ST | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1321 | 42558 | | MOLINS MACHINE LANGSTON DIV | 2001 S 6TH ST | CAMDEN | CAMDEN CITY | 08104 | CAMDEN |
| 1322 | 10413 | | CAMDEN TEXACO SERVICE STATION | 2150 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1323 | 10367 | | MAGNETIC METALS | 21ST ST & HAYES AVE | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1324 | 10349 | | LUKOIL SERVICE STATION #57200 | 2225 ADMIRAL WILSON BLVD & SOMERSET ST | CAMDEN | CAMDEN CITY | 08105 | CAMDEN |
| 1325 | 10415 | | SHELL SERVICE STATION #138509 & FOOD MART | 2361 ADMIRAL WILSON BLVD | CAMDEN | CAMDEN CITY | 08105 | CAMDEN |
| 1326 | 10192 | | EXXON SERVICE STATION #80056 | 245 MARLTON AVE & BAIRD BLVD | CAMDEN | CAMDEN CITY | 08101 | CAMDEN |
| 1327 | 10351 | | NJ TRANSIT AUTH BUS OPERATIONS NEWTON AVENUE GARAGE | 350 NEWTON AVE & 10TH ST | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1328 | 10915 | | CAMDEN CITY BD OF ED LANNING SQUARE ELEMENTARY SCHOOL | 525 CLINTON ST 500 5TH ST & BERKLEY ST FORMER | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1329 | 10410 | | DELAWARE RIVER PORT AUTH | 5TH ST & ELM ST BEN FRANKLIN BRIDGE PLAZA | CAMDEN | CAMDEN CITY | 08101 | CAMDEN |
| 1330 | 63069 | | BILLS GAS & GO SERVICE STATION | 698 COOPER ST & 7TH ST | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1331 | 14098 | | MONKS AMOCO SERVICE STATION | 710 BROADWAY | CAMDEN | CAMDEN CITY | 08103 | CAMDEN |
| 1332 | 43279 | | JE BRENNEMAN & CO | 800 HUDSON SQUARE | CAMDEN | CAMDEN CITY | 08202 | CAMDEN |
| 1333 | 125289 | | WEEKS MARINE | 901 BEACH ST | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1334 | 63752 | | KRAMER CHEMICALS INC | ATLANTIC AVE & DELAWARE RIVER | CAMDEN | CAMDEN CITY | 08104 | CAMDEN |
| 1335 | 17509 | | RF PRODUCTS INC | DAVIS ST & COPEWOOD ST 1601 THORN ST NW COPEWOOD ST & THORN ST | CAMDEN | CAMDEN CITY | 80103 | CAMDEN |
| 1336 | 10354 | | NJDOC RIVERFRONT STATE PRISON | DELAWARE AVE & ELM ST | CAMDEN | CAMDEN CITY | 08101 | CAMDEN |
| 1337 | 54698 | | CAMDEN PROPERTIES CORP | E STATE ST & RIVER AVE | CAMDEN | CAMDEN CITY | 08110 | CAMDEN |
| 1338 | 65188 | 570703 | RIVER ROAD & EAST STATE STREET | RIVER RD & E STATE ST | CAMDEN | CAMDEN CITY | 08100 | CAMDEN |
| 1339 | 372499 | | EAST GATE VILLAGE | S PENN ST & DELAWARE AVE & RIVERSIDE DR | CAMDEN | CAMDEN CITY | 08102 | CAMDEN |
| 1340 | 45537 | | L 3 COMMUNICATIONS | 100 MARKET ST | CAMDEN CITY | CAMDEN CITY | 08101 | CAMDEN |
| 1341 | 63785 | | CRAMER HILL BDA | HARRISON AVE & STATE ST | CAMDEN CITY | CAMDEN CITY | 08101 | CAMDEN |
| 1342 | 65179 | | CONRAIL CORP FORMER | STATE ST | CAMDEN CITY | CAMDEN CITY | 08102 | CAMDEN |
| 1343 | 410016 | | OUR LADY OF LOURDES MEDICAL CENTER CHERRY HILL | 1 BRACE RD | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1344 | 10243 | | GETTY SERVICE STATION #57283 | 1000 MAPLE AVE & HADDONFIELD RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1345 | 10205 | | GETTY SERVICE STATION #57230 | 1010 MARLTON PK AKA RT 70 W | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1346 | 10237 | | ARAMARK UNIFORM & CAREER APPAREL INC | 1178 MARLKRESS RD | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1347 | 94927 | | 1204 COTSWOLD LANE | 1204 COTSWOLD LN | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1348 | 10255 | | US GAS SERVICE STATION | 1390 MARLTON PK & RENALDO TER | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1349 | 10280 | | US GAS BRACE ROAD SERVICE STATION | 1400 BRACE RD & KRESSON RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1350 | 10245 | | RYDER TRUCK RENTAL INC #0144A | 1401 HADDONFLD BERLIN RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1351 | 189515 | | BARCLAY FARMS SHOPPING CENTER | 1409 MARLTON PK AKA RT 70 | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1352 | 14090 | | CONTE BROTHERS AUTOMOTIVE | 1415 BRACE RD | CHERRY HILL | CHERRY HILL TWP | 08101 | CAMDEN |
| 1353 | 10200 | | GETTY SERVICE STATION #57716 | 1498 HADDONFIELD BERLIN RD & BROWNING LN | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1354 | 146008 | | LOCUSTWOOD MEMORIAL PARK | 1500 MARLTON PK | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1355 | 10216 | | GETTY SERVICE STATION #57213 | 1501 RT 38 & CHAPEL AVE | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1356 | 10235 | | LUXOIL SERVICE STATION #57704 | 1503 MARLTON PK & I-295 AKA RT 70 | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1357 | 177869 | | 151 UXBRIDGE DRIVE | 151 UXBRIDGE DR | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1358 | 10215 | | AMOCO SERVICE STATION #60403 ACA #536 | 1510 RT 38 | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1359 | 23140 | | CHERRY HILL REPAIR CENTER | 1516 RT 38 | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1360 | 54367 | | UHR ELECTRIC SUPPLY CO INC | 1641 MARLTON PK | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1361 | 10279 | | BLUE RIBBON CLEANERS | 1811 CHAPEL AVE | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1362 | 10230 | | BISSMILLAH EXXON SERVICE STATION | 1823 MARLTON PK & MARLKRESS RD | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1363 | 10231 | | SUNOCO SERVICE STATION #0044 6151 | 1846 MARLTON PK & GRAYDEN AVE | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1364 | 16936 | | JUNCTION AMOCO SERVICE STATION | 1849 MARLTON PK AKA RT 70 & GRAYDEN AVE | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1365 | 10197 | | LEHIGH GAS SERVICE STATION | 1869 1898 MARLTON PK & SPRINGDALE RD AKA RT 70 | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1366 | 176568 | | NUCLEAR DIAGNOSTIC PRODUCTS OF PHILADELPHIA | 2 KEYSTONE AVE UNIT 200 | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1367 | 10181 | | PINNACLE PETROLEUM CHERRY HILL SERVICE STATION | 2 MARLTON PK & KINGS HWY & ELLISBURG CIR | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1368 | 43536 | | DONLEYS SERVICE STATION | 2025 MARLTON PK & WASHINGTON AVE | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1369 | 165153 | 75238 | 2090 SPRINGDALE ROAD | 2090 SPRINGDALE RD | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1370 | 14664 | | CHERRY HILL APARTMENTS | 2141 2151 RT 38 | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1371 | 40368 | | BP AMOCO SERVICE STATION | 2314 MARLTON PK W AKA RT 70 | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1372 | 40763 | | LILY TRANSPORTATION INC | 2374 MARLTON PK | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |

## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1373 | 57906 | | CALVARY CEMETERY & CHAPEL MAUSOLEUM | 2398 MARLTON PK | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1374 | 10261 | | KINGS HIGHWAY LUKOIL SERVICE STATION | 298 KINGS HWY & SILVERTOP LN | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1375 | 14653 | | TOWERS OF WINDSOR PARK | 2995 3005 CHAPEL AVE & TOWERS DR | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1376 | 10265 | | COURIER POST NEWSPAPERS | 301 CUTHBERT BLVD & HAMPTON RD | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1377 | 378913 | | 36 DOWNING STREET | 36 DOWNING ST | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1378 | 130861 | | 44 LAKEVIEW DRIVE | 44 LAKEVIEW DR | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1379 | 10253 | | US GAS SERVICE STATION | 500 HADDONFIELD RD & CHAPEL RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1380 | 10248 | | TEXACO SERVICE STATION #100259 | 514 KINGS HWY & CHAPEL AVE | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1381 | 20195 | | SW ELECTRONICS & MFG CORP | 619 HOLLYWOOD AVE | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1382 | 10275 | | SHELL SERVICE STATION #138314 | 7 BURNT MILL RD & EVESHAM RD | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1383 | 10264 | 52749 | PIONEER SERVICE STATION | 798 HADDENFIELD BERLIN RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1384 | 18860 | | CHERRY HILL TWP MUNICIPAL BUILDING & POLICE DEPT | 820 MERCER ST | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1385 | 10191 | | LUKOIL SERVICE STATION #57367 | 825 CHURCH RD & HADDONFIELD RD | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1386 | 448960 | | 913 CHURCH ROAD | 913 CHURCH RD | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1387 | 51368 | | GREENS GAS & GO SERVICE STATION | BRACE RD & RT 70 | CHERRY HILL | CHERRY HILL TWP | 080340000 | CAMDEN |
| 1388 | 10239 | | GARDEN STATE PARK RACETRACK | MARLTON PK & HADDONFIELD RD AKA RT 70 | CHERRY HILL | CHERRY HILL TWP | 08034 | CAMDEN |
| 1389 | 48611 | | CHERRY HILL CITGO SERVICE STATION | RT 38 & COLES AVE | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1390 | 10214 | | PURITAN OIL CO @ CITGO SERVICE STATION | RT 38 @ CHERRY HILL MALL | CHERRY HILL | CHERRY HILL TWP | 08000 | CAMDEN |
| 1391 | 10180 | | GETTY SERVICE STATION | SPRINGDALE RD & FELLOWSHIP RD | CHERRY HILL | CHERRY HILL TWP | 08003 | CAMDEN |
| 1392 | 10185 | | CAMDEN CNTY MUA STAFFORD PUMP STATION | VALLEYBROOK RD & BROOKFIELD RD | CHERRY HILL | CHERRY HILL TWP | 08002 | CAMDEN |
| 1393 | 176562 | | BARCLAY CITGO SERVICE STATION | 1000 MARLTON PK AKA RT 70 | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1394 | 73543 | | 11 LAFAYETTE LANE | 11 LAFAYETTE LN | CHERRY HILL TWP | CHERRY HILL TWP | 08034 | CAMDEN |
| 1395 | 149996 | | MACYS DEPT STORE DISTRIBUTION CENTER | 11 PERINA BLVD | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1396 | 174962 | | 17 ST DAVIDS ROAD | 17 ST DAVIDS RD | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1397 | 566129 | 14090 | CHERRY HILL SHELL #430067 | 300 KRESSON RD AKA 1401 KRESSON RD | CHERRY HILL TWP | CHERRY HILL TWP | 08034 | CAMDEN |
| 1398 | 200507 | | 316 WESTMINSTER AVENUE | 316 WESTMINSTER AVE | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1399 | 440724 | | CZEKAJ BERNARD | 721 CUTHBERT BLVD | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1400 | 51157 | | COMMUNITY AUTO REPAIR SERVICE | CUTHBERT BLVD & WISTERIA AVE | CHERRY HILL TWP | CHERRY HILL TWP | 08002 | CAMDEN |
| 1401 | 45298 | | NJDM&VA CHERRY HILL ARMORY & OMS | GROVE ST & PARK BLVD | CHERRY HILL TWP | CHERRY HILL TWP | 08034 | CAMDEN |
| 1402 | 10283 | | NJ TURNPIKE AUTH WALT WHITMAN SERVICE AREA 3S | NEW JERSEY TPKE MM 29.0 S & MM 30 | CHERRY HILL TWP | CHERRY HILL TWP | 08101 | CAMDEN |
| 1403 | 10166 | | BEST PETROLEUM CORP @ CHESILHURST GAS & DIESEL SERVICE | 413 WHITEHORSE PK & GARFIELD AVE AKA RT 30 & GARFIELD AVE | CHESILHURST | CHESILHURST BORO | 08089 | CAMDEN |
| 1404 | 89966 | | CHESILHURST CITGO SERVICE STATION | WHITEHORSE PK EMPTY LOT | CHESILHURST | CHESILHURST BORO | 08089 | CAMDEN |
| 1405 | 10155 | | LEHIGH GAS SERVICE STATION | 12 WHITEHORSE PK & GIBBSBORO RD | CLEMENTON | CLEMENTON BORO | 08021 | CAMDEN |
| 1406 | 49886 | | CLEMENTON BORO MUNICIPAL BUILDING | 101 GIBBSBORO RD | CLEMENTON BORO | CLEMENTON BORO | 08021 | CAMDEN |
| 1407 | 74348 | | 235 GIBBSBORO ROAD | 235 GIBBSBORO RD | CLEMENTON BORO | CLEMENTON BORO | 08021 | CAMDEN |
| 1408 | 75301 | | MOHRFELD OIL INC | 24 LEES AVE | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1409 | 42462 | | BOBS EXTRA SERVICE STATION | 505 HADDON AVE & CRESTMONT | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1410 | 216469 | | 530 HADDON AVENUE | 530 HADDON AVE | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1411 | 536552 | | 558 HADDON AVENUE | 558 HADDON AVE | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1412 | 10153 | | VALERO SERVICE STATION | 580 CRESCENT BLVD AKA RT 130 & COMLY AVE | COLLINGSWOOD | COLLINGSWOOD BORO | 08107 | CAMDEN |
| 1413 | 64663 | | SUTTON TOWERS APARTMENTS | 700 BROWNING RD | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1414 | 14382 | | THE HEIGHTS OF COLLINGSWOOD | WHITEHORSE PK & COLLINGS AVE | COLLINGSWOOD | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1415 | 74562 | | 1013 HADDON AVENUE | 1013 HADDON AVE | COLLINGSWOOD BORO | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1416 | 182236 | | 42 EAST MADISON AVENUE | 42 E MADISON AVE | COLLINGSWOOD BORO | COLLINGSWOOD BORO | 08108 | CAMDEN |
| 1417 | 36431 | | MINNTECH CORP | 560 RT 130 N | COLLINGSWOOD BORO | COLLINGSWOOD BORO | 55447 | CAMDEN |
| 1418 | 10134 | | SHELL SERVICE STATION #100309 | RT 561 & CLEMENTON AVE | GIBBSBORO | GIBBSBORO BORO | 08026 | CAMDEN |
| 1419 | 48216 | | GLOUCESTER CATHOLIC HIGH SCHOOL | 1 S BURLINGTON ST & MONMOUTH ST | GLOUCESTER CITY | GLOUCESTER CITY | 08030 | CAMDEN |
| 1420 | 63914 | | PSE&G GLOUCESTER COAL & GAS WORKS | 6TH ST & JERSEY AVE | GLOUCESTER CITY | GLOUCESTER CITY | 08030 | CAMDEN |
| 1421 | 64955 | | GLOUCESTER CITY BD OF ED PUBLIC SCHOOLS | POWELL ST & 6TH ST & HUNTER ST | GLOUCESTER CITY | GLOUCESTER CITY | 08030 | CAMDEN |