NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1422 | 10053 | | GLOUCESTER TWP BD OF ED MAINTENANCE & TRANSPORTATION | 100 DAVISTOWN RD & ERIAL RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1423 | 65410 | | 1 HOUR CLEANERS @ BLACKWOOD SHOPPING CENTER | 1001 BLACKHORSE PK | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1424 | 120260 | | 118 N BLACKHORSE PIKE | 118 BLACKHORSE PK | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1425 | 10084 | | GETTY SERVICE STATION #56124 | 1212 BLACKWOOD CLEMENTON RD & LAUREL RD | GLOUCESTER TWP | GLOUCESTER TWP | 08021 | CAMDEN |
| 1426 | 10080 | | SUNOCO SERVICE STATION #0013 0039 | 1280 CHEWS LANDING RD & KELLY DR | GLOUCESTER TWP | GLOUCESTER TWP | 08030 | CAMDEN |
| 1427 | 32634 | | JIFFY LUBE #402 | 1311 BLACKWOOD CLEMENTON RD | GLOUCESTER TWP | GLOUCESTER TWP | 08021 | CAMDEN |
| 1428 | 10112 | | GLENDORA SERVICE STATION | 1320 BLACKWOOD PK & EVESHAM RD | GLOUCESTER TWP | GLOUCESTER TWP | 08078 | CAMDEN |
| 1429 | 10085 | | SHELL SERVICE STATION #100271 | 1400 BLACKWOOD CLEMENTON RD | GLOUCESTER TWP | GLOUCESTER TWP | 08021 | CAMDEN |
| 1430 | 10086 | | EXXON SERVICE STATION #36963 | 1490 BLACKWOOD CLEMENTON RD & CHEWS LANDING LL GLSTR RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1431 | 10073 | | LUKOIL SERVICE STATION #57734 | 1685 BLACKWOOD CLEMENTON RD & ERIAL RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1432 | 65642 | | C&S ASSOC | 380 400 HICKSTOWN RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1433 | 9723 | | SHELL SERVICE STATION #100331 | 585 BERLIN CROSS KEYS RD AKA RT 689 | GLOUCESTER TWP | GLOUCESTER TWP | 08009 | CAMDEN |
| 1434 | 10083 | | AMOCO SERVICE STATION | BLACKWOOD CLEMENTON & ERIAL RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1435 | 52571 | | CHAMPION AUTO GENERATOR SERVICES | GRAND AVE & HIGH ST | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1436 | 42125 | | PURE STREAM INC | GRENLOCH LITTLE GLOUCESTER RD | GLOUCESTER TWP | GLOUCESTER TWP | 08012 | CAMDEN |
| 1437 | 41747 | | HADDON HEIGHTS AMBULANCE CORP | 1400 KINGS HWY | HADDON HEIGHTS | HADDON HEIGHTS BORO | 080350000 | CAMDEN |
| 1438 | 15467 | | SHELL SERVICE STATION #138358 & FOOD MART | 504 506 WHITEHORSE PK & GROVE ST | HADDON HEIGHTS | HADDON HEIGHTS BORO | 08035 | CAMDEN |
| 1439 | 10014 | | HADDON HEIGHTS BORO DPW | 514 W ATLANTIC AVE | HADDON HEIGHTS | HADDON HEIGHTS BORO | 08035 | CAMDEN |
| 1440 | 61287 | | HADDON GLEN SWIM CLUB | WALNUT AVE & DEVON AVE | HADDON HEIGHTS | HADDON HEIGHTS BORO | 08035 | CAMDEN |
| 1441 | 58889 | | A1 LAUNDROMAT | 100 BLACKHORSE PK | HADDON TWP | HADDON TWP | 08059 | CAMDEN |
| 1442 | 75333 | | CARLO VETERANO | 111 MARLBOROUGH AVE | HADDON TWP | HADDON TWP | 08059 | CAMDEN |
| 1443 | 73704 | | 3 ALBERTON AVENUE | 3 ALBERTON AVE | HADDON TWP | HADDON TWP | 08108 | CAMDEN |
| 1444 | 10035 | | SHELL SERVICE STATION #138550 | 309 HADDON AVE & MAPLE AVE | HADDON TWP | HADDON TWP | 08108 | CAMDEN |
| 1445 | 10030 | | WESTMONT CITGO SERVICE STATION | 50 HADDON AVE & ALBERTON AVE | HADDON TWP | HADDON TWP | 08002 | CAMDEN |
| 1446 | 55462 | | MOBIL SERVICE STATION #2634936 | 501 CRESCENT BLVD & NICHOLSON RD | HADDON TWP | HADDON TWP | 08030 | CAMDEN |
| 1447 | 10119 | | SHELL SERVICE STATION #138363 | 505 CRESCENT BLVD & 2 NICHOLSON RD AKA RT 130 & NICHOLSON RD | HADDON TWP | HADDON TWP | 08012 | CAMDEN |
| 1448 | 10021 | | CARLS HADDONFIELD SUNOCO SERVICE INC | 515 HADDON AVE | HADDONFIELD | HADDONFIELD BORO | 08033 | CAMDEN |
| 1449 | 74230 | | 138 POTTER STREET | 138 POTTER ST | HADDONFIELD | HADDONFIELD BORO | 08033 | CAMDEN |
| 1450 | 37704 | | LAUREL SPRINGS CITGO SERVICE STATION | 2 BROADWAY & WHITEHORSE PK AKA BROADWAY & RT 30 | LAUREL SPRINGS | LAUREL SPRINGS BORO | 08021 | CAMDEN |
| 1451 | 10069 | | LAWNSIDE LUKOIL SERVICE STATION | 100 WHITEHORSE PK | LAWNSIDE | LAWNSIDE BORO | 08045 | CAMDEN |
| 1452 | 9996 | | BEST MANAGEMENT SERVICE STATION | 111 WHITEHORSE PK & GLOUCESTER AVE AKA RT 30 | LAWNSIDE | LAWNSIDE BORO | 08899 | CAMDEN |
| 1453 | 10062 | | LAWNSIDE AMOCO SERVICE STATION #2065 | 314 WHITEHORSE PK AKA RT 30 | LAWNSIDE | LAWNSIDE BORO | 08045 | CAMDEN |
| 1454 | 10005 | | TEXACO SERVICE STATION #100241 | 355 WHITEHORSE PK AKA RT 30 & I-295 | LAWNSIDE | LAWNSIDE BORO | 08045 | CAMDEN |
| 1455 | 45315 | | LINDENWOLD XTRA SERVICE STATION | 112 WHITEHORSE PK & STONE RD | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1456 | 9993 | | SUNOCO SERVICE STATION #0013 4072 | 1205 LAUREL RD & BLACKWOOD CLEMENTON RD | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1457 | 9990 | | SHELL SERVICE STATION #138400 | 1409 LAUREL RD & CHEWS LANDING RD | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1458 | 9985 | | US GAS SERVICE STATION | 1500 LAUREL AVE & CHEWS LANDING RD | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1459 | 9994 | | LINDENWOLD AMOCO SERVICE STATION | 304 WHITEHORSE PK AKA RT 30 | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1460 | 9999 | | S&S GAS SERVICE STATION | 500 GIBBSBORO RD & BERLIN AVE | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1461 | 9984 | | MOBIL SERVICE STATION #57272 | 829 BLACKWOOD CLEMENTON RD & LAUREL MILL RD | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1462 | 9991 | | SHELL SERVICE STATION #100317 | 851 WHITEHORSE PK & CLEMENTON RD AKA RT 30 & 686 | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1463 | 45314 | | LINDENWOLD BORO CITGO SERVICE STATION | LAUREL RD & LAKE BLVD | LINDENWOLD | LINDENWOLD BORO | 080210000 | CAMDEN |
| 1464 | 9988 | | PORT AUTH TRANSIT CORP | WHITEHORSE PK & PINELAWN AVE | LINDENWOLD | LINDENWOLD BORO | 08021 | CAMDEN |
| 1465 | 9978 | | MAGNOLIA BORO | 310 OTTER BRANCH DR | MAGNOLIA | MAGNOLIA BORO | 08049 | CAMDEN |
| 1466 | 47699 | | SUNOCO SERVICE STATION #0004 5468 | WHITEHORSE PK & WARWICK RD | MAGNOLIA | MAGNOLIA BORO | 08049 | CAMDEN |
| 1467 | 9974 | | SHELL SERVICE STATION | 34 MAPLE AVE & CHAPEL AVE | MERCHANTVILLE | MERCHANTVILLE BORO | 08109 | CAMDEN |
| 1468 | 92417 | | MERCHANTVILLE SR HOUSING | 20 CHESTNUT AVE | MERCHANTVILLE BORO | MERCHANTVILLE BORO | 08109 | CAMDEN |
| 1469 | 9965 | | SPEEDWAY SERVICE STATION #03501 | 1 BLACKHORSE PK & KINGS HWY | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1470 | 43855 | | HADDONFIELD LUMBER CO | 101 KINGS HWY | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 080590000 | CAMDEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1471 | 50500 | | MOUNT EPHRAIM BORO DPW | 121 BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1472 | 9956 | | MOBIL SERVICE STATION #57282 | 2 BLACKHORSE PK & KINGS HWY | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1473 | 174976 | | AUTOZONE | 221 BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1474 | 220217 | | CVS PHARMACY #0477 | 24 BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1475 | 9967 | | MOUNT EPHRAIM AMOCO SERVICE STATION #2069 | 305 BLACKHORSE PK & CAR WASH | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1476 | 146009 | | WAWA FOOD MARKET #972 | 602 BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1477 | 74850 | | SPEEDY MUFFLER KING FORMER | 705 BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08053 | CAMDEN |
| 1478 | 51396 | | FONTANOS GULF SERVICE STATION | BLACKHORSE PK & BELL RD | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1479 | 35476 | | LEHIGH GAS SERVICE STATION | I-295 & BLACKHORSE PK | MOUNT EPHRAIM | MOUNT EPHRAIM BORO | 08059 | CAMDEN |
| 1480 | 25697 | | QUICKY SIGNS | 1212 WHITEHORSE PK | OAKHURST | OAKLYN BORO | 08107 | CAMDEN |
| 1481 | 9952 | | SHELL SERVICE STATION #100321 | 302 COLLINGSWOOD AVE & WHITEHORSE PK AKA RT 30 | OAKHURST | OAKLYN BORO | 08107 | CAMDEN |
| 1482 | 457594 | | MR TIRE | 401 WHITEHORSE PK | OAKHURST | OAKLYN BORO | 08107 | CAMDEN |
| 1483 | 439278 | | CASA DILUZIO | 301 WHITEHORSE PK | OAKLYN | OAKLYN BORO | 08107 | CAMDEN |
| 1484 | 9883 | | HARRY FUEL SERVICE STATION | 1200 RT 73 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1485 | 24844 | | TRU FIT FRAME & DOOR CO @ PENNSAUKEN IND PK 2 | 1650 SUCKLE HWY | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1486 | 14404 | | GP GYPSUM CORP | 175 DEROUSSE AVE | PENNSAUKEN | PENNSAUKEN TWP | 08609 | CAMDEN |
| 1487 | 17843 | | PENNSAUKEN MERCHANDISE MART | 2100 CRESCENT BLVD & RT 73 AKA RT 130 & 73 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1488 | 9878 | | CITCO SERVICE STATION | 2920 ADMIRAL WILSON BLVD AKA RT 30 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1489 | 14655 | | STAR ENTERPRISE INC PENNSAUKEN TERMINAL #14255 | 401 COVE RD | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1490 | 9927 | | SHELL SERVICE STATION #138476 | 4920 CRESCENT BLVD AKA RT 130 & BROWNING RD | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1491 | 9851 | | US GAS SERVICE STATION | 5252 MARLTON PK & MCCLELLAN AVE AKA RT 601 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1492 | 9856 | | AMERADA HESS SERVICE STATION #30809 | 5301 KAIGHN AVE AKA RT 38 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1493 | 9888 | | SHELL SERVICE STATION #138478 | 6501 PARK AVE & COVE RD | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1494 | 9929 | | PENNSAUKEN COASTAL SERVICE STATION | 6711 CRESCENT BLVD AKA RT 130 & MARLTON PK | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1495 | 9931 | | SPEEDWAY SERVICE STATION #03502 | 6807 CRESCENT BLVD & MARLTON PK AKA RT 130 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1496 | 168544 | | MOBIL SERVICE STATION FORMER | 7010 KAIGHNS AVE 7010 RT 38 | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1497 | 9947 | | GH ALLIANCE @ COOPER RIVER PLAZA | 7115 AIRPORT HWY | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1498 | 38592 | | SAFETY BUS SERVICE | 7200 PARK AVE | PENNSAUKEN | PENNSAUKEN TWP | 081100000 | CAMDEN |
| 1499 | 452128 | | MONARCH COLOR CORP | 7203 7051 BROWNING RD | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1500 | 9923 | | STERINS SUNOCO SERVICE STATION @ PENNSAUKEN TWP IND PK | 7300 CRESCENT BLVD & STAND AVE AKA RT 130 | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1501 | 9924 | | PENNSAUKEN SERVICE STATION | 7431 CRESCENT BLVD AKA RT 130 & WESTFIELD AVE | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1502 | 196932 | | 7725 MAPLE AVENUE | 7725 MAPLE AVE | PENNSAUKEN | PENNSAUKEN TWP | 08109 | CAMDEN |
| 1503 | 40803 | | SWOPE OIL & CHEMICAL CO @ PENNSAUKEN IND PK 1 | 8281 NATIONAL HWY | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1504 | 9880 | | HOLMAN RMP ENTERPRISES | 9040 BURROUGH DOVER LN | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1505 | 43167 | | DEVOE MARINE COATINGS CO | 9155 RIVER RD | PENNSAUKEN | PENNSAUKEN TWP | 08065 | CAMDEN |
| 1506 | 9920 | | BETSY ROSS TRUCK STOP | 9375 CRESCENT BLVD AKA RT 130 | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1507 | 50407 | | PENN MART TEXACO SERVICE STATION | RT 73 & CRESCENT BLVD NEAR HADDONFIELD RD | PENNSAUKEN | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1508 | 56695 | | OLT BROTHERS INC | 7745 MAPLE AVE | PENNSAUKEN TWP | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1509 | 52170 | | AMERICAN BANK STATIONERY @ PENNSAUKEN IND #1 | 7980 NATIONAL HWY | PENNSAUKEN TWP | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1510 | 42276 | | EHRLICH NEWMARK TRUCKING | 9035 COLLINS AVE | PENNSAUKEN TWP | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1511 | 537138 | | TK TRANSPORT OVERTURNED TANKER | RT 90 E | PENNSAUKEN TWP | PENNSAUKEN TWP | 08110 | CAMDEN |
| 1512 | 9843 | | GETTY SERVICE STATION #56253 | 800 TURNERVILLE RD & BRANCH AVE | PINE HILL | PINE HILL BORO | 08021 | CAMDEN |
| 1513 | 17224 | | PINE HILL MOBIL SERVICE STATION | 270 CROSS KEYS RD | PINE HILL BORO | PINE HILL BORO | 08009 | CAMDEN |
| 1514 | 9816 | | 7 ELEVEN STORE #32902 | 20 BLACKHORSE PK & CLEMENTS BRIDGE RD | RUNNEMEDE | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1515 | 9834 | | EXXON SERVICE STATION #39789 | 29 BLACKHORSE PK & CLEMENTS BRIDGE RD | RUNNEMEDE | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1516 | 9818 | | PETES TRIANGLE GULF SERVICE STATION #126891 | 750 754 CLEMENTS BRIDGE RD & EVESHAM RD | RUNNEMEDE | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1517 | 16819 | | NJ TURNPIKE AUTH INTERCHANGE 3 TOLLS | NEW JERSEY TPKE MM 26.1 & RT 168 | RUNNEMEDE | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1518 | 120456 | | SUNOCO PIPELINE SPILL SITE | NEW JERSEY TPKE ROW & ROSE AVE | RUNNEMEDE | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1519 | 153929 | | 725 BLACKHORSE PIKE | 725 BLACKHORSE PK | RUNNEMEDE BORO | RUNNEMEDE BORO | 08078 | CAMDEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1520 | 88859 | | 822 ORCHARD AVENUE | 822 ORCHARD AVE | RUNNEMEDE BORO | RUNNEMEDE BORO | 08078 | CAMDEN |
| 1521 | 10079 | | CAMDEN CNTY BD OF ED VOC TECH SCHOOL | 343 BERLIN CROSS KEYS RD AKA RT 689 | SICKLERVILLE | WINSLOW TWP | 08081 | CAMDEN |
| 1522 | 9736 | | GETTY SERVICE STATION #57278 | 521 WILLIAMSTOWN NEW FREEDM RD & SICKLERVILLE RD | SICKLERVILLE | WINSLOW TWP | 08037 | CAMDEN |
| 1523 | 9724 | | LEHIGH GAS SERVICE STATION | 581 WILLIAMSTOWN NEW FREEDOM RD & ERIAL RD | SICKLERVILLE | WINSLOW TWP | 08081 | CAMDEN |
| 1524 | 56294 | | ALL SEASONS SERVICES INC | 333 KENNEDY BLVD | SOMERDALE | SOMERDALE BORO | 08083 | CAMDEN |
| 1525 | 27080 | | SOMERDALE AUTOMOTIVE REPAIR | 412 WARWICK RD | SOMERDALE | SOMERDALE BORO | 08083 | CAMDEN |
| 1526 | 9807 | | SHELL SERVICE STATION #138504 | 440 WARWICK RD | SOMERDALE | SOMERDALE BORO | 08083 | CAMDEN |
| 1527 | 153172 | | ALLIED LITHO | 606 CHESTNUT AVE | SOMERDALE | SOMERDALE BORO | 08083 | CAMDEN |
| 1528 | 9796 | | PINNACLE PETROLEUM STRATFORD SERVICE STATION | 1 WHITEHORSE PK & LAUREL AVE | STRATFORD | STRATFORD BORO | 08084 | CAMDEN |
| 1529 | 9804 | | LUKOIL SERVICE STATION #57837 | 101 WARWICK RD & VASSAR AVE | STRATFORD | STRATFORD BORO | 08084 | CAMDEN |
| 1530 | 44922 | | M&M GAS & GO SERVICE STATION | 222 WHITEHORSE PK | STRATFORD | STRATFORD BORO | 08084 | CAMDEN |
| 1531 | 9797 | | AMOCO SERVICE STATION #60068 | 57 WHITEHORSE PK & ACCESS RD | STRATFORD | STRATFORD BORO | 08084 | CAMDEN |
| 1532 | 95718 | | 7 ELEVEN STORE #33029 | 75 WHITEHORSE PK | STRATFORD | STRATFORD BORO | 08084 | CAMDEN |
| 1533 | 46096 | | SHELL SERVICE STATION | 2 WHITEHORSE PK | STRATFORD BORO | STRATFORD BORO | 08084 | CAMDEN |
| 1534 | 9799 | | TAVISTOCK COUNTRY CLUB | 100 TAVISTOCK LN | TAVISTOCK | TAVISTOCK BORO | 08033 | CAMDEN |
| 1535 | 44034 | | VOORHEES TWP DPW GARAGE | 100 AMERICAN WAY | VOORHEES | VOORHEES TWP | 08043 | CAMDEN |
| 1536 | 15448 | | VOORHEES SHELL SERVICE STATION #138539 | 1100 HADDONFIELD BERLIN RD | VOORHEES | VOORHEES TWP | 08043 | CAMDEN |
| 1537 | 9979 | | BILLS SHELL SERVICE STATION #138538 | 1607 EVESHAM RD & WHITEHORSE MOORESTOWN RD | VOORHEES | VOORHEES TWP | 08043 | CAMDEN |
| 1538 | 42523 | | SCARBOROUGH OFFICE TANK | RT 73 | VOORHEES | VOORHEES TWP | 080430000 | CAMDEN |
| 1539 | 23640 | | SHELL SERVICE STATION #138592 | WHITEHORSE MOORESTOWN RD & BURNT MILL RD | VOORHEES | VOORHEES TWP | 08043 | CAMDEN |
| 1540 | 9793 | | TEXACO SERVICE STATION #140450011 | 1 BURNT MILL RD & EVESHAM RD | VOORHEES TWP | VOORHEES TWP | 08043 | CAMDEN |
| 1541 | 75046 | | ECHELON VILLAGE PLAZA | 1120 WHITEHORSE MOORESTOWN RD | VOORHEES TWP | VOORHEES TWP | 08043 | CAMDEN |
| 1542 | 9792 | | LUKOIL SERVICE STATION #57302 | 3 BERLIN RD & EVESHAM RD | VOORHEES TWP | VOORHEES TWP | 08043 | CAMDEN |
| 1543 | 43861 | | B&B CUSTOM DRYWALL & PAINTING INC | 189 WHITEHORSE PK | WATERFORD TWP | WATERFORD TWP | 08089 | CAMDEN |
| 1544 | 86481 | | JULIANOS ESSO | 276 WHITEHORSE PK | WATERFORD TWP | WATERFORD TWP | 08004 | CAMDEN |
| 1545 | 88720 | | THE DECORATORS WELL CONTAMINATION | 294 3RD ST | WATERFORD TWP | WATERFORD TWP | 08004 | CAMDEN |
| 1546 | 46001 | | CUMBERLAND FARMS INC #2991 | 396 WHITEHORSE PK | WATERFORD TWP | WATERFORD TWP | 08089 | CAMDEN |
| 1547 | 64375 | | ALFONSOS RESTAURANT | 411 WHITEHORSE PK | WATERFORD TWP | WATERFORD TWP | 08004 | CAMDEN |
| 1548 | 45308 | | ATCO CITGO SERVICE STATION | 66 WHITEHORSE PK | WATERFORD TWP | WATERFORD TWP | 08009 | CAMDEN |
| 1549 | 64208 | | ATCO AVENUE GROUNDWATER CONTAMINATION | ATCO AVE | WATERFORD TWP | WATERFORD TWP | 08004 | CAMDEN |
| 1550 | 60596 | | CALLAHAN WELL DRILLING | 177A NORTH AVE | WEST BERLIN | BERLIN TWP | 08091 | CAMDEN |
| 1551 | 10435 | | SUNOCO SERVICE STATION #0012-1731 | 398 RT 73 & FRANKLIN AVE | WEST BERLIN | BERLIN TWP | 08091 | CAMDEN |
| 1552 | 59363 | | TEXACO SERVICE STATION #100334 | 899 RT 73 & JACKSON RD | WEST BERLIN | BERLIN TWP | 080192611 | CAMDEN |
| 1553 | 44176 | | DANDREA TIRE INC | 816 BLACKHORSE PK | WEST COLLINGSWOOD | HADDON TWP | 08026 | CAMDEN |
| 1554 | 15470 | | MOBIL SERVICE STATION | 2 HADDON AVE & CUTHBERT BLVD | WESTMONT | HADDON TWP | 081080000 | CAMDEN |
| 1555 | 10036 | | WESTMONT VALERO SERVICE STATION | 339 HADDON AVE | WESTMONT | HADDON TWP | 08108 | CAMDEN |
| 1556 | 58125 | | EXXON SERVICE STATION #30066 FORMER | 341 HADDON AVE | WESTMONT | HADDON TWP | 08108 | CAMDEN |
| 1557 | 15663 | | NJDHS ANCORA PSYCHIATRIC HOSPITAL | 301 SPRING GARDEN RD | WINSLOW | WINSLOW TWP | 08095 | CAMDEN |
| 1558 | 470498 | | 817 MAYS LANDING ROAD | 817 MAYS LANDING RD | WINSLOW | WINSLOW TWP | 08095 | CAMDEN |
| 1559 | 15463 | | BRENNANS GAS & GO SERVICE STATION | 102 WHITEHORSE PK | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1560 | 9725 | | SICKLERVILLE CITGO SERVICE STATION | 254 SICKLERVILLE RD ANDREWS RD | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1561 | 15462 | | PASSARELLAS SUNOCO SERVICE STATION | 300 WHITEHORSE PK | WINSLOW TWP | WINSLOW TWP | 08089 | CAMDEN |
| 1562 | 9735 | | GREGS SERVICE STATION | 336 SICKLERVILLE RD & WNSTWN NEW FREEDOM RD | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1563 | 9748 | | SHELL SERVICE STATION #100834 | 39 RT 73 | WINSLOW TWP | WINSLOW TWP | 08009 | CAMDEN |
| 1564 | 153559 | | 40 DESMOND RUN | 40 DESMOND RUN | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1565 | 9738 | | MONGANS CORNER SERVICE STATION | 438 WILLIAMSTOWN NEW FREEDOM RD & RT 706 | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1566 | 129838 | | 46 ABERDALE LANE | 46 ABERDALE LN | WINSLOW TWP | WINSLOW TWP | 08081 | CAMDEN |
| 1567 | 74576 | | STEPHEN DRIVE & LINDA COURT | STEPHEN DR & LINDA CT & CHERYL ANN CT | WINSLOW TWP | WINSLOW TWP | 08095 | CAMDEN |
| 1568 | 9754 | | WOODLYNNE PETRO SERVICE STATION | 2100 MT EPHRAIM AVE & FERRY AVE | WOODLYNNE | WOODLYNNE BORO | 08108 | CAMDEN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1569 | 9755 | | OCEAN GULF SERVICE STATION #122610 | 2609 OCEAN DR | AVALON | AVALON BORO | 08202 | CAPE MAY |
| 1570 | 9757 | | AVALON SUNOCO SERVICE STATION #0004-6664 | 2889 OCEAN DR | AVALON | AVALON BORO | 08202 | CAPE MAY |
| 1571 | 153563 | | AVALON MARINE CENTER | 701 OLD AVALON BLVD | AVALON BORO | AVALON BORO | 08202 | CAPE MAY |
| 1572 | 480467 | | YACHT HARBOR MARINE | 1505 YACHT AVE | CAPE MAY | CAPE MAY CITY | 08204 | CAPE MAY |
| 1573 | 176949 | | SERVICE STATION FORMER | 3000 BAYSHORE RD | CAPE MAY | CAPE MAY CITY | 08204 | CAPE MAY |
| 1574 | 41913 | | ROSEMANS BOAT YARD | 5 ROSEMANS ST STE A | CAPE MAY | CAPE MAY CITY | 08204 | CAPE MAY |
| 1575 | 54108 | | FEITZ GEORGE W | 555 ELMIRA ST | CAPE MAY | CAPE MAY CITY | 08204 | CAPE MAY |
| 1576 | 9659 | | CMCH RIGGINS SERVICE STATION | 216 220 N MAIN ST | CAPE MAY COURT HOUSE | MIDDLE TWP | 08210 | CAPE MAY |
| 1577 | 9696 | | MINMAR MARINE | 14 OLD SEA ISLE BLVD | DENNIS TWP | DENNIS TWP | 08213 | CAPE MAY |
| 1578 | 18057 | | CEDAR LANE GULF SERVICE STATION | 1922 SHORE RD AKA RT 9 | DENNIS TWP | DENNIS TWP | 08210 | CAPE MAY |
| 1579 | 94827 | | 234 COUNTY ROAD | 234 COUNTY RD | DENNIS TWP | DENNIS TWP | 08245 | CAPE MAY |
| 1580 | 9694 | | NJDEP BELLEPLAIN STATE FOREST | RT 550 & 557 | DENNIS TWP | DENNIS TWP | 08214 | CAPE MAY |
| 1581 | 52361 | | DENNIS TWP BD OF ED DENNIS ELEMENTARY SCHOOL | 165 ACADEMY RD | DENNISVILLE | DENNIS TWP | 08214 | CAPE MAY |
| 1582 | 9637 | | GARYS GAS & GO SERVICE STATION | 200 DELSEA DR & INDIAN TRAIL RD AKA RT 47 | DIAS CREEK | MIDDLE TWP | 08210 | CAPE MAY |
| 1583 | 9695 | | NJDEP PINELAND VILLAGE | 2210 DELSEA DR AKA RT 47 | ELDORA | DENNIS TWP | 08270 | CAPE MAY |
| 1584 | 9619 | | GREEN CREEK SERVICE STATION | 509 DELSEA DR & BAYSHORE RD AKA RT 47 & BAYSHORE RD | GREEN CREEK | MIDDLE TWP | 08219 | CAPE MAY |
| 1585 | 9580 | | WAWA FOOD MARKET #443 & SICO DIRECT SERVICE STATION #828 | RT 50 & HOPE CORSON RD | GREENFIELD | UPPER TWP | 082390000 | CAPE MAY |
| 1586 | 15447 | | CAPE MAY EXXON SERVICE STATION #32538 | 1149 RT 109 | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1587 | 52585 | | LARES TEXACO SERVICE STATION | 3001 FISHING CREEK RD & BAYSHORE RD | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1588 | 9670 | | MOBIL SERVICE STATION #15EGB | 3874 BAYSHORE RD & LINCOLN AVE | LOWER TWP | LOWER TWP | 08206 | CAPE MAY |
| 1589 | 38037 | | BEACHCOMBER CAMPING RESORT | 462 SEASHORE RD | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1590 | 9679 | | S&E TEXACO SERVICE STATION & AUTO REPAIR | 663 SEASHORE RD | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1591 | 271998 | | CAPE PORT MARINE SUPPLY | 795 RT 9 | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1592 | 9684 | | CANYON CLUB RESORT MARINA | 900 OCEAN DR | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1593 | 16038 | | BUMBLE BEE SEAFOODS | 994 OCEAN DR | LOWER TWP | LOWER TWP | 08206 | CAPE MAY |
| 1594 | 120467 | | VILLAS GROUNDWATER CONTAMINATION | DELAWARE PKWY & BAYSHORE RD | LOWER TWP | LOWER TWP | 08251 | CAPE MAY |
| 1595 | 49913 | | LOWER TWP RESCUE SQUAD | MAIN ST & GEORGIA AVE | LOWER TWP | LOWER TWP | 08204 | CAPE MAY |
| 1596 | 15453 | | MARMORA MOBIL SERVICE STATION | 1 ROOSEVELT BLVD & RT 9 | MARMORA | UPPER TWP | 08223 | CAPE MAY |
| 1597 | 9567 | | MARMORA SHELL SERVICE STATION | 1 SHORE RD & ROOSEVELT BLVD | MARMORA | UPPER TWP | 08223 | CAPE MAY |
| 1598 | 9576 | | LEVARIS CITGO SERVICE STATION | 20 SHORE RD AKA RT 9 | MARMORA | UPPER TWP | 08223 | CAPE MAY |
| 1599 | 46854 | | MARMORA AMOCO SERVICE STATION | 30 SHORE RD AKA RT 9 | MARMORA | UPPER TWP | 082230000 | CAPE MAY |
| 1600 | 9573 | | MENTZER MARINE INC | 551 ROOSEVELT BLVD | MARMORA | UPPER TWP | 08223 | CAPE MAY |
| 1601 | 267113 | 15814 | RC CAPE MAY HOLDINGS BL ENGLAND GENERATING STATION & LAB | 900 N SHORE RD AKA RT 9 | MARMORA | UPPER TWP | 082231830 | CAPE MAY |
| 1602 | 73753 | | VILLAGE SHOPPES | 1304 DELSEA DR AKA RT 47 | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1603 | 9620 | | CAPE MAY CNTY BD OF ED VOC TECH SCHOOL | 188 CREST HAVEN RD | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1604 | 15653 | | SOUTH JERSEY FUEL CO | 209 STITES AVE & PENN RR | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1605 | 9651 | | COURT HOUSE SHELL SERVICE STATION #138311 | 233 N MAIN ST & DENNIS RD AKA RT 9 | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1606 | 9654 | | SICO CO DIRECT SERVICE STATION #833 | 301 N MAIN ST & DENNISVILLE RD AKA RT B | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1607 | 99009 | | WALMART STORE #3337 | 3159 RT 9 & DELSEA DR AKA RT 9 & RT 47 | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1608 | 9556 | | WILDWOOD GULF SERVICE STATION | 3600 RT 47 | MIDDLE TWP | MIDDLE TWP | 08260 | CAPE MAY |
| 1609 | 421428 | | CMCH RIGGINS SERVICE STATION | 401 S MAIN ST | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1610 | 9663 | | CAPE GAS SERVICE STATION | 540 DELSEA DR & RIDGE RD AKA RT 47 & RIDGE RD | MIDDLE TWP | MIDDLE TWP | 08204 | CAPE MAY |
| 1611 | 58391 | | WILLIAMS PROPERTY | 61 SIEGTOWN RD | MIDDLE TWP | MIDDLE TWP | 08210 | CAPE MAY |
| 1612 | 29669 | | ARTS AUTO SERVICE INC | DELSEA DR & BAYSHORE RD AKA RT 47 | MIDDLE TWP | MIDDLE TWP | 08219 | CAPE MAY |
| 1613 | 9638 | | SHELL SERVICE STATION #7185 0106 | RT 9 & RIO GRANDE AVE | MIDDLE TWP | MIDDLE TWP | 08242 | CAPE MAY |
| 1614 | 9693 | | BAYSHORE TEXACO SERVICE STATION | 3731 BAYSHORE RD | NORTH CAPE MAY | LOWER TWP | 08204 | CAPE MAY |
| 1615 | 9687 | | BAYSHORE CITGO SERVICE STATION | 3836 BAYSHORE RD & WASHINGTON BLVD | NORTH CAPE MAY | LOWER TWP | 08204 | CAPE MAY |
| 1616 | 53985 | | CHANNELS APARTMENTS | 3910 BAYSHORE RD | NORTH CAPE MAY | LOWER TWP | 08204 | CAPE MAY |
| 1617 | 9605 | | AMOCO SERVICE STATION FORMER | 120 W WALNUT AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1618 | 40022 | | NOTRE DAME DE LE MER WILDWOOD CATHOLIC HIGH SCHOOL | 1500 CENTRAL AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1619 | 59396 | | THE APPLIANCE STORE | 26TH AVE & NEW YORK AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1620 | 51966 | | BROCKS REPAIR | 3RD AVE & NEW JERSEY AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1621 | 9604 | | DOUGS MOBIL SERVICE STATION | 421 429 SPRUCE AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1622 | 9608 | | NORTH WILDWOOD CITY MUNICIPAL BUILDING | 901 ATLANTIC AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1623 | 91761 | | HEREFORD INLET MARINA | ASH AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1624 | 9606 | | SUNOCO SERVICE STATION | DELAWARE AVE & SPRUCE AVE | NORTH WILDWOOD | NORTH WILDWOOD CITY | 08260 | CAPE MAY |
| 1625 | 9599 | | GETTY SERVICE STATION | 1 7 W 9TH ST & BAY AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1626 | 63963 | | JCP&L OCEAN CITY COAL GAS PLANT | 11TH ST & WEST AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1627 | 9646 | | DANS SEAFOOD | 120 10TH ST | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1628 | 9625 | 46528 | COLEMANS EXXON SERVICE STATION #32554 | 19 9TH ST | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1629 | 9601 | | SUNOCO SERVICE STATION #0004-6631 | 201 E 9TH ST | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1630 | 126425 | 9597 | SUNOCO INC | 213 215 34TH ST | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1631 | 38315 | | THE PIRATES COVE MARINA | 304 308 BAY AVE | OCEAN CITY | OCEAN CITY | 082264026 | CAPE MAY |
| 1632 | 9626 | | MOBIL SERVICE STATION #15L8C | 34TH ST & BAY AVE | OCEAN CITY | OCEAN CITY | 082260000 | CAPE MAY |
| 1633 | 9597 | | SUNOCO DUNS NO: 00045815 | 34TH STREET & WEST AVE | OCEAN CITY | OCEAN CITY | | CAPE MAY |
| 1634 | 121309 | | BEACH BUMS LIMITED | 901 PALEN AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1635 | 9602 | | 9TH STREET BRIDGE PROJECT | 903 BAY AVE & 9TH ST | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1636 | 120221 | | DANS DOCKSIDE CAFE & MARINA | 920 926 PALEN AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1637 | 9598 | | HESS SERVICE STATION #30282 | 9TH ST & HAVEN AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1638 | 9596 | | OCEAN CITY SHELL SERVICE STATION | 9TH ST & WEST AVE | OCEAN CITY | OCEAN CITY | 08226 | CAPE MAY |
| 1639 | 9705 | | OCEAN VIEW SERVICE STATION | SHORE RD AKA RT 9 | OCEAN VIEW | DENNIS TWP | 08230 | CAPE MAY |
| 1640 | 46243 | | RIO GRANDE EXXON SERVICE STATION #39619 | 1 DELSEA DR & RT 9 AKA RT 47 & RT 9 | RIO GRANDE | MIDDLE TWP | 08242 | CAPE MAY |
| 1641 | 9644 | | RIO GRANDE GAS SERVICE STATION | 1 WILDWOOD BLVD | RIO GRANDE | MIDDLE TWP | 08242 | CAPE MAY |
| 1642 | 9636 | | SOUN US GAS SERVICE STATION | 1402 DELSEA DR AKA RT 47 | RIO GRANDE | MIDDLE TWP | 08242 | CAPE MAY |
| 1643 | 13055 | | 7 ELEVEN STORE #1125-21297 | 3RD ST & WILDWOOD BLVD | RIO GRANDE | MIDDLE TWP | 08242 | CAPE MAY |
| 1644 | 63965 | | SEA ISLE CITY FORMER MGP SITE | 210 39TH ST | SEA ISLE CITY | SEA ISLE CITY | 08243 | CAPE MAY |
| 1645 | 91273 | | ISRAELJACK | 317 43RD PL & BAY AVE | SEA ISLE CITY | SEA ISLE CITY | 08243 | CAPE MAY |
| 1646 | 43971 | | OCEAN DRIVE EXXON SERVICE CENTER #39665 | 4400 LANDIS AVE | SEA ISLE CITY | SEA ISLE CITY | 08243 | CAPE MAY |
| 1647 | 52945 | | STRUBLE SANDRA T | 364 MAIN ST | SOUTH SEAVILLE | DENNIS TWP | 08246 | CAPE MAY |
| 1648 | 121378 | | LA FONTANA DEL MARE INC | 1 COMMONWEALTH AVE | STRATHMERE | UPPER TWP | 08248 | CAPE MAY |
| 1649 | 9618 | | SOUTH JERSEY GAS CO | 1708 RT 9 | SWAINTON | MIDDLE TWP | 08210 | CAPE MAY |
| 1650 | 9590 | | TUCKAHOE EXXON SERVICE STATION #38137 | 1891 RT 50 | TUCKAHOE | UPPER TWP | 08250 | CAPE MAY |
| 1651 | 43440 | | SAMS GULF SERVICE STATION & COUNTRY STORE | RT 50 | TUCKAHOE | UPPER TWP | 082500000 | CAPE MAY |
| 1652 | 182897 | | EXXON SERVICE STATION #30619 FORMER | 2031 RT 50 | UPPER TWP | UPPER TWP | 08250 | CAPE MAY |
| 1653 | 9568 | | SEAVILLE SHELL SERVICE STATION | 2080 SHORE RD & RT 50 & RT 50 AKA RT 9 | UPPER TWP | UPPER TWP | 08250 | CAPE MAY |
| 1654 | 64355 | | 29 TYLER ROAD | 29 TYLER RD | UPPER TWP | UPPER TWP | 08270 | CAPE MAY |
| 1655 | 65112 | 9572 | NJDOT PETERSBURG MAINTENANCE FACILITY @ ROUTE 50 | 450 OLD TUCKAHOE RD | UPPER TWP | UPPER TWP | 08233 | CAPE MAY |
| 1656 | 54327 | | BP SERVICE STATION | 510 PERRY RD | UPPER TWP | UPPER TWP | 08223 | CAPE MAY |
| 1657 | 64426 | | UPPER TWP ALLENDALE ROAD GROUNDWATER CONTAMINATION | ALLENDALE RD | UPPER TWP | UPPER TWP | 08233 | CAPE MAY |
| 1658 | 9569 | | SUNOCO SERVICE STATION #0273-3368/7740 | GARDEN STATE PKWY MM 18.3 | UPPER TWP | UPPER TWP | 08250 | CAPE MAY |
| 1659 | 74215 | | ROUTE 50 GROUNDWATER CONTAMINATION | RT 50 | UPPER TWP | UPPER TWP | 08250 | CAPE MAY |
| 1660 | 9690 | | VILAS RIGGINS SERVICE STATION | 1225 BAYSHORE RD & PENNSYLVANIA AVE | VILLAS | LOWER TWP | 08251 | CAPE MAY |
| 1661 | 9691 | | EDS GAS & GO SERVICE STATION | 1805 BAYSHORE RD | VILLAS | LOWER TWP | 08251 | CAPE MAY |
| 1662 | 9698 | | OFF SHORE GETTY SERVICE STATION | 400 BAYSHORE RD & FLORIDA AVE | VILLAS | LOWER TWP | 08251 | CAPE MAY |
| 1663 | 144330 | | PONDERLODGE GOLF COURSE | BAYSHORE RD | VILLAS | LOWER TWP | 08251 | CAPE MAY |
| 1664 | 35513 | | EXXON SERVICE STATION #34312 | BAYSHORE RD & FULLING MILL RD | VILLAS | LOWER TWP | 07036 | CAPE MAY |
| 1665 | 9674 | | JAMES & TOM AUTOMOTIVE SERVICE | BAYSHORE RD & TAMPA AVE | VILLAS | LOWER TWP | 08251 | CAPE MAY |
| 1666 | 9571 | | SUNSET BOULEVARD SHELL SERVICE STATION | 110 SUNSET BLVD & FOW AVE | WEST CAPE MAY | WEST CAPE MAY BORO | 08204 | CAPE MAY |