NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1667 | 9551 | | BUTCHS SUNOCO SERVICE STATION | 305 319 W RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1668 | 9555 | | WILDWOOD RIGGINS SERVICE STATION | 305 325 RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1669 | 46857 | | L&B AMOCO SERVICE STATION | 3800 ATLANTIC AVE | WILDWOOD | WILDWOOD CITY | 082600000 | CAPE MAY |
| 1670 | 46114 | | JOHNNYS GULF SERVICE STATION | 4200 NEW JERSEY AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1671 | 24226 | | WILDWOOD AUTO REPAIR | 429 RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1672 | 313347 | | TOMS SUNOCO SERVICE STATION #0004-6235 | 4600 NEW JERSEY AVE & BURK AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1673 | 9550 | | WILDWOOD TEXACO SERVICE STATION | 4800 PARK BLVD & RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1674 | 30135 | | JOHNS TIRE & AUTO REPAIR CENTER INC | 503 RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1675 | 14059 | | SHELL SERVICE STATION #9062 0100 | 509 RIO GRANDE AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1676 | 9566 | | EDS CITGO SERVICE STATION | RIO GRANDE AVE & PARK BLVD | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1677 | 9553 | | CENTER CITY GAS SERVICE STATION | SPENCER AVE & ATLANTIC AVE | WILDWOOD | WILDWOOD CITY | 08260 | CAPE MAY |
| 1678 | 65341 | | 5213 PACIFIC AVENUE | 5213 PACIFIC AVE | WILDWOOD CITY | WILDWOOD CITY | 08260 | CAPE MAY |
| 1679 | 574820 | | TOPEKA AVENUE PUMPING STATION | 101 TOPEKA AVE W | WILDWOOD CREST | WILDWOOD CREST BORO | 08260 | CAPE MAY |
| 1680 | 14058 | | WILDWOOD LINEN SUPPLY OFFICE BUILDING | 6112 NEW JERSEY AVE | WILDWOOD CREST | WILDWOOD CREST BORO | 08260 | CAPE MAY |
| 1681 | 24285 | | CREST SHELL SERVICE STATION | 6801 NEW JERSEY AVE & PALM RD | WILDWOOD CREST | WILDWOOD CREST BORO | 08260 | CAPE MAY |
| 1682 | 9540 | | WASTE MANAGEMENT OF SOUTH JERSEY INC | 1 SCOTT AVE | WOODBINE | WOODBINE BORO | 08270 | CAPE MAY |
| 1683 | 63958 | | WOODBINE BORO FOUNDATIONS & STRUCTURES SLF | 1049 FIDLER RD | WOODBINE | WOODBINE BORO | 08270 | CAPE MAY |
| 1684 | 14600 | | SEASHORE ASPHALT CORP | 2451 DENNISVILLE PETERSBURG RD AKA RT 610 | WOODBINE | WOODBINE BORO | 08270 | CAPE MAY |
| 1685 | 358531 | | 115 LAKE STREET | 115 LAKE ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1686 | 41448 | | TOWN & COUNTRY GETTY SERVICE STATION | 155 IRVING AVE | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1687 | 43627 | | BRIDGETON MOGAS SERVICE STATION | 173 N LAUREL ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1688 | 9506 | | BRIDGETON FOOD & GAS SERVICE STATION | 176 N PEARL ST & IRVING ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1689 | 9515 | | WOODRUFF DISTRIBUTING CO | 185 WATER ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1690 | 9497 | | OWENS ILLINOIS INC BROCKAWAY GLASS DIV | 450 N LAUREL ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1691 | 9510 | | COASTAL MART INC SERVICE STATION #7213 | 490 BROAD ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1692 | 46324 | | BRIDGETON GETTY SERVICE STATION | 495 E BROAD ST & E COMMERCE ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1693 | 27311 | | NATIONAL REFRIGERANTS INC | 517 E COMMERCE ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1694 | 9529 | | BOB & WAYNES CITGO SERVICE STATION | 520 E COMMERCE ST & BUCKSHUTEM RD | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1695 | 46846 | | BANK ST AMOCO SERVICE STATION | 539 BANK ST | BRIDGETON | BRIDGETON CITY | 08902 00 | CUMBERLAND |
| 1696 | 9527 | | PEARL STREET AMOCO SERVICE STATION | 586 N PEARL ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1697 | 9503 | | SUNOCO SERVICE STATION #08564882 | 748 RT 49 & N BURLINGTON RD AKA E COMMERCE ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1698 | 9532 | | COURTHOUSE CLEANERS & LAUNDRY | 80 ATLANTIC ST | BRIDGETON | BRIDGETON CITY | 08302 | CUMBERLAND |
| 1699 | 9518 | | SAMS SUPER SERVICE STATION | 860 N PEARL ST | BRIDGETON | BRIDGETON CITY | 08318 | CUMBERLAND |
| 1700 | 9464 | | SUNOCO SERVICE STATION | 56 58 W MAPLE AVE & MAIN ST | CEDARVILLE | LAWRENCE TWP | 08311 | CUMBERLAND |
| 1701 | 9478 | | DAGASTINES FRIENDLY SERVICE STATION | 1694 MAIN ST & MARKET ST | COMMERCIAL TWP | COMMERCIAL TWP | 08349 | CUMBERLAND |
| 1702 | 182623 | | LAWS & LAWS INC | 1725 MAIN ST | COMMERCIAL TWP | COMMERCIAL TWP | 08349 | CUMBERLAND |
| 1703 | 318822 | | DAGASTINES TRANSFER INC | 1937 STRAWBERRY AVE | COMMERCIAL TWP | COMMERCIAL TWP | 08349 | CUMBERLAND |
| 1704 | 46649 | | MIDWAY STOP SERVICE STATION | 602 SHERMAN AVE | DEERFIELD TWP | DEERFIELD TWP | 08332 | CUMBERLAND |
| 1705 | 88721 | | BRIDGETON AVENUE GROUNDWATER CONTAMINATION | BRIDGETON AVE & MORTON AVE & LANDIS AVE | DEERFIELD TWP | DEERFIELD TWP | 08352 | CUMBERLAND |
| 1706 | 9450 | | CAMPBELLS TEXACO SERVICE STATION & COUNTRY STORE | 3890 DELSEA DR & MAURICETOWN CROSSWAY RD AKA RT 47 | DORCHESTER | MAURICE RIVER TWP | 08316 | CUMBERLAND |
| 1707 | 15449 | | BROWNS GETTY SERVICE STATION | 4071 DELSEA DR AKA RT 47 | DORCHESTER | MAURICE RIVER TWP | 08306 | CUMBERLAND |
| 1708 | 9473 | | BARNETTS CITGO SERVICE STATION | 129 MAIN ST | DOWNE TWP | DOWNE TWP | 08345 | CUMBERLAND |
| 1709 | 14055 | | SUNOCO SERVICE STATION | 1 BRIDGETON FAIRTON RD | FAIRFIELD TWP | FAIRFIELD TWP | 08320 | CUMBERLAND |
| 1710 | 9474 | | JOHNNYS ATLANTIC SERVICE STATION | 159 BRIDGETON FAIRTON RD | FAIRFIELD TWP | FAIRFIELD TWP | 083200000 | CUMBERLAND |
| 1711 | 48471 | | COLE BROTHERS | BRIDGETON FAIRTON RD | FAIRTON | FAIRFIELD TWP | 08320 | CUMBERLAND |
| 1712 | 9468 | | WOODS COUNTRY STORE | YE GREATE ST & BACONS NECK RD | GREENWICH TWP | GREENWICH TWP | 08323 | CUMBERLAND |
| 1713 | 9462 | | HOPEWELL VALERO SERVICE STATION | 620 SHILOH PK & W PARK DR | HOPEWELL TWP | HOPEWELL TWP | 08302 | CUMBERLAND |
| 1714 | 52165 | | TOTAL CAR CARE INC | 781 SHILOH PK | HOPEWELL TWP | HOPEWELL TWP | 08902 | CUMBERLAND |
| 1715 | 16023 | 38090 | MORIE CO INC | 9035 NOBLE ST | MAURICETOWN | COMMERCIAL TWP | 08329 | CUMBERLAND |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1716 | 50268 | | C&D GLASS | 1015 COLUMBIA AVE | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1717 | 9451 | | SOUTH JERSEY GAS CO | 1211 N 2ND ST | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1718 | 44293 | | CARTER CHEVROLET BUICK JEEP EAGLE INC | 1501 N 2ND ST | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1719 | 15000 | | GERRESHEIMER GLASS NC | 200 300 G ST & 3RD ST | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1720 | 9421 | | SICO CO DIRECT SERVICE STATION #22/822 | 2110 DELSEA DR AKA RT 47 | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1721 | 9414 | | TEXACO SERVICE STATION #100232 | 2225 DELSEA DR AKA RT 47 | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1722 | 14598 | | ST GOBAIN CONTAINERS @ HARRIS IND PK | 323 328 S 2ND ST | MILLVILLE | MILLVILLE CITY | 08605 | CUMBERLAND |
| 1723 | 141131 | 9454 | HESS SERVICE STATION #30298 | 812 N 2ND ST & MCNEAL ST | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1724 | 9442 | | SUNOCO SERVICE STATION #0815-6408 | 918 W MAIN ST & SPRUCE ST | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1725 | 17075 | | MILLVILLE CITY MUNICIPAL AIRPORT | LEDDON ST & BOGDEN BLVD | MILLVILLE | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1726 | 46750 | | HOLLY CITY GULF SERVICE STATION | 1019 S 2ND ST | MILLVILLE CITY | MILLVILLE CITY | 08332 | CUMBERLAND |
| 1727 | 43067 | | SCHMIDT BAKING CO INC | 1205 W MAIN ST | MILLVILLE CITY | MILLVILLE CITY | 08800 | CUMBERLAND |
| 1728 | 9476 | | LOBIONDO BROTHERS MOTOR EXPRESS | 711 N SHILOH AVE | ROSENHAYN | DEERFIELD TWP | 08352 | CUMBERLAND |
| 1729 | 9412 | | NOYES SERVICE CENTER INC | 10 S MAIN ST | SHILOH | SHILOH BORO | 08353 | CUMBERLAND |
| 1730 | 9404 | | IRENES TEXACO SERVICE STATION & DELI | 1145 SHILOH PK & SEELEY RD AKA RT 49 & SEELEY RD | STOW CREEK TWP | STOW CREEK TWP | 08353 | CUMBERLAND |
| 1731 | 46856 | | MILLERS AMOCO SERVICE STATION | SALEM PK & COHANSEY RD | STOW CREEK TWP | STOW CREEK TWP | 08353 | CUMBERLAND |
| 1732 | 9490 | | CHIARIS ENTERPRISES INC SERVICE STATION FORMER | 1309-1313 RT 77 | UPPER DEERFIELD TWP | UPPER DEERFIELD TWP | 083025005 | CUMBERLAND |
| 1733 | 9481 | | COASTAL SERVICE STATION | 145 LANDIS AVE | UPPER DEERFIELD TWP | UPPER DEERFIELD TWP | 08302 | CUMBERLAND |
| 1734 | 15812 | | CONECTIV POWER INC @ CARLLS CORNER STATION | 1623 BURLINGTON RD | UPPER DEERFIELD TWP | UPPER DEERFIELD TWP | 08302 | CUMBERLAND |
| 1735 | 9401 | | AMERADA HESS SERVICE STATION #30253 | N PEARL ST & CORNWELL DR AKA RT 77 | UPPER DEERFIELD TWP | UPPER DEERFIELD TWP | 08302 | CUMBERLAND |
| 1736 | 9299 | | UNITED RENTALS INC | 1016 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1737 | 9323 | | VINELAND CTY DPW ROAD & STREET DEPT | 1085 1088 WALNUT RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1738 | 9369 | | VINELAND CITY POLICE DEPT | 111 N 6TH ST & WOOD ST | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1739 | 9319 | | SUNOCO SERVICE STATION #0 8656076 | 1167 E CHESTNUT AVE & S MAIN RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1740 | 9394 | | LANDIS GETTY SERVICE STATION | 1184 E LANDIS AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1741 | 53023 | | WARES VAN & STORAGE CO INC | 1344 N WEST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1742 | 9349 | | SICO CO DIRECT SERVICE STATION #3 | 1361 E CHESTNUT AVE & S MAIN RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1743 | 9428 | | MEL RODRIGUEZ & SONS SICO SERVICE STATION #823 | 139 W LANDIS AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1744 | 9344 | | SHELL SERVICE STATION | 1403 W LANDIS AVE & S ORCHARD RD | VINELAND | VINELAND CITY | 083600000 | CUMBERLAND |
| 1745 | 9367 | | BOULEVARD RIGGINS SERVICE STATION | 1654 N WEST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1746 | 9373 | | SAMUEL CORALUZZO CO INC | 1713 N MAIN RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1747 | 13050 | | TEXACO SERVICE STATION #100292 | 1812 S LINCOLN AVE & DANTE AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1748 | 56681 | | KIDSTON SERVICE STATION FORMER | 1875 S MAIN RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1749 | 46325 | | SASDELLI SERVICE STATION | 19 N EAST BLVD | VINELAND | VINELAND CITY | 083600000 | CUMBERLAND |
| 1750 | 9302 | | VINELAND FUEL KING SERVICE STATION | 2169 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1751 | 53038 | | MINOTOLA NATIONAL BANK | 2302 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1752 | 9380 | | SUNOCO SERVICE STATION #00123737 | 2745 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1753 | 35437 | | WAWA FOOD MARKET #924 | 2802 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1754 | 14048 | | THREE JS AUTO REPAIR SERVICE STATION | 2820 S MAIN RD & E SHERMAN AVE | VINELAND | VINELAND CITY | 083605444 | CUMBERLAND |
| 1755 | 24778 | | MR ROBERTS INC | 3181 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1756 | 9320 | | SICO CO DIRECT SERVICE STATION #8/819 | 3703-E LANDIS AVE & LINCOLN AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1757 | 9379 | | UNITED PARCEL SERVICE | 3731 N MILL RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1758 | 176527 | | GALLO GMC TRUCK SALES INC | 389 WHEAT RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1759 | 9359 | | LS RIGGINS OIL CO | 3938 S MAIN RD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1760 | 9434 | | EP HENRY BLOCK CORP | 4200 S WEST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1761 | 9295 | | DELSEA SERVICE STATION | 469 DELSEA DR & CHESTNUT AVE AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1762 | 45865 | | AGWAY INC ENERGY PRODUCTS VINELAND BULK PLANT | 511 PAUL ST | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1763 | 22797 | | A&L SERVICE STATION | 557 DELSEA DR AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1764 | 9271 | | NATIONAL FREIGHT VINELAND TERMINAL | 57 PARK AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1765 | 453280 | 19741 | EVEY ENGINEERING CO INC | 730 S WEST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1766 | 16948 | | SEARS ROBBUCK & CO | 8 W LANDIS AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1767 | 9279 | | SICO CO DIRECT SERVICE STATION #5/834 | 885 CHESTNUT AVE & S EAST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1768 | 9278 | | US ONE SERVICE STATION | 901 CHESTNUT AVE & S EAST BLVD | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1769 | 9334 | | ROYAL SERVICE CENTER INC | 906 E LANDIS AVE | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1770 | 9383 | | EXXON SERVICE STATION #38691 | N DELSEA DR & PARK AVE AKA RT 47 | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1771 | 14582 | | DEROSSI & SON INC | S 6TH ST & QUINCE ST | VINELAND | VINELAND CITY | 08360 | CUMBERLAND |
| 1772 | 73762 | | SERVICE STATION | 701 ELMER ST & 109 S 7TH ST | VINELAND CITY | VINELAND CITY | 08360 | CUMBERLAND |
| 1773 | 15687 | | CLARA MAASS MEDICAL CENTER | 1 CLARA MAASS DR AKA FRANKLIN AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1774 | 9231 | | BELMOUNT GAS SERVICE STATION | 113 119 FRANKLIN ST | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1775 | 9267 | | PYRAMID SERVICE STATION | 127 BELLEVILLE AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1776 | 9230 | | SHELL SERVICE STATION #138295 | 156 BELLEVILLE AVE & HORNBLOWER AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1777 | 42503 | | SILVER LAKE GAS & GO SERVICE STATION | 190 FRANKLIN ST | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1778 | 384931 | | VALLEY NATIONAL BANK | 22 BLOOMFIELD AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1779 | 16198 | | AMERADA HESS SERVICE STATION #30278 FORMER | 24 34 FRANKLIN ST & N 7TH ST | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1780 | 181428 | | VACANT BUILDING | 24 46 ROOSEVELT AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1781 | 9233 | | JOES GULF SERVICE STATION | 368 FRANKLIN AVE & JORALAMEN AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1782 | 9330 | | LUKOIL SERVICE STATION #57233 | 389 FRANKLIN AVE & JORALEMON ST | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1783 | 9248 | | ENRITE SERVICE STATION | 605 WASHINGTON AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1784 | 411158 | | 675 MAIN STREET | 675 MAIN ST | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1785 | 9269 | | SHELL SERVICE STATION #138294 | 735 BELLEVILLE AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1786 | 9246 | | FRANK SUNOCO SERVICE STATION | 735 WASHINGTON AVE | BELLEVILLE | BELLEVILLE TWP | 07109 | ESSEX |
| 1787 | 75617 | | 311 STEPHENS STREET | 311 STEPHENS ST | BELLEVILLE TWP | BELLEVILLE TWP | 07109 | ESSEX |
| 1788 | 47058 | | US POSTAL SERVICE BELLEVILLE POST OFFICE | 525 MAIN ST | BELLEVILLE TWP | BELLEVILLE TWP | 07109 | ESSEX |
| 1789 | 9173 | | WESTINGHOUSE ELECTRIC CORP LAMP DIV | 1 WESTINGHOUSE PLAZA | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1790 | 9176 | | SUNOCO SERVICE STATION #0001 4290 | 10 14 LINDEN AVE & GLENWOOD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1791 | 9189 | | NEW LOOK EXPRESS AUTO DETAILING & HAND CAR WASH | 111 FRANKLIN ST & WEAVER AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1792 | 9221 | | SYED GULF SERVICE STATION | 122 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1793 | 16228 | | BLOOMFIELD TWP FIRE DEPT STATION #4 | 1223 1231 BROAD ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1794 | 9223 | | DELTA SERVICE STATION | 141 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1795 | 9205 | | LUKOIL SERVICE STATION #57728 | 1414 BROAD ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1796 | 9198 | | LUMMUS TECHNOLOGY INC | 1515 BROAD ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1797 | 525433 | | 164 168 BLOOMFIELD AVENUE | 164 168 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1798 | 14045 | | LEHIGH GAS SERVICE STATION | 171 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07017 | ESSEX |
| 1799 | 9220 | | HARTZ MOUNTAIN INDUSTRIES INC | 192 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1800 | 44656 | | FOUR CORNERS REALTY | 200 DARLING AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1801 | 24265 | | CREATIVE EMBROIDERY CORP LOGO II DIV | 211 GROVE ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1802 | 14044 | | NJLG LIST1 NJ0223 SERVICE STATION | 211 WATCHUNG AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1803 | 46388 | | R&S STRAUSS #7 | 26 48 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1804 | 47981 | | 347 BROAD COMMONS CORP | 347 BROAD ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1805 | 9217 | | LEHIGH GAS SERVICE STATION | 461 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1806 | 9218 | | AKAR VII EXXON SERVICE STATION #30041 | 491 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1807 | 20064 | | CROMPTON & KNOWLES COLORS INC | 50 WEST ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1808 | 9224 | | SUNOCO SERVICE STATION #0006 9021 | 72 BLOOMFIELD AVE & N 17TH ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1809 | 9169 | | GETTY SERVICE STATION #56818 | 721 E PASSAIC AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1810 | 9213 | | BELLEVILLE AVENUE SERVICE STATION | 75 BELLEVILLE AVE G M REEVE BROWN INC | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1811 | 57466 | | RITE AID PHARMACY #3425 | 77 105 BLOOMFIELD AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1812 | 57336 | | ESSEX CNTY DEPT OF PARKS BROOKDALE PARK MAINTENANCE BUILDING | BELLEVUE AVE | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1813 | 47199 | | BLOOMFIELD MOBIL SERVICE STATION | BROAD ST & BAY ST | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1814 | 9163 | | SUNOCO SERVICE STATION #0165-6990/7746 | GARDEN STATE PKWY MM 152.9 S | BLOOMFIELD | BLOOMFIELD TWP | 07003 | ESSEX |
| 1815 | 9184 | | SUNOCO SERVICE STATION #0645 5836 7747 | GARDEN STATE PKWY MM 153.0 N | BLOOMFIELD | BLOOMFIELD TWP | 07098 | ESSEX |
| 1816 | 9146 | | STK AUTOMOTIVE INC | 554 BLOOMFIELD AVE | CALDWELL | CALDWELL BORO | 07021 | ESSEX |
| 1817 | 9119 | | EXXON SERVICE STATION #31665 | 379 POMPTON AVE & BRADFORD AVE | CEDAR GROVE | CEDAR GROVE TWP | 07009 | ESSEX |
| 1818 | 9127 | | SERVOMETER CORP | 501 LITTLE FALLS RD | CEDAR GROVE | CEDAR GROVE TWP | 070090000 | ESSEX |
| 1819 | 9114 | | HILLCREST EXXON SERVICE STATION #31698 | 648 POMPTON AVE & MYRTLE AVE | CEDAR GROVE | CEDAR GROVE TWP | 07009 | ESSEX |
| 1820 | 9115 | | TEXACO SERVICE STATION #100123 | 666 POMPTON AVE AKA RT 23 & MYRTLE AVE | CEDAR GROVE | CEDAR GROVE TWP | 07009 | ESSEX |
| 1821 | 9112 | | ESSEX CNTY DPW FLEET MANAGEMENT | 99 W BRADFORD AVE | CEDAR GROVE | CEDAR GROVE TWP | 07009 | ESSEX |
| 1822 | 52692 | | WARD BAKERY BUILDING | 14TH AVE 194 220 13TH ST N | EAST ORANGE | EAST ORANGE CITY | 07426 | ESSEX |
| 1823 | 9126 | | JS AMOCO SERVICE STATION GAS & WASH | 10 SUSSEX AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1824 | 9103 | | LUKOIL SERVICE STATION #57347 | 100 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1825 | 121260 | | SUSSEX MALL | 12 60 SUSSEX AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1826 | 9051 | | MCGRAW EDISON CO WORTHINGTON PUMP | 14 4TH AVE | EAST ORANGE | EAST ORANGE CITY | 07019 | ESSEX |
| 1827 | 9104 | | SHELL SERVICE STATION #138337 | 180 CENTRAL AVE & HAWTHORNE AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1828 | 46997 | | ORATON PARKWAY EXXON SERVICE STATION #30227 | 2 N ORATON PKWY | EAST ORANGE | EAST ORANGE CITY | 07017 | ESSEX |
| 1829 | 9098 | | SPEEDWAY SERVICE STATION #03480 | 20 26 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07019 | ESSEX |
| 1830 | 9053 | | BROOKWOOD GULF SERVICE STATION | 205 SANFORD ST | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1831 | 9036 | | CHARLES BESELER CO CORP | 219 S 18TH ST | EAST ORANGE | EAST ORANGE CITY | 07019 | ESSEX |
| 1832 | 47697 | | GAS MART SERVICE STATION | 221 CENTRAL AVE & WITTLESEY AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1833 | 9097 | | EXXON SERVICE STATION #31994 | 250 254 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1834 | 9039 | | GULF SERVICE STATION | 277 SANFORD ST & TREMONT AVE | EAST ORANGE | EAST ORANGE CITY | 07017 | ESSEX |
| 1835 | 177828 | | SPEEDY LUBE | 327 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1836 | 9056 | | UPSALA COLLEGE CORP | 339 345 PROSPECT ST | EAST ORANGE | EAST ORANGE CITY | 07019 | ESSEX |
| 1837 | 9044 | | GETTY SERVICE STATION #56106 | 380 CLINTON ST S & RHODE ISLAND | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1838 | 12887 | | FRESH AS A DAISY CLEANERS | 402 GLENWOOD AVE | EAST ORANGE | EAST ORANGE CITY | 07017 | ESSEX |
| 1839 | 373860 | | 431 433 MARTIN LUTHER KING BOULEVARD | 431 433 MARTIN LUTHER KING BLVD | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1840 | 55736 | | WHITE BROTHERS TRUCKING | 459 CLINTON ST | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1841 | 46273 | | DARDENS EXXON SERVICE STATION #31677 | 516 WILLIAM ST | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1842 | 9048 | | LUKOIL SERVICE STATION #57202 | 544 WILLIAM ST | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1843 | 34884 | | EXXON SERVICE STATION #30209 | 551 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07019 | ESSEX |
| 1844 | 222556 | | RITE AID PHARMACY #2713 | 80 CENTRAL AVE | EAST ORANGE | EAST ORANGE CITY | 07018 | ESSEX |
| 1845 | 9041 | | GETTY SERVICE STATION #56848 | 85 DODD ST & PROSPECT ST | EAST ORANGE | EAST ORANGE CITY | 07017 | ESSEX |
| 1846 | 51835 | | WHITE BUS CO INC | 907 S ORANGE AVE | EAST ORANGE | EAST ORANGE CITY | 07017 | ESSEX |
| 1847 | 47816 | | JW PIERSON CO | 89 DODD ST | EAST ORANGE CITY | EAST ORANGE CITY | 07017 | ESSEX |
| 1848 | 64332 | | AMOCO SERVICE STATION | 90 DODD ST | EAST ORANGE CITY | EAST ORANGE CITY | 07018 | ESSEX |
| 1849 | 52853 | | ESSEX FELLS COUNTRY CLUB | 219 DEVON RD | ESSEX FELLS | ESSEX FELLS BORO | 070211598 | ESSEX |
| 1850 | 8998 | | SKYLINE PROPERTIES | 100 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1851 | 8999 | | ESSEX CNTY AIRPORT | 125 PASSAIC AVE AKA 1 WRIGHT WAY | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1852 | 63843 | | LUCAS AEROSPACE | 155 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1853 | 9001 | | HERAEUS QUARTZTECH INC | 17 MADISON RD | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1854 | 529850 | 13047 | RALSTONS INC | 205 RT 46 | FAIRFIELD | FAIRFIELD TWP | 070042322 | ESSEX |
| 1855 | 89701 | | HORSENECK GULF SERVICE STATION | 223 HORSENECK RD | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1856 | 64501 | | ALLEN BRADLEY CO | 24 DWIGHT PL | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1857 | 21921 | | CONTROL INSTRUMENTS CORP | 25 LAW DR | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1858 | 8981 | | FAIRFIELD FUEL SERVICE STATION | 254 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1859 | 35520 | | ATLANTIC PRODUCTS INC | 300 FAIRFIELD RD | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1860 | 9014 | | DANS GULF SERVICE STATION | 301 FAIRFIELD RD | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1861 | 9029 | | FAIRFIELD DELTA SERVICE STATION | 37 CLINTON RD | FAIRFIELD | FAIRFIELD TWP | 07073 | ESSEX |
| 1862 | 8997 | | TIGER RUN INC SERVICE STATION | 384 PASSAIC AVE | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1863 | 47802 | | HOBART CORP | 4 GLORIA LN | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1864 | 94947 | | 5 FLEETWOOD AVENUE | 5 FLEETWOOD AVE | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1865 | 29793 | | FAIRFIELD LAUNDRY MACHINERY CORP | 5 MONTESANO RD | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1866 | 8983 | | DEAN FAIRFIELD SERVICE STATION | 6 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1867 | 64344 | | PRIME CONSTRUCTION CO | 627 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1868 | 55567 | | REXON TECHNOLOGY CORP FORMER | 8 AUDREY PL | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1869 | 8988 | | SPEEDWAY SERVICE STATION #03470 | 90 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1870 | 54054 | | ESSEX DEVELOPMENT CORP RESEARCH BUILDING | 99 NEW DUTCH LN | FAIRFIELD | FAIRFIELD TWP | 07006 | ESSEX |
| 1871 | 8973 | | FAIRFIELD MOBIL SERVICE STATION | 650 RT 46 | FAIRFIELD | FAIRFIELD TWP | 07004 | ESSEX |
| 1872 | 84402 | | 10 PIER LANE | 10 PIER LN | FAIRFIELD BORO | FAIRFIELD TWP | 07006 | ESSEX |
| 1873 | 69623 | | BROCKWAY STANDARD INC | 16 DANIEL RD E | FAIRFIELD TWP | FAIRFIELD TWP | 07006 | ESSEX |
| 1874 | 14028 | | SENERGY GAS | 572 RT 46 & LITTLE FALLS RD | FAIRFIELD TWP | FAIRFIELD TWP | 070060011 | ESSEX |
| 1875 | 14035 | | SOLBERN CORP | 8 KULICK RD | FAIRFIELD TWP | FAIRFIELD TWP | 070060011 | ESSEX |
| 1876 | 146602 | | 35 LORRAINE STREET | 35 LORRAINE ST | GLEN RIDGE | GLEN RIDGE BORO | 07028 | ESSEX |
| 1877 | 42025 | | SUPER VALUE SERVICE STATION | 1107 1117 STUYVESANT AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1878 | 14023 | | FRANCIS CHEVROLET | 1128 SPRINGFIELD AVE | IRVINGTON | IRVINGTON TWP | 087230000 | ESSEX |
| 1879 | 8943 | | SHELL SERVICE STATION #138881 | 1173 CLINTON AVE & CUMMINGS ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1880 | 14024 | | F&G FUEL SERVICE STATION | 1202 1210 SPRINGFIELD AVE | IRVINGTON | IRVINGTON TWP | 087230000 | ESSEX |
| 1881 | 8906 | | GUL SERVICE STATION | 1359 SPRINGFIELD AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1882 | 377381 | | 153 MADISON AVENUE | 153 MADISON AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1883 | 47991 | | SUNOCO SERVICE STATION #00069922 | 18TH AVE & MUNN AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1884 | 8931 | | REVLON CONSUMER PRODUCTS CORP | 196 199 COIT ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1885 | 435909 | | 34 TEMPLE PLACE | 34 TEMPLE PL | IRVINGTON | IRVINGTON TWP | 07106 | ESSEX |
| 1886 | 50511 | | WORLDWIDE DISTRIBUTION INC | 460 COIT ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1887 | 19985 | | NATIONAL PAINT PRODUCTS CO | 500 CHANCELLOR AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1888 | 48161 | | IRVINGTON TWP BD OF ED TRANSPORTATION DEPT | 503 UNION AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1889 | 46091 | 8922 | GARDEN STATE BRICKFACE & STUCCO | 511 LYONS AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1890 | 53961 | | SILTEX INC FORMER | 514 LYONS AVE | IRVINGTON | IRVINGTON TWP | 071110000 | ESSEX |
| 1891 | 57605 | | PHILS SERVICE STATION | 517 S 20TH ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1892 | 8923 | | HESS SERVICE STATION #30507 | 543 553 LYONS AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1893 | 8954 | | JAYS SERVICE STATION INC | 558 CHANCELLOR AVE | IRVINGTON | IRVINGTON TWP | 071110000 | ESSEX |
| 1894 | 14026 | | ENRITE SERVICE STATION | 558 GROVE ST | IRVINGTON | IRVINGTON TWP | 087230000 | ESSEX |
| 1895 | 19662 | | TRUARCCO | 57 69 CORDIER ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1896 | 56952 | | LARAMKRIS CORP | 68 82 COIT ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1897 | 8915 | | SHELL MART SERVICE STATION | 681 LYONS AVE & AUGUST ST | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1898 | 8916 | | EXXON SERVICE STATION #30065 FORMER | 693 LYONS AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1899 | 45419 | | GETTY SERVICE STATION #55869 | 749 LYONS AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1900 | 8917 | | SUNOCO SERVICE STATION #00069310 | 754 LYONS AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1901 | 8911 | | SPEEDWAY SERVICE STATION #03485 | 895 SPRINGFIELD AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1902 | 8940 | | PSE&G METRO IRVINGTON SUB HDQTRS | 938 CLINTON AVE | IRVINGTON | IRVINGTON TWP | 07111 | ESSEX |
| 1903 | 45293 | | IRVINGTON TWP PUBLIC SAFETY BUILDING | 1 CIVIC SQUARE ROOM 107 | IRVINGTON TWP | IRVINGTON TWP | 07111 | ESSEX |
| 1904 | 65373 | | COLELLA & COLELLA | 1338 SPRINGFIELD AVE | IRVINGTON TWP | IRVINGTON TWP | 07111 | ESSEX |
| 1905 | 83726 | | DAIRYLAND ICE CREAM | 487 CHANCELLOR AVE | IRVINGTON TWP | IRVINGTON TWP | 07111 | ESSEX |
| 1906 | 93338 | | BRADFORD UTILITIES SUPPLY MFG | 527 535 LYONS AVE | IRVINGTON TWP | IRVINGTON TWP | 07111 | ESSEX |
| 1907 | 48791 | | OSCARS SERVICE CENTER | 8 LINCOLN PL & NYE RD | IRVINGTON TWP | IRVINGTON TWP | 07111 | ESSEX |
| 1908 | 64202 | | PAPER MART INC | 120 DORSA AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1909 | 124901 | | 16 WESTMOUNT DRIVE | 16 WESTMOUNT DR | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1910 | 87580 | | LIVINGSTON AVENUE | 212-214 LIVINGSTON AVENUE | LIVINGSTON | LIVINGSTON | | ESSEX |
| 1911 | 8886 | | EXXON SERVICE STATION #32144 | 222 N LIVINGSTON AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |