NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1912 | 8871 | | RACEWAY LIVINGSTON SOUTH ORANGE SERVICE STATION | 266 S ORANGE AVE & PASSAIC | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1913 | 8889 | | EAST CEDAR EXXON SERVICE STATION | 327 E NORTHFIELD RD | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1914 | 8876 | | LIVINGSTON TWP POLICE DEPT | 333 S LIVINGSTON AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1915 | 8847 | | SHELL SERVICE STATION #138406 | 37 MT PLEASANT AVE W AKA RT 10 & VIRGINIA AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1916 | 8857 | | MT PLEASANT EXXON SERVICE STATION | 38 E MT PLEASANT AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1917 | 8863 | | DELTA SERVICE STATION | 400 MT PLEASANT AVE W | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1918 | 63654 | | STANDARD OPTICAL MFG CO | 42 OKNER PKWY | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1919 | 8858 | | SHELL SERVICE STATION #45450108 | 527 MT PLEASANT AVE W AKA RT 10 & WALNUT ST | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1920 | 8856 | | TEXACO SERVICE STATION #100174 | 56 MT PLEASANT AVE W | LIVINGSTON | LIVINGSTON TWP | 07043 | ESSEX |
| 1921 | 8870 | | CARNEVALE GULF SERVICE STATION #120943 | 625 S LIVINGSTON AVE 11 E HOBART GAP RD | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1922 | 8872 | | TIGER GAP INC SERVICE STATION | 649 S ORANGE AVE | LIVINGSTON | LIVINGSTON TWP | 07039 | ESSEX |
| 1923 | 84972 | | 21 WEST LAWN ROAD | 21 W LAWN RD | LIVINGSTON TWP | LIVINGSTON TWP | 07039 | ESSEX |
| 1924 | 8873 | | EXXON SERVICE STATION #32186 | 226 228 W NORTHFIELD RD | LIVINGSTON TWP | LIVINGSTON TWP | 07039 | ESSEX |
| 1925 | 8864 | | BP SERVICE STATION #1511 | 995 W NORTHFIELD RD | LIVINGSTON TWP | LIVINGSTON TWP | 07039 | ESSEX |
| 1926 | 43676 | | WOOLLEY FUEL CO | 12 BURNETT AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1927 | 94614 | | 12 ST LAWRENCE AVENUE | 12 ST LAWRENCE AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1928 | 23045 | | HEINKEL AUTOMOTIVE INC | 1443 SPRINGFIELD AVE | MAPLEWOOD | MAPLEWOOD TWP | 070400000 | ESSEX |
| 1929 | 8828 | | RICHARDS SERVICE STATION | 1459 SPRINGFIELD AVE | MAPLEWOOD | MAPLEWOOD TWP | 070400000 | ESSEX |
| 1930 | 8820 | | SHELL SERVICE STATION #138417 | 1609 1619 SPRINGFIELD AVE & TUSCAN RD | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1931 | 47696 | | SUNOCO SERVICE STATION #0006 9096 | 1712 SPRINGFIELD AVE & TUSCAN ST | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1932 | 178452 | | 18 HARDING STREET | 18 HARDING ST | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1933 | 498000 | | PSEG FOSSIL | 186 238 BOYDEN AVE 200 BOYDEN AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1934 | 8821 | | AMOCO SERVICE STATION #98 | 1864 SPRINGFIELD AVE | MAPLEWOOD | MAPLEWOOD TWP | 07054 | ESSEX |
| 1935 | 30652 | | MILLBURN AUDI PARTS | 2185 2213 MILLBURN AVE 2204 2211 MILLBURN AVE REAR 767 781 VALLEY ST | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1936 | 229446 | | 31 NORTH CRESCENT AVENUE | 31 N CRESCENT AVENUE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1937 | 55892 | | MAPLEWOOD TWP RECYCLING CENTER | 359 BOYDEN AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1938 | 8823 | | MAPLEWOOD SHELL SERVICE STATION | 490 494 VALLEY ST & PARKER AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1939 | 453656 | | 50 BOYDEN AVENUE | 50 BOYDEN AVE | MAPLEWOOD | MAPLEWOOD TWP | 07960 | ESSEX |
| 1940 | 165714 | | 50 COOLIDGE ROAD | 50 COOLIDGE RD | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1941 | 257348 | | 54 KENDAL AVENUE | 54 KENDAL AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1942 | 8824 | | MARIOS EXXON SERVICE STATION #31799 | 744 752 IRVINGTON AVE 279 PARKER AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1943 | 218582 | | MAPLECREST SHELTER HOUSE @ MAPLECREST PARK | TUSCAN RD & SPRINGFIELD AVE | MAPLEWOOD | MAPLEWOOD TWP | 07040 | ESSEX |
| 1944 | 182726 | | HILTON BUS CO | 1450 SPRINGFIELD AVE | MAPLEWOOD TWP | MAPLEWOOD TWP | 07040 | ESSEX |
| 1945 | 88161 | | 154 FRANKLIN AVENUE | 154 FRANKLIN AVE | MAPLEWOOD TWP | MAPLEWOOD TWP | 07040 | ESSEX |
| 1946 | 149824 | | CHEMICALS LAIF | 1609 1619 SPRINGFIELD AVE & 1611 SPRINGFIELD AVE | MAPLEWOOD TWP | MAPLEWOOD TWP | 35010 | ESSEX |
| 1947 | 84019 | | MIDEX MUFFLER | 1866 SPRINGFIELD AVE | MAPLEWOOD TWP | MAPLEWOOD TWP | 07040 | ESSEX |
| 1948 | 87558 | | 693 VALLEY STREET | 693 VALLEY ST | MAPLEWOOD TWP | MAPLEWOOD TWP | 07040 | ESSEX |
| 1949 | 149520 | | 7 SOMMER AVENUE | 7 SOMMER AVE | MAPLEWOOD TWP | MAPLEWOOD TWP | 07040 | ESSEX |
| 1950 | 8807 | | BERNIES EXXON SERVICE STATION #30559 | 132 136 MILLBURN AVE | MILLBURN | MILLBURN TWP | 07041 | ESSEX |
| 1951 | 8790 | | SUNOCO SERVICE STATION #00140509 | 175 MAIN ST & SPRING ST | MILLBURN | MILLBURN TWP | 07041 | ESSEX |
| 1952 | 49939 | | KENNYS @ SCHOOLHOUSE PLAZA | 387 MILLBURN AVE | MILLBURN | MILLBURN TWP | 07041 | ESSEX |
| 1953 | 13043 | | ESSEX CNTY DPW SOUTH MOUNTAIN RESERVATION SLF | S ORANGE AVE | MILLBURN | MILLBURN TWP | 07104 | ESSEX |
| 1954 | 86924 | | 19 KILMER DRIVE | 19 KILMER DR | MILLBURN TWP | MILLBURN TWP | 07041 | ESSEX |
| 1955 | 87546 | | 34 UNDERCLIFF ROAD | 34 UNDERCLIFF RD | MILLBURN TWP | MILLBURN TWP | 07141 | ESSEX |
| 1956 | 48783 | | WALGREENS PHARMACY KINGS SUPERMARKET | 800 MORRIS & ESSEX TPKE | MILLBURN TWP | MILLBURN TWP | 07078 | ESSEX |
| 1957 | 38594 | | DECAMP BUS LINES | 101 GREENWOOD AVE | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1958 | 215735 | | OPPENHEIMER MEAT PURVEYOR | 112 114 WALNUT ST | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1959 | 8767 | | ATI SERVICE STATION | 113 GROVE ST | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1960 | 8780 | | NJLG UST1 NJ0180 SERVICE STATION | 115 BLOOMFIELD AVE | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 1961 | 363272 | | 12 WINDERMERE ROAD | 12 WINDERMERE RD | MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 1962 | 8733 | | RELIABLE CLEANERS | 123 WATCHUNG AVE | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1963 | 366873 | | THE SALVATION ARMY | 13 TRINITY PL | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1964 | 46475 | | J&L EXXON SERVICE STATION #35331 | 23 ORANGE RD | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1965 | 8754 | | WARNER ENGINEERING CO | 239 LORRAINE AVE | MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 1966 | 8781 | | BLOOM AVENUE GAS SERVICE STATION | 264 BLOOMFIELD AVE & ELM ST | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1967 | 20976 | | ANGELO MIELE & SONS INC | 328 ORANGE RD | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1968 | 22334 | | AMOCO SERVICE STATION #4223 | 525 VALLEY RD | MONTCLAIR | MONTCLAIR TWP | 07028 | ESSEX |
| 1969 | 46624 | | MONTCLAIR CITGO SERVICE STATION FORMER | 527 529 VALLEY RD | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1970 | 8739 | | GETTY SERVICE STATION #95737 | 575 VALLEY RD | MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 1971 | 27368 | | DCH MONTCLAIR | 638 BLOOMFIELD AVE & VALLEY RD | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1972 | 8729 | | DELTA SERVICE STATION | 651 BLOOMFIELD AVE | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1973 | 8773 | | GRAND AUTO SERVICE INC | 694 BLOOMFIELD AVE 2 ORANGE RD | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1974 | 29094 | | A LOMBARDI INC | 73 N WILLOW ST | MONTCLAIR | MONTCLAIR TWP | 07042 | ESSEX |
| 1975 | 130633 | | 95 GORDONHURST AVENUE | 95 GORDONHURST AVE | MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 1976 | 65793 | | FIRST FEDERAL SAVINGS & LOAN | 323 ORANGE RD | MONTCLAIR TWP | MONTCLAIR TWP | 07042 | ESSEX |
| 1977 | 36497 | | ENSYSTEX II INC | 632 VALLEY RD | MONTCLAIR TWP | MONTCLAIR TWP | | ESSEX |
| 1978 | 88409 | | 95 CENTRAL AVENUE | 95 CENTRAL AVE | MONTCLAIR TWP | MONTCLAIR TWP | 07042 | ESSEX |
| 1979 | 8649 | | COURT TOWERS APARTMENTS | 1 COURT ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 1980 | 25766 | | SATURN ENGINEERING CORP | 10 MAIN ST | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 1981 | 25234 | | MAHDIS GETTY SERVICE STATION | 10 S 13TH ST | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 1982 | 39484 | | CANRAD HANOVIA INC | 100 CHESTNUT ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 1983 | 145863 | | JT DISMANTLING | 100 LISTER AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 1984 | 55144 | | JETGO AUTO REPAIRS | 1001 18TH AVE | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 1985 | 8428 | | SMITTYS EXXON SERVICE STATION | 101 13TH AVE | NEWARK | NEWARK CITY | 071030000 | ESSEX |
| 1986 | 51909 | | ESSEX CNTY FOOD STAMP OFFICE | 1013 1015 BROAD ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 1987 | 200742 | | 105 NICHOLS STREET | 105 NICHOLS ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 1988 | 40721 | | NEWARK CITY PUBLIC SCHOOLS BROADWAY ELEMENTARY SCHOOL | 108 ORATON ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 1989 | 8551 | | LUKOIL SERVICE STATION #57298 | 1086 MCCARTER HWY & BRIDGE ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 1990 | 59332 | | MAC HEALTHCARE SERVICES INC | 110 EVERGREEN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 1991 | 49384 | | EXXON SERVICE STATION #32233 | 1129 S ORANGE AVE | NEWARK | NEWARK CITY | 07106 | ESSEX |
| 1992 | 8565 | | HILTON DAVIS CHEMICAL CO | 120 LISTER AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 1993 | 8694 | | MOBIL SERVICE STATION #2634877 | 1226 BROAD ST & MCCARTHER HWY | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 1994 | 24535 | | UTILITY PRINTING CO INC | 123 HUDSON ST | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 1995 | 8553 | | A FIORE & SONS RECYCLING & SALVAGE INC | 1230 MCCARTER HWY | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 1996 | 48776 | | HOLY SEPULCHRE CEMETERY | 125 CENTRAL AVE | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 1997 | 42168 | | INDUSTRIAL PETROCHEMICALS INC | 128 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 1998 | 8311 | | SHERATON NEWARK HOTEL | 128 FRONTAGE RD | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 1999 | 18218 | | STANLEY TOOLS FACILITY FORMER | 140 CHAPEL ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2000 | 57761 | | ST JAMES CHURCH | 143 MADISON ST | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2001 | 8547 | | SHELL SERVICE STATION #58550901 | 1434 MCCARTER HWY & 3RD | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2002 | 19140 | | BEST PROVISION CO INC | 144 AVON AVE & 143 159 JELLIFF AVE | NEWARK | NEWARK CITY | 07108 | ESSEX |
| 2003 | 8502 | | RUGGIERO SEAFOOD INC | 146 162 PENNINGTON ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2004 | 8645 | | EIC ASSOCIATES INC | 148 182 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2005 | 8542 | | RAN SERVICE STATION INC | 149 MEEKER AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2006 | 14241 | | PSE&G ESSEX GENERATING STATION | 151 155 RAYMOND BLVD | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2007 | 8659 | 65292 | PORT EATERY INC | 151 CORBIN ST & TYLER ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2008 | 51287 | | CLOVER ENTERPRISES | 155 WASHINGTON ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2009 | 64021 | | CELANESE CORP OF AMERICA | 156 166 ROME ST & 157 167 KOSSUTH ST | NEWARK | NEWARK CITY | 07105 | ESSEX |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2010 | 8580 | | RETTIG COAL CO INC | 160 162 JELIFF AVE | NEWARK | NEWARK CITY | 07108 | ESSEX |
| 2011 | 8429 | | EJ BROOKS CO INC | 164 N 13TH ST | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2012 | 52897 | | ST CASIMIRS PARISH | 154 NICHOLS ST | NEWARK | NEWARK CITY | 071050000 | ESSEX |
| 2013 | 52764 | | NJ INSTITUTE OF TECHNOLOGY | 168 182 CENTRAL AVE | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2014 | 334592 | | GALAXY INC | 171 183 FOUNDRY ST 185 FOUNDRY ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2015 | 20075 | | NATIONAL FUEL OIL INC | 175 ORANGE ST | NEWARK | NEWARK CITY | 071090000 | ESSEX |
| 2016 | 51773 | | HUDSON TOOL & DIE CO INC | 18 MALVERN ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2017 | 42509 | | GUARDIAN FENCE CO INC | 180 WRIGHT ST | NEWARK | NEWARK CITY | 071142627 | ESSEX |
| 2018 | 145868 | | FERNANDO AUTO REPAIR | 184 192 LAFAYETTE ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2019 | 127326 | | 186 OLIVER STREET | 186 OLIVER ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2020 | 63600 | | CLIFFORD STREET REALITY | 193 203 CLIFFORD ST | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2021 | 8550 | | WESTROCK SOUTHERN CONTAINER | 2013 MCCARTER HWY | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2022 | 8714 | | MANOPCO INC | 207 215 AVE L | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2023 | 62389 | | REPUBLIC SERVICES OF NJ INC | 209 223 SHERMAN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2024 | 532269 | | KIPP RISE ACADEMY FIELD PROJECT | 21 ASHLAND ST 410 422 S 14TH ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2025 | 44566 | | GRAMMER DEMPSEY & HUDSON INC | 212 ROME ST | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2026 | 20035 | | ETHICAL PRODUCTS INC | 216 1ST AVE | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2027 | 412941 | | 220 280 IRVINE TURNER BOULEVARD | 220 280 IRVINE TURNER BLVD | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2028 | 477411 | 8570 | PORT AUTH NY/NJ | 220 TYLER ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2029 | 8642 | | CLINTON SQUARE AUTO PARTS CORP | 221 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2030 | 217431 | | 224 CHESTNUT STREET | 224 CHESTNUT ST | NEWARK | NEWARK CITY | 071051507 | ESSEX |
| 2031 | 26907 | | PHIL & ALS SERVICE CENTER INC | 225 SOUTH ST | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2032 | 8468 | | EXXON SERVICE STATION | 226 S ORANGE AVE & BERGEN ST | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2033 | 47033 | | NJ TRANSIT AUTH BUS OPERATIONS LAKE STREET GARAGE | 228 BLOOMFIELD AVE | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2034 | 47572 | | NEWARK CITY PUBLIC SCHOOLS 18TH AVENUE SCHOOL | 229 18TH AVE | NEWARK | NEWARK CITY | 07108 | ESSEX |
| 2035 | 421716 | | 234 PACIFIC STREET CORP | 234 252 PACIFIC ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2036 | 23761 | | HOWARD KORENSTEIN SPORTSWEAR | 236 SOUTH ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2037 | 24252 | | KEYSTONE AUTOMOTIVE PLATING INDUSTRIES | 24 LEGAL ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2038 | 8524 | | EXXON SERVICE STATION #39785 | 242 PARK AVE LUIS & AMPERO ANGUEIRA& 5TH S | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2039 | 14003 | | JOHN L ARMITAGE & CO | 245 THOMAS ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2040 | 8525 | | SPEEDWAY SERVICE STATION #03445 | 247 PARK AVE & 5TH ST | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2041 | 14938 | | DUPONT SABINE RIVER WORKS | 256 VANDERPOOL ST | NEWARK | NEWARK CITY | 071142494 | ESSEX |
| 2042 | 95789 | | EXXON SERVICE STATION #32210 | 263 269 HELLER PKWY | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2043 | 8455 | | SHELL SERVICE STATION #138449 | 268 274 HELLER PKWY & 6TH ST | NEWARK | NEWARK CITY | 07106 | ESSEX |
| 2044 | 42765 | | T&J GULF SERVICE STATION | 272 HILLSIDE AVE | NEWARK | NEWARK CITY | 07112 | ESSEX |
| 2045 | 8612 | | SPEEDWAY SERVICE STATION #03489 | 273 ELIZABETH AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2046 | 197379 | | SAMAX ENTERPRISES INC @ RIVERSIDE IND PK | 29 47 RIVERSIDE AVE BLDG 2 | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2047 | 370260 | | NEWARK PRESCHOOL COUNCIL INC HEAD START PROGRAM | 292 296 CHANCELLOR AVE | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2048 | 8589 | | ESSEX CNTY DPW BRANCH BROOK PARK MAINTENANCE GARAGE | 30 HELLER PKWY | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2049 | 44020 | | CLIMATE CONTROL SYSTEMS INC | 301 BADGER AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2050 | 8495 | | RAYMOND PETROLEUM INC | 303 RAYMOND BLVD | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2051 | 47754 | | NEWARK CITY @ GREEN STREET PARKING LOT | 31 GREEN ST REAR | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2052 | 8444 | | BP SERVICE STATION #10161 | 312 WALNUT ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2053 | 8702 | | DELTA SERVICE STATION | 315 BLOOMFIELD AVE | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2054 | 20924 | | JOSEPH B ZAMELSKY CO | 315 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 071141415 | ESSEX |
| 2055 | 126978 | | PENN CONSTRUCTION | 315 MT PLEASANT AVE | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2056 | 93598 | | PHILLIPS 66 | 329 343 MCCARTER HWY | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2057 | 45546 | | COOPER INDUSTRIES INC WISS DIV | 33 LITTLETON AVE | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2058 | 448338 | | BERTLETT DAIRY | 337 341 BADGER AVE | NEWARK | NEWARK CITY | 07108 | ESSEX |

Page 42 of 128

10/14/2016

NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2059 | 16039 | | SEAGAS SERVICE STATION | 349 361 RAYMOND BLVD | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2060 | 14237 | | BP MARINE AMERICAS | 350 COASTAL ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2061 | 124450 | | CABLEVISION OF NEWARK | 352 360 CENTRAL AVE. | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2062 | 8529 | | CLINTON MILK CO | 353 MORRIS AVE | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2063 | 26452 | | EPOLIN INC | 358 364 ADAMS ST | NEWARK | NEWARK CITY | 07000 | ESSEX |
| 2064 | 462797 | | 359 365 CENTRAL AVENUE | 359 365 CENTRAL AVE | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2065 | 472895 | | NEWARK CITY DIV OF MOTOR VEHICLES VICTORIA STREET GARAGE | 36 VICTORIA ST & EMPIRE ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2066 | 8585 | | J DUNCAN OIL CO | 360 364 HAWTHORNE AVE | NEWARK | NEWARK CITY | 07112 | ESSEX |
| 2067 | 32147 | | NJ SCHOOLS DEVELOPMENT AUTH NORTH WARD PARK SCHOOL | 360 380 VERONA AVE 129 MANCHESTER PL | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2068 | 479375 | | XCEL CORP | 37 67 MAGAZINE ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2069 | 63650 | | HUDSAR INC | 373 SOUTH ST | NEWARK | NEWARK CITY | 07199 | ESSEX |
| 2070 | 8411 | | ARROW UNIFORM SUPPLY INC | 377 5TH ST | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2071 | 8535 | | UPTOWN GAS SERVICE STATION | 387 SPRINGFIELD AVE | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2072 | 14934 | | TENAX FINISHING PRODUCTS CO | 390 ADAMS ST | NEWARK | NEWARK CITY | 07114000 | ESSEX |
| 2073 | 8306 | | PORT AUTH NY/NJ | 390 E PORT ST | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2074 | 8652 | | TNT RED STAR EXPRESS LINES INC NEWARK TERMINAL | 400 DELANCY ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2075 | 14936 | | REICHHOLD INC | 400 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2076 | 40781 | | PABST BREWING CO | 400 GROVE ST | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2077 | 58011 | | CLINTON MILK CO | 405 S 6TH ST | NEWARK | NEWARK CITY | 07108 | ESSEX |
| 2078 | 35968 | | SOCAFE | 41 43 MALVERN ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2079 | 14007 | | DOWNTOWN EXXON SERVICE STATION #31874 | 427 LAFAYETTE ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2080 | 8683 | | EXXON SERVICE STATION #30003 | 432 BROADWAY RODRIGUEZ & REYES & LINCOLN AV | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2081 | 14240 | | SUNOCO INC NEWARK TERMINAL #000-9233 | 436 DOREMUS AVE | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2082 | 20914 | | UNION CONTAINER CORP | 439 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2083 | 8656 | | NEWARK GAS CORP | 447 491 CENTRAL AVE | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2084 | 8340 | | RONSON METALS CORP | 45 65 MANUFACTURERS PL | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2085 | 23724 | | EDDIES AUTO SERVICE CENTER | 46 NEW YORK AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2086 | 8356 | | ESSEX CNTY HALL OF RECORDS | 465 MARTIN LUTHER KING BLVD | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2087 | 8528 | | OMG FIDELITY | 470 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2088 | 123612 | | LILY TRUCK LEASING | 474 WILSON AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2089 | 8463 | | CUMBERLAND FARMS S&M GULF SERVICE STATION #120170 | 487 MARKET ST & RAYMOND BLVD | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2090 | 17997 | | NEWARK CITY PUBLIC SCHOOLS MOTOR POOL TRANSPORTATION DEPT | 497 511 NEW JERSEY RAILROAD AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2091 | 15724 | | BILLA MANAGEMENT INC SERVICE STATION | 499 509 FRELINGHUYSEN AVE | | NEWARK CITY | 07102 | ESSEX |
| 2092 | 8719 | | CROMPTON & KNOWLES CORP | 52 AMSTERDAM ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2093 | 53856 | | WUHL SHAFMAN LIFEBERMAN CORP | 52 CORNELIA ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2094 | 70835 | | ARRPA CO | 52 HUNTER ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2095 | 76204 | | NEWARK NEWS DEALERS | 520 S ORANGE AVE | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2096 | 8464 | | SHELL SERVICE STATION #138446 | 526 BLOOMFIELD AVE & 12TH | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2097 | 42110 | | HOFFMAN SERVICES INC | 55 E BIGELOW ST | NEWARK | NEWARK CITY | 07140000 | ESSEX |
| 2098 | 8473 | | NEWARK CITY HOUSING AUTH BAXTER TERRACE APARTMENTS | 57 SUSSEX AVE | NEWARK | NEWARK CITY | 07103 | ESSEX |
| 2099 | 407915 | | PALMER INDUSTRIES INC | 59 67 CHAPEL ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2100 | 8500 | | NJDOT NEWARK MAINTENANCE YARD | 603 RT 1/9 & RT 21 & RT 22 | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2101 | 8325 | | CONRAIL CORP OAK ISLAND TERMINAL | 611 DELANCEY ST 91 BAY AVE | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2102 | 57533 | | NEWARK CITY DEPT OF SANITATION | 62 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2103 | 8658 | | FAIRMOUNT CEMETERY ASSN | 620 CENTRAL AVE | NEWARK | NEWARK CITY | 07107 | ESSEX |
| 2104 | 257097 | | STAFF DIE CUTTING CORP | 63 67 BLANCHARD ST REAR | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2105 | 8560 | | SPEEDWAY SERVICE STATION #03492 | 645 MCCARTER HWY | NEWARK | NEWARK CITY | 071024709 | ESSEX |
| 2106 | 14923 | | AROL CHEMICAL PRODUCTS CO INC | 647 651 FERRY ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2107 | 57809 | | NEWARK CITY POLICE DEPT EAST DIST | 649 MARKET ST | NEWARK. | NEWARK CITY | 07101 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2108 | 8439 | | PASSAIC VALLEY SEWER COMM | 652 670 DOREMUS AVE & WILSON AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2109 | 43704 | | WITCO CHEMICAL CORP | 652 DOREMUS AVE | NEWARK | NEWARK CITY | 071050000 | ESSEX |
| 2110 | 559556 | | HESS NEWARK LPG WORKS FORMER | 672 696 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2111 | 14238 | | CENTER POINT TERMINAL NEWARK | 678 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2112 | 21040 | | THOMAS POPOLA & SONS INC | 68 82 DELANCEY ST | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2113 | 8899 | | UNITED PARCEL SERVICE | 70 GOULD AVE | NEWARK | NEWARK CITY | 071140000 | ESSEX |
| 2114 | 8541 | | SHELL SERVICE STATION #138450 | 725 735 S ORANGE AVE | NEWARK | NEWARK CITY | 07106 | ESSEX |
| 2115 | 30788 | | PAUSIN MFG CORP | 727 FRELINGHUYSEN AVE | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2116 | 45435 | | BILL HENSLEY SERVICE STATION | 753 765 SANDFORD AVE | NEWARK | NEWARK CITY | 07106 | ESSEX |
| 2117 | 56338 | | ISABELLA MOTORS | 782 792 S ORANGE AVE | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2118 | 8440 | | DARLING DELAWARE CO INC | 825 WILSON AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2119 | 14932 | | GETTY TERMINALS CORP | 86 DOREMUS AVE | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2120 | 126010 | | AVIS RENT A CAR INC | 86 OLYMPIA DR | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2121 | 45667 | | ALLENS AMOCO SERVICE STATION | 867 CLINTON AVE | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2122 | 8648 | | KESTER SOLDER | 88 90 FERGUSON ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2123 | 8489 | 163852 | AMERADA HESS SERVICE STATION #30515 | 897 RAYMOND BLVD & MARKET ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2124 | 23218 | | FRANKS IRON WORKS | 9 15 VERONA AVE 13 15 VERONA AVE 9 11 VERONA AVE | NEWARK | NEWARK CITY | 07104 | ESSEX |
| 2125 | 14931 | | MOTIVA ENTERPRISES NEWARK TERMINAL #13055 | 909 DELANCEY ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2126 | 8695 | | DELISA PALLET CORP | 91 97 BLANCHARD ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2127 | 379338 | 15751 | NEWARK ENERGY CENTER PROPOSED | 921 DELANCEY ST | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2128 | 45454 | | US POSTAL SERVICE VEHICLE MAINTENANCE | 989 1003 BROAD ST | NEWARK | NEWARK CITY | 07102 | ESSEX |
| 2129 | 8385 | | AVIS RENT A CAR INC @ NEWARK LIBERTY INTNL AIRPORT | B ST NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS BLDG 28 | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2130 | 86693 | | BUILDING 154 @ NEWARK LIBERTY INTNL AIRPORT | BLDG 154 NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS BLDG 154 | NEWARK | NEWARK CITY | 07199 | ESSEX |
| 2131 | 8561 | | NATIONAL RENTAL US INC @ NEWARK LIBERTY INTNL AIRPORT | BLDG 25 NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS BLDG 25 | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2132 | 8415 | | FEDERAL EXPRESS CORP @ NEWARK LIBERTY INTNL AIRPORT | BLDG 347 NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS BLDG 347 | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2133 | 18862 | | ESSEX CNTY DPW WEEQUAHIC PARK MAINTENANCE GARAGE | ELIZABETH AVE & CHANCELLOR AVE | NEWARK | NEWARK CITY | 07112 | ESSEX |
| 2134 | 31461 | | BUTLER AVIATION NEWARK INC @ NEWARK LIBERTY INTNL AIRPORT | HANGAR 15 NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS HANGER 15 | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2135 | 64089 | | HUB RECYCLING INC | INTERNATIONAL WAY | NEWARK | NEWARK CITY | 07199 | ESSEX |
| 2136 | 397641 | | NEWARK CITY PASSAIC RIVER WATERFRONT PARK | RAYMOND BLVD & JERSEY ST | NEWARK | NEWARK CITY | 07105 | ESSEX |
| 2137 | 8390 | | UNITED AIRLINES INC @ NEWARK LIBERTY INTNL AIRPORT | TERMINAL A NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS TERMINAL A | NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2138 | 43918 | | PORT AUTH NY/NJ BUILDING 10 @ NEWARK LIBERTY INTNL AIRPORT | TOWER RD NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS BLDG 10 | NEWARK | NEWARK CITY | 07101 | ESSEX |
| 2139 | 18938 | | DOLLAR RENT A CAR @ NEWARK LIBERTY INTNL AIRPORT | BREWSTER RD NEWARK LIBERTY INTNL AIRPORT DLT/D2 | NEWARK AIRPORT | NEWARK CITY | 07114 | ESSEX |
| 2140 | 65598 | | SERVICE STATION NEWARK CITY | 1037 1047 BERGEN ST | NEWARK CITY | NEWARK CITY | 07110 | ESSEX |
| 2141 | 44249 | | LINDE GRIFFITH CONSTRUCTION CO | 152 PASSAIC ST | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2142 | 51365 | | DOLLAR RENT A CAR | 162 RT 1 | NEWARK CITY | NEWARK CITY | 07199 | ESSEX |
| 2143 | 63799 | | FIORE DEMOLITION SLF | 182 DELANCEY ST | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2144 | 54887 | | AVON SHEET METAL & ROOFING CO | 210 224 BADGER AVE | NEWARK CITY | NEWARK CITY | 07199 | ESSEX |
| 2145 | 8446 | | AMERICAN OIL & SUPPLY CO | 238 260 WILSON AVE | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2146 | 8507 | | 2 MARTINEZ SERVICE STATION | 264 PARK AVE | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2147 | 57028 | | AMTRUCK HILDERMANN INDUSTRIES | 335 347 RAYMOND BLVD | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2148 | 55846 | | GEORGE A MATHEWSON CO | 34 LIBELLA CT 415 RAYMOND BLVD FORMERLY | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2149 | 46825 | | SHELL SERVICE STATION | 354 AVON AVE | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2150 | 182742 | | SHANKS CONVERTING EQUIPMENT | 39 AVE A | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2151 | 35721 | | ASHLAND INC | 390 EAST PORT ST | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2152 | 47984 | | SUNOCO SERVICE STATION #00058874 | 421 LYONS AVE & SCHLEY ST | NEWARK CITY | NEWARK CITY | 07112 | ESSEX |
| 2153 | 8540 | | ORANGE EXXON SERVICE STATION #35119 | 471 ORANGE ST | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2154 | 56440 | | POWER CONCRETE CO INC | 497 RAYMOND BLVD | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2155 | 64660 | | ESSEX CNTY COURT HOUSE GARAGE | 50 NELSON PL | NEWARK CITY | NEWARK CITY | 07199 | ESSEX |
| 2156 | 149972 | | 506 NORTH 13TH STREET | 506 N 13TH ST | NEWARK CITY | NEWARK CITY | 07103 | ESSEX |