NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2157 | 165392 | | DOWD TRUCKING | 523 527 RAYMOND BLVD REAR | NEWARK CITY | NEWARK CITY | 07102 | ESSEX |
| 2158 | 8487 | | NATIONAL FUEL OIL INC BULK OIL STORAGE PLANT | 525 RAYMOND BLVD | NEWARK CITY | NEWARK CITY | 07104 | ESSEX |
| 2159 | 396296 | 6773 | MOBIL SERVICE STATION #15JBK | 695 697 IRVINGTON AVE | NEWARK CITY | NEWARK CITY | 08880 | ESSEX |
| 2160 | 65709 | | 912 SOUTH ORANGE AVENUE | 912 S ORANGE AVE | NEWARK CITY | NEWARK CITY | 07018 | ESSEX |
| 2161 | 44242 | | NEW WEST URBAN RENEWAL LTD PROPERTY | 95 ORANGE ST | NEWARK CITY | NEWARK CITY | 07199 | ESSEX |
| 2162 | 45448 | | GETTY SERVICE STATION #00664 | 953 18TH AVE | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2163 | 8532 | | SHELL SERVICE STATION #138448 | 972 S ORANGE AVE & STUYVESANT AVE | NEWARK CITY | NEWARK CITY | 07106 | ESSEX |
| 2164 | 64002 | | 99 CHAPEL STREET CORP | 99 CHAPEL ST | NEWARK CITY | NEWARK CITY | 07105 | ESSEX |
| 2165 | 8432 | | HERTZ RENT A CAR @ NEWARK LIBERTY INTNL AIRPORT | BLDG 23 NEWARK LIBERTY INTNL AIRPORT GROUNDS BLDG 23 | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2166 | 178043 | | ESSEX CNTY BRANCH BROOK PARK | BLOOMFIELD AVE & LAKE ST | NEWARK CITY | NEWARK CITY | 07102 | ESSEX |
| 2167 | 74320 | | HAWTHORNE AVENUE & HUNTERDON STREET | HAWTHORNE AVENUE & HUNTERDON ST | NEWARK CITY | NEWARK CITY | 07105 | ESSEX |
| 2168 | 65550 | | NJDOT NEWARK VIADUCT SECTION #2N | MCCARTER HWY AKA RT 21 | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2169 | 518287 | | NAVY STREET OIL SPILL | NAVY ST | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2170 | 8365 | | NJ TURNPIKE AUTH NORTH DIV MAINTENANCE & INTERCHG 14 | NEW JERSEY TPKE MM 104.7 S | NEWARK CITY | NEWARK CITY | 07101 | ESSEX |
| 2171 | 8350 | | UNITED AIRLINES @ NEWARK LIBERTY INTNL AIRPORT | TERMINAL C NEWARK LIBERTY INTNL AIRPORT AIRPORT GROUNDS TERMINAL C | NEWARK CITY | NEWARK CITY | 07114 | ESSEX |
| 2172 | 15443 | | QUICK ON THE WAY SERVICE STATION | 1 BLOOMFIELD AVE | NORTH CALDWELL | NORTH CALDWELL BORO | 07006 | ESSEX |
| 2173 | 8275 | | NJ TRANSIT AUTH BUS OPERATIONS BIGTREE GARAGE | 1 WASHINGTON AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2174 | 8374 | | GETTY SERVICE STATION #56844 | 110 CENTRE ST & UNION AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2175 | 8260 | | HESS SERVICE STATION #30238 | 150 WASHINGTON AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2176 | 8367 | | SHELL SERVICE STATION #138459 | 203 DARLING AVE & KINGSLAND | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2177 | 48512 | | NUTLEY TWP PUBLIC SAFETY BUILDING | 228 CHESTNUT ST | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2178 | 8378 | | GETTY SERVICE STATION #56039 | 278 BLOOMFIELD AVE & CENTRE ST | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2179 | 8296 | | DELTA SERVICE STATION | 29 35 FRANKLIN AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2180 | 14243 | | HOFFMANN LA ROCHE INC | 340 KINGSLAND ST | NUTLEY | NUTLEY TWP | 071101199 | ESSEX |
| 2181 | 52451 | | ULTRA SPEC CORP | 65 FRANKLIN AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2182 | 8372 | | GETTY SERVICE STATION #56047 | 659 BLOOMFIELD AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2183 | 13992 | | SHELL SERVICE STATION #138460 | 74 E PASSAIC AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2184 | 33180 | | ENTHONE OMI INC SEL REX | 75 RIVER RD | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2185 | 8287 | | MEYER GULF SERVICE STATION | 84 KINGSLAND ST & PASSAIC AVE | NUTLEY | NUTLEY TWP | 07110 | ESSEX |
| 2186 | 43842 | | L VITILLO INC | 32 REVEREND ROBERTS PL | NUTLEY TWP | NUTLEY TWP | 07110 | ESSEX |
| 2187 | 65543 | | 39 MANHATTAN COURT | 39 MANHATTAN CT | NUTLEY TWP | NUTLEY TWP | 07110 | ESSEX |
| 2188 | 165823 | | PEPPERMINT LOUNGE | 175 CENTRAL AVE | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2189 | 8301 | | ROUTE 280 AUTO | 200 CENTRAL AVE 188 206 CENTRAL AVE | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2190 | 543990 | 75598 | ELIZABETH AVENUE AUTO SALES | 211 CENTRAL AVE | ORANGE | ORANGE CITY TWP | 070503406 | ESSEX |
| 2191 | 35564 | | U HAUL MOVING & STORAGE OF ORANGE | 225 SCOTLAND RD & JOYCE ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2192 | 8241 | | DELTA SERVICE STATION | 294 SCOTLAND RD & NEW ENGLAND TER | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2193 | 23328 | | DAMONS FOREIGN CAR CARE INC | 295 HIGH ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2194 | 8229 | | NJ TRANSIT AUTH BUS OPERATIONS ORANGE GARAGE | 420 THOMAS BLVD | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2195 | 8232 | | GETTY SERVICE STATION #56811 | 490 CENTRAL AVE & SCOTLAND RD | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2196 | 8303 | | GUS EXXON SERVICE STATION #80026 | 493 CENTRAL AVE & SCOTLAND RD | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2197 | 8226 | | SHELL SERVICE STATION #62250209 | 496 CENTRAL AVE & SCOTLAND RD | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2198 | 41400 | | AUTO QUALITY SERVICE STATION | 523 MAIN ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2199 | 8250 | | FRIENDLY AUTO SERVICE INC SHELL SERVICE STATION | 528 MAIN ST & JEFFERSON ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2200 | 14242 | | SUPREME REALCO INC | 532 536 FREEMAN ST 424 432 S JEFFERSON ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2201 | 13990 | | ESSEX CNTY DPW GARAGE | 543 THOMAS BLVD | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2202 | 20654 | | PRODUCT ENGINEERING LABORATORIES CO INC | 555 CENTRAL AVE | ORANGE | ORANGE CITY TWP | 070500000 | ESSEX |
| 2203 | 8220 | | SPEEDWAY SERVICE STATION #03435 | 61 67 CENTRAL AVE & OAKWOOD AVE | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2204 | 8225 | | LUKOIL SERVICE STATION #57232 | 62 68 CENTRAL AVE & OAKWOOD AVE | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2205 | 8223 | | ORANGE CITY TWP DPW | 623 632 CHESTNUT ST & BEECH ST | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2206 | 8239 | | CAMPUS EXXON SERVICE STATION | 644 S CENTER ST & TREMONT AVE | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2207 | 8236 | | EXXON SERVICE STATION #31014 | 67 73 S ESSEX AVE & FREEWAY DR W | ORANGE | ORANGE CITY TWP | 07050 | ESSEX |
| 2208 | 57952 | | ORANGE CITY TWP DPW BROOK ALLEY MAINTENANCE GARAGE | 24 CENTER ST | ORANGE CITY TWP | ORANGE CITY TWP | 07050 | ESSEX |
| 2209 | 442425 | | ORANGE AUTOMOTIVE | 43 45 S CENTER ST | ORANGE CITY TWP | ORANGE CITY TWP | 07050 | ESSEX |
| 2210 | 46145 | | ORANGE ALDEN FUEL CO | 50 S ESSEX AVE | ORANGE CITY TWP | ORANGE CITY TWP | 07052 | ESSEX |
| 2211 | 35423 | | PORT NEWARK CONTAINER TERMINAL | 241 CALCUTTA ST AKA 231 TYLER ST | PORT NEWARK | NEWARK CITY | 07114 | ESSEX |
| 2212 | 14939 | | WELDON ASPHALT CO | 1 EISENHOWER PKWY | ROSELAND | ROSELAND BORO | 07068 | ESSEX |
| 2213 | 8214 | | LUKOIL SERVICE STATION #57350 | 525 EAGLE ROCK AVE | ROSELAND | ROSELAND BORO | 07068 | ESSEX |
| 2214 | 8210 | | EAGLE ROCK EISENHOWER CONVENIENCE & SERVICE STATION | 550 EAGLE ROCK AVE & EISENHOWER PKWY | ROSELAND | ROSELAND BORO | 07068 | ESSEX |
| 2215 | 8211 | | ILLINOIS TOOL WORKS INC | 565 EAGLE ROCK AVE | ROSELAND | ROSELAND BORO | 07068 | ESSEX |
| 2216 | 63658 | | RESISTOFLEX CORP | 1 WOODLAND RD | ROSELAND BORO | ROSELAND BORO | 07068 | ESSEX |
| 2217 | 8813 | | SHORT HILLS TEXACO SERVICE STATION | 50 CHATHAM RD | SHORT HILLS | MILLBURN TWP | 07078 | ESSEX |
| 2218 | 8804 | | SUNOCO SERVICE STATION #00069070 | 500 MILLBURN AVE & SHORT HILLS AVE | SHORT HILLS | MILLBURN TWP | 07078 | ESSEX |
| 2219 | 8797 | | TRILINE SHELL SERVICE STATION #33109 | 587 MILLBURN AVE | SHORT HILLS | MILLBURN TWP | 07078 | ESSEX |
| 2220 | 92002 | | BEIFUS MOTORS INC | 1 17 S ORANGE AVE | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2221 | 8195 | | SOUTH ORANGE VILLAGE TWP | 101 S ORANGE AVE W | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2222 | 8199 | | GULF SERVICE STATION #120253 | 157 VALLEY ST | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2223 | 8205 | | GETTY SERVICE STATION #56821 | 252 IRVINGTON AVE | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2224 | 35549 | | TURRELL MANOR APARTMENTS | 384 TURRELL AVE | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2225 | 196033 | | 73 DUFFIELD DRIVE | 73 DUFFIELD DR | SOUTH ORANGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2226 | 47099 | | SOUTH ORANGE VILLAGE TWP POLICE DEPT | 201 S ORANGE AVE | SOUTH ORANGE VILLAGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2227 | 49458 | | SOUTH ORANGE VILLAGE TWP FIREHOUSE PUMP STATION | 31 CREST DR | SOUTH ORANGE VILLAGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2228 | 45401 | | TOPS EXXON SERVICE STATION #30980 | 456 IRVINGTON AVE | SOUTH ORANGE VILLAGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2229 | 8203 | | SOUTH ORANGE EXXON SERVICE STATION | 68 S ORANGE AVE | SOUTH ORANGE VILLAGE | SOUTH ORANGE VILLAGE TW | 07079 | ESSEX |
| 2230 | 44067 | | SAMS GARAGE INC | 118 WATCHUNG AVE | UPPER MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 2231 | 437651 | | 23 MARION ROAD | 23 MARION RD | UPPER MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 2232 | 8738 | | UPPER MONTCLAIR EXXON SERVICE STATION #31052 | 572 574 VALLEY RD | UPPER MONTCLAIR | MONTCLAIR TWP | 070420000 | ESSEX |
| 2233 | 8740 | | LUKOIL SERVICE STATION #57285 | 632 VALLEY RD & LORRAINE AVE | UPPER MONTCLAIR | MONTCLAIR TWP | 07043 | ESSEX |
| 2234 | 8189 | | EXXON SERVICE STATION #30115 | 101 BLOOMFIELD AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2235 | 50298 | | KING OLDSMOBILE INC | 115 BLOOMFIELD AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2236 | 8171 | | SUNOCO SERVICE STATION #0007-0417 | 195 POMPTON AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2237 | 8164 | | ARP SERVICE STATION | 202 POMPTON AVE | VERONA | VERONA TWP | 070440000 | ESSEX |
| 2238 | 24610 | | MISCIA SERVICE STATION | 277 BLOOMFIELD AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2239 | 8175 | | LUKOIL SERVICE STATION #57322 | 655 BLOOMFIELD AVE | VERONA | VERONA TWP | 07089 | ESSEX |
| 2240 | 27952 | | CARNEVALES SERVICE CENTER #1213 | 710 BLOOMFIELD AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2241 | 8178 | | TEXACO SERVICE STATION #100142 | 725 BLOOMFIELD AVE | VERONA | VERONA TWP | 07044 | ESSEX |
| 2242 | 149999 | | LEE MYLES TRANSMISSIONS FORMER | 667 BLOOMFIELD AVE | VERONA TWP | VERONA TWP | 07044 | ESSEX |
| 2243 | 8152 | | BOGUSH INC @ WEST CALDWELL IND VILLAGE | 12 FAIRFIELD CRESCENT | WEST CALDWELL | WEST CALDWELL TWP | 07064 | ESSEX |
| 2244 | 89248 | | 155 FOREST AVENUE | 155 FOREST AVE | WEST CALDWELL | WEST CALDWELL TWP | 07086 | ESSEX |
| 2245 | 41578 | | WEST CALDWELL TWP MUNICIPAL BUILDING | 21 30 CLINTON RD | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2246 | 54532 | | HOOKER CHEMICAL & PLASTICS CORP | 4 HENDERSON DR | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2247 | 8139 | | PHELPS DODGE HIGH PERFORMANCE CONDUCTORS | 666 PASSAIC AVE | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2248 | 8135 | | CALDWELL WEST SERVICE STATION | 803 BLOOMFIELD AVE & PASSAIC AVE | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2249 | 8160 | | EXXON SERVICE STATION #31467 | 813 BLOOMFIELD AVE | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2250 | 27655 | | LOURENCO SERVICE STATION | 820 BLOOMFIELD AVE | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2251 | 25156 | | JOHNNIES MOTORS LEASE | 878 BLOOMFIELD AVE | WEST CALDWELL | WEST CALDWELL TWP | 07006 | ESSEX |
| 2252 | 46422 | | ESSEX CNTY FRANCIS A BYRNE GOLF COURSE | 1100 PLEASANT VALLEY WAY | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2253 | 8076 | | NJDOT W ORANGE MAINTENANCE YARD | 1255 PLEASANT VALLEY WAY | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2254 | 8102 | | DAN OIL CORP GULF SERVICE STATION | 23 25 PARK AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2255 | 8125 | | WEST ORANGE TWP DPW | 25 LAKESIDE AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2256 | 54499 | | S&B DISTRIBUTORS | 27 41 STANDISH AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2257 | 8083 | | WEST ORANGE TWP EXXON SERVICE STATION | 270 PROSPECT AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2258 | 47645 | | WEST ORANGE TWP FIRE DEPT #4 | 280 PLEASANT VALLEY WAY | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2259 | 52351 | | ESSEX CNTY COUNTRY CLUB | 350 MT PLEASANT AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2260 | 8110 | | DELTA SERVICE STATION | 385 MAIN ST & ASHWOOD TER | WEST ORANGE | WEST ORANGE TWP | 07850 | ESSEX |
| 2261 | 43006 | | VALLEY AUTO REPAIR | 40 S VALLEY RD | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2262 | 50789 | | WEST ORANGE TWP FIRE DEPT #1 | 415 VALLEY RD | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2263 | 8091 | | ESSEX GREEN SUNOCO SERVICE STATION #0007-0391 | 480 482 PROSPECT AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2264 | 8092 | | PROSPECT EXXON SERVICE STATION #32215 | 486 PROSPECT AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2265 | 8108 | | BP SERVICE STATION #95704 | 585 NORTHFIELD AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2266 | 47641 | | WEST ORANGE TWP OLD DPW GARAGE | 6 8 LINDSLEY AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2267 | 8122 | | LUKOIL SERVICE STATION #57348 | 645 654 EAGLE ROCK AVE & PLEASANT VALLEY WAY | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2268 | 8123 | | EAGLE ROCK EXXON SERVICE STATION #31047 | 659 EAGLE ROCK AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2269 | 35581 | | ROCK SPRING COUNTRY CLUB | 78 ROCK SPRING RD | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2270 | 8114 | | BP SERVICE STATION #84858 | 83 85 MAIN ST | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2271 | 8097 | | AMOCO SERVICE STATION #24849 | 945 PLEASANT VALLEY WAY | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2272 | 8106 | 34885 | PLEASANT VALLEY EXXON SERVICE STATION | 972 MT PLEASANT AVE | WEST ORANGE | WEST ORANGE TWP | 07052 | ESSEX |
| 2273 | 15779 | | MONSANTO CO | 170 RT 130 | BRIDGEPORT | LOGAN TWP | 08014 | GLOUCESTER |
| 2274 | 454058 | | SERVICE STATION FORMER | 4267 BLACKHORSE PK | CECIL | MONROE TWP | 08094 | GLOUCESTER |
| 2275 | 166935 | | RITE AID PHARMACY #1917 | 13 19 DELSEA DR AKA RT 47 | CLAYTON | CLAYTON BORO | 08312 | GLOUCESTER |
| 2276 | 8064 | | SHELL SERVICE STATION #138319 | 312 DELSEA DR & W CENTER ST AKA RT 47 | CLAYTON | CLAYTON BORO | 08312 | GLOUCESTER |
| 2277 | 8071 | | SAFETY KLEEN CORP @ ALMO IND PK | 600 CENCO BLVD | CLAYTON | CLAYTON BORO | 08312 | GLOUCESTER |
| 2278 | 8074 | | SICO DIRRECT SERVICE STATION #21/806 | 609 DELSEA DR AKA RT 47 | CLAYTON | CLAYTON BORO | 08312 | GLOUCESTER |
| 2279 | 14374 | | ALERIS ROLLED PRODUCTS INC | 838 DELSEA DR AKA RT 47 | CLAYTON | CLAYTON BORO | 08312 | GLOUCESTER |
| 2280 | 130701 | | PJ AUTO SALES | 414 DELSEA DR AKA RT 47 | CLAYTON BORO | CLAYTON BORO | 083122208 | GLOUCESTER |
| 2281 | 8057 | | DEPTFORD TWP MUA COMPLEX | 1001 1702 HURFFVILLE RD AKA RT 41 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2282 | 8045 | | DELSEA SERVICE STATION | 11 DELSEA DR & 1396 COOPER ST AKA RT 47 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2283 | 8048 | | DEPTFORD CITGO SERVICE STATION | 1100 COOPER ST & WALKER AVE | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2284 | 15440 | | SUNOCO SERVICE STATION #0004 6730 | 1106 BRIDGETON PK & OGDEN STATION RD AKA RT 45 | DEPTFORD TWP | DEPTFORD TWP | 08800 | GLOUCESTER |
| 2285 | 176062 | | 1170 1186 1194 ALMONESSON ROAD | 1170 1186 1194 ALMONESSON RD | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2286 | 61726 | | TRONGONES DEPTFORD SERVICE CENTER | 1215 1221 HURFFVILLE RD | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2287 | 568145 | | 655 CREEK ROAD | 1229 BROADWAY | DEPTFORD TWP | DEPTFORD TWP | 08093 | GLOUCESTER |
| 2288 | 73308 | | 124 HAMPSHIRE DRIVE | 124 HAMPSHIRE DR | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2289 | 8043 | | SPEEDWAY SERVICE STATION #09451 | 1295 HURFFVILLE RD AKA RT 41 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2290 | 8061 | | PS GAS SERVICE STATION | 1305 COOPER ST | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2291 | 40883 | | MARTELL FARM SITE | 1327 CAULFIELD AVE | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2292 | 8050 | | PETROLEUM PRODUCTS CO DELSEA SERVICE STATION | 1350 DELSEA DR & COOPER ST AKA RT 47 & COOPER ST | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2293 | 18077 | | MOBIL SERVICE STATION #57365 | 1395 HURFVILLE RD AKA RT 41 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2294 | 8055 | | BESTWAY GAS SERVICE STATION | 1400 HURFVILLE RD | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2295 | 121035 | | GLOUCESTER CNTY COMMUNITY COLLEGE | 1400 TANYARD RD | DEPTFORD TWP | DEPTFORD TWP | 08080 | GLOUCESTER |
| 2296 | 343715 | | SAMS CLUB STORE #6570 | 2000 CLEMENTS BRIDGE RD | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2297 | 144980 | | BWF DEVELOPMENT | 2056 DELSEA DR AKA RT 47 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2298 | 123427 | | - LETORRE CONCRETE FORMER | 8 MOSTOVALYN CT | DEPTFORD TWP | DEPTFORD TWP | 080963908 | GLOUCESTER |
| 2299 | 42164 | | WOODBURY FUEL & SUPPLY CO | BROADWAY & FLORENCE AVE | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2300 | 52136 | | BP SERVICE STATION | DELSEA DR & HURFFVILLE RD AKA RT 47 & RT 41 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2301 | 15782 | | NJDOT DEPTFORD MAINTENANCE YARD | HURFFVILLE RD AKA RT 42 | DEPTFORD TWP | DEPTFORD TWP | 08096 | GLOUCESTER |
| 2302 | 567460 | 7864 | PAULSBORO TRAVEL CENTER | 171 BERKLEY RD | EAST GREENWICH TWP | EAST GREENWICH TWP | 08066 | GLOUCESTER |
| 2303 | 8007 | | SUNOCO SERVICE STATION #0913-2804 | 1420 HARDING HWY & RT 555 AKA RT 40 & 555 | FRANKLIN TWP | FRANKLIN TWP | 08344 | GLOUCESTER |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2304 | 40096 | | VIDEO PIPE SERVICES INC | 1566 HARDING HWY AKA RT 40 | FRANKLIN TWP | FRANKLIN TWP | 08344 | GLOUCESTER |
| 2305 | 43260 | | FRANKLIN TWP MUNICIPAL BUILDING | 1571 DELSEA DR AKA RT 47 | FRANKLIN TWP | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2306 | 392548 | 56988 | MCCANDLESS FUELS | 2231 DELSEA DR AKA RT 47 | FRANKLIN TWP | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2307 | 18858 | | LOWENBERGER RESIDENCE | 2234 HARDING HWY AKA RT 40 | FRANKLIN TWP | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2308 | 44878 | | DAS AUTOMOTIVE | 2890 HARDING HWY | FRANKLIN TWP | FRANKLIN TWP | 08328 | GLOUCESTER |
| 2309 | 22026 | | ALLONARDO BROTHERS GARAGE | 394 N MAIN RD & GROVE RD | FRANKLIN TWP | FRANKLIN TWP | 08360 | GLOUCESTER |
| 2310 | 48159 | | WALTS SERVICE STATION & GROCERY | 4344 TUCKAHOE RD AKA RT 555 | FRANKLIN TWP | FRANKLIN TWP | 08094 | GLOUCESTER |
| 2311 | 74297 | | NICHOLAS DRIVE GROUNDWATER CONTAMINATION | NICHOLAS DR | FRANKLIN TWP | FRANKLIN TWP | 08328 | GLOUCESTER |
| 2312 | 64306 | | HARTS SERVICE STATION | SWEDESBORO RD | FRANKLIN TWP | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2313 | 8028 | | FRANKLINVILLE GULF SERVICE STATION | 1986 DELSEA DR AKA RT 47 | FRANKLINVILLE | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2314 | 46852 | | SICO CO DIRECT SERVICE STATION #6/835 | 2547 DELSEA DR & SWEDESBORO RD AKA RT 47 | FRANKLINVILLE | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2315 | 8004 | | US GAS SERVICE STATION | 3344 TUCKAHOE RD & COLES MILL RD | FRANKLINVILLE | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2316 | 61877 | | FRANKLINVILLE PRESCHOOL ACADEMY | 3380 TUCKAHOE RD | FRANKLINVILLE | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2317 | 46007 | | WAWA FOOD MARKET #444 | DELSEA DR & IONA LAKE RD AKA RT 47 | FRANKLINVILLE | FRANKLIN TWP | 08322 | GLOUCESTER |
| 2318 | 45711 | | MOBIL SERVICE STATION #15179 | 431 HARMONY RD & I-295 | GIBBSTOWN | GREENWICH TWP | 08027 | GLOUCESTER |
| 2319 | 14644 | | GEO SPECIALTY CHEMICALS INC | 50 N MARKET ST | GIBBSTOWN | GREENWICH TWP | 08027 | GLOUCESTER |
| 2320 | 7985 | | LUKOIL SERVICE STATION #57297 | 100 DELSEA DR & NEW ST AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2321 | 95063 | | A TO Z MAINTENANCE CORP | 100 DELSEA DR AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2322 | 53755 | | ZIMMERMAN ROBERT | 113 DELSEA DR AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2323 | 414749 | | AUTO MAGIC | 201 224 DELSEA DR 221 N DELSEA DR AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2324 | 7980 | | WALGREENS PHARMACY #12048 | 201 DELSEA DR AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2325 | 7981 | | SUNOCO SERVICE STATION #0004-6185 | 341 DELSEA DR & 2 MAIN ST AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2326 | 46294 | | SHELL SERVICE STATION | 350 DELSEA DR & POMONA AVE AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2327 | 7984 | | TEXACO SERVICE STATION #100224 | 6 DELSEA DR AKA RT 47 | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2328 | 7990 | | LUKOIL SERVICE STATION #57252 | 737 N MAIN ST & HESTON RD | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2329 | 7992 | | NJDOT GLASSBORO MAINTENANCE YARD | GROVE ST | GLASSBORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2330 | 7994 | | SOUTH JERSEY GAS CO | ZANE ST & UNION ST | GLASSBORO | GLASSBORO BORO | 080280000 | GLOUCESTER |
| 2331 | 62928 | | GLASSBORO BORO ROAD DEPT | 1 WILLIAMS RD | GLASSBORO BORO | GLASSBORO BORO | 08028 | GLOUCESTER |
| 2332 | 36417 | | EI DUPONT DENEMOURS & CO INC REPAUNO PLANT | 200 REPAUNO AVE | GREENWICH TWP | GREENWICH TWP | 08027 | GLOUCESTER |
| 2333 | 15893 | | EXXONMOBIL CO PAULSBORO TECHNICAL CENTER | 600 BILLINGSPORT RD | GREENWICH TWP | PAULSBORO BORO | 08027 | GLOUCESTER |
| 2334 | 163645 | | 72 RAMBO AVENUE | 72 RAMBO AVE | GREENWICH TWP | GREENWICH TWP | 19342 | GLOUCESTER |
| 2335 | 17230 | | RAINEYS SERVICE CENTER | SWEDESBORO FRANKLINVILLE RD AKA RT 538 | HARDINGVILLE | ELK TWP | 08343 | GLOUCESTER |
| 2336 | 7957 | | SHELL SERVICE STATION #138440 | 29 W MAIN ST & & UNION ST | HARRISON TWP | HARRISON TWP | 08062 | GLOUCESTER |
| 2337 | 8119 | | FIVE POINTS TEXACO SERVICE STATION | 108 DELSEA DR & HURFFVILLE CROSS KEYS AKA RT 47 & 654 | HURFFVILLE | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2338 | 42418 | | STRATTON PONTIAC MOTORS INC | 227 DELSEA DR AKA RT 47 | HURFFVILLE | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2339 | 7938 | | LOGAN GAS SERVICE STATION | 1705 CENTER SQUARE RD & I-295 | LOGAN TWP | LOGAN TWP | 08085 | GLOUCESTER |
| 2340 | 214045 | | 30 MADISON STREET | 30 MADISON ST | LOGAN TWP | LOGAN TWP | 08085 | GLOUCESTER |
| 2341 | 88599 | | 40 MONROE STREET | 40 MONROE ST | LOGAN TWP | LOGAN TWP | 08085 | GLOUCESTER |
| 2342 | 41952 | | SWAINS SERVICE STATION | CROWN POINT RD AKA RT 44 | LOGAN TWP | LOGAN TWP | 08085 0 | GLOUCESTER |
| 2343 | 7931 | | NJDOT BRIDGEPORT MAINTENANCE YARD | RT 130 MM 12.6 NEAR RT 322 | LOGAN TWP | LOGAN TWP | 08014 | GLOUCESTER |
| 2344 | 55440 | | WAWA FOOD MARKET #485 | 450 DELSEA DR AKA RT 40 & RT 47 | MALAGA | FRANKLIN TWP | 08328 | GLOUCESTER |
| 2345 | 7915 | | LUKOIL SERVICE STATION #57251 | 120 BRIDGETON PK AKA RT 45 & 553 ALT | MANTUA | MANTUA TWP | 08051 | GLOUCESTER |
| 2346 | 45994 | | CUMBERLAND FARMS INC | 661 BRIDGETON PK AKA RT 45 | MANTUA | MANTUA TWP | 08051 | GLOUCESTER |
| 2347 | 7921 | | MANTUA AMOCO SERVICE STATION #811 | 689 BRIDGETON PK & VALLEYVIEW DR | MANTUA | MANTUA TWP | 080510000 | GLOUCESTER |
| 2348 | 7911 | | GETTY SERVICE STATION #56117 | 700 WOODBURY GLASSBORO RD | MANTUA | MANTUA TWP | 08051 | GLOUCESTER |
| 2349 | 37503 | | HAUSMAN BUS SALES & PARTS CO | 1029 MAIN ST | MANTUA TWP | MANTUA TWP | 08071 | GLOUCESTER |
| 2350 | 63770 | | HELEN KRAMER SLF | JESSUP MILL RD | MANTUA TWP | MANTUA TWP | 08051 | GLOUCESTER |
| 2351 | 7880 | | WILLIAMSTOWN SERVICE STATION | 1001 TUCKAHOE RD & RT 322 AKA RT 555 & RT 322 | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2352 | 386956 | | 111 135 BLACKHORSE PK | 111 135 BLACKHORSE PK | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |

**NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST**

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2353 | 43147 | | HARRYS CITGO SERVICE STATION | 125 SICKLERVILLE RD | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2354 | 7905 | | TEXACO SERVICE STATION #100228 | 2057 BLACKHORSE PK | MONROE TWP | MONROE TWP | 08092 | GLOUCESTER |
| 2355 | 7902 | | WILLIAMSTOWN VALERO SERVICE STATION | 328 BLACKHORSE PK & BERLIN CROSS KEYS RD | MONROE TWP | MONROE TWP | 08065 | GLOUCESTER |
| 2356 | 13973 | | SHORE STOP 291 SERVICE STATION | 748 SICKLERVILLE RD & RT 322 | MONROE TWP | MONROE TWP | 08904 | GLOUCESTER |
| 2357 | 15032 | | EASTWOODS DEVELOPMENT GROUNDWATER CONTAMINATI | BUCKHORN DR & MADRONE AVE | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2358 | 74845 | | NORTH MAIN STREET GROUNDWATER CONTAMINATION V | N MAIN ST | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2359 | 74295 | | REX AVENUE GROUNDWATER CONTAMINATION | REX AVE & RADIX RD & ORCHARD DR | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2360 | 74821 | | SOUTH BLACKHORSE PIKE GROUNDWATER CONTAMINATI | S BLACKHORSE PK | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2361 | 65056 | | MONROE TWP SLF | SICKLERVILLE RD | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2362 | 65894 | | WINSLOW ROAD & WALNUT STREET | WINSLOW RD & WALNUT ST | MONROE TWP | MONROE TWP | 08094 | GLOUCESTER |
| 2363 | 7958 | | MULLICA HILL SHELL SERVICE STATION | BRIDGETON PK & RT 581 AKA RT 77 & RT 581 | MULLICA HILL | HARRISON TWP | 08062 | GLOUCESTER |
| 2364 | 7857 | | PAULSBORO VALERO SERVICE STATION | 1803 S DELAWARE ST & I-295 | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2365 | 7856 | | PAULSBORO PACKAGING INC | 301 MANTUA AVE & UNIVERSAL RD | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2366 | 14643 | | BP OIL CO TERMINAL #4555 FORMER | 303 MANTUA AVE | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2367 | 14641 | 63678 | SUPPORT TERMINALS | 3RD ST & BILLINGSPORT RD | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2368 | 7854 | | BENNES CITGO SERVICE STATION | 526 W BROAD ST | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2369 | 7857 | | BROAD GAS SERVICE STATION | 642 BROAD ST & BERKELY RD | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2370 | 7868 | | SUNOCO INC PAULSBORO TERMINAL #090-2154 | 825 CLONMELL RD | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2371 | 119154 | | NJDOT PAULSBORO BRIDGEHOUSE @ MANTUA CREEK | BROAD ST AKA RT 44 | PAULSBORO | PAULSBORO BORO | 08066 | GLOUCESTER |
| 2372 | 7841 | | PITMAN SUNOCO SERVICE STATION | 101 N WOODBURY AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2373 | 12893 | | SHELL SERVICE SITE STATION | 20 N WOODBURY AVE & HOLLY AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2374 | 69930 | | AMOCO SERVICE STATION | 3 S WOODBURY AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2375 | 12892 | | COASTAL SERVICE STATION | 4 S WOODBURY AVE FORMERLY 4 E HOLLY AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2376 | 12891 | | 400 NORTH WOODBURY ROAD CORP | 400 N WOODBURY AVE & LAMBS RD | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2377 | 63577 | | TEXACO SERVICE STATION | 5 N WOODBURY AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2378 | 45301 | | NJDM&VA PITMAN ARMORY | DELSEA DR & COLUMBIA AVE AKA RT 47 & COLUMBIA AVE | PITMAN | PITMAN BORO | 08071 | GLOUCESTER |
| 2379 | 65600 | | 51 WOODBURY ROAD NORTH | 51 WOODBURY RD N | PITMAN BORO | PITMAN BORO | 08071 | GLOUCESTER |
| 2380 | 73272 | | CAROUSEL VIDEO FORMER | 52 S BROADWAY | PITMAN BORO | PITMAN BORO | 08071 | GLOUCESTER |
| 2381 | 196296 | | MT PLEASANT ORCHARDS | 160 RICHWOOD RD | RICHWOOD | HARRISON TWP | 08028 | GLOUCESTER |
| 2382 | 7907 | | LUKOIL SERVICE STATION #57277 | 698 WOODBURY GLASSBORO RD | SEWELL | MANTUA TWP | 08080 | GLOUCESTER |
| 2383 | 38139 | | SOUTH HARRISON TWP BD OF ED SOUTH HARRISON ELEMENTARY SCHOOL | 904 MULLICA HILL RD & HARRISONVILLE RD | SOUTH HARRISON TWP | SOUTH HARRISON TWP | 08039 | GLOUCESTER |
| 2384 | 18087 | | GAS FOR LESS SERVICE STATION | 1008 KINGS HWY & GLEN ECHO AVE | SWEDESBORO | SWEDESBORO BORO | 08085 | GLOUCESTER |
| 2385 | 7776 | | LUKOIL SERVICE STATION #57229 | 945 RED BANK AVE & CROWN POINT RD & I-295 | THOROFARE | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2386 | 7800 | | WASHINGTON TWP RIGGINS SERVICE STATION | 246 FRIES MILL RD | TURNERSVILLE | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2387 | 7809 | | RIGGINS SERVICE STATION | 5201 BLACKHORSE PK & GANTTOWN RD AKA RT 42 & GANTTOWN RD | TURNERSVILLE | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2388 | 7823 | | GILL PETROLEUM SERVICE STATION | 5880 BLACKHORSE PK AKA RT 42 | TURNERSVILLE | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2389 | 7855 | | SHELL SERVICE STATION #116656 & FOOD MART | 6001 BLACKHORSE PK & N S FRWY | TURNERSVILLE | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2390 | 15442 | | 5 POINTS BP SERVICE STATION | 109 DELSEA DR & HURFFVILLE RD AKA RT 47 & RT 41 | WASHINGTON TWP | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2391 | 75011 | | GREENTREE SHOPPING CENTER | 117 GREENTREE RD | WASHINGTON TWP | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2392 | 223496 | | 30 ABBINGTON LANE | 30 ABBINGTON LN | WASHINGTON TWP | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2393 | 50843 | | SERPENTE EXXON SERVICE STATION | 301 DELSEA DR & SALINA RD AKA RT 47 & SALINA RD | WASHINGTON TWP | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2394 | 7787 | 185975 | SICKLERVILLE SERVICE STATION | 3441 BLACKHORSE PK RT 42 & 555 3 BLACKHORSE PK & TUCKAHOE RD | WASHINGTON TWP | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2395 | 7799 | | GETTY SERVICE STATION | 401 EGG HARBOR RD & GREEN TREE RD | WASHINGTON TWP | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2396 | 54822 | | WASHINGTON TWP BD OF ED TRANSPORTATION DEPT | 490 HURFFVILLE CROSS KEYS RD | WASHINGTON TWP | WASHINGTON TWP | 0808023.19 | GLOUCESTER |
| 2397 | 190564 | | 52 ABBINGTON LANE | 52 ABBINGTON LN | WASHINGTON TWP | WASHINGTON TWP | 08080 | GLOUCESTER |
| 2398 | 18899 | | TURNERSVILLE CITGO SERVICE STATION | 5321 BLACKHORSE PK & GANTTOWN RD AKA RT 42 & GANTTOWN RD | WASHINGTON TWP | WASHINGTON TWP | 08012 | GLOUCESTER |
| 2399 | 7817 | | GASTROL PLUS | 5440 BLACKHORSE PK AKA RT 42 | WASHINGTON TWP | WASHINGTON TWP | 08032 | GLOUCESTER |
| 2400 | 7824 | | RIGGINS SERVICE STATION | 5681 BLACKHORSE PK & GREENTREE RD | WASHINGTON TWP | WASHINGTON TWP | 08032 | GLOUCESTER |
| 2401 | 15889 | | NJ TRANSIT AUTH BUS OPERATIONS WASHINGTON TWP BUS GARAGE | 6000 BLACKHORSE PK & ATLANTIC CITY EXPWY FORMERLY 812 BLACKHORSE PK | WASHINGTON TWP | WASHINGTON TWP | 08012 | GLOUCESTER |