# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2402 | 9717 | | EXXON SERVICE STATION #32753 | BLACKHORSE PK & CROSS KEYS RD LOT 13.05 BLOCK 109 | WASHINGTON TWP | WASHINGTON TWP | 08032 | GLOUCESTER |
| 2403 | 48002 | | CUMBERLAND FARMS INC SERVICE STATION #2513 | MANTUA AVE & S WEST AVE | WENONAH | WENONAH BORO | 08090 | GLOUCESTER |
| 2404 | 88286 | | AMOCO #55 MARION AVE | 242 N MARION AVE | WENONAH | WENONAH BORO | 08090 | GLOUCESTER |
| 2405 | 64164 | | SOVAY SPECIALTY POLYMERS USA | 10 LEONARD LN CROWN POINT RD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2406 | 134585 | | GETTY SERVICE STATION #56280 | 1415 GATEWAY BLVD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2407 | 15894 | | INTELCO OF DELAWARE VALLEY INC @ MID ATLANTIC IND PK | 1927 NOLTE DR | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2408 | 119912 | | CAMDEN PRESS @ / JESSUP RD OFFICE PK | 271 JESSUP RD FORMERLY 3442 JESSUP RD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08093 | GLOUCESTER |
| 2409 | 7782 | | AMOCO SERVICE STATION #5187 | 295 GROVE AVE | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2410 | 15492 | | SHELL SAP NO 100340 | 858 920 KINGS HWY & JESSUP RD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2411 | 15483 | | LUKOIL SERVICE STATION #67430 | 839 KINGS HWY & WESTWOOD DR | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08093 | GLOUCESTER |
| 2412 | 77710 | | BROTHERS DRY CLEANING @ SOUTHWOOD SHOPPING CENTER | 875 MANTUA AVE AKA RT 45 | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08096 | GLOUCESTER |
| 2413 | 15406 | | MANTUA PINE LUKOIL SERVICE STATION | 879 MANTUA PK & GRISOCM LN | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08096 | GLOUCESTER |
| 2414 | 15884 | | SUNOCO PARTNERS MARKETING & TERMINALS | I-295 & RT 130 & CROWN POINT RD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08093 | GLOUCESTER |
| 2415 | 48312 | | INTERSTATE CITGO SERVICE STATION | I-295 N & KILEY AVE | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 080960000 | GLOUCESTER |
| 2416 | 63743 | | BP OIL PIPELINE CO TERMINAL | 4 BLACKHORSE PK | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2417 | 63925 | | COASTAL PIPELINE | JESSUP RD & FOREST CREEK LN | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2418 | 71777 | | TEXAS EASTERN PIPELINE CO HARBOR SYSTEM SECTION 1 | JESSUP RD & KINGS HWY & 100 BUDD BLVD | WEST DEPTFORD TWP | WEST DEPTFORD TWP | 08086 | GLOUCESTER |
| 2419 | 226678 | | 1601 HIGH STREET | 1601 HIGH ST | WESTVILLE | WESTVILLE BORO | 08093 | GLOUCESTER |
| 2420 | 428633 | | | 1058 DELSEA DR / NWC CHESTNUT LN (ROBERT BARRY) | WESTVILLE | WESTVILLE | 08093 | GLOUCESTER |
| 2421 | 7715 | | SHELL SERVICE STATION #100340 | 1058 DELSEA DR AKA RT 47 | WESTVILLE | WESTVILLE BORO | 08093 | GLOUCESTER |
| 2422 | 77716 | | WESTVILLE BORO DPW | 114 CROWN POINT RD | WESTVILLE | WESTVILLE BORO | 08093 | GLOUCESTER |
| 2423 | 54882 | | 8A SERVICE INC | 800 DELSEA DR | WESTVILLE | WESTVILLE BORO | 08093 | GLOUCESTER |
| 2424 | 71549 | | KELLER BUILDING PRODUCTS OF CAMDEN INC | DELSEA DR AKA RT 47 | WESTVILLE BORO | WESTVILLE BORO | 08093 | GLOUCESTER |
| 2425 | 13972 | | HELLENIC GYROS & PITAS CORP | 1051 SYKES RD | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2426 | 7892 | | TEXACO SERVICE STATION #120231 | 1313 BLACKHORSE PK | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2427 | 7881 | | CROSS KEYS AIRPORT INC | 1531 N TUCKAHOE RD | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2428 | 7888 | | SHELL SERVICE STATION #100226 | 215 NEW BROOKLYN RD & BLACKHORSE PK | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2429 | 7870 | | WILLIAMSTOWN CITGO SERVICE STATION | 2844 FRIES MILL RD | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2430 | 7866 | | GETTY SERVICE STATION #57239 | 377 BLACKHORSE PK & WASHINGTON AVE | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2431 | 358969 | | JACKS AUTO SALES & SERVICE CENTER | 4 BLACKHORSE PK | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2432 | 7879 | | SUNNYS MOBIL SERVICE STATION | 565 BLACKHORSE PK & PEDRICK AVE | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2433 | 99207 | | WAWA FOOD MARKET #721 | 556 NEW BROOKLYN RD | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2434 | 7900 | | WILLIAMS GULF SERVICE STATION | MAIN ST & CLAYTON AVE | WILLIAMSTOWN | MONROE TWP | 08094 | GLOUCESTER |
| 2435 | 76757 | | GREENBRIAR NURSING HOME | 190 N EVERGREEN AVE | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2436 | 7708 | | GETTY SERVICE STATION #16/649 | 212 S EVERGREEN AVE & BARBER AVE | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2437 | 7709 | | SKD CO DIRECT SERVICE STATION #18/843 | 245 S BROAD ST | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2438 | 7688 | | WOODBURY LUKOIL SERVICE STATION | 500 N BROAD ST & RED BANK AVE | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2439 | 7890 | | SHELL SERVICE STATION #138557 | 537 S EVERGREEN AVE & GLASSBORO RD | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2440 | 202341 | | BARGAIN HUNTER AUTO SALES INC | 731 N BROAD ST | WOODBURY | WOODBURY CITY | 080960000 | GLOUCESTER |
| 2441 | 46395 | | GARDEN STATE FUEL SERVICE STATION | 846 N BROAD ST | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2442 | 7706 | | WOODBURY SUNOCO SERVICE STATION | 856 N BROAD ST | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2443 | 7704 | | NIDMAVA HENRY ARMY & OMS #22 | MANTUA AVE & SALEM AVE AKA RT 45 & SALEM AVE 605 S BROAD ST | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2444 | 43304 | | SILVER STORE | N EVERGREEN AVE | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2445 | 63571 | | REDY MIXT KONKRETE INC | 57 59 S BROAD ST | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2446 | 474861 | | REDY MIXT KONKRETE INC | 631 S EVERGREEN AVE | WOODBURY CITY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2447 | 370045 | | WOODLAND AVENUE | 70 WOODLAND AVE | WOODBURY | WOODBURY CITY | 08096 | GLOUCESTER |
| 2448 | 7766 | | TOGETHER CITGO SERVICE STATION | 438 GLASSBORO AVE | WOODBURY HEIGHTS | WOODBURY HEIGHTS BORO | 08097 | GLOUCESTER |
| 2449 | 48686 | | SHELL SERVICE STATION | 501 ELM ST | WOODBURY HEIGHTS | WOODBURY HEIGHTS BORO | 08097 | GLOUCESTER |
| 2450 | 69525 | | AERO PLATING INC | 661 S EVERGREEN AVE | WOODBURY HEIGHTS | WOODBURY HEIGHTS BORO | 08097 | GLOUCESTER |

10/24/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| # | NEMS SITE_ID | Former NEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2451 | 13565 | | EXXON SERVICE STATION #52080 | 850 MANTUA PK & ELM AVE AKA RT 45 | WOODBURY HEIGHTS BORO | WOODBURY HEIGHTS BORO | 08097 | GLOUCESTER |
| 2452 | 7889 | 7772 | GETTY SERVICE STATION #00672 | 874 MANTUA AVE & MAPLE AVE AKA RT 45 | WOODBURY HEIGHTS BORO | WOODBURY HEIGHTS BORO | 08097 | GLOUCESTER |
| 2453 | 43926 | | SHELL SERVICE STATION #138262A | 2011 RT 322 & PAULSBORO SWEDESBORO RD | WOOLWICH TWP | WOOLWICH TWP | 08085 | GLOUCESTER |
| 2454 | 7763 | | SWEDESBORO BP SERVICE STATION | 2011 RT 322 & PAULSBORO SWEDESBORO RD | WOOLWICH TWP | WOOLWICH TWP | 08085 | GLOUCESTER |
| 2455 | 46594 | | SHAN AUTO FUEL INC-SERVICE STATION | 541 KINGS HWY & PAULSBORO RD | WOOLWICH TWP | WOOLWICH TWP | 08085 | GLOUCESTER |
| 2456 | 63912 | | SOUTH JERSEY GAS CO SWEDESBORO COAL GAS | 99 BRIDGEPORT AVE & AUBURN AVE | WOOLWICH TWP | WOOLWICH TWP | 08085 | GLOUCESTER |
| 2457 | 63946 | | ARCO SERVICE STATION #26500 FORMER | RT 551 & PAULSBORO SWEDESBORO LOT 10 BLOCK RB | WOOLWICH TWP | WOOLWICH TWP | 08050 | GLOUCESTER |
| 2458 | 14572 | | BAYONNE PLANT HOLDING | 16 HOOK RD & E 22ND ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2459 | 57407120 | 57407 | EXXON SERVICE STATION #50440 | 255 RT 440 | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2460 | 7632 | | STARLES SUNOCO SERVICE STATION | 1040 KENNEDY BLVD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2461 | 7617 | | GETTY SERVICE STATION #56079 | 1061 53RD ST & BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2462 | 7737 | | EIP PETROLEUM INC | 1064 AVE C | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2463 | 43992 | | MAX BAYROFF CO | 107 113 S 24TH ST | BAYONNE | BAYONNE CITY | 070020000 | HUDSON |
| 2464 | 7673 | | BERGEN AVENUE BUS OWNERS ASSOC | 1200 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2465 | 7653 | | BP SERVICE STATION #11994 | 1121 KENNEDY BLVD & W 46TH ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2466 | 7645 | | LUKOIL SERVICE STATION #57236 | 1191 1193 KENNEDY BLVD & 53RD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2467 | 7646 | | EXXON SERVICE STATION #50048 | 1194 KENNEDY BLVD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2468 | 7656 | | EXXON SERVICE STATION #54341 | 121 KENNEDY BLVD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2469 | 194411 | | 122 WEST 46TH STREET | 122 W 46TH ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2470 | 7672 | | R&A DISTRIBUTING CO | 15 PULASKI ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2471 | 456687 | 456687, 21200 | IDEAL ALUMINUM PRODUCTS CO | 151, 179 W 77TH ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2472 | 338414 | 338414 | 202 KENNEDY BOULEVARD | 202 KENNEDY BLVD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2473 | 7613 | | AMCOO SERVICE STATION #557 | 210 KENNEDY BLVD & W 7TH ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2474 | 76417 | | PIRELLI CABLE CORP | 225 W 1ST ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2475 | 154165 | | SHILMAR FUEL CO INC | 254 KENNEDY BLVD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2476 | 63856 | | PUBLIC SERVICE FURNITURE STORE | 300 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2477 | 7837 | | GEL SPICE CO INC | 304 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2478 | 42219 | | COASTAL OIL NY INC BERGEN POINT TERMINAL | 35 AVE A | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2479 | 63985 | | GETTY SERVICE STATION #55153 | 354 AVE C & 24TH | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2480 | 7623 | | IMTT INTERTERMINAL PIPELINE IB BAYONNE TERMINAL | 37 41 5TH ST FT OF | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2481 | 19736 | | STEVEN INDUSTRIES INC | 39 AVE C | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2482 | 15745 | 343351 | BUCKEYE BAYONNE TERMINAL | 420 HOOK RD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2483 | 380407 | | 47 ZABRISKIE AVENUE | 47 ZABRISKIE AVE | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2484 | 7601 | | GEL SPICE CO INC | 48 52 HOOK RD | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2485 | 42555 | | EXXON SERVICE STATION #12015S | 505 507 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2486 | 7650 | | BAYONNE TIGER MART SERVICE STATION | 529 599 KENNEDY BLVD & 21ST ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2487 | 7678 | | EXXON SERVICE STATION #82004 | 624 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2488 | 13501 | | SHELL SERVICE STATION #9514 | 640 650 AVE E & 40TH ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2489 | 7691 | | R&E SERVICE CENTER #12015S | 722 AVE E | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2490 | 7692 | | EXXON SERVICE STATION #52319 | 764 AVE C | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2491 | 7667 | | MID CITY AMERICAN SERVICE | 76 80 E 21ST ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2492 | 7883 | | TEXACO SERVICE STATION #100109 | 800 AVE E & 50 ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2493 | 7628 | | BAYONNE TERMINALS INC | E 2ND ST FT OF & HOBART AVE | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2494 | 14201 | | USDOD ARMY MILITARY OCEAN TERMINAL | E 32ND ST FT OF | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2495 | 63552 | | PSE&G HOBART AVENUE GAS WORKS FORMER | HOBART AVE & OAK ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2496 | 43507 | | RTE AD PHASE II PSE&G | 1297 BROADWAY | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2497 | 74356 | | 126 WEST 52ND STREET | 126 W 52ND ST | BAYONNE | BAYONNE CITY | 07002 | HUDSON |
| 2498 | 174286 | | BERGER POINT BRASS FOUNDRY INC | 147 157 AVE A | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |
| 2499 | 88196 | | FARINA PATIO INC | 400 RT 440 S | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |

10/14/2015

# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|
| 379948 | 55986 | BAYONNE ENERGY CENTER | 401 HOOK RD | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |
| 558455 | 14883 | BELL LABORATORIES BUILDING FORMER | 636 644 BROADWAY 636 BROADWAY 644 BROADWAY | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |
| 167249 | | 695 AVENUE E | 695 AVE E | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |
| 85155 | | PORT JERSEY MANCHESTER WAREHOUSE | 70 GOULD ST 165 AVENUE E | BAYONNE CITY | BAYONNE CITY | 07002 | HUDSON |
| 502167 | | PHILBRO CORP | 325 687 PASSAIC AVE | EAST NEWARK | EAST NEWARK BORO | 07029 | HUDSON |
| 27239 | | JOSEPH TROCHES AUTO REPAIRS INC | 418 420 69TH ST | GUTTENBERG | GUTTENBERG TOWN | 07093 | HUDSON |
| 7659 | | GETTY SERVICE STATION #57234 | 6800 KENNEDY BLVD & 68TH ST | GUTTENBERG | GUTTENBERG TOWN | 07093 1816 | HUDSON |
| 342982 | | JOSEPH FLITZ EMBROIDERIES | 6812 6814 MADISON ST | GUTTENBERG TOWN | GUTTENBERG TOWN | 07093 | HUDSON |
| 42351 | | TENNECO CO OLD HARRISON TERMINAL | 1 HARRISON AVE | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 53379 | | BRECKA TRANSPORTATION INC | 1000 FRANK E ROGERS BLVD S | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 48594 | | 1000 SOUTH INC | 1000 S 2ND ST | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 13951 | | SPEEDWAY SERVICE STATION #03449 | 2 PASSAIC ST & HARRISON AVE | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 7584 | | PSE&G HARRISON GAS PLANT PASSAIC RIVER | 2200 FRANK E ROGERS BLVD | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 7596 | | HARRISON TOWN BD OF ED NEW HARRISON HIGH SCHOOL PROPOSED | 405 KINGSLAND AVE | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 419355 | | LIQUID CARBONIC CORP SPECIALTY GAS | 609 BERGEN ST | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 7590 | | HARTZ MOUNTAIN INDUSTRIES INC | 700 FRANK E RODGERS BLVD S | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 41592 | 14870 | HARRISON DELIVERY CO | 720 ANN ST | HARRISON | HARRISON TOWN | 07029 | HUDSON |
| 340071 | | P&M TIRE & BRAKES PROPERTY FORMER | 101 HARRISON ST AKA 661 666 1ST ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 414588 | | FERGUSON PROPELLER INC | 1132 CLINTON ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7544 | | WILLOW SUNOCO SERVICE STATION | 1324 WILLOW AVE | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7533 | | ADVANCE @ HOBOKEN | 1316 1330 WILLOW AVE 1324 WILLOW AVE & 14TH | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7551 | | BP SERVICE STATION #65584 | 1400 PARK AVE | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7526 | | SPEEDWAY SERVICE STATION #03488 | 1401 WILLOW AVE & 14TH ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 438847 | | 1405 CLINTON STREET | 1405 CLINTON ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 53237 | | SRS LINCOLN SERVICE CENTER CO INC | 1407 1415 PARK AVE 2001 13TH ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 53413 | | FAIRWAY AUTO REPAIR | 1420 ADAMS ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 157930 | | ONAFETS INC | 150 14TH ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 43617 | | INTERNATIONAL BUS SERVICES INC | 1500 CLINTON ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7539 | | R NEUMANN & CO | 300 OBSERVER HWY | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7558 | | HOBOKEN SERVICE CENTER INC | 423 NEWARK ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 53915 | | CHURCH TOWERS APARTMENTS | 5 15 CHURCH TOWERS | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 514586 | | ST ANNS CHURCH | 704 JEFFERSON ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 7929 | | HOBOKEN CITY BD OF ED HIGH SCHOOL | 9TH ST & CLINTON ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 22054 | | STEVENS INSTITUTE OF TECHNOLOGY CARNEGIE LAB | CASTLE POINT TER | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 77361 | | JACKSON ENGINEERING CO INC | 1420 1424 WILLOW AVE | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 438981 | | 1428 WILLOW AVE | 1428 WILLOW AVE | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 56628 | | PACINDOLA FUEL CO | 324 GRAND ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 56085 | | ADAMS SERVICE STATION | 632 ADAMS ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 80486 | | | 814 PARK AVENUE | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 165333 | | 901 GARDEN STREET | 901 GARDEN ST | HOBOKEN | HOBOKEN CITY | 07030 | HUDSON |
| 56255 | | PATERSON PLANK RD | 1000 PATERSON PLANK RD | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 7477 | | LINCOLN PARK SHELL SERVICE STATION | 1000 COMMUNIPAW AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 56983 | | OUR LADY OF SORROWS R.C CHURCH | 102 129 CLERK ST | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 7359 | | EXXON SERVICE STATION #92438 | 1026 SUMMIT AVE | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 24710 | | JACKS SERVICE STATION | 1027 1029 SUMMIT AVE | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 57153 | | HUDSON CNTY CORPORATE 104 | 103 111 FAIRMOUNT AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 7315 | | EXXON SERVICE STATION #93209 | 103 HOWELL ST & CHARLOTTE AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 164160 | | SONNYS GYM | 107 129 PACIFIC AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 87767 | | NEWPORT PLAZA | 125 S 18TH ST | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2549 | 41728 | | PREMIER MOTOR LINES | 125 JAMES AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2550 | 226786 | | 126 CENTRAL AVENUE | 126 CENTRAL AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2551 | 43329 | | VAN LEER CHOCOLATE CORP | 127 135 HOBOKEN AVE | JERSEY CITY | JERSEY CITY | 07310 | HUDSON |
| 2552 | 7904 | | LUKOIL SERVICE STATION #57216 | 12TH ST & ERIE ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2553 | 57746 | | PRE6A HUDSON KENDERING STATION | 133 DUFFIELD AVE & VAN KEUREN AVE | JERSEY CITY | JERSEY CITY | 073045305309 | HUDSON |
| 2554 | 7382 | | PORT AUTH NY/NJ HOLLAND TUNNEL | 13TH ST & PROVOST ST | JERSEY CITY | JERSEY CITY | 073100730000 | HUDSON |
| 2555 | 225675 | | NINA EXXON SERVICE STATION | 140 STERLING AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2556 | 7286 | | SUNOCO SERVICE STATION #00069835 | 14TH ST & JERSEY AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2557 | 499325 | | 15 HALLADAY STREET | 15 HALLADAY ST | JERSEY CITY | JERSEY CITY | 07083 | HUDSON |
| 2558 | 7905 | | SHELL SERVICE STATION #138887 | 155 KENNEDY BLVD & RT 440 | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2559 | 414293 | | NEWPORT VALERO SERVICE STATION | 155 LUIS MUNOZ MARIN BLVD | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2560 | 450807 | | LEXINGTON MANOR APARTMENTS | 16 20 LEXINGTON AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2561 | 80078 | | CROSSLAND DEVELOPMENT INC | 160 LAFAYETTE ST | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2562 | 7875 | | VERIZON JERSEY CITY WC #61055 | 160 PANGRAPO AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2563 | 198831 | | SHELL SERVICE STATION #9522 | 164 14TH ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2564 | 47938 | | JERSEY CITY BD OF ED SCHOOL #40 | 171 SEAVIEW AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2565 | 7424 | | NINA EXXON SERVICE STATION | 1797 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2566 | 388925 | | TUNNEL DINNER FORMER | 181 184 14TH ST | JERSEY CITY | JERSEY CITY | 07310 | HUDSON |
| 2567 | 51172 | | JERSEY CITY BD OF ED SCHOOL #5 | 182 196 MERSELES ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2568 | 7301 | | ALVAREZ & MACHIN GULF SERVICE #120218 | 183 12TH ST & GROVE ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2569 | 7387 | | NEWPORT VALERO SERVICE STATION | 185 14TH ST & GROVE ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2570 | 21121 | | BEL FUSE INC | 194 198 VAN VORST ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2571 | 7329 | | SHELL SERVICE STATION #100113 | 197 221 12TH ST & ERIE ST | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2572 | 393881 | | NJ TRANSIT AUTH HUDSON BERGEN | 20 CAVEN POINT AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2573 | 7486 | | BMW VEHICLE PREP CENTER | 20 COLONY RD | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2574 | 130925 | | HUDSON CNTY MORTGAGE ALLIED | 200 VILLAGE GATE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2575 | 79661 | | HART PRODUCTS STORAGE YARD | 200 LUIS MUNOZ MARIN BLVD AKA HENDERSON ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2576 | 7925 | | EXXON SERVICE STATION #38898 | 202 14TH ST | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |
| 2577 | 48733 | | NJ CITY UNIVERSITY WEST CAMPUS | 203 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2578 | 438041 | | 21 LEXINGTON AVENUE | 21 LEXINGTON AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2579 | 7826 | | CLS SERVICE STATION | 210 14TH ST | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2580 | 7956 | | HART PRODUCTS CORP | 215 VAN VORST ST | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |
| 2581 | 295513 | | JIFFY LUBE #1125 | 221 RT 1 | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2582 | 78733 | | JIFFY LUBE INC | 221 RT 1 79 | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2583 | 7902 | | BP SERVICE STATION #02503 | 230 14TH ST & ERIE AVE | JERSEY CITY | JERSEY CITY | 07097 | HUDSON |
| 2584 | 13921 | | BIRK PAINT MFG INC | 230 284 KEARNY AVE | JERSEY CITY | JERSEY CITY | 08000 | HUDSON |
| 2585 | 7831 | | AMOCO SERVICE STATION #02064 | 235 14TH ST | JERSEY CITY | JERSEY CITY | 07310 | HUDSON |
| 2586 | 7422 | | EXXON SERVICE STATION #98889 | 2379 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2587 | 7423 | | LUKOIL SERVICE STATION #67235 | 2388 2392 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2588 | 66642 | | HUDSON CNTY CHROMATE - ALLIED | 239 265 OCEAN AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2589 | 505391 | 129344 | VIEW UP LLC MELROSE PROPERTIES INC | 246 OHNSTON AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2590 | 7297 | | SUNOCO SERVICE STATION #0026982 | 249 14TH ST & GROVE ST | JERSEY CITY | JERSEY CITY | 07310 | HUDSON |
| 2591 | 27136 | | NATIONAL MOLDED INC | 261 CUSTER AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2592 | 7485 | | INSTRANSFER SYSTEMS OF NJ INC | 264 275 BROADWAY | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2593 | 22071 | | ST PETERS UNIVERSITY | 2641 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2594 | 125471 | | UNIVERSITY ACADEMY CHARTER HIGH SCHOOL | 275 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2595 | 15823 | | JERSEY CITY MOVING CENTER | 276 TONNELLE AVE | JERSEY CITY | JERSEY CITY | 073050000 | HUDSON |
| 2596 | 118381 | | 285 PAVONIA AVENUE | 285 PAVONIA AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2597 | 73242 | | ARMIN POLY BAG | 301 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07309 | HUDSON |

# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|
| 2598 | 7976 | | GLOBAL MARINE TERMINAL & CONTAINER SERVICE | 302 PORT JERSEY BLVD | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2599 | 7418 | | SHELL SERVICE STATION | 3080 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2600 | 60949 | | WASHINGTON COMMONS | 311 WASHINGTON ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2601 | 7956 | | CHOICES EXXON SERVICE STATION #32006 | 311 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2602 | 7419 | | LUKOIL SERVICE STATION #67231 | 3130 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2603 | 13922 | | EXXON SERVICE STATION #32731 | 3140 KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 08000 | HUDSON |
| 2604 | 28597 | | J&S FORD INC | 315 CLENDENNY AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2605 | 340901 | | 315 STEGMAN PARKWAY | 315 STEGMAN PKWY | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2606 | 7420 | | VOLKSWAGEN SERVICE CENTER | 319 NEWARK AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2607 | 13838 | | JERSEY CITY HOUSING AUTH HARRY MOORE APARTMENTS | 324 DUNCAN AVE | JERSEY CITY | JERSEY CITY | 08000 | HUDSON |
| 2608 | 459788 | | 325 WEST SIDE AVENUE | 325 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2609 | 7887 | | ANGELOS GULF SERVICE STATION | 327 329 NEWARK AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2610 | 3136S | | AIM CARIBBEAN EXPRESS INC | 330 MANHATTAN AVE | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 2611 | 43868 | | GRAND AUTO REPAIRS | 342 JOHNSTON AVE | JERSEY CITY | JERSEY CITY | 0730200000 | HUDSON |
| 2612 | 7550 | | BALDWIN AUTO REPAIRS INC | 348 BALDWIN AVE & WASHBURN ST | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2613 | 45585 | | GEORGE O KNOBLOCH INC | 345 OCEAN AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2614 | 7501 | | 3 BROTHERS GULF SERVICE STATION | 348 BALDWIN AVE & WASHBURN ST | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2615 | 315435 | | 350 WARREN STREET | 350 WARREN ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2616 | 13899 | | GETTY SERVICE STATION #59738 | 351 LUIS MUNOZ MARIN BLVD A/KA HENDRSON ST & BAY ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2617 | 40297 | | DUNCAN TRUCK STOP SERVICE STATION | 375 DUNCAN AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2618 | 7388 | | DESMOON AUTO BODY INC | 380 NEWARK AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2619 | 13916 | | EXXON SERVICE STATION #34331 | 384 PATERSON PLANK RD | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 2620 | 7471 | | GETTY SERVICE STATION #56872 | 39 41 CENTRAL AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2621 | 570551 | | 391 413 MONTGOMERY STREET | 391 413 MONTGOMERY ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2622 | 7557 | | FRANK E ROSS CO INC | 4 6 ASH ST | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2623 | 45574 | | ABF FREIGHT SYSTEMS INC | 400 SIP AVE & RT 1/9 | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2624 | 7343 | | LEHIGH GAS SERVICE STATION | 403 TONNELLE AVE & ALLEN ST | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 2625 | 40816 | | PITTSBURGH METAL & GRAPHICS | 41 63 AETNA ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2626 | 13914 | | LANGER TRANSPORT CORP | 420 RT 440 & DANFORTH AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2627 | 56280 | | CLEAN MACHINE CAR WASH | 425 RT 440 | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2628 | 7438 | | PENNETTA & SON INC | 428 HOBOKEN AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2629 | 7455 | | JW RUNGE & CO | 432 DANFORTH AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2630 | 7345 | | METROPOLITAN TRUCK SALES | 437 TONNELE AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2631 | 7367 | | THE HOME DEPOT | 440 RT 440 | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2632 | 7346 | | GENES AUTO SERVICE & INSPECTION STATION | 440 TONNELLE AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2633 | 7079 | | TURNPIKE REDEVELOPMENT AREA | 440 OCEAN AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2634 | 56637 | | RUDOLPH BASS | 45 HALLADAY ST | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2635 | 7382 | | DELTA SERVICE STATION | 450 NEW YORK AVE & PATERSON PL | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2636 | 7328 | | LEXINGTON MANOR APARTMENTS | 451 BERESIN AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2637 | 13927 | | SUNOCO SERVICE STATION #0006958 | 455 GRAND ST & PACIFIC AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2638 | 25650 | | 475 COMMUNIPAW AVENUE | 475 COMMUNIPAW AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2639 | 50431 | | 475 CLAREMONT AVENUE URBAN RENEWAL CORP | 475 CLAREMONT AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2640 | 323490 | 423994 | D&M CONTINENTAL CARS CORP | 480 TONNELE AVE | JERSEY CITY | JERSEY CITY | 0730744447 | HUDSON |
| 2641 | 41676 | | KLINGER TIRE & SERVICE CO | 49 LEONARD ST | JERSEY CITY | JERSEY CITY | 07307 | HUDSON |
| 2642 | 154720 | | HUDSON CITY SAVINGS BANK | 495 MANILA AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2643 | 14867 | | JERSEY CITY MEDICAL CENTER | 50 BALDWIN AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2644 | 7390 | | CANCRO MIXED CONDOMINIUMS | 50 DEY ST 327 ST PAULS AVE FORMER | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2645 | 18961 | | BALDWIN AVENUE APARTMENTS | 500 502 BALDWIN AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2646 | 56784 | | WEST SIDE VILLAGE @ NJ CITY UNIVERSITY | 500 RT 440 | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |

10/14/2016