NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2647 | 37233 | | 3RD STREET SITE | 501 RT 440 | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2648 | 13026 | | RELIABLE GROUP CORP | 506 CAVEN POINT AVE 50 CAVEN POINT AVE FORMER | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2649 | 58145 | | BELOVED COMMUNITY CHARTER SCHOOL | 508 GRAND ST 530 GRAND ST 508 540 GRAND ST | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2650 | 16076 | | NJ TRANSIT AUTH GREENVILLE BUS GARAGE | 53 OLD BERGEN RD | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2651 | 38621 | | DAPE CONSULTING INC | 530 DUNCAN AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2652 | 74410 | | SUDZY 3 LAUNDROMAT | 54 MCADOO AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2653 | 7458 | | HUDSON CNTY PUBLIC SAFETY HEALTH BUILDING | 547 549 DUNCAN AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2654 | 38217 | | JERSEY CITY SEWER AUTH | 550 555 RT 440 | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2655 | 435488 | | SIXTH BORO REALTY INC | 550 GRAND ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2656 | 31250 | | COMMUNIPAW TEXACO AUTO REPAIR | 563 565 COMMUNIPAW AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2657 | 7368 | | JERSEY CITY DPW | 575 RT 440 & CULVER AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2658 | 119547 | | 577 TONNELLE AVENUE | 577 TONNELLE AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2659 | 7241 | | SPEEDWAY SERVICE STATION #03482 | 590 LUIS MUNOZ MARIN BLVD | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2660 | 28996 | | DIFEO AUTO GROUP | 599 RT 440 | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2661 | 56672 | | A OLIVERI & SONS INC | 619 LUIS MUNOZ MARIN BLVD | JERSEY CITY | JERSEY CITY | 07310 | HUDSON |
| 2662 | 443853 | | JERSEY CITY RADIATION THERAPY | 631 GRAND ST | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2663 | 13833 | | GETTY SERVICE STATION #56925 | 676 GARFIELD AVE | JERSEY CITY | JERSEY CITY | 08000 | HUDSON |
| 2664 | 7399 | | NJDM&VA JERSEY CITY ARMORY & OMS | 678 MONTGOMERY ST | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2665 | 66362 | | CONRAIL CORP HENDERSON YARD | 688 LUIS MUNOZ MARIN BLVD AKA HENDERSON ST | JERSEY CITY | JERSEY CITY | 07890 | HUDSON |
| 2666 | 14865 | | SUMMIT PLAZA ASSOC TOTAL ENERGY PLAN | 694 NEWARK AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2667 | 63924 | | QUALEX CORP | 70 CARTERET AVE & HALLADAY ST | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |
| 2668 | 7366 | | SPEEDWAY SERVICE STATION #03484 | 701 RT 440 | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2669 | 7432 | | NEWPORT EXXON SERVICE STATION | 726 JERSEY AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2670 | 7334 | | GEORGES EXXON SERVICE STATION | 775 WEST SIDE AVE & DUNCAN AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2671 | 7478 | | US POSTAL SERVICE BULK MAIL CENTER | 80 COUNTY RD | JERSEY CITY | JERSEY CITY | 07097 | HUDSON |
| 2672 | 38657 | | ABF FREIGHT SYSTEMS INC | 80 KELLOGG ST | JERSEY CITY | JERSEY CITY | 079170048 | HUDSON |
| 2673 | 87718 | | ADAMO BROTHERS CONSTRUCTION | 817 TONELLE AVE | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |
| 2674 | 400479 | | ST PETERS COLLEGE | 822 828 WEST SIDE AVE 920 MONTGOMERY ST | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2675 | 64074 | | HUDSON CNTY CHROMATE PPG GROUP #8 | 846 GARFIELD AVE | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2676 | 80505 | | 85 BLEECKER STREET | 85 BLEECKER ST | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2677 | 16364 | | JOSEPH CORY HOLDINGS | 888 NEWARK AVE | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2678 | 7400 | | GETTY SERVICE STATION #56889 | 919 MONTGOMERY ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2679 | 19399 | | BRENTWOOD OPTICAL CORP | 95 97 MONTGOMERY ST | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2680 | 51733 | | FRANK J VIGGIANI & CO | 96 OAKLAND AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2681 | 7476 | | EXXON SERVICE STATION #30012 | 983 COMMUNIPAW AVE & MARCEY ST | JERSEY CITY | JERSEY CITY | 07305 | HUDSON |
| 2682 | 13931 | 458981 | PURPLE FISH | 990 GARFIELD AVE | JERSEY CITY | JERSEY CITY | 08000 | HUDSON |
| 2683 | 56993 | | WELLEN OIL & CHEMICAL INC | 991 WEST SIDE AVE | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2684 | 341395 | | BARRI ELECTRIC SUPPLY | KENNEDY BLVD | JERSEY CITY | JERSEY CITY | 07306 | HUDSON |
| 2685 | 66672 | | LIBERTY HARBOR NORTH | LUIS MUNOZ MARIN BLVD & JERSEY AVE | JERSEY CITY | JERSEY CITY | 07302 | HUDSON |
| 2686 | 64053 | | NEW JERSEY TPKE BAYVIEW | NEW JERSEY TPKE EXIT 14B | JERSEY CITY | JERSEY CITY | 07300 | HUDSON |
| 2687 | 7290 | | NJ TURNPIKE AUTH MAINTENANCE DISTRICT #9 | NEW JERSEY TPKE MM 5.5 N | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2688 | 454085 | | NJ TRANSIT AUTH HUDSON BERGEN LIGHT RAIL TRANSIT SYSTEM | RAILROAD ROW BTWN JERSEY CITY TO NORTH BERGEN | JERSEY CITY | JERSEY CITY | 07199 | HUDSON |
| 2689 | 164908 | | PJP SLF | RT 1/9 S BEHIND 400 SIP AVE | JERSEY CITY | JERSEY CITY | 07303 | HUDSON |
| 2690 | 46791 | | NDEP LIBERTY STATE PARK SLF | THEODORE CONRAD DR | JERSEY CITY | JERSEY CITY | 073050000 | HUDSON |
| 2691 | 7247 | 63772 | NDEP LIBERTY STATE PARK | THOMAS MCGOVERN DR | JERSEY CITY | JERSEY CITY | 07304 | HUDSON |
| 2692 | 85801 | | HUDSON COUNTY CHROMATE HONEYWELL | VARIOUS LOCATIONS | JERSEY CITY | JERSEY CITY | 07032 | HUDSON |
| 2693 | 7195 | | AL WILSON CHEMICAL CO | 1050 HARRISON AVE | KEARNY | KEARNY TOWN | 070820207 | HUDSON |
| 2694 | 7196 | | ASHLAND INC WATER TECHNOLOGIES DIV | 1106 HARRISON AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2695 | 17312 | | MEADOWLANDS MAINTENANCE COMPLEX RAIL YARD | 1148 NEWARK JERSEY CITY TPKE | KEARNY | KEARNY TOWN | 07032 | HUDSON |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2695 | 15972 | | PSEG FOSSIL KEARNY GENERATING STATION | 118 HACKENSACK AVE FT OF | KEARNY | KEARNY TOWN | 070320000 | HUDSON |
| 2696 | 7197 | | VINELAND CONSTRUCTION CO | 1215 1221 HARRISON AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2698 | 26640 | | AMERICAN PRESIDENT LINES | 123 PENNSYLVANIA AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2699 | 28352 | | OZZIES FORD STORE INC | 144 PASSAIC AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2700 | 59319 | | KEARNY TOWN TOCH PARK | 166 194 PASSAIC AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2701 | 22210 | | CRYSTAL BEVERAGE CORP | 174 SANFORD AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2702 | 416259 | | TIDAL WAVE TRUCK WASH INC | 2 FISH HOUSE RD | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2703 | 7160 | | ALL SEASON AUTOMOTIVE INC | 265 PASSAIC AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2704 | 30401 | | MEADOWLANDS IMPORTS INC | 307 SCHUYLER AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2705 | 50021 | | KEARNY TOWN FIRST AID SQUAD | 352 MAPLE ST | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2706 | 19759 | | ABCA RECYCLING INC | 40 MCWHIRTER RD | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2707 | 14876 | | PMC INC KLEER KAST DIV | 450 SCHUYLER AVE | KEARNY | KEARNY TOWN | 07756 | HUDSON |
| 2708 | 7185 | | KEARNY EXXON SERVICE STATION | 514 KEARNY AVE & OAKWOOD AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2709 | 13894 | | FREDERICK GUMM CHEMICAL CO INC | 538 FOREST ST | KEARNY | KEARNY TOWN | 07756 | HUDSON |
| 2710 | 35525 | | TITAN ADHESIVES CO @ TURCO IND PK | 590 BELLEVILLE TPKE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2711 | 95826 | | ALPHA METALS INC @ TURCO IND PK | 590 BELLEVILLE TPKE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2712 | 7216 | | KEARNY ALDO | 60 PASSAIC AVE 25 BELGROVE DR | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2713 | 7138 | | INLAND FREIGHTWAYS INC | 56 JOHN HAY AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2714 | 40490 | | ALPHA METALS INC | 680 SCHUYLER AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2715 | 7180 | | KEARNY FUEL SERVICE STATION | 694 700 KEARNY AVE & LINDEN AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2716 | 7150 | | YRC INC #111 | 72 2ND ST | KEARNY | KEARNY TOWN | 070320000 | HUDSON |
| 2717 | 381447 | | 75 BRIGHTON AVENUE | 75 BRIGHTON AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2718 | 7188 | | SPECTRASERV INC | 75 JACOBUS AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2719 | 358159 | | 764 ELM STREET | 764 ELM ST | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2720 | 7182 | | GETTY SERVICE STATION #56108 | 790 KEARNY AVE & W BENNETT AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2721 | 541450 | | EXXON SERVICE STATION #30017 FORMER | 826 HARRISON AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2722 | 7147 | | C&C TRUCK LEASING INC | 832 HARRISON AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2723 | 54701 | | BUDGET RENT A CAR | 946 PASSAIC AVE | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2724 | 44340 | | NY DAILY NEWS @ PENSKE GARAGE RIVER TERMINAL | HACKENSACK AVE BLDGS 1 & 120 | KEARNY | KEARNY TOWN | 07032 | HUDSON |
| 2725 | 44345 | | FLYING T | 1 HACKENSACK AVE | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2726 | 56510 | | TOMKINS TIDEWATER TERMINAL | 1 JACOBUS AVE | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2727 | 93448 | | AT&T CORP @ RIVER TERMINAL | 100 CENTRAL AVE | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2728 | 56730 | | CENTRAL SALVAGE CO | 1221 HARRISON AVE | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2729 | 66755 | | KEARNY TOWN SERVICE STATION | 48 56 BELGROVE DR | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2730 | 76286 | | TP INDUSTRIAL INC @ COLUMBIA TERMINAL | 49 CENTRAL AVE | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2731 | 395373 | | TRANS HUDSON EXPRESS TUNNEL | UNDERGROUND TUNNEL POR REGIONAL TRANSIT | KEARNY TOWN | KEARNY TOWN | 07032 | HUDSON |
| 2732 | 7071 | | BP SERVICE STATION #20927 | 100 WOODCLIFF AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2733 | 7091 | | MESCO PETROLEUM SERVICE STATION | 1008 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2734 | 7119 | | LANDAS SERVICE STATION | 1023 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 070470000 | HUDSON |
| 2735 | 7112 | | PEREZ EXXON SERVICE STATION | 1507 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2736 | 7101 | | EXXON SERVICE STATION #32623 | 1520 PATERSON PLANK RD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2737 | 7033 | | AABE MEADOWLANDS INC | 2102 83RD ST 2100 2126 83RD ST FORMER | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2738 | 124855 | | 2400 69TH STREET | 2400 69TH ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2739 | 13879 | | FLORAL GARDENS APARTMENT COMPLEX | 2503 2519 COTTAGE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2740 | 7041 | | BP SERVICE STATION #30474 | 2800 RT 3 | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2741 | 27590 | | NATIONAL RETAIL TRANSPORTATION SYSTEMS INC | 2820 16TH ST | NORTH BERGEN | NORTH BERGEN TWP | 070470000 | HUDSON |
| 2742 | 42387 | | WALSH TRUCKING CO INC | 2820 16TH ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2743 | 38653 | | BURLINGTON INDUSTRIES INC | 3440 PATERSON PLANK RD | NORTH BERGEN | NORTH BERGEN TWP | 070471574 | HUDSON |
| 2744 | 20657 | | LEWGUST CORP | 4001 4015 DELL AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2745 | 56033 | | AMERICAN AIR COMPRESSOR CORP | 4700 4722 DELL AVE & 48TH ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2746 | 57378 | | JONES PROPERTY | 5349 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2747 | 50240 | | NORTH BERGEN TWP MUNICIPAL SERVICES COMPLEX | 6100 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2748 | 33728 | | RAIL SERVICES OF AMERICA & INTERMOD | 6201 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2749 | 7172 | | EXXON SERVICE STATION #32037 | 6903 KENNEDY BLVD & 70TH | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2750 | 7165 | | SUNOCO SERVICE STATION #00066324 | 7001 7015 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2751 | 7129 | | DELTA SERVICE STATION | 7319 BERGENLINE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2752 | 7107 | | B&A GASOLINE SERVICE STATION | 7400 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2753 | 19044 | | FOREST FUEL INC SERVICE STATION | 7416 7424 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2754 | 7086 | | MANNYS MOBIL SERVICE STATION | 7514 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2755 | 7108 | | KANKAS EXXON SERVICE STATION | 7600 KENNEDY BLVD & 76TH ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2756 | 7073 | | KRAFTSMAN GROUP INC | 7900 WESTSIDE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07407 | HUDSON |
| 2757 | 49258 | | HUDSON CNTY PARKS DIV NORTH HUDSON PARK | 79TH ST | NORTH BERGEN | NORTH BERGEN TWP | 070470000 | HUDSON |
| 2758 | 7124 | | EXXON SERVICE STATION #30993 | 8133 BERGENLINE AVE & 82ND ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2759 | 7078 | | HUDSON CNTY VOCTECH SCHOOL | 8511 TONNELLE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2760 | 28672 | | TOWN SERVICE CENTER #121333 | 8801 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2761 | 7111 | | NORTH BERGEN DELTA GAS STATION & CONV STORE | 9101 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2762 | 7105 | | SHELL SAP NO: 138451 | 9280 KENNEDY BLVD | NORTH BERGEN | NORTH BERGEN | | HUDSON |
| 2763 | 410241 | 7105 | NORTH BERGEN FUEL ENTERPRISES CORP | 9280 KENNEDY BLVD & BERGENLINE AVE | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2764 | 29262 | | NORTH BERGEN RECYCLING INC | 9505 FAIRVIEW AVE & 95TH ST | NORTH BERGEN | NORTH BERGEN TWP | 07047 | HUDSON |
| 2765 | 171191 | | 1208 13TH STREET | 1208 13TH ST | NORTH BERGEN TWP | NORTH BERGEN TWP | 07047 | HUDSON |
| 2766 | 13850 | | NJ TRANSIT AUTH BUS OPERATIONS MEADOWLANDS FACILITY | 2600 PENHORN AVE | NORTH BERGEN TWP | NORTH BERGEN TWP | 07047 | HUDSON |
| 2767 | 79277 | | TUNGSTEN CONTRACT MFG CO INC | 8201 8271 TONNELLE AVE | NORTH BERGEN TWP | NORTH BERGEN TWP | 07047 | HUDSON |
| 2768 | 6974 | | HARMON COVE TOWERS CONDOMINIUM ASSN | 1 MEADOWLANDS PKWY | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2769 | 6994 | | PENSKE TRUCK LEASING CO | 1151 PATERSON PLANK RD | SECAUCUS | SECAUCUS TOWN | 070940000 | HUDSON |
| 2770 | 6987 | | ADCO AUTO SERVICE | 1212 PATERSON PLANK RD | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2771 | 6988 | | AMOCO SERVICE STATION #8484 | 1320 PATERSON PLANK RD | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2772 | 6991 | | EASTERN CONCRETE MATERIALS INC | 1631 PATERSON PLANK RD | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2773 | 6983 | | EXXON SERVICE STATION #32729 | 209 RT 3 & ROOSEVELT AVE | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2774 | 18022 | | KEYSTONE METAL FINISHERS FORMER | 22 RAYDOL AVE | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2775 | 6968 | | ROUTE 3 SHELL SERVICE STATION | 300 RT 3 & RT 153 | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2776 | 6961 | | AMERADA HESS CORP SECAUCUS TERMINAL | 35 MEADOWLANDS PKWY | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2777 | 7001 | | DRUG GUILD DISTRIBUTORS INC | 350 MEADOWLANDS PKWY | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2778 | 6962 | | SPEEDWAY SERVICE STATION #03494 | 400 RT 3 & SERVICE RD | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2779 | 6960 | | ABUHADRA INC SERVICE STATION | 450 RT 3 W & MILL CREEK DR | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2780 | 7023 | | UNITED PARCEL SERVICE | 493 COUNTY AVE | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2781 | 6956 | | SUNOCO SERVICE STATION #0006 6415 | 725 RT 3 & PLAZA RD | SECAUCUS | SECAUCUS TOWN | 07094 | HUDSON |
| 2782 | 6959 | | NJ TURNPIKE AUTH MAINTENANCE DISTRICT #6 | NEW JERSEY TPKE MM 112.0 S | SECAUCUS | SECAUCUS TOWN | 07077 | HUDSON |
| 2783 | 87865 | | SECAUCUS SLF | 1 COUNTY RD | SECAUCUS TOWN | SECAUCUS TOWN | 07094 | HUDSON |
| 2784 | 230754 | | ESA PROPERTIES | 1 MEADOWLAND PKWY | SECAUCUS TOWN | SECAUCUS TOWN | 07094 | HUDSON |
| 2785 | 150183 | | VIEW LSP LLC MELOHN PROPERTIES INC | 7 33 AETNA ST HUDSON RIVER & NY BAY 1 JERSEY AVE FORMER | SPARROW HILL | JERSEY CITY | 07302 | HUDSON |
| 2786 | 344059 | | 43RD STREET APARTMENTS | 125 129 43RD ST | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2787 | 555515 | | ANALOG TEXTILE PROCESSING INC | 128 44TH ST | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2788 | 190401 | | 2019 KERRIGAN AVE | 2019 KERRIGAN AVE | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2789 | 6950 | | FERMIN & DIEGO SERVICE STATION | 2300 KENNEDY BLVD | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2790 | 77313 | | MASTER PRINTING INC | 2400 KENNEDY BLVD | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2791 | 41505 | | COMBUSTION SALES CORP OF NJ | 2417 CENTRAL AVE | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2792 | 6941 | | KENEDJ AMOCO SERVICE STATION | 2600 KENNEDY BLVD | UNION CITY | UNION CITY | 07000 | HUDSON |
| 2793 | 6938 | | NJ TRANSIT AUTH RAIL OPERATIONS MOWS MAINTENANCE FACILITY | 2701 NEW YORK AVE | UNION CITY | UNION CITY | 07040 | HUDSON |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2794 | 6943 | | GETTY SERVICE STATION #56894 | 3200 KENNEDY BLVD | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2795 | 6951 | | LUKOIL SERVICE STATION #57294 | 3205 HUDSON AVE | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2796 | 28761 | | POLYTYPE AMERICA | 3333 PARK AVE | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2797 | 16088 | | FULLER CHRYSLER JEEP INC | 3508 KENNEDY BLVD | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2798 | 29845 | | ROYS CHEVROLET INC | 3601 KENNEDY BLVD | UNION CITY | UNION CITY | 07067 | HUDSON |
| 2799 | 13844 | | SPEEDWAY SERVICE STATION #03498 | 3900 KENNEDY BLVD & 39TH ST | UNION CITY | UNION CITY | 09087 | HUDSON |
| 2800 | 6924 | | MIDTOWN SUNOCO SERVICE STATION | 542 32ND ST | UNION CITY | UNION CITY | 07410 | HUDSON |
| 2801 | 401332 | | 608 10TH STREET | 608 10TH ST | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2802 | 44018 | | FLECHA TAXI & LIMOUSINE SERVICE | 703 30TH ST | UNION CITY | UNION CITY | 07087 | HUDSON |
| 2803 | 461634 | | ST LAWRENCE PLACE | 1721 WILLOW AVE | WEEHAWKEN | WEEHAWKEN TWP | 07086 | HUDSON |
| 2804 | 56039 | | HIGHWOOD GARAGE | 178 180 HIGHWOOD AVE | WEEHAWKEN | WEEHAWKEN TWP | 070870000 | HUDSON |
| 2805 | 6869 | | SHELL SERVICE STATION | 1834 WILLOW AVE & 19TH ST | WEEHAWKEN | WEEHAWKEN TWP | 07087 | HUDSON |
| 2806 | 15431 | | EXXON SERVICE STATION #32366 | 1835 PARK AVE & WILLOW AVE | WEEHAWKEN | WEEHAWKEN TWP | 07087 | HUDSON |
| 2807 | 45828 | | EXXON SERVICE STATION #30121 | 2816 PALISADE AVE | WEEHAWKEN | WEEHAWKEN TWP | 07087 | HUDSON |
| 2808 | 6389 | | SPEEDWAY SERVICE STATION #03439 | 612 BOULEVARD E | WEEHAWKEN | WEEHAWKEN TWP | 07087 | HUDSON |
| 2809 | 6882 | | EXXON SERVICE STATION #32410 | 979 BOULEVARD E & 48TH ST | WEEHAWKEN | WEEHAWKEN TWP | 07087 | HUDSON |
| 2810 | 67320 | | ANCHOR CARTING CORP | 77 W 18TH ST | WEEHAWKEN TWP | WEEHAWKEN TWP | 07030 | HUDSON |
| 2811 | 6831 | | EXXON SERVICE STATION #31469 | 165 60TH ST & BROADWAY | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2812 | 189722 | | SHEFFIELD EMBROIDERY | 554 55TH ST | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2813 | 57592 | | STADIUM HOME APPLIANCE INC | 575 60TH ST | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2814 | 6846 | | GORDONS R&C AUTO SERVICE INC | 590 55TH ST | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2815 | 195359 | | WALGREENS PHARMACY | 6012 KENNEDY BLVD W | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2816 | 6868 | | BROADWAY FUEL SERVICE STATION | 6031 BROADWAY | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2817 | 6814 | | SKYLINE AMOCO SERVICENTER | 6609 KENNEDY BLVD E & 67TH ST | WEST NEW YORK | WEST NEW YORK TOWN | 07093 | HUDSON |
| 2818 | 55039 | | ALEXANDRIA TWP MUNICIPAL GARAGE | 255 HICKORY CORNER RD | ALEXANDRIA TWP | ALEXANDRIA TWP | 08848 | HUNTERDON |
| 2819 | 68909 | | 79 MOUNT SALEM ROAD | 79 MT SALEM RD | ALEXANDRIA TWP | ALEXANDRIA TWP | 08848 | HUNTERDON |
| 2820 | 42981 | | LOTH PROPERTY ANNANDALE | 1305 RT 31 | ANNANDALE | CLINTON TWP | 08801 | HUNTERDON |
| 2821 | 44225 | | HUNTERDON LUMBER CO INC | 9 MAIN ST PO BOX 35 | ANNANDALE | CLINTON TWP | 088010000 | HUNTERDON |
| 2822 | 44231 | | KINGWOOD TWP MUNICIPAL GARAGE | 288 KINGWOOD STATION BARBERTOWN RD | BARBERTOWN | KINGWOOD TWP | 088030000 | HUNTERDON |
| 2823 | 37001 | | CALIFON BORO BD OF ED CALIFON PUBLIC SCHOOL | 6 SCHOOL ST | CALIFON | CALIFON BORO | 07830 | HUNTERDON |
| 2824 | 374077 | | 9 1ST STREET | 9 1ST ST | CALIFON | CALIFON BORO | 07830 | HUNTERDON |
| 2825 | 178476 | | 33 MAIN STREET | 33 MAIN ST | CLINTON | CLINTON TOWN | 08809 | HUNTERDON |
| 2826 | 13832 | | CLINTON TOWN DPW | 43 LEIGH ST | CLINTON | CLINTON TOWN | 08809 | HUNTERDON |
| 2827 | 45866 | | AGWAY INC ENERGY PRODUCTS | 54 64 RT 22 | CLINTON | CLINTON TOWN | 08809 | HUNTERDON |
| 2828 | 6788 | | CLINTON SHELL SERVICE STATION | 82 W MAIN ST & RT 22 & I-78 | CLINTON | CLINTON TOWN | 08809 | HUNTERDON |
| 2829 | 6787 | | CLINTON CAR CARE | 98 RT 173 & UNION RD | CLINTON | CLINTON TOWN | 08809 | HUNTERDON |
| 2830 | 44672 | | JC JOHNSON OIL TERMINAL | 15 MAIN ST | CLINTON TOWN | CLINTON TOWN | 08809 | HUNTERDON |
| 2831 | 61892 | | HIS LOVING ARMS | 1136 RT 31 | CLINTON TWP | CLINTON TWP | 08809 | HUNTERDON |
| 2832 | 15429 | | LEBANON FUELMAX SERVICE STATION | 1201 RT 31 & PAYNE RD | CLINTON TWP | CLINTON TWP | 08842 | HUNTERDON |
| 2833 | 17524 | | CLINTON TWP BD OF ED ROUND VALLEY MIDDLE SCHOOL | 128 COKESBURY RD | CLINTON TWP | CLINTON TWP | 08833 | HUNTERDON |
| 2834 | 30939 | | LAIDLAW TRANSIT INC | 1460 1468 RT 22 | CLINTON TWP | CLINTON TWP | 08801 | HUNTERDON |
| 2835 | 6786 | | SPEEDWAY SERVICE STATION #03458 | 1746 RT 31 | CLINTON TWP | CLINTON TWP | 08809 | HUNTERDON |
| 2836 | 61011 | | MOBIL SERVICE STATION | 1747 RT 31 | CLINTON TWP | CLINTON TWP | 08809 | HUNTERDON |
| 2837 | 15428 | | NJ WATER SUPPLY AUTH ADMIN BUILDING | 1851 RT 31 | CLINTON TWP | CLINTON TWP | 08809 | HUNTERDON |
| 2838 | 78766 | | 33 RIVER BEND ROAD | 33 RIVER BEND RD | CLINTON TWP | CLINTON TWP | 08801 | HUNTERDON |
| 2839 | 88399 | | 95 BLOSSOM HILL ROAD | 95 BLOSSOM HILL RD | CLINTON TWP | CLINTON TWP | 08801 | HUNTERDON |
| 2840 | 400542 | | 50 BOARS HEAD ROAD | 50 BOARS HEAD RD | DELAWARE TWP | DELAWARE TWP | 08822 | HUNTERDON |
| 2841 | 78991 | | 56 FEDERAL TWIST ROAD | 56 FEDERAL TWIST RD | DELAWARE TWP | DELAWARE TWP | 08822 | HUNTERDON |
| 2842 | 15415 | | LEHIGH GAS SERVICE STATION | 601 RT 12 & EASTON TRENTON TPKE AKA RT 12 & 579 | DELAWARE TWP | DELAWARE TWP | 08822 | HUNTERDON |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2843 | 124321 | | KNIGHT FARM | 68 UPPER CREEK RD | DELAWARE TWP | DELAWARE TWP | 08559 | HUNTERDON |
| 2844 | 51203 | | WOODYS SERVICE STATION | 1034 OLD YORK RD | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2845 | 126394 | | EAST AMWELL TWP MUNICIPAL BUILDING | 1070 RT 202 & WERTSVILLE RD | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2846 | 180619 | | 252 RILEYVILLE ROAD | 252 RILEYVILLE RD AKA RT 607 | EAST AMWELL TWP | EAST AMWELL TWP | 08525 | HUNTERDON |
| 2847 | 498112 | | MENCHEK PROPERTY | 369 371 RT 31 & 131 LINVALE RD | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2848 | 222896 | | 44 RIDGE ROAD | 44 RIDGE RD | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2849 | 69396 | | 45 LINVALE ROAD | 45 LINVALE RD | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2850 | 69833 | | SCHAFFERNOTHS NURSERY | OLD YORK RD & RT 202 | EAST AMWELL TWP | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2851 | 13831 | | SPEEDWAY SERVICE STATION #03440 | 10 RT 31 | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2852 | 13890 | | ERICS MAIN ST MOBIL SERVICE STATION | 144 MAIN ST | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2853 | 12898 | | BLUE STAR SERVICE STATION | 282 RT 202/31 | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2854 | 6752 | | FLEMINGTON BP INC SERVICE STATION | 284 RT 202 & RT 31 | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2855 | 44658 | | DONS IMPORTED CAR REPAIRS INC | 35 RT 12 & BROWN ST | FLEMINGTON | FLEMINGTON BORO | 08551 | HUNTERDON |
| 2856 | 454606 | 45860 | STEVES CONVENIENCE STORE | 40 N MAIN ST | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2857 | 21790 | | ROUTE 12 GULF SERVICE STATION | 491 RT 12 | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2858 | 6761 | | MALWA FUEL SERVICE STATION | RT 12 & S MAIN ST | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2859 | 42787 | | MOBIL SERVICE STATION #15LN3 | RT 202/31 & REAVILLE AVE | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2860 | 6759 | | NJDOT FLEMINGTON YARD | RT 31 N | FLEMINGTON | FLEMINGTON BORO | 08822 | HUNTERDON |
| 2861 | 87666 | | 5 QUAKER HILL DRIVE | 5 QUAKER HILL DR | FRANKLIN TWP | FRANKLIN TWP | 08868 | HUNTERDON |
| 2862 | 6791 | | TOUCH OF CLASS CLEANERS @ WALMART PLAZA | 52 WALMART PLAZA | FRANKLIN TWP | FRANKLIN TWP | 08809 | HUNTERDON |
| 2863 | 87512 | | 725 ROUTE 12 | 725 RT 12 | FRANKLIN TWP | FRANKLIN TWP | 08868 | HUNTERDON |
| 2864 | 6736 | | FRENCHTOWN MOBIL SERVICE STATION | 22 RACE ST | FRENCHTOWN | FRENCHTOWN BORO | 08888 | HUNTERDON |
| 2865 | 67613 | | GETTY SERVICE STATION | RACE ST & KINGWOOD AVE | FRENCHTOWN | FRENCHTOWN BORO | 08825 | HUNTERDON |
| 2866 | 168990 | | 210 BARBERTOWN IDELL ROAD | 210 BARBERTOWN IDELL RD | FRENCHTOWN BORO | FRENCHTOWN BORO | 08825 | HUNTERDON |
| 2867 | 50389 | | SMALL CARS OF WARREN COUNTY INC | RT 31 N BOX 237 | GLEN GARDNER | GLEN GARDNER BORO | 08826 | HUNTERDON |
| 2868 | 24152 | | SRF INC | 140 RT 31 | HAMPTON | HAMPTON BORO | 08827 | HUNTERDON |
| 2869 | 530461 | | MECHANICAL PLUMBING | 20 MAIN ST | HIGH BRIDGE | HIGH BRIDGE BORO | 08829 | HUNTERDON |
| 2870 | 6729 | | HOLLAND SALES & SERVICE STATION INC | 1050 MILFORD WARREN GLEN RD & WALDEN RD | HOLLAND TWP | HOLLAND TWP | 08848 | HUNTERDON |
| 2871 | 15419 | 17865 | SPRUCE RUN EXXON SERVICE STATION #36481 | 68 70 RT 173 & PERRYVILLE RD | JUTLAND | UNION TWP | 08889 | HUNTERDON |
| 2872 | 445698 | | KINGWOOD TWP FIRE STATION #2 | 621 RT 519 | KINGWOOD | KINGWOOD TWP | 08825 | HUNTERDON |
| 2873 | 42672 | | BARBERTOWN GARAGE | KINGWOOD RD & KINGWOOD STATION BARBERTOWN RD AKA RT 519 | KINGWOOD | KINGWOOD TWP | 08803 | HUNTERDON |
| 2874 | 79499 | | 107 SPRING HILL RD | 107 SPRING HILL RD | KINGWOOD TWP | KINGWOOD TWP | 08559 | HUNTERDON |
| 2875 | 87906 | | 131 RIVER ROAD | 131 RIVER RD | KINGWOOD TWP | KINGWOOD TWP | 08559 | HUNTERDON |
| 2876 | 92424 | | 152 TINNSMAN ROAD | 152 TINNSMAN RD | KINGWOOD TWP | KINGWOOD TWP | 08825 | HUNTERDON |
| 2877 | 219649 | | WILDGENS AUTOMOTIVE INC | 963 RT 12 | KINGWOOD TWP | KINGWOOD TWP | 08825 | HUNTERDON |
| 2878 | 66442 | | ECONOTECH DEVELOPMENT CO | 25 S MAIN ST | LAMBERTVILLE | LAMBERTVILLE CITY | 08530 | HUNTERDON |
| 2879 | 6704 | | SUNOCO SERVICE STATION #0010 1519 | 82 BRIDGE ST & MAIN ST | LAMBERTVILLE | LAMBERTVILLE CITY | 08530 | HUNTERDON |
| 2880 | 77189 | | FRAMEPRO ENTERPRISES INC | 204 N UNION ST | LAMBERTVILLE CITY | LAMBERTVILLE CITY | 08530 | HUNTERDON |
| 2881 | 15420 | | TIGER DEN SERVICE STATION | 1255 RT 22 | LEBANON | LEBANON BORO | 08833 | HUNTERDON |
| 2882 | 384419 | | THUL AUTO STORES | 1281 RT 22 | LEBANON | LEBANON BORO | 08833 | HUNTERDON |
| 2883 | 18913 | | LEHIGH GAS SERVICE STATION | 1370 RT 22 AKA 7 RT 22 | LEBANON | LEBANON BORO | 08833 | HUNTERDON |
| 2884 | 6706 | | KULLMAN INDUSTRIES | 23 CHERRY ST | LEBANON | LEBANON BORO | 08833 | HUNTERDON |
| 2885 | 180313 | | LEBANON SERVICE STATION | 1239 RT 22 | LEBANON BORO | LEBANON BORO | 08833 | HUNTERDON |
| 2886 | 49897 | | LEBANON TWP FIRE DEPT | 1 ANTHONY RD | LEBANON TWP | LEBANON TWP | 08826 | HUNTERDON |
| 2887 | 171315 | | 141 ANTHONY ROAD | 141 ANTHONY RD | LEBANON TWP | LEBANON TWP | 08826 | HUNTERDON |
| 2888 | 47202 | | BUNNVALE SUNOCO SERVICE STATION | 291 HIGH BRIDGE CALIFON RD & BUNNVALE RD | LEBANON TWP | LEBANON TWP | 07830 | HUNTERDON |
| 2889 | 46354 | | LEBANON TWP MUNICIPAL COMPLEX | 530 W HILL RD | LEBANON TWP | LEBANON TWP | 08826 | HUNTERDON |
| 2890 | 66232 | 15802 | JCP&L LEBANON TWP | RT 31 N | LEBANON TWP | LEBANON TWP | 08826 | HUNTERDON |
| 2891 | 6719 | | LOUS GULF SERVICE STATION | 11 FRENCHTOWN RD & BRIDGE ST | MILFORD BORO | MILFORD BORO | 08848 | HUNTERDON |