NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY/LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2892 | 56094 | | MILFORD SERVICE CENTER FORMER | 30 FRENCHTOWN RD | MILFORD BORO | MILFORD BORO | 088480000 | HUNTERDON |
| 2893 | 12836 | | FIVE STAR GAS SERVICE STATION & FOOD MART | 170 RT 173 & STROTZ RD | PATTENBURG | UNION TWP | 08822 | HUNTERDON |
| 2894 | 46996 | | PATTENBURG EXXON SERVICE STATION #36210 | I-78 & PATTENBURG RD | PATTENBURG | UNION TWP | 080020000 | HUNTERDON |
| 2895 | 6746 | | YALE MATERIALS HANDLING CORP | 15 FLEMINGTON JUNCTION RD AKA RT 523 & 31 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2896 | 431679 | | 171 PENNSYLVANIA AVENUE | 171 PENNSYLVANIA AVENUE | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2897 | 356864 | | 193 SERGEANTSVILLE ROAD | 193 SERGEANTSVILLE RD AKA RT 523 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2898 | 14569 | | EXXON CO USA FLEMINGTON TERMINAL #3018 | 198 RT 202/31 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2899 | 6652 | | BUCKEYE PIPELINE CO TERMINAL | 201 RT 202 | RARITAN TWP | RARITAN TWP | 08000 | HUNTERDON |
| 2900 | 196686 | | 202 OLD CROTON ROAD | 202 OLD CROTON RD | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2901 | 16189 | | FLEMINGTON BUICK CHEVORLET GMC | 211 RT 202/31 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2902 | 14499 | | FLEMINGTON AGWAY INC ENERGY PRODUCTS | 223 RIVER RD & RT 523 AKA FLEM JUNCTION RD | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2903 | 45653 | | EM HAYNES JR MOTOR FUEL | 307 S MAIN ST AKA RT 611 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2904 | 153907 | 44361 | US FUEL SERVICE STATION | 63 RT 31 | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2905 | 45497 | | FLEMINGTON JEEP EAGLE INC | 71 RT 31 & PENNSYLVANIA AVE | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2906 | 66848 | | PENNSYLVANIA AVENUE GROUNDWATER CONTAMINATION | PENNSYLVANIA AVE | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2907 | 12866 | | HUNTERDON CNTY ROAD DEPT GARAGE & HAZ MAT | RT 12 W | RARITAN TWP | RARITAN TWP | 08822 | HUNTERDON |
| 2908 | 6676 | | RARITAN TWP POLICE DEPT | RT 523 & DAYTON RD | RARITAN TWP | RARITAN TWP | 083220000 | HUNTERDON |
| 2909 | 55999 | | STAS STORE | 101 STANTON RD AKA RT 629 | READINGTON | READINGTON TWP | 08885 | HUNTERDON |
| 2910 | 57054 | | D&D AUTO SERVICE | 441 MAIN ST | READINGTON | READINGTON TWP | 08889 | HUNTERDON |
| 2911 | 57763 | | EQUIPCO SALES & RENTAL CO | 61 COUNTY LINE RD | READINGTON | READINGTON TWP | 08876 | HUNTERDON |
| 2912 | 214751 | | 87 PLEASANT RUN ROAD | 87 PLEASANT RUN RD | READINGTON | READINGTON TWP | 08822 | HUNTERDON |
| 2913 | 66729 | | WILLOCKS COURT PRIVATE WELLS | WILLOCKS CT | READINGTON | READINGTON TWP | 08870 | HUNTERDON |
| 2914 | 186234 | | 170 PLEASANT RUN ROAD | 170 PLEASANT RUN RD | READINGTON TWP | READINGTON TWP | 08870 | HUNTERDON |
| 2915 | 189860 | | 2 PLEASANT RUN ROAD | 2 PLEASANT RUN RD | READINGTON TWP | READINGTON TWP | 08822 | HUNTERDON |
| 2916 | 57142 | | SALEM REALTY CO @ SALEM IND PK | 291 RT 22 BLDG 3 STE 4 | READINGTON TWP | READINGTON TWP | 08889 | HUNTERDON |
| 2917 | 78862 | | 3 TEN EYCK ROAD | 3 TEN EYCK RD | READINGTON TWP | READINGTON TWP | 08889 | HUNTERDON |
| 2918 | 358082 | | 5 HICKORY LANE | 5 HICKORY LN | READINGTON TWP | READINGTON TWP | 08889 | HUNTERDON |
| 2919 | 43357 | | NORTH POLE INSULATION CORP | 8 SOMERSET ST | READINGTON TWP | READINGTON TWP | 08889 | HUNTERDON |
| 2920 | 94321 | | WHITEHOUSE STATION GROUNDWATER CONTAMINATION | VARIOUS LOCATIONS | READINGTON TWP | READINGTON TWP | | HUNTERDON |
| 2921 | 39557 | | SPEEDWAY SERVICE STATION #03476 | 1019 RT 202 & OLD YORK RD | RINGOES | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2922 | 54418 | | LEHIGH GAS SERVICE STATION | 1072 RT 202/31 & WERTSVILLE RD | RINGOES | EAST AMWELL TWP | 08551 | HUNTERDON |
| 2923 | 14966 | | 14 BRIDGE STREET INC SERVICE STATION | 14 BRIDGE ST | STOCKTON | STOCKTON BORO | 08559 | HUNTERDON |
| 2924 | 79722 | | STONE VALLEY FARM | 12 BURRELL RD | TEWKSBURY TWP | TEWKSBURY TWP | 08858 | HUNTERDON |
| 2925 | 145023 | | BAKER THOMAS | 25 WATER ST | TEWKSBURY TWP | TEWKSBURY TWP | 08858 | HUNTERDON |
| 2926 | 227031 | | 5 ROUND TOP ROAD | 5 ROUND TOP RD | TEWKSBURY TWP | TEWKSBURY TWP | 08858 | HUNTERDON |
| 2927 | 12850 | | SPEEDWAY SERVICE STATION #03469 | 720 RT 202 & RIVER RD | TEWKSBURY TWP | TEWKSBURY TWP | 08889 | HUNTERDON |
| 2928 | 15418 | | LEHIGH GAS SERVICE STATION | 169 PERRYVILLE RD AKA RT 635 | THREE BRIDGES | READINGTON TWP | 08889 | HUNTERDON |
| 2929 | 6689 | | LEHIGH GAS SERVICE STATION | 120 RT 173 | UNION | UNION TWP | 08827 | HUNTERDON |
| 2930 | 88614 | | 23 LEICESTER LANE | 23 LEICESTER LN | UNION TWP | UNION TWP | 08860 | HUNTERDON |
| 2931 | 6693 | | BRUSH WELLMAN INC CERAMICS DIV | 396 VAN SYCKLES CORNER RD | UNION TWP | UNION TWP | 08809 | HUNTERDON |
| 2932 | 353232 | | 100 PLEASANT VALLEY HARBOURTON ROAD | 100 PLEASANT VALLEY HARBOURTON RD | WEST AMWELL TWP | WEST AMWELL TWP | 08525 | HUNTERDON |
| 2933 | 6690 | | NJDOT WEST AMWELL MAINTENANCE FACILITY | 1406 RT 179 & MULLER LN | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2934 | 6680 | | LEHIGH FLUID POWER INC | 1413 RT 179 | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2935 | 153914 | | RALPHS REPAIRS | 1490 RT 179 STE A | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2936 | 79340 | | 228 ROCK ROAD WEST | 228 ROCK RD W | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2937 | 187546 | | 26 BARRY ROAD | 26 BARRY RD | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2938 | 364190 | | 367 ROCK ROAD EAST | 367 ROCK RD E | WEST AMWELL TWP | WEST AMWELL TWP | 08530 | HUNTERDON |
| 2939 | 12853 | | WHITEHOUSE DEAN SERVICE STATION | 3603 3605 RT 22 | WHITEHOUSE | READINGTON TWP | 08888 | HUNTERDON |
| 2940 | 12861 | | VAN DOREN OIL CO | 413 RT 22 | WHITEHOUSE | READINGTON TWP | 08888 | HUNTERDON |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2941 | 12858 | | WHITEHOUSE GULF SERVICE STATION #63032 | 160 MAIN ST & SOMERSET ST FORMERLY 334 MAIN ST | WHITEHOUSE STATION | READINGTON TWP | 08889 | HUNTERDON |
| 2942 | 12856 | | WHITEHOUSE EXXON SERVICE STATION | 414 RT 22 & OLDWICK RD | WHITEHOUSE STATION | READINGTON TWP | 08889 | HUNTERDON |
| 2943 | 6649 | | LEHIGH GAS SERVICE STATION | 135 OLD CRANBURY RD & RT 130 | EAST WINDSOR | EAST WINDSOR TWP | 08512 | MERCER |
| 2944 | 21384 | | MCGRAW HILL INC | 148 PRINCETON RD AKA RT 571 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2945 | 6646 | | GETTY SERVICE STATION #56062 | 25 PRINCETON HIGHSTOWN RD CRANBURY S RIVER RD & RT 571 AKA RT 535 & 57 | EAST WINDSOR | EAST WINDSOR TWP | 08543 | MERCER |
| 2946 | 6650 | | T&H SUNOCO SERVICE STATION | 430 RT 130 & RT 571 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2947 | 125543 | | LEES CLEANERS INC | 440 RT 130 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2948 | 15823 | | LOCKHEED MARTIN CORP @ WINDSOR CORP PK | 50 MILLSTONE RD & EDINBURG RD AKA MILLSTONE RD & RT 535 | EAST WINDSOR | EAST WINDSOR TWP | 08543 | MERCER |
| 2949 | 6656 | | HIGHTSTOWN TEXACO SERVICE STATION | 522 RT 130 & DUTCH NECK RD | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2950 | 6653 | | RICKS EXXON SERVICE STATION #92755 | 590 RT 33 & MILFORD RD | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2951 | 6657 | | SPEEDWAY SERVICE STATION #03464 | 665 RT 33 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2952 | 23349 | | BESAM AUTOMATED ENTRANCE INC | 81 TWIN RIVERS DR | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2953 | 68627 | | CARDUNERS CORNER LIQUOR STORE @ CARDUNER MALL | RT 130 & 571 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2954 | 15414 | | SHELL SERVICE STATION #9520 @ TWIN RIVERS IND PK | 1 LAKE DR & RT 33 | EAST WINDSOR | EAST WINDSOR TWP | 08520 | MERCER |
| 2955 | 22315 | | JUDGE CHEVROLET GEO OLDSMOBILE | 449 RT 130 | EAST WINDSOR TWP | EAST WINDSOR TWP | 08520 | MERCER |
| 2956 | 6652 | | LUKOIL SERVICE STATION #57211 | 570 RT 33 | EAST WINDSOR TWP | EAST WINDSOR TWP | 08520 | MERCER |
| 2957 | 15402 | | M&M SUNOCO SERVICE STATION #0012-4487 | RT 130 & STOCKTON ST | EAST WINDSOR TWP | EAST WINDSOR TWP | 08520 | MERCER |
| 2958 | 15412 | | LEHIGH GAS SERVICE STATION | 1500 PENNINGTON RD & N OLDEN AVE | EWING | EWING TWP | 08638 | MERCER |
| 2959 | 43911 | | AMERADA HESS SERVICE STATION #30223 | 1571 N OLDEN AVE | EWING | EWING TWP | 08638 | MERCER |
| 2960 | 6588 | | LUKOIL SERVICE STATION #57327 | 1590 PARKSIDE AVE & SPRUCE ST | EWING | EWING TWP | 08638 | MERCER |
| 2961 | 19800 | | COLEMAN OLDSMOBILE INC | 1710 N OLDEN AVE | EWING | EWING TWP | 08638 | MERCER |
| 2962 | 6592 | | PENNINGTON CITGO SERVICE STATION | 2098 PENNINGTON RD & EWINGVILLE RD | EWING | EWING TWP | 08618 | MERCER |
| 2963 | 6641 | | EWING TWP BD OF ED JOHN F GUSZ BUILDING | 220 EWINGVILLE RD | EWING | EWING TWP | 08638 | MERCER |
| 2964 | 50601 | | EWING TWP ROAD DEPT GARAGE | 401 4TH ST | EWING | EWING TWP | 08638 | MERCER |
| 2965 | 0 | | CONOCO SITE NUMBER: NOT AVAILABLE | 41 HEATH ST | EWING | EWING | 08633 | MERCER |
| 2966 | 41692 | | GRANT CO INC | 45 LEXINGTON AVE | EWING | EWING TWP | 086180000 | MERCER |
| 2967 | 6622 | | MOBIL SERVICE STATION #13KVQ | 800 PARKWAY AVE & N OLDEN AVE | EWING | EWING TWP | 08638 | MERCER |
| 2968 | 21687 | | SOLOMONS SERVICE CENTER | 804 RIVER RD | EWING | EWING TWP | 08638 | MERCER |
| 2969 | 13018 | | 7 ELEVEN STORE #27391 | RT 31 & N OLDEN AVE | EWING | EWING TWP | 08618 | MERCER |
| 2970 | 6576 | | JOHNSON & JOHNSON AVIATION @ MERCER CNTY AIRPORT | SCOTCH RD | EWING TWP | EWING TWP | 08628 | MERCER |
| 2971 | 6565 | | LEHIGH GAS SERVICE STATION | 1071 PARKWAY AVE & LOWER FERRY RD | EWING TWP | EWING TWP | 08618 | MERCER |
| 2972 | 6617 | | DANGELOS CLEANERS | 1085 PARKWAY AVE FORMERLY 1098 PARKWAY AVE | EWING TWP | EWING TWP | 08628 | MERCER |
| 2973 | 6618 | | PARKWAY SUNOCO SERVICE STATION | 1252 PARKWAY AVE & SCOTCH RD | EWING TWP | EWING TWP | 08628 | MERCER |
| 2974 | 15829 | | USDOD NAVAL AIR PROPULSION CENTER AIRCRAFT DIV | 1440 PARKWAY AVE | EWING TWP | EWING TWP | 08628 | MERCER |
| 2975 | 14633 | | EWING TWP | 1445 PARKWAY AVE | EWING TWP | EWING TWP | 08638 | MERCER |
| 2976 | 6225 | | VERIZON COMMUNICATIONS INC TRENTON D O | 1490 PROSPECT ST | EWING TWP | EWING TWP | 08638 | MERCER |
| 2977 | 6603 | | EWING BP SERVICE STATION | 1496 PENNINGTON RD & OLDEN AVE | EWING TWP | EWING TWP | 08638 | MERCER |
| 2978 | 6569 | | LUKOIL SERVICE STATION #57254 | 1497 PROSPECT ST & N OLDEN AVE | EWING TWP | EWING TWP | 08638 | MERCER |
| 2979 | 6594 | | HESS SERVICE STATION | 1513 PRINCETON AVE | EWING TWP | EWING TWP | 08628 | MERCER |
| 2980 | 122647 | 44787 | ARC OF MERCER CNTY | 180 EWINGVILLE RD | EWING TWP | EWING TWP | 08618 | MERCER |
| 2981 | 54710 | | 1879 NORTH OLDEN AVENUE | 1879 N OLDEN AVE | EWING TWP | EWING TWP | 08638 | MERCER |
| 2982 | 6599 | | LUKOIL SERVICE STATION #57328 | 2085 PENNINGTON RD | EWING TWP | EWING TWP | 08618 | MERCER |
| 2983 | 6600 | | EWING TEXACO SERVICE STATION | 2095 PENNINGTON RD & UPPER FERRY RD | EWING TWP | EWING TWP | 08638 | MERCER |
| 2984 | 124152 | | STOUTS BUS SERVICE | 2191 SPRUCE ST | EWING TWP | EWING TWP | 08618 | MERCER |
| 2985 | 75806 | | 30 MALAGA DRIVE | 30 MALAGA DR | EWING TWP | EWING TWP | 08638 | MERCER |
| 2986 | 42089 | | WATERS & BUGBEE | 314 DICKINSON ST | EWING TWP | EWING TWP | 08638 | MERCER |
| 2987 | 6614 | | HOUGH FUEL SERVICE INC | 340 4TH ST | EWING TWP | EWING TWP | 08638 | MERCER |
| 2988 | 57769 | | SIERRA OFFICE PARK | 380 SCOTCH RD | EWING TWP | EWING TWP | 08528 | MERCER |
| 2989 | 6653 | | CARROLLS SERVICE CENTER | 440 GRAND AVE | EWING TWP | EWING TWP | 08628 | MERCER |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 2990 | 6611 | | WALKER MOBIL SERVICE STATION | 577 GRAND AVE & W UPPER FERRY RD | EWING TWP | EWING TWP | 08628 | MERCER |
| 2991 | 6621 | | PARKWAY SHELL SERVICE STATION #138522 | 780 PARKWAY AVE & OLDEN AVE | EWING TWP | EWING TWP | 08618 | MERCER |
| 2992 | 303709 | | MIKES BODMAN ALIGNMENT | 9 11 INDUSTRY DR | EWING TWP | EWING TWP | 08638 | MERCER |
| 2993 | 36259 | | WW GRAINGER INC | MERCER COUNTY AIRPORT | EWING TWP | EWING TWP | 600455201 | MERCER |
| 2994 | 89919 | 89318 | MERCER CNTY AIRPORT | SCOTCH RD | EWING TWP | EWING TWP | 08638 | MERCER |
| 2995 | 214250 | | 10 MASON COURT | 10 MASON CT | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 2996 | 6454 | | LUKOIL SERVICE STATION #57340 | 1070 WHITEHORSE MERCERVILLE RD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 2997 | 6558 | | HESS SERVICE STATION #30259 | 1106 CHAMBERS ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 2998 | 6550 | | SUNOCO SERVICE STATION | 1140 1144 CHAMBERS ST & E FRANKLIN ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 2999 | 6444 | | SUNOCO SERVICE STATION #0011 9610 | 1150 WHITEHORSE MERCERVILLE RD | HAMILTON | HAMILTON TWP | 086190000 | MERCER |
| 3000 | 61460 | | NJ STATE POLICE CENTRAL RGNL LAB @ HORIZON CENTER | 1200 NEGRON DR & KLOCKNER RD | HAMILTON | HAMILTON TWP | 08691 | MERCER |
| 3001 | 6428 | | LEHIGH GAS SERVICE STATION | 1201 RT 33 | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3002 | 181455 | | AMERICAN CONCRETE CO FORMER | 129 295 LAMBERTON RD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3003 | 16789 | | PSE&G TRENTON SWITCHING STATION | 1325 KLOCKNER RD | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3004 | 15405 | | ROGERS SERVICE STATION | 1380 S OLDEN AVE | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3005 | 6545 | | NATIONAL PERFORMANCE PACKAGING CO | 1400 E STATE ST | HAMILTON | HAMILTON TWP | 08609 | MERCER |
| 3006 | 6551 | | CHAMBERS 1406 SERVICE STATION | 1406 CHAMBERS ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3007 | 6518 | | DUCK ISLAND TERMINAL INC | 1463 LAMBERTON RD | HAMILTON | HAMILTON TWP | 08611 | MERCER |
| 3008 | 66535 | | ARCO PETROLEUM PRODUCTS | 1470 LAMBERTON RD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3009 | 15884 | | CONSUMERS OIL CORP | 1473 LAMBERTON RD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3010 | 6448 | | LEHIGH GAS SERVICE STATION | 1511 1515 S OLDEN AVE | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3011 | 46524 | | MERCERVILLE EXXON SERVICE STATION #36620 | 16 MERCERVILLE EDINBURG RD | HAMILTON | HAMILTON TWP | 08648 | MERCER |
| 3012 | 46190 | | EAST STATE AUTOMOTIVE | 1679 E STATE ST | HAMILTON | HAMILTON TWP | 08609 | MERCER |
| 3013 | 6515 | | GASCO SERVICE STATION | 1685 NOTTINGHAM WAY | HAMILTON | HAMILTON TWP | 086190000 | MERCER |
| 3014 | 15387 | | QUINN BROTHERS GULF SERVICE STATION | 1704 GREENWOOD AVE | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3015 | 190953 | | 1835 ROUTE 33 | 1835 RT 33 E | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3016 | 6517 | | WHITEHORSE GETTY SERVICE STATION | 1870 KUSER RD | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3017 | 15408 | | LEHIGH GAS SERVICE STATION | 1930 NOTTINGHAM WAY | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3018 | 47429 | | FEDERAL EXPRESS CORP @ SOUTH GOLD IND PK | 2 S GOLD DR | HAMILTON | HAMILTON TWP | 08691 | MERCER |
| 3019 | 6547 | | WASTE MANAGEMENT OF NJ INC | 208 PATTERSON AVE | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3020 | 13817 | | EXXON SERVICE STATION #30247 | 2142 S BROAD ST | HAMILTON | HAMILTON TWP | 08691 | MERCER |
| 3021 | 6443 | | SELMONS SHELL SERVICE STATION | 2231 S OLDEN AVE & WHITEHORSE AVE | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3022 | 18033 | | QUIK MART SERVICE STATION FORMER | 2232 S OLDEN AVE & WHITEHORSE MERCERVILLE RD | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3023 | 51145 | | HAMILTON TWP DPW | 240 TAMPA AVE | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3024 | 6505 | | MOBIL SERVICE STATION #15CSP | 2409 NOTTINGHAM WAY & GRAYSON AVE | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3025 | 6495 | | INDEPENDENCE CLEANERS @ INDEPENDENCE PLAZA | 2465 S BROAD ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3026 | 13016 | | EXPRESS FUEL SERVICE STATION | 2482 S BROAD ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3027 | 6508 | | LUKOIL SERVICE STATION #57326 | 249 RT 33 & WHITEHORSE MERCERVILLE RD | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3028 | 6533 | | STARR TRANSIT CO INC | 2531 E STATE ST EXT | HAMILTON | HAMILTON TWP | 086193388 | MERCER |
| 3029 | 6451 | | STRYKER MACHINE PRODUCTS CO FORMER | 2560 E STATE ST EXT | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3030 | 391431 | | GULF SERVICE STATION | 2582 WHITEHORSE MERCERVILLE RD | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3031 | 56656 | | SIMCOXS FLOWERS INC | 2615 HAMILTON AVE | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3032 | 560986 | 6579 | SHELL SERVICE STATION #138425 | 2683 NOTTINGHAM WAY | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3033 | 45449 | | GETTY SERVICE STATION #00656 | 2735 2737 S BROAD ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3034 | 6520 | | EXXONMOBIL OIL CORP TRENTON TERMINAL #29005 | 2785 LAMBERTON RD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3035 | 16178 | | EXXON SERVICE STATION #32025 | 3151 S BROAD ST | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3036 | 6541 | | LEHIGH GAS SERVICE STATION | 3217 QUAKERBRIDGE RD | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3037 | 164447 | | ACCURATE DOCUMENT DESTRUCTION INC | 35 INDUSTRIAL DR | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3038 | 38558 | | CAROLINA FREIGHT CARRIERS CORP | 3630 QUAKERBRIDGE RD | HAMILTON | HAMILTON TWP | 08619 | MERCER |

## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3039 | 6489 | | LAKESIDE SHELL SERVICE STATION & AUTO SERVICE | 3750 S BROAD ST & LAKESIDE BLVD | HAMILTON | HAMILTON TWP | 08610 | MERCER |
| 3040 | 6552 | | YARDVILLE SUPPLY CO | 47 CHURCH ST & BROAD ST | HAMILTON | HAMILTON TWP | 08620 | MERCER |
| 3041 | 70271 | | 5 ELKSHEAD TERRACE | 5 ELKSHEAD TER | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3042 | 6497 | | SPEEDWAY SERVICE STATION #03435 | 511 RT 33 & SHADY LN | HAMILTON | HAMILTON TWP | 08619 | MERCER |
| 3043 | 43523 | | MERCER CONTRACTING CO | 53 FLOCK RD | HAMILTON | HAMILTON TWP | 086190000 | MERCER |
| 3044 | 6528 | | B&E SERVICE INC | 86 KLOCKNER RD | HAMILTON | HAMILTON TWP | 08609 | MERCER |
| 3045 | 15649 | | CONGOLEUM CORP | 861 SLOAN AVE | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3046 | 43787 | | COOPERS CYCLE RANCH INC | 866 RT 33 | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3047 | 112877 | | DANA TRANSPORT INC MVA | I-195 E & I-295 | HAMILTON | HAMILTON TWP | 08066 | MERCER |
| 3048 | 19100 | | NJ TURNPIKE AUTH RICHARD STOCKTON SERVICE AREA #6S | NEW JERSEY TPKE MM 58.7 | HAMILTON | HAMILTON TWP | 08330 | MERCER |
| 3049 | 6456 | | NJ TURNPIKE AUTH WOODROW WILSON SERVICE AREA #6N | NEW JERSEY TPKE MM 58.7 N | HAMILTON | HAMILTON TWP | 08650 | MERCER |
| 3050 | 6459 | | SHELL SERVICE STATION #9509 | RT 33 & GEORGE DYE RD | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3051 | 6426 | | BP SERVICE STATION #14637 | 1060 RT 33 & PAXON AVE | HAMILTON | HAMILTON TWP | 08690 | MERCER |
| 3052 | 6504 | | GETTY SERVICE STATION | 1295 RT 33 | HAMILTON SQUARE | HAMILTON TWP | 086900150 | MERCER |
| 3053 | 6447 | | HAMILTON SQUARE GASCO SERVICE STATION | 2101 RT 33 | HAMILTON SQUARE | HAMILTON TWP | 08690 | MERCER |
| 3054 | 42171 | | GORDON & WILSON CO INC | 135 149 W WARD ST | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3055 | 6416 | | CITY GAS HIGHTSTOWN SERVICE STATION | 160 164 MERCER ST | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3056 | 6408 | | SUNOCO SERVICE STATION #0004 9982 | 180 MERCER ST & ACADEMY ST | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3057 | 6411 | | LS RIGGINS SERVICE STATION | 315 MERCER ST AKA RT33 | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3058 | 6412 | | GPU ENERGY INC HIGHTSTOWN CENTRAL DISTRICT | 401 415 MERCER ST | HIGHTSTOWN | HIGHTSTOWN BORO | 07962 | MERCER |
| 3059 | 45197 | | N AMERICAN PHILIPS LIGHTING CORP | BANK ST | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3060 | 14542 | | AGWAY INC ENERGY PRODUCTS | MAXWELL AVE | HIGHTSTOWN | HIGHTSTOWN BORO | 08520 | MERCER |
| 3061 | 15401 | | SUNOCO SERVICE STATION #0013 6226 | 40 E BROAD ST & HAMILTON AVE | HOPEWELL | HOPEWELL BORO | 08525 | MERCER |
| 3062 | 6405 | | LEIGHS SERVICE STATION INC | 59 PRINCETON AVE | HOPEWELL | HOPEWELL BORO | 08525 | MERCER |
| 3063 | 23205 | | MALEK CHEVROLET INC | 65 BROAD ST | HOPEWELL | HOPEWELL BORO | 08525 | MERCER |
| 3064 | 15381 | | CASTORO GMC TRUCK CO #35222 | 71 E BROAD ST | HOPEWELL | HOPEWELL BORO | 08525 | MERCER |
| 3065 | 56788 | | ANDYS AUTO REPAIR | 130 W BROAD ST | HOPEWELL BORO | HOPEWELL BORO | 08525 | MERCER |
| 3066 | 55286 | | ARDLEIGH POND INC | 10 FLOWER HILL LN | HOPEWELL TWP | HOPEWELL TWP | 08638 | MERCER |
| 3067 | 171389 | | 101 LAMBERTVILLE HOPEWELL ROAD | 101 LAMBERTVILLE HOPEWELL RD | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3068 | 6403 | | PENNINGTON CITGO SERVICE STATION | 102 WASHINGTON CROSSING PENNINGTON RD & REED RD | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3069 | 6398 | | ALS SUNOCO SERVICE STATION | 105 RT 31 | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3070 | 166744 | | 107 SEARCH AVENUE | 107 SEARCH AVE | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3071 | 6402 | | AMOCO SERVICE STATION #60761 | 127 RT 31 & RT 654 | HOPEWELL TWP | HOPEWELL TWP | 08560 | MERCER |
| 3072 | 144785 | | STEFFANELLI RESIDENCE | 1427 TRENTON HARBOURTON RD | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3073 | 15397 | | HOPEWELL TWP MUNICIPAL RECYCLING CENTER | B WASHINGTON CROSSING PENNINGTON RD & SCOTCH RD AKA RT 546 & SCOTCH | HOPEWELL TWP | HOPEWELL TWP | 08535 | MERCER |
| 3074 | 179905 | | 210 HOPEWELL PRINCETON ROAD | 210 HOPEWELL PRINCETON RD | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3075 | 6395 | | PENNINGTON GAS SERVICE STATION | 226 RT 31 @ PENNINGTON CIR | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3076 | 6436 | | HOPEWELL VETERINARY GROUP | 230 PENNINGTON HOPEWELL RD | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3077 | 6396 | | LEHIGH GAS SERVICE STATION | 2551 RT 31 & PENNINGTON CIR | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3078 | 6401 | | LUKOIL SERVICE STATION #57703 | 2558 PENNINGTON RD AKA RT 31 @ CIR | HOPEWELL TWP | HOPEWELL TWP | 08665 | MERCER |
| 3079 | 66168 | | AT&T COMMUNICATIONS INC | 300 HOPEWELL PRINCETON RD AKA RT 569 | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3080 | 15824 | | MOBIL OIL CORP | 311 PENNINGTON ROCKY HILL RD | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3081 | 533911 | | SEIBERT RESIDENCE | 326 LAMBERTVILLE HOPEWELL RD | HOPEWELL TWP | HOPEWELL TWP | 08530 | MERCER |
| 3082 | 39073 | | NJDEP WASHINGTON CROSSING STATE PARK | 355 WASHINGTON CROSSING PENNINGTON RD AKA RT 546 | HOPEWELL TWP | HOPEWELL TWP | 08650 | MERCER |
| 3083 | 165490 | | 404 WASHINGTON CROSSING PENNINGTON ROAD | 404 WASHINGTON CROSSING PENNINGTON RD | HOPEWELL TWP | HOPEWELL TWP | 08560 | MERCER |
| 3084 | 121571 | | 47 WEST SHORE DRIVE | 47 W SHORE DR | HOPEWELL TWP | HOPEWELL TWP | 08534 | MERCER |
| 3085 | 224755 | | 65 FEATHERBED LANE | 65 FEATHERBED LN | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |
| 3086 | 74174 | | KINGS PATH GROUNDWATER CONTAMINATION | KINGS PATH | HOPEWELL TWP | HOPEWELL TWP | 08650 | MERCER |
| 3087 | 85919 | | PRINCETON FARMS GROUNDWATER CONTAMINATION | MOORES MILL MT ROSE RD & HOWARD WAY | HOPEWELL TWP | HOPEWELL TWP | 08525 | MERCER |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3088 | 74820 | | YARD ROAD GROUNDWATER CONTAMINATION | RT 31 & YARD RD | HOPEWELL TWP | HOPEWELL TWP | 08650 | MERCER |
| 3089 | 6360 | | GARNET CHEVROLET GEO FORMER | 1100 1120 SPRUCE ST | LAWRENCE STATION | LAWRENCE TWP | 08648 | MERCER |
| 3090 | 6392 | | LAWRENCE LAND CORP | 2480 BRUNSWICK PK & COLONIAL LAKE DR | LAWRENCE STATION | LAWRENCE TWP | 08638 | MERCER |
| 3091 | 6387 | | GETTY SERVICE STATION #57325 | 2515 BRUNSWICK PK | LAWRENCE STATION | LAWRENCE TWP | 08648 | MERCER |
| 3092 | 6352 | | MATERIALS ELECTRONIC PRODUCTS CORP | 990 SPRUCE ST | LAWRENCE STATION | LAWRENCE TWP | 08648 | MERCER |
| 3093 | 73350 | | WILLIS GREENHOUSE INC | 1365 LAWRENCEVILLE RD AKA RT 206 | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3094 | 66099 | | TRENTON FIBRE DRUM CO | 1545 NEW YORK AVE | LAWRENCE TWP | LAWRENCE TWP | 08532 | MERCER |
| 3095 | 169547 | | AL MASONS GARAGE | 1930 BRUNSWICK AVE 768 CHERRY TREE LN | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3096 | 41875 | | SLACKWOOD VOL FIRE CO #1 INC | 21 SLACK AVE | LAWRENCE TWP | LAWRENCE TWP | 08532 | MERCER |
| 3097 | 6386 | | LEHIGH GAS SERVICE STATION | 2501 BRUNSWICK PK & TEXAS AVE | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3098 | 47153 | | NJDOT LAWRENCE MAINTENANCE YARD | 2798 BRUNSWICK PK AKA RT 1 | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3099 | 75548 | | 6 WENCZEL ROAD | 6 WENCZEL RD | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3100 | 120874 | | ROUTE 1 & WHITEHEAD ROAD | BRUNSWICK PK & WHITEHEAD RD AKA RT 1 & WHITEHEAD RD | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3101 | 49983 | | AUTOBACS STRAUSS #45 @ LAWRENCE SHOPPING CENTER | BRUNSWICK PK MM 55 AKA RT 1 | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3102 | 45593 | | LAWRENCE TWP BUILDING & GROUNDS GARAGE | EGGERT CROSSING RD | LAWRENCE TWP | LAWRENCE TWP | 08648 | MERCER |
| 3103 | 6371 | | LAWRENCE ROAD SERVICENTER | 1175 LAWRENCEVILLE RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3104 | 6368 | | ANISAM SERVICE STATION | 135 LAWRENCEVILLE RD | LAWRENCEVILLE | LAWRENCE TWP | 08532 | MERCER |
| 3105 | 41374 | | LAWRENCE TWP DPW | 1461 OHIO AVE | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3106 | 6372 | | BOBS AUTO SERVICE | 15 COLD SOIL RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3107 | 6374 | | LAWRENCEVILLE FUEL CO | 20 GORDON AVE | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3108 | 14631 | | RIDER UNIVERSITY | 2083 LAWRENCEVILLE RD AKA RT 206 | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3109 | 6366 | | LUKOIL OF LAWRENCEVILLE | 2417 MAIN ST AKA RT 206 | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3110 | 6379 | | LEHIGH GAS SERVICE STATION | 2890 BRUNSWICK PK AKA RT 1 | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3111 | 22617 | | LAWRENCE LINCOLN MERCURY INC | 2920 BRUNSWICK PK | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3112 | 6380 | | SHELL SERVICE STATION #138523 | 2961 BRUNSWICK PK & FRANKLIN CORNER RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3113 | 144914 | | 35 FORREST AVENUE | 35 FORREST AVE | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3114 | 158070 | 41418 | KWIK FILL USA SERVICE STATION | 360 LAWRENCE RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3115 | 6376 | | BWAY PACKAGING | 6 LITHO RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3116 | 42169 | | HUB CITY DISTRIBUTORS INC | 649 WHITEHEAD RD | LAWRENCEVILLE | LAWRENCE TWP | 08638 | MERCER |
| 3117 | 45427 | | UNITED PARCEL SERVICE | BAKERS BASIN RD | LAWRENCEVILLE | LAWRENCE TWP | 08648 | MERCER |
| 3118 | 6479 | | LEHIGH GAS SERVICE STATION | 1824 WHITEHORSE MERCERVILLE RD | MERCERVILLE | HAMILTON TWP | 08619 | MERCER |
| 3119 | 6549 | | DAVE PULLENS GARAGE | 3060 QUAKERBRIDGE RD | MERCERVILLE | HAMILTON TWP | 08619 | MERCER |
| 3120 | 6847 | | LEHIGH GAS SERVICE STATION | 1 RT 31 & DELAWARE AVE | PENNINGTON | PENNINGTON BORO | 08534 | MERCER |
| 3121 | 370262 | | 14 BALDWIN STREET | 14 BALDWIN ST | PENNINGTON | PENNINGTON BORO | 08534 | MERCER |
| 3122 | 46022 | | HOPEWELL VALLEY RGNL BD OF ED | 425 S MAIN ST | PENNINGTON | PENNINGTON BORO | 08534 | MERCER |
| 3123 | 455422 | | PRINCETON UNIVERSITY | 13 21 OLDEN ST 70 WILLIAM ST | PRINCETON | PRINCETON | 08542 | MERCER |
| 3124 | 45532 | | PRINCETON BORO DPW GARAGE | 27 N HARRISON ST | PRINCETON | PRINCETON | 08540 | MERCER |
| 3125 | 15395 | | PRINCETON SUNOCO SERVICE STATION | 273 NASSAU ST & MURRAY PL | PRINCETON | PRINCETON | 08540 | MERCER |
| 3126 | 22082 | | MEDICAL CENTER OF PRINCETON MERWICK | 79 BAYARD LN | PRINCETON | PRINCETON | 08540 | MERCER |
| 3127 | 21159 | | PSE&G PRINCETON SUBSTATION | WIGGINS ST | PRINCETON | PRINCETON | 08540 | MERCER |
| 3128 | 6173 | | ALS SUNOCO SERVICE STATION #00050260 | 54 56 HIGHTSTOWN RD AKA RT 571 | PRINCETON JUNCTION | WEST WINDSOR TWP | 08550 | MERCER |
| 3129 | 6174 | | SHELL SERVICE STATION #9544 | 74 RT 571 & ALEXANDER RD AKA HIGHTSTOWN RD | PRINCETON JUNCTION | WEST WINDSOR TWP | 08550 | MERCER |
| 3130 | 6177 | | MOBIL SERVICE STATION | 78 HIGHTSTOWN RD AKA RT 571 | PRINCETON JUNCTION | WEST WINDSOR TWP | 085500000 | MERCER |
| 3131 | 45940 | | PRINCETON TWP DPW GARAGE | 1 VALLEY RD AKA RT 206 STATE RD | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3132 | 73610 | | | 105 LEABROOK LANE | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3133 | 75699 | | 161 RIDGE VIEW CIRCLE | 161 RIDGE VIEW CIR | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3134 | 28861 | | STEFANELLIS AUTOMOTIVE INC | 169 BAYARD LN | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3135 | 35646 | | PRINCETON PUBLIC SCHOOLS | 25 VALLEY RD | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3136 | 6332 | | LARINIS SERVICENTER OF PRINCETON | 272 ALEXANDER ST | PRINCETON TWP | PRINCETON | 08540 | MERCER |