## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3137 | 6330 | | PRINCETON AMOCO SERVICE STATION #60762 @ PRINCETON SHOPPING CENTER | 301 N HARRISON ST | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3138 | 153615 | | 54 ROLLINGMEAD ROAD | 54 ROLLINGMEAD RD | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3139 | 14625 | | NASSAU OIL CORP | 800 STATE RD | PRINCETON TWP | PRINCETON | 08540 | MERCER |
| 3140 | 88092 | | BARBER LEWIS CONSTRUCTION | 829 PRINCETON RD | PRINCETON TWP | PRINCETON | 08543 | MERCER |
| 3141 | 6202 | | MIRY RUN COUNTRY CLUB | 106 SHARON RD STE B | ROBBINSVILLE | ROBBINSVILLE TWP | 08691 | MERCER |
| 3142 | 6201 | | COASTAL AUTO SERVICE STATION | 1118 RT 130 & RT 33 | ROBBINSVILLE | ROBBINSVILLE TWP | 08691 | MERCER |
| 3143 | 42245 | | SPIROS GULF SERVICE STATION | RT 130 & 526 | ROBBINSVILLE | ROBBINSVILLE TWP | 08691 | MERCER |
| 3144 | 396906 | | PARSEC HOLDING CORP | RT 130 S & MEADOWBROOK RD | ROBBINSVILLE | ROBBINSVILLE TWP | 08691 | MERCER |
| 3145 | 538067 | 28870 | WINDSOR POINT GARDEN STATE FUEL SERVICE STATION | 1400 RT 130 S | ROBBINSVILLE TWP | ROBBINSVILLE TWP | 08561 | MERCER |
| 3146 | 13812 | | RONS CROSSROADS SERVICE STATION | 1340 RIVER RD & RT 546 AKA RT 29 | TITUSVILLE | HOPEWELL TWP | 08560 | MERCER |
| 3147 | 16716 | | HOPEWELL TWP MUNICIPAL BUILDING | 201 WASHINGTON CROSSING PENNINGTON RD | TITUSVILLE | HOPEWELL TWP | 085601410 | MERCER |
| 3148 | 54647 | | SMOKEYS SERVICE CENTER INC FORMER | 1005 CHAMBERS ST | TRENTON | TRENTON CITY | 08610 | MERCER |
| 3149 | 6306 | | SHELL SERVICE STATION #138527 | 1060 CHAMBERS ST | TRENTON | TRENTON CITY | 08611 | MERCER |
| 3150 | 6252 | 542804 | ACOLIAS SUNOCO SERVICE STATION #0010-3226 | 110 SANHICAN DR & SULLIVAN WAY | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3151 | 50221 | | EXXON SERVICE STATION #30109 | 144 SANHICAN DR | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3152 | 59268 | | TRENTON CITY WEST WARD FIREHOUSE PROPOSED | 1464 W STATE ST | TRENTON | TRENTON CITY | 08650 | MERCER |
| 3153 | 57563 | | LOTH FLOORS & CEILINGS WAREHOUSE | 147 BOUDINOT ST | TRENTON | TRENTON CITY | 08650 | MERCER |
| 3154 | 6242 | | EXXON SERVICE STATION #30088 | 1502 PRINCETON AVE & OLDEN AVE | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3155 | 21161 | | PSE&G CHAUNCEY STREET SUBSTATION | 19 CHAUNCEY ST | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3156 | 120108 | | 1901 CALHOUN STREET | 1901 CALHOUN ST | TRENTON | TRENTON CITY | 08650 | MERCER |
| 3157 | 53678 | | ONE FOOD MARKET TOBACCO & CIGARETTES | 2 RUSLING ST | TRENTON | TRENTON CITY | 08611 | MERCER |
| 3158 | 6253 | | TRENTON CITY HOUSING AUTH | 220 SOUTHARD ST | TRENTON | TRENTON CITY | 08609 | MERCER |
| 3159 | 6295 | | MCCRAES MOBIL SERVICE STATION | 305 N BROAD ST & WARREN ST | TRENTON | TRENTON CITY | 08650 | MERCER |
| 3160 | 14543 | | VEOLIA ENERGY TRENTON LP | 320 S WARREN ST & LIVINGSTON ST | TRENTON | TRENTON CITY | 08604 | MERCER |
| 3161 | 6308 | | RIGGINS SERVICE STATION | 33 39 CALHOUN ST | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3162 | 67078 | | FLETCHER ROBERT | 398 N OLDEN AVE | TRENTON | TRENTON CITY | 08669 | MERCER |
| 3163 | 13799 | | ROADRUNNER SERVICE STATION | 406 BRUNSWICK AVE | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3164 | 38551 | | CENTRAL JERSEY WASTE & RECYCLING | 500 BREUNIG AVE | TRENTON | TRENTON CITY | 086384472 | MERCER |
| 3165 | 6263 | | THE TIMES OF TRENTON | 500 PERRY ST | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3166 | 6254 | | NATIONAL CERAMIC CO | 500 SOUTHARD ST | TRENTON | TRENTON CITY | 086025373 | MERCER |
| 3167 | 6226 | | ROADRUNNER SERVICE STATION | 579 585 S BROAD ST | TRENTON | TRENTON CITY | 08611 | MERCER |
| 3168 | 42645 | | MARUTS SUNOCO SERVICE STATION | 600 PROSPECT ST | TRENTON | TRENTON CITY | 08650 | MERCER |
| 3169 | 56899 | | SHAW INDUSTRIES CENTRAL WAREHOUSE | 610 NEW YORK AVE | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3170 | 57117 | | DOUGLAS TEXACO SERVICE STATION | 700 CALHOUN ST | TRENTON | TRENTON CITY | 08618 | MERCER |
| 3171 | 15882 | | CAPITAL HEALTH REGIONAL MEDICAL CENTER | 750 BRUNSWICK AVE | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3172 | 6300 | | LUKOIL SERVICE STATION | 750 GREENWOOD AVE & CHAMBERS ST | TRENTON | TRENTON CITY | 08609 | MERCER |
| 3173 | 6291 | | LEHIGH GAS SERVICE STATION | 800 GREENWOOD AVE & CHAMBERS ST | TRENTON | TRENTON CITY | 08609 | MERCER |
| 3174 | 6282 | | LEHIGH GAS SERVICE STATION | 801 N OLDEN AVE & NEW YORK AVE | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3175 | 6275 | | PSE&G BRUNSWICK AVENUE COAL GAS | NEW YORK AVE & SYLVESTER ST | TRENTON | TRENTON CITY | 08638 | MERCER |
| 3176 | 6595 | | REITHER BROTHERS GARAGE | 1570 PRINCETON AVE | TRENTON CITY | TRENTON CITY | 08628 | MERCER |
| 3177 | 66123 | | TRENTON LEHIGH COAL & OIL | 430 NEW YORK AVE | TRENTON CITY | TRENTON CITY | 08669 | MERCER |
| 3178 | 6606 | | KENNY CLEANERS | 1680 PENNINGTON RD | TRENTON JUNCTION | EWING TWP | 08618 | MERCER |
| 3179 | 6206 | | WAYNE WHEELERS @ EZ AUTO SERVICE | 1122 RT 130 & RT 33 | WASHINGTON TWP | ROBBINSVILLE TWP | 08691 | MERCER |
| 3180 | 6188 | | WINDSOR DIESEL & GAS SERVICE STATION | 1299 RT 130 & ASSUNPINK CK | WASHINGTON TWP | ROBBINSVILLE TWP | 08000 | MERCER |
| 3181 | 6196 | | WINDSOR GARDEN STATE FUEL SERVICE STATION | 1372 RT 130 | WASHINGTON TWP | ROBBINSVILLE TWP | 08561 | MERCER |
| 3182 | 22862 | | HIGHTSTOWN VALERO SERVICE STATION | 1389 1391 RT 130 N & MEADOWBROOK RD | WASHINGTON TWP | ROBBINSVILLE TWP | 08561 | MERCER |
| 3183 | 57590 | | TINDALLS GREENHOUSES | 373 SHARON RD | WASHINGTON TWP | ROBBINSVILLE TWP | 08691 | MERCER |
| 3184 | 6197 | | NJDOT ROBBINSVILLE TWP MAINTENANCE YARD | RT 130 & VOELBEL RD YARD G8 | WASHINGTON TWP | ROBBINSVILLE TWP | 08691 | MERCER |
| 3185 | 51103 | | NJ DEPT OF ED MARIE H KATZENBACH SCHOOL | 320 SULLIVAN WAY | WEST TRENTON | EWING TWP | 08625 | MERCER |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3186 | 6642 | | GRAND AVENUE EXXON SERVICE STATION #36625 | 53 GRAND AVE & LOWER FERRY RD | WEST TRENTON | EWING TWP | 08628 | MERCER |
| 3187 | 29755 | | CLEANTRONICS INC | 19 WASHINGTON RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3188 | 13793 | | SRI INTERNATIONAL SARNOFF | 201 WASHINGTON RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08648 | MERCER |
| 3189 | 6187 | | GETTY SERVICE STATION #56206 | 264 WASHINGTON RD & RT 1 AKA RT 571 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3190 | 328567 | | PRINCETON BMW PORSCHE | 3466 RT 1 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3191 | 121671 | | A1 LIMOUSINE FORMER | 3477 BRUNSWICK PK AKA RT 1 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3192 | 6167 | | LUKOIL SERVICE STATION #57729 | 3513 RT 1 & FARBER RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3193 | 6171 | | EXXON SERVICE STATION #32036 | 3743 RT 1 & WASHINGTON RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3194 | 6186 | | TOMS GULF SERVICE STATION #126342 | 3717 RT 1 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08541 | MERCER |
| 3195 | 15922 | | SUNOCO SERVICE STATION #00015446 | 3729 3771 RT 1 & HARRISON ST | WEST WINDSOR TWP | WEST WINDSOR TWP | 08540 | MERCER |
| 3196 | 27419 | | RITE AID PHARMACY #462 | 39 HIGHTSTOWN RD AKA RT 571 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3197 | 6176 | | G&B BUSINESS ASSOC | 401 HIGHTSTOWN RD & SOUTHFIELD DR AKA RT 571 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3198 | 6189 | | BOHREN MOVING & STORAGE INC | 755 ALEXANDER RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3199 | 67154 | | WEST WINDSOR TWP SLF | 877 ALEXANDER RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3200 | 50498 | | WEST WINDSOR TWP MUNICIPAL BUILDING GARAGE | HIGHTSTOWN RD & WALLACE RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3201 | 51397 | | LANWIN PROPERTIES OWNERS ASST | HIGHTSTOWN RD AKA RT 571 | WEST WINDSOR TWP | WEST WINDSOR TWP | 08512 | MERCER |
| 3202 | 57686 | | PRINCETON THEOLOGICAL SEMINARY | LOETSCHER RD | WEST WINDSOR TWP | WEST WINDSOR TWP | 08550 | MERCER |
| 3203 | 456685 | | H&H GAS CORP | 80-84 N MAIN ST | WINDSOR | ROBBINSVILLE TWP | 08561 | MERCER |
| 3204 | 41395 | | ROBBINSVILLE TWP ROAD DEPT | MAIN ST | WINDSOR | ROBBINSVILLE TWP | 08561 | MERCER |
| 3205 | 6491 | | APCO BROAD STREET SERVICE STATION | 4165 S BROAD ST | YARDVILLE | HAMILTON TWP | 08620 | MERCER |
| 3206 | 6492 | | YARDVILLE GASCO SERVICE STATION | 4360 S BROAD ST | YARDVILLE | HAMILTON TWP | 08620 | MERCER |
| 3207 | 43959 | | S&M AUTOMOTIVE | 1001 RT 1/9 | AVENEL | WOODBRIDGE TWP | 070010000 | MIDDLESEX |
| 3208 | 345016 | | INTERNATIONAL AUTO BROKERS INC | 1010 ST GEORGES AVE | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3209 | 44055 | | VIP AUTOMOTIVE SALES & SERVICE | 1021 RAHWAY AVE | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3210 | 84754 | | J&P PETROLEUM SERVICE STATION | 1090 RT 1/9 | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3211 | 4910 | | METRO SERVICE STATION | 2540 RANDOLPH AVE | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3212 | 4930 | | MULTI PLASTICS EXTRUSIONS INC | 30 PRODUCTION WAY | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3213 | 4983 | | BP SERVICE STATION #20526 | 487 BLAIR RD | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3214 | 4904 | | MIDWAY EQUIPMENT SALES INC | 869 RT 1 S | AVENEL | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3215 | 4850 | | AVENEL EXXON SERVICE STATION #32516 | 870 874 RT 1/9 & HUDSON BLVD | AVENEL | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3216 | 93182 | | BOBS TIRE & AUTO CENTER INC | 1159 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3217 | 6113 | | DELTA SERVICE STATION | 1313 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3218 | 6114 | | SHELL SERVICE STATION #1400 0306 | 1329 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3219 | 6162 | | MIDDLESEX CNTY PARKS DEPT JOSEPH MEDWICK PARK | 15 HERMAN ST @ RAHWAY RIVER | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3220 | 6115 | | HESS SERVICE STATION #30206 | 1502 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3221 | 144445 | | CARGO LOGISTICS | 200 MIDDLESEX AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3222 | 6133 | | P&E AUTO BODY INC | 220 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3223 | 50133 | | CARTERET BORO | 278 282 PERSHING AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3224 | 66840 | | 2830 ROOSEVELT AVENUE | 2830 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3225 | 40405 | | US METALS REFINING CO | 400 MIDDLESEX AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3226 | 6103 | | RACE STAR SERVICE STATION | 743 ROOSEVELT AVE & WASHINGTON AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3227 | 6119 | | BP SERVICE STATION #944 | 756 ROOSEVELT AVE & WASHINGTON AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3228 | 14360 | | CARTERET TRUCK RACK | 760 765 ROOSEVELT AVE | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3229 | 92074 | | KINDER MORGAN TANK #260-1 | 78 99 LAFAYETTE ST | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3230 | 39556 | 14847 | PHILLIPS PETROLEUM CO FORMER @ CARTERET TERMINAL | LAFAYETTE ST FT OF | CARTERET | CARTERET BORO | 07008 | MIDDLESEX |
| 3231 | 148450 | | 124 LONGFELLOW STREET | 124 LONGFELLOW ST | CARTERET BORO | CARTERET BORO | 07008 | MIDDLESEX |
| 3232 | 80399 | | 238 WASHINGTON AVENUE | 238 WASHINGTON AVE | CARTERET BORO | CARTERET BORO | 07008 | MIDDLESEX |
| 3233 | 66326 | | GATX TERMINALS | 99 LAFAYETTE ST | CARTERET BORO | CARTERET BORO | 07008 | MIDDLESEX |
| 3234 | 4903 | | HARRY'S AUTOMOTIVE SERVICE INC | 1055 ST GEORGES AVE | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3235 | 4891 | | SPEEDWAY SERVICE STATION #03438 | 1215 1217 ST GEORGES AVE | COLONIA | WOODBRIDGE TWP | 070673923 | MIDDLESEX |
| 3236 | 4884 | | LAKE FUEL SERVICE STATION | 160 W LAKE AVE | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3237 | 41958 | | HP FUEL INC SERVICE STATION | 439 LAKE AVE | COLONIA | WOODBRIDGE TWP | 070670000 | MIDDLESEX |
| 3238 | 4950 | | LEHIGH GAS SERVICE STATION | 571 INMAN AVE & JORDEN RD | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3239 | 569260 | | SERVICE STATION FORMER | 576 INMAN AVE | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3240 | 4834 | | EXXON SERVICE STATION #82124 | GARDEN STATE PKWY MM 133 N & SYCAMORE RD | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3241 | 4966 | | COLONIA SHELL SERVICE STATION | GARDEN STATE PKWY MM 85 | COLONIA | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3242 | 6084 | | CRANBURY MOBIL SERVICE STATION | 2731 RT 130 S | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3243 | 6094 | | CRANBURY SERVICE CENTER | 2734 RT 130 & CRANBURY CIR | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3244 | 50169 | | VALERO SERVICE STATION | 2736 RT 130 | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3245 | 13012 | | REPUBLIC SERVICES OF NJ INC | 44 HIGHTSTOWN CRANBURY STATION RD STE H | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3246 | 6089 | 67628 | NJ TURNPIKE AUTH MOLLY PITCHER SERVICE AREA #75 | NEW JERSEY TPKE MM 71.1 S | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3247 | 68837 | | AMOCO SERVICE STATION | RT 130 & S RIVER RD | CRANBURY | CRANBURY TWP | 08512 | MIDDLESEX |
| 3248 | 6083 | | PMG SERVICE STATION #7164 | 2677 RT 130 & HALF ACRE RD | CRANBURY TWP | CRANBURY TWP | 08512 | MIDDLESEX |
| 3249 | 203504 | | BLUE ROSE MOBIL SERVICE STATION & TRUCK STOP | RT 130 & N MAIN ST | CRANBURY TWP | CRANBURY TWP | 08512 | MIDDLESEX |
| 3250 | 6149 | | SUN NORTH SUNOCO SERVICE STATION | 301 NORTH AVE | DUNELLEN | DUNELLEN BORO | 08812 | MIDDLESEX |
| 3251 | 35643 | | TRICE LANE ASSOC | 110 TICES LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3252 | 6069 | | RACEWAY CORONA ROAD SERVICE STATION | 114 RYDERS LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3253 | 79757 | | CLINTON MONUMENT CO | 19 WILMOT ST | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08815 | MIDDLESEX |
| 3254 | 6042 | | MIDDLESEX CNTY PARKS DEPT HEAVY EQUIP GARAGE | 21 23 FRESH PONDS RD | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3255 | 6064 | | CUMBERLAND GULF SERVICE STATION #120244 | 229 RT 18 & ALBERT ST | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3256 | 6065 | | SPEEDWAY SERVICE STATION #03479 | 232 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3257 | 6059 | | SUNOCO SERVICE STATION #0007 7016 | 238 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3258 | 75993 | | OFFICE DEPOT INC | 257 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3259 | 6070 | | EXXON SERVICE STATION #32510 | 274 MILLTOWN RD 414 RYDERS LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3260 | 6039 | | SHELL SERVICE STATION #138835 | 276 MILLTOWN RD & RYDERS LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08815 | MIDDLESEX |
| 3261 | 6041 | | SUNOCO SERVICE STATION #0007 6661 | 289 RT 18 & TICES LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3262 | 6060 | | MOBIL SERVICE STATION #15C67 | 296 RT 18 & TICE LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3263 | 13788 | | PIT STOP EXPRESS SERVICE CENTER | 332 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3264 | 6053 | | LUKOIL SERVICE STATION #57318 | 344 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3265 | 215471 | | KALSEC INC | 344 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 45006 | MIDDLESEX |
| 3266 | 6028 | | HESS SERVICE STATION #30227 | 345 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3267 | 6054 | | EXXON SERVICE STATION #33047 | 371 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3268 | 6095 | | SHELL SERVICE STATION #138834 | 376 SUMMERHILL RD & OLD STAGE RD | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3269 | 45628 | | U HAUL CENTER #814 28 @ ROUTE 18 MOVING & STORAGE | 397 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08649 | MIDDLESEX |
| 3270 | 32261 | | BLACKSTONE CO INC | 40 COTTERS LN STE B | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3271 | 99246 | | MCDONAGH CHRYSLER JEEP INC | 400 402 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3272 | 6056 | | VILLAGE GREEN CLEANERS | 405 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3273 | 6057 | | RACEWAY SERVICE STATION | 523 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3274 | 6132 | | KWIK TRIP EAST BRUNSWIK SERVICE STATION | 534 CRANBURY RD | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3275 | 6048 | | HESS SERVICE STATION #30221 | 624 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3276 | 6040 | | EAST BRUNSWICK BP SERVICE STATION | 724 RT 18 & RACE TRACK RD | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3277 | 6050 | | TEXACO SERVICE STATION #100155 | 780 RT 18 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3278 | 6034 | | MIDDLESEX CNTY TAMARACK GOLF COURSE | 97 HARDENBURG LN | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3279 | 13746 | | NJ TURNPIKE AUTH JOYCE KILMER SERVICE AREA 8N | NEW JERSEY TPKE MM 78.8 N | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3280 | 6036 | | NJ TURNPIKE AUTH ADMIN BUILDING | NEW JERSEY TPKE MM 83.4 | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3281 | 454976 | | CVS PHARMACY & BANK PROPOSED | RT 18 & W FERRIS ST | EAST BRUNSWICK TWP | EAST BRUNSWICK TWP | 08816 | MIDDLESEX |
| 3282 | 6009 | | AMBOY FUEL SERVICE STATION | 1000 AMBOY AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3283 | 6011 | | DELTA SERVICE STATION | 1065 AMBOY AVE | EDISON | EDISON TWP | 08820 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3284 | 45640 | | U HAUL CENTER @ EDISON MOVING & STORAGE | 110 RT 1 | EDISON | EDISON TWP | 08327 | MIDDLESEX |
| 3285 | 362507 | | INMAN GROVE SHOPPING CENTER | 1124 INMAN AVE A | EDISON | EDISON TWP | 08825 | MIDDLESEX |
| 3286 | 38831 | | ROSSMEYER & WEBER INC | 115 S MAIN ST | EDISON | EDISON TWP | 088400000 | MIDDLESEX |
| 3287 | 40414 | | CREATIVE MANAGEMENT INC SERVICE STATION | 1171 INMAN AVE | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3288 | 45600 | | RARITAN PERIODICAL SALES INC 3C DISTRIBUTING @ RARITAN CENTER | 125 CLEARVIEW RD | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3289 | 5935 | | GETTY SERVICE STATION #00498 | 1371 RT 1 & JOHN ST | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3290 | 54059 | | BRICK CHURCH APPLIANCE INC | 142 CARTER DR | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3291 | 5881 | | CENTER EXXON SERVICE STATION | 1441 RT 1 & PARSONAGE RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3292 | 5927 | | TWIN COUNTY GROCERS INC FOODTOWN DIV | 145 TALMADGE RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3293 | 5902 | | LUKOIL SERVICE STATION #57238 | 1620 OAK TREE RD & WOOD AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3294 | 5931 | | AIR PRODUCTS & CHEMICALS INC | 1680 OAK TREE RD | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3295 | 5888 | | RACEWAY SERVICE STATION EDISON OAK TREE | 1699 OAK TREE RD & CINDER RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3296 | 5956 | | LUKOIL SERVICE STATION #57208 | 1709 OAK TREE RD | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3297 | 187597 | | 175 PLAINFIELD AVENUE | 175 PLAINFIELD AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3298 | 5917 | | WOODBRIDGE AVENUE SERVICE STATION | 1808 WOODBRIDGE AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3299 | 43754 | | ESTATE OF PRAGE MORRIS ROUTE 27 WELL | 1816 LINCOLN HWY | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3300 | 5986 | | SHELL SERVICE STATION #138339 | 1819 LINCOLN HWY & PLAINFIELD AVE AKA RT 27 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3301 | 536551 | 5978 | NIXXON CORP | 2042 RT 27 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3302 | 45699 | | MOBIL SERVICE STATION #15JYE | 2084 WOODBRIDGE AVE | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3303 | 5958 | 424105 | SALS AUTO SHOP & OAK TREE BUS | 2089 2097 OAK TREE RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3304 | 14340 | | MOBIL CHEMICAL CO EDISON RESEARCH | 2195 LINCOLN HWY & VINEYARD RD | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3305 | 5970 | | LUKOIL SERVICE STATION #57317 | 2200 LINCOLN HWY & VINEYARD RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3306 | 42785 | | PRICE CLUB STORE #234 | 2210 LINCOLN HWY AKA RT 27 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3307 | 44499 | | BILLS SERVICE CENTER | 2244 WOODBRIDGE AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3308 | 5822 | | BP SERVICE STATION #84856 | 2246 LINCOLN HWY & ROBINSON AVE AKA RT 27 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3309 | 25926 | | DEFALCO TOWING & SERVICE CENTER | 233 PLAINFIELD AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3310 | 5925 | | MANDYS SERVICE CENTER | 24 VINEYARD RD | EDISON | EDISON TWP | 088170000 | MIDDLESEX |
| 3311 | 5979 | | METRO PARK EXXON SERVICE STATION | 240 LINCOLN HWY & WOOD AVE AKA RT 27 | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3312 | 5884 | | SHELL SERVICE STATION #138342 | 2600 WOODBRIDGE AVE & MILL RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3313 | 21927 | | MIDDLESEX CNTY COLLEGE | 265 PLAINFIELD AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3314 | 13784 | | AMC SUNOCO SERVICE STATION | 27 PROGRESS ST | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3315 | 5885 | | C TORSIELLO & SONS INC | 279 RT 1 & OAKLAND AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3316 | 5804 | | METRO STOP SERVICE STATION | 30 PARKWAY PL | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3317 | 5915 | | UNIVERSAL GENERAL SHEET METAL @ RARITAN CENTER | 3115 WOODBRIDGE AVE | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3318 | 13781 | | EXXON SERVICE STATION #33582 | 33 LINCOLN HWY & PARSONAGE RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3319 | 178886 | | SHELL SERVICE STATION #138342 | 37 GURLEY RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3320 | 5952 | | SUNOCO SERVICE STATION #0258 1973 | 3875 PARK AVE & STEPHENVILLE PKWY | EDISON | EDISON TWP | 08820 | MIDDLESEX |
| 3321 | 5883 | | EDISON SERVICE CENTER | 401 RT 1 | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3322 | 126044 | | RARITAN OIL CO INC BULK PLANT A SIDE | 412 RT 1 | EDISON | EDISON TWP | 088174470 | MIDDLESEX |
| 3323 | 5947 | | KILMER EMPIRE SERVICE STATION/B&L TIRE CO | 425 PLAINFIELD AVE | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3324 | 175029 | | CAMP KILMER | 433 PLAINFIELD AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3325 | 24694 | | OPEN ROAD MAZDA HONDA ISUZU | 50 RT 1 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3326 | 6004 | | AUTOMATIC CATERING INC | 58 BRUNSWICK AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3327 | 6006 | | A&R WHOLESALE DISTRIBUTORS | 60 BRUNSWICK AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3328 | 5874 | | RACEWAY SERVICE STATION | 641 RT 1 & WOODING AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3329 | 60072 | | SPORTS EXPRESSIONS | 711 721 RT 1 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3330 | 5863 | | BIG JOES TRUCK STOP NORTH | 712 RT 1 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3331 | 5908 | | EDISON TWP MUNICIPAL GARAGE | 745 NEW DURHAM RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3332 | 5945 | | LUKOIL SERVICE STATION #57343 | 755 RT 1 & OLD POST RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3333 | 43499 | | KRAUSZERS DAIRY STORE | 76 NATIONAL RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3334 | 43640 | | FRANK MILLMAN DISTRIBUTORS INC | 8 PROGRESS ST | EDISON | EDISON TWP | 088200000 | MIDDLESEX |
| 3335 | 396334 | | EDISON SHELL SERVICE STATION | 881 RT 1 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3336 | 5864 | | SHELL SERVICE STATION #138341 | 890 RT 1 & OLD POST RD | EDISON | EDISON TWP | 08818 | MIDDLESEX |
| 3337 | 6008 | | CITGO SERVICE STATION | 979 AMBOY AVE | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3338 | 5896 | | AMERADA HESS SERVICE STATION #30205 | LINCOLN HWY & PARSONAGE RD AKA RT 27 | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3339 | 46727 | | RARITAN CENTER PLAZA III @ RARITAN CENTER | RARITAN CENTER PKWY | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3340 | 15629 | | BERGER INDUSTRIES INC @ EDISON IND CENTER | RT 1 S & PRINCE ST | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3341 | 215555 | | TALMADGE ROAD BUILDING | TALMADGE RD | EDISON | EDISON TWP | 08817 | MIDDLESEX |
| 3342 | 47238 | | MIDDLESEX CNTY THOMAS A EDISON PARK | 1 W PATROL RD & MILL RD | EDISON | EDISON TWP | 08901 | MIDDLESEX |
| 3343 | 42578 | | TRANSPORT MOTOR SYSTEMS INC | 100 RT 1 | EDISON TWP | EDISON TWP | 08818 | MIDDLESEX |
| 3344 | 47475 | | NJ DEPT OF MILITARY & VETERANS AFFAIRS VETERANS MEMORIAL HOME | 120 132 EVERGREEN RD | EDISON TWP | EDISON TWP | 088185013 | MIDDLESEX |
| 3345 | 35755 | | BEAUMONT PRODUCTS INC | 145 TALMADGE RD | EDISON TWP | EDISON TWP | 30144 | MIDDLESEX |
| 3346 | 13777 | | RACEWAY SERVICE STATION #2123 | 1501 RT 1 & PARSONAGE RD | EDISON TWP | EDISON TWP | 08903 | MIDDLESEX |
| 3347 | 5981 | | HESS SERVICE STATION #30258 | 1555 1557 LINCOLN HWY & HIGHLAND TER AKA RT 27 | EDISON TWP | EDISON TWP | 08818 | MIDDLESEX |
| 3348 | 5901 | | GETTY SERVICE STATION #56275 | 1942 LINCOLN HWY & COLTON RD | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3349 | 5950 | | MIDDLESEX CNTY MOSQUITO CONTROL COMM | 200 PARSONAGE RD | EDISON TWP | EDISON TWP | 08800 | MIDDLESEX |
| 3350 | 215546 | | ROLL | 2193 RT 27 & VINEYARD RD | EDISON TWP | EDISON TWP | 60013 | MIDDLESEX |
| 3351 | 42015 | | KRAUSZERS DAIRY STORE #30 | 2279 WOODBRIDGE AVE | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3352 | 66154 | | CONTINENTAL CAN CO | 24 KILMER RD | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3353 | 80446 | | 241 OLD POST ROAD | 241 OLD POST RD | EDISON TWP | EDISON TWP | 08819 | MIDDLESEX |
| 3354 | 5803 | | SUPERIOR ENERQUIP CORP | 41 SILVER LAKE AVE & GLENDALE AVE | EDISON TWP | EDISON TWP | 08818 | MIDDLESEX |
| 3355 | 5873 | | 421 ROUTE 1 PETROLEUM SERVICE STATION | 421 435 RT 1 & PLAINFIELD AVE | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3356 | 80118 | | 6 TELL PLACE | 6 TELL PL | EDISON TWP | EDISON TWP | 08819 | MIDDLESEX |
| 3357 | 574048 | | SPECIAL MATERIALS CO | 764 DURHAM AVE | EDISON TWP | EDISON TWP | 10018 | MIDDLESEX |
| 3358 | 13780 | | EDISON SHELL SERVICE STATION | 764 NEW DURHAM RD & DURHAM RD | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3359 | 15382 | | SPEEDWAY SERVICE STATION #03446 | 789 AMBOY AVE | EDISON TWP | EDISON TWP | 08820 | MIDDLESEX |
| 3360 | 78906 | | BIDDLE CO INC | 842 RT 1 | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3361 | 5890 | | AMOCO SERVICE STATION #842 | RT 1 N & PLAINFIELD AVE | EDISON TWP | EDISON TWP | 08817 | MIDDLESEX |
| 3362 | 4972 | | RACEWAY SERVICE STATION | 1 LAFAYETTE RD & FORD AVE | FORDS | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3363 | 14361 | | HATCO CORP | 1020 KING GEORGES POST RD | FORDS | WOODBRIDGE TWP | 088630000 | MIDDLESEX |
| 3364 | 14357 | | SCANNELL PROPERTIES | 350 RIVERSIDE DR 20 INDUSTRIAL WAY FORMERLY CROWS MILL RD & NEW BRUNSWICK AVE | FORDS | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3365 | 4837 | | LUKOIL SERVICE STATION #57256 | 3078 LINCOLN HWY AKA RT 27 | FORDS | WOODBRIDGE TWP | 08865 | MIDDLESEX |
| 3366 | 5166 | | CARNEGLIA SUNOCO SERVICE STATION | LINCOLN HWY & HENDERSON RD | FRANKLIN PARK | SOUTH BRUNSWICK TWP | 08823 | MIDDLESEX |
| 3367 | 46364 | | COLONIAL VILLAGE EXXON SERVICE STATION #34224 | 100 CLEVELAND AVE | FRANKLIN PARK | SOUTH BRUNSWICK TWP | 08823 | MIDDLESEX |
| 3368 | 5838 | | WALDRON PROPERTY | 115 RARITAN AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3369 | 23419 | | UBRYS INC | 138 148 RARITAN AVE & S 2ND AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 089040000 | MIDDLESEX |
| 3370 | 5778 | | SUNOCO SERVICE STATION #0007-6406 | 148 WOODBRIDGE AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3371 | 45557 | | FORNERS SERVICE CENTER | 211 WOODBRIDGE AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 089040000 | MIDDLESEX |
| 3372 | 45559 | | ACME MOTORS INC | 411 RIVER RD | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3373 | 51790 | | SISTERS OF OUR LADY OF CENACLE RETREAT HOUSE | 444 VALENTINE ST | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3374 | 44726 | | HIGHLAND PARK BORO DPW GARAGE | 60 RARITAN AVE & CEDAR LN | HIGHLAND PARK | HIGHLAND PARK BORO | 089040000 | MIDDLESEX |
| 3375 | 5802 | | HILLTOP MOBIL SERVICE STATION | 702 RARITAN AVE & WOODBRIDGE AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3376 | 5839 | | LUKOIL SERVICE STATION | RIVERVIEW AVE | HIGHLAND PARK | HIGHLAND PARK BORO | 08904 | MIDDLESEX |
| 3377 | 5779 | | MIDDLESEX CNTY DEPT OF PARKS DONALDSON PARK | 168 NEW BRUNSWICK AVE | HOPELAWN | WOODBRIDGE TWP | 08861 | MIDDLESEX |
| 3378 | 4940 | | GETTY SERVICE STATION #06657 | 657 FLORIDA GROVE RD | HOPELAWN | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3379 | 4969 | | VERIZON NJ INC WOODBRIDGE DSC #29125 | 87 W POND RD & LAUREL ST | HOPELAWN | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3380 | 196229 | 4818 | MOTIVA ENTERPRISES | 11 LINCOLN HWY & WOOD AVE AKA RT 27 & WOOD AVE | ISELIN | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3381 | 4830 | | ISELIN BP SERVICE STATION #1844 | | | | | |

Page 69 of 128

10/14/2016