## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3382 | 4934 | | AMOCO SERVICE STATION #955 | 1547 OAK TREE RD | ISELIN | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3383 | 4935 | | ISELIN EXXON SERVICE STATION | 1611 OAK TREE RD & WOOD AVE | ISELIN | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3384 | 4861 | | MOBIL SERVICE STATION #2634885 | 345 RT 1 & GILL LN | ISELIN | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3385 | 4913 | | AMOCO SERVICE STATION #5141 | 650 RT 1 | ISELIN | WOODBRIDGE TWP | 08837 | MIDDLESEX |
| 3386 | 4959 | | AMOCO SERVICE STATION #610 | 745 GREEN ST & RT 1 | ISELIN | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3387 | 4840 | | ISELIN SHELL SERVICE STATION | GARDEN STATE PKWY MM 82 S | ISELIN | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3388 | 5761 | | THREE STAR AUTO SERVICE | 17 19 LINCOLN AVE | JAMESBURG | JAMESBURG BORO | 088310000 | MIDDLESEX |
| 3389 | 5756 | | JAMESBURG FUEL SERVICE STATION | 232 GATZMER AVE | JAMESBURG | JAMESBURG BORO | 08831 | MIDDLESEX |
| 3390 | 5770 | | JAMESBURG GULF SERVICE STATION #63121 | 239 FORSGATE DR | JAMESBURG | JAMESBURG BORO | 08831 | MIDDLESEX |
| 3391 | 80481 | | 293 295 GATZMER AVENUE | 293 295 GATZMER AVE | JAMESBURG BORO | JAMESBURG BORO | 08862 | MIDDLESEX |
| 3392 | 4936 | | WELDON MATERIALS | 119 SMITH ST & HIGHLAND AVE | KEASBEY | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3393 | 4927 | | WOODBRIDGE TWP DPW | 225 SMITH ST | KEASBEY | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3394 | 4824 | | PRAXAIR INC RARITAN BAY PLANT #907 | 60 CROWS MILL RD | KEASBEY | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3395 | 18765 | | BIDDLE TRUCK RENTAL | 999 INDUSTRIAL HWY | KEASBEY | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3396 | 469681 | 5143 | KENDALL PARK SERVICE STATION | 3520 LINCOLN HWY & NEW RD AKA RT 27 | KENDALL PARK | SOUTH BRUNSWICK TWP | 08824 | MIDDLESEX |
| 3397 | 5157 | | KWIK TRIP KENDALL PARK SERVICE STATION | 3612 LINCOLN HWY & ALLSTON RD AKA RT 27 & ALLSTON RD | KENDALL PARK | SOUTH BRUNSWICK TWP | 08824 | MIDDLESEX |
| 3398 | 5745 | | HICKS AUTO BODY | 59 RT 35 | LAURENCE HARBOR | OLD BRIDGE TWP | 08879 | MIDDLESEX |
| 3399 | 448023 | | BILLS US GAS SERVICE STATION | RT 35 S & LAURENCE PKWY | LAURENCE HARBOR | OLD BRIDGE TWP | 08879 | MIDDLESEX |
| 3400 | 5850 | | ROOSEVELT CARE CENTER | 1 ROOSEVELT DR & PARSONAGE RD | MENLO PARK | EDISON TWP | 08837 | MIDDLESEX |
| 3401 | 5716 | | NJ PETROLEUM SERVICE STATION | 130 MAIN ST | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3402 | 27126 | | B&W AUTOMOTIVE | 21 AMBOY AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3403 | 5725 | | GULTON INDUSTRIES INC MARK IV HS DIV | 212 DURHAM AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3404 | 13756 | | RK FUEL SERVICE STATION | 247 CENTRAL AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3405 | 5720 | | EXXON SERVICE STATION #30055 | 262 LAKE AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3406 | 5711 | | JERSEY GAS @ EMPIRE SERVICE STATION | 314 MAIN ST | METUCHEN | METUCHEN BORO | 08040 | MIDDLESEX |
| 3407 | 5721 | | AMOCO SERVICE STATION #836 | 345 LAKE AVE & MIDDLESEX AVE AKA RT 27 & LAKE AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3408 | 5723 | | METUCHEN BORO DPW GARAGE | 44 JERSEY AVE | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3409 | 5703 | | GILL PETROLEUM SERVICE STATION | 532 536 MIDDLESEX AVE & MAIN ST | METUCHEN | METUCHEN BORO | 08840 | MIDDLESEX |
| 3410 | 5714 | | METUCHEN I CORP | 700 MIDDLESEX AVE | METUCHEN | METUCHEN BORO | 08654 | MIDDLESEX |
| 3411 | 47698 | | SUNOCO SERVICE STATION #0007 7172 | LAKE AVE & NEW ST | METUCHEN BORO | METUCHEN BORO | 08840 | MIDDLESEX |
| 3412 | 5681 | | ROUTE 28 SERVICE STATION | 101 BOUND BROOK RD | MIDDLESEX | MIDDLESEX BORO | 08845 | MIDDLESEX |
| 3413 | 18060 | | NEIGHBORHOOD GARAGE | 1231 BOUND BROOK RD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3414 | 14835 | | VEOLIA ES TECHNICAL SOLUTIONS | 125 FACTORY LN | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3415 | 5669 | | JAFCO INDUSTRIES INC | 131 136 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3416 | 5657 | | 19 PETROLEUM SERVICE STATION | 145 RIVER RD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3417 | 56710 | | RURE ASSOC | 200 MOUNTAIN AVE | MIDDLESEX | MIDDLESEX BORO | 08845 | MIDDLESEX |
| 3418 | 318647 | | PUMPING SERVICES INC | 201 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3419 | 37761 | | US DEPT OF ENERGY MIDDLESEX SAMPLING PLANT | 239 MOUNTAIN AVE STORAGE SITE | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3420 | 15777 | | LPS INDUSTRIES INC | 275 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3421 | 33793 | | J FLETCHER CREAMER & SON INC | 294 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3422 | 5682 | | MIDDLESEX FUEL SERVICE STATION | 305 BOUND BROOK RD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3423 | 5668 | | FRANKS GULF SERVICE STATION | 309 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 088462338 | MIDDLESEX |
| 3424 | 59968 | | REAGENT CHEMICAL & RESEARCH INC | 5 FACTORY LN | MIDDLESEX | MIDDLESEX BORO | 08845 | MIDDLESEX |
| 3425 | 13749 | | LIBERTY POLYMERS INC | 544 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3426 | 56549 | | JERSEY PETROLEUM CO | 646 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3427 | 14332 | | COVALENCE SPECIALTY ADHESIVES | 87 LINCOLN BLVD | MIDDLESEX | MIDDLESEX BORO | 08845 | MIDDLESEX |
| 3428 | 66177 | | MIDDLESEX INDUSTRIAL CENTER | 245 MOUNTAIN AVE | MIDDLESEX BORO | MIDDLESEX BORO | 08845 | MIDDLESEX |
| 3429 | 50362 | | LOUIS N ROTHBERG & SON INC | 550 CEDAR AVE | MIDDLESEX BORO | MIDDLESEX BORO | 08846 | MIDDLESEX |
| 3430 | 5625 | | SUNOCO SERVICE STATION #0007 6950 | 110 RYDERS LN & WASHINGTON AVE | MILLTOWN | MILLTOWN BORO | 088500000 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3431 | 13008 | | SPEEDWAY SERVICE STATION #03447 | 19 MAIN ST & WASHINGTON AVE | MILLTOWN | MILLTOWN BORO | 08850 | MIDDLESEX |
| 3432 | 5631 | | DELTA SERVICE STATION | 201 N MAIN ST | MILLTOWN | MILLTOWN BORO | 08850 | MIDDLESEX |
| 3433 | 5687 | | GOLDEN LION INN | 23 S MAIN ST & WASHINGTON AVE | MILLTOWN | MILLTOWN BORO | 08879 | MIDDLESEX |
| 3434 | 13745 | | MILLTOWN CLEANERS | 245 S MAIN ST | MILLTOWN | MILLTOWN BORO | 08879 | MIDDLESEX |
| 3435 | 41941 | | MILLTOWN GULF SERVICE STATION | 257 N MAIN ST | MILLTOWN | MILLTOWN BORO | 08850 | MIDDLESEX |
| 3436 | 5626 | | MILLTOWN DELTA SERVICE STATION | 29 S MAIN ST | MILLTOWN | MILLTOWN BORO | 08850 | MIDDLESEX |
| 3437 | 43269 | | MILLTOWN BORO DPW YARD | 39 WASHINGTON AVE | MILLTOWN | MILLTOWN BORO | 08850 | MIDDLESEX |
| 3438 | 17994 | | SEALY STEARNS & FOSTER BEDDING CO FORMER | 3730 RT 1 & BLACKHORSE LN | MONMOUTH JUNCTION | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3439 | 5180 | | EXXON SERVICE STATION #8150 | 3804 RT 1 & DEANS LN | MONMOUTH JUNCTION | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3440 | 5181 | | APCO MAJOR ROAD SERVICE STATION | 4000 RT 1 | MONMOUTH JUNCTION | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3441 | 5175 | | NEW ROAD GAS & GO SERVICE STATION | 4041 RT 1 & NEW RD | MONMOUTH JUNCTION | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3442 | 12973 | | NJDOC JAMESBURG TRAINING SCHOOL FOR BOYS | 1 N STATE HOME RD & SPOTSWOOD GRAVEL HILL RD | MONROE TWP | JAMESBURG BORO | 08831 | MIDDLESEX |
| 3443 | 12962 | | SUBURBAN TRANSIT CORP | 1009 RT 33 | MONROE TWP | MONROE TWP | 085200000 | MIDDLESEX |
| 3444 | 37835 | | THE GARDENS @ MONROE | 189 APPLEGARTH RD | MONROE TWP | MONROE TWP | 08520 | MIDDLESEX |
| 3445 | 50670 | | JOHN HOLM & SON INC @ LONGSTREET TERMINAL | 2 LONGSTREET RD | MONROE TWP | MONROE TWP | 08520 | MIDDLESEX |
| 3446 | 12967 | | MONROE MOBIL SERVICE STATION | 843 RT 33 | MONROE TWP | MONROE TWP | 08831 | MIDDLESEX |
| 3447 | 12968 | | MIDDLESEX CNTY THOMPSON CNTY PARK | FORSGATE DR @ RAILROAD AVE | MONROE TWP | MONROE TWP | 08831 | MIDDLESEX |
| 3448 | 50053 | | MIDDLESEX CNTY ROAD DEPT GARAGE | HOFFMAN STATION PROSPECT PLAINS RD | MONROE TWP | MONROE TWP | 08831 | MIDDLESEX |
| 3449 | 56275 | | GUNDACKER ARTHUR PROPERTY | SPOTSWOOD ENGLISHTOWN RD | MONROE TWP | MONROE TWP | 08831 | MIDDLESEX |
| 3450 | 5589 | | MIDDLESEX CNTY ADMIN BUILDING | 1 KENNEDY SQUARE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3451 | 5540 | | BRISTOL MYERS SQUIBB INC | 1 SQUIBB DR | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08512 | MIDDLESEX |
| 3452 | 66020 | | HALCYON ESSENCES | 100 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3453 | 39038 | | 107 HOW LANE REALTY | 107 HOW LN | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3454 | 28106 | | RMAG INC | 11 JULES LN STE B | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3455 | 13742 | | BRUNSWICK GULF SERVICE STATION #0006 0047 | 110 MEMORIAL PKWY AKA RT 18 & COMMERCIAL AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3456 | 5605 | | TYCO ELECTRONICS CORP | 1130 SOMERSET ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3457 | 5598 | | EXXON SERVICE STATION #38868 | 1200 SOMERSET ST & HOW LA | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3458 | 462572 | | 156 FRENCH STREET | 156 FRENCH ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3459 | 12945 | | NEW BRUNSWICK EXXON SERVICE STATION | 172 GEORGE ST & COMMERCIAL AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3460 | 16950 | | NEW BRUNSWICK CITY HOUSING AUTH MEMORIAL HOME | 176 MEMORIAL PKWY | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3461 | 18036 | | PMG SERVICE STATION #7162 | 187 193 FRENCH ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08902 | MIDDLESEX |
| 3462 | 24084 | | 6TH WARD SERVICE CENTER | 19 DUKE ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3463 | 15597 | | GEM AUTO CENTER INC GULF SERVICE STATION | 191 EASTON AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3464 | 94165 | | 208 EASTON AVENUE | 208 EASTON AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3465 | 12948 | | KCS SERVICE STATION | 217 FRENCH ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3466 | 5584 | | NEW BRUNSWICK CITY POLICE HDQTRS | 225 MEMORIAL PKWY | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3467 | 12963 | | NEW BRUNSWICK CITY BD OF ED ADULT HIGH SCHOOL | 268 BALDWIN ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3468 | 12943 | | GETTY SERVICE STATION #56065 | 282 GEORGE ST & MORRIS ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3469 | 14358 | | RHODIA INC | 298 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3470 | 173108 | | AMERICA PROPERTIES FORMER | 339 COMMERCIAL AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3471 | 5612 | | CIRCLE EXXON SERVICE STATION | 34 RT 1 | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3472 | 56071 | | PRODUCT SAFETY LABS INC | 340 COMMERCIAL AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3473 | 39891 | | ROLFE BUILDING & LUMBER SUPPLY | 38 40 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3474 | 12933 | | MIDDLESEX CNTY VEHICLE MAINTENANCE JERSEY AVE GAS FACILITY | 400 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3475 | 16133 | | EZEFLOW NJ INC | 475 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3476 | 185704 | | 55 COMMERCIAL AVENUE | 55 COMMERCIAL AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3477 | 14857 | | CAL CHLOR CORP | 760 JERSEY AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08910 | MIDDLESEX |
| 3478 | 14324 | | MEDICIA PHARMACEUTICAL CORP @ NEW BRUNSWICK IND | 9 INDUSTRIAL DR TERMINAL RD | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08000 | MIDDLESEX |
| 3479 | 57004 | | BRUNSWICK PEREGON MEDICAL | 90 JERSEY AVE PO BOX 1071 | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3480 | 55569 | | GOLDSMITH BROTHERS INSULATIONS INC | 98 WARD ST | NEW BRUNSWICK | NEW BRUNSWICK CITY | 089010000 | MIDDLESEX |
| 3481 | 66452 | | PSE&G GAS DISTRICT OPERATIONS HDQTRS | ALBANY ST & NEILSON AVE | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08902 | MIDDLESEX |
| 3482 | 14322 | | NJ RUTGERS UNIVERSITY COOK DOUGLAS CAMPUS | DUDLEY RD & NICHOL AVE BLDG 3328 | NEW BRUNSWICK | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3483 | 221852 | | HERMANS WAREHOUSE | 131 JERSEY AVE | NEW BRUNSWICK CITY | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3484 | 57295 | | JERSEY AVENUE RESTORATIONS | 401 JERSEY AVE | NEW BRUNSWICK CITY | NEW BRUNSWICK CITY | 08902 | MIDDLESEX |
| 3485 | 66344 | | CELL PRODUCTS INC | 5 GEORGES RD | NEW BRUNSWICK CITY | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3486 | 538543 | 12899 | SINGH & BINDRA INC | 580 RT 18 | NEW BRUNSWICK CITY | NEW BRUNSWICK CITY | 08901 | MIDDLESEX |
| 3487 | 61962 | | NJ RUTGERS UNIVERSITY NEW BRUNSWICK CAMPUS | COLLEGE AVE | NEW BRUNSWICK CITY | NEW BRUNSWICK CITY | 08903 | MIDDLESEX |
| 3488 | 45623 | | PEPSI COLA BOTTLING CO | 1007 LIVINGSTON AVE | NORTH BRUNSWICK | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3489 | 26996 | | BROGAN CADILLAC OLDSMOBILE | 1100 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3490 | 14355 | | PROSPECT INDUSTRIES CORP | 1202 AIRPORT RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3491 | 5556 | | VALERO SERVICE STATION | 1300 LINCOLN HWY AKA RT 27 | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3492 | 43552 | | GRAYBAR ELECTRIC CO INC | 1300 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 089020000 | MIDDLESEX |
| 3493 | 66214 | | NORTH BRUNSWICK COATINGS & CHEMICALS | 1430 JERSEY AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3494 | 372093 | | A BRIGHT BEGINNING CHILDCARE CENTER | 1440 HOW LN | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3495 | 14842 | | BRUNSWICK BUSINESS CAMPUS | 1460 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3496 | 16730 | | COCA COLA REFRESHMENTS USA INC | 1500 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3497 | 49144 | | NORTH BRUNSWICK TWP BD OF ED NORTH BRUNSWICK HIGH SCHOOL VETERANS PA | 1648 RT 130 | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3498 | 5560 | | GULF SERVICE STATION | 1696 GEORGES RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3499 | 5545 | | FUEL ONE SERVICE STATION | 1890 RT 1 | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3500 | 19281 | | FINGERS RADIATOR TIRE & CAR CARE | 2005 RT 1 & THALIA ST | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08873 | MIDDLESEX |
| 3501 | 15967 | | JOHNSON & JOHNSON NORTH BRUNSWICK CAMPUS | 2300 RT 1 & AARON RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3502 | 15285 | | KWIK FUEL INC | 2561 RT 1 & AARON RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08903 | MIDDLESEX |
| 3503 | 95799 | | PMG SERVICE STATION #7163 | 2720 RT 130 | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3504 | 5551 | | BP SERVICE STATION #24337 | 2900 LINCOLN HWY & FINNEGANS LN | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3505 | 45619 | | GOODYEAR AUTO SERVICE CENTER | 557 MILLTOWN RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3506 | 16384 | | NORTH BRUNSWICK FOREIGN CAR SERVICE | 590 GEORGES RD | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08901 | MIDDLESEX |
| 3507 | 16398 | | PARKER HANNIFIN CORP | 601 NASSAU ST | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3508 | 295155 | | JENNING GTGO SERVICE STATION | 686 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3509 | 91645 | | RARITAN RIVER GARAGE CO INC | 766 CAROLIER LN 740 RT 1 FORMER | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3510 | 5539 | | SUNOCO SERVICE STATION #0007 6653 | 770 786 RT 1 N | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3511 | 37363 | | AMTRAK CORP ADAMS MAINTENANCE OF WAY BASE | 788 ADAMS LN | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3512 | 56368 | | JOES SERVICE CENTER | 814 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3513 | 12905 | | BP SERVICE STATION #8682 FORMER | 933 LIVINGSTON AVE | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08901 | MIDDLESEX |
| 3514 | 5547 | | PMG #8140 SERVICE STATION | 940 LIVINGSTON AVE & HIGHLAND | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3515 | 5573 | | MIDDLESEX CNTY ADULT CORRECTIONS FACILITY | APPLE ORCHARD LN | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3516 | 5570 | | MIDDLESEX CNTY ROAD DEPT COMPLEX | GEORGES RD & APPLE ORCHARD LN AKA RT 130 & APPLE ORCHARD LN | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3517 | 5537 | | AMERADA HESS SERVICE STATION #30318 | RT 1 & APACHE ST | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08650 | MIDDLESEX |
| 3518 | 29332 | | MALOUF FORD INC | RT 1 S & GEORGES RD AKA RT 130 | NORTH BRUNSWICK TWP | NORTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3519 | 5749 | | OLD BRIDGE TWP MUNICIPAL COMPLEX & DPW | 1 OLD BRIDGE PLAZA | OLD BRIDGE TWP | OLD BRIDGE TWP | 07747 | MIDDLESEX |
| 3520 | 15969 | | STAVOLA ASPHALT CO INC | 1 WATERWORKS RD & CHEESEQUAKE RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3521 | 15363 | | LEHIGH GAS SERVICE STATION | 1 WORTH PL & OLD BRIDGE MATAWAN RD AKA RT 516 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3522 | 15350 | | GETTY SERVICE STATION #56906 | 1189 OLD BRIDGE ENGLISHTOWN RD & 7TH ST | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3523 | 15337 | | GETTY SERVICE STATION #00304 | 1294 RT 9 & HARTLES AVE | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3524 | 63301 | | CLIFFWOOD BEACH MOBIL SERVICE STATION | 1300 RT 35 & RARITAN BLVD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3525 | 15315 | | OLD BRIDGE TWP MUA COLLECTION SYSTEM REHABILITATION PROGRAM | 15 THROCKMORTON LN | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3526 | 18078 | | GULF SERVICE STATION #120160 | 154 OLD BRIDGE ENGLISHTOWN RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3527 | 46358 | | T&J AUTO REPAIR | 1600 OLD BRIDGE ENGLISHTOWN RD W GREYSTONE RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08856 | MIDDLESEX |
| 3528 | 15340 | | OLD BRIDGE AIRPORT | 182 PENSION RD 348 PENSION RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 07726 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3529 | 15345 | | 516 AUTO & TIRE SERVICE INC | 199 OLD BRIDGE MATAWAN RD AKA RT 516 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3530 | 15338 | | OLD BRIDGE DELTA SERVICE STATION | 20 OLD BRIDGE MATAWAN RD AKA RT 516 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3531 | 15359 | | EXXON SERVICE STATION #32255 | 2203 CHEESEQUAKE BROWNTOWN RD AKA RT 9 & FAIRWAY LN | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3532 | 15308 | | EXXON SERVICE STATION #8145 | 2203 RT 9 & TEXAS RD AKA CHEESEQUAKE BROWNTOWN RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 07751 | MIDDLESEX |
| 3533 | 40389 | | OLD BRIDGE RACEWAY PARK INC | 230 PENSION RD 348 PENSION RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 07726 | MIDDLESEX |
| 3534 | 15341 | | 7 11 FOOD MARKET & SERVICE STATION | 2401 CHEESEQUAKE BROWNTOWN RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3535 | 15371 | | COASTAL SERVICE STATION | 402 OLD BRIDGE MATAWAN RD & JAKE BROWN RD AKA RT 516 & JAKE BROWN R | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3536 | 15346 | | UNITED GAS SERVICE STATION @ BROWNTOWN SHOPPING CENTER | 2601 OLD BRIDGE MATAWAN RD & GAUB RD AKA RT 516 & GAUB RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3537 | 15344 | | RACE TRAC SERVICE STATION | 2680 OLD BRIDGE MATAWAN RD AKA RT 516 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3538 | 5739 | | MYSTIC BULK CARRIERS INC | 305 RT 34 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3539 | 129931 | | AMERICAN WASTE TECHNOLOGIES INC | 3200 BORDENTOWN AVE | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3540 | 61083 | | CENTRAL JERSEY OFFICE PA | G VALLEY RD CHEESEQUAKE BROWNTOWN & SPRING VLLY RD AKA RT 9 & SPRING | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3541 | 15325 | | GILL PETROLEUM SERVICE STATION | 323 RT 34 & MORRISTOWN RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 07747 | MIDDLESEX |
| 3542 | 15348 | | O&S AUTOMOTIVE REPAIR INC | SQUAKE BROWNTOWN RD CHEESEQUAKE BROWNTOWN RD & CINDY ST AKA RT 9 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3543 | 15334 | 66339 | SPIRAL METAL CO | 3336 BORDENTOWN AVE | OLD BRIDGE TWP | OLD BRIDGE TWP | 08800 | MIDDLESEX |
| 3544 | 202431 | | OASIS MOTORS INC | 3698 RT 9 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3545 | 15305 | | LUKOIL SERVICE STATION #57366 | 3699 CHEESEQUAKE BROWNTOWN RD & SPRING VALLEY RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3546 | 15354 | | LEHIGH GAS SERVICE STATION | 39 MATAWAN RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3547 | 342611 | | 5 REBECCA COURT | 5 REBECCA CT | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3548 | 66669 | | OLD BRIDGE TWP SOMMERS SLF | CHEESEQUAKE RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08856 | MIDDLESEX |
| 3549 | 66176 | | GLOBAL LANDFILL RECLAIMING | ERNSTON STATION RD PO BOX 713 | OLD BRIDGE TWP | OLD BRIDGE TWP | 08859 | MIDDLESEX |
| 3550 | 5744 | 448023 | HESS SERVICE STATION #30508 | RT 35 N & LAURENCE PKWY | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3551 | 52233 | | MADISON MALL ASSOC ABANDONED GAS STATION | RT 9 S | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3552 | 5740 | | LIONETTI OIL RECOVERY INC | RUNYON CHEESEQUAKE RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3553 | 52423 | | MOUNTAINEER CONSTRUCTION | WATERWORKS RD | OLD BRIDGE TWP | OLD BRIDGE TWP | 08857 | MIDDLESEX |
| 3554 | 45700 | | MOBIL SERVICE STATION #12KND | 1131 CONVERY BLVD & FLORIDA GROVE RD AKA RT 35 | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3555 | 569578 | | 1132 CONVERY BOULEVARD | 1132 CONVERY BLVD | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3556 | 5498 | | BUCKEYE PERTH AMBOY TERMINAL | 1200 STATE ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3557 | 43582 | | R&M AUTO REPAIR | 175 NEW BRUNSWICK AVE | PERTH AMBOY | PERTH AMBOY CITY | 086610000 | MIDDLESEX |
| 3558 | 91487 | | SUSSMAN MFG | 223 GRANT ST | PERTH AMBOY | PERTH AMBOY CITY | 088614552 | MIDDLESEX |
| 3559 | 5492 | | RARITAN RIVER STEEL CO | 225 ELM ST | PERTH AMBOY | PERTH AMBOY CITY | 088614503 | MIDDLESEX |
| 3560 | 565220 | | 244 NEW BRUNSWICK AVENUE | 244 NEW BRUNSWICK AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3561 | 39802 | | HARRY GOLDBERG & SONS SCRAP METAL | 25 S 2ND ST & LEWIS ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3562 | 5510 | | MIDDLESEX CNTY ROAD DEPT GARAGE AREA #1 | 277 BERTRAND AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3563 | 49677 | | JULIANYS WELL | 284 MARKET ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3564 | 30536 | | MARIOS SERVICE STATION | 351 ELM ST & FAYETTE ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3565 | 5494 | | GLASGOW & SONS INC PRODUCTION DIV | 382 FAYETTE ST | PERTH AMBOY | PERTH AMBOY CITY | 08862 | MIDDLESEX |
| 3566 | 5457 | | M&M AUTO MECHANICS INC | 410 STATE ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3567 | 5461 | | SPEEDWAY SERVICE STATION #93444 | 413 429 SMITH ST & GRACE ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3568 | 5436 | | DELTA SERVICE STATION | 436 CONVERY BLVD | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3569 | 5434 | | TROPICAL CHEESE INDUSTRIES INC | 450 452 FAYETTE ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3570 | 5426 | | LEHIGH GAS SERVICE STATION | 479 KROCHMALLY AVE & ALBERT AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3571 | 45951 | | PERTH AMBOY CITY BD OF ED SEAMAN AVENUE ELEMENTARY SCHOOL | 489 SAYRE AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3572 | 5447 | | MOBIL SERVICE STATION #2634882 | 550 SMITH ST & RT 35 | PERTH AMBOY | PERTH AMBOY CITY | 08865 | MIDDLESEX |
| 3573 | 5469 | | PERTH AMBOY SHELL SERVICE STATION | 557 NEW BRUNSWICK AVE & RT 35 | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3574 | 181170 | | PERTH AMBOY CITY WATER DEPT | 590 SMITH ST | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3575 | 181832 | | PERTH AMBOY CITY BD OF ED IGNACIO CRUZ EARLY CHILDHOOD CENTER | 601 CORTLANDT ST | PERTH AMBOY | PERTH AMBOY CITY | 08862 | MIDDLESEX |
| 3576 | 5514 | | DELTA SERVICE STATION | 640 AMBOY AVE & ARNOLD AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3577 | 43759 | | ALPINE SERVICE CENTER | 674 AMBOY AVE | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3578 | 5503 | | SPEEDWAY SERVICE STATION #03491 | 679 CONVERY BLVD | PERTH AMBOY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3579 | 5502 | | MORTON SALT @ STOLT HAVEN | 920 HIGH ST | PERTH AMBOY | PERTH AMBOY CITY | 08816 | MIDDLESEX |
| 3580 | 18565 | | KINDER MORGAN LIQUIDS TERMINALS | 920 HIGH ST | PERTH AMBOY | PERTH AMBOY CITY | 08862 | MIDDLESEX |
| 3581 | 15965 | | VOPAK TERMINAL PERTH AMBOY | STATE ST | PERTH AMBOY | PERTH AMBOY CITY | 08816 | MIDDLESEX |
| 3582 | 66162 | | DUANE MARINE CORP | 26 WASHINGTON ST | PERTH AMBOY CITY | PERTH AMBOY CITY | 08862 | MIDDLESEX |
| 3583 | 438312 | | CROWES NEST CONDOMINIUM ASSOC | 40 FAYETTE ST | PERTH AMBOY CITY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3584 | 144085 | | 688 HANSON AVENUE | 688 HANSON AVE | PERTH AMBOY CITY | PERTH AMBOY CITY | 08861 | MIDDLESEX |
| 3585 | 148435 | | 270 GRANDVIEW AVENUE | 270 GRANDVIEW AVE | PISCATAWAY | EDISON TWP | 08817 | MIDDLESEX |
| 3586 | 498713 | | TAYLOR RENTAL FACILITY | 444 STELTON RD | PISCATAWAY | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3587 | 44863 | | ROMA FOOD ENTERPRISES INC @ RUTGERS IND CENTER | 1 ROMA BLVD AKA 45 STANFORD RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3588 | 5386 | | EXXON SERVICE STATION #8145 | 1000 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3589 | 14833 | | SUNOCO INC PISCATAWAY MARKETING TERMINAL | 1028 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3590 | 144693 | | 123 NELSON AVENUE | 123 NELSON AVE N | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3591 | 47278 | | PISCATAWAY TWP BD OF ED ETHEL ROAD COMPLEX | 13 ETHEL RD FORMER CAMP KILMER | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3592 | 43180 | | EPIC INC | 136 11TH ST | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3593 | 122987 | | FLEET BANK | 1450 S WASHINGTON AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3594 | 14845 | | SS WHITE INDUSTRIAL PRODUCTS INC | 151 OLD NEW BRUNSWICK RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3595 | 5387 | | SUN RAY CLEANERS | 1518 1617 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 088540000 | MIDDLESEX |
| 3596 | 13722 | | LUKOIL SERVICE STATION #57730 | 152 OLD NEW BRUNSWICK RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3597 | 36161 | | SPECKOZ INC | 152 OLD NEW BRUNSWICK RD | PISCATAWAY TWP | PISCATAWAY TWP | 30022 | MIDDLESEX |
| 3598 | 66223 | | UNION STEEL CORP | 160 OLD NEW BRUNSWICK RD | PISCATAWAY TWP | PISCATAWAY TWP | 08851 | MIDDLESEX |
| 3599 | 15766 | | NJ RUTGERS UNIVERSITY | 1604 BUSCH KILMER CAMPUS | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3600 | 5388 | | CENTRAL JERSEY GARAGE INC | 1614 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3601 | 5389 | | SHELL SERVICE STATION #138433 | 1649 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 088540000 | MIDDLESEX |
| 3602 | 5379 | | GETTY SERVICE STATION #56997 | 1725 W 7TH ST | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3603 | 5397 | | PISCATAWAY GULF SERVICE STATION #120286 | 198 STELTON RD & MURRAY | PISCATAWAY TWP | PISCATAWAY TWP | 080540000 | MIDDLESEX |
| 3604 | 76355 | | UNION CARBIDE CORP | 239 OLD NEW BRUNSWICK RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3605 | 187841 | | 26 RAVEN AVENUE | 26 RAVEN AVE | PISCATAWAY TWP | PISCATAWAY TWP | 088543665 | MIDDLESEX |
| 3606 | 5385 | | NEW MARKET GARAGE INC | 297 VAIL AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3607 | 183705 | | 42 BRANDYWINE CIRCLE | 42 BRANDYWINE CIR | PISCATAWAY TWP | PISCATAWAY TWP | 088542705 | MIDDLESEX |
| 3608 | 41157 | | SUNOCO SERVICE STATION #0006 6753 FORMER | 421 WASHINGTON AVE & 7TH AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3609 | 32603 | | NEW MARKET AUTO SERVICE | 424 NEW MARKET RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3610 | 56948 | | WALT'S SERVICE CENTER FORMER | 430 WASHINGTON AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3611 | 5399 | | EXXON SERVICE STATION #38908 | 431 STELTON RD & S WASHINGTON AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3612 | 5390 | | RACEWAY SERVICE STATION | 435 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3613 | 5391 | | PISCATAWAY SHELL SERVICE STATION | 450 STELTON RD | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3614 | 13718 | | DAVES GULF SERVICE STATION #61904 | 470 WILLIAM ST | PISCATAWAY TWP | PISCATAWAY TWP | 08904 | MIDDLESEX |
| 3615 | 5404 | | GETTY SERVICE STATION #56081 | 5 STELTON RD & LAKEVIEW | PISCATAWAY TWP | PISCATAWAY TWP | 08817 | MIDDLESEX |
| 3616 | 5417 | | PISCATAWAY GULF SERVICE STATION | 555 NEW DURHAM RD | PISCATAWAY TWP | PISCATAWAY TWP | 088540000 | MIDDLESEX |
| 3617 | 5365 | | BP SERVICE STATION #60501 | 570 STELTON RD 560 564 STELTON RD FORMERLY | PISCATAWAY TWP | PISCATAWAY TWP | 08855 | MIDDLESEX |
| 3618 | 66332 | | TEXTILE CHEMICAL CO @ PROSPECT AVENUE IND PK | 600 PROSPECT AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08851 | MIDDLESEX |
| 3619 | 5394 | | ATLANTIC RICHFIELD CO | 780 STELTON RD & I-287 | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3620 | 5342 | | PISCATAWAY TWP BD OF ED QUIBBLETOWN MIDDLE SCHOOL | 99 ACADEMY ST & WASHINGTON AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08855 | MIDDLESEX |
| 3621 | 66043 | | DYNAMIT NOBEL HARTE INC | NEW MARKET RD & BAEKELAND AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08851 | MIDDLESEX |
| 3622 | 83167 | | CENTENNIAL SQUARE MALL | SEELEY AVE | PISCATAWAY TWP | PISCATAWAY TWP | 08854 | MIDDLESEX |
| 3623 | 37977 | | PRINCETON MEADOWS GOLF COURSE | 70 HUNTERS GLEN DR | PLAINSBORO | PLAINSBORO | 085360000 | MIDDLESEX |
| 3624 | 15769 | | PRINCETON PLASMA PHYSICS LAB @ JAMES FORRESTAL CAMPUS | FORRESTAL RD | PLAINSBORO | PLAINSBORO | 08540 | MIDDLESEX |
| 3625 | 13716 | | PRINCETON UNIVERSITY @ FORRESTAL CAMPUS | RT 1 & SCUDDERS MILL RD | PLAINSBORO | PLAINSBORO | 08540 | MIDDLESEX |
| 3626 | 40324 | | A&B GULF SERVICE STATION | 685 PORT READING AVE | PORT READING | WOODBRIDGE TWP. | 07064 | MIDDLESEX |