NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3627 | 4920 | | OLIVER MFG SUPPLY CO | 730 PORT READING AVE | PORT READING | WOODBRIDGE TWP | 070640274 | MIDDLESEX |
| 3628 | 13683 | | PETRO EXPRESS SERVICE STATION | 753 PORT READING AVE | PORT READING | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3629 | 47161 | | NJDOT SAND HILL MAINTENANCE YARD | RT 1 S | SAND HILLS | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3630 | 14851 | | GERDAU SAYREVILLE MILL | 1 N CROSSMAN RD | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3631 | 5260 | | LEHIGH GAS SERVICE STATION | 127 ERNSTON RD & BORDENTOWN AVE | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3632 | 5275 | | GETTY SERVICE STATION | 1788 RT 35 | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3633 | 5317 | | HILLTOP SERVICE CENTER | 198 ERNSTON RD & BORDENTOWN AVE | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3634 | 15676 | | EI DUPONT DENEMOURS & CO PARLIN WORKS | 250 CHEESEQUAKE RD IMAGING SYSTEMS DEPT | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3635 | 5276 | | SHELL SERVICE STATION #1358498 | 2800 WASHINGTON RD & ERNSTON RD | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3636 | 37085 | | SAMS SHELL SERVICE STATION | 3105 BORDENTOWN AVE | SAYREVILLE | SAYREVILLE BORO | 08859 | MIDDLESEX |
| 3637 | 15289 | | SAYREVILLE EXXON SERVICE STATION | 6040 RT 9 & RT 35 | SAYREVILLE | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3638 | 5278 | | SUNOCO SERVICE STATION #00076570 | 6055 RT 9 & RT 35 | SAYREVILLE | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3639 | 5244 | | SOUTH AMBOY SERVICE STATION INC | 6099 RT 9 & 35 S | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3640 | 5306 | | ROBERTS CLEANERS | 881 MAIN ST | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3641 | 45701 | | MOBIL SERVICE STATION #15JNG | 933 RT 9 & BORDENTOWN AMBOY TPKE | SAYREVILLE | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3642 | 5245 | | SUNOCO SERVICE STATION #0007 6612 | 943 RT 9 & RT 35 & BORDENTOWN AVE | SAYREVILLE | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3643 | 5261 | | SPEEDWAY SERVICE STATION #03437 | 974 RT 9 | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3644 | 15778 | | GENON ENERGY SAYREVILLE POWER PLANT | 99 RIVER RD & MAIN ST | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3645 | 5324 | | SHELL SERVICE STATION #754S 0309 | BORDENTOWN AVE & CHEESQUAKE RD | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3646 | 5312 | | SUNOCO SERVICE STATION #0327-9627/7744 | GARDEN STATE PKWY MM 124 | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3647 | 5268 | | NJDOT SAYREVILLE MAINTENANCE YARD | RT 35 | SAYREVILLE | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3648 | 121384 | | AMOCO SERVICE STATION #5149 FORMER | RT 9 & 35 N | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3649 | 5255 | | SAYREVILLE BORO DPW GARAGE | VETERANS DR & MAIN ST | SAYREVILLE | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3650 | 81078 | | 30 WASHINGTON ROAD | 30 WASHINGTON RD | SAYREVILLE BORO | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3651 | 15689 | | ASHLAND INC | 50 S MINISINK AVE | SAYREVILLE BORO | SAYREVILLE BORO | 088590350 | MIDDLESEX |
| 3652 | 5222 | | GETTY SERVICE STATION #00670 | 957 RT 9 | SAYREVILLE BORO | SAYREVILLE BORO | 08879 | MIDDLESEX |
| 3653 | 85753 | | NJDOT | RT 9 & 35 | SAYREVILLE BORO | SAYREVILLE BORO | 08872 | MIDDLESEX |
| 3654 | 14859 | | MOTIVA ENTERPRISES CORP SEWAREN TERMINAL | 111 115 STATE ST | SEWAREN | WOODBRIDGE TWP | 07077 | MIDDLESEX |
| 3655 | 4836 | | NJ TURNPIKE AUTH THOMAS EDISON SERVICE AREA 105 | NEW JERSEY TPKE MM 92.9 S | SEWAREN | WOODBRIDGE TWP | 08000 | MIDDLESEX |
| 3656 | 5256 | | THEOS AUTO REPAIR | 331 BORDENTOWN AVE | SOUTH AMBOY | SOUTH AMBOY CITY | 08879 | MIDDLESEX |
| 3657 | 5242 | | MASSINGS GULF SERVICE STATION | 361 MAIN ST & THOMPSON ST | SOUTH AMBOY | SOUTH AMBOY CITY | 08879 | MIDDLESEX |
| 3658 | 5221 | | BP SERVICE STATION #570 | 90 MAIN ST | SOUTH AMBOY | SOUTH AMBOY CITY | 08879 | MIDDLESEX |
| 3659 | 95785 | | LOWER BROADWAY REDEVELOPMENT AREA | LOUISA ST | SOUTH AMBOY | SOUTH AMBOY CITY | 08879 | MIDDLESEX |
| 3660 | 15970 | | RRI ENERGY WERNER GENERATING STATION | MAIN ST | SOUTH AMBOY | SOUTH AMBOY CITY | 088790000 | MIDDLESEX |
| 3661 | 95773 | | WAS TERMINAL | ROSEWELL ST | SOUTH AMBOY | SOUTH AMBOY CITY | 08879 | MIDDLESEX |
| 3662 | 362443 | | PRINCETON NURSERIES INC | 119 MAPLETON RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08528 | MIDDLESEX |
| 3663 | 38909 | | GARDEN STATE TILE DISTRIBUTORS | 1290 RT 130 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08810 | MIDDLESEX |
| 3664 | 5141 | | APCO PETROLEUM CORP SERVICE STATION | 2040 RT 130 AKA GEORGES RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3665 | 5175 | | BP SERVICE STATION #570 | 2043 RT 130 & GEORGES RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08824 | MIDDLESEX |
| 3666 | 121129 | | MIDEAST ALUMINUM INDUSTRIES | 2300 RT 130 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08810 | MIDDLESEX |
| 3667 | 40359 | | APCO DEY ROAD SERVICE STATION | 2633 2637 RT 130 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3668 | 59349 | | LUKOIL SERVICE STATION #57735 | 3222 LINCOLN HWY AKA RT 27 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3669 | 22040 | | OPERATING ENGINEERS LOCAL #825 TRAINING CENTER | 338 DEANS RHODE HALL RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3670 | 5171 | | SHELL SERVICE STATION #9538 | 3703 RT 1 & FINNEGAN LN | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08902 | MIDDLESEX |
| 3671 | 5165 | | APCO DEANS LANE SERVICE STATION | 3827 RT 1 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3672 | 19737 | | LEOS RURAL SERVICE INC | 3860 LINCOLN HWY AKA RT 27 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3673 | 5237 | | SOUTH BRUNSWICK TWP BD OF ED ADMIN BUILDING | 4 EXECUTIVE DR | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3674 | 88983 | | 4 KATHY STREET | 4 KATHY ST | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08810 | MIDDLESEX |
| 3675 | 5159 | | RACEWAY PETROLEUM SERVICE STATION | 4020 RT 1 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3676 | 5179 | | SOUTH BRUNSWICK SQUARE SHOPPING CENTER | 4095 RT 1 | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 088520000 | MIDDLESEX |
| 3677 | 5146 | | SOUTH BRUNSWICK TWP MUNICIPAL COMPLEX | 540 RIDGE RD AKA RT 522 & KINGSTON LN | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3678 | 5186 | | MIDDLESEX CNTY MOSQUITO CONTROL COMM | 81 BROADWAY RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08820 | MIDDLESEX |
| 3679 | 20019 | | HERMANN WAREHOUSE CORP | RT 130 & OLD GEORGES RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08800 | MIDDLESEX |
| 3680 | 55050 | | OCEAN FUEL CORP | RT 130 N & FRESH PONDS RD | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08000 | MIDDLESEX |
| 3681 | 66067 | | OXY USA INC | STOUTS LN | SOUTH BRUNSWICK TWP | SOUTH BRUNSWICK TWP | 08852 | MIDDLESEX |
| 3682 | 5086 | | CENTRAL JERSEY AUTO REPAIRS INC #120275 | 101 OAK TREE AVE & FRONT ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3683 | 30680 | | CONSOLIDATED FREIGHTWAYS | 105 NEW ERA DR | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3684 | 38746 | | JP EXPRESS | 108 NEW ERA DR | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3685 | 41597 | | CWI OF NJ INC | 11 HARMICH RD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3686 | 5084 | | PERRY TECHNOLOGY CO INC | 1258 NEW MARKET AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3687 | 41680 | | BLONDEL VENDING | 129 MCKINLEY ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3688 | 5054 | | EXXON SERVICE STATION #83041 | 1309 W 7TH ST & CLINTON AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3689 | 43591 | | MOBIL SERVICE STATION #15AFH | 1335 W 7TH ST & TRINITY ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 070800000 | MIDDLESEX |
| 3690 | 5096 | | CANAM STEEL CORP | 14 16 HARMICH RD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3691 | 5115 | | CASIERO AMOCO SERVICE STATION #4357 | 157 DURHAM AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3692 | 44075 | | NISCHWITZ & CO | 223 FRONT ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3693 | 44376 | | V TUFARO & SONS INC | 225 DURHAM AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3694 | 309743 | 19575 | BORO AUTO WRECKING | 2271 HAMILTON BLVD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3695 | 25493 | | IMPERIA FOODS INC | 234 ST NICHOLAS AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3696 | 66065 | | ECO PUMP CORP FORMER | 2387 S CLINTON AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3697 | 54221 | | CRISDEL GROUP INC | 240 RYAN ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3698 | 44151 | | BARCLAY BRAND CORP | 2401 S CLINTON AV | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3699 | 16747 | | SOUTH PLAINFIELD BORO MUNICIPAL COMPLEX | 2480 PLAINFIELD AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3700 | 5074 | | SPRING LAKE EXXON SERVICE STATION | 2505 PLAINFIELD AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3701 | 19855 | | ABSOLUTE FIRE PROTECTION | 2800 HAMILTON BLVD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3702 | 41634 | | CONTI CONSTRUCTION CO INC | 3001 S CLINTON AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3703 | 5136 | | ELECTRONIC LAB SUPPLY CO NJ | 304 PULASKI ST | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3704 | 16440 | | DURHAM BP SERVICE STATION | 318 DURHAM AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3705 | 5137 | | BINDER MACHINERY CO | 3390 RAND RD D | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3706 | 13702 | | ITRAN RUBBER CORP | 375 METUCHEN RD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3707 | 15670 | | AMES ADVANCED MATERIALS INC | 3900 3950 S CLINTON AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3708 | 45579 | | SOUTH PLAINFIELD BORO DPW | 405 SPICER AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3709 | 5043 | | LUKOIL SERVICE STATION #57335 | 4501 STELTON RD & HAMILTON BLVD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3710 | 20570 | | PACON MFG CORP @ HADLEY IND PLAZA | 5001 HADLEY RD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3711 | 5114 | | CASTLE TRUCKING INC | 550 HOLLYWOOD AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3712 | 5105 | | SUN PHARMACEUTICAL INDUSTRIES INC | 6 HOLLYWOOD CT | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3713 | 38804 | | NJ TRANSIT AUTH @ PLAINFIELD | 601 NEW MARKET AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3714 | 37224 | | PACER TOOL & PLASTICS | 660 MONTROSE AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3715 | 45901 | | KMART STORE #3399 @ MIDDLESEX MALL | 6801 HADLEY RD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3716 | 5108 | | CITGO SERVICE STATION | 700 HAMILTON BLVD & KOFC AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3717 | 55471 | | JOE NICASTROS GARAGE | 720 HAMILTON BLVD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3718 | 5093 | | SHELL SERVICE STATION #7950 0405 | 90 MAPLE AVE & LAKEVIEW AVE | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07060 | MIDDLESEX |
| 3719 | 5045 | | SPRING LAKE PARK PCB CONTAMINATION | MAPLE AVE & HAMILTON BVLD | SOUTH PLAINFIELD | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3720 | 51313 | | MARY KAY COSMETICS INC | 3100 HAMILTON BLVD | SOUTH PLAINFIELD BORO | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3721 | 70088 | | SNYDER FOUNDATION | 4201 KENNEDY RD | SOUTH PLAINFIELD BORO | SOUTH PLAINFIELD BORO | 07080 | MIDDLESEX |
| 3722 | 5018 | | SOUTH RIVER BP SERVICE STATION | 250 258 OLD BRIDGE NEW BRUNSWICK TPKE & MAIN ST | SOUTH RIVER | SOUTH RIVER BORO | 08882 | MIDDLESEX |
| 3723 | 43673 | | HATMAN JOE & JOAN | 500 OLD BRIDGE TPKE & PROSPECT ST | SOUTH RIVER | SOUTH RIVER BORO | 08882 | MIDDLESEX |
| 3724 | 20260 | | LAFFIN CHEVROLET SALES CORP | 7 MAIN ST & WATER ST | SOUTH RIVER | SOUTH RIVER BORO | 08882 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3725 | 202236 | | ATLAS CABINET INC | 8 MARTIN AVE | SOUTH RIVER | SOUTH RIVER BORO | 08882 | MIDDLESEX |
| 3726 | 13700 | | PROFESSIONAL CHEMICALS INC | 92 BROWNS LN | SOUTH RIVER | SOUTH RIVER BORO | 088820000 | MIDDLESEX |
| 3727 | 83442 | | 25 MAIN STREET | 25 MAIN ST | SOUTH RIVER BORO | SOUTH RIVER BORO | 08882 | MIDDLESEX |
| 3728 | 83228 | | 74 COLFAX STREET | 74 COLFAX ST | SOUTH RIVER BORO | SOUTH RIVER BORO | 08882 | MIDDLESEX |
| 3729 | 5008 | | RACEWAY SERVICE STATION | 326 SUMMERHILL RD & OLD STAGE RD | SPOTSWOOD | SPOTSWOOD BORO | 08884 | MIDDLESEX |
| 3730 | 5016 | | GETTY SERVICE STATION #56064 | 340 MAIN ST & SUMMERHILL RD | SPOTSWOOD | SPOTSWOOD BORO | 08884 | MIDDLESEX |
| 3731 | 5017 | | EXXON SERVICE STATION #8151 | 350 MAIN ST & SUMMERHILL RD | SPOTSWOOD | SPOTSWOOD BORO | 08884 | MIDDLESEX |
| 3732 | 43041 | | SPOTSWOOD BORO DPW GARAGE | 3RD ST | SPOTSWOOD | SPOTSWOOD BORO | 08884 | MIDDLESEX |
| 3733 | 5010 | | BETTY BRITE CLEANERS @ SHOPRITE SHOPPING CENTER | SUMMERHILL RD & OLD STAGE RD | SPOTSWOOD | SPOTSWOOD BORO | 08884 | MIDDLESEX |
| 3734 | 4942 | | US 1 CLEANERS | 10 MAIN ST STE C | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3735 | 4898 | | GETTY SERVICE STATION #56896 | 1131 ST GEORGES AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3736 | 33652 | | KERR MCGEE REFINING CORP ROYAL PETROLEUM DIV | 115 STATE ST AKA CLIFF RD | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3737 | 122671 | | LIBERTY TRUCKING | 12 LIBERTY ST | WOODBRIDGE | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3738 | 37803 | | CITGO SERVICE STATION FORMER | 1239 ST GEORGES AVE | WOODBRIDGE | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3739 | 14323 | | NJDHS WOODBRIDGE DEVELOPMENTAL CENTER | 1275 RAHWAY AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3740 | 26220 | | UNIVAR USA INC | 160 ESSEX AVE E | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3741 | 219359 | | 25 ARCHANGELA AVENUE | 25 ARCHANGELA AVE | WOODBRIDGE | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3742 | 13692 | | INMAN EXXON SERVICE STATION | 270 INMAN AVE | WOODBRIDGE | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3743 | 4964 | 4964 | GROCERY HAULERS INC | 275 BLAIR RD 286 HOMESTEAD AVE FORMERLY | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3744 | 4951 | | WOODBRIDGE TWP BD OF ED GARAGE | 303 JANSEN AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3745 | 50216 | 129062 | NJDOT AVENEL MAINTENANCE YARD | 303 JANSEN AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3746 | 42447 | | WILLARD DUNHAM CONSTRUCTION | 305 KIMBALL ST | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3747 | 4887 | | CUTTERS DOCK PROPERTIES | 35 CUTTERS DOCK RD | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3748 | 130384 | | 36 TANGLEWOOD LANE | 36 TANGLEWOOD LN | WOODBRIDGE | WOODBRIDGE TWP | 07067 | MIDDLESEX |
| 3749 | 4943 | | A&A AUTO REPAIR INC | 41 MAIN ST | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3750 | 69060 | | US POSTAL SERVICE WOODBRIDGE TWP | 450 NEW BRUNSWICK AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3751 | 58026 | | HOSCH RESIDENCE | 451 RT 9 | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3752 | 4843 | | SHELL SERVICE STATION #9545 | 480 AMBOY AVE & GREEN ST | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3753 | 4998 | | RACEWAY WOODBRIDGE AMBOY SERVICE STATION | 485 AMBOY AVE & GREEN ST | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3754 | 4829 | | SUNOCO SERVICE STATION #0007 6497 | 501 AMBOY AVE & GREEN ST | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3755 | 4851 | | M&M AUTO BODY | 611 AMBOY AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3756 | 22293 | | B&D AUTO REPAIR INC | 705 LINCOLN HWY AKA RT 27 | WOODBRIDGE | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3757 | 170431 | | 71 LYON AVENUE | 71 LYON AVE | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3758 | 402828 | | S&R REPAIRS | 759 RAHWAY AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3759 | 21380 | | GILBERT EXPRESS EAST | 821 ST GEORGES AVE | WOODBRIDGE | WOODBRIDGE TWP | 070950000 | MIDDLESEX |
| 3760 | 4965 | | LEHIGH GAS SERVICE STATION | 85 RT 1 & MENLO AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3761 | 89415 | | RICK BROTHERS INC | 874 RT 1 | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3762 | 4902 | | BP SERVICE STATION #3909 | 886 ST GEORGES AVE | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3763 | 23443 | | SANSONE ROUTE 1 AUTO MALL GALLERIA | 90 100 RT 1 | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3764 | 450254 | 25478 | WAWA FOOD MARKET | 990 RT 1 N | WOODBRIDGE | WOODBRIDGE TWP | 07001 | MIDDLESEX |
| 3765 | 4841 | | NJ TURNPIKE WOODBRIDGE MOTOR POOL | GARDEN STATE PKWY MM 129.0 | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3766 | 4965 | | EXXON SERVICE STATION #2403 | GARDEN STATE PKWY MM 131 & SYCAMORE RD | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3767 | 4812 | | BETH ISRAEL CEMETERY ASSOC | RT 1 N & WOODBRIDGE CENTER DR | WOODBRIDGE | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3768 | 42966 | | ANDYS SERVICE CENTER | 10 W POND RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 08861 | MIDDLESEX |
| 3769 | 4907 | | SPEEDWAY SERVICE STATION #03434 | 1020 RT 9 | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3770 | 4908 | | SPEEDWAY SERVICE STATION #03433 | 1021 RT 9 | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3771 | 61570 | | GROWTH PRODUCTS | 1021 RT 9 S | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3772 | 85475 | | 126 MINNA AVENUE | 126 MINNA AVE | WOODBRIDGE TWP | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3773 | 152746 | | MATERIALS TESTING INC | 175 QUINCY CT | WOODBRIDGE TWP | WOODBRIDGE TWP | 08861 | MIDDLESEX |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3774 | 14345 | | PRAXAIR CYOMAG SERVICES | 200 RIVERSIDE DR | WOODBRIDGE TWP | WOODBRIDGE TWP | 08000 | MIDDLESEX |
| 3775 | 171378 | | AMERICAN EAGLE PALLET | 35 CUTTERS DOCK RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3776 | 13884 | | NJDOT WOODBRIDGE MAINTENANCE YARD | 373 RT 9 | WOODBRIDGE TWP | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3777 | 52962 | | ST GERTRUDE CEMETERY | 53 INMAN AVE | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3778 | 13699 | | ISELIN SHELL SERVICE STATION | 582 LINCOLN HWY & WILLOW AVE AKA RT 27 | WOODBRIDGE TWP | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3779 | 15630 | | BAYSHORE RECYCLING CORP | 75 CROWS MILL RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3780 | 14854 | | BUCKEYE PORT READING TERMINAL | 750 CLIFF RD & MILOS WAY | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3781 | 4992 | | RACESTAR SERVICE STATION | 834 KING GEORGES POST RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3782 | 57994 | | 835 ROUTE 1 | 835 RT 1 | WOODBRIDGE TWP | WOODBRIDGE TWP | 08830 | MIDDLESEX |
| 3783 | 82817 | | 88 WEST KELLY STREET | 88 W KELLY ST | WOODBRIDGE TWP | WOODBRIDGE TWP | 08832 | MIDDLESEX |
| 3784 | 13690 | | WOODBRIDGE TWP MUA SEWAREN WWTP | CLIFF RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 08863 | MIDDLESEX |
| 3785 | 4828 | | MIDDLESEX CNTY WARREN PARK | FLORIDA GROVE RD | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3786 | 47239 | | HURRICANE SANDY MIDDLESEX CNTY MERRILL PARK | MIDDLESEX TPKE | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3787 | 4819 | | NJ TURNPIKE AUTH GROVER CLEVELAND SERVICE AREA 10N | NEW JERSEY TPKE MM 92.9 N | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3788 | 43946 | | CLOVER LEAF MEMORIAL PK CEMETERY | RT 1/9 S | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3789 | 4905 | | SHELL SERVICE STATION #9225 0500 | RT 35 & JANSEN AVE | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3790 | 186628 | | STOLTHAVEN PERTH AMBOY INC PIPELINE | STATE ST | WOODBRIDGE TWP | WOODBRIDGE TWP | 07095 | MIDDLESEX |
| 3791 | 66578 | | SOUTH RIVER METAL PRODUCTS CO | 100 CHURCH ST | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3792 | 4404 | | SHELL SERVICE STATION #138420 | 1027 1037 RT 34 & S ATLANTIC AVE | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3793 | 130248 | 4382 | RACEWAY SERVICE STATION | 1051 RT 34 | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3794 | 4393 | | PETRO SERVICE STATION | 1103 RT 34 & CAMBRIDGE DR FORMERLY 127 RT 34 | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3795 | 4382 | | AMOCO SERVICE STATION #4127 | 113 RT 34 & S ATLANTIC AVE | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3796 | 94238 | | ENRITE SERVICE STATION | 1155 RT 34 | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3797 | 4398 | | VERIZON NJ INC MATAWAN WC #51101 | 1196 RT 34 FORMERLY 292 RT 34 | ABERDEEN TWP | ABERDEEN TWP | 07721 | MONMOUTH |
| 3798 | 83724 | | 12 WOODBROOK DRIVE | 12 WOODBROOK DRIVE | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3799 | 4384 | | CREATIVE MGMT SERVICE STATION | 1300 RT 34 & LLOYD RD | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3800 | 165471 | | 27 LOWER MAIN STREET | 27 LOWER MAIN ST | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3801 | 69404 | | CLIFFWOOD PLAZA | 307 325 RT 35 & CLIFFWOOD AVE | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3802 | 14313 | | ACE MANZO INC | 436 CHARLES ST | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3803 | 43456 | | TWIN TOWERS MARINA | 483 S AMBOY AVE | ABERDEEN TWP | ABERDEEN TWP | 07735 | MONMOUTH |
| 3804 | 42883 | | DOWNES PONTIAC INC | 52 LOWER MAIN ST | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3805 | 40159 | | KASTLE KREATIONS | 657 LINE RD | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3806 | 21652 | | PRIDE MADE PRODUCTS INC | 740 LLOYD RD | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3807 | 84374 | | 950 SHORE CONCOURSE | 950 SHORE CONCOURSE | ABERDEEN TWP | ABERDEEN TWP | 07747 | MONMOUTH |
| 3808 | 4802 | | ALLENHURST CITGO SERVICE STATION | 410 MAIN ST | ALLENHURST | ALLENHURST BORO | 07711 | MONMOUTH |
| 3809 | 46784 | | JCP&L ALLENHURST DIST | 520 MAIN ST | ALLENHURST | ALLENHURST BORO | 07711 | MONMOUTH |
| 3810 | 4796 | | M&S SERVICE STATION | 148 S MAIN ST | ALLENTOWN | ALLENTOWN BORO | 08501 | MONMOUTH |
| 3811 | 4797 | | ALLENTOWN MOBIL SERVICE STATION | 3 WALKER ST & N MAIN ST | ALLENTOWN | ALLENTOWN BORO | 08501 | MONMOUTH |
| 3812 | 0 | | SUNOCO SITE DUNS NUMBER: 00051466 | DAVIS STATION RD. | ALLENTOWN | ALLENTOWN | | MONMOUTH |
| 3813 | 4063 | | ALLENWOOD CIRCLE EXXON SERVICE STATION | RT 34 & ALLAIRE RD | ALLENWOOD | WALL TWP | 08720 | MONMOUTH |
| 3814 | 4784 | | KEYSTONE LAUNDRY | 1005 MEMORIAL DR | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3815 | 46105 | | AMERADA HESS SERVICE STATION #30802 | 1028 1042 ASBURY AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3816 | 65993 | | JCP&L ASBURY PARK COAL GAS | 1201 MONROE ST | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3817 | 143717 | | 1334 & 1332 3RD AVENUE | 1332 3RD AVE 1334 3RD AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3818 | 84286 | | OCEAN MILE PROPERTIES | 211 215 3RD AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3819 | 393305 | | 3 SUNSET DRIVE | 3 SUNSET DR | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3820 | 54171 | | HOLY SPIRIT SCHOOL | 3RD AVE & BOND ST | ASBURY PARK | ASBURY PARK CITY | 077120000 | MONMOUTH |
| 3821 | 120855 | | THE SALVATION ARMY CORPS | 502 GRAND AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3822 | 444790 | | GRIFFIN BUILDING | 511 COOKMAN AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3823 | 4772 | | GETTY SERVICE STATION #56132 | 800 4TH AVE & MAIN ST | ASBURY PARK | ASBURY PARK CITY | 07756 | MONMOUTH |
| 3824 | 47826 | | ASBURY PARK CITY FIRE DEPT | 800 MAIN ST | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3825 | 4786 | | US OIL SERVICE STATION | 801 MAIN ST | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3826 | 55132 | | BRAVERMAN GEORGE | 809 3RD AVE | ASBURY PARK | ASBURY PARK CITY | 07752 | MONMOUTH |
| 3827 | 47150 | | ASBURY PARK CITY DPW | 818 LAKE AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3828 | 47354 | | ASBURY PARK SERVICE STATION | 901 911 ASBURY AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3829 | 57139 | | ICON IMAGING INC | 917 3RD AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3830 | 47524 | | AG ROGERS CO INC | 929 ASBURY AVE | ASBURY PARK | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3831 | 56758 | | RESCO ELECTRICAL SUPPLY CO FORMER | 1001 1003 ASBURY AVE & 1004 1ST AVE | ASBURY PARK CITY | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3832 | 50017 | | CUMBERLAND FARMS INC PROPERTY | 1116 MAIN ST & 4TH AVE | ASBURY PARK CITY | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3833 | 93432 | | 711 4TH AVENUE | 711 4TH AVE | ASBURY PARK CITY | ASBURY PARK CITY | 07712 | MONMOUTH |
| 3834 | 392329 | | ATLANTIC HIGHLANDS BORO 1ST AVENUE DRAINGAGE IMPROVEMENTS | 26 W HIGHLAND AVE & CENTER ST | ATL. HIGHLANDS BORO | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3835 | 183619 | | ATLANTIC HIGHLANDS BORO | GARFIELD AVE | ATL. HIGHLANDS BORO | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3836 | 534484 | | DAVIS EQUIPMENT SALES INC | W LINCOLN AVE 12 WEST AVE | ATL. HIGHLANDS BORO | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3837 | 23005 | | RACESTAR SERVICE STATION | 133 1ST AVE | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3838 | 22196 | | LAIRD ELLIS PROPERTY | 158 1ST AVE | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07713 | MONMOUTH |
| 3839 | 4763 | | TRIVETT SUNOCO SERVICE STATION | 162 MEMORIAL PKWY & EAST AVE | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3840 | 42962 | | MCCONNELL FUEL OIL CO | 17 AVE D FT OF | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3841 | 26633 | | ATLANTIC HIGHLANDS AUTO CENTER INC | 190 1ST AVE | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3842 | 4765 | | JUGRAJ GAS SERVICE STATION | 195 1ST AVE & RT 36 | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3843 | 4766 | 153571 | ATLANTIC HIGHLANDS BORO MUNICIPAL MARINA | 2 SIMON LAKE DR | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07716 | MONMOUTH |
| 3844 | 4758 | | FINE LINES | 25 W HIGHLAND AVE | ATLANTIC HIGHLANDS | ATLANTIC HIGHLANDS BORO | 07715 | MONMOUTH |
| 3845 | 46159 | | AVON BY THE SEA BORO MAINTENANCE YARD | S STATION AVE | AVON | AVON-BY-THE-SEA BORO | 07717 | MONMOUTH |
| 3846 | 4341 | | SUNOCO SERVICE STATION #0007 6752 | 560 RT 36 AKA 160 RT 36 | BELFORD | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 3847 | 4369 | | DRESSLERS TEXACO SERVICE STATION | 65 LEONARDVILLE RD | BELFORD | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 3848 | 4370 | | GETTY SERVICE STATION #56933 | 74 91 LEONARDVILLE RD & MAIN ST | BELFORD | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 3849 | 84954 | | 118 15TH AVENUE | 118 15TH AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3850 | 54876 | | DUMONT RUTHMARY ESTATE | 1311 RT 71 | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3851 | 4751 | | GETTY SERVICE STATION #56109 | 1407 1411 F ST & 16TH AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3852 | 392327 | | 303 3RD AVENUE | 303 3RD AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3853 | 83439 | | 403 3RD AVENUE | 403 3RD AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3854 | 149424 | | KUSTOM FLOORS FORMER | 500 MAIN ST | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3855 | 42006 | | SEA COAST GETTY SERVICE STATION | 710 MAIN ST | BELMAR | BELMAR BORO | 077190000 | MONMOUTH |
| 3856 | 50657 | | STERNER LUMBER CO | 800 12TH AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3857 | 22545 | | SEA COAST CHEVROLET OLDSMOBILE INC | 800 MAIN ST | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3858 | 4749 | | FREEDMANS BAKERY INC | 803 MAIN ST | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3859 | 4750 | | BELMAR BORO BELMAR MUNICIPAL MARINA | 900 MARINA AVE RT 35 & 10TH AVE | BELMAR | BELMAR BORO | 07719 | MONMOUTH |
| 3860 | 56874 | | JCP&L BELMAR FORMER GAS PLANT | 3 16TH AVE | BELMAR BORO | BELMAR BORO | 07719 | MONMOUTH |
| 3861 | 4744 | | SPEEDWAY SERVICE STATION #03452 | 1009 MAIN ST | BRADLEY BEACH | BRADLEY BEACH BORO | 07720 | MONMOUTH |
| 3862 | 32670 | | SAMPSONS AUTO BODY INC | 305 307 UNION AVE AKA RT 71 | BRIELLE | BRIELLE BORO | 08730 | MONMOUTH |
| 3863 | 4757 | | BRIELLE ANCHORAGE MARINA | 512 GREEN AVE | BRIELLE | BRIELLE BORO | 08730 | MONMOUTH |
| 3864 | 45069 | | BRIELLE YACHT BASIN | ASHLEY AVE PO BOX 361 | BRIELLE | BRIELLE BORO | 08730 | MONMOUTH |
| 3865 | 57952 | | ROCCOS AUTO BAYSHORE TRANSMISSIONS | 224 228 RT 35 & CLIFFWOOD AVE | CLIFFWOOD | ABERDEEN TWP | 07735 | MONMOUTH |
| 3866 | 483710 | | BRUNOS GENERAL STORE | 255 CLIFFWOOD AVE | CLIFFWOOD | ABERDEEN TWP | 07721 | MONMOUTH |
| 3867 | 4395 | | AMOCO SERVICE STATION #741 | 390 RT 35 & AMBOY AVE | CLIFFWOOD | ABERDEEN TWP | 07721 | MONMOUTH |
| 3868 | 83239 | | 196 COUNTY ROAD | 196 COUNTY RD | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |
| 3869 | 14806 | | USDOD EARLE NAVAL WEAPONS STATION | 201 RT 34 | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |
| 3870 | 4729 | | COLTS NECK TWP DPW GARAGE | 231 RT 34 & RT 18 | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |
| 3871 | 415961 | 4727 | COLTS NECK CITGO SERVICE STATION | 267 RT 34 | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |