NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3872 | 4728 | | EXXON SERVICE STATION #37851 | 361 RT 34 & RT 537 | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |
| 3873 | 412203 | | ROUTE 34 | RT 18 & RT 34 S | COLTS NECK | COLTS NECK TWP | 07722 | MONMOUTH |
| 3874 | 52385 | | DEAL GOLF & COUNTRY CLUB MAINTENANCE | MONMOUTH RD | DEAL | DEAL BORO | 07723 | MONMOUTH |
| 3875 | 47048 | | DEAL BORO GARAGE | RUNYAN AVE | DEAL BORO | DEAL BORO | 07723 | MONMOUTH |
| 3876 | 4309 | | LEHIGH GAS SERVICE STATION | 2 RT 36 & PALMER AVE | EAST KEANSBURG | MIDDLETOWN TWP | 07734 | MONMOUTH |
| 3877 | 147799 | | LOWES HOME CENTER INC #1548 | 118 RT 35 & CLINTON AVE | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3878 | 4702 | | LUKOIL SERVICE STATION #57257 | 120 RT 35 & TINTON AVE AKA MAIN ST & TINTON AVE | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3879 | 4709 | | EATONTOWN BORO DPW | 131 LEWIS ST | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3880 | 13678 | | HECON CORP @ EATONTOWN IND PK | 15 MERIDIAN RD | EATONTOWN | EATONTOWN BORO | 077997731 | MONMOUTH |
| 3881 | 4697 | | EXCELLENCY ENTERPRISE SERVICE STATION | 150 RT 35 & WYCKOFF RD | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3882 | 4723 | | GETTY SERVICE STATION #56935 | 157 BROAD ST & ROSE CT | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3883 | 4704 | | AMOCO SERVICE STATION #183 | 162 MAIN ST & TINTON AVE AKA RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3884 | 4696 | | GETTY SERVICE STATION #57204 | 222 RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3885 | 189601 | | CITGO SERVICE STATION | 24 RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3886 | 21653 | | BERWEILER & SONS INC | 36 EATON RD | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3887 | 18131 | | EATONTOWN BORO MUNICIPAL COMPLEX | 47 BROAD ST | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3888 | 76585 | | MID ATLANTIC INDUSTRIAL CO @ EATONTOWN IND PK | 542 INDUSTRIAL WAY W | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3889 | 56886 | | SEMCORE EQUIPMENT & MFG CORP | 57 RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3890 | 95442 | | 79 REDFERN ROAD | 79 REDFERN RD | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3891 | 4705 | | SPEEDWAY SERVICE STATION #03459 | 800 RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3892 | 54882 | | A&R COMMUNICATIONS | 91 MAIN ST | EATONTOWN | EATONTOWN BORO | 07799 | MONMOUTH |
| 3893 | 122037 | | PINE BELT CHEVROLET OF EATONTOWN | 95 RT 35 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3894 | 43337 | | JC PENNEY DEPT STORE @ MONMOUTH MALL | RT 35 & 36 | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3895 | 4712 | | SHELL SERVICE STATION #138838 | RT 35 & SOUTH ST | EATONTOWN | EATONTOWN BORO | 07724 | MONMOUTH |
| 3896 | 4713 | | EXXON SERVICE STATION #32754 | RT 35 & TINTON AVE AIM-CAR DIAGNOSTIC CNTR | EATONTOWN | EATONTOWN BORO | 07727 | MONMOUTH |
| 3897 | 51014 | | MEGA PUMPS | 611 INDUSTRIAL WAY W | EATONTOWN BORO | EATONTOWN BORO | 07724 | MONMOUTH |
| 3898 | 4488 | | SUNOCO SERVICE STATION #0007 6463 | 1075 NORWOOD AVE & LINCOLN AVE | ELBERON | LONG BRANCH CITY | 07740 | MONMOUTH |
| 3899 | 45450 | | GETTY SERVICE STATION #95307 | 207 N LINCOLN AVE | ELBERON | LONG BRANCH CITY | 07740 | MONMOUTH |
| 3900 | 4689 | | EXXON SERVICE STATION #32575 | RT 527 & GORDONS CORNER RD | ENGLISHTOWN | ENGLISHTOWN BORO | 07726 | MONMOUTH |
| 3901 | 55676 | | WASHINGTON FORGE INC @ ENGLISHTOWN IND PK | 28 HARRISON AVE | ENGLISHTOWN BORO | ENGLISHTOWN BORO | 07726 | MONMOUTH |
| 3902 | 15254 | | SUNOCO SERVICE STATION #0007 6471 | 626 RIVER RD & CEDAR AVE | FAIR HAVEN | FAIR HAVEN BORO | 07701 | MONMOUTH |
| 3903 | 4675 | | FARMINGDALE MOBIL SERVICE STATION | 23 W MAIN ST | FARMINGDALE | FARMINGDALE BORO | 07727 | MONMOUTH |
| 3904 | 4678 | | RACETRAC FUEL SERVICE STATION | 28 MAIN ST & ASBURY AVE | FARMINGDALE | FARMINGDALE BORO | 07727 | MONMOUTH |
| 3905 | 4319 | | US DEPT OF INTERIOR GATEWAY NATIONAL PARK RECREATIONAL AREA | VARIOUS STREETS | FORT HANCOCK | MIDDLETOWN TWP | 07732 | MONMOUTH |
| 3906 | 4674 | | NJLG UST1 N0206 SERVICE STATION | 103 E MAIN ST & JACKSON TER | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3907 | 85244 | | FREEHOLD PHARMACY | 2 W MAIN ST | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3908 | 4698 | | EXXON SERVICE STATION #30024 | 61 63 E MAIN ST & SPRING ST | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3909 | 98090 | | FLOUDAS PROPERTY | 725 PARK AVE RT 33 | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3910 | 31163 | | AUGUNS CAR CARE | 75 BROAD ST | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3911 | 45361 | | AMOCO SERVICE STATION #915 | 28 MAIN ST | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3912 | 47063 | | MONMOUTH CNTY DPW | W MAIN ST | FREEHOLD | FREEHOLD BORO | 07728 | MONMOUTH |
| 3913 | 341620 | | 19 KIAWAH AVENUE | 19 KIAWAH AVE | FREEHOLD BORO | FREEHOLD BORO | 07728 | MONMOUTH |
| 3914 | 128345 | | FREEHOLD RACEWAY | 3800 RT 9 & RT 33 | FREEHOLD BORO | FREEHOLD BORO | 07728 | MONMOUTH |
| 3915 | 79510 | | 85 CENTER STREET | 85 CENTER ST | FREEHOLD BORO | FREEHOLD BORO | 07728 | MONMOUTH |
| 3916 | 362790 | | WIENERS CLOTHES LINE INC FORMER | 93 THROCKMORTON ST | FREEHOLD BORO | FREEHOLD BORO | 07728 | MONMOUTH |
| 3917 | 127245 | | 109 GRAVEL HILL ROAD | 109 GRAVEL HILL RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3918 | 50009 | | MONMOUTH CNTY POLICE RADIO BUILDING | 113 DUTCH LANE RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3919 | 52148 | | FREEHOLD RGNL HIGH SD BUS GARAGE | 117 CROW HILL RD & RT 33 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3920 | 15592 | | FREEHOLD AGWAY INC ENERGY PRODUCTS | 150 HALLS MILL RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3921 | 19029 | | EAST FREEHOLD FIRE DEPT | 191 DUTCH LANE RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3922 | 18859 | | FREEHOLD MOBIL SERVICE STATION #5096 | 238 JERSEYVILLE RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3923 | 4637 | | MONMOUTH CNTY FLEET SERVICES | 250 CENTER ST & KOZLOSKI RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3924 | 26778 | | BERKY'S AUTO SERVICE | 26 28 JACKSON MILLS RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3925 | 15246 | | FREEHOLD AUTOMOTIVE CENTER | 270 SOUTH ST RT 33 & 79 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3926 | 4629 | | EXXON SERVICE STATION #38579 | 3310 RT 9 & ELTON ADELPHIA RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3927 | 26547 | | FREEHOLD FORD INC | 3572 RT 9 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3928 | 4640 | | EXXON SERVICE STATION #32298 | 3580 RT 9 & SCHANCK RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3929 | 4649 | | MOBIL SERVICE STATION #57305 | 3600 RT 9 & SCHANCK RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3930 | 15265 | | RACEWAY SERVICE STATION | 3635 RT 9 & RT 33 BYPASS | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3931 | 4654 | | DELTA SERVICE STATION | 3639 RT 9 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3932 | 4651 | | FREEHOLD GULF SERVICE STATION | 376 STILLWELLS CORNER RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3933 | 20625 | | IRWIN LINCOLN MERCURY SS & CO | 4000 4032 RT 9 & RT 33 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3934 | 4655 | | RACEWAY SERVICE STATION | 4200 RT9 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3935 | 4648 | | JMD GAS SERVICE STATION | 4211 RT 9 & SCHIBANOFF LN | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3936 | 25081 | | FREEHOLD SHELL SERVICE STATION | 4412 RT 9 & CRAIG RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3937 | 4464 | | GETTY SERVICE STATION #00655 | 4431 RT 9 | FREEHOLD TWP | FREEHOLD TWP | 07726 | MONMOUTH |
| 3938 | 56607 | | HARGILL SUPPLY CO | 638 PARK AVE | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3939 | 4632 | | FREEHOLD TWP DPW | 66 JACKSON MILLS RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3940 | 29042 | | IRON MOUNTAIN INC | 811 RT 33 & CENTER ST | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3941 | 4645 | | RACESTAR SERVICE STATION | 837 RT 33 & ASBURY AVE | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3942 | 201376 | | 867 ELTON ADELPHIA ROAD | 867 ELTON ADELPHIA RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3943 | 47229 | | NJDOT FREEHOLD MAINTENANCE YARD | RT 79 & DANIELS WAY | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3944 | 28464 | | COLONIAL CLEANERS @ FREEHOLD SHOPPING CENTER | RT 9 & 79 | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3945 | 4547 | | RED STAR TEXACO SERVICE STATION | RT 9 & CRAIG RD FREEHOLD MALL | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3946 | 94880 | | RACEWAY SUNOCO SERVICE STATION | RT 9 & KINGSLEY WAY | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3947 | 48469 | | EXXON SERVICE STATION #32279 | RT 9 & THREE BROOKS RD | FREEHOLD TWP | FREEHOLD TWP | 07728 | MONMOUTH |
| 3948 | 20034 | | DUCKETT & LAIRD INC STORAGE PLANT | RT 9 1/2 MI S OF RT 537 | FREEHOLD TWP | FREEHOLD TWP | 07728 1698 | MONMOUTH |
| 3949 | 4154 | | SHELL SERVICE STATION #100146 | 1355 RT 36 & MIDDLE RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3950 | 4201 | | KIMBER PETROLEUM CORP @ HAZLET AMOCO SERVICE STATION | 1413 RT 36 | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3951 | 49960 | | HAZLET TWP POLICE DEPT | 255 MIDDLE RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3952 | 4233 | | HAZLET PLAZA GULF SERVICE STATION #120322 | 3039 RT 35 | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3953 | 4159 | | HAZLET EXXON SERVICE STATION | 3328 RT 35 & HOLMDEL RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3954 | 23274 | | CVS PHARMACY | 3391 RT 35 & HOLMDEL RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3955 | 4168 | | PHILS SERVICE CENTER | 695 HOLMDEL RD & BETHANY RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3956 | 47963 | | PEP BOYS #55 | 76 HAZLET AVE | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3957 | 4165 | | LEHIGH GAS SERVICE STATION | 963 RT 36 & STONE RD | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3958 | 4199 | | TEXACO SERVICE STATION #100172 | RT 35 & POOLE AVE | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3959 | 52852 | | J&R SUNOCO III SERVICE STATION | RT 36 & POOLE AVE | HAZLET | HAZLET TWP | 07730 | MONMOUTH |
| 3960 | 47228 | | NJDOT HAZLET TWP MAINTENANCE YARD | 15 ALLAN ST | HAZLET TWP | HAZLET TWP | 07730 | MONMOUTH |
| 3961 | 38536 | | R HELFRICH & SON INC | 503 LAUREL AVE | HAZLET TWP | HAZLET TWP | 07730 | MONMOUTH |
| 3962 | 178754 | | 6 JANINE PLACE | 6 JANINE PL | HAZLET TWP | HAZLET TWP | 07730 1114 | MONMOUTH |
| 3963 | 4624 | | CUMBERLAND FARMS INC GULF SERVICE STATION #852916 | 102 115 BAY AVE & JACKSON ST | HIGHLANDS | HIGHLANDS BORO | 07732 | MONMOUTH |
| 3964 | 46361 | | SCENIC EXXON SERVICE CENTER | 440 RT 36 & SCENIC DR | HIGHLANDS | HIGHLANDS BORO | 07732 | MONMOUTH |
| 3965 | 37657 | | PENNWALT CORP SS WHITE DENTAL DIV FORMER | 100 SOUTH ST | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3966 | 15945 | | SOMERSET HOLMDEL DEVELOPMENT | 101 CRAWFORDS CORNER EVERETT RD & ROBERTS RD | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3967 | 4612 | | LUKOIL SERVICE STATION #57718 | 2131 RT 35 & UNION AVE | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3968 | 4620 | | HOLMDEL VILLAGE EXXON SERVICE STATION | 46 E MAIN ST & SOUTH ST | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3969 | 4613 | | B&G GULF SERVICE STATION #120221 | 701 HOLMDEL KEYPORT TPKE | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 3970 | 53840 | | MONMOUTH CNTY PARKS SYSTEM HOLMDEL PARK | 845 HOLMDEL KEYPORT TPKE | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3971 | 4610 | | NJ HIGHWAY AUTH MAINTENANCE DISTRICT #4 TELEGRAPH HILL YARD | GARDEN STATE PKWY MM 116.0 | HOLMDEL | HOLMDEL TWP | 07733 | MONMOUTH |
| 3972 | 4325 | | EXXON SERVICE STATION #32102 | 2055 RT 35 & PALER AVE | HOLMDEL TWP | HOLMDEL TWP | 07733 | MONMOUTH |
| 3973 | 4616 | | HOLMDEL EXXON SERVICE STATION | 2122 RT 35 S & LAUREL AVE | HOLMDEL TWP | HOLMDEL TWP | 07733 | MONMOUTH |
| 3974 | 79570 | | SOVEREIGN BANK | HOLMDEL KEYPORT TPKE & MAIN ST | HOLMDEL TWP | HOLMDEL TWP | 07733 | MONMOUTH |
| 3975 | 13663 | | POLYONE CORP | 10 RUCKLE AVE | HOWELL | HOWELL TWP | 07733 | MONMOUTH |
| 3976 | 95695 | | ONE STOP AUTO SALVAGE | 1205 1207 RT 9 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3977 | 4564 | | NJ TRANSIT AUTH HOWELL BUS GARAGE | 1251 RT 9 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3978 | 202867 | | RAMTOWN INDUSTRIAL COMPLEX | 175 RAMTOWN GREENVILLE RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3979 | 4557 | | SADIK AUTO REPAIR & FUEL SERVICE STATION | 2001 RT 9 & W FARMS RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3980 | 46124 | | HOWELL TWP MUNICIPAL DPW | 278 OLD TAVERN RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3981 | 216921 | | 300 LOCUST AVENUE | 300 LOCUST AVENUE | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3982 | 4556 | | HOWELL GAS SERVICE STATION | 3400 RT 9 & STANLEY BLVD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3983 | 4571 | | LUKOIL SERVICE STATION #57724 | 3401 RT 9 & NORTHWOODS PL | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3984 | 15684 | | ROSANO HOWELL LAND | 360 ASBURY AVE AKA RT 547 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3985 | 4580 | | MONMOUTH CNTY ROAD DEPT DISTRICT #5 | 383 CRANBERRY RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3986 | 4592 | | GULF SERVICE STATION #126458 | 4001 RT 9 & ALDRICH RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3987 | 62722 | | ROSELAND SHOPPING CENTER | 4314 RT 9 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3988 | 50231 | | HOWELL TWP BD OF ED ADMIN BUILDING | 449 ADELPHIA FARMINGDALE RD AKA RT 524 | HOWELL | HOWELL TWP | 07014 | MONMOUTH |
| 3989 | 69781 | | HOWELL TWP HEALTH & HUMAN SERVICES | 450 RT 524 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3990 | 4591 | | GETTY SERVICE STATION #00658 | 4545 RT 9 2217 RT 9 FORMER | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3991 | 16769 | | HOWELL CITGO SERVICE STATION | 6870 I-195 & RT 9 | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3992 | 4554 | | BP SERVICE STATION #5146 | 695 RT 9 & WYCKOFFS MILLS RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3993 | 42932 | | RACESTAR SERVICE STATION | 905 RT 33 & FIVE POINTS RD | HOWELL | HOWELL TWP | 07727 | MONMOUTH |
| 3994 | 66551 | | AMERADA HESS SERVICE STATION #30207 | RT 9 S & FORD RD | HOWELL | HOWELL TWP | 07731 | MONMOUTH |
| 3995 | 52291 | | KELLE CHEVROLET | SQUANKUM LAKEWOOD RD | HOWELL | HOWELL TWP | 0772700000 | MONMOUTH |
| 3996 | 4545 | | H&H GULF SERVICE STATION | 37 CHURCH ST & CARR AVE | KEANSBURG | KEANSBURG BORO | 07734 | MONMOUTH |
| 3997 | 44360 | | KEANSBURG BORO DPW | 40 FRAZEE PL | KEANSBURG | KEANSBURG BORO | 07734 | MONMOUTH |
| 3998 | 4534 | | SHELL SERVICE STATION #138389 | 9 RT 36 & MAIN ST | KEANSBURG | KEANSBURG BORO | 07734 | MONMOUTH |
| 3999 | 4529 | | LAKESIDE SHELL SERVICE STATION | 110 CLARK ST & BROADWAY | KEYPORT | KEYPORT BORO | 07730 | MONMOUTH |
| 4000 | 56375 | | PINE BELT NISSAN OLDSMOBILE | 111 RT 36 | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4001 | 39885 | | KEYPORT MARINE BASIN INC | 340 W FRONT ST | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4002 | 19358 | | BAY SHORE AUTO SERVICE | 81 RT 35 | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4003 | 94235 | | CIRCLE K MOBIL SERVICE STATION #5930 | 88 RT 36 & BROAD ST | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4004 | 4522 | 410979 | KEYPORT SHELL SERVICE STATION | 98 RT 36 & BROAD ST | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4005 | 410979 | | SHELL SAP NO: 138391 | 93 STATE ROUTE 36 / BROAD STREET | KEYPORT | KEYPORT | | MONMOUTH |
| 4006 | 46955 | | KEYPORT BORO | AMERICAN LEGION DR | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4007 | 4520 | | GETTY SERVICE STATION #00370 | RT 36 & ATLANTIC ST | KEYPORT | KEYPORT BORO | 07735 | MONMOUTH |
| 4008 | 47980 | | SUNOCO SERVICE STATION #0007 6869 | 416 BROAD ST | KEYPORT BORO | KEYPORT BORO | 07735 | MONMOUTH |
| 4009 | 4318 | | NJDEP LEONARDO STATE MARINA | 102 CONCORD AVE & BENTON AVE | LEONARDO | MIDDLETOWN TWP | 07737 | MONMOUTH |
| 4010 | 4353 | | LINCROFT EXXON SERVICE STATION | 695 NEWMAN SPRINGS RD & SWIMMING RIVER RD AKA RT 520 | LINCROFT | MIDDLETOWN TWP | 07738 | MONMOUTH |
| 4011 | 80126 | | TRAFFIC LINES INC AMERICAN LINES | 24 CONOVER PL | LITTLE SILVER | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4012 | 19680 | | BURDGES GARAGE | 597 BRANCH AVE | LITTLE SILVER | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4013 | 13660 | | LITTLE SILVER CLEANERS & LAUNDERERS | 601 BRANCH AVE | LITTLE SILVER | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4014 | 13659 | | LITTLE SILVER CITGO SERVICE STATION | 697 BRANCH AVE | LITTLE SILVER | LITTLE SILVER BORO | 07750 | MONMOUTH |
| 4015 | 4518 | | SHELL SERVICE STATION | 720 BRANCH AVE & SYCAMORE AVE | LITTLE SILVER | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4016 | 78891 | | 10 WESTWOOD ROAD | 10 WESTWOOD RD | LITTLE SILVER BORO | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4017 | 87200 | | 192 SOUTH WINDING WAY | 192 S WINDING WAY | LITTLE SILVER BORO | LITTLE SILVER BORO | 07739 | MONMOUTH |
| 4018 | 4496 | | LONG BRANCH GULF SERVICE STATION | 105 N BROADWAY | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4019 | 4493 | | MONMOUTH PETROLEUM CO INC | 160 W END AVE | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4020 | 55074 | | LOUIS & JOHN INC | 182 WASHINGTON ST | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4021 | 4505 | | COOPER WHEELOCK INC | 273 BRANCHPORT AVE | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4022 | 14803 | | MONMOUTH MEDICAL CENTER | 300 2ND AVE | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4023 | 52042 | | JBL LIMOUSINE INC | 331 335 BROADWAY | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4024 | 4504 | | LUKOIL SERVICE STATION #57304 | 570 JOLINE AVE & BRANCHPORT AVE | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4025 | 4483 | | EXXON SERVICE STATION #30062 | 590 BROADWAY & BATH AVE | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4026 | 4481 | | MONMOUTH EXPRESS SERVICE STATION | 628 2ND AVE & WEST END CT | LONG BRANCH | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4027 | 47214 | | LONG BRANCH CITY DPW | 636 JOLINE AVE | LONG BRANCH | LONG BRANCH CITY | 077400000 | MONMOUTH |
| 4028 | 79414 | | 18 ARTHUR AVENUE | 18 ARTHUR AVE | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4029 | 65941 | | 187 2ND AVENUE | 187 2ND AVE | LONG BRANCH CITY | LONG BRANCH CITY | 08215 | MONMOUTH |
| 4030 | 92255 | | 294 ATLANTIC AVENUE | 294 ATLANTIC AVE | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4031 | 183031 | | 32 MYRTLE AVENUE | 32 MYRTLE AVE | LONG BRANCH CITY | LONG BRANCH CITY | 077405814 | MONMOUTH |
| 4032 | 79001 | | SCHOOL BASE YOUTH SERVICE | 422 WESTWOOD AVE | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4033 | 69489 | | 450 MONMOUTH PLACE | 450 MONMOUTH PL | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4034 | 80034 | | 57 CALVERT AVENUE | 57 CALVERT AVE | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4035 | 66491 | | R&D SAILS CO | 500 LONG BRANCH AVE | LONG BRANCH CITY | LONG BRANCH CITY | 07749 | MONMOUTH |
| 4036 | 492793 | | CVS PHARMACY | 71 S BROADWAY | LONG BRANCH CITY | LONG BRANCH CITY | 07740 | MONMOUTH |
| 4037 | 83463 | | 134 IRON ORE ROAD | 134 IRON ORE RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4038 | 12922 | | SHELL SERVICE STATION #9526 | 199 RT 9 & TAYLORS MILLS RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4039 | 41635 | | MANALAPAN TWP DPW | 211 FREEHOLD ENGLISHTOWN RD AKA RT 522 | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4040 | 4467 | | LEHIGH GAS SERVICE STATION | 247 GORDONS CORNER RD & PEASE RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4041 | 94687 | | 27 CHURCH LANE | 27 CHURCH LN | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4042 | 55666 | | BOBS AUTO SERVICE | 305 RT 33 & WOODWARD RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4043 | 228169 | | 323 PINE BROOK ROAD | 323 PINE BROOK RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4044 | 4476 | | YURKOVICS AUTO SERVICE STATION | 436 RT 33 | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4045 | 44517 | | DICKS GARAGE | 70 WILSON AVE | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4046 | 480876 | | PEARSON PROPERTY | 95 PENSION RD | MANALAPAN | MANALAPAN TWP | 07726 | MONMOUTH |
| 4047 | 4455 | | MANALAPAN TWP DPW COMPLEX | 120 FREEHOLD RD AKA RT 522 | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4048 | 79671 | | 151 TAYLORS MILLS ROAD | 151 TAYLORS MILLS RD | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4049 | 15593 | | JMB PETROLEUM SERVICE STATION | 208 RT 9 & TAYLORS MILLS RD | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4050 | 179279 | | 23 PRINCETON DRIVE | 23 PRINCETON DR | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4051 | 87748 | | 300 UNION HILL ROAD | 300 UNION HILL RD | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4052 | 12919 | | SHELL SERVICE STATION #4760 0106 | 310 RT 9 & FRANKLIN LN | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4053 | 13005 | | CRYSTAL DRY CLEANERS @ GORDONS CORNER SHOPPING CENTER | 354 358 RT 9 | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4054 | 12912 | | LUKOIL SERVICE STATION #57207 | 360 RT 9 & GORDONS CORNER RD | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4055 | 12916 | | ANGLE GULF SERVICE STATION #2948 | 46 RT 9 & RYAN RD | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4056 | 4688 | | MONMOUTH PETROLEUM CO INC | 48 WOOD AVE | MANALAPAN TWP | MANALAPAN TWP | 07726 | MONMOUTH |
| 4057 | 4451 | | MANASQUAN BORO DPW | 15 TAYLOR AVE AKA RT 71 | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4058 | 4453 | | TIGER MART EXXON SERVICE STATION | 199 E MAIN ST & RT 71 | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4059 | 4449 | | LUKOIL SERVICE STATION #57209 | 218 PARKER AVER AKA RT 71 | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4060 | 32391 | | MONMOUTH TOOL & EQUIPMENT CO INC | 30 BROAD ST BOX 257 | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4061 | 127008 | | GLIMMER GLASS CORP | 361 369 BRIELLE RD | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4062 | 4443 | | OCEAN STAR FUEL SERVICE STATION | 65 UNION AVE & CURTIS AVE AKA RT 71 & CURTIS AVE | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4063 | 4459 | | SQUAN CLEANERS | 83 MAIN ST | MANASQUAN | MANASQUAN BORO | 08736 | MONMOUTH |
| 4064 | 13855 | | SUNOCO SERVICE STATION #0007 6519 | RT 71 & SEA GIRT AVE | MANASQUAN | MANASQUAN BORO | 087360000 | MONMOUTH |
| 4065 | 52568 | | DEEP CREEK COVE CORP | 381 BRIELLE RD | MANASQUAN BORO | MANASQUAN BORO | 08736 | MONMOUTH |
| 4066 | 57068 | | GEORGE J BORAB INC | 600 SEA GIRT AVE | MANASQUAN BORO | MANASQUAN BORO | 087500000 | MONMOUTH |
| 4067 | 47706 | | MARLBORO TWP TRANSPORTATION FACILITY | 1 LOTTA BURKE WAY | MARLBORO | MARLBORO TWP | 077460000 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4068 | 4420 | | PETROMAX SERVICE STATION | 2 MAIN ST & SCHOOL RD AKA RT 79 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4069 | 4471 | | AMOCO SERVICE STATION #84850 | 204 RT 9 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4070 | 40714 | | ARKY PROPERTY | 217 NEWMAN SPRINGS RD AKA RT 520 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4071 | 32903 | | LAIDLAW TRANSIT INC | 450 UNION HILL RD | MARLBORO | MARLBORO TWP | 077260000 | MONMOUTH |
| 4072 | 405093 | | MARLBORO RACEWAY SERVICE STATION | 461 NEWMAN SPRINGS RD & RT 79 AKA RT 520 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4073 | 14318 | | NJDHS MARLBORO PSYCHIATRIC HOSPITAL | 546 NEWMAN SPRINGS RD AKA RT 520 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4074 | 447640 | | 7 INGE LANE | 7 INGE LN | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4075 | 57497 | | MARLBORO MALL | 8 S MAIN ST | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4076 | 53768 | | BEAR BROOK COMMONS ASSOC | RT 79 & NEWMAN SPRINGS RD AKA RT 520 | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4077 | 69745 | | 11 GEORGIAN BAY DRIVE | 11 GEORGIAN BAY DR | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4078 | 79091 | | 17 AMHERST ROAD | 17 AMHERST RD | MARLBORO TWP | MARLBORO TWP | 07746 | MONMOUTH |
| 4079 | 4418 | | AMERADA HESS SERVICE STATION #30264 | 181 RT 9 & SANDBURG DR | MARLBORO TWP | MARLBORO TWP | 07746 | MONMOUTH |
| 4080 | 78736 | | 19 COLLINGWOOD DRIVE | 19 COLLINGWOOD DR | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4081 | 80024 | | 45 NOLAND ROAD | 45 NOLAND RD | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4082 | 79975 | | 7 WABASH ROAD | 7 WABASH RD | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4083 | 78822 | | 81 WEST SCHOOL ROAD | 81 SCHOOL RD W | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4084 | 80180 | | 97 OTTAWA ROAD | 97 OTTAWA RD | MARLBORO | MARLBORO TWP | 07746 | MONMOUTH |
| 4085 | 4427 | | LIPPYS AMOCO SERVICE STATION | RT 9 & UNION HILL RD | MARLBORO TWP | MARLBORO TWP | 07746 | MONMOUTH |
| 4086 | 148456 | | 149 BROAD STREET | 149 BROAD ST | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4087 | 50605 | | MATAWAN BORO | 150 MAIN ST | MATAWAN | MATAWAN BORO | 077470424 | MONMOUTH |
| 4088 | 4409 | | MATAWAN CLEANERS | 334 MAIN ST | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4089 | 39710 | | MARTIN & BROWN FUEL INC | 340 MAIN ST | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4090 | 217430 | | SHERWOOD COURT & CLUB CONDOMINIUMS | 520 CLIFFWOOD AVE | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4091 | 180369 | | 7 SOMERSET PLACE | 7 SOMERSET PL | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4092 | 4410 | | SHELL SERVICE STATION #138421 | 777 RT 34 & MIDDLESEX RD | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4093 | 189894 | | 793 ROUTE 34 | 793 RT 34 | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4094 | 560572 | 4408 | SPEEDWAY SERVICE STATION #3442 | 986 RT 34 | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4095 | 29124 | | CENTRAL JERSEY MATERIALS CO | RT 34 & BROAD ST | MATAWAN | MATAWAN BORO | 07747 | MONMOUTH |
| 4096 | 46739 | | MOBIL SERVICE STATION #15DJR | RT 34 & MAIN ST | MATAWAN | MATAWAN BORO | 077470000 | MONMOUTH |
| 4097 | 79364 | | 1 KIMBERLY DRIVE | 1 KIMBERLY DR | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4098 | 88186 | | 253 HARDING BOULEVARD | 253 HARDING BLVD | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4099 | 79456 | | 34 POET DRIVE | 34 POET DR | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4100 | 80010 | | 34 WELDON ROAD | 34 WELDON RD | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4101 | 392693 | | ADVANTAGE ENVIRONMENTAL CORP | 395 RT 34 | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4102 | 90068 | | 69 RAVINE DRIVE | 69 RAVINE DR | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4103 | 146513 | | 8 SOMERSET PLACE | 8 SOMERSET PL | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4104 | 4408 | | HESS SERVICE STATION #30254 | 90 RT 34 S | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4105 | 87278 | | MR GOOD LUBE | 942 RT 34 | MATAWAN BORO | MATAWAN BORO | 07747 | MONMOUTH |
| 4106 | 99001 | | MIDDLETOWN TWP | 1 KINGS HWY | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4107 | 4381 | | MOBIL SERVICE STATION #2635070 | 1201 RT 35 & NEW MONMOUTH RD | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4108 | 38480 | | MICHAEL A LOORI BUS CO INC | 129 RT 36 | MIDDLETOWN | MIDDLETOWN TWP | 077340000 | MONMOUTH |
| 4109 | 173120 | | 164 IVY HILL ROAD | 164 IVY HILL RD | MIDDLETOWN | MIDDLETOWN TWP | 07701 | MONMOUTH |
| 4110 | 98911 | | 19 BROADWAY | 19 BROADWAY | MIDDLETOWN | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 4111 | 158215 | | 24 ROLLING KNOLLS DRIVE | 24 ROLLING KNOLLS DR | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4112 | 4323 | | TOMS MOBIL SERVICE STATION | 288 PORT MONMOUTH RD | MIDDLETOWN | MIDDLETOWN TWP | 07734 | MONMOUTH |
| 4113 | 377418 | | 309 FLORENCE ROAD | 309 FLORENCE RD | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4114 | 124475 | | ANCHOR GLASS | 401 RT 35 | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4115 | 13627 | | SUNOCO SERVICE STATION #0007 7073 | 417 RT 35 & COOPER RD | MIDDLETOWN | MIDDLETOWN TWP | 07758 | MONMOUTH |
| 4116 | 401344 | | MIDDLETOWN TWP BD OF ED LORRAINE PLACE ELEMENTARY SCHOOL | 55 RT 36 & LORRAINE PL | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |