NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4117 | 359019 | | OFFICE BUILDING @ 732 ROUTE 36 | 732 RT 36 | MIDDLETOWN | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 4118 | 4329 | | COLONY CLEANERS | 840 RT 35 | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4119 | 4345 | | MOBIL SERVICE STATION #2634841 | 863 RT 35 | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4120 | 4340 | | EXXON SERVICE STATION #32926 | 881 TINDALL RD & RT 35 | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4121 | 46391 | | AUTOBACS STRAUSS INC | 889 RT 35 & TINDALL RD | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4122 | 481402 | | SCW AVIATION INC | RT 36 | MIDDLETOWN | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4123 | 68505 | | VILLAGE MALL | 1040 1090 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4124 | 31045 | | ADAMS GARAGE AMOCO SERVICE STATION #11414 | 1264 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4125 | 78795 | | 13 SALISBURY AVENUE | 13 SALISBURY AVE | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4126 | 80456 | | ALL AMERICAN CITGO SERVICE STATION FORMER | 1319 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4127 | 4347 | | HESS SERVICE STATION #30203 | 1830 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4128 | 68798 | | 2 BROOKLINE COURT | 2 BROOKLINE CT | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4129 | 80117 | | 29 BRAE BURN DRIVE | 29 BRAE BURN DR | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4130 | 4328 | | SPEEDWAY SERVICE STATION #03453 | 431 435 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4131 | 196382 | | CHAPEL HILL SHOPPING CENTER | 447 479 RT 35 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4132 | 80669 | | 5 LUSAN LANE | 5 LUSAN LN | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4133 | 21363 | | BELFORD AMOCO SERVICE STATION | 549 RT 36 | MIDDLETOWN TWP | MIDDLETOWN TWP | 07718 | MONMOUTH |
| 4134 | 145430 | | 64 ROOSEVELT CIRCLE | 64 ROOSEVELT CIR | MIDDLETOWN TWP | MIDDLETOWN TWP | 07701 | MONMOUTH |
| 4135 | 78832 | | 822 ARTHUR DRIVE | 822 ARTHUR DR | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4136 | 4339 | | SHELL SERVICE STATION #138428 | RT 35 & OAK HILL RD | MIDDLETOWN TWP | MIDDLETOWN TWP | 07748 | MONMOUTH |
| 4137 | 4331 | | GETTY SERVICE STATION | RT 36 & AVE D | MIDDLETOWN TWP | MIDDLETOWN TWP | 07716 | MONMOUTH |
| 4138 | 48937 | | MILLSTONE TWP BD OF ED MILLSTONE SCHOOL | 308 MILLSTONE RD & STAGECOACH RD | MILLSTONE TWP | MILLSTONE TWP | 08510 | MONMOUTH |
| 4139 | 4308 | | RACEWAY SERVICE STATION | 454 RT 33 | MILLSTONE TWP | MILLSTONE TWP | 08510 | MONMOUTH |
| 4140 | 46637 | | REMINGTON PETROLEUM CORP | 504 MONMOUTH RD | MILLSTONE TWP | MILLSTONE TWP | 08510 | MONMOUTH |
| 4141 | 29197 | 4304 | EXXON SERVICE STATION FORMER | 508 MONMOUTH RD 508 RT 571 | MILLSTONE TWP | MILLSTONE TWP | 07726 | MONMOUTH |
| 4142 | 52354 | | ACCREDITED MOVERS INC | 667 RT 33 | MILLSTONE TWP | MILLSTONE TWP | 07726 | MONMOUTH |
| 4143 | 44492 | 78911 | GETTY SERVICE STATION #95105 | 716 718 PERRINEVILLE RD | MILLSTONE TWP | MILLSTONE TWP | 08520 | MONMOUTH |
| 4144 | 4301 | | GETTY SERVICE STATION | 3 OCEAN AVE & RIVERDALE AVE | MONMOUTH BEACH | MONMOUTH BEACH BORO | 07750 | MONMOUTH |
| 4145 | 61686 | | WESTONS MARINA | PARK RD FT OF | MONMOUTH BEACH | MONMOUTH BEACH BORO | 07750 | MONMOUTH |
| 4146 | 66785 | | T&D AUTO REPAIRS | 427 RT 79 425 RT 79 | MORGANVILLE | MARLBORO TWP | 07751 | MONMOUTH |
| 4147 | 4440 | | EXXON SERVICE STATION #32513 | 469 RT 79 & TENNANT RD | MORGANVILLE | MARLBORO TWP | 07751 | MONMOUTH |
| 4148 | 66091 | | UNION LABORATORIES INC | MORGANVILLE TENNENT RD | MORGANVILLE | MARLBORO TWP | 07751 | MONMOUTH |
| 4149 | 396883 | | 2628 ROUTE 35 CORP PROPERTY | 28 RT 35 | NEPTUNE | NEPTUNE TWP | 07753 | MONMOUTH |
| 4150 | 4299 | | MIDIN SERVICE STATION | 1 BRIGHTON AVE & W SYLVANIA AVE | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4151 | 180102 | | 115 MCANENY STREET | 115 MCANENY ST | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4152 | 26602 | | OUTWATERS TRUCK & AUTO | 52 RT 35 | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4153 | 13645 | | SALS AUTO REPAIRS | 68 W SYLVANIA AVE | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4154 | 4243 | | NEPTUNEE CITY SUNOCO SERVICE STATION | 79 RT 35 & W SYLVANIA AVE | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4155 | 44009 | | LAIDLAW TRANSIT | 89 3RD AVE & RT 35 | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4156 | 4256 | | LARRISONS COAL & FUEL OIL | 91 RT 35 | NEPTUNE CITY | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4157 | 4257 | | HESS SERVICE STATION #30211 | 43 STEINER AVE & RT 35 | NEPTUNE CITY BORO | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4158 | 185420 | | 61 MERRITT AVENUE | 61 MERRITT AVE | NEPTUNE CITY BORO | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4159 | 173876 | | LACANTINA MEXICAN RESTAURANT | 71 W SYLVANIA AVE | NEPTUNE CITY BORO | NEPTUNE CITY BORO | 07753 | MONMOUTH |
| 4160 | 4245 | | EXXON SERVICE STATION #37195 | 1000 CORLIES AVE AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4161 | 4282 | | VERIZON COMMUNICATIONS INC NEPTUNE GARAGE | 1111 11TH AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4162 | 55003 | | CHAS P SAVOTH & SONS INC | 1125 5TH AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4163 | 202700 | | 1135 HECK AVENUE | 1135 HECK AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4164 | 55619 | | COAST CITIES TRUCK CENTER INC | 1201 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4165 | 80359 | | 1314 9TH AVENUE | 1314 9TH AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4166 | 4298 | | EXXON SERVICE STATION #30672 | 1345 CORLIES AVE AKA RT 33 & RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4167 | 4291 | | AMOCO SERVICE STATION #4283 | 1401 CORLIES AVE AKA RT 33 & RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4168 | 4260 | | NEPTUNE TWP SHARK RIVER HILLS MARINA | 149 RIVERSIDE DR & MELROSE AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4169 | 390432 | | PIERSON LABORATORIES INC | 149 RIVERSIDE DR S | NEPTUNE TWP | NEPTUNE TWP | | MONMOUTH |
| 4170 | 78388 | | RITE AID PHARMACY | 1607 CORLIES AVE AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4171 | 15245 | | ASBURY AVENUE GULF SERVICE STATION | 1701 ASBURY AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4172 | 4255 | | GETTY SERVICE STATION | 1705 CORLIES AVE AKA RT 33 & TAYLOR AVE | NEPTUNE TWP | NEPTUNE TWP | 077530000 | MONMOUTH |
| 4173 | 42226 | | JOSEPH F STEIN INC | 1715 ASBURY AVE | NEPTUNE TWP | NEPTUNE TWP | 07719 | MONMOUTH |
| 4174 | 4792 | | SUNOCO SERVICE STATION | 1729 ASBURY AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4175 | 4290 | | 33 PETRO SERVICE STATION | 1800 CORLIES AVE AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4176 | 42345 | | LOWYS EXPRESS INC | 1924 HECK AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4177 | 4268 | | ASBURY CIRCLE EXXON SERVICE STATION | 2000 RT 66 | NEPTUNE TWP | NEPTUNE TWP | 07000 | MONMOUTH |
| 4178 | 57291 | | SZOKE COMMERCIAL BUILDING | 24 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4179 | 4284 | | GULF SERVICE STATION | 2439 CORLIES AVE & FORTUNATO PL AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4180 | 87133 | | NEPTUNE TWP BD OF ED BRADLEY PARK SCHOOL | 301 RIDGE AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4181 | 4283 | | SUNOCO SERVICE STAITON #0007 6851 | 3321 CORLIES AVE AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4182 | 4271 | | UNITED GAS 66 SERVICE STATION | 3330 RT 66 | NEPTUNE TWP | NEPTUNE TWP | 08457 | MONMOUTH |
| 4183 | 15755 | | ASBURY PARK PRESS INC | 3601 RT 66 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4184 | 4272 | | GULF SERVICE STATION #120296 | 3655 CORLIES AVE AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07533 | MONMOUTH |
| 4185 | 46122 | | JUMPING BROOK GULF SERVICE STATION #60360 | 3701 CORLIES AVE & JUMPING BROOK RD AKA RT 33 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4186 | 42994 | | MONMOUTH OIL BURNER & FUEL CO INC | 38 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4187 | 80343 | | | 39 ATKINS AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4188 | 214706 | | BP SERVICE STATION #17838 | 505 515 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4189 | 38524 | | SEMAN TOV INC | 505 MEMORIAL DR | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4190 | 4266 | | LARRISONS COAL & FUEL OIL | 535 MYRTLE AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4191 | 57450 | | NEPTUNE TWP BD OF ED ANNEX BUILDING | 60 NEPTUNE BLVD | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4192 | 27103 | | PETE LAVANCE & SONS AUTO REPAIR INC | 604 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4193 | 37111 | | COCA COLA BOTTLING CO | 704 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4194 | 379904 | | PROTOUCH CARWASH | 707 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4195 | 4286 | | QUALITY SERVICE CENTER INC | 708 RT 35 | NEPTUNE TWP | NEPTUNE TWP | 077530000 | MONMOUTH |
| 4196 | 322727 | | SALS AUTO | RT 35 & MERRITT AVE | NEPTUNE TWP | NEPTUNE TWP | 07753 | MONMOUTH |
| 4197 | 15624 | | SHORE GAS & OIL CO | 1630 1636 POPLAR RD & W PARK AVE | OAKHURST | OCEAN TWP | 07755 | MONMOUTH |
| 4198 | 4174 | | OAKHURST SERVICE CENTER STATION | 203 MONMOUTH RD & ROOSEVELT AVE | OAKHURST | OCEAN TWP | 07755 | MONMOUTH |
| 4199 | 4204 | | GETTY SERVICE STATION #56250 | 207 MONMOUTH RD & ROOSEVELT AVE | OAKHURST | OCEAN TWP | 07755 | MONMOUTH |
| 4200 | 4184 | | OAKHURST SUNOCO SERVICE STATION | 2119 RT 35 | OAKHURST | OCEAN TWP | 07755 | MONMOUTH |
| 4201 | 4180 | | SPEEDWAY SERVICE STATION #03431 | 2137 RT 35 | OAKHURST | OCEAN TWP | 07755 | MONMOUTH |
| 4202 | 490789 | 42148 | EXXONMOBIL OIL CORP #37224 | 236 238 NORWOOD AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4203 | 4194 | | WANAMASSA SUNOCO SERVICE STATION | 1001 RT 35 & SUNSET AVE | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4204 | 199115 | | 11 KIMBERLY DRIVE | 11 KIMBERLY DR | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4205 | 519137 | | 1115 ROUTE 35 NORTH | 1115 RT 35 N | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4206 | 68817 | | 1316 EDGEWOOD AVENUE | 1316 EDGEWOOD AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4207 | 84578 | | 1321 EVERGREEN AVENUE | 1321 EVERGREEN AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4208 | 54855 | | PLAZA EAST PROFESSIONAL BUILDING | 1405 RT 35 & FRANKLIN AVE | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4209 | 4207 | | IV MILLER & SONS INC | 15 CINDY LN | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4210 | 124124 | | PEP BOYS STORE #56 | 1608 RT 35 | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4211 | 83653 | | 2005 FINDERNE STREET | 2005 FINDERNE ST | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4212 | 4187 | | EXXON SERVICE STATION #37285 | 2101 SUNSET AVE & WICKAPECKO DR | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4213 | 51138 | | STERNS DEPT STORE FORMER @ SEAVIEW SQUARE MALL | 2301 RT 66 & RT 35 | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4214 | 4195 | | ASBURY PARK SHELL SERVICE STATION | 2415 RT 66 & RT 18 | OCEAN | OCEAN TWP | 07712 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4215 | 4206 | | LEHIGH GAS SERVICE STATION | 2901 ASBURY AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4216 | 15242 | | JOHN LUCAS CHEVROLET & OLDSMOBILE | 3410 SUNSET AVE | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4217 | 4181 | | OCEAN TWP DPW GARAGE | 3503 3605 SUNSET AVE & KOENIG PL | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4218 | 79412 | | 4 DEVON COURT | 4 DEVON CT | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4219 | 83264 | | 516 MYRTLE AVENUE | 516 MYRTLE AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4220 | 52230 | | CIRCLE IMPORTS AUTO REPAIRS INC | 725 RT 35 | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4221 | 4190 | | LA RITZ CLEANERS OF COBBLESTONE VILLAGE | 889 W PARK AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4222 | 4179 | | EXXON SERVICE STATION #37181 | RT 35 & 66 CIR | OCEAN | OCEAN TWP | 07712 | MONMOUTH |
| 4223 | 4193 | | GETTY SERVICE STATION #56057 | RT 35 & SUNSET AVE | OCEAN | OCEAN TWP | 07755 | MONMOUTH |
| 4224 | 4169 | | SHELL SERVICE STATION #6120 0106 | 1 MAIN ST & OCEANPORT AVE | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4225 | 37809 | | NJ SPORTS & EXPO AUTH MONMOUTH PARK RACETRACK | 175 RT 36 & OCEANPORT AVE | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4226 | 46474 | | OCEANPORT BORO | 222 MONMOUTH BLVD | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4227 | 195737 | | 36 COMANCHE DRIVE | 36 COMANCHE DR | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4228 | 4175 | | PETROLEUM ENERGY PEOPLE INC | 434 BRANCHPORT AVE | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4229 | 154287 | | 69 MANITTO PLACE | 69 MANITTO PL | OCEANPORT | OCEANPORT BORO | 07757 | MONMOUTH |
| 4230 | 48627 | | HI TECH TURF | 9 MONMOUTH PARK PL | OCEANPORT BORO | OCEANPORT BORO | 07757 | MONMOUTH |
| 4231 | 4337 | | PORT MONMOUTH GULF SERVICE STATION #120209 | 412 RT 36 & WILSON AVE | PORT MONMOUTH | MIDDLETOWN TWP | 07758 | MONMOUTH |
| 4232 | 4146 | | CITGO SERVICE STATION | 110 E FRONT ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4233 | 124131 | | MAURICE SCHWARTZ & SONS INC | 141 W FRONT ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4234 | 43096 | | WAYNES AMERICAN SERVICE | 170 NEWMAN SPRINGS RD | RED BANK | RED BANK BORO | 07701.00 | MONMOUTH |
| 4235 | 46814 | | RIVERDALE MANAGEMENT ASSOC | 208 PEARL ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4236 | 4141 | | RED BANK EXXON SERVICE STATION | 220 NEWMAN SPRINGS RD & SHREWSBURY AVE | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4237 | 42325 | | RED BANK CITGO SERVICE STATION | 254 MAPLE AVE | RED BANK | RED BANK BORO | 077010000 | MONMOUTH |
| 4238 | 56935 | | SPRINGBERG RAY & MARTELL LEONARD | 257 MAPLE AVE | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4239 | 13637 | | SHELL SERVICE STATION #138489 | 39 MAPLE AVE & MONMOUTH ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4240 | 4139 | | RED BANK SHELL SERVICE STATION | 390 SHREWSBURY AVE | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4241 | 4152 | | RASSAS PONTIAC INC | 395 BROAD ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4242 | 177074 | | SHELL SERVICE STATION | 430 RT 35 | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4243 | 4153 | | RED BANK BORO DPW | 75 CHESTNUT ST | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4244 | 4126 | | EXXON SERVICE STATION #37770 | 80 RECTOR PL & RT 35 | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4245 | 192582 | | 808 ARTHUR DRIVE | 808 ARTHUR DR | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4246 | 4145 | | GLOBE PETROLEUM INC | 9 CENTRAL AVE | RED BANK | RED BANK BORO | 07701 | MONMOUTH |
| 4247 | 46740 | | MOBIL SERVICE STATION #15C7M | 192 RIVERSIDE AVE & BRIDGE AVE | RED BANK BORO | RED BANK BORO | 07701 | MONMOUTH |
| 4248 | 50482 | | TRAFFIC LINES INC | 38 BURROWS ST | RED BANK BORO | RED BANK BORO | 07703 | MONMOUTH |
| 4249 | 66457 | | JCP&L COAL GAS PLANT RED BANK | BODMAN PL | RED BANK BORO | RED BANK BORO | 07703 | MONMOUTH |
| 4250 | 68154 | | 15 BUTTONWOOD LANE | 15 BUTTONWOOD LN | RUMSON | RUMSON BORO | 07760 | MONMOUTH |
| 4251 | 4118 | | EXXON SERVICE STATION #30902 | 27 W RIVER RD & ALLEN ST | RUMSON | RUMSON BORO | 07760 | MONMOUTH |
| 4252 | 70219 | | 54 WARDELL AVENUE | 54 WARDELL AVE | RUMSON BORO | RUMSON BORO | 07760 | MONMOUTH |
| 4253 | 4115 | | SUNOCO SERVICE STATION #0484 4106 7723 | 1010 OCEAN AVE | SEA BRIGHT | SEA BRIGHT BORO | 07760 | MONMOUTH |
| 4254 | 190276 | | 360 OCEAN AVENUE | 360 OCEAN AVE | SEA BRIGHT | SEA BRIGHT BORO | 07760 | MONMOUTH |
| 4255 | 381116 | | THE CLAYTON PROPERTY | 6 RIVER ST | SEA BRIGHT | SEA BRIGHT BORO | 07760 | MONMOUTH |
| 4256 | 323525 | | USDOD SEA GIRT ARMORY & OMS | 251 SEA GIRT AVE | SEA GIRT | SEA GIRT BORO | 08750 | MONMOUTH |
| 4257 | 4116 | | SEA GIRT BORO DPW | BELL PL & BALTIMORE BLVD | SEA GIRT | SEA GIRT BORO | 08750 | MONMOUTH |
| 4258 | 4105 | | LUKOIL SERVICE STATION #57302 | 219 NEWMAN SPRINGS RD 401 SHREWSBURY AVE | SHREWSBURY | SHREWSBURY BORO | 07701 | MONMOUTH |
| 4259 | 480906 | 15203 | 456 BROAD STREET | 456 BROAD ST | SHREWSBURY | SHREWSBURY BORO | 07702 | MONMOUTH |
| 4260 | 48588 | | UNITED SUPPLY CO | 47 NEWMAN SPRINGS RD | SHREWSBURY | SHREWSBURY BORO | 07702 | MONMOUTH |
| 4261 | 4110 | | TEXACO SERVICE STATION | 473 BROAD ST & WHITE RD | SHREWSBURY | SHREWSBURY BORO | 07701 | MONMOUTH |
| 4262 | 15203 | | SUNOCO SERVICE STATION #0007 7268 | RT 35 & THOMAS AVE | SHREWSBURY | SHREWSBURY BORO | 07701 | MONMOUTH |
| 4263 | 93047 | | 30 WINDING BROOK WAY | 30 WINDING BROOK WAY | SHREWSBURY BORO | SHREWSBURY BORO | 07702 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4264 | 69626 | | 69 SILVER BROOK ROAD | 69 SILVER BROOK RD | SHREWSBURY BORO | SHREWSBURY BORO | 07702 | MONMOUTH |
| 4265 | 23771 | | PHIL VESPIA TIRE CENTER | 801 SHREWSBURY AVE | SHREWSBURY BORO | SHREWSBURY BORO | 07701 | MONMOUTH |
| 4266 | 83426 | | 92 EAST END AVENUE | 92 E END AVE | SHREWSBURY BORO | SHREWSBURY BORO | 07702 | MONMOUTH |
| 4267 | 84237 | | 93 EAST END AVENUE | 93 E END AVE | SHREWSBURY BORO | SHREWSBURY BORO | 07702 | MONMOUTH |
| 4268 | 85567 | | 134 BELSHAW AVENUE | 134 BELSHAW AVE | SHREWSBURY TWP | SHREWSBURY TWP | 07701 | MONMOUTH |
| 4269 | 85154 | | 24 BELSHAW AVENUE | 24 BELSHAW AVE | SHREWSBURY TWP | SHREWSBURY TWP | 07702 | MONMOUTH |
| 4270 | 87547 | | 74 BELSHAW AVENUE | 74 BELSHAW AVE | SHREWSBURY TWP | SHREWSBURY TWP | 07724 | MONMOUTH |
| 4271 | 69882 | | 98 BARKER AVENUE | 98 BARKER AVE | SHREWSBURY TWP | SHREWSBURY TWP | 07702 | MONMOUTH |
| 4272 | 4094 | | LASALA CLEANERS | 1308 3RD AVE | SPRING LAKE | SPRING LAKE BORO | 07762 | MONMOUTH |
| 4273 | 44343 | | SPRING LAKE BORO DPW WTP | 5TH AVE & ATLANTIC AVE | SPRING LAKE | SPRING LAKE BORO | 07762 | MONMOUTH |
| 4274 | 85625 | | 111 SALEM AVENUE | 111 SALEM AVE | SPRING LAKE BORO | SPRING LAKE BORO | 07762 | MONMOUTH |
| 4275 | 83346 | | 1111 3RD AVENUE | 1111 3RD AVENUE | SPRING LAKE BORO | SPRING LAKE BORO | 07762 | MONMOUTH |
| 4276 | 4090 | | MOBIL SERVICE STATION #SKSM FORMER | 1 RT 71, & SHORE RD | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 088070000 | MONMOUTH |
| 4277 | 4089 | | LEHIGH GAS SERVICE STATION | 1001 RT 71 & WARREN AVE | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4278 | 28802 | | ABBY AUTO SALES INC | 1820 RT 71 & LUDLOW AVE | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4279 | 4095 | | GETTY SERVICE STATION #56113 | 2313 RT 71 & WALL RD | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4280 | 43029 | | SPRING LAKE HEIGHTS BORO YARD | 555 ATLANTIC AVE | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4281 | 4097 | | SUNOCO SERVICE STATION #0007 7545 | RT 71 & WARREN AVE | SPRING LAKE HEIGHTS | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4282 | 187779 | | SPRING LAKE MINI MALL | 2407 RT 71 S & SNYDER AVE | SPRING LAKE HEIGHTS BORO | SPRING LAKE HEIGHTS BORO | 07762 | MONMOUTH |
| 4283 | 4229 | | STAVOLA ASPHALT CO INC | 1 HAMILTON RD | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4284 | 225928 | | FITZPATRICK & ASSOC INC | 1114 1115 PINEBROOK RD | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4285 | 4228 | | MONMOUTH CNTY HIGHWAY DIST #3 | 1160 PINEBROOK RD | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4286 | 59480 | | CONSESSION SUPPLY CO | 539 TINTON AVE | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4287 | 4215 | | TINTON FALLS BORO | 556 TINTON AVE | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4288 | 4223 | | HESS SERVICE STATION #30277 | 858 SHREWSBURY AVE | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4289 | 4224 | | TINTON FALLS PLAZA CLEANERS | 980 SHREWSBURY AVE | TINTON FALLS | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4290 | 49606 | | NJ HIGHWAY AUTH ASBURY PARK TOLLS | GARDEN STATE PKWY MM 104.0 | TINTON FALLS | TINTON FALLS BORO | 077240000 | MONMOUTH |
| 4291 | 86990 | | 1524 WEST PARK AVENUE | 1524 W PARK AVE | TINTON FALLS BORO | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4292 | 15204 | | LUKOIL SERVICE STATION #57715 | 590 SHREWSBURY AVE | TINTON FALLS BORO | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4293 | 27841 | | RITTENHOUSE KERR FORD | 700 736 SHREWSBURY AVE | TINTON FALLS BORO | TINTON FALLS BORO | 07701 | MONMOUTH |
| 4294 | 27547 | | SHREWSBURY MOTORS INC | 702 SHREWSBURY AVE | TINTON FALLS BORO | TINTON FALLS BORO | 07702 | MONMOUTH |
| 4295 | 66000 | | USDOD ARMY FORT MONMOUTH | TINTON AVE | TINTON FALLS BORO | TINTON FALLS BORO | 07724 | MONMOUTH |
| 4296 | 19631 | | SPEEDWAY SERVICE STATION #03449 | 935 955 RT 36 | UNION BEACH | UNION BEACH BORO | 07735 | MONMOUTH |
| 4297 | 55209 | | HAZLET KEANSBURG MIDDLETOWN JOIN | ROSE LN | UNION BEACH | UNION BEACH BORO | 07735 | MONMOUTH |
| 4298 | 84934 | | 543 AUMACK AVENUE | 543 AUMACK AVE | UNION BEACH BORO | UNION BEACH BORO | 07735 | MONMOUTH |
| 4299 | 57718 | 79509 | BRS DIRECT | 125 RT 526 | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 08501 | MONMOUTH |
| 4300 | 4079 | | PRINCETON NURSERIES | 4 POLHEMUSTOWN RD | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 08514 | MONMOUTH |
| 4301 | 196232 | | 790 MONMOUTH ROAD | 790 MONMOUTH RD | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 07728 | MONMOUTH |
| 4302 | 82642 | | MONMOUTH CNTY PARKS SYSTEM WALNFORD PARK | 91 WALNFORD RD | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 08501 | MONMOUTH |
| 4303 | 15237 | | MONMOUTH CNTY ROAD DEPT DISTRICT #7 | RT 539 | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 08526 | MONMOUTH |
| 4304 | 44574 | | LOG CABIN GULF SERVICE STATION | RT 539 | UPPER FREEHOLD TWP | UPPER FREEHOLD TWP | 08501 | MONMOUTH |
| 4305 | 4054 | | JEFFS GULF SERVICE STATION #126454 | 1324 SEA GIRT AVE & RT 35 | WALL | WALL TWP | 08750 | MONMOUTH |
| 4306 | 4741 | | HARRIS BROTHERS CONSTRUCTION | 1817 OLD MILL RD | WALL | WALL TWP | 07719 | MONMOUTH |
| 4307 | 15235 | | GASLAND SERVICE STATION | 2211 RT 35 | WALL | WALL TWP | 08736 | MONMOUTH |
| 4308 | 499543 | | COLFAX PLAZA | 2400 BELMAR BLVD | WALL | WALL TWP | 07719 | MONMOUTH |
| 4309 | 4073 | | RACE STAR SERVICE STATION | 2402 BELMAR BLVD | WALL | WALL TWP | 07719 | MONMOUTH |
| 4310 | 4028 | | SPEEDWAY SERVICE STATION #03462 | 2630 RT 70 | WALL | WALL TWP | 08736 | MONMOUTH |
| 4311 | 39053 | | NJ NEWSDEALERS HOLDING CORP INC | 5035 INDUSTRIAL RD | WALL | WALL TWP | 07719 | MONMOUTH |
| 4312 | 23300 | | SEABREEZE FORD | RT 35 & 138 | WALL | WALL TWP | 07719 | MONMOUTH |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4313 | 4582 | 46245 | EXXON SERVICE STATION #33002 | 1300 RT 34 & RT 33 | WALL TWP | WALL TWP | 07727 | MONMOUTH |
| 4314 | 4071 | | SEELY EQUIPMENT & SUPPLY | 1325 RT 34 | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4315 | 4051 | | BELMAR SHELL SERVICE STATION | 1601 RT 35 & BELMAR BLVD | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4316 | 83572 | | 1603 DUMONT TERRACE | 1603 DUMONT TER | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4317 | 338318 | | WALL AUTO WRECKERS INC | 1822 RT 71 | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4318 | 15234 | | BP SERVICE STATION #5144 | 2004 RT 35 & WARREN AVE | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4319 | 65999 | | USDDD ARMY COMM FORT MONMOUTH EVANS 1 | 2201 MARCONI RD | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4320 | 13625 | | COLLINGSWOOD MOBIL SERVICE STATION | 5004 COLLINGSWOOD PK CIR | WALL TWP | WALL TWP | 08736 | MONMOUTH |
| 4321 | 84718 | | MOLECU WIRE CORP | 5100 ASBURY RD AKA RT 547 | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4322 | 4023 | | AMOCO SERVICE STATION #4328 | 5115 RT 34 & RT 33 | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4323 | 4076 | | SUNOCO SERVICE STATION #0558 3521 7743 | GARDEN STATE PKWY MM 100 | WALL TWP | WALL TWP | 07719 | MONMOUTH |
| 4324 | 4197 | | BP SERVICE STATION #00668 | 1120 RT 35 & LAWRENCE AVE | WANAMASSA | OCEAN TWP | 07712 | MONMOUTH |
| 4325 | 4202 | | AMERADA HESS SERVICE STATION #30292 | 736 RT 35 & LOGAN RD | WANAMASSA | OCEAN TWP | 07712 | MONMOUTH |
| 4326 | 45954 | | OCEAN TWP BD OF ED WANAMASSA ELEMENTARY SCHOOL | 901 BENDERMERE AVE | WANAMASSA | OCEAN TWP | 07712 | MONMOUTH |
| 4327 | 4155 | | SUNOCO SERVICE STATION #0007 7255 | 210 RT 36 & S LAUREL AVE | WEST KEANSBURG | HAZLET TWP | 07734 | MONMOUTH |
| 4328 | 4154 | | WOROCO INC SERVICE STATION | 241 RT 36 | WEST KEANSBURG | HAZLET TWP | 07734 | MONMOUTH |
| 4329 | 39526 | | POINT COMFORT MARINA | 61 N PARK AVE | WEST KEANSBURG | HAZLET TWP | 07734 | MONMOUTH |
| 4330 | 15232 | | WEST LONG BRANCH BP SERVICE STATION | 133 RT 36 & BROADWAY | WEST LONG BRANCH | WEST LONG BRANCH BORO | 07764 | MONMOUTH |
| 4331 | 15194 | | EXXON SERVICE STATION #32216 | 185 WALL ST & LOCUST AVE | WEST LONG BRANCH | WEST LONG BRANCH BORO | 07764 | MONMOUTH |
| 4332 | 4017 | | WLB SERVICE CENTER | 207 MONMOUTH RD AKA RT 71 | WEST LONG BRANCH | WEST LONG BRANCH BORO | 07764 | MONMOUTH |
| 4333 | 4018 | | MONMOUTH ROAD BP SERVICE STATION | 373 MONMOUTH RD | WEST LONG BRANCH | WEST LONG BRANCH BORO | 07764 | MONMOUTH |
| 4334 | 47989 | | SUNOCO SERVICE STATION #007 7040 01 | 709 BROADWAY & VICTOR AVE | WEST LONG BRANCH | WEST LONG BRANCH BORO | 07740 | MONMOUTH |
| 4335 | 83431 | | 271 ROUTE 36 | 271 RT 36 | WEST LONG BRANCH BORO | WEST LONG BRANCH BORO | 07764 | MONMOUTH |
| 4336 | 45245 | | AMOCO OIL CO WICKATUNK GARAGE | RT 79 | WICKATUNK | MARLBORO TWP | 07765 | MONMOUTH |
| 4337 | 3992 | | BOONTON TOWN STREET DEPT COMPLEX | 1 PLANE ST | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4338 | 15194 | | BOONTON TOWN MUNICIPAL BUILDING | 100 WASHINGTON ST | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4339 | 3994 | | BOONTON MOBIL SERVICE STATION #15LEY | 115 W MAIN ST & ESSEX AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4340 | 59517 | | S ONORATI & SON CONTRACTORS | 200 ELCOCK AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4341 | 61247 | | DEERFIELD PLUMBING & HEATING CO | 302 BOONTON AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4342 | 4006 | | ASHLAND INC PACIFIC VEGETABLE OIL | 416 DIVISION ST | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4343 | 4007 | | HARRY CHARLTON FUEL CO INC | 499 DIVISION ST | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4344 | 57019 | | BOONTON TIRE SUPPLY INC | 538 MYRTLE AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4345 | 3935 | | SPEEDWAY SERVICE STATION #03477 | 556 MYRTLE AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4346 | 30878 | | JR GREENE ASSOC INC | 710 MYRTLE AVE | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4347 | 65440 | | JCP&L COAL GAS SITE | FANNY RD | BOONTON | BOONTON TOWN | 07005 | MORRIS |
| 4348 | 174127 | | 314 CHURCH STREET | 314 CHURCH ST | BOONTON TOWN | BOONTON TOWN | 070051514 | MORRIS |
| 4349 | 90225 | | 32 HILLCREST DRIVE | 32 HILLCREST DR | BOONTON TWP | BOONTON TWP | 07005 | MORRIS |
| 4350 | 45088 | | CESSNA AIRCRAFT INC AVIONICS | 429 ROCKAWAY VALLEY RD STE A | BOONTON TWP | BOONTON TWP | 07005 | MORRIS |
| 4351 | 187351 | | 5 MEADOWBROOK ROAD | 5 MEADOWBROOK RD | BOONTON TWP | BOONTON TWP | 070059411 | MORRIS |
| 4352 | 57177 | | MOUNT OLIVE BP SERVICE STATION | 113 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4353 | 3589 | | PETRO STOP III SERVICE STATION | 132 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4354 | 270942 | | BUDD LAKE CITGO SERVICE STATION | 14 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4355 | 3568 | | VALERO SERVICE STATION | 213 RT 46 & MT OLIVE RD | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4356 | 149423 | | BMT GAS SERVICE STATION | 341 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 08728 | MORRIS |
| 4357 | 3570 | | SHELL SERVICE STATION #9506 | 35 RT 46 & OLD BUDD LAKE RD | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4358 | 57333 | | BUDD LAKE VOL FIRE DEPT | 378 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4359 | 46630 | | BUDD LAKE CITGO SERVICE STATION | 8 RT 46 | BUDD LAKE | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4360 | 59117 | | BUTLER BORO POLICE DEPT | 12 E BELLEVIEW AVE | BUTLER | BUTLER BORO | 07645 | MORRIS |
| 4361 | 13626 | | 7 ELEVEN STORE | 1284 RT 23 & BOONTON AVE | BUTLER | BUTLER BORO | 07405 | MORRIS |