NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4362 | 4031 | | US OIL SERVICE STATION | 1285 RT 23 | BUTLER | BUTLER BORO | 07405 | MORRIS |
| 4363 | 32945 | | DELTA SERVICE STATION | 1461 RT 23 1455 RT 23 | BUTLER | BUTLER BORO | 07405 | MORRIS |
| 4364 | 55105 | | BUTLER AUTO DEALERSHIP INC | 1571 RT 23 & LINCOLN RD | BUTLER | BUTLER BORO | 07504 | MORRIS |
| 4365 | 3966 | | LUKOIL SERVICE STATION #74063 | 1639 RT 23 & MAPLE LAKE RD | BUTLER | BUTLER BORO | 07450 | MORRIS |
| 4366 | 189262 | | ROCKY HILL APARTMENTS | 53 PATERSON HAMBURG TPKE | BUTLER | BUTLER BORO | 07405 | MORRIS |
| 4367 | 3972 | | M GONZALEZ & SONS SERVICE STATION | 6 ROBERT ST & CENTRAL AVE | BUTLER | BUTLER BORO | 07405 | MORRIS |
| 4368 | 55827 | | RIDGEDALE CORPORATE PARK LOT #5 | 15 17 E FREDERICK PL | CEDAR KNOLLS | HANOVER TWP | 07927 | MORRIS |
| 4369 | 3793 | | FOSTER & CO | 15 WING DR | CEDAR KNOLLS | HANOVER TWP | 07927 | MORRIS |
| 4370 | 3820 | | MRC CLEANERS | 19 E FREDERICK PL UNIT 1 | CEDAR KNOLLS | HANOVER TWP | 07981 | MORRIS |
| 4371 | 15188 | | EXXON SERVICE STATION #8149 | 54 56 RIDGEDALE AVE & PINE BLVD | CEDAR KNOLLS | HANOVER TWP | 07927 | MORRIS |
| 4372 | 3967 | | SHELL SERVICE STATION | 111 MAIN ST & MINTON | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4373 | 3968 | | KIMBER PETROLEUM @ MOBIL SERVICE STATION 15KKI | 118 122 MAIN ST & HEDGES AVE | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4374 | 13620 | | NATIONAL MFG CO INC | 12 RIVER RD | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4375 | 18057 | | SUNOCO SERVICE STATION #69815 | 169 MAIN ST | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4376 | 3953 | | CHATHAM EXXON #30987 CAMPUS SERVICE STATION | 183 191 MAIN ST & HILLSIDE AVE | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4377 | 59949 | | CENTER COURT TENNIS CLUB INC | 222 PASSAIC AVE N | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4378 | 38813 | | NATIONAL SCHOOL BUS SERVICE INC | 29 RIVER RD | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4379 | 47208 | | CHATHAM MOBIL SERVICE STATION | 4 WATCHUNG AVE | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4380 | 74443 | | MINISINK SWIM CLUB | 1 PRINCETON ST | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4381 | 59734 | | NATIONAL MFG CO INC | 15 RIVER RD | CHATHAM | CHATHAM BORO | 07928 | MORRIS |
| 4382 | 75292 | | 68 KINGS ROAD | 68 KINGS RD | CHATHAM | CHATHAM BORO | 07935 | MORRIS |
| 4383 | 3944 | | LEHIGH GAS SERVICE STATION | 255 GREEN VILLAGE RD & SHUNPIKE RD | CHATHAM BORO | CHATHAM TWP | 07928 | MORRIS |
| 4384 | 3951 | | CHATHAM TWP DPW | 405 SOUTHERN BLVD | CHATHAM TWP | CHATHAM TWP | 07928 | MORRIS |
| 4385 | 23066 | | HICKORY TREE GARAGE | 510 SOUTHERN BLVD | CHATHAM TWP | CHATHAM TWP | 07928 | MORRIS |
| 4386 | 3945 | | GREEN VILLAGE GARAGE | 526 GREEN VILLAGE RD | CHATHAM TWP | CHATHAM TWP | 07935 | MORRIS |
| 4387 | 46069 | | CHEVRON SERVICE STATION #6018 | 558 FAIRMONT AVE | CHATHAM TWP | CHATHAM TWP | 07928 | MORRIS |
| 4388 | 3950 | | CHATHAM SPARTAN SERVICE STATION @ HICKORY CITGO SERVICE STATION | 621 SHUNPIKE RD | CHATHAM TWP | CHATHAM TWP | 07928 | MORRIS |
| 4389 | 3943 | | CHESTER MALL SUNOCO SERVICE STATION | 1 MAIN ST AKA RT 24 & RT 206 | CHESTER | CHESTER BORO | 07930 | MORRIS |
| 4390 | 22790 | | CHESTER AUTO REPAIR | 15 SEMINARY AVE | CHESTER | CHESTER BORO | 07930 | MORRIS |
| 4391 | 15223 | | ALCATEL LUCENT USA INC | 50 NORTH RD AKA RT 513 | CHESTER | CHESTER BORO | 07930 | MORRIS |
| 4392 | 15226 | | MEENEN OIL CO CHRISTY HALSEY DIV | 65 MAPLE AVE & SEMINARY AVE | CHESTER | CHESTER BORO | 07930 | MORRIS |
| 4393 | 15225 | | SHELL SERVICE STATION #138317 | RT 24 & 206 | CHESTER | CHESTER BORO | 07930 | MORRIS |
| 4394 | 67262 | | CROSS ROADS GROUNDWATER CONTAMINATION | 484 MAIN ST TO 555 MAIN ST | CHESTER BORO | CHESTER BORO | 07930 | MORRIS |
| 4395 | 44278 | | GULF SERVICE STATION | 5 MAIN ST | CHESTER BORO | CHESTER BORO | 07930 | MORRIS |
| 4396 | 59845 | | CHESTER DINER | 65 RT 206 | CHESTER BORO | CHESTER BORO | 07930 | MORRIS |
| 4397 | 15218 | 38243 | CHESTER SPARTAN SERVICE @ CHESTER VALLEY CITGO SERVICE STATION | 90 RT 206 & OLD CHESTER GLADSTONE RD | CHESTER BORO | CHESTER BORO | 07930 | MORRIS |
| 4398 | 73985 | | BARRIE B ELLISON FARM | 100 POTTERSVILLE RD | CHESTER TWP | CHESTER TWP | 07930 | MORRIS |
| 4399 | 56394 | | MICHEL CLIFFORD L | 13 15 ST BERNARDS RD | CHESTER | CHESTER TWP | 07984 | MORRIS |
| 4400 | 146420 | | DENVILLE ALIGNMENTS & SERVICE | 15 SOUTH ROAD | CHESTER TWP | CHESTER TWP | 07930 | MORRIS |
| 4401 | 420653 | | SIMMONDS PRECISION FACILITY FORMER | 155 160 OAKDALE RD 100 OAKDALE RD FORMER | CHESTER TWP | DENVILLE TWP | 07930 | MORRIS |
| 4402 | 3941 | | DELTA GAS SERVICE STATION & FOOD MART | 394 RT 24 | CHESTER TWP | CHESTER TWP | 07930 | MORRIS |
| 4403 | 3939 | | NJDEP COMBE FILL SLF SO CHESTER SITE | 96 PARKER RD | CHESTER TWP | CHESTER TWP | 07984 | MORRIS |
| 4404 | 50933 | | DENVILLE ALIGNMENTS & SERVICE | 107 RT 46 & FRAZER RD | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4405 | 78351 | | DENVILLE SERVICE STATION | 190 RT 46 | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4406 | 13561 | | NJLG UST1 NJD215 SERVICE STATION | 279 E MAIN ST & ESTLING LAKE RD AKA RT 53 | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4407 | 178228 | | 3 ROCKY HEIGHTS ROAD | 3 ROCKY HEIGHTS RD | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4408 | 3923 | | EXXON SERVICE STATION #8139 | 30 W MAIN ST & HINCHMAN AVE | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4409 | 39117 | | GETTY SERVICE STATION #90182 | 3143 RT 10 & FRANKLIN RD | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4410 | 3930 | | DE GAB SERVICE STATION | 3144 RT 10 & FRANKLIN RD | DENVILLE | DENVILLE TWP | 07834 | MORRIS |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4411 | 19971 | | GRECCO LINCOLN MERCURY | 3164 RT 10 | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4412 | 175268 | | 339 DIAMOND SPRING ROAD | 339 DIAMOND SPRING RD | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4413 | 169977 | | 34 2ND AVENUE | 34 2ND AVE | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4414 | 31580 | | DENVILLE AUTO CENTER | 45 W MAIN ST | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4415 | 3918 | | REDMOND PRESS | 475 495 E MAIN ST AKA RT 53 | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4416 | 124388 | | 73 RIVERSIDE DRIVE | 73 RIVERSIDE DR | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4417 | 50687 | | SUNOCO SERVICE STATION | RT 10 & FRANKLIN RD | DENVILLE | DENVILLE TWP | 078340000 | MORRIS |
| 4418 | 3926 | | SUNOCO SERVICE STATION #0007 1027 | RT 46 E & LEGION PL | DENVILLE | DENVILLE TWP | 07834 | MORRIS |
| 4419 | 3920 | | SHELL SERVICE STATION #2145 0403 | RT 53 & DICKERSON RD | DENVILLE TWP | DENVILLE TWP | 07834 | MORRIS |
| 4420 | 355544 | | CHASE BANK | 1 E CLINTON ST | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4421 | 3895 | | SUKMANI GAS SUPPLY INC | 12 14 W CLINTON ST | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4422 | 3870 | | CLINTON STREET SERVICE STATION | 13 W CLINTON ST | DOVER | DOVER TOWN | 08753 | MORRIS |
| 4423 | 13610 | | SHELL SERVICE STATION #138332 | 155 S SALEM ST 250 S SALEM ST FORMER | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4424 | 3905 | | MANNINGS USA INC | 200 RICHARDS AVE | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4425 | 3888 | | WOROCO SERVICE STATION | 341 RT 46 & SAMMIS AVE | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4426 | 46390 | | R&S STRAUSS #6 @ SHOPRITE SHOPPING CENTER | 419 RT 46 W | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4427 | 35142 | | JERRYS PRECISION MACHINE CO @ RICHBOYNTON IND COMPLEX | 52 RICHBOYNTON RD STE A | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4428 | 40082 | | CITY FUEL SERVICE STATION | 61 RT 46 | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4429 | 67187 | | AID AUTO CO | 69 E BLACKWELL ST | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4430 | 3892 | | LEHIGH GAS SERVICE STATION | 88 E MCFARLAN ST AKA RT 46 | DOVER | DOVER TOWN | 07801 | MORRIS |
| 4431 | 58091 | | JOHN E SNYDER HEATING & PLUMBING INC | 171 BLACKWELL ST | DOVER TOWN | DOVER TOWN | 07801 | MORRIS |
| 4432 | 178641 | | 21 PEACH TREE AVENUE | 21 PEACH TREE AVE | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4433 | 13604 | | SUNOCO SERVICE STATION #0006 9872 | 213 RT 10 & MT PLEASANT AVE | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4434 | 192752 | | 24 SCHOENER ROAD | 24 SCHOENER RD | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4435 | 74197 | | VANIDERSTINE AUTO PARTS | 245 RT 10 | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4436 | 3856 | | SUNOCO SERVICE STATION #0011 5709 | 264 RT 10 | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4437 | 42086 | | HANOVER SUPPLY CO | 269 RT 10 | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4438 | 3864 | | LEHIGH GAS SERVICE STATION | 28 RIDGEDALE AVE | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4439 | 3838 | | VDM METALS USA | 306 COLUMBIA TPKE | EAST HANOVER TWP | EAST HANOVER TWP | 07932 | MORRIS |
| 4440 | 3857 | | ROI EXXON SERVICE STATION | 357 RT 10 & RIVER RD | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4441 | 41617 | | EAST HANOVER TWP MUNICIPAL BUILDING | 411 RIDGEDALE AVE | EAST HANOVER TWP | EAST HANOVER TWP | 078360000 | MORRIS |
| 4442 | 95626 | | 53 ROOSEVELT AVENUE | 53 ROOSEVELT AVE | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4443 | 3866 | | EXXON SERVICE STATION #8152 | 6 EAGLE ROCK AVE | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4444 | 3860 | | SUNOCO SERVICE STATION #0006 9377 | 626 RIDGEDALE AVE & DORRIAN TER | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4445 | 29378 | | THOMAS AUTO SERVICES | 7 MELANIE LN | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4446 | 54102 | | G&F INDUSTRIAL PARK | 735 LITTELL RD | EAST HANOVER TWP | EAST HANOVER TWP | 07936 | MORRIS |
| 4447 | 3555 | | MT OLIVE EXXON SERVICE STATION | 114 RT 206 & DRAKESDALE RD | FLANDERS | MOUNT OLIVE TWP | 07836 | MORRIS |
| 4448 | 43144 | | OAKWOOD VILLAGE APARTMENTS | 151 185 RT 206 | FLANDERS | MOUNT OLIVE TWP | 078360000 | MORRIS |
| 4449 | 3564 | | FLANDERS SUNOCO SERVICE STATION | 236 RT 206 | FLANDERS | MOUNT OLIVE TWP | 07834 | MORRIS |
| 4450 | 13572 | | SHELL SERVICE STATION #9517 | 285 RT 206 & FLANDERS RD | FLANDERS | MOUNT OLIVE TWP | 07836 | MORRIS |
| 4451 | 3569 | | LUKOIL SERVICE STATION #57203 | 292 RT 206 & BARTLEY FLANDERS RD | FLANDERS | MOUNT OLIVE TWP | 07836 | MORRIS |
| 4452 | 3843 | | SUNOCO SERVICE STATION #00069708 | 164 COLUMBIA TPKE | FLORHAM PARK | FLORHAM PARK BORO | 07932 | MORRIS |
| 4453 | 3834 | | ROCK GW CORP | 180 PARK AVE BLDG 103 | FLORHAM PARK | FLORHAM PARK BORO | 07932 | MORRIS |
| 4454 | 3839 | | ROYAL CADILLAC INC | 330 334 COLUMBIA TPKE | FLORHAM PARK | FLORHAM PARK BORO | 07932 | MORRIS |
| 4455 | 3840 | | AUTOMATIC SWITCH CO | 50 60 HANOVER RD | FLORHAM PARK | FLORHAM PARK BORO | 07932 | MORRIS |
| 4456 | 3822 | | FLORHAM PARK GULF SERVICE STATION | 84 COLUMBIA TPKE & CRESCENT RD | FLORHAM PARK | FLORHAM PARK BORO | 07932 | MORRIS |
| 4457 | 3487 | | GILLETTE SUNOCO SERVICE STATION | 664 PASSAIC VALLEY RD & MOUNTAIN AVE | GILLETTE | LONG HILL TWP | 07933 | MORRIS |
| 4458 | 15189 | | BP SERVICE STATION #22337 | 172 174 RT 10 | HANOVER | HANOVER TWP | 07981 | MORRIS |
| 4459 | 3821 | | MAGULLIAN FUEL CORP INC | 190 HANOVER AVE | HANOVER | HANOVER TWP | 07927 | MORRIS |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4460 | 3806 | | WHIPPANY GULF SERVICE STATION | 2 PARSIPPANY RD & WHIPPANY AVE | HANOVER | HANOVER TWP | 07981 | MORRIS |
| 4461 | 15209 | | NJDOT HANOVER TWP MAINTENANCE YARD | 211 EDEN LN & I-287 N | HANOVER | HANOVER TWP | 07936 | MORRIS |
| 4462 | 383552 | | MORRISTOWN MUNICIPAL AIRPORT | 8 AIRPORT RD | HANOVER | HANOVER TWP | 07960 | MORRIS |
| 4463 | 89861 | | NJDOT HANOVER TWP MAINTENANCE FACILITY | I-287 N & RAMP TO RT 10 E | HANOVER | HANOVER TWP | 07946 | MORRIS |
| 4464 | 125001 | | SIGNATURE FLIGHT SUPPORT @ MORRISTOWN MUNICIPAL AIRPORT | 1 AIRPORT RD | HANOVER TWP | HANOVER TWP | 07960 | MORRIS |
| 4465 | 3651 | | NORTHROP GRUMAN GUIDANCE & ELECTRONICS CO | 200 230 HANOVER AVE | HANOVER TWP | HANOVER TWP | 07927 | MORRIS |
| 4466 | 13563 | | MACHINE TECHNOLOGY INC | 25 EASTMANS RD | HANOVER TWP | HANOVER TWP | 07981 | MORRIS |
| 4467 | 66710 | | VAN DYKE RESEARCH CORP | 7 ROSIN RD | HANOVER TWP | HANOVER TWP | 07891 | MORRIS |
| 4468 | 49241 | | CHANNEL HOME CENTERS INC FORMER | 941 945 RT 10 | HANOVER TWP | HANOVER TWP | 07983 | MORRIS |
| 4469 | 74224 | | PINE PLAZA SHOPPING CENTER | RT 10 | HANOVER TWP | HANOVER TWP | 07936 | MORRIS |
| 4470 | 3779 | | COUNTRYSIDE GULF SERVICE STATION #61810 | 1121 MT KEMBLE AVE AKA RT 202 | HARDING TWP | HARDING TWP | 07960 | MORRIS |
| 4471 | 53316 | 82281 | DEAR THELMA T | 474 BLUE MILL RD | HARDING TWP | HARDING TWP | 07960 | MORRIS |
| 4472 | 74738 | | LAWLESS FRED JR & MARY ALICE | 614 SPRING VALLEY RD | HARDING TWP | HARDING TWP | 07940 | MORRIS |
| 4473 | 46078 | | SACKS IRONIA SERVICE STATION #61718 | 386 DOVER CHESTER RD | IRONIA | RANDOLPH TWP | 07845 | MORRIS |
| 4474 | 3769 | | JEFFERSON TWP DPW GARAGE | 1033 WELDON RD | JEFFERSON TWP | JEFFERSON TWP | 07849 | MORRIS |
| 4475 | 68990 | | 11 HEATHER HILLS DRIVE | 11 HEATHER HILLS DR | JEFFERSON TWP | JEFFERSON TWP | 07438 | MORRIS |
| 4476 | 216943 | | 116 BRADY ROAD STORM SEWER OUTFALL | 116 BRADY RD & IOWA AVE | JEFFERSON TWP | JEFFERSON TWP | 07849 | MORRIS |
| 4477 | 75536 | | 14 LORETTACONG DRIVE | 14 LORETTACONG DR | JEFFERSON TWP | JEFFERSON TWP | 07981 | MORRIS |
| 4478 | 177924 | | FORMER SHELL STATION | 169 RT 181 | JEFFERSON TWP | JEFFERSON TWP | 07849 | MORRIS |
| 4479 | 69041 | | 17 HEATHER HILLS DRIVE | 17 HEATHER HILLS DR | JEFFERSON TWP | JEFFERSON TWP | 07438 | MORRIS |
| 4480 | 74209 | | 32 OLD 4TH DRIVE | 32 OLD 4TH DR | JEFFERSON TWP | JEFFERSON TWP | 07981 | MORRIS |
| 4481 | 175667 | | 5 MICHELLE ROAD | 5 MICHELLE RD | JEFFERSON TWP | JEFFERSON TWP | 07438 | MORRIS |
| 4482 | 13596 | | WOROCO SERVICE STATION | 55 RT 15 & BERKSHIRE VALLEY RD | JEFFERSON TWP | JEFFERSON TWP | 07885 | MORRIS |
| 4483 | 13597 | | GETTY CENTER SERVICE STATION | 5569 BERKSHIRE VALLEY RD & LEGION RD | JEFFERSON TWP | JEFFERSON TWP | 07885 | MORRIS |
| 4484 | 167582 | | LAKELAND MOBILE HOME PARK | 695 RT 15 #14 | JEFFERSON TWP | JEFFERSON TWP | 07849 | MORRIS |
| 4485 | 15200 | | PMG SERVICE STATION #7161 | 747 749 RT 15 & EDISON RD | JEFFERSON TWP | JEFFERSON TWP | 07438 | MORRIS |
| 4486 | 15201 | | WOODPORT MOBIL SERVICE STATION #RPC 02 | 786 RT 15 | JEFFERSON TWP | JEFFERSON TWP | 07849 | MORRIS |
| 4487 | 43510 | | DAN BARCLAY INC | RT 15 & TAYLOR RD | JEFFERSON TWP | JEFFERSON TWP | 07885 | MORRIS |
| 4488 | 45174 | | GEORGE UNDERHILL EXCAVATING CO | 571 RT 46 | KENVIL | ROXBURY TWP | 07847 | MORRIS |
| 4489 | 18305 | | LUKOIL SERVICE STATION #74246 | 1155 RT 23 | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4490 | 181384 | | KINNELON BORO BD OF ED HIGH SCHOOL TREATMENT PLANT | 118 KINNELON RD | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4491 | 41683 | | KINNELON BORO | 130 KINNELON RD | KINNELON | KINNELON BORO | 074050000 | MORRIS |
| 4492 | 3762 | | MARKS SERVICE STATION | 19 SLEEPY HOLLOW RD | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4493 | 92133 | | FAZEKAS RESIDENCE | 300 JACKSONVILLE RD | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4494 | 184407 | | 728 RIDGE ROAD | 728 RIDGE RD | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4495 | 13595 | | BENEFICIAL AUTOMOTIVE & GULF SERVICE STATION | 84 BOONTON AVE | KINNELON | KINNELON BORO | 07405 | MORRIS |
| 4496 | 88190 | | 2 BLACK OAK LANE | 2 BLACK OAK LN | KINNELON BORO | KINNELON BORO | 07405 | MORRIS |
| 4497 | 70140 | | 443 PEPPERIDGE TREE LANE | 443 PEPPERIDGE TREE LN | KINNELON BORO | KINNELON BORO | 07405 | MORRIS |
| 4498 | 73548 | | 5 EAST SHORE DRIVE | 5 E SHORE DR | KINNELON BORO | KINNELON BORO | 07405 | MORRIS |
| 4499 | 74247 | | 69 LAKE ROAD | 69 LAKE RD | KINNELON BORO | KINNELON BORO | 07405 | MORRIS |
| 4500 | 3523 | | SUNOCO SERVICE STATION #0007 0623 | 31 N BEVERWYCK RD & SHORE DR | LAKE HIAWATHA | PARSIPPANY-TROY HILLS | 07034 | MORRIS |
| 4501 | 3522 | | BEVERWYCK SHELL SERVICE STATION | 4 N BEVERWYCK RD | LAKE HIAWATHA | PARSIPPANY-TROY HILLS | 07034 | MORRIS |
| 4502 | 15202 | | SHELL SERVICE STATION | 778 RT 15 | LAKE HOPATCONG | JEFFERSON TWP | 07438 | MORRIS |
| 4503 | 46108 | | CUMBERLAND FARMS INC GULF SERVICE STATION #12 | 120 124 LANDING RD & KINGS HWY | LANDING | ROXBURY TWP | 07850 | MORRIS |
| 4504 | 68595 | | US POSTAL SERVICE LANDING POST OFFICE | 130 LAKESIDE BLVD | LANDING | ROXBURY TWP | 07850 | MORRIS |
| 4505 | 195015 | | LANDING MOBIL SERVICE STATION | 177 LAKESIDE BLVD | LANDING | ROXBURY TWP | 07850 | MORRIS |
| 4506 | 3333 | | SHELL SERVICE STATION #138397 | 195 LAKESIDE BLVD & PORT MORRIS RD | LANDING | ROXBURY TWP | 07850 | MORRIS |
| 4507 | 3292 | | SUNOCO SERVICE STATION #0006 9419 | 1101 RT 46 & HOWARD BLVD | LEDGEWOOD | ROXBURY TWP | 07852 | MORRIS |
| 4508 | 3302 | | TEXACO SERVICE STATION #100153 | 1130 RT 46 & RT 10 | LEDGEWOOD | ROXBURY TWP | 07852 | MORRIS |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4509 | 56501 | | CAMPBELL ELECTRIC SUPPLY CO | 1501 RT 46 | LEDGEWOOD | ROXBURY TWP | 07852 | MORRIS |
| 4510 | 227934 | | 12 MATURAN AVENUE | 12 MATURAN AVE | LINCOLN PARK | LINCOLN PARK BORO | 07035 | MORRIS |
| 4511 | 20497 | | LOWE ENGINEERING CO CORP | 2 STATION RD | LINCOLN PARK | LINCOLN PARK BORO | 07035 | MORRIS |
| 4512 | 13593 | | LINCOLN PARK TEXACO SERVICE STATION | 226 MAIN ST | LINCOLN PARK | LINCOLN PARK BORO | 07632 | MORRIS |
| 4513 | 3751 | | LINCOLN PARK SHELL SERVICE STATION | 275 COMLEY RD | LINCOLN PARK | LINCOLN PARK BORO | 07035 | MORRIS |
| 4514 | 3755 | | EXXON SERVICE STATION #32752 | 5 11 BOONTON TPKE | LINCOLN PARK | LINCOLN PARK BORO | 07035 | MORRIS |
| 4515 | 14308 | | FAIRFIELD PEQUANNOCK LINCOLN PARK 2 BRIDGES STP | LINCOLN BLVD END OF | LINCOLN PARK | LINCOLN PARK BORO | 07035 | MORRIS |
| 4516 | 73669 | | 18 HILLCREST TERRACE | 18 HILLCREST TER | LINCOLN PARK BORO | LINCOLN PARK BORO | 07035 | MORRIS |
| 4517 | 68915 | | 289 BEAVER BROOK ROAD | 289 BEAVER BROOK RD | LINCOLN PARK BORO | LINCOLN PARK BORO | 07035 | MORRIS |
| 4518 | 223934 | | THE RAPTOR TRUST | 1452 WHITE BRIDGE RD | LONG HILL | LONG HILL TWP | 07946 | MORRIS |
| 4519 | 230026 | | 374 MAIN AVENUE | 374 MAIN AVE | LONG HILL | LONG HILL TWP | 07980 | MORRIS |
| 4520 | 3524 | | AD RUNYON CO | 45 DIVISION AVE | LONG HILL | LONG HILL TWP | 07946 | MORRIS |
| 4521 | 382333 | | 174 PLEASANT PLAINS ROAD | 174 PLEASANT PLAINS RD | LONG HILL TWP | LONG HILL TWP | 07980 | MORRIS |
| 4522 | 354934 | | 179 OLD FARMERS ROAD | 179 OLD FARMERS RD | LONG VALLEY | WASHINGTON TWP | 07853 | MORRIS |
| 4523 | 394919 | | 197 BARTLEY ROAD | 197 BARTLEY RD | LONG VALLEY | WASHINGTON TWP | 07853 | MORRIS |
| 4524 | 3309 | | TIGER FUEL SERVICE STATION | 3 FAIRVIEW AVE & SCHOOLEYS MOUNTAIN RD AKA RT 24 | LONG VALLEY | WASHINGTON TWP | 07853 | MORRIS |
| 4525 | 45944 | | LONG VALLEY SERVICE STATION | 4 MILL ST & RT 24 | LONG VALLEY | WASHINGTON TWP | 07853 | MORRIS |
| 4526 | 225886 | | KARLS SALE & SERVICE CENTER FORMER | 10 PROSPECT ST | MADISON | MADISON BORO | 07940 | MORRIS |
| 4527 | 3799 | | MADISON SHELL SERVICE STATION | 103 MAIN ST & PROSPECT | MADISON | MADISON BORO | 07940 | MORRIS |
| 4528 | 3733 | | EXXON SERVICE STATION #30097 | 122 RT 24 MAIN & GREENWOOD AVE | MADISON | MADISON BORO | 07234 | MORRIS |
| 4529 | 3742 | | FA DAMIANOS EXXON SERVICE CENTER | 124 PARK AVE | MADISON | MADISON BORO | 07940 | MORRIS |
| 4530 | 3795 | | MADISON MOBIL SERVICE STATION | 14 KINGS RD | MADISON | MADISON BORO | 07940 | MORRIS |
| 4531 | 43573 | | ALLOCCO BROTHERS PAVING CO INC | 23 SAMSON AVE REAR OF | MADISON | MADISON BORO | 07940 | MORRIS |
| 4532 | 3796 | | T&J SERVICE CENTER | 31 KINGS RD | MADISON | MADISON BORO | 07940 | MORRIS |
| 4533 | 3740 | | LUKOIL SERVICE STATION #57269 | 346 MAIN ST & BROOK LAKE RD AKA RT 24 & BROOK LAKE RD | MADISON | MADISON BORO | 07940 | MORRIS |
| 4534 | 46497 | | MADISON BORO HALL HARTLEY DODGE MEMORIAL BUILDING | 50 KINGS RD | MADISON | MADISON BORO | 07940 | MORRIS |
| 4535 | 74582 | | PENNY PRESS INC | 6 MAIN ST | MADISON | MADISON BORO | 07960 | MORRIS |
| 4536 | 3724 | | EXXON SERVICE STATION #34529 FORMER | 26 E MAIN ST & ORCHARD ST AKA RT 24 | MENDHAM | MENDHAM BORO | 07945 | MORRIS |
| 4537 | 272391 | | CAROLINE CLEANERS @ MENDHAM VILLAGE SHOPPING CENTER | RT 24 | MENDHAM | MENDHAM BORO | 07945 | MORRIS |
| 4538 | 24045 | 57131 | LEHIGH GAS SERVICE STATION | 104 E MAIN ST | MENDHAM BORO | MENDHAM BORO | 07945 | MORRIS |
| 4539 | 446750 | | 13 WEST MAIN ST | 13 W MAIN ST | MENDHAM TWP | MENDHAM BORO | 07945 | MORRIS |
| 4540 | 167835 | | 11 WASHINGTON VALLEY ROAD | 11 WASHINGTON VALLEY RD | MENDHAM TWP | MENDHAM TWP | 07960 | MORRIS |
| 4541 | 43735 | | SEEING EYE INC BREEDING FARM | 97 IRONIA RD | MENDHAM TWP | MENDHAM TWP | 07960 | MORRIS |
| 4542 | 3765 | | LUKOIL SERVICE STATION #57721 | 5725 5727 BERKSHIRE VALLEY RD & RIDGE RD | MILTON | JEFFERSON TWP | 07438 | MORRIS |
| 4543 | 192935 | | 231 RANDOLPH AVENUE | 231 RANDOLPH AVE | MINE HILL | MINE HILL TWP | 07803 | MORRIS |
| 4544 | 44438 | | EZ FUEL SERVICE STATION | 235 RT 46 3 CENTRAL AVE | MINE HILL | MINE HILL TWP | 07801 | MORRIS |
| 4545 | 47869 | | MINE HILL SPARTAN SERVICE STATION | 274 RT 46 & CANFIELD AVE | MINE HILL | MINE HILL TWP | 078020710 | MORRIS |
| 4546 | 168995 | | 22 WHARTON AVENUE | 22 WHARTON AVE | MINE HILL TWP | MINE HILL TWP | 07803 | MORRIS |
| 4547 | 3702 | | FANTASTIC DRY CLEANERS | 111 HOOK MOUNTAIN RD AKA 22 RT 46 | MONTVILLE | MONTVILLE TWP | 07234 | MORRIS |
| 4548 | 66039 | | PENICK CORP | 12 TAYLORTOWN RD & 13 | MONTVILLE | MONTVILLE TWP | 07045 | MORRIS |
| 4549 | 357093 | | 13 ST MALO DRIVE | 13 ST MALO DR | MONTVILLE | MONTVILLE TWP | 07058 | MORRIS |
| 4550 | 193028 | | 17 FOREST PLACE | 17 FOREST PL | MONTVILLE | MONTVILLE TWP | 070821313 | MORRIS |
| 4551 | 3710 | | A&T AUTOMOBILE REPAIR INC @ MONTVILLE VALERO | 187 CHANGE BRIDGE RD | MONTVILLE | MONTVILLE TWP | 07045 | MORRIS |
| 4552 | 3711 | | SUNOCO SERVICE STATION #0007 1183 | 223 CHANGE BRIDGE RD & WEST SIDE | MONTVILLE | MONTVILLE TWP | 07000 | MORRIS |
| 4553 | 57733 | | MONTVILLE UNITED METHODIST CHURCH | 29 WHITEHALL RD | MONTVILLE | MONTVILLE TWP | 07645 | MORRIS |
| 4554 | 55833 | | URMSTON REALTY CORP @ MARS IND PK | 3 MARS CT | MONTVILLE | MONTVILLE TWP | 070450000 | MORRIS |
| 4555 | 3706 | | ST GOBAIN PERFORMANCE PLASTICS | 337 CHANGE BRIDGE RD | MONTVILLE | MONTVILLE TWP | 07852 | MORRIS |
| 4556 | 3698 | | EXXON SERVICE STATION #35169 | 391 RT 202 & CHANGE BRIDGE RD | MONTVILLE | MONTVILLE TWP | 07045 | MORRIS |
| 4557 | 32615 | | JIFFY LUBE #450 | 56 RT 46 | MONTVILLE | MONTVILLE TWP | 070589608 | MORRIS |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4558 | 13590 | | MAROTTA CONTROLS INC | 78 BOONTON AVE | MONTVILLE | MONTVILLE TWP | 07045 | MORRIS |
| 4559 | 66179 | | MORAN PAINTS | 87 RT 46 | MONTVILLE | MONTVILLE TWP | 07045 | MORRIS |
| 4560 | 127002 | | PINE BROOK MOTOR LODGE | 12 RT 46 | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4561 | 385643 | | 125 HOOK MOUNTAIN ROAD | 125 HOOK MOUNTAIN RD | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4562 | 73923 | | 25 AVALON DRIVE | 25 AVALON DR | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4563 | 74902 | | 37 MCLEAY ROAD | 37 MCLEAY RD | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4564 | 438234 | | 41 DOGWOOD CIRCLE | 41 DOGWOOD CIR | MONTVILLE TWP | MONTVILLE TWP | 07058 | MORRIS |
| 4565 | 73634 | | 45 UPPER MOUNTAIN AVENUE | 45 UPPER MOUNTAIN AVE | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4566 | 89085 | | 6 KIRKBRIDE TERRACE | 6 KIRKBRIDE TER | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4567 | 88122 | | 7 JOHN HENRY DRIVE | 7 JOHN HENRY DR | MONTVILLE TWP | MONTVILLE TWP | 07045 | MORRIS |
| 4568 | 3647 | | SPEEDFINE SERVICE STATION | 169 SPEEDWELL AVE & PINE | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4569 | 3659 | | RACEWAY SERVICE STATION | 1701 RT 10 & RT 202 | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4570 | 182972 | | SHELL SERVICE STATION | 2340 RT 10 | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4571 | 3658 | | LUKOIL SERVICE STATION | 285 SPEEDWELL AVE & E HANOVER | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4572 | 3639 | | TEXACO SERVICE STATION #100122 | 290 SPEEDWELL AVE & HANOVER AVE | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4573 | 3660 | | FRANKS SUNOCO SERVICE STATION | RT 10 & TABOR RD AKA RT 53 | MORRIS PLAINS | MORRIS PLAINS BORO | 07950 | MORRIS |
| 4574 | 14787 | | HONEYWELL INTERNATIONAL | 101 COLUMBIA RD | MORRIS TWP | MORRIS TWP | 07961057 | MORRIS |
| 4575 | 13584 | | LEHIGH GAS SERVICE STATION | 192 MADISON AVE | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4576 | 37719 | | ST MARY ABBEY DELBARTON SCHOOL INC | 230 MENDHAM RD | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4577 | 3638 | | BP SERVICE STATION #00853 | 257 SPEEDWELL AVE & RT 202 | MORRIS TWP | MORRIS TWP | 07950 | MORRIS |
| 4578 | 3677 | | SUNOCO SERVICE STATION #0006 9328 | 299 E HANOVER AVE & RIDGEDALE AVE | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4579 | 3665 | | NORTH AMERICAN PHILLIPS | 36 COLUMBIA RD | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4580 | 23908 | | MORRISTOWN TWP BD OF ED BEARD SCHOOL | 70 WHIPPANY RD | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4581 | 529200 | | 81 GASTON ROAD | 81 GASTON RD | MORRIS TWP | MORRIS TWP | 07950 | MORRIS |
| 4582 | 15198 | | EXXON SERVICE STATION #32066 | 89 WHIPPANY RD | MORRIS TWP | MORRIS TWP | 07960 | MORRIS |
| 4583 | 42791 | | MORRIS CNTY DIV WEIGHTS & MEASURES | 101 WESTERN AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4584 | 60074 | | MORRISTOWN TIRE CO INC | 105 MORRIS ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4585 | 3684 | | EXXON PMG #8138 SERVICE STATION | 109 MORRIS ST & PINE ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4586 | 3618 | | MORRISTOWN TOWN | 110 SOUTH ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4587 | 382296 | 18275 | MORRIS SD | 120 RIDGEDALE AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4588 | 19518 | | RD ELLIS REGGIES GULF SERVICE STATION | 128 WASHINGTON ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4589 | 3610 | | MOUNT LAUREL GULF SERVICE STATION #121215 | 149 WASHINGTON ST & MILLS ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4590 | 3607 | | LUKOIL SERVICE STATION #57299 | 151 WASHINGTON ST & 2 MILLS ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4591 | 3685 | | NJLG UST1 NJ0191 SERVICE STATION | 152 MORRIS ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4592 | 3625 | | KETCHS GULF SERVICE STATION #121176 | 168 MORRIS ST & 1 RIDGEDALE AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4593 | 32148 | | EGGERT OIL CO INC | 171 175 MORRIS ST | MORRISTOWN | MORRISTOWN TOWN | 07962 | MORRIS |
| 4594 | 3611 | | GOLDEN CLEANERS OF MORRISTOWN | 173 WASHINGTON ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4595 | 3526 | | ASUHAN SERVICE STATION | 2 MT KIMBLE AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4596 | 371508 | | 25 THREE GABLES ROAD | 25 THREE GABLES RD | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4597 | 3623 | | VERIZON MORRISTOWN CO #46200 | 37 MAPLE AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4598 | 3617 | | SHOTMEYER BROTHERS PETROLEUM CORP | 48 SPRING ST | MORRISTOWN | MORRISTOWN TOWN | 07962 | MORRIS |
| 4599 | 67191 | | MORRISTOWN TOWN DARE & HEALTH DEPT OFFICES | 65 SPRING ST | MORRISTOWN | MORRISTOWN TOWN | 07962 | MORRIS |
| 4600 | 13581 | | SHELL SERVICE STATION #5460 0205 | 72 ELM ST | MORRISTOWN | MORRISTOWN TOWN | 07959 | MORRIS |
| 4601 | 52641 | | THE SHOPPES @ ESSEX ASSN | 74 76 ABBETT AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4602 | 28743 | | MURPHYS GARAGE INC | 74 WASHINGTON ST & PHOENIX AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4603 | 28582 | | BP SERVICE STATION | 78 MARKET ST | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4604 | 55645 | | MOUNT KEMBLE REALTY | 8 12 MT KEMBLE AVE | MORRISTOWN | MORRISTOWN TOWN | 07960 | MORRIS |
| 4605 | 46988 | | TONYS AUTO SERVICE | 960 MT KEMBLE AVE RTE 202 | MORRISTOWN | MORRISTOWN TOWN | 07960 6623 | MORRIS |
| 4606 | 13569 | | SHELL SERVICE STATION #1125 0102 | 118 RT 46 & WOODLAND AVE | MOUNT OLIVE | MOUNT OLIVE TWP | 07840 | MORRIS |