# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4607 | 351875 | | 2 JANICE DRIVE | 2 JANICE DR | MOUNT OLIVE | MOUNT OLIVE TWP | 07840 | MORRIS |
| 4608 | 13571 | | EXXON SERVICE STATION #8144 | 257 259 RT 206 | MOUNT OLIVE | MOUNT OLIVE TWP | 07840 | MORRIS |
| 4609 | 75884 | | 117 MOUNT OLIVE ROAD | 117 MT OLIVE RD | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4610 | 987149 | | 13 WARREN DRIVE | 13 WARREN DR | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 078282315 | MORRIS |
| 4611 | 29452 | | BUDD LAKE TIRE CO | 150 RT 46 | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4612 | 45200 | | WATERLOO ROAD DEVELOPMENT CO | 20 28 CONTINENTAL DR 2 CONTINENTAL DR 160 LOVE LN FORMER | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 07874 | MORRIS |
| 4613 | 75584 | | 245 ROUTE 46 EAST | 245 RT 46 | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4614 | 75228 | | 58 SAND SHORE ROAD | 58 SAND SHORE RD | MOUNT OLIVE TWP | MOUNT OLIVE TWP | 07828 | MORRIS |
| 4615 | 22683 | | MOUNTAIN LAKES EXXON SERVICE STATION | 12 BALDWIN LN | MOUNTAIN LAKES | MOUNTAIN LAKES BORO | 070450000 | MORRIS |
| 4616 | 186145 | | 15 COVE PLACE | 15 COVE PL | MOUNTAIN LAKES | MOUNTAIN LAKES BORO | 070451638 | MORRIS |
| 4617 | 49598 | | MOUNTAIN LAKES GULF SERVICE STATION | 326 RT 46 | MOUNTAIN LAKES | MOUNTAIN LAKES BORO | 07046 | MORRIS |
| 4618 | 556364 | 3603 | SPEEDWAY #3469 | 56 60 RT 46 | MOUNTAIN LAKES | MOUNTAIN LAKES BORO | 07046 | MORRIS |
| 4619 | 3603 | | SPEEDWAY SERVICE STATION #03463 | 60 62 RT 45 | MOUNTAIN LAKES | MOUNTAIN LAKES BORO | 07046 | MORRIS |
| 4620 | 3558 | | AUTO REFINISHERS OF NJ INC | 5 ALLEN ST NETCONG AUTO BODY | NETCONG | NETCONG BORO | 07857 | MORRIS |
| 4621 | 381563 | | 141 LEDGEWOOD AVENUE | 141 LEDGEWOOD AVE | NETCONG BORO | NETCONG BORO | 07857 | MORRIS |
| 4622 | 185460 | | NJDOT PROJECT ROUTE 46 & MAIN STREET | RT 46 & MAIN ST | NETCONG BORO | NETCONG BORO | 07857 | MORRIS |
| 4623 | 3771 | | DEL4 SERVICE STATION | 2775 RT 23 | NEWFOUNDLAND | JEFFERSON TWP | 07435 | MORRIS |
| 4624 | 45079 | | BOWLING GREEN GOLF CLUB | 53 SCHOOLHOUSE RD | OAK RIDGE | JEFFERSON TWP | 07438 | MORRIS |
| 4625 | 3479 | | SHELL SERVICE STATION #138471 | 100 RT 46 & NEW RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4626 | 45903 | | KMART STORE #9432 @ TROY HILLS SHOPPING CENTER | 1159 RT 46 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4627 | 121748 | | JERSEY PAINT & WALLPAPER CO | 120 RT 46 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4628 | 15187 | | SEDGEFIELD GULF SERVICE STATION #121231 | 1379 LITTLETON RD AKA RT 202 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07950 | MORRIS |
| 4629 | 46075 | | NJDOT | 1409 RT 46 & BALDWIN RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 070540000 | MORRIS |
| 4630 | 3503 | | EXXON SERVICE STATION #32600 | 1500 RT 46 & SANDRA DR | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4631 | 13000 | | BP PARSIPPANY SERVICE STATION | 1933 RT 46 & LITTELON RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4632 | 3498 | | SUNOCO SERVICE STATION #0006 9567 | 1947 RT 46 & LITTLETON RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4633 | 291375 | | BALDWIN SHOPPING CENTER | 200 BALDWIN RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4634 | 3507 | | NLLG UST1 NJ0188 SERVICE STATION | 204 PARSIPPANY RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4635 | 3469 | | EXXON SERVICE STATION | 3019 RT 46 & RT 202 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4636 | 3505 | | SHELL SERVICE STATION #9508 | 3503 RT 46 & CHERRY HILL RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4637 | 3511 | | ROCK OIL GULF SERVICE STATION | 400 RT 46 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4638 | 3515 | | JCP&L CO OPERATING HDQTRS | 46 PARSIPPANY BLVD AKA RT 206 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07005 | MORRIS |
| 4639 | 66323 | | BOONTON ELECTRONICS CORP | 499 POMEROY RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4640 | 14310 | | ASCO POWER TECHNOLOGIES BIKSUN DIV | 7 EASTMANS RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4641 | 3476 | | BP SERVICE STATION #4320 | 730 RT 46 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4642 | 3537 | | UNITED PARCEL SERVICE INC NJPA | 799 JEFFERSON RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4643 | 14295 | | DAILY RECORD GRAPHIC ARTS CT | 800 JEFFERSON RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4644 | 3472 | | BP SERVICE STATION #2063 | 859 RT 46 | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4645 | 127447 | | SHARKEYS SLF | SHARKEY RD & EDWARDS RD | PARSIPPANY | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4646 | 354628 | | 2 SEDGEFIELD DRIVE | 2 SEDGEFIELD DR | PARSIPPANY-TROY-HILLS | PARSIPPANY-TROY HILLS | 07950 | MORRIS |
| 4647 | 88191 | | 8 BEECHWOOD AVENUE | 8 BEECHWOOD AVE | PARSIPPANY-TROY-HILLS | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4648 | 14304 | | JNBC ASSOC | 100 JEFFERSON RD | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07005 | MORRIS |
| 4649 | 13559 | | RACEWAY PETROLEUM SERVICE STATION | 2140 RT 10 & GLACIER DR | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07981 | MORRIS |
| 4650 | 74779 | | 23 ALPINE ROAD | 23 ALPINE RD | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4651 | 3482 | | PARSIPPANY SHELL SERVICE STATION | 25 RT 46 E & NEW RD | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4652 | 74698 | | 42 DACOTAH AVENUE | 42 DACOTAH AVE | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07034 | MORRIS |
| 4653 | 13562 | | SHELL SERVICE STATION #138472 | 420 N BEVERWYCK RD | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07054 | MORRIS |
| 4654 | 14306 | | NJDHS GREYSTONE PARK PSYCHIATRIC HOSPITAL | 59 KOCH AVE FORMERLY 1 CENTRAL AVE | ARSIPPANY-TROY HILLS TW | MORRIS PLAINS BORO | 07054 | MORRIS |
| 4655 | 53833 | | SPANIER BROTHERS INC | 77 E HALSEY RD | ARSIPPANY-TROY HILLS TW | PARSIPPANY-TROY HILLS | 07054 | MORRIS |

10/14/2016

NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4556 | 3449 | | FULLAM AUTO REPAIR INC | 242 NEWARK POMPTON TPKE | PEQUANNOCK | PEQUANNOCK TWP | 07440 | MORRIS |
| 4557 | 3446 | | LUKOIL SERVICE STATION #57359 | 403 NEWARK POMPTON TPKE | PEQUANNOCK | PEQUANNOCK TWP | 07440 | MORRIS |
| 4658 | 3452 | | LUKOIL SERVICE STATION @57357 | 41 NEWARK-POMPTON TPKE | PEQUANNOCK | PEQUANNOCK TWP | 07440 | MORRIS |
| 4659 | 16414 | | PEQUANNOCK TWP DPW GARAGE | 99 ALEXANDER AVE | PEQUANNOCK | PEQUANNOCK TWP | 07444 | MORRIS |
| 4660 | 74467 | | 4 WHITE BIRCH AVENUE | 4 WHITE BIRCH AVE | PEQUANNOCK TWP | PEQUANNOCK TWP | 07440 | MORRIS |
| 4661 | 14311 | | USDOD ARMY PICATNNY ARSENAL ARMAMNT RD&E CENTER | RT 15 N | PICATINNY | ROCKAWAY TWP | 078065000 | MORRIS |
| 4662 | 3679 | | KIMBER PETROLEUM @ AKARS III SERVICE STATION | 27 RT 46 | PINE BROOK | MONTVILLE TWP | 07045 | MORRIS |
| 4663 | 3712 | | SHELL SERVICE STATION #9505 | 287 CHANGE BRIDGE RD | PINE BROOK | MONTVILLE TWP | 07045 | MORRIS |
| 4664 | 3680 | | PENSKE TRUCK LEASING CO | 57 RT 46 & CHAPIN RD | PINE BROOK | MONTVILLE TWP | 07045 | MORRIS |
| 4665 | 3692 | | JORDAN BUS SERVICES INC | 65 RT 46 | PINE BROOK | MONTVILLE TWP. | 07058 | MORRIS |
| 4666 | 19938 | | GI AUTO SALVAGE CO INC | 85 OLD BLOOMFIELD AVE | PINE BROOK | MONTVILLE TWP | 07058 | MORRIS |
| 4667 | 43023 | | RENTALS UNLIMITED INC | 191 RT 23 | POMPTON PLAINS | PEQUANNOCK TWP | 07444 | MORRIS |
| 4668 | 3445 | | SPEEDWAY SERVICE STATION #03490 | 200 RT 23 | POMPTON PLAINS | PEQUANNOCK TWP | 07444 | MORRIS |
| 4669 | 3435 | | WALID SUNOCO SERVICE STATION #0007 0003 | 540 RT 23 | POMPTON PLAINS | PEQUANNOCK TWP | 07444 | MORRIS |
| 4670 | 434948 | 3405 | HERITAGE SERVICES | 1272 SUSSEX TPKE | RANDOLPH | RANDOLPH TWP | 07869 | MORRIS |
| 4671 | 183359 | | 11 PIERSON HILL ROAD | 11 PIERSONS HILL RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4672 | 28979 | | WOODYS AUTOMOTIVE | 1196 SUSSEX TPKE | RANDOLPH TWP | RANDOLPH TWP | 07970 | MORRIS |
| 4673 | 41979 | | PEGGY KARR GLASS INC | 166 S SALEM ST | RANDOLPH TWP | RANDOLPH TWP | 07801 | MORRIS |
| 4674 | 3424 | | TRANSISTOR DEVICES INC PLANT #2 | 274 S SALEM ST | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4675 | 14788 | | STULL ENGRAVING CO | 35 RIGHTER RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4676 | 3433 | | PINNACLE PETROLEUM RANDOLPH SERVICE STATION | 379 QUAKER CHURCH RD | RANDOLPH TWP | RANDOLPH TWP | 078690000 | MORRIS |
| 4677 | 3425 | | MOHAWK OIL CO INC @ MILLBROOK SUNOCO SERVICE STA | 389 RT 10 & MILLBROOK AVE | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4678 | 411043 | | EP PORTER INC | 42 BENNETT AVE | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4679 | 167201 | | 43 SCHOOLHOUSE ROAD | 43 SCHOOLHOUSE RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4680 | 3418 | | LUKOIL SERVICE STATION #57281 | 514 RT 10 & CENTER GROVE RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4681 | 66582 | | GORDON PUBLICATIONS INC | 6 EMERY AVE | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4682 | 68252 | | 69 SCHOOL HOUSE ROAD | 69 SCHOOL HOUSE RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4683 | 3427 | | ROCKYS AUTOMOTIVE & SUNOCO SERVICE STATION | 736 RT 10 & DOVER CHESTER RD | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4634 | 20904 | | JACK TREBOUR FORD SUZUKI | 906 RT 10 | RANDOLPH TWP | RANDOLPH TWP | 07869 | MORRIS |
| 4685 | 32768 | | US OIL SERVICE STATION | 1 PATERSON HAMBURG TPKE | RIVERDALE | RIVERDALE BORO | 07457 | MORRIS |
| 4686 | 9388 | 45264 | SUNOCO SERVICE STATION #0374-6021 | 75 PATERSON HAMBURG TPKE & POMPTON NEWARK TPKE | RIVERDALE | RIVERDALE BORO | 07547 | MORRIS |
| 4687 | 3361 | | SUNOCO SERVICE STATION #0003 1476 | 10 E MAIN ST & JACKSON AVE | ROCKAWAY | ROCKAWAY BORO | 07856 | MORRIS |
| 4638 | 25886 | | ROCKAWAY SERVICE CENTER | 111 W MAIN ST | ROCKAWAY | ROCKAWAY BORO | 078650000 | MORRIS |
| 4689 | 3370 | | HESS SERVICE STATION #30213 | 197 RT 46 | ROCKAWAY | ROCKAWAY BORO | 07866 | MORRIS |
| 4690 | 15168 | | BP SERVICE STATION #10078 | 277 RT 46 | ROCKAWAY | ROCKAWAY BORO | 07866 | MORRIS |
| 4691 | 3378 | | SHELL SERVICE STATION #9536 | 300 RT 46 & FRANKLIN AVE | ROCKAWAY | ROCKAWAY BORO | 07866 | MORRIS |
| 4692 | 3375 | | GARDEN STATE ROAD MATERIALS @ 311 WEST MAIN ST IND PK | 311 W MAIN ST | ROCKAWAY | ROCKAWAY BORO | 07834 | MORRIS |
| 4693 | 3384 | | MCWILLIAMS FORGE CO INC | 387 FRANKLIN AVE | ROCKAWAY | ROCKAWAY BORO | 07866 | MORRIS |
| 4694 | 20191 | | TREND MOTORS | RT 46 | ROCKAWAY | ROCKAWAY BORO | 07866 | MORRIS |
| 4695 | 3346 | | PROCESS TECHNOLOGY INC | 108 LAKE DENMARK RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4696 | 356276 | | 11 COLONIAL ROAD | 11 COLONIAL RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4697 | 72597 | | DAVID STRAUSS EXCAVATING | 14 NORMAN RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4698 | 155828 | | A&M CONSTRUCTION | 19 NOTCH RD | ROCKAWAY TWP | ROCKAWAY TWP | 07435 | MORRIS |
| 4699 | 3777 | | SPINIELLO CONSTRUCTION CO | 194 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4700 | 172439 | | 2 ELLEN DRIVE | 2 ELLEN DR | ROCKAWAY TWP | ROCKAWAY TWP | 078661905 | MORRIS |
| 4701 | 69803 | | 29 OSLO DRIVE | 29 OSLO DR | ROCKAWAY TWP | ROCKAWAY TWP | 07865 | MORRIS |
| 4702 | 231166 | | 30 UPPER MOUNTAIN AVENUE | 30 UPPER MOUNTAIN AVE | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4703 | 69887 | | 322 GREEN POND ROAD | 322 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4704 | 181547 | | 4 LENOX ROAD | 4 LENOX RD | ROCKAWAY TWP | ROCKAWAY TWP | 07856 | MORRIS |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4705 | 354999 | | 4-1/2 STONYBROOK ROAD | 4 STONYBROOK RD 1/2 | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4706 | 226774 | 16114 | PMG #2504 SERVICE STATION | 401 RT 15 & RICHARD MINE RD | ROCKAWAY TWP | ROCKAWAY TWP | 07801 | MORRIS |
| 4707 | 50759 | | LAKELAND BUS LINES INC | 425 E BLACKWELL ST | ROCKAWAY TWP | ROCKAWAY TWP | 07801 | MORRIS |
| 4708 | 13545 | 67285 | TELEMARK AUTO REPAIR | 452 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 08766 | MORRIS |
| 4709 | 3890 | | NJDM&VA DOVER ARMORY | 479 W CLINTON ST | ROCKAWAY TWP | ROCKAWAY TWP | 07801 | MORRIS |
| 4710 | 3354 | | TOWN SQUARE SHOP & MART SERVICE STATION | 5 MT PLEASANT AVE | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4711 | 3356 | | ROCKAWAY TWP DPW GARAGE | 540 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4712 | 38815 | | ROCKAWAY ENTERPRISES | 73 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4713 | 3360 | | ROCKAWAY SHELL SERVICE STATION | 8-14 GREEN POND RD & I-80 | ROCKAWAY TWP | ROCKAWAY TWP | 07052 | MORRIS |
| 4714 | 74676 | | 840 GREEN POND ROAD | 840 GREEN POND RD | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4715 | 3345 | | ALCOA POWER & PROPULSION CORP EHS | 9 39 ROY ST | ROCKAWAY TWP | DOVER TOWN | 07866 | MORRIS |
| 4716 | 222657 | | 9 WOODSEND TRAIL | 9 WOODSEND TRAIL | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4717 | 117996 | | NJ NATURAL GAS CO | CARREL ST & E BLACKWELL ST | ROCKAWAY TWP | ROCKAWAY TWP | 07801 | MORRIS |
| 4718 | 15594 | | NJDOT ROCKAWAY TWP MAINTENANCE YARD | RT 15 S MM 3.0 | ROCKAWAY TWP | ROCKAWAY TWP | 07866 | MORRIS |
| 4719 | 54304 | | LEDGEWOOD GAS SERVICE STATION | 1174 RT 46 | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4720 | 74744 | | 12 NORMAN LANE | 12 NORMAN LN | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4721 | 66525 | | EXXON SERVICE STATION #34541 | 143 RT 10 | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4722 | 554543 | 55819;3340 | RBT INC TOP SPEED AUTOMOTIVE | 146 LANDING RD AKA LEDGEWOOD LANDING RD | ROXBURY TWP | ROXBURY TWP | 07850 | MORRIS |
| 4723 | 50653 | | EXXON SERVICE STATION #38917 | 1470 RT 46 | ROXBURY TWP | ROXBURY TWP | 07852 | MORRIS |
| 4724 | 60218 | | HEALTH PAVILLION | 1911 RT 46 | ROXBURY TWP | ROXBURY TWP | 07852 | MORRIS |
| 4725 | 13547 | | SHELL SERVICE STATION #138512 | 3 RT 10 & BLACK RIVER RD | ROXBURY TWP | ROXBURY TWP | 07885 | MORRIS |
| 4726 | 3312 | | ROXBURY AUTO WRECKERS | 364 W DEWEY AVE | ROXBURY TWP | ROXBURY TWP | 07847 | MORRIS |
| 4727 | 74584 | | 4 KENVIL AVENUE | 4 KENVIL AVE | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4728 | 44927 | | WARD ENTERPRISES | 634 638 RT 46 | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4729 | 69565 | | 7 MCKEEL DRIVE | 7 MCKEEL DR | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4730 | 3311 | 46939 | NJLG UST1 NJ0195 SERVICE STATION | 84 RT 206 & MOUNTAIN RD | ROXBURY TWP | ROXBURY TWP | 07876 | MORRIS |
| 4731 | 3545 | | NJDOT NETCONG YARD & GARAGE MM 0.2 | 90 RT 183 | ROXBURY TWP | ROXBURY TWP | 07857 | MORRIS |
| 4732 | 3468 | | LUKOIL SERVICE STATION #57719 | 1031 1039 PASSAIC VALLEY RD & PLAINFIELD RD | STIRLING | LONG HILL TWP | 07980 | MORRIS |
| 4733 | 56173 | | CHEVRON OWNED PROPERTY FORMER | 1057 VALLEY RD | STIRLING | LONG HILL TWP | 07980 | MORRIS |
| 4734 | 45461 | | PASSAIC TWP SERVICE STATION | 266 MAIN AVE | STIRLING | LONG HILL TWP | 07980 | MORRIS |
| 4735 | 3485 | | G&M OF NJ INC SERVICE STATION | 5 POPLAR DR & VALLEY RD | STIRLING | LONG HILL TWP | 07980 | MORRIS |
| 4736 | 3344 | | ROXBURY CHRYSLER PLYMOUTH INC | 110 COMMERCE BLVD | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4737 | 3330 | | EXXON SERVICE STATION #34190 | 108 RT 10 & SOUTH ST | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4738 | 370103 | | 130 EYLAND AVENUE | 130 EYLAND AVE | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4739 | 3305 | | LUKOIL SERVICE STATION #57249 | 48 RT 10 & EYLAND AVE | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4740 | 3329 | | SUCCASUNNA SPARTAN SERVICE STATION | 57 RT 10 & EYELAND AVE | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4741 | 3299 | | BAINS AUTOMOTIVE INC SERVICE STATION | 65 RT 10 & SOUTH ST | SUCCASUNNA | ROXBURY TWP | 07876 | MORRIS |
| 4742 | 373829 | | 17 SUNRISE WAY | 17 SUNRISE WAY | TOWACO | MONTVILLE TWP | 07082 | MORRIS |
| 4743 | 3682 | | US OIL SERVICE STATION | 686 RT 202 | TOWACO | MONTVILLE TWP | 07082 | MORRIS |
| 4744 | 3691 | | SUNOCO SERVICE STATION #0012 1988 | 858 RT 202 AKA MAIN ST | TOWACO | MONTVILLE TWP | 07082 | MORRIS |
| 4745 | 357917 | | 14 PARTRIDGE LANE | 14 PARTRIDGE LN | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4746 | 183823 | | 170 FAIRMONT ROAD | 170 FAIRMONT RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4747 | 418844 | | LEONARD NEIGHBOR FARMSTEAD | 177 W MILL RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4748 | 274979 | | WASHINGTON & TEWKSBURY GROUND WATER CONTAMINATION | 20 PAKER RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4749 | 222020 | | 214 BEACON HILL ROAD | 214 BEACON HILL RD | WASHINGTON TWP | WASHINGTON TWP | 07830 | MORRIS |
| 4750 | 3277 | | SUNOCO SERVICE STATION | 359 FAIRMOUNT RD & PARKER RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4751 | 13543 | | LONG VALLEY SUNOCO SERVICE STATION #25390 | 43 E MILL RD & MOUNTAIN VIEW AVE AKA RT 24 & MOUNTAIN VIEW AVE | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4752 | 3284 | | LONG VALLEY MOBIL SERVICE STATION | 69 E MILL RD AKA RT 24 & OLD FARMERS RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4753 | 51245 | | HEMMINGS AUTO TECH | RT 24 & COLEMANS RD AKA E MILL RD | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |

10/14/2016

NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4754 | 488 | | NJDOT HACKETTSTOWN MAINTENANCE YARD | RT 46 & HILL ST | WASHINGTON TWP | WASHINGTON TWP | 07853 | MORRIS |
| 4755 | 45457 | | WHARTON BORO DPW GARAGE | 180 W CENTRAL AVE | WHARTON | WHARTON BORO | 07885 | MORRIS |
| 4756 | 13479 | | SUNOCO SERVICE STATION #0012 0444 | 210 RT 15 S & UNION TPKE | WHARTON | WHARTON BORO | 07885 | MORRIS |
| 4757 | 3272 | | WHARTON EXXON SERVICE STATION | 340 N MAIN ST & MEADOW AVE | WHARTON | WHARTON BORO | 07885 | MORRIS |
| 4758 | 52650 | | CORPORATE COMMUNICATIONS GROUP | 40 42 MEADOW AVE | WHARTON | WHARTON BORO | 079811489 | MORRIS |
| 4759 | 16114 | | CUMBERLAND FARMS 121213/2962 | 401 ROUTE 15 | WHARTON | WHARTON | | MORRIS |
| 4760 | 16673 | | BILL YOUNGS GULF SERVICE STATION | 57 N MAIN ST & PINE ST | WHARTON | WHARTON BORO | 07885 | MORRIS |
| 4761 | 18365 | | FRITZE HEATING & AIR CONDITIONING | 10 SCHOOL ST | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4762 | 15213 | | LUXOIL SERVICE STATION #57320 | 1235 RT 10 | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4763 | 3855 | | SUNOCO SERVICE STATION #0007 D730 | 276 RT 10 | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4764 | 118503 | | CAMPBELL PRATT OIL CO | 290 RT 10 | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4765 | 15208 | | NJLG UST1 N10280 SERVICE STATION | 505 RT 10 & WHIPPANY RD | WHIPPANY | HANOVER TWP | 079810195 | MORRIS |
| 4766 | 3850 | | EXXON SERVICE STATION #8156 | 522 RT 10 | WHIPPANY | HANOVER TWP | 07936 | MORRIS |
| 4767 | 3827 | | WHIPPANY MOBIL SERVICE STATION #RPC05 | 640 RT 10 | WHIPPANY | HANOVER TWP | 079810000 | MORRIS |
| 4768 | 3800 | | WHIPPANY VENTURE I | 75 TROY HILLS RD | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4769 | 15761 | | METLIFE | 85 WHIPPANY RD 67 WHIPPANY RD FORMER | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4770 | 263413 | | AMERICAN DISTRIBUTORS INC @ CHRISTIAN PETER PK | 9 WHIPPANY RD BLDGS A & C | WHIPPANY | HANOVER TWP | 07981 | MORRIS |
| 4771 | 399780 | | CEDAR BRIDGE TAVERN | 210 OLD CEDAR BRIDGE RD | BARNEGAT | BARNEGAT TWP | 08005 | OCEAN |
| 4772 | 2768 | | MJ AUTO REPAIR | 282 RT 72 & RT 554 | BARNEGAT | BARNEGAT TWP | 08005 | OCEAN |
| 4773 | 15149 | | C&L BARNEGAT GULF SERVICE STATION #126433 | 334 S MAIN ST | BARNEGAT | BARNEGAT TWP | 08005 | OCEAN |
| 4774 | 15158 | | SUN HARBOR MARINA | 451 E BAY AVE | BARNEGAT | BARNEGAT TWP | 08005 | OCEAN |
| 4775 | 15692 | | BOBS BAY MARINA | 459 E BAY AVE | BARNEGAT | BARNEGAT TWP | 080050366 | OCEAN |
| 4776 | 3263 | | LIGHTHOUSE MARINA INC | 19 6TH ST & BAYVIEW AVE | BARNEGAT LIGHT | BARNEGAT LIGHT BORO | 08006 | OCEAN |
| 4777 | 66037 | | NJ TRANSIT AUTH RAIL OPERATIONS | 1 TWILIGHT RD & RAILROAD AVE | BAY HEAD BORO | BAY HEAD BORO | 08234 | OCEAN |
| 4778 | 395491 | | BAY HEAD YACHT CLUB | 111 METCALFE ST | BAY HEAD BORO | BAY HEAD BORO | 08742 | OCEAN |
| 4779 | 3242 | | SHORE POINT MARINA & YACHT SALES INC | 1 CORRIGAN AVE | BAYVILLE | BERKELEY TWP | 087210345 | OCEAN |
| 4780 | 3250 | | BEECHWOOD GULF SERVICE STATION #126467 | 10 ATLANTIC CITY BLVD | BAYVILLE | BERKELEY TWP | 08721 | OCEAN |
| 4781 | 557468 | 13478 | SPEEDWAY 3460 | 141 ATLANTIC CITY BLVD | BAYVILLE | BERKELEY TWP | 08721 | OCEAN |
| 4782 | 3247 | | CHOHAAN FUEL SERVICE STATION | 385 RT 9 | BAYVILLE | BERKELEY TWP | 08721 | OCEAN |
| 4783 | 13529 | | JIMS BAYVILLE AMOCO SERVICE STATION | 399 RT 9 & MILL CREEK RD | BAYVILLE | BERKELEY TWP | 087400000 | OCEAN |
| 4784 | 3246 | | SHELL SERVICE STATION #138293 | 455 RT 9 & MOORAGE AVE | BAYVILLE | BERKELEY TWP | 08721 | OCEAN |
| 4785 | 123739 | 3243 | SUNOCO SERVICE STATION | 941 RT 9 | BAYVILLE | BERKELEY TWP | 08721 | OCEAN |
| 4786 | 3255 | | GULF SERVICE STATION | 415 BAY AVE & 5TH ST | BEACH HAVEN | BEACH HAVEN BORO | 08008 | OCEAN |
| 4787 | 46851 | | SICO CO DIRECT SERVICE STATION #16/847 | 12000 LONG BEACH BLVD | BEACH HAVEN CREST | LONG BEACH TWP | 08008 | OCEAN |
| 4788 | 59220 | | LONG BEACH TWP DPW | 7910 LONG BEACH BLVD | BEACH HAVEN CREST | LONG BEACH TWP | 08008 | OCEAN |
| 4789 | 146376 | | BEACHWOOD BORO BD OF ED INTERMEDIATE SCHOOL | 1675 PINEWALD RD | BEACHWOOD | BEACHWOOD BORO | 08722 | OCEAN |
| 4790 | 41888 | | BOBS SUNOCO SERVICE STATION | 658 RT 9 | BEACHWOOD | BEACHWOOD BORO | 08722 | OCEAN |
| 4791 | 25083 | | TEXACO SERVICE STATION #1404500915 | 708 ATLANTIC CITY BLVD AKA RT 9 | BEACHWOOD | BEACHWOOD BORO | 08722 | OCEAN |
| 4792 | 3024 | | LUXOIL SERVICE STATION | 2301 W COUNTY LINE RD & BENNETTS MILL RD | BENNETTS MILLS | JACKSON TWP | 08527 | OCEAN |
| 4793 | 13478 | | SPEEDWAY SERVICE STATION #03460 | 125 RT 9 & JFK BLVD | BERKELEY TWP | BERKELEY TWP | 08754 | OCEAN |
| 4794 | 84351 | | 126 SHERMAN AVENUE | 126 SHERMAN AVE | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4795 | 84395 | | 13 ARIMA COURT | 13 ARIMA CT | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4796 | 19660 | | HESS SERVICE STATION #30232 | 250 LOCUST ST | BERKELEY TWP | BERKELEY TWP | 08759 | OCEAN |
| 4797 | 22212 | | SOUTH BRUNSWICK ASPHALT MACHINE SHOP | 252 RT 9 | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4798 | 122723 | | 470 CLIFTON AVENUE | 470 CLIFTON AVE | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4799 | 85313 | | 611 LAUREL STREET | 611 LAUREL ST | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4800 | 13530 | | A KURNEL & SONS | 821 RT 9 | BERKELEY TWP | BERKELEY TWP | 08754 | OCEAN |
| 4801 | 3236 | | OCEAN CNTY ROBERT J MILLER AIRPARK | 901 RT 530 W | BERKELEY TWP | BERKELEY TWP | 07922 | OCEAN |
| 4802 | 57260 | | BROOKS AVENUE GROUNDWATER CONTAMINATION | BROOKS AVE | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NIEMS SITE_ID | Former NIEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4803 | 85914 | | HARBORAGE AVENUE & DOCKAGE ROAD GROUNDWATER CONTAMINATION | HARBORAGE AVE & DOCKAGE RD | BERKELEY TWP | BERKELEY TWP | 08721 | OCEAN |
| 4804 | 120119 | | AIRPARK HANGAR @ ROBERT J MILLER AIRPARK | RT 530 & MULE RD | BERKELEY TWP | BERKELEY TWP | 07922 | OCEAN |
| 4805 | 49218 | | WATERSPORTS | 3100 LONG BEACH BLVD | BRANT BEACH | LONG BEACH TWP | 080080000 | OCEAN |
| 4806 | 3184 | | SUNOCO SERVICE STATION #0004 6334 | 631 643 MANTOLOKING RD & S DOCK RD | BRETON WOODS | BRICK TWP | 08723 | OCEAN |
| 4807 | 67035 | | SHELL SERVICE STATION | 100 BRICK PLAZA | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4808 | 3196 | | BRICK TWP MUA | 1551 RT 88 | BRICK TOWN | BRICK TWP | 08724 | OCEAN |
| 4809 | 3185 | | OCEAN AUTO TECH INC | 175 BRICK BLVD & STERNER DR | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4810 | 3215 | | LEPORE MOBIL SERVICE STATION | 380 HERBERTSVILLE RD | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4811 | 15808 | | STAVOLA ASPHALT CO INC | 429 CHAMBERS BRIDGE RD | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4812 | 3173 | | MED BRICK GAS SERVICE STATION | 592 RT 70 | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4813 | 3206 | | BAYWOOD MARINA | 63 PILOT DR | BRICK TOWN | BRICK TWP | 08723 | OCEAN |
| 4814 | 3186 | | SHELL SERVICE STATION #9510 | BRICK BLVD & BURNT TAVERN RD AKA RT 549 | BRICK TOWN | BRICK TWP | 08701 | OCEAN |
| 4815 | 66247 | | BRICK TWP FRENCHS SLF | 1060 SALLY IKE RD | BRICK TWP | BRICK TWP | 08723 | OCEAN |
| 4816 | 89700 | | SFRD AUTOMOTIVE | 2005 RT 88 | BRICK TWP | BRICK TWP | 08724 | OCEAN |
| 4817 | 189668 | | 274 HORACE COURT | 274 HORACE CT | BRICK TWP | BRICK TWP | 087231606 | OCEAN |
| 4818 | 454508 | | CUMBERLAND FARMS STORE & DRY CLEANERS FORMER | 374 380 DRUM POINT RD | BRICK TWP | BRICK TWP | 08723 | OCEAN |
| 4819 | 3228 | | GULF SERVICE STATION | 1150 BURNT TAVERN RD | BRICKTOWN | BRICK TWP | 087230000 | OCEAN |
| 4820 | 3171 | | TEXACO SERVICE STATION #100800 | 2086 RT 88 & COOLIDGE DR | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4821 | 3195 | | LUKOIL SERVICE STATION #57210 | 2225 RT 88 & JORDAN RD | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4822 | 3214 | | GETTY SERVICE STATION #90103 | 2778 HOOPER AVE | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4823 | 3181 | | LUKOIL SERVICE STATION #57621 | 310 BRICK BLVD & LAKE SHORE DR | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4824 | 3212 | | CAPE BRETON AUTOMOTIVE INC | 431 MANTALOXING RD | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4825 | 3187 | | THE HINCKLEY CO | 5 MANTOLOKING RD | BRICKTOWN | BRICK TWP | 08738 | OCEAN |
| 4826 | 3221 | | GETTY SERVICE STATION #57265 | 52 CHAMBERS BRIDGE RD | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4827 | 3226 | | TEXACO SERVICE STATION #100319 | 639 BRICK BLVD | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4828 | 3199 | | JERSEY SHORE MARINA & BOAT SALES | 841 RT 70 | BRICKTOWN | BRICK TWP | 08724 | OCEAN |
| 4829 | 13527 | | GETTY SERVICE STATION #56149 | 91 BRICK BLVD AKA RT 549 N | BRICKTOWN | BRICK TWP | 087380000 | OCEAN |
| 4830 | 3194 | | EXXON SERVICE STATION #33008 | RT 88 & ADAMS DR | BRICKTOWN | BRICK TWP | 08723 | OCEAN |
| 4831 | 3100 | | SHELL SERVICE STATION #9512 | 1350 RT 9 & INDIAN HEAD RD AKA RT 9 & 571 | BRICKTOWN | TOMS RIVER TWP | 08753 | OCEAN |
| 4832 | 66397 | | TOMS RIVER TWP SLF | 1672 CHURCH RD & BAY AVE | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4833 | 13509 | | SUNOCO SERVICE STATION #0011 5212 | 1815 RT 9 & SILVERTON RD | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4834 | 3143 | | SHELL SERVICE STATION #138518 | 1854 HOOPER AVE & MOORE AVE | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4835 | 13501 | | AMACO SERVICE STATION FORMER | 199 RT 70 & RT 527 | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4836 | 13506 | | SHELL SERVICE STATION #138516 | 247 RT 37 & LAKEHURST RD | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4837 | 13502 | | OHANA SHELL SERVICE STATION | 3006 RT 37 E & FISCHER BLVD FORMERLY 307 RT 37 | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4838 | 444510 | | 3121 ROUTE 37 | 3121 RT 37 | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4839 | 146892 | | 314 BARCELONA DRIVE | 314 BARCELONA DR | DOVER TWP | TOMS RIVER TWP | 08783 | OCEAN |
| 4840 | 54993 | | TOMS RIVER PLUMBING SUPPLY | 320 W WATER ST | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4841 | 13504 | | SUNOCO SERVICE STATION #0002 1956 | 370 RT 37 & PETER AVE | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4842 | 3050 | | SHELL SERVICE STATION #8475 0680 | 471 RT 37 & WASHINGTON ST | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4843 | 70587 | | 5 BASH ROAD | 5 BASH RD | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4844 | 84516 | | 58 15TH STREET | 58 15TH ST | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4845 | 92154 | | 671 MCCORMICK DRIVE | 671 MCCORMICK DR | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4846 | 13514 | | POINT BAY FUEL INC | 71 IRONS ST 11 IRONS ST | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4847 | 83764 | | 949 VAUGHN AVENUE | 949 VAUGHN AVE | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4848 | 83622 | | 996 PORT AU PRINCE STREET | 996 PORT AU PRINCE ST | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4849 | 66700 | | BRETON HARBORS GROUNDWATER CONTAMINATION | BRETON HARBOR DR. | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4850 | 13516 | | NJ STATE POLICE PLEASANT PLAINS STATION | GARDEN STATE PKWY MM 83.8 | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |
| 4851 | 66494 | | HOLIDAY CITY | SILVERTON RD | DOVER TWP | TOMS RIVER TWP | 08753 | OCEAN |

10/14/2016