NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4852 | 3008 | | ASSOCIATED HUMANE SOCIETIES INC @ POPCORN ZOO | 1 HUMANE WAY | FORKED RIVER | LACEY TWP | 08731 | OCEAN |
| 4853 | 148662 | | WAWA FOOD MARKET #958 | 444 S MAIN ST & TAYLOR LN AKA RT 9 | FORKED RIVER | LACEY TWP | 08731 | OCEAN |
| 4854 | 15856 | | EXELON GENERATING CO INC @ OYSTER CREEK NUCLEAR GENERATING STATION | 741 RT 9 | FORKED RIVER | LACEY TWP | 08731 | OCEAN |
| 4855 | 3002 | | FORKED RIVER SHELL SERVICE STATION | 930 LACEY RD & NEWARK | FORKED RIVER | LACEY TWP | 08731 | OCEAN |
| 4856 | 44839 | | ISLAND HEIGHTS BORO SEWER AUTH | 130 LAKE AVE & LAUREL AVE | ISLAND HEIGHTS BORO | ISLAND HEIGHTS BORO | 08732 | OCEAN |
| 4857 | 57101 | | TOMS RIVER AUTO BODY | 137 CENTRAL AVE | ISLAND HEIGHTS BORO | ISLAND HEIGHTS BORO | 08732 | OCEAN |
| 4858 | 15175 | | SUNOCO SERVICE STATION #0004 6258-04 | 1693 RT 37 & WASHINGTON ST | ISLAND HEIGHTS BORO | ISLAND HEIGHTS BORO | 08732 | OCEAN |
| 4859 | 15153 | | EXXON SERVICE STATION #8157 | 1705 RT 37 & W END AVE | ISLAND HEIGHTS BORO | ISLAND HEIGHTS BORO | 08732 | OCEAN |
| 4860 | 3015 | | SUNOCO SERVICE STATION #0011 9701 | 1 N HOPECHAPEL RD AKA RT 547 & 528 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4861 | 3026 | | SUNOCO SERVICE STATION #0012 3935 | 2 COUNTY LINE RD & BENNETT'S MILLS RD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4862 | 13495 | | FUELMART INC | 29 CASSVILLE RD AKA RT 571 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4863 | 3019 | | TEXACO SERVICE STATION #100252 | 346 W COUNTY LINE RD & RT 526 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4864 | 35682 | | UNITED INDUSTRIES CORP | 38 DON CONNER BLVD | JACKSON TWP | JACKSON TWP | 63044 | OCEAN |
| 4865 | 3013 | | OCEAN CNTY ROAD DEPT JACKSON GARAGE | 38 DON CONNOR BLVD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4866 | 85405 | | BROOK PLAZA SHOPPING CENTER | 400 S NEW PROSPECT RD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4867 | 3023 | | METEDECONK NATIONAL GOLF CLUB | 50 HANNAH HILL RD & RT 527 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4868 | 3021 | | SUNOCO SERVICE STATION #0014 3248 | 521 MONMOUTH RD AKA RT 537 & 526 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4869 | 14573 | | SIX FLAGS GREAT ADVENTURE PARK & SAFARI | 575 MONMOUTH RD AKA RT 537 1 SIX FLAGS BLVD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4870 | 84376 | | COUNTRY SQUARE MALL | 7 COUNTY LINE RD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4871 | 147580 | | 734 HYSON ROAD | 734 HYSON RD | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4872 | 66289 | | POWERS FARM | W COUNTY LINE RD AKA RT 526 | JACKSON TWP | JACKSON TWP | 08527 | OCEAN |
| 4873 | 341603 | | 1003 CLAIRMORE AVENUE | 1003 CLAIRMORE AVE | LACEY | LACEY TWP | 08734 | OCEAN |
| 4874 | 204882 | | 315 CONSTITION DRIVE | 315 CONSTITUTION DR | LACEY TWP | LACEY TWP | 08731 | OCEAN |
| 4875 | 45208 | | KEN BLOOD MERCRUISER REPAIRS | 621 RT 9 | LACEY TWP | LACEY TWP | 08731 | OCEAN |
| 4876 | 13491 | | NJ TURNPIKE AUTH FORKED RIVER SERVICE AREA RESTAURANT & MOBIL SERVICE STATION | GARDEN STATE PKWY MM 76.0 | LACEY TWP | LACEY TWP | 08731 | OCEAN |
| 4877 | 66659 | | LANOKA HARBOR GROUNDWATER CONTAMINATION | LANOKA HARBOR | LACEY TWP | LACEY TWP | 08734 | OCEAN |
| 4878 | 3240 | | OCEAN CNTY ROAD DEPT LACEY GARAGE | MULE RD & DOVER RD | LACEY TWP | LACEY TWP | 08731 | OCEAN |
| 4879 | 124738 | | PARKER ASSOC | PARKER AVE & OAK ST | LACEY TWP | LACEY TWP | 07932 | OCEAN |
| 4880 | 13497 | | SHELL SERVICE STATION #138354 | RT 9 & LACEY RD | LACEY TWP | LACEY TWP | 08731 | OCEAN |
| 4881 | 12998 | | HALLS GULF SERVICE STATION #126457 | 99 RT 70 | LAKEHURST | LAKEHURST BORO | 08733 | OCEAN |
| 4882 | 2986 | | LAKEHURST EXXON SERVICE STATION | RT 70 & EISENHOWER CIR | LAKEHURST | LAKEHURST BORO | 08027 | OCEAN |
| 4883 | 2930 | | GETTY SERVICE STATION #00660 | 100 RIVER AVE AKA RT 9 | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4884 | 2993 | | MADISON GULF SERVICE STATION #126474 | 1001 MADISON AVE & 10TH ST AKA RT 9 & 10TH ST | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4885 | 60788 | | TEXACO SERVICE STATION #100305 | 103 RIVER AVE AKA RT 9 | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4886 | 2921 | | AMOCO SERVICE STATION #60175 | 1255 RIVER AVE AKA RT 9 & CHESTNUT ST | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4887 | 2963 | | DELTA SERVICE STATION | 1441 RT 88 & LANES MILL RD AKA OCEAN AVE & LANES MILL RD | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4888 | 2996 | | TIGER TAIL SERVICE STATION | 1444 OCEAN AVE AKA RT 88 | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4889 | 2924 | | SHELL SERVICE STATION #4140 0107 | 1450 RT 88 & CHAMBERS BRIDGE RD | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4890 | 2971 | | FLEET PETROLEUM SERVICE STATION | 1505 RIVER RD & LOCUST ST AKA RT 9 | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4891 | 258512 | | 155 POWDERHORN DRIVE | 155 POWDERHORN DR | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4892 | 2965 | | SHELL SERVICE STATION #100269 | 1650 RT 70 & GARDEN STATE PKWY | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4893 | 2931 | | SHELL SERVICE STATION #9524 | 1715 MADISON AVE AKA RT 9 & KENNEDY BLVD | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4894 | 341480 | | SWATHMORE CORP @ LAKEWOOD IND CAMPUS | 1785 SWATHMORE AVE | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4895 | 2929 | | SUNOCO SERVICE STATION #0004-5895 | 27 MADISON AVE AKA RT 9 | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4896 | 38455 | | TILTONS USED AUTO PARTS | 585 SQUANKUM RD | LAKEWOOD | LAKEWOOD TWP | 087010000 | OCEAN |
| 4897 | 2947 | | LAKEWOOD TWP DPW | 9TH ST & PRINCETON AVE | LAKEWOOD | LAKEWOOD TWP | 08701 | OCEAN |
| 4898 | 83827 | | 130 LIBERTY DRIVE | 130 LIBERTY DR | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4899 | 13485 | | OCEAN CNTY ROAD DEPT LAKEWOOD GARAGE | 1300 KENNEDY BLVD | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4900 | 85564 | | LUMINER CONVERTING INC @ LAKEWOOD IND CAMPUS | 1925 SWARTHMORE AVE | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4901 | 54490 | | MONE AUTO SUPPLY | 244 MAIN ST | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4902 | 69700 | | 310 JOE PARKER ROAD | 310 JOE PARKER RD STE C | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4903 | 213910 | | JCP&L LAKEWOOD MGP FORMER | 378 LAUREL AVE & CLOVER ST | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4904 | 2956 | | GPU ENERGY INC LAKEWOOD GARAGE COMPLEX #9966 | 655 SQUANKUM RD | LAKEWOOD TWP | LAKEWOOD TWP | 08754 | OCEAN |
| 4905 | 13472 | | DELTA SERVICE STATION | 951 MADISON AVE & 10TH ST AKA RT 9 | LAKEWOOD TWP | LAKEWOOD TWP | 08754 | OCEAN |
| 4906 | 89247 | | CONGREGATION SONS OF ISRAEL PARK AVENUE | PARK AVE & RIDGE AVE | LAKEWOOD TWP | LAKEWOOD TWP | 08701 | OCEAN |
| 4907 | 46018 | | LAVALLETTE BORO DPW | 120 WASHINGTON AVE | LAVALLETTE | LAVALLETTE BORO | 087350000 | OCEAN |
| 4908 | 2909 | | KELLYS SEA BAY SUNOCO STATION #100610 | 2007 GRAND CENTRAL AVE & PRINCETON AVE | LAVALLETTE | LAVALLETTE BORO | 08735 | OCEAN |
| 4909 | 2898 | | TUCKERTON SUNOCO SERVICE STATION | 1080 1520 RT 539 | LITTLE EGG HARBOR | LITTLE EGG HARBOR TWP | 08721 | OCEAN |
| 4910 | 183348 | | 251 CENTER STREET | 251 CENTER ST | LITTLE EGG HARBOR | LITTLE EGG HARBOR TWP | 080872108 | OCEAN |
| 4911 | 2894 | | BRENNANS GAS & GO SERVICE STATION | 8101 LONG BEACH BLVD | LONG BEACH | LONG BEACH TWP | 08092 | OCEAN |
| 4912 | 18202 | | GULF SERVICE STATION | 13601 LONG BEACH BLVD | LONG BEACH TWP | LONG BEACH TWP | 08008 | OCEAN |
| 4913 | 2784 | | TEXACO SERVICE STATION #100272 | 138 RT 72 & UNION AVE | MANAHAWKIN | STAFFORD TWP | 08050 | OCEAN |
| 4914 | 2788 | | US GAS SERVICE STATION | 524 RT 72 & JUG HANDLE | MANAHAWKIN | STAFFORD TWP | 08573 | OCEAN |
| 4915 | 374621 | | NJDEP RUSSOS BP SERVICE STATION | 56 E BAY AVE | MANAHAWKIN | STAFFORD TWP | 08050 | OCEAN |
| 4916 | 2798 | | SHELL SERVICE STATION #138411 | 700 RT 72 & MILLCREEK RD | MANAHAWKIN | STAFFORD TWP | 08050 | OCEAN |
| 4917 | 2801 | | SHELL SERVICE STATION #138412 | RT 72 & JENNINGS RD | MANAHAWKIN | STAFFORD TWP | 080500000 | OCEAN |
| 4918 | 3079 | | GETTY SERVICE STATION #00523 | 1741 RT 37 | MANCHESTER TWP | MANCHESTER TWP | 08753 | OCEAN |
| 4919 | 15858 | | HERITAGE MINERALS INC | RT 70 MM 41 | MANCHESTER TWP | MANCHESTER TWP | 08733 | OCEAN |
| 4920 | 37608 | | USDOD NAVAL AIR STATION LAKEHURST @ JB MDL | S HOPE CHAPEL RD & HANOVER RD AKA RT 547 | MANCHESTER TWP | MANCHESTER TWP | 08733 | OCEAN |
| 4921 | 57319 | | SERVICE STATION FORMER | 771 RT 9 | MAYETTA | STAFFORD TWP | 08092 | OCEAN |
| 4922 | 18572 | | GULF SERVICE STATION | 199 MATHISTOWN RD & CENTER ST | MYSTIC ISLANDS | LITTLE EGG HARBOR TWP | 08087 | OCEAN |
| 4923 | 43654 | | MARSHALLS CORNER GULF SERVICE STATION | 295 LAKEWOOD RD RT 528 & 539 | NEW EGYPT | PLUMSTED TWP | 085330000 | OCEAN |
| 4924 | 2857 | | EXXON SERVICE STATION #36025 | 55 N MAIN ST | NEW EGYPT | PLUMSTED TWP | 08533 | OCEAN |
| 4925 | 3124 | | SULLIVANS ISLAND SERVICE CENTER | 3587 RT 35 | NORMANDY BEACH | TOMS RIVER TWP | 087390000 | OCEAN |
| 4926 | 13465 | | JERSEY SHORE WATER CRAFT | 101 BALTIC AVE | OCEAN TWP | OCEAN TWP | 087582416 | OCEAN |
| 4927 | 13461 | | SUNOCO SERVICE STATION #0010-0362 | 409 412 RT 9 & MAIN ST | OCEAN TWP | OCEAN TWP | 08758 | OCEAN |
| 4928 | 3081 | | ORTLEY BEACH CITGO SERVICE STATION | 1956 RT 35 & 4TH AVE | ORTLEY BEACH | TOMS RIVER TWP | 08742 | OCEAN |
| 4929 | 2863 | | LUKOIL SERVICE STATION #57205 | 400 RT 9 & AVON RD | PINE BEACH | PINE BEACH BORO | 08741 | OCEAN |
| 4930 | 84540 | | 10 EVERGREEN ROAD | 10 EVERGREEN RD | PLUMSTED TWP | PLUMSTED TWP | 08533 | OCEAN |
| 4931 | 2855 | | NEW EGYPT CITGO SERVICE STATION | 34 N MAIN ST | PLUMSTED TWP | PLUMSTED TWP | 08533 | OCEAN |
| 4932 | 4077 | | CREAM RIDGE MOBIL SERVICE STATION | 410 RT 539 | PLUMSTED TWP | PLUMSTED TWP | 08514 | OCEAN |
| 4933 | 2850 | | C&H TIRE & PERFORMANCE CENTER | 787 RT 537 | PLUMSTED TWP | PLUMSTED TWP | 08514 | OCEAN |
| 4934 | 373276 | | 98 MAGNOLIA AVENUE | 98 MAGNOLIA AVE | PLUMSTED TWP | PLUMSTED TWP | 08533 | OCEAN |
| 4935 | 194304 | | 307 ARNOLD AVENUE | 307 ARNOLD AVE | POINT P BEACH BORO | OINT PLEASANT BEACH BORO | | OCEAN |
| 4936 | 2847 | | SINGIN SERVICE STATION | 2149 BRIDGE AVE | POINT PLEASANT | POINT PLEASANT BORO | 08742 | OCEAN |
| 4937 | 83382 | | BAY & BRIDGE SUNOCO SERVICE STATION | 219 BRIDGE AVE | POINT PLEASANT | POINT PLEASANT BORO | 08742 | OCEAN |
| 4938 | 15160 | | BORO CLEANERS & TAILORS | 2251 BRIDGE AVE | POINT PLEASANT | POINT PLEASANT BORO | 08742 | OCEAN |
| 4939 | 13458 | | GETTY SERVICE STATION #56255 FORMER | 2501 BRIDGE AVE | POINT PLEASANT | POINT PLEASANT BORO | 087425198 | OCEAN |
| 4940 | 15771 | | EXXON SERVICE STATION #33019 | 656 RT 88 & BAY AVE | POINT PLEASANT | POINT PLEASANT BORO | 08742 | OCEAN |
| 4941 | 2829 | | CITGO SERVICE STATION | 700 RT 88 & BAY AVE | POINT PLEASANT | POINT PLEASANT BORO | 08142 | OCEAN |
| 4942 | 13455 | | BRIGGS TRANSPORTATION SERVICE | 1104 RICHMOND AVE | POINT PLEASANT BEACH | OINT PLEASANT BEACH BORO | 08742 | OCEAN |
| 4943 | 2823 | | EXXON SERVICE STATION #8124 | 200 RIVER AVE & RT 35 | POINT PLEASANT BEACH | OINT PLEASANT BEACH BORO | 08742 | OCEAN |
| 4944 | 2819 | | GULF SERVICE STATION | 601 RICHMOND AVE | POINT PLEASANT BEACH | POINT PLEASANT BORO | 08742 | OCEAN |
| 4945 | 144898 | | BRITE & KLEEN COIN OPERATED LAUNDRY | 603 605 RICHMOND AVE | POINT PLEASANT BEACH | OINT PLEASANT BEACH BORO | 08742 | OCEAN |
| 4946 | 47990 | | SUNOCO SERVICE STATION #0004-5872 | 901 RICHMOND AVE & ATLANTIC AV | POINT PLEASANT BEACH | OINT PLEASANT BEACH BORO | 08742 | OCEAN |
| 4947 | 91752 | | KEATING LINDA | 1666 W END DR | POINT PLEASANT BORO | POINT PLEASANT BORO | 08742 | OCEAN |
| 4948 | 129694 | | 2216 MIDDLE AVENUE | 2216 MIDDLE AVE | POINT PLEASANT BORO | POINT PLEASANT BORO | 08742 | OCEAN |
| 4949 | 85135 | | 242 EASTHAM ROAD | 242 EASTHAM RD | POINT PLEASANT BORO | POINT PLEASANT BORO | 08742 | OCEAN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4950 | 2831 | | CLARKS LANDING MARINA INC | 847 ARNOLD AVE | POINT PLEASANT BORO | POINT PLEASANT BORO | 08742 | OCEAN |
| 4951 | 46826 | | SEASIDE PARK BORO WELL #6 | 1201 BARNEGAT AVE & 13TH AVE | SEASIDE PARK | SEASIDE PARK BORO | 08752 | OCEAN |
| 4952 | 2822 | | LUKOIL SERVICE STATION | 808 E CENTRAL AVE | SEASIDE PARK | SEASIDE PARK BORO | 08752 | OCEAN |
| 4953 | 44572 | | BERKELEY YACHT BASIN INC | CENTRAL AVE & J ST | SEASIDE PARK | SEASIDE PARK BORO | 08752 | OCEAN |
| 4954 | 2812 | | SICO DIRECT SERVICE STATION #839 | 1701 LONG BEACH BLVD & 17TH ST | SHIP BOTTOM | SHIP BOTTOM BORO | 08008 | OCEAN |
| 4955 | 2811 | | LUKOIL SERVICE STATION #57273 | 221 8TH ST & CENTRAL AVE | SHIP BOTTOM | SHIP BOTTOM BORO | 08008 | OCEAN |
| 4956 | 2816 | | FRIENDLY MANAGEMENT CO SERVICE STATION | 237 W 8TH ST | SHIP BOTTOM | SHIP BOTTOM BORO | 08008 | OCEAN |
| 4957 | 2817 | | SUNOCO SERVICE STATION #0010-0230 | 305 8TH ST | SHIP BOTTOM | SHIP BOTTOM BORO | 08008 | OCEAN |
| 4958 | 45586 | | OCEAN CNTY SHIP BOTTOM GARAGE | 6TH ST & BARNEGAT AVE | SHIP BOTTOM | SHIP BOTTOM BORO | 08005 | OCEAN |
| 4959 | 2818 | | EXXON SERVICE STATION #36195 | 8TH ST & LONG BEACH BLVD | SHIP BOTTOM | SHIP BOTTOM BORO | 08008 | OCEAN |
| 4960 | 3141 | | LUKOIL SERVICE STATION #57206 | 1820 1826 HOOPER AVE & POLHEMUS RD | SILVERTON | TOMS RIVER TWP | 08753 | OCEAN |
| 4961 | 38404 | 157326 | LIGHTHOUSE POINT MARINA & YACHT CLUB | 1 CRABBE RD | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08754 | OCEAN |
| 4962 | 45959 | | SOUTH TOMS RIVER BORO | 144 MILL ST & DREW LN | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08757 | OCEAN |
| 4963 | 55802 | | WIGGYS HONDA | 225 RT 166 & ATLANTIC CITY BLVD | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08757 | OCEAN |
| 4964 | 2815 | | TEXACO SERVICE STATION #100282 | 300 DOVER RD | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08757 | OCEAN |
| 4965 | 2807 | | DELTA TOMS RIVER SERVICE STATION | 389 DOVER RD | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08757 | OCEAN |
| 4966 | 45818 | | SHELL SERVICE STATION #8475 0103 @ MATHIS PLAZA | RT 166 | SOUTH TOMS RIVER | SOUTH TOMS RIVER BORO | 08753 | OCEAN |
| 4967 | 87295 | | NAPA AUTO PARTS | 46 FLINT RD | SOUTH TOMS RIVER BORO | SOUTH TOMS RIVER BORO | 08757 | OCEAN |
| 4968 | 168613 | | 1378 PAUL BOULEVARD | 1378 PAUL BLVD | STAFFORD TWP | STAFFORD TWP | 08050 | OCEAN |
| 4969 | 200760 | | DIFFENBAUGH | 1452 MAIN ST | STAFFORD TWP | STAFFORD TWP | 080503010 | OCEAN |
| 4970 | 41678 | | BOB KALSCH CONSTRUCTION CO INC | 460 BAY AVE | STAFFORD TWP | STAFFORD TWP | 08050 | OCEAN |
| 4971 | 44485 | | ISLAND MOTORS INC | 610 BAY AVE | STAFFORD TWP | STAFFORD TWP | 08008 | OCEAN |
| 4972 | 13449 | | GULF SERVICE STATION | 980 BAY AVE | STAFFORD TWP | STAFFORD TWP | 08721 | OCEAN |
| 4973 | 3233 | | SHELL SERVICE STATION #9511 | 1095 RT 37 & BANANIER DR | TOMS RIVER | TOMS RIVER TWP | 08756 | OCEAN |
| 4974 | 161372 | | CUSTOM CREATIONS & RENOVATION | 1130 BAY AVE | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4975 | 3073 | | HOLIDAY TEXACO SERVICE CENTER & CAR WASH | 1194 RT 37 & SUMNER AVE | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4976 | 53693 | | STELA LUMBER CO | 1251 RT 37 | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4977 | 3113 | | US POSTAL SERVICE TOMS RIVER POST OFFICE | 130 W WATER ST | TOMS RIVER | TOMS RIVER TWP | 087539998 | OCEAN |
| 4978 | 3121 | | LUKOIL SERVICE STATION #57285 | 1690 RT 37 & VAUGHN AVE | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4979 | 3097 | | MOBIL SERVICE STATION #57260 | 1699 HOOPER AVE & FISHER BLVD AKA RT 549 & RT 549 SPUR | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4980 | 3088 | | SILVERTON EXXON SERVICE STATION | 1900 HOOPER AVE & CHURCH RD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4981 | 3087 | | A&K GULF SERVICE STATION #126439 | 2063 RT 37 & COOLIDGE AVE | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4982 | 46059 | | MOBIL SERVICE STATION #15AFK | 264 RT 37 & GERMANIA STATION RD | TOMS RIVER | TOMS RIVER TWP | 087530000 | OCEAN |
| 4983 | 3078 | | TOMMIE VEES SERVICE STATION | 281 RT 37 & CLIFTON AVE | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4984 | 3072 | | LUKOIL SERVICE STATION #57280 | 700 RT 37 & TANAGER DR | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4985 | 3151 | | EAGLE GAS SERVICE STATION | 735 FISCHER BLVD & MATSO DR | TOMS RIVER | TOMS RIVER TWP | 08734 | OCEAN |
| 4986 | 3152 | | CUMBERLAND FARMS GULF SERVICE STATION | 820 FISCHER BLVD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4987 | 3119 | | HOLIDAY EXXON SERVICE STATION | 851 RT 37 & MULE RD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4988 | 3085 | | LEHIGH GAS SERVICE STATION | 869 FISCHER BLVD FORMERLY 935 FISCHER BLVD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4989 | 15174 | | FISCHER BOULEVARD EXXON SERVICE STATION #38816 | 919 FISCHER BLVD & HAZELWOOD RD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4990 | 3082 | | GETTY SERVICE STATION #56045 | 940 RT 166 & PRESIDENTIAL BLVD | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4991 | 46778 | | JCP&L TOMS RIVER DIST OPERATIONS COC | ADAFRE AVE 581 HIGHLAND PKWY | TOMS RIVER | TOMS RIVER TWP | 08753 | OCEAN |
| 4992 | 3094 | | CHADWICK ISLAND MARINA INC | 400 STRICKLAND BLVD | TOMS RIVER TWP | TOMS RIVER TWP | 08735 | OCEAN |
| 4993 | 13447 | | TUCKERTON FUEL SERVICE STATION | 109 E MAIN ST AKA RT 9 & 539 | TUCKERTON | TUCKERTON BORO | 08087 | OCEAN |
| 4994 | 2774 | | GETTY SERVICE STATION #56258 | 118 W MAIN ST | TUCKERTON | TUCKERTON BORO | 08087 | OCEAN |
| 4995 | 2775 | | SHELL SERVICE STATION #138529 | 7 E MAIN ST AKA RT 9 & WATER ST | TUCKERTON | TUCKERTON BORO | 08532 | OCEAN |
| 4996 | 15164 | | TEXACO SERVICE STATION #100304 | 924 RADIO RD & DYKE PL | TUCKERTON RADIO STATION | LITTLE EGG HARBOR TWP | 08087 | OCEAN |
| 4997 | 2865 | | WARETOWN GULF SERVICE STATION | 528, 530 RT 9 | WARETOWN | OCEAN TWP | 08758 | OCEAN |
| 4998 | 126633 | | WAWA FOOD MARKET #948 | 1180 RT 70 | WHITING | MANCHESTER TWP | 08759 | OCEAN |

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 4999 | 2879 | | VILLAGE GULF SERVICE STATION #61957 | 498 RT 530 | WHITING | MANCHESTER TWP | 08759 | OCEAN |
| 5000 | 479441 | | KEN ALTA INC | 12286 BARRANCA RD | CAMARILLO | OUT OF STATE | 93012 | OUT OF STATE |
| 5001 | 2756 | | VIBRATION MOUNTINGS & CONTROLS | 113 MAIN ST | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5002 | 53601 | | NORMAN SHEET METAL CO INC | 132 UNION AVE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5003 | 175797 | | GULF SERVICE STATION | 146 MAIN ST AKA HAMBURG TPKE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5004 | 2757 | | US OIL CORP SERVICE STATION | 149 PATERSON HAMBURG TPKE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5005 | 22469 | | BUTLER FOREIGN CAR INC | 159 GLENWILD AVE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5006 | 25984 | | PRITCHARD AUTOMOTIVE INC | 172 GLENWILD AVE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5007 | 2763 | | LUKOIL SERVICE STATION | 50 MAIN ST | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5008 | 92363 | | 50 VAN DAM AVENUE | 50 VAN DAM AVE | BLOOMINGDALE | BLOOMINGDALE BORO | 074031715 | PASSAIC |
| 5009 | 2761 | | MOBIL SERVICE STATION #15BFW | 6 MAIN ST & VAN DAM AVE | BLOOMINGDALE | BLOOMINGDALE BORO | 07403 | PASSAIC |
| 5010 | 13434 | | LUBRIZOL ADVANCED MATERIALS INC | 1 INDUSTRIAL ST W & STYERTOWNE RD | CLIFTON | CLIFTON CITY | 070120997 | PASSAIC |
| 5011 | 14286 | | GIVAUDAN ROURE CORP | 100 125 DELAWANNA AVE | CLIFTON | CLIFTON CITY | 070115034 | PASSAIC |
| 5012 | 2673 | | RIVERWALK II | 100 234 RIVERWALK WAY 100 111 PEBBLEBROOK DR 100 139 ROCK CREEK DR | CLIFTON | CLIFTON CITY | 07014 | PASSAIC |
| 5013 | 2719 | | MARDI GRAS CLEANERS @ CLIFTON PLAZA | 1006 PIAGET AVE AKA RT 46 | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5014 | 2731 | | BROAD STREET SERVICE STATION | 1037 1045 BROAD ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5015 | 35475 | | EXXON SERVICE STATION #35595 | 1050 PIAGET AVE AKA RT 46 | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5016 | 43455 | | CENTERLINE GETTY SERVICE STATION | 1058 MAIN AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5017 | 39909 | | CLIFTON ELECTRIC SUPPLY | 1094 MAIN AVE | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5018 | 2646 | | GETTY SERVICE STATION | 11 LEXINGTON AVE & E 1ST ST | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5019 | 2735 | | REGISTER LITHOGRAPHER | 1155 BLOOMFIELD AVE | CLIFTON | CLIFTON CITY | 070122398 | PASSAIC |
| 5020 | 2655 | | PARKWAY SERVICE CENTER | 1201 VAN HOUTEN AVE | CLIFTON | CLIFTON CITY | 070130000 | PASSAIC |
| 5021 | 38854 | | CLIFTON CITY FIRE DEPT ENGINE #6 | 1202 VAN HOUTEN AVE | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5022 | 27515 | | PEOPLES AUTO SERVICE INC | 1313 MAIN AVE | CLIFTON | CLIFTON CITY | 070110000 | PASSAIC |
| 5023 | 2624 | | GREATER NEW YORK BOX CO | 141 149 ENTIN RD | CLIFTON | CLIFTON CITY | 07014 | PASSAIC |
| 5024 | 16344 | | CLIFTON CITY BD OF ED SCHOOL #11 | 147 MERSELIS AVE | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5025 | 13433 | | CITY LINE SERVICE STATION | 1646 MAIN AVE | CLIFTON | CLIFTON CITY | 08000 | PASSAIC |
| 5026 | 2679 | | US GAS SERVICE STATION | 1665 MAIN AVE & CROOKS AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5027 | 126238 | | COMMERCIAL PROPERTY | 167 SARGEANT AVE | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5028 | 57855 | | ELAR REALTY CO | 177 CAROLINE AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5029 | 46558 | | CLIFTON CITY FIRE DEPT ENGINE #3 | 180 MAHAR AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5030 | 2729 | | EAGLE PETROLEUM SERVICE STATION | 222 CLIFTON AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5031 | 18460 | | NORTH JERSEY DIST WATER COMM BALANCING RESERV | 225 CHITTEDEN RD | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5032 | 2638 | | SHELL SERVICE STATION #138320 | 299 RT 3 | CLIFTON | CLIFTON CITY | 07014 | PASSAIC |
| 5033 | 2736 | | VICTORY PETROLEUM SERVICE STATION | 300 BROAD ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5034 | 2671 | | SHELL SERVICE STATION #138322 | 300 RT 3 | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5035 | 2642 | | HY GRADE OIL CO | 301 RIVER RD | CLIFTON | CLIFTON CITY | 070140000 | PASSAIC |
| 5036 | 2706 | | CLIFTON CITY DPW GARAGE | 307 E 7TH ST END OF ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5037 | 2693 | | LEXINGTON GB SERVICE STATION | 310 LEXINGTON AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5038 | 13429 | | US GAS & AUTO SERVICE STATION | 339 VALLEY RD | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5039 | 29389 | | ELEMENTIS PERFORMANCE POLYMERS | 395 ALLWOOD RD | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5040 | 2623 | | EXXON SERVICE STATION #35012 | 415 PIAGET AVE AKA RT 46 & E MONTGOMERY ST | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5041 | 2674 | | SHELL SERVICE STATION #138321 | 449 PIAGET AVE AKA RT 46 | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5042 | 43114 | | NATIONAL FOOD SALES | 47 MAIN AVE | CLIFTON | CLIFTON CITY | 070140000 | PASSAIC |
| 5043 | 2640 | | SMITTYS MIDDLE VILLAGE GULF SERVICE STATION #121336 | 471 PIAGET AVE AKA RT 46 & 7TH ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5044 | 2692 | | JERSEY GAS SERVICE STATION | 498 LAKEVIEW AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5045 | 42210 | | ATLANTIC COASTAL TRUCKING FORMER | 515 RIVER RD | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5046 | 2745 | | GETTY SERVICE STATION #55868 | 526 ALLWOOD RD | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5047 | 166931 | | 56 LAUREL AVENUE | 56 LAUREL AVE | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5048 | 26365 | | RAY ZANGS AUTO SERVICE INC | 573 581 CLIFTON AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5049 | 26461 | | PASSAIC CEREBRAL PALSY TREATMENT CENTER | 600 PIAGET AVE AKA RT 46 | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5050 | 20539 | | ATLAS INDUSTRIAL MFG CO | 61 81 SOMERSET PL | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |
| 5051 | 2747 | | GULF SERVICE STATION | 630 ALLWOOD RD & MARKET ST | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |
| 5052 | 26483 | | FRAMEWARE INC | 700 PIAGET AVE AKA RT 46 | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5053 | 2739 | | RICHIES AUTO CENTER | 761 BLOOMFIELD AVE | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |
| 5054 | 2740 | | CITGO SERVICE STATION | 776 BLOOMFIELD AVE | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |
| 5055 | 2678 | | LEHIGH GAS SERVICE STATION | 804 812 PASSAIC AVE & ALLWOOD RD | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5056 | 2672 | | DELTA SERVICE STATION | 85 RT 46 & E 4TH ST | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5057 | 2635 | | SUNOCO SERVICE STATION #0006 6548 08 | 370 RT 3 | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5058 | 2707 | | MONTCLIFT SERVICE CENTER INC | 872 GROVE ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5059 | 2750 | | GETTY SERVICE STATION #56011 | 89 ACKERMAN AVE & RANDOLPH AVE | CLIFTON | CLIFTON CITY | 07011 | PASSAIC |
| 5060 | 2654 | | SUNOCO SERVICE STATION #0006 6779 05 | 956 VAN HOUTEN AVE & CLIFTON AVE | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5061 | 2660 | | REMCO GULF SERVICE STATION #121396 | 966 VALLEY RD & ADAMS ST | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5062 | 56876 | 13442 | CLIFTON CITGO SERVICE STATION | 975 VAN HOUTEN AVE | CLIFTON | CLIFTON CITY | 07013 | PASSAIC |
| 5063 | 262624 | 53770 | AUTOZONE 5251 | 977 BLOOMFIELD AVE 963 BLOOMFIELD AVE | CLIFTON | CLIFTON CITY | 07012 | PASSAIC |
| 5064 | 2634 | | NJ TURNPIKE AUTH MAINTENANCE DISTRICT #7 | GARDEN STATE PKWY MM 156 N | CLIFTON | CLIFTON CITY | 07015 | PASSAIC |
| 5065 | 2670 | | NJDOT CLIFTON MAINTENANCE YARD | RT 3 & BLOOMFIELD AVE | CLIFTON | CLIFTON CITY | 070150000 | PASSAIC |
| 5066 | 88143 | | HOOK SUPRX INC | 1632 1642 MAIN AVE | CLIFTON CITY | CLIFTON CITY | 07014 | PASSAIC |
| 5067 | 52044 | | LIND CLARE INC | 24 26 SHERIDAN AVE | CLIFTON CITY | CLIFTON CITY | 07015 | PASSAIC |
| 5068 | 95772 | | CLIFTON CITY BD OF ED ELEMENTARY SCHOOL #17 | 361 357 LEXINGTON AVE & CENTRAL AVE | CLIFTON CITY | CLIFTON CITY | 07015 | PASSAIC |
| 5069 | 495698 | | LIQUOR DEPOT | 534 VAN HOUTEN AVE & BRIGHTON AVE | CLIFTON CITY | CLIFTON CITY | 07013 | PASSAIC |
| 5070 | 2610 | | HALEDON GULF SERVICE STATION #121422 | 382 HALEDON AVE | HALEDON | HALEDON BORO | 07508 | PASSAIC |
| 5071 | 2603 | | HALEDON AUTOS INC | 478 HALEDON AVE & CHURCH ST | HALEDON | HALEDON BORO | 07508 | PASSAIC |
| 5072 | 44349 | | ATI CORP | 484 BELMONT AVE & 489 HALEDON AVE | HALEDON | HALEDON BORO | 07508 | PASSAIC |
| 5073 | 54751 | | ESTATE OF ANTHONY SEBASTIAN | 558 BELMONT AVE | HALEDON | HALEDON BORO | 07508 | PASSAIC |
| 5074 | 35372 | | MANCHESTER RGNL BD OF ED MANCHESTER RGNL HIGH SCHOOL | 70 CHURCH ST | HALEDON | HALEDON BORO | 07508 | PASSAIC |
| 5075 | 2616 | | LANXESS INC | 550 BELMONT AVE | HALEDON BORO | HALEDON BORO | 07508 | PASSAIC |
| 5076 | 260710 | | ABC CLEANERS | 1067 RINGWOOD AVE | HASKELL | WANAQUE BORO | 07420 | PASSAIC |
| 5077 | 498115 | 87576 | MAWSON BOB | 19 SHADY AVE | HASKELL | WANAQUE BORO | 07420 | PASSAIC |
| 5078 | 49206 | 222298 | HASKELL EXCAVATING CO | 837 RINGWOOD AVE | HASKELL | WANAQUE BORO | 07420 | PASSAIC |
| 5079 | 66074 | | GENERAL CERAMICS INC NATIONAL BERYLLIA DIV | GREENWOOD AVE | HASKELL | WANAQUE BORO | 07420 | PASSAIC |
| 5080 | 16336 | | WANAQUE BORO DPW YARD FUEL STORAGE TANKS | 1ST AVE | HASKELL | WANAQUE BORO | 07420 | PASSAIC |
| 5081 | 2574 | | PAN TECHNOLOGY CORP INC | 1 WASHINGTON AVE | HAWTHORNE | HAWTHORNE BORO | 07507 | PASSAIC |
| 5082 | 21014 | | SHOTMEYER BROTHERS PETROLEUM CORP | 10 WAGARAW RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5083 | 55052 | | MAYFAIR GLASS | 1124 GOFFLE RD | HAWTHORNE | HAWTHORNE BORO | 07507 | PASSAIC |
| 5084 | 37382 | | BASF CORP CHEMICAL DIV | 150 WAGARAW RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5085 | 14762 | | TIM PROPERTY | 179 185 GOFFLE RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5086 | 2579 | | GETTY SERVICE STATION #74206 | 2 WAGARAW RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5087 | 2606 | | GETTY SERVICE STATION #56853 | 225 DIAMOND BRIDGE AVE & ROYAL AVE | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5088 | 56475 | | FRANK A MCBRIDE CONSTRUCTION CO | 233 CENTRAL AVE | HAWTHORNE | HAWTHORNE BORO | 07507 | PASSAIC |
| 5089 | 32172 | | MADISON SPROCKET & GEAR INC | 275 GOFFLE RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5090 | 2592 | | LUKOIL SERVICE STATION #57224 | 362 370 LINCOLN AVE & ANNETTE AVE | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5091 | 2573 | | STAR SUNOCO SERVICE STATION | 415 WAGARAW RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5092 | 2602 | | SHELL SERVICE STATION #138375 | 902 GOFFLE RD & WATCHUNG DR | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5093 | 2594 | | SHELL SERVICE STATION | 92 LAFAYETTE AVE & WAGARAW | HAWTHORNE | HAWTHORNE BORO | 07730 | PASSAIC |
| 5094 | 2595 | | GETTY SERVICE STATION #56916 | 97 LAFAYETTE AVE & WAGARAW RD | HAWTHORNE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5095 | 56275 | | SINGER CARRIERS CO INC | 17 PASSAIC AVE | HAWTHORNE BORO | HAWTHORNE BORO | 07506 | PASSAIC |
| 5096 | 45047 | | CHET DECKER AUTO SALES | 300 LINCOLN AVE | HAWTHORNE BORO | HAWTHORNE BORO | 07507 | PASSAIC |