NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5097 | 2035 | | HEWITT EXXON SERVICE STATION | 1 LAKESIDE RD | HEWITT | WEST MILFORD TWP | 07421 | PASSAIC |
| 5098 | 352698 | | 13 HARVEY ROAD | 13 HARVEY RD | HEWITT | WEST MILFORD TWP | 074213861 | PASSAIC |
| 5099 | 16418 | | DICKS BOYS CITGO SERVICE STATION | 1891 GREENWOOD LAKE TPKE | HEWITT | WEST MILFORD TWP | 07421 | PASSAIC |
| 5100 | 2026 | | LUKOIL SERVICE STATION #57360 | 1910 UNION VALLEY RD | HEWITT | WEST MILFORD TWP | 07840 | PASSAIC |
| 5101 | 50397 | | KIMBER PETROLEUM CORP | 2 LAKESIDE DR | HEWITT | WEST MILFORD TWP | 074210000 | PASSAIC |
| 5102 | 48617 | | GREENWOOD LAKE BOAT BASIN INC | 325 341 LAKESIDE RD | HEWITT | WEST MILFORD TWP | 07421 | PASSAIC |
| 5103 | 2019 | | GULF SERVICE STATION | 555 WARWICK TPKE | HEWITT | WEST MILFORD TWP | 07421 | PASSAIC |
| 5104 | 2572 | | ACTAVIS TOTOWA CORP @ ANDREW INVEST PROP | 101 E MAIN ST | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5105 | 47854 | | NJ STATE POLICE LITTLE FALLS LAB | 1103 RT 46 | LITTLE FALLS | LITTLE FALLS TWP | 07427 | PASSAIC |
| 5106 | 2540 | | NEWARK CITY WATER & SEWER UTIL | 1294 MCBRIDE AVE | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5107 | 2535 | | MOBIL SERVICE STATION #2635060 | 1455 RT 46 & BROWERTOWN RD | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5108 | 2539 | | LUKOIL SERVICE STATION #57300 | 1500 RT 46 W | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5109 | 2562 | | MAIN STREET FUELS SERVICE STATION | 157 E MAIN ST | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5110 | 325648 | | SOMERSET TIRE SERVICE INC | 2 MAIN ST | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5111 | 219057 | | FRED HEYRICH INDUSTRIAL SERVICES | 2 PECKMAN RD | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5112 | 2560 | | SOURCE ONE CAPITAL | 3 NEWARK POMPTON TPKE | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5113 | 2554 | | LITTLE FALLS SERVICE CENTER | 3 STEVENS AVE | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5114 | 2546 | | JT SUNOCO SERVICE STATION | 455 RT 46 & CLOVE RD | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5115 | 2563 | | RAYS GULF SERVICE STATION | 5 MAIN ST | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5116 | 2550 | | SHELL SERVICE STATION #138402 | RT 23 & 2ND ST AKA NEWARK & POMPTON TPKE | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5117 | 2552 | | BILLS GULF SERVICE STATION #121255 | RT 46 W | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5118 | 2548 | | SHELL SERVICE STATION #8952 0105 | RT 46 W & NOTCH RD | LITTLE FALLS | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5119 | 2064 | | ENTENMANNS BAKERY | 24 NEWARK POMPTON TPKE | LITTLE FALLS TWP | LITTLE FALLS TWP | 07424 | PASSAIC |
| 5120 | 2531 | | NORTH HALEDON CITGO SERVICE STATION | 1052 HIGH MOUNTAIN RD & BELMONT AVE | NORTH HALEDON | NORTH HALEDON BORO | 07000 | PASSAIC |
| 5121 | 2523 | | NORTH HALEDON MOBIL SERVICE STATION | 171 N HALEDON AVE & MANCHESTER AVE | NORTH HALEDON | NORTH HALEDON BORO | 07508 | PASSAIC |
| 5122 | 2532 | | SHELL SERVICE STATION #138869 | 214 HIGH MOUNTAIN RD | NORTH HALEDON | NORTH HALEDON BORO | 07508 | PASSAIC |
| 5123 | 2537 | | DELTA SERVICE STATION | 868 BELMONT AVE & OVERLOOK | NORTH HALEDON | NORTH HALEDON BORO | 07508 | PASSAIC |
| 5124 | 84266 | | REALMONTE LANDSCAPING INC | 18 COLES HILL RD | NORTH HALEDON BORO | NORTH HALEDON BORO | 07508 | PASSAIC |
| 5125 | 142946 | | US POSTAL SERVICE PACKANACK LAKE POST OFFICE | 40 44 W LAKE DR | PACKANACK LAKE | WAYNE TWP | 07470 | PASSAIC |
| 5126 | 14737 | | CHELTON REALTY INC | 245 4TH ST | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5127 | 2487 | | KURTINS SERVICE CENTER | 25 27 PASSAIC AVE | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5128 | 43760 | | PANTASOTE POLYMERS INC | 26 JEFFERSON ST | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5129 | 52806 | | MONROE PAINT DISTRIBUTORS INC | 290 292 MONROE ST | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5130 | 2525 | | PRIME HEALTHCARE SOLUTIONS ST MARYS PASSAIC | 350 BOULEVARD | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5131 | 2514 | | ROMA SERVICE STATION | 394 BROADWAY | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5132 | 2477 | | LUKOIL SERVICE STATION #57268 | 43 MAIN AVE & BROOK AVE | PASSAIC | PASSAIC CITY | 070554418 | PASSAIC |
| 5133 | 46626 | | JANDURA CITGO SERVICE STATION | 481 VAN HOUTEN AVE | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5134 | 51187 | | ROYAL AUTO SALES & SERVICE INC | 54 EXCHANGE PL | PASSAIC | PASSAIC CITY | 070550000 | PASSAIC |
| 5135 | 2511 | | DELTA SERVICE STATION | 585 BROADWAY | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5136 | 227263 | | PASSAIC REAL ESTATE DEVELOPERS | 67 HOOVER AVE | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5137 | 89559 | | IDEAL CUTTING INC @ 7B | 90 DAYTON AVE BLDGS 1B 2B 3B 4B 5B 6B & 7B | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5138 | 120357 | | PSE&G PASSAIC GAS WORKS | PASSAIC ST & COLUMBIA AVE | PASSAIC | PASSAIC CITY | 07055 | PASSAIC |
| 5139 | 43409 | | LITTON SYSTEMS INC KESTER SOLDER DIV | 270 PASSAIC AVE | PASSAIC CITY | PASSAIC CITY | 07055 | PASSAIC |
| 5140 | 41467 | | PASSAIC CNTY COMMUNITY COLLEGE | 1 COLLEGE BLVD | PATERSON | PATERSON CITY | 07505 | PASSAIC |
| 5141 | 2288 | | RAKAAB GAS SERVICE STATION | 10 16TH AVE & MARKET ST | PATERSON | PATERSON CITY | 07524 | PASSAIC |
| 5142 | 22710 | | AJ SIRIS PRODUCTS CORP | 10 ESSEX ST | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5143 | 165626 | | POWER BATTERY CO INC | 1065 MARKET ST | PATERSON | PATERSON CITY | 07513 | PASSAIC |
| 5144 | 119315 | | 109 TOTOWA AVENUE | 109 TOTOWA AVE | PATERSON | PATERSON CITY | 07505 | PASSAIC |
| 5145 | 401149 | | THE COPPERHOUSE | 11 27 WARREN ST | PATERSON | PATERSON CITY | 07524 | PASSAIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5146 | 2251 | | HALEDON AVE SERVICE STATION | 12 14 HALEDON AVE | PATERSON | PATERSON CITY | 07522 | PASSAIC |
| 5147 | 2397 | | CHRIS AUTO & TRUCK CLINIC INC | 157 165 GOULD AVE | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5148 | 2355 | | NJ TRANSIT AUTH MARKET STREET BUS GARAGE | 16 MARKET ST | PATERSON | PATERSON CITY | 07510 | PASSAIC |
| 5149 | 2234 | | TEXACO SERVICE STATION #100171 | 179 MCLEAN BLVD AKA RT 20 | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5150 | 14283 | | COMO TEXTILE PRINTS INC | 191 195 E RAILWAY AVE | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5151 | 2329 | | CHAMPION DYEING & FINISHING CO | 192 PUTNAM ST | PATERSON | PATERSON CITY | 07524 | PASSAIC |
| 5152 | 50244 | | EL PIBE MOTOR CENTER | 193 197 STRAIGHT ST | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5153 | 2376 | | SALS GULF SERVICE STATION | 195 MCBRIDE AVE | PATERSON | PATERSON CITY | 075010000 | PASSAIC |
| 5154 | 27164 | | REED CHEMICAL CORP | 2 14 MORRIS ST | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5155 | 14969 | | 2 WOOD STREET | 2 WOOD ST | PATERSON | PATERSON CITY | 08057 | PASSAIC |
| 5156 | 2312 | | SPECTRACHEM CORP | 200 SHERIDAN AVE | PATERSON | PATERSON CITY | 07512 | PASSAIC |
| 5157 | 13393 | | LUKOIL SERVICE STATION #74078 | 203 UNION AVE | PATERSON | PATERSON CITY | 08057 | PASSAIC |
| 5158 | 2386 | | 297 GETTY AVENUE ASSOC CORP | 217 297 GETTY AVE | PATERSON | PATERSON CITY | 07510 | PASSAIC |
| 5159 | 2284 | | 215T AVENUE SERVICE STATION | 241 215T AVE & SUMMER ST | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5160 | 33058 | | VREELAND AUTO REPAIR INC | 251 VREELAND AVE | PATERSON | PATERSON CITY | 07504 | PASSAIC |
| 5161 | 23047 | | MARANGI SANITATION INC | 253 259 PENNSYLVANIA AVE | PATERSON | PATERSON CITY | 075030000 | PASSAIC |
| 5162 | 2377 | | LUKOIL SERVICE STATION #74095 | 253 MCBRIDE AVE | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5163 | 39117 | | MICRO CENTER | 261 265 MCLEAN BLVD 251 281 MCLEAN BLVD 283 307 MCLEAN BLVD | PATERSON | PATERSON CITY | 07504 | PASSAIC |
| 5164 | 460395 | 2227 | GAS WE SERVE SERVICE STATION | 263 E 29TH ST | PATERSON | PATERSON CITY | 07514 | PASSAIC |
| 5165 | 129512 | | 275 BURLINGTON AVENUE | 275 BURLINGTON AVE | PATERSON | PATERSON CITY | 07424 | PASSAIC |
| 5166 | 2256 | | US OIL CORP SERVICE STATION | 276 RIVER ST & LAFAYETTE ST | PATERSON | PATERSON CITY | 07000 | PASSAIC |
| 5167 | 2425 | | COLONIAL AMOCO SERVICE STATION | 304 E 18TH ST | PATERSON | PATERSON CITY | 07524 | PASSAIC |
| 5168 | 2334 | | TEXACO SERVICE STATION #100165 | 350 PREAKNESS AVE & CHAMBERLAIN AVE | PATERSON | PATERSON CITY | 07502 | PASSAIC |
| 5169 | 43295 | | SUNSHINE DELUXE LAUNDRY INC | 351 355 11TH AVE 357 11TH AVE 315 355 11TH AVE | PATERSON | PATERSON CITY | 07514 | PASSAIC |
| 5170 | 46672 | | BEDFORD GROUP CORP | 359 MCLEAN BLVD | PATERSON | PATERSON CITY | 07513 | PASSAIC |
| 5171 | 2455 | | SUPER VALUE INC SERVICE STATION | 473 BROADWAY & MADISON AVE | PATERSON | PATERSON CITY | 07509 | PASSAIC |
| 5172 | 179326 | | 30TH STREET CLEANERS | 498 E 30TH ST | PATERSON | PATERSON CITY | 07513 | PASSAIC |
| 5173 | 2275 | | NOURI AUTO REPAIRS | 508 21ST AVE | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5174 | 2285 | | SUNOCO SERVICE STATION #0006 6332 | 509 515 10TH AVE & E 31ST ST | PATERSON | PATERSON CITY | 07522 | PASSAIC |
| 5175 | 219024 | | 521 MADISON AVENUE | 521 MADISON AVE | PATERSON | PATERSON CITY | 07514 | PASSAIC |
| 5176 | 45543 | | ITT CONTINENTAL BAKING CO RALSTON PURINA | 534 ELLISON ST | PATERSON | PATERSON CITY | 08816 | PASSAIC |
| 5177 | 46144 | | POWER BATTERY CO INC | 543 E 42ND ST | PATERSON | PATERSON CITY | 07513 | PASSAIC |
| 5178 | 126873 | | SUPERIOR ENVELOPE & PRINTING CO INC | 56 72 BEECH ST | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5179 | 2408 | | AVTARS GULF SERVICE STATION #121419 | 57 69 E 30TH ST & MCLEAN BLVD | PATERSON | PATERSON CITY | 07514 | PASSAIC |
| 5180 | 2289 | | BOULEVARD BODY & FENDER | 58 64 1ST AVE | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5181 | 13397 | | GULF SERVICE STATION | 594 MAIN ST | PATERSON | PATERSON CITY | 07510 | PASSAIC |
| 5182 | 2364 | | MADISON AVENUE U SAVE SERVICE STATION | 601 MADISON AVE & 12TH AVE | PATERSON | PATERSON CITY | 07506 | PASSAIC |
| 5183 | 144948 | | ALS CARBONIC GAS | 62 LEHIGH AVE | PATERSON | PATERSON CITY | 075031729 | PASSAIC |
| 5184 | 2349 | | PATERSON AUTO SERVICE STATION | 650 MARKET ST | PATERSON | PATERSON CITY | 07513 | PASSAIC |
| 5185 | 15681 | | ST JOSEPHS RGNL MEDICAL CENTER & GETTY STREET DENTAL CLINIC | 703 MAIN ST | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5186 | 45252 | | RAILROAD CONSTRUCTION CO | 75 77 GROVE ST | PATERSON | PATERSON CITY | 07510 | PASSAIC |
| 5187 | 385278 | | 2E INDUSTRIAL PARK | 75 MCLEAN BLVD | PATERSON | PATERSON CITY | 07514 | PASSAIC |
| 5188 | 49147 | | INTERNATIONAL SERVICE CENTER | 761 765 MAIN ST | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5189 | 93153 | | EXXON SERVICE STATION #35570 | 770 20TH AVE & MCLEAN BLVD | PATERSON | PATERSON CITY | 07504 | PASSAIC |
| 5190 | 2361 | | EXXON SERVICE STATION #82084 | 770 MCLEAN BLVD & E 33RD ST AKA RT 20 & E 33RD ST | PATERSON | PATERSON CITY | 07510 | PASSAIC |
| 5191 | 2290 | | SHELL SERVICE STATION #138475 | 81 1ST AVE RT 20 & MAPLE AVE | PATERSON | PATERSON CITY | 07524 | PASSAIC |
| 5192 | 14485 | | ACCURATE BOX CO | 86 5TH AVE | PATERSON | PATERSON CITY | 07509 | PASSAIC |
| 5193 | 166264 | | LEVINE INDUSTRIES INC | 86 90 LEVINE ST STE 94 FORMERLY FLORIDA AVE | PATERSON | PATERSON CITY | 07503 | PASSAIC |
| 5194 | 2305 | | TSS OIL INC | 93 95 UNION AVE | PATERSON | PATERSON CITY | 07510 | PASSAIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5195 | 45278 | | CITGO SERVICE STATION @ BUSTOS AUTO | E 24TH ST & MARKET ST | PATERSON | PATERSON CITY | 07501 | PASSAIC |
| 5196 | 51284 | | PASSAIC CNTY PARKS DEPT LAMBERT CASTLE & MUSEUM | 1 VALLEY RD | PATERSON CITY | PATERSON CITY | 07503 | PASSAIC |
| 5197 | 56080 | | UNIVAR USA INC | 100 5TH AVE | PATERSON CITY | PATERSON CITY | 07517 | PASSAIC |
| 5198 | 86461 | | 166 CROSBY AVENUE | 166 CROSBY AVE | PATERSON CITY | PATERSON CITY | 07517 | PASSAIC |
| 5199 | 66229 | | PAPERBOARD SPECIALTIES INC | 177 3RD AVE | PATERSON CITY | PATERSON CITY | 07510 | PASSAIC |
| 5200 | 67466 | | SEALY MATTRESS CO | 196 W RAILWAY AVE | PATERSON CITY | PATERSON CITY | 07910 | PASSAIC |
| 5201 | 43602 | | PARAMOUNT EXPRESS OF PATERSON | 2 INDUSTRIAL PLAZA | PATERSON CITY | PATERSON CITY | 07511 | PASSAIC |
| 5202 | 41770 | | EASTERN TANK CORP | 290 PENNSYLVANIA AVE | PATERSON CITY | PATERSON CITY | 07511 | PASSAIC |
| 5203 | 43297 | | MCGILLS INTERSTATE EXPRESS INC | 376 WABASH AVE | PATERSON CITY | PATERSON CITY | 07511 | PASSAIC |
| 5204 | 42819 | | SUBURBAN CHEMICAL CO | 70 WAIT ST | PATERSON CITY | PATERSON CITY | 07424 | PASSAIC |
| 5205 | 86733 | | HILLS AUTO RECYCLERS | 785 MAIN ST | PATERSON CITY | PATERSON CITY | 07517 | PASSAIC |
| 5206 | 82697 | | LAHOUD PROPERTY | 95 113 CLIFF ST | PATERSON CITY | PATERSON CITY | 07510 | PASSAIC |
| 5207 | 2185 | | LUKOIL SERVICE STATION #74061 | 11 LAKESIDE AVE | POMPTON LAKES | POMPTON LAKES BORO | 07442 | PASSAIC |
| 5208 | 13384 | | AMOCO SERVICE STATION #4301 | 60 WANAQUE AVE | POMPTON LAKES | POMPTON LAKES BORO | 07442 | PASSAIC |
| 5209 | 2171 | | CITROS AUTO BODY SHOP | 745 PATERSON HAMBURG TPKE | POMPTON LAKES | POMPTON LAKES BORO | 07442 | PASSAIC |
| 5210 | 2178 | | LUKOIL SERVICE STATION #57358 | 777 PATERSON HAMBURG TPKE | POMPTON LAKES | POMPTON LAKES BORO | 07442 | PASSAIC |
| 5211 | 2168 | | LUKOIL SERVICE STATION #74077 | 333 N 8TH ST | PROSPECT PARK | PROSPECT PARK BORO | 07508 | PASSAIC |
| 5212 | 2170 | | RINGWOOD GULF SERVICE STATION #61063 | 1150 GREENWOOD LAKE TPKE | RINGWOOD | RINGWOOD BORO | 07456 | PASSAIC |
| 5213 | 2156 | | SKYLINE SERVICE CENTER INC | 236 SKYLINE DR | RINGWOOD | RINGWOOD BORO | 074560000 | PASSAIC |
| 5214 | 202751 | | HASKELL PAVING | 30 GREENWOOD LAKE TPKE | RINGWOOD | RINGWOOD BORO | 07456 | PASSAIC |
| 5215 | 2159 | | EXXON SERVICE STATION #32547 | 60 SKYLINE DR | RINGWOOD | RINGWOOD BORO | 07456 | PASSAIC |
| 5216 | 44198 | | ZUKS CITGO SERVICE STATION | 89 GREENWOOD LAKE TPKE | RINGWOOD | RINGWOOD BORO | 07456 | PASSAIC |
| 5217 | 2164 | | LUKOIL SERVICE STATION #57702 | 99 SKYLINE DR | RINGWOOD BORO | RINGWOOD BORO | 07456 | PASSAIC |
| 5218 | 142624 | | 25 WINDBEAM AVE | 25 WINDBEAM AVE | RINGWOOD BORO | RINGWOOD BORO | 07456 | PASSAIC |
| 5219 | 87432 | | 36 WALKER DRIVE | 36 WALKER DR | RINGWOOD BORO | RINGWOOD BORO | 07456 | PASSAIC |
| 5220 | 84655 | | 444 LAKEVIEW AVENUE | 444 LAKEVIEW AVE | RINGWOOD BORO | RINGWOOD BORO | 07456 | PASSAIC |
| 5221 | 85782 | | 486 STONETOWN ROAD | 486 STONETOWN RD | RINGWOOD BORO | RINGWOOD BORO | 07456 | PASSAIC |
| 5222 | 15083 | | CUSTOM GAS SERVICE STATION | 100 UNION BLVD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5223 | 15084 | | POHLMANS GULF SERVICE STATION | 160 UNION BLVD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5224 | 60561 | | WEST RIVER REALTY ASSN | 20 W END RD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5225 | 43200 | | CASE POWER & EQUIP CO | 200 BOMONT PL | TOTOWA BORO | TOTOWA BORO | 07511 | PASSAIC |
| 5226 | 15076 | | BP SERVICE STATION #1575 | 272 RT 46 | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5227 | 15114 | | TOTOWA BP SERVICE STATION #84837 | 289 UNION BLVD & TOTOWA RD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5228 | 44197 | | TOTOWA CITGO SERVICE STATION | 339 UNION BLVD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5229 | 174392 | | ACTAVIS TOTOWA CORP | 4 TAFT RD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5230 | 52476 | | ATI CHEMSPRAY PACKAGING INC | 5 TAFT RD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5231 | 51922 | | MACYS DEPT STORE | 50 RT 46 | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5232 | 15084 | | V OTTILIO ENTERPRISES & SONS INC | 575 PREAKNESS AVE | TOTOWA BORO | TOTOWA BORO | 07522 | PASSAIC |
| 5233 | 15080 | | TOTOWA HEIGHTS SERVICE STATION | 600 UNION BLVD | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5234 | 15105 | | EXXON SERVICE STATION #32202 | 75 RT 46 | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5235 | 15088 | | BP SERVICE STATION #30118 | 825 RIVERVIEW DR & I-80 | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5236 | 15936 | | BEST FOODS BAKING GROUP SB THOMAS INC | 930 RIVERVIEW DR | TOTOWA BORO | TOTOWA BORO | 07512 | PASSAIC |
| 5237 | 150954 | | JOHNSON TAYLOR EXCAVATING | 1173 GOFFLE RD | VAN WINKLE | HAWTHORNE BORO | 07506 | PASSAIC |
| 5238 | 41998 | | GJ REDNER INC | 92 94 RINGWOOD AVE ALSO 87 | WANAQUE | WANAQUE BORO | 074650000 | PASSAIC |
| 5239 | 2062 | | GETTY SERVICE STATION #58898 | 1118 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5240 | 2071 | | PMG #25002 SERVICE STATION | 1150 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5241 | 173132 | | 12 RAYS COURT | 12 RAYS CT | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5242 | 2089 | | WAYNE SHELL SERVICE STATION | 1217 RT 23 & NEW YORK AVE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5243 | 37057 | | FINNS MOBILE HOME PARK & SALES | 122 FAIRFIELD RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |

# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5244 | 181182 | | WAYNE TWP DPW | 122 VINCENT ST | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5245 | 59365 | | WAYNE GETTY SERVICE STATION | 1220 RT 23 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5246 | 2135 | | ASHLAND INC | 1361 ALPS RD BLDG 1 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5247 | 2053 | | EXXON SERVICE STATION #32115 | 1431 RT 23 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5248 | 2056 | | LAKE EXXON SERVICE STATION #38946 | 1440 RT 23 & PACKANACK LAKE RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5249 | 279918 | | FRANS TEXACO SERVICE STATION | 145 GARSIDE AVE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5250 | 13979 | | ST GOBAIN PERFORMANCE PLASTICS CORP | 150 DEY RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5251 | 2126 | | EXXON SERVICE STATION #38853 | 1592 ALPS RD & PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5252 | 2107 | | WAYNE SERVICE STATION | 1750 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5253 | 2069 | | EXXON SERVICE STATION #32147 | 180 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5254 | 40327 | | WAYNE TWP DPW MUNICIPAL GARAGE | 201 DEY RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5255 | 2108 | | AUTOMOTIVE SERVICES INC | 2075 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5256 | 37702 | | WAYNE AUTO SPA | 2122 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 074700000 | PASSAIC |
| 5257 | 2110 | | EDDIES AUTO SERVICE | 2176 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5258 | 2080 | | CITGO SERVICE STATION | 253 VALLEY RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5259 | 2123 | | MASTERCRAFT AUTO BODY | 34 BURGESS PL | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5260 | 224003 | | WAYNE TWP BD OF ED PUBLIC SCHOOLS BLDG | 50 NELLIS DR | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5261 | 15103 | | LUKOIL SERVICE STATION #57341 | 55 RT 23 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5262 | 23658 | | FORMER SPEEDY MUFFLER KING | 555 RT 46 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5263 | 2134 | | SHELL SERVICE STATION #138543 | 558 ALPS RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5264 | 2052 | | WAYNE MINIMART SERVICE STATION | 63 RT 23 | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5265 | 2059 | | JASPER CLEANERS | 689 PATERSON HAMBURG TPKE | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5266 | 38496 | | SGL PRINTED CIRCUITS | 827 BLACK OAK RIDGE RD | WAYNE | WAYNE TWP | 07470 | PASSAIC |
| 5267 | 2057 | | LUKOIL SERVICE STATION #57299 | 1019 PATERSON HAMBURG TPKE & CHURCH | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5268 | 178320 | | 138 OAKWOOD DRIVE | 138 OAKWOOD DR | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5269 | 183682 | | 142 LINDEN RD | 142 LINDEN RD | WAYNE TWP | WAYNE TWP | 074706241 | PASSAIC |
| 5270 | 86668 | | 161 OSCEOLA ROAD | 161 OSCEOLA RD | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5271 | 46931 | | WAYNE CIRCLE EXXON SERVICE STATION #35781 | 1836 RT 23 | WAYNE TWP | WAYNE TWP | 07477 | PASSAIC |
| 5272 | 2048 | | R&S STRAUSS #72 | 1945 RT 23 | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5273 | 230797 | | MOUNTAINVIEW SERVICE STATION | 20 RT 23 | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5274 | 367474 | | 31 OSCEOLA ROAD | 31 OSCEOLA RD | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5275 | 2061 | | DELTA SERVICE STATION | 341 RT 23 & NEW YORK AVE | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5276 | 86480 | | 42 VALLEY VIEW TERRACE | 42 VALLEY VIEW TER | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5277 | 2133 | | EXXON SERVICE STATION #35743 | 536 ALPS RD & FRENCH HILL RD | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5278 | 13377 | | WAYNE SHELL SERVICE STATION | 60 RIVERVIEW DR | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5279 | 88194 | | 7 PACKANACK LAKE ROAD | 7 PACKANACK LAKE RD | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5280 | 67597 | | SERVICE STATION | PATERSON HAMBURG TPKE & MOUNTAINRIDGE DR | WAYNE TWP | WAYNE TWP | 07470 | PASSAIC |
| 5281 | 198475 | | 10 LENAPE TRAIL | 10 LENAPE TRAIL | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5282 | 120569 | | 11 ALLEGHENY AVENUE | 11 ALLEGHENY AVE | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5283 | 2023 | | GETTY SERVICE STATION #57215 | 1367 UNION VALLEY RD | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5284 | 2025 | | A TO Z AUTOMOTIVE REPAIR CENTER | 1692 UNION VALLEY RD | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5285 | 46872 | | EXXON SERVICE STATION #35139 FORMER | 2 MARSHALL HILL RD | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5286 | 2015 | | GETTY SERVICE STATION #56009 | 2048 RT 23 | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5287 | 41601 | | FREDERICKS FUEL & HEATING SERVICE | 3085 RT 23 | WEST MILFORD | WEST MILFORD TWP | 07438 | PASSAIC |
| 5288 | 174110 | | 33 NORTHWOOD DRIVE | 33 NORTHWOOD DR | WEST MILFORD | WEST MILFORD TWP | 074803724 | PASSAIC |
| 5289 | 2016 | | PETRO ONE SERVICE STATION INC | 4 MARSHALL HILL RD | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5290 | 127177 | | 50 POST PLACE | 50 POST PL | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5291 | 57351 | | WEST MILFORD TWP BD OF ED TRANSPORTATION DEPOT | 51 HIGHLANDER DR | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |
| 5292 | 147687 | | 58 CEDAR LANE | 58 CEDAR LN | WEST MILFORD | WEST MILFORD TWP | 07480 | PASSAIC |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5293 | 385883 | | 65 WHITE ROAD | 65 WHITE RD | WEST MILFORD | WEST MILFORD TWP | 07421 | PASSAIC |
| 5294 | 174842 | | 771 MACOPIN ROAD | 771 MACOPIN RD | WEST MILFORD | WEST MILFORD TWP | 074802626 | PASSAIC |
| 5295 | 38907 | 66916 | TEXACO SERVICE STATION #211126 FORMER | 1457 UNION VALLEY RD | WEST MILFORD TWP | WEST MILFORD TWP | 074800000 | PASSAIC |
| 5296 | 173350 | | J&D CLEANERS @ 2019 GREENWOOD LAKE TPKE STRIP MALL | 2019 GREENWOOD LAKE TPKE | WEST MILFORD TWP | WEST MILFORD TWP | 07421 | PASSAIC |
| 5297 | 86918 | | 22 SWEETMAN LANE | 22 SWEETMAN LN | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5298 | 322B8 | | FREDERICKS FUEL & HEATING SERVICE OF PASSAIC | 225 OAK RIDGE RD | WEST MILFORD TWP | WEST MILFORD TWP | 07438 | PASSAIC |
| 5299 | 13369 | 45817 | SHELL SERVICE STATION #9527 | 2731 RT 23 & UNION VALLEY RD | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5300 | 25973 | | NEWFOUNDLAND BP SERVICE STATION | 2897 RT 23 & CLINTON RD | WEST MILFORD TWP | WEST MILFORD TWP | 08848 | PASSAIC |
| 5301 | 86450 | | 302 HIGH CREST DRIVE | 302 HIGH CREST DR | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5302 | 52649 | | PAZAK SERVICE STATION | 3021 3023 RT 23 & PARADISE RD | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5303 | 68319 | | 31 ELM STREET | 31 ELM ST | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5304 | 70694 | | 512 LAKE SHORE DRIVE | 512 LAKE SHORE DR | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5305 | 377171 | | 546 OTTERHOLE ROAD | 546 OTTERHOLE RD | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5306 | 67211 | | WEST MILFORD GROUNDWATER CONTAMINATION | UNION VALLEY RD & COMPASS AVE | WEST MILFORD TWP | WEST MILFORD TWP | 07480 | PASSAIC |
| 5307 | 2002 | | D&A SERVICE STATION FORMER GETTY SERVICE STATION #00539 | 1255 MCBRIDE AVE | WEST PATERSON | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5308 | 2013 | | SCALES INDUSTRIAL TECHNOLOGIES INC | 185 LACKAWANNA AVE | WEST PATERSON | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5309 | 1999 | | LUKOIL SERVICE STATION #57270 | 185 SQUIRRELWOOD RD I-80 & ROCKLAND AVE | WEST PATERSON | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5310 | 32168 | | ROADWAY EXPRESS INC | 24 ANDREWS DR | WEST PATERSON | WOODLAND PARK BORO | 074240000 | PASSAIC |
| 5311 | 373511 | | 489 RIFLE CAMP ROAD | 489 RIFLE CAMP RD | WEST PATERSON | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5312 | 45030 | | ABC ELECTRIC & MAINTENANCE | 25 WILLOW WAY | WOODLAND PARK BORO | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5313 | 66550 | | PLAZA CAR WASH | RT 46 W & ANDREWS DR | WOODLAND PARK BORO | WOODLAND PARK BORO | 07424 | PASSAIC |
| 5314 | 13367 | | ALLOWAY SERVICENTER INC | 32 S GREENWICH ST | ALLOWAY | ALLOWAY TWP | 08001 | SALEM |
| 5315 | 61903 | | FAYES BUFFETS | 93 E CANAL ST | ALLOWAY | ALLOWAY TWP | 08001 | SALEM |
| 5316 | 15098 | | FERRARA CHEVROLET INC | 245 VIRGINIA AVE | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5317 | 1910 | | LOU PAGNOTTOS SERVICE STATION | 251 SHELL RD | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5318 | 1900 | | SUNOCO TRUCKSTOP | 327 SLAPES CORNER RD | CARNEYS POINT | CARNEYS POINT TWP | 08023 | SALEM |
| 5319 | 39381 | | G FUEL SERVICE STATION | 352 362 HARDING HWY AKA RT 40 | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5320 | 146580 | | DEL VALLEY MOTEL | 380 HARDING HWY AKA RT 40 | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5321 | 129701 | 45571 | DEEPWATER TRUCK STOP SERVICE STATION | 455 SHELL RD AKA RT 130 | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5322 | 57747 | | KRIVDA FRANK | 562 HARDING HWY | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5323 | 1909 | | PILOT TRAVEL CENTER #253 | 600 6010 S PENNSVILLE AUBURN RD | CARNEYS POINT | CARNEYS POINT TWP | 08069 | SALEM |
| 5324 | 75068 | | 24 OAKWOOD AVENUE | 24 OAKWOOD AVE | CARNEYS POINT TWP | CARNEYS POINT TWP | 08069 | SALEM |
| 5325 | 22537 | | WAYNE SCOTT AUTO REPAIR | 357 N BROAD ST & N VIRGINIA AVE | CARNEYS POINT TWP | CARNEYS POINT TWP | 08069 | SALEM |
| 5326 | 1926 | | SUNOCO SERVICE STATION #0873 5508 | 550 554 S BROADWAY & PLANT ST | DEEPWATER | PENNSVILLE TWP | 08023 | SALEM |
| 5327 | 1952 | | FRED HARZ & SON INC | 26 HARDING HWY AKA RT 40 | ELMER | ELMER BORO | 08318 | SALEM |
| 5328 | 1991 | | SUNOCO SERVICE STATION #0846-1857 | 56 CHESTNUT ST AKA RT 40 & MAIN ST AKA FRONT ST | ELMER | ELMER BORO | 08318 | SALEM |
| 5329 | 1984 | | JOE & SANDIS COUNTRY STORE | 986 MAIN ST CANTON | LOWER ALLOWAYS CREEK | LOWER ALLOWAYS CREEK TW | 08079 | SALEM |
| 5330 | 46037 | | SALEM CNTY LAKEVIEW OFFICE COMPLEX | SALEM WOODSTOWN RD | MANNINGTON TWP | MANNINGTON TWP | 08000 | SALEM |
| 5331 | 1972 | | MEXICHEM SPECIALTY RESINS INC | 76 PORCUPINE RD & RT 130 | OLDMANS TWP | OLDMANS TWP | 08067 | SALEM |
| 5332 | 19099 | | NJ TURNPIKE AUTH JOHN FENWICK SERVICE AREA #1N | NEW JERSEY TPKE MM 5.4 N | OLDMANS TWP | OLDMANS TWP | 08067 | SALEM |
| 5333 | 1976 | | NJ TURNPIKE AUTH CLARA BARTON SERVICE AREA #1S | NEW JERSEY TPKE MM 5.4 S | OLDMANS TWP | OLDMANS TWP | 08067 | SALEM |
| 5334 | 13363 | | CAMP PEDRICKTOWN WWTP | RT 130 | OLDMANS TWP | OLDMANS TWP | 08067 | SALEM |
| 5335 | 56878 | | CAR DEALERSHIP CLOSED | 11 W MAIN ST | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5336 | 1970 | | PENNS GROVE SHELL SERVICE STATION | 135 E MAIN ST & N VIRGINIA AVE | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5337 | 415260 | | 5 ELVIN AVENUE | 5 ELVIN AVE | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5338 | 55783 | | MUFFLER MART CORP | 77 E MAIN ST | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5339 | 95749 | | PENNS GROVE CARNEYS POINT RGNL SD BROAD STREET SCHOOL | BROAD ST & HARMONY ST | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5340 | 66453 | | SOUTH JERSEY GAS CO PENNS GROVE COAL GAS | PITMAN ST & RR RIGHT OF WAY | PENNS GROVE | PENNS GROVE BORO | 08069 | SALEM |
| 5341 | 53910 | | WHITE OAK MOBILE HOME PARK | 1 OFFICE DR | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |