NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5342 | 1925 | | SUNOCO SERVICE STATION #0890 5069 | 406 S BROADWAY AKA RT 49 & MAHONEY RD | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5343 | 18878 | 17214 | EXXON SERVICE STATION #95408 | 418 N BROADWAY | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5344 | 13355 | | SUNOCO SERVICE STATION #0016 6462 | 421 N BROADWAY | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5345 | 1928 | | PENNSVILLE TWP BD OF ED CENTRAL PARK ELEMENTARY SCHOOL | 43 OLIVER AVE | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5346 | 308576 | | NJDEP | 651 S BROAD ST | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5347 | 1921 | | SUNOCO SERVICE STATION #0679 4838 | 700 HOOK RD & RT 49 | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5348 | 45394 | | COASTAL MART SERVICE STATION #7221 | MAIN ST | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5349 | 43070 | | PENN SALEM MARINA | S BROADWAY AKA RT 49 | PENNSVILLE | PENNSVILLE TWP | 08070 | SALEM |
| 5350 | 1929 | | PENNSVILLE GAS & GO SERVICE STATION | 161 S BROADWAY AKA RT 49 & 1ST ST | PENNSVILLE TWP | PENNSVILLE TWP | 08070 | SALEM |
| 5351 | 1890 | | HESS SERVICE STATION #30247 | 1008 HARDING HWY AKA RT 40 | PILESGROVE TWP | PILESGROVE TWP | 08098 | SALEM |
| 5352 | 1924 | | SUNOCO SERVICE STATION #0849-4783 | 1170 HARDING HWY AKA RT 40 & E LAKE RD | PILESGROVE TWP | PILESGROVE TWP | 08098 | SALEM |
| 5353 | 562816 | | 769 771 ROUTE 40 | 769 771 RT 40 | PITTSGROVE | UPPER PITTSGROVE TWP | 08343 | SALEM |
| 5354 | 1964 | | SICO CO DIRECT SERVICE STATION #9 | 1251 LANDIS AVE & GERSHAL AVE | PITTSGROVE TWP | PITTSGROVE TWP | 08347 | SALEM |
| 5355 | 128925 | | VISCONTI FARM | 1459 CENTERTON RD | PITTSGROVE TWP | PITTSGROVE TWP | 08318 | SALEM |
| 5356 | 1913 | | SUNOCO SERVICE STATION #0820 8118 | 116 W BROADWAY RT 49 & 5TH ST | SALEM | SALEM CITY | 08079 | SALEM |
| 5357 | 1941 | | RISING SUN PETROLUEM SERVICE STATION | 63 MARKET ST & GRIFFITH ST | SALEM | SALEM CITY | 08079 | SALEM |
| 5358 | 1943 | | SUNOCO SERVICE STATION #0668 8229 | E BROADWAY & LINDEN ST | SALEM | SALEM CITY | 08079 | SALEM |
| 5359 | 1942 | | BINDRA INVESTMENT CORP | RT 49 & YORK ST | SALEM | SALEM CITY | 08079 | SALEM |
| 5360 | 75069 | | 287 EAST BROADWAY | 287 E BROADWAY | SALEM CITY | SALEM CITY | 08079 | SALEM |
| 5361 | 1917 | | PILESGROVE SUNOCO SERVICE STATION | 848 HARDING HWY & KINGS HWY AKA RT 40 & KINGS HWY | SHARPTOWN | PILESGROVE TWP | 08098 | SALEM |
| 5362 | 1893 | | POLE TAVERN AMOCO SERVICE STATION | 760 HARDING HWY & RT 77 CIR AKA RT 40 & RT 77 | UPPER PITTSGROVE TWP | UPPER PITTSGROVE TWP | 08318 | SALEM |
| 5363 | 15055 | | POLE TAVERN BP SERVICE STATION | HARDING HWY & RT 77 CIR AKA RT 40 & 77 | UPPER PITTSGROVE TWP | UPPER PITTSGROVE TWP | 08318 | SALEM |
| 5364 | 188445 | | 180 EAST AVENUE | 180 EAST AVE | WOODSTOWN | WOODSTOWN BORO | 080982649 | SALEM |
| 5365 | 324552 | | SHELL OIL CORP | 90 WEST AVE & GREEN ST | WOODSTOWN | WOODSTOWN BORO | 08098 | SALEM |
| 5366 | 1894 | | WOODSTOWN AMOCO SERVICE STATION | 90 WEST AVE & GREEN ST AKA RT 49 & GREEN ST | WOODSTOWN | WOODSTOWN BORO | 08098 | SALEM |
| 5367 | 1891 | | MOBIL SERVICE STATION #15BB2 | N MAIN ST & EAST AVE AKA RT 40 & 45 | WOODSTOWN | WOODSTOWN BORO | 08098 | SALEM |
| 5368 | 324474 | | SHELL OIL CO | RT 40 & GREEN ST | WOODSTOWN | WOODSTOWN BORO | 08098 | SALEM |
| 5369 | 46918 | | BERNARDS TWP MUNICIPAL COMPLEX | 1 COLLYER LN | BASKING RIDGE | BERNARDS TWP | 07920 | SOMERSET |
| 5370 | 1869 | | LUKOIL SERVICE STATION #57339 | 1 MADISONVILLE RD & BROOKSIDE RD | BASKING RIDGE | BERNARDS TWP | 07920 | SOMERSET |
| 5371 | 46473 | | EXXON SERVICE STATION #34587 | 19 E HENRY ST | BASKING RIDGE | BERNARDS TWP | 07920 | SOMERSET |
| 5372 | 1871 | | VERIZON CORPORATE SERVICES GROUP INC | 295 N MAPLE AVE AKA 1 VERIZON WAY | BASKING RIDGE | BERNARDS TWP | 07920 | SOMERSET |
| 5373 | 1880 | | BEDMINSTER SHELL SERVICE STATION | 1525 RT 206 & LAMINGTON RD | BEDMINSTER | BEDMINSTER TWP | 08057 | SOMERSET |
| 5374 | 42599 | | ROY BARKER CO | 185 RT 202/206 NORTH ROOM 1A11 | BEDMINSTER | BEDMINSTER TWP | 07921 | SOMERSET |
| 5375 | 1876 | | BEDMINSTER DOT AST DIESEL SPILL | 455 RT 202/206 | BEDMINSTER | BEDMINSTER TWP | 07921 | SOMERSET |
| 5376 | 18377 | | FRIENDLY MANAGEMENT CO SERVICE STATION | 866 RT 206 & MOUNTAIN VIEW RD | BELLE MEAD | HILLSBOROUGH TWP | 08502 | SOMERSET |
| 5377 | 47151 | 37628 | SKILLMAN VILLAGE WASTEWATER TREATMENT PLANT | BELLE MEAD BLAWENBURG RD AKA RT 601 | BELLE MEAD | MONTGOMERY TWP | 08502 | SOMERSET |
| 5378 | 178417 | | CROSS CONSTRUCTION INC | 17 COLUMBIA RD | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5379 | 199403 | | 19 CREST DRIVE | 19 CREST DR | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5380 | 29676 | | LEHIGH GAS SERVICE STATION | 19 STONEHOUSE RD | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5381 | 56782 | | FELLOWSHIP DEACONRY INC | 230 OLD ARMY RD | BERNARDS TWP | BERNARDS TWP | 079240706 | SOMERSET |
| 5382 | 157851 | | 25 WINDING LANE | 25 WINDING LN | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5383 | 13350 | | BASKING RIDGE AUTOMOTIVE SERVICE STATION | 305 KING GEORGE RD & I-78 | BERNARDS TWP | BERNARDS TWP | 07924 | SOMERSET |
| 5384 | 83981 | | CENDANT MOBILITY SERVICE | 317 LAKE RD | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5385 | 1874 | | LEHIGH GAS SERVICE STATION | 545 MARTINSVILLE RD & I-78 | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5386 | 85020 | | 57 LIBERTY CORNER ROAD | 57 LIBERTY CORNER RD | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5387 | 42805 | | SOMERSET HILLS MEMORIAL PARK | 95 MT AIRY RD | BERNARDS TWP | BERNARDS TWP | 07920 | SOMERSET |
| 5388 | 38671 | | DUFFY TRANSPORTATION INC | 119 MORRISTOWN RD | BERNARDSVILLE | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5389 | 1850 | | BP SERVICE STATION #8249 | 134 MORRISTOWN RD & CHILDS RD AKA RT 202 | BERNARDSVILLE | BERNARDSVILLE TWP | 07924 | SOMERSET |
| 5390 | 52825 | | SOMERSET HILLS COUNTRY CLUB | 180 MINE MOUNT RD | BERNARDSVILLE | BERNARDSVILLE BORO | 07924 | SOMERSET |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5391 | 1859 | | TEXACO SERVICE STATION #100110 | 35 MORRISTOWN RD AKA RT 202 & CHURCH ST | BERNARDSVILLE | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5392 | 154218 | | 71 CRESTVIEW DRIVE | 71 CRESTVIEW DR | BERNARDSVILLE | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5393 | 43638 | | BERNARDSVILLE FORD INC | 27 29 MORRISTOWN RD | BERNARDSVILLE BORO | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5394 | 88225 | | AMOCO SERVICE STATION | 76 82 MINE BROOK RD | BERNARDSVILLE BORO | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5395 | 69436 | | 90 POST KENNEL ROAD | 90 POST KENNEL RD | BERNARDSVILLE BORO | BERNARDSVILLE BORO | 07924 | SOMERSET |
| 5396 | 27622 | | BOUND BROOK AUTO REPAIR | 101 W MAIN ST | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5397 | 28990 | 56152 | DIFEO GATEWAY OLDSMOBILE LEXUS | 1550 RT 22 | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5398 | 46067 | | MCFARLANDS SERVICE STATION | 247 W UNION AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5399 | 1823 | | FOOTHILLS SERVICE STATION INC | 300 TALMAGE AVE & VASELLER AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5400 | 16203 | | EXXON SERVICE STATION #30007 | 312 W UNION AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5401 | 1833 | | ROYAL CHEVROLET INC | 476 W UNION AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5402 | 1820 | | SAFETY KLEEN CORP #211804 | 515 E MAIN ST | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5403 | 1826 | | THE CLOTHES HANGER | 540 W UNION AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5404 | 22187 | | CALS SERVICE STATION INC | 711 E MAIN ST | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5405 | 1838 | | MOBIL SERVICE STATION #15DI6 | RT 28 & TEA ST | BOUND BROOK | BOUND BROOK BORO | 07306 | SOMERSET |
| 5406 | 59313 | | PHILS AUTO REPAIR | 365 TALMAGE AVE | BOUND BROOK | BOUND BROOK BORO | 08805 | SOMERSET |
| 5407 | 45115 | | HAVENS FORD INC BODY SHOP | 427 W UNION AVE | BOUND BROOK BORO | BOUND BROOK BORO | 08805 | SOMERSET |
| 5408 | 47404 | | BOUND BROOK BORO DPW | 530 E MAIN ST | BOUND BROOK BORO | BOUND BROOK BORO | 08805 | SOMERSET |
| 5409 | 466197 | 1B38 | BOUND BROOK SUNOCO SERVICE STATION | 550 UNION AVE W AKA RT 28 | BOUND BROOK BORO | BOUND BROOK BORO | 08805 | SOMERSET |
| 5410 | 27146 | | BOUND BROOK BP SERVICE STATION | 606 UNION AVE & I-287 | BOUND BROOK BORO | BOUND BROOK BORO | 08846 | SOMERSET |
| 5411 | 13344 | | BRANCHBURG AMOCO SERVICE STATION | 1000 RT 202 & HUYLER RD | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5412 | 1809 | | RACEWAY SERVICE STATION BRANCHBURG | 1004 RT 202 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5413 | 14726 | | BUILDING MATERIALS MFG CORP BMMC | 106 MEISTER AVE | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5414 | 123309 | | 110 LAMINGTON ROAD | 110 LAMINGTON RD | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5415 | 432547 | | 1801 HOLLAND BROOK ROAD | 1801 HOLLAND BROOK RD | BRANCHBURG TWP | BRANCHBURG TWP | 08853 | SOMERSET |
| 5416 | 13347 | | BRIDGEWATER WHOLESALERS INC @ MEDWAY IND PK | 210 INDUSTRIAL PKWY | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5417 | 13345 | | TAYLOR FORGE STAINLESS INC | 22 READINGTON RD | BRANCHBURG TWP | BRANCHBURG TWP | 088760000 | SOMERSET |
| 5418 | 15924 | | HOECHST CELANESE CORP | 26 70 MEISTER AVE | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5419 | 129276 | | SIERRA SUITES HOTEL | 3141 RT 22 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5420 | 148586 | | ORTHO DIAGNOSTIC SYSTEMS INC @ BRANCHBURG CORP PK | 51 CHUBB WAY | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5421 | 1790 | | SHOPLOCK SUNOCO SERVICE STATION | 954 RT 202 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5422 | 1835 | | BRANCHBURG COASTAL SERVICE STATION | 977 RT 202 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5423 | 1808 | | ALAN & SON CAR CARE CENTER | 988 RT 202 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5424 | 67210 | | ROUTE 202 CORRIDOR GROUNDWATER CONTAMINATION | RT 202 | BRANCHBURG TWP | BRANCHBURG TWP | 08876 | SOMERSET |
| 5425 | 43726 | | BRIDGEWATER TWP | 100 COMMONS WAY AKA 700 GARRETSON RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5426 | 13335 | | ROUTE 22 PETROLEUM SERVICE STATION | 1068 RT 22 & N GASTON AVE | BRIDGEWATER TWP | BRIDGEWATER TWP | 08901 | SOMERSET |
| 5427 | 15796 | | WYETH HOLDINGS | 1100 MAIN ST | BRIDGEWATER TWP | BRIDGEWATER TWP | 08805 | SOMERSET |
| 5428 | 38605 | | DRAKA CABLETEQ USA PRYSMIAN GROUP INC | 111 CHIMNEY ROCK RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5429 | 13337 | | COURIER NEWS | 1201 RT 22 | BRIDGEWATER TWP | BRIDGEWATER TWP | 08901 | SOMERSET |
| 5430 | 35603 | | PROFESSIONAL PET PRODUCTS INC | 1240 RT 22 | BRIDGEWATER TWP | BRIDGEWATER TWP | 33172 | SOMERSET |
| 5431 | 1768 | | BP SERVICE STATION #2046 | 1240 RT 22 & ADAMSVILLE RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5432 | 59452 | | BRIDGEWATER REALTY CORP | 1288 RT 22 | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5433 | 46087 | | SOMERVILE TRUE VALUE LUMBER | 1468 1480 RT 22 | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5434 | 1733 | | EXXON SERVICE STATION #34159 | 1606 RT 22 & THOMPSON AVE | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5435 | 1769 | | SPEEDWAY SERVICE STATION #03457 | 1620 RT 22 | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5436 | 20964 | | KEMPER PONTIAC CADILLAC INC | 300 FINDERNE AVE | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5437 | 1779 | | SUNOCO INC | 301 COUNTRY CLUB RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5438 | 50090 | | SOMERSET CNTY PARK COMM SELLARS MAINTENANCE BUILDING | 301 OLD YORK RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08876 | SOMERSET |
| 5439 | 1765 | | MCFARLANDS PITSTOP N WASH SERVICE STATION | 555 W UNION AVE | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5440 | 50087 | | SOMERSET CNTY PARK COMM GREEN KNOLL GOLF COURSE | 587 GARRETSON RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5441 | 67572 | | PSE&G CO BRIDGEWATER SUBSTATION HDQTRS | 7 CHIMNEY ROCK RD | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5442 | 1762 | | HARRIS SEMICONDUCTOR CORP | 724 RT 202 | BRIDGEWATER TWP | BRIDGEWATER TWP | 08876 | SOMERSET |
| 5443 | 1776 | | SOMERSET CNTY VEHICLE MAINTENANCE GARAGE | 750 E MAIN ST | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5444 | 45033 | | KINNEY FUEL OIL CO | 795 E MAIN ST | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5445 | 43731 | | RAY GRANT PLUMBING & HEATING CO INC | 91 LOESER AVE | BRIDGEWATER TWP | BRIDGEWATER TWP | 088070000 | SOMERSET |
| 5446 | 47648 | 1757 | NJDOT BRIDGEWATER MAINTENANCE FACILITY | COMMONS WAY | BRIDGEWATER TWP | BRIDGEWATER TWP | 08807 | SOMERSET |
| 5447 | 342439 | | DEER RUN FARM | 121 RT 202 | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5448 | 224154 | | 204 MINEBROOK ROAD | 204 MINEBROOK RD | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5449 | 190619 | | BUCK LEONARD J TRUST U/W | 222 LIBERTY CORNER RD 10 BELCHER LN BTWN | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5450 | 1722 | | WELSHS MOTOR SALES INC | 36 DUMONT RD | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5451 | 370716 | | | 595 LONG LANE | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5452 | 180579 | | 89 PEAPACK ROAD | 89 PEAPACK RD | FAR HILLS | FAR HILLS BORO | 07931 | SOMERSET |
| 5453 | 128899 | | 44 SPRING HOLLOW ROAD | 44 SPRING HOLLOW RD | FAR HILLS BORO | FAR HILLS BORO | 07931 | SOMERSET |
| 5454 | 86839 | | 8 PEAPACK ROAD | 8 PEAPACK RD | FAR HILLS BORO | FAR HILLS BORO | 07931 | SOMERSET |
| 5455 | 366833 | | TEMMER SYLVIA | 1 BUTLER RD | FRANKLIN PARK | FRANKLIN TWP | 08823 | SOMERSET |
| 5456 | 1651 | | RACEWAY SERVICE STATION | 2893 RT 27 | FRANKLIN PARK | FRANKLIN TWP | 08823 | SOMERSET |
| 5457 | 13331 | | BEST CLEANERS | 3175 LINCOLN HWY AKA RT 27 | FRANKLIN PARK | FRANKLIN TWP | 08873 | SOMERSET |
| 5458 | 178599 | | 117 SUYDAM ROAD | 117 SUYDAM RD | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5459 | 477465 | 1693 | BP SERVICE STATION #95683 | 1213 RT 27 | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5460 | 21354 | 1710 | SPEEDY MART | 1830 EASTON AVE | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5461 | 124743 | | SOMERSET GROVE 2 | 290 DAVIDSON AVE | FRANKLIN TWP | FRANKLIN TWP | 07932 | SOMERSET |
| 5462 | 1672 | | PRINCETON SUNOCO SERVICE STATION | 3703 LINCOLN HWY & RT 518 AKA RT 27 & RT 518 | FRANKLIN TWP | FRANKLIN TWP | 08540 | SOMERSET |
| 5463 | 1702 | | DELTA SERVICE STATION | 541 HAMILTON ST | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5464 | 177391 | | SOMERSET CNTY PARK COMM SPOOKY BROOK GOLF COURSE @ COLONIAL PARK | 582 ELIZABETH AVE | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5465 | 185940 | | NORA SHOPPING CENTER | 621 HAMILTON ST | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5466 | 1711 | | EXXON SERVICE STATION | 650 FRANKLIN BLVD | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5467 | 1698 | | DELTA SERVICE STATION | 882 HAMILTON ST & MILLSTONE AVE | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5468 | 45071 | | FOXWOOD GULF SERVICE STATION #60633 | 908 EASTON AVE | FRANKLIN TWP | FRANKLIN TWP | 08773 | SOMERSET |
| 5469 | 66121 | | MIDDLESEX QUALITY CONTAINER & DRUM CORP | 909 SOMERSET ST AKA RT 27 | FRANKLIN TWP | FRANKLIN TWP | 08873 | SOMERSET |
| 5470 | 196072 | | SUBURBAN AUTO MALL | 17 RT 22 E | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5471 | 1625 | | GREENBROOK PONTIAC GMC INC | 101 RT 22 | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5472 | 29862 | | CRYSTAL MOTORS INC | 220 RT 22 | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5473 | 1621 | | AMOCO SERVICE STATION #3862 | 245 RT 22 & WARRENVILLE RD | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5474 | 1623 | | YMGS BROTHERS SERVICE STATION | 258 RT 22 & WARRENVILLE RD | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5475 | 1630 | | TEXACO SERVICE STATION #1404500196 | 280 282 RT 22 W | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5476 | 13324 | | EXXON SERVICE STATION #8147 | 289 291 RT 22 | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5477 | 13325 | | GETTY SERVICE STATION #56195 | 337 345 RT 22 | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5478 | 1624 | | AUTOBAHN ENTERPRISES INC | 45 47 RT 22 | GREEN BROOK TWP | GREEN BROOK TWP | 08812 | SOMERSET |
| 5479 | 1617 | | CJ KUPPER AIRPORT | 1034 1046 MILLSTONE RIVER RD CJ KUPPER AIRPORT | HILLSBOROUGH | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5480 | 443173 | | 111 AMWELL ROAD | 111 AMWELL RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |
| 5481 | 1604 | | TEXACO SERVICE STATION #100141 | 144 RT 206 & PARK AVE | HILLSBOROUGH | HILLSBOROUGH TWP | 08875 | SOMERSET |
| 5482 | 122014 | | 200 ZION ROAD | 200 ZION RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |
| 5483 | 1558 | | HILLSBOROUGH SERVICE CENTER | 275 RT 206 & FALCON RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5484 | 13323 | | HILLSBOROUGH EXXON SERVICE STATION | 296 RT 206 & TRIANGLE RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5485 | 479771 | | PVC ASSOC | 411 RT 205 | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |
| 5486 | 95490 | | HILLSBOROUGH RESCUE SQUAD | 620 AMWELL RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |
| 5487 | 18876 | | BUCKEYE PIPELINE CO HAMILTON VALVE SITE | 64 HAMILTON RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5488 | 49113 | | DUKE FARMS FOUNDATION | 80 RT 206 1104 1112 DUKE PKWY W | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5489 | 444021 | | 913 RENATE DRIVE | 913 RENATE DR STE 4 | HILLSBOROUGH | HILLSBOROUGH TWP | 08844 | SOMERSET |
| 5490 | 47026 | | SOMERSET CNTY MOSQUITO CONTROL COMM | ROYCEFIELD RD & PLEASANT VIEW RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5491 | 66711 | | WOODS ROAD GROUNDWATER CONTAMINATION | WOODS RD | HILLSBOROUGH | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5492 | 39249 | 30791 | PENN COLOR INC | 101 WESTON RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08835 | SOMERSET |
| 5493 | 92617 | | GEORGE S COYNE CHEMICAL CO INC | 137 RT 206 | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 19021 | SOMERSET |
| 5494 | 192361 | | HILLSBOROUGH TWP DPW | 21 E MOUNTAIN RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5495 | 408371 | | PROVETLOGIC PROFESSIONAL | 21 EAST MOUNTAIN RD; SOUTH BRANCH RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 35768 | SOMERSET |
| 5496 | 66007 | | CHARLIE BROWNS RESTAURANT | 381 RT 206 & ANDRIA AVE | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5497 | 192263 | | HILLSBOROUGH TWP BD OF ED MAINTENANCE GARAGE | 407 AMWELL RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08835 | SOMERSET |
| 5498 | 1607 | | BP SERVICE STATION #60005 | 426 RT 206 | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5499 | 86859 | | 604 HILLSBOROUGH ROAD | 604 HILLSBOROUGH RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5500 | 86702 | | 70 FALCON ROAD | 70 FALCON RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5501 | 15052 | | GETTY SERVICE STATION #50178 | 862 RT 206 & MOUNTAIN VIEW RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08853 | SOMERSET |
| 5502 | 42621 | | SOMERVILLE BP SERVICE STATION | RT 206 | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08876 | SOMERSET |
| 5503 | 95747 | | US GENERAL FEDERAL SUPPLY CENTER MOTOR DISPATCH OFFICE | RT 206 & MOUNTAIN VEIW RD | HILLSBOROUGH TWP | HILLSBOROUGH TWP | 08502 | SOMERSET |
| 5504 | 1857 | | LIBERTY CORNER AUTO BODY INC | 1 CHURCH ST & LYONS RD | LIBERTY CORNER | BERNARDS TWP | 07938 | SOMERSET |
| 5505 | 13320 | 45682 | MANVILLE BORO DPW STREET DEPT | 1 WILLIAM ST | MANVILLE | MANVILLE BORO | 08876 | SOMERSET |
| 5506 | 55469 | | MANVILLE AUTO PARTS INC | 341 345 N MAIN ST | MANVILLE | MANVILLE BORO | 08835 | SOMERSET |
| 5507 | 1584 | | WESTON SERVICE CENTER INC | 710 S MAIN ST | MANVILLE | MANVILLE BORO | 08835 | SOMERSET |
| 5508 | 1765 | | EXXON SERVICE STATION #8143 | 1909 WASHINGTON VALLEY RD | MARTINSVILLE | BRIDGEWATER TWP | 08836 | SOMERSET |
| 5509 | 1761 | | DENSONS AUTO REPAIR INC | 1972 WASHINGTON VALLEY RD | MARTINSVILLE | BRIDGEWATER TWP | 08836 | SOMERSET |
| 5510 | 1580 | | GETTY SERVICE STATION #95141 | 1008 AMWELL RD & MAIN ST | MILLSTONE | MILLSTONE BORO | 08876 | SOMERSET |
| 5511 | 53656 | | KENNETH VL CONOVER FARM | 103 BRIDGEPOINT RD | MONTGOMERY TWP | MONTGOMERY TWP | 08502 | SOMERSET |
| 5512 | 61451 | | SIS HOLDING INC | 1147 RT 601 | MONTGOMERY TWP | MONTGOMERY TWP | 08504 | SOMERSET |
| 5513 | 1570 | | LEHIGH GAS SERVICE STATION | 1251 RT 206 & RT 518 | MONTGOMERY TWP | MONTGOMERY TWP | 08540 | SOMERSET |
| 5514 | 33424 | | CARRIER CLINIC | 252 BELLE MEAD BLAWENBURG RD & E MOUNTAIN RD AKA RT 601 | MONTGOMERY TWP | HILLSBOROUGH TWP | 08558 | SOMERSET |
| 5515 | 291543 | | LABAW HARDWARE FORMER | 27 READING BLVD | MONTGOMERY TWP | MONTGOMERY TWP | 08502 | SOMERSET |
| 5516 | 40569 | | BELLE MEAD LUMBER INC | 28 READING BLVD | MONTGOMERY TWP | MONTGOMERY TWP | 08502 | SOMERSET |
| 5517 | 95037 | | OPATUT TRACT | 32 PINE BRAE DR | MONTGOMERY TWP | MONTGOMERY TWP | 08502 | SOMERSET |
| 5518 | 6327 | | NASSAU CONOVER MOTOR CO | 902 RT 206 | MONTGOMERY TWP | MONTGOMERY TWP | 08540 | SOMERSET |
| 5519 | 1575 | | SUNOCO SERVICE STATION #0012-3504 | 919 RT 206 | MONTGOMERY TWP | MONTGOMERY TWP | 08558 | SOMERSET |
| 5520 | 88982 | | BRACKETT CONSTRUCTION CO | 160 FAIRVIEW DR | NESHANIC STATION | BRANCHBURG TWP | 08853 | SOMERSET |
| 5521 | 1552 | | BP SERVICE STATION #95678 | 1292 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07063 | SOMERSET |
| 5522 | 112443 | | GETTY SERVICE STATION #00666 | 1299 RT 22 & ROCK AVE | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07063 | SOMERSET |
| 5523 | 1556 | | SHELL SAP NO: 138455 | 340 WATCHUNG AVE | NORTH PLAINFIELD | NORTH PLAINFIELD | | SOMERSET |
| 5524 | 1558 | | SUNOCO SERVICE STATION #0006-8882 | 400 SOMERSET ST & GRANDVIEW AVE | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5525 | 1559 | | SOMERSET GLOBAL SERVICE STATION | 421 SOMERSET ST & GREENBROOK RD | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07063 | SOMERSET |
| 5526 | 1550 | | BP SERVICE STATION #90313 | 497 511 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5527 | 22921 | | WILLIAM JAY CLARK VOLVO | 505 SOMERSET ST | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5528 | 43087 | | S48 SERVICES INC | 548 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5529 | 1569 | | GETTY SERVICE STATION #56882 | 58 GREENBROOK RD & GROVE ST | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5530 | 1551 | | EXXON SERVICE STATION #33088 | 611 613 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5531 | 48751 | | TORESCO ENTERPRISES | 618 RT 22 WATCHUNG DR | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5532 | 322287 | | J&J TRANSMISSION INC | 640 652 RT 22 & WATCHUNG AVE | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5533 | 141194 | 1556 | RACEWAY PETROLEUM SERVICE STATION | 648 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5534 | 1549 | | EXXON SERVICE STATION | 922 RT 22 & COLUMBIA AVE | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5535 | 1545 | | PARMAR SALES INC | 925 RT 22 | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5536 | 45014 | | SOMERSET CNTY ROAD DEPT NORTH PLAINFIELD GARAGE | DUPONT ST | NORTH PLAINFIELD | NORTH PLAINFIELD BORO | 08876 | SOMERSET |
| 5537 | 36678 | | RULE INDUSTRIES INC @ CAPE ANN IND PK | 1292 RT 22 EAST | NORTH PLAINFIELD BORO | NORTH PLAINFIELD BORO | 01930 | SOMERSET |

Page 113 of 128

10/14/2016

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5538 | 47137 | | NORTH PLAINFIELD BORO DPW GARAGE | 17 19 DUPONT ST | NORTH PLAINFIELD BORO | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5539 | 69559 | | FLEET BANK | 535 SOMERSET ST | NORTH PLAINFIELD BORO | NORTH PLAINFIELD BORO | 07060 | SOMERSET |
| 5540 | 13316 | | MOHAWK OIL CO INC PEAPACK SUNOCO SERVICE STATION | 28 RT 206 & HOLLAND AVE | PEAPACK | PEAPACK-GLADSTONE | 079770257 | SOMERSET |
| 5541 | 46942 | | SOMERSET CNTY ROAD DEPT GARAGE | 5 HOLLAND AVE | PEAPACK | PEAPACK-GLADSTONE | 08876 | SOMERSET |
| 5542 | 431750 | | 89 MOSLE ROAD | 89 MOSLE RD | PEAPACK-GLADSTONE | PEAPACK-GLADSTONE | 07977 | SOMERSET |
| 5543 | 1887 | | TIGER CLAW SERVICE STATION | 30 WASHINGTON VALLEY RD 1432 RT 202/206 | PLUCKEMIN | BEDMINSTER TWP | 08876 | SOMERSET |
| 5544 | 1888 | | PLUCKEMIN GULF SERVICE STATION #061905 | RT 202/206 BOX 206 | PLUCKEMIN | BEDMINSTER TWP | 07978 | SOMERSET |
| 5545 | 14466 | | ORTHO CLINICAL DIAGNOSTICS | 1001 RT 202 ROOM 135 | RARITAN | RARITAN BORO | 08869 | SOMERSET |
| 5546 | 13232 | | OLD YORK CAR CARE #61969 | 1201 OLD YORK RD | RARITAN | RARITAN BORO | 088690602 | SOMERSET |
| 5547 | 43823 | | STABILES SERVICE STATION | 39 ANDERSON ST ALPHONSO T STABILE | RARITAN | RARITAN BORO | 08869 | SOMERSET |
| 5548 | 13315 | | RARITAN AUTO SERVICE | 40 E SOMERSET ST AKA RT 27 | RARITAN | RARITAN BORO | 088690602 | SOMERSET |
| 5549 | 41493 | | B&T ASSOC | 403 RT 202 | RARITAN | RARITAN BORO | 08876 | SOMERSET |
| 5550 | 67250 | | HENDERSON CORP | 575 RT 28 | RARITAN | RARITAN BORO | 08869 | SOMERSET |
| 5551 | 1544 | | RARITAN MOBIL SERVICE STATION RPC #03 | 601 1ST AVE & RT 202 | RARITAN | RARITAN BORO | 08869 | SOMERSET |
| 5552 | 358101 | | 214 SHERMAN AVENUE | 214 SHERMAN AVE | RARITAN BORO | RARITAN BORO | 08869 | SOMERSET |
| 5553 | 86723 | | 28 WEST SOMERSET STREET | 28 W SOMERSET ST | RARITAN BORO | RARITAN BORO | 08896 | SOMERSET |
| 5554 | 42768 | | BROWN & GLYNN CONSTRUCTION CO INC | 1 CAMNER AVE | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5555 | 1707 | | RIVERVIEW EXXON SERVICE STATION | 1101 EASTON AVE | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5556 | 1699 | | AIIT FUEL SERVICE STATION | 1376 HAMILTON ST | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5557 | 1710 | | LEHIGH GAS SERVICE STATION | 1770 EASTON AVE | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5558 | 1676 | | RESTAS MOBIL SERVICE STATION | 1873 AMWELL RD | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5559 | 43442 | | SUYDAM FARMS | 29 SKILLMAN LN | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5560 | 43287 | | HK TIRE CO | 495 SOMERSET ST AKA RT 27 | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5561 | 1638 | | SICORA MOTORS INC @ EXXON SERVICE STATION #34161 | 541 SOMERSET ST AKA RT 27 | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5562 | 93480 | | NBSF CABINETS & MILLWORK MFG INC | 59 BERRY ST 61 GURLEY AVE | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5563 | 50086 | | SOMERSET CNTY PARK COMM QUAIL BROOK PARK & GOLF COURSE | 625 NEW BRUNSWICK RD | SOMERSET | FRANKLIN TWP | 08802 | SOMERSET |
| 5564 | 1639 | | GETTY SERVICE STATION #00654 | 669 SOMERSET ST AKA RT 27 | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5565 | 1634 | | AMBANI REALTY INC | 789 NEW BRUNSWICK RD 109 NEW BRUNSWICK AVE 785 OLD NEW BRUNSWICK RD | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5566 | 52625 | | HERRS FOODS INC | 790 NEW BRUNSWICK RD | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5567 | 1704 | | SOMERSET BP SERVICE STATION | 803 HAMILTON ST | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5568 | 1716 | | CROWN QUALITY CLEANERS @ EASTON SHOPPING CENTER | 900 EASTON AVE | SOMERSET | FRANKLIN TWP | 08873 | SOMERSET |
| 5569 | 43612 | | SOMERVILLE GASWORKS FORMER | 101 2ND ST | SOMERVILLE | SOMERVILLE BORO | 088760000 | SOMERSET |
| 5570 | 1524 | | SUNOCO SERVICE STATION #0010 3283 | 1062 1070 RT 22 | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5571 | 1522 | | SOMERVILLE GULF SERVICE STATION #120177 | 12 MOUNTAIN AVE & W END AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5572 | 1501 | | SOMERVILLE SERVICE STATION | 131 N GASTON AVE & WILLIAM ST | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5573 | 1503 | | EXXON SERVICE STATION #31505 | 134 140 SOMERSET ST & RT 206 | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5574 | 1529 | | AMOCO SERVICE STATION #84817 | 157 E MAIN ST & PARK AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5575 | 258642 | | NJLG LIST1 NJ0239 SERVICE STATION | 165 MOUNTAIN AVENUE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5576 | 1498 | | | 176 W END AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5577 | 1530 | | SUNOCO SERVICE STATION #0005 211 | 201 E MAIN ST & N GASTON AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5578 | 1520 | | HESS SERVICE STATION #30266 | 280 RT 202/206 | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5579 | 46146 | | SOMERVILLE BORO DPW GARAGE | 32 5TH ST | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5580 | 24047 | | DAVES GETTY SERVICE STATION | 340 UNION AVE AKA RT 28 | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5581 | 1502 | | TOWNE TECHNOLOGIES INC | 6 10 BELL AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5582 | 205200 | | COURT HOUSE SQUARE OFFICE BUILDING | 75 VETERANS MEMORIAL DR | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5583 | 50493 | | PYMAH CORP | 99 RT 206 | SOMERVILLE | SOMERVILLE BORO | 08879 | SOMERSET |
| 5584 | 1499 | | SHELL SERVICE STATION #100151 | 900 RT 22 & MERCER ST | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5585 | 1497 | | LUKOIL SERVICE STATION #57309 | 914 RT 22 & DAVENPORT ST | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| 5586 | 1494 | | KYMATA INC | 936 RT 202 | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |