NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| SS87 | 13313 | | EXXON SERVICE STATION #50857 | 980 RT 22 | SOMERVILLE | SOMERVILLE BORO | 088760151 | SOMERSET |
| SS88 | 64422 | | SOMERVILLE BORO SLF | RT 206 E | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| SS89 | 43640 | | EXXON SERVICE STATION #83491 | 1 UNION AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| SS90 | 126636 | | UNION AVENUE PLAZA | 21-29 UNION AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| SS91 | 44464 | | EXXON SERVICE STATION #02116 | 50 W END AVE | SOMERVILLE | SOMERVILLE BORO | 08876 | SOMERSET |
| SS92 | 67090 | | DEUTSCH PROPERTY | FRANKLIN ST & MEADOW ST | SOMERVILLE | SOMERVILLE BORO | 08201 | SOMERSET |
| SS93 | 183399 | | 133 MOUNTAIN AVENUE | 133 MOUNTAIN AVE | WARREN TWP | WARREN TWP | 070595294 | SOMERSET |
| SS94 | 133038 | | UNION'S CORP | 141 MT BETHEL RD & WARRENSVILLE RD | WARREN TWP | WARREN TWP | 07980 | SOMERSET |
| SS95 | 86572 | | 150 LIBERTY CORNER ROAD | 150 LIBERTY CORNER RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS96 | 6299 | | USDOE SITE WARREN | 71 MT BETHEL RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS97 | 55749 | | WASHINGTON VALLEY AUTO REPAIR INC | 19 WASHINGTON VALLEY RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS98 | 1487 | | DELTA SERVICE STATION | 2 MT BETHEL RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS99 | 32738 | | DEALAMAN ENTERPRISES | 214 MOUNTAIN VIEW RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS00 | 34704 | | DAYTONA AUTO CONSULTANTS INC | 40 TECHNOLOGY DR | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS01 | 85445 | | 40 TECHNOLOGY DRIVE | 40 TECHNOLOGY DR | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS02 | 48949 | | SOMERSET CNTY PARK COMM WARRENBROOK PARK & GOLF COURSE | 500 WARRENVILLE RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS03 | 200904 | | 68 MORNING GLORY ROAD | 68 MORNING GLORY RD | WARREN TWP | WARREN TWP | 070597126 | SOMERSET |
| SS04 | 1485 | | WARREN CAR CARE CENTER INC #63894 | 89 STIRLING RD | WARREN TWP | WARREN TWP | 07059 | SOMERSET |
| SS05 | 46085 | | WARREN AUTO INC | 81 MORNING GLORY RD | WARREN TWP | WARREN TWP | 07060 | SOMERSET |
| SS06 | 1527 | | TORES VALERO SERVICE STATION | 15 STIRLING RD | WATCHUNG | WATCHUNG BORO | 07050 | SOMERSET |
| SS07 | 2472 | | LOCKHEED ELECTRONICS CO INC-FORMER | 1301 RT 22 | WATCHUNG | WATCHUNG BORO | 07050 | SOMERSET |
| SS08 | 168308 | | 1529 ROUTE 22 WEST | 1529 RT 22 | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS09 | 484425 | | 1541 ROUTE 22 | 1541 RT 22 | WATCHUNG | WATCHUNG BORO | 07059 | SOMERSET |
| SS10 | 1473 | | LUKOIL SERVICE STATION #67242 | 1555 RT 22 & MOUNTAIN AVE | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS11 | 68512 | | TONER H GLOVE CO INC | 1555 RT 22 | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS12 | 51948 | | SBARRO ROSSLOCK & CO #61894 | 1640 RT 22 | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS13 | 95648 | | 20 E ROCK ROAD | 20 E ROCK RD | WATCHUNG | WATCHUNG BORO | 07069 | SOMERSET |
| SS14 | 126522 | | VALLEY FURNITURE SHOP | 20 STIRLING RD | WATCHUNG | WATCHUNG BORO | 07069 | SOMERSET |
| SS15 | 18387 | | WATCHUNG POLICE & FIRE DEPTS | 57 MOUNTAIN BLVD | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS16 | 1526 | | LEHIGH GAS SERVICE STATION | 989 SOMERSET ST | WATCHUNG | WATCHUNG BORO | 07060 | SOMERSET |
| SS17 | 447915 | | SQ WATCHUNG AVENUE | 50 WATCHUNG AVE | WATCHUNG | WATCHUNG BORO | 07069 | SOMERSET |
| SS18 | 187797 | | 696 VALLEY ROAD | 696 VALLEY RD | WATCHUNG | WATCHUNG BORO | 07069 | SOMERSET |
| SS19 | 200293 | | DIMAURO PROPERTY | 13 DENNIS DR | ANDOVER TWP | ANDOVER TWP | 07860 | SUSSEX |
| SS20 | 1469 | | PMG #2000 SERVICE STATION | 289 NEWTON SPARTA RD | ANDOVER TWP | ANDOVER TWP | 07848 | SUSSEX |
| SS21 | 55548 | | ANDOVER CITGO SERVICE STATION | 244 NEWTON SPARTA RD | ANDOVER TWP | ANDOVER TWP | 07821 | SUSSEX |
| SS22 | 89159 | | S VANON CNTR | 5 MANOR DR | ANDOVER TWP | ANDOVER TWP | 07821 | SUSSEX |
| SS23 | 44972 | | SUSSEX CNTY ANDOVER MAINTENANCE GARAGE | 671 RT 206 N AKA MAIN ST | ANDOVER TWP | ANDOVER TWP | 07821 | SUSSEX |
| SS24 | 1461 | | EXXON SERVICE STATION #84954 @ ROSS CORNER | 77 RT 206 & RT 15 | AUGUSTA | FRANKFORD TWP | 07822 | SUSSEX |
| SS25 | 1467 | | SELECTIVE INSURANCE CO OF AMERICA | 40 WANTAGE AVE | BRANCHVILLE | BRANCHVILLE BORO | 07890 | SUSSEX |
| SS26 | 42601 | | BYRAM TWP MUNICIPAL BUILDING & POLICE DEPT | 10 MANSFIELD DR | BYRAM TWP | BYRAM TWP | 07874 | SUSSEX |
| SS27 | 44262 | | BYRAM TRANSMISSION | 242 MAIN ST AKA RT 206 | BYRAM TWP | BYRAM TWP | 07821 | SUSSEX |
| SS28 | 1459 | | SHELL SERVICE STATION | 27 RT 206 & WATERLOO RD | BYRAM TWP | BYRAM TWP | 07874 | SUSSEX |
| SS29 | 95653 | | 27 TOTE ROAD | 27 TOTE RD | BYRAM TWP | BYRAM TWP | 07821 | SUSSEX |
| SS30 | 73897 | | PAPENDICK MARK | 4 ADAIR ST | BYRAM TWP | BYRAM TWP | 07874 | SUSSEX |
| SS31 | 118228 | | 45 LAKE DRIVE | 45 LAKE DR | BYRAM TWP | BYRAM TWP | 07874 | SUSSEX |
| SS32 | 88150 | | 610 STANHOPE SPARTA ROAD | 610 STANHOPE SPARTA RD | BYRAM TWP | BYRAM TWP | 07874 | SUSSEX |
| SS33 | 42864 | | CRANBERRY LAKE GROUNDWATER CONTAMINATION HILL | LAKEVIEW TRAIL | BYRAM TWP | BYRAM TWP | 07821 | SUSSEX |
| SS34 | 14361 | | VALLEY GULF SERVICE STATION SPARTAN OILCO | 468 RT 206 | CULVERS LAKE | FRANKFORD TWP | 07783 | SUSSEX |
| SS35 | 62838 | | SUSSEX CNTY COMMUNITY COLLEGE PUBLIC SAFETY TRAINING ACADEMY @ HOMESTEAD C | 114-129 MORRIS TPKE AKA RT 655 | FRANKFORD TWP | FRANKFORD TWP | 07860 | SUSSEX |

## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5686 | 75477 | | 13 PERRY ROAD | 13 PERRY RD | FRANKFORD TWP | FRANKFORD TWP | 07826 | SUSSEX |
| 5687 | 50191 | | FRANKFORD TWP MUA | 149 151 RT 206 | FRANKFORD TWP | FRANKFORD TWP | 07822 | SUSSEX |
| 5688 | 167803 | | 23 MARION RD | 23 MARION RD | FRANKFORD TWP | FRANKFORD TWP | 07826 | SUSSEX |
| 5689 | 13301 | | CULVERS LAKE GYRO SERVICE STATION | 588 RT 206 | FRANKFORD TWP | FRANKFORD TWP | 07826 | SUSSEX |
| 5640 | 438671 | | 588 KEMAH LAKE ROAD | 588 KEMAH LAKE RD | FRANKFORD TWP | FRANKFORD TWP | 07826 | SUSSEX |
| 5641 | 94529 | | 94 EAST SHORE CULVER RD | 94 E SHORE CULVER RD | FRANKFORD TWP | FRANKFORD TWP | 07826 | SUSSEX |
| 5642 | 46789 | | AUGUSTA GARAGE | RT 206 & ROSS CORNER SUSSEX RD | FRANKFORD TWP | FRANKFORD TWP | 07822 | SUSSEX |
| 5643 | 340517 | | 20 HIGH POINT CIRCLE | 20 HIGH POINT CIR | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5644 | 94910 | | SPEEDWAY SERVICE STATION #05456 | 272 RT 23 | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5645 | 198357 | | FRANKLIN BORO DPW | 40 CHURCH ST | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5646 | 199222 | | ESTATE OF KULSAR THOMAS JR | 413 RT 23 | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5647 | 1455 | | FRANKLIN TEXACO SERVICE STATION | 425 RT 23 | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5648 | 1658 | | FRANKLIN SPARTAN SERVICE STATION | 450 RT 23 | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5649 | 46195 | | FRANKLIN EXXON SERVICE STATION #94877 | 84 RT 23 N | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5650 | 1453 | | LUKOIL SERVICE STATION #57226 | 91 FRANKLIN AVE & RT 23 | FRANKLIN | FRANKLIN BORO | 07416 | SUSSEX |
| 5651 | 43017 | | UTILITY PROPANE INC | RT 94 | FREDON | FREDON TWP | 07860 | SUSSEX |
| 5652 | 87908 | | 25 SHORE ROAD | 25 SHORE RD | GREEN TWP | GREEN TWP | 07821 | SUSSEX |
| 5653 | 16213 | | GREEN TWP BD OF ED GREEN MILLS MIDDLE SCHOOL | 69 MACKEREY RD | GREEN TWP | GREEN TWP | 07889 | SUSSEX |
| 5654 | 92106 | | 92 KENNEDY ROAD | 92 KENNEDY RD | GREEN TWP | GREEN TWP | 07821 | SUSSEX |
| 5655 | 1446 | | TRINCA AIRPORT | AIRPORT RD AKA RT 663 | GREEN TWP | GREEN TWP | 07821 | SUSSEX |
| 5656 | 411986 | | 21 ORCHARD STREET | 21 ORCHARD ST | HAMBURG | HAMBURG BORO | 07419 | SUSSEX |
| 5657 | 1439 | | GETTY SERVICE STATION #56005 | 6 RT 23 N & VERNON AVE AKA RT 94 | HAMBURG | HAMBURG BORO | 07419 | SUSSEX |
| 5658 | 74194 | | HAMBURG BORO MUNICIPAL BUILDING | 6 WALKKILL AVE | HAMBURG | HAMBURG BORO | 07419 | SUSSEX |
| 5659 | 88598 | | 20 GLENSIDE AVENUE | 20 GLENSIDE AVE | HAMBURG BORO | HAMBURG BORO | 07419 | SUSSEX |
| 5660 | 220028 | | 32 WOODLAND AVENUE | 32 WOODLAND AVE | HAMBURG BORO | HAMBURG BORO | 07419 | SUSSEX |
| 5661 | 74489 | | 65 ORCHARD STREET | 65 ORCHARD ST | HAMBURG BORO | HAMBURG BORO | 07419 | SUSSEX |
| 5662 | 75204 | | 67 ORCHARD STREET | 67 ORCHARD ST | HAMBURG BORO | HAMBURG BORO | 07419 | SUSSEX |
| 5663 | 170307 | | 22 ROUTE 521 | 22 RT 521 | HAMPTON TWP | HAMPTON TWP | 07860 | SUSSEX |
| 5664 | 187888 | | 28 RT 94 | 28 RT 94 | HAMPTON TWP | HAMPTON TWP | 07860 | SUSSEX |
| 5665 | 47279 | | SHADES OF GREEN | 42 HAMPTON HOUSE RD | HAMPTON TWP | HAMPTON TWP | 07860 | SUSSEX |
| 5666 | 339295 | | MARTIN STATION SERVICE STATION | 68 KEMAH MECCA LAKE RD | HAMPTON TWP | HAMPTON TWP | 07860 | SUSSEX |
| 5667 | 353297 | | 88 KEMAH MECCA LAKE DRIVE | 76 E SHORE DR | HAMPTON TWP | HAMPTON TWP | 07860 | SUSSEX |
| 5668 | 41582 | | 26 EAST SHORE DRIVE | RT 655 & 519 AKA MORRIS TPKE | HAMPTON TWP | HAMPTON TWP | 08827 | SUSSEX |
| 5669 | 88403 | | SUSSEX CNTY FIRE TRAINING CENTER | 26 LAKE SHORE RD | HARDYSTON TWP | HARDYSTON TWP | 07460 | SUSSEX |
| 5670 | 1423 | | SPARTAN HIGH TOWN SERVICE STATION | 3289 RT 94 & CHURCH RD | HARDYSTON TWP | HARDYSTON TWP | 07416 | SUSSEX |
| 5671 | 82388 | | 3374 ROUTE 94 | 3374 RT 94 | HARDYSTON TWP | HARDYSTON TWP | 07460 | SUSSEX |
| 5672 | 69093 | | 44 DEER TRAIL | 44 DEER TRAIL | HARDYSTON TWP | HARDYSTON TWP | 07460 | SUSSEX |
| 5673 | 88292 | | 8 OTTER TRAIL | 8 OTTER TRAIL | HARDYSTON TWP | HARDYSTON TWP | 07419 | SUSSEX |
| 5674 | 223751 | | 8 RUSSELL ROAD | 8 RUSSELL RD | HARDYSTON TWP | HARDYSTON TWP | 07460 | SUSSEX |
| 5675 | 74853 | | QUIGLEY DENNIS & NELLIE RESIDENCE | 21 CONTEORA RD | HIGHLAND LAKES | VERNON TWP | 07422 | SUSSEX |
| 5676 | 185502 | | 120 RIVER STYX RD | 120 RIVER STYX RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5677 | 43244 | | HOPATCONG BORO DPW GARAGE | 120 RIVER STYX RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5678 | 129527 | | 25 BYRAM BAY ROAD | 25 BYRAM BAY RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5679 | 1416 | | HOPATCONG OPERATING SERVICE STATION | 38 HOPATCONG RD & SHARP AVE | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5680 | 214047 | | 4 CARTERET ROAD | 4 CARTERET RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5681 | 55431 | | MAROTTA AUTO SERVICE | 406 RIVER STYX RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5682 | 1419 | | HOPATCONG AUTO SERVICE | 450 RIVER STYX RD | HOPATCONG | HOPATCONG BORO | 07843 | SUSSEX |
| 5683 | 46874 | | SUSSEX CNTY HOPATCONG DISTRICT GARAGE | 65 RT 605 AKA OLD STANHOPE RD | HOPATCONG | HOPATCONG BORO | 07860 | SUSSEX |
| 5684 | 76365 | | 14 TEMPLE TRAIL | 14 TEMPLE TRAIL | HOPATCONG BORO | HOPATCONG BORO | 07843 | SUSSEX |

10/14/2016

# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NIEMS SITE_ID | Former NIEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5685 | 188487 | | 157 ROLLINS TRAIL | 157 ROLLINS TRAIL | HOPATCONG BORO | HOPATCONG BORO | 078431750 | SUSSEX |
| 5686 | 86715 | | 202 ELMIRA TRAIL | 202 ELMIRA TRAIL | HOPATCONG BORO | HOPATCONG BORO | 07843 | SUSSEX |
| 5687 | 74152 | | 216 WEST END AVENUE | 216 W END AVE | HOPATCONG BORO | HOPATCONG BORO | 07843 | SUSSEX |
| 5688 | 69890 | | 22 COLUMBIA TRAIL | 22 COLUMBIA TRAIL | HOPATCONG BORO | HOPATCONG BORO | 07843 | SUSSEX |
| 5689 | 40072 | | WEST SHORE DIV STATION #61994 | 486 RIVER STYX RD | HOPATCONG BORO | HOPATCONG BORO | 07843 | SUSSEX |
| 5690 | 46876 | | SUSSEX CNTY LAFAYETTE DIST GARAGE | 112 SUNSET INN UMEREST RD AKA RT 623 | LAFAYETTE | LAFAYETTE TWP | 078480000 | SUSSEX |
| 5691 | 226398 | | 13 MORRIS FARM ROAD | 13 MORRIS FARM RD | LAFAYETTE | LAFAYETTE TWP | 07848 | SUSSEX |
| 5692 | 17971 | | FIRST STUDENT INC #11501 | 177 RT 94 | LAFAYETTE | LAFAYETTE TWP | 07848 | SUSSEX |
| 5693 | 164499 | | BRAEN ROYALTY | 217 LIMECREST RD | LAFAYETTE TWP | LAFAYETTE TWP | 07848 | SUSSEX |
| 5694 | 43894 | | SUSSEX CNTY LAYTON DIST GARAGE | 64 RT 560 | LAYTON | SANDYSTON TWP | 07851 | SUSSEX |
| 5695 | 37620 | | NJDEP HIGH POINT STATE PARK & BATH HOUSE | 1480 RT 23 | MONTAGUE | MONTAGUE TWP | 07461 | SUSSEX |
| 5696 | 1405 | | LUKOIL SERVICES STATION #57355 | 420 RT 206 | MONTAGUE | MONTAGUE TWP | 07827 | SUSSEX |
| 5697 | 1406 | | MONTAGUE CITGO SERVICE STATION & FOOD BAG | 6 RT 23 & CLOVE RD | MONTAGUE | MONTAGUE TWP | 07827 | SUSSEX |
| 5698 | 63098 | 15057 | TRI STATE MALL | 10 RT 23 | MONTAGUE TWP | MONTAGUE TWP | 07827 | SUSSEX |
| 5699 | 71952 | 1404 | PMC #3252 SERVICE STATION | 8 RT 23 | MONTAGUE TWP | MONTAGUE TWP | 07827 | SUSSEX |
| 5700 | 157702 | | GAS INN & GARAGE | RT 206 N AT 34 ST | MONTAGUE TWP | MONTAGUE TWP | 07829 | SUSSEX |
| 5701 | 1995 | | NEWTON GULF SERVICE STATION | 106 WOODSIDE AVE | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5702 | 40464 | | NEWTON DPW GARAGE | 117 MORAN ST | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5703 | 13230 | | NEWTON AMOCO SERVICE STATION | 138 WATER ST AKA RT 206 | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5704 | 14564 | | NEWTON MEDICAL CENTER | 175 HIGH ST | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5705 | 32544 | | THRIVENT STREET | 21 TOWNSEND ST | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5706 | 48374 | | SPRING REALTY | 237 SPRING ST | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5707 | 32679 | | ROBINSON AERIAL SURVERS INC | 43 SPARTA AVE | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5708 | 35545 | | SUSSEX PETROLEUM INC SERVICE STATION | 59 69 WATER ST & RT 206 | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5709 | 1304 | | U SAVE QUICK MART | 65 SPARTA AVE | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5710 | 1930 | | HESS SERVICE STATION #30398 | 77 N WATER ST RT 94 & 206 | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5711 | 1906 | | BOB NEWTON SERVICE STATION | 86 MILL ST | NEWTON | NEWTON TOWN | 07860 | SUSSEX |
| 5712 | 87911 | | 120 HIGH ST | 120 HIGH ST | NEWTON TOWN | NEWTON TOWN | 07860 | SUSSEX |
| 5713 | 434566 | | 52 PATERSON AVENUE | 52 PATERSON AVE | NEWTON TOWN | NEWTON TOWN | 07860 | SUSSEX |
| 5714 | 66848 | | ELIZABETHTOWN GAS CO NEWTON COAL GAS 2 | E CLINTON AVE | NEWTON TOWN | NEWTON TOWN | 07860 | SUSSEX |
| 5715 | 7364 | | OGDENSBURG GULF SERVICE STATION | 16 MAIN ST | OGDENSBURG | OGDENSBURG BORO | 07439000 | SUSSEX |
| 5716 | 33545 | | WALLYS SPARTAN SERVICE STATION | 299 RT 206 & SHAYTOWN RD | SANDYSTON | SANDYSTON TWP | 07851 | SUSSEX |
| 5717 | 341190 | | 1 CHEYENNE TRAIL | 1 CHEYENNE TRAIL | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5718 | 352763 | | 14 E SHORE TRAIL | 14 E SHORE TRAIL | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5719 | 1486 | | SPARTA TEXACO SERVICE STATION | 211 WOODPORT RD AKA RT 181 | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5720 | 1373 | | ALPINE SPARTA SERVICE STATION | 312 SPARTA AVE AKA RT 517 & 616 | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5721 | 46835 | | SPARTA SHELL SERVICE STATION | 354 LAFAYETTE RD & RT 15 | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5722 | 33289 | | P MICHELLOTTI & SONS CONCRETE DIV | 380 HOUSES CORNER RD | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5723 | 33277 | | US OIL SERVICE STATION | 4 SPARTA AVE | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5724 | 1413 | | GRINNELL RECYCLING INC | 482 HOUSES CORNERS RD | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5725 | 1444 | | SPARTA GULF SERVICE STATION #61170 | 63 WOODPORT RD AKA RT 181 | SPARTA | SPARTA TWP | 078710000 | SUSSEX |
| 5726 | 1424 | | SPARTA TWP MUNICIPAL BUILDING | 65 MAIN ST | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5727 | 344302 | | 72 ALPINE TRAIL | 72 ALPINE TRAIL | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5728 | 13304 | | SPARTA SHELL SERVICE STATION | 85 SPARTA AVE | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5729 | 1445 | | EXXON SERVICE STATION | 88 WOODPORT RD AKA RT 181 | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5730 | 63892 | | GIRL SCOUTS CAMP SACAJAWEA | 8844 WHITE LAKE RD | SPARTA | SPARTA TWP | 07871 | SUSSEX |
| 5731 | 222004 | | 113 EAST SHORE TRAIL | 113 EAST SHORE TRAIL | SPARTA TWP | SPARTA TWP | 07871 | SUSSEX |
| 5732 | 73994 | | 45 SPRINGBROOK TRAIL | 45 SPRINGBROOK TRAIL | SPARTA TWP | SPARTA TWP | 07871 | SUSSEX |
| 5733 | 1464 | | STANHOPE EXXON TIGER MART SERVICE STATION | 1 RT 206 & ACORN ST | STANHOPE | STANHOPE BORO | 07874 | SUSSEX |

10/14/2016

## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| NEMS SITE_ID | Former NEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|
| 5734 | 1364 | AMERADA HESS SERVICE STATION #30267 | 1 RT 183 & RT 205 | STANHOPE | STANHOPE BORO | 07874 | SUSSEX |
| 5735 | 88260 | 907 TULIP TRAIL | 907 TULIP TRAIL | STILLWATER | STILLWATER TWP | 07860 | SUSSEX |
| 5736 | 188525 | 933 MAPLE AVENUE | 933 MAPLE AVE | STILLWATER | STILLWATER TWP | 078750044 | SUSSEX |
| 5737 | 42275 | GALLAGHER & PIZZA & DELI | 992 FAIRVIEW LAKE RD | STILLWATER | STILLWATER TWP | 07875 | SUSSEX |
| 5738 | 1424 | 1351 | LUKOIL SERVICE STATION #74098 | 2770 RT 23 | STOCKHOLM | HARDYSTON TWP | 07460 | SUSSEX |
| 5739 | 1357 | EXXON SERVICE STATION #84780 | 1 BANK ST | SUSSEX | SUSSEX BORO | 07461 | SUSSEX |
| 5740 | 1359 | US GAS SERVICE STATION | 1 MAIN ST | SUSSEX | SUSSEX BORO | 07461 | SUSSEX |
| 5741 | 32951 | HIGHPOINT CHEVROLET | 500 RT 23 | SUSSEX | SUSSEX BORO | 07461 | SUSSEX |
| 5742 | 237370 | 1 IVAN BRANDON CT | 1 IVAN BRANDON CT | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5743 | 127768 | 11 HILLSDALE DR | 11 HILLSDALE DR | VERNON | VERNON TWP | 07461 | SUSSEX |
| 5744 | 225385 | 1504 ROUTE 565 | 1504 RT 565 | VERNON | VERNON TWP | 07461 | SUSSEX |
| 5745 | 176998 | 20 VUESTSA DRIVE | 20 VUESTSTA DR | VERNON | VERNON TWP | 07418 | SUSSEX |
| 5746 | 55744 | SREC RESOURCES MOUNTAIN CREEK PLANT | 200 RT 94 | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5747 | 1348 | GULF-GULF SERVICE STATION | 289 RT 94 | VERNON | VERNON TWP | 07489 | SUSSEX |
| 5748 | 539957 | LUK OIL SERVICE STATION #57724 & KIN MART | 312 RT 94 | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5749 | 37434 | LEGENDS RESORT & COUNTRY CLUB @ GREAT GORGE | 410 MCAFEE GLENWOOD RD AKA RT 517 | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5750 | 1346 | BALDWIN TRANSPORTATION INC | 5 OMEGA DR | VERNON | VERNON TWP | 074620159 | SUSSEX |
| 5751 | 125028 | 821 ROUTE 517 | 821 RT 517 | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5752 | 339456 | 9 FOXCROFT DRIVE | 9 FOXCROFT DR | VERNON | VERNON TWP | 07461 | SUSSEX |
| 5753 | 196528 | 14 BLACK OAK TRAIL GROUNDWATER CONTAMINATION | 14 BLACK OAK TRAIL | VERNON | VERNON TWP | 07461 | SUSSEX |
| 5754 | 409801 | 19 WEST LAKEVIEW ROAD | 19 W LAKEVIEW RD | VERNON | VERNON TWP | 07460 | SUSSEX |
| 5755 | 199558 | 2 BLACK OAK DRIVE | 2 BLACK OAK DR | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5756 | 69811 | 209 TAMACQUA ROAD | 209 TAMACQUA RD | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5757 | 79093 | 348 EAST LAKESHORE DRIVE | 348 E LAKESHORE DR | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5758 | 88936 | 491 BUSHWICK LANE | 491 BUSHWICK LN | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5759 | 188587 | 76 BARRY DRIVE | 76 BARRY DR | VERNON | VERNON TWP | 07422 | SUSSEX |
| 5760 | 68601 | ROUTE 515 ISLAND TRANSPORTATION | RT 515 & BREAK-NECK RD | VERNON | VERNON TWP | 07462 | SUSSEX |
| 5761 | 46369 | VERNON GARAGE | RT 94 | VERNON | VERNON TWP | 07428 | SUSSEX |
| 5762 | 1341 | MCAFEE LIBERTY SERVICE STATION | RT 94 N & RT 517 S | VERNON | VERNON TWP | 07000 | SUSSEX |
| 5763 | 540547 | EXXON SERVICE STATION #84766 | 154 RT 23 & RT 519 | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5764 | 390547 | 46 SUMMIT DRIVE | 46 SUMMIT DR | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5765 | 37695 | NJ RUTGERS UNIVERSITY BEEMERVILLE 4H CAMP | 50 NEILSON RD & RT 519 | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5766 | 397724 | 57 CLARK ROAD | 57 CLARK RD | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5767 | 1325 | LUKOIL SERVICE STATION #57225 | 721 RT 23 & RT 565 | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5768 | 23454 | BOBS CROSSROADS SERVICE STATION | RT 639 | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5769 | 32164 | ENDVIEW SUNOCO YARD | RT 23 | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5770 | 57440 | SUSSEX SHOPPING PLAZA | RT 23 & UNIONVILLE RD | WANTAGE | WANTAGE TWP | 07461 | SUSSEX |
| 5771 | 13262 | CHEVRON USA CHEMICAL CO | 11 SUMMIT AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 08846 | UNION |
| 5772 | 1314 | EXXON SERVICE STATION #32072 | 343 SPRINGFIELD AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 07922 | UNION |
| 5773 | 1308 | GETTY SERVICE STATION #56049 | 525 SPRINGFIELD AVE & PLAINFIELD AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 07922 | UNION |
| 5774 | 1324 | GETTY SERVICE STATION #56093 | 713 PLAINFIELD AVE & SPRINGFIELD AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 07922 | UNION |
| 5775 | 145948 | TRUESDALE NURSERY | 297 SNYDER AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 07922 | UNION |
| 5776 | 36435 | MIRANOY PRODUCTS | 719 PLAINFIELD AVE | BERKELEY HEIGHTS | BERKELEY HEIGHTS TWP | 11550 | UNION |
| 5777 | 13260 | TYCOM INC CLARK MFG CENTER @ TERMINAL AVE IND PK | 100 TERMINAL AVE AKA LOREAL WAY | CLARK TWP | CLARK TWP | 070651605 | UNION |
| 5778 | 1286 | CLARK CITGO SERVICE STATION | 104 WESTFIELD AVE | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5779 | 1296 | GETTY SERVICE STATION #56862 | 1208 CENTRAL AVE & RARITAN RD | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5780 | 137299 | MYATT HILLSIDE COURSE | 1300 RARITAN RD | CLARK TWP | CLARK TWP | 07056 | UNION |
| 5781 | 1281 | EXXON SERVICE STATION #84245 | 1401 RARITAN RD & WALNUT AVE | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5782 | 1289 | LOREAL USA INC @ TERMINAL AVE IND PK | 200-222 TERMINAL AVE AKA LOREAL WAY | CLARK TWP | CLARK TWP | 07056 | UNION |

10/24/2016

## NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NEIMS SITE_ID | Former NEIMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5783 | 55997 | | CLARK TWP DPW GARAGE POLICE STATION | 315 WESTFIELD AVE | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5784 | 191356 | | 47 COLONIAL DRIVE | 47 COLONIAL DR | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5785 | 1901 | | EXXON SERVICE STATION #33040 | 741 RARITAN RD & CENTRAL AVE | CLARK TWP | CLARK TWP | 07066 | UNION |
| 5786 | 13259 | | NJ TURNPIKE MAINTENANCE DISTRICT #3 | GARDEN STATE PKWY MM 136.7 | CLARK TWP | CLARK TWP | 070661605 | UNION |
| 5787 | 1274 | | CRANFORD SERVICE STATION | 105 NORTH AVE W AKA 98 NORTH AVE | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5788 | 141804 | | 110 PAWNEE ROAD | 110 PAWNEE RD | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5789 | 1249 | | GETTY SERVICE STATION #56034 | 114 SOUTH AVE W | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5790 | 1262 | | NJJG UST1 NJ0216 SERVICE STATION | 1170 RARITAN RD & COLIN KELLY ST | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5791 | 1268 | | TEXACO SERVICE STATION #100125 | 1270 RARITAN RD & WALNUT AVE | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5792 | 143413 | | 20 SOUTH AVE W | 20 SOUTH AVE W | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5793 | 13256 | | EXXON SERVICE STATION #84277 FORMER | 310 CENTENNIAL AVE & N LEHIGH | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5794 | 1245 | | SUNOCO SERVICE STATION #69808 | 321 LINCOLN AVE & SOUTH AVE W | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5795 | 1268 | | SHELL SERVICE STATION #138825 | 345 NORTH AVE & ELIZABETH AVE | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5796 | 44585 | | HOLT MACHINERY CO | 35 HIGH ST | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5797 | 1267 | | SUNOCO SERVICE STATION #0007 0078 | 401 NORTH AVE E & RARITAN AVE | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5798 | 1239 | | GRECOS GARAGE INC | 485 71 SOUTH AVE E | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5799 | 1271 | | AMOCO SERVICE STATION #84652 | 517 CENTENNIAL AVE | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5800 | 43916 | | PREMIER UROLOGY GROUP CORP | 570 SOUTH AVE & HALE ST | CRANFORD | CRANFORD TWP | 07016 | UNION |
| 5801 | 80048 | | IMPERIAL LANDSCAPING CO | 101 103 SOUTH AVE | CRANFORD TWP | CRANFORD TWP | 07016 | UNION |
| 5802 | 257264 | | UNION TWP RIVERFRONT REDEVELOPMENT AREA | 220 SOUTH AVE E | CRANFORD TWP | CRANFORD TWP | 07016 | UNION |
| 5803 | 56804 | | NORTH PROPERTIES INC | 245 249 NORTH AVE W | CRANFORD TWP | CRANFORD TWP | 07016 | UNION |
| 5804 | 70296 | | 29 CRAIG PLACE | 29 CRAIG PL | CRANFORD TWP | CRANFORD TWP | 07016 | UNION |
| 5805 | 13091 | | PAFETTIS HYGRADE EGG PRODUCTS INC | 1 PAPETTI PLAZA | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5806 | 16465 | | ECONOMY COLOR CARD | 1001 NEWARK AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5807 | 50127 | | UNION CNTY CHERRY ST GARAGE | 101 107 RAHWAY AVE & CHERRY ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5808 | 18359 | | UNION CNTY HATE GLASS CO | 102S ELIZABETH AVE | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5809 | 18295 | | ELIZABETH CITY DPW YARD | 1036 ELIZABETH AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5810 | 1219 | | SHELL SERVICE STATION #138848 | 1089 1099 ELIZABETH AVE & SCOTT | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5811 | 1224 | | BP SERVICE STATION #95681 | 1101 E JERSEY ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5812 | 43004 | | PHARMACARE INC | 1111 JEFFERSON AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5813 | 43194 | | ELIZABETHTOWN GAS CO ERIE PLANT | 114 ACME ST & CANTON ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5814 | 52002 | | UNION CNTY DEPT OF PARKS WARINANCO PARK | 1171 MAGNOLIA AVE | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5815 | 83077 | | MENEKE DISCOUNT MUFFLERS | 130 RAHWAY AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5816 | 52740 | | ELIZABETH ARMORY INC | 147 ELIZABETH AVE | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5817 | 364748 | | ELIZABETH FIRE DEPT ENGINE CO #5 TRUCK #2 | 151 RAHWAY AVE | ELIZABETH | ELIZABETH CITY | 072026020 | UNION |
| 5818 | 53059 | | BUSINESS FURNITURE INC | 200 204 3RD AVE & AURORA ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5819 | 1181 | | LUKOIL SERVICE STATION #57342 | 200 SPRING ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5820 | 45497 | | GETTY SERVICE STATION #35152 | 201 E JERSEY ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5821 | 45447 | | GETTY SERVICE STATION #50955 | 201 ELMORA AVE | ELIZABETH | ELIZABETH CITY | 07424 | UNION |
| 5822 | 413829 | | 205 1ST STREET | 205 215 1ST ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5823 | 1158 | | LUKOIL SERVICE STATION #57349 | 211 S BROAD ST & PEARL ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5824 | 1157 | | PINE STREET AMOCO SERVICE STATION | 232 3RD ST & PINE ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5825 | 55332 | | LYNN YORK REALTY CO | 265 GROVE ST | ELIZABETH | ELIZABETH CITY | 072070000 | UNION |
| 5826 | 1221 | | VALERO SERVICE STATION FORMER | 300 308 ELIZABETH AVE | ELIZABETH | ELIZABETH CITY | 072070020 | UNION |
| 5827 | 46351 | | SPENCERS EXXON SERVICE STATION #33108 | 312 ATLANTIC ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5828 | 13239 | | ELIZABETH TOWERS | 315 W GRAND ST | ELIZABETH | ELIZABETH CITY | 07890 | UNION |
| 5829 | 97454 | | WORLDWIDE HOLDINGS & LOGISTICS | 330 S FRONT ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5830 | 51225 | | MONACOS SERVICE STATION | 335 S 5TH ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5831 | 182721 | | GETTY SERVICE STATION FORMER | 338 5TH ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |

10/24/2016