NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5832 | 56700 | | HAITIAN BETHANY BAPTIST CHURCH | 36 48 S BROAD ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5833 | 1244 | | THOMAS & BETTS CORP | 36 BUTLER ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5834 | 65441 | | 400 416 SOUTH STREET REMEDIATION | 400 426 SOUTH ST 417 433 CENTRE ST | ELIZABETH | ELIZABETH CITY | 07216 | UNION |
| 5835 | 46597 | | MERIT OIL OF NJ INC SERVICE STATION | 401 411 RAHWAY AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5836 | 1215 | | EAST WEST GAS SERVICE STATION | 401 JEFFERSON AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5837 | 42909 | | ABE GRUBER & CO INC | 416 420 W GRAND ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5838 | 1213 | | LORCO PETROLEUM SERVICES | 450 S FRONT ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5839 | 1217 | | SIERRA EXXON SERVICE STATION #36177 | 460 ELIZABETH AVE & 5TH AVE | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5840 | 1173 | | RV STATIONS INC SERVICE STATION | 489 SPRING ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5841 | 1187 | | RAHWAY SERVICE STATION | 492 RAHWAY AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5842 | 376483 | | 500 ELIZABETH AVENUE | 500 ELIZABETH AVE | ELIZABETH | ELIZABETH CITY | 072061104 | UNION |
| 5843 | 1158 | | EXXON SERVICE STATION #33137 | 502 3RD AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5844 | 1236 | | 507 BAYWAY PETROLEUM SERVICE STATION | 507 BAYWAY AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5845 | 13236 | | EXXON SERVICE STATION #2405 | 508 BRUNSWICK AVE & BAYWAY | ELIZABETH | ELIZABETH CITY | 07890 | UNION |
| 5846 | 1116 | | UNIVERSAL MARITIME SERVICE CORP | 5080 MCLESTER ST & TRIPOLI ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5847 | 70036 | | DREW CHEVROLET DEALERSHIP | 513 587 N BROAD ST | ELIZABETH | ELIZABETH CITY | 07216 | UNION |
| 5848 | 59105 | | ELIZABETH CITY HALL ANNEX BUILDING | - 53 JEFFERSON AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5849 | 14441 | | NEW YORK TERMINALS | 534 S FRONT ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5850 | 41813 | | CONCORD BEVERAGE CO | 535 543 DOWD AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5851 | 1188 | | SHELL SERVICE STATION #9516 | 545 RAHWAY AVE & ELMORA AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5852 | 1161 | | ELMORA AUTO SALES | 556 WESTFIELD AVE & ELMORA AVE | ELIZABETH | ELIZABETH CITY | 07208 | UNION |
| 5853 | 46541 | | WAYNE STEEL CO INC | 563 583 DIVISION ST 589 DIVISION ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5854 | 1207 | | EAST COAST FUEL SERVICE STATION | 574 580 NEWARK AVE & FAIRMONT AVE | ELIZABETH | ELIZABETH CITY | 07208 | UNION |
| 5855 | 41856 | | ELIZABETH MOTORS INC | 582 MORRIS AVE PO BOX 91 | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5856 | 1174 | | GAS FOR LESS SERVICE STATION | 590 592 SPRING ST & FAIRMOUNT AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5857 | 1241 | | ELIZABETH AUTO & TRUCK INC | 600 BOND ST | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5858 | 19033 | | WAKEFERN FOOD CORP | 600 YORK ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5859 | 48708 | | ELIZABETH FIRE DEPT ENGINE CO #5 | 601 PENNSYLVANIA AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5860 | 1175 | | SPEEDWAY SERVICE STATION #03495 | 623 SPRING ST | ELIZABETH | ELIZABETH CITY | 072012019 | UNION |
| 5861 | 1178 | | ELIZABETH CITY BD OF ED THE THOMAS EDISON CAREER & TECH ACADEMY #87 | 625 SUMMER ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5862 | 13252 | | CONTACT INDUSTRIES INC | 641 DOWD AVE | ELIZABETH | ELIZABETH CITY | 07890 | UNION |
| 5863 | 400048 | | JERSEY ICE CORP | 655 PENNSYLVANIA AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5864 | 1195 | | BOB & RICHIES SUNOCO SERVICE STATION | 663 675 NEWARK AVE | ELIZABETH | ELIZABETH CITY | 07208 | UNION |
| 5865 | 46277 | | BAYWAY & BROAD EXXON SERVICE STATION | 699 S BROAD ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5866 | 15043 | | DELTA SERVICE STATION | 701 711 RAHWAY AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5867 | 66515 | | METAL POWDER & CHEMICAL WORKS INC | 701 SPRING ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5868 | 1176 | | SATLUJ FUEL INC | 720 SPRING ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5869 | 40143 | | HOLIDAY INN | 729 763 MEADOW ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5870 | 44999 | | EMILS SERVICE CENTER INC | 756 762 W GRAND ST | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5871 | 13238 | | ELIZABETH CITY MICKEY WALKER RECREATION CENTER | 800 860 ANNA ST | ELIZABETH | ELIZABETH CITY | 07890 | UNION |
| 5872 | 28286 | | ELIZABETH MOBIL SERVICE STATION | 814 838 RT 1/9 | ELIZABETH | ELIZABETH CITY | 07702 | UNION |
| 5873 | 40627 | | ELIZABETH CITY DPW WATER UTIL GARAGE | 823 E JERSEY ST | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5874 | 1212 | | EVONIK DEGUSSA CORP | 830 MAGNOLIA AVE | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5875 | 30175 | | METRO 1 SERVICE STATION | 845 849 SUMMER ST | ELIZABETH | ELIZABETH CITY | 07023 | UNION |
| 5876 | 1177 | | EXXON SERVICE STATION #34285 | 845 SPRING ST & RT 1/9 | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5877 | 183511 | | WASTE MANAGEMENT OF NJ INC | 847 857 FLORA ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5878 | 48709 | | ELIZABETH FIRE DEPT ENGINE CO #7 | 85 PRINCE ST | ELIZABETH | ELIZABETH CITY | 07208 | UNION |
| 5879 | 54049 | | ATS TOWING & SERVICE INC | 857 ANNA ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5880 | 1210 | | NJ TRANSIT AUTH BUS OPERATIONS ELIZABETH GARAGE | 865 LIVINGSTON ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5881 | 1237 | | SHELL SERVICE STATION #138346 | 866 BAYWAY CIR | ELIZABETH | ELIZABETH CITY | 07206 | UNION |
| 5882 | 43224 | | LOWENSTEIN INDUSTRIES INC | 901 E GRAND ST | ELIZABETH | ELIZABETH CITY | 072010000 | UNION |
| 5883 | 29450 | | ARROW TRUCK SALES | 901 NORTH AVE | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5884 | 1190 | | BP SERVICE STATION #21410 | 908 S ELMORA AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5885 | 1184 | | ELMORA EXXON SERVICE STATION | 957 S ELMORA AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5886 | 66306 | | PORT AUTH NY/NJ SLF | BAY AVE & KAPKOWSKI RD | ELIZABETH | ELIZABETH CITY | 07216 | UNION |
| 5887 | 27893 | | NJ TURNPIKE AUTH WILLIAM HALSEY SERVICE AREA #11N | NEW JERSEY TPKE MM 101.7 N | ELIZABETH | ELIZABETH CITY | 07207 | UNION |
| 5888 | 18175 | | ALLIED AVIATION SERVICE CO OF NJ INC | NORTH AVE & DIVISION ST | ELIZABETH | ELIZABETH CITY | 07201 | UNION |
| 5889 | 46367 | | JOES HIGHWAY EXXON SERVICE STATION #34250 | RT 1/9 & HETFIELD AVE | ELIZABETH | ELIZABETH CITY | 07202 | UNION |
| 5890 | 30689 | | RYDER TRUCK RENTAL | RT 1/9 S & NECK LN | ELIZABETH | ELIZABETH CITY | 072010000 | UNION |
| 5891 | 88602 | | 1169 1171 ELIZABETH AVENUE | 1169 1171 ELIZABETH AVE | ELIZABETH CITY | ELIZABETH CITY | 07216 | UNION |
| 5892 | 80233 | | PORTSIDE COMMON | 152 166 FRONT ST | ELIZABETH CITY | ELIZABETH CITY | 07206 | UNION |
| 5893 | 48704 | | ELIZABETH FIRE DEPT ENGINE CO #1 | 24 S BROAD ST | ELIZABETH CITY | ELIZABETH CITY | 07202 | UNION |
| 5894 | 80050 | | D&M TRUCKING | 491 S 1ST ST | ELIZABETH CITY | ELIZABETH CITY | 07206 | UNION |
| 5895 | 80742 | | PALMER INDUSTRIES & FULL CIRCLE CARRIERS | 687 749 KAPKOWSKI RD | ELIZABETH CITY | ELIZABETH CITY | 07206 | UNION |
| 5896 | 80503 | | MARINA VILLAGE DEVELOPMENT PROJECT | 70 84 S PARK ST | ELIZABETH CITY | ELIZABETH CITY | 07206 | UNION |
| 5897 | 48716 | | ELIZABETH CITY MARINA | 71 FRONT ST | ELIZABETH CITY | ELIZABETH CITY | 07207 | UNION |
| 5898 | 58089 | | BENTON & HOLDEN INC | 864 NORTH AVE | ELIZABETH CITY | ELIZABETH CITY | 07201 | UNION |
| 5899 | 26756 | 14975 | FANWOOD GETTY SERVICE STATION | 184 SOUTH AVE | FANWOOD | FANWOOD BORO | 07023 | UNION |
| 5900 | 12931 | | FANWOOD DELTA SERVICE STATION | 185 SOUTH AVE | FANWOOD | FANWOOD BORO | 07202 | UNION |
| 5901 | 12930 | | TERRILL EXXON SERVICE STATION | 2 SOUTH AVE RT 28 & TERRILL RD | FANWOOD | FANWOOD BORO | 07023 | UNION |
| 5902 | 20977 | | FANWOOD REDEVELOPMENT PROJECT | 238 SOUTH AVE | FANWOOD | FANWOOD BORO | 07023 | UNION |
| 5903 | 21234 | | PSE&G FANWOOD SUBSTATION | 50 SOUTH AVE | FANWOOD | FANWOOD BORO | 07202 | UNION |
| 5904 | 12929 | | DCMS FANWOOD GULF SERVICE STATION | 56 MARTINE AVE | FANWOOD | FANWOOD BORO | 07023 | UNION |
| 5905 | 1107 | | OMEGA GAS SERVICE STATION | 59 S MARTINE AVE | FANWOOD | FANWOOD BORO | 07023 | UNION |
| 5906 | 365983 | | 325 TERRILL ROAD | 325 TERRILL RD | FANWOOD BORO | FANWOOD BORO | 07023 | UNION |
| 5907 | 19489 | | SEVERAGES AMOCO SERVICE STATION | 161 165 SOUTH AVE | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5908 | 1097 | | HESS SERVICE STATION #30230 | 431 NORTH AVE & CENTER ST | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5909 | 20165 | | PETRO PLASTICS INC | 450 SOUTH AVE | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5910 | 31273 | | LA BELLE SAM CLEANERS @ NORTH AVENUE PLAZA | 518 NORTH AVE | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5911 | 342660 | | 546 SPRUCE AVENUE | 546 SPRUCE AVE | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5912 | 56150 | | WINDEN R PETER | 710 NORTH AVE | GARWOOD | GARWOOD BORO | 07027 | UNION |
| 5913 | 69377 | | 139 SOUTH AVENUE | 139 SOUTH AVE | GARWOOD BORO | GARWOOD BORO | 07027 | UNION |
| 5914 | 87643 | | 262 BEECH AVENUE | 262 BEECH AVE | GARWOOD BORO | GARWOOD BORO | 07027 | UNION |
| 5915 | 1088 | | HILLSIDE GULF SERVICE STATION | 1399 CHESTNUT AVE | HILLSIDE | HILLSIDE TWP | 07205 | UNION |
| 5916 | 1143 | | BP SERVICE STATION #30367 | 1400 LIBERTY AVE | HILLSIDE | HILLSIDE TWP | 07205 | UNION |
| 5917 | 1049 | | PLESSEY DYNAMICS CORP FORMER | 1410 1430 CHESTNUT AVE | HILLSIDE | HILLSIDE TWP | 07205 | UNION |
| 5918 | 32213 | | ASSOCIATED MECHANICAL DEVICES INC | 1460 CHESTNUT AVE | HILLSIDE | HILLSIDE TWP | 07111 | UNION |
| 5919 | 1056 | | DABB & DABB TEXACO SERVICE STATION | 430 RT 22 & BLOY ST | HILLSIDE | HILLSIDE TWP | 07205 | UNION |
| 5920 | 1061 | | BP SERVICE STATION #00683 | 600 RT 22 | HILLSIDE | HILLSIDE TWP | 07205 | UNION |
| 5921 | 61060 | | TRANS OCEAN LOGISTICS | 1319 N BROAD ST | HILLSIDE TWP | HILLSIDE TWP | 07205 | UNION |
| 5922 | 69149 | | U HAUL CENTER | 586 RT 22 | HILLSIDE TWP | HILLSIDE TWP | 07205 | UNION |
| 5923 | 31914 | | HUSSEY MARINE ALLOYS | 1 MARK RD | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5924 | 43744 | | UNITED CRANE & SHOVEL SERVICE CO | 111 MICHIGAN AVE PO BOX 8 | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5925 | 41982 | | UNITED PARCEL SERVICE | 116 MARKET ST | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5926 | 1032 | | LEHIGH GAS SERVICE STATION | 1300 GALLOPING HILL RD & 31ST ST | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5927 | 13220 | | HERTEL CUTTING TECHNOLOGIES | 141 MARKET ST | KENILWORTH | KENILWORTH BORO | 070332020 | UNION |
| 5928 | 54702 | | 158 NORTH 8TH STREET CLEANING CORP | 158 N 8TH ST | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5929 | 38703 | | ULLRICH COPPER INC | 2 MARK RD | KENILWORTH | KENILWORTH BORO | 07033 | UNION |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5930 | 41951 | | UNION TRUCKING CO INC | 315 N 14TH ST | KENILWORTH | KENILWORTH BORO | 070330000 | UNION |
| 5931 | 1036 | | CONSOLIDATED STEEL & ALUMINUM | 316 N 12TH ST | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5932 | 38717 | | CROWN METAL FINISHING CO INC | 38 BORIGHT AVE | KENILWORTH | KENILWORTH BORO | 07033 | UNION |
| 5933 | 181561 | | 603 FAIRFIELD AVENUE | 603 FAIRFIELD AVE | KENILWORTH | KENILWORTH BORO | 070332009 | UNION |
| 5934 | 556671 | | BOTANICARE | 1300 GALLOPING HILL RD | KENILWORTH BORO | KENILWORTH BORO | 85226 | UNION |
| 5935 | 67609 | | UNION CNTY GALLOPING HILL GOLF COURSE & SERVICE YARD | 21 N 31ST ST | KENILWORTH BORO | KENILWORTH BORO | 07033 | UNION |
| 5936 | 39372 | | BJS WHOLESALE CLUB #0067 | 1001 E EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5937 | 54351 | | SHIMS AUTO CENTER INC | 1005 E ELIZABETH AVE | LINDEN | LINDEN CITY | 070360000 | UNION |
| 5938 | 14723 | | LINDEN DEVELOPMENT RETAIL PROPERTY | 1016 W EDGAR RD 1190 W LINDEN AVE AKA RT 1/9 | LINDEN | LINDEN CITY | 08036 | UNION |
| 5939 | 915 | | EXXON SERVICE STATION #38556 | 11 E EDGAR RD & WOOD AVE AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5940 | 42049 | | LIQUID CARBONIC CORP | 1101 E LINDEN AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5941 | 13214 | | SPEEDWAY SERVICE STATION #09496 | 117 W ST GEORGES AVE | LINDEN | LINDEN CITY | 08036 | UNION |
| 5942 | 944 | | LINDEN BULK TRANSPORTATION CO | 1200 4200 TREMLEY POINT RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5943 | 260468 | 942 | COLORCO INC | 1201 1217 1261 W ELIZABETH AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5944 | 76456 | | PEABODY CLEAN INDUSTRIES INC | 1400 ELIZABETH AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5945 | 962 | | PHILLIPS 66 CO | 1400 PARK AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5946 | 408412 | | 1416 SHERWOOD ROAD | 1416 SHERWOOD RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5947 | 274671 | 77125 | LAVITA INDUSTRIES INC | 1420 E LINDEN AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5948 | 445715 | | LINDEN CITY HAWK RISE ENVIRONMENTAL WALKWAY | 1451 LOWER RD & RANGE RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5949 | 988 | | SPG LOWER ROAD FACILITY | 1500 LOWER RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5950 | 42571 | | A&J TRADING CORP | 1501 E LINDEN AVE | LINDEN | LINDEN CITY | 070361507 | UNION |
| 5951 | 14449 | | LUBRIZOL CORP | 1512 W ELIZABETH AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5952 | 989 | | EAST COAST ZORBA PROCESSING | 1520 LOWER RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5953 | 928 | | LOPEZ AUTO BODY INC | 1529 PENNSYLVANIA AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5954 | 47985 | | SUNOCO SERVICE STATION #0003 1500 | 1832 E ST GEORGES AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5955 | 14706 | | INFINEUM USA LINDEN BUSINESS & TECHNOLOGY CENTRE | 1900 E LINDEN AVE | LINDEN | LINDEN CITY | 070360023 | UNION |
| 5956 | 13216 | | PARK AVENUE EXXON SERVICE STATION | 1951 E EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 08036 | UNION |
| 5957 | 258706 | | COUNTY GRAPHICS FORMS MANAGEMENT | 2 STERCHO RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5958 | 919 | | DELTA SERVICE STATION | 2 W ST GEORGES AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5959 | 926 | 44031 | US GAS SERVICE STATION | 2000 E EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5960 | 1066 | | APACHE BUILDING PRODUCTS CO | 2025 E LINDEN AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5961 | 367186 | | SAMS CLUB #4967 | 2201 E EDGAR RD | LINDEN | LINDEN CITY | 070961205 | UNION |
| 5962 | 13224 | | PATWIN PLASTICS INC | 2300 E LINDEN AVE | LINDEN | LINDEN CITY | 080360000 | UNION |
| 5963 | 66225 | | SIMMONS MFG CO INC | 2525 BRUNSWICK AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5964 | 14720 | | GULF OIL CO LINDEN TERMINAL | 2600 MARSHES DOCK RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5965 | 37398 | | BUCKEYE PIPELINE CO | 2650 MARSHES DOCK RD AKA 1001 LOWER RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5966 | 1022 | | PLATRONICS INC | 301 COMMERCE RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5967 | 971 | | NUSTAR TERMINALS OPERATIONS | 3700 S WOOD AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5968 | 67633 | | SUNOCO SERVICE STATION | 425 EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5969 | 14717 | | ST LINDEN TERMINAL | 4501 TREMLEY POINT RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5970 | 14454 | | CITGO PETROLEUM CORP LINDEN TRANSLOAD TERMINAL | 4801 S WOOD AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5971 | 14718 | | EASTERN METAL RECYCLING | 4900 TREMLEY POINT RD FT OF | LINDEN | LINDEN CITY | 07036 | UNION |
| 5972 | 14427 | | TOTAL LUBRICANTS USA INC | 5 N STILES ST | LINDEN | LINDEN CITY | 07036 | UNION |
| 5973 | 59222 | | PALWEST CORP | 500 COMMERCE RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5974 | 46526 | | EXXON SERVICE STATION #30557 | 501 W EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5975 | 937 | | BP SERVICE STATION #3400 | 530 E ST GEORGES AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5976 | 1023 | | HETEM BROTHERS INC | 601 COMMERCE RD | LINDEN | LINDEN CITY | 07036 | UNION |
| 5977 | 385518 | | IDA WILL HOLDING CO | 630 638 W ST GEORGES AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5978 | 13213 | | KIPPYS AUTO SERVICE | 700 E ST GEORGES AVE | LINDEN | LINDEN CITY | 080360000 | UNION |

# NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 5979 | 936 | | CITGO SERVICE STATION | 741 E EDGAR RD AKA RT 1/9 | LINDEN | LINDEN CITY | 07036 | UNION |
| 5980 | 940 | | DELTA SERVICE STATION | 801 W ELIZABETH AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5981 | 980 | | EXXON SERVICE STATION #34270 | 9 W ST GEORGES AVE & WOOD AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5982 | 394170 | | MIDAS OF LINDEN | 914 ST GEORGES AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5983 | 13204 | | SUNOCO SERVICE STATION #0006 9732 | 923 999 ST GEORGES AVE & N STILES ST | LINDEN | LINDEN CITY | 07036 | UNION |
| 5984 | 13215 | | MTV GULF SERVICE STATION #120261 | 930 W ST GEORGES AVE & STILES ST | LINDEN | LINDEN CITY | 07036 | UNION |
| 5985 | 47862 | | YELLOW FREIGHT @ LINDEN PK INDUSTRIES | 975 E LINDEN AVE | LINDEN | LINDEN CITY | 070360000 | UNION |
| 5986 | 969 | | LINDEN SHELL SERVICE STATION | RT 1/9 S & WOOD AVE | LINDEN | LINDEN CITY | 07036 | UNION |
| 5987 | 14447 | | TOSCO TERMINAL CO TREMLEY POINT TERMINAL | S WOOD AVE FT OF | LINDEN | LINDEN CITY | 07036 | UNION |
| 5988 | 180487 | | LINDEN CENTER | 1001 E EDGAR RD & WILLOW GLADE RD AKA RT 1/9 | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5989 | 47983 | | MIDATLANTIC CONTAINER CORP | 1200 W BLANCKE ST | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5990 | 146291 | | 1411 DILL AVENUE | 1411 DILL AVE | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5991 | 92734 | | 2027 DILL AVENUE | 2027 DILL AVE | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5992 | 46427 | | LINDEN CITY FIREHOUSE #4 | 2400 S WOOD AVE | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5993 | 67653 | | AJAX MFG | 521 COMMERCE RD | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5994 | 56831 | | LINDEN CAR CARE CENTER | 633 ELIZABETH AVE | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5995 | 220827 | 46594 | SPEEDWAY SERVICE STATION #03503 | 701 E EDGAR RD | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5996 | 79648 | | AVIATION PLAZA | 701 EDGAR RD AKA RT 1/9 | LINDEN CITY | LINDEN CITY | 07036 | UNION |
| 5997 | 42000 | | TRIANGLE PLUMBING CO | 1080 RT 22 | MOUNTAINSIDE | MOUNTAINSIDE BORO | 07092 | UNION |
| 5998 | 904 | | EXPRESS FUEL SERVICE STATION | 1112 RT 22 | MOUNTAINSIDE | MOUNTAINSIDE BORO | 07092 | UNION |
| 5999 | 899 | | BP SERVICE STATION #20923 | 1121 RT 22 | MOUNTAINSIDE | MOUNTAINSIDE BORO | 07092 | UNION |
| 6000 | 13203 | | MOUNTAINSIDE TEXACO SERVICE STATION | 886 MOUNTAIN AVE | MOUNTAINSIDE | MOUNTAINSIDE BORO | 070922997 | UNION |
| 6001 | 51177 | | UNION CNTY DEPT OF PARKS WATCHUNG STABLE | SUMMIT LN | MOUNTAINSIDE | MOUNTAINSIDE BORO | 07092 | UNION |
| 6002 | 80230 | | 1314 WOOD VALLEY ROAD | 1314 WOOD VALLEY RD | MOUNTAINSIDE BORO | MOUNTAINSIDE BORO | 07092 | UNION |
| 6003 | 964 | | OAKWOOD PARK | 10 76 PARK PL | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6004 | 889 | | LEHIGH GAS SERVICE STATION | 1291 SPRINGFIELD AVE | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6005 | 885 | | FABLOK MILLS INC | 140 SPRING ST & FLORAL AVE | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6006 | 891 | | POTTERS CORNER | 1682 SPRINGFIELD AVE | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6007 | 892 | | PSE&G | 1789 SPRINGFIELD AVE | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6008 | 887 | | NEW PROVIDENCE FUEL SERVICE STATION | 50 SOUTH ST HPM NEW PROVIDENCE AUTO REPAIR | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6009 | 901 | | FISCHBACK CORP | 675 CENTRAL AVE | NEW PROVIDENCE BORO | NEW PROVIDENCE BORO | 07974 | UNION |
| 6010 | 16050 | | DELTA SERVICE STATION | 1100 SOUTH AVE | PLAINFIELD | PLAINFIELD CITY | 07062 | UNION |
| 6011 | 839 | | PLAINFIELD SHELL SERVICE STATION | 1150 SOUTH ST & LELAND AVE | PLAINFIELD | PLAINFIELD CITY | 07062 | UNION |
| 6012 | 13198 | | GO KELLER CLEANERS INC | 1201 1211 SOUTH AVE | PLAINFIELD | PLAINFIELD CITY | 07070 | UNION |
| 6013 | 13196 | | MOBIL SERVICE STATION #15AFP | 1314 1326 SOUTH AVE | PLAINFIELD | PLAINFIELD CITY | 07070 | UNION |
| 6014 | 224138 | 94325 | TOP SHINE CAR WASH | 1327 1333 SOUTH AVE | PLAINFIELD | PLAINFIELD CITY | 07062 | UNION |
| 6015 | 37219 | | H&T MILLWORK DESIGN | 1420 1432 W FRONT ST | PLAINFIELD | PLAINFIELD CITY | 07060 | UNION |
| 6016 | 46330 | | EXXON SERVICE STATION #30232 | 1472 E FRONT ST | PLAINFIELD | PLAINFIELD CITY | 07063 | UNION |
| 6017 | 14451 | | ROCK STAR PROPERTIES | 1701 1735 W FRONT ST | PLAINFIELD | PLAINFIELD CITY | 07063 | UNION |
| 6018 | 49533 | | SUNOCO SERVICE STATION #0004-9997 | 190 TERRILL RD & E 3RD ST | PLAINFIELD | PLAINFIELD CITY | 079990000 | UNION |
| 6019 | 852 | | BP SERVICE STATION #84842 | 504 TERRILL RD | PLAINFIELD | PLAINFIELD CITY | 07062 | UNION |
| 6020 | 324551 | | SHELL OIL CORP | 90 MAPLE AVE | PLAINFIELD | PLAINFIELD CITY | 07080 | UNION |
| 6021 | 46490 | | UNION CNTY DEPT OF PARKS GREEN BROOK PARK | PARK DR | PLAINFIELD | PLAINFIELD CITY | 07063 | UNION |
| 6022 | 452601 | | SK ENTERPRISES INC | 202 208 W 7TH ST | PLAINFIELD CITY | PLAINFIELD CITY | 07060 | UNION |
| 6023 | 779 | | BP SERVICE STATION #4233 | 1004 1010 ST GEORGES AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6024 | 19970 | | GIRARD EQUIPMENT INC | 1004 RT 1/9 | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6025 | 42329 | | BREZA BUS SERVICE INC | 101 E INMAN AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6026 | 18539 | | QUALAWASH HOLDINGS | 1045 E HAZELWOOD AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6027 | 789 | | RAHWAY CITY | 1045 WESTFIELD AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 6028 | 13177 | | MARSHALLS CLEANERS | 1110 ST GEORGES AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6029 | 46974 | | RIVERDALE MANAGEMENT ASSOC | 1118 MAIN ST | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6030 | 41767 | | RAHWAY AUTO SUPPLY & SERVICE CO | 12 W MILTON AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6031 | 410234 | | 7 ELEVEN RAHWAY SERVICE STATION | 125 ST GEORGES AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6032 | 14721 | | MERCK SHARP & DOHME CORP | 126 E LINCOLN AVE & RT 1/9 | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6033 | 13180 | | RAHWAY CITY FIRE DEPT | 1300 MAIN ST | RAHWAY | RAHWAY CITY | 08827 | UNION |
| 6034 | 53790 | | GARDEN STATE BRICKFACE & STUCCO | 1550 RT 1/9 | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6035 | 784 | | GETTY SERVICE STATION #00190 | 1809 RT 1/9 | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6036 | 776 | | GETTY SERVICE STATION #57243 | 1948 RT 1/9 & GRAND AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6037 | 29746 | | WILD TIGER EXXON SERVICE STATION | 1950 RT 1/9 & GRAND AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6038 | 165801 | | QUICK CHEK FOOD STORE #90 | 1999 RT 1/9 N | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6039 | 815 | | GOLDEN AGE TOWERS INC | 200 220 E MILTON AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6040 | 13176 | | API FOIL INC | 329 NEW BRUNSWICK AVE | RAHWAY | RAHWAY CITY | 08827 | UNION |
| 6041 | 785 | | DELTA SERVICE STATION | 367 ST GEORGES AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6042 | 369334 | | RAHWAY CITY DEMOLITION | 370 HAMILTON ST | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6043 | 780 | | LUKOIL SERVICE STATION #57241 | 488 500 ST GEORGES AVE & W INMAN AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6044 | 13179 | | SUMMIT FINISHING INC | 767 LEESVILLE AVE | RAHWAY | RAHWAY CITY | 08827 | UNION |
| 6045 | 46994 | | AUTOMOTIVE ANALYSIS | 80 E MILTON AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6046 | 45770 | | ALLSTATE POWER VAC IN | 928 E HAZELWOOD AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6047 | 44126 | | PIROLATOR PRODS INC @ 970 NEW BRUNSWICK AVE COMPLEX | 970 974 NEW BRUNSWICK AVE | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6048 | 13182 | | RAHWAY CITY DPW GARAGE | 999 HART ST | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6049 | 522603 | | SLOKKER DEVELOPMENT SITE | MAIN ST & MONROE ST | RAHWAY | RAHWAY CITY | 07065 | UNION |
| 6050 | 51171 | | AMOCO SERVICE STATION #333 | RT 1/9 N | RAHWAY | RAHWAY CITY | 07000 | UNION |
| 6051 | 78717 | | 519 CAPOBIANCO PLAZA | 519 CAPOBIANCO PLAZA | RAHWAY CITY | RAHWAY CITY | 07065 | UNION |
| 6052 | 16410 | | SHERMAN LEATHER & DRY CLEANERS | 1 ST GEORGES AVE | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6053 | 45442 | | GETTY SERVICE STATION #95134 | 1022 CHESTNUT ST | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6054 | 771 | | PERROTTI BROTHERS VALERO SERVICE STATION | 105 CHESTNUT ST & ST GEORGES AVE | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6055 | 125043 | | MONYEK ESTATE | 1505 ST GEORGES AVE | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6056 | 770 | | LUKOIL SERVICE STATION #57245 | 155 159 W 1ST AVE & LOCUST ST | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6057 | 763 | | EXXON SERVICE STATION | 200 W 1ST AVE & LOCUST ST | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6058 | 167642 | | 429 CRISTIANI STREET | 429 CRISTIANI ST | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6059 | 831 | | CHESTNUT STREET EXXON SERVICE STATION | 501 ST GEORGES AVE & CHESTNUT ST | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6060 | 57609 | | BILLS GARAGE & AUTO REPAIR | 519 1ST AVE | ROSELLE | ROSELLE BORO | 07203 | UNION |
| 6061 | 48510 | | ROSELLE SHOPPING CENTER INC | 550 586 RARITAN RD | ROSELLE BORO | ROSELLE BORO | 07203 | UNION |
| 6062 | 145041 | | PAMARCO INC | 218 234 E 11TH AVE | ROSELLE BORO | ROSELLE BORO | 07203 | UNION |
| 6063 | 88594 | | 223 2ND AVENUE | 223 2ND AVE | ROSELLE BORO | ROSELLE BORO | 07203 | UNION |
| 6064 | 80658 | | WHOLESALE ELECTRIC MOTOR CO | 419 421 E 1ST AVE | ROSELLE BORO | ROSELLE BORO | 07203 | UNION |
| 6065 | 762 | | DELTA SERVICE STATION | 101 W WESTFIELD AVE | ROSELLE PARK | ROSELLE PARK BORO | 07204 | UNION |
| 6066 | 458266 | 364944 | DAMATO CLEANING SPECIALIST | 115 LOCUST ST | ROSELLE PARK | ROSELLE PARK BORO | 07204 | UNION |
| 6067 | 369184 | | ROSELLE PARK BORO POLICE BUILDING | 20 CHARLES ST | ROSELLE PARK | ROSELLE PARK BORO | 07204 | UNION |
| 6068 | 46276 | | ARNOLDS EXXON SERVICE STATION | 47 W WESTFIELD AVE & FILBERT ST | ROSELLE PARK | ROSELLE PARK BORO | 07204 | UNION |
| 6069 | 47501 | | SOMERSET TIRE SERVICE | 74 W WESTFIELD AVE & LOCUST AVE | ROSELLE PARK | ROSELLE PARK BORO | 07204 | UNION |
| 6070 | 49060 | | ROSELLE PARK BORO MUNICIPAL COMPLEX | 110 E WESTFIELD AVE | ROSELLE PARK BORO | ROSELLE PARK BORO | 07204 | UNION |
| 6071 | 46310 | | ROSELLE PARK BORO DPW | 180 W WEBSTER AVE | ROSELLE PARK BORO | ROSELLE PARK BORO | 07204 | UNION |
| 6072 | 46493 | | UNION CNTY ASHBROOK GOLF COURSE | 1210 1600 RARITAN RD | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6073 | 752 | | SCOTCH PLAINS FANWOOD BD OF ED COLES ELEMENTARY SCHOOL | 16 KEVIN RD | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6074 | 740 | | UNION CNTY VOC TECH SCHOOL | 1776 RARITAN RD | SCOTCH PLAINS | SCOTCH PLAINS TWP | 070762997 | UNION |
| 6075 | 354970 | | 179 MADISON AVENUE | 179 MADISON AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07075 | UNION |
| 6076 | 45638 | | SCOTCH PLAINS MOVING CENTER | 2015 RT 22 | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07075 | UNION |