## NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 6077 | 744 | | LUKOIL SERVICE STATION | 2239 NORTH AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6078 | 745 | | CUMBERLAND FARMS GULF SERVICE STATION #50490 | 2245 NORTH AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6079 | 44469 | | ASPLUNDH TREE EXPERT CO | 2450 PLAINFIELD AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6080 | 13174 | | 4A AUTOMOTIVE | 2590 PLAINFIELD AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07203 | UNION |
| 6081 | 733 | | NJ ENERGY CORP SERVICE STATION #82236 | 2591 RT 22 & GLENSIDE AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6082 | 734 | | SCOTCH 22 SERVICE STATION | 2650 RT 22 & MOUNTAIN AVE | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07075 | UNION |
| 6083 | 726 | | SHELL SERVICE STATION #138499 | RT 22 E & SCOTLAND ST | SCOTCH PLAINS | SCOTCH PLAINS TWP | 07076 | UNION |
| 6084 | 43193 | | UNION CNTY DPW & ROADS | 2371 SOUTH AVE | SCOTCH PLAINS TWP | SCOTCH PLAINS TWP | 07091 | UNION |
| 6085 | 77287 | | CUSTOM INSTRUMENT | 2460 PLAINFIELD AVE | SCOTCH PLAINS TWP | SCOTCH PLAINS TWP | 07076 | UNION |
| 6086 | 15039 | | BP SERVICE STATION #12841 | 128 HILLSIDE AVE & SPRINGFIELD AVE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6087 | 43392 | | G&B CORP | 135 RT 22 | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6088 | 714 | | LEHIGH GAS SERVICE STATION | 245 MOUNTAIN AVE & SPRINGFIELD AVE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6089 | 52253 | | PERRELLIS TEXACO SERVICE STATION | 251 MORRIS AVE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6090 | 718 | | EXXON SERVICE STATION #33425 | 4 CALDWELL PL & MORRIS AVE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6091 | 45545 | | SPRINGFIELD TWP DPW MUNICIPAL GARAGE | 54 CENTER ST | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6092 | 387138 | | | 590 MORRIS AVENUE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6093 | 371 | | BP SERVICE STATION #20522 | 9 MEISEL AVE | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6094 | 44044 | | DELTA SERVICE STATION | 958 S SPRINGFIELD AVE & DUNDON RD | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6095 | 49866 | | UNION CNTY HOUDAILLE QUARRY | SHUNPIKE RD | SPRINGFIELD | SPRINGFIELD TWP | 07081 | UNION |
| 6096 | 60151 | | ZEP MFG CO | 10 FADEM RD | SPRINGFIELD TWP | SPRINGFIELD TWP | 07081 | UNION |
| 6097 | 80406 | | SUNOCO SERVICE STATION FORMER | 46 MORRIS AVE | SPRINGFIELD TWP | SPRINGFIELD TWP | 07081 | UNION |
| 6098 | 687 | | RACEWAY SUMMIT SERVICE STATION | 1 CHATHAM RD & RIVER RD | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6099 | 94095 | | SUMMIT CITY TRANSFER STATION | 1 NEW PROVIDENCE AVE | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6100 | 27165 | | SPRING HOUSE LAWN & TREE SERVICE INC | 1 PEARL ST | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6101 | 13160 | | COLUMBIA CLEANERS INC | 29 31 CHATHAM RD | SUMMIT | SUMMIT CITY | 07902 | UNION |
| 6102 | 22343 | | EXXON SERVICE STATION #33411 FORMER | 31 EUCLID AVE | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6103 | 19787 | | SMYTHE VOLVO INC | 326 MORRIS AVE | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6104 | 690 | 680 | LEHIGH GAS SERVICE STATION | 342 MORRIS AVE 336 SUMMIT AVE 530 SPRINGFIELD AVE | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6105 | 685 | | SUMMIT SHELL SERVICE STATION | 6 RIVER RD & PASSAIC | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6106 | 13154 | | EXXON SERVICE STATION #33426 | 795 OLD SPRINGFIELD AVE | SUMMIT | SUMMIT CITY | 07902 | UNION |
| 6107 | 676 | | ASHWOOD EXXON SERVICE STATION | 8 10 ASHWOOD AVE | SUMMIT | SUMMIT CITY | 07901 | UNION |
| 6108 | 439794 | | SALERNO DUANE AUTO DEALERSHIP SERVICE GARAGE | 280 284 BROAD ST | SUMMIT CITY | SUMMIT CITY | 07901 | UNION |
| 6109 | 441266 | | 36 42 RIVER ROAD | 36 42 RIVER RD | SUMMIT CITY | SUMMIT CITY | 07901 | UNION |
| 6110 | 14453 | | CELGENE CORP | 556 560 MORRIS AVE | SUMMIT CITY | SUMMIT CITY | 07901 | UNION |
| 6111 | 359219 | | 86 WOODLAND AVENUE | 86 WOODLAND AVE | SUMMIT CITY | SUMMIT CITY | 07901 | UNION |
| 6112 | 626 | | AMERADA HESS SERVICE STATION | 1000 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6113 | 14444 | | MERCK SHARP DOHME CORP | 1011 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6114 | 46935 | | J&S TEXACO SERVICE STATION | 1050 SALEM RD | UNION | UNION TWP | 07083 | UNION |
| 6115 | 636 | | LYNCH METALS | 1061 LOUSONS RD | UNION | UNION TWP | 07083 | UNION |
| 6116 | 355 | | BP SERVICE STATION #553 | 1080 GALLOPING HILL RD & CHESTNUT ST | UNION | UNION TWP | 07083 | UNION |
| 6117 | 147683 | | 1099 BURNET AVENUE | 1099 BURNET AVE | UNION | UNION TWP | 07083 | UNION |
| 6118 | 51274 | | UNION INDUSTRIAL ASSOC | 1110 SPRINGFIELD RD | UNION | UNION TWP | 07083 | UNION |
| 6119 | 52096 | | US POSTAL SERVICE UNION POST OFFICE | 1130 W CHESTNUT ST BLDG #330 REDWING | UNION | UNION TWP | 070839998 | UNION |
| 6120 | 32617 | | JIFFY LUBE #484 | 1174 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6121 | 664 | | CHEVRON OIL CO | 12 GELB AVE | UNION | UNION TWP | 07083 | UNION |
| 6122 | 13152 | | GASLAND SERVICE STATION | 1201 SPRINGFIELD RD | UNION | UNION TWP | 08820 | UNION |
| 6123 | 22387 | | VILLAGE SUNOCO SERVICE STATION | 1225 MAGIE AVE | UNION | UNION TWP | 07083 | UNION |
| 6124 | 43776 | | GOLD STAR GAS | 1225 STUYVESANT AVE | UNION | UNION TWP | 070830000 | UNION |
| 6125 | 583 | | CARLS SERVICE STATION | 1276 STUYVESANT AVE | UNION | UNION TWP | 07083 | UNION |

NEW JERSEY MTBE – PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE_ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 6126 | 632 | | DELTA SERVICE STATION | 1351 MAGIE AVE & GALLOPING | UNION | UNION TWP | 070830000 | UNION |
| 6127 | 48002 | | SUNOCO SERVICE STATION #0006 9047 | 1401 MORRIS AVE & LORRAINE AVE | UNION | UNION TWP | 07083 | UNION |
| 6128 | 342 | | PETRILLIS MOBIL SERVICE STATION | 1444 STUYVESANT AVE | UNION | UNION TWP | 07083 | UNION |
| 6129 | 343 | | BP SERVICE STATION #20524 | 1701 STUYVESANT AVE | UNION | UNION TWP | 07083 | UNION |
| 6130 | 966 | | EXXON SERVICE STATION #8148 | 1722 RT 22 & SAYRE RD | UNION | UNION TWP | 07083 | UNION |
| 6131 | 13096 | | UNION SUNOCO SERVICE STATION | 1865 VAUXHALL RD | UNION | UNION TWP | 07083 | UNION |
| 6132 | 603 | | RACEWAY SERVICE STATION #2933 | 2031, RT 22 | UNION | UNION TWP | 08005 | UNION |
| 6133 | 27123 | | TOWN & COUNTRY COLLISION SERVICE CORP | 2091 SPRINGFIELD AVE | UNION | UNION TWP | 07088 | UNION |
| 6134 | 360 | | BP SERVICE STATION #3362 | 2145 RT 22 & LAFAYETTE AVE | UNION | UNION TWP | 07083 | UNION |
| 6135 | 605 | | SPEEDWAY SERVICE STATION #03497 | 2210 RT 22 | UNION | UNION TWP | 07083 | UNION |
| 6136 | 606 | | DROBACH EQUIPMENT RENTAL CO INC | 2240 RT 22 | UNION | UNION TWP | 07083 | UNION |
| 6137 | 14703 | | INTERNATIONAL PAINT INC | 2270 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6138 | 52810 | | JAEGER LUMBER | 2322 MORRIS AVE | UNION | UNION TWP | 070830000 | UNION |
| 6139 | 13114 | | SUNOCO SERVICE STATION #0006 9039 | 2350 RT 22 | UNION | UNION TWP | 07083 | UNION |
| 6140 | 623 | | UNION TWP BD OF ED ADMIN BUILDING & GARAGE | 2369 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6141 | 347 | | RED DEVIL INC | 2400 VAUXHALL RD | UNION | UNION TWP | 070831933 | UNION |
| 6142 | 348 | | SUNOCO SERVICE STATION #0011 9248 | 2425 VAUXHALL RD | UNION | UNION TWP | 07083 | UNION |
| 6143 | 984 | | EXXON SERVICE STATION #30971 | 2449 MORRIS AVE & BURNET AVE | UNION | UNION TWP | 07036 | UNION |
| 6144 | 370 | | SHELL SERVICE STATION #138534 | 2449 MORRIS AVE & BURNETT AVE | UNION | UNION TWP | 07083 | UNION |
| 6145 | 594 | | UNION EAST SHELL SERVICE STATION | 2490 RT 22 & SPRINGFIELD AVE | UNION | UNION TWP | 07083 | UNION |
| 6146 | 601 | | UNION WEST SHELL SERVICE STATION | 2545 RT 22 & GREELEY AVE | UNION | UNION TWP | 07083 | UNION |
| 6147 | 362 | | FUEL STOP SERVICE STATION | 2568 2570 RT 22 | UNION | UNION TWP | 07083 | UNION |
| 6148 | 361 | | BASF CORPORATION | 2655 RT 22 | UNION | UNION TWP | 07083 | UNION |
| 6149 | 353 | | DOUBLE D SERVICE CO INC | 2674 MORRIS AVE | UNION | UNION TWP | 07083 | UNION |
| 6150 | 219370 | | DUNPHEY SMITH CO | 2738 SPRUCE STREET | UNION | UNION TWP | 07083 | UNION |
| 6151 | 52488 | | CHAMPION ENVELOPE CORP | 30 PROGRESS ST | UNION | UNION TWP | 07083 | UNION |
| 6152 | 31516 | | DELTA SERVICE STATION | 400 450 CLERMONT TER | UNION | UNION TWP | 07083 | UNION |
| 6153 | 644 | | CEEDAN CORP | 437 LEHIGH AVE | UNION | UNION TWP | 07083 | UNION |
| 6154 | 54366 | | CHESTNUT SHELL SERVICE STATION | 481 485 LEHIGH AVE | UNION | UNION TWP | 07083 | UNION |
| 6155 | 669 | | AMERICAN PRODUCTS CO INC | 575 CHESTNUT ST & COLONIAL AVE | UNION | UNION TWP | 07083 | UNION |
| 6156 | 616 | | WELLINGTON REALTY CORP | 610 RAHWAY AVE | UNION | UNION TWP | 07083 | UNION |
| 6157 | 42420 | | K KALUSTYAN ORIENT EXPERT CORP | 625 RAHWAY AVE | UNION | UNION TWP | 07083 | UNION |
| 6158 | 610 | | 869 CARTERET AVENUE | 855 RAHWAY AVE | UNION | UNION TWP | 07083 | UNION |
| 6159 | 493771 | | 979 CARTERET AVENUE | 869 CARTERET AVE | UNION | UNION TWP | 07083 | UNION |
| 6160 | 399044 | | SUNOCO SERVICE STATION #0297-2388/7745 | 979 CARTERET AVE | UNION | UNION TWP | 07083 | UNION |
| 6161 | 357 | | PUREX CORP BARON BLAKESLEE DIV | GARDEN STATE PKWY MM 142.2 | UNION | UNION TWP | 07083 | UNION |
| 6162 | 66301 | | STUYVESANT AVENUE SHELL SERVICE STATION | 10 MILLTOWN CT | UNION TWP | UNION TWP | 07083 | UNION |
| 6163 | 588 | | PLANT HONDA | 1568 STUYVESANT AVE & STANLEY TER | UNION TWP | UNION TWP | 07083 | UNION |
| 6164 | 13113 | | BP SERVICE STATION #95680 | 2285 RT 22 | UNION TWP | UNION TWP | 08005 | UNION |
| 6165 | 477979 | | LUKOIL SERVICE STATION #57315 | 2352 MORRIS AVE & RAHWAY AVE | UNION TWP | UNION TWP | 07083 | UNION |
| 6166 | 13115 | | GETTY SERVICE STATION #56843 | 2446 RT 22 & CENTER ISLAND | UNION TWP | UNION TWP | 08005 | UNION |
| 6167 | 13135 | | MILLBURN MALL | 2701 MORRIS AVE | UNION TWP | UNION TWP | 08005 | UNION |
| 6168 | 531639 | 48436 | GEO JAEKEL INC | 2933 VAUXHALL RD | UNION TWP | UNION TWP | 07088 | UNION |
| 6169 | 44093 | | UNION TWP DPW | 515 LEHIGH AVE | UNION TWP | UNION TWP | 07083 | UNION |
| 6170 | 66887 | | BP SERVICE STATION #22323 | 790 JEFFERSON AVE | UNION TWP | UNION TWP | 07088 | UNION |
| 6171 | 592 | | LUKOIL SERVICE STATION #57244 | 2195 SPRINGFIELD AVE | VAUX HALL | UNION TWP | 07088 | UNION |
| 6172 | 593 | | EXXON SERVICE STATION | 2200 SPRINGFIELD AVE & VAUXHALL RD | VAUX HALL | UNION TWP | 07088 | UNION |
| 6173 | 586 | | AM AUTO CENTER INC | 2201 SPRINGFIELD AVE & VAUX HALL RD | VAUX HALL | UNION TWP | 07088 | UNION |
| 6174 | 22752 | | | 1144 W SOUTH AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 6175 | 41960 | | JD & SONS AUTO & TRUCK REPAIR | 196 ROSS PL & SOUTH AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6176 | 47986 | | SUNOCO SERVICE STATION #0006 9104 | 200 SOUTH AVE & CENTRAL AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6177 | 42285 | | TORCON CO INC | 215 E GROVE ST | WESTFIELD | WESTFIELD TOWN | 07091 | UNION |
| 6178 | 388 | | UNION CNTY DPW COMPLEX POLICE HDQTRS & FORENSIC LAB | 300 NORTH AVE E | WESTFIELD | CRANFORD TWP | 07090 | UNION |
| 6179 | 179312 | | 40 CANTERBURY LANE | 40 CANTERBURY LN | WESTFIELD | WESTFIELD TOWN | 070901936 | UNION |
| 6180 | 381 | | RACEWAY WESTFIELD SERVICE STATION | 400 CENTRAL AVE & ROSS PL | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6181 | 400 | | BP SERVICE STATION #22334 | 416 SOUTH AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6182 | 374 | | WESTFIELD EXXON SERVICE STATION | 421 CENTRAL AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6183 | 23040 | | NEW NORRIS CHEVROLET PARTS DEPT | 433 NORTH AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6184 | 171789 | | KOP COAT DIV OF CARBOLINE | 449 SOUTH AVE | WESTFIELD | WESTFIELD TOWN | 07091 | UNION |
| 6185 | 518128 | | 668 SHADOWLAWN DRIVE | 668 SHADOWLAWN DR | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6186 | 383 | | C&G GULF SERVICE STATION #160136 | 800 CENTRAL AVE & GROVE ST | WESTFIELD | WESTFIELD TOWN | 07234 | UNION |
| 6187 | 384 | | WESTFIELD AMOCO SERVICE STATION | 809 CENTRAL AVE | WESTFIELD | WESTFIELD TOWN | 07090 | UNION |
| 6188 | 377547 | | 922 CLEVELAND AVENUE | 922 CLEVELAND AVE | WESTFIELD | WESTFIELD TOWN | 070904211 | UNION |
| 6189 | 169513 | | 201 HARRISON AVENUE | 201 HARRISON AVE | WESTFIELD TOWN | WESTFIELD TOWN | 07090 | UNION |
| 6190 | 485 | | SHELL SERVICE STATION #9519 | 1151 RT 517 106 RT 517 & OLD ALLAMUCHY RD | ALLAMUCHY TWP | ALLAMUCHY TWP | 07840 | WARREN |
| 6191 | 120880 | | 35 KASPER ROAD | 35 KASPER RD | ALLAMUCHY TWP | ALLAMUCHY TWP | 07821 | WARREN |
| 6192 | 14555 | | GRAHAM PACKAGING PLASTIC PRODUCTS INC | 600 5TH ST & KNOWLTON ST | BELVIDERE | BELVIDERE TOWN | 07823 | WARREN |
| 6193 | 418 | | BELVIDERE SERVICE STATION | WATER ST & HOWELL ST | BELVIDERE | BELVIDERE TOWN | 07823 | WARREN |
| 6194 | 141803 | | 145 ROUTE 94 | 145 RT 94 | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6195 | 123829 | | FUEL RITE PETROLEUM INC | 147 RT 94 | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6196 | 94419 | | 20 COOKE ROAD | 20 COOKE RD | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6197 | 258510 | | 44 HELLER HILL RD | 44 HELLER HILL RD | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6198 | 438991 | | 45 GAISLER ROAD | 45 GAISLER RD | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6199 | 421 | | BLAIRSTOWN SUNOCO SERVICE STATION | 59 RT 94 | BLAIRSTOWN | BLAIRSTOWN TWP | 07825 | WARREN |
| 6200 | 73499 | | 16 CEDAR LAKE ROAD | 16 CEDAR LAKE RD STE A | BLAIRSTOWN TWP | BLAIRSTOWN TWP | 07825 | WARREN |
| 6201 | 512158 | 486 | COLUMBIA TRAVEL CENTER | 2 SIMPSON RD | COLUMBIA | KNOWLTON TWP | 07832 | WARREN |
| 6202 | 486 | | TRAVEL CENTERS OF AMERICA | I-80 & RT 94 | COLUMBIA | KNOWLTON TWP | 07832 | WARREN |
| 6203 | 435 | | VICTAUUC CO OF AMERICA APEX FACILITY | 119 EDISON RD | FRANKLIN TWP | FRANKLIN TWP | 08886 | WARREN |
| 6204 | 433 | | BILLS COASTAL SERVICE STATION | 2459 RT 57 | FRANKLIN TWP | FRANKLIN TWP | 08886 | WARREN |
| 6205 | 120891 | | EDISON ROAD & CLIFFSIDE DRIVE GROUNDWATER CONTAMINATION | EDISON RD & CLIFFSIDE DR | FRANKLIN TWP | FRANKLIN TWP | 08885 | WARREN |
| 6206 | 168097 | | DARLING FARMS | 114 GREENDELL RD | FRELINGHUYSEN TWP | FRELINGHUYSEN TWP | 07860 | WARREN |
| 6207 | 196741 | | 285 MAIN STREET | 285 MAIN ST AKA RT 661 | FRELINGHUYSEN TWP | FRELINGHUYSEN TWP | 07845 | WARREN |
| 6208 | 459 | | MAIN-STREET SUNOCO SERVICE STATION | 104 MAIN ST | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6209 | 450 | 28218 | LEHIGH GAS SERVICE STATION | 104 RT 57 | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6210 | 456 | | SINGH & SINGH SERVICE STATION | 105 MILL ST & MOUNTAN AVE | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6211 | 60401 | | SHELL SAP NO: 138366 | 1551 ROUTE 517 S / ALLAMUCHY | HACKETTSTOWN | HACKETTSTOWN TOWN | 07845 | WARREN |
| 6212 | 125144 | | CSA TIRE | 200 STIGER ST | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6213 | 452 | | MOBIL SERVICE STATION #2635147 | 213 MOUNTAIN AVE | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6214 | 47689 | | NJDEP HACKETTSTOWN STATE FISH HATCHERY | 23 REESE AVE & 5TH ST | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6215 | 55679 | | INTERCOUNTY PAVING INC | 311 WARREN ST | HACKETTSTOWN | HACKETTSTOWN TOWN | 07840 | WARREN |
| 6216 | 46971 | | NJDEP WORTHINGTON STATE FOREST | I-80 & OLD MINE RD | HARDWICK TWP | HARDWICK TWP | 07832 | WARREN |
| 6217 | 482 | | US GAS SERVICE STATION | 423 HOPE BLAIRSTOWN RD AKA RT 521 | HOPE | HOPE TWP | 07844 | WARREN |
| 6218 | 483 | | HOPE AUTO CARE GARAGE | 424 GREAT MEADOWS RD AKA RT 611 | HOPE | HOPE TWP | 07825 | WARREN |
| 6219 | 185285 | | NEWTON TRUST | 419 HOPE BLAIRSTOWN RD AKA RT 521 | HOPE TWP | HOPE TWP | 07844 | WARREN |
| 6220 | 67296 | | INDEPENDENCE TWP GROUNDWATER CONTAMINATION | RT 46 @ ASBURY & KETCHUM RD | INDEPENDENCE TWP | INDEPENDENCE TWP | 07840 | WARREN |
| 6221 | 440 | | ANDYS JOHNSONBURG EXXON SERVICE STATION | MAIN ST AKA RT 519 | JOHNSONBURG | FRELINGHUYSEN TWP | 07845 | WARREN |
| 6222 | 26508 | | ACI BROTHERS INC | 55 RT 46 | KNOWLTON | KNOWLTON TWP | 07833 | WARREN |
| 6223 | 492 | | COLUMBIA SPARTAN SERVICE STATION @ COLUMBIA GULF SERVICE STATION | 25 RT 46 & WALNUT RD | KNOWLTON TWP | KNOWLTON TWP | 07832 | WARREN |

NEW JERSEY MTBE - PLAINTIFF'S REVISED SITE LIST

| | NJEMS SITE_ID | Former NJEMS SITE ID | MOST RECENT SITE NAME | ADDRESS | CITY / LOCAL NAME | MUNICIPALITY | ZIP CODE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 6224 | 146611 | | 99 MOUNTAIN LAKE ROAD | 99 MOUNTAIN LAKE RD | LIBERTY TWP | LIBERTY TWP | 07823 | WARREN |
| 6225 | 38136 | | MOUNTAIN LAKE MOBILE HOME PARK | TAMARACK RD | LIBERTY TWP | LIBERTY TWP | 078230000 | WARREN |
| 6226 | 502 | | LUKOIL SERVICE STATION #74056 | 1110 BELVIDERE RD | LOPATCONG | LOPATCONG TWP | 08865 | WARREN |
| 6227 | 18463 | | PHILLIPSBURG CONVALESCENT CENTER | 390 RED SCHOOL LN | LOPATCONG | LOPATCONG TWP | 08865 | WARREN |
| 6228 | 13136 | | HESS SERVICE STATION #30300 | 973 MEMORIAL PKWY & RT 22 | LOPATCONG TWP | LOPATCONG TWP | 08886 | WARREN |
| 6229 | 35707 | 517 | VALERO SERVICE STATION | 149 RT 31 | OXFORD | OXFORD TWP | 07863 | WARREN |
| 6230 | 544 | | EXPRESS FUEL CLARK SERVICE STATION | 168 S MAIN ST | PHILLIPSBURG | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6231 | 46308 | | EXXON SERVICE STATION #30803 | 500 MEMORIAL PKWY | PHILLIPSBURG | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6232 | 66506 | | ELIZABETHTOWN GAS CO PHILLIPSBURG COAL GAS | 54 MERCER ST | PHILLIPSBURG | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6233 | 14557 | | AVANTOR PERFORMANCE MATERIALS | 600 N BROAD ST & 5TH ST | PHILLIPSBURG | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6234 | 529 | | PMG PHILLIPSBURG SERVICE STATION | 750 MEMORIAL PKWY | PHILLIPSBURG | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6235 | 473 | | HARMONY HARDWARE | 2527 BELVIDERE RD AKA RT 519 | PHILLIPSBURG TOWN | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6236 | 555 | | BRITTONE TIRE & SERVICE STATION | 474 CENTER ST & GREEN ST | PHILLIPSBURG TOWN | PHILLIPSBURG TOWN | 08865 | WARREN |
| 6237 | 27946 | | PENN JERSEY TRUCK CENTER | 1400 RT 22 & I-78 | POHATCONG TWP | POHATCONG TWP | 08865 | WARREN |
| 6238 | 15031 | | SPRINGTOWN GULF SERVICE STATION | 150 RT 519 | POHATCONG TWP | POHATCONG TWP | 08865 | WARREN |
| 6239 | 42477 | | FINESVILLE MOTORS | 182 RIEGELSVILLE WARREN GLEN RD AKA RT 627 | POHATCONG TWP | POHATCONG TWP | 08865 | WARREN |
| 6240 | 21435 | | SMITH MOTOR CO INC | 115 RT 31 PO BOX 310 | WASHINGTON | WASHINGTON BORO | 07882 | WARREN |
| 6241 | 561 | | LUKOIL | 143 E WASHINGTON AVE & RT 31 & 57 | WASHINGTON | WASHINGTON BORO | 07882 | WARREN |
| 6242 | 15032 | | WASHINGTON TOP GAS SERVICE STATION | 160 E WASHINGTON AVE | WASHINGTON | WASHINGTON BORO | 07882 | WARREN |
| 6243 | 564 | 126572 | CANDY APPLE AUTO BODY | 176 JEFFERSON ST | WASHINGTON | WASHINGTON BORO | 07882 | WARREN |
| 6244 | 29275 | | HEDGES & BROTHERS | 115 S LINCOLN AVE | WASHINGTON BORO | WASHINGTON BORO | 07882 | WARREN |
| 6245 | 41981 | | MAXON CHEVROLET OLDSMOBILE | 200 E WASHINGTON AVE | WASHINGTON BORO | WASHINGTON BORO | 07882 | WARREN |
| 6246 | 66472 | | POHATCONG VALLEY GROUNDWATER CONTAMINATION | RT 653 & RT 31 | WASHINGTON BORO | WASHINGTON BORO | 07882 | WARREN |
| 6247 | 14490 | | WASHINGTON AGWAY INC ENERGY PRODUCTS | 245 RT 31 | WASHINGTON TWP | WASHINGTON TWP | 07882 | WARREN |
| 6248 | 129640 | | PETRO PLAZA | 472 RT 31 | WASHINGTON TWP | WASHINGTON TWP | 08827 | WARREN |
| 6249 | 48675 | | WASHINGTON TWP GARAGE | PORT COLDEN CHANGEWATER RD | WASHINGTON TWP | WASHINGTON TWP | 07882 | WARREN |
| 6250 | 88965 | | 58 SAREPTA ROAD | 58 SAREPTA RD | WHITE TWP | WHITE TWP | 07410 | WARREN |
| 6251 | 147233 | | WHITE TWP RGNL GROUNDWATER CONTAMINATION | ROCKWELL RD & BEECHWOOD RD | WHITE TWP | WHITE TWP | 07823 | WARREN |
| 6252 | 67630 | | EXXON SERVICE STATION #35522 | RT 46 & BRIDGEVILLE RD | WHITE TWP | WHITE TWP | 07829 | WARREN |

# EXHIBIT B