UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., No. 1:14-cv-06228-SAS. | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ETP HOLDCO CORPORATION, SUN COMPANY, INC., SUNOCO, INC., AND SUNOCO, INC. (R&M)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Sunoco, Inc., (formerly known as Sun Company, Inc.; now known as ETC Sunoco Holdings, LLC); Sunoco, Inc. (R&M) (now known as Sunoco (R&M), LLC); Energy Transfer Partners, L.P. (now known as Energy Transfer Operating, L.P.); and ETP Holdco Corporation submit this Amended Corporate Disclosure Statement:

Sunoco, Inc. (formerly known as Sun Company, Inc.) is now known as ETC Sunoco Holdings, LLC, a Pennsylvania limited liability company. ETC Sunoco Holdings, LLC is a wholly-owned subsidiary of Energy Transfer Operating, L.P. (formerly known as Energy Transfer Partners, L.P.).

Sunoco Inc. (R&M) (now known as Sunoco (R&M), LLC) is a wholly owned subsidiary of ETC Sunoco Holdings, LLC.

ETP Holdco Corporation is a wholly owned subsidiary of Energy Transfer Operating, L.P. (formerly known as Energy Transfer Partners, L.P.).

Energy Transfer Operating, L.P. is a publicly traded Delaware master limited partnership, currently listed on the New York Stock Exchange. Its general partner is owned by Energy Transfer LP (formerly known as Energy Transfer Equity, L.P.). Energy Transfer LP is a publicly traded Delaware limited partnership, currently listed on the New York Stock Exchange.

Dated: April 1, 2020

*/s/ Daniel M. Krainin*
Daniel M. Krainin
Paula J. Schauwecker
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Tel.: (212) 702-5400
Fax: (212) 702-5450

John S. Guttmann
Nessa E. Horewitch
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel.: (202) 789-6000
Fax: (202) 789-6190

*Attorneys for Defendants Transfer Partners, L.P., ETP Holdco Corporation., Sun Company, Inc., Sunoco, Inc. and Sunoco, Inc. (R&M)*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Rule 7.1 Amended Corporate Disclosure Statement of Defendants Energy Transfer Partners, L.P., ETP Holdco Corporation, Sun Company, Inc., Sunoco, Inc., Sunoco Partners Marketing & Terminals, L.P., and Sunoco, Inc. (R&M) was served via the Court's ECF system and LexisNexis File & Serve on the 1st day of April, 2020.

*/s/ Daniel M. Krainin*