UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al.,* 07-cv-10470, and<br><br>*Commonwealth of Puerto Rico v. Shell Oil Co., et al.,* 14-cv-01014 | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SUNOCO, INC., SUNOCO, INC. (R&M), AND <u>PUERTO RICO SUN OIL COMPANY LLC</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Sunoco, Inc. (formerly known as Sun Company Inc., now known as ETC Sunoco Holdings, LLC); Sunoco, Inc. (R&M) (now known as Sunoco (R&M), LLC); and Puerto Rico Sun Oil Company LLC submit this Amended Corporate Disclosure Statement:

Puerto Rico Sun Oil Company LLC has merged with and into Sunoco (R&M), LLC (formerly known as Sunoco, Inc. (R&M)).

Sunoco (R&M), LLC (formerly known as Sunoco, Inc. (R&M)) is a wholly owned subsidiary of ETC Sunoco Holdings, LLC.

Sunoco, Inc. (formerly known as Sun Company, Inc.) is now known as ETC Sunoco Holdings, LLC a Pennsylvania limited liability company. ETC Sunoco Holdings, LLC is a wholly-owned subsidiary of Energy Transfer Operating, L.P., (formerly known as Energy Transfer Partners, L.P.).

Energy Transfer Operating, L.P. is a publicly traded Delaware master limited partnership, currently listed on the New York Stock Exchange.  Its general partner is owned by Energy Transfer LP (formerly known as Energy Transfer Equity, L.P.).  Energy Transfer LP is a publicly traded Delaware limited partnership, currently listed on the New York Stock Exchange

Dated: April 1, 2020

/s/ Daniel M. Krainin
Daniel M. Krainin
Paula J. Schauwecker
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Tel.: (212) 702-5400
Fax: (212) 702-5450

John S. Guttmann
Nessa E. Horewitch
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel.: (202) 789-6000
Fax: (202) 789-6190

*Attorneys for Defendants Sunoco, Inc., Sunoco, Inc. (R&M), and Puerto Rico Sun Oil Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Rule 7.1 Amended Corporate Disclosure Statement of Defendants Sunoco, Inc., Sunoco, Inc. (R&M), and Puerto Rico Sun Oil Company LLC was served via the Court's ECF system and LexisNexis File & Serve on the 1st day of April, 2020.

*/s/ Daniel M. Krainin*