UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | **Master File No. 1:00-1898** |
| **This document relates to:** | **MDL 1358** |
| *Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corporation, et al*, | Hon. Vernon S. Broderick<br>Hon. Debra C. Freeman |
| Case No. 1:14-cv-06228 | |

## ORDER GRANTING PETITION TO CONFIRM ATTORNEYS' FEE AND EXPENSES

The Petition to Confirm Attorneys' Fee and Expenses ("Petition") is granted and this Court confirms that the fee and expense reimbursements set forth in the Petition conform to Pennsylvania Rules of Professional Conduct 1.5(a) and (c) with respect to the current recoveries of $1,525,000 from settlements in this case with Defendants Duke Energy Merchants, LLC, Vitol S.A., Inc., and Western Refining Yorktown, Inc.

IT IS SO ORDERED:

*[signature]*
Vernon S. Broderick    6/22/2020
United States District Judge

*OR*

IT IS SO ORDERED:

_____
HON. DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

DATED: _____