```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
In Re: Methyl Tertiary Butyl Ether ("MTBE") : Master File No. 1:00-1898
Products Liability Litigation              : MDL 1358
                                           :
This document relates to:                  :
                                           : **ORDER**
*Commonwealth of Pennsylvania v. Exxon*    :
*Mobil Corporation, et al.*, Case No. 14 Civ. :
6228 (VSB)                                 :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 8, 2020, Defendant filed a letter motion requesting a conference to determine whether 1) Plaintiff must identify how it intends to allocate recoveries and 2) the Court should future settlements in this matter. (Doc. 502.) Plaintiff filed a letter motion in opposition on July 15, 2020, (Doc. 507), and Defendants filed a reply on July 24, 2020. (Doc. 510.) It is hereby:

ORDERED that the dispute regarding allocation of recoveries is referred to Magistrate Judge Freeman.

IT IS FURTHER ORDERED that the parties submit any supplemental letter motions on the issue of Court review of future settlements by August 15, 2020.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge