**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) |
| **This document relates to:** | MDL 1358 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.* Case No. 14-cv-06228 | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rachel B. Haig, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

A Certificate of Good Standing from the State of Illinois is attached hereto as Exhibit 1, a Declaration pursuant to Local Rule 1.3 is attached hereto as Exhibit 2, and a proposed Order is attached hereto as Exhibit 3.

| | |
|---|---|
| Dated: October 22, 2020 | */s/ Rachel B. Haig* <br> Rachel B. Haig, IL Bar No. 6312972 <br> (*pro hac vice* pending) <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> United States <br> Telephone: +1 312 862 2000 <br> Facsimile: +1 312 862 2200 <br> rachel.haig@kirkland.com <br><br> *Attorney for Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC* |

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

*/s/ Rachel Haig*
Rachel Haig