# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) |
| **This document relates to:** | MDL 1358 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.* | |
| Case No. 14-cv-06228 | |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Rachel B. Haig for admission to practice pro hac vice in the above-captioned action is granted.  Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

> Rachel B. Haig, IL Bar No. 6312972
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, IL 60654
> United States
> Telephone: +1 312 862 2000
> Facsimile: +1 312 862 2200
> rachel.haig@kirkland.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants Atlantic Richfield Company, BP America Inc., BP Holdings North America Limited, BP Amoco Chemical Company, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above-captioned action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                      United States District/Magistrate Judge
                                      Southern District of New York