UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*<br><br>**This document pertains to:**<br><br>*All Cases* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs New Jersey Department of Environmental Protection, The Commissioner of the New Jersey Department of Environmental Protection, The Administrator of the New Jersey Spill Compensation Fund, The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board respectfully move to withdraw the appearance of Nathan P. Short, who was admitted *pro hac vice* on November 23, 2011, as counsel for these actions. Beginning on November 1, 2020, Mr. Short will no longer be associated with the Law Offices of John K. Dema, P.C., and should be removed from the service list. Mr. Short is not asserting a retaining or charging lien. The Plaintiffs will continue to be represented by other counsel who have entered an appearance in the above-captioned matters.

Dated: October 30, 2020

Respectfully submitted,

/s/ *Nathan P. Short*
Nathan P. Short

*/s/ John K. Dema*
John K. Dema
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820-5008
jdema@demalaw.com
Phone: (340) 773-6142
Fax: (340) 773-3944