UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*<br><br>**This document pertains to:**<br><br>*All Cases* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

## PROPOSED ORDER

The motion to withdraw the appearance of Nathan P. Short as counsel of record for Plaintiffs New Jersey Department of Environmental Protection, The Commissioner of the New Jersey Department of Environmental Protection, The Administrator of the New Jersey Spill Compensation Fund, The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, it is hereby **GRANTED**.

SO ORDERED

Dated: _____

_____
Vernon S. Broderick
United States District Judge