| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobile Corporation, et al.*<br>14 Civ. 6228 | Civil No. 1:14-cv-06228<br>Master File No. 1:00-1898<br>MDL 1358 (VSB)<br><br>**ORDER**<br>**MOTION FOR PRO HAC VICE** |

The Motion of Caleb J. Holmes for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Pennsylvania and that his contact information is as follows:

> Caleb J. Holmes, Esquire
> Greenberg Traurig, LLP
> 1717 Arch Street
> Suite 400
> Philadelphia, PA 19103
> Tel: 215-988-7877
> Fax: 215-988-7801
> holmesc@gtlaw.com

Applicant having requested to appear *Pro Hac Vice* to appear for all purposes as counsel for Defendant United Refinery Company in the above entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____November 24_____, 2020

_____
~~United States District Judge~~
DEBRA FREEMAN, U.S. Magistrate Judge