| | |
|---|---|
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | GURBIR S. GREWAL ATTORNEY GENERAL OF NEW JERSEY |
| Special Counsel to the Attorney General | |
| BY: _____ Leonard Z. Kaufmann, A Member of the Firm DATE: | BY: _____ Gwen Farley, Deputy Attorney General DATE: |

SO ORDERED:

_____
HON. Vernon S. Broderick, U.S.D.J.
DATE: