Dated: ___December 28___, 2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether* ("MTBE") *Products Liability Litigation* <br><br> This document relates to: <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.,* <br> USDC-SDNY Civ. No. 07-10470(VSB) <br> USDC-PR Civ. No. 07-01505 (CCC) <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.,* <br> USDC-SDNY Civ. No. 14-01014 (VSB) <br> USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898 <br> MDL 1358 (VSB) <br> M21-88 <br><br> Civil Action |

### [Proposed] ORDER

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Total Petroleum Puerto Rico Corp. it is hereby:

ORDERED Total Petroleum Puerto Rico Corp. is dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2), and, there being no just reason for delay the Clerk of Court is directed to enter final judgment dismissing all claims against that defendant in case nos. 07 Civ. 10470 and 14 Civ. 01014. Each Party to bear its own costs.

SO ORDERED:

*Vernon Broderick*

Vernon S. Broderick
United States District Judge

Dated: New York, New York

___December 28___, 2020