UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*　　　**Master File No. 1:00 – 1898**
*Products Liability Litigation*　　　**MDL 1358 (VSB)**
　　　**M21-88**

---

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* No. 1:14-CV-06228-SAS

---

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that the undersigned attorney, Anne M. Evans of Akin Gump Strauss Hauer & Feld LLP, certifies that she is admitted to practice in this Court and hereby appears in the above-captioned action on behalf of Defendants LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL, and requests that all notices, pleadings, orders and all other papers relating to the above-captioned action be served on the undersigned as set forth below.

　　Respectfully submitted this 22nd day of January, 2021.

　　　　　　　　　　　　　　　s/ Anne M. Evans
　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　Anne M. Evans
　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　Phone: 212-872-1000
　　　　　　　　　　　　　　　Fax: 212-872-1002
　　　　　　　　　　　　　　　aevans@akingump.com

　　　　　　　　　　　　　　　*Counsel for Defendants LUKOIL Americas*
　　　　　　　　　　　　　　　*Corporation, LUKOIL North America LLC,*
　　　　　　　　　　　　　　　*LUKOIL Pan Americas, LLC, and PJSC*
　　　　　　　　　　　　　　　*LUKOIL*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on all counsel of record by electronic filing via File & ServeXpress.

s/ Anne M. Evans<br>
Anne M. Evans