UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────

*In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

**Master File No. 1:00 – 1898**
**MDL 1358 (VSB)**

───────────────────────────────────────

**This Document Relates to:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-VSB**

───────────────────────────────────────

## NOTICE OF WITHDRAWAL OF COUNSEL

Consistent with Local Civil Rule 1.4, Defendants LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL (the "LUKOIL Defendants"), by and through their undersigned counsel, hereby move this Court for entry of an Order withdrawing the appearance of Katherine M. Katchen, as counsel of record for the LUKOIL Defendants and removal as counsel from the Court's CM/ECF system service list for the above-referenced action.

As grounds therefore, the undersigned state that the LUKOIL Defendants will continue to be represented by counsel Joseph L. Sorkin and Anne M. Evans of Akin Gump Strauss Hauer & Feld LLP, who have appeared as counsel of record, and Ellen L. Pierce of Akin Gump Strauss Hauer & Feld LLP (*pro hac vice* forthcoming). The LUKOIL Defendants have been notified of this change and have approved.

Dated:  January 22, 2021                    Respectfully submitted,

                            AKIN GUMP STRAUSS HAUER & FELD LLP

                            By: /s/ Joseph L. Sorkin
                            Joseph L. Sorkin
                            Anne M. Evans
                            One Bryant Park
                            New York, NY 10036
                            Phone: 212-872-1000
                            Fax: 212-872-1002
                            jsorkin@akingump.com
                            aevans@akingump.com

                            Ellen L. Pierce (*pro hac vice* forthcoming)
                            Two Commerce Square
                            2001 Market Street, Suite 4100
                            Philadelphia, PA 19103
                            Tel: (215) 965-1200
                            Fax: (215) 965-1210
                            epierce@akingump.com

                            *Counsel for Defendants LUKOIL Americas*
                            *Corporation, LUKOIL North America LLC,*
                            *LUKOIL Pan Americas LLC, and PJSC LUKOIL*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2021, a true and correct copy of the Notice of Withdrawal was electronically served on counsel of record via LexisNexis File & Serve.

Dated:  January 22, 2021

s/  Joseph L. Sorkin
Joseph L. Sorkin
