UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*　　**Master File No. 1:00 – 1898**
*Products Liability Litigation*　　**MDL 1358 (SAS)**
　　**M21-88**

―――――――――――――――――――――――

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-SAS**

―――――――――――――――――――――――

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ellen L. Pierce, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in the above-captioned action. I am in good standing of the bar of the Supreme Court of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: February 11, 2021	AKIN GUMP STRAUSS HAUER & FELD, LLP

*/s/ Ellen L. Pierce*
Ellen L. Pierce
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210
Email: epierce@akingump.com

*Counsel for Defendants LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*  **Master File No. 1:00 – 1898**
*Products Liability Litigation*  **MDL 1358 (SAS)**
  **M21-88**

---

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-SAS**

## DECLARATION OF ELLEN L. PIERCE

Pursuant to 28 U.S.C. § 1746, I Ellen L. Pierce, declare and state the following:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel for Defendants LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in this action. I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

Ellen L. Pierce
AKIN GUMP STRAUSS HAUER & FELD, LLP
Two Commerce Square
2001 Market Street, Suite 4100 Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210
epierce@akingump.com

4. I am in good standing of the bar of the Supreme Court of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Executed on:   February 11, 2021
　　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ellen L. Pierce*
　　　　　　　　　　　　　　　　　　　　　　　　Ellen L. Pierce

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――

*In Re: Methyl Tertiary Butyl Ether ("MTBE")*   **Master File No. 1:00 – 1898**
*Products Liability Litigation*                 **MDL 1358 (SAS)**
                                                **M21-88**

―――――――――――――――――――――――

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v.*
*Exxon Mobil Corp., et al.,* **No. 1:14-CV-06228-SAS**

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Ellen L. Pierce for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the Supreme Court of Pennsylvania; and that her contact information is as follows:

> Ellen L. Pierce
> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> Two Commerce Square
> 2001 Market Street, Suite 4100
> Philadelphia, PA 19103-7013
> Telephone: (215) 965-1200
> Facsimile: (215) 965-1210
> epierce@akingump.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated: _____
      New York, New York

                                        _____
                                        United States District Judge