

# Supreme Court of Pennsylvania

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

Eastern District

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

January 27, 2021

Ellen Lavelle Pierce, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 Market St Ste 4100
Philadelphia, PA 19103

RE: **Certificate of Good Standing**

Dear Attorney Pierce:

Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

In addition, enclosed is your Receipt Number(s) 2021-SUP-E-000245 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/jd
Enclosure



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Ellen Lavelle Pierce, Esq.*

DATE OF ADMISSION

*November 7, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 27, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary