**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, | Master File No. 1:00-1898 MDL 1358 (VSB) M21-88 |

**This Document Relates To:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228

## AFFIDAVIT OF THOMAS J. LEAHY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

THOMAS J. LEAHY, being duly sworn, deposes and states under oath: I am an attorney with Kirkland & Ellis LLP and counsel Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above-captioned action.

I have never been convicted of a felony and I have never been censured, suspended, disbarred or denied admission or readmission by any court.  There are no disciplinary proceedings presently against me.

I am a member in good standing of the Bar of the State of Illinois, am experienced in Federal practice, and am familiar with the Federal Rules of Civil Procedure.

*Thomas Leahy*

Thomas J. Leahy

Sworn before me this **22nd** _ day of March 2021

Notary Public

"OFFICIAL SEAL"
Jennifer Syperski
Notary Public, State of Illinois
My Commission Expires July 19, 2022