UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |
| **This Document Relates To:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## ORDER

The motion of Thomas J. Leahy for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

    Thomas J. Leahy
    Kirkland & Ellis LLP
    300 North LaSalle Street
    Chicago, Illinois 60654
    (312) 862-2000 Telephone
    (312) 862-2200 Facsimile
    thomas.leahy@kirkland.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge
Southern District of New York