UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, <br><br> **This Document Relates To:** <br><br> *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898 <br> MDL 1358 (VSB) <br> M21-88 |

### AFFIDAVIT OF THOMAS J. LEAHY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

THOMAS J. LEAHY, being duly sworn, deposes and states under oath: I am an attorney with Kirkland & Ellis LLP and counsel Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above-captioned action.

I have never been convicted of a felony and I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently against me.

I am a member in good standing of the Bar of the State of Illinois, am experienced in Federal practice, and am familiar with the Federal Rules of Civil Procedure.

_____
Thomas J. Leahy

Sworn before me this 22nd day of March 2021

_____
Notary Public

"OFFICIAL SEAL"
Jennifer Syperski
Notary Public, State of Illinois
My Commission Expires July 19, 2022