UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*<br><br>**This document pertains to:**<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., 07 Civ. 10470* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board respectfully move to withdraw the appearance of Justin J. Arenas, who was admitted *pro hac vice* on July 23, 2013, as counsel for this action. Beginning on September 1, 2021, Mr. Arenas will no longer be associated with the Law Offices of John K. Dema, P.C., and should be removed from the service list.  Mr. Arenas is not asserting a retaining or charging lien.  The Plaintiffs will continue to be represented by other counsel who have entered an appearance in the above-captioned matter.

Dated: August 31, 2021

Respectfully submitted,

*/s/ Justin J. Arenas*
Justin J. Arenas


*/s/ John K. Dema*
John K. Dema
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, VI 00820-5008
jdema@demalaw.com
Phone: (340) 773-6142
Fax: (340) 773-3944