**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*<br><br>**This document pertains to:**<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., 07 Civ. 10470* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

## PROPOSED ORDER

The motion to withdraw the appearance of Justin J. Arenas as counsel of record for Plaintiffs The Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Environmental Quality Board, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, it is hereby **GRANTED**.

SO ORDERED

Dated: _____

_____
Vernon S. Broderick
United States District Judge