UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (SAS)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS COASTAL EAGLE POINT OIL COMPANY, EL PASO MERCHANT ENERGY-PETROLEUM COMPANY, KINDER MORGAN TRANSMIX COMPANY, LLC F/K/A BUCKEYE REFINING COMPANY, LLC AND KINDER MORGAN, INC. TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendants El Paso Merchant Energy-Petroleum Company, Coastal Eagle Point Oil Company, Kinder Morgan Transmix Company, LLC F/K/A Buckeye Refining Company, LLC, and Kinder Morgan, Inc. to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including October 29, 2021.

Dated: New York, New York
September 28, 2021

| | |
|---|---|
| MILLER & AXLINE, P.C.<br><br>By: */s/ Duane C. Miller*<br>Duane C. Miller<br>1050 Fulton Ave, Ste. 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>dmiller@toxictorts.org<br>*Counsel for Plaintiff* | GORDON & REES, LLP<br><br>By: */s/ Peter G. Siachos*<br>Peter G. Siachos<br>One Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>psiachos@grsm.com<br>(212) 269-5500<br><br>James L. Messenger (*Pro Hac Vice*)<br>21 Custom House Street, 5th Floor<br>Boston, MA 02110<br>(617) 902-0098<br>jmessenger@grsm.com<br>*Counsel for Defendants El Paso Merchant Energy-Petroleum Company (in its capacity as an MTBE Defendant), Coastal Eagle Point Oil Company, and Kinder Morgan Transmix Company, LLC.* |

BRESSLER AMERY & ROSS PC


By: /s/ *Donald J. Camerson*
Donald J. Camerson
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
(973) 660-4433
djcamerson@bressler.com
*Counsel for El Paso Merchant Energy-Petroleum Company (in its capacity as an Insurance Defendant) and Kinder Morgan, Inc.*




SO ORDERED, September 30 , 2021

_____
Vernon S. Broderick
United States District Judge

2