UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>**This Document Relates to:**<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.*<br><br>No. 1:14-CV-06228 | Master File No. 1:00 -1898<br>MDL 1358 (VSB) M21-88 |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TRANSMONTAIGNE PRODUCT SERVICES, LLC TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendant Transmontaigne Product Services, LLC to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including November 30, 2021.

Dated: September 24, 2021

| **Miller & Axline, P.C.** | | **Greenberg Traurig, LLP** |
|---|---|---|
| By   s/ Duane C. Miller<br>       Duane C. Miller<br>       1050 Fulton Ave, Suite 100<br>       Sacramento, CA 95825<br>       (916) 488-6688<br>       dmiller@toxictorts.org<br>       *Counsel for Plaintiffs* | | By   s/ Dawn A. Ellison<br>       Dawn A. Ellison<br>       2101 L. Street, N.W., Suite 1000<br>       Washington, DC 20037<br>       (202) 331-3159<br>       ellisond@gtlaw.com<br>       *Counsel for Transmontaigne Product Services, LLC* |

SO ORDERED:

*/s/ Vernon Broderick*   10/1/2021
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

ACTIVE 60186929v1