UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00–1898-VSB<br>MDL 1358<br>M21-88 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

CITGO Petroleum Corporation ("CITGO"), CITGO Refining and Chemicals Company L.P. ("CRCC"), PDV Midwest Refining, L.L.C. ("PDVMR"), and CITGO International, Inc. ("CITGO International"), by their undersigned counsel, hereby give notice and voluntarily dismiss their Master Third-Party Complaint against John and Jane Does Nos. 1-500 and their Master Cross-Claims against John and Jane Does Nos. 501-1000, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), 41(a)(1)(B) and 41(c).

Dated: October 1, 2021					Respectfully submitted,

							CITGO PETROLEUM CORPORATION, CITGO
							REFINING AND CHEMICALS COMPANY L.P.,
							PDV MIDWEST REFINING, L.L.C., AND
							CITGO INTERNATIONAL, INC.


							By:   /s/    Pamela R. Hanebutt
								Nathan P. Eimer (neimer@eimerstahl.com)
								 (New York Bar No. 1976067)
								Pamela R. Hanebutt
								  (phanebutt@eimerstahl.com)
								Lisa S. Meyer (lmeyer@eimerstahl.com)
								EIMER STAHL LLP
								224 S. Michigan Ave., Suite 1100
								Chicago, IL 60604
								Ph.   312-660-7600
								Fax  312-692-1718

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 1st day of October, 2021, a copy of the **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** was served upon all parties of record via LexisNexis File and Serve.

/s/  Susan Razzano