UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |
| This document relates to: | |
| The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., Case No.: 1-14-cv-6228 | NOTICE OF APPEARANCE OF SUSAN M. DEAN |

**PLEASE TAKE NOTICE** that the undersigned counsel, Susan M. Dean, Esquire of Rawle & Henderson, LLP hereby appears on behalf of Defendant Getty Properties Corp. in the above-referenced matter and request that all notices, pleadings, orders, and other papers relating to the above-captioned matters be sent to the undersigned at the address set forth below.

**RAWLE & HENDERSON** LLP

By: _____
Susan M. Dean, Esquire (PA 75621)
The Widener Building
One South Penn Square
Philadelphia, PA  19107
Phone: 215-575-4296 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: sdean@rawle.com

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: October 1, 2021

15269907-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Susan M. Dean, Esquire on behalf of Defendant Getty Properties Corp. has been served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

By: _____
Susan M. Dean, Esquire

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: October 1, 2021

15269907-1