**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE")** **Products Liability Litigation** | **Master File No. 1:00-1898** **MDL 1358 (VSB)** **M21-88** |
| **This document relates to:** Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., No. 1:14-cv-06228-SAS. | |

**SECOND AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ETP HOLDCO**
**CORPORATION, SUN COMPANY, INC., SUNOCO, INC., SUNOCO, INC. (R&M), AND**
**SUNOCO PARTNERS MARKETING AND TERMINALS L.P.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Sunoco, Inc., (formerly known as Sun Company, Inc.; now known as ETC Sunoco Holdings, LLC); Sunoco, Inc. (R&M) (now known as Sunoco (R&M), LLC); Energy Transfer Partners, L.P. (now known as Energy Transfer Operating, L.P.); ETP Holdco Corporation; and Sunoco Partners Marketing and Terminals L.P. submit this Second Amended Corporate Disclosure Statement:

Sunoco, Inc. (formerly known as Sun Company, Inc.) is now known as ETC Sunoco Holdings, LLC, a Pennsylvania limited liability company. ETC Sunoco Holdings, LLC is a wholly-owned subsidiary of Energy Transfer Operating, L.P. (formerly known as Energy Transfer Partners, L.P.).

Sunoco Inc. (R&M) (now known as Sunoco (R&M), LLC) is a wholly owned subsidiary of ETC Sunoco Holdings, LLC.

ETP Holdco Corporation is a wholly owned subsidiary of Energy Transfer Operating, L.P. (formerly known as Energy Transfer Partners, L.P.).

1

Sunoco Partners Marketing & Terminals L.P. is a wholly owned subsidiary of Energy Transfer Operating, L.P.

Energy Transfer Operating, L.P. is a publicly traded Delaware master limited partnership, currently listed on the New York Stock Exchange.  Its general partner is owned by Energy Transfer LP (formerly known as Energy Transfer Equity, L.P.).  Energy Transfer LP is a publicly traded Delaware limited partnership, currently listed on the New York Stock Exchange.

Dated: October 1, 2021

/s/ Graham C. Zorn
John S. Guttmann (JG 7601)
Nessa Horewitch Coppinger (*pro hac vice*)
Graham C. Zorn (*pro hac vice*)
Daniel Eisenberg (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100
Washington, DC 20036
(202) 789-6000
Fax: (202) 789-6190

Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
Fax: (212) 702-5450

*Attorneys for Defendants Sunoco, Inc. (f/k/a Sun Company, Inc.), Sunoco, Inc. (R&M), Sunoco Partners Marketing & Terminals L.P., Energy Transfer Partners, L.P. and ETP Holdco Corporation*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the SECOND AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ETP HOLDCO CORPORATION, SUN COMPANY, INC., SUNOCO, INC., SUNOCO, INC. (R&M), AND SUNOCO PARTNERS MARKETING AND TERMINALS L.P. was served via the Court's ECF system and File & Serve*Xpress* on October 1, 2021.

*/s/ Graham C. Zorn*
Graham C. Zorn