UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358<br>M21-88 |
| | ORAL ARGUMENT REQUESTED |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

    PLEASE TAKE NOTICE that under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), PJSC LUKOIL ("PJSC") hereby moves to dismiss the Second Amended Complaint filed against it in the above-captioned action for lack of personal jurisdiction and for failure to state a claim, and for such other and further relief as the Court determines to be just and proper. This motion is made upon the accompanying Declaration of Anatoly Martynov sworn to on September 29, 2021;[1] the accompanying Memorandum of Law in support; and any reply brief and/or oral argument that may be submitted or made by PJSC in support of this motion.

    PLEASE ALSO TAKE NOTICE that under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), LUKOIL Pan Americas LLC ("LPA") hereby moves to dismiss the Second Amended Complaint filed against it in the above-captioned action for lack of personal jurisdiction and for failure to state a claim, and for such other and further relief as the Court determines to be just and proper. This motion is made upon the accompanying Declaration of

---

[1] PJSC's Motion to Dismiss under 12(b)(6) in no way relies on the factual information contained in the Declaration of Anatoly Martynov.

Stephen Wolfe sworn to on October 1, 2021;[2] the accompanying Memorandum of Law in support; and any reply brief and/or oral argument that may be submitted or made by LPA in support of this motion.

    PLEASE ALSO TAKE NOTICE that under Federal Rule of Civil Procedure 12(b)(6), LUKOIL North America LLC ("LNA") hereby moves to dismiss the Second Amended Complaint filed against it in the above-captioned action for failure to state a claim, and for such other and further relief as the Court determines to be just and proper.  This motion is made upon the accompanying Memorandum of Law in support and any reply brief and/or oral argument that may be submitted or made by LNA in support of this motion.

Dated: October 1, 2021            Respectfully submitted,

/s/ Joseph L. Sorkin

Joseph L. Sorkin
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Phone: 212-872-1000, Fax: 212-872-1002
jsorkin@akingump.com
aevans@akingump.com

Ellen L. Pierce (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA 19103
Phone: 215-965-1200, Fax: 215-965-1210
epierce@akingump.com

*Attorneys for PJSC LUKOIL, LUKOIL North America LLC, and LUKOIL Pan Americas LLC*

---

[2] LPA's Motion to Dismiss under 12(b)(6) in no way relies on the factual information contained in the Declaration of Stephen Wolfe.