UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) MDL 1358 |

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

## MOTION FOR WITHDRAWAL OF APPEARANCE OF RICHARD C. GODFREY

Pursuant to Local Civil Rule 1.4, Richard C. Godfrey moves this Court to enter an order withdrawing his appearance in the above-captioned matters on behalf of Defendants BP America Inc., BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., BP West Coast Products LLC ("BP Defendants").  The BP Defendants will continue to be represented in this action by other attorneys from Kirkland & Ellis LLP.

Dated:  October 4, 2021

                                                              Respectfully submitted,

                                                              /s/ Richard C. Godfrey
                                                              Richard C. Godfrey (#3124358)
                                                              KIRKLAND & ELLIS LLP
                                                              300 North LaSalle
                                                              Chicago, IL 60654
                                                              Tel.:   (312) 862-2000
                                                              Fax:    (312) 862-2200
                                                              richard.godfrey@kirkland.com
                                                              *Attorneys for Defendants BP America Inc., BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., BP West Coast Products LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021 I caused to be electronically filed the foregoing Motion for Withdrawal of Appearance of Richard C. Godfrey with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent to all counsel of record by ECF.  Parties may access the filing through the Court's CM/ECF System.

/s/ Richard C. Godfrey
Richard C. Godfrey