**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re Methyl Tertiary-Butyl Ether ("MTBE") **Products Liability Litigation** | Master File No. 1:00-1898 (SAS) MDL No. 1358 |

**This document pertains to:**

***Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228**

---

## AMENDED CORPORATE DISCLOSURE STATEMENT FOR
## CITGO PETROLEUM CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Petroleum

Corporation submits the following Amended Corporate Disclosure Statement:

CITGO Petroleum Corporation is a wholly-owned subsidiary of CITGO Holding, Inc., a

Delaware corporation.  CITGO Holding, Inc. is a wholly-owned subsidiary of PDV Holding, Inc.,

a Delaware corporation.  PDV Holding, Inc. is a wholly-owned subsidiary of Petróleos de

Venezuela, S.A., the national oil company of the Bolivarian Republic of Venezuela.  No publicly

held corporation owns 10% or more of CITGO Petroleum Corporation stock.

Dated:  October 6, 2021                    Respectfully submitted,

                                           CITGO PETROLEUM CORPORATION

                                           By:   */s/  Pamela R. Hanebutt*
                                                  Nathan P. Eimer (neimer@eimerstahl.com)
                                                   (New York Bar No. 1976067)
                                                  Pamela R. Hanebutt
                                                   (phanebutt@eimerstahl.com)
                                                  Lisa S. Meyer (lmeyer@eimerstahl.com)
                                                  EIMER STAHL LLP
                                                  224 South Michigan Avenue, Suite 1100
                                                  Chicago, IL 60604
                                                  Ph.   312-660-7600
                                                  Fax  312-692-1718

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on October 6th, 2021, a copy of the

**AMENDED CORPORATE DISCLOSURE STATEMENT FOR CITGO PETROLEUM**

**CORPORATION** was served upon all parties of record via LexisNexis File and Serve.


  */s/   Susan Razzano*