UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document pertains to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | Master File No. 1:00-1898 (SAS)<br>MDL No. 1358 |

**AMENDED CORPORATE DISCLOSURE STATEMENT FOR**
**CITGO PETROLEUM CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Petroleum Corporation submits the following Amended Corporate Disclosure Statement:

CITGO Petroleum Corporation is a wholly-owned subsidiary of CITGO Holding, Inc., a Delaware corporation. CITGO Holding, Inc. is a wholly-owned subsidiary of PDV Holding, Inc., a Delaware corporation. PDV Holding, Inc. is a wholly-owned subsidiary of Petróleos de Venezuela, S.A., the national oil company of the Bolivarian Republic of Venezuela. No publicly held corporation owns 10% or more of CITGO Petroleum Corporation stock.

Dated: October 7, 2021

Respectfully submitted,

CITGO PETROLEUM CORPORATION

By:   /s/ Pamela R. Hanebutt
      Nathan P. Eimer (neimer@eimerstahl.com)
       (New York Bar No. 1976067)
      Pamela R. Hanebutt
       (phanebutt@eimerstahl.com)
      Lisa S. Meyer (lmeyer@eimerstahl.com)
      EIMER STAHL LLP
      224 South Michigan Avenue, Suite 1100
      Chicago, IL 60604
      Ph.  312-660-7600
      Fax  312-692-1718

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 7th, 2021, a copy of the **AMENDED CORPORATE DISCLOSURE STATEMENT FOR CITGO PETROLEUM CORPORATION** was served upon all parties of record via LexisNexis File and Serve.

                                                          /s/   *Susan Razzano*