```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
In Re: Methyl Tertiary Butyl Ether ("MTBE") : Master File No. 1:00-1898
Products Liability Litigation : MDL 1358
:
This document relates to all related cases : AMENDED
: **ORDER OF REFERENCE**
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

The above entitled action, including all related cases, is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated: October 6, 2021
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge