UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358<br>M21-88 |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

No. 1:14-CV-06228-VSB-DCF

## PJSC LUKOIL'S RULE 7.1 DISCLOSURE

In accordance with Federal Rule of Civil Procedure 7.1, Defendant PJSC LUKOIL states that it is a publicly traded Russian open joint stock company that was formed in, and according to the laws of, the Russian Federation.[1]  PJSC LUKOIL trades on the London Stock Exchange as well as stock exchanges in Russia.  PJSC LUKOIL has no parent company nor does any publicly held corporation own 10% or more of its stock.

---

[1] In July 2015, to comply with Russian legal requirements regarding corporate names, the name of OAO LUKOIL (also known as Open Joint Stock Company or OJSC LUKOIL) was changed to Public Joint Stock Company LUKOIL (PJSC LUKOIL or PAO LUKOIL).

Dated: October 12, 2021

        Respectfully submitted,

        /s/ Joseph L. Sorkin

        Joseph L. Sorkin
        Anne M. Evans
        AKIN GUMP STRAUSS HAUER & FELD LLP
        One Bryant Park
        New York, New York 10036
        Phone: 212-872-1000
        Fax: 212-872-1002
        jsorkin@akingump.com
        aevans@akingump.com

        Ellen L. Pierce (admitted *pro hac vice*)
        AKIN GUMP STRAUSS HAUER & FELD LLP
        Two Commerce Square
        2001 Market Street
        Suite 4100
        Philadelphia, PA 19103
        Phone: 215-965-1200
        Fax: 215-965-1210
        epierce@akingump.com

        *Counsel for PJSC LUKOIL*