UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania., et al. v. Exxon Mobil Corp., et al.,*<br>Case No. 14-cv-06228 | Master File No: 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |

### Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Hartree Partners, LP, formerly known as Hess Energy Trading Company, LLC ("Hartree"), certifies that Hartree is a privately held limited partnership and does not have any parent corporation. No publicly held corporation owns 10% or more of the stock or voting interest of Hartree.

Date:   10/19/2021

S/ David Sifre
*Attorney's signature*

David A. Sifre (DS7185)
*Printed name and bar number*

Law Office of David Sifre LLC
51 Pondfield Road, Suite 9
Bronxville, NY  10708