UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania., et al. v. Exxon Mobil Corp., et al.,*<br>Case No. 14-cv-06228 | Master File No: 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hartree Partners, LP

Date:   10/19/2021

S/ David Sifre
*Attorney's signature*

David A. Sifre (DS7185)
*Printed name and bar number*

Law Office of David Sifre LLC
51 Pondfield Road, Suite 9
Bronxville, NY 10708

David@SifreLaw.com
Tel: (914) 898-3283
Fax: (914) 898-3254