UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
In Re: Methyl Tertiary Butyl Ether ("MTBE") : Master File No. 1:00-1898
Products Liability litigation : MDL 1358
:
This document relates to: : **STIPULATION AND [PROPOSED]**
: **ORDER TO EXTEND TIME FOR**
*Commonwealth of Pennsylvania v. Exxon Mobil* : **PLAINTIFF COMMONWEALTH OF**
*Corporation, et al.*, Case No. 14 Civ. 6228 : **PENNSYLVANIA TO RESPOND TO**
(VSB) : **EXXONMOBIL'S COUNTERCLAIM**
:
---------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for the Commonwealth of Pennsylvania to answer, plead, move, or otherwise respond to ExxonMobil's[1] Counterclaim filed in ExxonMobil's Answer to the Second Amended Complaint & Counterclaim (Dkt. No. 705), or to any amended Counterclaims filed by ExxonMobil, is continued to and including January 10, 2022.

Dated:  October 19, 2021

BERGER MONTAGUE PC                                   ARCHER & GREINER, PC

By      s/Yechiel Michael Twersky                    By      *[signature]*

Yechiel Michael Twersky                              William J. Stack, Esq.
1818 Market Street                                   Archer & Greiner, PC
Suite 3600 Philadelphia,                             One Centennial Square
Pennsylvania 19103                                   Haddonfield, NJ  08033
(215) 875-3000                                       (856) 795-2121
Email: mitwersky@bm.net                              Email:  wstack@archerlaw.com
Special Counsel for the                              Counsel for ExxonMobil
Commonwealth of Pennsylvania

---

[1] ExxonMobil includes Exxon Mobil Corporation, ExxonMobil Oil Corporation, Exxon Company, U.S.A., ExxonMobil Refining & Supply Corporation, and/or Mobil Oil Corporation.

SO ORDERED, October 20, 2021

Vernon S. Broderick
United States District Judge