UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |

This document relates to:

The Commonwealth of
Pennsylvania v. Exxon Mobil
Corp., et al., Case No.: 1-14-cv-6228

**DEFENDANT GETTY PROPERTIES CORP.'S NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIM AGAINST DEFENDANTS PJSC LUKOIL, LUKOIL PAN AMERICAS LLC AND LUKOIL NORTH AMERICA LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCDURE 41(a)(1)(A)(i)**

Defendant Getty Properties Corp. hereby gives notice of the voluntary dismissal of its Crossclaim against Defendants PJSC LUKOIL, LUKOIL Pan Americas LLC and LUKOIL North America LLC, asserted in its Second Amended Master Answer to Plaintiff's Second Amended Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**RAWLE & HENDERSON LLP**

By: _____
Susan M. Dean, Esquire (PA 75621)
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Phone: 215-575-4296 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: sdean@rawle.com

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: October 21, 2021

15349100-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Getty Properties Corp.'s Crossclaim Against Lukoil Defendants was served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

By: _____
Susan M. Dean, Esquire

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: October 21, 2021

15349100-1