# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | **Master File No. 1:00-cv-1898 MDL 1358 (SAS)** |
| This document relates to: | |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS MARATHON PETROLEUM COMPANY LP, MARATHON PETROLEUM CORPORATION, MARATHON OIL CORPORATION, AND WILCOHESS LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendants Marathon Petroleum Company LP, Marathon Petroleum Corporation, Marathon Oil Corporation, and WilcoHess LLC to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including December 3, 2021.

Dated: October 28, 2021

MILLER & AXLINE, P.C.

By: ____/s/Duane Miller_____
Duane C. Miller
1050 Fulton Ave, Ste. 100
Sacramento, CA 95825
(916) 488-6688
dmiller@toxictorts.org

*Counsel for Plaintiff*

BAKER BOTTS LLP

By: ____/s/Vern Cassin_____
Vernon Cassin (SDNY Bar ID: VC1895)
700 K Street, N.W.
Washington, DC 20001
(202) 639-1139
vernon.cassin@bakerbotts.com

*Counsel for Defendants Marathon Petroleum Company LP, Marathon Petroleum Corporation, Marathon Oil Corporation, and WilcoHess LLC*

SO ORDERED, October 29, 2021

Vernon S. Broderick
United States District Judge