UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |
| **This document relates to:**<br>*Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corporation, el al,* No. 1:14-cv-06228-VSB | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE of my appearance on behalf of Defendant American Refining Group, Inc. ("ARG" or "Defendant"). Said Defendant reserves all rights and defenses it may have, and such appearance shall not impair or otherwise affect such rights and defenses, including defenses based on insufficient service of process or lack of jurisdiction, and all such rights and defenses are expressly preserved.

                      **SPECTOR GADON ROSEN VINCI P.C.**

                      /s/ Jonathan J. Greystone
                      **Jonathan J. Greystone, Esquire**
                      1635 Market Street, 7th Floor
                      Philadelphia, PA 19103
                      (215) 241-8927

                      **Attorneys for Defendant,**
                      **American Refining Group Inc.**

**Date:** November 1, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |
| **This document relates to:**<br>*Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corporation, el al,* No. 1:14-cv-06228-VSB | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, a copy of the foregoing document was served electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure.

**SPECTOR GADON ROSEN VINCI P.C.**

/s/ Jonathan J. Greystone
Jonathan J. Greystone, Esquire