UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.,*<br>*14 Civ. 6228* | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, John A. Woodcock III hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership in the above-captioned action.

As stated in the accompanying declaration supporting this motion, *see* Local Rule 1.3, the undersigned is admitted, practicing, and in good standing of the Bars of Maine and Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court. I have not been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

| | |
|---|---|
| Dated: November 5, 2021 | /s/ John A. Woodcock III<br>John A. Woodcock III<br><br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME  04104-5029<br>Tel:  207-228-7115<br>Fax: 207-774-1127<br>Email:  jwoodcock@bernsteinshur.com<br><br>*Attorney for Defendants Cumberland Farms Inc. and Gulf Oil Limited Partnership* |