UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.,*<br>*14 Civ. 6228* | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

1. I am a shareholder in the law firm of Bernstein Shur Sawyer & Nelson. I submit this declaration in support of my Motion for Admission *Pro Hac Vice* before this Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. Attached to this Declaration as **Exhibits A** and **B** are certificates of good standing from the bars in which I am admitted to practice.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2021.         /s/ John A. Woodcock III
                                       John A. Woodcock III

                                       Bernstein Shur Sawyer & Nelson
                                       100 Middle Street
                                       P.O. Box 9729
                                       Portland, ME  04104-5029
                                       Tel:  207-228-7115
                                       Fax: 207-774-1127
                                       Email:  jwoodcock@bernsteinshur.com

*Attorney for Defendants Cumberland Farms Inc. and Gulf Oil Limited Partnership*