UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.,*<br>14 Civ. 6228 | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The Motion of John A. Woodcock III for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Maine and that his contact information is as follows:

John A. Woodcock III, Esq.
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029
Tel:  (207) 228-7115
Fax:  (207) 774-1127
jwoodcock@bernsteinshur.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United Stated District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: New York, New York

_____, 2021

                                                  _____
                                                  United States District/Magistrate Judge