UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document pertains to:<br><br>*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.,*<br>*14 Civ. 6228 (VSB) (DCF)* | **Master File No. 1:00-1898**<br>**MDL 1358 (VSB)**<br>**M21-88** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, John A. Woodcock III, of Bernstein Shur Sawyer & Nelson, P.A., is admitted or otherwise authorized to practice in this court, and enters his appearance in the above-captioned matter as counsel for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership.

Dated:  November 5, 2021

/s/ John A. Woodcock III
John A. Woodcock III
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029
Tel:  (207) 774-7115
Fax: (207) 774-1127
Email:  jwoodcock@bernsteinshur.com

*Attorney for Defendants*
*Cumberland Farms, Inc. and*
*Gulf Oil Limited Partnership*