**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw my appearance on behalf of Defendant American Refining Group, Inc. ("ARG" or "Defendant"), in the above-captioned matter.

    **SPECTOR GADON ROSEN VINCI P.C.**

/s/ Jonathan J. Greystone
**Jonathan J. Greystone, Esquire**
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8927
**Attorneys for Defendant,**
**American Refining Group Inc.**

**Date:** November 6, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2021, a copy of the foregoing document was served electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure.

**SPECTOR GADON ROSEN VINCI P.C.**

/s/ Jonathan J. Greystone
Jonathan J. Greystone, Esquire