UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |
| This document relates to:<br><br>The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., Case No.: 1-14-cv-6228 | The crossclaim is dismissed as per the terms stated herein.<br><br>SO ORDERED: 11/9/2021<br><br>*/s/ Vernon Broderick*<br>HON. VERNON S. BRODERICK<br>UNITED STATES DISTRICT JUDGE |

**DEFENDANT GETTY PROPERTIES CORP.'S
NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIM AGAINST
DEFENDANT UNITED REFINING COMPANY
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCDURE 41(a)(1)(A)(i)</u>**

Defendant Getty Properties Corp. hereby gives notice of the voluntary dismissal of its Crossclaim against Defendant United Refining Company, asserted in its Second Amended Master Answer to Plaintiff's Second Amended Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**RAWLE & HENDERSON** LLP

By: _____
Susan M. Dean, Esquire (PA 75621)
The Widener Building
One South Penn Square
Philadelphia, PA  19107
Phone: 215-575-4296 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: sdean@rawle.com

*Attorneys for Defendant
Getty Properties Corp.*

Dated: November 8, 2021

15401358-1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Getty Properties Corp.'s Crossclaim Against Defendant United Refining Company was served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

      By: _____
           Susan M. Dean, Esquire

           *Attorneys for Defendant*
           *Getty Properties Corp.*

Dated: November 8, 2021

15401358-1