UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS)<br>Master File No.: 1:00-1898 |
| This document relates to:<br><br>The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., Case No.: 1-14-cv-6228 | The crossclaim is dismissed per the terms stated herein. So Ordered.<br><br>SO ORDERED: 11/19/2021<br><br>*/s/ Vernon S. Broderick*<br>HON. VERNON S. BRODERICK<br>UNITED STATES DISTRICT JUDGE |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT GETTY PROPERTIES CORP.'S CROSSCLAIM AGAINST DEFENDANT TRANSMONTAIGNE PRODUCT SERVICES, LLC

It is hereby stipulated and agreed between Defendant Getty Properties Corp. and Defendant TransMontaigne Product Services, LLC, that Getty Properties Corp. hereby gives notice of the voluntary dismissal of its Crossclaim against Defendant TransMontaigne Product Services, LLC, asserted in its Second Amended Master Answer to Plaintiff's Second Amended Complaint, with Defendant TransMontaigne Product Services, LLC, having filed an Answer to the Crossclaim, agreeing to the dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

15425539-1

| **GREENBERG TRAURIG, LLP** | **RAWLE & HENDERSON** LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Dawn A. Ellison (D.C. Bar #464296) | Susan M. Dean, Esquire (PA 75621) |
| Admitted *pro hac vice* | The Widener Building |
| 2101 L Street, N.W. Suite 1000 | One South Penn Square |
| Washington, DC  20037 | Philadelphia, PA  19107 |
| Tel.: (202) 331-3159 | Phone: 215-575-4296 (Phone) |
| Fax: (202) 331-3101 | Fax: 215-563-2583 (Fax) |
| E-mail: ellisond@gtlaw.com | E-mail: sdean@rawle.com |
| *Attorney for TransMontaigne Product Services, LLC* | *Attorneys for Defendant Getty Properties Corp.* |

Date: November 18, 2021

15425539-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation and Notice of Voluntary Dismissal of Defendant Getty Properties Corp.'s Crossclaim Against Defendant TransMontaigne Product Services, LLC, was served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

By: _____
Susan M. Dean, Esquire

*Attorneys for Defendant
Getty Properties Corp.*

Dated: November 18, 2021

15425539-1