UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) Master File No.: 1:00-1898 |
| This document relates to:<br><br>The Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., Case No.: 1-14-cv-6228 | The crossclaims are dismissed per the terms stated herein.<br><br>**SO ORDERED**: 11/19/2021<br><br>*/s/ Vernon S. Broderick/*<br>HON. VERNON S. BRODERICK<br>UNITED STATES DISTRICT JUDGE |

**DEFENDANT/CROSSCLAIM PLAINTIFF GETTY PROPERTIES CORP.'S NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIMS AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCDURE 41(a)(1)(A)(i)**

Defendant/Crossclaim Plaintiff Getty Properties Corp. hereby gives Notice of Voluntary Dismissal of its Crossclaims Against All Defendants asserted in its Second Amended Master Answer to Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

**RAWLE & HENDERSON** LLP

By: _____
Susan M. Dean, Esquire (PA 75621)
The Widener Building
One South Penn Square
Philadelphia, PA  19107
Phone: 215-575-4296 (Phone)
Fax: 215-563-2583 (Fax)
E-mail: sdean@rawle.com

Dated: November 17, 2021

*Attorneys for Defendant*
*Getty Properties Corp.*

---

[1] Defendant/Crossclaim Plaintiff Getty Properties Corp. previously filed Notices of Voluntary Dismissal of Crossclaims as to Defendants PJSC LUKOIL, LUKOIL Pan Americas LLC and LUKOIL North America LLC (filed on October 21, 2021) and Defendant United Refining Company (filed on November 8, 2021). Stipulations and Notices of Voluntary Dismissal of Defendant Getty Properties Corp.'s Crossclaims were separately filed as to Defendant TransMontaigne Product Services, LLC; and Defendant Hartree Partners, LP, on November 16, 2021.

15428254-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant/Crossclaim Plaintiff Getty Properties Corp.'s Crossclaims Against All Defendants was served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

By: _____
Susan M. Dean, Esquire

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: November 17, 2021

15428254-1