## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**MDL No. 1358 (SAS)**
**Master File No.: 1:00-1898**

---

**This document relates to:**

**The Commonwealth of**
**Pennsylvania v. Exxon Mobil**
**Corp., et al., Case No.: 1-14-cv-6228**

The crossclaim is dismissed per the terms stated herein.

**SO ORDERED:** 11/19/2021

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

---

### STIPULATION OF DISMISSAL OF DEFENDANT
### GETTY PROPERTIES CORP.'S CROSSCLAIMS AGAINST DEFENDANT
### HARTREE PARTNERS LP PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed between Defendant Getty Properties Corp. and Defendant Hartree Partners LP, that Getty Properties Corp. hereby gives notice of the voluntary dismissal of its Crossclaim against Defendant Hartree Partners LP, asserted in its Second Amended Master Answer to Plaintiffs Second Amended Complaint, with Defendant Hartree Partners LP, having filed an Answer to the Crossclaim, agreeing to the dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**LAW OFFICES OF DAVID SIFRE LLC**

By: _____
   David Sifre, Esquire
   51 Pondfield Road, Suite 9
   Bronxville, NY  10708
   D:  914-898-3283
   C:  917-912-2052
   F:  914-898-3254
   E-mail:

*Attorney for Hartree Partners LP*


Date: November 18, 2021

**RAWLE & HENDERSON** LLP

By: _____
   Susan M. Dean, Esquire (PA 75621)
   The Widener Building
   One South Penn Square
   Philadelphia, PA  19107
   Phone: 215-575-4296 (Phone)
   Fax: 215-563-2583 (Fax)
   E-mail: sdean@rawle.com

*Attorneys for Defendant*
*Getty Properties Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation and Notice of Voluntary Dismissal of Defendant Getty Properties Corp.'s Crossclaim Against Defendant Hartree Partners LP, was served on all counsel of record via the Court's CM/ECF System and LNFS on the date below.

By: _____
      Susan M. Dean, Esquire

*Attorneys for Defendant*
*Getty Properties Corp.*

Dated: <u>November 18, 2021</u>

15426056-1