UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Master File No. 1:00 – 1898
MDL 1358 (SAS)

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this Motion and the Certificates of Good Standing annexed thereto, I Daniel J. Dugan, Esquire, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Spector Gadon Rosen Vinci P.C., 1635 Market Street, 7th Floor, Philadelphia, PA 19103 to argue or try this case in whole or part as counsel for American Refining Group, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

SPECTOR GADON ROSEN VINCI P.C.

November 22, 2021

By: _____
Daniel J. Dugan, Esquire
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8927
bbellingham@sgrvlaw.com
Counsel for Defendant,
American Refining Group, Inc.

3451720-1

1