**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In Re: Methyl Tertiary Butyl Ether ("MTBE")**
**Products Liability Litigation**

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Application for Admission *Pro Hac Vice* of Daniel J. Dugan, Esquire, and good cause appearing, it is hereby ORDERED that the Application is GRANTED and that Daniel J. Dugan, Esquire is granted leave to appear *pro hac vice* on behalf of Defendant, American Refining Group, Inc., in the case above, and that Daniel J. Dugan, Esquire shall:

1. Abide by the local rules for the United States District Court for the Eastern District of New York;

2. Notify the Court immediately of any matter affecting his standing at the Bar of any other Courts;

3. Have all pleadings, briefs and other papers filed with the Court, signed by an attorney of record authorized to practice before the United States District Court for the Eastern District of New York, who shall be responsible for them and for the conduct of the cause and of Daniel J. Dugan, Esquire.

_____
United States District Judge

3451870-1