UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
: Master File No. 1:00-cv-01898 (VSB)
In Re: Methyl Tertiary Butyl Ether ("MTBE") : MDL 1358
Products Liability litigation :
: **STIPULATION AND [PROPOSED]**     *DF*
This document relates to: : **ORDER TO EXTEND TIME FOR**
: **DEFENDANT HARTREE PARTNERS**
*Commonwealth of Pennsylvania v. Exxon Mobil* : **LP TO RESPOND TO COMPLAINT**
*Corporation, et al.*, Case No. 14 Civ. 6228 :
(VSB) :
:
--------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendant Hartree Partners LP to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including January 31, 2022.

Dated: New York, New York
         November 23, 2021

| MILLER & AXLINE, P.C. | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| By   s/ Duane C. Miller | By   s/ Francis C. Healy |
|     Duane C. Miller |     Francis C. Healy |
|     1050 Fulton Ave, Ste. 100 |     180 Maiden Lane |
|     Sacramento, CA 95825 |     New York, NY 10038 |
|     (916) 488-6688 |     (212) 806-5400 |
|     dmiller@toxictorts.org |     fhealy@stroock.com |
|     Counsel for Plaintiff |     Counsel for Hartree Partners LP |

SO ORDERED, November 23, 2021

_____
~~Hon. Vernon S. Broderick~~
~~United States District Court Judge~~

    DEBRA FREEMAN, U.S.M.J.