UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION

This document pertains to:

*Commonwealth of Pennsylvania, et al. v. Exxon
Mobil Corporation, et al.,*
*14 Civ. 6228*

**Master File No. 1:00-1898**
**MDL 1358 (VSB)**
**M21-88**

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, John A. Woodcock III hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Defendants Cumberland Farms, Inc. and Gulf Oil Limited Partnership in the above-captioned action.

As stated in the accompanying declaration supporting this motion, *see* Local Rule 1.3, the undersigned is admitted, practicing, and in good standing of the Bars of Maine and Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court. I have not been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: December 2, 2021

/s/ John A. Woodcock III
John A. Woodcock III

Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029
Tel:  207-228-7115
Fax: 207-774-1127
Email:  jwoodcock@bernsteinshur.com

*Attorney for Defendants Cumberland Farms Inc. and
Gulf Oil Limited Partnership*