UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) |
| **This document relates to:** | MDL 1358 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228 | |

## [PROPOSED] ORDER FOR ADMISSION OF GREGORY M. SCHWEIZER TO PRACTICE *PRO HAC VICE*

The motion of Gregory M. Schweizer for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the State of Illinois and that his contact information is as follows:

> Gregory M. Schweizer
> Eimer Stahl LLP
> 224 South Michigan Ave., Suite 1100
> Chicago, Illinois 60604
> Telephone: 312-660-7600
> Email: gschweizer@eimerstahl.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. in the above-captioned action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  December 8, 2021

_____
United States District / Magistrate Judge