UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:00 – 1898
MDL 1358 (SAS)

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This document relates to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 14-cv-06228*

## ORDER

AND NOW, this ___9th___ day of ___December___, 2021, upon consideration of the Application for Admission *Pro Hac Vice* of Daniel J. Dugan, Esquire, and good cause appearing, it is hereby ORDERED that the Application is GRANTED and that Daniel J. Dugan, Esquire is granted leave to appear *pro hac vice* on behalf of Defendant, American Refining Group, Inc., in the case above, and that Daniel J. Dugan, Esquire shall:

1. Abide by the local rules for the United States District Court for the ~~Eastern~~ Southern District of New York;

2. Notify the Court immediately of any matter affecting his standing at the Bar of any other Courts;

3. Have all pleadings, briefs and other papers filed with the Court, signed by an attorney of record authorized to practice before the United States District Court for the ~~Eastern~~ Southern District of New York, who shall be responsible for them and for the conduct of the cause and of Daniel J. Dugan, Esquire.

_____
Vernon Broderick
United States District Judge

3451870-1