DUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In Re:  Methyl Tertiary Butyl Ether ("MTBE")   :
Products Liability Litigation,                 :   Master File No. 1:00-1898 (VSB)(DCF)
:   MDL No. 1358
This document relates to:                      :
:
*Commonwealth of Pennsylvania v. Exxon Mobil*  :   **NOTICE OF APPEARANCE**
*Corporation, et al., Case No. 14-cv-06228*    :
:
---------------------------------------------------------------X

     Please enter my appearance as counsel for defendant American Refining Group, Inc. in the above-captioned case. I certify that I am admitted to practice before this Court.

Dated: New York New York
         January 6, 2022

                                                 Respectfully submitted,

                                                 By: /s/ Michael T. Sullivan
                                                       Michael T. Sullivan

                                               SULLIVAN & WORCESTER LLP
                                               1633 Broadway
                                               New York, New York 10019
                                               Telephone:  (212) 660-3000
                                               Facsimile:  (212) 660-3001
                                               Email:  msullivan@sullivanlaw.com

, v.1