UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
:
In Re: Methyl Tertiary Butyl Ether ("MTBE")   :
Products Liability Litigation,                :   Master File No. 1:00-1898 (VSB)(DCF)
                                              :   MDL No. 1358
This document relates to:                     :
                                              :
*Commonwealth of Pennsylvania v. Exxon Mobil* :   **NOTICE OF APPEARANCE**
*Corporation, et al., Case No. 14-cv-06228*   :
                                              :
------------------------------------------------------X

Please enter my appearance as counsel for defendant American Refining Group, Inc. in the above-captioned case. I certify that I am admitted to practice before this Court.

Dated: New York New York
       January 6, 2022

                                       Respectfully submitted,

                                       By: /s/ Anna Lea Setz
                                               Anna Lea Setz

                                       SULLIVAN & WORCESTER LLP
                                       1633 Broadway
                                       New York, New York 10019
                                       Telephone: (212) 660-3000
                                       Facsimile: (212) 660-3001
                                       Email: asetz@sullivanlaw.com