UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
                                                        :
                                                        :   Master File No. 1:00-cv-01898 (VSB)
In Re: Methyl Tertiary Butyl Ether ("MTBE")             :   MDL 1358
Products Liability litigation                           :
                                                        :
This document relates to:                               :   **STIPULATION AND [PROPOSED]**
                                                        :   **ORDER TO EXTEND TIME FOR**
                                                        :   **DEFENDANT HARTREE PARTNERS**
*Commonwealth of Pennsylvania v. Exxon Mobil*           :   **LP TO RESPOND TO COMPLAINT**
*Corporation, et al.*, Case No. 14 Civ. 6228            :
(VSB)                                                   :
                                                        :
                                                        :
--------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the

undersigned parties to this action, that the time for defendant Hartree Partners LP to answer,

move or otherwise respond to the Second Amended Complaint filed in this action is continued to

and including March 31, 2022.

Dated:  New York, New York
        January 24, 2022

MILLER & AXLINE, P.C.                        STROOCK & STROOCK & LAVAN LLP

By    s/ Duane C. Miller                     By    s/ Francis C. Healy
      Duane C. Miller                              Francis C. Healy
      1050 Fulton Ave, Ste. 100                    180 Maiden Lane
      Sacramento, CA 95825                         New York, NY  10038
      (916) 488-6688                               (212) 806-5400
      dmiller@toxictorts.org                       fhealy@stroock.com
      Counsel for Plaintiff                        Counsel for Hartree Partners LP

SO ORDERED, January __, 2022

_____

Hon. Vernon S. Broderick
United States District Court Judge