UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
In Re: Methyl Tertiary Butyl Ether ("MTBE")             : Master File No. 1:00-cv-01898 (VSB)
Products Liability litigation                           : MDL 1358
                                                        :
This document relates to:                               : **STIPULATION AND [PROPOSED]**
                                                        : **ORDER TO EXTEND TIME FOR**
*Commonwealth of Pennsylvania v. Exxon Mobil*           : **DEFENDANT HARTREE PARTNERS**
*Corporation, et al.*, Case No. 14 Civ. 6228            : **LP TO RESPOND TO COMPLAINT**
(VSB)                                                   :
                                                        :
--------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendant Hartree Partners LP to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including March 31, 2022.

Dated:  New York, New York
        January 24, 2022

| MILLER & AXLINE, P.C. | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| By   s/ Duane C. Miller | By   s/ Francis C. Healy |
| Duane C. Miller | Francis C. Healy |
| 1050 Fulton Ave, Ste. 100 | 180 Maiden Lane |
| Sacramento, CA 95825 | New York, NY 10038 |
| (916) 488-6688 | (212) 806-5400 |
| dmiller@toxictorts.org | fhealy@stroock.com |
| Counsel for Plaintiff | Counsel for Hartree Partners LP |

SO ORDERED, January 25, 2022

*/s/ Vernon S. Broderick*
Vernon S. Broderick
United States District Judge