UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | **Master File No. 1:00 – 1898**<br>**MDL 1358**<br>**M21-88** |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, subject to the approval of the Court, Daniella Roseman, of the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), hereby enters her appearance as counsel for PJSC LUKOIL, LUKOIL North America LLC, and LUKOIL Pan Americas LLC (collectively, the "LUKOIL Defendants") in the above-captioned multi-district litigation, and Ellen L. Pierce, of Akin Gump, hereby withdraws as counsel for the LUKOIL Defendants as she has left the law firm of Akin Gump.  Joseph L. Sorkin and Anne M. Evans of Akin Gump will also continue as counsel for the LUKOIL Defendants.

Ms. Roseman respectfully requests that Ms. Pierce be removed from the Court's ECF service list.

Dated: February 15, 2022    AKIN GUMP STRAUSS HAUER & FELD LLP

    /s/ Daniella Roseman
    Daniella Roseman

    AKIN GUMP STRAUSS HAUER & FELD LLP
    1735 Market Street
    12th Floor
    Philadelphia, PA 19103
    Phone: 215-965-1200, Fax: 215-965-1210
    droseman@akingump.com

    Joseph L. Sorkin
    Anne M. Evans
    AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, New York 10036
    Phone: 212-872-1000, Fax: 212-872-1002
    jsorkin@akingump.com
    aevans@akingump.com

    *Counsel for PJSC LUKOIL, LUKOIL North America LLC, and LUKOIL Pan Americas LLC*

IT IS SO ORDERED this ____ day of _____, 2022

    _____
    Vernon S. Broderick
    United States District Judge