UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (SAS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS MARATHON PETROLEUM COMPANY LP, MARATHON PETROLEUM CORPORATION, MARATHON OIL CORPORATION, AND WILCOHESS LLC TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendants Marathon Petroleum Company LP, Marathon Petroleum Corporation, Marathon Oil Corporation, and WilcoHess LLC to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including March 21, 2022.

Dated: February 17, 2022

| | |
|---|---|
| MILLER & AXLINE, P.C. | BAKER BOTTS LLP |
| By:   /s/Duane Miller<br>Duane C. Miller<br>1050 Fulton Ave, Ste. 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>dmiller@toxictorts.org | By:   /s/Vern Cassin<br>Vernon Cassin (SDNY Bar ID: VC1895)<br>700 K Street, N.W.<br>Washington, DC 20001<br>(202) 639-1139<br>vernon.cassin@bakerbotts.com |
| *Counsel for Plaintiff* | *Counsel for Defendants Marathon Petroleum Company LP, Marathon Petroleum Corporation, Marathon Oil Corporation, and WilcoHess LLC* |

SO ORDERED, February 18, 2022

_____
Vernon S. Broderick
United States District Judge