**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | **Master File No. 1:00-cv-1898**<br>**MDL 1358 (VSB)** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS COASTAL EAGLE POINT OIL COMPANY, EL PASO
MERCHANT ENERGY-PETROLEUM COMPANY, KINDER
MORGAN, INC., AND KINDER MORGAN TRANSMIX COMPANY, LLC, f/k/a
<u>BUCKEYE REFINING COMPANY, LLC ONLY</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Kinder Morgan, Inc., and Kinder Morgan Transmix Company, LLC, f/k/a Buckeye Refining Company, LLC ("Settling Defendants") with prejudice, and further stipulate that no further approval or review of the Settlement Agreement executed by and between the Plaintiff and Settling Defendants ("Agreement") by the Court is required. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2nd Cir. 1998).

Is it hereby ORDERED that all of the claims against Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company, Kinder Morgan, Inc., and Kinder Morgan Transmix Company, LLC, f/k/a Buckeye Refining Company, LLC are hereby dismissed, with prejudice and that no further approval or review of the Agreement is required by the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine Settling Defendants' or any other Releasees' (as that term is defined in the Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all Non-Settling Defendants, as if Settling Defendants or any other Releasee(s) had remained Non-Settling Defendant(s). The Commonwealth's recoverable damages against Non-Settling Defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to Settling Defendants or any other Releasee in a final judicial determination.

It is further ORDERED that all claims against all Defendants named in the above-captioned action (including non-settling Defendants) for all reimbursement payments made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to the Settling Defendants, and each of their respective past or present parent companies, subsidiaries, affiliates, predecessors-in-interest and successors-in-interest including, without limitation: (a) Coastal Mart, Inc.; and (b) El Paso Remediation Company (collectively "Settling Defendants and Affiliates"), or for any costs incurred or to be incurred by USTIF in connection with such reimbursement payments to the Settling Defendants and Affiliates, are hereby dismissed with prejudice.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

| | |
|---|---|
| Plaintiff,<br>Commonwealth of Pennsylvania,<br>By its attorneys, | Defendants,<br>Coastal Eagle Point Oil Company, El Paso Merchant Energy-Petroleum Company (as MTBE Defendant), and Kinder Morgan Transmix Company, LLC f/k/a Buckeye Refining Company, LLC,<br>By their attorneys, |
| */s/*   Michael Axline (with permission)<br>Michael Axlne<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>Fax: (916) 488-4288<br>Email: dmiller@toxictorts.org | */s/* James L. Messenger<br>James L. Messenger (*pro hac vice*)<br>Gordon Rees Scully Mansukhani, LLP<br>21 Custom House Street, 5th Floor<br>Boston, MA 02110<br>(617) 902-0098<br>Fax: (857) 264-2836<br>Email: jmessenger@grsm.com |
| Defendants,<br>El Paso Merchant Energy-Petroleum Company (as Insurance Defendant) and Kinder Morgan, Inc.,<br><br>By their  attorneys, | Defendant,<br>United Refining Company and TransMontaigne Product Services LLC,<br>By their attorneys,<br><br>*/s/*   Dawn Ellison (with permission)<br>Dawn Ellison |
| */s/*  Donald J. Camerson (with permission)<br>Donald J. Camerson<br>Bressler Amery & Ross PC<br>325 Columbia Turnpike<br>Suite 301<br>Florham Park, NJ 07932<br>(973) 660-4433<br>Fax: (973) 514-1660<br>Email: djcamerson@bressler.com | Greenberg Traurig LLP (DC)<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>(202) 331-3100<br>Fax: (202)-331-3101<br>Email: ellisond@gtlaw.com |

Defendants,
Exxon Mobil Corporation, Exxon Company,
U.S.A., ExxonMobil Refining & Supply
Company, Mobil Oil Corporation, and Exxon
Mobil Oil Corporation,
By their attorneys,


_/s/   James A. Pardo (with permission)__ _____
James Anthony Pardo
Lisa Gerson
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5353
Fax: (212) 547-5444
Email: jpardo@mwe.com
lgerson@mwe.com

William Stack
Carlos Bollar
Archer & Greiner, PC
33 East Euclid Avenue
One Centennial Sq.
Haddonfield, NJ 08033
(856) 345-3016
Email: wstack@archerlaw.com
cbollar@archerlaw.com

Defendant,
American Refining Group, Inc.,
By its attorneys,


_/s/_  Daniel J. Dugan (with permission)  _____
Daniel J. Dugan
Spector Gadon Rosen Vinci, P.C.
Seven Penn Center – 7th Floor
1635 Market Street
Philadelphia, PA  19103
(215) 241-8872
Fax: (215) 531-9120
Email: ddugan@sgrvlaw.com

| | |
|---|---|
| Defendants,<br>Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C.<br>By their attorneys,<br><br><br>/s/   J. Andrew Langan (with permission)<br>J. Andrew Langan<br>Andrew R. Running<br>Amanda Jacobowski<br>Kirkland & Ellis LLP (IL)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2412<br>Fax: (312) 862-2200<br>Email: Andrew.langan@kirkland.com<br>andrew.running@kirkland.com<br>Amanda.jacobowski@kirkland.com | Defendants,<br>Chevron Corp., Chevron U.S.A., Inc., TRMI-H LLC, and Texaco, Inc.<br>By their attorneys,<br><br><br>/s/  Jeremiah J. Anderson (with permission)<br>Charles Correll<br>James Maher<br>Jeremiah J. Anderson<br>King & Spalding LLP (TX)<br>1100 Louisiana<br>Houston, TX 77002<br>(713) 276-7354<br>Email: ccorrell@kslaw.com<br>jmaher@kslaw.com<br>jjanderson@jslaw.com |
| Defendant,<br>CITGO Petroleum Corporation, and CITGO Refining and Chemicals Company L.P.,<br>By their attorneys,<br><br><br>/s/   Pamela Hanebutt (with permission)<br>Nathan Philip Eimer<br>Pamela Hanebutt<br>Lisa Meyer<br>Eimer Stahl LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>312-660-7600<br>Fax: 312-692-1718<br>Email: neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com | Defendants,<br>ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company,<br>By their attorneys,<br><br><br>/s/   Stephen Cann Dillard (with permission)<br>Stephen Cann Dillard<br>Jessica Farley<br>Norton Rose Fulbright<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>(713) 651-5507<br>Fax: (713) 651-5246<br>Email: steve.dillard@nortonrosefulbright.com<br>Jessica.farley@nortonrosefulbright.com |

| | |
|---|---|
| Defendant,<br>Crown Central, LLC,<br>By its attorneys, | Defendant,<br>Cumberland Farms Inc. and Gulf Oil Limited<br>Partnership,<br><br>By their attorneys, |
| */s/*   Duke McCall (with permission)_____<br>Duke McCall<br>Morgan, Lewis & Bockius<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>(202) 373-6607<br>Fax: (202) 739-3001<br>Email: duke.mccall@morganlewis.com | */s/*      Chad W. Higgins (with permission)_<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104<br>(207) 228-7186<br>Fax: (207) 774-1127<br>Email: chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP (Boston)<br>53 State Street,Exchange Place<br>Boston, MA 02109<br>(617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinprocter.com |
| Defendants,<br>Equilon Enterprises LLC, Pennzoil Company,<br>Pennzoil Quaker State Company, Motiva<br>Enterprises LLC, Star Enterprise LLC, Shell<br>Oil Company, Shell Oil Products Company,<br>LLC, TMR Company, Shell Trading (US)<br>Company, and Deer Park Refining Limited<br>Partnership<br>By their attorneys, | Defendant,<br>George E. Warren LLC (formerly George E.<br>Warren Corporation)<br><br>By its attorneys, |
| */s/*   Peter Condron (with permission)_____<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 624-2558<br>(202) 628-5116<br>Email: pcondron@crowell.com<br>jgilbert@crowell.com | */s/*      Ira Brad Matetsky (with permission*)*_<br>Ira Brad Matetsky<br>Ganfer Shore Leeds & Zauderer LLP<br>360 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>(212) 922-9250<br>Fax: (212) 922-9335<br>Email: imatetsky@ganfershore.com |

| | |
|---|---|
| Defendant,<br>Getty Properties Corp.<br><br>By its attorneys,<br><br><br>/s/ John C. McMeekin II (with permission)<br>John Christie McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>The Widener Bldg.,<br>One South Penn Square<br>Philadelphia, PA 19107<br>(215) 575-4324<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>sdean@rawle.com | Defendant,<br>Guttman Realty Company<br>By its attorneys,<br><br><br>/s/   Michael D. Hall (with permission)<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney P.C.<br>550 Broad Street, Suite 810<br>Newark, NJ  07102-4582 (973) 424 5609Fax:<br>(973) 273-9430<br>Email:<br>michael.hall@bipc.com |
| Defendant,<br>Hartree Partners, LLC, and Hartree Partners,<br>LP f/k/a Hess Energy Trading Company, LLC<br><br>By its attorneys,<br><br><br>/s/  David Andrew Sifre (with permission)<br>David Andrew Sifre<br>Law Office of David Sifre LLC<br>51 Pondfield Road, Ste 9<br>Bronxville, NY 10708<br>914-898-3283<br>Fax: 914-898-3254<br>Email: david@sifrelaw.com | Defendants,<br>Hess Corporation, Wilcohess, LLC, Marathon<br>Oil Corporation, Marathon Petroleum<br>Corporation, Marathon Petroleum Company<br>LP, Hess Oil Virgin Islands Corporation and<br>Speedway LLC<br><br>By their attorneys,<br><br><br>/s/  Vern Cassin (with permission)<br>Vernon Cassin<br>Christopher Danley<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>(202) 639-1139<br>Fax: (202) 508-9321<br>Email: Vernon.cassin@bakerbotts.com |

| | |
|---|---|
| Defendants,<br>PJSC LUKOIL, LUKOIL North America LLC and LUKOIL Pan Americas, LLC,<br><br>By their attorneys,<br><br><br>/s/ Joseph L. Sorkin (with permission)<br>Joseph. L. Sorkin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>(212) 872-7464<br>Fax: (212) 872-1002<br>Email: jsorkin@akingump.com | Defendant,<br>Nustar Terminals Operations Partnership LP,<br><br>By its attorneys,<br><br><br>/s/ Todd W. Mensing (with permission)<br>Todd W. Mensing<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>(713) 655-1101<br>Fax: (713) 655-0062<br>Email: tmensing@azalaw.com |
| Defendants,<br>Petroleum Products Corporation,<br>By its attorneys,<br><br><br>/s/ Christopher T. Scanlon (with permission)<br>Christopher T. Scanlon<br>Clausen Miller PC<br>28 Liberty Street<br>39th Floor<br>New York, NY 10005<br>(212) 805-3979<br>Fax: (212) 805-3939<br>Email: cscanlon@clausen.com | Defendants,<br>Premcor USA, Inc., The Premcor Refining Group, Inc., Valero Energy Corporation, Valero Refining Company – New Jersey, Valero Marketing , Ultramar Diamond Shamrock Corporation, and Supply Company, and Valero Refining and Marketing Company,<br>By their attorneys,<br><br><br>/s/ Erika M. Anderson (with permission)<br>Erika M. Anderson<br>Megan E. Ball<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>(314) 677-4419<br>Fax: (314) 863-2111<br>Email: eanderson@dowdbennett.com<br>mball@dowdbennett.com |

| | |
|---|---|
| Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc.<br>(R&M), Energy Transfer Partners, L.P., ETP<br>Holdco Corporation, and Sunoco Partners<br>Marketing & Terminals L.P.<br>By their attorneys, | Defendant,<br>TotalEnergies Petrochemicals & Refining<br>USA, Inc.,<br>By its attorneys, |
| */s/*   Daniel Mark Krainin (with permission)<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond P.C.<br>1350 I Street NW<br>Suite 700<br>Washington, DC 20005-3311<br>(202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>Daniel Mark Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Flr.<br>New York, NY 10022<br>(212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com | */s/*  Diane L. Myers (with permission)<br>Christopher H. Domingo<br>Diane L. Myers<br>Jones Day<br>717 Texas<br>Suite 3300<br>(832) 239-3827<br>Fax: (832) 239-3600<br>Email: chdomingo@jonesday.com<br>dmyers@jonesday.com |

SO ORDERED the 1st day of _____March_____, 20 22 .

_____

UNITED STATES DISTRICT COURT JUDGE