UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER  :  Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION       :  MDL 1358 (VSB)
                                    :
-----------------------------------------------------------X
                                    :
This Document Relates To:           :
                                    :
*Orange County Water District v. Unocal*  :
*Corporation, et al.,*              :
Case No. 04 Civ. 4968 (VSB)         :
                                    :
                                    :
                                    :
-----------------------------------------------------------X


**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ULTRAMAR, INC., VALERO REFINING COMPANY-CALIFORNIA, VALERO MARKETING AND SUPPLY COMPANY, TESORO PETROLUEM CORPORATION, TESORO REFINING AND MARKETING COMPANY LLC, SOUTHERN COUNTIES OIL CO., CITGO PETROLEUM CORPORATION, AND USA GASOLINE CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of defendants Ultramar, Inc., Valero Refining Company-California, Valero Marketing and Supply Company, Tesoro Petroleum Corporation (name subsequently changed to Tesoro Corporation, and then to Andeavor, prior to being acquired by Marathon Petroleum Corporation effective October 1, 2018), Tesoro Refining and Marketing Company LLC (incorrectly named as Tesoro Refining and Marketing Company, Inc.), Southern Counties Oil Co., CITGO Petroleum Corporation, and USA Gasoline Corporation (now known as Moller Investment Group, Inc.) with prejudice, and further stipulate that each side is to bear their own costs and attorneys' fees. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.* 160 F.3d 911, 916 (2nd Cir. 1998).

It is hereby ORDERED that all of the claims against Ultramar, Inc., Valero Refining Company-California, Valero Marketing and Supply Company, Tesoro Petroleum Corporation, Tesoro Refining and Marketing Company LLC, Southern Counties Oil Co., CITGO Petroleum Corporation, and USA Gasoline Corporation are hereby dismissed, with prejudice and no further approval or review is required by the Court.

Date: March 22, 2022         MILLER & AXLINE
                              A Professional Corporation


                         By:  *s/ Tracey O'Reilly*
                              Tracey O'Reilly
                              Attorneys for Plaintiff
                              Orange County Water District


Date: March 22, 2022         DOWD BENNETT, LLP


                         By:  *s/ Erika Anderson*
                              James F. Bennett
                              Erika M. Anderson
                              Kelly J.H. Murrie
                              *Admitted pro hac vice*
                              Attorneys for Defendants Ultramar, Inc.,
                              Valero Refining Company-California, and
                              Valero Marketing and Supply Company


Date: March 22, 2022         HOGAN LOVELLS US LLP


                         By:  *s/ Diana Pfeffer Martin*
                              Diana Pfeffer Martin
                              Attorneys for Defendants Tesoro
                              Petroleum Corporation and Tesoro Refining
                              and Marketing Company LLC

Date: March 22, 2022                              CUMMINS & WHITE, LLP


                                                  By:   *s/ J. Thomas Gilbert*
                                                        J. Thomas Gilbert
                                                        Attorneys for Defendant
                                                        Southern Counties Oil Co.


Dated:  March 22, 2022                            EIMER STAHL LLP


                                                  By:   *s/ Pamela R. Hanebutt*
                                                        Nathan P. Eimer
                                                        Pamela R. Hanebutt
                                                        Lisa S. Meyer
                                                        Attorneys for Defendant
                                                        CITGO Petroleum Corporation


Date: March 22, 2022                              MANATT, PHELPS & PHILLIPS, LLP


                                                  By:   *s/ Peter Duchesneau*
                                                        Peter Duchesneau
                                                        Attorneys for Defendant USA Gasoline
                                                        Corporation (now known as Moller
                                                        Investment Group, Inc.)


SO ORDERED:


_____          _____
Hon. Vernon S. Broderick                        Dated

3

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

    I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller & Axline, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

    On the date executed below, I electronically served the document(s) via File & ServeXpress, described below, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website:

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ULTRAMAR, INC., VALERO REFINING COMPANY-CALIFORNIA, VALERO MARKETING AND SUPPLY COMPANY, TESORO PETROLUEM CORPORATION, TESORO REFINING AND MARKETING COMPANY LLC, SOUTHERN COUNTIES OIL CO., CITGO PETROLEUM CORPORATION, AND USA GASOLINE CORPORATION**

    I declare under penalty of perjury that true and correct copies of the above document(s) were served via File & ServeXpress on March 22, 2022.

*/s/ Kathy Herron*
**KATHY HERRON**