UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER  :  Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION      :  MDL 1358 (VSB)
                                   :
----------------------------------------------------------------X
                                   :
This Document Relates To:          :
                                   :
*Orange County Water District v. Unocal*  :
*Corporation, et al.*,             :
Case No. 04 Civ. 4968 (VSB)        :
                                   :
                                   :
----------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ULTRAMAR, INC., VALERO REFINING COMPANY-CALIFORNIA, VALERO MARKETING AND SUPPLY COMPANY, TESORO PETROLUEM CORPORATION, TESORO REFINING AND MARKETING COMPANY LLC, SOUTHERN COUNTIES OIL CO., CITGO PETROLEUM CORPORATION, AND USA GASOLINE CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of defendants Ultramar, Inc., Valero Refining Company-California, Valero Marketing and Supply Company, Tesoro Petroleum Corporation (name subsequently changed to Tesoro Corporation, and then to Andeavor, prior to being acquired by Marathon Petroleum Corporation effective October 1, 2018), Tesoro Refining and Marketing Company LLC (incorrectly named as Tesoro Refining and Marketing Company, Inc.), Southern Counties Oil Co., CITGO Petroleum Corporation, and USA Gasoline Corporation (now known as Moller Investment Group, Inc.) with prejudice, and further stipulate that each side is to bear their own costs and attorneys' fees. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.* 160 F.3d 911, 916 (2nd Cir. 1998).

It is hereby ORDERED that all of the claims against Ultramar, Inc., Valero Refining Company-California, Valero Marketing and Supply Company, Tesoro Petroleum Corporation, Tesoro Refining and Marketing Company LLC, Southern Counties Oil Co., CITGO Petroleum Corporation, and USA Gasoline Corporation are hereby dismissed, with prejudice and no further approval or review is required by the Court.

Date: March 22, 2022        MILLER & AXLINE
                            A Professional Corporation

                            By:   *s/ Tracey O'Reilly*
                                  Tracey O'Reilly
                                  Attorneys for Plaintiff
                                  Orange County Water District

Date:  March 22, 2022        DOWD BENNETT, LLP

                            By:   *s/ Erika Anderson*
                                  James F. Bennett
                                  Erika M. Anderson
                                  Kelly J.H. Murrie
                                  *Admitted pro hac vice*
                                  Attorneys for Defendants Ultramar, Inc.,
                                  Valero Refining Company-California, and
                                  Valero Marketing and Supply Company

Date: March 22, 2022         HOGAN LOVELLS US LLP

                            By:   *s/ Diana Pfeffer Martin*
                                  Diana Pfeffer Martin
                                  Attorneys for Defendants Tesoro
                                  Petroleum Corporation and Tesoro Refining
                                  and Marketing Company LLC

| | |
|---|---|
| Date: March 22, 2022 | CUMMINS & WHITE, LLP |
| | By: *s/ J. Thomas Gilbert*<br>J. Thomas Gilbert<br>Attorneys for Defendant<br>Southern Counties Oil Co. |
| Dated: March 22, 2022 | EIMER STAHL LLP |
| | By: *s/ Pamela R. Hanebutt*<br>Nathan P. Eimer<br>Pamela R. Hanebutt<br>Lisa S. Meyer<br>Attorneys for Defendant<br>CITGO Petroleum Corporation |
| Date: March 22, 2022 | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/ Peter Duchesneau*<br>Peter Duchesneau<br>Attorneys for Defendant USA Gasoline<br>Corporation (now known as Moller<br>Investment Group, Inc.) |

SO ORDERED:

*[signature]*
Hon. Vernon S. Broderick

March 23, 2022
Dated

*In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation:*
*Orange County Water District v. Unocal Corp., et al.*, Case No. 04 Civ. 4968

**PROOF OF SERVICE VIA LEXISNEXIS FILE AND SERVE**

    I am a citizen of the United States and an employee in the County of Sacramento. I am over the age of eighteen (18) years and not a party to this action. My business address is Miller & Axline, 1050 Fulton Avenue, Suite, 100, Sacramento, California 95825.

    On the date executed below, I electronically served the document(s) via File & ServeXpress, described below, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website:

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ULTRAMAR, INC., VALERO REFINING COMPANY-CALIFORNIA, VALERO MARKETING AND SUPPLY COMPANY, TESORO PETROLUEM CORPORATION, TESORO REFINING AND MARKETING COMPANY LLC, SOUTHERN COUNTIES OIL CO., CITGO PETROLEUM CORPORATION, AND USA GASOLINE CORPORATION**

    I declare under penalty of perjury that true and correct copies of the above document(s) were served via File & ServeXpress on March 22, 2022.

*/s/ Kathy Herron*
**KATHY HERRON**