UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :

**In Re: Methyl Tertiary Butyl Ether**     :   **Master File No. 1:00-1898**
**("MTBE") Products Liability Litigation**   :   **MDL 1358 (VSB)**
                                                       :   **M21-88**

**This document relates to:**     :

*Orange County Water District v. Unocal, et*   :   **ORDER**
*al.*, Case No. 04 Civ. 4968 (VSB)     :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On January 31, 2022, Defendant Southern Counties Oil Co. ("Southern Oil") filed a motion for this action to be dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute (the "Motion"). (Doc. 520.) On February 11, March 1, March 10, and March 23, 2022, I entered stipulations and orders sought by Plaintiff; the first three of these extended Plaintiff's time to oppose the Motion, and the final one dismissed this action with prejudice against Southern Oil, as well as against almost all the Defendants remaining in this action. (Docs. 525, 527, 532, 534.) Thus, it appears that this action may have been resolved in its entirety. Accordingly, it is hereby

      ORDERED that by May 3, 2022, the parties are to file a joint status report explaining the present state of this action and what if any further judicial intervention is needed. In particular, the parties should indicate whether this action can be dismissed.

SO ORDERED.

Dated: April 18, 2022
       New York, New York
                                                Vernon S. Broderick
                                                United States District Judge