Dated: May ___, 2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898  MDL 1358 (VSB)  M21-88 |
| This document relates to: | Civil Action |
| *Commonwealth of Puerto Rico v. Shell Oil, et al.*,  USDC-SDNY Civ. No. 07-10470(VSB)  USDC-PR Civ. No. 07-01505 (CCC) | |
| *Commonwealth of Puerto Rico v. Shell Oil, et al.*,  USDC-SDNY Civ. No. 14-01014 (VSB)  USDC-PR Civ. No. 13-01678 (ADC) | |

## [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Chevron Phillips Chemical Puerto Rico Core LLC (formerly known as Chevron Phillips Chemical Puerto Rico Core, Inc.) and ConocoPhillips Company it is hereby:

ORDERED defendants Chevron Phillips Chemical Puerto Rico Core LLC and ConocoPhillips Company are dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2).  Each Party to bear its own costs

SO ORDERED:

_____
Vernon S. Broderick
U.S.D.J.