Dated: May __3__, 2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 07-10470(VSB)<br>USDC-PR Civ. No. 07-01505 (CCC)<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 14-01014 (VSB)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88<br><br>Civil Action |

**[Proposed] ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Chevron Phillips Chemical Puerto Rico Core LLC (formerly known as Chevron Phillips Chemical Puerto Rico Core, Inc.) and ConocoPhillips Company it is hereby:

ORDERED defendants Chevron Phillips Chemical Puerto Rico Core LLC and ConocoPhillips Company are dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs

SO ORDERED:

*Vernon Broderick* (signature)

Vernon S. Broderick        May 3, 2022
U.S.D.J.