# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**IN RE METHYL TERTIARY BUTYL ETHER** :  **Master File No. 1:00-1898**
**PRODUCTS LIABILITY LITIGATION** : **MDL 1358 (VSB)**
:
-----------------------------------------------------------X
:
**This Document Relates To:** :
:
*Orange County Water District v. Unocal* :
*Corporation, et al.,* :
Case No. 04 Civ. 4968 (VSB) :
:
:
-----------------------------------------------------------X

# [PROPOSED] ORDER OF DISMISSAL

The above matter has now been fully resolved with respect to all named defendants.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

SO ORDERED:

_____    _____

Hon. Vernon S. Broderick            Dated