UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE METHYL TERTIARY BUTYL ETHER  :  Master File No. 1:00-1898
PRODUCTS LIABILITY LITIGATION             :  MDL 1358 (VSB)
                                                                              :
-----------------------------------------------------------X
                                                                              :
**This Document Relates To:**                               :
                                                                              :
*Orange County Water District v. Unocal*             :
*Corporation, et al.,*                                               :
Case No. 04 Civ. 4968 (VSB)                              :
                                                                              :
                                                                              :
                                                                              :
-----------------------------------------------------------X

### [PROPOSED] ORDER OF DISMISSAL

The above matter has now been fully resolved with respect to all named defendants.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed. The Clerk of Court is respectfully directed to terminate all open motions on the 04-cv-4968 docket.

SO ORDERED:

_____
Hon. Vernon S. Broderick

_____May 4, 2022_____
Dated