UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
: 
: 
:   Master File No. 1:00-cv-01898 (VSB)
In Re: Methyl Tertiary Butyl Ether ("MTBE")   :   MDL 1358
Products Liability litigation   :
: 
This document relates to:   :   **STIPULATION AND [PROPOSED]**
:   **ORDER TO EXTEND TIME FOR**
_Commonwealth of Pennsylvania v. Exxon Mobil_   :   **DEFENDANT HARTREE PARTNERS**
_Corporation, et al._, Case No. 14 Civ. 6228   :   **LP TO RESPOND TO COMPLAINT**
(VSB)   :
: 
: 
--------------------------------------------------------x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the

undersigned parties to this action, that the time for defendant Hartree Partners LP to answer,

move or otherwise respond to the Second Amended Complaint filed in this action is continued to

and including July 29, 2022.

Dated:  New York, New York
　　　　May 31, 2022

MILLER & AXLINE, P.C.　　　　　　　　STROOCK & STROOCK & LAVAN LLP

By　　s/ Duane C. Miller 　　　　　　　　By　　s/ Francis C. Healy 
　　　Duane C. Miller　　　　　　　　　　　　Francis C. Healy
　　　1050 Fulton Ave, Ste. 100　　　　　　　180 Maiden Lane
　　　Sacramento, CA 95825　　　　　　　　New York, NY  10038
　　　(916) 488-6688　　　　　　　　　　　(212) 806-5400
　　　dmiller@toxictorts.org　　　　　　　　fhealy@stroock.com
　　　Counsel for Plaintiff　　　　　　　　　Counsel for Hartree Partners LP

SO ORDERED, May __, 2022

_____
Hon. Vernon S. Broderick
United States District Court Judge