UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION  *This document relates to:*  *Commonwealth of Pennsylvania, etc. v. Exxon Mobil Corporation, et al, No. 1:14-cv-06228-VSB* | Master File No. 1:00-1898  MDL 1358 |

## MOTION TO WITHDRAW THE APPEARANCE OF MEGHAN E. BALL

Pursuant to Local Civil Rule 1.4, Meghan E. Ball moves this Court to enter an order withdrawing her appearance in the above-captioned matter on behalf of Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing, The Premcor Refining Group, Inc. and Premcor USA, Inc. Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing, The Premcor Refining Group, Inc. and Premcor USA, Inc. will not be adversely affected by the granting of this Motion because they currently have attorneys of record who will remain.

Dated: June 24, 2022

Respectfully submitted,

**DOWD BENNETT LLP**

By: /s/ Meghan E. Ball
Meghan E. Ball, #66938
mball@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri  63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
*Admitted pro hac vice*

*ATTORNEYS FOR VALERO ENERGY CORPORATION, VALERO MARKETING AND*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  06/27/22

*SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, THE PREMCOR REFINING GROUP, INC., and PREMCOR USA, INC.*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of **VALERO AND PREMCOR DEFENDANTS' MOTION TO WITHDRAW THE APPEARANCE OF MEGHAN E. BALL** was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 24th day of June 2022.

    /s/ Meghan E. Ball