UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products ("MTBE") Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |

**This document applies to:  All Cases**

## MOTION FOR WITHDRAWAL OF APPEARANCE

Crowell & Moring LLP, counsel for defendants Shell Oil Company, Shell Oil Products Company LLC, Deer Park Refining LP, Motiva Enterprises LLC, Equilon Enterprises LLC (d/b/a Shell Oil Products US), Shell Trading US Company, TMR Company, and Pennzoil-Quaker State Company (the "Shell Defendants"), hereby informs the Court that Richard E. Wallace, Jr. will no longer be associated with the firm and requests that the Court withdraw the appearance of Mr. Wallace as counsel pro hac vice for the Shell Defendants in these actions. The Shell Defendants will continue to be represented by counsel Pete Condron, Monty Cooper, and Ruben Reyna of Crowell & Moring.

Dated:  June 30, 2022

Respectfully submitted,

/s/ *Peter C. Condron*
Peter C. Condron (PC4818)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:  202-624-2500

*Attorney for the Shell Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2022, the foregoing Motion for Withdrawal of Appearance of Richard E. Wallace was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Keith A. Kaider*
Keith A. Kaider