**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether Products ("MTBE") Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (SAS) |

**This document applies to:  All Cases**

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Withdrawal of Appearance of Richard E. Wallace as counsel of record for defendants Shell Oil Company, Shell Oil Products Company LLC, Deer Park Refining LP, Motiva Enterprises LLC, Equilon Enterprises LLC (d/b/a Shell Oil Products US), Shell Trading US Company, TMR Company, and Pennzoil-Quaker State Company (the "Shell Defendants") pursuant to Local Civil Rule 1.4 is hereby **GRANTED**.

**SO ORDERED,**

Dated: _____, 2022

_____
HON. VERNON S. BRODERICK