UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS): M21-88 |

**This document pertains to:**

*This Document Related to All Cases*

# MOTION FOR WITHDRAWAL OF COUNSEL

**TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that JEREMIAH J. ANDERSON will no longer be associated with King & Spalding LLP and request the Court withdraw Mr. Anderson as counsel for the Chevron Defendants in this action.

King & Spalding LLP continues to serve as counsel for the Chevron Defendants through their attorney(s) Robert E. Meadows, Charles C. Correll, Jr., and James J. Maher, and all future correspondence and papers in this action should continue to be directed to them.

Dated: July 15, 2022

Respectfully submitted,

*Charles C. Correll, Jr.*
Robert E. Meadows
James J. Maher
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Charles C. Correll, Jr.
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

**Attorneys for Chevron Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of July, 2022, the foregoing Motion for Withdrawal of Counsel was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                      *Charles C. Correll, Jr.*_____
                                      Charles C. Correll, Jr.