**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Julie A. Busta, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in the above-captioned multi-district litigation.  I am in good standing of the bar of the Supreme Court of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

| | |
|---|---|
| Dated: July 18, 2022 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | |
| | */s/ Julie A. Busta* |
| | Julie A. Busta |
| | 1735 Market Street |
| | 12th Floor |
| | Philadelphia, PA 19103-7501 Telephone: (215) 965-1200 |
| | Facsimile: (215) 965-1210 |
| | Email: jbusta@akingump.com |
| | |
| | *Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL* |