UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

## DECLARATION OF JULIE A. BUSTA

Pursuant to 28 U.S.C. § 1746, I Julie A. Busta, declare and state the following:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in this action.  I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

   Julie A. Busta
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1735 Market Street
   12th Floor
   Philadelphia, PA 19103-7501
   Telephone: (215) 965-1200

    Facsimile: (215) 965-1210
    Email: jbusta@akingump.com

4.  I am in good standing of the bar of the Supreme Court of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Executed on: July 18, 2022
       New York, New York

              */s/ Julie A. Busta*
              Julie A. Busta