

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Julie Ann Busta, Esq.*

**DATE OF ADMISSION**

*November 28, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  July 13, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk