UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | **Master File No. 1:00 – 1898**<br>**MDL 1358 (VSB)**<br>**M21-88** |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Julie A. Busta for admission to practice *Pro Hac Vice* in the above-captioned action is granted.  Applicant has declared that she is a member in good standing of the bar of the Supreme Court of Pennsylvania; and that her contact information is as follows:

> Julie A. Busta
> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> 1735 Market Street
> 12th Floor
> Philadelphia, PA 19103-7501
> Telephone: (215) 965-1200
> Facsimile: (215) 965-1210
> Email: jbusta@akingump.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
       New York, New York

                                                      _____
                                                      United States District Judge