UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | **Master File No. 1:00 – 1898**<br>**MDL 1358 (VSB)**<br>**M21-88** |

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, subject to the approval of the Court, Julie A. Busta, of the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), hereby enters her appearance as counsel for LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL, (collectively, the "LUKOIL Defendants") in the above-captioned multi-district litigation, and Daniella Roseman, of Akin Gump, hereby withdraws as counsel for the LUKOIL Defendants as she is leaving the law firm of Akin Gump.  Joseph L. Sorkin and Anne M. Evans of Akin Gump will also continue as counsel for the LUKOIL Defendants.

Ms. Busta respectfully requests that Ms. Roseman be removed from the Court's ECF service list.

|  |  |
|---|---|
| Dated: July 18, 2022 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|  | /s/ Julie A. Busta |
|  | Julie A. Busta |
|  | AKIN GUMP STRAUSS HAUER & FELD LLP<br>1735 Market Street<br>12th Floor<br>Philadelphia, PA 19103-7501<br>Phone: (215) 965-1200, Fax: (215) 965-1210<br>jbusta@akingump.com |
|  | Joseph L. Sorkin<br>Anne M. Evans<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Phone: 212-872-1000, Fax: 212-872-1002<br>jsorkin@akingump.com<br>aevans@akingump.com |
|  | *Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL* |

IT IS SO ORDERED this _____ day of _____, 2022

_____
Vernon S. Broderick
United States District Judge

2