UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88 |

───────────────────────────────

**This Document Relates To:**

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corp., et al.,*

**No. 1:14-CV-06228-VSB-DCF**

───────────────────────────────

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, subject to the approval of the Court, Julie A. Busta, of the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), hereby enters her appearance as counsel for LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL, (collectively, the "LUKOIL Defendants") in the above-captioned multi-district litigation, and Daniella Roseman, of Akin Gump, hereby withdraws as counsel for the LUKOIL Defendants as she is leaving the law firm of Akin Gump.  Joseph L. Sorkin and Anne M. Evans of Akin Gump will also continue as counsel for the LUKOIL Defendants.

Ms. Busta respectfully requests that Ms. Roseman be removed from the Court's ECF service list.

Dated: July 18, 2022                                   AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Julie A. Busta
Julie A. Busta

AKIN GUMP STRAUSS HAUER & FELD LLP
1735 Market Street
12th Floor
Philadelphia, PA 19103-7501
Phone: (215) 965-1200, Fax: (215) 965-1210
jbusta@akingump.com

Joseph L. Sorkin
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Phone: 212-872-1000, Fax: 212-872-1002
jsorkin@akingump.com
aevans@akingump.com

*Counsel for Defendants LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL*

IT IS SO ORDERED this __19th__ day of ____July____, 2022

_____
Vernon S. Broderick
United States District Judge