UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
                                                          :   Master File No. 1:00-cv-01898 (VSB)
In Re: Methyl Tertiary Butyl Ether ("MTBE")               :   MDL 1358
Products Liability litigation                             :
                                                          :
This document relates to:                                 :   **STIPULATION AND [PROPOSED]**
                                                          :   **ORDER TO EXTEND TIME FOR**
*Commonwealth of Pennsylvania v. Exxon Mobil*             :   **DEFENDANT HARTREE PARTNERS**
*Corporation, et al.*, Case No. 14 Civ. 6228              :   **LP TO RESPOND TO COMPLAINT**
(VSB)                                                     :
                                                          :
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, that the time for defendant Hartree Partners LP to answer, move or otherwise respond to the Second Amended Complaint filed in this action is continued to and including September 30, 2022.

Dated:  New York, New York
        July 27, 2022

MILLER & AXLINE, P.C.                              STROOCK & STROOCK & LAVAN LLP

By   s/ Michael D. Axline                          By   s/ Francis C. Healy
     Michael D. Axline                                  Francis C. Healy
     1050 Fulton Ave, Ste. 100                          180 Maiden Lane
     Sacramento, CA 95825                               New York, NY  10038
     (916) 488-6688                                     (212) 806-5400
     maxline@toxictorts.org                             fhealy@stroock.com
     Counsel for Plaintiff                              Counsel for Hartree Partners LP


SO ORDERED, July __, 2022

_____
Hon. Vernon S. Broderick
United States District Court Judge