UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                              :

In Re: Methyl Tertiary Butyl Ether ("MTBE")  :  Master File No. 1:00-cv-01898 (VSB)
Products Liability litigation  :  MDL 1358
  :
This document relates to:  :  **STIPULATION AND [~~PROPOSED~~]**
  :  **ORDER TO EXTEND TIME FOR**
*Commonwealth of Pennsylvania v. Exxon Mobil*  :  **DEFENDANT HARTREE PARTNERS**
*Corporation, et al.,* Case No. 14 Civ. 6228  :  **LP TO RESPOND TO COMPLAINT**
(VSB)  :
  :
  :
--------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the

undersigned parties to this action, that the time for defendant Hartree Partners LP to answer,

move or otherwise respond to the Second Amended Complaint filed in this action is continued to

and including September 30, 2022.

Dated:  New York, New York
       July 27, 2022

MILLER & AXLINE, P.C.          STROOCK & STROOCK & LAVAN LLP

By   _s/ Michael D. Axline_        By   _s/ Francis C. Healy_
     Michael D. Axline             Francis C. Healy
     1050 Fulton Ave, Ste. 100         180 Maiden Lane
     Sacramento, CA 95825          New York, NY  10038
     (916) 488-6688               (212) 806-5400
     maxline@toxictorts.org          fhealy@stroock.com
     Counsel for Plaintiff             Counsel for Hartree Partners LP

SO ORDERED, July 28, 2022

Hon. Vernon S. Broderick
United States District Court Judge