UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICAN REFINING GROUP, INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of American Refining Group, Inc., with prejudice, and further stipulate that no further approval or review of the Settlement Agreement executed by and between the Plaintiff and American Refining Group, Inc. ("Agreement") by the Court is required. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2nd Cir. 1998).

Is it hereby ORDERED that all of the claims against American Refining Group, Inc., are hereby dismissed with prejudice and that no further approval or review of the Agreement is required by the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine American Refining Group, Inc.'s or any other Releasees' (as that term is defined in the Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all Non-Settling Defendants, as if American Refining Group, Inc., or any other Releasee(s) had remained Non-Settling Defendant(s). The Commonwealth's recoverable damages against Non-Settling Defendants will be reduced in accordance with the

1

procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to American Refining Group, Inc., or any other Releasee in a final judicial determination.

It is further ORDERED that all claims against all Defendants named in the above-captioned action (including non-settling Defendants) for all reimbursement payments made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to American Refining Group, Inc., or any other Releasee, or for any costs incurred or to be incurred by USTIF in connection with such reimbursement payments to American Refining Group, Inc., or any other Releasee, are hereby dismissed with prejudice.

It is further ORDERED that the Clerk's default entered against American Refining Group, Inc. (ECF 750) is vacated.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

| Plaintiff,<br>Commonwealth of Pennsylvania,<br>By its attorneys,<br><br><br>/s/ Michael Axline<br>Michael Axline<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>Fax: (916) 488-4288<br>Email: maxline@toxictorts.org | Defendant,<br>American Refining Group, Inc.,<br>By its attorneys,<br><br>/s/Daniel J. Dugan<br>Daniel J. Dugan, Pro Hoc Vice<br>Spector Gadon Rosen Vinci, P.C.<br>Seven Penn Center – 7th Floor<br>1635 Market Street<br>Philadelphia, PA  19103<br>(215) 241-8872<br>Fax: (215) 531-9120<br>Email: ddugan@sgrvlaw.comDefendants, |
|---|---|

| | |
|---|---|
| Defendant,<br>TotalEnergies Petrochemicals & Refining USA, Inc.,<br>By its attorneys,<br><br><br>*/s/ Christopher H. Domingo* (with permission)<br>Christopher H. Domingo<br>Diane L. Myers<br>Jones Day<br>717 Texas<br>Suite 3300<br>(832) 239-3827<br>Fax: (832) 239-3600<br>Email: chdomingo@jonesday.com<br>dmyers@jonesday.com | Defendant,<br>United Refining Company and<br>TransMontaigne Product Services LLC,<br>By their attorneys,<br><br><br>*/s/ Dawn Ellison* (with permission)<br>Dawn Ellison<br>Greenberg Traurig LLP (DC)<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>(202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation, Exxon Company, U.S.A., ExxonMobil Refining & Supply Company, Mobil Oil Corporation, and Exxon Mobil Oil Corporation,<br>By their attorneys,<br><br><br>/s/ *William Stack* (with permission)<br>James Anthony Pardo<br>Lisa Gerson<br>McDermott, Will & Emery, LLP (NY)<br>340 Madison Avenue<br>New York, NY 10017<br>(212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mwe.com<br>lgerson@mwe.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC<br>33 East Euclid Avenue<br>One Centennial Sq.<br>Haddonfield, NJ 08033<br>(856) 345-3016<br>Email: wstack@archerlaw.com<br>cbollar@archerlaw.com | Defendants,<br>Hess Corporation, and Hess Oil New York Corp. (f/k/a Hess Oil Virgin Islands Corp.),<br>By their attorneys,<br><br>/s/ *Christopher Daniey* (with permission)<br>Vernon Cassin<br>Christopher Danley<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>(202) 639-1139<br>Fax: (202) 508-9321<br>Email: vernon.cassin@bakerbotts.com |

4

| | |
|---|---|
| Defendants,<br>Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C.,<br>By their attorneys,<br><br>/s/ *J. Andrew Langan* (with permission)<br>J. Andrew Langan<br>Andrew R. Running<br>Amanda Jacobowski<br>Kirkland & Ellis LLP (IL)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2412<br>Fax: (312) 862-2200<br>Email: Andrew.langan@kirkland.com<br>andrew.running@kirkland.com<br>Amanda.jacobowski@kirkland.com | Defendants,<br>Chevron Corp., Chevron U.S.A., Inc., TRMI-H LLC, and Texaco, Inc.,<br>By their attorneys,<br><br>/s/ *Charles Correll* (with permission)<br>Charles Correll<br>James Maher<br>Jeremiah J. Anderson<br>King & Spalding LLP (TX)<br>1100 Louisiana<br>Houston, TX 77002<br>(713) 276-7354<br>Email: ccorrell@kslaw.com<br>jmaher@kslaw.com<br>jjanderson@jslaw.com |
| Defendant,<br>Citgo Petroleum Corporation, and Citgo Refining and Chemicals Company, L.P.,<br>By their attorneys,<br><br>/s/ *Pamela Hanebutt* (with permission)<br>Nathan Philip Eimer<br>Pamela Hanebutt<br>Lisa Meyer<br>Eimer Stahl LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>Fax: (312) 692-1718<br>Email: neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com | Defendants,<br>ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company,<br>By their attorneys,<br><br>/s/ *Stephen Cann Dillard* (with permission)<br>Stephen Cann Dillard<br>Jessica Farley<br>Norton Rose Fulbright<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>(713) 651-5507<br>Fax: (713) 651-5246<br>Email: steve.dillard@nortonrosefulbright.com<br>Jessica.farley@nortonrosefulbright.com |

| | |
|---|---|
| Defendant,<br>Crown Central, LLC,<br>By its attorneys,<br><br><br>/s/ *Duke McCall* (with permission)<br>Duke McCall<br>Morgan, Lewis & Bockius<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>(202) 373-6607<br>Fax: (202) 739-3001<br>Email: duke.mccall@morganlewis.com | Defendant,<br>Cumberland Farms Inc. and Gulf Oil Limited Partnership,<br>By their attorneys,<br><br><br>/s/ *Chad W. Higgins* (with permission)<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104<br>(207) 228-7186<br>Fax: (207) 774-1127<br>Email: chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP (Boston)<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinprocter.com |
| Defendants,<br>Equilon Enterprises LLC, Pennzoil Company, Pennzoil Quaker State Company, Motiva Enterprises LLC, Star Enterprise LLC, Shell Oil Company, Shell Oil Products Company, LLC, TMR Company, Shell Trading (US) Company, and Deer Park Refining Limited Partnership,<br>By their attorneys,<br><br><br>/s/ *Peter Condron* (with permission)<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 624-2558<br>(202) 628-5116<br>Email: pcondron@crowell.com<br>jgilbert@crowell.com | Defendant,<br>George E. Warren LLP (formerly George E. Warren Corporation),<br>By its attorneys,<br><br><br><br><br>/s/ *Ira Brad Matetsky* (with permission)<br>Ira Brad Matetsky<br>Ganfer Shore Leeds & Zauderer LLP<br>360 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>(212) 922-9250<br>Fax: (212) 922-9335<br>Email: imatetsky@ganfershore.com |

| | |
|---|---|
| Defendant,<br>Getty Properties Corp.,<br>By its attorneys,<br><br>/s/ *Susan M. Dean* (with permission)<br>John Christie McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>The Widener Bldg.,<br>One South Penn Square<br>Philadelphia, PA 19107<br>(215) 575-4324<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>sdean@rawle.com | Defendant,<br>Guttman Realty Company,<br>By its attorneys,<br><br>/s/ *Michael D. Hall* (with permission)<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney P.C.<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 424-5609<br>Fax: (973) 273-9430<br>Email: michael.hall@bipc.com |
| Defendants,<br>Hartree Partners, LLC, and Hartree Partners, LP f/k/a Hess Energy Trading Company, LLC,<br>By their attorneys,<br><br>/s/ *David Andrew Sifre* (with permission)<br>David Andrew Sifre<br>Law Office of David Sifre LLC<br>51 Pondfield Road, Ste 9<br>Bronxville, NY 10708<br>914-898-3283<br>Fax: 914-898-3254<br>Email: david@sifrelaw.com | Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc. (R&M), Energy Transfer Partners, L.P., ETP Holdco Corporation, and Sunoco Partners Marketing & Terminals L.P.,<br>By their attorneys,<br><br>/s/ *Daniel Mark Krainin* ) with permission)<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond, P.C.<br>1350 I Street NW<br>Suite 700<br>Washington, DC 20005-3311<br>(202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>Daniel Mark Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Flr.<br>New York, NY 10022<br>(212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com |

| | |
|---|---|
| Defendants,<br>PJSC LUKOIL, LUKOIL North America LLC and LUKOIL Pan Americas, LLC,<br>By their attorneys,<br><br>/s/ *Joseph L. Sorkin* (with permission)<br>Joseph. L. Sorkin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>(212) 872-7464<br>Fax: (212) 872-1002<br>Email: jsorkin@akingump.com | Defendant,<br>Nustar Terminals Operations Partnership LP,<br>By its attorneys,<br><br>*Todd W. Mensing* (with permission)<br>Todd W. Mensing<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>(713) 655-1101<br>Fax: (713) 655-0062<br>Email: tmensing@azalaw.com |
| Defendant,<br>Petroleum Products Corporation,<br>By its attorneys,<br><br>/s/ *Christopher T. Scanlon* (with permission)<br>Christopher T. Scanlon<br>Clausen Miller PC<br>28 Liberty Street<br>39th Floor<br>New York, NY 10005<br>(212) 805-3979<br>Fax: (212) 805-3939<br>Email: cscanlon@clausen.com | Defendants,<br>Premcor USA, Inc., The Premcor Refining Group, Inc., Valero Energy Corporation, Valero Refining Company – New Jersey, Valero Marketing and Supply Company, Ultramar Diamond Shamrock Corporation, and Supply Company, and Valero Refining and Marketing Company,<br>By their attorneys,<br><br>/s/ *Erika M. Anderson* (with permission)<br>James F. Bennett<br>Erika M. Anderson<br>Megan E. Ball<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>(314) 677-4419<br>Fax: (314) 863-2111<br>Email: jbennett@dowdbennett.com<br>eanderson@dowdbennett.com<br>mball@dowdbennett.com |

SO ORDERED the 29th day of _____July_____, 2022.

*Vernon Broderick* (signature)
UNITED STATES DISTRICT COURT JUDGE