UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | **Master File No. 1:00-cv-1898**<br>**MDL 1358 (VSB)** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP, f/k/a SUPPORT TERMINALS OPERATING PARTNERSHIP, LP

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of NuStar Terminals Operations Partnership LP, f/k/a Support Terminals Operating Partnership, LP ("Settling Defendant") with prejudice, and further stipulate that no further approval or review of the Settlement Agreement executed by and between the Plaintiff and Settling Defendant ("Agreement") by the Court is required. This Stipulation of Dismissal is effective upon filing. *Hester Indus., Inc. v. Tyson Foods, Inc*., 160 F.3d 911, 916 (2d Cir. 1998).

Is it hereby ORDERED that all of the claims against NuStar Terminals Operations Partnership LP, f/k/a Support Terminals Operating Partnership, LP shall be dismissed, with prejudice and that no further approval or review of the Agreement is required by the Court.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

1

| | |
|---|---|
| Plaintiff,<br>Commonwealth of Pennsylvania,<br>By its attorneys,<br><br>*/s/ Mike Axline (with permission)*<br>Mike Axline<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>Fax: (916) 488-4288<br>Email: dmiller@toxictorts.org | Defendant,<br>NuStar Terminals Operations Partnership LP,<br>By its attorneys,<br><br>*/s/ Todd Mensing*<br>Todd Mensing<br>Sammy Ford<br>Paul Turkevich<br>Ahmad, Zavitsanos & Mensing P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>(713) 655-1101<br>Fax: (713) 655-0062<br>tmensing@azalaw.com<br>sford@azalaw.com<br>pturkevich@azalaw.com |
| Defendants,<br>Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C.<br>By their attorneys,<br><br>*/s/ Amanda Jacobowski (with permission)*<br>Andrew R. Running<br>Mark Steven Lillie<br>Andrew J. Langan<br>Amanda Jacobowski<br>Kirkland & Ellis LLP (IL)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2412<br>Fax: (312) 862-2200<br>Andrew.Running@kirkland.com<br>Andrew.langan@kirkland.com<br>Mark.lillie@kirkland.com<br>Amanda.jacobowski@kirkland.com | Defendants,<br>Chevron Corp., Chevron U.S.A., Inc., TRMI-H LLC, and Texaco, Inc.<br>By their attorneys,<br><br>*/s/ James Maher (with permission)*<br>Charles Correll<br>James Maher<br>King & Spalding LLP (TX)<br>1100 Louisiana<br>Houston, TX 77002<br>(713) 276-7354<br>Email: ccorrell@kslaw.com<br>jmaher@kslaw.com<br>jjanderson@jslaw.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation, Exxon Company, U.S.A., ExxonMobil Refining & Supply Company, Mobil Oil Corporation, and Exxon Mobil Oil Corporation,<br>By their attorneys,<br><br>*/s/James Pardon (with permission)*<br>James Anthony Pardo<br>Lisa Gerson<br>McDermott, Will & Emery, LLP (NY)<br>340 Madison Avenue<br>New York, NY 10017<br>(212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mwe.com<br>lgerson@mwe.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC<br>33 East Euclid Avenue<br>One Centennial Sq.<br>Haddonfield, NJ 08033<br>(856) 345-3016<br>Email: wstack@archerlaw.com<br>cbollar@archerlaw.com | Defendant,<br>Citgo Petroleum Corporation, and Citgo Refining and Chemicals Company, LP,<br>By their attorneys,<br><br>*/s/ Lisa Meyer (with permission)*<br>Nathan Philip Eimer<br>Pamela Hanebutt<br>Lisa Meyer<br>Eimer Stahl LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>312-660-7600<br>Fax: 312-692-1718<br>neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com |
| Defendants,<br>ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company,<br>By their attorneys,<br><br>*/s/ Stephen Dillard (with permission)*<br>Stephen Cann Dillard<br>Jessica Farley<br>Norton Rose Fulbright<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>(713) 651-5507<br>Fax: (713) 651-5246<br>steve.dillard@nortonrosefulbright.com<br>Jessica.farley@nortonrosefulbright.com | Defendant,<br>Crown Central, LLC,<br>By its attorneys,<br><br>*/s/ Duke McCall (with permission)*<br>Duke McCall<br>Morgan, Lewis & Bockius<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>(202) 373-6607<br>Fax: (202) 739-3001<br>duke.mccall@morganlewis.com |

3

| | |
|---|---|
| Defendant,<br>Cumberland Farms Inc. and Gulf Oil Limited Partnership,<br><br>By their attorneys,<br><br><br>*/s/ Chad Higgins (with permission)*<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104<br>(207) 228-7186<br>Fax: (207) 774-1127<br>chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP (Boston)<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617) 570-1289<br>Fax: (617) 523-1231<br>mtully@goodwinprocter.com | Defendants,<br>Equilon Enterprises LLC, Pennzoil Company, Pennzoil Quaker State Company, Motiva Enterprises LLC, Star Enterprise LLC, Shell Oil Company, Shell Oil Products Company, LLC, TMR Company, Shell Trading (US) Company, and Deer Park Refining Limited Partnership<br>By their attorneys,<br><br><br>*/s/ Peter Condron (with permission)*<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 624-2558<br>Fax: (202) 628-5116<br>pcondron@crowell.com<br>jgilbert@crowell.com |
| Defendant,<br>George E. Warren Corporation,<br>By its attorneys,<br><br><br>*/s/ Ira Matesky (with permission)*<br>Ira Brad Matetsky<br>Ganfer & Shore LLP<br>360 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>(212) 922-9250<br>Fax: (212) 922-9335<br>Email: imatetsky@ganshore.com | Defendants,<br>Getty Properties Corporation, and Getty Petroleum Marketing Inc.<br>By its attorneys,<br><br><br>*/s/ Susan Dean (with permission)*<br>John Christie II McMeekin<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>The Widener Bldg.,<br>One South Penn Square<br>Philadelphia, PA 19107<br>(215) 575-4324<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>sdean@rawle.com |

| | |
|---|---|
| Defendant,<br>Guttman Realty Company<br>By its attorneys,<br><br><br>*/s/ Stephen Oliwa (with permission)*<br>Stephen J. Riccardulli<br>Stephen Oliwa<br>Buchanan Ingersoll & Rooney P.C.(NYC)<br>1290 Avenue of the Americas, 30th Floor<br>New York, NY 10104<br>(212) 440-4482<br>Fax: (212) 440-4401<br>stephen.riccardulli@bipc.com<br>stephen.Oliwa@bipc.com | Defendant,<br>Hartree Partners, LLC, and Hartree Partners, LP,<br>By its attorneys,<br><br><br>*/s/ Francis Healy (with permission)*<br>Francis Healy<br>Stroock<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5596<br>Fax: 212-806-6006<br>Fhealy@strook.com<br><br><br>David Andrew Sifre<br>Law Office of David Sifre LLC<br>51 Pondfield Road, Ste 9<br>Bronxville, NY 10708<br>914-898-3283<br>Fax: 914-898-3254<br>Email: david@sifrelaw.com |
| Defendants,<br>Hess Corporation; Hess Energy Trading Company, LLC; and Hess Oil Virgin Islands Corporation<br>By their attorneys,<br><br><br>*/s/ Christopher Danley (with permission)*<br>Christopher Danley<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>(202) 639-7842<br>Fax: (202) 585-1049<br>christopher.danley@bakerbotts.com | Defendants,<br>Lukoil Americas Corporation, Lukoil Oil Company, Lukoil Pan Americas, LLC, and Lukoil North America LLC<br>By their attorneys,<br><br><br>*/s/ Joseph Sorkin (with permission)*<br>Joseph. L. Sorkin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>(212) 872-7464<br>Fax: (212) 872-1002<br>jsorkin@akingump.com |

| | |
|---|---|
| Defendants,<br>Petroleum Products Corporation,<br>By its attorneys,<br><br>*/s/ Chris Scanlon (with permission)*<br>Christopher Scanlon<br>Clausen Miller PC<br>28 Liberty Street<br>39th Floor<br>New York, NY 10005<br>(212) 805-3979<br>Fax: (212) 805-3939<br>cscanlon@clausen.com | Defendants,<br>United Refining Company and TransMontaigne Product Services LLC,<br>By their attorneys,<br><br>*/s/ Dawn Ellison (with permission)*<br>Brent H. Allen<br>Dawn Ellison<br>Greenberg Traurig LLP (DC2)<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>(202) 331-3100<br>Fax: (202)-331-3101<br>ellisond@gtlaw.com<br>allenbr@gtlaw.com |
| Defendants,<br>Premcor USA, Inc., The Premcor Refining Group, Inc., Valero Energy Corporation, Valero Refining Company – New Jersey, Valero Marketing , Ultramar Diamond Shamrock Corporation, and Supply Company, and Valero Refining and Marketing Company,<br>By their attorneys,<br><br>*/s/ Erika Anderson (with permission)*<br>Erika M. Anderson<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>(314) 677-4419<br>Fax: (314) 863-2111<br>eanderson@dowdbennett.com | Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc. (R&M), Energy Transfer Partners, L.P., ETP Holdco Corporation, and Sunoco Partners Marketing & Terminals L.P.<br>By their attorneys,<br><br>*/s/ Daniel Krainin (with permission)*<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond P.C.<br>1350 I Street NW<br>Suite 700<br>Washington, DC 20005-3311<br>(202) 789-6053<br>Fax: (202) 789-6190<br>ncoppinger@bdlaw.com<br><br>Daniel Mark Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Flr.<br>New York, NY 10022<br>(212) 702-5400<br>Fax: (212) 702-5450<br>dkrainin@bdlaw.com |

6

| | |
|---|---|
| Defendant,<br>Total Petrochemicals & Refining USA, Inc.,<br>By its attorneys,<br><br>*/s/ Diane Meyers (with permission)*<br>Christopher H. Domingo<br>Diane L. Meyers<br>Jones Day<br>717 Texas<br>Suite 3300<br>(832) 239-3827<br>Fax: (832) 239-3600<br>chdomingo@jonesday.com<br>dmeyers@jonesday.com | |

SO ORDERED the 12th day of _____August_____, 20 22 .

_____Vernon Broderick_____
UNITED STATES DISTRICT COURT JUDGE