UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228

-----------------------------------------------------------------X

Master File No. 1:00-1898
MDL 1358 (VSB)
M21-88

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Commonwealth of Pennsylvania (the "Commonwealth") moved for sanctions against American Refining Group, Inc. ("ARG") on November 7, 2021 (ECF No. 763). The Court deferred its ruling on the sanctions motion to allow the parties to proceed in good faith with discovery (ECF No. 774). Subsequently, the Commonwealth asked that the sanctions motion be held in abeyance while the Commonwealth and ARG finalized their settlement agreement and release (ECF No. 854). On July 29, 2022, the Court entered the Commonwealth and ARG's joint stipulation to dismiss ARG from the suit with prejudice (ECF No. 876). As such, the pending sanctions motion at ECF No. 763 is now moot, and the Clerk of Court is respectfully directed to close said motion.

**SO ORDERED.**

DATED:   New York, New York
         August 23, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge