Dated: September ___, 2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* <br><br> This document relates to: <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.*, <br> USDC-SDNY Civ. No. 07-10470(VSB) <br> USDC-PR Civ. No. 07-01505 (CCC) <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.*, <br> USDC-SDNY Civ. No. 14-01014 (VSB) <br> USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898 <br> MDL 1358 (VSB) <br> M21-88 <br><br> Civil Action |

### [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Having considered the recently filed Joint Stipulation for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Peerless Oil and Chemical, Inc., it is hereby:

ORDERED defendants Peerless Oil and Chemical, Inc. is dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs

SO ORDERED:

_____
Vernon S. Broderick
U.S.D.J.