Dated: September ___, 2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 07-10470(VSB)<br>USDC-PR Civ. No. 07-01505 (CCC)<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 14-01014 (VSB)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88<br><br>Civil Action |

**[Proposed] ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the recently filed Joint Stipulation for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Peerless Oil and Chemical, Inc., it is hereby:

ORDERED defendants Peerless Oil and Chemical, Inc. is dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs

SO ORDERED:

Dated: September 1, 2022

_____
Vernon S. Broderick
U.S.D.J.