### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

IN RE METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania v. Exxon
Mobil Corp., et al.*, No.: 1:14-cv-06228

**Master File No. 1:00-cv-1898
MDL 1358 (VSB)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS PREMCOR REFINING GROUP INC., PREMCOR USA, INC., VALERO
ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY,
VALERO REFINING COMPANY – NEW JERSEY, VALERO REFINING AND
MARKETING COMPANY,
AND ULTRAMAR DIAMOND SHAMROCK CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties

hereby stipulate to the dismissal of Premcor USA, Inc., the Premcor Refining Group, Inc., Valero

Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company – New

Jersey, Valero Refining and Marketing Company, and Ultramar Diamond Shamrock Corporation

(hereinafter collectively "Defendants")  with prejudice, and further stipulate that no further

approval or review of the Settlement Agreement executed by and between the Plaintiff and

Defendants ("Agreement") by the Court is required. This Stipulation of Dismissal is effective

upon filing.  *Hester Industries, Inc. v. Tyson Foods, Inc*., 160 F.3d 911, 916 (2nd Cir. 1998).

Is it hereby ORDERED that all of the claims against Premcor USA, Inc., the Premcor

Refining Group, Inc., Valero Energy Corporation, Valero Refining Company – New Jersey,

Valero Marketing and Supply Company, Valero Refining and Marketing Company, and

Ultramar Diamond Shamrock Corporation are hereby dismissed with prejudice and that no

further approval or review of the Agreement is required by the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine Premcor USA, Inc., the Premcor Refining Group, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company – New Jersey, Valero Refining and Marketing Company, Ultramar Diamond Shamrock Corporation or any other Releasees' (as that term is defined in the Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all non-settling defendants, as if Premcor USA, Inc., the Premcor Refining Group, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Ultramar Diamond Shamrock Corporation or any other Releasee(s) had remained non-settling defendant(s). The Commonwealth's recoverable damages against non-settling defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to Premcor USA, Inc., the Premcor Refining Group, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Ultramar Diamond Shamrock Corporation or any other Releasee in a final judicial determination.

It is further ORDERED that all claims against all defendants named in the above-captioned action (including non-settling defendants) for all reimbursement payments made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to Premcor USA, Inc., the Premcor Refining Group, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Ultramar Diamond Shamrock Corporation or any other Releasee, or for any costs incurred or to be incurred by USTIF in connection with such reimbursement payments to Premcor USA, Inc., the Premcor Refining Group, Inc., Valero Energy Corporation, Valero Marketing and Supply Company,

2

Valero Refining and Marketing Company, Ultramar Diamond Shamrock Corporation or any

other Releasee, are hereby dismissed with prejudice.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any

other defendants.

| | |
|---|---|
| Plaintiff,<br>Commonwealth of Pennsylvania,<br>By its attorneys,<br><br>*/s/ Michael Axline (with permission)*<br>Michael Axline<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>(916) 488-6688<br>Fax: (916) 488-4288<br>Email: maxline@toxictorts.org | Defendants,<br>Premcor USA, Inc., The Premcor Refining<br>Group, Inc., Valero Energy Corporation,<br>Valero Refining Company – New Jersey,<br>Valero Marketing and Supply Company,<br>Ultramar Diamond Shamrock Corporation,<br>and Valero Refining and Marketing<br>Company,<br>By their attorneys,<br><br>*/s/ Erika M. Anderson*<br>James F. Bennett<br>Erika M. Anderson<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>(314) 677-4419<br>Fax: (314) 863-2111<br>Email: jbennett@dowdbennett.com<br>eanderson@dowdbennett.com |
| Defendant,<br>TotalEnergies Petrochemicals & Refining<br>USA, Inc.,<br>By its attorneys,<br><br>*/s/ Diane Myers (with permission)*<br>Christopher H. Domingo<br>Diane L. Myers<br>Jones Day<br>717 Texas, Suite 3300<br>(832) 239-3827<br>Fax: (832) 239-3600<br>Email: chdomingo@jonesday.com<br>dmyers@jonesday.com | Defendant,<br>United Refining Company and<br>TransMontaigne Product Services LLC,<br>By their attorneys,<br><br>*/s/ Dawn Ellison (with permission)*<br>Dawn Ellison<br>Greenberg Traurig LLP (DC)<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>(202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation, Exxon Company,<br>U.S.A., ExxonMobil Refining & Supply<br>Company, Mobil Oil Corporation, and Exxon<br>Mobil Oil Corporation,<br>By their attorneys,<br><br>*/s/James Anthony Pardo (with permission)*<br>James Anthony Pardo<br>Lisa Gerson<br>McDermott, Will & Emery, LLP (NY)<br>340 Madison Avenue<br>New York, NY 10017<br>(212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mwe.com<br>lgerson@mwe.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC<br>33 East Euclid Avenue<br>One Centennial Sq.<br>Haddonfield, NJ 08033<br>(856) 345-3016<br>Email: wstack@archerlaw.com<br>cbollar@archerlaw.com | Defendants,<br>Atlantic Richfield Company, BP America<br>Inc., BP Amoco Chemical Company, BP<br>Holdings North America Limited, BP p.l.c.,<br>BP Products North America, Inc., BP West<br>Coast Productions, L.L.C.,<br>By their attorneys,<br><br>*/s/ Andrew Running (with permission)*<br>J. Andrew Langan<br>Andrew R. Running<br>Amanda Jacobowski<br>Kirkland & Ellis LLP (IL)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2412<br>Fax: (312) 862-2200<br>Email: Andrew.langan@kirkland.com<br>andrew.running@kirkland.com<br>Amanda.jacobowski@kirkland.com |
| Defendants,<br>ConocoPhillips Company, ConocoPhillips,<br>Phillips 66, Phillips 66 Company,<br>By their attorneys,<br><br>*/s/ Stephen Cann Dillard (with permission)*<br>Stephen Cann Dillard<br>Jessica Farley<br>Norton Rose Fulbright<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>(713) 651-5507<br>Fax: (713) 651-5246<br>Email: steve.dillard@nortonrosefulbright.com<br>Jessica.farley@nortonrosefulbright.com | Defendants,<br>Chevron Corp., Chevron U.S.A. Inc., TRMI-<br>H LLC, and Texaco Inc.,<br>By their attorneys,<br><br>*/s/ James Maher (with permission)*<br>Charles Correll<br>James Maher<br>King & Spalding LLP (TX)<br>1100 Louisiana<br>Houston, TX 77002<br>(713) 751-3200<br>Email: ccorrell@kslaw.com<br>jmaher@kslaw.com |

| | |
|---|---|
| Defendant,<br>Citgo Petroleum Corporation, and Citgo<br>Refining and Chemicals Company, L.P.,<br>By their attorneys,<br><br>*/s/ Pamela Hanebutt (with permission)*<br>Nathan Philip Eimer<br>Pamela Hanebutt<br>Lisa Meyer<br>Eimer Stahl LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>Fax: (312) 692-1718<br>Email: neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com | Defendant,<br>Cumberland Farms Inc. and Gulf Oil Limited<br>Partnership,<br>By their attorneys,<br><br>*/s/ Chad W. Higgins (with permission)*<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104<br>(207) 228-7186<br>Fax: (207) 774-1127<br>Email: chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinprocter.com |
| Defendant,<br>Crown Central, LLC,<br>By its attorneys,<br><br>*/s/ Duke McCall (with permission)*<br>Duke McCall<br>Morgan, Lewis & Bockius<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>(202) 373-6607<br>Fax: (202) 739-3001<br>Email: duke.mccall@morganlewis.com | Defendant,<br>George E. Warren LLP (formerly George E.<br>Warren Corporation),<br>By its attorneys,<br><br>*/s/ Ira B. Matetsky (with permission)*<br>Ira Brad Matetsky<br>Ganfer Shore Leeds & Zauderer LLP<br>360 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>(212) 922-9250<br>Fax: (212) 922-9335<br>Email: imatetsky@ganfershore.com |

| | |
|---|---|
| Defendant,<br>Getty Properties Corp.,<br>By its attorneys,<br><br>*/s/ John McMeekin (with permission)*<br>John Christie McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>The Widener Bldg.,<br>One South Penn Square<br>Philadelphia, PA 19107<br>(215) 575-4324<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>sdean@rawle.com | Defendant,<br>Guttman Realty Company,<br>By its attorneys,<br><br>*/s/ Michael D. Hall (with permission)*<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney P.C.<br>550 Broad Street, Suite 810<br>Newark, NJ  07102-4582<br>(973) 424-5609<br>Fax: (973) 273-9430<br>Email: michael.hall@bipc.com |
| Defendants,<br>Equilon Enterprises LLC, Pennzoil Company,<br>Pennzoil Quaker State Company, Motiva<br>Enterprises LLC, Star Enterprise LLC, Shell<br>Oil Company, Shell Oil Products Company,<br>LLC, TMR Company, Shell Trading (US)<br>Company, and Deer Park Refining Limited<br>Partnership,<br>By their attorneys,<br><br>*/s/ Peter Condron (with permission)*<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 624-2558<br>(202) 628-5116<br>Email: pcondron@crowell.com<br>jgilbert@crowell.com | Defendant,<br>Petroleum Products Corporation,<br>By its attorneys,<br><br>*/s/ Christopher T. Scanlon (with permission)*<br>Christopher T. Scanlon<br>Clausen Miller PC<br>28 Liberty Street<br>39th Floor<br>New York, NY 10005<br>(212) 805-3979<br>Fax: (212) 805-3939<br>Email: cscanlon@clausen.com |

| | |
|---|---|
| Defendants,<br>Hartree Partners, LLC, and Hartree Partners, LP f/k/a Hess Energy Trading Company, LLC,<br>By their attorneys,<br><br>*/s/ Francis C. Healy (by permission)*<br>David Andrew Sifre<br>Law Office of David Sifre LLC<br>51 Pondfield Road, Ste 9<br>Bronxville, NY 10708<br>914-898-3283<br>Fax: 914-898-3254<br>Email: david@sifrelaw.com<br><br>Francis C. Healy<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5596<br>Fax: (212) 806-6006<br>Email: fhealy@stroock.com | Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc. (R&M), Energy Transfer Partners, L.P., ETP Holdco Corporation, and Sunoco Partners Marketing & Terminals L.P.,<br>By their attorneys,<br><br>*/s/ Daniel Mark Krainin (with permission)*<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond, P.C.<br>1350 I Street NW, Suite 700<br>Washington, DC 20005-3311<br>(202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>Daniel Mark Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Flr.<br>New York, NY 10022<br>(212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com |
| Defendants,<br>PJSC LUKOIL, LUKOIL North America LLC and LUKOIL Pan Americas, LLC,<br>By their attorneys,<br><br>*/s/ Joseph L. Sorkin (with permission)*<br>Joseph. L. Sorkin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>(212) 872-7464<br>Fax: (212) 872-1002<br>Email: jsorkin@akingump.com | Defendants,<br>Hess Oil Virgin Islands Corporation (n/k/a Hess Oil New York Corp.), and Hess Corporation<br>By their attorneys,<br><br>*/s/ Vernon Cassin (with permission)*<br>Vernon Cassin<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>(202) 639-1139<br>Fax: (202) 508-9321<br>Email: vernon.cassin@bakerbotts.com |

SO ORDERED the __8__ day of ___November___, 20 _22_.

_____
UNITED STATES DISTRICT COURT JUDGE