**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) |
| **This document relates to:  All Cases** | MDL 1358 |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF PAMELA R. HANEBUTT

Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Eimer Stahl LLP, counsel for defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P., CITGO International Puerto Rico Company, CITGO Petroleum Puerto Rico Corporation, and CITGO International, Inc. (the "CITGO Defendants"), hereby inform this Court that Pamela R. Hanebutt is retiring from Eimer Stahl LLP and request that the Court withdraw the appearance of Pamela R. Hanebutt as counsel pro hac vice for the CITGO Defendants in all actions consolidated as part of this multidistrict litigation proceeding.

The CITGO Defendants will continue to be represented by Eimer Stahl LLP through their attorneys Nathan P. Eimer and Lisa S. Meyer.   The CITGO Defendants have been advised of and consent to this development.


Dated:  December 19, 2022

*/s/ Pamela R. Hanebutt*
Nathan P. Eimer (New York Bar No. 1976067)
   neimer@eimerstahl.com
Pamela R. Hanebutt *(pro hac vice)*
   phanebutt@eimerstahl.com
Lisa S. Meyer *(pro hac vice)*
   lmeyer@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100

Chicago, IL 60604
Tel:  (312) 660-7600

*Attorneys for CITGO Petroleum Corporation; CITGO Refining and Chemicals Company L.P.; CITGO International Puerto Rico Company; CITGO Petroleum Puerto Rico Corporation; CITGO International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2022, the foregoing Motion for Withdrawal of Appearance of Pamela R. Hanebutt was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/  Pamela R. Hanebutt*