UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation <br><br> **This document relates to:  All Cases** | Master File No. 1:00-1898 (VSB) <br><br> MDL 1358 |

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Withdrawal of Appearances of Pamela R. Hanebutt as counsel of record for defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P., CITGO International Puerto Rico Company, CITGO Petroleum Puerto Rico Corporation, and CITGO International, Inc. (the "CITGO Defendants") pursuant to Local Civil Rule 1.4 is hereby **GRANTED**.

SO ORDERED,

Dated: _____, 2022

_____
HON. VERNON S. BRODERICK