UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2022

Master File No. 1:00-1898
MDL 1358 (VSB)
M21-88

**ORDER RESCHEDULING DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A Discovery Conference in this matter is hereby rescheduled for **Thursday, January 19, 2023, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:   New York, New York
         December 19, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge