**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) |
| **This document relates to:** 00-cv-01898 07-cv-10470, 14-cv-01014 and 14-cv-06228 | MDL 1358 |

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Withdrawal of Appearances of Pamela R. Hanebutt as counsel of record for defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P., CITGO International Puerto Rico Company, CITGO Petroleum Puerto Rico Corporation, and CITGO International, Inc. (the "CITGO Defendants") pursuant to Local Civil Rule 1.4 is hereby **GRANTED**.

SO ORDERED,

DATED: January 6, 2023

_____
HON. VALERIE FIGUEREDO