UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-06228

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2023

Master File No. 1:00-1898
MDL 1358 (VSB)
M21-88

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons discussed at the conference on January 19, 2023, Plaintiff, the Commonwealth of Pennsylvania, is ordered to produce the following materials from Marcel Moreau:

1. Digital copies of the approximately 1,000 35mm slides relating to underground storage tank training presentations given by Mr. Moreau;

2. Envelope of "overheads" from a session Mr. Moreau gave for Pennsylvania owners and operators dealing with underground storage tank closure; and

3. Study guide for the administrative exam to become a certified underground storage tank installer in Pennsylvania.

The parties will meet and confer to determine a feasible deadline by which Plaintiff will have to produce the above-referenced materials.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 895.

**SO ORDERED.**

DATED:    New York, New York
          January 19, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge