UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) MDL 1358 |

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

## MOTION FOR WITHDRAWAL OF APPEARANCE OF ERIN REYNOLDS

Pursuant to Local Civil Rule 1.4, Erin Reynolds moves this Court to enter an order withdrawing her appearance in the above-captioned matters on behalf of Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., and BP West Coast Products LLC ("BP Defendants").  The BP Defendants will continue to be represented in this action by other attorneys from Kirkland & Ellis LLP.

Dated:  January 23, 2023

    Respectfully submitted,

/s/ *Erin Reynolds*
Erin Reynolds
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
erin.reynolds@kirkland.com
*Attorneys for Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., and BP West Coast Products LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023 I caused to be electronically filed the foregoing Motion for Withdrawal of Appearance of Erin Reynolds with the Clerk of the Court via CM/ECF. Notice of this filing will be sent to all counsel of record by ECF. Parties may access the filing through the Court's CM/ECF System.

/s/ *Erin Reynolds*
Erin Reynolds