UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (VSB) MDL 1358 |

**This document relates to:**

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.,* Case No. 14-cv-06228

### [PROPOSED] ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Erin Reynolds as counsel of record for Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., and BP West Coast Products LLC, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED.

Dated: __January 25__, 2023

_____
HON. VALERIE FIGUEREDO