UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00 – 1898 MDL 1358 (VSB) M21-88 |

**This document relates to:**

*Commonwealth of Pennsylvania v. ExxonMobil Corp., et al.* (No. 14-cv-06228)
*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.* (No. 07-cv-10470)
*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.* (No. 14-cv-01014)

## NOTICE OF ADDRESS CHANGE

**PLEASE TAKE NOTICE** that the offices of Daniel M. Krainin, Esq., John S. Guttmann, Esq., and Paula J. Schauwecker, Esq., of BEVERIDGE & DIAMOND, P.C. have moved to 825 Third Avenue, 16th Floor, New York, NY 10022. Telephone and facsimile numbers and email addresses remain the same.

Dated: February 28, 2023

*/s/ Daniel M. Krainin*
Daniel M. Krainin
John S. Guttmann
Paula J. Schauwecker
BEVERIDGE & DIAMOND P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 702-5400
Fax:         (212) 702-5450
DKrainin@bdlaw.com
JGuttmann@bdlaw.com
PSchauwecker@bdlaw.com

*Attorneys for Defendants Sunoco, Inc. (f/k/a Sun Company, Inc.), Sunoco, Inc. (R&M), Sunoco Partners Marketing & Terminals L.P., Energy Transfer Partners, L.P., ETP Holdco Corporation, and Puerto Rico Sun Oil Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing Notice of Address Change was served upon counsel for Plaintiffs and all other counsel of record via the Court's CM/ECF system and File & Serve*Xpress* on February 28, 2023.

                                         */s/ Daniel M. Krainin*
                                         Daniel M. Krainin