UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No. 1:14-cv-06228-VSB-VF | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF JENNIFER J. LEECH

Pursuant to the Local Civil Rule 1.4, Beveridge & Diamond P.C. moves this Court to enter an order withdrawing the appearance of Jennifer J. Leech in the above-captioned action. Attorneys from Beveridge & Diamond P.C., who have appeared in this matter will continue to represent Defendants Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco Partners Marketing & Terminals LP, ETP Holdco Corporation, and Energy Transfer Partners, LP.

Dated: March 14, 2023

/s/ Jennifer J. Leech
Jennifer J. Leech (admitted *pro hac vice*)
John S. Guttmann
Nessa E. Horewitch
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel.: (202) 789-6000
Fax: (202) 789-6190

Respectfully submitted,

/s/ Daniel M. Krainin
Daniel M. Krainin
Paula J. Schauwecker
BEVERIDGE & DIAMOND, P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
Tel.: (212) 702-5400
Fax: (212) 702-5450

*Attorneys for Defendants Energy Transfer Partners, L.P., ETP Holdco Corporation, Sunoco, Inc., Sunoco, Inc. (R&M), and Sunoco Partners Marketing & Terminals LP*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing was filed and served upon counsel for Plaintiffs and all other counsel of record via the Court's CM/ECF system and File & ServeXpress on March 14, 2023.

                                          */s/ Daniel M. Krainin*
                                          Daniel M. Krainin