UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No. 1:14-cv-06228-VSB-VF | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## ORDER APPROVING WITHDRAWAL OF APPEARANCE

The Motion for Withdrawal of Appearance of Jennifer J. Leech as counsel of record for Defendants Sunoco, Inc., Sunoco, Inc. (R&M), Sunoco Partners Marketing & Terminals LP, ETP Holdco Corporation, and Energy Transfer Partners, LP, under Local Civil Rule 1.4, is hereby GRANTED.

SO ORDERED,

Dated: March 15, 2023

Hon. Valerie Figueredo