Dated: March ___, 2023

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* <br><br> This document relates to: <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.*, <br> USDC-SDNY Civ. No. 07-10470(VSB) <br> USDC-PR Civ. No. 07-01505 (CCC) <br><br> *Commonwealth of Puerto Rico v. Shell Oil, et al.*, <br> USDC-SDNY Civ. No. 14-01014 (VSB) <br> USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898 <br> MDL 1358 (VSB) <br> M21-88 <br><br> Civil Action |

## [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Having considered the recently filed Joint Stipulation for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to ETC Sunoco Holdings LLC (f/k/a Sunoco Inc.), Energy Transfer (R&M), LLC (f/k/a Sunoco Inc. (R&M)), and Puerto Rico Sun Oil Company (the "Settling Defendants") it is hereby:

ORDERED defendants ETC Sunoco Holdings LLC (f/k/a Sunoco Inc.), Energy Transfer (R&M), LLC (f/k/a Sunoco Inc. (R&M)), and Puerto Rico Sun Oil Company (the "Settling Defendants") are dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

SO ORDERED:

_____
Vernon S. Broderick
U.S.D.J.