UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No. 1:14-cv-06228-SAS. | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |

**THIRD AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ETP HOLDCO
CORPORATION, SUN COMPANY, INC., SUNOCO, INC., SUNOCO, INC. (R&M), AND
<u>SUNOCO PARTNERS MARKETING AND TERMINALS L.P.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Sunoco, Inc., (formerly known as Sun Company, Inc.; now known as ETC Sunoco Holdings, LLC); Sunoco, Inc. (R&M) (formerly known as Sunoco (R&M), LLC; now known as Energy Transfer, (R&M)); Energy Transfer Partners, L.P. (formerly known as Energy Transfer Operating, L.P. and now known as Energy Transfer LP); ETP Holdco Corporation; and Sunoco Partners Marketing and Terminals L.P. (now known as Energy Transfer Marketing & Terminals) submit this Third Amended Corporate Disclosure Statement:

Sunoco, Inc. (formerly known as Sun Company, Inc.) is now known as ETC Sunoco Holdings, LLC, a Pennsylvania limited liability company. ETC Sunoco Holdings, LLC is a wholly owned subsidiary of Energy Transfer LP (formerly known as Energy Transfer Partners, L.P. and Energy Transfer Operating, L.P.).

Sunoco Inc. (R&M) (formerly known as Sunoco (R&M), LLC) is now known as Energy Transfer (R&M), LLC and is a wholly owned subsidiary of ETC Sunoco Holdings, LLC. ETC

1

Sunoco Holdings LLC is a wholly owned subsidiary of Energy Transfer LP (formerly known as Energy Transfer Partners, L.P. and Energy Transfer Operating, L.P.).

ETP Holdco Corporation is a wholly owned subsidiary of Energy Transfer LP (formerly known as Energy Transfer Partners, L.P. and Energy Transfer Operating, L.P.).

Sunoco Partners Marketing & Terminals L.P. is now known as Energy Transfer Marketing & Terminals and is a wholly owned subsidiary of Energy Transfer LP (formerly known as Energy Transfer Partners, L.P. and Energy Transfer Operating, L.P.).

Energy Transfer LP (formerly known as Energy Transfer Partners, L.P. and Energy Transfer Operating, L.P.) is a publicly traded Delaware master limited partnership, currently listed on the New York Stock Exchange.

Dated: April 17, 2023

*/s/ Daniel M. Krainin*
John S. Guttmann (JG 7601)
Nessa Horewitch Coppinger (*pro hac vice*)
Graham C. Zorn (*pro hac vice*)
Daniel Eisenberg (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100
Washington, DC 20036
(202) 789-6000
Fax: (202) 789-6190

Daniel M. Krainin (DK 1128)
Paula J. Schauwecker (PS 3449)
BEVERIDGE & DIAMOND, P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400
Fax: (212) 702-5450

*Attorneys for Defendants Sunoco, Inc. (f/k/a Sun Company, Inc.), Sunoco, Inc. (R&M), Sunoco Partners Marketing & Terminals L.P., Energy Transfer Partners, L.P. and ETP Holdco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the THIRD AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ETP HOLDCO CORPORATION, SUN COMPANY, INC., SUNOCO, INC., SUNOCO, INC. (R&M), AND SUNOCO PARTNERS MARKETING AND TERMINALS L.P. was served via the Court's ECF system and File & Serve*Xpress* on April 17, 2023.

>  /s/ Daniel M. Krainin
>  Daniel M. Krainin