**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
IN RE: METHYL TERTIARY BUTYL            )
ETHER ("MTBE") PRODUCTS LIABILITY      )
LITIGATION                                              )
                                                              )     **Master File No. 1:00 – 1898**
                                                              )     **MDL 1358 (VSB)**
                                                              )
This document pertains to:                          )
                                                              )
                                                              )
*Commonwealth of Pennsylvania v. Exxon Mobil*  )
*Corp., et al., No.: 1:14-cv-06228*              )
------------------------------------------------------------ )


**STIPULATION AND ORDER OF DISMISSAL AS TO**
**TOTALENERGIES PETROCHEMICALS & REFINING USA, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby

stipulate to the dismissal of TotalEnergies Petrochemicals & Refining USA, Inc. (hereinafter

"TPRI" or "Settling Defendant") with prejudice, and further stipulate that no further approval or

review of the Settlement Agreement executed by and between the Plaintiff and Settling Defendant

("Agreement") by the Court is required.  This Stipulation of Dismissal is effective upon filing.

*Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2nd Cir. 1998).

Is it hereby ORDERED that all of the claims and cross-claims against TPRI are hereby

dismissed with prejudice and that no further approval or review of the Agreement is required by

the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine

Settling Defendant's or any other Releasee's (as that term is defined in the Agreement) apportioned

share of liability for any and all claims in the same manner and in the same form of trial verdict as

for all non-settling defendants, as if Settling Defendant or any other Releasee(s) had remained

Non-Settling Defendant(s).  The Commonwealth's recoverable damages against Non-Settling

1

Defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to Settling Defendant or any other Releasee in a final judicial determination.

It is further ORDERED that, to the extent applicable, all claims against all Defendants named in the above-captioned action (including Non-Settling Defendants) for all reimbursement payments made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to Settling Defendant or any other Releasee, or for any costs incurred or to be incurred by USTIF in connection with such reimbursement payments to Settling Defendant or any other Releasee, are hereby dismissed with prejudice.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

| Plaintiff,<br>Commonwealth of Pennsylvania,<br><br>By its attorneys,<br><br>/s/ Michael Axline (with permission)<br>Michael Axline<br>Miller & Axline, P.C.<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>Tel: (916) 488-6688<br>Fax: (916) 488-4288<br>Email: maxline@milleraxline.com | Defendant,<br>TotalEnergies Petrochemicals & Refining USA, Inc.,<br><br>By its attorneys,<br><br>/s/ Christopher H. Domingo<br>Christopher H. Domingo<br>Diane L. Myers<br>Jones Day<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Tel: (832) 239-3939<br>Fax: (832) 239-3600<br>Email: chdomingo@jonesday.com<br>Email: dmyers@jonesday.com<br><br>Traci L. Lovitt<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>Email: tlovitt@jonesday.com |

| | |
|---|---|
| Defendants, | Defendants, |
| Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company (n/k/a INEOS US Chemical Company), BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C., | Chevron Corp., Chevron U.S.A., Inc., TRMI-H LLC, and Texaco, Inc., |
| By their attorneys, | By their attorneys, |
| /s/ Amanda A. Jacobowski (with permission) | /s/ Charles Correll (with permission) |
| J. Andrew Langan | Charles C. Correll, Jr. |
| Andrew R. Running | James J. Maher |
| Amanda A. Jacobowski | King & Spalding LLP |
| Kirkland & Ellis LLP | 1100 Louisiana |
| 300 North LaSalle Street | Houston, TX 77002 |
| Chicago, IL 60654 | Tel: (713) 276-7354 |
| Tel: (312) 862-2412 | Fax: (713) 751-3290 |
| Fax: (312) 862-2200 | Email: ccorrell@kslaw.com |
| Email: Andrew.langan@kirkland.com | Email: jmaher@kslaw.com |
| Email: andrew.running@kirkland.com | |
| Email: amanda.jacobowski@kirkland.com | |
| Defendants, | Defendants, |
| Citgo Petroleum Corporation, and Citgo Refining and Chemicals Company, LP, | ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company, |
| By their attorneys, | By their attorneys, |
| /s/ Susan M. Razzano (with permission) | /s/ Jessica Farley (with permission) |
| Nathan Philip Eimer | Stephen Cann Dillard |
| Lisa S. Meyer | Jessica Farley |
| Susan M. Razzano | Norton Rose Fulbright |
| Eimer Stahl LLP | 1301 McKinney, Suite 5100 |
| 224 South Michigan Avenue, Suite 1100 | Houston, TX 77010 |
| Chicago, IL 60604 | Tel: (713) 651-5507 |
| Tel: 312-660-7600 | Fax: (713) 651-5246 |
| Fax: 312-692-1718 | Email: steve.dillard@nortonrosefulbright.com |
| Email: neimer@eimerstahl.com | Email: jessica.farley@nortonrosefulbright.com |
| Email: lmeyer@eimerstahl.com | |
| Email: srazzano@eimerstahl.com | |

| | |
|---|---|
| Defendant,<br>Crown Central, LLC,<br><br>By its attorneys,<br><br>/s/ Duke K. McCall, III (with permission)<br>Duke K. McCall, III<br>Patrick A. Harvey<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 373-6607<br>Fax: (202) 739-3001<br>Email: duke.mccall@morganlewis.com<br>Email: patrick.harvey@morganlewis.com | Defendants,<br>Cumberland Farms Inc. and Gulf Oil Limited<br>Partnership,<br><br>By their attorneys,<br><br>/s/ Chad W. Higgins (with permission)<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104<br>Tel: (207) 228-7186<br>Fax: (207) 774-1127<br>Email: chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel: (617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinprocter.com |
| Defendants,<br>Equilon Enterprises LLC, Pennzoil Company,<br>Pennzoil Quaker State Company, Motiva<br>Enterprises LLC, Shell Oil Company, Shell Oil<br>Products Company LLC, TMR Company,<br>Shell Trading (US) Company, and Deer Park<br>Refining LP,<br><br>By their attorneys,<br><br>/s/ Peter Condron (with permission)<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Tel: (202) 624-2558<br>Fax: (202) 628-5116<br>Email: pcondron@crowell.com<br>Email: jgilbert@crowell.com | Defendant,<br>George E. Warren LLP,<br><br>By its attorneys,<br><br>/s/ Ira Brad Matetsky (with permission)<br>Ira Brad Matetsky<br>Ganfer Shore Leeds & Zauderer LLP<br>360 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>Tel: (212) 922-9250<br>Fax: (212) 922-9335<br>Email: imatetsky@ganfershore.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation, Exxon Company, U.S.A., ExxonMobil Refining & Supply Company, Mobil Oil Corporation, and Exxon Mobil Oil Corporation,<br><br>By their attorneys,<br><br>/s/ Lisa Gerson (with permission)<br>James Anthony Pardo<br>Lisa Gerson<br>McDermott, Will & Emery, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel: (212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mwe.com<br>Email: lgerson@mwe.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC<br>1025 Lauren Oak Road<br>Vorhees, NJ 08043<br>Tel: (856) 795-2121<br>Tel: (856) 795-0574<br>Email: wstack@archerlaw.com<br>Email: cbollar@archerlaw.com | Defendant,<br>Getty Properties Corp.,<br><br>By its attorneys,<br><br>/s/ Susan M. Dean (with permission)<br>John C. McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>The Widener Bldg.,<br>One South Penn Square<br>Philadelphia, PA 19107<br>Tel: (215) 575-4324<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>Email: sdean@rawle.com |
| Defendant,<br>Guttman Realty Company,<br><br>By its attorneys,<br><br>/s/ Michael D. Hall (with permission)<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney P.C.<br>640 Fifth Avenue, 9th Floor<br>Newark, NJ  10019-6102<br>Tel: (973) 424-5609<br>Fax: (973) 273-9430<br>Email: michael.hall@bipc.com | Defendants,<br>Hess Corporation and Hess Oil Virgin Islands Corporation,<br><br>By their attorneys,<br><br>/s/ Vern Cassin (with permission)<br>Vernon Cassin<br>Christopher Danley<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>Tel: (202) 639-1139<br>Fax: (202) 508-9321<br>Email: christopher.danley@bakerbotts.com<br>Email: vernon.cassin@bakerbotts.com |

| | |
|---|---|
| Defendants,<br>PJSC LUKOIL, LUKOIL North America<br>LLC and LUKOIL Pan Americas, LLC,<br><br>By their attorneys,<br><br>/s/ Joseph L. Sorkin (with permission)<br>Joseph. L. Sorkin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-7464<br>Fax: (212) 872-1002<br>Email: jsorkin@akingump.com | Defendant,<br>Petroleum Products Corporation,<br><br>By its attorneys,<br><br>/s/ Christopher T. Scanlon (with permission)<br>Christopher T. Scanlon<br>Clausen Miller PC<br>28 Liberty Street, 39th Floor<br>New York, NY 10005<br>Tel: (212) 805-3979<br>Fax: (212) 805-3939<br>Email: cscanlon@clausen.com |
| Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc.<br>(R&M), Energy Transfer Partners, L.P., ETP<br>Holdco Corporation, and Sunoco Partners<br>Marketing & Terminals L.P.,<br><br>By their attorneys,<br><br>/s/ Daniel Mark Krainin (with permission)<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>Tel: (202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>Daniel M. Krainin<br>Beveridge & Diamond, P.C. 477<br>Madison Avenue, 15th Floor<br>New York, NY 10022<br>Tel: (212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com | Defendants,<br>United Refining Company and<br>TransMontaigne Product Services LLC,<br><br>By their attorneys,<br><br>/s/ Dawn Ellison (with permission)<br>Dawn Ellison<br>Greenberg Traurig LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

SO ORDERED the _____18th_____ day of ____July____, 2023.

_____

UNITED STATES DISTRICT COURT JUDGE