UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB) |

**DECLARATION OF JOSEPH L. SORKIN IN SUPPORT OF JOINT MOTION OF THE COMMONWEALTH OF PENNSYLVANIA AND THE SETTLING DEFENDANTS TO DISMISS WITH PREJUDICE THE COMMONWEALTH'S CLAIMS <u>AGAINST THE SETTLING DEFENDANTS</u>**

JOSEPH L. SORKIN, an attorney duly licensed to practice law in the State of New York and in the United States District Court for the Southern District of New York, hereby declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a partner with the law firm of Akin, counsel for LUKOIL Americas Corporation, LUKOIL North America LLC, LUKOIL Pan Americas LLC, and PJSC LUKOIL (collectively the "Settling Defendants") in the above-captioned case and I make this declaration based on my personal knowledge.

2. I submit this Declaration in support of the *Joint Motion of the Commonwealth of Pennsylvania and the Setting Defendants to Dismiss With Prejudice the Commonwealth's Claims Against the Settling Defendants* that is being filed concurrently herewith.

3. Attached hereto as Exhibit A is a true and correct copy of the executed Settlement Agreement between the Commonwealth of Pennsylvania and the Settling Defendants, dated June 27, 2023.

1

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 14, 2023
New York, New York

                                                      */s/ Joseph L. Sorkin*
                                                      Joseph L. Sorkin