UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- )
IN RE: METHYL TERTIARY BUTYL ETHER )
("MTBE") PRODUCTS LIABILITY )
LITIGATION )
) **Master File No. 1:00 – 1898**
) **MDL 1358 (VSB)**
) **M21-88**
This document pertains to: )
)
*Commonwealth of Pennsylvania, et al. v.* )
*Exxon Mobil Corporation, et al.* )
14 Civ. 6228 )
)
---------------------------------------------------------- )

**STIPULATION AND ORDER OF DISMISSAL AS TO**
**GEORGE E. WARREN LLC**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of GEORGE E. WARREN LLC ("Settling Defendant") with prejudice, and further stipulate that no further approval or review of the Settlement Agreement executed by and between the Plaintiff and Settling Defendant ("Agreement") by the Court is required. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2nd Cir. 1998).

It is hereby ORDERED that all of the claims against GEORGE E. WARREN LLC are hereby dismissed, with prejudice and that no further approval or review of the Agreement is required by the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine Settling Defendant's or any other Releasee's (as that term is defined in the Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all non-settling defendants, as if Settling Defendant or any other Releasee(s) had remained

Non-Settling Defendant(s). The Commonwealth's recoverable damages against Non-Settling Defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to Settling Defendant or any other Releasee in a final judicial determination.

It is further ORDERED that, to the extent applicable, all claims against all Defendants named in the above-captioned action (including Non-Settling Defendants) for all reimbursement payments made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to Settling Defendant or any other Releasee, or for any costs incurred or to be incurred by USTIF in connection with such reimbursement payments to Settling Defendant or any other Releasee, are hereby dismissed with prejudice.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

| Plaintiff,<br>Commonwealth of Pennsylvania,<br><br>By its attorneys,<br><br>_____<br>Michael Axline<br>Miller & Axline<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>Tel: (916) 488-6688<br>Fax: (916) 488-4288<br>Email: maxline@milleraxline.com | Defendant,<br>George E. Warren LLC,<br><br>By its attorneys,<br><br>_____<br>Ira Brad Matetsky<br>Dorf Nelson & Zauderer LLP<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017<br>Tel: (212) 922-9149<br>Fax: (914) 381-7608<br>Email: imatetsky@dorflaw.com |
|---|---|

| | |
|---|---|
| Defendants,<br>Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C.,<br><br>By their attorneys,<br><br>*/S/ Amanda A. Jacobowski* (by permission)<br>J. Andrew Langan<br>Andrew R. Running<br>Amanda A. Jacobowski<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel: (312) 862-2412<br>Fax: (312) 862-2200<br>Email: Andrew.langan@kirkland.com<br>Email: andrew.running@kirkland.com<br>Email: amanda.jacobowski@kirkland.com | Defendants,<br>Chevron Corporation, Chevron U.S.A. Inc., TRMI-H LLC, and Texaco Inc.,<br><br>By their attorneys,<br><br>*/S/ Charles C. Correll, Jr.* (by permission)<br>Charles C. Correll, Jr.<br>James J. Maher<br>King & Spalding LLP<br>1100 Louisiana<br>Houston, TX 77002<br>Tel: (713) 276-7354<br>Fax: (713) 751-3290<br>Email: ccorrell@kslaw.com<br>Email: jmaher@kslaw.com |
| Defendants,<br>Citgo Petroleum Corporation, and Citgo Refining and Chemicals Company, LP,<br><br>By their attorneys,<br><br>*/S/ Lisa Meyer* (by permission)<br>Nathan Philip Eimer<br>Lisa Meyer<br>Eimer Stahl LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Tel: 312-660-7600<br>Fax: 312-692-1718<br>Email: neimer@eimerstahl.com<br>Email: lmeyer@eimerstahl.com | Defendants,<br>ConocoPhillips Company, ConocoPhillips, Phillips 66, Phillips 66 Company, Phillips Petroleum Company, Conoco, Inc., Tosco Corporation, and Tosco Refining Company<br><br>By their attorneys,<br><br>*/S/ Jessica Farley* (by permission)<br>Stephen C. Dillard<br>Jessica Farley<br>Norton Rose Fulbright<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>Tel: (713) 651-5507<br>Fax: (713) 651-5246<br>Email: steve.dillard@nortonrosefulbright.com<br>Email: jessica.farley@nortonrosefulbright.com |

| | |
|---|---|
| Defendant,<br>Crown Central, LLC,<br><br>By its attorneys,<br><br>/S/ *Patrick A. Harvey* (by permission)<br>Duke K. McCall, III<br>Patrick A. Harvey<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 373-6607<br>Fax: (202) 739-3001<br>Email: duke.mccall@morganlewis.com<br>Email: patrick.harvey@morganlewis.com | Defendants,<br>Cumberland Farms Inc. and Gulf Oil Limited Partnership,<br><br>By their attorneys,<br><br>/S/ *Chad W. Higgins* (by permission)<br>Chad W. Higgins<br>Bernstein Shur<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104<br>Tel: (207) 228-7186<br>Fax: (207) 774-1127<br>Email: chiggins@bernsteinshur.com<br><br>Mark Edward Tully<br>Goodwin Procter, LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel: (617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinprocter.com |
| Defendants,<br>Equilon Enterprises LLC, Pennzoil Company, Pennzoil Quaker State Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, TMR Company, Shell Trading (US) Company, and Deer Park Refining LP,<br><br>By their attorneys,<br><br>/S/ *Peter Condron* (by permission)<br>Peter Condron<br>Jessica Douglas Gilbert<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Tel: (202) 624-2558<br>Fax: (202) 628-5116<br>Email: pcondron@crowell.com<br>Email: jgilbert@crowell.com | Defendant,<br>Getty Properties Corp.,<br><br>By its attorneys,<br><br>/S/ *Susan M. Dean* (by permission)<br>John C. McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>Centre Square West<br>1500 Market Street<br>19th floor<br>Philadelphia, PA 19102<br>Tel: (215) 575-4200<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>Email: sdean@rawle.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation, Exxon Company, U.S.A., ExxonMobil Refining & Supply Company, Mobil Oil Corporation, and Exxon Mobil Oil Corporation,<br><br>By their attorneys,<br><br>*William J. Stack* (by permission)<br>James Anthony Pardo<br>Lisa Gerson<br>McDermott, Will & Emery, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel: (212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mwe.com<br>Email: lgerson@mwe.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC<br>1025 Lauren Oak Road<br>Vorhees, NJ 08043<br>Tel: (856) 795-2121<br>Tel: (856) 795-0574<br>Email: wstack@archerlaw.com<br>Email: cbollar@archerlaw.com | Defendants,<br>Hess Corporation and Hess Oil Virgin Islands Corporation,<br><br>By their attorneys,<br><br>*/S/ Vern Cassin* (by permission)<br>Christopher Danley<br>Vernon Cassin<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>Tel: (202) 639-1139<br>Fax: (202) 508-9321<br>Email: christopher.danley@bakerbotts.com<br>Email: vernon.cassin@bakerbotts.com |
| Defendant,<br>Guttman Realty Company,<br><br>By its attorneys,<br><br>*/S/ Michael D. Hall* (by permission)<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney P.C.<br>640 Fifth Avenue, 9th Floor<br>Newark, NJ 10019-6102<br>Tel: (973) 424-5609<br>Fax: (973) 273-9430<br>Email: michael.hall@bipc.com | Defendant,<br>Petroleum Products Corporation,<br><br>By its attorneys,<br><br>*/S/ Christopher T. Scanlon*<br>(by permission)<br>Christopher T. Scanlon<br>Clausen Miller PC<br>28 Liberty Street, 39th Floor<br>New York, NY 10005<br>Tel: (212) 805-3979<br>Fax: (212) 805-3939<br>Email: cscanlon@clausen.com |

| | |
|---|---|
| Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc. (R&M), Energy Transfer Partners, L.P., ETP Holdco Corporation, and Sunoco Partners Marketing & Terminals L.P.,<br><br>By their attorneys,<br><br>/S/ Daniel M. Krainin (by permission)<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>Tel: (202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>Daniel M. Krainin<br>Beveridge & Diamond, P.C. 477<br>Madison Avenue, 15th Floor<br>New York, NY 10022<br>Tel: (212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com | Defendants,<br>United Refining Company and TransMontaigne Product Services LLC,<br><br>By their attorneys,<br><br>/S/ Dawn Ellison (by permission)<br>Dawn Ellison<br>Greenberg Traurig LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

SO ORDERED the \_\_\_\_third\_\_\_\_ day of \_\_November\_\_, 2023.

*Vernon Broderick*

Vernon S. Broderick
United States District Judge