UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
In Re: Methyl Tertiary Butyl Ether ("MTBE") : Master File No. 1:00-1898
Products Liability Litigation : MDL 1358
:
This document relates to: :
: **ORDER**
:
*Commonwealth of Pennsylvania v. Exxon* :
*Mobil Corporation, et al.*, Case No. 14 Civ. :
6228 (VSB) :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The parties are hereby directed to file a joint letter by June 6, 2024 informing me of their views concerning remand in light of my recent Opinion & Order addressing the partial summary judgment motions.  (*See* Doc. 938.)

SO ORDERED.

Dated: May 6, 2024
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge