IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND, <br><br> *Plaintiffs,* <br><br> v. <br><br> ATLANTIC RICHFIELD CO., et al., <br><br> *Defendants.* | IN RE MTBE LITIGATION <br><br> MASTER FILE No. 1:00-1898 <br> MDL No. 1358 (VSB) <br><br> Civil Action No. 08-cv-00312 |

**ORDER FOR FEES RELATED TO THE SETTLEMENTS WITH DEFENDANTS CHEVRON CORPORATION, CHEVRON U.S.A INC., KEWANEE INDUSTRIES, INC., and UNOCAL CORPORATION and THE SETTLEMENT WITH DEFENDANTS CUMBERLAND FARMS, INC., GULF OIL LIMITED PARTNERSHIP, and GULF ACQUISITIONS, LLC and SUPPLEMENTAL DISTRIBUTIONS FROM THE LYONDELL CHEMICAL COMPANY SETTLEMENT**

**THIS MATTER** having come before the Court on application by Cohn Lifland Pearlman Herrmann &Knopf LLP ("CLPHK") (Leonard Z. Kaufmann appearing), on behalf of CLPHK and on behalf of Miller and Axline P.C., the Law Offices of John K. Dema, P.C. and Berger & Montague P.C. (collectively referred to herein as "Special Counsel"), and upon notice to and with the support of Matthew J. Platkin, Attorney General of the State of New Jersey, upon motion of Special Counsel for approval of the attorneys' fees to be paid on the recovery resulting from the following settlements:

- The Settlement with CHEVRON CORPORATION, CHEVRON U.S.A INC., KEWANEE INDUSTRIES, INC., and UNOCAL CORPORATION, approved by this Court on February 23, 2024, in the amount of $175,000 (the "Chevron Settlement");
- The Settlement with CUMBERLAND FARMS, INC., GULF OIL LIMITED

PARTNERSHIP, and GULF ACQUISITIONS, LLC approved on May 5, 2024 in the amount of $18,500,000.00 (the "CFI/GOLP Settlement"); and

- Supplemental distributions from the previous settlement with Lyondell Chemical Company received by Plaintiffs between September 2019 through December 2023, which total $494,641.03.

And the Court having read and considered the papers submitted, and good cause having been shown for the making and granting of the within Order;

IT IS on this ___13th___ day of ___June___, 2024 hereby

**ORDERED** as follows:

1. Special Counsel shall be and herby is entitled to a fee of fifteen percent (15%) of the net recoveries referenced above– said amount being Two Million, Seven Hundred and Seventy Two Thousand, Six Hundred and Seven Dollars and Sixty Cents ($2,772,607.60). The Court finds such fee to be reasonable and in accordance with *Rule* 1:21-7 of the Rules Governing the Courts of New Jersey and *Rule* 1.5 of the New Jersey Rules of Professional Conduct.

2. Plaintiffs shall pay said amount to Special Counsel forthwith.

3. A copy of the within Order shall be served upon the Office of the Attorney General of the State of New Jersey within five (5) days of the receipt thereof.

SO ORDERED.

_____
Vernon S. Broderick
United States District Judge