```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :       MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :       ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 26, 2025, the United States Judicial Panel on Multidistrict Litigation assigned the above-captioned litigation to this Court for pretrial proceedings pursuant to 28 U.S.C. § 1407. Four motions for partial summary judgment were filed on February 25. Accordingly, it is hereby

ORDERED that the moving parties shall by **March 3, 2025** supply Chambers with two (2) courtesy copies of their briefs by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. The parties shall by **March 7** supply Chambers with two (2) courtesy copies of any other motion papers they filed on February 25.

IT IS FURTHER ORDERED that a status conference is scheduled for **March 6, 2025** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. In addition to lead counsel for the plaintiff and defendants, a party representative of the plaintiff shall attend the conference. The parties shall be prepared to address whether the briefing schedules for any of

the four pending summary judgment motions should be shortened, the likelihood of additional summary judgment motions being filed, what discovery remains to be done before trial, a proposed schedule for trial upon remand, and the forum for settlement discussions and the general status of those discussions.

Dated:    New York, New York
          February 27, 2025

                                          _____
                                             DENISE COTE
                                  United States District Judge