UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :   Master File No.
("MTBE") Products Liability Litigation :      1:00-1898
                                      :       MDL 1358
This Document Relates To:             :
Commonwealth of Puerto Rico, et al. v.:   07cv10470 (DLC)
Shell Oil Co., et al., Case No: 1:07- :   14cv1014 (DLC)
cv-10470                              :
Commonwealth of Puerto Rico, et al., .:      ORDER
Shell Oil Co., et al., Case No. 1:14- :
cv-1014                               :
                                      :
------------------------------------- X
DENISE COTE, District Judge:

    On February 26, 2025, the United Stated Judicial Panel on Multidistrict Litigation assigned the above-captioned litigation to this Court for pretrial proceedings pursuant to 28 U.S.C. § 1407. It is hereby

    ORDERED that the parties shall by **July 11, 2025** submit joint or separate proposals for the conduct of further pretrial proceedings in this litigation.

Dated:    New York, New York
           March 6, 2025

                                          DENISE COTE
                                United States District Judge