```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :   Master File No.
("MTBE") Products Liability Litigation:     1:00-1898
                                      :     MDL 1358
This Document Relates To:             :
Commonwealth of Pennsylvania v. Exxon :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.   :
1:14-cv-6228                          :   ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the conference held on March 6, 2025, the following schedule shall govern the conduct of further pretrial proceedings in this case:

1. The parties shall meet and confer and select a private mediator who will oversee mediation discussions beginning in **April 2025**. Any party that wishes to engage in settlement discussions in a different settlement forum shall submit a letter so indicating by **March 7, 2025**. The parties shall submit a letter identifying the private mediator they have selected by **March 13**.

2. Defense liaison counsel shall by **March 13, 2025** submit a document listing all defendants in this action, categorized by (a) those that have been dismissed and (b) those against which claims remain pending. For each defendant in the latter category, the document shall identify the law firm or firms representing the defendant.

3. Remaining briefing on the four motions for partial summary judgment filed on February 25, 2025 shall be served by the dates indicated below:

    - Opposition served by **March 27**
    - Reply served by **April 11**

4. The next group of summary judgment motions, referenced as "Group 2" in the Order of December 23, 2024, shall be served by the dates indicated below:

    - Motion served by **March 21**
    - Opposition served by **April 11**
    - Reply served by **April 25**

5. The defendants' motion for summary judgment regarding the element of causation, i.e, "Group 3" in terms of the December 23 Order, shall be served by the dates indicated below:

   - Motion served by **May 2**
   - Opposition served by **May 30**
   - Reply served by **June 13**

6. Any summary judgment motion not otherwise referenced in this Order shall be served by the dates indicated below:

   - Motion served by **April 18**
   - Opposition served by **May 9**
   - Reply served by **May 23**

At the time any reply in support of any summary judgment motion is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers (except insofar as courtesy copies of those papers have already been provided) by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        March 6, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge