UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :       MDL 1358
This Document Relates To:  City of       :
Pomona v. Chevron, USA, Inc., et al.,    :    09cv3738 (DLC)
Case No. 1:09-cv-3738                    :
                                         :       ORDER
---------------------------------------- X

DENISE COTE, District Judge:

    This action was administratively closed on December 15, 2014.  Having conferred with counsel, it is hereby

    ORDERED that the record shall reflect that this action was dismissed as to the last defendant on April 30, 2013.

Dated:    New York, New York
          March 12, 2025

                                         _____
                                                DENISE COTE
                                         United States District Judge