```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :      MDL 1358
This Document Relates To:  Bridgewater   :
Water Department v. Atlantic Richfield   :   11cv479 (DLC)
Co., et al., Case No. 1:11-cv-479        :
                                         :      ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was administratively closed on December 15, 2014. Having conferred with counsel, it is hereby

ORDERED that the record shall reflect that this action was settled as to all defendants no later than 2014.

Dated:    New York, New York
          March 12, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge