```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Methyl Tertiary Butyl Ether        :   Master File No.
("MTBE") Products Liability Litigation    :     1:00-1898
                                          :     MDL 1358
This Document Relates To:  Village of     :
Bethalto v. Ashland, Inc., et al.,        :   10cv8182 (DLC)
Case No. 1:10-cv-8182                     :
                                          :        ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

    This action was administratively closed on June 4, 2015. Having conferred with counsel, it is hereby

    ORDERED that the record shall reflect that this action was settled as to all defendants no later than 2014.

Dated:    New York, New York
           March 12, 2025

                                      DENISE COTE
                              United States District Judge