UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:
*Commonwealth of Pennsylvania, etc. v.
Exxon Mobil Corporation, et al.*
NO. 1:14-CV-06228
---------------------------------------------------------------X

Master File No. 1:00-1898
MDL   1358

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the attached Stipulation, which is incorporated by reference herein, all claims asserted by Plaintiff, the Commonwealth of Pennsylvania, against Defendants Exxon Company, U.S.A., ExxonMobil Refining & Supply Company, and Mobil Oil Corporation are dismissed with prejudice.

It is further ORDERED that the parties to the Stipulation are bound to the undertakings and agreements therein.

It is further ORDERED that the parties shall bear and pay their own costs, expenses, and attorney's fees heretofore incurred or to be incurred in connection with this dismissal.

SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE
April 3, 2025

4