UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :     1:00-1898
                                         :     MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :      ORDER
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Having received the plaintiff's May 14, 2025 motion for reconsideration or, in the alternative, certification of an interlocutory appeal under 28 U.S.C. § 1292(b), it is hereby

ORDERED that any response to the plaintiff's May 14 motion is due **May 30, 2025**. Any reply is due **June 6**. At the time any motion papers are filed, the filing party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 20, 2025

                                   _____
                                        DENISE COTE
                                   United States District Judge