```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :   Master File No.
("MTBE") Products Liability Litigation:      1:00-1898
                                      :      MDL 1358
This Document Relates To:             :
Commonwealth of Puerto Rico, et al. v.:   07cv10470 (DLC)
Shell Oil Co., et al., Case No: 1:07- :
cv-10470                              :        ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 31, 2007, the United States Judicial Panel on Multidistrict Litigation ("Panel") transferred this case to this District for consolidated pretrial proceedings as part of a multidistrict litigation ("MDL") pursuant to 28 U.S.C. § 1407(a). On March 18, 2016, the Panel ordered the separation of claims with respect to five sites and their remand to the transferor court for all further proceedings.

On February 26, 2025, the Panel reassigned the MDL to this Court. An Order of March 6 directed the parties to submit by July 11 joint or separate proposals for the conduct of future pretrial proceedings in this litigation.

On May 22, 2025, the Honorable Silvia Carreño-Coll, United States District Judge for the District of Puerto Rico, issued a judgment dismissing the remaining remanded claims. Case No. 07cv1505 (D.P.R. May, 2025), ECF No. 569. Accordingly, it is hereby

ORDERED that proposals for the conduct of pretrial

proceedings as to the remaining claims in this case remain due on **July 11, 2025**.

IT IS FURTHER ORDERED that a conference is scheduled for **July 17, 2025** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           June 9, 2025

                                        _____
                                         DENISE COTE
                                         United States District Judge