```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :   Master File No.
("MTBE") Products Liability Litigation:       1:00-1898
                                      :        MDL 1358
This Document Relates To:             :
Commonwealth of Pennsylvania v. Exxon :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.   :
1:14-cv-6228                          :        ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 21, 2025, plaintiff Commonwealth of Pennsylvania ("Commonwealth") moved to strike the defendants' affirmative defenses based on the free public service doctrine. The motion was fully briefed on April 25.

An Opinion of June 11, 2025 found that the Pennsylvania Supreme Court would be unlikely to recognize the free public service doctrine's applicability in this case. Accordingly, it is hereby

ORDERED that the plaintiff's March 21 motion to strike is granted.

Dated:   New York, New York
         June 11, 2025

                                  _____
                                           DENISE COTE
                                  United States District Judge