```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :      MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :      ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 6, 2025 scheduled briefing on motions for summary judgment, and ten motions were filed by May 2. Rulings have been issued on all but one of those motions. Accordingly, it is hereby

ORDERED that the parties shall by **July 15, 2025** submit joint or separate proposals for further steps in this litigation.

Dated:   New York, New York
         June 17, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge