```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
IN RE: Methyl Tertiary Butyl Ether     :   Master File No.
("MTBE") Products Liability Litigation :      1:00-1898
                                       :       MDL 1358
This Document Relates To:              :
Commonwealth of Puerto Rico, et al. v. :   07cv10470 (DLC)
Shell Oil Co., et al., Case No: 1:07-  :   14cv1014 (DLC)
cv-10470                               :
Commonwealth of Puerto Rico, et al., . :      ORDER
Shell Oil Co., et al., Case No. 1:14-  :
cv-1014                                :
                                       :
------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 10, 2025 scheduled a conference in the above-captioned cases for July 17. It is hereby

ORDERED that, should the parties wish to be heard regarding two other cases within this multidistrict litigation, <u>Commonwealth of Pennsylvania v. Exxon Mobil Corporation</u>, Case No. 1:14-cv-6228, and <u>New Jersey Dep't of Envtl. Prot. v. Atlantic Richfield Co.</u>, Case No. 1:08-cv-312, the Court will be prepared to address those cases.

Dated:   New York, New York
         July 15, 2025

                                   _____
                                        DENISE COTE
                                   United States District Judge