```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :     1:00-1898
                                         :      MDL 1358
This Document Relates To:  New Jersey    :
Dep't of Envtl. Prot. v. Atlantic        :   08cv312 (DLC)
Richfield Co., et al., Case No. 1:08-    :
cv-312                                   :      ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 11, 2025, the parties filed a letter providing an update on the status of this litigation and separate proposals for the conduct of its second phase. It is hereby

ORDERED that the parties shall by **September 5, 2025** submit joint or separate detailed proposals for the conduct of fact discovery of the second phase of this case. The proposals shall also at least address the conduct of expert discovery, including whether it may proceed concurrently with fact discovery, and list any issues that may be subject to motions for summary judgment.

IT IS FURTHER ORDERED that a conference shall be held on **September 19, 2025** at **11:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding a schedule for briefing on any motion for a

suggestion of remand.

Dated:   New York, New York
         July 17, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge