UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :      Master File No.
("MTBE") Products Liability Litigation :       1:00-1898
                                      :         MDL 1358
This Document Relates To:             :
Commonwealth of Pennsylvania v. Exxon :      14cv6228 (DLC)
Mobil Corporation, et al., Case No.   :
1:14-cv-6228                          :         ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On July 15, 2025, the parties filed letters with proposals

for the further conduct of this litigation.  It is hereby

ORDERED that the plaintiff shall by **August 1, 2025** provide

the defendants with identification of the focus sites remaining

in the first phase of this case and of the defendants the

plaintiff seeks to hold liable in connection with each site.

Any remaining disputes regarding such identifications shall be

described in letters filed by **August 14**.

IT IS FURTHER ORDERED that the parties shall by **September

5, 2025** submit joint or separate detailed proposals for the

conduct of fact discovery of the second phase of this case.  The

proposals shall also at least address the conduct of expert

discovery, including whether it may proceed concurrently with

fact discovery, and list any issues that may be subject to

motions for summary judgment.

IT IS FURTHER ORDERED that a conference shall be held on

**September 19, 2025** at **2:30 p.m.** in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 17, 2025

                              _____
                              DENISE COTE
                    United States District Judge