```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :    Master File No.
("MTBE") Products Liability Litigation   :       1:00-1898
                                         :       MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :    14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :       ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At the time this MDL was transferred to this Court, seventy-one Focus Sites remained at issue for the first trial in this litigation. A series of summary judgment decisions issued earlier this year addressed factual and legal disputes concerning many of those Sites. The parties have conferred regarding the application of those rulings to the Sites. In its letter of August 21, 2025, the Commonwealth of Pennsylvania identifies sixteen Focus Sites that it contends should be remanded for trial, while reserving its right to "reconsideration,[1] appeal, or any other available right or remedy." In their letter of August 21, 2025, the defendants identify four issues that remain to be addressed and that affect ten of the sixteen Sites. They contend that each of these four issues arises from the parties' disputes over the application of the prior decisions of this Court. It being more efficient for

---

[1] The time for filing a motion for reconsideration has expired.

this Court to resolve disputes over this Court's rulings, it is hereby

ORDERED that the defendants may address each of the four issues in separate briefs filed on **September 12, 2025.** Opposition briefs are due **September 26, 2025,** and reply briefs are due **October 10, 2025.**

The parties shall supply two courtesy copies of their briefs and one courtesy copy of any exhibits to the Court by **October 10, 2025.**

Dated:  New York, New York
        August 22, 2025

                                                              _____
                                                                DENISE COTE
                                          United States District Judge