UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :     1:00-1898
                                         :     MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :   ORDER
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    In light of the August 22, 2025, Order scheduling further briefing, it is hereby

    ORDERED that the conference set for September 19 is cancelled.

Dated:    New York, New York
           August 29, 2025

                                                DENISE COTE
                                        United States District Judge