UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
IN RE: Methyl Tertiary Butyl Ether     :      Master File No.
("MTBE") Products Liability Litigation :         1:00-1898
                                       :         MDL 1358
This Document Relates To:  New Jersey  :
Dep't of Envtl. Prot. v. Atlantic      :      08cv312  (DLC)
Richfield Co., et al., Case No. 1:08-  :
cv-312                                 :         ORDER
                                       :
------------------------------------- X

DENISE COTE, District Judge:

    Having received the parties' letters of September 5, 2025,

it is hereby

    ORDERED that the parties shall meet and confer and by

**September 17, 2025,** submit joint or separate schedules for the

immediate litigation of Phase II of this case without regard to

a briefing schedule for a motion to remand.  The schedule for

the litigation should assume that the plaintiffs will designate

by **November 12, 2025,** the sites where they will seek damages at

the Phase II trial.

Dated:    New York, New York
          September 9, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge