UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                               :

IN RE: Methyl Tertiary Butyl Ether  :     Master File No.
("MTBE") Products Liability Litigation :     1:00-1898
                               :     MDL 1358

This Document Relates To:  New Jersey  :
Dep't of Envtl. Prot. v. Atlantic    :     08cv312 (DLC)
Richfield Co., et al., Case No. 1:08-  :
cv-312                           :     ORDER
                               :
-------------------------------------- X

DENISE COTE, District Judge:

ORDERED that the parties shall by **October 10, 2025** submit joint or separate detailed proposals for the conduct of fact and expert discovery and summary judgment practice.  The proposals shall describe the discovery plaintiff requires with respect to Sites that never had a License Site Remediation Professional ("LSRP"), Sites where an LSRP produced a Remedial Action Outcome ("RAO"), and Sites where an LSRP has not produced an RAO.

IT IS FURTHER ORDERED that the parties shall participate in mediation in **October 2025.**

Dated:    New York, New York
          September 19, 2025

                                      DENISE COTE
                        United States District Judge