```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :      MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :      ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A conference will be held to schedule Phase II discovery in this litigation. Pending that conference, it is hereby

ORDERED that the Commonwealth shall work diligently to identify to the defendants for each Phase II site for which it seeks a recovery:

1. The name and Facility ID Number for the site;

2. The regulatory status of the site; and

3. The date of the most recent sampling to detect MTBE in groundwater at the site and the concentration of detected MTBE.

Dated:   New York, New York
         September 19, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge