```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
IN RE: Methyl Tertiary Butyl Ether   :    Master File No.
("MTBE") Products Liability Litigation :    1:00-1898
                                     :    MDL 1358
This Document Relates To:            :
Commonwealth of Puerto Rico, et al. v. :   07cv10470 (DLC)
Shell Oil Co., et al., Case No: 1:07- :    14cv1014 (DLC)
cv-10470                             :
Commonwealth of Puerto Rico, et al., .:    ORDER
Shell Oil Co., et al., Case No. 1:14-:
cv-1014                              :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

Having received the joint status report of September 25, 2025 it is hereby

ORDERED that a conference is scheduled for **November 12, 2025** at **11:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 26, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge