UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :       Master File No.
("MTBE") Products Liability Litigation :        1:00-1898
                                      :         MDL 1358
This Document Relates To:             :
Commonwealth of Pennsylvania v. Exxon :        14cv6228 (DLC)
Mobil Corporation, et al., Case No.   :
1:14-cv-6228                          :           ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    In preparation for the remand for trial to the District

Court for the Eastern District of Pennsylvania of the sixteen or

so Phase I sites, it is hereby

    ORDERED that the parties shall confer and present by

**December 1, 2025** at **12:00 p.m.** a proposed order for such remand.

A chart identifying each site and its associated defendants,

causes of action, and requests for relief will be attached.

    IT IS FURTHER ORDERED that the Commonwealth shall identify

by **December 1, 2025** at **12:00 p.m.** for any other Phase I site for

which it seeks a remand, the basis on which its disposition was

reached, e.g., the Commonwealth declines to pursue claims for

the site; all claims settled.

Dated:    New York, New York
          November 13, 2025


                              _____
                                       DENISE COTE
                              United States District Judge