UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                               :       Master File No.
IN RE: Methyl Tertiary Butyl Ether    :        1:00-1898
("MTBE") Products Liability Litigation :        MDL 1358
                               :
This Document Relates To:            :       14cv6228 (DLC)
Commonwealth of Pennsylvania v. Exxon :
Mobil Corporation, et al., Case No.    :       SUGGESTION OF
1:14-cv-6228                        :       PARTIAL REMAND
                               :
------------------------------------------ X

DENISE COTE, District Judge:

On July 22, 2014, the Judicial Panel on Multidistrict Litigation transferred the case captioned The Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 2:14-cv-04327 (E.D. Pa.), to this Court (Case No. 1:14-cv-06228 (S.D.N.Y.) (the "Action"). The Action involves alleged contamination of groundwater with methyl tertiary butyl ether ("MTBE") at several thousand sites in the Commonwealth of Pennsylvania.

In January 2019, this Court ordered the parties to select 75 focus sites for which fact and expert discovery would be completed (the "Phase I Focus Sites"). Fact and expert discovery on the Phase I Focus Sites, as well as on non-site-specific topics, concluded on or around December 2022.

The Action was transferred to the Honorable Denise Cote on or around March 3, 2025. This Court has now decided all motions for summary judgment, and the time to move for reconsideration of any of those rulings has passed.

As a result of summary judgment rulings, settlements, and the Commonwealth's decision not to pursue certain claims, the number of Phase I Focus Sites remaining for trial has been reduced. The 16 Phase I Focus Sites remanded for trial -- along with the identity of each allegedly liable Defendant(s), cause(s) of actions, and alleged damages -- are listed in the attached **Exhibit 1**.

The Court finds that discovery on the Phase I Focus Sites has been substantially completed, and the coordinated and consolidated pretrial proceedings with respect to the Phase I Focus Sites have run their course. Accordingly, the Court SUGGESTS that the Judicial Panel on Multidistrict Litigation issue an order of partial remand to the United Sites District Court for the Eastern District of Pennsylvania of the Phase I Focus Sites identified on **Exhibit 1** for all further pre-trial proceedings, trial, post-trial proceedings, the entry of final judgment, and appeal.

Dated:    New York, New York
          December 2, 2025

DENISE COTE
United States District Judge

2