UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :
IN RE: Methyl Tertiary Butyl Ether      :      Master File No.
("MTBE") Products Liability Litigation  :        1:00-1898
                                        :        MDL 1358
This Document Relates To:  New Jersey   :
Dep't of Envtl. Prot. v. Atlantic       :      08cv312 (DLC)
Richfield Co., et al., Case No. 1:08-   :
cv-312                                  :         ORDER
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

        Having received Defendant ExxonMobil's letter of December

18, 2025, regarding a discovery dispute, it is hereby

        ORDERED that a telephone conference is scheduled for

**December 19, 2025** at **2:30 P.M.**  The parties shall use the

following dial-in credentials for the telephone conference:

                Dial-in:        1-855-244-8681
                Access Code:    2312 042 2648

The parties shall use a landline if one is available.

Dated:     New York, New York
           December 19, 2025

                              _____
                                      DENISE COTE
                              United States District Judge