# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Commonwealth of Pennsylvania v. | ) | |
| Exxon Mobil Corporation, et al., | ) | |
| S.D. New York, C.A. No. 1:14-06228 | ) | |
| (E.D. Pennsylvania, C.A. No. 2:14-04327) | ) | MDL No. 1358 |

## SEPARATION OF CLAIMS AND
## CONDITIONAL REMAND ORDER

The transferee court has advised the Panel that coordinated or consolidated pretrial proceedings regarding certain claims in the above-captioned action have been completed as to sixteen allegedly contaminated sites ("Phase I Focus Sites") and that remand of the claims with respect to those sites and defendants to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate. *See* Suggestion of Partial Remand & Exhibit 1 (S.D.N.Y. filed Dec. 2, 2025) (Attachment A).

IT IS THEREFORE ORDERED that the pending claims concerning the sixteen Phase I Focus Sites in the above-captioned civil action be separated and remanded to the transferor court, as set forth in Attachment A.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 12, 2025**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                  :       Master File No.
IN RE: Methyl Tertiary Butyl Ether   :        1:00-1898
("MTBE") Products Liability Litigation :       MDL 1358
                                  :
This Document Relates To:         :       14cv6228 (DLC)
Commonwealth of Pennsylvania v. Exxon :
Mobil Corporation, et al., Case No.  :       SUGGESTION OF
1:14-cv-6228                     :       <u>PARTIAL REMAND</u>
                                  :
------------------------------------------ X

DENISE COTE, District Judge:

On July 22, 2014, the Judicial Panel on Multidistrict Litigation transferred the case captioned <u>The Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.</u>, Case No. 2:14-cv-04327 (E.D. Pa.), to this Court (Case No. 1:14-cv-06228 (S.D.N.Y.) (the "Action"). The Action involves alleged contamination of groundwater with methyl tertiary butyl ether ("MTBE") at several thousand sites in the Commonwealth of Pennsylvania.

In January 2019, this Court ordered the parties to select 75 focus sites for which fact and expert discovery would be completed (the "Phase I Focus Sites"). Fact and expert discovery on the Phase I Focus Sites, as well as on non-site-specific topics, concluded on or around December 2022.

The Action was transferred to the Honorable Denise Cote on or around March 3, 2025. This Court has now decided all motions for summary judgment, and the time to move for reconsideration of any of those rulings has passed.

As a result of summary judgment rulings, settlements, and the Commonwealth's decision not to pursue certain claims, the number of Phase I Focus Sites remaining for trial has been reduced.  The 16 Phase I Focus Sites remanded for trial -- along with the identity of each allegedly liable Defendant(s), cause(s) of actions, and alleged damages -- are listed in the attached **Exhibit 1**.

The Court finds that discovery on the Phase I Focus Sites has been substantially completed, and the coordinated and consolidated pretrial proceedings with respect to the Phase I Focus Sites have run their course.  Accordingly, the Court SUGGESTS that the Judicial Panel on Multidistrict Litigation issue an order of partial remand to the United Sites District Court for the Eastern District of Pennsylvania of the Phase I Focus Sites identified on **Exhibit 1** for all further pretrial proceedings, trial, post-trial proceedings, the entry of final judgment, and appeal.

Dated:　　New York, New York
　　　　　December 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　United States District Judge

2

# Exhibit 1

## Remaining Sites, Claims & Defendants for Phase I Trial

*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*

Case No. 14-cv-06228

| REMAINING SITES, CLAIMS & DEFENDANTS FOR PHASE I TRIAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRIAL SITE | FACILITY ID # | REGION | SITE NAME | SITE ADDRESS | DEFENDANTS | COUNT IV CLAIM | DAMAGES CATEGORIES |
| FS01 | 02-09192 | SWRO | GULF 14367 | 301 CRAFT AVE., PITTSBURGH | CUMBERLAND FARMS, INC.; GULF OIL LP | NEGLIGENCE; NEGLIGENT FAILURE TO WARN (AS TO GULF OIL LP ONLY) | REMEDIATION/RESTORATION; USTIF DAMAGES AND USTIF OVERSIGHT COSTS (USTIF: GOLP) |
| FS03 | 02-13365 | SWRO | DUQUENSE LIGHT EDISON SVC CENTER | 1901 EDISON ST., GLENSHAW | GUTTMAN REALTY COMPANY | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | REMEDIATION/RESTORATION; USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS04 | 02-26610 | SWRO | BANKSVILLE BP | 2900 BANKSVILLE RD, PITTSBURGH | BP PRODUCTS NORTH AMERICA | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS05 | 02-29657 | SWRO | CONOCOPHILLIPS #2634221/ SFM 169700 | 5441 STEUBENVILLE PIKE, MCKEES ROCKS | BP PRODUCTS NORTH AMERICA; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66; PHILLIPS 66 COMPANY; PHILLIPS PETROLEUM COMPANY; CONOCO, INC.; TOSCO CORPORATION; TOSCO REFINING CORP.; MOTIVA ENTERPRISES LLC. | NEGLIGENCE (AS TO ALL LISTED DEFENDANTS) NEGLIGENT FAILURE TO WARN (AS TO MOTIVA ENTERPRISES LLC ONLY) | REMEDIATION/RESTORATION; USTIF DAMAGES AND USTIF OVERSIGHT COSTS (USTIF: BPPNA and MOTIVA) |
| FS06 | 02-29657 | SWRO | AMOCO | 421 RODI RD, PITTBURGH | BP PRODUCTS NORTH AMERICA | NEGLIGENCE | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS11 | 06-11566 | SCRO | BP TERMINAL | 901 MOUNTAIN HOME RD., SINKING SPRING | BP PRODUCTS NORTH AMERICA; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66; PHILLIPS 66 COMPANY; PHILLIPS PETROLEUM COMPANY; CONOCO, INC.; TOSCO CORPORATION; TOSCO REFINING CORP. | NEGLIGENCE | REMEDIATION/RESTORATION |
| FS17 | 11-80071 | SWRO | BILLY OIL | 2226 BEDFORD ST., JOHNSTOWN | GUTTMAN REALTY COMPANY; GUTTMAN OIL COMPANY | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | REMEDIATION/RESTORATION; USTIF DAMAGES AND USTIF OVERSIGHT COSTS |

*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*

Case No. 14-cv-06228

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **REMAINING SITES, CLAIMS & DEFENDANTS FOR PHASE I TRIAL** | | | | | | | |
| **TRIAL SITE** | **FACILITY ID #** | **REGION** | **SITE NAME** | **SITE ADDRESS** | **DEFENDANTS** | **COUNT IV CLAIM** | **DAMAGES CATEGORIES** |
| FS18 | 15-23149 | SERO | HESS SS 38291 | 652 E LINCOLN HWY., COATESVILLE | HESS CORPORATION | NEGLIGENCE | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS22 | 23-09174 | SERO | CUMBERLAND GULF 143047 | 215 LANCASTER AVE., WAYNE | CHEVRON U.S.A. INC; CUMBERLAND FARMS, INC.; GULF OIL LP | NEGLIGENCE (AS TO ALL LISTED DEFENDANTS); NEGLIGENT FAILURE TO WARN (ONLY AS TO GULF OIL LP [NOT DATE LIMITED] AND CHEVRON U.S.A. INC [LIMITED TO NON-OWNERSHIP PERIODS]) | REMEDIATION/RESTORATION |
| FS24 | 23-27101 | SERO | BP CAR WASH | 6800 BALTIMORE AVE., FERNWOOD | BP PRODUCTS NORTH AMERICA | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS28 | 25-22460 | NWRO | KWIK FILL M 2 | 5501 PEACH ST., ERIE | UNITED REFINING COMPANY | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS40 | 39-41673 | NERO | SUPERFINE GAS | 652-666 UNION BLVD., ALLENTOWN | BP PRODUCTS NORTH AMERICA; SHELL OIL COMPANY | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | REMEDIATION/RESTORATION; USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS47 | 44-12043 | SCRO | SNEDEKER (MOBIL) | 51 S. JUNIATA ST., LEWISTOWN | EXXONMOBIL OIL CORPORATION | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | REMEDIATION/RESTORATION |
| FS50 | 46-18652 | SERO | AMOCO #60414 | 1505 COWPATH RD., HATFIELD TOWNSHIP | BP PRODUCTS NORTH AMERICA | NEGLIGENCE; NEGLIGENT FAILURE TO WARN (LIMITED TO NON-OWNERSHIP PERIODS) | USTIF DAMAGES AND USTIF OVERSIGHT COSTS (USTIF Claim # 20040031) |
| FS54 | 46-43718 | SERO | BARTMAN'S TEXACO/SHELL | 1152 E. PHILADELPHIA AVE., GILBERTSVILLE | MOTIVA ENTERPRISES | NEGLIGENCE; NEGLIGENT FAILURE TO WARN | USTIF DAMAGES AND USTIF OVERSIGHT COSTS |
| FS60 | 51-14205 | SERO | MOBIL STATION | 12001 KNIGHTS RD., PHILADELPHIA | EXXONMOBIL OIL CORPORATION | NEGLIGENCE | REMEDIATION/RESTORATION |