## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE")* *Products Liability Litigation* | Master File No. 1:00 – 1898 MDL 1358 (DLC) M21-88 |
| This document relates to: | Civil Action |
| *Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 07-10470(VSB) USDC-PR Civ. No. 07-01505 (CCC) | |
| *Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 14-01014 (VSB) USDC-PR Civ. No. 13-01678 (ADC) | |

## [Proposed] ORDER OF DISMISSAL

Having considered the recently filed Joint Stipulation for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) as to Vitol S.A. and Vitol Inc. (collectively "Vitol"); it is hereby:

ORDERED that Vitol is dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

Dated: January 6, 2026

SO ORDERED:

_____
Denise L. Cote,
U.S.D.J.

3