**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE")* *Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 07-10470(DLC)USDC-PR Civ. No. 07-01505 (SCC)<br><br>*Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 14-01014 (DLC)USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898 MDL 1358 (DLC) M21-88<br><br>Civil Action |

## [Proposed] ORDER OF DISMISSAL

Having considered the recently filed Joint Stipulation for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) as to Petrobras America Inc.; it is hereby:

ORDERED that defendant Petrobras America Inc. is dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014 pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

Dated: February *10*, 2026

SO ORDERED:

_____
Denise L. Cote,
U.S.D.J.

3