UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

IN RE: Methyl Tertiary Butyl Ether :    Master File No.
("MTBE") Products Liability Litigation :     1:00-1898
          :     MDL 1358

This Document Relates To:         :
Commonwealth of Pennsylvania v. Exxon :    14cv6228 (DLC)
Mobil Corporation, et al., Case No. :
1:14-cv-6228             :      ORDER
          :

---------------------------------------- X

DENISE COTE, District Judge:

Having received the Commonwealth's letter of February 27, 2026 and the defendants' letter of March 9, and the parties' recommendations for the next phase of discovery in Phase II being due **March 27, 2026,** it is hereby

ORDERED that a conference to set a schedule for this litigation will be held on **April 2, 2026,** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
       March 11, 2026

                              _____
                                 DENISE COTE
                 United States District Judge