UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
IN RE: Methyl Tertiary Butyl Ether      :     Master File No.
("MTBE") Products Liability Litigation  :        1:00-1898
                                        :         MDL 1358
This Document Relates To:               :
Commonwealth of Pennsylvania v. Exxon   :     14cv6228(DLC)
Mobil Corporation, et al., Case No.     :
1:14-cv-6228                            :        ORDER
                                        :
--------------------------------------- X
DENISE COTE, District Judge:

It having been reported to this Court that the claims

against the ConocoPhillips Defendants have been settled, it is

hereby

ORDERED that the claims against the ConocoPhillips

Defendants are dismissed without costs to any party and without

prejudice to restoring the claims if the application to restore

them is made by **May 1, 2026.** If no such application is made by

that date, today's dismissal of the claims against the

ConocoPhillips Defendants is with prejudice. See Muze, Inc. v.

Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          April 1, 2026

_____
                DENISE COTE
          United States District Judge