UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
IN RE: Methyl Tertiary Butyl Ether         :     Master File No.
("MTBE") Products Liability Litigation     :        1:00-1898
                                           :        MDL 1358
This Document Relates To:                  :
Commonwealth of Pennsylvania v. Exxon      :     14cv6228 (DLC)
Mobil Corporation, et al., Case No.        :
1:14-cv-6228                               :        ORDER
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

An Order of April 3, 2026, required the plaintiff to file a proposal prepared by the person in charge of overseeing the production of the Department of Environmental Protection ("DEP") files for how the plaintiff will produce the DEP files in digital form for the Phase II Sites by July 31. On April 14, the plaintiff reported that it will be unable to complete full production of the DEP files by July 31. An Order of April 17 required the plaintiff to show cause as to why it should not be barred from seeking restoration damages for any Phase II Site for which it has not produced a DEP file by July 31.

In a letter of May 11, the plaintiff informed the Court that it may be willing to forgo restoration damages at sites where the most recent maximum MTBE reading is below 70 ppb and where the maximum contamination never exceeded 5,000 pbb. If that occurs, 1,640 sites requiring DEP file production remain, of which approximately 899 involve paper files. The plaintiff

requests an extension of the deadline to produce DEP paper files to September 15, 2026.  A conference on the issue is scheduled for May 19.  Accordingly, it is hereby

ORDERED that the plaintiff shall by **May 18, 2026,** inform the Court of the following regarding the 899 sites:

1. For how many of the 899 sites does the Commonwealth rely solely on a Commingled Product Theory to link a defendant to a site?

2. In what Regional Offices are the 899 paper files located?

Dated:    New York, New York
          May 13, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge

2