UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :
IN RE: Methyl Tertiary Butyl Ether      :      Master File No.
("MTBE") Products Liability Litigation  :         1:00-1898
                                        :         MDL 1358
This Document Relates To:               :
Commonwealth of Pennsylvania v. Exxon   :      14cv6228 (DLC)
Mobil Corporation, et al., Case No.     :
1:14-cv-6228                            :         ORDER
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

A conference is scheduled for May 19, 2026.  In

anticipation of the conference, it is hereby

ORDERED that the parties shall review the attached summary

regarding the Phase II Sites and provide any corrections or

additional information by **May 18, 2026.**

IT IS FURTHER ORDERED that as to the 899 potential

remediation SITES for which there were only paper records as of

April 2, 2026, the Commonwealth will identify by **May 18, 2026,**

how many of those Sites:

    1) Are non-USTIF Sites?

    2) Are "open" Sites?

    3) Are Sites for which the Commonwealth relies on a
       Commingled Product Theory for recovery from a defendant,

as reflected in the Order of May 13, 2026?

Dated:    New York, New York
          May 15, 2026

                                    _____
                                           DENISE COTE
                                  United States District Judge

May 15, 2026

MTBE Phase II Sites


In Phase II of this litigation, the parties have provided the following information regarding Phase II Sites:

5,700 Potential Phase II Sites (Defendants are associated with 2,499)

## 3,100 Litigation Phase II Sites

The number of Phase II Sites that remain at issue following the elimination of 2,600 Sites due to absence of a test showing 1) MTBE contamination of groundwater or 2) groundwater contamination over 20 ppb

2,384 of the 3,100 Sites are USTIF Sites

716 of the 3,100 Sites are non-USTIF Sites

 A non-USTIF Site may exist because

1) There was a pre-1994 Release (USTIF was established in 1994)
2) The owner/operator did not submit a USTIF claim
3) The USTIF claim was denied

DEP Files for the 3,100 Sites[1]

 1,416 are digitized

 1,721 are in paper form[2]

## 1,640 Remediation Claim Sites

Assuming remediation damages are only sought where the MRM is 70 ppb or above, or the maximum contamination exceeded 5,000 ppb, then

 741 are digitized

 899 are in paper form[3]

---

[1] 1,416 plus 1,721 equals 3,137
[2] As of 4/2/26
[3] As of 4/2/26