UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., Case No: 1:07-cv-10470 Commonwealth of Puerto Rico, et al., . Shell Oil Co., et al., Case No. 1:14-cv-1014 | 07cv10470 (DLC) 14cv1014 (DLC) ORDER |

DENISE COTE, District Judge:

Having received the plaintiff's letter of July 17, 2026, it is hereby

ORDERED that a telephone conference is scheduled for **July 23, 2026** at **4:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

Dial-in: 1-855-244-8681
Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated: New York, New York
July 20, 2026

DENISE COTE
United States District Judge