UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., Case No: 1:07-cv-10470 Commonwealth of Puerto Rico, et al., . Shell Oil Co., et al., Case No. 1:14-cv-1014 | 07cv10470 (DLC) 14cv1014 (DLC) ORDER |

DENISE COTE, District Judge:

Having received defendant Idemitsu's letter of July 23, 2026, it is hereby

ORDERED that Mr. Rajkumar shall arrange to speak with Ms. O'Reilly today or tomorrow to discuss and resolve the issue concerning the execution of the settlement agreement. Absent a settlement, any summary judgment motion remains due on **August 21, 2026.**

IT IS FURTHER ORDERED that counsel shall inform the Court by **July 27, 2026**, if the conversation is unsuccessful.

IT IS FURTHER ORDERED that the conference scheduled for July 27, 2026 is cancelled.

Dated: New York, New York
July 23, 2026

DENISE COTE
United States District Judge