UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 1:14-cv-6228 | 14cv6228(DLC) |
| | ORDER |

DENISE COTE, District Judge:

It having been reported to this Court that the claims against United Refining Company ("URC") have been settled, it is hereby

ORDERED that the claims against URC are dismissed without costs to any party and without prejudice to restoring the claims if the application to restore them is made by **August 29, 2026.** If no such application is made by that date, today's dismissal of the claims against URC is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
July 29, 2026

[signature]
DENISE COTE
United States District Judge