UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br>Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., Case No: 1:07-cv-10470<br>Commonwealth of Puerto Rico, et al., . Shell Oil Co., et al., Case No. 1:14-cv-1014 | Master File No.<br>1:00-1898<br>MDL 1358<br><br>07cv10470 (DLC)<br>14cv1014 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On August 21, 2026 the Commonwealth of Puerto Rico (the "Commonwealth") filed a motion to enforce a settlement agreement with defendant Idemitsu Apollo Corporation ("Idemitsu"). On August 27, in lieu of filing an opposition, Idemitsu reported to the Court that it had executed the relevant settlement agreement with the Commonwealth. Accordingly, it is hereby

ORDERED that the Commonwealth's claims against Idemitsu are dismissed with prejudice.

IT IS FURTHER ORDERED that the Commonwealth's August 21, 2026 motion to enforce the settlement agreement is terminated as moot.

Dated: New York, New York
September 2, 2026

Denise Cote

DENISE COTE
United States District Judge