UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., Case No: 1:07-cv-10470 Commonwealth of Puerto Rico, et al., . Shell Oil Co., et al., Case No. 1:14-cv-1014 | 07cv10470 (DLC) 14cv1014 (DLC) ORDER |

DENISE COTE, District Judge:

On September 2, 2026 the Court dismissed plaintiff Commonwealth of Puerto Rico's (the "Commonwealth") claims against defendant Idemitsu Apollo Corporation ("Idemitsu") with prejudice following the execution of a settlement agreement between the parties. Accordingly, it is hereby

ORDERED that counsel for the Commonwealth of Puerto Rico shall file by **September 9, 2026** a letter explaining why civil actions 1:07-cv-10470 and 1:14-cv-1014 should not be closed. The letter shall explain the status of the claims against each defendant in each action.

Dated: New York, New York
September 2, 2026

DENISE COTE
United States District Judge