UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

**This document relates to:**

*Commonwealth of Puerto Rico, et al., v. Shell Oil Co., et al.,*
USDC-SCNY Civ. No. 1:07-cv-10470 (DLC)
USDC-PR Civ. No. 3:07-cv-01505

*Commonwealth of Puerto Rico, et al., v. Shell Oil Co., et al.,*
USDC-SDNY Civ. No. 1:14-cv-01014 (DLC)
USDC-PR Civ. No. 3:13-cv-01678

Master File No. 1:00-1898 (DLC)
MDL 1358

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF COMMONWEALTH OF PUERTO RICO'S MOTION TO VACATE ORDER OF DISMISSAL OF DEFENDANT IDEMITSU APOLLO CORPORATION**

Presently before the Court is the Plaintiff Commonwealth of Puerto Rico's Motion to Vacate Order of Dismissal of Defendant Idemitsu Apollo Corporation (the "Motion") filed on September 2, 2026. Having considered the evidence, authorities, and argument of counsel, the Motion is GRANTED. The Court hereby ORDERS that the following Orders are vacated:

ECF No. 4934 [Case No. 1:00-cv-01898-DLC-VF];

ECF No. 890 [Case: 1:07-cv-10470-DLC-VF];

ECF No. 316 [Case No. 1:14-cv-01014-DLC-VF]

SO ORDERED.

Dated: September 3, 2026
New York, New York

Denise Cote
Judge Denise L. Cote
United States District Judge