UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al., Case No: 1:07-cv-10470 Commonwealth of Puerto Rico, et al., . Shell Oil Co., et al., Case No. 1:14-cv-1014 | 07cv10470 (DLC) 14cv1014 (DLC) |
| | ORDER |

DENISE COTE, District Judge:

On September 9, 2026, the Commonwealth of Puerto Rico (the "Commonwealth") filed a motion to enforce a settlement agreement with defendant Idemitsu Apollo Corporation ("Idemitsu") on the ground that Idemitsu has not yet transmitted the settlement payment. An order of September 9 directed Idemitsu to file any opposition by September 14. Idemitsu has not filed any opposition. Accordingly, it is hereby

ORDERED that a conference is scheduled for **September 18, 2026** at **4:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 15, 2026

DENISE COTE
United States District Judge