**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 07-10470(DLC)<br>USDC-PR Civ. No. 07-01505 (SCC)<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 14-01014 (DLC)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (DLC)<br>M21-88<br><br>Civil Action |

**~~[Proposed]~~ ORDER OF DISMISSAL**

Having considered the recently filed Joint Stipulation for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) as Idemitsu Apollo Corporation; it is hereby:

ORDERED that defendant Idemitsu Apollo Corporation is dismissed *with prejudice* in Civil Case Nos. 07 Civ. 10470 and 14 Civ. 01014 pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

Dated: September 16, 2026

SO ORDERED:

Denise Cote

Denise L. Cote,
U.S.D.J.