UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 1:14-cv-6228 | 14cv6228(DLC) |
| | ORDER |

DENISE COTE, District Judge:

On April 3, 2026, a schedule was entered for the conclusion of fact and expert discovery and the briefing of summary judgment motions in Phase II of this litigation. That schedule relied on the understanding that the Commonwealth would be producing expert reports from one or two previously-disclosed experts for each Site for which it was seeking restoration damages. The Commonwealth revealed to the defendants on October 9, however, that it had decided to take a different approach and had employed other experts to extrapolate its restoration damages. Following a conference on October 19, the parties submitted letters on November 6 with their proposals for revision of the April schedule. It is hereby

ORDERED that the plaintiffs must identify to the defendants no later than **December 1, 2026** the Phase II Sites for which it

will seek restoration damages;[1] the subset of those Sites for which it will be creating Site-specific reports; and if different, the Sites from which its experts will be extrapolating restoration damages. There will be no extension of this date. Based on the representations in the Commonwealth's November 6 letter, the number of Sites for which it is seeking restoration damages will not exceed 285[2] and the number of Sites for which it is preparing a Site-specific report will not exceed 89.

IT IS FURTHER ORDERED that no Daubert motion practice will be conducted before this Court for any expert on which the parties relied in Phase I of this litigation. Any such motion practice may be conducted before the trial court upon remand.

Dated: New York, New York
November 13, 2026

DENISE COTE
United States District Judge

[1] Pursuant to the July 31, 2026 Order, the Commonwealth may be permitted to add Sites that are now open but that close on or before July 30, 2027.

[2] The number 285 is substantially smaller than the 463 disclosed to the defendants on October 30, 2026. 285 is roughly 5.5% of the over 5,000 Phase II Sites.