UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 MDL 1358 |
| This Document Relates To: | 14-cv-6228 (DLC) |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-6228 | **ORDER** |

DENISE COTE, District Judge:

Having received the parties' November 24, 2026, joint request for a limited extension of time to complete fact discovery,

IT IS HEREBY ORDERED that the parties' deadline to complete fact discovery is modified as follows:

1. The deadline to respond to written discovery served on October 23, 2026, is extended through and including December 14, 2026;
2. The deadline to respond to written discovery served on October 30, 2026, is extended through and including December 21, 2026;
3. The parties shall promptly confer regarding Defendants' Notice of Rule 30(b)(6) Deposition Concerning Certain Phase II Sites, and any such deposition must be completed by February 26, 2027;
4. No other deadlines are being amended by this Order.

Dated: New York, New York

November 25, 2026

Denise Cote

DENISE COTE
United States District Judge